# EXHIBIT  E

Confidential - Harvey A. Winkler, M.D.

```
 1           UNITED STATES DISTRICT COURT
 2          SOUTHERN DISTRICT OF WEST VIRGINIA
 3                   AT CHARLESTON
 4     -----------------------------:
       IN RE ETHICON, INC., PELVIC  :
 5     REPAIR SYSTEM PRODUCTS        : MASTER FILE
       LIABILITY LITIGATION         : No. 2:12-MD-02327
 6     _____:
                                     :
 7     THIS DOCUMENT RELATES TO      : MDL 2327
                                     :
 8     WAVE 4 CASES                  :
       GYNEMESH PS and PROLIFT       : JOSEPH R. GOODWIN
 9                                   : US DISTRICT JUDGE
       -----------------------------
10
11                    -  -  -
12                 March 12, 2017
13                    -  -  -
14                  CONFIDENTIAL
15          Deposition of HARVEY A. WINKLER, M.D.,
16     held at Butler Snow LLP, 1700 Broadway,
17     New York, commencing at 4:10 p.m., on the
18     above date, before Marie Foley, a Registered
19     Merit Reporter, Certified Realtime Reporter
20     and Notary Public.
21                    -  -  -
22            GOLKOW TECHNOLOGIES, INC.
23        877.370.3377 ph | 917.591.5672 fax
24                Deps@golkow.com
```

Page 2

1  A P P E A R A N C E S :

2

3  ZONIES LAW LLC

4  BY: GREG BENTLEY, ESQUIRE

5      CHELSEA THOMPSON, ESQUIRE

6      1900 Wazee Street, Suite 203

7      Denver, Colorado  80202

8      720.464.5300

9      Representing the Plaintiff

10

11

12

13  BUTLER SNOW LLP

14  BY: PAUL S. ROSENBLATT, ESQUIRE

15      1020 Highland Colony Parkway

16      Suite 1400

17      Ridgeland, Missouri  39157

18      601.948.5711

19      paul.rosenblatt@butlersnow.com

20      Representing the Defendant

21

22

23

24

Page 3

1                - - -

2          TRANSCRIPT INDEX

3                 PAGE

4  APPEARANCES...................... 2

5  INDEX OF EXHIBITS................ 4 - 6

6  EXAMINATION OF HARVEY WINKLER, M.D.:

7  BY: MR. BENTLEY.................. 9, 265

8  BY: MR. ROSENBLATT............... 222

9  REPORTER'S CERTIFICATE........... 277

10 SIGNATURE PAGE................... 275

11 ERRATA........................... 276

12

13 EXHIBITS WITH ORIGINAL TRANSCRIPT

14

15          - - -

16

17

18

19

20

21

22

23

24

Page 4

1                - - -

2          E X H I B I T S

3                - - -

4  NO.       DESCRIPTION           PAGE

5  Winkler 1   Amended Notice to Take      8

6             Deposition of Harvey

7             Winkler, M.D., dated March

8             9, 2017

9  Winkler 2   Expert Report of Harvey      8

10            Winkler, M.D. Regarding

11            Gynemesh PS and Prolift,

12            dated February 5, 2017

13 Winkler 3   Curriculum Vitae of Harvey   8

14            Winkler, M.D.

15 Winkler 4   Supplemental General         9

16            Reliance List in Addition

17            to Materials Referenced in

18            Report MDL Wave 4

19 Winkler 5   Invoice No. 1010 of Harvey   9

20            Winkler, M.D., dated

21            January 17, 2017

22

23

24

Page 5

1                - - -

2          E X H I B I T S

3                - - -

4  NO.       DESCRIPTION           PAGE

5  Winkler 6   North Shore LIJ            47

6             Institutional Review Board

7             Proposal Cover Sheet,

8             Bates No.

9             ETH.MESH.00411090

10 Winkler 7   Monitoring Reports, Bates   51

11            No. ETH.MESH.00411100

12            through ETH.MESH.00411113

13 Winkler 8   Clinical Evaluation of      54

14            Gynecare GyneMesh PS Mesh

15            for Pelvic Floor Repair

16            Clinical Study

17 Winkler 9   Maher Cochrane review       62

18 Winkler 10  Dietz article               98

19 Winkler 11  Altman article             113

20 Winkler 12  Damoiseaux abstract        122

21 Winkler 13  Lowman article             146

22 Winkler 14  Halaska article            158

23

24

Page 6

```
 1              - - -
 2         E X H I B I T S
 3              - - -
 4   NO.     DESCRIPTION          PAGE
 5   Winkler 15  The American College of   171
 6        Obstetrics and
 7        Gynecologists Committee
 8        Opinion, dated December 2011
 9   Winkler 16  Dandolu article        185
10   Winkler 21  Gynemesh PS Early Clinical  228
11        Experience
12   Winkler 22  Color copy photograph   230
13   Winkler 17  Diwadkar article       239
14   Winkler 18  Maher article          241
15   Winkler 19  Sokol article          243
16
17
18
19
20
21
22
23
24
```

Page 7

```
 1   DEPOSITION SUPPORT INDEX
 2
 3   DIRECTION TO WITNESS NOT TO ANSWER
 4   Page  Line
 5    - -none- -
 6
 7
 8   REQUEST FOR PRODUCTION OF DOCUMENTS
 9   Page  Line
10    10   23
11    15   3
12
13   STIPULATIONS
14   Page  Line
15    - -none- -
16
17
18   QUESTIONS MARKED
19   Page  Line
20    - -none- -
21
22
23
24
```

Page 8

```
 1              - - -
 2           4:10 p.m.
 3        New York, New York
 4              - - -
 5   HARVEY A. WINKLER, M.D., the Witness herein,
 6    having been first duly sworn by a
 7    Notary Public in and of the State of
 8    New York, was examined and testified as
 9    follows:
10              - - -
11        (Exhibit Winkler 1, Amended
12   Notice to Take Deposition of Harvey
13   Winkler, M.D., dated March 9, 2017,
14   was marked for identification, as of
15   this date.)
16        (Exhibit Winkler 2, Expert
17   Report of Harvey Winkler, M.D.
18   Regarding Gynemesh PS and Prolift,
19   dated February 5, 2017, was marked for
20   identification, as of this date.)
21        (Exhibit Winkler 3, Curriculum
22   Vitae of Harvey Winkler, M.D., was
23   marked for identification, as of this
24   date.)
```

Page 9

```
 1        (Exhibit Winkler 4, Supplemental
 2   General Reliance List in Addition to
 3   Materials Referenced in Report MDL
 4   Wave 4, was marked for identification,
 5   as of this date.)
 6        (Exhibit Winkler 5, Invoice No.
 7   1010 of Harvey Winkler, M.D., dated
 8   January 17, 2017, was marked for
 9   identification, as of this date.)
10              - - -
11   EXAMINATION BY
12   MR. BENTLEY:
13    Q.   Good afternoon, Doctor Winkler.
14   We just finished your deposition regarding
15   your TVT and TVT-Exact report.  We're
16   going to start now with your deposition
17   covering your report on Prolift and
18   Gynemesh PS.
19        Do you understand that?
20    A.   Yes, I do.
21    Q.   For the record, we're marking as
22   Exhibit 1 the Notice of Deposition, which
23   was previously entered in the TVT
24   deposition.
```

Confidential - Harvey A. Winkler, M.D.

Page 10

1    Exhibit 2 is your report
2  regarding Prolift and Gynemesh PS.
3    Exhibit 3 will be a copy of your
4  CV, which was also previously marked in
5  the previous deposition.
6    Exhibit 4 will be your reliance
7  list that was also marked in the previous
8  deposition.
9    Then I'm going to mark right now
10  which is Exhibit 5, which is your invoice
11  for your time billed to date for the POP
12  report; is that correct?
13    A.  Yes.
14    Q.  Does this invoice reflect all of
15  the time that you spent researching and
16  writing your Prolift report?
17    A.  There's probably some more.  I
18  have not added that up together as that's
19  only current 'til about 12/24/2016.  I
20  sent the bill out about 1/17.  So probably
21  current 'til about 1/17.  There's probably
22  more that happened after that.
23    MR. BENTLEY:  We'd request a
24  copy of the later invoice if one is

Page 11

1  submitted.
2  BY MR. BENTLEY:
3    Q.  The reliance list that you
4  attached or that you served with your
5  Prolift report, that's the same reliance
6  list that you submitted with your TVT
7  report; is that correct?
8    A.  That's correct.
9    Q.  Did you rely upon the TVT
10  evidence in reaching your conclusions in
11  your Prolift report in addition to the
12  other literature?
13    A.  I tried to separate out a lot of
14  the TVT literature from the prolapse
15  literature.  There may be some in my
16  report that is overlying, but in the
17  reports I tried to separate it out.  I may
18  not have done that a hundred percent.
19    Q.  Looking at what's marked as
20  Exhibit 4, which is your reliance list,
21  how would we go back and look at which
22  materials are the basis for your Prolift
23  report as opposed to your TVT report?
24    A.  Well, I have basis regarding

Page 12

1  mesh.  So those are going to be the same.
2  Then I have basis regarding specifically
3  mesh that is used in the Gynemesh, which
4  is, as you know, a lighter-weight mesh
5  than is used in the TVT mesh.  So, there's
6  general mesh and then there's specific to
7  each product.
8    Q.  Is that delineated in some way
9  in your material list?
10    A.  I think in reviewing it all, I
11  would take it all in context that it's
12  together, but in writing the report, I
13  tried to separate it out.
14    Q.  And I'm talking specifically
15  about the reliance list, it's all combined
16  together.
17    A.  I understand.
18    Q.  There's no way to split up your
19  reliance list for your prolapse report
20  versus your incontinence report, right?
21    A.  I think it was -- both of -- all
22  of it gave my gestalt for what's going on
23  and my opinions.
24    Q.  There's a number of internal

Page 13

1  documents with Bates of ETH.MESH and
2  H.MESH, for example.
3    Did you review all of those?
4    A.  Yep.  I may not have read
5  everything word for word, or else we'd
6  probably be here for years, but I did
7  review everything.
8    Q.  How did you decide which
9  internal documents to review?
10    A.  I would read the first sentence
11  or two and see what it's pertaining to and
12  I would decide if I should review the
13  entire document or if I should just skim
14  it.
15    Q.  There's approximately seven
16  pages of internal documents that it says
17  you relied upon.
18    Is that consistent with your
19  recollection of your review of Ethicon
20  documents?
21    A.  Yes.
22    Q.  And your invoice indicates that
23  you spent 2.0 hours reviewing Ethicon
24  papers.

Confidential - Harvey A. Winkler, M.D.

Page 14

1     Is that the time you would have
2 spent reviewing internal documents?
3    A.   That would be one of them. So,
4 that may have been not in a binder that
5 was sent to me. I received binders and
6 papers and papers of stuff, and I tried to
7 review some in more depth and some in less
8 depth.
9     Do I have a systematic way that
10 I can do checkboxes for you? No, I don't.
11    Q.   Your reliance list indicates
12 that you reviewed a number of company
13 deposition transcripts; is that correct?
14    A.   Yes, I did.
15    Q.   Did you review the entirety of
16 those transcripts or just portions?
17    A.   Some of it were just portions.
18 Some of them I may have written in a
19 little more -- I may have read a little
20 more in depth. I don't recall which ones
21 were more in depth than the others.
22    Q.   Were you provided the entire
23 transcript, or were you provided excerpts
24 of the company depositions?

Page 15

1    A.   Some of it I was given the
2 entire. Some of it was just excerpts.
3     MR. BENTLEY: Plaintiffs would
4   request that they be provided
5   supplemental material list indicating
6   what was actually provided and relied
7   upon by Dr. Winkler.
8 BY MR. BENTLEY:
9    Q.   Then there's a number of
10 depositions of the plaintiff experts.
11     Similarly, did you review the
12 entire transcript for the depositions of
13 the plaintiff's experts?
14    A.   Some of them I had. Some of
15 them gave multiple depositions, so I don't
16 recall which ones I read the entirety of
17 and which ones I read the -- sort of just
18 skimmed them.
19    Q.   Were you provided the entire
20 transcripts of those depositions or just
21 excerpts?
22    A.   To my best of my recollection, I
23 was provided the entire transcripts.
24    Q.   And then you reviewed a number

Page 16

1 of plaintiff expert reports; is that
2 correct?
3    A.   Yes, I did.
4    Q.   It looks like you reviewed a
5 number of TVT and TVT-O reports, but only
6 two Prolift reports were plaintiffs.
7     Is there any reason why it seems
8 you reviewed many more TVT reports as
9 opposed to prolapse-related reports?
10    A.   That was what was sent to me, so
11 that's what I reviewed.
12    Q.   When you were reviewing these
13 materials, did you specifically request
14 any further documents or reports after you
15 started reviewing?
16    A.   So, there were sometimes I would
17 discuss with them and say -- and saying,
18 This is what I've read. Do you have the
19 full deposition? And the full deposition
20 would be sent to me.
21     There were -- there was articles
22 and literature that I actually sent over
23 to J&J as part of my literature searches
24 that I found that were not included in

Page 17

1 documents that I thought may and should be
2 included in some of their documents in the
3 future. So, there was a back-and-forth
4 for the last several months regarding
5 information.
6    Q.   And do you know any plaintiff
7 experts outside of this litigation?
8     MR. BENTLEY: Let me rephrase
9   it.
10    Q.   Prior to your engagement in this
11 litigation, did you know of any of
12 plaintiff's expert witnesses?
13    A.   So, I had heard, I did not know
14 specifically, and I did not see it
15 specifically, who those plaintiff experts
16 were, but there was hearsay that certain
17 people that we knew were expert witnesses,
18 yes.
19    Q.   So you knew some of these other
20 physicians in your career, in your
21 practice?
22    A.   Yeah, I know some of them
23 personally.
24    Q.   Which ones do you know

Confidential - Harvey A. Winkler, M.D.

Page 18

1 personally?
2    A.   Let me get to the list and I'll
3 tell you.
4    Q.   It's, I believe, on the last
5 page of Exhibit 4.
6    A.   Okay.  I know Jerry Blavis.  I
7 Neerak Kohli.  I know Don Ostergard,
8 although I'm not sure if he would remember
9 who I am.  I've met Bruce Rosenzweig maybe
10 once or twice way early in my career when
11 I was in Chicago.  Dionysios Veronikis
12 I've met.  I don't have his e-mail or
13 anything like that.  Let's see.
14        So, that's it from this list.
15    Q.   Based off that testimony, the
16 people that you've listed that you are
17 familiar with or you know, do you have any
18 reason to doubt their expertise or
19 abilities in their fields?
20    A.   I think they're all experts.  I
21 think some of them are stronger experts in
22 certain things than other things.
23    Q.   And they looked at the same
24 information you did and just came to

Page 19

1 different conclusions?
2        MR. ROSENBLATT:  Object to form.
3        MR. BENTLEY:  Let me rephrase
4 it.
5 BY MR. BENTLEY:
6    Q.   You don't have any criticisms of
7 their qualifications, do you?
8    A.   No, I do not.
9    Q.   And you looked at their
10 materials and the materials they looked
11 at, right?
12    A.   That is correct.
13    Q.   And they, based off of their
14 review of that information that you looked
15 at also, they came to conclusions that are
16 just different from your conclusions here,
17 right?
18    A.   I think most of their
19 conclusions may have been based on
20 personal experience than some of the
21 literature that I found.
22    Q.   Well, you've testified -- well,
23 and let's make it clear.
24        We're incorporating the

Page 20

1 deposition testimony from this morning and
2 early afternoon from the TVT so we don't
3 have to retread a lot of the background
4 and general stuff.
5    A.   Sure.
6    Q.   But you testified earlier that
7 your opinions today -- well, your opinions
8 as disclosed in these reports are based
9 upon your review of the literature in
10 addition to your clinical practice; is
11 that correct?
12    A.   That's correct.
13    Q.   Okay.  And presumably, all these
14 experts also reached opinions based off of
15 their review of the literature and their
16 private practice.
17        Would you agree with that?
18    A.   Yeah, I would agree that they --
19 that's their opinions.
20    Q.   And for whatever reason, you all
21 have come to differing conclusions based
22 off of both of your experience and their
23 experience and based off of their review
24 of the literature and your review of the

Page 21

1 literature?  You all were looking at most
2 of the same information; you've reached
3 different conclusions; is that correct?
4    A.   We have reached different
5 conclusions, that's correct.
6    Q.   Okay.  So really where I'm going
7 is do you have any criticisms specifically
8 of their methodology for reviewing the
9 literature and the data to reach their
10 conclusions specific to their methodology
11 since you reviewed their reports?
12    A.   I'm not familiar -- I can't
13 comment on their methodology.  I wasn't
14 there doing the searches with them.  I
15 wasn't there reading the articles with
16 them.  So I can't comment on their
17 methodology.
18        I can accept their conclusions,
19 but I don't know how they did their
20 searches personally.
21    Q.   We had previously discussed
22 what's been marked as Exhibit 3, which is
23 your CV.  I just want to go to the section
24 on studies you've been involved in with

Confidential - Harvey A. Winkler, M.D.

Page 22

1  grants, which I believe starts on -- page
2  8 has your research interests.
3     A.  Yes.
4     Q.  We discussed a little bit you're
5  interested in developing a model to assess
6  various types of meshes; is that correct?
7     A.  Yes.
8     Q.  And those meshes, we discussed a
9  little bit in the TVT deposition, but
10 really the meshes that you're looking at
11 in developing the model, those are more
12 for pelvic floor reconstruction as opposed
13 to the treatment of incontinence; is that
14 correct?
15    A.  Not necessarily.
16    Q.  Okay.
17    A.  It's really early stages.  So we
18 have to try to see where it goes.
19    Q.  Okay.  On the next page there's
20 your contracts, grants and sponsor
21 research, and you have a number of studies
22 here.
23        You've done studies evaluating
24 mesh-based repairs for prolapse, right?

Page 23

1     A.  Yes, I have.
2     Q.  And the earliest study you have
3  on here is an investigation titled
4  "Non-funded safety and efficacy of
5  sacrocolpopexy with synthetic mesh."
6     A.  Yes.
7     Q.  What kind of mesh would you have
8  been investigating in that study?
9     A.  It was likely that it was
10 Gynemesh PS.
11    Q.  Let's back up a little bit.
12        This deposition is about
13 products that are polypropylene-based that
14 are used to treat the indication of
15 prolapse.
16        Is that fair?
17    A.  Yes.
18    Q.  And during your residency, did
19 you learn about the -- did you learn about
20 women that suffered from prolapse and how
21 to treat that?
22    A.  Yes.
23    Q.  And during your residency, how
24 were you taught, or what surgical

Page 24

1  treatments did you learn to treat women
2  that suffered from pelvic organ prolapse?
3     A.  So, in residency, I was taught
4  mostly native tissue repairs, vaginal
5  hysterectomy, anterior and posterior
6  colporrhaphy, as well as sacrospinous
7  suspension and some uterosacral
8  suspension, and I wouldn't qualify that as
9  high uterosacrals back then.  My residency
10 was very focused on abdominal-type stuff,
11 and vaginal prolapse repair actually was
12 not numbers that we got in high numbers.
13 And that was one of the reasons why I
14 wanted to go ahead and do a fellowship and
15 gain additional knowledge and bring that
16 knowledge back to the New York area.
17    Q.  And so, your residency was
18 focused on the abdominal approach for
19 surgery, so were you performing the
20 abdominal sacrocolpopexy?
21    A.  No, didn't do it.  I said more
22 abdominal-type of surgery it was focused
23 on as opposed to prolapse surgery.  If we
24 were doing prolapse surgery in my

Page 25

1  residency, it was vaginal hysterectomy,
2  uterosacral suspension, anterior and
3  posterior repair.
4     Q.  When did you start using mesh to
5  repair prolapse?
6     A.  So, abdominally, I started in my
7  fellowship.  We didn't use mesh there.  We
8  used Gore-Tex.  And then probably when I
9  finished fellowship, we started using the
10 regular Prolene mesh that we had discussed
11 earlier this morning, and then -- and we
12 were cutting pieces of the Prolene mesh.
13 And then when the Gynemesh PS came out, or
14 the Prolene Soft came out, we transitioned
15 over to the soft version from the original
16 Prolene mesh version.
17    Q.  I think you just testified that
18 you used Gore-Tex first?
19    A.  Gore-Tex, yes.  That was in
20 fellowship.
21    Q.  And I might have heard you
22 wrong.
23        I think you said the Gore-Tex
24 was not a mesh?

Confidential - Harvey A. Winkler, M.D.

Page 26

1    A.   It wasn't -- it was a Gore-Tex
2  sheathe.  It was a piece of sheathe.  You
3  can call it a mesh, but it wasn't the
4  meshes that we're talking about today.
5  Let's put it that way.
6    Q.   It wasn't a polypropylene mesh?
7    A.   Yes.
8    Q.   So you started with Gore-Tex
9  mesh, and what were the results with using
10 Gore-Tex to treat prolapse?
11   A.   So, Gore-Tex encapsulates, it's
12 microporous, and there was a higher
13 erosion -- higher exposure rate with the
14 Gore-Tex meshes.  We didn't do a lot of
15 sacrocolpopexies in fellowship.  I
16 probably got the majority of my experience
17 with sacrocolpopexy when I finished
18 fellowship, actually, when I went to
19 Maimonides and when I came over to -- to
20 North Shore.  I had extensive experience
21 in abdominally-based surgery from my
22 residency, but I did not have a large
23 volume of numbers of sacrocolpopexies
24 until then.

Page 27

1    Q.   In approximately what time frame
2  were you using the Gore-Tex to treat
3  prolapse?
4    A.   That was '96 to '98.
5    Q.   And then from '98 -- in 1998 you
6  began using Prolene?
7    A.   Prolene.
8    Q.   Do you know what construction of
9  Prolene you were using in 1998 to treat
10 prolapse?
11   A.   It was the Prolene mesh that
12 Ethicon made.
13   Q.   Right.  And you may not know,
14 there's several iterations of Prolene mesh
15 and sutures under the same name.
16      In 1998 when you were using
17 Prolene mesh to repair prolapse, do you
18 know one way or another which construction
19 of Prolene mesh that was?
20   A.   So, it wasn't the Prolene PS.
21   Q.   Okay.
22   A.   What they called it from before,
23 I don't really recall.  It was Prolene
24 mesh.

Page 28

1    Q.   Do you know that there were more
2  than one version of Prolene mesh that
3  Ethicon made and manufactured?
4    A.   I was familiar with there were
5  more than one version.  I just don't
6  remember which version.  I think we tried
7  to find a version that had the biggest
8  pores back then.
9       But now we're really going back
10 15, 16 years.
11   Q.   You said that Gore-Tex mesh
12 didn't work in part because it was
13 encapsulated?
14   A.   Correct.
15   Q.   And what exactly do you mean by
16 "encapsulated"?
17   A.   So, tissue could not grow into
18 the mesh.  Tissue can only grow around the
19 mesh.  And therefore, there was sort of a
20 pocket that developed and went around the
21 Gore-Tex meshes.
22   Q.   Is that kind of like scar
23 plating?
24   A.   I wouldn't say it's scar

Page 29

1  plating.  I would say there's tissue
2  growing over it, because one of the things
3  that happened with the Gore-Tex is that
4  tissue didn't -- it didn't grow into it.
5  So it was something that extruded fairly
6  easily.
7    Q.   When it encapsulated the mesh,
8  did it make the tissue harder and less
9  flexible?
10   A.   I don't recall.
11   Q.   Then when did you start using
12 Prolene Soft to treat prolapse?
13   A.   So, probably when it came out.
14 I don't remember exactly.  My
15 understanding was Prolene Soft came out in
16 2002, '3.
17      Do you know?
18   Q.   Did you consult on the design of
19 Prolene Soft?
20   A.   No, I did not.
21   Q.   Do you recall if you did any
22 studies on Prolene Soft to treat prolapse?
23   A.   We didn't do any studies.
24 Although I do think -- if it came out in

Confidential - Harvey A. Winkler, M.D.

Page 30

1  2002, then in the study that we did, there
2  probably were patients who got Prolene
3  Soft, but I don't remember the exact date
4  things came out.
5      Q.   So you may have included
6  patients that got Prolene Soft in a study,
7  but you don't think you were working as a
8  study investigator on an Ethicon-sponsored
9  study; is that correct?
10     A.   This was not an
11  Ethicon-sponsored study, the one that we
12  did in the early 2000s.
13         I'm trying to see if we did
14  anything that was Ethicon sponsored.
15     Q.   I just don't see any Ethicon
16  activities on your CV, but based on your
17  earlier testimony, it seems like you did
18  some consulting for Ethicon, right?
19     A.   So, what I did for Ethicon was
20  preceptorships, and I think I went to one
21  or two consulting meetings that they had
22  beforehand that I saw from paperwork that
23  I didn't even remember.
24         I did not -- so, what was

Page 31

1  happening was when the Gynemesh PS came
2  out, I also implanted some of that
3  Gynemesh PS transvaginally, and I guess
4  they wanted to get my opinions on the
5  transvaginal placement of the Gynemesh PS.
6         My partner, Dr. Lind, did more
7  work with Gynecare, and so I don't know,
8  can't remember what was going on back
9  then.
10     Q.   In your work in this litigation,
11  Ethicon didn't provide you any information
12  to refresh your memory about consulting
13  work that you did with them or studies
14  that you participated on?
15     A.   They did.  They showed me a
16  piece of paper from 2004 where I
17  participated in I guess one of these key
18  opinion leader-type groups on transvaginal
19  mesh, getting my ideas, but I did not
20  participate in the design of the Prolift
21  mesh.
22     Q.   Based on the documents you
23  reviewed in preparation for this report
24  and in this litigation, you were shown

Page 32

1  documents that refreshed your memory that
2  in 2004 you worked as a KOL for Ethicon;
3  is that correct?
4      A.   I went to some meeting for them
5  that they sponsored as a, I guess, KOL.
6      Q.   Which is a key opinion leader,
7  right?
8      A.   Yes.
9      Q.   And what did those documents
10  that you were shown show you about your
11  opinions in 2004 regarding mesh?
12     A.   Back then, I was also concerned
13  about an exposure rate, that exposure can
14  happen with the meshes.  It was something
15  that I knew and it was a concern of mine.
16     Q.   And were you concerned with any
17  of the design properties of the mesh as
18  they related to the exposures?
19     A.   So, one of the things that I had
20  said and that I guess they had documented,
21  that I was worried about the tanged edges
22  causing an exposure.  However, I was
23  proven incorrect because most of the
24  exposures are not happening at the edges,

Page 33

1  they're happening at the incision lines in
2  the middle of the mesh.
3      Q.   And those documents you may have
4  actually referred to the edges as rough
5  edges rather than tanged edges; is that
6  correct?
7      A.   I don't remember how I referred
8  to them, and how I referred to them may
9  not be the way that the person wrote it
10  down.
11     Q.   So other than some documents
12  indicating that you were a KOL in 2004 and
13  giving opinions regarding mesh and
14  potential exposure, were you shown
15  anything else to refresh your memory about
16  your work as a consultant or participating
17  in studies for Ethicon?
18     A.   So, I was shown that, and I know
19  that I was not shown monies that I
20  received, but I know that I was a
21  preceptor.
22     Q.   And did Ethicon pay for you to
23  travel and speak on behalf of the company
24  or their products, that you remember?

Confidential - Harvey A. Winkler, M.D.

Page 34

1  A.  Yes, they did.  In very few
2  occurrences, but yes, I did get money from
3  Ethicon for that.
4  Q.  So, in approximately 2002 you
5  began using Prolene Soft to do your
6  abdominal sacrocolpopexies; is that
7  correct?
8  A.  Somewhere around there.  Please
9  don't pin me down to these exact dates.
10  Q.  And once you began using Prolene
11  Soft to do abdominal-based repairs of the
12  prolapse, did you continue doing that
13  procedure with that mesh for a while?  Or,
14  how did your treatment continue?
15  A.  Yeah, I continued using that
16  mesh for several years.  I stopped using
17  their mesh around the time I started
18  converting from open abdominal to
19  laparoscopic robotic.
20  Q.  Approximately when was that?
21  A.  2011-ish.  I wouldn't --
22  somewhere around there, or I started to do
23  more volume of laparoscopic robotic
24  somewhere around that time.

Page 35

1  Q.  So, is it your testimony that
2  from approximately 2002 until 2011 you
3  used Prolene Soft consecutively as your
4  polypropylene mesh to repair prolapse?
5  A.  I don't know if I used it
6  exclusively, but I predominantly used it.
7  Q.  Did you use any other
8  manufacturers' polypropylene meshes during
9  that time period to repair prolapse?
10  A.  I may have used an AMS brand.  I
11  may have used a Caldera soft mesh that
12  they used, and I may have used something
13  that Boston Scientific made, but the
14  majority of my repairs back then were with
15  the Gynemesh PS.
16  Q.  When you say you predominantly
17  use Gynemesh PS, does that mean that you
18  got the sheets of Gynemesh PS and were
19  cutting them yourself?
20  A.  Yeah, got a sheet of mesh, cut
21  them in half, put one of the strips on the
22  posterior vaginal wall, one of the strips
23  on the anterior vaginal wall and then
24  attaching that to the sacrum, to the

Page 36

1  anterior longitudinal ligament on the
2  sacrum.
3  Q.  Probably around 2005, 2006, kits
4  became available to treat prolapse.
5  Why did you continue to cut your
6  own mesh rather than using a kit?
7  A.  So, kits became available for a
8  transvaginal prolapse.
9  Q.  Right.
10  A.  Okay.  There were no kits
11  available at that time for abdominal
12  sacrocolpopexies, and I was trying to pick
13  specific procedures or discussing with
14  patients doing specific procedures based
15  on certain clinical aspects as opposed to
16  just switching everyone over to a
17  transvaginal mesh.
18  Q.  So during that time period, did
19  you consistently do abdominal repairs, or
20  did you also incorporate transvaginal
21  repairs?
22  A.  So, I did abdominal repairs, I
23  did native tissue repairs, I did
24  obliterative repairs is when we close down

Page 37

1  the vaginal, and I also did transvaginal
2  mesh repairs, or what we know today as
3  transvaginal mesh repairs.
4  Q.  When did you start doing
5  transvaginal repairs using polypropylene
6  mesh kits?
7  A.  So, when did I start using the
8  Prolift kit?  I got to be honest with you,
9  I don't remember that exact date.  It
10  probably was somewhere around, I would
11  say, 2006 or '7, but I don't remember that
12  exact date.
13  Q.  Did you use any other kits for
14  transvaginal repair of prolapse?
15  A.  So, I had been trained on the
16  kit that came out from AMS, the Perigee
17  and Apogee kits.  I had used them, but I
18  don't remember what volume of surgical
19  procedures I performed with them, or
20  particularly with any of the stuff exact
21  numbers right now.
22  Q.  Did you use any of the kits from
23  Boston Scientific back in the day?
24  A.  So, the Boston Scientific kit

Confidential - Harvey A. Winkler, M.D.

Page 38

1  came out after the -- after the Apogee,
2  Perigee, and Ethicon transvaginal mesh
3  kits.  And the Boston Scientific mesh kit
4  was a little different than the Prolift
5  kit where you were able to get apical
6  support on a more systematic basis than
7  you were with the anterior Prolift.
8      Q.   Was that important for you?
9      A.   Yeah.  So, if patients had
10  anterior and apical prolapse and they
11  didn't have anything posteriorly, it was
12  beneficial.
13      Q.   What aspect of the Boston
14  Scientific kit enabled you to get at
15  apical support?
16      A.   So, there was an arm that went
17  to sacrospinous ligament, and you would
18  attach the arm of the mesh to the
19  sacrospinous ligament, or bring it through
20  the sacrospinous ligament, to be more
21  accurate.
22      Q.   So, when the Boston Scientific
23  kit became available, did you switch over
24  to that kit for your main kit to do

Page 39

1  transvaginal repairs?
2      A.   I don't remember the exact
3  transition, but I may have transitioned
4  over.  The -- yeah.
5      Q.   Because in the last deposition,
6  we discussed that you would use a Boston
7  Scientific sling if you were doing a
8  Boston Scientific-based mesh repair for
9  prolapse, right?
10      A.   That's what I do today.  I'm a
11  little more cognizant of it because of all
12  this litigation as opposed to mixing
13  things up.
14      Q.   So, when you began using the
15  Prolift kit around 2006 or 2007, did you
16  also use the AMS kit?
17      A.   No, I think I was mostly using
18  the Prolift kit.
19      Q.   But you were trained on AMS
20  Perigee and Apogee also?
21      A.   Yeah, so if companies were
22  willing to train me and I can get
23  additional experience in the cadaver lab,
24  I tried to take advantage of that

Page 40

1  situation.
2      Q.   And were all three of these
3  different kits available at your hospital
4  at any given time, or is there just one
5  brand purchased?
6      A.   I think they were available.  I
7  can't recall exactly, but I think both of
8  them -- either were available.
9          MR. ROSENBLATT:  I just wanted
10      to object to form to they weren't all
11      available at the same time.  So that's
12      my objection.
13  BY MR. BENTLEY:
14      Q.   So, when you started using
15  transvaginal kits around 2006 after the
16  introduction of Prolift, what percent of
17  the woman that you treated for prolapse
18  would you use the abdominal approach
19  versus the transvaginal kit?
20      A.   So, the abdominal approach we
21  were doing much more.  So, I would say
22  abdominally we probably used on prolapse
23  around 30 to 40 percent of the patients
24  and kits were probably 10, maybe 15

Page 41

1  percent.
2      Q.   And what would be the other
3  percent?
4      A.   Native tissue vaginal.
5      Q.   By those estimates,
6  approximately half of the cases --
7  approximately half of the women you were
8  treating for prolapse once Prolift was
9  available, once Gynemesh PS was available,
10  approximately half of the women you were
11  treating you were using a native tissue
12  vaginal-based repair?
13      A.   Very grossly.  Maybe 45.  Very,
14  very grossly, gross numbers here.
15      Q.   Did you have good results using
16  native tissue repair?
17      A.   Yes, I did.  Yes, I still do.
18      Q.   Because you wouldn't have
19  recommended that and done that procedure
20  in approximately half of the women if you
21  were having poor results, right?
22      A.   Correct.
23      Q.   Do you remember when you
24  switched -- I understand you may not have

Confidential - Harvey A. Winkler, M.D.

Page 42

1  switched a hundred percent over, but when
2  you would have made the switch to using
3  the Boston Scientific kit as opposed to
4  the Prolift kit?
5      A.   What year?
6      Q.   Or when.
7      A.   I tried to go back to figure
8  this out, to be honest with you.
9          Do you know when the Boston
10 Scientific Pinnacle kit came out?
11     Q.   I don't know.
12         Do you think that's
13 approximately when you would have
14 switched?
15     A.   That would give me at least a
16 reasonable base to figure it out.
17         I probably wouldn't have
18 switched day one that it came out, but I
19 may have transitioned over several months
20 after that.  And I will just also say then
21 as part of my native tissue repairs, I
22 consider obliterative procedures, closing
23 the vagina down, as part of the native
24 tissue repair.

Page 43

1      Q.   So, breaking down your
2  approximately 45 to 50 percent of the
3  procedures that you did that were native
4  tissue repair, do you have an estimate as
5  to how many of those were obliterative
6  versus the native tissue?
7      A.   I'd like to say somewhere around
8  10 percent.
9      Q.   For obliterative?
10     A.   Yeah, somewhere around there.
11         Again, these are gross
12 estimates.
13     Q.   So that would leave
14 approximately 35 to 40 percent were native
15 tissue repair?
16     A.   Okay, yeah.
17     Q.   And today what treatment options
18 are you using for prolapse?
19     A.   So, today I -- we are doing both
20 native tissue and mesh-based repair.  I do
21 laparoscopic robotic sacrocolpopexy, I do
22 native tissue repair with uterosacral
23 ligaments, with fixed spinous suspension,
24 as well as obliterative procedures, and I

Page 44

1  do offer --
2          MR. ROSENBLATT:  Slow down.
3      A.   This is an easy question for me.
4          MR. ROSENBLATT:  You can
5  continue your answer.  I just wanted
6  you to slow down for the court
7  reporter.
8      A.   And I still offer transvaginal
9  mesh procedures to patients.
10     Q.   When you're doing the
11 laparoscopic, what mesh product are you
12 using?
13     A.   Predominantly the Boston
14 Scientific Upsylon Y-mesh.
15     Q.   And whether you're offering a
16 transvaginal mesh repair for prolapse
17 today, what mesh are you using?
18     A.   The Boston Scientific Uphold
19 mesh.
20     Q.   Do you have a understanding of
21 the mesh properties of the Upsylon Y-mesh
22 of the pore size or weight or any of those
23 properties?
24     A.   Yes.

Page 45

1      Q.   Can you describe that mesh,
2  please?
3      A.   It's a macroporous,
4  quote/unquote, lightweight mesh.
5      Q.   It's more of a newer mesh; is
6  that correct?
7      A.   That's correct.
8      Q.   It's not Boston Scientific's
9  first prolapse mesh they've introduced,
10 right?
11     A.   Not that I'm -- not that I'm
12 aware of.
13     Q.   Is it lighter than their earlier
14 meshes?
15     A.   I think it's -- yes, it's
16 lighter than that.
17     Q.   With larger pores?
18     A.   I don't remember if it's larger
19 pores or not.  We can look at the data if
20 we want.
21     Q.   Does it have an absorbable
22 component to it?
23     A.   No, it does not.
24     Q.   And similarly with the Uphold

Confidential - Harvey A. Winkler, M.D.

Page 46

1 mesh, do you remember or can you tell us
2 any of the mesh properties with that
3 product?
4    A.   It's also a macroporous
5 monofilament wide pore mesh.
6    Q.   What percent of the women you
7 treat for prolapse today do you think you
8 use a transvaginal-based mesh repair?
9    A.   Less than or somewhere around
10 maybe 5 percent, maybe less than that.
11    Q.   What percent do you think are
12 laparoscopic ASC?
13    A.   Somewhere around 30, 35 percent.
14    Q.   Then are you still doing vaginal
15 approach native tissue repair?
16    A.   Yeah.
17    Q.   Can you estimate what percent?
18    A.   Whatever the rest would be the
19 vaginal and the obliterative.
20    Q.   So that would be approximately
21 65 percent are going to be native repairs
22 and in that 65 generally is going to be
23 obliterative and the native tissue repair?
24    A.   Yeah, somewhere around there.

Page 47

1    Q.   And approximately what percent
2 would you estimate is the obliterative?
3    A.   Probably around 10 percent.  I
4 don't think that has changed much.
5    Q.   So if my math is correct at this
6 point, that's approximately 55 percent of
7 the women you're treating for prolapse
8 today you're doing a native tissue repair?
9    A.   That's probably about right.
10    Q.   Do you feel that those repairs
11 are safe and effective?
12    A.   Yes.
13    Q.   From what you've discussed with
14 your patients and heard about your
15 patients, are they satisfied and happy
16 with the native tissue repairs that you're
17 performing today?
18    A.   From what I'm aware of, yes.
19    (Exhibit Winkler 6, North Shore
20    LIJ Institutional Review Board
21    Proposal Cover Sheet, Bates No.
22    ETH.MESH.00411090, was marked for
23    identification, as of this date.)
24

Page 48

1 BY MR. BENTLEY:
2    Q.   Doctor, I'm handing you what has
3 been marked as Exhibit 6.  This is a
4 document that was produced to us with
5 Bates 00411900.
6       Do you see that?
7    A.   Mm-hm.
8    Q.   Yes?
9    A.   Yes, I do.
10    Q.   And this is a North Shore Long
11 Island Jewish Health System form.
12       You see that on top?
13    A.   Yes.
14    Q.   And that's the hospital you
15 worked at?
16    A.   Yes.
17    Q.   Or you still work at, right?
18    A.   Yes.
19    Q.   And it's an institutional review
20 board proposal cover sheet.
21       Do you see that?
22    A.   Yes.
23    Q.   And the study personnel is
24 listed as Dr. Lind, Dr. Hall, and Dr.

Page 49

1 Winkler, yourself, right?
2    A.   Correct.
3    Q.   And you're listed as
4 subinvestigator; is that correct?
5    A.   Correct.
6    Q.   And the protocol title is
7 "Clinical Evaluation of Gynecare Gynemesh
8 for Pelvic Floor Repair."
9       Do you see that?
10    A.   Yes, I do.
11    Q.   And the proposed start date was
12 November 22nd, 2002.
13       Do you see that?
14    A.   Yes, I do.
15       I don't know how we got that
16 proposed start date when it's -- when I
17 didn't sign off on this - when my partner
18 signed off on that on March 27th, 2003.
19 But once again, I didn't sign off on this
20 piece of paper.
21    Q.   Do you recall being a
22 subinvestigator in this study regarding
23 Gynemesh for pelvic floor repair?
24    A.   I don't recall filling out any

Confidential - Harvey A. Winkler, M.D.

Page 50

1  investigator paperwork on -- on this, no.
2      Q.   So, aside from filling out the
3  paperwork, do you remember being part of
4  this study --
5      A.   So, I didn't fill out this
6  paperwork.
7      Q.   So, that aside, noting that you
8  didn't fill out the paperwork, do you
9  remember participating or being a part of
10 the study in 2002?
11     A.   I don't remember what this study
12 entailed and what we actually did on it in
13 the end, if we did any work on it.
14     Q.   It wouldn't have been unusual
15 for you to participate in a study like
16 this with Dr. Lind though, right?
17     A.   No, it wouldn't have been, and
18 he probably would have put my name on it
19 because I was doing these procedures, as
20 was Dr. Hall back then.
21     Q.   When you're updating your CV in
22 2013, if you had been provided with
23 paperwork indicating that you were a
24 subinvestigator in a study to evaluate

Page 51

1  Gynemesh for pelvic floor repair, is that
2  the type of information you would have
3  liked to have added with your CV?
4      A.   If I would have known about it,
5  I would have added it.
6          This was ten years before.  So,
7  you know, either I didn't remember it or
8  this was just a proposal and it never
9  happened.  I don't know.
10     Q.   I'm going to hand you what's
11 been marked as Exhibit 7.
12         (Exhibit Winkler 7, Monitoring
13     Reports, Bates No. ETH.MESH.00411100
14     through ETH.MESH.00411113, was marked
15     for identification, as of this date.)
16 BY MR. BENTLEY:
17     Q.   This is a monitoring report with
18 Bates 411102.
19         If you'll turn to the second
20 page you can see the document is titled
21 "Clinical Site Monitoring Visit Report."
22         Do you see that?
23     A.   Yes.
24     Q.   And it's dated March 10th, 2004

Page 52

1  in the top right.
2          Do you see that?
3      A.   Correct.
4      Q.   The form notes that the last
5  visit date was December 18th, 2002.
6          Do you see that?
7      A.   Let's see.  Where?
8      Q.   In the date on the top right.
9      A.   Show me where.
10     Q.   I think you turned the page.
11 I'm on Bates 103.  It's the second page in
12 the document.
13     A.   Okay.
14     Q.   Do you see that the protocol
15 name is "Clinical Evaluation of Gynemesh
16 Gynemesh PS for Pelvic Floor Repair"?
17     A.   Correct.
18     Q.   And under the middle box it
19 says: "Study staff present."
20         Do you see that?
21     A.   Yes, I do.
22     Q.   And you're listed again as a
23 subinvestigator; is that correct?
24     A.   That's correct.

Page 53

1      Q.   And towards the bottom of the
2  page it notes that the study's continuing
3  and your group has entered to date 12
4  patients.
5          Do you see that?
6      A.   That's correct.
7      Q.   It appears on Bates 105 that
8  someone came out to visit the site to see
9  if the study was still going on and they
10 signed it in 2004.
11     A.   Okay.
12     Q.   So based off your review of this
13 document, does it indicate that you were
14 at least listed as a subinvestigator in a
15 Gynemesh PS study in 2004?
16     A.   Yes.
17     Q.   Does this refresh your memory at
18 all?
19     A.   I don't remember this
20 independently.  If I would have remembered
21 it, I would have put it on my CV.  If we
22 did a study, I put on it.
23         Once again, I did this format in
24 2011, 2012, and this study closed in, you

Confidential - Harvey A. Winkler, M.D.

Page 54

1  just told me, December of -- when did you
2  tell me that it closed?
3      Q.   I don't think we've seen that
4  yet.
5          So I'm going to hand you what's
6  being marked as Exhibit 8.
7          (Exhibit Winkler 8, Clinical
8      Evaluation of Gynecare GyneMesh PS
9      Mesh for Pelvic Floor Repair Clinical
10     Study, was marked for identification,
11     as of this date.)
12         THE WITNESS:  Okay.
13         MR. BENTLEY:  And this is
14     another document that was produced to
15     us.  I'm not sure why the Bates is not
16     on there.  We can, for the record,
17     submit a Bates labeled copy as needed.
18         And this is the Clinical
19     Evaluation of Gynecare Gynemesh PS
20     Mesh For Pelvic Floor Repair a
21     Clinical Study.
22  BY MR. BENTLEY:
23      Q.   Do you see that?
24      A.   Yes, I do.

Page 55

1      Q.   And it appears that the study
2  was completed and results were collected
3  and this is a summary of that study.
4          Is that a fair recitation --
5      A.   That's correct, fair.
6      Q.   I suspect you still don't
7  remember participating in the study based
8  off this document?
9      A.   I don't remember.
10     Q.   And these documents weren't
11  provided to you in your preparation for
12  this report in this litigation; is that
13  correct?
14     A.   I did not see this before today.
15     Q.   But now seeing these, would you
16  like to add this information to your CV?
17     A.   Yeah, I would put information
18  like this on my CV.
19         I'm not the PI, so I would
20  never -- I wouldn't get a report on this.
21  We don't get any reports on this, but in
22  terms of funding and stuff, I wouldn't get
23  any reports.
24     Q.   And on your CV, you include

Page 56

1  other studies where you're not necessarily
2  the principal investigator; is that
3  correct?
4      A.   Yes.
5          So, some of the ways that I
6  would remember some of the stuff is I do a
7  Pub Med search, and I don't know if this
8  ever came up on a Pub Med search.
9      Q.   You do a Pub Med search for
10  yourself?
11     A.   Yeah.  Listen, I had to go back
12  eight years.
13     Q.   Let's put that aside and look at
14  your report.
15         So, I believe we marked
16  Exhibit 2 as your report entitled "Expert
17  Report of Harvey Winkler MD Regarding
18  Gynemesh and Prolift."
19         Is that correct, Exhibit 2 is
20  your report?
21     A.   Yes.
22     Q.   And this report has a number of
23  footnotes at the end on page 46; is that
24  correct?

Page 57

1      A.   Yes, it does.
2      Q.   And there's 106 footnotes in
3  this report; is that correct?
4      A.   Yes, it does.
5      Q.   And on page 41 it indicates that
6  you signed this report on February 5th,
7  2017; is that correct?
8      A.   That's correct.
9      Q.   I think, as you testified, you
10  may have done some work on this report
11  subsequent to the last entries on your
12  invoice before you submitted this report;
13  is that fair?
14     A.   That is fair.
15     Q.   So, Doctor, this report you
16  discuss a lot of literature again and have
17  a number of citations to various findings,
18  correct?
19     A.   Yes.
20     Q.   The method that you employed to
21  find literature is you would have done
22  keyword searches in preparation of this
23  report; is that correct?
24     A.   Yes.

Confidential - Harvey A. Winkler, M.D.

Page 58

1   Q.   And some of the literature you
2  were already familiar with, correct?
3       A.   Yes.
4       Q.   And some of that literature was
5  provided to by Ethicon; is that correct?
6       A.   Correct.  And then I did my own
7  searches as well.
8       Q.   And you also reviewed some of
9  plaintiff's reports and their materials
10  that they cited, correct?
11      A.   Correct.
12      Q.   And taking that large basket of
13  studies and literature, again you didn't
14  do any independent statistical analysis to
15  somehow combine all that information into
16  one calculation or anything, right?
17      A.   No, I did not.
18      Q.   So, again you're going to rely
19  upon Level I evidence that it's a
20  systematic review of other studies
21  performed by the statistical experts that
22  crunch numbers;  is that fair?
23      A.   That's fair.
24      Q.   Okay.  And so, using the Oxford

Page 59

1  Levels of Evidence that we've discussed
2  today, Level I is going to be the
3  systematic review and that's the highest
4  level of evidence, correct?
5       A.   Correct.
6       Q.   And we've previously discussed
7  some of the Cochrane reviews, and I think
8  you said that you would a hundred percent
9  rely on those.
10          Is that fair regarding your
11  Prolift report also?
12          MR. ROSENBLATT:  Object to form.
13      A.   I don't know if I hundred
14  percent rely on one particular study.  I
15  try to take them all in context.
16      Q.   So, you would definitely put the
17  Cochrane reviews as the highest level of
18  evidence in this situation also?
19      A.   It's one of the types of the
20  highest levels, yes.
21      Q.   And is there any reason you
22  wouldn't a hundred percent rely on the
23  Cochrane review as you sit here today that
24  you can tell us?

Page 60

1          MR. ROSENBLATT:  Object to form;
2  mischaracterization.
3          I think he said primarily, not a
4  hundred percent.
5          MR. BENTLEY:  I wrote down a
6  hundred percent.
7  BY MR. BENTLEY:
8       Q.   But regardless, is there any
9  reason today why you wouldn't a hundred
10  percent rely on the Cochrane review in
11  regarding the mesh repairs for prolapse?
12      A.   That's not the only thing that I
13  would rely on a hundred percent.
14      Q.   I see what you're saying.
15          The 2016 Maher Cochrane review,
16  do you have any criticism of that study as
17  you sit here today?
18      A.   I don't -- I'd like to see the
19  study before I criticize it.
20      Q.   If you had any criticisms of
21  that study, would they be included in your
22  report?
23      A.   Not necessarily.
24      Q.   So, does your report contain a

Page 61

1  true and accurate list of all of your
2  opinions you intend to offer at trial for
3  the jury regarding the Prolift and the
4  Gynemesh PS?
5       A.   It does, but if I remember
6  correctly, even in my report, I reserve
7  the right to modify opinions as I learn
8  stuff.
9       Q.   As new evidence becomes
10  available?
11      A.   As new evidence becomes
12  available, thank you.
13      Q.   And the 2016 Maher report was
14  available when you wrote this report,
15  right?
16      A.   Yes.
17          MR. ROSENBLATT:  And there are
18  several Maher 2016 Cochrane reviews.
19  So I just want to make sure you're
20  referring to vaginal prolapse as
21  opposed to apical repair.  Just
22  because there are multiple ones, I
23  want to make sure you guys are talking
24  about the same one.

Confidential - Harvey A. Winkler, M.D.

Page 62

1    (Exhibit Winkler 9, Maher
2    Cochrane review, was marked for
3    identification, as of this date.)
4    BY MR. BENTLEY:
5    Q.   Doctor, I'm handing you what is
6    marked as Exhibit 9, which is a Cochrane
7    review entitled "Transvaginal mesh or
8    grafts compared with native tissue repair
9    for vaginal prolapse."
10       Do you see that?
11   A.   Okay.  Yes, I have it.
12   Q.   And we were discussing the
13   Cochrane reviews are a Level I evidence,
14   right?
15   A.   Yes.
16   Q.   And I was asking as you sit here
17   today, do you have any criticisms or
18   reasons to not rely upon the latest
19   Cochrane review regarding Prolift and
20   mesh-based repairs for prolapse?
21   A.   Once again, I don't rely on just
22   one study for an opinion whether or not to
23   do and use a surgical procedure and a
24   device.

Page 63

1    Q.   So other than the fact that you
2    don't rely upon one study, do you have any
3    other reasons not to rely upon this study
4    or criticisms of this study?
5        MR. ROSENBLATT:  Object to form.
6        If you want to skim through it
7    or ask if he has any criticisms about
8    a particular section, that might be
9    easier, but that's just very broad.
10   BY MR. BENTLEY:
11   Q.   Well, first, Doctor, do you
12   understand the question?
13   A.   Do I have any criticisms of the
14   study?
15   Q.   Yes.
16   A.   Is the question.
17       Overall, I accept its findings.
18   I have not reviewed part-by-part every
19   single methodology that they have
20   performed.
21   Q.   Okay.  Do you have any -- do you
22   know of any studies that they didn't
23   included in their analysis that they
24   should have?

Page 64

1    A.   Well, I'd have to go over their
2    search methods and review it.  I'm not --
3    so, I -- and I haven't done that.
4        MR. BENTLEY:  Let me rephrase
5    it.
6    BY MR. BENTLEY:
7    Q.   In your report, you don't
8    identify any problems with the Cochrane
9    2016 review such that they failed to
10   include some studies that you think they
11   should have included?
12   A.   I did not include that in my
13   report.  However, it's possible that they
14   missed some studies or should have
15   included some studies.
16   Q.   And in your report, similarly
17   you don't identify any methodological
18   criticisms with the Cochrane 2016 review
19   performed, with their meta-analysis
20   combining several RCTs and generating
21   various complication rates?  You don't
22   have any criticisms of the methodology
23   they employed to make their meta-analysis,
24   do you?

Page 65

1    A.   Currently, I don't have any
2    criticisms.
3    Q.   And you didn't disclose any in
4    your report, right?
5    A.   I did not disclose any in my
6    report.
7    Q.   You would agree that the 2016
8    Cochrane review is one of the most
9    powerful and reliable sources of data
10   available?
11   A.   I think it's one of the reliable
12   sources available.  I guess most powerful
13   is subjective.
14   Q.   And by powerful, I mean they
15   have reviewed expansive number of studies,
16   had a preset inclusion/exclusion criteria,
17   had a preset methodological analysis and
18   performed meta-analysis to combine those
19   studies.
20       Is that fair?
21   A.   Fair enough.
22   Q.   And that's what constitutes
23   Level I evidence, is someone that
24   undertakes that type of statistical

Confidential - Harvey A. Winkler, M.D.

Page 66

1  analysis?
2      A.   Fair enough.
3          MR. ROSENBLATT:  Greg, we've
4  been going about an hour.  I don't
5  want to cut you off.
6          MR. BENTLEY:  It's good.  We can
7  take a break.
8          (Recess taken from 5:09 p.m. to
9  5:17 p.m.)
10  BY MR. BENTLEY:
11      Q.   All right, Doctor.  We are back
12  from a break.
13          Are you ready?
14      A.   Yeah.
15      Q.   We were discussing the 2016
16  Cochrane review from Maher regarding
17  transvaginal mesh for prolapse repair.
18          Do you remember that?
19      A.   Yes.
20      Q.   And we just entered that review
21  as an exhibit, I think it's Exhibit 9; is
22  that correct?
23      A.   That is correct.
24      Q.   You discussed this review in

Page 67

1  your report several places.
2          If you turn to page 20 in your
3  report, I believe it's the first time you
4  mention this review.
5      A.   Okay.
6      Q.   And at the bottom of page 20 you
7  note that this is the most recent review,
8  and it shows good objective and subjective
9  outcomes at one to three year for mesh.
10          Is that correct?
11      A.   That's correct.
12      Q.   And on the next page you discuss
13  some more findings from the Cochrane
14  review.
15      A.   Yes.
16      Q.   Turning back to the Cochrane
17  review, which is Exhibit 9.
18          On page 1 of the review is the
19  abstract which is a condensed version of
20  the study and its findings;  is that fair?
21      A.   That's fair.
22      Q.   And the authors ultimately
23  conclude on page 2 that:  "While
24  transvaginal permanent mesh is associated

Page 68

1  with lower rates of awareness of prolapse,
2  reoperation for prolapse and prolapse on
3  examination than native tissue repair is
4  also associated with higher rates of
5  reoperation for prolapse, stress urinary
6  incontinence, or mesh exposure and higher
7  rates of bladder injury at surgery and
8  de novo stress urinary incontinence."
9          Do you see that?
10      A.   I got to be honest with you, no.
11      Q.   We're on page 2 under "Author
12  Conclusions."
13      A.   Okay.
14      Q.   And my question is that first
15  conclusion, you don't discuss that
16  conclusion in your report; is that
17  correct?
18      A.   That's not true, I think.
19          MR. ROSENBLATT:  Take as much
20  time as you need to look through your
21  report.
22          (Pause.)
23  BY MR. BENTLEY:
24      Q.   So, on page 20 and 21, you don't

Page 69

1  mention those conclusions; is that
2  correct?
3      A.   I'm looking, sorry.
4      Q.   That's fine.
5      A.   Really.
6          (Pause.)
7      A.   So, I did note that there were
8  recurrence -- the recurrence and rates of
9  repeat surgery for prolapse were both
10  lower in the mesh group and then although
11  more women in the mesh group required
12  repeat surgery for the combined outcome of
13  prolapse stress incontinence and mesh
14  exposure.
15      Q.   I apologize, actually.
16          Let's look at the second
17  conclusion.  The Cochrane 2016 review
18  authors conclude that:  "The risk-benefit
19  profile means that transvaginal mesh has
20  limited utility in primary surgery."
21          Do you see that in the Cochrane
22  review?
23      A.   I see that, yes.
24      Q.   And that conclusion, do you

Confidential - Harvey A. Winkler, M.D.

Page 70

1  agree with that conclusion?
2      A.   I think that depends on the
3  patient, and I understand when you're
4  doing it on thousands of patients and
5  younger patients that it may not be the
6  first type of repair that you're doing,
7  but it may be a primary repair in certain
8  types of patients.  So basically it's
9  saying is that you shouldn't do a
10  transvaginal mesh repair in everybody,
11  especially in patients in primary
12  surgeries, and I've always agreed with
13  that.
14      Q.   So you would agree that there's
15  limited utility for the transvaginal mesh
16  in primary surgery for repair of prolapse?
17      A.   I think the word "limited" is a
18  tough answer to -- question to answer.
19      So, I think in the patient who's
20  80 years old with a prolapse surgery and
21  who's not sexually active and wants a
22  minimally invasive procedure, it may have
23  very good utility in those patients.
24      I understand what you're trying

Page 71

1  to say in limited utility in sort of
2  everybody, but there are patients that
3  transvaginal mesh is appropriate for, in
4  my opinion, and there are patients that it
5  may not be appropriate for, in my opinion.
6      Q.   So let's narrow that down.
7      You would agree that
8  transvaginal mesh repairs for prolapse are
9  not right for everyone, right?
10      A.   They're not the right surgery
11  for everyone.
12      Q.   There's a limited group of
13  people where that's the appropriate -- in
14  your opinion, where that's the appropriate
15  surgery to treat prolapse; is that
16  correct?
17      A.   In my opinion, yes, there's a
18  certain patient population that may --
19  where transvaginal mesh may be more or
20  less appropriate.
21      Q.   And it's not appropriate for the
22  general population of women that suffer
23  from prolapse; is that correct?
24      A.   That depends on the patient's

Page 72

1  goals and expectations from the surgical
2  procedure.  And I think that's what it's
3  pertaining to, in my opinion.
4      Q.   The authors continue in the
5  Cochrane review: "While it is possible
6  that in women with higher risk of
7  recurrence the benefits may outweigh the
8  risks, there's currently no evidence to
9  support this deposition."
10      Do you see that?
11      A.   Page 2?
12      Q.   Yes, the last sentence of that
13  paragraph in the conclusion.
14      A.   Based on this review, I will
15  agree.
16      However, once again, in specific
17  patients who have recurrence, and if you
18  look at the ACOG guidelines, the ACOG has
19  guidelines that mesh may be, and if we can
20  pull them out that would be even better,
21  may be appropriate for patients with
22  recurrence.
23      Q.   For limited patients that are
24  suffering from recurrence, transvaginal

Page 73

1  mesh may be appropriate in that situation.
2      Is that consistent --
3      A.   Repeat that again?
4      Q.   Transvaginal mesh may be
5  appropriate for patients that suffer from
6  recurrence, that may be the appropriate
7  treatment for prolapse in that situation;
8  is that correct?
9      A.   It may be for them, and there
10  are some patients who it may be a primary
11  repair appropriate for them, depending on
12  that specific patient.
13      Q.   Okay.  In the Cochrane review
14  here is saying that currently there's no
15  evidence to support this position.
16      A.   No, they're saying there's
17  limited utility as used in primary
18  surgery.
19      Q.   In the last paragraph they
20  state: While -- I'm sorry, in that first
21  paragraph, last sentence, the authors of
22  the Cochrane review conclude:  "While it
23  is possible that women with higher risk of
24  recurrence, the benefits may outweigh the

Confidential - Harvey A. Winkler, M.D.

Page 74

1 risk."
2      And that's the subgroup that
3 you're talking about where Prolift and
4 Gynemesh PS is the appropriate repair,
5 right?
6    A.   It could be an appropriate
7 repair in one of those patient
8 populations.
9    Q.   And the Cochrane review looked
10 at that and concluded there's currently no
11 evidence to support this position.  That's
12 their conclusion, right?
13    A.   But they're also saying it may
14 be possible then that the benefits may
15 outweigh the risks.
16    Q.   There's a possibility, but
17 there's currently no evidence to support
18 that; is that correct?
19    A.   There's no evidence that the
20 Cochrane review looked through -- I'm
21 trying to remember if there was a paper
22 that specifically looked at recurrence.  I
23 think there was.
24    Q.   Well, I'm sure counsel will

Page 75

1 bring that up if we have that.
2    A.   Okay.
3    Q.   But staying on the Cochrane
4 review, which is the Level I evidence, the
5 highest level of evidence, right?
6    A.   Correct.
7    Q.   And these authors looked at a
8 lot of studies.  We can look at the
9 methods, and we will.
10      And based off of their review,
11 they concluded that there's no evidence to
12 even support that limited possibility; is
13 that correct?
14    A.   They accepted that it's
15 possible, but they did not find any
16 evidence to support it, correct.
17    Q.   Ultimately they decided that the
18 risk-benefit profile means transvaginal
19 mesh has limited utility in primary
20 surgery.
21      And is that consistent with your
22 opinion here?
23    A.   Overall, I would say that, but
24 on a patient-specific type of discussion,

Page 76

1 I don't know if I could say that for each
2 particular type of patient.  If a patient
3 has a primary prolapse with a bad history
4 of intra-abdominal adhesions, bowel
5 obstructions or many reasons why I
6 wouldn't want to go and place an abdominal
7 mesh, that may be an appropriate patient
8 for a transvaginal mesh.
9    Q.   So generally you would agree
10 that the risk-benefit profile means that
11 transvaginal mesh like Prolift and
12 Gynemesh PS has limited utility in primary
13 surgery, but there may be exceptions based
14 on an individual patient where it's
15 appropriate and not exception; is that
16 correct?
17    A.   Yeah, there are certain patients
18 where I do not believe it has limited
19 benefit and there are major benefits.
20      And can I comment that's why 522
21 studies are being performed today to
22 decide whether or not there is a benefit
23 or not.
24    Q.   It's your testimony that

Page 77

1 Ethicon's performing 522 studies today on
2 Prolift or Gynemesh PS for prolapse?
3    A.   Nope, it's not my -- it's not my
4 testimony at all.
5      My testimony is that there are
6 522 studies being performed to ascertain
7 whether or not transvaginal mesh is an
8 acceptable form of treatment in patients
9 with -- for patients with primary surgery.
10    Q.   That's happening today for
11 Ethicon products?
12    A.   Once again, I said it's not for
13 Ethicon products, but for transvaginal
14 mesh.  The Cochrane review is not only for
15 Ethicon products.  It's on all
16 polypropylene meshes that are placed
17 transvaginally.
18    Q.   On the previous page under the
19 main results of the abstract, do you see a
20 section, Doctor?
21    A.   Previous page, page 1?
22    Q.   Yes.
23    A.   Yes, I do.
24    Q.   They note under "Main Results"

Confidential - Harvey A. Winkler, M.D.

Page 78

1  that they included 37 RCTs.
2        Do you see that?
3     A.  Yes.
4     Q.  That's a fairly large number of
5  randomized control trials to include,
6  would you agree?
7     A.  I would agree that's a good
8  number.
9     Q.  Would you agree that that
10  provides a powerful basis or statistical
11  basis that's a powerful number of studies
12  to include?
13     A.  I think it's a good number.  I
14  don't know if I would use the word
15  "powerful," but I think it's an adequate
16  number.
17     Q.  Do you have any understanding
18  how many RCTs you used in your analysis?
19     A.  I didn't count up the number of
20  RCTs.
21     Q.  Turning back to page 2, there's
22  some summaries of their findings.  I want
23  to draw your attention to the last
24  paragraph.

Page 79

1        Do you see it starts with
2  "Permanent mesh"?  Are you with me?
3     A.  Yes.
4     Q.  And Maher writes:  "Permanent
5  mesh was associated with higher rates of
6  de novo stress incontinence."
7        Do you see that?
8     A.  Yes, I do.
9     Q.  And it also notes that there's a
10  higher rate of bladder injury.
11        Do you see that?
12     A.  Yes, I do.
13     Q.  And do you agree with those
14  findings, that permanent mesh is
15  associated with a higher rate of de novo
16  stress incontinence and bladder injury?
17     A.  I agree that that's what has
18  been seen with these procedures, yes.
19     Q.  Is that consistent with your
20  opinions in your report?
21     A.  Yeah, I think I wrote that in my
22  report.
23     Q.  Doctor, earlier in the earlier
24  deposition today we were discussing your

Page 80

1  opinion as to what acceptable rates of
2  complications were.
3        Do you remember?
4     A.  Yes, I do.
5     Q.  And similarly, here in your
6  report you cite a number of different
7  studies with a fairly wide variation in
8  different findings, and I have some
9  questions.
10        As you sit here today, based on
11  your review of the literature and your
12  clinical experience, do you have an
13  estimate or an opinion as to what an
14  acceptable rate of mesh exposure is on
15  prolapse repairs using mesh?
16        MR. ROSENBLATT:  Object to form.
17  BY MR. BENTLEY:
18     Q.  That are transvaginally placed?
19     A.  My -- in my experience, what I
20  would think is going to occur in our
21  patient population is that somewhere
22  around a 10 to 12 percent mesh exposure
23  rate is going to occur with a transvaginal
24  mesh.

Page 81

1     Q.  And that wasn't really my
2  question.
3        What's an acceptable rate of
4  exposure for transvaginal mesh repairs to
5  treat prolapse, in your opinion based off
6  of your review and your clinical
7  experience?
8     A.  So, my expected rate is my
9  acceptable rate.
10     Q.  And so something, an exposure
11  rate higher than 12 percent would cause
12  you concern?
13     A.  Not necessarily.  It depends on
14  what the exposure is and how symptomatic
15  it is and what we're doing for that
16  exposure.
17     Q.  Doctor, would you please turn
18  your attention to page 16 of the 2016
19  Cochrane review we were looking at?
20     A.  Okay.
21     Q.  On the left-hand column it says:
22  "1.2.3.  Surgery for prolapse stress
23  urinary incontinence or mesh exposure."
24        Do you see that?

Confidential - Harvey A. Winkler, M.D.

Page 82

1  A.  I do.
2  Q.  The authors began:  "Women who
3  had a transvaginal mesh repair were more
4  likely to undergo repeat surgery for
5  prolapse stress urinary incontinence or
6  mesh exposure than those undergoing native
7  tissue repair."
8       Do you see that?
9  A.  I see that.
10  Q.  And you agree with that finding,
11 is that correct, that that's what this
12 shows?
13  A.  I agree that's what they wrote,
14 yeah.
15  Q.  And as we discussed, you don't
16 have any methodological concerns with the
17 Maher study, correct?
18  A.  Offhand, I do not.
19  Q.  And in your report, you don't
20 disclose any criticism of the study,
21 right?
22  A.  I did criticize one thing.  Let
23 me just check.
24       (Pause.)

Page 83

1  A.  So, what I criticize in the
2  study on exposure and reoperation rate is
3  that the way we managed an exposure in
4  the -- in our early experience with
5  transvaginal mesh has changed dramatically
6  how we manage an exposure today.
7       So, initially when we were --
8  when I was and other people were
9  implanting these meshes, any time we saw
10 an exposure, we thought that needed to be
11 treated.  We subsequently learned that
12 some of these exposures, and many of these
13 exposures are asymptomatic, and if you
14 have an asymptomatic exposure, you do not
15 have to treat that.
16       The Cochrane review is basing
17 some of that reoperation and a lot of
18 these studies are basing their reoperation
19 rates on the earlier way we managed
20 meshes, transvaginal mesh exposures.
21  Q.  And you wouldn't want to subject
22 a woman to an additional surgery
23 unnecessarily, right, to repair an
24 exposure?  Is what you're saying?

Page 84

1  A.  Well, that's what I'm saying.
2  So once again, if she's asymptomatic, we
3  subsequently learned that these
4  asymptomatic mesh exposures are of minimal
5  risk to the patient and we can observe and
6  watch them as opposed to taking the
7  patient back to the operating room.
8  Q.  Because you don't want to
9  subject the woman to a second surgery
10 unless you absolutely have to, right?
11  A.  We wouldn't want to do surgery
12 that is unnecessary.
13  Q.  Because each subsequent surgery
14 has increased risks attendant to it,
15 right?
16  A.  I think every surgery has risk.
17 I don't know if you want to say each
18 subsequent surgery has more risk.
19  Q.  Well, each time you're doing
20 pelvic surgery --
21  A.  Any time you do surgery, there's
22 risk associated with it.
23  Q.  And each time you do pelvic
24 surgery, you're potentially creating more

Page 85

1  scar tissue in the pelvis which
2  complicates further surgeries;  is that
3  fair?
4  A.  I can agree with that.  Fair
5  enough.
6  Q.  So if you can avoid it, you
7  don't want to perform extra surgeries on
8  women; is that correct?
9  A.  It's correct.
10  Q.  On page 16 of the Cochrane
11 review on the right-hand column there's a
12 Section 1.4.2 Mesh Exposure.
13       Do you see that?
14  A.  Yes.
15  Q.  And they provide a finding from
16 their analysis of 19 RCTs and they state:
17 "Anterior repair only.  Mesh exposure was
18 reported in 10 percent women after
19 anterior permanent mesh repair."
20       Do you see that, the first
21 bullet?
22  A.  Yes, I do see that.
23  Q.  And the second bullet is:
24 "Multicompartment repair.  Mesh exposure

Confidential - Harvey A. Winkler, M.D.

Page 86

1 was reported in 17 percent after
2 multicompartment repair."
3     A.   I see that too.
4     Q.   And 17 percent is almost 50
5 percent higher than your 12 percent
6 acceptable rate; is that fair?
7     A.   No, it's not fair.  They're
8 putting in two pieces of mesh here.
9 There's an anterior and a posterior piece
10 of mesh.  So you're going to get a
11 cumulative result from both those pieces.
12     Q.   Is it fairly common to do an
13 anterior and posterior repair statement?
14     A.   I can't respond in how fairly
15 common it is.  Depends on what was going
16 on with the patient.
17     Q.   So, your acceptable exposure
18 rate is dependent upon whether it's
19 anterior or posterior repair or a combined
20 repair?
21     A.   So, my acceptable exposure rate,
22 if you're going to do total exposure rate,
23 is going to be increased if you put in an
24 anterior and posterior piece.  So 10 to 12

Page 87

1 percent for an anterior, 10 to 12 percent
2 for a posterior.
3     Q.   So ultimately, do you think that
4 the true exposure rate if you're talking
5 about anterior and posterior repair with
6 the Prolift or Gynemesh PS is 17 percent?
7         MR. ROSENBLATT:  Object to form.
8     A.   Say that again.
9     Q.   How about what's your opinion as
10 to the actual exposure rate when you do an
11 anterior and posterior repair with mesh
12 transvaginally?
13     A.   If I do both?
14     Q.   Right.
15     A.   If I'm doing an anterior and
16 posterior, I think you can see up to a 20
17 to 24 percent exposure rate because you're
18 putting in two pieces of mesh.  So 10 to
19 12 percent anterior, 10 to 12 percent
20 posteriorly.  If I remember my statistics,
21 you add them up and you get 20 to 24.
22     Q.   Do you agree with the Cochrane
23 review that found that women undergoing a
24 transvaginal permanent mesh repair were

Page 88

1 more likely to have a bladder injury than
2 those with the native tissue repair?
3     A.   I'm going to say it depends on
4 how you're doing the procedure, who's
5 doing the procedure, but that's what their
6 data shows and I will believe that.
7     Q.   And in part, that's why you
8 think that the Prolift and Gynemesh PS
9 repairs are not necessarily the primary
10 surgical intervention for women suffering
11 from prolapse; it's more of a select
12 group maybe with higher recurrence?  Is
13 that fair?
14     A.   I think the patients you put
15 transvaginal mesh in need appropriate
16 counseling and discussion of putting in
17 the transvaginal mesh.  There may be
18 patients who receive more benefit from a
19 transvaginal mesh than others?
20     Q.   But the risk-benefit profile
21 isn't necessarily appropriate for all
22 women when you're doing a prolapse repair;
23 is that correct?
24     A.   I would mention this to all

Page 89

1 woman, but depending on what their goals
2 are.  I mean, I mention that there's
3 transvaginal mesh to every single patient
4 that comes in for a prolapse.  Based on
5 their goals, their age, their history,
6 their sexual function, the risks of a
7 transvaginal mesh are not worth it to
8 those patients.  I'll agree to that.
9     Q.   Do you agree that the Cochrane
10 review's conclusion is that permanent mesh
11 like Prolift and Gynemesh PS implanted
12 vaginally has increased morbidity?
13     A.   Where do you see that?
14     Q.   On page 29 under "Author's
15 Conclusions."
16     A.   Page 29?
17     Q.   Yes.
18         Generally do you agree with this
19 conclusion that permanent mesh is
20 associated with increased morbidity?
21     A.   If you include mesh exposure,
22 yes.  Other than that, other complications
23 seem to be on par with the native tissue.
24     Q.   We've been talking about

Confidential - Harvey A. Winkler, M.D.

Page 90

1 exposure.
2      With regard to the complication
3 of dyspareunia, do you have an opinion as
4 to whether transvaginal mesh may increase
5 that risk as compared to native tissue
6 repairs?
7    A.   Transvaginal mesh is comparable
8 to native tissue repairs for dyspareunia.
9    Q.   Could you please turn to page 30
10 of your report?  You see your paragraph
11 where you begin "There's no doubting," on
12 page 30?
13      I'm sorry, you're on --
14    A.   Yeah, yeah, I want to find
15 something in the Cochrane review as well
16 since we've been discussing it.
17      (Pause.)
18    Q.   In the second line in that
19 paragraph, you say:  "Intuitively we may
20 even reason that transvaginal mesh
21 procedure may increase this risk."
22 Talking about dyspareunia.
23      Why intuitively would you reason
24 that the mesh procedures would increase

Page 91

1 dyspareunia?
2    A.   'Cause I'm putting in a foreign
3 body into the anterior vaginal wall, and
4 the foreign body, any time we do anything
5 extra, there may be an increased risk for
6 developing complications.
7      However, the data does not
8 substantiate that there's an increased
9 complication of dyspareunia with
10 transvaginal mesh.
11      And I think the Cochrane review
12 also comments on dyspareunia, and the
13 Cochrane review on page 17 going to 18:
14 "There was no evidence of a difference
15 between the groups in the rate of de novo
16 dyspareunia."
17    Q.   And my question is why in your
18 report do you state that intuitively the
19 transvaginal mesh may increase the risk of
20 dyspareunia?
21      MR. ROSENBLATT:  Object to form;
22    asked and answered.
23    A.   Once again, intuitively, if
24 we're putting in a foreign body, if we're

Page 92

1 doing any extra surgery, you may think
2 hey, this can cause more problems.
3      However, the data does not
4 support that.
5    Q.   You're comparing Prolift and
6 Gynemesh PS to native tissue repair on
7 page 30.
8      Do you see that?  You state
9 that:  "Native tissue repairs, as well as
10 transvaginal mesh procedures like Prolift
11 and Gynemesh PS, can cause dyspareunia."
12    A.   Yes.
13    Q.   Then you state:  "Intuitively we
14 may even reason that a transvaginal mesh
15 procedure may increase this risk."
16      So the native tissue repair,
17 that's going to be a foreign body that's
18 implanted transvaginally, correct?
19    A.   Yes.
20    Q.   But you're implanting the mesh
21 and you're saying the mesh is going to
22 increase this risk as compared to the
23 native tissue repair, which is also a
24 foreign body implanted transvaginally.

Page 93

1      I'm just trying to understand
2 why intuitively you would reason that the
3 mesh is going to increase that risk?
4    A.   So, some people may think that,
5 and when we started putting in meshes we
6 actually counseled people that we may have
7 a higher dyspareunia rate with
8 transvaginal mesh.  However, once again,
9 the data does not support there's an
10 increased rate of dyspareunia with
11 transvaginal mesh as compared to native
12 tissue in multiple studies.
13    Q.   I'm trying to figure out why you
14 wrote this in your report.
15      Why would you reason that the
16 transvaginal mesh increases the risk of
17 dyspareunia as compared to native tissue
18 repair?
19    A.   I didn't say it increases the
20 risk of dyspareunia.  I said that you may
21 think it increases the risk of
22 dyspareunia, but the literature has proven
23 that it doesn't increase the risk.
24    Q.   So you don't reason that the

Confidential - Harvey A. Winkler, M.D.

Page 94

1  transvaginal mesh procedure would increase
2  the risk?
3      A.   The data does not support that
4  transvaginal mesh increases the risk of
5  dyspareunia.
6      Q.   Doctor, do you have an estimate
7  as to what you, based on your review of
8  the literature and clinical experience, as
9  to what the de novo dyspareunia rate is
10  after transvaginal mesh is implanted for
11  prolapse?
12      A.   That's not a number that I have
13  off the top of my head, but it's something
14  that I included in my report.  So let's --
15  we're talking about transvaginal mesh or
16  we're talking about abdominal mesh now?
17      Q.   Prolift and Gynemesh PS
18  implanted transvaginally.
19      A.   Sure, let's go to that.
20          (Pause.)
21      A.   So, different studies have
22  reported different numbers.  Native tissue
23  repair by Abramov in 2005 showed an
24  increase in dyspareunia from increase from

Page 95

1  8 percent to 17 percent.
2          Let's go to transvaginal mesh.
3          (Pause.)
4      A.   I know Nieminen actually showed
5  a dyspareunia rate lower in the mesh
6  group.  Native tissue had a 13 percent
7  reported evidence of vagina too tight and
8  8 percent in the mesh group.
9          Carey in 2009 did a 12-month
10  follow-up of dyspareunia, showed 16.7
11  percent of sexually active in women in the
12  mesh group and 50.2 percent in the no mesh
13  group developed dyspareunia.  So we're
14  going to see about a 15 percent, once
15  again gross number, of dyspareunia rate
16  after our surgical procedures.
17      Q.   So, I'm trying to figure out
18  what you intend to testify as to these
19  complication rates.
20          So, other than just reciting
21  findings from four or five different
22  studies, do you have any type of number
23  that you're going to tell the jury as to
24  what the de novo dyspareunia rate is after

Page 96

1  transvaginal mesh for prolapse repair?
2      A.   My answer is going to be it's
3  similar to native tissue repairs.
4      Q.   And that's based upon just
5  discussing a lot of findings with no
6  statistical analysis; is that correct?
7          MR. ROSENBLATT:  Object to form.
8      He has an entire report here, so he's
9      not going to limit his answer to the
10      question.
11  BY MR. BENTLEY:
12      Q.   You can answer, please.
13      A.   So, what's the question again?
14      Q.   Other than just citing a bunch
15  of studies and then coming up with some
16  estimate, I'm trying to figure out what
17  methodology you employed to get to this
18  estimate?
19      A.   So, this is my what I used and
20  then I'm going to go to the 3systemic
21  reviews that show that there's no
22  difference in dyspareunia rates for native
23  tissue repairs and transvaginal mesh
24  repairs.

Page 97

1      Q.   So, ultimately you're going to
2  be saying that the rate is whatever's in
3  the systematic review?
4          MR. ROSENBLATT:  Object to form.
5  BY MR. BENTLEY:
6      Q.   Is that correct?
7      A.   I am going to say the rate is
8  going to be a composite of the systematic
9  reviews.
10      Q.   And what's the composite rate
11  going to be that you're going to testify
12  to to the jury?
13      A.   I'm going to testify, like I
14  said, it's out there and I will -- if you
15  are going to pin me down that I have to
16  answer a number, which I got to tell you
17  right now I'm not comfortable with, it's
18  going to be somewhere in the 15 percent
19  range, 10 to 15 percent range.
20      Q.   So, if a study found de novo
21  dyspareunia after mesh repair higher than
22  the 10 to 15 percent range, would that
23  cause you concern?
24          MR. ROSENBLATT:  Object to form.

Confidential - Harvey A. Winkler, M.D.

Page 98

1    A.   I'm sure we're going to find
2  studies that are higher and we're going to
3  find studies that are lower.
4    Q.   And so you just picked the
5  middle ground, or how did you reach that
6  10 to 15 percent range?
7    A.   So, I'm trying to pick a middle
8  number, yeah.
9      I told you I wasn't comfortable
10  with giving you a number.
11      (Exhibit Winkler 10, Dietz
12    article, was marked for
13    identification, as of this date.)
14  BY MR. BENTLEY:
15    Q.   Doctor, I'm handing you what's
16  been marked as Exhibit 10.  This is a
17  study by Viviane Dietz and Christopher
18  Maher.
19      Do you see that?
20    A.   Yes, I do.
21    Q.   And this is actually the same
22  Christopher Maher that is the lead author
23  on the 2016 Cochrane.
24      Do you see that?

Page 99

1    A.   Yes, I do.
2    Q.   And this study is titled "Pelvic
3  organ prolapse and sexual function."
4      Is that correct?
5    A.   Yes, it is.
6    Q.   It was published in 2013 in the
7  International Urogynecological Journal,
8  correct?
9    A.   Correct.
10      MR. ROSENBLATT:  It's reference
11    number 30 in his report.
12      MR. BENTLEY:  What page is it?
13      MR. ROSENBLATT:  Page 29.
14      THE WITNESS:  I have it on page
15    21.
16      MS. THOMPSON:  It's 21 and 29
17    and 30.
18  BY MR. BENTLEY:
19    Q.   So, I believe you just testified
20  that the true range that you believe for
21  de novo dyspareunia after transvaginal
22  mesh repair for prolapse is 10 to 15
23  percent; is that correct?
24    A.   You asked me to pick a number

Page 100

1  out of a hat, and that's what I did.
2    Q.   I'm not asking you to pick a
3  number out of a hat.  I'm trying to figure
4  out what you're going to tell the jury is
5  the actual rate of dyspareunia after
6  transvaginal mesh.
7      MR. ROSENBLATT:  Object to form;
8    asked and answered.  I think he's told
9    you it's going to be similar, but that
10    an average would be 10 to 15 percent
11    or will be some studies that are
12    higher and some that are lower.
13  BY MR. BENTLEY:
14    Q.   So, what methodological analysis
15  are you doing on the statistics to reach a
16  10 to 15 percent number?
17    A.   I'm not.  You're just asking me
18  right now for a number to give you a
19  number and you won't let me go on without
20  giving you a number.  So I have to give
21  you something.
22    Q.   Well, your report you cite a lot
23  of studies; is that correct?
24    A.   Right.  So you can't -- that's

Page 101

1  why I'm saying I can't be pinned down to a
2  number.
3    Q.   And you provided a large number
4  of different findings; is that correct?
5    A.   Yes, the numbers depend on your
6  patient population.  The numbers depend on
7  your -- there's a lot of variables that go
8  into sexual dysfunction or pain with
9  intercourse, and what I'm prepared to
10  testify is that, and I will tell the jury
11  that I -- it's very hard to come down to
12  an exact number of what patients are going
13  to get dyspareunia and pelvic pain with
14  each particular type of surgery.  I wish I
15  knew that.  Then I can --
16    Q.   So you're not going to --
17    A.   It's a range.
18    Q.   -- provide a complication rate
19  for dyspareunia, is that your testimony?
20      MR. ROSENBLATT:  Object to form.
21    If he's asked about a particular
22    study, then he's asked to comment on
23    that study.
24      MR. BENTLEY:  The jury's

Confidential - Harvey A. Winkler, M.D.

Page 102

1 entirely capable of reading a study.
2    I'm trying to figure out what
3 expert analysis he's going to bring to
4 the jury.
5    MR. ROSENBLATT:  The jury can
6 read a study all by themselves?
7    MR. BENTLEY:  Well, I mean, if
8 you're just going to regurgitate
9 findings, that's entirely not an
10 expert analysis.  You know that.
11    MR. ROSENBLATT:  No, he's
12 providing his opinions based on all of
13 the studies --
14    MR. BENTLEY:  I'm trying to
15 figure out what his opinion is.
16    MR. ROSENBLATT:  I know.  And
17 I'm not trying to be disruptive.  I'm
18 just saying he has cited studies that
19 cite specific rates, but you're not
20 asking him what is that range that's
21 reported in the studies.  You're just
22 asking him --
23 BY MR. BENTLEY:
24    Q.   I'm saying based upon your

Page 103

1 review of the literature as cited in the
2 report, what is the true range of de novo
3 dyspareunia that you intend to testify to
4 at trial?
5    A.   Once again, I intend to testify
6 that there's no difference in rates for
7 native tissue versus transvaginal mesh.
8 I'm not so sure we know the true rates of
9 either to an exact number.
10    Q.   So you don't know -- let's break
11 that down.
12    You don't have an opinion as to
13 the true rate of native tissue repair for
14 de novo dyspareunia; is that correct?
15    MR. ROSENBLATT:  Object to form;
16 mischaracterization.
17    To the extent he's relying on
18 particular studies, he will discuss
19 those opinions, but to the extent
20 you're asking him to pin it down to a
21 specific number, he's saying that's
22 difficult to do.
23    MR. BENTLEY:  Counsel, can we
24 minimize the speaking objections?  If

Page 104

1 you have an objection to form, I
2 appreciate that.
3 BY MR. BENTLEY:
4    Q.   Doctor, do you intend to offer
5 an opinion at trial as to what the true
6 complication rate is for de novo
7 dyspareunia after a native tissue repair?
8    A.   In the literature, if I didn't
9 do the full systemic review and go through
10 every single number that I have here, I
11 would probably say that there is somewhere
12 in the range of a 10 to 15 percent rate.
13    In my hands, do I believe that
14 it is lower?  Yes, I do.  However, I have
15 not done like a systematic review, but I
16 have followed up on my patients and
17 followed my native tissue repair patients,
18 and I try to pick the appropriate surgery
19 with the patient to try to minimize some
20 of these risks of native tissue
21 dyspareunia rates.
22    Q.   Okay.  And so it's your estimate
23 and your opinion that you intend to
24 testify to that the range is approximately

Page 105

1 10 to 15 percent for native tissue repair,
2 correct?
3    A.   Yes.  And that also depends on
4 what kind of repair that you're doing.  If
5 you're doing a posterior repair, if you're
6 doing an anterior repair, but if we're
7 going to lump everything together, I think
8 we can come to that number.
9    MR. ROSENBLATT:  Maybe I can
10 help streamline this.  I don't think
11 he's offered in his report a specific
12 number.  But if you're going to ask
13 him --
14    MR. BENTLEY:  Well, if we're
15 just going to say it's about the same
16 as something else, I'm entitled to
17 know what he's comparing it to and how
18 he reached that.  We haven't figured
19 out any methodology for doing any type
20 of combination of these studies.
21    A.   So, I look at the Cochrane
22 review, its the Schimpf review, the
23 meta-analysis that are high-level data to
24 come to my conclusions.

Confidential - Harvey A. Winkler, M.D.

Page 106

1    Q.   Doctor, what's your opinion as
2  to the complication rate of chronic pain
3  after a native tissue repair done
4  transvaginally for prolapse?
5    A.   The chronic pelvic pain rate,
6  are you including dyspareunia in that or
7  not including dyspareunia in that?
8    Q.   You can tell me both, if that's
9  easier.
10   A.   I would think I would like to
11 just exclude dyspareunia.  Let's assume
12 they're not.
13        I also think it's low.  I think
14 the chronic pain rate from a native tissue
15 repair depend -- is going to be in the low
16 numbers, the low single digit numbers.
17   Q.   And then your opinion is the
18 transvaginal mesh used to treat prolapse
19 is going to be approximately the same as
20 native tissue repair; is that correct?
21   A.   That's what's in the studies.
22 And on chronic pain it's very limited
23 data, if I'm correct.
24   Q.   So, when you say a very low

Page 107

1  number, what numerically are we talking
2  about in a range?
3    A.   Range anywhere between, if I
4  have to pick a number, once again which
5  I --
6    Q.   Based upon your review of the
7  literature and your systematic reviews.
8    A.   So let's go through the numbers
9  here.  I wasn't prepared to give a number
10 like that.
11   Q.   Well, let's be clear.
12       You're establishing that Prolift
13 and Gynemesh PS are safe because you think
14 they're safe as native tissue repair; is
15 that fair?
16   A.   Based on the literature I
17 reviewed, there's no increase in rate of
18 dyspareunia rates and chronic pain rates.
19   Q.   Right.  So saying there's no
20 increase in one rate as compared to the
21 other one, I have no idea what rates
22 you're comparing.  It's not -- I'm not
23 trying to belabor this, but --
24   A.   I wish studies would give a rate

Page 108

1  exactly.  That would make all of our lives
2  easier, but it's a variable rate and takes
3  into account multiple factors, and that's
4  why we don't have that specific rate that
5  you're asking for.
6    Q.   Maybe let's do it this
7  direction.
8        Which studies -- you have 40
9  pages of studies in here.  Which studies
10 do you find provide better evidence as to
11 other ones?  Did you give some of the
12 studies higher deference than other
13 studies?
14   A.   So, the Cochrane review which we
15 just discussed had a higher deference.
16 There was a recent -- let me see.  Let's
17 go back here.
18       (Pause.)
19       There's the Withagen study, the
20 Altman study.
21   Q.   Let's do those one by one.
22       Is the Withagen study a
23 systematic review meta-analysis?
24   A.   No, it's not.

Page 109

1    Q.   And is the Altman review a
2  systematic meta-analysis?
3    A.   No, it's not.
4    Q.   What other studies did you find
5  most compelling?
6    A.   So, the only systemic review
7  that I included in my report was the
8  Cochrane review.
9    Q.   And the Cochrane review, as
10 we've seen, the authors concluded that the
11 risk-benefit profile doesn't make sense
12 for a primary treatment surgery for
13 prolapse, right?
14       MR. ROSENBLATT:  Object to form.
15   A.   But they also showed that there
16 was no difference in dyspareunia and
17 pelvic pain.
18   Q.   Right.
19   A.   Associated with the two repairs.
20   Q.   So your conclusions are just
21 different?
22   A.   No, we're concluding the same
23 thing.
24   Q.   Maybe I missed it.

Page 110

1 So you do agree that the
2 risk-benefit profile for Prolift and
3 Gynemesh PS that it doesn't make sense as
4 a primary surgery for general population
5 with the exception of some -- the
6 exception of the possibility that some
7 high risk patients it might make sense
8 for.  Do you agree with that?
9     A.   In my opinion, transvaginal mesh
10 is not the procedure that patients will
11 choose based on their goals.
12         How's that?
13     Q.   Would you agree with --
14         MR. ROSENBLATT:  Object to form.
15     Could you read back that answer?
16         (The requested portion of the
17     record was read by the Court Reporter.)
18     A.   That patients may choose.
19     Q.   So the patients are choosing not
20 to use a transvaginal mesh as the primary
21 treatment for their goals?
22     A.   They may choose that, yes.
23         So, if I'm putting a synthetic
24 in and a patient wants a synthetic

Page 111

1 procedure, they may choose to go with an
2 abdominal sacrocolpopexy as opposed to a
3 transvaginal mesh, understanding that the
4 sacrocolpopexy has increased risks of it
5 being an intra-abdominal procedure, but
6 abdominal sacrocolpopexy has a lower risk
7 profile likely for dyspareunia.
8     Q.   Let's go at this way.
9         Today you do approximately --
10 today for approximately 5 percent of the
11 patients you treat for prolapse, for 5
12 percent of them you're doing a
13 transvaginal mesh repair?
14     A.   Yeah, at the most, yeah.
15     Q.   And that's consistent with your
16 understanding of the risk-benefit profile
17 of these devices;  is that fair?
18     A.   For the patients that I'm
19 treating, that's fair.
20     Q.   So maybe the mesh repair
21 transvaginally is appropriate in maybe 5
22 percent of the patients consistent with
23 your clinical practice?
24     A.   That I didn't say.  That's maybe

Page 112

1 5 percent of my patients are choosing
2 that.
3         I will say most patients at this
4 point in time are scared away from
5 transvaginal mesh and won't even entertain
6 the thought of transvaginal mesh because
7 of the advertisements and ongoing
8 litigation that's out there, and every
9 single patient almost brings it up.
10     Q.   Well, how about what percent of
11 your patients that you treat for prolapse
12 do you think Prolift and Gynemesh PS is
13 appropriate for?
14     A.   I think it could be an
15 appropriate procedure for a larger
16 percentage as long as they understand the
17 risk and the benefits.  But we're not even
18 getting there at this point in time, and I
19 understand that, and I never push a
20 patient into a procedure, especially if
21 they don't want it.  That's not the right
22 thing to do.  But I think that the
23 conversation is even stopping because of
24 what's going on.

Page 113

1     Q.   Doctor, you cite to a number of
2 transvaginal mesh studies in your report,
3 and then you cite to some studies and you
4 provide findings specifically for Prolift
5 and Gynemesh PS.
6         My question is are you relying
7 upon other mesh products to reach your
8 opinions regarding the safety and efficacy
9 of these Ethicon products?
10     A.   Other mesh products will be in
11 there, but the -- the predominance of data
12 is on Ethicon products.
13         (Exhibit Winkler 11, Altman
14     article, was marked for
15     identification, as of this date.)
16 BY MR. BENTLEY:
17     Q.   Doctor, I'm handing you what's
18 being marked as Exhibit 11, which is the
19 Altman study we discussed.
20     A.   Yes.
21     Q.   And you're familiar with the
22 Altman study?
23     A.   Yes.
24     Q.   And the Altman study was

Confidential - Harvey A. Winkler, M.D.

Page 114

1  published in the New England Journal of
2  Medicine; is that correct?
3      A.   That's correct.
4      Q.   That's a reputable publication,
5  right?
6      A.   Yes.
7      Q.   And the article is titled
8  "Anterior Colporrhaphy Versus Transvaginal
9  Mesh For Pelvic Organ Prolapse."
10         Is that correct?
11     A.   Yes.
12     Q.   And on the first page in the
13 abstract, you can see the author's
14 conclusions:  "As compared with anterior
15 colporrhaphy, use of a standardized trocar
16 guided mesh kit for cystocele repair."
17         And that's the Prolift kit,
18 right?
19     A.   Correct.
20     Q.   And that kit resulted in a
21 higher short-term rate of successful
22 treatment, but also in higher rates of
23 surgical complications and postoperative
24 adverse events.

Page 115

1          Is that correct?
2      A.   That's what it states.
3      Q.   And on page 1833 of the study,
4  the authors discuss those adverse events.
5          Do you see the "Adverse Events"
6  section?
7      A.   Yes.
8      Q.   And they note that the mesh
9  repair group had a significantly longer
10 mean duration of surgery.
11         Do you see that?
12     A.   Yes, I do.
13     Q.   The mesh repair group had a
14 greater mean interoperative blood loss.
15         Do you see that?
16     A.   Yes.
17     Q.   And the mesh group had more
18 frequent need for interoperative
19 cystoscopy.
20         Do you see that?
21     A.   Yes, I do.
22     Q.   And those are all significant
23 complications for the patient;  is that
24 fair?

Page 116

1      A.   I don't think the cystoscopy one
2  is.  I pretty much do intraoperative
3  cystoscopy on every patient.
4      Q.   You do one cystoscopy rather
5  than multiple, right?
6      A.   Not necessarily, in my patients.
7      Q.   If there was more frequent
8  cystoscopy, at least these authors
9  indicate that that's a increased adverse
10 event associated with mesh-based repair;
11 is that correct?
12     A.   They're adding it, but in my
13 uterosacral suspensions, my native tissue
14 repairs, we actually do two cystoscopies
15 in those procedures.
16     Q.   And these authors note that:
17 "Compared to native tissue repair, these
18 authors note that compared to traditional
19 colporrhaphy that the mesh group had more
20 need for intraoperative cystoscopy at
21 p-equals .006."
22         Do you see that?
23     A.   I see that.
24     Q.   And that's highly significant,

Page 117

1  right?
2      A.   I see that's significant.  I
3  don't know if these doctors, if they did
4  any such anterior colporrhaphy if they
5  would cystoscope these patients.  I would
6  because there's data out there to support,
7  to show that when you do an anterior
8  repair, you can get cubital kinking from a
9  native tissue repair.
10     Q.   And the authors continue:  "More
11 bladder perforations occurred in the mesh
12 repair group than the colporrhaphy group."
13         Do you see that?
14     A.   Yes, I do.
15     Q.   And the next sentence, or a
16 little bit farther down the authors note:
17 "The inguinal pain and bladder emptying
18 difficulties during hospital stay were
19 more common after mesh repair."
20         Do you see that also?
21     A.   Yes, I do.
22     Q.   And these authors were
23 specifically looking at the Prolift kit;
24 is that correct?

Confidential - Harvey A. Winkler, M.D.

Page 118

1    A.   They're doing more surgery here.
2  I'm not surprised to see some more
3  adverse.
4    Q.   This study is specifically
5  looking at the Gynecare Prolift kit?
6    A.   I understand, but when you're
7  putting in the mesh, you're still doing
8  more surgery than you would be doing at a
9  traditional anterior colporrhaphy.
10   Q.   So these authors looked at
11 implanting the Gynecare Prolift kit and
12 found increases in all of these adverse
13 events; is that correct?
14   A.   That's correct.  I'm not
15 surprised to see that.
16       And if you look at the
17 difference in greater mean intraoperative
18 blood loss, 84 to 35, we're talking about
19 not even two ounces of blood.
20   Q.   So, these authors conclude that
21 there's a greater risk of adverse events
22 with the Prolift kit.
23       In your report, you discuss the
24 Altman study on page 29 and on page 32.

Page 119

1    A.   Okay.
2    Q.   You don't appear to address
3  these authors' conclusions.
4        As you sit here today, do you
5  have a criticism of the authors'
6  conclusions in the Altman study?
7    A.   I don't have a criticism for
8  them putting it in.
9        Clinically significant, once
10 again, the mean intraoperative blood loss
11 when we're going from a little over an
12 ounce to a little less than three ounces
13 is not clinically significant.
14       The more frequent need for
15 intraoperative cystoscopy, once again not
16 clinically significant.
17       And the duration of the surgery,
18 I would expect it to last longer and
19 that's what we would discuss with the
20 patient because we are doing more surgery
21 when we are putting in a transvaginal mesh
22 than doing a simple anterior colporrhaphy.
23   Q.   On page 1831 in Altman, the
24 authors note that at the one year -- on

Page 120

1  the bottom right, you see:  "The one year
2  assessment symptoms of stress urinary
3  incontinence were significantly more
4  bothersome in the mesh repair group than
5  the colporrhaphy group."
6    A.   I'm aware of that.
7        Can you just show me the number
8  we're talking about?
9    Q.   It's on the -- it's p equals
10 0.02.  So statistically --
11   A.   You're talking about the UDIS
12 subscale?
13   Q.   I'm on the text on the far right
14 column.
15       The authors in Altman note that
16 there's increased stress urinary
17 incontinence that's bothersome in the mesh
18 group compared to the anterior
19 colporrhaphy.
20       Right?
21   A.   Yes.
22   Q.   And the authors continue on the
23 next page that:  "New stress urinary
24 incontinence occurred in 6.2 percent of

Page 121

1  the patients in the colporrhaphy group
2  versus 12.3 percent in the mesh repair
3  group, statistically significant."
4        Do you see that?
5    A.   Yes, I do.
6    Q.   And is that consistent with your
7  clinical practice that stress urinary
8  incontinence is more common with mesh as
9  with colporrhaphy?
10   A.   That's consistent with the data.
11   Q.   And on that column on the right
12 on that same page, the authors note that:
13 "Pain during sexual intercourse was
14 reported to occur usually or always by 2
15 percent of the women after colporrhaphy
16 and by 7.3 percent after transvaginal mesh
17 surgery."
18       Do you see that?
19   A.   I see that.  And the p-value's
20 not significant.
21   Q.   So, because the p-value's not
22 significant, you would discount the Altman
23 finding?
24   A.   I wouldn't discount it, but it's

Confidential - Harvey A. Winkler, M.D.

Page 122

1 not a significant finding.
2     Q.    Is that finding of increased
3 dyspareunia consistent with your clinical
4 practice?
5     A.    This is one study --
6         MR. ROSENBLATT:  Object to form.
7     A.    -- showing that.
8         And in my clinical practice, the
9 dyspareunia rate is equivalent to the
10 nature tissue repair -- native tissue
11 rate.
12        THE WITNESS:  Can we go off the
13 record?
14        (Discussion held off the record.)
15 BY MR. BENTLEY:
16    Q.    Doctor, are you familiar with
17 studies by Milani?
18    A.    Who?
19    Q.    Milani, M-I-L-A-N-I.
20    A.    Can you show me that study?
21        (Exhibit Winkler 12, Damoiseaux
22 abstract, was marked for
23 identification, as of this date.)
24

Page 123

1 BY MR. BENTLEY:
2     Q.    Doctor, I'm handing you what's
3 being marked as Exhibit 12.
4         This is a study by Damoiseaux,
5 and this is in the International
6 Urogynecological Association Application
7 2015.
8         Do you see that?
9     A.    Yes.
10    Q.    This is just an abstract
11 entitled "Long-Term follow-up seven years
12 of a randomized controlled trial trocar
13 guided mesh compared with conventional
14 vaginal repair in recurrent pelvic organ
15 prolapse."
16        Do you see that?
17    A.    Yes, I see that.
18    Q.    And these authors were looking
19 at an RCT of Prolift compared to
20 conventional repair.
21    A.    Let me take a second to read it.
22        (Perusing document.)
23        Okay.  So I'm up to "Results."
24        Do you want me to -- you want to

Page 124

1 comment on any of that or just continue
2 reading?
3         MR. ROSENBLATT:  You can take
4 your time and read the entire article,
5 if you need to.
6         THE WITNESS:  Okay.
7         (Perusing document.)
8 BY MR. BENTLEY:
9     Q.    So, in your report on page 29
10 you discuss --
11    A.    I'm not finished reading it, I
12 apologize.
13        MR. BENTLEY:  Well, if you want
14 to go off the record, you can read
15 literature.
16        THE WITNESS:  Sure.
17        (Perusing document.)
18        Okay.
19 BY MR. BENTLEY:
20    Q.    Doctor, in your report, you note
21 that this study by Damoiseaux in 2015
22 found no differences in overall rates of
23 dyspareunia between Prolift and the
24 traditional repair; is that correct?

Page 125

1     A.    Yes.
2     Q.    Are you with me on page 29 of
3 your report?
4     A.    No, I'm sorry.  I was looking at
5 this.  There was no difference in this
6 study over here.
7     Q.    But you don't cite their
8 conclusion, their ultimate conclusion that
9 alternative non-mesh treatments, including
10 non-surgical, should seriously be
11 considered.
12    A.    I didn't -- I don't disagree --
13 agree or disagree with that.  On this what
14 I'm talking about in this paragraph over
15 here is transvaginal mesh and dyspareunia
16 specifically.  So I cited it for that.
17    Q.    So do you agree with their
18 conclusion that alternative non-mesh
19 treatments should seriously be considered?
20    A.    Once again, I agree that
21 appropriate counseling needs to be
22 provided to patients who undergo
23 transvaginal mesh procedures and that
24 needs to take into consideration their

Confidential - Harvey A. Winkler, M.D.

Page 126

1 goals and objectives for the surgical
2 procedure.
3     Q.   So you cite their finding about
4 dyspareunia rates, but you don't address
5 their conclusion in your report; is that
6 correct?
7     A.   My understanding is this
8 litigation is not about the efficacy of a
9 transvaginal mesh procedure, but it is
10 regarding the complications of a
11 transvaginal mesh procedure.
12         Is that not accurate?
13     Q.   That wasn't my question.
14         You provide -- you cite a
15 finding from this study in your report,
16 but you don't address the authors'
17 ultimate conclusion recommending
18 alternative non-mesh surgical procedures;
19 is that correct?
20     A.   Once again, alternative non-mesh
21 procedures should be discussed with each
22 individual patient, and making a blanket
23 statement that you should do other, and
24 they don't say you should do other, that

Page 127

1 you should consider others, then that's
2 what you need to discuss with your
3 patients, and they don't say you shouldn't
4 do the surgery.  You should seriously
5 consider it.  And I agree with that, they
6 can consider it.  You need to consider all
7 the risks and the benefits of a surgical
8 procedure.
9     Q.   So you should -- let me get it
10 clear.
11         You agree with the authors'
12 ultimate conclusion that you should
13 seriously consider non-mesh treatments?
14     A.   No, I agree with the author that
15 you should seriously discuss non-mesh and
16 mesh surgical treatments with your
17 patients.
18         I agree -- I agree with the
19 statement to start off, not to end.  You
20 should have this discussion with your
21 patients before you do the surgery, not
22 afterwards.
23     Q.   One of the other conclusions at
24 the seven-year follow-up, if you look a

Page 128

1 little farther up in that paragraph, is
2 that the mesh exposure rate was extremely
3 high.
4         Do you see that?
5     A.   Yes, I do, and I was looking in
6 the study to see what their exposure rate
7 was.
8     Q.   My copy is a little different,
9 but in mine there's a chart 40 percent
10 exposure.
11         Is that consistent with the copy
12 you have?
13     A.   Right.  And you had a 7 percent
14 exposure rate in the conventional group,
15 which we have been talking about as -- you
16 know, doesn't really happen.  So how did
17 they get their 7 percent there?
18     Q.   So, my first question is you
19 don't address a 40 percent exposure rate
20 in your report, right?
21     A.   Once again, we were not
22 discussing that in this particular
23 subsection.
24         These were patients who had

Page 129

1 anterior and posterior meshes and we prior
2 discussed that I think if someone's going
3 to have an anterior and posterior mesh
4 that you may see up to a 24 percent
5 exposure rate.  So I don't know if 24 and
6 40 percent is going to be significant.
7     Q.   In your report, Doctor, you cite
8 the study, right?
9     A.   Yes, I do.
10     Q.   And you state: "7 year
11 follow-up data was presented by Damoiseaux
12 2011 in abstract form and reported 10
13 percent de novo dyspareunia rate in the
14 mesh group and 12 percent in the no mesh
15 group."
16         Correct?
17     A.   Correct, that's what's written
18 in my report.
19     Q.   In the next sentence you state:
20 "There is no difference in overall rates
21 of dyspareunia as well between the two
22 groups."
23         Correct?
24     A.   There is no statistically

Confidential - Harvey A. Winkler, M.D.

Page 130

1 significant difference, and if you look at
2 the paperwork from 2015, the p-value for
3 dyspareunia and the p-value for de novo
4 dyspareunia is nonsignificant.
5   Q.   So in your report, you discuss
6 the dyspareunia rate, but you don't
7 discuss the exposure rate and you don't
8 discuss the authors' ultimate conclusion,
9 correct?
10   A.   Once again, in this subsection,
11 that was not called for here and that is
12 not in my report.
13   Q.   Because it didn't agree with
14 your conclusion there?
15     MR. ROSENBLATT:  Objection.
16   A.   No.
17     MR. ROSENBLATT:  Object to form.
18   A.   My conclusion was, and they
19 concluded it themselves as well, there
20 there's no -- in their conclusions, there
21 was no difference in pain or dyspareunia
22 between the two groups.  I am quoting
23 that.
24   Q.   That's one of their conclusions

Page 131

1 you cite in your report, right?
2   A.   And I've never denied that
3 there's an exposure rate that can happen
4 with meshes and you need to take that into
5 consideration.
6   Q.   Nowhere else in your report do
7 you discuss their 40 percent finding of
8 exposure rate at 7-year follow-up.
9     And my question is why do you
10 not discuss that?
11   A.   It was not relevant to this
12 subsection.
13   Q.   You discuss exposure rates
14 elsewhere in your report, right?
15   A.   I discussed exposure rates
16 elsewhere in my reports and I go with the
17 overall gestalt.  I did not include this
18 in the exposure rate, that I am aware of.
19   Q.   And the 40 percent exposure rate
20 is well beyond any acceptable exposure
21 rate you've testified to today, right?
22   A.   This is higher than I would like
23 to see, but this is one study only.
24     And once again, I'd like to

Page 132

1 know, and this is only in abstract form,
2 how many of these were symptomatic, how
3 many of these were not symptomatic, and
4 what was the follow-up.  Why didn't they
5 include the -- if there was a significant
6 number in patients going back to the
7 operating room, they would have that, why
8 wouldn't they put that in?
9     MR. ROSENBLATT:  Greg, how much
10 more do you have?
11     MR. BENTLEY:  Do you want to
12 take a break?
13     MR. ROSENBLATT:  I think it
14 would be good.
15     MR. BENTLEY:  I'm fine with
16 that.  Let's do that.
17     (Recess taken from 6:27 p.m. to
18 6:33 p.m.)
19 BY MR. BENTLEY:
20   Q.   Doctor, one of the bases for
21 your opinions today that Prolift and
22 Gynemesh PS is save and effective is your
23 own personal clinical experience;  is that
24 fair?

Page 133

1   A.   That's fair.
2   Q.   And we discussed this a little
3 bit earlier today regarding TVT, but you
4 don't keep a case log for your prolapse
5 patients, do you?
6   A.   No, I do not.
7   Q.   And you don't have any exact
8 numbers for how many of your patients that
9 you did a Prolift procedure with mesh
10 suffered complications, right?
11   A.   I don't, but I do have anecdotal
12 follow-up on patients who have
13 transvaginal mesh, I asked to return
14 yearly to the office and I monitor them.
15 And then once again, if anybody else was
16 removing any of the transvaginal meshes
17 that I placed, as a general rule, they
18 probably would tell me.  There are
19 exposures that I went back on and had to
20 revise.  I'm not aware of any of my
21 transvaginal mesh procedures where
22 somebody went back in and had to remove
23 the entire piece of mesh.
24   Q.   So you don't know what

Confidential - Harvey A. Winkler, M.D.

Page 134

1  percentage of your patients had a
2  complication after Prolift, right?
3      A.   So, my exposure rate is
4  consistent with the literature.  My
5  reoperation rate as a whole is lower than,
6  I think, the literature because these
7  asymptomatic mesh exposures were not
8  taking patients back to the operating room
9  for as much these days.
10     Q.   What's your exposure rate?
11     A.   I would -- around 10 to 12
12  percent for each compartment that mesh is
13  placed in.
14     Q.   How are you reaching a 10 to 12
15  exposure rate, how do you have that
16  estimate if you don't keep track of the
17  number of --
18     A.   So, I'm basing it just on
19  patients that I've seen back, as well as
20  the average numbers in the literature, but
21  I'm basing it on the numbers of patients
22  that I've seen.
23          We were participating in the 522
24  study for Elevate.  Unfortunately, that

Page 135

1  was stopped because Astora went out of --
2  had closed down.
3      Q.   Is that your own opinion, or was
4  this told to you that the 522 order was
5  stopped because Astora went out of
6  business?
7      A.   I mean, we participated in the
8  study.  They said we're going out of
9  business, we're not funding the study
10  anymore.
11     Q.   If Astoria was not, in fact, out
12  of business and their stock price was
13  rising today, would that maybe change your
14  opinion as to why the study was stopped?
15     A.   I don't think the study was
16  stopped for complications.  I think the
17  study was stopped for business decisions,
18  monetary decisions.
19          I don't recall having to take
20  back any of my patients who received mesh
21  in that study back to the operating room.
22     Q.   All right.  So, we have your
23  anecdotal recounts of your patients as one
24  of the basis for your exposure rate,

Page 136

1  right?
2      A.   It's the follow-up that I do
3  with them yearly, yes.
4      Q.   And we've discussed you don't
5  actually have numbers for that, right?
6      A.   Correct.
7      Q.   And then another basis is your
8  literature review, right?
9      A.   Correct.
10     Q.   And then the third basis that
11  you just told me is your 522 study that
12  you started regarding Elevate; is that
13  correct?
14     A.   Correct.
15     Q.   And that study wasn't finished
16  either, right?
17     A.   No, it was not.  Although no
18  one's denying that mesh exposures happen
19  with any times we put in meshes.
20     Q.   I'm just trying to figure out
21  what your personal experience with
22  exposure rates would be because that's one
23  of the bases for your opinions, right?
24  But we don't have a number?

Page 137

1      A.   We don't have an exact number.
2  We need to go by the literature's number
3  and my clinical experience.
4      Q.   What's the robotic assisted
5  sacrocolpopexy exposure rate that you're
6  aware of or that's your opinion?
7      A.   Well, we do the procedure with a
8  super -- or, I do the procedure most
9  commonly with a supracervical hysterectomy
10  in order to avoid any incisions on the
11  vagina.  The rate reported in the
12  literature for abdominal sacrocolpopexy
13  with polypropylene mesh is anywhere from
14  about a half percent to 3 percent, if I
15  remember correctly.  That may be based on
16  a Schimpf -- is that on Schimpf from the
17  meta-analysis?
18          THE WITNESS:  Do we have that
19      paper, Paul?  Could we get that?
20          MR. ROSENBLATT:  It's not
21      printed out.
22          THE WITNESS:  Okay.
23  BY MR. BENTLEY:
24     Q.   Go ahead.

Confidential - Harvey A. Winkler, M.D.

Page 138

1    A.   And based on some older data
2  that actually I think is quoted in my
3  report.  Let's see if we can find that
4  Nygaard study with the polypropylene as
5  opposed to the graft material.
6        MR. ROSENBLATT:  It's Tab 39, if
7  you wanted to see it.
8        THE WITNESS:  Okay.  Let's just
9  see 39 here.
10   A.   So, the most recent Cochrane
11 review reports a mesh exposure of 3
12 percent.  The erosion rate in the Nygaard
13 paper included a bunch of patients who had
14 woven polyester or Gore-Tex.
15       In 2008 Cundiff had a 5.1
16 erosion rate, but I'm going to the most
17 common erosion rate in 2016 of only 3
18 percent.  And we try to reduce that rate
19 by doing, if we're going to do it as a
20 primary repair, as a supracervical
21 hysterectomy versus a total hysterectomy.
22   Q.   So, it's your opinion that the
23 sacrocolpopexy mesh exposure rate is
24 approximately 3 percent?

Page 139

1    A.   Correct.
2    Q.   And that's based upon your
3  reliance on the 2016 Cochrane report that
4  we've reviewed; is that correct?
5    A.   Primarily.
6        THE WITNESS:  Can we get the
7  Schimpf one printed out?
8        MR. ROSENBLATT:  I could pull it
9  up, but I can't print it out.
10       Do you mind if I pull it up for
11 him?
12       MR. BENTLEY:  That's fine.
13       MS. THOMPSON:  We may have it.
14       THE WITNESS:  You have the
15 Schimpf paper, the 2016 meta-analysis.
16 BY MR. BENTLEY:
17   Q.   If you're citing to that and
18 that's your basis for it, that's all I'm
19 trying to figure out.
20   A.   Yeah, it's somewhere around the
21 3 percent.  I think in the Schimpf paper
22 it was lower, I just can't remember.
23   Q.   And de novo dyspareunia with
24 sacrocolpopexy, I think in your report you

Page 140

1  state that it's scarce; is that correct?
2    A.   It's a low number with
3  sacrocolpopexy.
4    Q.   I think on page 31 at the top
5  you state:  "There's extremely limited
6  data on the development of the available
7  of dyspareunia after sacrocolpopexy
8  attesting to the scarcity of it
9  occurring."
10       Do you see that?
11   A.   Right.  And the recent Cochrane
12 review was unable to report on the rate of
13 de novo dyspareunia with an abdominal
14 sacrocolpopexy.
15   Q.   So based upon de novo
16 dyspareunia, abdominal sacrocolpopexy is
17 safer for the patient such that they're
18 not at risk of developing dyspareunia de
19 novo?
20       MR. ROSENBLATT:  Object to the
21 form.
22   A.   Well, safer -- dyspareunia is
23 not a safety issue.  Dyspareunia is a
24 quality of life issue.

Page 141

1    Q.   So, with respect to
2  sacrocolpopexy using mesh, there's a lower
3  rate of de novo dyspareunia as compared to
4  Prolift for women that are being treated
5  for prolapse; is that correct?
6    A.   There's a lower rate for
7  sacrocolpopexy with trans -- as compared
8  to transvaginal mesh, as well as native
9  tissue repairs.
10   Q.   Doctor, what do you mean in your
11 report on page 33 when you state that:  "A
12 patient required wide mesh excision"?
13 What's the significance of describing it
14 as a wide excision?
15   A.   Where in my report is that?
16   Q.   I'm at the top.
17       Is there any significance to
18 describing something as a wide excision?
19   A.   I'm describing what they
20 described.  A wider mesh incision is
21 probably removing more mesh than just
22 cutting out a small mesh exposure.  I'd
23 have to look at that paper to get an
24 exact -- an exact understanding of what

Confidential - Harvey A. Winkler, M.D.

Page 142

1  they meant.  So why don't we pull out the
2  Landsheere paper 2001.
3      Q.   I'm just asking you if there's
4  any significance to describing it as a
5  wide excision.
6      A.   Wider than it was more -- more
7  extensive of a dissection that was
8  necessary than just a simple excision.
9      Q.   Doctor, I think we've talked
10  about it, but can you tell me again what
11  you intend to testify as to the rate of
12  dyspareunia for native tissue repair
13  transvaginally?
14      A.   So, that's going to depend on
15  what's being performed at the transvaginal
16  repair.  If we're doing a posterior
17  repair, there have been reports of up to
18  30 percent dyspareunia rates, if we're
19  just doing an apical suspension or if
20  we're just doing an anterior repair.  So I
21  would try to qualify what we're doing and
22  in the repair and testify that native
23  tissue repairs do have a dyspareunia rate
24  and it's variable depending on the

Page 143

1  procedures performed.
2      Q.   And what's your basis for
3  stating that it's up to 30 percent?
4      A.   I think the Paraiso study showed
5  that it was almost up to a 30 percent de
6  novo dyspareunia rate.
7          Let's see.
8          (Perusing document.)
9          Do you know where that Paraiso
10  dyspareunia repair study is?
11      Q.   You discussed the Paraiso at the
12  bottom of page 27, it looks like.
13      A.   But that's a different study.
14          There's a Paraiso posterior
15  repair study comparing -- it's a Paraiso
16  study of posterior repair.  There was no
17  trans -- I don't think there was
18  transvaginal mesh.  I think it was site
19  specific versus porcine versus an anterior
20  study.
21      Q.   I'm trying to figure out what
22  you intend to testify to as the
23  dyspareunia rate for native tissue repair,
24  and I believe you testified that it's up

Page 144

1  to 30 percent?
2      A.   Yeah, I recall.
3          And I'd like to get that study
4  out, if we can.  Once again, I can't
5  remember things by heart.
6      Q.   Sure.
7          And you think it's Paraiso 2011
8  on page 39 of your report?
9      A.   No, that's not it.
10          It's a Paraiso study on
11  posterior repair comparing traditional
12  colporrhaphy repair to -- to porcine, I
13  think, and to cite specific.
14      Q.   So, I think I understand.
15          Your testimony is that posterior
16  repair has a higher rate of dyspareunia?
17      A.   Yes.
18      Q.   Okay.
19      A.   How's that?
20      Q.   And you think that's up to 30
21  percent?
22      A.   So, I said it's been reported up
23  to 30 percent.  I don't see it that high,
24  but it has been reported that high.

Page 145

1      Q.   And as we've seen, there's a
2  variation in rates reported in various
3  studies, right, for various complications,
4  right?
5      A.   Agreed.
6      Q.   And is 30 percent your average
7  number, or is that on the high end of --
8      A.   That would be on the high end.
9      Q.   So what's actually the true rate
10  of dyspareunia you intend to --
11      A.   It depends on the patient that
12  I'm operating on.  It depends on the
13  procedures that I'm performing.  And it
14  depends on the situation that's going on,
15  if I'm doing abdominal sacrocolpopexy
16  versus native tissue repair versus
17  dyspareunia versus if the patient has
18  atrophy already, do they have a painful
19  intercourse already.  It's so variable
20  it's hard to pin down to an exact number
21  of what the dyspareunia rate is going to
22  be, and that's why it's so hard in the
23  literature because there's so many
24  variables that go into dyspareunia, and as

Page 146

1 time goes on, dyspareunia rates go up.
2    Q.   I'm going to hand you what's
3 being marked as Exhibit 13.
4       (Exhibit Winkler 13, Lowman
5    article, was marked for
6    identification, as of this date.)
7 BY MR. BENTLEY:
8    Q.   It's a study that is by Joye
9 Lowman entitled: "Does the Prolift system
10 cause dyspareunia?"
11       Do you see that?
12    A.   Yes.
13    Q.   And these authors were actually
14 trying to investigate this very question,
15 right?
16    A.   Correct.
17    Q.   And the conclusion they have is
18 that Prolift is associated with a 17
19 percent de novo dyspareunia.
20       Do you see that on top of the
21 first page?
22    A.   Yeah.
23       Hold on.  Where is Lowman in my
24 report?

Page 147

1    Q.   28.
2       But is that the conclusion from
3 these authors?
4    A.   Hold on.  I just want to find it
5 in my report, if that's okay.
6       (Pause.)
7       Okay.  Go ahead.
8    Q.   And these authors that evaluated
9 dyspareunia with Prolift concluded there's
10 a 17 percent de novo dyspareunia rate,
11 correct?
12    A.   Correct.
13       And in my report it says, and I
14 was trying to find where it is: "As
15 stated prior, native tissue posterior
16 repair has significant risk of developing
17 de novo dyspareunia.  Therefore taking
18 this in consideration, it seems that the
19 16.7 percent rate is consistent with the
20 native tissue studies."
21    Q.   I didn't ask you about that.
22    A.   Okay.
23    Q.   What's your basis for concluding
24 that that's the rate for native tissue

Page 148

1 repair?
2    A.   So, Paraiso in 1996 reported a
3 16 percent dyspareunia rate and -- after
4 sacrospinous suspension.
5       I'm trying to find -- okay.
6 Weber et al. 2000 reported of a de novo
7 dyspareunia rate occurring in 26 percent
8 of women after posterior colporrhaphy.
9 Citation 54 in my report.
10    Q.   So, is it your testimony that
11 you think that's the true rate of de novo
12 dyspareunia is figure for posterior
13 repair?
14    MR. ROSENBLATT:  Object to form;
15 mischaracterization.
16    A.   I'm saying in that study, she
17 saw 26 percent rate of de novo dyspareunia
18 occurring with posterior repair.
19    Q.   Okay.  So, let's be clear.
20       In response to the Lowman study
21 that evaluates dyspareunia in Prolift, you
22 just told me about a study from Weber from
23 2000 that found 26 percent dyspareunia in
24 posterior repair; is that correct?

Page 149

1    A.   I'm saying that posterior repair
2 may have a higher incidence of de novo
3 dyspareunia than anterior repair.
4    Q.   And is the study that actually
5 looked at Prolift de novo dyspareunia
6 limited to posterior repair?
7    A.   It's no.
8       But what I'm saying is many of
9 these patients had a posterior mesh
10 placed.  So you need to compare those
11 patients and the dyspareunia rate, if
12 you're saying things are higher or lower,
13 to the posterior repair rates that we have
14 on native tissue.
15    Q.   Let's try and compare apples to
16 apples.
17       You're citing a study Weber 2000
18 that's specifically talking about
19 posterior, right?
20    A.   That's correct.
21    Q.   Okay.
22    A.   And if we look at John Gray 2014
23 where they performed the meta-analysis on
24 patients who underwent an anterior or

Confidential - Harvey A. Winkler, M.D.

Page 150

1  posterior native tissue repair and sexual
2  function, which is probably more similar
3  to the Lowman study, they reported an 18
4  percent worsening of dyspareunia
5  postoperatively.
6      Q.   You want to finish that
7  sentence?
8      A.   With a 4 percent de novo rate.
9      Q.   So a 4 percent de novo rate in a
10  study that you said is most likely similar
11  to the Lowman study, a 4 percent de novo
12  rate, that's what your report says, right?
13      A.   They did show that, but with
14  posterior repair with other studies, there
15  has been a higher reported rate.
16      Q.   So, the Lowman study that you
17  cited and that looked at Prolift found a
18  17 de novo dyspareunia and you just read
19  about a study that you said is most
20  similar to it and found a 4 percent de
21  novo rate.
22          My question to you is when you
23  counsel your patients, do you tell them
24  that the Prolift de novo dyspareunia rate

Page 151

1  is up to 400 percent higher with Prolift
2  and Gynemesh PS or --
3          MR. ROSENBLATT:  Object to form;
4      lack of foundation; mischaracterization.
5      A.   I base that on one study.  This
6  is one study.  I base this on the Cochrane
7  review which says that they're equal.
8      Q.   You cited both of those studies
9  in your report, right?
10      A.   I did.
11      Q.   In your report you state that
12  there was a 4 percent de novo rate and you
13  just characterized that study from John
14  Gray as being most similar --
15      A.   I said more similar.
16      Q.   To Lowman, right?  Because the
17  other study you cited to, Weber, was
18  specifically looking at posterior repair
19  which necessarily has a higher dyspareunia
20  rate, right?
21      A.   So, I don't remember in John
22  Gray of how many of these patients had
23  posterior repairs, so I would need to look
24  at that number.  So we can look at that

Page 152

1  and then we can compare it to Lowman to
2  see how many of them are posterior
3  repairs, I guess.
4      Q.   Do you have any other basis for
5  stating that the de novo dyspareunia rate
6  with Prolift is similar in native tissue
7  repair besides the Weber, which is only
8  posterior, besides John Gray, which only
9  found a 4 percent de novo rate?  Do you
10  have any other studies for your basis?
11      A.   The Cochrane review shows that
12  they're similar with transvaginal mesh.
13      Q.   As we already looked at the
14  Cochrane review recommends against using
15  the Prolift and Gynemesh PS repair as a
16  primary surgical intervention for prolapse
17  repair, right?
18      A.   And I've agreed to you that
19  transvaginal mesh is not the procedure for
20  every single patient, correct.
21      Q.   For the majority of patients,
22  right?
23          MR. ROSENBLATT:  Object to form.
24      A.   That depends on the patient

Page 153

1  population, I guess, that you're seeing.
2      Q.   The Cochrane review concludes
3  that Prolift and Gynemesh PS in
4  transvaginal-based mesh repairs shouldn't
5  be used in most patients, if any; isn't
6  that correct?
7      A.   In 2016, they conclude that it
8  should not be a primary repair, and I will
9  agree with you it is not the most common
10  primary repair that I perform in my
11  patient population.
12          And in the Lowman study, I just
13  would like to comment also that although
14  the de novo dyspareunia rate was at 17
15  percent, there was still 83 percent of
16  respondents with de novo dyspareunia would
17  have the procedure done again.  So
18  although they were having some de novo
19  dyspareunia, they would still do the
20  surgery again.
21          MR. BENTLEY:  I'm going to move
22      to strike.  That was not responsive.
23          I'm sure your counsel will
24      clarify that.

Confidential - Harvey A. Winkler, M.D.

Page 154

1    MR. ROSENBLATT:  He was
2  clarifying de novo dyspareunia.
3    MR. BENTLEY:  He was not
4  clarifying de novo dyspareunia.
5  BY MR. BENTLEY:
6    Q.   Doctor, approximately how many
7  Prolift kits do you think you implanted
8  when it was still available?
9    A.   Guesstimate about 50.
10    Q.   And how many -- let's talk about
11  how you would have got to the estimate.
12    How many transvaginal -- let's
13  back up.
14    We did percentages.
15    On average, how many women are
16  you treating per year for prolapse?
17    Let's go back even farther.
18    On average how many women do you
19  see per year that are suffering from
20  prolapse?
21    A.   New patients or total?
22    Q.   Total how many women do you
23  see --
24    A.   That's a hard number to answer.

Page 155

1  I would say five, six hundred.
2    Q.   And of the five or six hundred
3  women you see per year that are suffering
4  from prolapse, how many of those women do
5  you undergo a surgical intervention to
6  treat the prolapse?
7    A.   So, about 30 percent of the
8  patients, somewhere along the line --
9  about 30 to 40 -- five, six hundred, 30 to
10  40 percent of patients somewhere along the
11  line probably end up choosing surgery
12  these days.  Gross numbers.
13    Q.   So, is it fair to estimate that
14  you're performing approximately 200
15  surgeries, give or take, per year to treat
16  prolapse?
17    A.   Something like that, yeah.
18    Q.   And we've already looked at
19  approximately 50 percent of those per year
20  would be --
21    A.   So you're asking me what my
22  numbers are today.
23    Back in 2005, '6, '7, '8, I was
24  doing more transvaginal procedures than

Page 156

1  I'm doing today.
2    Q.   When you first started using
3  Prolift, were you still doing native
4  tissue repairs at that time?
5    A.   Yes.
6    Q.   And did those native tissue
7  repairs, whether it's obliterative or
8  transvaginal-based implantation, did that
9  group comprise approximately 50 percent of
10  your repairs each year compared with your
11  clinical practice today?
12    A.   Sorry.
13    Q.   Were 50 percent of your repairs
14  in 2005, 2006 native tissue repairs?
15    A.   No, I was probably doing more
16  transvaginal mesh procedures and the -- it
17  was lower on a native tissue procedure.
18  So in my patient population, if we were
19  doing a vaginal procedure, those were the
20  most likely the patients that we were
21  discussing transvaginal mesh and those
22  patients would have chosen a transvaginal
23  mesh.  So the native tissue would be
24  higher and the transvaginal mesh -- the

Page 157

1  native tissue would be lower and the
2  transvaginal mesh number would be higher
3  back then.
4    Q.   So did you see approximately 200
5  patients per year, or did you surgically
6  treat approximately 200 women per year
7  that suffered from prolapse throughout
8  your career, do you think?
9    A.   Something like that, yeah.
10    Q.   And you started using Prolift
11  around 2006 or 2007, correct?
12    A.   Something like that, yeah.
13    Q.   And you began using the Boston
14  Scientific kit once it was available
15  because it had better apical support,
16  right?
17    A.   That's correct.
18    Q.   And during that time frame when
19  you used Prolift before the Boston
20  Scientific kit was available, it's your
21  testimony that you used a larger
22  percentage of transvaginal mesh-based kits
23  during that time period?
24    A.   Than I do today, yes.

Confidential - Harvey A. Winkler, M.D.

Page 158

1    Q.  Did you also use a larger
2 percentage of abdominal sacrocolpopexy
3 procedures at that time?
4    A.  I think that has increased over
5 the years.
6        (Pause.)
7        (Exhibit Winkler 14, Halaska
8    article, was marked for
9    identification, as of this date.)
10 BY MR. BENTLEY:
11   Q.  Doctor, I'm handing you what's
12 been marked as Exhibit 14, and it's a
13 study by Michael Halaska.
14       Do you see that?
15   A.  Yes.
16   Q.  I'll represent to you that this
17 study is cited in your Gynemesh Prolift
18 report on page 33.
19   A.  Yes, okay.
20   Q.  And on page 33 you cite this
21 study for the proposition that:  "Prolapse
22 repairs have demonstrated no statistically
23 significant difference in vaginal length
24 or contraction, de novo dyspareunia,

Page 159

1 sexual function or pelvic pain."
2        Do you see that?
3    A.  Yes, I do.
4    Q.  And we've already looked at some
5 studies that showed increased de novo
6 dyspareunia with mesh which you disagreed
7 with though, right?
8    A.  Overall I disagree with, yes.
9    Q.  And this study actually is
10 titled "A multicenter randomized
11 perspective controlled study comparing
12 sacrospinous fixation and transvaginal
13 mesh in the treatment of post-hysterectomy
14 vaginal vault prolapse."
15       Do you see that?
16   A.  The title?
17   Q.  Yes.
18   A.  Yeah, I see the title.
19   Q.  And the conclusion is --
20 actually, in the results the authors note
21 that the mesh exposure rate was 20.8
22 percent.
23   A.  Yeah, and I like what the
24 conclusion says:  "Mesh exposure

Page 160

1 occurrence was balanced against a lower
2 prolapse occurrence rate in the patients
3 undergoing mesh surgery compared with
4 those undergoing sacrospinous fixation."
5    Q.  And what's your opinion as to
6 what the acceptable exposure rate is?
7    A.  We discussed before that on
8 average if we're going to -- what we're
9 going to see, we're going to see about a
10 10 to 12 percent exposure rate.  This was
11 a 20.8 percent exposure rate.
12       But let's check if this -- if
13 they were anterior or posterior meshes
14 placed.
15   Q.  So, regardless, this study is
16 evidence of an exposure rate higher than
17 what you feel is the true exposure rate?
18   A.  You're not letting me look
19 through the study.
20   Q.  My question, Doctor.
21   A.  No, if there was mesh placed
22 anterior and posteriorly, I previously
23 testified that we may see up to a 24
24 percent acceptable rate.

Page 161

1    Q.  So it's your testimony that the
2 acceptable rate for anterior and posterior
3 placement of mesh is 24 percent?
4    A.  We're going to see it's at 10 to
5 12 percent in each compartment that we put
6 mesh in and we, if we're going to put mesh
7 in transvaginally in two compartments,
8 then I would expect to see a higher rate.
9    Q.  You would expect to see a 24
10 percent, is that your opinion?
11   A.  If I add up 12 plus 12, you can
12 get up to 24.
13   Q.  I appreciate that.  I'm trying
14 to figure out what your opinion is and
15 what you intend to testify to the jury.
16       Is it your opinion that if
17 there's an anterior and posterior mesh
18 repair, you intend to testify that the
19 exposure rate is 24 percent?
20   A.  I can say that you can see in up
21 to a 24 percent exposure rate.
22   Q.  I'm not looking for the highest
23 possible range, Doctor.  I'm just trying
24 to figure out what your opinion is as to

Confidential - Harvey A. Winkler, M.D.

Page 162

1 the true exposure rate of Prolift.
2     It's important for the safety
3 profile, right?
4     MR. ROSENBLATT: Object to the
5 form and the use of the "true rate."
6     Q.   What's the actual rate of mesh
7 exposure when implanting for anterior and
8 posterior repair in prolapse, based upon
9 your literature review?
10     A.   So this was a study both
11 anterior and posterior dissections of
12 insertions where total mesh were
13 performed.
14     So, you're going to see a higher
15 exposure rate when you have a total mesh
16 placed in anterior and posteriorly than if
17 you're only placing it in one compartment.
18     Q.   I appreciate that.
19     Based upon your literature
20 review and your clinical experience, what
21 do you anticipate the exposure rate to be
22 for women that have had an anterior and
23 posterior repair with mesh?
24     A.   I think you can see somewhere

Page 163

1 around the 24 -- up to the 24 percent
2 range, 20 to 24.
3     Q.   Okay.  And this study, Halaska
4 found a 20 percent exposure rate, which is
5 consistent with your testimony as to the
6 exposure rate for anterior and posterior
7 repair using mesh, right?
8     A.   If you're going to place an
9 anterior and posterior mesh in, yes.
10     Q.   And this study there is a 12
11 percent revision?
12     MR. ROSENBLATT: Object to form.
13 That misstates what the study finds.
14     A.   Where do you see that?
15     Q.   If you turn to 601.e5 you'll see
16 at the bottom --
17     A.   601?
18     Q.   301.  I'm sorry.
19     If you'll turn to 301.e5 on the
20 very bottom right they note: "The vaginal
21 mesh exposure after one year in the mesh
22 group was 20.8 percent, one quarter of
23 which were symptomatic."
24     Do you see that?

Page 164

1     A.   Yes, I do.
2     Q.   And then they note:  Of the 20.8
3 exposures, 63 percent were treated by
4 surgical resection."
5     Do you see that?
6     A.   That's 10 of the 28.  That's not
7 the entire cohort.
8     Q.   62 percent of the exposures were
9 treated with surgical resection, right?
10 Of these exposures, 10 of 62.5 percent
11 were treated by surgical resection, right?
12     A.   Just let's go with the numbers.
13     20.8 percent as compared with
14 the number of patients is --
15     Q.   28?  We can see the percentages,
16 Doctor.
17     A.   20 percent of -- I got to do 20
18 percent of 79.  So it's about 14 patients.
19 Okay.  Now I got it.
20     So they're going to say 10 of
21 the 14 patients were treated with surgical
22 resection.  However, it states that only
23 one quarter were symptomatic.
24     So why were they doing surgery

Page 165

1 in asymptomatic patients?
2     Q.   What question are you answering,
3 Doctor?
4     A.   I'm just commenting on the study
5 that we're talking about.
6     Q.   I didn't ask for you to comment
7 on the study.  I appreciate that.  I'm
8 sure we'll have plenty of comment coming
9 up.
10     20.8 percent of the women in the
11 study had exposure, correct?
12     A.   Correct.
13     Q.   And of those 20.8 percent of the
14 women that had exposure, 62.5 percent of
15 them underwent surgical resection, right?
16     A.   Okay.
17     Q.   And so 63 percent of 20 percent
18 is approximately 12 percent, right?
19     A.   So, 10 of the 80 patients, 10 of
20 the 79 patients, I think that's where
21 you're getting your number from, right?
22     Q.   I'm not counting patients.
23     What's .62 times .2?
24     A.   I understand how you're getting

Confidential - Harvey A. Winkler, M.D.

Page 166

1  to that number.
2      So 12 percent.
3      Q.   So just do you agree with me
4  that in this study specifically, they
5  found approximately a 12 percent revision
6  rate?
7      A.   I do and I will comment that it
8  seems that they were operating on patients
9  who were asymptomatic with their exposure.
10     Q.   And those patients that chose to
11 undergo a surgical revision procedure
12 decided to do that, right?
13     A.   We don't know if they chose to
14 do that or it was recommended by their
15 physician at the time.
16     Q.   Patients have to undergo a
17 consent process for a surgical revision,
18 right?
19     A.   Yes.
20     Q.   It's their decision whether or
21 not to undergo a revision surgery, right?
22     A.   Agreed.
23     Q.   So these patients, for whatever
24 reason, decided to undergo a revision

Page 167

1  procedure, right?
2      A.   So, our understanding at this
3  point in time, and I've stated this
4  myself, that we were doing some surgical
5  procedures on asymptomatic patients when
6  we thought the mesh exposure needed to be
7  removed, and we subsequently learned that
8  you don't need to operate on every single
9  mesh exposure.  I can't comment -- all I
10 can comment here is that one-quarter of
11 them were symptomatic.  So only five
12 percent of the patients were symptomatic.
13 So if 5 percent of 80 is symptomatic, it's
14 a lower number than 10.
15     Q.   You're critical of women
16 choosing to undergo a surgical revision
17 procedure because they have mesh sticking
18 out of their body?
19     A.   I'm not critical of that.
20     Q.   They chose to do that, right?
21     A.   I'm saying it's not absolutely
22 medically necessary, but they can
23 choose --
24     Q.   But they can choose that, right?

Page 168

1      A.   But I don't know what the
2  counseling was with these patients.
3  That's what I'm testifying to.
4      MR. ROSENBLATT:  Let's slow down
5  for the court reporter.
6  BY MR. BENTLEY:
7      Q.   You know that 20.8 percent of
8  the women had mesh sticking out of the
9  body, right?
10     A.   It was in the vagina.  They may
11 not even have known it.
12     Q.   And 12 percent of the women
13 decided to have the mesh that was sticking
14 out surgically removed, right?  Twelve
15 percent of all of the women in this study
16 chose to have mesh that was sticking out
17 surgically removed?
18     A.   Yes.
19     Q.   So it's a 12 percent surgical
20 revision in this study, which whether or
21 not it was symptomatic, still 12 percent
22 of the women underwent a revision surgery,
23 right?
24     A.   And once again, there is no

Page 169

1  question and I'm not going to doubt that
2  patients do need to go back to the
3  operating room for exposures.
4      Q.   What's your opinion as to the
5  rate of surgical revision for women that
6  undergo Prolift repair, for anterior and
7  posterior?
8      A.   What's the percentage of
9  patients undergoing revisions?
10     Q.   Yes.
11     A.   I don't have a total number for
12 that.
13     Q.   Do you have an estimate or an
14 opinion as to what the revision rate is
15 for patients that undergo an anterior only
16 Prolift repair?
17     A.   I would think that the revision
18 rate is going to be somewhere around --
19 it's a hard question to answer because it
20 depends on if patients were symptomatic
21 and if the patients were sexually active
22 and if it was bothersome to them.  So I
23 can't give an exact number, but I -- an
24 exact percentage because it depends on the

Confidential - Harvey A. Winkler, M.D.

Page 170

1  patient population that you're choosing,
2  but it's going to be lower than the
3  exposure rate.
4      Q.    So something lower than 20
5  percent?
6      A.    Well, we discussed already that
7  I think that if it's in one compartment,
8  that was your question, that it's about a
9  10 to 12 percent.  So I think it's going
10  to be a somewhat lower than a 10 to 12
11  percent number that was quoted in this
12  study.  And once again, they had mesh
13  placed anterior and posterior.
14      Q.    Then with respect to the
15  posterior repair, do you have an opinion
16  or estimate as to what percentage of women
17  undergo a revision procedure?
18      A.    For posterior only, I would say
19  somewhere around, once again the exposure
20  rate is somewhere in that vicinity and
21  that range that -- and then it would be
22  lower as well for posterior than the 10 to
23  12 percent.
24      Q.    What vicinity or range?

Page 171

1      A.    The mesh exposure rate of about
2  10 to 12 percent per compartment.
3          (Exhibit Winkler 15, The
4      American College of Obstetrics and
5      Gynecologists Committee Opinion, Dated
6      December 2011, was marked for
7      identification, as of this date.)
8  BY MR. BENTLEY:
9      Q.    I'm going to hand you, Doctor,
10  what is being marked as Exhibit 15.
11          This is the committee opinion
12  from AUGS and ACOG dated December 2011; is
13  that correct?
14      A.    Yes.
15      Q.    You're familiar with this
16  opinion, right?
17      A.    I just got to remember -- let me
18  look through it a second.
19          (Perusing document.)
20          Yes, I'm familiar with this.
21      Q.    And did you review this opinion
22  in preparation of your Prolift and
23  Gynemesh PS report?
24      A.    Yes.

Page 172

1      Q.    And you're a member of these
2  societies, right?
3      A.    Yes.
4      Q.    They're reputable societies,
5  right?
6      A.    Yes.
7      Q.    And this committee opinion is
8  titled "Vaginal Placement of Pelvic Mesh
9  For Pelvic Organ Prolapse"; is that
10  correct?
11      A.    That is correct.
12      Q.    And on page 4, ACOG and AUGS are
13  answering the question:  "Who are the best
14  patients for transvaginally placed mesh?"
15          Do you see that?
16      A.    Yes.
17      Q.    And the authors note that:  "Few
18  data exist as to who are the best patients
19  for transvaginally placed mesh."
20          Is that correct?
21      A.    I agree with that statement.
22      Q.    And this is in 2011, right?
23      A.    That is correct.
24      Q.    Okay.  Five years before the

Page 173

1  Cochrane Maher review that we looked at
2  today, right?
3      A.    That's correct.
4      Q.    And the authors continue:
5  "Pelvic organ prolapse vaginal mesh
6  repairs should be reserved for high risk
7  individuals in whom the benefit of mesh
8  placement may justify the risk, such as
9  individuals with recurrent prolapse,
10  particularly the anterior compartment, or
11  with medical comorbidities that preclude
12  more invasive and lengthier open and
13  endoscopic procedures."
14          Is that correct?
15      A.    So it's consistent with the data
16  that transvaginal mesh has been shown to
17  subjectively and objectively improve
18  outcomes for anterior repairs -- in the
19  anterior compartment, excuse me, and
20  they're commenting on that back in 2011
21  too.
22      Q.    What question were you
23  answering?
24      A.    You were telling me --

Confidential - Harvey A. Winkler, M.D.

Page 174

1    Q.   Did I read that correctly,
2  Doctor?
3    A.   You read that correctly.
4    Q.   And is that conclusion
5  consistent with what the Cochrane review
6  five years finds after reviewing 37 RCTs?
7    A.   Well, that's why I was
8  mentioning what the Cochrane review said,
9  that there has been shown to be subjective
10 and objective outcomes in the anterior
11 compartment using transvaginal mesh in the
12 Cochrane review.
13    Q.   ACOG and AUGS in 2011 concluded
14 that mesh like Prolift and Gynemesh PS
15 placed transvaginally should be reserved
16 for high risk individuals; is that
17 correct?
18    A.   I don't know if they concluded
19 that.  It doesn't say.  I think that is
20 one of their -- it's a --
21    Q.   Well, let's look at it again.
22 They state:  "Pelvic organ prolapse
23 vaginal mesh repair should be reserved for
24 high risk individuals."

Page 175

1       Correct?
2    A.   So we're going to look under
3  "Recommendations"?
4       What page are you on?
5    Q.   We're still on page 4.
6    A.   Yes, so they were saying who are
7  the best patients for transvaginally
8  placed mesh and if you look on the
9  following page that --
10    Q.   Hold on.
11    A.   Okay.
12    Q.   Stick with the question.
13       They state:  "Pelvic organ
14 prolapse vaginal mesh repairs should be
15 reserved for high risk individuals in whom
16 the benefit of mesh placement may justify
17 the risk."
18       Correct?
19    A.   That's in every single patient.
20 You're going to run a risk-benefit profile
21 with them, and you want to try to do a
22 procedure where the benefits outweigh the
23 risks, yes.
24    Q.   Every single individual is not

Page 176

1  high risk, are they?  Is that your
2  testimony?
3    A.   Every single individual is not
4  high risk.
5    Q.   Right.
6    A.   I am trying to quantify what
7  high risk is.
8    Q.   Well, the authors here state
9  that the mesh should be reserved for high
10 risk individuals, right?
11    A.   Yes.
12    Q.   Okay.  And they're making a
13 delineation that this mesh isn't for
14 everybody;  isn't that fair?
15    A.   I've never -- I've always said
16 that this mesh is not for everybody.
17    Q.   Right.
18    A.   Not disagreeing with you there.
19    Q.   So you agree with their opinion
20 that pelvic organ prolapse vaginal mesh
21 repair should be reserved for high risk
22 individuals?
23       MR. ROSENBLATT:  Object to form.
24 And just the lack of the completeness.

Page 177

1    A.   I agree that the pelvic floor
2  mesh is not for everybody.  Their
3  recommendation is to reserve it for high
4  risk individuals and who the benefit of
5  mesh placement may justify the risks.
6       They don't define what a high
7  risk individuals is, but later on they'll
8  give such as individuals with recurrent
9  prolapse or with medical comorbidities
10 that preclude more invasive and lengthier
11 open and endoscopic procedures.
12       Just because you have recurrent
13 prolapse doesn't mean you're a high risk
14 patient in a surgical procedure.
15    Q.   And I appreciate that.
16       And you agree with that
17 conclusion, is what you're saying?
18    A.   I agree you need to take that
19 into consideration when you are discussing
20 your transvaginal mesh procedures with
21 your patients and I think that is why
22 we're doing the 522 studies today.
23    Q.   Let me re-ask it.
24       Doctor, do you agree or disagree

Confidential - Harvey A. Winkler, M.D.

Page 178

1 with their statement?
2    A.   I agree, with a modifier.  And
3 my modifier is what is considered high
4 risk?  And that is where you need to have
5 that discussion with the patient.  are you
6 considering high risk medical
7 comorbidities?  Are you considering high
8 risk age?  Are you considering high risk
9 recurrence?  How are you defining the high
10 risk?  And they gave some guidance, but
11 not absolute guidance.
12    Q.   You would think that -- let's
13 say this.
14         You probably have the same
15 definition of high risk as ACOG and AUGS
16 in this circumstance, don't you, Doctor?
17    A.   You're asking me to make an
18 assumption, and I've stated that yes,
19 transvaginal mesh should not be placed in
20 every single patient.
21    Q.   It should be reserved for high
22 risk individuals, and we can talk about
23 the definition of that, but you agree with
24 that conclusion?

Page 179

1    A.   It should be reserved for
2 patients who you have a discussion of the
3 risk-benefit profile to see if -- and they
4 say that too, where the benefit of mesh
5 placement may justify the risk.
6    Q.   That's the standard risk-benefit
7 discussion for every product for every
8 patient, the risks should not be
9 outweighed -- the standard risk-benefit
10 discussion is that the benefits should
11 always outweigh the risks.
12         There's nothing controversial
13 about that, right?
14    A.   And they further go on to say
15 the repair of POP should take into account
16 the patient's medical and surgical
17 history, severity of prolapse, and patient
18 preference after education regarding the
19 benefits and risks of the surgical and
20 non-surgical alternatives.
21         Which I agree with.
22    Q.   And based upon that, it should
23 be reserved for the high risk individuals
24 is their conclusion that you just looked

Page 180

1 at, and I just want an answer, do you
2 agree with the statement or disagree and
3 why?
4    A.   Once again, I agree that it
5 should be reserved in high risk, but you
6 got to define what high risk is.
7    Q.   Thank you.  Totally agree.
8         Doctor, you're familiar with
9 this opinion, right?
10    A.   Yes.
11    Q.   Why don't you discuss this
12 opinion in your report?
13    A.   This is intuitively known that
14 you should be discussing risks and
15 benefits of particular procedures with
16 patients.  You said it yourself.
17    Q.   Why don't you discuss the
18 statement that this mesh should be
19 reserved for high risk individuals that
20 you've just testified you agree to, why
21 don't you discuss that in your report?
22    A.   I think I mention some of that
23 stuff in my report.
24         So let's go to that.

Page 181

1         (Pause.)
2    Q.   I don't think it's in your
3 report, and my question is why isn't it in
4 your report?  But I could be --
5    A.   It's there.
6         (Pause.)
7    A.   So, I'm trying to find it for
8 you because --
9    Q.   Well, it should be there, is
10 what you're saying, right?
11    A.   Hold on.  I'm going to find it
12 for you.
13         The rationale for me, page 16.
14    Q.   Okay.
15    A.   (Reading) "The rationale for me
16 was to use permanent mesh for patients who
17 had failed a prior prolapse procedure or
18 for post-hysterectomy patients with
19 prolapse who were poor candidates for or
20 did not desire an abdominal procedure."
21    Q.   First of all, that's not quoting
22 or citing the ACOG or AUGS committee
23 opinion, right?
24    A.   It's taking all this in

Confidential - Harvey A. Winkler, M.D.

Page 182

1  consideration.
2      Q.   I appreciate that.
3          There's a lot of footnotes,
4  we've looked at a lot of them in here.
5  There's 106 footnotes, right?  Right?
6      A.   Yes, there's 106 footnotes.
7      Q.   And nowhere in those 106
8  footnotes do you cite to this committee
9  opinion, right?
10     A.   Although you can extrapolate
11 that that opinion is consistent with my
12 use of the mesh and I'm stating that.
13     Q.   And that opinion is consistent,
14 or you've testified that that opinion is
15 consistent with your opinion, right?
16         MR. BENTLEY:  Let me rephrase
17     that.
18     Q.   You've testified that you agree
19 with that opinion, right?
20     A.   I agree that you need to define
21 what a high risk patient is and then you
22 can have that discussion with them.
23     Q.   And once you define high risk
24 patients, the mesh should be reserved for

Page 183

1  them and not the other patients, right?
2      A.   So, I can't comment on anybody
3  else who -- what they're counseling their
4  patient about when they use a transvaginal
5  mesh procedure.  I can comment what they
6  should be counseling their patients about,
7  but I can't actually sit in the room with
8  every single doctor when they're talking
9  about transvaginal mesh with their
10 patients.
11     Q.   When you counsel your patients,
12 do you tell them that you think
13 transvaginal mesh should be reserved for
14 only high risk individuals?
15     A.   We have a risk-benefit
16 discussion of why they may benefit from
17 transvaginal mesh as opposed to a native
18 tissue repair, and if they're a high risk
19 individual with previous abdominal
20 surgeries, I would try to discuss with
21 them where the risks and the benefits are
22 and I would not make a blanket statement
23 that you should only put mesh in this kind
24 of patient, the same way I wouldn't make a

Page 184

1  blanket statement that you should put mesh
2  in every patient.
3      Q.   Would you like to add a citation
4  to that conclusion to your report today?
5          MR. ROSENBLATT:  Object to form.
6      It is included on his reliance
7      list.
8  BY MR. BENTLEY:
9      Q.   You can answer.
10     A.   I think I explained it how I
11 interpret that information, and the jury
12 can take a look at that ACOG report and
13 make their decisions.
14     Q.   So would you like to update your
15 report to add that conclusion to your
16 report as one of your opinions in this
17 case?
18     A.   I don't think I need to update
19 and use that word specifically because I
20 think I've already stated that in my
21 report.
22     Q.   But you direct quotations from
23 other studies in your report, right?
24     A.   I do do direct quotations.

Page 185

1          And once again, you can take
2  this information and bring it to the jury.
3          (Exhibit Winkler 16, Dandolu
4      article, was marked for
5      identification, as of this date.)
6  BY MR. BENTLEY:
7      Q.   Doctor, I'm handing you what's
8  been marked as Exhibit 16.  This is a
9  study from Dandolu 2016.
10     A.   Yes, I see it.
11     Q.   And you're familiar with this
12 study?
13     A.   Yes.
14     Q.   And you cite this study on page
15 33 of your report?
16     A.   Yes.
17     Q.   Okay.  And this study is titled
18 "Mesh Complications and Failure Rates
19 After Transvaginal Mesh Repair Compared
20 With Abdominal Or Laparoscopic
21 Sacrocolpopexy and to Native Tissue Repair
22 in Treating Apical Prolapse."
23         Is that correct?
24     A.   That's what the title reads,

Confidential - Harvey A. Winkler, M.D.

Page 186

1  yes.
2      Q.   And these authors conclude, as
3  indicated in the right column in the
4  abstract, that: "Reoperation for apical
5  prolapse is more common with transvaginal
6  mesh repair than with sacrocolpopexies and
7  native tissue repair."
8          Do you see that?
9      A.   That's what it states, yes.
10     Q.   And they continue: "Incontinence
11 procedures are more likely to fail when
12 performed along with prolapse repair than
13 when performed alone."  And the next
14 sentence is: "When mesh is used for
15 repair, mesh revision is highest with
16 transvaginal mesh repair and lowest with
17 abdominal sacrocolpopexy."
18         Is that correct?
19     A.   That's correct.
20     Q.   And that's consistent with what
21 we've talked about today and with your
22 personal experience, correct?
23     A.   Yes.
24     Q.   In your report on page 33, you

Page 187

1  discuss the Dandolu study, but you don't
2  discuss their conclusions regarding higher
3  reoperation rate.
4      A.   Once again, I was focusing on
5  the title of that subsection of
6  "Transvaginal Mesh and Pain."
7      Q.   Right.  And you provided a
8  finding from the study regarding pain, but
9  you didn't address the authors' conclusion
10 that reoperation was higher with mesh
11 placed transvaginally than with the
12 abdominal sacrocolpopexies, right?
13     A.   Once again, because this was not
14 discussing efficacy.  This was discussing
15 complications.
16     Q.   Doctor, if you can please turn
17 to page 219 to the "Discussion" section.
18     A.   Okay.
19     Q.   And the authors in Dandolu are
20 discussing the results, and three
21 sentences in they note that: "Contrary to
22 the popular notion that mesh used
23 decreases surgical failure, we found
24 higher reoperation rates with vaginal mesh

Page 188

1  used compared with native tissue repair."
2          Do you see that?
3      A.   I see that.
4      Q.   I think it's your opinion that
5  transvaginal mesh has similar efficacy
6  rates as compared to native tissue repair;
7  is that correct?
8      A.   So, transvaginal mesh in the
9  anterior compartment has been shown to
10 have greater subjective and objective
11 outcomes.  It has not been shown, and I'm
12 going to agree with you and agree with the
13 study, that for apical, which is where
14 they're talking about, reoperation apical
15 prolapse as per the Cochrane review, has
16 not been shown for that.  I agree with
17 that statement.
18     Q.   So an apical prolapse repair,
19 native tissue repair is more efficacious
20 than transvaginal mesh; is that correct?
21         MR. ROSENBLATT:  Object to form.
22     A.   Say that again.
23     Q.   In apical repair, native tissue
24 repair has a lower reoperation rate as

Page 189

1  compared to transvaginal mesh?
2      A.   I didn't say that.  I said that
3  they -- that there's no proven benefit.
4  That doesn't mean that the failure rate is
5  worse, right, in the Cochrane review.
6          So, in the Cochrane review, if
7  they say there's no significant benefit
8  of -- of apical prolapse showing that it's
9  better than native tissue repair, it
10 doesn't mean it's worse.
11     Q.   Well, this study we saw they
12 found higher reoperation rates with
13 vaginal mesh compared to native tissue
14 repair, right?
15     A.   In this one study, yes.
16     Q.   And this study is looking --
17 it's your testimony this study is looking
18 at apical repair?
19     A.   That's what they said,
20 reoperation for apical prolapse in the
21 conclusion is more common with TVMR than
22 with sacrocolpopexies.  That's their
23 conclusion.
24     Q.   Right.

Confidential - Harvey A. Winkler, M.D.

Page 190

1    And they continue to discuss
2  that: "Postoperative mesh complications
3  were higher than mesh use particularly
4  when combined with incontinence sling
5  surgery."
6       Do you see that?
7    A.   They say they found higher
8  reoperations rates with vaginal mesh used
9  compared with native tissue repair.
10      So do I -- I am going to assume,
11 and we can go look at the numbers, that
12 the reoperation rates were for recurrence
13 as well as mesh exposures, but --
14   Q.   And in addition to reoperation
15 rates, I moved down a little bit in that
16 paragraph, they're also talking about
17 complications.
18      Do you see where they say:
19 "Postoperative mesh complications were
20 higher with vaginal mesh use"?
21   A.   Yes, I do.
22   Q.   So, in addition to a higher
23 reoperation rate with the mesh, they also
24 found a higher complication rate compared

Page 191

1  to native tissue repair; is that correct?
2    A.   In this study, they did, yes.
3       However, since we're talking
4  about studies and what's there, it says:
5  "Postoperative pain and dyspareunia rates
6  were high in all types of prolapse
7  repairs." Further down it goes to say:
8  "Pelvic pain and dyspareunia are
9  well-known complications of the POP
10 procedures."
11      MR. BENTLEY:  Again I move to
12   strike the answer beyond what was
13   responsive to my question.
14      MR. ROSENBLATT:  He's just
15   explaining his answer.
16      MR. BENTLEY:  He's just reading
17   the rest of the article which is --
18      THE WITNESS:  You're picking out
19   parts that you want to say.
20 BY MR. BENTLEY:
21   Q.   So, there's several findings in
22 this study we've discussed.
23   A.   Yes.
24   Q.   And you don't discuss any of

Page 192

1  those findings in your report, correct?
2    A.   I do.  In my report I do discuss
3  that pelvic pain and dyspareunia rates are
4  similar with vaginal mesh procedures.
5    Q.   That's one of the findings from
6  the study, and that's the only finding you
7  discuss in your report, is that correct,
8  from the study on page 33?
9    A.   Overall in the study, I have
10 always maintained that transvaginal mesh
11 has been shown to have better subjective
12 and objective outcomes only in the
13 anterior compartment.  We do not have data
14 proving that it has better objective or
15 subjective outcomes in the apical
16 compartment or the posterior compartment.
17   Q.   I'm going to re-ask my question.
18      In your report on page 33 where
19 you're discussing the Dandolu 2016 study
20 you discuss the pain findings, correct?
21   A.   I do discuss the pain findings.
22   Q.   And you don't address the
23 finding that mesh was associated with a
24 high reoperation rate, do you?

Page 193

1    A.   Once again, not in this subtopic
2  of what we were discussing.  This was not
3  a report on the -- or a component of the
4  report of the efficacy of apical repairs
5  here.
6    Q.   Nowhere else in your report do
7  you discuss that finding, do you?
8    A.   Which finding?
9    Q.   That vaginal mesh is associated
10 with a higher reoperation rate as compared
11 to native tissue repair.
12      THE WITNESS:  Can you do a
13   search of my report?
14   Q.   I did.  It's page 33.  That's
15   it.
16   A.   No, I mentioned before that
17 operation rates with exposures, if you
18 take them into consideration, it's higher.
19   Q.   I'm not talking about other
20 operation rates.
21   A.   You're asking me for a total
22 operation.
23   Q.   In this study that you cited in
24 your report, you provide a discussion of

Confidential - Harvey A. Winkler, M.D.

Page 194

1 the pain rate, but you don't discuss the
2 higher reoperation rate with transvaginal
3 mesh, do you?
4    A.   Not for this particular study.
5 However, I have quoted that in other
6 studies, and the higher reoperation rate
7 is including exposure rates.
8    Q.   Likewise in your report on page
9 33 where you discuss this study, you also
10 don't mention that postoperative
11 complications were higher with
12 transvaginally-placed mesh, do you?
13    A.   I'm not denying that there's
14 going to be a higher complication rate
15 when you put in a synthetic.  We know that
16 already.  Overall, it's more surgery,
17 you're putting in a foreign body.  It is
18 intuitively and commonly known that your
19 complication rate is going to be slightly
20 increased.
21        However, the dyspareunia and
22 pain rates do not seem to be increased.
23    Q.   Doctor, you don't discuss in
24 this section in your report on page 33

Page 195

1 where you discuss one of the findings from
2 Dandolu from 2016, you don't discuss that
3 postoperative mesh complications were
4 higher with vaginal mesh use, do you?  Yes
5 or no?
6        MR. ROSENBLATT:  Object to form.
7    Are you only asking about page
8    33 or --
9        MR. BENTLEY:  Anywhere in the
10    report.  Nowhere else in the report
11    does he discuss it.
12        MR. ROSENBLATT:  Look on page
13    21.
14        MR. BENTLEY:  That's Dandolu?
15    Counselor, are you testifying
16    that on page 21 the doctor discusses
17    Dandolu?
18        MR. ROSENBLATT:  No.
19        MR. BENTLEY:  Okay.
20 BY MR. BENTLEY:
21    Q.   On page 33 --
22        MR. ROSENBLATT:  You're talking
23    about a conclusion.
24        MR. BENTLEY:  I'm talking about

Page 196

1 cherry picking a finding from one
2 study in 2016.
3        On page 33, there's only
4 favorable finding for him and he
5 ignores all the other ones, which is
6 called cherry picking.  I'm just
7 trying to lock that down.
8        MR. ROSENBLATT:  All right.
9    Sorry for interrupting.  I was trying
10    to help.
11        MR. BENTLEY:  I mean, if there's
12    somewhere else in the report, I stand
13    corrected.
14        Is Dandolu cited somewhere else?
15    Discussed somewhere else?
16        MR. ROSENBLATT:  Look, I'm not
17    going to argue with you.  You can keep
18    asking your questions.
19        I didn't know if you were
20    talking about the study or the
21    conclusion because he does discuss
22    that conclusion.
23        MR. BENTLEY:  I think the
24    question's clear.

Page 197

1 BY MR. BENTLEY:
2    Q.   On page 33 --
3    A.   I'm going to say on page 33
4 there's no other discussion of the Dandolu
5 results on page 33.
6    Q.   Thank you.
7    A.   How does that work?
8    Q.   A lot easier, to answer your
9 question.
10    A.   With the caveat that that was
11 not what I was looking for in that
12 subtopic.
13    Q.   Because you were looking for
14 cherry-picked findings in that subtopic?
15        MR. ROSENBLATT:  Object to form.
16    A.   I was not looking for
17 cherry-picked findings.  I quote the
18 Cochrane reviews, and I've admitted to you
19 here today that there has been no proven
20 benefit for apical and posterior repairs.
21 And even according to the Cochrane review
22 there's been a benefit on anterior
23 subjectively as well as objectively.  And
24 that's consistent with this paper.

Confidential - Harvey A. Winkler, M.D.

Page 198

1    MR. BENTLEY:  I move to strike.
2    There's no question pending.
3  BY MR. BENTLEY:
4    Q.   Let's look at the conclusions on
5  page 221, Doctor.
6    A.   Okay.
7    Q.   The authors begin with:  "Pelvic
8  pain and dyspareunia are common complaints
9  after prolapse surgery."
10    And that's consistent with your
11  report and your testimony, right?
12    A.   Yes.
13    Q.   They continue:  "Mesh revision
14  is highest with transvaginal mesh repair
15  and least common with abdominal
16  sacrocolpopexy without concomitant sling."
17    Correct?
18    A.   Okay.
19    Q.   And that's the findings we've
20  been discussing, right?
21    A.   That's true.
22    Q.   And they continue:  "Reoperation
23  for apical prolapse is more common with
24  transvaginal mesh repair than with

Page 199

1  sacrocolpopexies."
2    And that's what you've been
3  testifying to also, right?
4    A.   I testified in this study that
5  they did have a higher recurrence rate
6  with the transvaginal mesh, yes.
7    Q.   And they continue:  "Overall,
8  failure rate as measured by any type of
9  subsequent prolapse surgery and/or pessary
10  use is also higher with transvaginal mesh
11  repair compared with sacrocolpopexies."
12    Do you see that?
13    A.   I do see that.
14    Q.   And do you agree or disagree
15  with that finding?
16    A.   I agree, but they did not --
17  they did not specify on the anterior
18  vaginal wall of where I know where
19  transvaginal mesh has shown subjective and
20  objective.  They're doing an overall and
21  they're including their apical.  So I
22  haven't really gone through with that.
23    Q.   So you agree --
24    A.   That the overall failure rate

Page 200

1  was higher in this study.  I agree with
2  that.
3    Q.   And to wrap up on this study you
4  don't discuss any of those conclusions on
5  page 33 where you discuss one finding from
6  this study or anywhere else in your
7  report, right?
8    A.   So, in my practice I wouldn't
9  even compare sacrocolpopexy to
10  transvaginal mesh.  My patients who are
11  getting the sacrocolpopexy likely would
12  not be candidates for transvaginal mesh.
13    Q.   On page 33 where you discuss one
14  finding from the study, you don't address
15  any of these authors' conclusions, do you?
16    A.   On page 33 I do not address
17  those findings.
18    Q.   And nowhere else in your report
19  do you discuss the study one way or
20  another, right?
21    A.   Other places of my report I do
22  discuss the -- where the benefits of mesh
23  are and where there are none.
24    Once again, I would not even

Page 201

1  entertain to compare sacrocolpopexy to
2  total transvaginal mesh.  They are
3  different patient populations that you
4  would do that on.
5    Q.   This is a published article.
6  Someone thought it was worth doing a study
7  and they got published on that very issue,
8  right?
9    A.   I agree.  I agree.
10    Q.   And there's fairly strict
11  criteria to get an article published;  is
12  that fair?
13    A.   I didn't say it was a bad study.
14    I'm just saying that in my
15  patient population, patients who are
16  candidates for sacrocolpopexy are usually
17  not great candidates for transvaginal
18  mesh, as per the ACOG guidelines which you
19  showed me.
20    Q.   I just need to clean up a
21  little.  I think I asked you these
22  questions in the previous deposition.
23    But, Doctor, in your experience,
24  do you treat women who have suffered

Confidential - Harvey A. Winkler, M.D.

Page 202

1 complications after prolapse repair with
2 transvaginal mesh?
3    A.   Yes.
4    Q.   And in your experience treating
5 those women, have you ever seen mesh
6 that's bunched?
7    A.   Yes, I have.
8    Q.   Were you able to visualize or
9 feel the mesh being bunched prior to doing
10 a revision surgery, or how did you observe
11 that?
12    A.   So, I can't tell just by feel if
13 mesh is bunched.  When we go back in and
14 remove some of the mesh, I can see that
15 mesh is bunched up.
16    Q.   And do you have an estimate of
17 how many times you observed that?
18    A.   I don't have an estimate for
19 that from when I went back in and do these
20 procedures.
21    Q.   How many women do you think
22 you've treated for complications from
23 having Prolift or Gynemesh PS
24 transvaginally implanted?

Page 203

1    A.   If I had to guess, around 20.
2    Q.   And how many times do you think
3 you've observed bunched mesh out of 20
4 women that you've treated for
5 complications from these devices?
6    A.   I can only specifically recall
7 of one episode.  I don't remember ones
8 from years ago.
9    Q.   Doctor, have you ever seen, and
10 this may be the same, have you ever seen
11 mesh that's roped when you were treating
12 women that have complications from these
13 devices?
14    A.   I haven't seen the entire mesh
15 ending up rope -- in one roped.
16    Q.   Have you seen part of the mesh
17 roped?
18    A.   I've seen part of the mesh
19 bunched.  I don't know if you want to call
20 it bunched, roped.
21    Q.   Would you also say it's curled,
22 is that another word for the same
23 condition?
24    A.   I think you can use that term,

Page 204

1 if you'd like.
2    Q.   When a mesh bunches, ropes or
3 curls, does that increase or cause pain
4 for the woman?
5    A.   I don't think roping or curling
6 will cause pain in specific, but I do
7 think that increased tension on tissues
8 may cause pain.
9    Q.   If the mesh is bunched, roped,
10 curled, does that change the pore geometry
11 of the mesh?
12    A.   It may.  It may not.  Don't
13 know.
14    Q.   If the pore geometry is changed
15 such that the mesh's pores collapse, does
16 that change the, potentially change the
17 inflammatory response?
18    A.   So, I have not significantly
19 seen pores collapsing with these
20 transvaginal meshes.
21       You know, I have a really nice
22 picture to show that we submitted of a
23 transvaginal mesh that was placed and then
24 that failed.  It was an apical failure.

Page 205

1       THE WITNESS:  Do you have the
2 picture?
3    A.   There are not too many pictures
4 that we're going to have on meshes that we
5 don't take out for complications, but
6 you --
7    Q.   So, if a mesh collapses, the
8 pores -- if the pores collapse after
9 roping or curling, is it your testimony
10 that that doesn't affect the inflammatory
11 response?
12    A.   No.  If the pore size, for some
13 reason, gets smaller, it may affect the
14 inflammatory response.
15    Q.   And ultimately that could
16 increase scarring and potentially cause
17 encapsulation?
18       MR. ROSENBLATT:  Objection.
19    A.   I don't know if encapsulation
20 occurs, but potentially it can, but
21 usually we don't see encapsulation with
22 these types of tissues because that would
23 mean there's no tissue incorporated in the
24 mesh.  So quote/unquote encapsulation is a

Confidential - Harvey A. Winkler, M.D.

Page 206

1 little different than --
2    Q.   You don't want to see
3 encapsulation; that's kind of a bad thing,
4 right?
5        MR. ROSENBLATT:  Object to form.
6    A.   Encapsulation means to me that
7 the mesh has not integrated into tissues,
8 into tissue really.  So that's the way I
9 define encapsulation.
10       So I don't -- I can't define
11 encapsulation if your mesh -- if a mesh
12 bunches up and why not, because there is
13 still tissue ingrowth into the mesh.
14 They're not two separate -- there's still
15 tissue in mesh.
16   Q.   When we were talking about the
17 Gore-Tex meshes, you said encapsulated and
18 that was a problem, right?
19   A.   Right, because there can be no
20 tissue ingrowth with a Gore-Tex mesh.
21       There's still tissue ingrowth if
22 I've seen mesh, quote/unquote, bunched.
23   Q.   It may be decreased if it's
24 encapsulated, to some extent?

Page 207

1    A.   If it would be encapsulated, it
2 would be an easier removal and dissection.
3        So we don't see encapsulation of
4 these polypropylene meshes.  I know it's
5 been used, but by the strict definition,
6 you don't see that kind of encapsulation.
7    Q.   Well, me personally, I don't see
8 any of it, but you haven't seen it in your
9 clinical practice, you haven't seen any
10 encapsulation of mesh?
11   A.   If it's encapsulated, I don't
12 need to do any dissection around the mesh,
13 and that does not happen when these meshes
14 are folded on each other.
15   Q.   Doctor, let's look at page 14 of
16 your report.
17   A.   Okay.
18   Q.   And this is a screen shot.
19       Where is that from?  Where did
20 you get this screen shot from?
21   A.   I can't remember where I got
22 that from.
23   Q.   Did you take this screen shot
24 yourself?

Page 208

1    A.   I can't remember where I got
2 that screen shot from.  I have pictures of
3 meshes and whatnot, so I can't remember
4 where that came from.
5    Q.   What about the mesh
6 characteristics table above, do you know
7 where that's from?
8    A.   I think it's from Ethicon data,
9 but I can't remember where it was from.
10   Q.   Do you have any independent
11 basis other than this screen shot to
12 verify any of those numbers?
13   A.   Well, there's other papers
14 that -- let me see.  I think this is based
15 on Ethicon data, if I remember correctly.
16   Q.   Could it be from marketing
17 advertisement?
18   A.   It could be.  I don't remember
19 where it was from.
20   Q.   But it's not from a study?
21   A.   Not that I recall.
22   Q.   And there's three columns here.
23 It's providing mesh characteristics for
24 three different mesh, correct?

Page 209

1    A.   Correct.
2    Q.   And the first one is Gynemesh PS
3 or Prolene Soft, right?
4    A.   Yes.
5    Q.   And that's one of the meshes
6 that you were using to treat prolapse,
7 right?
8    A.   Correct.
9    Q.   And that's next one's Prolene
10 mesh; is that correct?
11   A.   Correct.
12   Q.   And is it your understanding
13 that that's the mesh that's in the TVT
14 products for stress urinary incontinence?
15   A.   You told me before that there
16 are a bunch of different types of Prolene
17 meshes, but as a overall, yes, I would say
18 that it's more consistent with the Prolene
19 mesh as opposed to the Gynemesh.
20       How's that?
21   Q.   And let's look at the second
22 row.  It says "Unit Weight."  It's
23 milligrams per centimeter squared, I
24 believe.  And it looks like the

Confidential - Harvey A. Winkler, M.D.

Page 210

1  Gynemesh PS is listed as 4.36 and the
2  Prolene mesh is almost double at 7.6.
3       Is that correct?
4     A.   Yeah, the fiber size is
5  different in the Gynemesh PS at like
6  3-and-a-half mil and in the Prolene mesh
7  it's 6 mil.
8     Q.   So that's going to make it
9  heavier, or it's going to make the
10  Gynemesh PS lighter than the Prolene mesh
11  that's in the incontinence product, right?
12     A.   Yes.
13     Q.   One row below, that's the
14  porosity.  You can see the percent of
15  total area, which is, I guess, an estimate
16  of the porosity.
17       But in your report you discuss
18  the Amid classification of largest pore
19  size, right?
20     A.   Yes.
21     Q.   But the porosity here based on
22  percent total area is 65 percent for
23  Prolene Soft versus 53 percent in Prolene
24  for the TVT, right?

Page 211

1     A.   Correct.
2     Q.   So the Gynemesh PS has a higher
3  porosity than the incontinence products?
4     A.   Correct.
5     Q.   The burst strength, do you have
6  any understanding what the burst strength
7  is?
8     A.   Yes, it's the type of pressure
9  to put on that will burst out the mesh.
10     Q.   How is that -- do you know how
11  that's different from the tear strength?
12     A.   Tear strength is pulling on the
13  mesh.
14     Q.   And what's the burst strength?
15     A.   Would sort of be pushing on the
16  mesh.
17     Q.   So the Gynemesh PS is half as
18  strong as the Prolene mesh as measured by
19  burst strength; is that correct?
20     A.   That's correct.
21     Q.   And they're both implanted in
22  the pelvis, right?
23     A.   For different reasons.
24     Q.   They're both in the same pelvic

Page 212

1  area, right?
2     A.   For different indications.
3     Q.   And then the tensile strength is
4  also -- the tensile strength also shows
5  that the Prolene Soft or Gynemesh PS is --
6  has half the tensile strength as the
7  Prolene which is used in TVT; is that
8  correct?
9     A.   That's correct.
10     Q.   And have you ever seen any
11  documents discussing whether Ethicon's
12  meshes are over-engineered or too strong
13  for the -- unnecessarily too strong for
14  the area where they're implanted?
15     A.   I'm familiar with documents that
16  Ethicon was looking to see, as we
17  discussed before with the VICRYL mesh, to
18  see if there were ways to improve their
19  TVT sling.
20     Q.   In the ETH.MESH documents that
21  were provided to you, do you see anything
22  where the company was evaluating whether
23  their meshes were over-engineered?
24     A.   What do you mean by

Page 213

1  "over-engineered" am I looking for?
2     Q.   Well, you know that these meshes
3  were developed for hernia repair, right?
4     A.   Correct.
5     Q.   And you understand that the
6  abdominal region has different forces than
7  the pelvic region, right?
8     A.   Correct.
9     Q.   And if the abdominal -- a repair
10  in the abdominal region may necessitate a
11  stronger mesh as compared to the pelvis,
12  right?
13     A.   It depends what the indication
14  is for why you're using the mesh, and the
15  TVT data has overwhelmingly shown safety
16  and efficacy with this Prolene mesh.
17     Q.   So you haven't been shown any
18  documents discussing whether or not the
19  mesh was over-engineered for use in the
20  pelvis?
21     A.   I don't remember the word
22  "over-engineered."
23       I do remember documents that
24  they were looking to see what a

Page 214

1 lighter-weight mesh would, would different
2 meshes work, you know, what's out there
3 always to improve on your product.
4    Q.   I'm just jumping around a little
5 bit to try and finish up.
6    A.   No problem.
7        MR. ROSENBLATT:  Can we go off
8 the record for just one second?
9        MR. BENTLEY:  Sure.
10       (Discussion held off the record.)
11 BY MR. BENTLEY:
12   Q.   Doctor, when you removed Prolift
13 mesh or Prolene Soft mesh from women that
14 were suffering complications, did you ever
15 send any of those --
16       MR. BENTLEY:  Let me rephrase
17 that.
18   Q.    When you removed mesh because a
19 woman was suffering from complications
20 after Prolift or Gynemesh PS and you sent
21 that to a pathologist, did you ever
22 request any further analysis besides the
23 gross examination?
24   A.   No, I didn't.  I sent to what

Page 215

1 they would do.  I didn't request them not
2 to do it, but they traditionally do not do
3 one.
4    Q.   Do you think it's appropriate to
5 sell a product that hasn't been approved
6 to be marketed for a permanent implant in
7 a woman's body?
8        MR. ROSENBLATT:  Object to form.
9        Did you say "approved" or
10 "cleared"?  I just didn't hear it
11 correctly.
12       MR. BENTLEY:  We did approved.
13 We'll do cleared next.
14       MR. ROSENBLATT:  All right.
15       MR. BENTLEY:  Thank you.
16   A.   Do I?  Excuse me, say that
17 again.
18   Q.   Do you have an opinion as to
19 whether it's appropriate for a company, a
20 medical device manufacturer, to market a
21 product for the permanent implantation in
22 a woman's body that hasn't been cleared
23 for marketing?
24       MR. ROSENBLATT:  Object to form.

Page 216

1    A.   So, my understanding is that
2 Gynemesh PS was approved to be placed
3 transvaginally, and that was what was used
4 in the Prolift and that's why Ethicon went
5 ahead and did -- and did marketing on it.
6    Q.   So you understand that the
7 Prolift was marketed and sold before it
8 was cleared, right?
9    A.   Well, I -- I -- what I
10 understand is that the FDA requested
11 additional paperwork two years later
12 regarding when the Prolift procedure, when
13 Ethicon submitted something and they went
14 ahead and submitted and they got the
15 approval.
16   Q.   And my question is more narrow,
17 and I doubt that this gets in.
18       But, assuming you are testifying
19 to regulatory compliance, do you think
20 it's appropriate for a company to market a
21 device that hasn't been cleared for
22 marketing for permanent implantation?
23   A.   So, I think it was cleared that
24 the trocars and the implantation devices

Page 217

1 were not cleared.  So I did not have a
2 problem with the mesh being marketed.
3    Q.   Right.  And my question is a
4 little different.
5        If a device hasn't been cleared
6 for marketing, with that assumption, do
7 you think it's appropriate for a medical
8 device company to market it for the
9 permanent implantation in women's bodies
10 if it hasn't been cleared appropriately?
11   A.   Once again, I think that it was
12 cleared appropriately because we used the
13 Gynemesh PS transvaginally and this is the
14 same mesh that was being used in Prolift.
15       MR. ROSENBLATT:  Greg, maybe I
16 can help you with this.
17       We're not putting him up to
18 offer that opinion.
19       MR. BENTLEY:  And the problem is
20 there's a number of opinions in here
21 regarding regulatory compliance and
22 warnings and different stuff and if we
23 go down that road, then --
24       MR. ROSENBLATT:  Okay.  Well,

Confidential - Harvey A. Winkler, M.D.

Page 218

1  then I'll let him keep answering.
2      MR. BENTLEY:  Or not answering.
3      MR. ROSENBLATT:  You can answer
4  however you feel appropriate.
5      THE WITNESS:  I guess we got 22
6  minutes to do this.
7  BY MR. BENTLEY:
8      Q.   Doctor, you've offered opinions
9  that you think the speed at which Ethicon
10  rolled out design upgrades or changes to
11  their products was appropriate, right?
12      A.   Yes, I think it was appropriate.
13      Q.   You've opined on the
14  appropriateness of Ethicon's decisions to
15  market products and changes to markets,
16  right?
17      A.   Yes.
18      MR. ROSENBLATT:  Object to form;
19  outside the scope.
20  BY MR. BENTLEY:
21      Q.   I want you to assume with me
22  that the Prolift kit was not cleared for
23  marketing prior to its introduction to the
24  market, okay?

Page 219

1      A.   The kit was not approved.  The
2  mesh was.
3      Q.   Right.  And so, assuming the
4  kit's not approved, is it appropriate for
5  a company to market it for the permanent
6  implantation in women's bodies?
7      MR. ROSENBLATT:  Object to form.
8      I just want to caution counsel
9  that he is not offering an opinion,
10  but since he's eliciting one, then
11  you're free to answer.
12      A.   I think it's appropriate for
13  whatever the FDA decided to do at that
14  point in time, and I would fall back on
15  their recommendations and how they dealt
16  with Ethicon.
17      Q.   Doctor, earlier today we talked
18  about different physicians may have
19  different knowledge, and you had some
20  opinions as to what they should know.
21      Remember that?
22      A.   Yes.
23      Q.   Just very limited questioning
24  here.

Page 220

1      Regarding complications for
2  prolapse repair, do you have any
3  additional basis for opining as to what
4  physicians know?  Is there any study or
5  something that would be different from
6  what we talked about earlier?
7      A.   I can -- we can discuss what's
8  in the AUGS requirement for residents on
9  grafts and what --
10      Q.   And that's what they should
11  know, right?
12      A.   I'm not aware of any particular
13  study of asking what doctors exactly know
14  or don't know.
15      Q.   Doctor, what's your definition
16  of "short-term data"?
17      MR. ROSENBLATT:  Object to form.
18      A.   So, short-term data is anything
19  less than 12 months follow-up as a general
20  rule, but it depends on how long the total
21  follow-up is to figure out what short is.
22      Q.   When you state in your various
23  reports that you're looking for long-term
24  data, you're generally looking for

Page 221

1  something over one year;  is that fair?
2      A.   Yes, that's fair.
3      Q.   There's a couple of different
4  definitions of failure for prolapse
5  treatment that's in the literature and
6  it's discussed in your report.  I just
7  want to nail down what you intend to use
8  as your definition for failure in the
9  treatment of prolapse.  If you want to
10  refer to page 35, go ahead.
11      A.   So, all the stuff needs to be
12  taken into context.  The definitions that
13  we're using today for failure of prolapse
14  has changed, as per my report, from 2001.
15      So, the way we define failures
16  today is more the composite failure that
17  you were mentioning as opposed to the
18  stricter NIH guidelines that were
19  initially.
20      Q.   So the definition you're
21  adopting is the one from today, the
22  updated definition?
23      A.   When I look at data today, I
24  will use that updated definition.

Page 222

1     MR. BENTLEY:  Doctor, thank you.
2  That is all the questions that I have
3  for now.  I may have some follow-up.
4     MR. ROSENBLATT:  Let's take a
5  quick break.
6     (Recess taken from 8:12 p.m. to
7  8:22 p.m.)
8  EXAMINATION BY
9  MR. ROSENBLATT:
10    Q.   Doctor, my name is Paul
11 Rosenblatt.  I represent Ethicon Inc. and
12 Johnson & Johnson.
13       We're coming up on our ninth
14 hour of deposition testimony.
15       But, you were asked some
16 questions about various studies in your
17 report.
18       Do you recall those?
19    A.   Yes, I do.
20    Q.   And some systematic reviews were
21 listed in your report, and others were
22 just on your reliance list, correct?
23    A.   Correct.
24    Q.   For example, a systematic review

Page 223

1  that's on your reliance list by Abed:
2  "Incidence and management of graft
3  erosion, wound granulation, and
4  dyspareunia following vaginal prolapse
5  repair with graft materials: a systematic
6  review from 2011."
7       Do you recall reviewing that
8  study?
9     A.   I recall.  I don't recall the
10 specifics of the study.
11    Q.   I'll represent that was one of
12 the reviews by the Society of Gynecologic
13 Surgeons.
14       Do you recall that?
15    A.   Yes.
16    Q.   And I'll represent to you that
17 the Society of Gynecologic Surgeons review
18 from 2011 reviewed 110 studies that
19 reported on erosions with an overall rate
20 of 10.3 percent for synthetic meshes.
21       My question is is that
22 percentage consistent with the opinions
23 you've offered in your report about the
24 general mesh exposure rate between 10 to

Page 224

1  12 percent?
2     A.   Yes, it is.
3     Q.   And the Abed systematic review
4  also noted that dyspareunia was described
5  in 70 studies for a rate of 9.1 percent,
6  and my question to you is is that figure
7  generally consistent with the 10 to 15
8  percent that you offered or that you
9  testified to in your deposition?
10    A.   Yes.
11       MR. BENTLEY:  Objection;
12    misstates.
13 BY MR. ROSENBLATT:
14    Q.   Doctor, you were also asked
15 about why the ACOG opinion number 513
16 wasn't specifically called out in your
17 report.
18       Do you recall that?
19    A.   I do recall that.
20    Q.   I'm showing you your reliance
21 list.
22       Do you see that ACOG committee
23 opinion on your reliance list?
24    A.   Yes, I do.

Page 225

1     Q.   And you have hundreds of
2  citations in your actual report, do you
3  not?
4     A.   Yeah, I don't remember the exact
5  number, but --
6     Q.   And there are a significant
7  amount of studies that are on your
8  reliance list, but you didn't necessarily
9  list every single study on your reliance
10 list in the body of your report, fair?
11    A.   No, I did not.
12    Q.   And so for example, another
13 systematic review by Schimpf titled "Graft
14 in mesh use in transvaginal mesh prolapse
15 repair.  A systematic review from 2016,"
16 was that also a systematic review that you
17 relied upon in forming your opinions?
18    A.   Yes.
19    Q.   Doctor, I want to refer you to
20 Exhibit 16.
21    A.   Okay.
22    Q.   This was the Dandolu study --
23    A.   Yes.
24    Q.   -- we spent a good deal of time

Confidential - Harvey A. Winkler, M.D.

Page 226

1   on.
2        I want to come back to this, but
3   I just want to read something in the
4   "Discussion" section that states:  "Pelvic
5   pain and dyspareunia are well-known
6   complications of the pelvic organ prolapse
7   procedures."
8        Do you see that?
9        A.   Yes, I do.  That's correct.
10       Q.   Is that statement generally
11  consistent with your opinion about which
12  complications are well-known or commonly
13  known to pelvic floor surgeons?
14       A.   Yes, it is.
15       Q.   I'm going to come back to that,
16  Doctor.
17       I want to show you Exhibit 6.
18  This was the proposal, and you see your
19  name listed number 3 there?
20       A.   Yes, I do.
21       Q.   Did you sign anything on this
22  document?
23       A.   No, I did not.
24       Q.   I want to show you Exhibit 7

Page 227

1   where you're listed as a subinvestigator.
2        A.   Correct.
3        Q.   And under the staffing, what is
4   your -- if you just take a moment to read
5   that highlighted section there under
6   "Staffing."
7        A.   "She stated that Dr. Harvey
8   Winkler -- she stated that Dr. Harvey
9   Winkler was now the PI.  However, upon
10  further discussions during my site
11  monitoring visit, it has been further
12  clarified through documentation of the IRB
13  and with Ms. Iger that Dr. Lind remains
14  the active PI who meets and reviews all
15  study patients.  Dr. Winkler has been
16  added as a subinvestigator during any time
17  that Dr. Lind is absent.  Dr. Winkler and
18  Dr. Cynthia Hall have seen patients.  Dr.
19  Hall has consented patients and both Drs.
20  Winkler and Hall have performed study
21  procedures and exams."
22       Q.   So, my question to you, Doctor,
23  is would it be fair to say that you may
24  not have specifically recalled this IRB

Page 228

1   study because you were not, in fact, the
2   primary investigator?
3        A.   I was not the primary
4   investigator, and I did not recall this
5   particular study.
6        Q.   And Exhibit 8 under the
7   "Conclusion," could you read what it
8   states there?
9        A.   "Pelvic organ prolapse repair
10  using vaginally-placed Gynemesh PS is safe
11  with few mesh-related complications.  Most
12  that did occur were successfully treated
13  in the office.  Overall at one year
14  success rate was 84 percent."
15       Q.   Is that conclusion based on the
16  Gynemesh PS study that involved Dr. Lind
17  and yourself as a subinvestigator
18  generally consistent with your opinions
19  about Gynemesh PS?
20       A.   Yes.
21       Q.   I want to hand you, hopefully
22  counsel has the marked version since I'm
23  out of copies here, but Exhibit 21.
24            (Exhibit Winkler 21, Gynemesh PS

Page 229

1        Early Clinical Experience, was marked
2        for identification, as of this date.)
3   BY MR. ROSENBLATT:
4        Q.   Exhibit 21, you cite this as
5   reference 15 in your report?
6        A.   Say that again.  I was looking
7   at this.  I apologize.
8        Q.   So, in your report on page 13,
9   you reference a Gynemesh white paper as
10  reference number 15.  It's on page 13.
11       A.   Yes.
12       Q.   And that would be referring to
13  what I've marked as Exhibit 21.
14            And do you see Dr. Lind's name
15  there as an investigator?
16       A.   Yes, I do.
17       Q.   Would it be --
18            MR. BENTLEY:  I'm sorry, what
19  page are you on?
20            MR. ROSENBLATT:  Of the report?
21            MR. BENTLEY:  You're on the
22  exhibit?
23            MR. ROSENBLATT:  Yes.
24

Page 230

BY MR. ROSENBLATT:

Q.   Then on page 14 of your report, there are some mesh characteristics and a photograph of Gynemesh PS.

Do you see that?

A.   Yes, I do.

Q.   Do you recognize whether or not those photographs are consistent with the photographs depicted in this study?

A.   Yeah, they're identical in the study as in my report.

Q.   Doctor, I want to hand you what's been marked as Exhibit 22.

(Exhibit Winkler 22, color copy photograph, was marked for identification, as of this date.)

BY MR. ROSENBLATT:

Q.   Is this a photograph that you brought with you to this deposition?

A.   Yes, it is.

Q.   Could you just describe for the jury what's depicted in this photograph?

A.   So, we can see that there's a mesh on the top of the vagina.  So we're

Page 231

looking on an abdominal incision down. There is a probe in the vagina pushing that -- the vagina up, and we can see that there's a mesh placed there on top of the vagina.

This was a transvaginally-placed mesh, a Perigee mesh that I recall, where the patient had a subsequent apical failure and then I went back - not by me, if I remember correctly - and then I went back in to do the recurrent prolapse procedure on her.

And as you can see here, we don't get to see this very often of how transvaginally mesh is placed in patients who are not having complaints.  There does not seem to be any contraction, roping, pulling, banding of the transvaginally-placed mesh.

Q.   And do you recall being asked questions about changes to the pore geometry?

A.   Yes, I do.

Q.   And do you see any significant

Page 232

changes to the pore geometry depicted in this photograph?

A.   No, I do not.

Q.   Doctor, looking at Exhibit 15, the ACOG committee opinion number 513.

A.   Okay.

Q.   I want you to pull out Exhibit 15 as well.

A.   Got it.

Q.   And also if you could refer to page 16 of your report.

A.   Okay.

Q.   And on page 16, you write:  "The rationale for me was to use permanent mesh for patients who had failed a prior prolapse procedure or for post-hysterectomy patients with prolapse who were poor candidates for or did not desire an abdominal procedure."

Do you see that?

A.   Yes, I do.

Q.   Is that generally consistent with the description, as you understand it, in the ACOG practice bulletin about

Page 233

patient selection?

A.   Yes, it is.

Q.   Specifically in the ACOG practice bulletin, the second bullet point on the last page states: "Pelvic organ prolapse vaginal mesh repair should be reserved for high risk individuals in whom benefit of mesh placement may justify the risk, such as individuals with recurrent prolapse, particularly of the anterior compartment, or with medical comorbidities that preclude more invasive and lengthier open and endoscopic procedures."

Do you see that?

A.   Yes, I do.

Q.   And is that generally consistent with what you were telling counsel about discussing the risks and benefits for each patient?

A.   Yes, it is.

Q.   And you're certainly not here to tell the jury that pelvic mesh should be used as the primary procedure for every single patient who has pelvic organ

Confidential - Harvey A. Winkler, M.D.

Page 234

1  prolapse, are you?
2      A.   No.
3      Q.   And do you rely on a company to
4  provide specifics on patient selection, or
5  do you rely primarily on your surgical
6  experience, practice bulletins, and other
7  medical literature?
8      A.   I rely on my experience and the
9  medical literature predominantly.
10     Q.   And why do you not rely on a
11 company to tell you how to practice
12 medicine?
13     A.   A company hasn't gone to medical
14 school, hasn't seen patients, hasn't done
15 a residency and a fellowship, and operate.
16     Q.   On page 3 of the ACOG practice
17 bulletin, it states: "Pelvic pain, groin
18 pain and dyspareunia can occur with pelvic
19 reconstructive surgery regardless of the
20 use or non-use of mesh."
21         Do you see that?
22     A.   That is correct.
23     Q.   And is that generally consistent
24 with your opinions about the commonly

Page 235

1  known risks of all prolapse procedures?
2      A.   Yes, it is.
3      Q.   Doctor, if you could pull out
4  Exhibit 16, that is the Dandolu study
5  again.
6      A.   Yes.
7      Q.   Now, in your report you cite the
8  study on page 33?
9      A.   Yes, I do.
10     Q.   And if you look on page 32, what
11 is the specific heading of that section?
12     A.   "Transvaginal mesh and pain."
13     Q.   So, is that what you meant when
14 you said you were citing the data specific
15 to transvaginal mesh and pain as it
16 applied to this section of your report?
17     A.   Yes, I do.
18     Q.   And the results state: "Mesh
19 removal/revision was reported highest in
20 transvaginal mesh repair at 5.1 percent."
21         Do you see that?
22     A.   Yes, I do.
23     Q.   And is that percentage generally
24 consistent with your understanding of the

Page 236

1  removal/revision rate?
2      A.   Yes, it is.
3      Q.   If you turn to table 3.
4          Well, Doctor, before we go to
5  table 3, you're not suggesting to the jury
6  that when you account for revisions
7  associated with mesh erosion or exposure
8  that a vaginal mesh repair has a lower
9  rate of reoperations overall compared to
10 native tissue repairs, are you?
11     A.   I'm not saying overall that
12 transvaginal mesh has a lower reoperation
13 rate, correct.
14     Q.   In fact, you offered that
15 opinion in your report when you cited to
16 the 2006 Maher Cochrane review where you
17 describe their findings about increased
18 total reoperation rates?
19     A.   Correct.
20     Q.   And we'll jump around a little
21 bit, but on page 21 of your report.
22     A.   Yes.
23     Q.   It states: "The 2016 Cochrane
24 review found that, quote, there was no

Page 237

1  evidence of a difference between the
2  groups in rates of de novo dyspareunia,
3  end quote.  Additionally, the review noted
4  that recurrence and rates of repeat
5  surgery for prolapse were both lower in
6  the mesh group, although more women in the
7  mesh group required repeat surgery for the
8  combined outcome of prolapse, stress
9  incontinence, or mesh exposure.  It is of
10 no surprise that using a composite group
11 for repeat surgery that includes mesh
12 exposure will be higher in the mesh group."
13         Do you see that?
14     A.   Yes, I do.
15     Q.   And is that generally consistent
16 with the findings that are described in
17 Dandolu about an increased total
18 reoperation rate?
19     A.   That's consistent, yes.
20     Q.   And jumping back to Dandolu
21 table 3, it shows common associated
22 diagnoses during follow-up, and then it
23 has dyspareunia and pelvic pain on that
24 chart.

Confidential - Harvey A. Winkler, M.D.

Page 238

1     Do you see that?
2     A.  I do see that.
3     Q.   Which was higher for
4  dyspareunia, the native tissue repair or
5  the transvaginal mesh repair?
6     A.   The native tissue repair.
7     Q.   And does the native tissue
8  repair show 7.5 percent compared to 6.1
9  percent?
10     A.   Yes, it does.
11     Q.   And which was higher, the native
12  tissue repair or the transvaginal mesh
13  repair, for pelvic pain?
14     A.   The native tissue repair was
15  higher at 22 percent versus 16.4 percent.
16     Q.   And counsel suggested that there
17  might be some cherry picking.
18     You're certainly not offering
19  these numbers to say that pain and
20  dyspareunia are higher with native tissue
21  repairs as they appear in this report, but
22  just that overall the studies show that
23  there's no significant difference;  is
24  that fair?

Page 239

1     MR. BENTLEY:  Object to
2  colloquy.  Object to form; leading;
3  compound; vague.
4     A.   Yes.
5     MR. ROSENBLATT:  That's a
6  record.
7     MR. BENTLEY:  Speculation;
8  misstates.
9  BY MR. ROSENBLATT:
10     Q.   Doctor, you also cited some
11  other reviews in your expert report.  I'd
12  like to hand you now what I've marked as
13  Exhibit 17, which is the Diwadkar
14  systematic review.
15     (Exhibit Winkler 17, Diwadkar
16     article, was marked for
17     identification, as of this date.)
18  BY MR. ROSENBLATT:
19     Q.   Are you familiar with this
20  study?
21     A.   Yes, I am.
22     Q.   And again this is a systematic
23  review?
24     A.   Yes, it is.

Page 240

1     Q.   And it's titled "Complication
2  and Reoperation Rates After Apical Vaginal
3  Prolapse Surgical Repair"?
4     A.   Correct.
5     Q.   And if you look at table 2, and
6  you look at the dyspareunia rates for
7  traditional vaginal repair, sacrocolpopexy
8  and mesh kits, do you see any significant
9  differences?
10     A.   There are no significant
11  differences between the three.
12     Q.   And if you look at the total
13  complication rates as reported on this
14  chart in the systematic review, do you see
15  any significant differences?
16     A.   No, I do not.
17     Q.   Is that chart describing the
18  complications generally consistent with
19  your opinions as it relates to dyspareunia
20  and total complications?
21     A.   Yes, it does.
22     Q.   I'm handing you now what's been
23  marked as Exhibit 18, which is a
24  systematic review by Maher titled

Page 241

1  "Anterior Vaginal Compartment Surgery."
2     (Exhibit Winkler 18, Maher
3     article, was marked for
4     identification, as of this date.)
5  BY MR. ROSENBLATT:
6     Q.   Do you see that?
7     A.   Yes, I do.
8     Q.   And the aim of this study was to
9  review the safety and efficacy of anterior
10  vaginal compartment pelvic organ prolapse
11  surgery, and they described their
12  methodology as reviewing English language
13  scientific literature after searching Pub
14  Med, Medline, Cochrane library and the
15  Cochrane database of systematic review
16  published up to January of 2012.
17     Do you see that?
18     A.   Yes, that's correct.
19     Q.   It states:  "Consistent Level I
20  data support a superior anatomical outcome
21  for polypropylene mesh compared with a
22  biological graft in the anterior
23  compartment."
24     Do you see that?

Confidential - Harvey A. Winkler, M.D.

Page 242

1    A.   Yes, I do.
2    Q.   Is that generally consistent
3  with your opinions?
4    A.   Yes, it is.
5    Q.   And in all fairness, it says:
6  "Mesh exposure rate was significantly
7  higher in the polypropylene mesh group"?
8    A.   Not surprising.  Agreed.
9    Q.   It goes on to state:
10  "Consistent Level I evidence demonstrates
11  superior subjective and objective outcomes
12  following anterior transvaginal
13  polypropylene mesh as compared to anterior
14  colporrhaphy."
15      Do you see that?
16    A.   Yes, I do.
17    Q.   And what grade did they give
18  that conclusion?
19    A.   Grade A.
20    Q.   Is that generally consistent
21  with the literature, at least as reported
22  in 2013?
23    A.   Yes, that I'm aware of.
24    Q.   And a little further down it

Page 243

1  states:  "Anterior polypropylene mesh had
2  a mesh extrusion rate of 10.4 percent with
3  6.3 percent requiring a surgical
4  correction."
5      Do you see that?
6    A.   Yes, I do.
7    Q.   And is that generally consistent
8  with the opinions you've offered here
9  today?
10    A.   Yes, it is.
11    Q.   And the conclusion is:
12  "Polypropylene anterior compartment mesh
13  offers improved objective and subjective
14  outcomes compared with native tissue
15  repair.  However, these benefits must be
16  considered in the context of increased
17  morbidity associated with the anterior
18  polypropylene transvaginal mesh."
19      Do you see that?
20    A.   Yes, I do.
21    Q.   And is that generally consistent
22  with your opinions?
23    A.   Yes, it is.
24      (Exhibit Winkler 19, Sokol

Page 244

1    article, was marked for
2    identification, as of this date.)
3  BY MR. ROSENBLATT:
4    Q.   Doctor, I'm going to hand you
5  what's been marked as Exhibit 19, which is
6  the "One-Year Objective and Functional
7  Outcomes of a Randomized Clinical Trial of
8  Vaginal Mesh For Prolapse," by lead author
9  Andrew Sokol.
10    A.   Yes, I see it.
11    Q.   Are you familiar with this
12  study?
13    A.   Yes.
14    Q.   And this is a follow-up to the
15  Iglesia study; is that correct?
16    A.   That's correct.
17    Q.   And this study compares Prolift
18  to anterior colporrhaphy?
19    A.   Correct.
20    Q.   Now, on page 86.e6 they state:
21  "Of the 32 mesh subjects being Prolift,
22  five women or 15.6 percent had mesh
23  exposures."
24      Do you see that?

Page 245

1    A.   Yes, I do.
2    Q.   And it describes the exposures
3  occurred at two weeks, six weeks, and
4  subpoint 5 weeks and 2.1 months and were
5  located along incision lines in the
6  anterior compartment and posterior
7  compartment in two cases?
8    A.   Yes, I see that.
9    Q.   Is that generally consistent
10  with your opinions that most exposures
11  will occur at the incision line?
12    A.   That's correct.
13    Q.   And in all fairness, the
14  investigators of this study stopped the
15  study short due to the predefined rate of
16  mesh exposures, correct?
17    A.   That's correct.
18    Q.   They continued following the
19  patients.  They just stopped --
20    A.   They just stopped enrolling.
21    Q.   And a little further in the
22  paper it states:  "Of the 33 no mesh
23  participants, five women, or 15 percent,
24  had apical Gore-Tex suture exposures."

Confidential - Harvey A. Winkler, M.D.

Page 246

1  Do you see that?
2  A.  Yes, I do.
3  Q.  So, although the investigators
4  stopped the study because the exposure
5  rate with the Prolift surpassed the
6  predefined 15 percent, it would be correct
7  to say that so did the suture exposures
8  with the native tissue repairs, correct?
9  A.  It would be correct to say that,
10  yes.
11  Q.  And a little further down some
12  of the findings were that: "There were no
13  statistically significant differences were
14  found between the mesh and no mesh groups
15  with respect to long-term complications."
16  Do you see that?
17  A.  Yes, I do.
18  Q.  And a little further down it
19  states: "No statistically significant
20  differences were found between the mesh
21  and no mesh groups with respect to new
22  onset dyspareunia.  The mesh group 1 in 11
23  women, or 9.1 percent, versus no mesh
24  group 3 out of 14 women, 21.4 percent."

Page 247

1  Do you see that?
2  A.  Yes, I do.
3  Q.  Is that generally consistent
4  with the opinions you've offered in your
5  report and here today?
6  A.  Yes, it is.
7  Q.  And in fact, this study actually
8  shows a higher de novo dyspareunia rate
9  with the anterior colporrhaphy compared to
10  Prolift in absolute numbers, correct?
11  A.  Yes, that's accurate.
12  Q.  But you're not here offering the
13  opinion that the dyspareunia rate is
14  higher with native tissue repairs, are
15  you?
16  A.  No, I am not.  They're
17  equivalent, is my opinion.
18  Q.  And so, if counsel wanted to
19  accuse you of cherry picking, you could
20  have very easily pulled those numbers out
21  to say that the mesh exposure --
22  MR. ROSENBLATT:  Strike that.
23  Q.  Look at Exhibit 10, which is the
24  Dietz and Maher review on pelvic organ

Page 248

1  prolapse and sexual function.
2  Do you see that?
3  A.  Yes, I do.
4  Q.  What were their results?
5  A.  With regard to the anterior
6  compartment, the use of mesh is associated
7  with neither a worsening in sexual
8  function, nor an increase in de novo
9  dysparreunia compared with traditional
10  anterior colporrhaphy.
11  Q.  Is that generally consistent or
12  inconsistent with your opinions?
13  A.  That's consistent with my
14  opinions.
15  Q.  Doctor, you testified earlier
16  that it's somewhat difficult to study or
17  capture true de novo dyspareunia rates in
18  studies.
19  Can you just explain why that is
20  for the jury?
21  A.  So, dyspareunia rates are
22  dependent on several variables.  Age has
23  something to do with it.  Menopause has
24  something to do with it.  Your overall

Page 249

1  well-being has something to do with it, as
2  well as the psychosocial situation with
3  your partner.  We know that as women age,
4  the dyspareunia de novo rates increase,
5  and overall, however, as women are getting
6  older, they're having decreased sexual
7  activity.
8  Q.  Thank you, Doctor.
9  Now I want to look at
10  Exhibit 12, which is the study by
11  Damoiseaux, D-A-M-O-I-S-E-A-U-X.
12  This is a seven-year Prolift
13  study that you were asked about.
14  A.  Correct.
15  Q.  I want to show you in the
16  conclusions they state: "Although the
17  mesh exposure rate was extremely high, we
18  found no difference in pain rate or
19  dyspareunia between the two groups."
20  Do you see that?
21  A.  Yes, I do.
22  Q.  And then a little above that in
23  table 3 they report complications
24  comparing mesh versus conventional

Confidential - Harvey A. Winkler, M.D.

Page 250

1  procedures.
2      A.   That is correct.
3      Q.   And when looking at mesh versus
4  the conventional procedures, which was
5  higher with respect to percentage of pain?
6      A.   It was higher in the
7  conventional procedure 45 percent as
8  opposed to 34 percent in the mesh group.
9      Q.   And what about chronic pelvic
10 pain?
11     A.   Also higher in the conventional
12 group, 29 percent as opposed to 15
13 percent.
14     Q.   And what about de novo pelvic
15 pain?
16     A.   Higher in the conventional group
17 than the mesh group.
18     Q.   And in all fairness,
19 dyspareunia?
20     A.   Dyspareunia was slightly higher
21 in the mesh group, but at 27 to 25
22 percent.
23     Q.   And de novo dyspareunia?
24     A.   Was also fairly equivalent at 10

Page 251

1  percent in the mesh group and 12 percent
2  in the conventional group.
3      Q.   And although this study shows
4  that the conventional group had higher
5  rates of, for example, chronic pelvic pain
6  and de novo dyspareunia, you're not using
7  this study to say that native tissue or
8  conventional prolapse repairs have higher
9  rates of pain and dyspareunia, are you?
10     A.   Absolutely not.
11     Q.   And so if you wanted to cherry
12 pick studies, this could be an example of
13 where you could use percentages to your
14 advantage, right?
15     A.   That is correct.
16     Q.   But rather than doing that,
17 could you explain why, in fact, you rely
18 on Level I literature as opposed to just
19 pulling rates from one study?
20     A.   Right.  So, from one study is
21 not as good of a study and as high a level
22 as a composite from multiple studies in
23 using that data to try to get higher level
24 results.

Page 252

1      Q.   Doctor, in the Altman study that
2  was marked as Exhibit 11, counsel went
3  over with you on page 1832 that pain
4  during sexual intercourse was reported to
5  occur usually or always by 2 percent of
6  the women after colporrhaphy and by 7.3
7  percent after transvaginal mesh surgery
8  with Prolift and the p-value is 0.07.
9          Do you see that?
10     A.   Yes, I do and that's
11 nonsignificant.
12     Q.   Explain what it means when
13 something is not statistically
14 significant.
15     A.   So, it has to -- that number has
16 to happen more by chance, and if we don't
17 see a number of less than 0.05, we cannot
18 say that that result happened just by
19 chance.
20     Q.   And based on your review of
21 systematic reviews and the Level I
22 literature and randomized controlled
23 trials, what is your understanding as to
24 whether or not there's any statistically

Page 253

1  significant difference in postoperative
2  complications, such as de novo dyspareunia
3  or de novo pain, comparing transvaginal
4  mesh to native tissue repairs?
5      A.   I'm not aware of studies that
6  show that there is a statistically
7  significant difference between the two.
8      Q.   But would it be fair to say that
9  the Level I literature demonstrates that
10 there are no statistically significant
11 differences?
12         MR. BENTLEY:  Objection.
13     A.   Most importantly it's the Level
14 I data that I rely on that shows that
15 there is no statistically significant
16 difference between the two.
17     Q.   And is that consistent with your
18 opinion based on Exhibit 9, which is the
19 2016 Maher Cochrane review where on page
20 18 it states:  "There was no evidence of a
21 difference between the groups in rate of
22 de novo dyspareunia"?
23     A.   That is correct.  And that's
24 what I based my previous answer on no

Confidential - Harvey A. Winkler, M.D.

Page 254

1 difference on the Level I studies.
2     Q.    And was it also true for their
3 findings about sexual function and quality
4 of life?
5     A.    That is true.
6     Q.    Doctor, you were asked about
7 Exhibit 13, which is the Lowman study
8 titled does the Prolift system cause
9 dyspareunia?
10     A.    Yes.
11     Q.    I think you tried expanding on
12 your answer about the conclusion of the
13 study, and I'd like you to take the
14 opportunity to finish what you were trying
15 to say.
16     A.    Eighty-three percent of
17 respondents with de novo dyspareunia would
18 have had -- would have the procedure done
19 again.
20     Q.    And what does that indicate to
21 you about patient satisfaction or
22 subjective cure in this study?
23          MR. BENTLEY:  Objection.
24     A.    That indicates to me that

Page 255

1 patient satisfaction was high.
2     Q.    Looking at table 4, what does
3 that table indicate to you about all the
4 different procedures listed there and the
5 rates of de novo dyspareunia?
6     A.    So, in this particular study,
7 the rates of de novo dyspareunia after
8 abdominal sacrocolpopexy were 14.5
9 percent.  Sacrospinous ligament suspension
10 36.1 percent.  Uterosacral suspension 25.9
11 percent.  APR is anterior repair.
12     Q.    Is that anterior and posterior?
13     A.    Anterior and posterior repair 19
14 percent.  And Prolift at 16.7 percent.
15     Q.    Again, although Prolift at 16.7
16 percent is lower than some of the other
17 figures here, you're certainly not
18 cherry-picking that and suggesting to this
19 jury that rates of de novo dyspareunia are
20 consistently lower with Prolift compared
21 to native tissue repairs, are you?
22     A.    Absolutely not.  They're
23 equivalent.
24     Q.    Doctor, I want to show you

Page 256

1 what's been marked as Exhibit 14.  This is
2 the Halaska randomized control trial
3 evaluating Prolift compared to
4 sacrospinous ligament fixation.
5          Do you see that?
6     A.    Yes, I do.
7     Q.    And do you see where they state
8 in the results:  "No difference in quality
9 of life improvement as well as de novo
10 stress urinary incontinence and no
11 overactive bladder onset was found."
12          Do you see that?
13     A.    Yes, I do.
14     Q.    And is that generally consistent
15 with your opinions about there being no
16 difference in quality of life improvement
17 comparing the different prolapse
18 procedures?
19     A.    Quality of life has been the
20 same with the -- with the procedures, yes.
21     Q.    And the conclusion was:  "Mesh
22 exposure occurrence was balanced against a
23 lower prolapse recurrence rate in patients
24 undergoing mesh surgery compared with

Page 257

1 those undergoing sacrospinous ligament
2 fixation.
3          Do you see that?
4     A.    Yes, that's correct.
5     Q.    If you could just describe how
6 you take into account the risk-benefit
7 analysis for a more durable repair versus
8 the potential complication of mesh
9 exposure.
10     A.    So, I have a discussion with my
11 patient of if we're going to use a
12 transvaginal mesh we may get improved
13 durability of the repair.  If we use a
14 transvaginal mesh, understanding that
15 there is an exposure rate that occurs when
16 you use a transvaginal mesh, and some of
17 those patients may elect to go back to the
18 operating room for a revision.
19     Q.    Doctor, the study reports a
20 one-year mesh exposure rate of 20.8
21 percent.
22     A.    That is correct.
23     Q.    Of that 20.8 percent, how many
24 of those were symptomatic mesh exposures?

Confidential - Harvey A. Winkler, M.D.

Page 258

1  A.  One-quarter of them were
2  symptomatic.
3  Q.  And what does that mean that --
4  what is the difference between symptomatic
5  versus asymptomatic?
6  A.  So, in the symptomatic patients,
7  the mesh exposure was bothering them, and
8  in the asymptomatic exposures, it was not
9  bothering them.
10  Q.  Doctor, do you see under the
11  comments where it states:  "However, a
12  significant difference in the recurrence
13  rate was found between the groups favoring
14  the mesh group 12 months after surgery"?
15  A.  Yes, I see that.
16  Q.  And would you say generally
17  throughout the medical literature, at
18  least with respect to the anterior
19  compartment, the recurrence rates are
20  significantly lower when a mesh repair is
21  undertaken compared to a native tissue
22  repair?
23  A.  Yes.
24  Q.  Do you see in the study where

Page 259

1  they showed no significant differences
2  were observed and changes in quality of
3  sexual life between sacrospinous fixation
4  and mesh groups as measured by the PISQ
5  short form?
6  A.  Yes, I do see that.
7  Q.  Does that finding surprise you
8  at all?
9  A.  No, it does not.
10  Q.  Doctor, you were asked again
11  about your reliance list, and I think you
12  testified that you reviewed some of
13  plaintiff's expert reports?
14  A.  Yes.
15  Q.  And did you also review the
16  documents and studies that they cited in
17  the body of those reports?
18  A.  Yes.
19  Q.  Doctor, do you practice medicine
20  based on --
21  MR. ROSENBLATT:  Well, strike
22  that.
23  Q.  Doctor, you were asked about
24  whether or not you have any criticisms of

Page 260

1  the type of data plaintiff's experts rely
2  upon.
3  Do you practice medicine based
4  on internal documents?
5  A.  No, I do not.
6  Q.  In residencies and fellowships,
7  do they teach based on internal company
8  documents, or is it primarily based on
9  evidence-based medicine and the medical
10  literature?
11  A.  It's based on the medical
12  literature.
13  Q.  We previously discussed your
14  consulting experience.
15  You did, in fact, consult with
16  Ethicon on the design of Gynemesh PS?
17  A.  I discussed with them on design
18  of transvaginal mesh.  I don't know if
19  they told me it was on Gynemesh PS or not.
20  Q.  I think you said Prolene Soft
21  mesh and Gynemesh PS are the same mesh?
22  A.  Yes.
23  Q.  You said you used those from
24  2002 to 2011, approximately?

Page 261

1  A.  So, I used the Gynemesh PS --
2  are we talking about in my abdominal
3  sacrocolpopexies are we talking about?
4  Q.  Just in general in your
5  practice.
6  A.  Yes, somewhere around there.
7  Q.  Now, if you would have switched
8  from one product to another, for example
9  if you went from Gynemesh PS to a Boston
10  Scientific Y-mesh, were you doing so
11  because of concerns of safety?
12  A.  No, I was not.  When doing it
13  robotically, it's just easier to do it
14  with a Y piece of mesh in my hands as
15  opposed to two separate pieces of mesh.
16  Q.  And before you started doing
17  Prolift, were you already familiar with
18  the anatomical landmarks of that
19  procedure?
20  A.  Yes, I was.
21  Q.  How so?
22  A.  I already was placing
23  transobturator slings.  I had already been
24  trained on the Perigee and Apogee meshes.

Confidential - Harvey A. Winkler, M.D.

Page 262

1  So I was familiar with the anatomy.
2      Q.   I believe you testified that
3  your practice has changed somewhat in
4  terms of you're now offering --
5          MR. ROSENBLATT:  Well, strike
6      that.
7      Q.   Doctor, I believe you are
8  implanting less transvaginal mesh now than
9  you were within the past decade;  is that
10  fair?
11      A.   That's accurate.
12      Q.   What impact do you think the
13  litigation and the fear from
14  advertisements has had on your practice?
15          MR. BENTLEY:  Objection.
16      A.   So, the -- almost every single
17  patient that I see and talk to has seen or
18  heard about the litigation or something
19  advertised on television, and they -- we
20  have a discussion about what that
21  involves, but I don't think there's any
22  human being in New York that hasn't seen
23  those advertisements.
24      Q.   Doctor, the Prolift surgeons

Page 263

1  monograph that you reference in your
2  report describes a dyspareunia rate of 6
3  to 9 percent.
4          Is that generally consistent
5  with your understanding of the dyspareunia
6  rates as reported in 2007?
7      A.   Yes, it is.
8      Q.   Doctor, we talked a lot about
9  reoperation rates.
10          That doesn't necessarily take
11  into account failures though, does it,
12  prolapse failures?
13      A.   The reoperation rate includes
14  failures and exposures and everything.
15      Q.   But a patient with a native
16  tissue repair may have a failure or
17  recurrence, but just decides they don't
18  want to undergo another procedure for
19  prolapse, so that could be a patient
20  where -- who failed a native tissue
21  repair, but wouldn't undergo another
22  operation?
23      A.   That is correct.
24      Q.   And have you seen that in your

Page 264

1  practice?
2      A.   Absolutely.
3      Q.   You were asked some about the
4  different properties of the meshes and how
5  the fiber size is slightly larger with TVT
6  compared to Gynemesh PS.
7          Would you expect the pore sizes
8  to be much larger for TVT, which is only
9  1 centimeter wide?
10          MR. BENTLEY:  Objection.
11  BY MR. ROSENBLATT:
12      Q.   The mesh itself is only 1
13  centimeter wide --
14      A.   Correct.
15      Q.   -- for TVT, right?
16      A.   So you don't have that much room
17  to make the pores bigger.
18      Q.   In the one patient that you
19  described that had bunched mesh, did you
20  attribute that to any defect in the mesh?
21      A.   No, I did not.
22      Q.   Are all the opinions that you've
23  offered here today and in your report held
24  to a reasonable degree of medical

Page 265

1  certainty?
2      A.   Yes, they are.
3          MR. ROSENBLATT:  No further
4      questions at this time.
5  FURTHER EXAMINATION BY
6  MR. BENTLEY:
7      Q.   Doctor, your reliance list
8  describes the documents reviewed --
9          THE WITNESS:  Just give me one
10      second.
11          (Discussion held off the record.)
12  BY MR. BENTLEY:
13      Q.   Your reliance list, Doctor,
14  lists the documents you reviewed and
15  relied upon to reach your opinions in this
16  case, right?
17      A.   Yes.
18      Q.   And on that list there's a
19  number of company documents you reviewed
20  and relied upon to reach your opinions
21  here, correct?
22      A.   That's correct.
23      Q.   And you testified that in your
24  medical practice, you don't rely upon

Confidential - Harvey A. Winkler, M.D.

Page 266

1  company documents, do you?
2      A.   I don't rely on company
3  documents to tell me how to do surgery,
4  no.
5      Q.   So it's slightly different here
6  in reaching your litigation opinions, you
7  did rely upon and review company
8  documents, right?
9          MR. ROSENBLATT:  Object to form
10  to the extent you're saying he's
11  relied upon.
12     A.   I may have reviewed them, but I
13  did not include the company documents in
14  my medical opinions of the mesh or the
15  procedure.
16     Q.   They're on your reliance list
17  though, right?
18     A.   They're on the reliance list.
19     Q.   Doctor, you said you don't rely
20  upon a manufacturer to provide you
21  information about the products; is that
22  correct?
23         MR. ROSENBLATT:  Object to form;
24  mischaracterization.

Page 267

1      A.   I don't rely on a manufacturer
2  to give me information regarding -- I
3  don't rely on manufacturers to tell me how
4  to do surgery.
5      Q.   So in your medical practice, you
6  don't rely upon information provided by
7  the manufacturers?
8      A.   One of the things that I may
9  rely on with regarding surgical procedures
10  that I'm using a device in, yes, I can
11  look to see what the company provides, but
12  I may not decide my ultimate decision
13  based solely on what the company provides.
14     Q.   So you do rely upon the
15  information they provide or you don't?
16     A.   I review it.  I don't want to
17  say I solely rely on that.
18     Q.   In redirect, counsel asked you
19  about a study, I think it was the Dandolu,
20  and it mentioned that surgeons were aware
21  of the complication dyspareunia and pain;
22  is that correct?  Do you remember that?
23     A.   I think that surgeons should be
24  aware of pain and dyspareunia when they're

Page 268

1  performing prolapse procedures.
2      Q.   Specifically limited to that
3  study.
4          Do you remember reading the
5  quote that said surgeons were aware of
6  these complications, including dyspareunia
7  and pain?
8      A.   It says:  "Pelvic pain and
9  dyspareunia are well-known complications
10  of the POP procedures."
11     Q.   That's great.
12         And it doesn't say the frequency
13  of transvaginally implanted mesh is
14  well-known, does it?
15         Is the word "frequency" in that
16  sentence?
17     A.   The word "frequency" is not in
18  the sentence.
19         However, transvaginal mesh is a
20  component of pelvic organ prolapse repair
21  surgeries.  You can't separate the two
22  out.
23     Q.   Doctor, earlier today we went
24  through your TVT report, and in your TVT

Page 269

1  report, you quoted from ACOG and AUGS,
2  didn't you?
3      A.   Yes, I did.
4      Q.   But you didn't quote it in your
5  Prolift report, right?
6      A.   I didn't use a direct quote.
7          However, I referenced to that
8  report.
9      Q.   What was your methodology for
10  deciding not to quote the ACOG/AUGS
11  committee opinion in this report?
12     A.   It didn't give absolute numbers,
13  if I remember correctly, on incidences of
14  pain and dyspareunia and one versus the
15  other.
16     Q.   One of the explanations you gave
17  for not citing the other findings in
18  Dandolu that were not included in your
19  report was you included Dandolu under your
20  section on page 33 about abdominal mesh
21  and pain; is that correct?
22         MR. BENTLEY:  I apologize.  Let
23  me rephrase that.
24     Q.   You include Dandolu on page 33

Confidential - Harvey A. Winkler, M.D.

Page 270

1 under your section for transvaginal mesh
2 and pain and you didn't provide the other
3 finding from Dandolu.
4        And your explanation for that
5 was this was a section just about
6 transvaginal mesh and pain, right?
7    A.   That's correct.
8    Q.   But your report, of course,
9 discussed the other findings from Dandolu
10 in other sections, right, reoperation rate
11 failure, that type of stuff?
12    A.   I didn't reference Dandolu, but
13 we, once again, have -- I admit there is a
14 reoperation rate with transvaginal mesh.
15    Q.   Right.
16    A.   It is --
17    Q.   My question very specifically is
18 you cited Dandolu under one section,
19 right?  You provided one finding from
20 Dandolu?
21    A.   Right.
22    Q.   And your explanation for why you
23 didn't discuss any of the other findings
24 from Dandolu was that Dandolu citation was

Page 271

1 in one specific subsection in your report,
2 right?
3    A.   Right.
4    Q.   But my question is the other
5 findings in Dandolu --
6    A.   I did cite the Level I evidence
7 of reoperation rates in my report.
8    Q.   But you didn't cite the other
9 findings from Dandolu elsewhere in your
10 report where you discussed those sections?
11    A.   Dandolu's findings would likely
12 be included in the Cochrane review, if it
13 was available at that time.
14    Q.   Doctor, what are the potential
15 adverse events that are commonly
16 associated with surgically implantable
17 materials such as Gynemesh PS?
18    A.   Infection, inflammation,
19 adhesion formation, fistula formation,
20 erosion, extrusion, and scarring that
21 results in implant contraction.
22    Q.   What are you reading from,
23 Doctor?
24    A.   I'm reading from page 17 of my

Page 272

1 report.
2    Q.   And what is that?
3    A.   It lists the adverse events in
4 the IFU on Prolift.
5        It also has:  "Punctures or
6 lacerations of vessels, nerves, bladder,
7 urethra or bowel may occur during Gynecare
8 Prolift guide passage and may require
9 surgical repair."
10    Q.   And my question wasn't what's
11 cited from the IFU in your report.
12        It was what are the common
13 adverse events that you think are known
14 regarding implantable mesh for the
15 treatment of prolapse?
16    A.   Exposure, erosion, damage to
17 other organs, dyspareunia, chronic pelvic
18 pain, adhesions, scarring.
19    Q.   Right.  And you think those --
20 it's your opinion that those have been
21 known since -- when were those
22 complications known?
23    A.   Pain and dyspareunia and all
24 these -- all the complications except for

Page 273

1 exposure are commonly associated with
2 pelvic organ prolapse procedures.
3    Q.   Okay.  I believe you included a
4 screen shot from Exhibit 21 in your
5 report, and the adverse events from that
6 marketing piece don't include
7 complications such as dyspareunia and
8 chronic pain, do they?
9    A.   Once again, we agreed that it
10 was not in the IFU of chronic pain and
11 dyspareunia 'cause it was a commonly known
12 complication which is not required to be
13 placed in an IFU, according to CFR
14 guidelines.
15    Q.   I'm sorry, that wasn't my
16 question.
17        In the exhibit that you're
18 holding in your hand, it lists
19 complications commonly known.
20        It doesn't include dyspareunia
21 and chronic pain, does it?
22    A.   This particular piece of paper
23 does not include that.
24        MR. BENTLEY:  Thank you.  No

Confidential - Harvey A. Winkler, M.D.

Page 274

1  further questions.
2      MR. ROSENBLATT:  I've got none.
3      (Deposition adjourned at 9:20 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 276

1          E R R A T A
2  PAGE / LINE / CHANGE  /  REASON
3  _____
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____

Page 275

1      A C K N O W L E D G M E N T
2
3  STATE OF          )
4                    :ss
5  COUNTY OF         )
6
7      I, HARVEY A. WINKLER, M.D., hereby
8  certify that I have read the transcript of
9  my testimony taken under oath in my
10 deposition of March 12, 2017; that the
11 transcript is a true and complete record
12 of my testimony, and that the answers on
13 the record as given by me are true and
14 correct.
15
16
17 _____
18       HARVEY A. WINKLER, M.D.
19 Signed and subscribed to before me this
20 _____ day of _____, 2017.
21
22 _____
23 Notary Public, State of
24

Page 277

1      C E R T I F I C A T E
2  STATE OF NEW YORK
3  COUNTY OF NEW YORK
4
5      I, Marie Foley, RMR, CRR, a
6  Certified Realtime Reporter and Notary
7  Public within and for the State of New
8  York, do hereby certify:
9      THAT HARVEY A. WINKLER, M.D., the
10 witness whose deposition is hereinbefore
11 set forth, was duly sworn by me and that
12 such deposition is a true record of the
13 testimony given by the witness.
14     I further certify that I am not
15 related to any of the parties to this
16 action by blood or marriage, and that I am
17 in no way interested in the outcome of
18 this matter.
19     IN WITNESS WHEREOF, I have
20 hereunto set my hand this 15th day of
21 March, 2017.
22
23 _____
24       MARIE FOLEY, RMR, CRR

Page 278

1      LAWYER'S NOTES
2   PAGE / LINE
3   ___ ___ _____
4   ___ ___ _____
5   ___ ___ _____
6   ___ ___ _____
7   ___ ___ _____
8   ___ ___ _____
9   ___ ___ _____
10  ___ ___ _____
11  ___ ___ _____
12  ___ ___ _____
13  ___ ___ _____
14  ___ ___ _____
15  ___ ___ _____
16  ___ ___ _____
17  ___ ___ _____
18  ___ ___ _____
19  ___ ___ _____
20  ___ ___ _____
21  ___ ___ _____
22  ___ ___ _____
23  ___ ___ _____
24  ___ ___ _____