IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO:<br><br>ALL WAVE 4 CASES AND THOSE ON ATTACHED EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**PLAINTIFFS' MOTION TO EXCLUDE OR OTHERWISE LIMIT
THE OPINIONS AND TESTIMONY OF DEFENSE EXPERT BRIAN PARKER, M.D.**

**COMES NOW** Plaintiffs in actions listed on attached Exhibit A, by and through the undersigned attorneys, and files Plaintiffs' Motion to Exclude, or in the Alternative, to Limit the Opinions and Testimony of Brian Parker, M.D. and would respectfully show the Court that Dr. Parker should be excluded for the following reasons:

1. Dr. Parker is not qualified to offer general opinions on transvaginal mesh devices, including opinions related to safety and efficacy, adequacy of the warnings and IFUs, design and material properties of Ethicon's TVT, TVT-O, and TVT-S devices, complications associated with these products compared to other surgical options to treat SUI conditions as well as all other opinions related to the design and performance of these products, position statements concerning the safety of these devices made by professional societies or the FDA, and opinions that polypropylene sling products are the gold standard, standard of care or state of the art for treating stress urinary incontinence.

2.  Dr. Parker's opinions are unreliable because he failed to use a reliable, scientific methodology when formulating his opinions in these cases.

3.  In support of this motion, Plaintiffs have submitted a memorandum of law and also rely upon the following attached exhibits:

    a.  A true copy of Dr. Brian Parker's General Expert Report dated January 31, 2017, defendants' disclosed urology expert, is attached hereto as Exhibit B.

    b.  A true copy of Dr. Brian Parker's Curriculum Vitae is attached hereto as Exhibit C.

    c.  A true copy of excerpts of the General Deposition of Dr. Brian Parker dated March 14, 2017, is attached hereto as Exhibit D.

    d.  A true copy of Dr. Brian Parker's Supplemental Reliance list attached hereto as Exhibit E.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court grant their Motion To Exclude Or Otherwise Limit The Opinions and Testimony of Defense Expert Brian Parker, M.D. Additionally, Plaintiffs request all other and further relief to which they may be justly entitled.

Dated: April 13, 2017.

Respectfully submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
baylstock@awkolaw.com
rbaggett@awkolaw.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document April 13, 2017, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

                                        /s/ Bryan F. Aylstock
                                        Bryan F. Aylstock, Esq.
                                        Renee Baggett, Esq.
                                        Aylstock, Witkin, Kreis and Overholtz, PLC
                                        17 East Main Street, Suite 200
                                        Pensacola, Florida  32563
                                        (850) 202-1010
                                        (850) 916-7449 (fax)
                                        baylstock@awkolaw.com
                                        rbaggett@awkolaw.com
                                        *Attorneys for Plaintiffs*