# EXHIBIT A

| Melton, Rebecca | 2:12-cv-0494 |