EXHIBIT B

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | **Master File No. 2:12-MD-02327**<br>**MDL 2327** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Wave 4 Cases* | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

## EXPERT REPORT OF BRIAN PARKER, M.D

My name is Brian Parker. I am a board-certified Urologist. I am a partner in a large urology group in Knoxville, Tennessee named Tennessee Urology Associates. I have been with the group since 2005. I graduated from Texas A&M University in College Station, Texas in 1995 with a degree in Biomedical Science. I attended Texas A&M College of Medicine graduating in 1999. From there I was accepted in a 6-year Urology Residency with Scott and White Hospital in Temple, Texas finishing in 2005. I then began private practice in Knoxville, Tennessee.

In my practice, I will see approximately 5000 patients per year and perform well over 500 surgeries a year. My practice has evolved to the point that a large portion of my patients have voiding problems including stress urinary incontinence, urge urinary incontinence, mixed incontinence, overflow incontinence, neurogenic bladders, voiding dysfunction, recurrent urinary tract infections. This is an area of interest of mine. Often, my partners or local gynecologists will refer patients, whom have difficult urinary problems, to me to manage. I am experienced in the evaluation of women with stress urinary incontinence including history and physical exam, urodynamic interpretation, and cystoscopy. I suspect that half of my patients that I see have some

form of incontinence.

Due to my interest in incontinence and voiding dysfunction, I have performed many sling procedures including over 200 TVT-O, over 400 TVT Secur with excellent results, high patient satisfaction and low rates of complications. I also have experience performing Burch colposuspensions, pubovaginal slings, bone anchor slings, TVT retropubic, mini arc slings and Altis slings. After TVT Secur became unavailable in 2012, I wanted to continue to use single incision slings because my patients did very well with TVT Secur. I now am a proctor for the use of the Altis sling, by Coloplast and have placed well over 300 of those slings as well.

In addition to sling procedures, for patients with intrinsic sphincteric deficiency form of SUI, I have significant experience with urethral bulking agents including Contigen, Durasphere, and Coaptite. For patients with urge incontinence I perform Botox, sacral neuromodulation, and posterior tibial nerve stimulation. I am a proctor for Medtronic's InterStim. I also have experience with removal of slings, and the preoperative and postoperative care and evaluation of those patients.

I hold all opinions stated in this report to a reasonable degree of medical certainty.  A copy of my Curriculum Vitae is attached as Exhibit A. The materials I reviewed and relied on in reaching the opinions set forth in this report are listed in Exhibit B. I have not testified in any cases in the past four years.  My compensation for my review and input in this legal matter will be billed at a rate of $500/hour.  My rate for providing testimony by deposition is $700/hour.


## Stress Urinary Incontinence

Stress Urinary Incontinence (SUI) was first described in ancient times but it was not until the late 19th century that it was readily documented.  Its prevalence is greater than diabetes and its effects on women and society are understood but not often discussed due to the stigma that this disease entails.

Stress urinary incontinence (SUI) is described as the involuntary loss of urine upon effort or exertion or on coughing or sneezing. Upon exam, there is demonstrable involuntary leakage of urine synchronous with exertion, effort, coughing or sneezing. Urodyanamic studies will reveal involuntary leakage of urine with an increase in abdominal pressure without a detrusor contraction (Luber KM. *The Definition, Prevalence, and Risk Factors for Stress Urinary Incontinence*. Reviews in Urology. 2004;6 (Suppl 3): S3-S9*)*.

It is estimated that a third of women will develop stress urinary incontinence in their lifetime, compare that to diabetes with a 9% lifetime risk. Patients suffering from incontinence often feel isolated, depressed, and have very low quality of life scores. They also often have problems with relationships and intimacy. This isolation leads to feelings of hopelessness and depressions (Siff LN, Jelovsek JE, Barber MD. *The effect of major depression on quality of life after surgery for stress urinary incontinence: a secondary analysis of the Trial of Midurethral Slings*. Am J Obstet Gynecol 2016;215:455.e1-9; Coyne, K.S. *The impact on health-related quality of life of stress, urge, and mixed incontinence*. BJU Int. 92,731-735 (2003)).

The economic burden of SUI is in the billions, although trying to pinpoint a specific

dollar amount has been difficult. Economically, there is much overlap in costs associated with urge incontinence and stress incontinence.  Some of those costs include pads or adult diapers, lost work, treatment for falls associated with SUI, as office visits, and surgical and nonsurgical treatments.

The risk factors for developing SUI are not completely elucidated, but there are some factors that increase the risk which include age, Caucasian or Hispanic race, obesity, smoking, chronic cough, pregnancy and childbirth, nerve injuries to the lower back, and pelvic surgery.

There is more than one opinion as to the cause of SUI in women. One is the hammock hypothesis, as proposed by Delancy in 1994. This theory surmises that the endopelvic fascia supports the urethra and during times of increased abdominal pressure compress the urethra. The endopelvic fascia is attached to the vaginal wall, the arcus tendinous fascia pelvis, and levator ani muscles. Weakening of the muscles or damage to the nerves supplying the muscle can cause less compression on the urethra and thus incontinence ensues (DeLancey J. *Structural support of the urethra as it relates to stress urinary incontinence: the hammock hypothesis*. American Journal of Obstetrics and Gynecology. 1994; 170(6): p. 1713*).

In 1993, Petros and Ulmstem proposed a different theory of incontinence called "The Integral Theory", which is a complex theory of vectors and changes associated with vaginal wall laxity and paraurethral ligament weakness. However, they felt the lack of closure occurred at the midurethral, not the bladder neck, the weakness of the pubourethral ligament specifically being the problem. Therefore, the support, they felt, needed to be at the midurethral not the bladder neck as the pubovaginal slings were placed (Petros and Ulmstem "*An integral* theory *and its method for the diagnosis and management of female urinary incontinence."* Scandinavian Journal of Urology and Nephrology; 1993).

There have been other theories for the cause of SUI, but the basic premise is weakening of the ligaments, muscle, and fascia supporting the urethra.  The diagnosis for SUI includes a thorough history to differentiate between stress, urge, mixed, and overflow incontinence. A previous history of bladder or pelvic surgery must be obtained. There are questionnaires which can be helpful including the king's health questionnaire (KHQ), Bristol female lower urinary tract symptoms questionnaire (BFLUTS), stress and urge incontinence quality of life questionnaire (SUIQQ). Physical exam must be performed to determine the degree of hypermobility of the urethra as well as any associated pelvic organ prolapse. Post void residual measurements and urinalysis need to be obtained Urodynamic studies (UDS) for pure stress incontinence are not necessary, but any type of incontinence of which is not clear or a patient with previous bladder surgery should undergo UDS.

## Treatment Options for SUI

### 1) Behavioral Modification

This includes fluid restriction, avoidance of foods and beverages possibly worsening bladder symptoms, voiding routines to maintain an empty bladder.

### 2) Kegel Exercises/Pelvic Floor Physical therapy

There are techniques and exercises that can strengthen the pelvic floor musculature. Trying to maintain urethral and bladder support can be helpful to decrease incontinence.

3) **Urinary Devices or inserts**

Pessaries, urethral plugs, and disposable vaginal inserts similar to a tampon have been used to provide obstruction to the urethra.

4) **Vaginal Estrogen**

Vagina estrogen, when utilized long term, can improve blood supply and pelvic floor muscular strength. All these non-surgical methods can be utilized together or separately and help usually only the mildest cases of SUI.

5) **Surgical**

**A) Urethral bulking Agents** – This procedure entails endoscopically injecting a paste like material periurethrally to cause better coaptation of the urethra and minimize incontinence. Generally, this requires more than one treatment. It is often reserved for patients not wanting or unable to tolerate a sling or larger surgery, or patients with previous incontinence surgery who now have a fixed urethra associated with Intrinsic Sphincteric Deficiency

**B) Bladder Neck Suspensions** – Placement of either fascia (autologous or allograft) or mesh under the bladder neck. It requires a vaginal and abdominal incision. Typically, the sling will be pass through the rectus fascia and anchored there retropubically.

**C) Burch Anterior Colporrhaphy** – described below.

**D) Mid Urethral slings** – This group of surgeries and products are based off the TVT procedure. Typically uses a synthetic polypropylene mesh placed midurethrally.

One constant factor over the years since the first procedure, there has never been one procedure that has had high success rates, with good durability, and with low complication rates until now with the midurethral sling.  If there had been, then there would not be a host of operations that have been tried and failed over the last 100 years. It is estimated that over 100 surgeries have been developed for the treatment of SUI (Stanton SL (1990) S*urgical Management of Urethral Sphincter Incompetence*. Clin Obstet Gynecol 33, 346-357).

**History of Surgical options for Stress Urinary Incontinence**

The first surgery for SUI was described by Frank in Cologne, Germany in 1882 in which he narrowed the female urethra. Pawlik in 1883 described flattening of the outer end of the urethra. In 1888 Gersony, from Vienna, performed a torsion surgery of the urethra. Really these were limited and not readily reproducible. The first milestone came in 1900, when Dr. Kelly from Baltimore invented the anterior colporrhaphy and plication of the bladder neck with deep mattress sutures. This procedure would be considered the standard of care for the next 60 years. The MMK procedure, named after V.F. Marshall, A.A. Marchetti, and K.E. Krantz in 1949, developed a cystourethropexy and colposuspension procedure by securing the vesico-urethral junction to the periosteum of the symphysis pubis.

**Burch Colposuspension**

This later gave way to the Burch Colposuspension in 1961 which was more effective with less morbidity. He attached the retropubic paravesical tissue to the ilealpectineal ligament. This procedure is still in use today in certain situations. However, there is a notable decline in

continence rates with time. The Burch procedure has demonstrated a success rate of 68.9-88.0% based on a Cochrane review. Continence rates at 2 years have been reported at 42% and decreasing to 13% at 7 years (Richter *H.* et al. *"Patient related factors associated with long term urinary continence after Bunch colposuspension and pubovaginal fascial sling surgeries,"* Journal of Urology (2012)).

In 1907, D. Giordano described the first sling procedure for SUI. He used gracilis muscle from the thigh and retropubically placed it around the urethra. A combination of three different physicians pioneered the Goebell-Frangenheim-Stoeckel procedure in 1914. This used the pyramidilis muscle and fascia along with plication of the bladder neck. A.J. Pereya described the first vaginal needle suspension procedure in 1959 and modified by Dr. Stamey in 1973. It wasn't until 1996, when Dr. Ulstem developed the slingplasty procedure using polypropylene mesh. This eventually became known as the tension free vaginal tape procedure (TVT).  The first mesh was used for vaginal surgery by Dr. Bracht in 1956 utilizing Nylon. Other mesh products have included Goretex, Mersilene, and Silicone Sheets,  (Kohli N, Karram M. *Surgery for genuine stress incontinence*. In Urogynaecology and Reconstructive Pelvic Surgery. 2nd ed. St Louis: Mosby; 1999. p. 178*)*.


**Rational and clinical decision making favoring TVT**

As a clinician, I am making judgments and decisions multiple times an hour, based on scientific data. This started my first day of residency when I called by a nurse with a very important and life threatening question. "Can my patient have a Tylenol?" I quickly started to process all the information I had acquired in medical school and combined that with the medical history of this patient. I reviewed his lab values, specifically gazing at his liver function tests. I reviewed when his last dose was? How much had he already received in the last 24 hours?  What other medications was he taking? Were any of these potentially toxic when combined with acetaminophen? What was his reason for taking Tylenol? Were there any other safer alternatives? Did the potential outweigh the risks? Of course, in medicine there are always risks with any medication or procedure.

This is the role that not only I, but every physician, takes every day of our lives. We are ingrained to think this way, starting with medical school and working our way through to residency. Hours upon hours of reading medical books, journals and reviews. Doing our own research, writing medical papers, presenting abstracts, posters, and presentations reinforces that habit.

Making decisions based on the medical literature is what allows us to make informed, rational decisions. How do we make those decisions? Partly on personal experience, but significantly on the experience of others relayed in medical journals. Hopefully and ideally, this is unbiased and unflawed information, but deciphering the information presented while understanding those biases is also a learned skill.

As physicians, we are trying to improve not only the quantity of life of our patients, but also the quality of life too. This drives innovation of medical devices, to try to become less invasive but in the meantime, maintain quality outcomes and side effects comparable to older procedures. This is evident with the advent of the DaVinci Robotic Surgery.

Many surgeries have transitioned from an open procedure with the obligatory long hospital stay to laparoscopic surgery and in some cases robotic surgery. This has become obvious with prostate removal surgery for prostate cancer (radical prostatectomy). As blood loss and hospitalization has lessened, recovery has quickened and patients miss fewer days of work, all the while still maintaining sound oncologic principles of surgery and keeping complication rates reasonably low. Even with innovation and surgical improvements, some patients have impotence and incontinence; which are recognized potential side effects of this surgery. Some patients have complications specific for robotic surgery, however those are reasonably low compared to the traditional approach. Moreover, the overall benefit to this group of patients outweighs the risks associated with the procedure.

This decision to have our patients go forward with Robotic Radical Prostatectomy surgery is made if the clinical scenario is reasonable and the alternatives are not good options for our patients. We do this knowing that the surgery isn't complication-proof, but still recommend its use. It is now the most common form of surgical therapy for prostate cancer.

How does this relate to the question of women and stress urinary incontinence surgery? It is very similar indeed. Prior to the advent of TVT by Ethicon in the late 1990's, the options for women to treat their SUI were much less appealing. Success rates were varied and there was not one standard easily reproducible surgery that had a low rate of complications and long term success. That is how the TVT revolutionized the treatment for SUI.

Now there is a minimally invasive outpatient procedure with high continence rates and an acceptably low rate of complications. Many of which were the same complications that would occur with the older procedures including Burch colposuspension or pubovaginal slings (PVS). The Urologists, Gynecologists and Urogynecologists noticed that this was an opportunity to help many of our patients whom were hesitant about a much bigger procedure. Patients were reporting a quick recovery and few side effects, often stating that they wished they had the surgery earlier. Simultaneously, there was a significant rise in patients being offered this procedure as well as studies being produced on the outcomes.

As expected, the improvement in incontinence with this new procedure, as well as the intent to maintain success and improve upon side effects, drove the invention of newer devices. These newer devices initially intended to minimize the risk of retropubic hematoma as well as bladder perforation (while common in retropubic TVT, was something that had no long-term sequela) so the transobturator devices were born, i.e. the TVT-O and its competitors and from there, the single incision mini slings.

In my opinion, the treatment for stress urinary incontinence should be viewed in different eras: before and after TVT, which was cleared by the FDA in 1998. The number of different types of pubovaginal slings (PVS), bone anchor slings, and retropubic surgeries are numerous, generally because of lack of long term efficacy combined with the morbidity associated with each treatment. The mesh based midurethral slings (MUS) have supplanted the previous types of procedures, so that now the current literature typically compares one type of MUS to another type of MUS.

Also as a physician and surgeon, I appreciate and utilize the current medical literature to shape and change my practice. With the patient's best interests at heart, the literature is culled and reviewed to stay current with trends in medicine. Without that continued dialogue between

practicing front line urologist and academic urologist, there becomes a disconnect between what is theoretically going to possibly happen and what is happening with each individual patient. The device companies listen to the front line high volume urologists to let them know what they like and don't like about each of their products. This message is then relayed eventually to academicians who have the time and resources to do large volume randomized clinical trials.

Additionally, the device companies are trying to respond to the surgeons and improving the devices they already make. The tendency is to compare the most recent prototype to the gold standard, not the previous methodology. As can be seen with some of the single incision slings, especially the TVT Secur, there was a steeper learning curve initially but still with very low side effects and complications. When compared to a retropubic TVT, there were some studies suggesting lower continence rates, but if it had been invented first would have been a revolutionary improvement over the Burch colposuspension and on par with the pubovaginal sling. In my medical opinion, it was not a defective or harmful product, nor was it brought out prematurely to market. In my medical opinion, it had a different approach to placement requiring more cases to perfect--just as there is a learning curve with the Robotic Prostatectomy. I had good success with TVT Secur  and wanted to continue to use a single incision sling because of the benefits I was seeing with it.  I would still use TVT Secur today in my practice if it were available.

What can be a distraction is to focus on things that aren't clinically relevant. There are many studies done on numerous medications, implants, devices, materials etc. which when taken in a vacuum can seem so heinous and critical, but when studies at a clinical level show no relevancy. In other words, many studies are done today, in the past and the future that may seem important to a chemist, or biologist, or physicist when looked upon from a molecular level that when studied at the patient level, has no real value. For instance, the MDMS of polypropylene suture by Dupont, suggested a sarcoma was seen in a rodent and perceived to be associated with the polypropylene suture. However, there is not one documented case of a sarcoma due to a polypropylene suture in humans even though it has been used for decades. We have seen no decrease in the usage of Prolene suture.

## Other treatments for SUI

In a well done large multi centered randomized clinical trial comparing Burch colposuspension to autologous pubovaginal sling (PVS), there was a notable difference in cure rates of stress incontinence. The pubovaginal sling arm of the study showed significantly greater cure rates of SUI when compared to Burch (66% to 49%, P<0.001) However, there was more side effects with the pubovaginal sling, with 63% vs 47%, P<0.001. Side effects included cystotomy (3% in Burch), voiding dysfunction requiring surgery (6% in the PVS), pelvic pain (0.6% for PVS), wound complications requiring surgery (3.9% Burch and 3.3% PVS), De Novo urge incontinence (3% in both groups). (Albo, SISTEr 2-year trial, 2007) This study illustrates where incontinence surgery was prior to the advent of the TVT. These complications were considered acceptable even though a third to a half of women undergoing one of these procedures would still be incontinent after the procedure.

Another study in 2012 outlines how poorly the long-term outcomes are with either the Burch or PVS. In a cohort of 482 women, Richter et al compared continence rates 2 and 7 years

postoperatively. They found the success rates of the Burch procedure decreased from 42% to 13% and PVS decreased from 52% to 27% during that 5-year time frame. Certainly, there was a need for improvement in this area.

## Tension Free Vaginal Tape

This procedure is performed through an initial small incision in the anterior vaginal wall approximately a centimeter from the urethral meatus. The sling material is affixed to two trocars that are placed periurethrally through that incision, through the retropubic space and out the skin in the suprapubic area. The sling is designed to be placed tension free under the urethra. There are no incisions in which to keep this in place. The benefit of this method is that it is minimally invasive and therefore can be done under a local or general anesthetic. Short term cure rates ranged from 71% to 97% and long term cure rates from 51% to 88%. (2015 Ford, Cochrane Review)

The mesh in all TVT slings is made of woven Prolene sutures. Prolene sutures have been approved as safe and effective by the FDA since 1969 and have had a longstanding and prolific use in medicine since then. Prolene sutures are primarily composed of polypropylene but contain among other ingredients including anti-oxidants to prevent polymer degradation. Prolene sutures have been used safely and effectively for half a century in millions of patients in almost every conceivable kind of surgery. Prolene mesh, which is used in all TVT products is a lightweight, macroporous mesh with an excellent track record of biocompatibility both in hernia and pelvic floor applications.

## Efficacy of TVT

One of the originators of the original retropubic TVT procedure was Dr. C.G. Nilsson. In 1995, he and his colleagues performed a TVT procedure on 90 women. This original cohort had been studied longitudinally and Dr. Nilsson had reported on cure rates and complication rates. 17 years after the original retropubic TVT device was placed in these women, 90% were objectively cured and 87% were subjectively cured or significantly improved. (Nilsson 2013). Significantly, this study also found no sign of mesh contraction or shrinkage after 17 years.

Another study confirming the impressive cure rates with the retropubic TVT procedure was performed in 2008 by Liapis. This group analyzed the objective cure rates of women 5 and 7 years after surgery. This confirmed objective cure rates of 83% and 80% respectively. (Liapis 2008). At 10 years, objective cure rates of 84% -89% were noted. (Olsson 2010), (Evenings 2013 IJU)

Compared to the alternative treatments, the TVT had shown not just minimal improvement, but marked improvement especially when evaluating them long term. A Cochrane review was carried about to compare short term efficacy (12 months) and complications rates. The authors reviewed 62 trials with 7101 women having had a synthetic midurethral sling placed. The authors concluded that the monofilament mesh, bottom-to-top retropubic, midurethral sling (describing TVT) was as efficacious as colposuspension, but with fewer perioperative complications, less voiding dysfunction, shorter hospital stay, but more bladder perforations (6%). It should be noted that bladder perforation is managed with a Foley catheter for a week or less and the perforation will heal itself with no long term sequalae. (Ogah 2009)

This was supported by a second Cochrane review in 2015. However, it was interesting to

see the shift in its comparison. The comparison was no longer between the retropubic midurethral sling and colposuspension. It was between the retropubic midurethral sling and trans obturator midurethral sling. The review confirmed that retropubic and transobturator slings "were highly effective". (Ford 2015 Cochrane review) It was obvious that a new gold standard had been established for the treatment of stress urinary incontinence. The safety and efficacy of TVT and TVT-O have been collectively studied in over 150 randomized controlled trials, over 2000 studies and numerous meta-analyses.

## TVT Complications and side effects

The concern any surgeon has prior to surgery is not only the efficacy, but also the complication rates associated with the procedure. The TVT surgery has been studied more than any other incontinence procedure has ever been and have a positive safety profile. Complications associated with the use of TVT products has been well-studied throughout the medical literature for the last 15 years. Prior to the advent of TVT, the standard was the Burch colposuspension or the pubovaginal sling. It would be logical that any new surgical procedure would be compared to one of these surgeries, (Ford AA et al. Mid-urethral sling operations for stress urinary incontinence in women (Review) The Cochrane Library 2015, issue 7).

In the aforementioned Cochrane Review in 2009, the consensus found that minimally invasive synthetic suburethral slings were as effective as traditional suburethral slings, but with a shorter operative time, less post-operative voiding dysfunction and less de novo urgency symptoms. In comparison to open retropubic colposuspensions, minimally invasive synthetic suburethral slings had fewer perioperative complications and less voiding dysfunction but more bladder perforations (6% to 1%). This same review found that MUSs were associated with a low rate of infection

Specifically, a review of the literature to determine a risk of groin pain, suprapubic, vaginal pain, or dyspareunia should be done to be able to compare to more contemporary procedures. A study of Burch Colposuspensions in 2001, demonstrated that dyspareunia occurred at a rate of 4.5% and groin or suprapubic pain in another 6.8% based on 220 women. Although this was not a completely retrospective study, it is one of few studies to document dyspareunia or groin pain rates (Demirci F. *Long Term Results of Burch Colposuspension* Gyn Obst Invest 2001). There is a paucity of literature detailing the rates of dyspareunia and pelvic pain from colposuspensions and even fewer comparing MUS to Burch as far as these complications are concerned. Dyspareunia is a well-known complication that can follow any vaginal surgery—whether mesh is used or not. It is also prevalent among women, especially those that are post-menopausal. A recent survey published in the British Journal of Urology (2017) found that a "sizable minority" (7.5%) of British women suffered from dyspareunia, which can be caused by a number of different non-mesh related factors.

Additionally, I disagree with the opinion that the rate of dyspareunia is higher with mesh based MUS than with other incontinence or vaginal procedures. Dyspareunia can occur without a previous surgical procedure, it often is found *de novo*. Often women are evaluated for this and many different reasons may be the causative factor. Atrophic vaginitis occurs in the post-menopausal woman and can lead to vaginal dryness, cracking, fissures, poor healing. Genitourinary syndrome of menopause is a congregation of symptoms including vaginal atrophy, incontinence, dyspareunia, vaginal pain, urinary tract infections which stems from a lack of circulating estrogen. Another cause of dyspareunia is interstitial cystitis or painful bladder

9

syndrome. The bladder itself is tender, and with vaginal penetration this worsens the pain. The paravaginal musculature can go into spasm. Vaginismus is another disorder causing painful intercourse.

As vaginal surgeons, vaginal pain and dyspareunia are part of the routine potential side effects after any sort of vaginal surgery. This is not a surprise and not specific to TVT, TVT-O, or TVT Secur. A surgeon operating vaginally would be as surprised to have no patients complain about this as an orthopedic surgeon reconstructing a shoulder and having his/her patients out throwing a ball the next day. It is an inherent and almost implied potential side effect of vaginal surgery, of which the mid urethral slings are included.

In 1961, a study of dyspareunia or apareunia after non-sling vaginal surgeries recorded rates of 70/243 women complaining of one or the other. (Francis, Jeffcoate 1961) The World Health Organization performed a systematic review of dyspareunia studies and reported a prevalence rate of painful intercourse of 8-22%. (Latthe P, Latthe M, Say L, Gulmezoglu M, Khan KS. *WHO systematic review of prevalence of chronic pelvic pain: a neglected reproductive health morbidity*. BMC Public Health 2006;6:177–83)

Those cases that do ultimately require mesh removal or revision are relatively rare. Vervest (2007) found that the range of TVT mesh revisions in patients was from .6% to 7.5%, with the median average being only 1.1%. The Cleveland Clinic tertiary care center between 2003 and 2015 examined 3,307 patients who received a MUS. Only 2.7% of those patients required a sling revision. Of the 2.7%, 7 patients were indicated for vaginal pain, and 3 were indicated for groin pain, which translates into a rate of .2% and .09% respectively when assessed from the field of all 3,307 patients. Revision patients indicated for erosion comprised 21.5% of those patients needing a revision, or .57% out of 3,307 patients. (Unger, 2015).


## TVT-O

Dr. Delorme, in 2001, developed a midurethral sling placed via a transobturator route from outside in. In 2003, Dr. De Leval, developed a similar procedure to the but from the inside to outside path through obturator membrane rather than the suprapubic area. The idea was similar in that a Prolene mesh would be placed suburethrally without attaching sutures. There was one vaginal incision and two exit incisions placed in medial thigh. A helical passer would place the mesh sling from an inside to outside pathway, again acting like a hammock for the urethra to be supported in times of excess intraabdominal strain. (ETH.MESH.00823793)

The development of this procedure was sparked by the rare (less than 0.5%), but significant complication of bowel perforation by placement of the passing needles retropubically. By passing the needles via the transobturator route, the possibility of injuring the bowel would be removed completely.

I disagree with some Plaintiffs' experts who opine that the outside-in approach is safer than the inside-out approach used in TVT-O. Many high level studies have concluded that cure rates are similar between two. (2011 Ogah J, Cody DJ) Additionally, cure rates were similar to the retropubic approach. (2010 Deffieux), (2010 Krofta), (2010 Richter).

**Complications/Side effects**

When comparing the retropubic route to the transobturator route, Richter demonstrated more serious adverse effects in the retropubic arm. These consisted of bladder perforations, urinary tract infections, and voiding dysfunction. Although the trans obturator had more neurologic symptoms, mainly consisting of leg weakness in the upper leg. (2010 Richter)

Most leg weakness is short term from placement of the trocar through the obturator internis muscle. This generally was alleviated with anti-inflammatory medication. To keep the helical passer from being placed too close to the neurovascular bundle while passing through the obturator foramen, the handles had to be dropped from a 45° to 90° before passing through the foramen. This maximizes the space from the trocar to the neurovascular bundle. This is clearly outlined in the IFU for the TVT-O. Also, another technical point is that placing the patients hips at a 90° will help to gain access to the obturator foramen and prevent inadvertent injury to the neurovascular bundle.

Numerous long term studies five years or longer have assessed the safety and efficacy of TVT-O and support my opinion that TVT-O is in fact safe and effective and not defectively designed. Cheng (2012) found a 92% objective success rate at five year follow up with significant improvement in the patient's quality of life scores. In 2013, Serati also found a greater than 90% objective and subjective success rate after five years. Likewise, Laurikainem (2014) reported that 88.6% of patients said they would recommend TVT-O to their friends five years after the implant. Athanasious followed up on TVT-O patients after 7.5 years and found an objective cure rate of over 90%. His findings regarding groin pain are especially significant. Leg or groin pain that may follow a TVT-O procedure is a well-known but relatively rare complication that is usually transitory in nature, resolving in the immediate post-operative period. Athanasious found that no patients presented with complaints of groin pain after seven years. Serati (2013) is also reports results consistent with this finding. He found that while 9.9% of TVT-O patients complained of leg or groin pain 24 hours after implantation, only 3.1% complained of groin pain after 6 months with only 1% reporting pain after one year. Significantly at the five year follow-up, no patient reported a complaint of groin pain.

These findings demonstrate that while nerve injury is a potential (and warned about) risk of TVT-O, long lasting pain associated with TVT-O is very rare. While it is possible that misguided trocars could injure the obturator nerve (or even in extreme cases the pudendal nerve), such injuries are almost impossible if the TVT-O instructions for use are properly followed by the implanting doctor. I'm aware that in some TVT-O cases, Plaintiffs' expert witness have alleged that TVT-O is defective in design because it poses a risk to the pudendal nerve. This opinion is completely without merit. I'm aware of no medical literature that describes even a case report of a properly placed TVT-O injuring a patient's pudendal nerve.

The acceptably low rate of complications associated with TVT-O are reflected by the highest level of medical evidence. The Ford 2015 Systematic Review, concluded, "Mid-urethral sling operations have been the most extensively researched surgical treatment for stress urinary incontinence (SUI) in women and have a good safety profile. Irrespective of the routes traversed, they are highly effective in the short and medium term, and accruing evidence demonstrates their effectiveness in the long term. This review illustrates their positive impact on improving

the quality of life of women with SUI. With the exception of groin pain, fewer adverse events occur with employment of a transobturator approach. When comparing transobturator techniques of a medial-to-lateral versus a lateral-to-medial insertion, there is no evidence to support the use of one approach over the other. However, a bottom-to-top route was more effective than top-to-bottom route for retropubic tapes." Likewise, the recent Cochran Review found no significant difference between the retropubic and obturator MUSs. This review found that both approaches resulted in a low erosion/exposure rate of only 2%.

**Erosion/Exposure**

It is true that TVT, TVT-O, TVT Secure and other mesh based MUS sling procedures have been associated with mesh erosion and surgical correction of that problem. These complication rates have been studied in depth and have been long known by the medical community (not to mention warned about in every IFU produced by Ethicon). The conclusion is that the erosion risk is reasonably low. Funk et al performed a population based study of 188,454 women who had any type of synthetic mid urethral sling placed and determined the rate of reoperation for either mesh erosion or retention during a 9-year period. They found only a 2.5% risk of mesh erosion during that 9-year time frame. (Funk 2013)

A 10-year study reviewing patients having to have revision surgery revealed only a 0.6% risk of revision surgery for mesh erosion. (Unger 2015) In my opinion the relative risk of the mesh erosion is low and reasonable—especially considering the alternative treatment for SUI. This opinion is also supported by the Professional societies of Urologist, Gynecologists, and Uro-gynecologists.

**Urinary retention**

After any anti-incontinence procedure, one of the known complications is urinary retention. This is felt to be due to excessive support of the urethra causing kinking of the urethra. TVT is no different but rates are extremely low. In a 9 year population study, it was found that only 1.3% of 188,454 women required surgery for sling revision due to persistent urinary retention. (Johnsson Funk 2013). In two other separate studies that rates of surgery to correct persistent urinary retention were 1.1% and 1.3% respectively. (Unger 2015 and Nguyen 2012) When the TVT-O was designed in 2003, a plethora of studies were prepared to evaluate all aspects of the TVT-O. A large Norwegian based study found only a 0.5% risk of urinary retention. (Dykorn 2010) Richter et al in a New England Journal of Medicine study determined rates of 2.7% and 0% respectively for retropubic TVT vs TVT-O (2010 Richter, H.E., et al). Compare this to a rate of 6.1% of pubovaginal slings patients requiring surgery to correct persistent urinary retention. (Albo 2007) The retention rates of TVT products have been acceptably low and even lower than the previous gold standard.

**UTI**

The same study by Richter in 2010 also documented almost 0% rate of UTI requiring cystoscopy for both the TVT and TVT-O. (2010 Richter, H.E. et al) Clinically, the higher the rate of incomplete bladder emptying would also increase the rate of UTI. But recurrent UTI which could be related to a foreign body mesh in the bladder was significantly low.

**Professional Society Statements**

Due to controversy and confusion based upon the use of midurethral slings, many national societies have come together to give a consensus statement. These statements are generally viewed as a beacon, upon which practicing Urologists, Gynecologists, and Uro-Gynecologists can rely on to guide in clinical decision making. It is common place for these societies to take the point position to help with guidance. Antibiotic usage, procedures, indications, treatment guidelines are often outlined in this manner.

The American Urological Association (AUA) (#6 AUA position statement) has concluded in 2011 and again in 2013 that polypropylene mesh is safe for the treatment of stress urinary incontinence. They felt that the benefit was great and risk was acceptably low. Complications are not necessarily specific to mesh and can occur with non-mesh therapies as well. They stated that mesh based slings are as efficacious with less morbidity than non-mesh sling techniques. Therefore, Urologists not only in the United States, but worldwide, would feel comfortable providing this option for their patients.

In 2015, the American College of Obstetricians and Gynecologists in conjunction with the American Urogynecologic Society issued a clinical practice guideline for the treatment of SUI. They reviewed the literature and issued a statement based on level of data available. Level A recommendations (based on good and consistent scientific evidence) include that midurethral slings (MUS) were 1) more efficacious than pelvic floor therapy 2) Comparable to fascial suburethral slings, open and laparoscopic colposuspension 3) Suburethral fascial slings have more complications than MUS 4) less voiding dysfunction with MUS than open colposuspension 5) the safety of synthetic MUS is low enough that it should be considered a primary therapy. Again, the scientific literature supports the use of MUS, and Gynecologist and Uro-gynecologists can rely upon the work of these societies to offer sound treatment for their patients.

In 2014, the International Urogynecology Association issued a statement of support for MUS. In 2013, the National Institute of Health and Care Excellence (NICE) supported the use of synthetic midurethral slings as first line therapy for surgical treatment for SUI.  I agree with both of these statements.

In 2014 and again in 2016, AUGS and SUFU issued a joint position statement supporting the use of full length midurethral slings.  In their 2016 statement they make the following statements with which I agree and believe are well supported by both the medical literature and the many surgical experiences of pelvic floor doctors like myself:

- Polypropylene material is safe and effective as a surgical implant. Polypropylene material has been used in most surgical specialties (including general surgery, cardiovascular surgery, transplant surgery, ophthalmology, otolaryngology, gynecology, and urology) for over five decades, in millions of patients in the US and the world (personal communication with manufacturers of polypropylene suture and mesh).

- As an isolated thread, polypropylene is a widely used and durable suture material employed in a broad range of sizes and applications. As a knitted material, polypropylene

mesh is the consensus graft material for augmenting hernia repairs in a number of areas in the human body and has significantly and favorably impacted the field of hernia surgery.  As a knitted implant for the surgical treatment of SUI, macroporous, monofilament, light weight polypropylene has demonstrated long term durability, safety, and efficacy up to 17 years.

- The monofilament polypropylene mesh MUS is the most extensively studied anti-incontinence procedure in history. A broad evidence base, including high quality scientific papers in medical journals in the US and the world, supports the use of the MUS as a treatment for SUI.  There are greater than 2,000 publications in the scientific literature describing the MUS in the treatment of SUI. These studies include the highest level of scientific evidence in the peer reviewed scientific literature.

- The MUS has been studied in virtually all types of patients, with and without comorbidities, and all types of SUI. Multiple randomized, controlled trials comparing types of MUS procedures, as well as comparing the MUS to other established non-mesh SUI procedures, have consistently demonstrated its clinical effectiveness and patient satisfaction. Among historical SUI procedures, the MUS has been studied as long in follow-up after implantation as any other procedure and has demonstrated superior safety and efficacy.  No other surgical treatment for SUI before or since has been subject to such extensive investigation.

- Polypropylene mesh midurethral slings are a standard of care for the surgical treatment of SUI and represent a great advance in the treatment of this condition for our patients. Since the publication of numerous level one randomized comparative trials, the MUS has become the most common surgical procedure for the treatment of SUI in the US and the developed world. This procedure has essentially replaced open and transvaginal suspension surgeries for uncomplicated SUI. There have been over 100 surgical procedures developed for the management of SUI and there is now adequate evidence that the MUS is associated with less pain, shorter hospitalization, faster return to usual activities, and reduced costs as compared to historic options that have been used to treat SUI over the past century.

- Full-length midurethral slings, both retropubic and transobturator, have been extensively studied, are safe and effective relative to other treatment options and remain a leading treatment option and current gold standard for stress incontinence surgery.  Over 3 million MUS have been placed worldwide and a recent survey indicates that these procedures are used by > 99% of AUGS members.

Five other societies and organizations joined AUGS and SUFU in support of these statements, demonstrating the fact that the use of MUSs like TVT-O is widespread and that the medical communities consensus is that slings like TVT-O are safe and effective.

## TVT Secur

### Design

In 2007, the TVT Secur was developed as a single incision mid urethral sling. It had only a vaginal incision, not a suprapubic or leg incision. Other companies were developing their own type of single incision slings and cumulatively, they were described as "mini slings." I believe that TVT Secur was safe in design and base this opinion on my review of Ethicon documents, my discussions with colleagues and my review of the medical literature. TVT Secur was comprised of only 8cm of tape. The sling was placed through a 1.5 cm vaginal incision, using Ethisorb, a vicryl and PDS fleece material that was sandwiched around the ends of the polypropylene mesh. The Ethisorb was attached to a metal pointed inserter that was used to place the sling in either a "U" shape or "H or Hammock" position. In the "U" position, the sling is placed more in vertical position with it penetrating the urogenital diaphragm. In the "Hammock" position, the anchor points pierce the obturator membrane. The benefit of the procedure was less leg pain than the TVT-O and less risk of retention.

### Efficacy/Complication rates

Prior to marketing the TVT Secur, which employed the same mesh as TVT and TVT-O, there was sufficient data to demonstrate that TVT Secur had an equivalent pull out force compared to TVT. Ethicon conducted numerous cadaver labs and a separate sheep study to ensure that the ends of the mesh held sufficient holding power. Dr. Karram was involved with some of the first randomized clinical trials with TVT Secur. In 2007, a study was published with very early data suggesting subjective improvement of >50% in 86.7% of patients and 83.3% noted >75% improvement at 5 weeks post-operatively. (Karram 2007, IUGA) At the time of these studies, there were many different surgical sling options available from many different companies. In order for surgeons to feel even more comfortable offering that option to patients, early data was needed to suggest that efficacy was comparable to other options, which initially it was. There were also fewer complications of bladder perforation or bladder outlet obstruction as compared to the retropubic TVT and less thigh pain and outlet obstruction as compared to the TVT-O. (Neuman 2007)

To get a more comprehensive review of the cure rate of the TVT Secur, a meta-analysis was performed in 2010. Median follow up was 12 months and 4839 procedures were evaluated. Even though cure rates were less than with standard TVT or TVT-O, they were reasonable with subjective and objective cure rates noted at 82.6 and 74.5% respectively; however complication rates were lower. (Tommaselli 2010)

A world wide evaluation of 642 TVT Secur patients was performed in 2009, this demonstrated an objective cure rate of 89% at 6 months and 87.5% at 12 months. One (0.2%) patient had a bladder perforation: 3 (0.5%) bleeding >200cc; 1 postoperative retention (0.2%); 10 (1.6%) urinary tract infection; 6 (0.9%) voiding dysfunction; 15 (2.3%) de novo urgency. 5 (0.8%) mesh exposures were detected. (Dmochowski 2009).

To determine if either the "U" or "H" placement showed superiority over the other, a randomized prospective study was performed comparing these two methods. 12 month objective cure rates were 87.5% for the U-type, and 80.1% for the H-type. Side effects were minimal. (Lee 2010) These cure rates were very good, and comparable to previous SUI surgeries.

A large study group by Barber in 2012 with 263 patients determined that there was a trend for lower cure rates with TVT Secur vs TVT-RP, but there was not a statistically significant difference between the two. However there was less bladder injury and retention (Barber 2012). Hinoul (2011) compared TVT-O and TVT Secur in a randomized controlled trial. While he found a lower cure rate with TVT Secur, he noted that TVT Secur resulted in less immediate pain following surgery.

Other studies, showed inferior cure rates of the TVT Secur to either TVT-O or TVT-retropubic. (Wang 2011, Hamer 2013) There was certainly discussion among Ethicon about this finding. In addition, the success rates in Australia and Germany were much lower than the rest of the world. In my medical opinion this suggests a learning curve for placement of this sling. When the same device has such a wide range of cure rates, the only variable is the surgeon placing the slings. And as was found in other studies, after the first few cases were taken out of the equation, cure rates were very similar. Bernasconi (2012) supports the safety of TVT Secur despite a learning curve. In his study he found success rates in excess of 80% and concluded that TVT Secur is "safe, effective and versatile, but has an appreciable learning curve." Ethicon's outreach to surgeons and their communications of surgical insights to the medical community following the release of TVT Secur demonstrate the company's responsible efforts to ensure TVT Secur was being properly implanted across the board. Their warning in TVT Secur's IFU that "under-correction or incorrect placement may result in incomplete or no relief from urinary incontinence" was appropriate.

Khandwala (2010) reported that no patients experienced an erosion or experienced new onset dysparenuia. It also found a small rate of mesh exposure (3.5%) and 85% of patients reporting that they were "satisfied" with their TVT Secur surgery.

I have reviewed the 2014 Cochrane review which is critical of single incision slings. It is important to note, though, that this review did not include several studies published in 2014 and 2015 that found that TVT Secur was both safe and effective. Tang (2014) found similar cure and improvement rates between TVT Secur and TVT-O while finding improved sexual function in the TVT Secur patients. Likewise, Ross (2014) found similar results when comparing TVT Secur to TVT and Bianchi-Ferraro (2014) concluded that the efficacy of TVT Secur and TVT-O was equivalent after two years. Other longer term studies also support TVT Secur's safety and efficacy. Tommaselli evaluated TVT-O and TVT Secur patients at three and five year intervals and found low complication rates. After five years, he concluded "None of the women reported either persistent or newly onset thigh or groin pain. No new vaginal extrusion or urethral/bladder erosion were seen in the 84 patients who underwent objective evaluation, and no woman interviewed by telephone reported symptoms that might be ascribed to vaginal extrusion (foul vaginal discharge, dyspareunia)." In his three year study, Lee (2015) found TVT Secur patients showing similar or superior cure rates to native tissue repairs and other MUSs.

Walsh (2011) reported on the results of 10 different TVT Secur studies that analyzed the results of a total of 1,178 Secur patients. This meta-analysis found a 76% mean objective and subjective cure rate and an exposure rate of 2.4%. Walsh also found a 2.3% urinary retention rate, a 4.4% UTI rate, and a rate of dyspareunia of only 1%.

In my opinion, TVT Secure was a reasonable and safe option for SUI patients. Because of its two different orientations, placement of the sling could be tailored to the patient. It also was an option for patients with ISD, because it could be placed in a U orientation. There were

16

also relatively few side effects as thigh pain was virtually eliminated and retention rates were much lower. It appears that if this technique was developed prior to the TVT or TVT-O, that the enthusiasm would have been much greater. Lesser surgical techniques for SUI have lasted longer in common place surgical therapy than TVT Secur. This does not mean it was flawed in design or concept. It was not brought to market too quickly, it did not have high side effects. In my opinion, the TVT Secur was a safe and effective therapy for SUI.

**TVT-O and TVT Secur Warnings**

Having used both TVT-O and TVT Secur, I am familiar with both products' Instructions for Use (IFU). IFUs are written and designed not for patients but for the pelvic floor surgeons who will be implanting the device. Surgeons do not rely on product labeling from a company to understand the risks or complications that can accompany vaginal or pelvic floor surgery. We learn these risks through our education, our training, our review of the literature, our ongoing discussions with our colleagues, our attendance at medical conferences and certainly through our extensive experience treating patients who have SUI. I am familiar with the litany of risks that plaintiff experts say should have been included in the IFUs for TVT-O and TVT Secur. Their claims fail to recognize that those same risks—to include their frequency and severity—are commonly known by medical doctors and have been ever since TVT-O and TVT Secur became commercially available.

My understanding of what is commonly known by pelvic surgeons is informed by numerous different sources. All doctors attend medical school and go through residency where they are extensively taught and trained on the basic risks that accompany various pelvic surgery. Any and all pelvic surgeries can carry with it the risk of pain, dyspareunia, organ or nerve damage, inflammation, fistula formation, infection, scarring, tissue contraction, neuromuscular problems, urinary problems, wound complications, bleeding, additional surgery to treat an adverse event, recurrence of SUI or failure to cure SUI, foreign body reaction if a suture or mesh is used and erosion or extrusion of a suture or, in the case of a synthetic sling, mesh material. These risks along with their frequency and severity are not only learned during a doctor's training and medical education, they are learned about academically in medical literature and experientially in the operating room. They are discussed among colleagues both in private conversations and in public presentations at medical conferences.   It is the responsibility of the surgeon to go into surgery with an appreciation of these basic known risks.  In fact, many of these risks are identified by the FDA as being risks associated with any pelvic floor procedure (mesh and non-mesh).  They include the risk of pain, infection, urinary problems, recurrent incontinence, dyspareunia, bleeding, organ perforation, neuro-muscular problems, and vaginal scarring (see FDA Considerations About Surgical Mesh for SUI, April 2, 2013).   For these reasons I also am of the opinion that the fact that Ethicon changed its product labeling in 2015 does not mean that the prior IFUs failed to identify risks that weren't commonly known by pelvic surgeons.

I have also reviewed the patient brochures for the TVT-O and TVT Secur.  These brochures are not designed to replace the informed consent process between a patient and her surgeon.  Rather, they contain basic information for non-doctor patients to help facilitate a discussion with the surgeon about whether or not that patient is an appropriate candidate for surgery.  Patient brochures do not serve as the basis for a surgeon's understanding of the potential risks and complications that can follow surgery—that information as noted above

17

comes from extensive education, training, experience and knowledge gained from medical literature and other surgeons.

**Previous alleged concerns of the TVT Mesh**

The Plaintiffs' experts have made several claims regarding the mesh utilized in the TVT products. These claims are, in my opinion, misguided and lack clinical relevance. The clinical data supports TVT mesh and volumes of clinical trials and evidence based medicine support its use for midurethral slings.

   1. **Degradation**

I am aware of the plaintiff's argument that Prolene sutures degrade. I disagree with this for many reasons. First, Prolene, which is a polypropylene fiber, has been commercially available since 1969 and as such has been studied extensively. It is the suture of choice for cardiac bypass grafting, aortic aneurysm repair, renal vessel anastomosis for transplantation and for many other ophthalmologic, neurologic, orthopedic and gynecologic surgeries. The hallmark of Prolene suture is that is a monofilament, and maintains its strength and does not degrade or become absorbable. If there was substantial degradation, we would have already seen a clinical problem arise in not only one but likely all of these surgical disciplines. In addition, the same suture material, polypropylene, has been used to make surgical meshes for hernias for many years and there has been no clinical sign of breakdown of thee meshes. The principal that hernia mesh needs to be durable and not degrade is the exact reason why polypropylene was chosen in the first place. If there was any sign of degradation of Prolene, the cardiothoracic surgeons would have replaced it with a different suture by now, or demanded a new suture to be developed.

I have reviewed the medical literature cited by Plaintiffs' experts to support their opinion that Prolene mesh degrades.  What is striking is that they are not able to cite any medical literature that has found any clinical harm that has resulted from degraded mesh.  And on balance, the weight of the medical literature does not support their argument that  Prolene degradation actually occurs.  Prolene suture and mesh will continue to be viewed by the vast majority of the medical community as a stable, nonabsorbable, nondegradable product that is safe for human implantation.

   2. **Cytotoxicity**

I have also seen plaintiffs' experts opine that Prolene mesh is cytotoxic and prone to leach chemicals that trigger excessive inflammation and foreign body reactions.  This opinion is without merit.  Clinically, having seen and cared for many patients including women with vaginal polypropylene mesh slings, men and women with polypropylene mesh placed for hernias, etc. I have never seen a case of polypropylene causing cytotoxicity. To augment that argument, the medical literature is devoid of any study confirming clinical cytotoxic effects of polypropylene mesh slings. In my medical opinion, I believe that any concerns about cytotoxicity are overstated and not clinically relevant.  Moreover, to opine that Prolene is

18

cytotoxic not only ignores the thousands of studies on mesh that find it safe for human use; it also ignores the fact that Prolene sutures have been used for nearly 50 years in millions of patients as an approved foreign body for surgical use.

Plaintiffs' experts are also misguided in associating the inflammatory process with their allegations of design defects like degradation and cytotoxicity. Each type of mesh or non-mesh implant for SUI will cause some degree of inflammation. In a study comparing autologous fascia, cadaveric fascia, porcine dermis, porcine small intestine submucosa, polypropylene mesh, polypropylene mesh was found to have lowest degree of inflammation. (Krambeck A. et al *Time-dependent variations in inflammation and scar formation of six different pubovaginal sling materials in the rabbit model.* Urology 67 (5) 2006).

The concept that a polypropylene mesh has less inflammation than autologous or cadaveric fascia needs to be thought about from a historical perspective. The transition from fascia to mesh, was a monumental change which has improved countless women's lives. Fascia, whether cadaveric or autologous, caused more inflammation than a PP mesh sling seems contrary as to what is trying to be proven. Any implanted material or object, for that matter operation, can cause inflammation. Whether that inflammation causes a deleterious problem for the implanted women is another. The autologous rectus fascia pubovaginal sling, had been viewed as the gold standard prior to PPM slings, but came under no scrutiny about the increased amount of inflammation. I disagree with the idea that TVT mesh causes an undue amount of inflammation.

### 3. Contraction

In my medical opinion, the polypropylene mesh does not contract like the plaintiff suggests. The first and most important piece of evidence suggesting the contrary is the simple fact that these women never go from being able to void normally to two years later being unable to void. Contracture and shrinkage over time, if clinically relevant, should manifest itself in this way. Additionally, the clinical data suggests the opposite, that over time there is a slow worsening of stress incontinence rates. Also, theoretically, with contracture of the suture material in the sling, we should see an exponentially not longitudinally, increase in sling erosion. Again, there is no clinical data to support this theory that I am aware.

92 women were evaluated post operatively by trans labial ultrasound, after placement of a TVT, to determine if the tape had changed position or had shrunk. This was a unique study in that they were able to localize an in situ TVT mesh sling. Follow up ranged from 6 to 3.3 years. The study demonstrated caudal (downward relative the pubis symphysis) migration of approximately 1.8mm. This would suggest a loosening of the sling likely due to worsening prolapse, not contracture or shrinkage of the sling. (Dietz 2003) These findings were confirmed by a second group of authors in 2004. Their findings were similar in that they detected a caudal descent of the sling of 1.7mm at 3 years. Remarkably, instead of shrinkage, they could determine that the width and thickness of the tape increased with time. And as noted earlier in this report, Nilsson evaluated TVT patients at 17 years post implant and found no evidence of mesh shrinkage or contraction.

Trying to demonstrate whether there really is no tension on the midurethral after TVT placement, another group of authors could conclude that there is no noticeable shrinkage or

shortening of the sling. This was based on a resting q tip angles before and months after surgery. There was no change in the upward deflection of the q tip angle at rest over time, suggesting that the sling, while present was only providing support during Valsalva. Additionally, the lack of change in the q tip angle suggests that the sling stays in place and does not shrink. (Lukacz 2003)

Clinically, I have removed sling mesh and noted no difference in its appearance at the time of removal as it did at the time of placement. I do believe that during the healing process, with proliferation of fibroblasts, that the tissue surrounding the sling will contract some, but this is a normal, natural and expected result.

### 4. Pores too small

The Amid classification of biomaterials has been established and is utilized today to describe the different mesh options available for implantation. This classification is based mainly upon pore size. A Type I mesh is a completely macroporous Mesh and has a pore size of >75μm. This is a large enough pore size to allow movement of macrophages, fibroblasts, blood vessels in angiogenesis, and collagen fibers (Cosson 2003). Moalli (2007) compares various meshes used to treat SUI and found that TVT's mesh contained the largest pore size of any sling manufacturer (greater than 1.3mm).  In my medical opinion, TVT sling is macroporous and ideal for proper tissue integration.

### 5. Mesh is too heavy (meaning lightweight mesh is preferred)

The Plaintiff's experts have made the argument that a heavy weight mesh (they argue that the TVT mesh is a heavyweight mesh) is more harmful and causes more chronic inflammatory reaction and therefore more chance of erosion, contraction, nerve entrapment, and dyspareunia.

First, there is no standardized means to categorize mesh weight. However, one was suggested by Coda in 2012 (Coda 2012, Classification of prosthetics used in hernia repair based on weight and biomaterial. Hernia 16(1)9-20.) He divided the categories of mesh into 4 categories. Ultralight ($\leq$35 g/m$^2$), Light (35-70 g/m$^2$), Standard (70-140 g/m$^2$), Heavy ($\geq$140 g/m$^2$) In another article describing meshes used for hernia repair Prolene mesh was given a weight of 109 g/m$^2$. This would not place it in the heavy weight classification, but the standard weight. This classification system did not seem to be a standardized description as there is no consensus as mesh weight.

Second, the assumption per the Plaintiff's is that the TVT mesh, which is the original mesh, is considered a heavy weight mesh and causes more inflammation. This inflammation is purportedly the initial event causing a cascade of problems leading to pain, erosion, extrusion, and dyspareunia. Based on a study by Weyhe, et al the heavier weight mesh had less fibrotic reaction and had fewer macrophages (a cell found during the inflammatory response) than the lighter weight mesh at 90 days. This study suggests that the lightweight mesh was less biocompatible than the heavyweight mesh, not more, as the Plaintiff's claim. (Weyhe 2006) It is my opinion that attempts to classify the TVT mesh as heavyweight mesh are unfounded based

upon the subjective classification of mesh weights. Certainly, some meshes are heavier than others but that is a comparative description based upon the type of mesh weave, the material used, pore size, density of material, etc.

Moreover, some Plaintiffs' expert opine that a lighter weight and/or larger pore mesh would be a safer alternative design to TVT's mesh. This argument is not supported by the medical literature, which from my review does not contain a single article that demonstrates that a lighter weight mesh like Ultrapro would yield safer results than Prolene mesh when used as a sling to treat SUI. Additionally, I have reviewed the documents that describe Ethicon's attempt to develop a lighter weight partially absorbable sling. This project, referred to as TOPA, was rejected clearance by the FDA and failed six cadaver labs. Ethicon chose to abandon the project because the premarket testing they conducted demonstrated it would not work.

6. **Laser Cut Mesh vs Mechanical Cut Mesh**

Many plaintiff experts opine that both laser and mechanically cut mesh is defective because the respective cuts of the mesh will cause erosions, mesh fraying, particle loss or the mesh being too stiff. My clinical experience and the vast body of medical literature offer no support for the opinion that there is a clinical difference between laser and mechanically cut mesh or that any of the alleged design defects associated with the cut (particle loss, fraying, stiffness etc) are of any clinical significance. Studies of TVT before laser cut mesh entered the market show similar complication rates—especially in terms of erosions—than those studies published after laser cut mesh was introduced to the market in 2007. I know of no clinical studies comparing the mechanical cut vs laser cut mesh and clinically see no evidence that suggests that one is preferred over the other. My opinion that both cuts of mesh are safe is further supported by Ethicon's clinical expert report that assessed any clinical difference between the two. When evaluated within the clinically relevant physiological range of forces, there was no difference between mesh cut with a laser and mesh cut by a machine. I am aware of no medical literature published in the decade since that demonstrates that Ethicon's conclusion was incorrect. There is also no literature to support the claims by some Plaintiffs' experts that particle loss is of clinical significance.

_Brian Parker_

Brian Parker, M.D.   1-31-2017