EXHIBIT C

# BRIAN D. PARKER, M.D.



**Employment**
June 2005 to present		Tennessee Urology Associates

**Education and Training**

July 2001 – June 2005		Urology Residency
				Scott & White Memorial Hospital & Clinic
				Texas A&M University System Health Science
				 College of Medicine

July 2000 – June 2001		General Surgery, Pre-Urology Training
				Scott & White Memorial Hospital
				Texas A&M University HSC COM

July 1999 – June 2000		Internship – General Surgery, Pre-Urology Training
				Scott & White Memorial Hospital
				Texas A&M University HSC COM

September 1995 – May 1999	Texas A&M College of Medicine
				College Station and Temple, Texas
				M. D.

September 1990 – June 1995	Texas A&M University
				College Station, Texas
				B.S. in Biomedical Science

**Positions Held**
2009-2010			Chief of Surgery of Tennova System
2013				Chair of Credentials Committee of Tennova System
2011, 2012, 2016.		 Member of Credentials Committee of Tennova System

**Awards Received**

Voted one of Knoxville's Top Doc's by CityView magazine 2016, 2014

2nd Place in Resident Poster Competition – Texas Urologic Society Meeting, June, 23 Sedona, Arizona

Academic Excellence Award 1998- 1999

Elected Captain, Texas A&M Varsity Baseball Team 1994 – 1995

Four Year Letterman, Baseball 1992 – 1995

Commissioner's Honor Roll: 1995

Graduated Cum Laude: 1995

Honor Graduate in Biomedical Science: 1995

GTE Academic Award Winner: 1990 – 1995

Golden Key National Honor Society: 1991 – 1995

All Southwest Conference Baseball: 1993

Co-SIDA Academic All American: 1993

## Publications

Ureteritis cystic presenting as a retractile ureteral polyp
B Parker, B.J. Patel, K.S. Coffield
Journal of Urology, **168**: 195-6.

Caffeine ingestion and lower urinary tract symptoms in healthy volunteers
Bird ET, Parker BD, Kim HS, Coffield KS
Neuro Urodynamics. 2005;24(7):611-15.

Efficiency and cost of treating proximal ureteral stones: shock wave lithotripsy versus ureteroscopy plus holmium:yttrium-aluminum-garnet laser.
Parker BD, Frederick RW, Reilly TP, Lowry PS, Bird ET
Urology. 2004 Dec;64(6):1102-6; discussion 1106.

## Presentations

<u>Utility of computed tomography as a single imaging study for staging and prognosis of renal cell carcinoma</u>
Presented to the South Central Section of the American Urologic Association
October 6, 2002

<u>Retrospective comparison of extracorporeal shockwave lithotripsy and ureteroscopic management of upper ureteral stones</u>
Presented to the South Central Section of the American Urologic Association
October 6, 2002

<u>Retrospective comparison of extracorporeal shockwave lithotripsy and ureteroscoic management of upper ureteral stones</u>
Presented at the Texas Urologic Society Meeting
June 26, 2003

**<u>Teaching and Proctoring</u>**
Galil Medical - proctor for prostate cryotherapy
Medtronic - proctor for Interstim therapy
Coloplast - proctor for Altis Sling

**<u>Extracurricular Activities</u>**

Senior Class President – Texas A&M College of Medicine: 1998-1999

Member of Scott & White Hospital Alumni Affairs Committee: 1998-2004

**<u>Volunteer Experience</u>**

Organized events to benefit the American Heart Association: 1995 & 1996

Tutor for undergraduate students: 1994

Aggie Athlete's Involved: 1991 – 1994

Motivational Speaking: Grade school and high school students: 1991 – 1993

**<u>Professional Associations</u>**

American Urological Association

Southeastern Section of the American Urological Association

Tennessee Urological Association

Knox County Academy of Medicine

Tennessee Medical Association

**<u>Personal</u>**

[redacted]

