EXHIBIT D1

Brian D. Parker, M.D

```
 1              IN THE UNITED STATES DISTRICT COURT

 2         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

 3                     CHARLESTON DIVISION

 4

 5

 6

 7   IN RE: ETHICON, INC., PELVIC     :   MASTER FILE NO.

     REPAIR SYSTEM PRODUCTS           :   2:12-MD-02327

 8   LIABILITY LITIGATION             :   MDL NO. 2327

     _____

 9                                    :

     THIS DOCUMENT RELATES TO ALL     :

10   WAVE 4 AND SUBSEQUENT WAVE CASES :   JOSEPH R. GOODWIN

     AND PLAINTIFFS:                  :   U.S. DISTRICT JUDGE

11                                    :

     Rebecca Melton                   :

12   CASE NO. 2:12-cv-04094           :

     _____

13

14

15

16            Transcript of deposition of BRIAN D. PARKER, M.D.,

17   taken by Charlene M. Shade, LCR, Notary Public, at the

18   Hilton Garden Inn West, 216 Peregrine Way, Knoxville,

19   Tennessee on Tuesday, March 14, 2017, commencing at 8:30

20   a.m.

21

22

23

24

25
```

Brian D. Parker, M.D

1      Q.      And have you served as an expert before?

2      A.      No.

3      Q.      Have you been involved with Ethicon in any

4   other capacity as a consultant?

5      A.      No.

6      Q.      In looking at your CV, I saw that you may

7   have been involved with another device manufacturer.  What

8   other manufacturers have you been involved with consulting?

9      A.      With Galil Medical.  They have a

10  cryoablation machine for malignancy.  I'm a proctor for

11  Medtronic and for Coloplast.  I'm a proctor for their Altis

12  line.

13     Q.      How long have you been a proctor for

14  Coloplast?

15     A.      Well, probably three years, but, honestly,

16  I've only proctored a few times.  Yeah, probably about

17  three years.

18     Q.      And how long have you been performing

19  procedures that include vaginal mesh products?

20     A.      Since residency, so that would be

21  somewhere around two thousand and -- no.  Let's see.  Yeah,

22  probably around 2001, 2002.

23     Q.      Do you recall what the first mesh product

24  was that you were familiar with?

25     A.      The TVT retropubic.

Brian D. Parker, M.D

1    events that you may have treated?

2         A.     Well, I'm not in an academic setting so I

3    really don't have a need -- or it's not the need, but I

4    don't have -- I'm not doing studies on my patients, so I

5    don't have a registry.

6         Q.     That was going to be my next question

7    actually.  Have you been involved with any studies or

8    registries with regards to the sling?

9         A.     No.

10        Q.     Doctor, do you also implant POP devices?

11        A.     No.

12        Q.     Doctor, are you familiar with the

13   difference between mechanically-cut versus laser-cut

14   meshes?

15        A.     I am.

16        Q.     Tell me what your understanding is of the

17   difference between those two devices.

18        A.     Well, one is actually physically cut with

19   some type of shears or some type of device, and the other

20   one is cut on the side with a laser to give you the device

21   shape.  I don't know anything more than that, though, how

22   they do it.

23        Q.     And have you implanted both types of mesh?

24        A.     I assume I have.  I know I have.  I know I

25   have because TVT-Secur is laser cut and the TVT-O is, for

Brian D. Parker, M.D

1   the most part, mechanically cut.

2         Q.      Do you recognize any differences between

3   the meshes, the two types of meshes, when you look at them

4   or feel them?

5         A.      I don't notice any differences when I feel

6   them.  The only difference you can see is when the laser

7   has come across the edge, there may be more of a

8   heat-sealed type of look on the side of it.  But there's

9   no -- other than that, they feel the same, they look the

10  same, yeah.  It's not something in residency or in training

11  that has been brought up.  But, yeah, I know now.

12        Q.      Are you familiar with the differences in

13  the type of adverse reactions that are associated between

14  the two types of devices?

15              MR. WALKER:  Object to form.

16        A.      No.  Honestly, I haven't seen anything

17  like that in the literature.  It appears to me that the

18  adverse events are about the same.

19        Q.      Have you ever witnessed in your practice

20  with the meshes that you have implanted that were

21  mechanically cut -- have you ever witnessed any particle

22  loss on those products before you implanted them?

23        A.      Not that I'm aware of.

24        Q.      Were you aware that the mechanically-cut

25  meshes could lose particles or fray?

Brian D. Parker, M.D

1                    when you're done.  I'm not going to ask you to

2                    remember anything you read on it, but just in

3                    general ask you some questions when you're done.

4                         THE WITNESS:  Here you go.

5    BY MS. BAGGETT:

6         Q.      And after reviewing that document, would

7    it appear to you that Ethicon was aware, at least as early

8    as 1987, of the potential for their prolene sutures

9    material to degrade?

10                       MR. WALKER:  Object to form.

11        A.      The way I'll answer that is prolene has

12   been around for 50 years, has been used in multiple

13   different settings, transplant surgery, cardiovascular

14   surgery, and it continues to be used.  It's still on the

15   market.  And so whether there's some findings of changes in

16   the mesh or not or on the prolene suture or not, you know,

17   clinically, it really has no -- there's really nothing that

18   I can -- from a clinical standpoint, there's no adverse

19   events that we've been able to determine.

20        Q.      When you were being trained on devices

21   manufactured by Ethicon, you understood that those devices

22   all contained the same type of polypropylene; the TVT, the

23   TVT obturator and TVT-S devices all contained the same type

24   of mesh, which was the prolene mesh, correct?

25        A.      Yes.

Brian D. Parker, M.D

1        Q.       And you knew that those were made from the

2    same material that the sutures were made from.  Is that

3    accurate?

4        A.       Yes.

5        Q.       And were you aware back at that time of

6    the potential for the sutures to become degraded?

7                 MR. WALKER:  Object to form.

8        A.       I disagree with that.  I would have to

9    think that something that would be used as a suture for

10   vessels would have to be proven to be non-degradable.  And

11   so based on that and the fact that I've seen the mesh after

12   it's been removed and there's no visible change in the

13   mesh, I really can't agree with the initial premise of your

14   question.

15       Q.       I think my question was just simply did

16   you know that the polypropylene had a tendency to degrade

17   after implantation back when you were being trained on the

18   devices.

19                MR. WALKER:  Object to form.

20       A.       Well, are you basing it on that one

21   article?

22       Q.       Well, I'm just asking --

23       A.       Because from a clinical standpoint, we

24   would assume all surgeons are trained to look at prolene

25   suture as a non-degradable suture.  So that is the premise

Brian D. Parker, M.D

```
1    that I came into this with and continue to use, not that --
2    well, I'll just stop with that.
3              Q.      When was the first time you had heard of
4    the potential of degradation with regard to polypropylene?
5              A.      Not until late last year.
6              Q.      When you began preparing for your report?
7              A.      Yes, ma'am.
8              Q.      I'm going to show you a document that's
9    marked ETH.MESH.00004755, and I'll represent to you that
10   this was another document that was produced in the
11   discovery of this case.  And this document is also dated in
12   1988, and it just has some notes with regard to some
13   explants, and I just want you to look at it and then I'll
14   briefly ask you a question.
15             A.      Okay.  You can ask me.
16             Q.      Sure.  What does this appear to be to you?
17             A.      These are -- these are explants of
18   something and it describes whether there's cracking or not
19   cracking.  I don't -- these are explanted something or
20   other.  I don't know exactly what these are.
21                    Do you know what those are?
22             Q.      Well, I don't want to misrepresent
23   anything on the record, but my understanding was
24   polypropylene material that had been explanted.
25                    The next document I'm going to hand you is
```

Brian D. Parker, M.D

```
1   there, depends on how open that is, but then also up to the
2   academic guys, yeah.
3              Q.      Are you suggesting with this section that
4   when a manufacturer learns about something good or bad that
5   they should share that information --
6              MR. WALKER:   Object to form.
7              MS. BAGGETT:  -- with the medical
8         community?
9              THE WITNESS:   I think that's something
10        that each individual -- well, I think that's
11        something that each individual company has to
12        decide on their own.  And then I think also that
13        it's not necessarily something they have to share
14        with the community, but it's something that needs
15        to be evaluated and looked at and discussed.
16          I mean, look, there's no perfect procedure for
17        anything and so it always can be improved upon.
18        And that's my point, is if we just said, oh, this
19        is perfect, we never have any issues with
20        anything, then there's never this idea about
21        improving upon what we already have.
22   BY MS. BAGGETT:
23              Q.      Do you hold any opinions or are you
24   familiar with the FDA review process for getting devices to
25   the market?
```

Brian D. Parker, M.D

```
1        A.       On the surface, but nothing in detail.

2        Q.       You're not going to hold any opinions here

3   today as to whether or not Ethicon complied with the FDA

4   regulations for marketing their products?

5        A.       I know they went through the proper

6   channels to get the FDA to approve it.  From a physician's

7   standpoint, that's really all that I'm concerned about.

8        Q.       What do you base that knowledge on?

9        A.       I'm not sure I understand what you're

10  asking me.

11       Q.       Well, you said the fact that they were

12  approved through the FDA.

13       A.       Well, I guess I'll put it to you simply

14  this way.  As a clinician, if I know it's FDA approved,

15  then I feel like that's an adequate way for each individual

16  product to be cleared.  And the amount of hurdles it has to

17  go through to pass the FDA is substantial enough that

18  that's their job, that's their role as a regulatory -- you

19  know, I'm not a regulator so I don't know all the rules and

20  regulations.  But I do know once it comes to market that,

21  you know, we should feel that the FDA has done their due

22  diligence.

23       Q.       And are you familiar with the difference

24  between having a product cleared versus approved?

25       A.       Yes.
```

Brian D. Parker, M.D

```
 1          Q.        And what is your understanding of that

 2   distinction?

 3          A.        One has to do with devices and one has to

 4   do with medications.

 5          Q.        Are you familiar with something called the

 6   (510)k process?

 7          A.        Through my review of things I have become

 8   familiar with it somewhat.

 9          Q.        What's your understanding of the

10   difference between the 510(k) process and pre-market

11   approval process?

12          A.        It seems to me the 510(k) process -- and,

13   again, I'm not a regulator so I'm talking off-the-cuff a

14   little bit -- is when another device is already approved,

15   and based on that device they can move the FDA process a

16   little bit quicker in order to -- because there's already

17   been safety and efficacy from the previous product, they

18   can use that as their basis to get another product

19   approved.

20          Q.        So would you agree that that process is a

21   little less intensive for the manufacturer than the

22   full-blown pre-market approval process?

23          A.        Likely, but I have no way of knowing that.

24          Q.        And are you familiar with the process by

25   which the FDA actually scrutinizes the devices before they
```

Brian D. Parker, M.D

```
 1    are put on the market?

 2           A.      I have no inside information on that,

 3    ma'am.

 4           Q.      You mentioned earlier that the FDA does

 5    its due diligence.  What did you mean by that?

 6           A.      Well, I mean, it's hard to get any product

 7    on the market in America versus in a lot of other

 8    countries.  And so I think that's -- because of that, I

 9    mean, the products that come out are generally viewed as

10    being tested of some sort, that they are safe, that they

11    say what they intend to do.

12                   So when they actually come on the market,

13    as physicians we don't have to go through that whole

14    process and review each step of the way.  We just have to

15    assume that the FDA has their regulations they meet and

16    once it hits the market that we should feel comfortable

17    with it.  I think if each individual clinician had to go

18    back and review the process that it took for each

19    individual product that comes to market, that would be too

20    onerous.  There's no need for that, so...

21           Q.      And you agree that that's the way it

22    should be, that in order for a product to make it through

23    that process, that the proper studies had been done and

24    that there was some showing that the product was indeed

25    safe and effective?
```

Brian D. Parker, M.D

```
 1                    MR. WALKER:  Object to form.

 2          A.      I think that the FDA has decided, in many

 3   years, that there are certain processes to go through, and

 4   I can't disagree with FDA's approval process.

 5          Q.      Are you here today offering any opinions

 6   on whether or not Ethicon complied with all the FDA

 7   regulations with regards to the studies and the data in

 8   order to get the products brought to market?

 9                    MR. WALKER:  Object to form.

10          A.      The FDA approves the products.  They're on

11   the market so I have to assume that that was adequate for

12   the FDA.  Again, I'm not a regulator; I'm just a clinician.

13          Q.      And that's what I'm trying to get at.  Are

14   you going to be offering any opinions with regard to that

15   process and whether or not Ethicon complied with that

16   process?

17          A.      I'm not a regulator so I can't comment on

18   the regulations that go along with that.

19          Q.      So, no, you won't be?

20          A.      No.

21          Q.      Thank you.

22                    MR. WALKER:  Can we take five minutes?

23                    MS. BAGGETT:  Sure.

24                    (Thereupon a break was taken from 10:39

25          a.m. to 10:45 a.m.)
```

Brian D. Parker, M.D

```
 1    weren't sterilized and reused.  So each kit had an

 2    individual trocar.

 3              Q.      And other than the sling -- and I know you

 4    said you don't do POP procedures, but other than those type

 5    procedures, is a trocar something you use in your normal

 6    practice in any other procedures?

 7              A.      Yes.

 8              Q.      What type of procedures?

 9              A.      Interstim, and there's a trocar that

10    passes the wire or the lead underneath the skin from the

11    sacrum over to the battery site.

12              Q.      Is that something that's supplied with the

13    Interstim device as well?

14              A.      Yes.

15              Q.      Now, do you train others how to implant

16    these devices?

17              A.      I do.

18              Q.      And by that I meant the TVT devices, the

19    TVT-Secur, the TVT retropubic.

20              A.      No, I do not.

21              Q.      Are you holding any opinions here today as

22    to whether or not Ethicon's training materials and

23    professional education were adequate with regard to the

24    TVT-O and the TVT-S devices that we're here today about?

25              A.      Yes.
```

Brian D. Parker, M.D

```
 1          Q.      And what are those opinions?

 2          A.      They were adequate.

 3          Q.      And did you review all of the materials,

 4   the professional education materials, within Ethicon in

 5   formulating that opinion?

 6          A.      That's part of it, yes, ma'am.

 7          Q.      Did you also review internal materials

 8   with regards to the development of the procedure as it was

 9   laid out in the IFU?

10          A.      I'm not sure I'm following on that.

11   Because what I thought you were meaning was as a surgeon

12   operating on a patient, do you rely on the professional

13   handouts.  And so for that I agree.  But as a clinician and

14   a surgeon, you wouldn't have privy to those other

15   documents.  If you're asking as an expert witness if I'm

16   relying on those things, that's different than just me

17   being a surgeon and operating.

18          Q.      I guess that's where I was going with

19   that.  Are you holding any opinions today with regards to

20   the materials that were used to train doctors as to whether

21   that information, those materials, were adequate in this

22   case?

23          A.      Yes.

24          Q.      You do have opinions, and that's based off

25   of --
```

Brian D. Parker, M.D

```
 1          A.      That's based off everything I saw.

 2          Q.      So that would include the materials, the

 3   internal Ethicon documents --

 4          A.      Uh-huh.

 5          Q.      -- and all the training materials

 6   associated with the device?

 7          A.      Yes, ma'am.

 8          Q.      And you've read all of them?

 9          A.      I think so, but I couldn't -- I don't know

10   that I've seen every one of them, but all the ones that I

11   saw I think I looked at and read.

12          Q.      And have you heard of -- have you seen

13   what is referred to as a cookbook with regards to the

14   TVT-S?

15          A.      Cookbook?

16          Q.      In the materials you reviewed, did

17   anything --

18          A.      Well, maybe it's the same thing I'm

19   thinking of.  But it was kind of like there are like Tips &

20   Tricks?  Yeah, I do remember seeing that.

21          Q.      Do you recall whether or not the Tips &

22   Tricks were similar to the instructions that were included

23   in the original IFU, the instructions for use?

24          A.      I believe the Tips & Tricks came out later

25   to help speed up the learning curve.
```

Brian D. Parker, M.D

```
 1   the body, the more the body is going to have to respond to

 2   address that foreign body.  Would you agree with that?

 3        A.      I agree that the larger surface area,

 4   there's more contact with the tissue, but the actual amount

 5   of reaction doesn't increase in that specific spot for that

 6   particular piece of mesh or prolene or whatever foreign

 7   body we're talking about.

 8        Q.      And with regards to the -- you were

 9   discussing the difference in mesh weaves and the size.  Do

10   you have any understanding of how the porosity of a device

11   affects the surface area that comes in contact with the

12   body?

13        A.      Yes.

14        Q.      What is that understanding?

15        A.      That anything bigger than 75 microns is a

16   large enough pore size to allow ingrowth of fibroblast and

17   macrophages and the normal healing that you'd see.

18        Q.      Have you reviewed materials with regards

19   to the pore size in the devices we're talking about today?

20        A.      Yes.

21        Q.      What materials did you review to get your

22   understanding of the pore size in the TVT-R, the TVT-O and

23   the TVT-S devices?

24        A.      I don't remember the name of the document.

25   I don't recall the name, but I know I looked at it multiple
```

Brian D. Parker, M.D

```
 1    times.
 2            Q.      What is your understanding of the porosity
 3    of the TVT-R, the TVT-O and the TVT-S devices?
 4            A.      Those are all 1.37 microns; 1,379 microns.
 5    I'm sorry.
 6            Q.      Are you familiar with the term "effective
 7    porosity"?
 8            A.      Not specifically.
 9            Q.      Do you -- in your experience with the
10    meshes that you've implanted, you understand that the mesh
11    is flexible, correct?
12            A.      I agree.
13            Q.      And that it stretches.  It's elastic in
14    some aspects.  Is that true?
15            A.      It is.
16            Q.      Do you have an understanding of whether or
17    not stretching the material changes the porosity?
18            A.      If I took the mesh and I pulled it like
19    this, would it change the form, the size of the pores?
20            Q.      Yes, sir.
21            A.      I would expect so.
22            Q.      Do you have an understanding of whether or
23    not the mesh -- once it has been stretched or put under
24    tension, whether or not the mesh regains the original pore
25    size or if it remains collapsed?
```

Brian D. Parker, M.D

```
 1                      MR. WALKER:  Object to form.

 2            A.      I don't know specifically, but I would

 3   think if it hits a certain threshold, it would probably not

 4   regain its form.

 5            Q.      Would that be important with regard to

 6   tissue ingrowth once the device is implanted?

 7            A.      No.

 8            Q.      It would not?

 9            A.      The reason being, is there is no

10   physiologic force that can stretch that material in a way

11   that it can't be -- there's no force that can stretch that

12   material that it would change the pore size of any

13   significance.

14            Q.      Do you agree that when the mesh is placed

15   initially in the body that the woman is usually in a

16   position where she is laying down to where there's no

17   tension on the mesh with regards to the organs that it's

18   supporting, the lithotomy position?

19            A.      The lithotomy position.  That's the normal

20   position to place it, yeah.

21            Q.      Does the tension that is placed on the

22   mesh change when the woman stands up?

23            A.      Ever so slightly.

24            Q.      And by "ever so slightly," do you have an

25   understanding of how much it changes?
```

Brian D. Parker, M.D

```
1        A.      No, I do not have like a number of newtons
2   of cavity that pulls on there.  I do know that it's nothing
3   that would be significant enough to change the size of the
4   mesh, because the mesh itself when removed has no real
5   changes in its visible properties.
6        Q.      And that's your understanding, that the
7   mesh pores remain constant after insertion?
8                MR. WALKER:  Object to form.
9        A.      I think the pores can change minimally,
10  but nothing of any substance.  And that's due to mainly,
11  probably, from the actual healing process itself.  You
12  know, once the healing process starts, then you see
13  probably a -- you know, it gets to a certain point and it's
14  not going to change at all.
15       Q.      But before the healing process starts, do
16  you have an understanding of whether or not the mere fact
17  that a woman standing up or having a body function and
18  putting tension on the mesh, if that has any effect on the
19  porosity before the tissue has a chance to get incorporated
20  into the mesh?
21               MR. WALKER:  Object to form.
22       A.      It's my understanding that that's not
23  enough physiologic force to change any -- have any
24  long-term change in the mesh.
25       Q.      And you said earlier the prolene mesh --
```

Brian D. Parker, M.D

```
 1    do you know what the different categories of porosity are

 2    with regard to the mesh devices?  Have you heard of the

 3    term "microporous"?

 4           A.      Yes.  I've seen studies on type I, II,

 5    III, and IV mesh.

 6           Q.      And which category do you put the prolene

 7    mesh that's used in the devices we're talking about today?

 8    Which category does that fall under?

 9           A.      I believe that's type I, macroporous mesh.

10           Q.      And do you have an understanding of

11    whether or not the mesh used in the prolene mesh -- do you

12    have an understanding of whether or not the prolene mesh

13    that's used in the devices we're here to talk about today,

14    whether or not that is considered heavyweight or

15    lightweight mesh?

16           A.      Well, describe heavyweight and lightweight

17    to me.  I think the weight is dependent upon how you're

18    placing it, how you're utilizing that within the body.  So

19    I think the definitions I've seen, different definitions, I

20    don't think there's a consensus on that.  I think that's

21    kind of a -- I can't find literature that would say this is

22    a consensus, heavyweight, lightweight.  But in reality, the

23    amount of weight is pretty minimal when you're actually

24    placing it underneath the urethra.  I really can't comment

25    on heavyweight and lightweight.  My suspicion is that it's
```

Brian D. Parker, M.D

```
1    the appropriate weight.

2              Q.       Are you aware of any concerns, either

3    through the literature or within the medical community,

4    that the heavier weight meshes, the more complications you

5    see?  Are you aware of anything like that, or the

6    difference between a macroporous versus a microporous mesh

7    and the outcomes?

8              MR. WALKER:   Object to form.

9              A.       I think you're asking me two different

10   things, because a macroporous mesh and a microporous mesh,

11   I think there's studies on there as far as how the patient

12   heals.  As far as heavyweight and lightweight mesh, that's

13   more of an arbitrary discussion and, again, one that I

14   think falls short when it talks about midurethral slings.

15              I think that's helpful maybe when you're

16   talking about hernia repairs or big pieces of mesh that are

17   placed, but when we're talking about such a small area --

18   and I've done the math on it.  I looked at all the

19   different slings and tried to figure what actual weight

20   you're actually seeing when you place it under the

21   midurethra, and there's very significant little difference.

22   I mean, there's miniscule, you know, micrograms of

23   difference when you actually get that piece of mesh and

24   determine the weight and then the length of all the

25   different ones.
```

Brian D. Parker, M.D

```
1                    So I'm not -- it's not the heaviest
2    weight, it's not the lightest weight, but it's the
3    appropriate weight to do what it does.
4         Q.     Are you familiar with internal documents
5    within Ethicon that discuss the need for a lighter weight,
6    larger pore mesh?
7                    MR. WALKER:  Object to form.
8         A.     Uh-huh.
9         Q.     And are you familiar with the devices that
10   were developed -- or excuse me -- the mesh material that
11   was developed in an attempt to obtain a lighter weight,
12   larger pore mesh for use in the application similar to the
13   devices we're here to talk about today?
14                   MR. WALKER:  Object to form.
15        A.     I've seen documents on different types of
16   meshes used from internal documents from Ethicon.
17        Q.     And if there were studies that suggest
18   that a lighter weight, larger pore mesh resulted in safer
19   and better outcomes, would you expect the company to use
20   that mesh if it's available to them?
21                   MR. WALKER:  Object to form.
22        A.     Well, you're asking me a hypothetical
23   question, correct?  Because that device doesn't exist, or
24   that mesh, that I'm aware of, doesn't exist.  So any
25   studies on that would have to be done in the same exact way
```

Brian D. Parker, M.D

1    that the TVT retropubic or TVT-O or TVT-Secur was done in

2    order to get results that are comparable.  And I don't know

3    those.

4         Q.     Are you familiar with the pelvic organ

5    prolapse devices that were manufactured by Ethicon?

6         A.     I know they exist, and that's about the

7    end of my knowledge.

8         Q.     So you're not aware of what type of mesh

9    is used in those products versus the stress urinary

10   incontinence device?

11        A.     I think along the way somewhere I may have

12   heard there's a different mesh, but I don't know a lot of

13   the details because I never implanted those.

14        Q.     So if the mesh that was used in the pelvic

15   organ prolapse devices was lighter weight and larger pore,

16   would you expect the mesh being used in all of their

17   products to be changed in order to obtain the best possible

18   outcomes for their patients?

19             MR. WALKER:  Object to form.

20        A.     I think that's an assumption that you're

21   saying that that same mesh would provide the same function

22   and efficacy when used for a sling.  So I don't know that,

23   again, you can compare the mesh for that product versus the

24   mesh for a sling product unless you had, you know,

25   countless number of patients to compare it.  I mean, just

Brian D. Parker, M.D

1   because it does the job for one particular problem, I don't

2   think you can just assume it's going to be effective in the

3   same -- for a sling.

4         Q.      Would that also be true with regards to

5   the use of hernia mesh in the abdomen versus hernia mesh in

6   the pelvis?

7         A.      Yeah, that's the same thing.  Until you

8   get studies that show it's effective and safe, then I think

9   you should always, you know, make sure you're wary of any

10  type of crossover utilization of products.

11        Q.      In the section on page 8 under

12  Tension-Free Vaginal Tape, the second paragraph, mid

13  paragraph, you talk about prolene sutures being composed of

14  polypropylene.  They contain antioxidants to prevent the

15  polymer degradation.

16              In that section, are you saying that you

17  have an understanding as to whether or not polypropylene

18  can degrade?

19        A.      I don't know all the details of why the

20  antioxidants are put in there.  I think that, you know, as

21  we discussed earlier, there's nothing that proves that

22  prolene dissolves.  Could there be some things that can

23  help it stay sturdier and stronger?  Possibly the

24  antioxidants.  Again, I'm not a biochemist so I don't know

25  the details of that.  But I'm assuming it would just be

Brian D. Parker, M.D

```
1   something to help continue to keep its strength.

2            Q.       Are you planning to offer any opinions in

3   this case with regards to whether or not polypropylene used

4   in the prolene devices that make up the products we're here

5   to talk about today, whether or not that polypropylene

6   degrades?

7                    MR. WALKER:  Object to form.

8            A.       My opinion is that the prolene does not

9   degrade.  And so if you're asking me if I have an opinion

10  about it, yes, I do.  That's my opinion.  If you're asking

11  me from a biochemist's standpoint what occurs at the

12  cellular level, molecular level, I can't tell you all that.

13  I can just tell you from a clinician, having used prolene

14  suture for many years, doing transplants and other things,

15  that later, when we go back, the prolene mesh is still

16  there.  If it wasn't still there, there would be a lot of

17  problems with the prolene -- I mean, the prolene suture,

18  not the mesh -- but the prolene suture would be off the

19  market.  So in my estimation, there's no sign of any

20  degradation of or loss of structure of the prolene sutures.

21           Q.       So based on that, is it fair to say that

22  you will be basing your opinions off of your experience

23  with the device rather than your understanding of the

24  science behind the concept; is that correct?

25                   MR. WALKER:  Object to form.
```

Brian D. Parker, M.D

```
1          A.      Can you be more specific how you ask that
2   question?  Are you asking me from a biochemical standpoint
3   am I able to give you the composition of the prolene mesh?
4   If you're asking me that, I can say I'm not here to comment
5   on that.  If you're asking me to say when that prolene mesh
6   is outused in patients, what happens to it, does it degrade
7   or not, I can certainly answer that without any hesitation.
8          Q.      I guess that's what I'm getting at.  Have
9   you reviewed anything in your preparation to draft a report
10  in this case that gave you an understanding from a polymer
11  standpoint whether or not the polypropylene used in this
12  device is appropriate in this application?
13         A.      I can't comment from a biochemist's
14  standpoint, so I will not provide any insight as far as how
15  this thing is put together; only from a clinical
16  standpoint.
17         Q.      In the section on page 9 under TVT
18  Complications and Side Effects, you talk again about the
19  literature and reviewing it to determine the risks and
20  complications associated with all mesh procedures, and
21  you've listed a couple of studies in this section.
22  Specifically with regard to your discussion on dyspareunia,
23  you suggest that "It's a well-known complication that can
24  follow any vaginal surgery whether mesh is used or not.  It
25  is also prevalent among women, especially those that are
```