IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM  PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>Ethicon Wave 4 cases listed in Exhibit A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINIONS
AND TESTIMONY OF MICHAEL FIEGEN, M.D.**

Plaintiffs respectfully request that the Court preclude defense expert Michael Fiegen, M.D., from giving opinions on (1) the adequacy of the subject product warnings and instructions for use ("IFU"), (2) the safety and efficacy of the subject products based on his own clinical practice; and (3) the design or safety of the subject transvaginal mesh products.  The basis for Plaintiffs' motion is more fully set out in the accompanying Memorandum.

1

Dated: April 13, 2017

                                  Respectfully submitted,

                                  /s/ Thomas P. Cartmell
                                  Thomas P. Cartmell, Esq.
                                  Jeffrey M. Kuntz, Esq.
                                  Wagstaff & Cartmell LLP
                                  4740 Grand Avenue, Suite 300
                                  Kansas City, MO 64112
                                  Telephone:    (816) 701-1100
                                  Facsimile:    (816) 531-2372
                                  tcartmell@wcllp.com
                                  jkuntz@wcllp.com

                                  /s/ D. Renee Baggett
                                  Bryan F. Aylstock, Esq.
                                  Renee Baggett, Esq.
                                  Aylstock, Witkin, Kreis and Overholtz, PLC
                                  17 East Main Street, Suite 200
                                  Pensacola, Florida 32563
                                  Telephone:    (850) 202-1010
                                  Facsimile:    (850) 916-7449
                                  baylstock@awkolaw.com
                                  rbaggett@awkolaw.com

                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that I filed the foregoing document on April 13, 2017, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

                                  /s/Thomas P. Cartmell
                                  **Attorney for Plaintiffs**

## INDEX OF EXHIBITS

**Exhibit A:** List of cases on which Dr. Fiegen is designated

**Exhibit B:** Fiegen Expert Report

**Exhibit D:** Fiegen Deposition March 17, 2016