# Exhibit A

**EXHIBIT A – FIEGEN DAUBERT MOTION**

**THIS DOCUMENT RELATES TO
PLAINTIFFS:**

*Mary F. Wade, Forrest Wade*
*Case No. 2:12-cv-04512*