# Exhibit C

031717Fiegen.txt

1

```
 1              IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                      CHARLESTON DIVISION
      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 3   IN RE:  ETHICON, INC.,   Master File 2:12-MD-O2327
     PELVIC REPAIR SYSTEM     MDI No. 2327
 4   PRODUCTS LIABILITY LITIGATION

 5      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
     THIS DOCUMENT RELATES TO ALL     Joseph R. Goodwin
 6   WAVE 4 PLAINTIFFS                U.S. District Judge

 7      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

 8                              Courtyard Marriott
                                4300 E. Empire Place
 9                              March 17, 2017
                                8:30 a.m.
10                              Sioux Falls, South Dakota

11      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

12                    D E P O S I T I O N   O F

13                    Michael Fiegen, M.D.

14      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

15   APPEARANCES:

16   Mr. Nate Jones (via telephone)
     Wagstaff & Cartmell, LLP
17   4740 Grand Avenue, Suite 300
     Kansas City, Missouri  64112

18

19                    for the Plaintiffs;

20   Mr. Barry J. Koopmann
     Bowman and Brooke
21   150 South Fifth Street, Suite 3000
     Minneapolis, Minnesota  55402

22
                          for the Defendants.
23

24

25


                 Pat L. Beck, Court Reporter
         605.351.8200  stenopat@sio.midco.net
```

2

031717Fiegen.txt

```
 1                    INDEX TO WITNESS

 2                              Examination

 3   by Mr. Jones:                  P. 3, 133
     by Mr. Koopmann:               P. 112, 137
 4

 5              INDEX TO EXHIBITS

 6                    Marked for      Offered into
                     Identification    Evidence
 7   Exhibit No. 1        P. 39
     (Notice to Take Deposition of Michael Fiegen, MD)
 8
     Exhibit No. 2        P. 42
 9   (Three Flash Drives)

10   Exhibit No. 3        P. 43
     (Seven Disks)
11
     Exhibit No. 4        P. 43
12   (Expert Report of Michael Fiegen, MD)

13   Exhibit No. 5        P. 43
     (Documentation of Hours for Michael Fiegen, MD)
14
     Exhibit No. 6        P. 44
15   (Consultant Invoice)

16   Exhibit No. 7        P. 44
     (Correspondence)
17
     Exhibit No. 8        P. 84
18   (An Ambulatory Surgical Procedure Under Local
     Anesthesia for Treatment of Female Urinary
19   Incontinence)

20   Exhibit No. 9        P. 86
     (Evaluation and Management of Midurethral Sling
21   Complications)

22   Exhibit No. 10       P. 88
     (United States Patent No. US 7,611,454 B2)
23

24

25


               Pat L. Beck, Court Reporter
        605.351.8200  stenopat@sio.midco.net
```

⚲

3

```
 1           S T I P U L A T I O N

 2           It is stipulated and agreed, by and

 3   between the above-named parties through their
```

Page 2

031717Fiegen.txt

4    attorneys of record, whose appearances have been

5    hereinabove noted, that the deposition of MICHAEL

6    FIEGEN, M.D., may be taken at this time and place,

7    that is, at the Courtyard Marriott, Sioux Falls,

8    South Dakota, on the 17th day of March, 2017,

9    commencing at the hour of 8:30 a.m.; said deposition

10   taken before Pat L. Beck, Registered Merit Reporter

11   and Notary Public within and for the States of South

12   Dakota and Minnesota; said deposition taken for the

13   purpose of discovery or for use at trial or for each

14   of said purposes, and said deposition is taken in

15   accordance with the applicable Rules of Civil

16   Procedure as if taken pursuant to written notice.

17   Objections, except as to the form of the question,

18   are reserved until the time of trial.  Insofar as

19   counsel are concerned, the reading and the signing

20   of the transcript by the witness is waived.

21                    MICHAEL FIEGEN, M.D.,

22   called as a witness, being first duly sworn, deposed

23   and said as follows:

24   EXAMINATION BY MR. JONES:

25   Q    Hi, Doctor.  My name is Nate Jones.  I'm an

1    attorney that represents the Plaintiffs in this

2    litigation.  Do you understand that this is my

3    opportunity to ask you questions about the opinions

4    that you have rendered in this litigation?

5    A    Yes.  Yes, I do.

031717Fiegen.txt

6    Q     Could you state your name just for the record,

7    please.

8    A     Michael M. Fiegen.

9    Q     And, Dr. Fiegen, have you ever acted as an

10   expert witness before?

11   A     I have.

12   Q     Have you acted as an expert witness in any

13   transvaginal mesh cases before?

14   A     No, I -- no.  No, I have not.  I had my

15   deposition taken regarding a single patient.

16   Q     Tell me more about your deposition taken

17   regarding a single patient.

18   A     I was asked by a colleague to evaluate a

19   patient who was having mesh-related complications.

20   I saw her.  I offered her my thoughts and my

21   recommendation, and that was the extent of my

22   involvement with that patient.

23            I was subsequently -- when she filed suit

24   against Johnson & Johnson, I was subsequently asked

25   to provide deposition testimony regarding her -- my

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

♀

1    involvement with her.

2    Q     Were you a treating physician of this patient?

3    A     No.  I was simply a consultant.

4    Q     What mesh -- what Ethicon mesh product was

5    implanted inside of this patient?

6    A     The ProLift mesh.

7    Q     And in your consultation work did you form any

8    opinions related to this patient's mesh-related

Page 4

031717Fiegen.txt

9  complications?

10  A   I did.

11  Q   And what were those opinions?

12  A   I felt that the patient had an allergic

13  response to the prolene mesh and that that was why,

14  despite having removed an overwhelming majority of

15  the material, that she continued to experience

16  discomfort and pain.

17  Q   Did you perform the removal surgery?

18  A   No.

19  Q   You formed an opinion with a patient that a

20  patient suffered from an allergic response to the

21  prolene mesh used by Ethicon?

22  A   That was my opinion.

23  Q   And what did you base that opinion on?

24  A   My medical experience.

25  Q   And you gave a deposition related to that

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

⚲

6

1  patient; correct?

2  A   I did.

3  Q   And do you recall the name of that lawsuit?

4  A   I'm not sure.  Are lawsuits named?

5  Q   Yes.

6  A   I remember the patient but that's the extent of

7  what I recall.

8  Q   Okay.  What was the patient's name?

9  A   I believe her last name was Gross.

10  Q   Okay.  The patient's name wasn't Linda Gross,

Page 5

031717Fiegen.txt

11    was it?

12    A    Yes, I believe it was.

13    Q    And are you aware of whether or not that case

14    proceeded to trial?

15    A    My understanding is that it did proceed to

16    trial.

17    Q    And are you aware whether or not a verdict was

18    rendered in that case?

19    A    I was made aware -- or I was told that a

20    Plaintiff's verdict was rendered.

21    Q    Have you performed any transvaginal mesh

22    removal surgeries, Dr. Fiegen?

23    A    Can I ask you to specifically designate that as

24    either pelvic organ prolapse mesh or midurethral --

25    or sling procedures?


            Pat L. Beck, Court Reporter
      605.351.8200   stenopat@sio.midco.net

♀

                                                            7


 1    Q    Sure.  First, I'll ask you:  Dr. Fiegen, have

 2    you removed any transvaginal mesh products used to

 3    treat stress urinary incontinence?

 4    A    Yes, I have.

 5    Q    Have you removed transvaginal mesh products

 6    used to treat stress urinary incontinence

 7    manufactured by Ethicon?

 8    A    Yes, I have.

 9    Q    And have you removed TVT retropubic mesh

10    products from patients?

11    A    No, I have not.

12    Q    Have you removed TVT obturator mesh products

13    from patients?

                    Page 6

031717Fiegen.txt

14  A    Yes, I have.

15  Q    Have you also removed transvaginal mesh to

16  treat pelvic organ prolapse from patients?

17  A    Yes, I have.

18  Q    How many total removal surgeries have you

19  performed related to transvaginal mesh to treat

20  stress urinary incontinence?

21  A    I've removed three.

22  Q    How many removal surgeries of transvaginal mesh

23  products to treat pelvic organ prolapse have you

24  performed?

25  A    Two.

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

♀

8

1  Q    Of the three removal surgeries you have

2  performed related to transvaginal mesh to treat

3  stress urinary incontinence, how many of those

4  removal surgeries involved the TVT obturator

5  product?

6  A    All three.

7  Q    Okay.  And the three removal surgeries of the

8  TVT obturator mesh you performed, did you implant

9  the TVT obturator mesh product in those patients?

10  A    I implanted two of the three.

11  Q    What were the two pelvic organ prolapse

12  transvaginal mesh products you removed from

13  patients?

14  A    They were both transobturator mesh products.

15  Q    And do you know the pelvic organ prolapse

031717Fiegen.txt
16  transvaginal mesh products that you removed from

17  patients?

18  A    I'm sorry.  I misunderstood your last question.

19  Q    Let me go back and ask you again.

20  A    All righty.

21  Q    The two transvaginal mesh products for the

22  treatment of pelvic organ prolapse that you removed

23  from patients, are you aware of what company made

24  those products?

25  A    Yes.  Both of them were AMS products.

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

9

1   Q    Okay.  And what were the names of those

2   products?

3   A    I don't recall.

4   Q    And did you implant those two AMS transvaginal

5   mesh products?

6   A    Yes, I did.

7   Q    The three removal surgeries that you performed

8   related to the TVT obturator mesh, why did you

9   perform those surgeries?

10  A    All three of the patients were reporting pain,

11  and they first were treated medically with

12  anti-inflammatory medications, with mild narcotics.

13  And all three of them, prior to removal of their

14  mesh, were treated with trigger point injections

15  with Lidocaine, or Marcaine, and Triamcinolone.

16  Q    Did you believe that removal of the TVT

17  obturator mesh from these patients would alleviate

18  the patient's pain?

Page 8

031717Fiegen.txt

19   A    That was our hope going into the surgery.

20   Q    And had you made a determination in those three

21   patients' cases that the TVT obturator mesh was

22   causing these patients pain?

23   A    No.   The pain was -- seemed more related to,

24   again, a type of allergic-type response with both --

25   both of the patients that I had taken care of, and

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

10

1   had placed the mesh, and, again, the surgical

2   intervention certainly can cause pain, can cause

3   dyspareunia for some patients, but it simply was

4   associated with the surgical intervention.   I had no

5   reason to believe that the TVT itself was what was

6   causing her -- the patient's pain.

7   Q    Doctor, do you hold the opinion that

8   transvaginal mesh cannot cause pain in a woman?

9   A    I believe that any -- any vaginal surgery that

10   we do, any surgical intervention, no matter what it

11   is, can lead to pain for patients.

12   Q    Fair to say that you hold the opinion that the

13   presence of transvaginal mesh inside of a patient's

14   body can cause that patient pain in some cases?

15        MR. KOOPMANN:   Object to form.

16        THE WITNESS:   Answer?

17        MR. KOOPMANN:   Yeah.

18   A    Sorry.   Again, what I believe is that any

19   surgical intervention, in whatever area of the body,

20   and particularly as it relates to pelvic surgery,

Page 9

031717Fiegen.txt
21    any surgery can cause pain for these patients.
22    Q    (By Mr. Jones) Okay.  And I'm not asking about
23    any surgery.  I'm asking specifically about the
24    presence of mesh.  So I'm going to ask you again.
25            Doctor, do you believe that the presence

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

1    of transvaginal mesh inside of a woman's vagina can
2    cause that woman pain?
3    A    Again, I have to reiterate, there are many
4    vaginal procedures that we do.  Some of them can
5    cause persistent pain for patients, and all of them
6    can, and so I believe that that's the appropriate
7    answer in this circumstance.
8    Q    Well, I'm not asking you about any surgeries.
9    Okay.  So I want to get an answer to whether you
10   believe pain can be caused by the presence of mesh
11   inside of a woman's vagina.  I am not asking about
12   any other surgery except for -- and I'm not actually
13   asking about surgery at all.  So here's the
14   question.  Let's see if I can get you to answer it.
15           Do you believe the presence of
16   transvaginal mesh, the mere presence of transvaginal
17   mesh inside of a patient's vagina, can cause that
18   patient pain?
19           MR. KOOPMANN:  Object to form.  You can answer.
20   A    Patients that have any kind of pelvic surgery,
21   whether it's transvaginal mesh, whether it's an
22   anterior or a posterior repair, whether it's a
23   sacral colpopexy can have pain postoperatively.
Page 10

031717Fiegen.txt

24          Typically pain is mediated by the presence

25    of prostaglandins that are released from tissue that

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

♀

12

1    is disrupted in the course of the procedure, and I

2    don't really know any other way to answer that.

3    It's the surgical intervention and the release of

4    prostaglandins and many other chemical mediators

5    that lead to pain.

6    Q    (By Mr. Jones) Doctor, have you ever acted as a

7    consultant for any transvaginal mesh companies?

8    A    I hope -- I will try to answer that correctly.

9    I did teach a single physician early on, I believe

10   it was 2004 or 2005, at the request of the Ethicon

11   company.  I taught that physician how to place

12   retropubic midurethral slings.

13   Q    Is that something that Ethicon asked you to do?

14   A    The Ethicon representative in our area asked me

15   to do that.

16   Q    Do you practice with a Dr. Benson?

17   A    I do.

18   Q    Do you know whether or not Dr. Benson has acted

19   as a consultant for any transvaginal mesh company?

20   A    I don't know that for sure.  I'm not aware of

21   any mesh-producing companies that Dr. Benson has

22   been directly involved with as their consultant.

23   Q    Has Ethicon paid your expenses to travel to any

24   events?

25   A    No, they have not.

Page 11

031717Fiegen.txt

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

13

1   Q    Has Ethicon ever sponsored any marketing events
2   related to your practice?
3   A    I'm not certain that I can answer that
4   correctly.  My partner and I, three or four years
5   ago, had a public event that we talked about this
6   area of female medicine, and I cannot recall whether
7   or not Ethicon was a contributing sponsor to that
8   event.  It was called Sisterhood something, and it
9   was a group that helped to coordinate the public --
10  or the public access to understanding this area of
11  medicine.
12  Q    Has Ethicon ever assisted you in holding any
13  marketing events?
14  A    Again, up until the last year or two, once a
15  year, during Bladder Awareness Month, we would have
16  a public engagement at one of our clinics.  And,
17  actually, I cannot recall that Ethicon at any time
18  assisted in the sponsorship of that.
19  Q    Have you attended any Ethicon training events?
20  A    When I first learned -- when I was first
21  introduced to the retropubic sling in the year 2000,
22  I went to Cincinnati, and the Ethicon -- or the
23  physician that was training me was sponsored by
24  Ethicon.
25  Q    Doctor, have you published any research related

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

14

031717Fiegen.txt

1    to transvaginal mesh products?

2    A    No, I have not.

3    Q    Doctor, have you ever performed any studies

4    related to transvaginal mesh products?

5    A    No, I have not.

6    Q    Doctor, do you keep a patient registry of the

7    patients that you have implanted transvaginal mesh

8    products in?

9    A    No, we do not.

10   Q    Doctor, have you performed any research

11   projects on transvaginal mesh devices?

12   A    No, I have not.

13   Q    Have you ever drafted Instructions For Use for

14   transvaginal mesh products?

15   A    No.  No, I have not.

16   Q    Have you ever been asked by any company to help

17   draft Instructions For Use for any medical device?

18   A    No.  No, I have not.

19   Q    Has Ethicon ever approached you to assist them

20   in providing expertise in product development?

21   A    In the earliest days of my utilization of the

22   retropubic sling, the product representatives were

23   very involved and asked to be able to attend the

24   surgeries that we were doing.  And if I recall, they

25   tried to be present for the first 50 surgeries.  And

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

15

♀

1    after each surgery they would ask for my

Page 13

031717Fiegen.txt

2   recommendations, asked for my impressions of how the

3   case went, asked me if I encountered any specific

4   problems, and asked whether or not I thought that

5   there would be an area that, if I could change, and

6   impact the continued development of their procedure

7   or their product, that they would -- they would be

8   happy to hear about that and be able to transfer

9   that information to their company representatives.

10  Q    And did you offer any comments regarding

11  developments to the TVT retropubic device to Ethicon

12  sales representatives?

13  A    Yes.  You know, we talked about the trocars

14  that were being used, and we talked about the

15  tensioning of the midurethral sling and how that

16  could be most effectively established in a

17  tension-free manner, and how important it was to

18  have that completed before removing the covering of

19  the product, the sheath that was a part of the

20  product.  Those were -- those were the areas that we

21  primarily discussed with these procedures.

22  Q    What did you tell them about the trocars?

23  A    I suggested that the trocars were possibly

24  larger than they needed to be.  We had not had any

25  specific issues during all of those early cases when

               Pat L. Beck, Court Reporter
          605.351.8200   stenopat@sio.midco.net

                                                    16

1   the majority of bladder injuries seemed to occur.

2   We were able to avoid that.  And so I never did see

3   a trocar -- excuse me -- when we were using the

4   metal trocars in my patients.  And, of course, part

                    Page 14

031717Fiegen.txt

5   of my advantage was that we are not a teaching

6   facility and residents do not do our cases or

7   medical students.  And so, again, it was always on

8   me as to whether or not there was going -- if there

9   was a complication, it was a complication that

10  either I had created or that was a part of the

11  process of placing a trocar blindly into the space

12  of Retzuis, and ultimately removing.

13  Q    Did Ethicon ultimately make any changes to the

14  size of the trocar in the TVT device?

15  A    In the retropubic procedure, the now TVT Exact,

16  which is, again, a retropubic procedure, uses I

17  think polyethylene or some plastic polymer that is

18  probably about half the original diameter of the

19  metal trocars, and that's what they use now to pass

20  the TVT Exact.  Again, a smaller trocar that is of

21  some polymer or plastic, something like that anyway.

22  Q    And do you believe the change in making the

23  trocars smaller is an improvement to the TVT device?

24  A    You know, I don't really know if it is an

25  improvement, if they're reporting fewer bladder

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

17

1   injuries.  And that's where that change would be

2   reflected, I would believe.  I am not aware that

3   there have been any publications in the TVT Exact

4   literature that would suggest that they're seeing

5   fewer bladder perforations with this new trocar as

6   compared to earlier use.

Page 15

031717Fiegen.txt

7  Q    Do you currently use the TVT Exact?

8  A    Yes, I do.

9  Q    Do you currently use the TVT retropubic device?

10  A    No, I haven't been.  I don't believe our

11  hospital stocks that any longer.

12  Q    Okay.  When did you start exclusively using the

13  TVT Exact device?

14  A    I would guess that it's been now probably about

15  two years.

16  Q    Do you still use the TVT obturator device?

17  A    Yes, I do.

18  Q    Have you ever used the TVT Abbrevo?

19  A    I have on two or three occasions.

20  Q    Did you not like the TVT Abbrevo device?

21  A    No.  I liked it a great deal.  We just were

22  unsuccessful convincing our hospital to stock that.

23  Q    And did you make an effort to convince the

24  hospital in which you practice to purchase the TVT

25  Abbrevo device?

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

18

1  A    I did.  They have forms that a physician can

2  fill out with their sense of whether or not this

3  product is any better or is going to be less

4  expensive.  And I did fill out those forms but was

5  unsuccessful.

6           I was actually the only physician at our

7  institution that was interested in bringing that

8  product into the -- into the hospital.

9  Q    And why did you make an effort to convince your

Page 16

031717Fiegen.txt

10   hospital to purchase the TVT Abbrevo device?

11   A    I just -- I felt very comfortable using it and

12   it seemed to work well.  It was easy to tension.

13   And, again, I just -- I only had two or three

14   opportunities to really use it, and so really can't

15   form a very educated opinion based on either the

16   improvement or lack of difference between the other

17   obturator procedures.

18   Q    Did you make an effort to convince your

19   hospital to purchase the TVT Exact device?

20   A    No.  That just simply appeared.  And I'm not

21   sure if other physicians at our institution were

22   instrumental in bringing that on board.  They must

23   have been, but I was not a part of that.

24   Q    Have you used any other slings besides Ethicon

25   manufactured slings?

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

19

1   A    I've used autologous fascia lata.  I've used

2   cadaveric fascia, and I did use a Boston Scientific

3   Outside-In sling on one occasion.

4   Q    Other than using a Boston Scientific sling on

5   one occasion, you have exclusively used Ethicon

6   products when implanting polypropylene mesh for the

7   treatment of stress urinary incontinence; correct?

8   A    That would be correct.

9   Q    When did you use fascia slings?

10   A    I would guess that it's been -- it was in the

11   1990s that I was using fascia lata.

Page 17

031717Fiegen.txt

12  Q    When you used those slings, did you consider

13  them to be safe?

14  A    Yes.

15  Q    When you used those slings, did you consider

16  them to be effective?

17  A    At the time I did.  Subsequent research has

18  shown them to be poorly durable and frequently fail.

19       The other issue that we identified with

20  the fascia lata slings was an increased frequency of

21  retention and de novo urgency.

22  Q    And does the TVT Exact use laser cut mesh or

23  mechanical cut mesh?

24  A    They use laser cut mesh.

25  Q    Do the TVT obturator mesh products you

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

20

1  currently use utilize laser cut mesh or mechanical

2  cut mesh?

3  A    I believe we receive both of those products at

4  our hospital.  Did I answer that correctly?  The

5  TVT-O uses both laser cut and mechanical cut mesh.

6  Q    So fair to say that you currently implant both

7  mechanical cut mesh and laser cut mesh TVT obturator

8  devices?

9  A    Yes.

10  Q    Do you ever track, in your patients, whether

11  you used a laser cut mesh or mechanical cut mesh

12  when you implant a TVT obturator device?

13  A    No.  I have to admit I'm, frankly, never aware,

14  consciously, of whether or not the mesh that I've

031717Fiegen.txt

15    implanted is a mechanical cut mesh or a laser cut

16    mesh.  I simply have seen no difference between the

17    two, and I never ask myself that question when I'm

18    at the point of implanting them.

19    Q    Have you ever designed a medical device,

20    Doctor?

21    A    I think -- can I ask you to be more specific

22    and give me a definition that's maybe a little

23    expanded regarding design?  You know, I spoke --

24    I'll continue for just a minute.  I spoke to the

25    fact that, in the course of initiating my

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

21

1    utilization of the retropubic midurethral sling,

2    that we were in very close contact, with each

3    procedure, early on, with the Ethicon rep, and I'm

4    assuming his superiors and the people that were a

5    part of design.  And so, to that extent, I believe

6    that I have been a part of and potentially

7    responsible for some of the design changes that may

8    have occurred, so if that answers your question.

9    Q    Yes.  Other than providing feedback to Ethicon

10   sales representatives about your early use of the

11   TVT retropubic device, is there anything that you

12   want to add related to your experience in designing

13   a medical device?

14   A    No.

15   Q    And do you hold any patents, Dr. Fiegen?

16   A    No, I do not.

031717Fiegen.txt

17   Q    Now, going back to the feedback that you

18   provided to Ethicon sales representatives when you

19   first started using the TVT retropubic device, we

20   talked already about the feedback you provided

21   related to making the trocars smaller.  We haven't

22   yet talked about the feedback you provided about

23   tensioning the device.  Can you tell me more about

24   the feedback you provided to Ethicon about

25   tensioning the TVT retropubic mesh?

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

22

1    A    Well, early in the process, the Ethicon reps

2    were very useful in allowing us to spend time with

3    the mesh itself and stretching it, and basically

4    that was what we were doing when we would tension

5    this material.  And so I realized very early in that

6    process that, without the sheath in place, that

7    attempts at tensioning the midurethral sling would

8    lead to stretching of the product, and that was what

9    we did not want to happen.

10            And so my suggestion to them was that for

11   physicians, who are early in their utilization of

12   this product, that they feel comfortable with the

13   tensioning that occurs before the sheath is removed,

14   and to not attempt to change the nature of that

15   tensioning once that has occurred, once the sheath

16   has been removed.

17   Q    Once the sheath is removed from the TVT

18   product, fair to say that you instructed Ethicon to

19   tell physicians not to further tension the mesh?

Page 20

031717Fiegen.txt

20    A     I did.

21    Q     And the reason for not tensioning the mesh

22    after the sheath has been removed from the patient

23    is that the mesh would stretch.  Is that fair?

24    A     Yes, it does.  And then immediately when doing

25    that we have now moved from a tension-free placement

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

                                                          23

1     to the placement of mesh under tension.

2     Q     After the TVT mesh is implanted inside the

3     patient's body, are there any forces or stress from

4     the body that are placed upon the mesh?

5     A     Yes.  Of course.

6     Q     And can you explain that further?

7     A     When a patient strains, bears down, goes from a

8     sitting to a standing position, all of those events,

9     coughing, laughing, increase abdominal pressure.

10    And that will transfer -- some of that pressure then

11    transfers to the midurethral sling.  And that's why

12    the sling works so effectively.  It remains

13    positioned properly, and it allows for a mechanical

14    obstruction of the urethra and allowing the patient

15    to remain dry.

16    Q     Now, Doctor, you are a member of the

17    International Continence Society; correct?

18    A     Correct.

19    Q     Are you familiar with the transvaginal mesh

20    complication classification system published by the

21    International Continence Society?

031717Fiegen.txt

22    A    I haven't seen that recently, I have to admit.

23    Q    Have you reviewed medical journal articles

24    related to transvaginal mesh for the treatment of

25    stress urinary incontinence that have associated the

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

24

1    use of mesh with urinary retention?

2    A    Yes.  Yes, I have.

3    Q    Have you reviewed medical journal articles

4    related to transvaginal mesh for the treatment of

5    SUI that have associated the use of mesh with

6    chronic vaginal pain?

7    A    I've read in some literature, there have

8    been -- there's been that suggestion.  Of course,

9    that occurs very, very infrequently and at very low

10   rates.

11   Q    And have you reviewed medical journal articles

12   related to transvaginal mesh for the treatment of

13   SUI that have associated mesh with chronic

14   dyspareunia in women?

15   A    Again, basically the same answer.  Many of the

16   literature articles have addressed that issue, but

17   it occurs so very infrequently that some of them

18   simply do not, because, again, the reported

19   incidence of dyspareunia is approximately .2 percent

20   of all of these cases.

21   Q    Have you reviewed medical journal articles that

22   have found that the TVT mesh can migrate inside of a

23   patient after it's placed?

24   A    I've read articles that have questioned whether

Page 22

031717Fiegen.txt

25    or not the TVT will migrate, and the overwhelming

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

25

 1    majority of these articles have shown no evidence of
 2    migration.  And those articles that have been done
 3    with ultrasound evaluation, again, can objectify
 4    those findings very effectively for us.
 5    Q    Have you reviewed medical journal articles that
 6    have discussed transvaginal mesh for the treatment
 7    of SUI shrinking or contracting inside of a
 8    patient's body?
 9    A    Yes.  I've read some of those articles.  Most
10    of them, I think.  And, again, the overwhelming
11    majority of the well-done articles show no evidence
12    of shrinkage.
13              And to continue in answering that
14    question, what has been clearly identified is in the
15    wound-healing process that is so very important with
16    the placement of this mesh, that the infiltration of
17    the sling, which is easily accomplished because of
18    its large pore size, the infiltration of the sling
19    with fibrotic material, macro fascias, collagen
20    vessels, all have, as a part of the normal process
21    of infiltration, and with myofibrils, the fibrotic
22    capsule is the element that begins to contract.  And
23    that's a normal part of wound-healing, the
24    contraction of the wound.  And that is the only --
25    the only element that can lead to a change in that

031717Fiegen.txt
605.351.8200  stenopat@sio.midco.net

1    way.

2    Q    And you have reviewed medical articles that

3    have concluded that transvaginal mesh for the

4    treatment of SUI contracts or shrinks inside of a

5    patient's body after it's placed; correct?

6    A    I've reviewed articles that have looked at that

7    issue.  None of which have shown that to be the

8    case.

9    Q    Okay.  You have reviewed medical journal

10   articles that have concluded that transvaginal mesh

11   for SUI can curl or rope inside of a patient's body

12   after it is placed; correct?

13   A    I have.

14   Q    And you have reviewed medical journal articles

15   that have concluded transvaginal mesh for SUI can

16   fray or deform inside of a patient's body after it's

17   been placed; correct?

18   A    I've read articles on that.  Again, I believe

19   the majority of the data that we have and the

20   clinical data that we have shows no reason to

21   believe that that -- if that does occur, and the

22   determination of that has to occur with removal of

23   the mesh.

24         Now, removal of the mesh in and of itself

25   will create curling, will create separation.

                Pat L. Beck, Court Reporter
            605.351.8200  stenopat@sio.midco.net

                          Page 24

031717Fiegen.txt

1   Fraying, I think, is the term that you had used.

2   Just the mechanical separation of that mesh from the

3   body will create those events.  And so to be certain

4   that that has occurred preoperatively, I believe, is

5   to -- to not exaggerate, but I think is a stretch.

6   Q    When you removed the three TVT obturator mesh

7   products from patients, did you examine the mesh

8   after you removed it?

9   A    Yes.

10  Q    Did you examine the mesh under a microscope?

11  A    No, I did not.

12  Q    So you just performed a gross examination of

13  the removed mesh; correct?

14  A    Correct.

15  Q    And did you -- I assume that you felt the mesh

16  when you removed it from the patient?

17  A    Yes.  Of course.

18  Q    Okay.  Can you explain to the jury, based upon

19  your gross examination, as well, in your experience

20  of feeling the mesh after it's removed from the

21  patient, what the mesh feels like?

22  A    Well, the mesh feels like the mesh that we

23  implanted when all of the fibrotic material has been

24  removed, but it looks just terrible because we

25  create so much tension and so much pressure on the

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

28

1   -- in the removal of the prolene mesh that it is

2   distorted terribly at the time of removal.

Page 25

031717Fiegen.txt

3   Q    Doctor, once the TVT obturator mesh is
4   implanted inside of a patient's body, is it possible
5   to ever fully remove the mesh?
6   A    I'm sure that it's possible.  It's rather
7   difficult to get around the inferior pubic ramus and
8   remove the mesh that extends from the groin to that
9   point.
10   Q    And once the TVT retropubic mesh is placed
11   inside of a patient's body, is it possible to remove
12   the entirety of the mesh?
13   A    It is possible.
14   Q    And have you ever done that yourself?
15   A    No.  I've never had to remove a retropubic
16   sling.
17   Q    We talked about removal surgeries.  Have you
18   ever performed any mesh revision surgeries where you
19   have released tension on the tape?
20   A    Yes, we have.
21   Q    And are those in addition to the removal
22   surgeries --
23   A    Correct.
24   Q    -- that we talked about earlier?
25   A    Yes.  That is correct.

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

♀

1   Q    So we've got removal surgeries.  We've got
2   revision surgeries where you've released tension on
3   the tape.
4        Have you performed any other mesh revision
5   surgeries other than the two that we've already

Page 26

031717Fiegen.txt

6    talked about?

7    A    I have removed areas of erosion and exposure of

8    transvaginal mesh.

9    Q    So you've performed mesh revision surgeries

10   where you have released tension on the sling;

11   correct?

12   A    Correct.

13   Q    You have performed mesh revision surgeries

14   where you have revised an exposure or erosion of the

15   mesh; correct?

16   A    Yes.   That's correct.

17   Q    And you have performed mesh revision surgeries

18   where you have removed parts of the transvaginal

19   mesh from a patient's body; correct?

20   A    Correct.

21   Q    Any other mesh revision related surgeries I'm

22   leaving out?

23   A    No.   I don't think so.

24   Q    Okay.   How many times have you performed a mesh

25   removal surgery where you have revised an exposed or

                  Pat L. Beck, Court Reporter
             605.351.8200  stenopat@sio.midco.net

                                                              30

1    eroded transvaginal mesh?

2    A    I would have to guess.   I don't keep an

3    accurate number or total, but my guess is somewhere

4    between 10 and 12 exposures that I've removed.

5    Q    Have those involved Ethicon transvaginal mesh

6    products?

7    A    The products that I had placed that led to

                        Page 27

031717Fiegen.txt

8   erosion, and, I believe, if I'm correct, there were

9   three or four of those.  The others that were sent

10  to me, I have to admit I'm not certain whether or

11  not those were Ethicon, or AMS, or Boston Scientific

12  slings.  The exposure typically is quite clearly

13  identified, and the area to be excised, again, is

14  very clear.

15  Q    In the three or four mesh revision surgeries,

16  do you recall whether those were TVT products or

17  not?

18  A    Yes.  They all were.

19  Q    Okay.  In those three or four TVT removal or

20  revision surgeries involving exposure of the mesh,

21  did you make a determination of what the cause of

22  the exposed mesh was?

23  A    In one patient it was very clear.  It was her

24  hypo-estrogenic state that led to the exposure of

25  just very small filaments of mesh that were felt at

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

♀

31

1   the time of intercourse.  She was having no pain and

2   no discomfort.  She chose not to use vaginal

3   estrogen, and we simply went ahead and removed that

4   small segment of mesh that had -- that had migrated

5   through the atrophic vaginal tissue that now

6   existed.

7        The other patients that I had done -- I'm

8   trying to think back now on their exact clinical

9   circumstances, and I believe one of them was

10  menopausal and the other two were premenopausal.

Page 28

031717Fiegen.txt

11          These were just typically -- my sense was

12   that they were simply separations of the vaginal

13   mucosa that overlay the mesh product, and that they

14   had simply separated, and the reasons for that were

15   unclear to me.

16   Q    In the first patient you described, had her

17   partner felt the mesh during sexual intercourse?

18   A    He had.

19   Q    Fair to say that one unique risk of using

20   transvaginal mesh for the treatment of SUI is a

21   woman's sexual partner feeling the mesh during

22   sexual intercourse?

23   A    I would say that if the mesh erodes through the

24   vaginal mucosa, that's a likely probability.

25   Q    And is that a risk unique to the use of

                    Pat L. Beck, Court Reporter
             605.351.8200   stenopat@sio.midco.net

                                                            32


1    polypropylene mesh for the treatment of SUI?

2    A    Are you asking me is dyspareunia unique to --

3    Q    No.  I'm asking you what we just talked about,

4    where a woman's partner can feel mesh during sexual

5    intercourse.  Is that a risk unique to using

6    polypropylene mesh to treat stress urinary

7    incontinence?

8    A    I don't know if it's unique or not.  That the

9    material is, as you know, a permanent polypropylene

10   mesh, and we all know that erosions, exposures can

11   occur, but I couldn't say whether it was unique to

12   this product.

                            Page 29

031717Fiegen.txt

13    Q    Okay.  How many times have you performed a mesh

14    revision surgery related to releasing tension on the

15    mesh?

16    A    Again, I have to -- I have to use my best

17    guess.  But for my patients, and patients referred

18    to me over the last 17 years, I believe I probably

19    have released as many as 15 slings for patients who

20    were having elevated post-void residuals or urinary

21    retention.

22    Q    And how many of those 15 were patients in which

23    you had implanted a TVT mesh product?

24    A    I would guess, again, that a third to maybe a

25    half of that group were patients of my own.

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

♀

33

1    Q    And of your own patients who you performed a

2    mesh revision surgery in which you released tension

3    on the TVT mesh, why was there excessive tension on

4    those patients' mesh?

5    A    I'm sure the reason was that I -- I placed the

6    sling too tightly.

7    Q    Will you be offering any opinion that Ethicon

8    met industry standards for a medical device company

9    in this litigation?

10    MR. KOOPMANN:  Object to form.  Go ahead.

11    A    Isn't that what we're doing right now?

12    Q    (By Mr. Jones) Well, what are the industry

13    standards that you're opining that Ethicon met in

14    this litigation related to -- we'll first start with

15    the design of the TVT and TVT obturator mesh.

Page 30

031717Fiegen.txt

16   A    I have to say that I'm not aware of any

17   industry standards that existed before this --

18   before this product was ever brought to market.

19   Q    Did Ethicon ever test the TVT retropubic device

20   prior to launching the TVT retropubic device?

21       MR. KOOPMANN:  Object to form.  Go ahead.

22   A    Yes.  I believe Dr. Ulmsten had published their

23   results in about -- I think about '96, and then

24   again in '98.  And, to my knowledge, the product had

25   been released in Europe at that time, but was not

                Pat L. Beck, Court Reporter
         605.351.8200   stenopat@sio.midco.net

                                                      34


1   released in the United States until -- and you can

2   correct me if I'm wrong -- in 1999 I believe it was

3   released by Johnson & Johnson in the United States.

4   Q    And Dr. Ulmsten is the inventor of the TVT;

5   correct?

6   A    Yes.  Among other colleagues of his.

7   Q    And I want to be precise here.  Did the

8   company, Ethicon, ever test the TVT prior to it

9   being launched by the company?

10  A    I believe that they allowed Dr. Ulmsten to do

11  the clinical research on this product before --

12  again, before they purchased the product.  And,

13  ultimately, as you know, there have been more than

14  2,000 investigations and articles that have been

15  published that look specifically at the clinical

16  results of using this product.

17  Q    Doctor, how long did you spend writing your

                Page 31

031717Fiegen.txt
18   report?
19   A    Well, I have my hours in front of me.  And the
20   majority of those hours, when I first started, I
21   believe the very first date that we started was
22   December 7th of last year.  And of the 23 and a half
23   hours that I spent in this effort with Mr. Koopmann
24   and on my own, my guess would be somewhere between
25   18 to 20 hours were spent on preparing this.

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

35

1   Q    And did you prepare your reliance list?
2   A    No.  No, I did not.  Let's see, I want to make
3   sure that I understand.  The list of medical
4   literature that we included?
5   Q    Correct.
6   A    No.  I did not provide -- I did not create
7   that.
8   Q    Was it important to you in forming your
9   opinions in this litigation to review internal
10   Ethicon company documents?
11   A    You know, initially I must say I hadn't really
12   considered that.  But Mr. Koopmann made it possible
13   for -- or made me -- or I should rephrase that.
14          Mr. Koopmann made available to me those
15   documents and indicated to me the importance of my
16   familiarization with those.  And, again, I then
17   began to read through the company documents that I
18   did have.
19   Q    And fair to say then that your review of
20   internal Ethicon company documents was important in
Page 32

031717Fiegen.txt

21    forming your opinions in this case?

22         MR. KOOPMANN:   Object to form.

23    A    The most important thing, to me, in forming my

24    opinions for today is related to my clinical

25    experience as a surgeon and using this product for

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

♀

36

1    more than 17 years, as an early adopter of the TVT-O

2    in 2004, and my review of the voluminous amount of

3    clinical data and medical literature that is a part

4    of this product.

5             Now, that doesn't mean that I wasn't

6    interested in reviewing documents from the company.

7    My sense was that when I look at a memorandum or an

8    e-mail, that internal communication that existed for

9    the majority of the information that came from

10   Ethicon, was of interest and was valuable, in some

11   circumstances, but was not of the same level of

12   importance that all of the level one data and the

13   clinical sense that I have had and the clinical

14   experience that I have had in forming my opinion.

15   Q    (By Mr. Jones) Did you review internal Ethicon

16   company documents that discussed fraying of the TVT

17   mesh?

18   A    I did.

19   Q    Did you review internal Ethicon company

20   documents that, quote, refer to the TVT mesh as a

21   bad quality mesh?

22   A    Yes.  I believe I read a single report.  I

Page 33

031717Fiegen.txt
23   can't remember who the author was of that, but I did

24   read that.

25   Q    Did you review internal -- an internal Ethicon

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

37

1    company document that referred to the TVT mesh as,

2    quote, the weak point of the TVT?

3    A    If I did, it's not coming back to me

4    immediately.  I may have, but I do not recall that

5    specifically.

6    Q    Did you review an internal Ethicon company

7    document that discussed a 30 to 50 percent shrinkage

8    rule of thumb for the TVT mesh?

9    A    Yes.  I did see that report.

10   Q    Did you review an internal Ethicon company

11   document that discussed that during the TVT surgical

12   procedure the TVT mesh would elongate up to

13   50 percent?

14   A    I read that.  Again, what I truly have to go on

15   is my clinical experience, which does not

16   corroborate that suggestion.

17   Q    Did you review an Ethicon internal company

18   document where other physicians in your field

19   reported to Ethicon that the TVT mechanical cut mesh

20   had similar properties as a Scotch-Brite pad?

21        MR. KOOPMANN:  Object to form.

22   A    Again, if I did see that report, it's not

23   coming back to me right now.  I don't recall.  You

24   said Scotch pad?

25   Q    (By Mr. Jones) Yes.  Scotch-Brite pad.
Page 34

031717Fiegen.txt

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

⚲

38

```
 1   A    I don't know what that is.
 2   Q    Do you know what a brillo pad is?
 3   A    Yes, I do.
 4   Q    Do you recall reviewing an internal document
 5   where physicians in your field reported to Ethicon,
 6   after examining the TVT mechanical cut mesh, that
 7   the TVT mechanical cut mesh had similar properties
 8   to a brillo pad or Scotch-Brite pad?
 9   A    Yes, I do recall that now.  Yes, I do.
10   Q    Do you recall reviewing an Ethicon internal
11   document that referred to the TVT mesh as old
12   construction hernia mesh?
13   A    Yes, I do.  Again, I'm not sure that I
14   understood the implication.  I have not used hernia
15   mesh myself, and I'm not certain about the
16   distinction between pore size and weight of hernia
17   mesh relative to, and in comparison to, the surgical
18   mesh that's used for midurethral slings.
19   Q    All right.  Let's do some housekeeping issues
20   here, Doctor.  I'm going to mark for the record
21   Exhibit 1 which is the Notice to take your
22   deposition here today.
23        MR. KOOPMANN:   The court reporter will do that
24   now, Nate.
25        MR. JONES:   Thank you.
```

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

⚲

031717Fiegen.txt

1      THE WITNESS:  Nate, do you mind if I take a

2    break for a bathroom break here while they're doing

3    this?

4      MR. JONES:  Go ahead.  Let's take a bathroom

5    break.

6        (Deposition Exhibit No. 1 marked for

7                    identification.)

8    (Recess taken from 9:38 a.m. to 9:52 a.m.)

9  Q    (By Mr. Jones) Doctor, are you ready to proceed

10    after a short break?

11  A    Yes.  Thank you.

12  Q    Is it commonly known among physicians in your

13    field that patients can experience an allergic

14    reaction to the prolene mesh used in the TVT

15    products?

16  A    I can't say that it is.  I haven't spoken

17    specifically with very many other

18    physicians/urogynecologists that talk about this.  I

19    think it's such an uncommon occurrence that, again,

20    it doesn't come up as a topic of conversation.  I

21    have never seen any published research that looks at

22    this issue.  We have talked to allergists and

23    dermatologists about methods that we might use to

24    make that determination.  And -- but, again, it's

25    not a topic that is frequently discussed, I have to

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

1    say.

Page 36

031717Fiegen.txt

2    Q     Are you familiar with what a FMEA or Failure

3    Modes Effect Analysis is?

4    A     I believe I am.

5    Q     Do you know the company that Dr. Ulmsten worked

6    with to originally manufacture the TVT device?

7    A     I know the name starts with "M."  I'm trying to

8    remember, but I've read, again, that he had a parent

9    company that he utilized and that he developed as a

10   part of his development efforts and marketing for

11   the TVT.

12   Q     Are you familiar with the amount of money

13   Ethicon has paid Dr. Ulmsten to market the TVT

14   device?

15   A     I am.

16   Q     And how much did Ethicon pay Dr. Ulmsten to

17   market the TVT device?

18   A     Well, I believe that there was an initial

19   payment of $250,000 or 200,000.  That was followed

20   by a $400,000 investment by Ethicon, I believe, when

21   he released his initial findings and his first

22   report.  And, if I'm not mistaken, I believe there

23   was one additional $400,000 investment by Ethicon at

24   the point of time when they were ready to begin the

25   marketing process.

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

41

1    Q     And are those payments that you just described

2    all the payments that you're aware of?

3    A     I believe so.  Something like -- well, no.  I'm

Page 37

031717Fiegen.txt

4    sorry.  I just saw -- I believe that there was a

5    total of close to $25 million ultimately paid to

6    Dr. Ulmsten and whoever else that was a part of his

7    organization.

8    Q    Okay.  Doctor, we've marked as Exhibit 1, prior

9    to the break, the Deposition Notice.  Have you seen

10   Exhibit 1 before?

11   A    No, I have not.

12        MR. KOOPMANN:  Well, have you seen the

13   document --

14   Q    (By Mr. Jones) Did you bring with you any

15   materials to the deposition today?

16   A    I did.

17   Q    What did you bring with you?

18   A    Well, I brought -- if you can hang on for just

19   a second.  I brought, of course, my report and all

20   of the articles that I used in formation of that.

21   The remainder of the articles and literature, one

22   that I received are TVT literature, medical

23   literature of other materials, a TVT binder number 2

24   and 1, and SUI literature binder 1 and 2.  I brought

25   thumb drives that had been provided for me, and I

                Pat L. Beck, Court Reporter
           605.351.8200  stenopat@sio.midco.net

                                                        42


1    brought CDs of talks that I've given regarding

2    stress urinary incontinence, and urinary urgency,

3    and those issues primarily.

4    Q    Let's mark for the record the thumb drives or

5    thumb drive as Exhibit 2.  Let's mark for the record

6    the CDs that you brought as Exhibit 3.

                        Page 38

031717Fiegen.txt

7        MR. KOOPMANN:  Nate, you can do it however you

8    want, but I just want you to know, since it's, you

9    know, maybe a little confusing since you're not

10   looking at what we're looking at.  Dr. Fiegen has

11   one thumb drive that contains everything he's been

12   sent.  Then there's other thumb drives that will

13   contain that same material but maybe spread out

14   between multiple thumb drives.  So you can mark them

15   all if you want, but I just want you to be aware

16   that that is the way it's been done.  So if you want

17   mark one, you can just mark that one.  If you want

18   to mark them all, you can do that, too.

19        MR. JONES:  Let's go ahead and just mark them

20   all as Exhibit 2.

21        (Deposition Exhibit No. 2 marked for

22                      identification.)

23        MR. JONES:  And, Barry, is there a password for

24   those thumb drives?

25        MR. KOOPMANN:  Yes.  There is a black thumb

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

43

1    drive in the envelope, and the password is written

2    on the outside of the envelope, "Mesh2016!"

3        MR. JONES:  Thank you.  And then the CDs that

4    Dr. Fiegen has brought with him today can we mark as

5    Exhibit 3?

6        (Deposition Exhibit No. 3 marked for

7                      identification.)

8        MR. JONES:  And then let's mark as Exhibit 4

Page 39

031717Fiegen.txt

9   Dr. Fiegen's expert report.

10         (Deposition Exhibit No. 4 marked for

11                     identification.)

12         THE WITNESS:  Nate, I also have my hours spent

13   and compensation provided for January and February.

14   It dates back to December 7th, and then all the way

15   through January are altogether on one list, and then

16   all of February on a separate list.

17         MR. JONES:  Let's mark that as Exhibit 5.

18   Thank you, Doctor.

19         (Deposition Exhibit No. 5 marked for

20                     identification.)

21         THE WITNESS:  And, Nate, I have an Attachment A

22   that's a consultant invoice between myself and

23   Ethicon.

24         MR. JONES:  Okay.  Let's mark that as

25   Exhibit 6.

               Pat L. Beck, Court Reporter
         605.351.8200   stenopat@sio.midco.net

                                                        44

1         (Deposition Exhibit No. 6 marked for

2                     identification.)

3         MR. KOOPMANN:  That's just another copy of the

4    Notice --

5         THE WITNESS:  Okay.

6         MR. KOOPMANN:  -- and correspondence.

7         THE WITNESS:  This is -- oh.  And, Nate, the

8    last element -- last item is correspondence between

9    Mr. Koopmann and myself.

10         MR. KOOPMANN:  Well --

11         THE WITNESS:  I'm sorry?

031717Fiegen.txt

12        MR. KOOPMANN:  That's not me.

13        THE WITNESS:  Oh, okay.

14        MR. KOOPMANN:  Nate, he's brought along the

15   correspondence that he's received that's responsive

16   to the Notice from various people to him providing

17   materials.

18        MR. JONES:  Let's mark the correspondence as

19   Exhibit 7.

20        (Deposition Exhibit No. 7 marked for

21                    identification.)

22   Q   (By Mr. Jones) All right.  Doctor, I want to go

23   through Exhibit 4, which is the report that you

24   issued in this litigation for the TVT and TVT

25   obturator product.  Okay?

                   Pat L. Beck, Court Reporter
            605.351.8200   stenopat@sio.midco.net

                                                        45

1   A    Yes.  That's fine.

2   Q    Are there any changes or modifications at this

3   time to your report?

4   A    No, there is not.

5   Q    I want to start on page 1 of your report in the

6   "Background" section.  Second paragraph that starts

7   with, "During the early years of my practice, I

8   became very involved in the development of minimally

9   invasive surgery and ultimately began teaching other

10   physicians, with a very good and pioneering group of

11   physicians from all over the U.S., the newest

12   surgical techniques in surgery."

13              What surgical techniques are you referring

                   Page 41

031717Fiegen.txt

14    to when you wrote that?

15    A    What we're referring to or what I'm referring

16    to is the use of minimally invasive surgery or

17    laparoscopic surgery to treat issues such as ovarian

18    cysts, acute appendices, pelvic adhesions, removal

19    of organs, uterus, cervix, tubes and ovaries, and

20    ultimately we developed a laparoscopic procedure for

21    the Burch procedure.

22    Q    Tell me more about the laparoscopic Burch

23    procedure.

24    A    The approach that we took was to use an extra

25    peritoneal entry into the space of Retzuis.   After

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

♀

46

1    our dissection of the areolar tissue that was around

2    the area of the ureterovesical junction, we then

3    utilized prolene mesh, attached that either by

4    surgical tacks or suture to the area immediately

5    adjacent to the ureterovesical junction and

6    extending down to approximately the midurethra.

7            The opposing end of that prolene mesh was

8    then sutured to Cooper's ligament, and so we had a

9    banding effect that was broader, and, we felt,

10    stronger than placement of two separate sutures as

11    is a part of the originally described tanagho

12    modification of the Burch procedure.

13    Q    The procedure in which you just described, do

14    you still currently perform that procedure?

15    A    No, I do not.

16    Q    Do you perform the Burch procedure with use of

Page 42

031717Fiegen.txt

17    sutures currently?

18    A    No, I do not.

19    Q    Doctor, are you a fellowship-trained

20    urogynecologist?

21    A    No.   Fellowships actually didn't exist at the

22    time that I finished my residency.   That's sort of,

23    yeah, where I am at.   They just did not exist.

24    There was one fellowship under Dr. Ostergard, and

25    when I left my residency training, Peter San had

                    Pat L. Beck, Court Reporter
            605.351.8200   stenopat@sio.midco.net

                                                        47


 1    secured that spot.

 2    Q    Doctor, are you familiar with the Urinary

 3    Incontinence Treatment Network?

 4    A    Yes.   I've heard of them.

 5    Q    Now, if we move forward to page 5 of your

 6    report, and I'm going to read from the very last

 7    sentence on page 5 --

 8    A    All right.

 9    Q    -- of your report.   Where you write, "It is

10    frequently performed in combination with other

11    vaginal surgery for pelvic organ prolapse."

12           You're referring to the MMK procedure in

13    that sentence; correct?

14    A    No, I'm not.   I'm referring to the anterior

15    colporrhaphy.

16    Q    Is the TVT commonly performed in combination

17    with other vaginal surgery for pelvic organ

18    prolapse?

                        Page 43

031717Fiegen.txt

19   A    Yes, it is.

20   Q    If we move forward to page 6 of your report.

21   A    Okay.

22   Q    And I'm going to focus in on the last paragraph

23   where you write, "The pores are 1,379 microns and

24   the mesh weighs 100 grams per meter squared."

25        Are you referring to the mesh used in the

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

48

1    TVT products?

2    A    Yes, I am.

3    Q    And you cite -- you have a parenthetical behind

4    that sentence where you cite to an article by Pam

5    Moalli.

6         Are you relying on the article that -- in

7    2008, by Pam Moalli, titled "Tensile Properties of

8    Five Commonly Used Midurethral Slings Relative to

9    the TVT" for support that the pore size of the TVT

10   mesh is 1,379 microns?

11   A    Yes, we are.

12   Q    And are you relying on that article for the

13   fact that mesh used in the TVT products weighs

14   100 grams per meter squared?

15   A    Yes.  I believe that and other articles.

16   Q    Is the mesh that is used in the TVT products

17   and weighs 100 grams per meter squared classified as

18   a heavy weight mesh in your opinion?

19   A    No, it is not.  It remains a lightweight mesh

20   and macroporous.

21   Q    Are you aware of any transvaginal mesh products

Page 44

031717Fiegen.txt

22    for the treatment of SUI which weigh less than

23    100 grams per meter squared?

24    A    Yes, I am.

25    Q    Okay.  And what are those products?

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

♀

49

1    A    The two that come to mind are Ultrapro and

2    Vypro mesh.

3    Q    Okay.  Fair to say that it's your opinion that

4    the TVT is the gold standard for treatment of SUI;

5    correct?

6    A    Yes.  I think it's been reported that way in

7    numerous literature articles written.

8    Q    Do you have an opinion as to when the TVT

9    became the gold standard for treatment of SUI?

10   A    No.  Obviously I could speculate, but I don't

11   remember when the very first article describing this

12   as our new gold standard was released.

13   Q    Now, on page 7 of your report you talk about

14   the Ward/Hilton randomized controlled trial

15   comparing TVT to the Burch procedure; correct?

16   A    I'm actually looking for that.  Is that in the

17   last paragraph -- okay.  Yes.  Okay.

18   Q    All right.  And you're aware that Drs. Ward and

19   Hilton published two-year results and five-year

20   results of that study; correct?

21   A    Correct.

22   Q    And at two years they found the objective cure

23   rate for TVT patients to be 66 percent; correct?

Page 45

031717Fiegen.txt
24  A    Correct.

25  Q    And at five years they reported that the

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

50

1   objective cure rate of 66 percent in TVT patients

2   declined; correct?

3   A    What I read from my report is that at five-year

4   follow-up they found there was no difference between

5   TVT and colposuspension in terms of cure rates.

6   Q    Okay.  I'm just going to ask you the question

7   again.  I understand what you wrote down there in

8   the report, but I'm asking specifically about the

9   objective cure rates that Drs. Ward and Hilton

10  reported at five years which you cite to in your

11  report on page 8.

12       Drs. Ward and Hilton, in their five-year

13  follow-up, reported that the objective cure rate of

14  66 percent in TVT patients declined; correct?

15       MR. KOOPMANN:  Why don't you pull out this

16  article if he's going to ask questions about it.

17  A    I'm just familiarizing or reminding myself of

18  the results of this article, if that's okay.

19  Q    (By Mr. Jones) Yeah.  That's fine.

20  A    I'm going to have to go to the table, again, to

21  -- at five years it appears that there were 98

22  patients that remained in the TVT group that they

23  had access to.  And at five years there were 46

24  patients in the Burch procedure that they saw, and

25  there was no statistically significant difference

031717Fiegen.txt
Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

51

 1    between those two at five years.

 2    Q    Okay.  Back to the question.  Do you remember

 3    the question I asked you?

 4    A    Yes.  You were asking me whether or not the

 5    one-year data versus the five-year data showed a

 6    reduction in the -- in the cure rates, objective

 7    cure rates between TVT and Burch procedure.  Is that

 8    correct?

 9    Q    No.  That's not what I asked you.  Let me ask

10    you the question again.

11    A    All right.

12    Q    And I'm just asking about the objective cure

13    rate for TVT of 66 percent, which you quote, based

14    on the Ward/Hilton two-year follow-up study in your

15    report; correct?

16    A    Correct.

17    Q    Okay.  Here's the question:  Drs. Ward and

18    Hilton report at their five-year follow-up the

19    objective cure rate of 66 percent in TVT patients

20    declined; correct?

21    A    I have to admit, Nate, I'm still not finding

22    the specific notation.  I'll go to the conclusion

23    here and see if I can pick that up quickly for you.

24         I'm sorry, Nate, I am not finding within

25    this article a suggestion that the rate of objective

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

52

031717Fiegen.txt

1   continence decreased at five years.

2   Q    What did Drs. Ward and Hilton report the

3   objective cure rate of TVT in their five-year

4   follow-up as?

5   A    I'm trying to find that in this article.  You

6   know, Nate, the only thing that I'm finding is that

7   they're reporting that with colposuspension there

8   was an increased incidence of enterocele formation,

9   and that's all I'm seeing.  It says, in one

10  paragraph on the last -- second to the last page,

11  "Of women who attended for follow-up, subjective and

12  objective cure rates are maintained at the same

13  level as previously reported at six months and two

14  years.  This is compatible with published evidence

15  from case series of long-term cure rates for

16  colposuspension and seven-year results for TVT."

17  Q    Have you reviewed any internal Ethicon company

18  documents?

19  A    Yes, I have.

20  Q    That discuss correspondence between Dr. Hilton

21  and Ethicon about this particular RCT?

22  A    I don't recall that I have.

23  Q    Okay.  And are you aware that Ethicon sponsored

24  this RCT?

25  A    I'm sure I would see that if I had the article

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

♀

53

1   back.

2        THE WITNESS:  Barry, that was this one?
Page 48

031717Fiegen.txt

3     MR. KOOPMANN:   70.

4    A    Yes, I see that that's the case.

5    Q    (By Mr. Jones) Now, if we move on to the next

6    paragraph that starts with, "The device has been

7    studied in many long-term studies, even out to 17

8    years after surgery," which is on page 8.   You cite

9    to a study by Carl Nilsson titled, "17 Years

10    Follow-up of Tension-Free Vaginal Tape Procedure for

11    Female Stress Urinary Incontinence."

12    A    Yes.

13    Q    Correct?

14    A    Correct.

15    Q    And are you aware that Carl Nilsson has acted

16    as a consultant for Ethicon?

17    A    No, I'm not aware of that.

18    Q    Okay.   Now, I want to skip down to the heading

19    titled "Plaintiffs' Experts' Contentions" on the

20    bottom of page 16.

21    A    Okay.

22    Q    And, first, it's actually on the next page

23    under the title "Cytotoxicity and Foreign Body

24    Reaction."

25    A    Yes.

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

54

1    Q    And you discuss an in vitro test Ethicon

2    conducted which showed evidence of causing cell --

3    or Ethicon -- showed Ethicon conducted an in vitro

4    test which showed evidence of toxicity; correct?

Page 49

031717Fiegen.txt
```
 5        MR. KOOPMANN:  Object to form.  Go ahead.
 6   A    Yes.  Cell lysis and toxicity is the way it was
 7   presented from Ethicon.
 8   Q    (By Mr. Jones) Okay.  And you are aware of
 9   in vitro testing which Ethicon ran on the mesh used
10   in the TVT products which showed evidence of causing
11   cell lysis or toxicity in vitro; correct?
12   A    Yes.  I'm aware of that publication.
13   Q    And do you recall when that testing was
14   performed?
15   A    I do not.
16   Q    And if we skip to the next section titled
17   "Shrinkage/Contraction."  The first sentence says,
18   "The TVT and TVT-O slings do not shrink or
19   contract."
20           Is that an opinion you hold in this
21   litigation?
22   A    Yes, it is.
23   Q    Do you agree that after the TVT mesh is placed
24   inside of a patient's body that scar tissue can form
25   around the mesh and contract down on the mesh?
```

                     Pat L. Beck, Court Reporter
              605.351.8200  stenopat@sio.midco.net

                                                              55


```
 1   A    I would agree that scar tissue will form around
 2   the midurethral sling.  To the degree that it may
 3   contract, I don't know that anyone can categorically
 4   or objectively show evidence that they are able to
 5   measure that event.  These are small cellular
 6   myofibrils that can cause scar contraction.  And
 7   when that occurs, it's -- again, it's such minute
```
                          Page 50

031717Fiegen.txt

8      contractility that they are able to apply, that I'm

9      not sure that it can be effectively measured.

10     Q    And then if we skip down to the bottom of 18

11     under the title "Degradation," and underneath that

12     title which continues at the top of page 19, you

13     discussed plaintiffs' contentions that polypropylene

14     degrades inside of the human body.  Fair?

15     A    Say that again, please.

16     Q    Sure.  On page 19 you discussed plaintiffs'

17     contentions that polypropylene degrades inside of

18     the human body.  Fair?

19     A    Yes.

20     Q    Okay.  And in the first paragraph on page 19

21     you talk about an article by Drs. de Tayrac and

22     Vincent Letouzey; correct?

23     A    Correct.

24     Q    Are you aware that Dr. de Tayrac has acted as a

25     consultant for Ethicon?

                Pat L. Beck, Court Reporter
        605.351.8200   stenopat@sio.midco.net

                                                        56

1      A    No, I'm not aware of that.

2      Q    And are you aware that Dr. de Tayrac has had a

3      journal article retracted based upon his

4      misrepresentations concerning that journal article?

5          MR. KOOPMANN:  Object to form.

6      A    No, I was not aware of that.

7          MR. KOOPMANN:  Are you saying based on this

8      journal article?

9          MR. JONES:  I think you know what journal

                    Page 51

031717Fiegen.txt
10  article I'm talking about, Barry.

11   Q   (By Mr. Jones) Now, on page 20 under the

12  section, "Roping, Curling, Fraying, and Particle

13  Loss," you write, "If the TVT and TVT-O meshes are

14  implanted according to the IFU and Ethicon's

15  training materials, roping, curling, and fraying is

16  not an issue."

17         Did I read that correctly?

18  A   Yes, you did.

19  Q   Is fraying of the TVT mesh inherent in the

20  design of the TVT mesh?

21  A   No, I don't believe so.  Fraying can occur, but

22  it's not a part of the design of this mesh.

23  Q   And then you continue on, "The peer-reviewed

24  published medical literature regarding the slings

25  does not discuss these issues."

                Pat L. Beck, Court Reporter
        605.351.8200   stenopat@sio.midco.net

                                                57

1          And when you write that sentence, "these

2   issues," you're referring to the TVT and TVT-O mesh

3   is roping, curling, and fraying; correct?

4   A   Yes.

5   Q   Are you aware of any peer-reviewed published

6   medical literature regarding slings that discusses

7   roping, curling, and fraying of the TVT and TVT-O

8   meshes?

9   A   I'm sorry.  If it does exist, I'm not familiar

10  with it.

11  Q   And then at the bottom of page 20, underneath

12  the section titled "Weight and Pore Size," second
                    Page 52

031717Fiegen.txt

13    paragraph, second sentence, you're referring to the

14    mesh used in TVT and TVT-O, and you write, "The

15    pores are so large that one can see through them."

16              Did I read that correctly?

17    A    Yes.   Yes.   That's what I'm referring to.

18    Q    And are you communicating in that sentence that

19    when you actually hold up the mesh used in the TVT

20    products that you yourself can see through the holes

21    in the mesh?

22    A    You can see light transmitted through very

23    easily.   I can't read a newspaper, I don't think,

24    but I can see light transferred, absolutely.

25    Q    Okay.   So when you write that sentence, you're

                    Pat L. Beck, Court Reporter
              605.351.8200   stenopat@sio.midco.net

                                                            58

1    referring to -- you're not referring to your gross

2    examination of the mesh just holding it in your

3    hands.   Fair?

4    A    You said I'm not referring to the gross

5    examination?

6    Q    Correct.

7    A    No.   I am referring to the gross examination of

8    the mesh.   When I hold it in my hands and hold it

9    up, you can see light through it.

10    Q    Okay.   And then if you -- further down, now

11    we're on page 21, second paragraph, "Larger-pore,

12    lighter-weight meshes like Ultrapro have been

13    developed, but did not prove to be feasible in

14    Ethicon's testing."

                    Page 53

031717Fiegen.txt
```
15   A    Yes.
16   Q    Did I read that correctly?
17   A    Yes.
18   Q    Are you aware that Ethicon applied to the FDA
19   for clearance for the use of Ultrapro in a TVT
20   obturator sling?
21        MR. KOOPMANN:  Object to form.  Go ahead.
22   A    I'm -- I'm not aware of that.
23   Q    (By Mr. Jones) Okay.  So you haven't seen the
24   application Ethicon filed with the FDA to gain
25   clearance for the use of the larger-pore,
```

                    Pat L. Beck, Court Reporter
          605.351.8200   stenopat@sio.midco.net

                                                     59

```
 1   lighter-weight mesh, Ultrapro, in the TVT obturator
 2   application?
 3        MR. KOOPMANN:  Object to form.  Go ahead.
 4   A    I have not seen that.
 5   Q    (By Mr. Jones) And then further down that
 6   paragraph you discuss an article by Okulu titled
 7   "Use of Three Types of Synthetic Mesh Material in
 8   Sling Surgery, a Prospective Randomized Clinical
 9   Trial Evaluating the Effectiveness and
10   Complications," published in 2013.
11            Are you aware of when the enrollment
12   period was for the study done by Okulu on prolene
13   soft mesh, Ultrapro mesh, and Vypro mesh for the
14   treatment of SUI?
15   A    I believe I -- I believe I am.  The enrollment
16   period was between --
17   Q    Would you go ahead and take it out?
```
                    Page 54

031717Fiegen.txt

18    A    Yeah.   The enrollment period was between 2005

19    and 2007.

20    Q    Fair to say that prolene soft mesh, Ultrapro

21    mesh, and Vypro mesh were available to physicians

22    for the treatment of SUI in 2005?

23    A    I would not -- I wouldn't know that, Nate.   I

24    have no idea if it was available or was not

25    available.   It appears that it was in Turkey.

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

60

1    Q    Is it commonly known among physicians that the

2    TVT obturator mesh would be extremely -- would be

3    extremely difficult to fully remove from a patient's

4    body?

5    A    You know, I have not had those discussions with

6    other physicians.   There is no question that due to

7    the anatomical issues associated with that, that

8    removal of 100 percent of the mesh would be more

9    difficult with the transobturator procedure than

10    with the retropubic procedure.

11    Q    And I know I've asked you this -- the

12    commonly-known question a couple of times and you've

13    kind of had the same response, about, hey, look, I'm

14    not -- it would be difficult for me to know because

15    I would have to talk to, you know, a bunch of

16    physicians.   I think that's what you're saying.

17              But is it fair that in order for you to

18    render an opinion of what risks were commonly known

19    among physicians in your field, you would need to do

Page 55

031717Fiegen.txt
20    some research and survey physicians in your field?
21        MR. KOOPMANN:  Object to form.
22    A    For me to know what each physician finds
23    difficult surgically, again, would simply require
24    conversation and discussion.
25    Q    (By Mr. Jones) Now, back up on page 21, the top

                    Pat L. Beck, Court Reporter
              605.351.8200   stenopat@sio.midco.net

                                                              61

1     of page 21 of your report.  You talk about the Amid
2     or Amid classification of Type 1 meshes; correct?
3     A    Yes.  Correct.
4     Q    And you're aware that that classification is
5     for mesh used in abdominal wall hernia surgery;
6     correct?
7     A    Yes, I'm -- I'm aware of that.
8     Q    Doctor, do you know who Richard Isenberg is?
9     A    I'm sure I should.  I'm trying to recall if he
10    was one of the Ethicon researchers.  I can't recall,
11    honestly.
12    Q    Okay.  Do you know who Dr. Martin Weisberg is?
13    A    Again, I believe that I read his name in an
14    Ethicon draft or report.
15    Q    Do you know who Dr. Pete Hannula is?
16    A    Pete?  What was his last name, did you say?
17    Q    Hannula?
18        MR. KOOPMANN:  Hannula.
19    A    No, I'm afraid I don't.
20    Q    (By Mr. Jones) Do you know who Dan Smith is?
21    A    Well, I know a Dan Smith, but I'm --
22    Q    I was going to say, in relation to this
                    Page 56

031717Fiegen.txt

23    litigation do you know who Dan Smith is?

24    A    I don't recall.

25    Q    Okay.  Do you know who Laura Angelini is?

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

62

1    A    Gee.  No, I don't recall.

2    Q    Do you know who Jean Kammerer, K-A-M-M-E-R-E-R,

3    is in relationship to this litigation?

4    A    No, I do not.

5    Q    All right.  Doctor, I want to ask you a

6    question about testimony from an Ethicon medical

7    director that was presented at trial for the TVT

8    obturator product.  And he was asked,

9    hypothetically, if the company knew the TVT device

10   was associated with chronic pain, chronic

11   debilitating pain, is that something you believe

12   should have been included in the IFU.  And he

13   answered, "If the company knew that, yes."

14           Do you agree with the testimony given by

15   an Ethicon medical director that if Ethicon knew

16   that the TVT devices were associated with chronic

17   pain, that Ethicon should have included that in the

18   TVT IFUs?

19       MR. KOOPMANN:  Object to form.

20   A    To begin with, the product does not cause

21   chronic pain, and so, therefore, I don't know why

22   they would be compelled to report on that.

23   Q    (By Mr. Jones) Okay.  Assume under my

24   hypothetical that the TVT devices do cause chronic

Page 57

031717Fiegen.txt
25    pain.  And assume that Ethicon knew that the TVT

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

63

 1    devices could cause chronic pain.  Should Ethicon
 2    then have warned of chronic pain in the TVT IFU?
 3    A    You know, I'm not quite sure, Nate, exactly why
 4    we would play this hypothetical game.  It does not
 5    cause chronic pain and there's no point to
 6    soliciting suggestions about a hypothetical.
 7    Q    Yeah, there is a point to it.  I know it might
 8    seem a little gamey, but it's my opportunity to ask
 9    questions about your opinion specifically about what
10    should have been in the IFU.  And so, in this
11    hypothetical, you're going to assume that Ethicon
12    knew that the TVT device could cause chronic pain in
13    women.  And under that situation, would Ethicon then
14    be required to include chronic pain in the TVT IFUs;
15    yes or no?
16        MR. KOOPMANN:  Object to form.
17    A    If we -- if we assume and make this giant leap
18    to suggest that chronic pain was understood by
19    Ethicon, and did know, there is obviously -- it
20    would be reasonable for them to be accountable
21    for -- to provide that information to physicians if
22    it was not an occurrence that was known by them.
23    Q    (By Mr. Jones) Is it your opinion that
24    Ethicon -- well, let me ask it this way:
25            Do you believe that Ethicon should not

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net
Page 58

031717Fiegen.txt

⚲

64

1    avoid warning about risks associated with a product

2    just because Ethicon assumes that doctors know about

3    that risk already?

4         MR. KOOPMANN:  Object to form.  Go ahead.

5    A    That degree of redundancy makes no sense to me.

6    Every physician, every surgeon has an extended

7    discussion with their patients.  They're given

8    materials regarding whatever surgical intervention

9    is being suggested to them, and each patient will

10   sign a very detailed consent form that spells out

11   all of those things.

12        I don't see the need for specific

13   redundancy on the part of Ethicon.  If they report

14   to us in the way that I -- in the way that I

15   suggested, you know, providing us with an

16   understanding, if there is something that is not

17   understood, if we do not know of an issue that is

18   likely to develop, then it's their responsibility to

19   provide that information for us.

20        But, otherwise, they don't need to tell

21   patients that there's a risk of infection.  There's

22   a risk of pain following procedure.  There's a risk

23   of failure.  There's a risk of voiding dysfunction.

24   Those are all issues that are addressed by the

25   physicians or his or her representative.  And,

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

⚲

65

031717Fiegen.txt
1   again, I don't see the need for redundancy in that
2   circumstance.
3   Q    (By Mr. Jones) Does Ethicon need to tell
4   doctors that the TVT obturator mesh is extremely
5   difficult, if not impossible, to fully remove from
6   the patient's body?
7        MR. KOOPMANN:  Object to form.  Go ahead.
8   A    No.  They don't need to tell physicians that.
9   If the physicians are uncertain about that, they can
10  make that inquiry.  But I don't believe that any
11  physician that performs this procedure, the
12  transobturator procedure, would have any uncertainty
13  about the technical difficulties of removing this
14  material.
15  Q    (By Mr. Jones) All right.  Now, I'm going to
16  review some testimony from an Ethicon medical
17  director that was presented at trial in a TVT-O case
18  and ask you if you agree with his testimony.
19        An Ethicon medical director testified that
20  all complications known to the company that relate
21  to the device should be included in the device
22  Instructions For -- the device Instructions For Use.
23  Do you agree?
24        MR. KOOPMANN:  Object to form.
25  A    I believe that, again, any -- any issue that is

                Pat L. Beck, Court Reporter
          605.351.8200  stenopat@sio.midco.net

                                                        66


1   reasonably associated with that -- with that product
2   or with that placement of that product, that is not
3   clearly understood by the physicians using this
                Page 60

031717Fiegen.txt

4    product, needs to be identified.

5            Otherwise, frankly, they don't have to do

6    the physician's work for them.  It's the physician's

7    responsibility to make patients clearly aware of all

8    of the potential issues which may arise.  And to

9    simply have it on a sheet or an IFU means very

10   little to most patients, and half of them are likely

11   not to read it.  And so the discussion needs to

12   occur between physician and patient.  And, again, my

13   sense is that that -- that level of redundancy is of

14   no particular use.

15   Q    (By Mr. Jones) Can you name one risk of the TVT

16   devices that is not -- and I'm going to use your

17   words here -- can you name one risk of the TVT

18   devices that is not clearly understood by physicians

19   that Ethicon needs to include in the TVT IFUs?

20   A    I'm not aware of any.

21   Q    Is it your opinion that Ethicon should include

22   in the TVT IFUs the risk of the TVT mesh becoming

23   exposed in a patient?

24   A    Yes.  That's relatively unique to this product

25   or other products of its like that we've used, and I

                Pat L. Beck, Court Reporter
        605.351.8200   stenopat@sio.midco.net

♀

                                                          67

1    do think that that's appropriate to warn physicians

2    about.

3    Q    Are there any other risks besides exposure of

4    the mesh that Ethicon should include in the TVT

5    Instructions For Use?

                Page 61

031717Fiegen.txt

6  A    My understanding -- my reading of the IFU

7  suggests that they have covered virtually

8  everything.  And that, again, my -- my feeling is

9  that this is an important step in this process for

10  patients, and, that is, their level of understanding

11  that can only be achieved through discussion and

12  questioning with their physician.  And, again, I

13  don't believe that there's anything within the IFU

14  right now that is lacking or leaves physicians in a

15  position of vulnerability or patients.

16  Q    And what are the risks, besides exposure of the

17  TVT mesh, that Ethicon should include in the TVT

18  IFUs?

19  A    I believe they have included everything that I

20  would feel is important.  And, again, if all they

21  were reporting was that exposure or erosion of this

22  material can occur transvaginally, and that there is

23  a certain percentage of likelihood of that.  If they

24  wanted to put that in, that would be adequate, I

25  think.

        Pat L. Beck, Court Reporter
   605.351.8200  stenopat@sio.midco.net

                                          68


1         Again, this is a surgical procedure.

2  Physicians are aware of the issues associated with

3  the surgical procedure, and it's their

4  responsibility to make patients aware of that.

5  Q    When you said earlier that you feel that

6  Ethicon has included all of the risks associated

7  with the TVT devices in the product IFU that you

8  believe they should have, are you referring to the

                Page 62

031717Fiegen.txt

9    2015 TVT IFUs?

10        MR. KOOPMANN:  Object to form.

11   A    No.  I'm referring to the original IFU.

12   Q    (By Mr. Jones) Do you know why Ethicon changed

13   the Instructions For Use, specifically the warning

14   statements in the 2015 TVT IFUs?

15   A    No, I don't -- I don't know.  Obviously, I

16   could speculate, but that would be inappropriate.  I

17   do not know what conversations occurred within the

18   company, within the senior advisers or their

19   scientists that caused them to move forward with a

20   publication that, in my opinion, again, is

21   particularly redundant.

22   Q    And you haven't read any deposition testimony

23   that has discussed why Ethicon made the change to

24   the 2015 TVT IFUs?

25   A    No, I have not.


            Pat L. Beck, Court Reporter
       605.351.8200   stenopat@sio.midco.net

⚓                                                          69


1    Q    Have you ever been asked by any regulatory

2    agency to review the adequacy of Instructions For

3    Use for a medical device?

4    A    No, I have not.

5    Q    And outside of your work related to your report

6    that you have issued in this litigation, has any

7    medical device company ever asked you to review the

8    adequacy of their Instructions For Use for a

9    product?

10   A    No, they have not.

031717Fiegen.txt

11   Q    And we talked earlier today about the feedback

12   that you provided to Ethicon in your early use of

13   the TVT retropubic device that involved comments

14   that you gave to Ethicon about the trocars and the

15   tensioning of the mesh.

16          Did Ethicon ever ask you to provide any

17   feedback about the Instructions For Use,

18   specifically what risks were included in the

19   Instructions For Use related to the TVT line of

20   products outside of this report that you've issued?

21   A    No.  I was never asked about that or asked for

22   a recommendation, suggestion, anything specific to

23   their IFU.

24   Q    And outside of your work on this case -- well,

25   let me ask it this way:

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

70

1          Outside of your work on this case, Doctor,

2   do you routinely review the Code of Federal

3   Regulations on what is to be required in a medical

4   device Instruction For Use?

5   A    No, I typically do not.

6   Q    Okay.  And I'll ask it broader.  I think I

7   already know the answer.  And I'm not trying to play

8   games here.  But in your clinical practice, as a

9   physician, do you routinely refer to FDA device

10   labeling guidance documents?

11   A    I am uncertain about what you're referring to,

12   Nate.  But, you know, when we begin using a new

13   medical device, again, we are in direct contact with

Page 64

031717Fiegen.txt

14    the medical -- the representative who's presenting

15    this as a new, improved, or completely different

16    product than we have had access to.  Again, and they

17    leave volumes of information with those of us who

18    may potentially use that.  And I can't recall very

19    specifically or directly that that material was

20    consciously reviewed or not reviewed.  I just -- I

21    don't recall.

22    Q    So you don't have any recollection of a -- and

23    when you're talking about representatives from the

24    company, you're talking about Ethicon's sales

25    representatives, for example; correct?

                    Pat L. Beck, Court Reporter
              605.351.8200   stenopat@sio.midco.net

                                                          71

1     A    Or representatives from any device company.

2     Q    Okay.  And you're talking about sales

3     representatives from any medical device company;

4     correct?

5     A    Correct.  And, typically, when we're

6     introducing a new product, there's more than just

7     the sales representative.  There are company

8     representatives that are also a part of that.

9     Q    And those are company representatives from the

10    marketing department; correct?

11    A    Or from the research and development

12    department.

13    Q    As you sit here today, can you name one

14    representative from Ethicon from their research and

15    development department?

                    Page 65

031717Fiegen.txt

16    A    No, I cannot.

17    Q    Doctor, are you aware of a long-term randomized

18    controlled trial with the primary end point of pain

19    on the TVT products?

20    A    I am.

21    Q    Was the primary end point obtained on the TVT

22    obturator product?

23    A    Yes, I am.

24    Q    Are you aware of a long-term randomized

25    controlled trial with a primary end point of

              Pat L. Beck, Court Reporter
        605.351.8200   stenopat@sio.midco.net

                                                          72


1     dyspareunia on the TVT obturator product?

2     A    No.  I don't recall that as a primary end

3     point.

4     Q    Are you aware of a long-term randomized

5     controlled trial with the primary end point of

6     dyspareunia on the TVT retropubic device?

7     A    No.  I'm not aware of a specific article that

8     used that as a primary end point or primary goal of

9     determination.

10    Q    Have you ever reviewed any studies comparing

11    TVT laser cut mesh with TVT mechanical cut mesh --

12    A    Yes, we have.

13    Q    -- published in peer-reviewed medical

14    literature?

15    A    Yes.

16    Q    And what study would that be?

17    A    I'll have to look back.  I cannot find the

18    articles that speak specifically to that.  And as I
                          Page 66

031717Fiegen.txt

19    reconsider, Nate, I may have misspoke.  I'm not
20    positive that I have read an article that discusses
21    specifically the differences between laser and
22    mechanically cut mesh.  I'd like to amend my first
23    suggestion.
24    Q    Okay.  Are you familiar with a product used to
25    treat stress urinary incontinence named Repliform?

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

73

1    A    Yes.  I can't recall precisely what that is.
2    The name is quite familiar.  If I remember
3    correctly, it was a different type of material used
4    in the same fashion as the midurethral slings.
5         Again, I'm trying to remember exactly
6    whether or not that's the case, and so maybe I'm
7    asking the question this time.  I believe that it
8    was a biologic product that was used as a
9    transvaginal sling.
10    Q    I think you know your stuff.  All right.  I'll
11    continue on.
12    A    What?  I don't -- I didn't get that.
13    Q    I said it sounds like you know your stuff.
14    I'll continue on.
15    A    Oh, thanks.
16    Q    It was a compliment.
17    A    I thought he was saying to get stuffed.
18    Q    All right.  Doctor, I'll shift gears here now
19    and ask you about some of your past interactions
20    with Ethicon over the years based on our research

Page 67

031717Fiegen.txt
21  into Ethicon's internal documents.

22          First, I want to ask you about, have you

23  attended AUGS meetings?

24  A    Yes, I have.

25  Q    Have you attended AUGS annual convention?


                    Pat L. Beck, Court Reporter
             605.351.8200   stenopat@sio.midco.net

                                                                74


1   A    Yes.

2   Q    And at those conventions and meetings, do you

3   interact with representatives from medical device

4   companies?

5   A    Yes, we do.

6   Q    Do you interact with representatives from

7   Ethicon at AUGS conventions and meetings?

8   A    Yes, we do.

9   Q    And have you had interactions with Ethicon

10  representatives at what are commonly referred to as

11  medical device booths at these conventions?

12  A    Yes.   That's typically the site where that

13  engagement can occur.

14  Q    Okay.   Have you ever had dinner with Ethicon

15  representatives that have occurred during the time

16  in which an AUGS convention was held?

17  A    Yes, I believe I have.

18  Q    Okay.   And, Doctor, do you recall sometime in

19  2003 being an Ethicon preceptor for the TVT device?

20  A    If you say that it was 2003, I did precept one

21  physician that I can recall somewhere in that time

22  frame.

23  Q    Doctor, are you familiar with the group AAGL?
                        Page 68

031717Fiegen.txt

24   A    Yes, I am.

25   Q    And what is AAGL?


            Pat L. Beck, Court Reporter
      605.351.8200  stenopat@sio.midco.net

                                                    75


 1   A    American Association of Gynecologic

 2   Laparoscopists.

 3   Q    And have you attended AAGL meetings and

 4   conventions?

 5   A    Yes.  Yes, I have.  Particularly early in the

 6   years when I was teaching around the country with a

 7   number of AAGL members and people that were a part

 8   of this group that I had the privilege of working

 9   with and teaching with.  During those early years of

10   the '90s and up to 2000 I was a very active member

11   of that group.

12   Q    Okay.  And did you interact with Ethicon

13   representatives at AAGL conventions?

14   A    You know, I would guess that I probably did.

15   It's been long enough ago that I don't remember any

16   specific interactions.  If you're referring to any

17   dinners or anything, I do believe that there was one

18   evening in Orlando, and I can't even remember if

19   this was Ethicon or if it was some other medical

20   device company, but, yeah, we were taken to dinner

21   one night while I was in Orlando.  And, again, I

22   cannot recall if it was the Ethicon company or not.

23   Q    Doctor, did you ever do any presentations

24   regarding the ProLift+M product?

25   A    No, I never have.

            Page 69

031717Fiegen.txt

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

⚥

76

1    Q    Did you ever use the ProLift+M product?

2    A    No, I did not.

3    Q    Did you ever use the ProLift product?

4    A    Yes, I did.

5    Q    It sounds like you have used the Ethicon TVT

6    Abbrevo product on two or three occasions; correct?

7    A    Correct.

8    Q    You have used the TVT retropubic Ethicon

9    product up until two or three years ago; correct?

10   A    Correct.

11   Q    You currently use the TVT Exact Ethicon

12   product; correct?

13   A    Correct.

14   Q    You currently use and have used extensively the

15   TVT obturator Ethicon product; correct?

16   A    Correct.

17   Q    You have used Ethicon's ProLift product;

18   correct?

19   A    Yes.

20   Q    How many times did you use the ProLift mesh

21   product?

22   A    Again, this takes me back a little ways, but I

23   would guess somewhere in the range of 10 to 12,

24   maybe 13 times.

25   Q    Why did you stop using the ProLift mesh?

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

⚥

77

Page 70

031717Fiegen.txt

```
 1    A    Well, I guess it was as much because of certain
 2    patient's selection that I would choose to do native
 3    tissue repairs, and then as we began to get closer
 4    and closer, in 2008, to the FDA's initial warning to
 5    physicians, I guess I just simply chose to
 6    completely back away from that until the smoke had
 7    cleared, until it became obvious through studies
 8    which followed, interestingly, that did show a true
 9    advantage of an augmented repair in the anterior
10    compartment, but it took a while after that for this
11    information to become clear.
12             It became clear that biologics had no
13    advantage over native tissue repairs, and it became
14    clear that the posterior compartment was not -- the
15    recurrence rate within the posterior compartment was
16    no different after an augmented repair versus a
17    native tissue repair.
18    Q    When did you start using the ProLift mesh
19    product, Doctor?
20    A    I'm trying -- it was about 2006, maybe near the
21    end of 2006, beginning of 2007, and then into 2008.
22    Q    And after 2008 you never used the ProLift mesh
23    product again; correct?
24    A    No.  No.  And I'm trying to remember when the
25    company introduced the Prolene M, but it was
```

```
 1    clear -- it was near that time when that product was
```

Page 71

031717Fiegen.txt

2    introduced as a replacement for the ProLift, the

3    original ProLift, but I just simply never again got

4    on board after that.

5    Q    Did Ethicon approach you or did you approach

6    them about you first starting to use the ProLift

7    mesh product?

8    A    The Ethicon representatives approached me, and

9    they had -- because I was doing the majority of the

10    midurethral slings that were an Ethicon product,

11    they invited me to a course that they put on in

12    Omaha, Nebraska, to introduce me to this.  And I

13    went to that course, looked at the procedure.  I

14    knew Dr. Kevin Benson, who, at that time was in

15    Watertown and doing this procedure.  I engaged him.

16                I attended the surgeries -- some of the

17    surgeries that he had done, and then subsequently

18    Dr. Benson joined me in Sioux Falls, and as partners

19    we interacted in that way.  But, yeah, again, that

20    was -- my introduction came through the Ethicon

21    representatives and an introduction in the Omaha

22    area at one of the hospitals there, and then

23    ultimately continuing that with my partner and

24    current partner.

25    Q    And I know you answered this already but just

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

79

1    to be clear, you never used the ProLift+M mesh

2    product; correct?

3    A    No, I never did.

4    Q    Did you ever use the TVT Secur product?

Page 72

031717Fiegen.txt

 5   A    I'm guessing probably two or three times.

 6   Q    Why did you not use the TVT Secur mesh product

 7   more than two or three times?

 8   A    I just simply did not like it.  And part of the

 9   issue was related to the integral theory that

10   Ulmsten and Petros had provided for us, and that

11   made it easy to understand why we were shifting to a

12   midurethral sling that was not fixed in position.  I

13   simply did not like the fact that the Secur was

14   fixed in position.

15           I had no issues with it in any other way,

16   but I just did not want to, again, violate that

17   theory that had been so useful for us and that had

18   created such a successful product.

19   Q    And when you talk about -- when you talk about

20   a fixed system, you're talking about the anchoring

21   mechanism --

22   A    Correct.

23   Q    -- that is used with some transvaginal mesh

24   products that fix the mesh when it's placed by

25   anchoring -- by using different sort of anchoring

                  Pat L. Beck, Court Reporter
           605.351.8200   stenopat@sio.midco.net

                                                          80

 1   mechanisms; correct?

 2   A    Yes.  That's what I'm referring to.  The

 3   anchoring effect of the TVT Secur.

 4   Q    And based on your review of the Ulmsten series

 5   and his technique, the revolutionary aspect of the

 6   TVT product was that there was no anchoring

                        Page 73

031717Fiegen.txt

 7   mechanism required; correct?

 8   A    That was simply part of the theory.   And the

 9   remainder of the integral theory talks about the

10   different mechanisms that are -- that are occurring

11   throughout the urethra and particularly at the

12   mid-urethra.   And so the movement of the sling's

13   position from the urethrovesical junction to the

14   mid-urethra and a lack of -- a lack of fixation of

15   this material made it possible for this to all

16   develop as it did.

17          As you know, Dr. Ulmsten was using many

18   other products in this development.   And the

19   majority of those products that he was using were

20   fixed in position.   And they saw very high erosion

21   rates, in the 14, 15 percent range.   And they

22   progressively and ultimately came to use the

23   polypropylene mesh and became aware of the fact that

24   they just did not have to anchor this mesh.   And

25   that started this entire process that has, again,


                    Pat L. Beck, Court Reporter
             605.351.8200   stenopat@sio.midco.net

                                                              81


 1   brought us to a point where now we can call the

 2   midurethral sling the gold standard of female

 3   anti-incontinence procedures.

 4   Q    And the reason for an anchoring mechanism, or

 5   at least the thought was, the need for an anchoring

 6   mechanism was to hold the mesh in place once it was

 7   implanted inside the body; correct?

 8   A    That's correct.

 9   Q    Okay.   And because of the high degree of

                         Page 74

031717Fiegen.txt

10   friction between the mesh and the patient's tissues,

11   the prolene mesh used in the TVT does not need an

12   anchoring mechanism; correct?

13   A    The TVT is very adherent.  I don't agree that

14   there's such a great degree of friction, otherwise

15   we'd see significantly more erosions, both into the

16   bladder, urethra, and through the vagina.  It's just

17   -- it's much more adherent.

18   Q    And when Ulmsten wrote one of his papers in

19   1996, he specifically used the words "high degree of

20   friction."

21   A    He did -- I didn't --

22   Q    Do you remember that?

23   A    No, I don't remember that.

24   Q    And when Ethicon dispersed clinical sales aids

25   to physicians regarding the TVT, they claimed there

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

82

1   was a high degree of friction?

2        MR. KOOPMANN:   Object to form.

3    Q   (By Mr. Jones) Do you remember that?

4   A    No, I do not.  You know, Nate, I'm just kind of

5   wondering if we're dealing with just semantic

6   differences that can make this sound more

7   problematic or not.  You know, when you place a --

8   this prolene mesh against a subcutaneous area of

9   tissue, it adheres very effectively.  And that

10   happens when you simply lay that on that

11   subcutaneous tissue and it just becomes adherent.

031717Fiegen.txt
12          Again, there may be a certain degree of
13   movement of the sling after it has been placed and
14   tensioned, but very little.  And so I don't quite
15   understand your need to refer to this as friction or
16   clinging to that suggestion.  It may have been,
17   semantically, the term used by Ulmsten and a few
18   others, but there's very little friction that is
19   created in this situation.
20   Q    Well, they're not my words.  They're the
21   inventor of the TVT's words in a peer-reviewed
22   published medical journal article.
23   A    I understand.
24   Q    Where he said "A high degree of friction."  So
25   it's not something I'm making up, Doctor.  I'm just

                Pat L. Beck, Court Reporter
          605.351.8200   stenopat@sio.midco.net

                                                          83


 1   reading from the article.
 2   A    No.  I understand.  I understand.  What I'm
 3   suggesting is that there is so little movement with
 4   this product, after it's been placed, that the idea
 5   of this being frictional or creating issues because
 6   there's friction here, I think, was something that
 7   they probably misspoke about because there's very
 8   little movement of this product once it's been in
 9   place because it becomes adherent to that
10   subcutaneous tissue.
11   Q    Well, I'm about ready to move on, but just one
12   final question.  Do you think that -- and if we
13   want, I can show you the article.  It might save
14   time not to.
                      Page 76

031717Fiegen.txt

15            But do you think that when Dr. Ulmsten

16    described there being a high degree of friction with

17    the polypropylene mesh, used in the TVT device, that

18    he misspoke when he used the term "high degree of

19    friction"?

20    A     You know, I couldn't -- couldn't say, Nate.

21    You know, it's speculative probably on both of our

22    parts, and maybe what Dr. Ulmsten was suggesting was

23    that with significant degrees of movement of that

24    material through tissue that there appeared to be a

25    greater degree of friction, but, believe me, I'm

                    Pat L. Beck, Court Reporter
              605.351.8200   stenopat@sio.midco.net

                                                                84

1     suggesting to you that it's adherence and it's not

2     friction that's occurring.

3            Frictional occurrences are the result of

4     the rubbing of two objects together that creates

5     heat and sometimes change in whatever the materials

6     are that are in direct contact with one another.

7     That just does not occur with the midurethral sling.

8     Q     All right.  Have you heard the term "Velcro

9     effect" in relationship to the TVT products?

10    A     I've heard the term.

11    Q     And what does the term "Velcro effect" mean to

12    you in relationship with the TVT products?

13    A     It means adherence to the subcutaneous tissue.

14    Q     Let's go ahead and get that Ulmsten article out

15    and I promise then we'll move on from this friction

16    talk, but I just want to get the article marked as

                    Page 77

031717Fiegen.txt

17  an exhibit.  And I think we're at Exhibit 8.  And if

18  we could go ahead and mark the 1996 original article

19  titled, "An Ambulatory Surgical Procedure Under

20  Local Anesthesia for Treatment of Female Urinary

21  Incontinence," by U. Ulmsten, and with the Bates

22  number at the bottom right of the first page of

23  Eth.Mesh 04558832.

24          (Deposition Exhibit No. 8 marked for

25                  identification.)


            Pat L. Beck, Court Reporter
        605.351.8200  stenopat@sio.midco.net

                                                    85


1   Q   (By Mr. Jones) Thank you.  Doctor, do you have

2   Exhibit 8 in front of you?

3   A   I do.

4   Q   Okay.  If you could turn -- you've seen this

5   article before, haven't you?

6   A   Yes, I have.

7   Q   If you could turn to page 4 of 6 underneath the

8   "Discussion" section.

9   A   Yes.

10  Q   And we're going to focus on the second

11  paragraph underneath the "Discussion" section about

12  three sentences down that starts with "In fact."

13  A   Okay.

14  Q   And Dr. Ulmsten writes in this article, "In

15  fact, it was found that due to a high degree of

16  friction the prolene sling was difficult to move as

17  soon as the surrounding plastic sheath had been

18  removed."

19              Did I read that correctly?
                  Page 78

031717Fiegen.txt

20    A    Yes.

21    Q    And do you agree with that sentence by

22    Dr. Ulmsten or disagree?

23    A    No.  I agree that movement of the sling of any

24    appreciable distance after -- after the sheath has

25    been removed is difficult because the sling adheres

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

86

1    as much as it does, and, again, with movement

2    through the tissue, obviously there will be a

3    resistance or a frictional effect.

4    Q    Okay.  Doctor, do you recall giving any

5    discussions in 2011 to Ethicon representatives at

6    Sanford Medical Center in Sioux Falls in January of

7    2011 specifically?

8    A    Do I remember -- what kind of interaction are

9    you referring to?

10    Q    Dr. Michael Fiegen to discuss his extensive use

11    of TVT-O and limited use of TVT Abbrevo at Sanford

12    Medical Center January 11, 2011, with Ethicon

13    representatives.

14    A    If that occurred, I believe you.  I can't

15    remember it, though.

16    Q    Okay.  All right.  I want to mark as Exhibit 9

17    an article titled "Evaluation and Management of

18    Midurethral Sling Complications" from April 18th,

19    2016.

20         (Deposition Exhibit No. 9 marked for

21                      identification.)

Page 79

031717Fiegen.txt

22   Q   (By Mr. Jones) Doctor, have you seen this

23   article before?

24   A   Yes, I have.

25   Q   Do you know who the authors -- are you familiar

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

87

1   with any of these authors?

2   A   I know Roger Dmochowski and I know Melissa

3   Kauffman who is in his department.

4   Q   They're both at Vanderbilt University; correct?

5   A   Correct.

6   Q   And how do you know Roger?

7   A   I've known him for quite some time.  He's an

8   active member of AUGS and ICS, and I see him at

9   conferences primarily.

10   Q   Okay.

11   A   And Melissa has been to our -- to our office in

12   Sioux Falls.  We're a part of a Cook -- stem cell

13   study, and Melissa is very involved at one of the

14   higher levels in that study that's being sponsored

15   by Cook.

16   Q   I want to ask you more about that later once we

17   get through this article.  On page 2 of 9, the first

18   full paragraph that starts with "Nonetheless."

19           Are you with me?

20   A   Yes, I am.

21   Q   Okay.  "Nonetheless, certain complications from

22   midurethral sling surgery are unique to the use of

23   polypropylene mesh.  These can include mesh

24   exposure, chronic pelvic pain, and dyspareunia,

Page 80

031717Fiegen.txt
25    which are the most common, as well as mesh

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

88

 1    contracture, organ perforations, or neuromuscular
 2    injuries."
 3              Do you agree or disagree with that
 4    statement?
 5    A    Well, I agree that any -- any sling, whether
 6    it's autologous fascia, fascia lata, cadaveric
 7    fascia, any of these procedures can lead to any of
 8    these occurrences.  I don't think this is -- I would
 9    disagree that this is unique to polypropylene mesh.
10    Q    Okay.  That's what I was getting at.
11    A    Okay.
12    Q    So you disagree with that statement; correct?
13    A    I do.
14    Q    Okay.  Doctor, do you know who Chris Jones, an
15    Ethicon employee, do you remember Chris Jones?
16    A    No, I'm afraid I don't.
17    Q    I want to mark as Exhibit 10 the United States
18    patent by Jean de Leval dated November 3rd, 2009.
19    A    All righty.
20         (Deposition Exhibit No. 10 marked for
21                   identification.)
22    Q    (By Mr. Jones) All right.  Doctor, do you know
23    who Jean de Leval is?
24    A    Yes.  I believe he's the developer of the
25    Outside-In or Inside-Out.  I can't remember which

031717Fiegen.txt
605.351.8200  stenopat@sio.midco.net

♀

89

    1    one it was.  I think the Inside-Out transobturator

    2    sling.

    3    Q    And that's the TVT obturator sling; correct?

    4    A    Yes.

    5    Q    Okay.  And you've reviewed medical articles by

    6    Dr. de Leval; correct?

    7    A    Yes.

    8    Q    And you've reviewed internal company documents

    9    where Dr. de Leval has had discussions with Ethicon

   10    about the TVT obturator device; correct?

   11    A    I believe I have.

   12    Q    Okay.  And you see that this is a United States

   13    patent with a date of November 3rd, 2009; correct?

   14    A    Correct.

   15    Q    And it says, "Surgical procedure for the

   16    treatment of female urinary incontinence,

   17    tension-free inside-out transobturator urethral

   18    suspension."  Correct?

   19    A    Yes.

   20    Q    And it lists the inventor as Jean de Leval;

   21    correct?

   22    A    Correct.

   23    Q    Does this appear to be a patent related to the

   24    TVT obturator product?

   25        MR. KOOPMANN:  Object to form.  Foundation.  Go

                    Pat L. Beck, Court Reporter
              605.351.8200  stenopat@sio.midco.net

♀

90

                         Page 82

031717Fiegen.txt

1   ahead.

2   A    I've not seen a patent document prior to this,

3   and so I'm not sure that I'm in a position to be

4   able to answer that question.

5   Q    (By Mr. Jones) Okay.  Let's just cut to the

6   chase.  Skip to page 17 of 23, and it doesn't look

7   like there's page numbers on it so I can't help you

8   out other than to say it's page 17 of 23 of the

9   document.

10          And at the top it says, "Surgical

11  procedure for the treatment of female urinary

12  incontinence tension-free inside-out transobturator

13  urethral suspension."

14  A    I see that.

15  Q    Okay.  And then there's a section titled "Field

16  of the Invention."  Correct?

17  A    Yes.

18  Q    And then below that there's a section titled

19  "Background of the Invention."  Correct?

20  A    Yes.

21  Q    Okay.  In reading underneath the "Background of

22  the Invention" section, about three sentences down,

23  starting with, "The use of retropubic TVT."

24          Are you with me?

25  A    Yes.

            Pat L. Beck, Court Reporter
      605.351.8200  stenopat@sio.midco.net
                                                    91

1   Q    "The use of retropubic TVT has been associated

2   with various and relatively frequent per- and

                    Page 83

031717Fiegen.txt
3    post-operative complications, including bladder

4    perforation, temporary or persistent retention,

5    pain, urinary infection, and de novo urgency.  Other

6    rare but severe and possibly underestimated

7    complications have been reported with this

8    approach."

9              Did I read that correctly?

10   A    Yes.

11   Q    Do you agree with that statement that I just

12   read?

13   A    What I agree with within that statement is that

14   complications can arise with the TVT, but they're

15   very infrequent and uncommon, unlike their

16   suggestion.

17   Q    Well, let me ask you if you agree with this

18   statement in this patent for the "Surgical procedure

19   for the treatment of female urinary incontinence

20   tension-free inside-out transobturator urethral

21   suspension."

22              "The use of retropubic TVT has been

23   associated with various and relatively frequent per-

24   and post-operative complications."

25              Do you agree with that statement?

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

♀

92


1    A    No.  No.  We do not.  You know, again, there

2    are very few issues associated with the midurethral

3    sling, whether transobturator or retropubic, and so

4    I would disagree.

5              This is an effort to get this patent.  And
Page 84

031717Fiegen.txt

6    so, to do that, you have to establish uniqueness

7    and -- I forget what all the other elements that are

8    associated with requirements to achieve patent

9    success, but uniqueness is certainly one of them.

10   And utility, I think, is one of the others.   And

11   what they're trying to suggest here is that the

12   transobturator sling should replace the terrible and

13   harmful retropubic sling, and this is -- this is

14   just a word game, in my opinion, because that is an

15   incorrect statement.

16   Q    Do you agree that some complications associated

17   with the TVT are underestimated in the medical

18   literature?

19   A    Well, I can't speak to that.  I wouldn't know

20   if they were underestimated.  I know that is

21   contended by many of your experts that it's terribly

22   under-related, but, you know, the FDA and Ethicon

23   have done just about everything they can to try to

24   maintain effective accountability of complications;

25   the AUGS Society, SUFU, ICS, IUGA, all of those

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

93

1    societies have tried to participate effectively in

2    the proper and frequent accountability and

3    accounting of specific issues.

4           Some of them go even as far as to report

5    patients who have had urinary tract infections as a

6    complication of this issue.  But, again, these

7    societies have done everything they can, as well as

Page 85

031717Fiegen.txt
```
 8   Ethicon and our FDA, to try to make as clear as we
 9   possibly can, to all of us physicians who are using
10   this product, what the true risks are for our
11   patients.
12           We have countless -- more than 2,000 good,
13   published studies that are helping us understand.
14   And, again, you can -- you can throw, you know,
15   stones at these articles and say they just don't
16   pick up all the patients that may have had issues.
17   And, possibly, that's true.  But, overwhelmingly,
18   they're so consistent with one another that I can't
19   believe that that is a significant part of what
20   we're missing now.
21           So, again, that's a long way to answer a
22   simple question, but I think it's necessary to -- to
23   make it clear that there is significant
24   accountability in this area.
25   Q   Doctor, you talked about the FDA reviewing
```

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

94

```
 1   reports of complications associated with
 2   transvaginal mesh.  Have you reported to the FDA any
 3   complications potentially related to transvaginal
 4   mesh?
 5   A   No.  Typically our complications are reported
 6   through the Ethicon system, and I assume that
 7   there's sharing of information.
 8   Q   The TVT-O removal surgery that you talked about
 9   earlier today, did you report those to Ethicon?
10   A   Yes.  The representatives became aware of that.
```
Page 86

031717Fiegen.txt

11  All of our sling revisions for patients who have
12  urinary retention, all of our exposures that are
13  done, all of those patients are reported to the
14  Ethicon representatives and to the Ethicon office.
15  Q    And you report those directly to your Ethicon
16  sales representatives; correct?
17  A    I'm not sure.  I don't know that this is a
18  representative -- or a sales rep.  I believe that
19  this number that we have to report to Ethicon any of
20  their products that have shown a complication like
21  this, I don't believe it is the sales
22  representative.  I believe it's a company
23  representative that takes those calls.
24  Q    And so there should be documentation in
25  Ethicon's records of where you reported each and

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

95

1   every one of these mesh revision surgeries
2   associated with their product; correct?
3       MR. KOOPMANN:  Object to form and foundation.
4   Go ahead.
5   A    I would expect that there are.  I'm not sure,
6   with obvious HIPAA requirements or confidentiality
7   requirements, if any of those patients' names are a
8   part of that or the physicians' names.  I don't know
9   how they manage that data.
10  Q    (By Mr. Jones) And then you make the assumption
11  that Ethicon then reports that information on to the
12  FDA; correct?

Page 87

031717Fiegen.txt
13   A     That is my expectation.  That's what I would

14   expect to occur.  And these are the same things, I

15   would think, Nate, that AMS, Boston Scientific,

16   Coloplast, any of these companies should be doing.

17   Q     And would it surprise you if Ethicon, after

18   receiving the information from you, did not report

19   that information to any regulatory bodies?

20        MR. KOOPMANN:  Object to form and foundation.

21   Go ahead.

22   A     It certainly would surprise me.

23   Q     (By Mr. Jones) Okay.  Did you review any

24   internal Ethicon company documents that discussed

25   TVT obturator being rushed to market?

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

96

1    A     Yes, I saw those.

2    Q     And how long did it take Ethicon to get TVT-O

3    to market in the United States?

4    A     I don't know that answer exactly.  I know that

5    I began using TVT-O in 2004.  That's all -- that's

6    all I know and the only way I can answer that

7    question.

8    Q     Do you think there's anything wrong with a

9    medical device company exclusively relying on a

10   study by the inventor of the medical device prior to

11   the company selling that particular device to

12   patients?

13   A     You know, you're asking two questions.  One

14   about study development and how the study was put

15   together, and the other is an ethical question.  And

Page 88

031717Fiegen.txt

16    I have no reason to believe that Dr. Ulmsten was not
17    an entirely ethical man.  Obviously, he had
18    opportunity to financially be rewarded in this
19    circumstance, but I do not believe that the studies
20    that he did were so poorly biased or contrived that
21    we would have taken a different approach or felt so
22    compelled to have other investigators do that work.
23    Q    And my question's a little different.  And I'm
24    just asking whether you think -- whether it's your
25    opinion that it is wrong for a medical device

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

97

1    company to exclusively rely on a study by the
2    inventor of the medical device that the company
3    launches?
4        MR. KOOPMANN:  Object to form.
5    Q    (By Mr. Jones) I'm not asking about the
6    methodology that Ulmsten used.  I'm asking a more
7    abstract question of whether it's your opinion that
8    it's incorrect for a medical device company to
9    exclusively rely on a study by the inventor of a
10   medical device prior to the company launching that
11   device?
12       MR. KOOPMANN:  Same objection.
13   A    You know, I think there are issues that need to
14   be addressed.  There are concerns that would be
15   unique in that circumstance.  But at the end of the
16   day it all comes down to whether the company's
17   representatives, whoever is involved in purchasing

Page 89

031717Fiegen.txt

18  this, has to be convinced that whatever studies that

19  were done, whatever they needed to feel as though

20  this was a product that they wanted to -- to bring

21  into their ownership, is entirely up to them.  They

22  have to make that decision.  Again, acknowledging

23  the fact that there are pitfalls associated with

24  that, and researcher bias has to be considered.

25  Q    (By Mr. Jones) All right.  I have a series of

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

98

1   questions that should go pretty quickly here.  Are

2   you an expert in biomaterial science, Doctor?

3   A    Well, again, I certainly helped -- I think I

4   helped in the development and the use of the TVT.  I

5   have not ever been involved in biomechanical

6   research at the bench level, only to be a part of

7   the ongoing clinical assessment of this product.

8   Q    Outside of the feedback that you gave to

9   Ethicon during your early clinical use of the TVT

10  product, have you done any work whatsoever with

11  providing consultation on medical devices to

12  companies?

13  A    I don't believe so.  I'm just trying to think

14  if -- I don't believe so.

15  Q    Have you ever done any type of pathological

16  analysis or pathology analysis on polypropylene

17  mesh?

18  A    No, I have not.

19  Q    Have you ever published any material on the

20  Burch procedure?

Page 90

031717Fiegen.txt

21  A    No, I have not.

22  Q    Have you ever published or written anything on

23  pubovaginal sling?

24  A    No, I have not.

25  Q    You're not an expert in polymer chemistry;

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

♀                                                                99

1   correct?

2   A    I do have an American Chemical Society

3   accredited degree in chemistry.  I worked with a

4   number of polymer surgeons doing research during my

5   undergraduate years, but, unfortunately, I can't say

6   that I'm an expert in polymer chemistry.

7   Q    All right.  Are you aware that when a patient

8   is implanted with transvaginal mesh, thereafter

9   experiences complications potentially associated

10  with the transvaginal mesh, that more often than not

11  they see a physician who did not implant the

12  transvaginal mesh product?

13  A    No, I would not agree with that.  I believe the

14  majority of the patients who have experienced

15  complications from their surgical intervention

16  surface early in their recovery and typically will

17  return to the physician who took care of them, at

18  least that's how it is --

19  Q    What do you base that -- what do you base that

20  statement on?

21  A    On my experience.

22  Q    Is that it?

Page 91

031717Fiegen.txt
23   A    Well, is that not enough?

24   Q    All right.  Doctor, earlier you brought up --

25   excuse me -- earlier you brought up some stem cell

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

100

1    research that you were performing with one of the

2    authors of an article that we discussed earlier

3    sponsored by a company named Cook Medical.

4           Have you used Cook Medical devices for the

5    treatment of SUI in your practice before?

6    A    No, I have not.

7    Q    Are you aware that Cook Medical did manufacture

8    surgical treatments for SUI?

9    A    I suppose I should know that, but I don't

10   recall that I have.

11   Q    Okay.  Tell me about the research related to

12   the stem cell work with Cook Medical.

13   A    It involves the harvesting of muscle cells that

14   are taken from the lateral thigh of women.  The

15   material is then exported to the Cook laboratories,

16   and it then is processed and goes through about a 6-

17   to 8-week process of identifying myofib -- I can't

18   get that out -- myofibrils and stem cells.  The stem

19   cells are already differentiated, I guess is what I

20   should be saying.  And when they're sent back to us,

21   those stem cells are then reimplanted into the

22   midurethra of these women.  And the initial

23   follow-up, which will be extended, but the initial

24   follow-up and report identifies patients who have

25   had this occurrence, and after one year we reassess
Page 92

031717Fiegen.txt

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

⚲

101

```
 1   these patients with not just standard exams,
 2   standard gynecological exams, but also with urologic
 3   evaluation and assessment of involuntary loss.
 4            These are patients who are experiencing
 5   primarily stress incontinence and women who do not
 6   have urethral hypermobility.  And Melissa Kauffman,
 7   you had pointed her out.  Melissa is very involved
 8   with this same study from Vanderbilt.
 9   Q    Doctor, do you know who Aaron Kirkemo is?
10   A    Aaron Kirkemo.  No, I don't -- I'm not
11   registering with that.
12   Q    Doctor, do you believe that the presence of the
13   foreign body or the mesh that is used in the TVT-O
14   can be responsible for chronic pain syndromes in
15   patients?
16   A    No.  I believe that the inflammatory response
17   with any surgical intervention, any foreign body
18   placement can lead to persistent pain simply because
19   of their ongoing inflammatory process.  Again, this
20   is an issue that is so infrequent with midurethral
21   slings as to lead to the question of whether -- why
22   we would, yeah, concern ourselves with that.
23            I understand why patients are concerned
24   about pain following any surgical procedure, and it
25   should be investigated.  And occasionally, because
```

031717Fiegen.txt

```
                                                              102

     1   of the chronicity of those events, occasionally the

     2   sling or the other device, whatever it is, has to be

     3   sacrificed.

     4   Q     Doctor, do you know who Dr. Ming Chen is?

     5   A     Yes, I do.

     6   Q     Do you know who Dan Lamont is in relationship

     7   to this litigation?

     8   A     No, I do not.

     9   Q     Doctor, do you know Dr. David Robinson?

    10   A     David Robinson.

    11   Q     Or do you know who Dr. David Robinson is in

    12   relationship to this litigation?

    13   A     No, I do not.

    14   Q     Doctor, do you know who Dr. James Hart is in

    15   relationship to this litigation?

    16   A     James Hart?  Is he the former chairman of

    17   Harvard OB/GYN Department?

    18   Q     I don't know.

    19   A     I think --

    20   Q     I honestly don't know.  I'm not trying to quiz

    21   you.  I have no idea.

    22   A     You know, I think that --

    23   Q     Go ahead.

    24   A     -- there was a Dr. Hart, I can't remember if it

    25   was James, that was the former chairman of the
```

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

```
                                                              103


     1   OB/GYN Department at Harvard.
```
                            Page 94

031717Fiegen.txt

2   Q    Doctor, do you know who Dr. Thomas Barbour is

3   in relationship to this litigation?

4   A    Yes, I do.

5        MR. KOOPMANN:  Hey, Nate, when we get to a good

6   stopping point --

7        MR. JONES:  You want to take a break?

8        MR. KOOPMANN:  Yeah.  That's what I was just

9   going to ask.

10       (Recess taken from 12:01 p.m. to 12:19 p.m.)

11   Q   (By Mr. Jones) Doctor, are you ready to proceed

12   after a short break?

13   A    Yes, yes.

14   Q    Okay.  We talked earlier about some medical

15   societies such as AUGS and SUFU.  Have you reviewed

16   any deposition testimony that has discussed the

17   total amount that Ethicon has paid to medical

18   societies like AUGS and SUFU?

19   A    No, I have not.

20   Q    Are you aware of whether or not Ethicon, when

21   it manufactures the polypropylene mesh used in the

22   TVT products, whether Ethicon uses any antioxidants?

23   A    Yes, I am.

24   Q    Okay.  And are you aware of what antioxidants

25   Ethicon uses on its TVT mesh?

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

104

1   A    Yes, I am.

2   Q    And what antioxidants does Ethicon use?

3   A    Well, one of them is -- let's see if I can get

Page 95

031717Fiegen.txt

 4     these letters correct.  I believe it's DLDTV -- DTP

 5     and the other is escaping me.  It starts with an

 6     "S," but I'm aware that there are two antioxidants

 7     that are primarily used to coat the TVT slings.

 8     Q    When we talked about certain patients who have

 9     had an allergic reaction to the polypropylene mesh

10     used by Ethicon, is it possible that the patient's

11     allergic reaction was to the additives?

12     A    I don't think -- I don't think I'm in a

13     position to be able to make that determination.

14     Q    Okay.  And then the last series of questions --

15     I always hate asking these questions, but I wouldn't

16     be doing my job if I didn't ask them.

17          Have you ever been sued before, Doctor?

18     A    Yes, I have.  I had a case early in my career

19     in 1988 of a patient that we did -- how much detail

20     do you want, Nate?

21     Q    Give me all the detail you want to give.

22     A    All right.  In about 1988 or '89 I happened to

23     be the only gynecologist that was offering

24     endometrial ablations in this region.  And we had

25     about a 43- or 44-year-old lady that presented to us

                Pat L. Beck, Court Reporter
         605.351.8200   stenopat@sio.midco.net

                                                         105


 1     who was having very heavy menstrual flow and she was

 2     requiring blood transfusions to keep her from

 3     becoming critically anemic.  She had two previously

 4     replaced heart valves and so she was on continuous

 5     anticoagulant therapy.

 6          It was so important for her that her
                     Page 96

031717Fiegen.txt

7  cardiologist would not allow her to be -- to allow
8  her to discontinue that product.  She was -- she
9  presented to me.  We discussed the issue at hand,
10  the approach that included general anesthesia, and a
11  laser ablation of the endometrial tissue, which
12  basically was a cauterizing effect and a destructive
13  procedure attempting to destroy the endometrium
14  within the cavity of the uterus.  During that
15  procedure the nurses placed a cautery pad, a
16  grounding pad, from the monopolar cautery unit on
17  her abdomen.
18         And, unfortunately, there was a wrinkle in
19  that pad, and so every time I used the cautery there
20  was an arcing of that electrical charge across and
21  onto her abdomen.  She developed a second degree,
22  about quarter-size blister in that area.
23         We -- because of this patient's cardiac
24  history, we kept her in the hospital overnight.  She
25  did very well.  We became aware of the burn and

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

106

1  offered this patient consultation with plastic
2  surgery to look at this, to offer recommendations.
3  She chose not to do that.
4         The burn was then treated the way we
5  typically would treat any burn.  The patient was
6  seen two weeks following her procedure.  She was
7  doing very well.  I asked to see the burn area.  She
8  said it was just fine, and she didn't feel like

Page 97

031717Fiegen.txt
9    taking her shirt off, or whatever, and so we went
10   along.
11          I saw her again at six weeks.  She was --
12   again, she was doing very well.  She was not
13   bleeding at all.  And then some two years after her
14   surgery I received a Summons and Complaint that we
15   were being sued because of this injury that she had
16   sustained.  Ultimately, this was settled by the
17   insurance company that represented me and by the
18   hospital that I worked at.  The malpractice
19   settlement was --
20       MR. KOOPMANN:  I don't know, Dr. Fiegen, if it
21   was a confidential settlement.  Do you know that?  I
22   mean, I don't want you to get into trouble to
23   disclosing the settlement if it was confidential.
24   A    I don't know.  If it was confidential, I
25   probably shouldn't have been told myself what the

1    numbers were, but it was very low.  And that was --
2    that's the only malpractice case that I've been
3    involved with.  There was no trial or there was
4    no -- I never had any direct interaction with the
5    attorney that was representing my patient.
6    Q    (By Mr. Jones) Any complaints to the State
7    Medical Licensing Board, Doctor, that you're aware
8    of?
9    A    No.  I'm not aware of any.
10   Q    Are you aware of any medical literature that
11   discusses the particles from the TVT polypropylene

031717Fiegen.txt

12  mesh causing pain in patients?

13  A    Yes.  I'm aware of those articles.

14  Q    And are you aware of physicians reporting to

15  Ethicon that particles from polypropylene mesh can

16  cause pain in patients?

17  A    No.  I'm not aware of that.

18  Q    Okay.  As you sit here today, you don't recall

19  seeing a document in which Dr. Hilton reported to

20  Ethicon that particles from polypropylene mesh can

21  cause pain, specifically vaginal pain in women?

22  A    I can't recall reading that specifically.  I've

23  heard that suggestion that it would cause -- that it

24  can cause vaginal pain.  I just don't remember the

25  specific article that may have suggested that.

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

108

1  Q    Okay.  Earlier, when we went over your report,

2  we discussed a 2008 article by Pam Moalli that's

3  cited in your report.  Do you recall that?

4  A    Yes.  Yes, I do.

5  Q    And if you want to get out that article.  I'm

6  just going to read you a couple of passages from the

7  article so it might help you to follow along.  It

8  might save us both some time here.

9  A    Okay.  I'm getting to it right now.  Okay.

10  Q    Okay.  And right now, Doctor, you're looking at

11  an article by Pam Moalli titled "Tensile Properties

12  of Five Commonly Used Midurethral Slings Relative to

13  the TVT" published in the International

Page 99

031717Fiegen.txt

14  Urogynecology Journal in 2007; correct?

15  A    Okay.  Yes.

16  Q    Okay.  And this is an article that you cite to

17  in the body of your expert report on TVT and TVT-O;

18  correct?

19  A    Correct.

20       MR. KOOPMANN:  Nate, just for the record, I

21  think you said 2007.  It says 2008 on the article.

22  Q    (By Mr. Jones) Sorry.

23  A    Yeah.  It was accepted in 2007 and published

24  January of 2008.

25  Q    Yes.  Sorry, Doctor.  You're looking at an

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

109

1  article by Pam Moalli titled "Tensile Properties of

2  Five Commonly Used Midurethral Slings Relative to

3  the TVT" published in 2008; correct?

4  A    Yes.

5  Q    And this is the same article that you cite to

6  in the body of your expert report on TVT and TVT-O;

7  correct?

8  A    Correct.

9  Q    And, if you can, turn to page 2 of the article.

10 A    Okay.

11 Q    On the left-hand side of page 2 at the top of

12 the page where it starts, "The mesh easily deforms

13 when tensioning under the urethra."

14       Are you with me?

15 A    I think I must be getting close.  Okay.  That

16 was midway through the sentence, obviously.  The

031717Fiegen.txt

17    mesh easily deforms...

18    Q    It says, "The mesh easily deforms when

19    tensioning under the urethra."

20            Did I read that correctly?

21    A    Yes.

22    Q    And the full sentence, which starts on the page

23    before.

24    A    Yeah.

25    Q    I'll go ahead and read that in full.  "For

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

110

1    example, one of the primary problems in using the

2    TVT is that as a result of its low stiffness, the

3    mesh easily deforms when tensioning under the

4    urethra."

5            I read that correctly; right?

6    A    Yes.

7    Q    Okay.  Do you agree with that sentence?

8    A    No, I do not.

9    Q    Okay.  And then if you turn to the second to

10    the last page, page 8 of 9 under the "Discussion"

11    section.

12    A    All righty.

13    Q    And focus on the right-hand column of the

14    article, second to the last sentence of the first

15    paragraph on the right-hand column of page 8 of 9.

16            It starts, "Gynecare mesh permanently

17    elongated by more than 10 percent of its initial

18    length, confirming the easy permanent deformability

Page 101

031717Fiegen.txt

19   of this mesh that is observed clinically during

20   placement."

21        Did I read that correctly?

22   A    Yes.

23   Q    Do you have any reason to disagree with Dr.

24   Moalli's statement that "Gynecare mesh permanently

25   elongated by more than 10 percent of its initial

                    Pat L. Beck, Court Reporter
              605.351.8200   stenopat@sio.midco.net

♀                                                          111

1    length, confirming the easy permanent deformability

2    of this mesh that is observed clinically during

3    placement"?

4    A    Well, I have not done this study myself.

5    Clinically, if this occurs, it leads to no

6    significant issues with regard to success or issues

7    that follow and that can occur with the midurethral

8    sling.

9         I have no way of refuting her findings

10   because I haven't done the same study.  And I can

11   only tell you that when the sling is placed, and

12   it's positioned properly, and it's held effectively

13   in position, that if removal of the sheath leads to

14   a lengthening of the mesh, it has had virtually no

15   clinical significance in my practice.

16   Q    Are you familiar with a product called the

17   I-STOP mesh?

18   A    Would you say that once more?

19   Q    Yeah.  It's a product called I-STOP mesh.  And

20   it's spelled capital I, dash, capital S-T-O-P.

21   A    No, I don't believe I am.

                    Page 102

031717Fiegen.txt

22      MR. JONES:  Okay.  Doctor, those are all the

23  questions I have for you.  Barry might have some

24  questions for you, and I might have some questions

25  in response to his, but those are all the questions

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

₀

112

1   I have for now.  Thank you very much for your time.

2       THE WITNESS:  Thank you, Nate.

3   EXAMINATION BY MR. KOOPMANN:

4   Q    Dr. Fiegen, I do have some follow-up questions

5   for you.  Does your TVT and TVT-O report that was

6   marked earlier today as Exhibit 4 contain your

7   opinions regarding the safety and efficacy of the

8   TVT and TVT-O devices and their labeling?

9   A    Yes, it does.

10  Q    And do you hold those opinions to a reasonable

11  degree of medical certainty?

12  A    I do.

13  Q    All right.  And what are the bases for the

14  opinions that you've provided here today?  I mean,

15  is one of the things the medical literature that

16  you've reviewed?

17  A    Of course, yes.  The medical literature that

18  I've been reading for many years, more than 20

19  years, and my clinical experience.  All of those --

20  or those two, in particular, really allowed me to

21  offer my opinions in the way that I have.

22  Q    Okay.  And do you practice evidence-based

23  medicine?

Page 103

031717Fiegen.txt

24     A     Yes, we do.

25     Q     What does that mean?


             Pat L. Beck, Court Reporter
      605.351.8200   stenopat@sio.midco.net

                                                         113


 1     A     It means that utilizing the peer-review

 2     journals, the systematic reviews, the Cochrane

 3     reviews, you allow that to establish, along with

 4     your typical societies, standard of care for

 5     patients.  And that is the approach that you take

 6     with all medical procedures or medical therapy.

 7     Q     And what are considered the highest levels of

 8     evidence in the practice of evidence-based medicine?

 9     A     Well, level one evidence, of course, is

10     important, but the highest levels are the systematic

11     reviews, the meta analyses, and the Cochrane

12     reviews.

13     Q     What's the lowest level of evidence?

14     A     Discussion with physicians at conference.  I'm

15     sorry.  Probably -- I believe there's a level four

16     that -- I think there's a level four.

17     Q     And where do internal company e-mails and

18     documents fall on that scale of levels of evidence?

19     A     It would be at the lowest level.

20     Q     Are the complications that you've seen in your

21     practice using the TVT and TVT-O devices consistent

22     with the warnings that are listed in the adverse

23     reaction section of the IFU as it existed before

24     2015 for those devices?

25     A     It is.

                        Page 104

031717Fiegen.txt
Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

♀

114

1    Q    Is it basic medical and surgical knowledge that

2    post-surgical pain can be chronic or temporary?

3    A    It is.

4    Q    Is it basic surgical knowledge that if pain

5    with intercourse presents itself after any stress

6    urinary incontinence surgery that that pain could be

7    temporary or permanent?

8    A    Yes.

9    Q    Is it basic surgical knowledge that when an

10   adverse reaction occurs, further surgery may be

11   required to correct it?

12   A    Yes.

13   Q    Even multiple surgeries?

14   A    Yes.

15   Q    Is it obvious to a pelvic floor surgeon that a

16   macroporous surgical mesh, like the TVT mesh, or the

17   mesh used in the TVT-O, which is designed to have

18   tissue incorporate into the pores, that that could

19   require significant dissection to remove it after

20   the tissue incorporation has occurred?

21   A    Yes.

22   Q    How many TVT retropubic Gynecare slings have

23   you implanted in your career?

24   A    I don't have an exact accounting, but the

25   retropubic procedures -- or of the slings that I've

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

♀

115

031717Fiegen.txt

1   placed, some 2,400, it would be my guess that 7- to

2   800 of those have been retropubic slings.

3   Q    And specifically the Gynecare TVT retropubic

4   slings?

5   A    Yes.

6   Q    And how many Gynecare TVT obturator slings have

7   you implanted among those 2,400?

8   A    It would be the remainder.  Let's see.  1,800

9   maybe -- or, no.  Yeah, I think that's the right

10  number.  1,700 transobturator slings.

11  Q    So approximately 1,700 transobturator slings

12  and approximately 700 --

13  A    -- retropubic slings.

14  Q    Okay.  And out of those 2,400 midurethral

15  slings that you've implanted that were made of

16  polypropylene mesh, how many patients do you think

17  may have experienced an allergic reaction to the

18  mesh?

19  A    Well, I believe that two of them -- two of them

20  did.  And that was why we removed their mesh, and

21  they did see almost complete resolution of their

22  discomfort.  Again, I have no certainty that this

23  was a true allergic reaction.  These patients did

24  not respond to antihistamines.  They did not respond

25  to other medical therapy or to injection.  And,

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

116

1   again, it -- that was my sense was that this was a

2   rejection due to an allergic-type response.

Page 106

031717Fiegen.txt

```
 3   Q    Would it be fair to characterize that sense you
 4   had as a hypothesis regarding what was going on with
 5   the patients?
 6   A    Yes.  Absolutely.
 7        MR. JONES:  Objection.
 8   Q    (By Mr. Koopmann) Would you characterize that
 9   sense that you had as a scientific conclusion based
10   on peer-reviewed published evidence?
11   A    No.
12   Q    How many patients would you estimate that
13   you've treated in general who have had a TVT or a
14   TVT-O sling implanted whether by you or anybody
15   else?
16   A    The patients that I have seen from other
17   physicians are typically patients who are either
18   experiencing reoccurring incontinence or they have
19   other related issues that they believe to be
20   associated or to be a part of prior slings that
21   they've placed.
22            And so, again, I have no absolute count
23   about that, but I'm guessing that since starting our
24   urogyne unit in 2004, I've had 50 to 60
25   consultations in that regard.
```

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

117

```
 1   Q    Do you have any concerns about placing the
 2   trocars of the midurethral slings blindly in the
 3   space of Retzuis?
 4   A    Well, no.  I believe all of us understand the
```

Page 107

031717Fiegen.txt

5    anatomy in that region, and we understand that if

6    you don't follow the anatomy effectively or

7    appropriately, things like bladder perforation can

8    occur, or vascular injury, or even in some cases

9    there have been a few patients who have had

10   bowel-related injuries.  Far fewer now because very

11   few of these patients are done under local

12   anesthesia any longer.

13   Q    I think you mentioned earlier that you

14   currently use the TVT Exact when performing a

15   retropubic midurethral sling procedure; is that

16   correct?

17   A    Correct.

18   Q    And that's what your hospital currently stocks,

19   the TVT Exact?

20   A    Yes.

21   Q    If they started stocking the original TVT

22   retropubic midurethral sling tomorrow, would you use

23   that sling?

24   A    Sure.  Yes, I would.  I never -- again, I never

25   did ask for the Exact, but it's a very effective and

                    Pat L. Beck, Court Reporter
            605.351.8200   stenopat@sio.midco.net

                                                        118

1    useful sling.  I've gotten so that I really enjoy

2    using that or like to use that, and I think I would

3    be a little disappointed if we had to go back, but

4    that's the way I started, and that sling works very,

5    very effectively.

6    Q    Why did you transition away from using fascia

7    lata slings?

                    Page 108

031717Fiegen.txt

8   A    Because we had way too many failures and we had

9   more frequent urinary retention and de novo urgency

10  with those patients.

11  Q    Have you ever implanted biologic slings for the

12  treatment of stress urinary incontinence?

13  A    Yes, I have.   One of those was a porcine dermis

14  product that was recommended to us.   Unfortunately,

15  100 percent of those slings became infected and all

16  of them had to be removed secondarily.

17  Q    Okay.   One of the articles that you've reviewed

18  in the course of your work in this case is a

19  Cochrane Review by Ford, Rogerson, Cody and Ogah; is

20  that correct?

21  A    Correct.

22  Q    And this is one of those types of evidence that

23  you said is among the top levels of evidence?

24  A    Yes.

25  Q    Okay.   And this was a study that was looking at

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

119

1   randomized or quasi-randomized controlled trials

2   among women with stress urinary incontinence,

3   urodynamic stress incontinence, or mixed urinary

4   incontinence; is that right?

5   A    Yes.

6   Q    And it looked at -- they included in their

7   analysis how many trials?

8   A    Eighty-one trials, I believe it was.

9   Q    And that involved an evaluation of how many

Page 109

031717Fiegen.txt

10     women?

11     A     More than 12,000 women.

12     Q     Okay.  And the authors set forth their

13     conclusions in that article; is that correct?

14     A     Yes.

15     Q     And did they say, "Midurethral sling operations

16     have been the most extensively researched surgical

17     treatment for stress urinary incontinence in women

18     and have a good safety profile.  Irrespective of the

19     routes traversed, they are highly effective in the

20     short and medium term, and accruing evidence

21     demonstrates their effectiveness in the long-term.

22     This review illustrates their positive impact on

23     improving the quality of life of women with stress

24     urinary incontinence."

25              Did I read that correctly?


              Pat L. Beck, Court Reporter
         605.351.8200  stenopat@sio.midco.net

♀
                                                        120


1      A     Yes.  Yes.

2      Q     And is this one of the articles that you've

3      reviewed and replied on in forming your opinions

4      regarding the safety and efficacy of the TVT and

5      TVT-O devices?

6      A     Yes, it is.

7      Q     And you were asked some questions earlier about

8      the Amid classification.  Do you remember those

9      questions?

10     A     Yes.  Yes.

11     Q     And I think the question was, or the discussion

12     was whether that is a classification system used in

031717Fiegen.txt

13    hernia repairs.   Do you remember that?

14    A    Yes.   Yes.

15    Q    This Ford Cochrane Review regarding midurethral

16    sling surgeries references the Amid classification,

17    doesn't it?

18    A    Yes, it does.

19    Q    And it says Type 1 mesh -- well, it talks about

20    Type 1 mesh.   Is that a type or one of the

21    classifications in the Amid classification system?

22    A    It is.

23    Q    And it says, "Type 1 mesh has the highest

24    bio-compatibility with the least propensity for

25    infection.   Differences in their efficacy and

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

121

1    complications are likely to be due to several

2    factors, including the different knits and weaves of

3    the various type materials -- tape materials, their

4    biomechanical properties and histological

5    bio-compatibility."

6              Did I read that correctly?

7    A    Yes.

8    Q    And then it says, "Pore size affects the

9    inflammatory response and resultant connective

10    tissue formation within and into the mesh, and the

11    rearrangement of materials, such as collagen, within

12    the mesh structure."

13              Did I read that correctly?

14    A    Yes.

031717Fiegen.txt

15    Q     And it says, "Macroporous meshes' pore size in

16    excess of 75 microns easily allow macro fascias,

17    leukocytes, fibroblasts, blood vessels, and collagen

18    to transverse the pores, thus macroporous meshes

19    promote tissue host in-growth with resultant

20    bio-compatibility and low risk of infection."

21          And it cites Amid; is that correct?

22    A     Yes.

23    Q     And is the TVT mesh that's used in the TVT

24    device and the TVT-O device the Type 1 mesh?

25    A     It is.


                    Pat L. Beck, Court Reporter
            605.351.8200   stenopat@sio.midco.net

⚥

                                                      122


1     Q     And this Ford Cochrane Review speaks to the

2     issue of dyspareunia in connection with retropubic

3     and transobturator sling procedures; correct?

4     A     Correct.

5     Q     And it reports that in all the trials they

6     analyzed, there was significant improvement in

7     sexual function from baseline scores during the

8     follow-up period that spanned 6 to 24 months.  Is

9     that right?

10    A     Correct.

11    Q     And they noted that there were no significant

12    differences between the two groups?

13    A     Right.

14    Q     And they also noted that at 24-month follow-up,

15    rates of superficial and deep dyspareunia were low

16    with no difference between the groups.  Is that

17    right?

                    Page 112

031717Fiegen.txt

18    A    Right.

19    Q    Another article that you considered in forming

20    your opinions was an article, and I think you

21    discussed this in your report.  It's a systematic

22    review and meta analysis by a Dr. Tommaselli and

23    colleagues.  Is that right?

24    A    Right.

25    Q    And this looked at only studies with a

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

123

1    follow-up of 36 months for transobturator

2    midurethral slings and 60 months for retropubic

3    midurethral slings.  Is that right?

4    A    Yes.  Yes, it is.

5    Q    That study spoke to the issue of chronic or

6    persistent pain; correct?

7    A    Correct.

8    Q    Okay.  And it indicated that persistent or

9    chronic pain, which they defined as pain persisting

10    beyond the perioperative period or reported at the

11    last follow-up visit was reported by 13 patients for

12    retropubic midurethral slings and 30 patients for

13    transobturator midurethral slings.  Is that right?

14    A    Right.

15    Q    So that's 13 retropubic patients out of 3,974?

16    A    Right.

17    Q    And 30 transobturator patients out of a total

18    of 2,432?

19    A    Right.  Yes.

031717Fiegen.txt

20   Q    And is this one of the studies that you

21   reviewed and relied on in forming your opinions

22   regarding the safety and efficacy of the TVT and

23   TVT-O devices?

24   A    It was.

25   Q    Another study that you -- did you also look at

                    Pat L. Beck, Court Reporter
              605.351.8200   stenopat@sio.midco.net

                                                              124

 1   a paper by an author named Schimpf and Colleagues?

 2   A    Yes.

 3   Q    And that was a systematic review and meta

 4   analysis as well?

 5   A    Yes.

 6   Q    And that was done by the Society of Gynecologic

 7   Surgeons' Systematic Review Group.  Is that right?

 8   A    Yes.

 9   Q    And that study included a table that lists the

10   summary estimate of incidence for various

11   complications associated with not only retropubic

12   and obturator midurethral slings made of synthetic

13   polypropylene mesh, but also procedures involving --

14   or the pubovaginal sling procedure and Burch

15   procedure.  Is that true?

16   A    Yes.

17   Q    And does this Schimpf study, the systematic

18   review and meta analysis suggest that chronic pain

19   or dyspareunia are complications that are unique to

20   midurethral sling surgeries?

21   A    No, it does not.

22   Q    And that's a study that you reviewed and relied

                    Page 114

031717Fiegen.txt

23    on in forming your opinions in this case?

24    A     Yes, it was.

25    Q     You were asked a question earlier about the

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

125

1     antioxidants that are used in the TVT and TVT-O

2     mesh.  You mentioned one that was, I think it was

3     DLTDP that you said?

4     A     Yes.

5     Q     And you said the other one started with an "S,"

6     but --

7     A     Yeah.  I just -- yeah, I couldn't bring it to

8     the tip of my tongue.

9     Q     Was Santonox the --

10    A     Santonox.   Exactly.

11    Q     Santonox was the one you were thinking of?

12    A     Yes, it was.

13          MR. JONES:   Objection.

14    Q     (By Mr. Koopmann) Do systematic reviews and

15    meta analyses of the literature such as the Schimpf,

16    and Tommaselli, and Ford reviews that we just looked

17    at, did those suggest to you -- strike that.

18             Do those systematic reviews and meta

19    analyses like the Schimpf, Tommaselli, Ford

20    articles, shed any light on whether retention is

21    taking place due to sling contraction?

22    A     Yes, I believe they do.  And it's clear that,

23    in those studies, that there was very low rates of

24    urinary retention with either retropubic or

Page 115

031717Fiegen.txt
25    transobturator slings.

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

126

 1   Q     The Schimpf study, for instance, indicates that
 2   retention lasting longer than six weeks
 3   post-operatively occurred with 2.4 percent of
 4   transobturator sling patients?
 5   A     Yes.
 6   Q     And what percentage of retropubic sling
 7   patients?
 8   A     2.7 percent.
 9   Q     And in what percentage of patients receiving a
10   pubovaginal sling?
11   A     7.5 percent.
12   Q     And in what percentage of patients receiving a
13   Burch procedure?
14   A     7.6 percent.
15   Q     There was some discussion earlier of fraying of
16   the mesh.  And I think there was a discussion of
17   whether, when it's removed, the ends can be frayed.
18   Does that mean the ends that are removed -- the ends
19   of the mesh from the removed specimen?
20   A     Well, the removal of the specimen is in and of
21   itself a distorting process.  The removal of the
22   mesh can't occur without significant pressure and
23   tension on the material that is being removed.  And
24   the material that is -- when it is removed, again,
25   it becomes terribly distorted, but at the time of

031717Fiegen.txt

1    dissection it's easy enough to see that this

2    material is lying quite properly and is easy -- I

3    mean, when you do a portion of that dissection, you

4    see a very nicely laid-in piece of prolene mesh.

5            But, again, our process is to remove the

6    fibrotic capsule that exists within the mesh and to

7    extract it, and in doing so, the mesh becomes, of

8    course, badly distorted.

9    Q    The mesh that you've removed?

10   A    Yes.  The mesh, once removed, it is, again,

11   very distorted.

12   Q    In your experience, does the mesh that remains

13   in the patient, albeit having had a piece removed,

14   does that become badly distorted?

15   A    No.  No.  The focus, again, on exposed mesh is

16   to remove as little of that as possible.  We know

17   that once that exposure occurs that there is no

18   alternative to removal of the exposed mesh and

19   re-approximation of tissue.  Once re-approximated it

20   will heal over that area.  But without the removal

21   of that, oftentimes, very small segment of mesh, it

22   does not heal effectively.

23   Q    Is it commonly known among pelvic floor

24   surgeons, that if a mesh exposure occurs, that the

25   woman's partner could feel that exposure during

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

031717Fiegen.txt
1    sexual intercourse?

2    A    I suspect that that can occur sometimes.  I

3    don't know to what -- yeah.  Again, it certainly can

4    occur and does occur.

5    Q    And do you think that's something that is

6    commonly known among pelvic floor surgeons?

7    A    Oh, I believe it is.

8    Q    Can Burch sutures be placed too tightly causing

9    urinary retention?

10   A    Absolutely.

11   Q    Can fascia lata slings or rectus fascia slings

12   be placed too tightly causing retention?

13   A    Yes.

14   Q    You were asked some questions about the

15   reliance list earlier, and you said you didn't

16   personally prepare that reliance list.  Is that fair

17   to say?

18   A    Yes.  I didn't type it.

19   Q    The reliance list at the front indicates that

20   it incorporates the articles that you've referenced

21   in your report?

22   A    Right.

23   Q    You were asked some questions about the Ward/

24   Hilton five-year follow-up study.  Do you recall

25   that?

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

129

1    A    Yes.

2    Q    And you were asked some questions about

3    Ethicon's involvement in that study.  Do you
Page 118

031717Fiegen.txt

4    remember those questions?

5    A    Yes.

6    Q    One of the things that the authors noted was

7    that the investigators had complete freedom to

8    analyze the data and report the results as they saw

9    fit.  Is that right?

10   A    Yes.

11   Q    Even if Plaintiff's counsel showed you an

12   article of a low-level case report, or series, or

13   other study that suggested that there was roping, or

14   curling, or fraying, or particle loss of the mesh;

15   would that change your opinions whether those things

16   are not clinically significant?

17   A    No.

18   Q    And why is that?

19   A    Well, because we see such good results with our

20   patients.  You know, particle loss, honestly, is

21   almost silly to talk about when you think of all of

22   the different surgeries that we do intra-abdominally

23   and within the pelvis where small pieces of either

24   the end of a very small needle or clips that are

25   applied internally.  It's silly to not understand

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

♀

130

1    and expect that the normal physiologic process of

2    encapsulation and protection of the body does not

3    occur with those in the same way that it does with

4    the midurethral sling.  And so at least the particle

5    loss is something that, honestly, is just a silly

Page 119

031717Fiegen.txt

6  debate because every one of the physicians who have

7  suggested that has gone through medical school, they

8  know human physiology, and should truly consider

9  that.

10         The issue of roping, fraying, curling, I

11 don't -- I don't know that that doesn't occur, but

12 if it does, it has effectively no clinical

13 significance for my patients.

14 Q    And is that based on your review of the --

15 well, it's based on your clinical experience, in

16 part?

17 A    Yes.

18 Q    Is it also based on those systematic reviews

19 and meta analyses?

20 A    Yes.

21 Q    Do physicians in your experience use the terms

22 "erosion" and "exposure" and "extrusion"

23 interchangeably?

24 A    They do.  They do.

25 Q    And when the Instructions For Use warns that

Pat L. Beck, Court Reporter
605.351.8200  stenopat@sio.midco.net

♀

131

1  there can be an extrusion or erosion, does that tell

2  a surgeon that the mesh can become exposed within

3  the vagina?

4  A    It does.  It does.  We all know that there are

5  definitions, very clear definitions for these

6  things, but we're just lazy enough to continue to

7  use exposure, or extrusion, or whatever,

8  interchangeably.  And we talk about them in that way

Page 120

031717Fiegen.txt

9    without specific -- without adherence to the very

10   specific definitions that have been provided.

11   Q    Can a wound dehiscence occur in connection with

12   any surgery?

13   A    Yes, it can.

14   Q    And that's when a surgical incision that's been

15   closed reopens?

16   A    Correct.

17   Q    And can it happen in a midurethral sling

18   surgery?

19   A    It can.

20   Q    And so the midurethral incision through which

21   the sling is implanted can dehisce or open revealing

22   the sling underneath?

23   A    It can.

24   Q    And is that commonly known knowledge among

25   pelvic floor surgeons?

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

1    A    Absolutely.

2    Q    Is frequency of complications associated with

3    anti-incontinence procedures reported in the

4    peer-reviewed published medical literature;

5    frequency of complications?

6    A    Is that reported?

7    Q    Yes.  In the medical literature, like the

8    Schimpf study we just saw.

9    A    Yes.  Yes, it is.

10   Q    And does that frequency vary from study to

031717Fiegen.txt

11    study?

12    A    Yes, it does.

13    Q    And is that part of the reason why systematic

14    reviews and meta analyses are helpful because it

15    encapsulates all of the various studies out there to

16    try to take a look at what the true incidence is?

17    A    Yes.

18    Q    And is it your opinion, because the frequency

19    with which complications occur is ever-changing and

20    reported in the medical literature, that that does

21    not need to be included in the IFU?

22    A    No, I don't believe that it does.

23    Q    No, you don't believe that it does need to be

24    included in the IFU?

25    A    Correct.  I don't believe it needs to be

                    Pat L. Beck, Court Reporter
             605.351.8200   stenopat@sio.midco.net

                                                            133


1     included in the IFU.

2     Q    Even if studies don't have pain or dyspareunia

3     or any other complication listed as the primary end

4     point of the study, do those studies nonetheless

5     track pain and dyspareunia and other complications

6     and report on them?

7         MR. JONES:  Object.

8     A    I think they typically do.

9         MR. KOOPMANN:  Those are the questions I have

10    for you, Dr. Fiegen.  Mr. Jones may have some

11    follow-ups.

12    EXAMINATION BY MR. JONES:

13    Q    Okay.  Doctor, rapid-fire action here.
                        Page 122

031717Fiegen.txt

14    Encapsulation is part of the normal physiological

15    healing process in every patient; correct?

16    A    Every patient that has an intact immune system.

17    Q    Okay.  And when you remove mesh there is a

18    fibrotic capsule on the mesh; correct?

19    A    Correct.

20    Q    And of the 2,400 patients that you have

21    implanted the sling in, are you aware of the

22    percentage of those patients who have filed a

23    lawsuit alleging that the implant they received was

24    defective?

25    A    No.  I am not aware.

                    Pat L. Beck, Court Reporter
              605.351.8200   stenopat@sio.midco.net

                                                          134

1    Q    Okay.  And of those 2,400 patients, are you

2    aware of the percentage of those patients who

3    currently suffer from urinary retention?

4    A    Well, I believe I am aware.

5    Q    Okay.  What is the percentage?

6    A    Of patients experiencing urinary retention?

7    Q    Yeah.  Of your 2,400 --

8    A    Yeah.

9    Q    -- patients that --

10    A    Yeah.

11    Q    -- you have implanted a sling in, what

12    percentage of those patients currently, today,

13    suffer from urinary retention?

14    A    I don't think any of them do, Nate.  We treat

15    that.  If we have to, we go back to the operating

031717Fiegen.txt

16    room and release tension on the sling.   We

17    frequently will do urodynamic testing with those

18    patients.

19           Almost all of them are tested to make

20    certain that we haven't missed a potential bladder

21    atony that may be developing or may have occurred,

22    and make certain that release of the sling is very

23    likely to improve that patient's retention.   But we

24    just don't leave them sitting.

25    Q    I get it.   Of those 2,400 patients that you've

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

135

1    implanted the sling in, are you currently aware of

2    the percentage of those patients who report vaginal

3    pain today?

4    A    When they report vaginal pain to us, we address

5    that issue in many different ways, either medically

6    with analgesics, with physical therapy, with trigger

7    point injections.   And if their pain does persist,

8    and we believe that it is entirely related to the

9    effects of the surgery and the presence of the

10   midurethral sling, we simply go ahead and discuss

11   with them the option of a removal.   And many of our

12   patients who have reported some persistent pain at

13   pain levels of 2 or 3, they would much rather deal

14   with that and use occasional analgesics than to

15   return to a life of urinary incontinence.

16   Q    Okay.   And you kind of answered the question

17   but you kind of didn't, so I have to ask it again.

18   A    All right.

Page 124

031717Fiegen.txt

19   Q    Of the 2,400 patients that you've implanted a

20   sling in, are you aware of the percentage of those

21   2,400 women who currently suffer from vaginal pain?

22   A    No, I'm not aware of that percentage.  My hope

23   is that it's zero percent that continue to have

24   pain.  We only know if they return, and we have a

25   very good follow-up with our patients.  And I'm not

                Pat L. Beck, Court Reporter
         605.351.8200   stenopat@sio.midco.net

                                                    136


 1   sure if it's the nature of our clinic, if it's our

 2   preoperative indoctrination or if it's just the

 3   patients themselves who continue to follow up.  I

 4   maybe should include the approach that we take.  Any

 5   patient who undergoes surgery through our office

 6   will ultimately be contacted within 24 hours after

 7   their surgery.  They are seen within one week.  If

 8   we do not see that patient in follow-up within that

 9   first week, our office is calling that patient,

10   trying to locate them.

11           And, again, we work very hard in our

12   office to maintain effective follow-up of our

13   patients so that we know if issues are arising, and

14   if there are late complications we -- again, our

15   hope is that they'll return to our office.

16   Q    And of the 2,400 women that you've implanted a

17   sling in, do you know how many of those patients

18   currently suffer from recurrence of their stress

19   urinary incontinence?

20   A    I don't.  Yeah.  I don't know that number, I'm

031717Fiegen.txt
21    afraid.  I'm sorry.  I don't.  It's a very small

22    number, but I can't tell you specifically.  I

23    believe it would be less than 1 percent.

24        MR. JONES:  Those are all the questions I have.

25    Thanks again, Doctor.

Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

137

1        THE WITNESS:  You bet.

2    EXAMINATION BY MR. KOOPMANN:

3    Q    Just one follow-up question, Dr. Fiegen.  When

4    you mentioned the existence of a fibrotic capsule

5    occurring around the mesh, are you saying that the

6    mesh is encapsulated without tissue incorporation

7    occurring?

8    A    No, no.  That the sling is incorporated with

9    fibrotic tissue, collagen, macro fascias, blood

10   vessels.  It penetrates the sling and fills the

11   sling pores.  What we remove is the capsule.  We

12   don't remove the internal fibrous tissue that is a

13   part of that encapsulation.

14       MR. KOOPMANN:  Those are all the questions I

15   have.  All done, Nate?  Nate, are you still there?

16       MR. JONES:  Sorry.  All done.  Thank you.

17   Thanks, Pat.  Thank you, Doctor.

18       MR. KOOPMANN:  Thanks, Nate.  Bye now.

19       (Witness excused.)

20

21

22

23

Page 126

031717Fiegen.txt

24

25


Pat L. Beck, Court Reporter
605.351.8200   stenopat@sio.midco.net

138


1    STATE OF SOUTH DAKOTA )

2                                    :SS    CERTIFICATE

3    COUNTY OF LINCOLN )

4         I, Pat L. Beck, Registered Merit Reporter

5    and Notary Public within and for the State of South

6    Dakota:

7         DO HEREBY CERTIFY that the witness was

8    first duly sworn by me to testify to the truth, the

9    whole truth, and nothing but the truth relative to

10   the matter under consideration, and that the

11   foregoing pages 1-137, inclusive, are a true and

12   correct transcript of my stenotype notes made during

13   the time of the taking of the deposition of this

14   witness.

15        I FURTHER CERTIFY that I am not an

16   attorney for, nor related to the parties to this

17   action, and that I am in no way interested in the

18   outcome of this action.

19        In testimony whereof, I have hereto set my

20   hand and official seal this 22nd day of March, 2017.

21        _____

22                     Pat L. Beck, Notary Public

23                     Expiration Date:   June 11, 2017

24                     Iowa CSR:   No. 1185

25

Page 127

031717Fiegen.txt

1                         ERRATA SHEET

2

3          Pursuant to the Rules of Civil Procedure, I
   have read the foregoing pages 1-137, inclusive, and
   have noted any and all changes in form or substance
4   desired in my testimony, and have signed below on
   the _____ day of _____, 2017.
5

6   PAGE & LINE     CHANGE IN ANSWER     REASON FOR CHANGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21
                              _____
22                            Michael Fiegen, M.D.

23   _____

24   Notary Public

25