# EXHIBIT A

**EXHIBIT A**

This Motion and Memorandum of Law relate to the following plaintiffs:

| Civil Action No. | | |
|---|---|---|
| | *Flowers v. Ethicon, Inc.* | 2:12-cv-03922 |
| | *Paul v. Ethicon, Inc.* | 2:12-cv-04808 |
| | *Thornton v. Ethicon, Inc.* | 2:12-cv-05115 |