**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASE(S) ON THE EXHIBIT(S) ATTACHED HERETO

**JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate from the docket of the court, the actions listed on the attached Exhibit A, with each party to bear its own costs.

Respectfully:

/s/ Christy D. Jones
Christy D. Jones. Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ Henry G. Garrard, III
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibit A*

**EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-cv-00256 | Amy Holland and Brent Holland v. Ethicon, Inc., et al. |
| 2:12-cv-00551 | Paula Sue Hanson and Mark Hanson v. Ethicon, Inc., et al. |
| 2:12-cv-01156 | Donna Nicholas and Donald Nicholas v. Ethicon, Inc., et al. |
| 2:12-cv-01279 | Helen M. Bertoni and Richard Edward Bertoni v. Ethicon, Inc., et al. |
| 2:12-cv-02109 | Jackie Lynn Farrington and Craig Farrington v. Ethicon, Inc., et al. |
| 2:12-cv-05398 | Dawn Susan Saraney and Brian Saraney v. Ethicon, Inc., et al. |
| 2:12-cv-05458 | Selina Denise Young v. Ethicon, Inc., et al. |
| 2:12-cv-05483 | Tasha Ann Langley v. Ethicon, Inc., et al. |
| 2:12-cv-06021 | Dawn Lynn Kerner and John Edward Kerner v. Ethicon, Inc., et al. |
| 2:12-cv-06090 | April Denise Coats v. Ethicon, Inc., et al. |
| 2:12-cv-06120 | Barbara A. Sweigert and Reynold E. Sweigert v. Ethicon, Inc., et al. |
| 2:12-cv-06493 | Vickie Lynn Wilmeth and Brandon Wilmeth v. Ethicon, Inc., et al. |
| 2:12-cv-07126 | Veron Overman Hubner v. Ethicon, Inc., et al. |

| | |
|---|---|
| 2:12-cv-07298 | Paula F. Harshey<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07951 | Judith H. Wertheim and Joshua W. Wertheim<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01368 | Blanca Rosa Gutierrez Post<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01910 | Jamila Abdul-Lahf Badruddin<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02891 | Annette F. Glanton & Willie Ray Glanton<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-03985 | Joy K. DiMaggio and James DiMaggio<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-04640 | Kim Renee Allison and Jon Christian Allison<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-04641 | Alma E. Chambliss<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05137 | Jean Linda Hamm and Norman G. Hamm<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05224 | Debra G. Koeder-Scott<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05369 | Katherine A. Saalfield<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05376 | Vicki L. Adams<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05862 | Mary Jewel Turner<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05865 | Lisa Jean Bennett and Robert Bennett<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06016 | Cynthia Ann Colglazier<br>v.<br>Ethicon, Inc., et al. |
| | |

| | |
|---|---|
| 2:13-cv-06159 | Anna M. Fionda and Michael Fionda<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06307 | Pattie Lane Roberts<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06438 | Diane K. Culbertson and Richard Culbertson<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07572 | Katherine Kessel Tarr<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07574 | Tina Louise Cone and William Cone<br>v.<br>Ethicon, Inc. et al. |
| 2:13-cv-09149 | Melissa Dawn Rosillo<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09224 | Mari V. Miller and Donald K. Miller<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09928 | Michelle Yvonne St. Clair and Scott St. Clair<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10792 | Tresilda Eugenny Schimmel<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10966 | Jarran L. Shockley Personal Representative over the Estate of Lori A. Twyman, deceased<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10996 | Gypsy B. Fields and Arthur Fields<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-11114 | Maria Cristina Stube and Todd Stube<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-23570 | Dawn A. Ross-Roehrich and David W. Roehrich<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24129 | Suzanne Javors and Russell Javors<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24495 | Jeanine K. Moore f/k/a Jeanine Galloway and Robert Moore<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:13-cv-24512 | Karen Bonino and Gary Skrobeck<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26213 | Wendy Joanne Goodpasture<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26214 | Linda Susan Hanners and Kenneth Hanners<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26394 | Pebbles Lawrence Pirkl<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26400 | Bonnie L. Davies<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27046 | Jeanette M. Timmons and Jerry L. Timmons<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27189 | Nancy Ann Alonso and Miguel Alonso<br>v.<br>Ethicon, Inc., et al. |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Christy D. Jones