IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S) ON THE EXHIBIT(S) ATTACHED HERETO

## JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate from the docket of the court, the actions listed on the attached Exhibit A, with each party to bear its own costs.

Respectfully:

/s/ Christy D. Jones
Christy D. Jones. Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ Henry G. Garrard, III
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibit A*

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-27191 | Beverly Payne Armstrong and Woodrow Armstrong, Jr. v. Ethicon, Inc., et al. |
| 2:13-cv-27232 | Ronda Arlene Chewning v. Ethicon, Inc., et al. |
| 2:13-cv-27241 | Beverly A. Ford f/k/a Beverly A. Davis v. Ethicon, Inc., et al. |
| 2:13-cv-27243 | Miriam P. Johnson and Billy J. Johnson v. Ethicon, Inc., et al. |
| 2:13-cv-27249 | Perri D. Lester and Nathan Lester v. Ethicon, Inc., et al. |
| 2:13-cv-27253 | Andrea Reading and Robert Reading v. Ethicon, Inc., et al. |
| 2:13-cv-27256 | Ronna Jean Rife v. Ethicon, Inc., et al. |
| 2:13-cv-27258 | Shirley Ann Robinson v. Ethicon, Inc., et al. |
| 2:13-cv-27334 | Angela H. Sovereign and Michael G. Sovereign v. Ethicon, Inc., et al. |
| 2:13-cv-27336 | Anna Porter Stevens and Jeremiah Stevens v. Ethicon, Inc., et al. |
| 2:13-cv-28058 | Kimberly Ann Chapman v. Ethicon, Inc., et al. |
| 2:13-cv-28886 | Joyce M. Martin v. Marshall J. Martin v. Ethicon, Inc., et al. |
| 2:13-cv-29561 | Dawna K. Colley and Brad Cooley v. Ethicon, Inc., et al. |

| | |
|---|---|
| 2:13-cv-30287 | Martha A. Craig<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-30293 | Sandra Kay Staten and Ronald Staten<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-31579 | Kimberly L. Ragland Wheeler Executor of the Estate of Gloria R. Ragland, deceased and Jack Ragland<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-32352 | Deborah McDonald Hough and Milford Hough<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-32652 | Lori Finch as Personal Representative for the Estate of Ruth B. Tuck<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33225 | Carolyn Lafferty and Jackie Lee Lafferty<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33779 | Melissa Lee Bentivegna and Pete Bentivegna, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33780 | Katie M. Eaton<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00500 | Andrea L. Briska and John Briska<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00568 | Schuyler D. Dillard<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00570 | Rosemary Rykowsky and William Rykowsky<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00654 | Angela M. Branam and Jimmy Branam<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00991 | Denise Lyn Calleja<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01043 | Anna C. Chard and John Chard<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01053 | Ginger Schmeltzer<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:14-cv-03192 | Theresa A. Raziano<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04426 | Robbin Carol Wright and Charles Wright<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04491 | Kathy Sue Lancaster and James Lancaster<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04793 | Carolyn Mahoney and William Mahoney<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04797 | Mary Rhonda McCall<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04801 | Debbie Louise McGough and Dennis McGough<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04806 | Claudia Ann Moore<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04821 | Dawn Marie Roland and Gale Roland<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-05164 | Jean E. Laird and Joseph Laird<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-05172 | Margot A. Peterson and Roman Warchola<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-05173 | Danielle Lynne Neumann<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-05178 | Myra A. Jolles and Isaac Jolles<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-05738 | Shawn Lindsy Hildebrandt<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-07396 | Florence Schoonover and Melvin Schoonover<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-07398 | Barbara Ann Deschwanden and David Deschwanden<br>v.<br>Ethicon, Inc., et al. |
| | |

| | |
|---|---|
| 2:14-cv-12694 | Dolores Lafazan and Seymour Lafazan<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-13057 | Diane F. Moletto and Vincent Moletto<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-13307 | Melissa L. Griffin<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-14673 | Marylou Vitiello and Vito Vitiello<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-14675 | Tonya Burleson Murphy and Jody Murphy<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-15950 | Lattisia L. Cartwright and Jerry Cartwright<br>v.<br>Ethicon Inc., et al. |
| 2:14-cv-16749 | Patricia E. Miller and Steven P. Miller<br>v.<br>Ethicon, Inc., et al. |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      By:   /s/ Christy D. Jones