IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S) ON THE EXHIBIT(S) ATTACHED HERETO

## JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate from the docket of the court, the actions listed on the attached Exhibit A, with each party to bear its own costs.


Respectfully:

/s/ Christy D. Jones
Christy D. Jones. Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ Henry G. Garrard, III
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibits A-M*

*/s/ Robert K. Finnell*
Robert K. Finnell
THE FINNELL FIRM
P. O. Box 63
Rome, GA 30162-0063
706-235-7272
bob@finnellfirm.com
*Attorney for Plaintiffs on Exhibits B and C*

*/s/ Kris Douglas Mullins*
Kris Douglas Mullins
MORGAN & MORGAN
Bluegrass Corporate Center, Suite 1200
333 West Vine Street
Lexington, KY 40507
859-219-4529
kmullins@ForThePeople.com
*Attorney for Plaintiff on Exhibit C*

*/s/ Paul T. Farrell, Jr.*
Paul T. Farrell, Jr.
GREENE KETCHUM BAILEY WALKER FARRELL & TWEEL
P. O. Box 2389
Huntington, WV 25724-2389
304-525-9115
paul@greeneketchum.com
*Attorney for Plaintiff on Exhibit D*

*/s/ David B. Allen*
David B. Allen
COHEN & MALLAD
One Indiana Square
Indianapolis, IN 46204
317-636-6481
dallen@cohenandmalad.com
*Attorney for Plaintiffs on Exhibit E*

*/s/ Steven R. Maher*
Steven R. Maher
THE MAHER LAW FIRM
Suite 200
631 West Morse Boulevard
Winter Park, FL 32789
407-839-0866
smaher@maherlawfirm.com
*Attorney for Plaintiff on Exhibit F*

*/s/ Michaela Shea McInnis*
Michaela Shea McInnis
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903
401-457-7700
mmcinnis@motleyrice.com
*Attorney for Plaintiff on Exhibit G*

*/s/ W. Todd Harvey*
W. Todd Harvey
BURKE HARVEY
Suite 100
3535 Grandview Parkway
Birmingham, AL 35243
205-930-9091
tharvey@burkeharvey.com
*Attorney for Plaintiffs on Exhibits G, I, & M*

*/s/ Sheila M. Bossier*
Sheila M. Bossier
FREESE & GOSS
1520 North State Street
Jackson, MS 39202
601-352-5450
sbossier@bossier-law.com
*Attorney for Plaintiff on Exhibit H*

*/s/ Derek H. Potts*
Derek H. Potts
THE POTTS LAW FIRM
Suite 350
100 Waugh Drive
Houston, TX 77007
713-963-8881
dpotts@potts-law.com
*Attorney for Plaintiff on Exhibit I*

*/s/ John A. Day*
John A. Day
LAW OFFICES OF JOHN DAY
Suite 270
5141 Virginia Way
Brentwood, TN 37027
615-742-4880
jday@johndaylegal.com
*Attorney for Plaintiffs on Exhibit J*

*/s/ Michael Goetz*
Michael Goetz
MORGAN & MORGAN
7th Floor
201 North Franklin Street
Tampa, FL 33602
813-221-6581
mgoetz@forthepeople.com
*Attorney for Plaintiff on Exhibit K*

*/s/ Khaldoun A. Baghdadi*
Khaldoun A. Baghdadi
WALKUP MELODIA KELLY & SCHOENBERGER
26th Floor
650 California Street
San Francisco, CA 94108-2615
415-981-7210
kbaghdadi@walkuplawoffice.com
*Attorney for Plaintiff on Exhibit L*

*/s/ Mark R. Mueller*
Mark R. Mueller
MUELLER LAW
404 West 7th Street
Austin, TX 78701
512-478-1236
receptionist@muellerlaw.com
*Attorney for Plaintiff on Exhibit L*

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-18518 | Melanie K. Miller<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-19821 | Carol Ann Duncan as Executor of the Estate of Barbara Sue Lee, deceased<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-20946 | Judy Lynn Carlisle and Jeff Carlisle<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-20953 | Nilda Alvarado and Ronald Alvarado, Sr.<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-20957 | Jennifer Celeste Cox<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-21852 | June A. Walsh and Richard Walsh<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-23941 | Mary Cordero and Ruben Cordero<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-24161 | Sheila Fogel<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-24666 | Genee Shahin and Fadil Shahin<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25052 | Howard Underwood Pounds, Jr., Executor of the Last Will and Testament of Marth Tinsley Pounds, deceased and Howard Pounds<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25285 | Kimberly Stevens<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25417 | Linda Lou Wessel and Leslie John Wessel, Sr.<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:14-cv-25694 | Susan Hutsell and Larry Hutsell<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25820 | Donna Ewing<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-27148 | Kathleen Ford<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-31358 | Linda Smith and Paul Smith<br>v.<br>Ethicon, Inc., et al. |
| 2:15-cv-00804 | Allison Missler and Thomas Missler<br>v.<br>Ethicon, Inc., et al. |
| 2:15-cv-02567 | Janice Galvin and James Galvin<br>v.<br>Ethicon, Inc., et al. |
| 2:15-cv-02707 | Marion Rice<br>v.<br>Ethicon, Inc., et al. |
| 2:15-cv-05317 | Theresa Custred and Mark Custred<br>v.<br>Ethicon, Inc., et al. |
| 2:15-cv-13176 | Brenda Patrick<br>v.<br>Ethicon, Inc., et al. |

## EXHIBIT B – BBAG/THE FINNELL FIRM

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-cv-06098 | Tammy N. Blankenship and David Blankenship v. Ethicon, Inc., et al |

**EXHIBIT C – BBGA/THE FINNELL FIRM/MORGAN & MORGAN**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-cv-00628 | Lynn Upton and John Upton<br>v.<br>Ethicon, Inc., et al |

## EXHIBIT D – BBGA/GREENE KETCHUM

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:11-cv-00918 | Carolyn Sharp and Ernest Sharp v. Ethicon, Inc., et al. |

## EXHIBIT E – BBGA/COHEN & MALAD

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-cv-00496 | Sonya M. Moreland and James R. Moreland<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00757 | Barbara Jane Bridges and Keith Bridges<br>v.<br>Ethicon, Inc., et al. |

## EXHIBIT F – BBGA/THE MAHER LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-00555 | Carolyn Sue Doyle v. Ethicon, Inc., et al. |

**EXHIBIT G – BBGA/MOTLEY RICE/BURKE HARVEY**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-cv-01192 | Lorea Dotson and Eric Dotson v. Ethicon, Inc., et al.. |

**EXHIBIT H – BBGA/FREESE & GOSS**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-cv-01305 | Kimberly Diane Lager v. Ethicon, Inc., et al. |

## EXHIBIT I – BBGA/BURKE HARVEY/THE POTTS LAW FIRM

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-cv-01435 | Pamela Sue Grayson v. Ethicon, Inc., et al. |

**EXHIBIT J – BBGA/THE LAW OFFICES OF JOHN DAY**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-01848 | Lori Anne Copeland Parton, Executrix of the Estate of Sue Bilbrey Copeland, Deceased<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-09193 | Cris Tina Way and Fred Way<br>v.<br>Ethicon, Inc., et al. |

## EXHIBIT K – BBGA/MORGAN & MORGAN

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-cv-01879 | Myrtle Frances Dycus v. Ethicon, Inc., et al. |

**EXHIBIT L – BBGA/WALKUP MELODIA/MUELLER**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-cv-02086 | Deborah D. Brady v. Ethicon, Inc., et al. |

## EXHIBIT M – BBGA/BURKE HARVEY

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-cv-02510 | Shirley Mae Thompson<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04466 | Martha M. Garcia and Guillermo Garcia<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-24558 | Jeri Hetland and Joseph Hetland<br>v.<br>Ethicon, Inc., et al. |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:   /s/ Christy D. Jones