IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S) ON THE EXHIBIT(S) ATTACHED HERETO

## JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate from the docket of the court, the actions listed on the attached Exhibit A, with each party to bear its own costs.

Respectfully:

/s/ Christy D. Jones
Christy D. Jones. Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ Henry G. Garrard, III
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibit A*

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:10-cv-01310 | Brenda Sheets<br>v.<br>Ethicon, Inc. et al |
| 2:11-cv-00056 | Barbara Cline and Richard Cline<br>v.<br>Ethicon, Inc., et al. |
| 2:11-cv-00271 | Kendra Grove and Jeffrey Grove<br>v.<br>Ethicon, Inc., et al. |
| 2:11-cv-00279 | Linda Day and James Day<br>v.<br>Ethicon, Inc., et al. |
| 2:11-cv-00352 | Margaret Jill Goodwin and Carl Goodwin<br>v.<br>Ethicon, Inc., et al. |
| 2:11-cv-00353 | Margaret Forde and Arthur Forde<br>v.<br>Ethicon, Inc., et al. |
| 2:11-cv-00537 | Margaret Puhl and John Puhl<br>v.<br>Ethicon, Inc., et al. |
| 2:11-cv-00539 | George Lindsey as Personal Representative of the Estate of Lorie Lindsey and George Lindsey<br>v.<br>Ethicon, Inc., et al. |
| 2:11-cv-00682 | Shirley Ruffing and Jack Ruffing<br>v.<br>Ethicon, Inc., et al. |
| 2:11-cv-01004 | Susan Pucci and Stephen Pucci<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00064 | Revonda Towe and William Towe<br>v.<br>C. R. Bard, Inc., et al. |
| 2:12-cv-00286 | Quillan R. Garnett<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00351 | Kathy Barton<br>v. |

| | |
|---|---|
| | Ethicon, Inc., et al. |
| 2:12-cv-00387 | Mary LuEllen Kilday and Thomas Lawrence Kilday<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00389 | Janice Renee Swaney<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00468 | Amelia R. Gonzales and Ernest B. Gonzales<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00539 | Ann Louise Ruppel Fuller and Robert Dean Fuller<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00571 | Mary Catherine Turner, *f/k/a* Mary Catherine Wise<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00594 | Frances Ann Cortez and Herman Cortez<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00601 | Deanna Jean Thomas and Bennie G. Thomas<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00749 | Jennifer D. Van Rensburg and William C.J. Van Rensburg<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00821 | Julie Cooper, *f/k/a* Julie A. Barr and Michael M. Barr<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01114 | Elizabeth Miles and Wade Miles<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01284 | Judith Gowin<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01285 | Mary Jean Simpson and Gregory Allen Simpson<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01304 | Kathryn Pardoe Irwin and Arthur Vincent Irwin<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01426 | Sandra Rosalie Watson and Earl L. Watson<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01528 | Didina Gologan and Alexandru Gologan<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:12-cv-01529 | Kimberly Lee Burton and Christopher Carl Burton<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01549 | Lillie Harriet Crews and Wain E. Crews<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01552 | Bobbie Dianne Spitzner and James W. Spitzner<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01608 | Nancy Lee Lerille and Wayne William Lerille<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01616 | Margaret Christine Walkingstick<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01645 | Phyllis Smith Cole and Willie Ray Cole<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01695 | Konnie L. Mooney and James Mooney<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01746 | Vickie Lea Blevins and Robert Oliver Blevins<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01785 | Ann Jennette Lane and Daniel Mark Lane<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01803 | Lesley Mitchell Brookman and Michael Brookman<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01877 | Ruby G. Rogers and Dwayne L. Rogers<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01878 | Priscilla A. Irwin and Daniel S. Irwin<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-02022 | Betty Jean Bowers<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-02097 | Crystal Lynn Clay<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-02129 | Brenda Gail Morgan and Roy Lee Morgan<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-02165 | Amy Elizabeth Hreiz and Adel Elias Hreiz |

|               | v.<br>Ethicon, Inc., et al.                                              |
|---------------|--------------------------------------------------------------------------|
| 2:12-cv-02179 | Patricia Graham Partin<br>v.<br>Ethicon, Inc., et al.                    |
| 2:12-cv-02180 | Tina Marie Pageau<br>v.<br>Ethicon, Inc., et al.                         |
| 2:12-cv-03213 | Misty Dawn Hollars<br>v.<br>Ethicon, Inc., et al.                        |
| 2:12-cv-03868 | Shannon R. Manus<br>v.<br>Ethicon, Inc., et al.                          |
| 2:12-cv-04329 | Eva Dean Martin<br>v.<br>Ethicon, Inc., et al.                           |
| 2:12-cv-04374 | Donna K. Fuller, Executor under the Will of Carolyn G. Harn<br>v.<br>Ethicon, Inc., et al. |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:     */s/ Christy D. Jones*         I