**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S) ON THE EXHIBIT(S) ATTACHED
HERETO

**JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Ethicon, Inc.,

Ethicon, LLC, and Johnson & Johnson, to the extent they are named as Defendants, advise the

Court that they have compromised and settled all claims between them in these actions,

including all counterclaims, cross-claims and third party claims.

Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate

from the docket of the court, the actions listed on the attached Exhibit A, with each party to bear

its own costs.

Respectfully:

/s/ Christy D. Jones
Christy D. Jones. Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ Henry G. Garrard, III
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibit A*

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-04823 | Brenda Gay Spence and Jerry Spence<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-04994 | Nancy LaFleur Guirges and Gamal Guirges<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-04995 | Deborah Ann Rakestraw and George Rakestraw, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-04999 | Michelle M. Perry and Greg Perry<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05000 | Patricia K. Wayne and Roy W. Wayne, Sr.<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05001 | Susan Ann Henderson and Billy Henderson<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05207 | Theresa Yvonne Brewer<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05208 | Mindy R. Johnson and Adam Johnson<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05209 | Kari Jean Flom and Christopher A. Flom<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05210 | Marlyce Anne Fistman and Patrick Lawrence Fistman<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05211 | Sheryl L. Johnson<br>v.<br>Ehticon, Inc., et al. |
| 2:12-cv-05213 | Ann C. Frazier<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05214 | Remelle Malone Burnett and William Burnett<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:12-cv-05223 | Lynn H. Roth and Samuel Roth<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05225 | Julia A. Reed<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05227 | Pamela Riches and Robert Basil Riches<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05230 | Nancy Lee Smith<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05231 | Victoria R. Solitto<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05233 | Emily Anne Sager<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05235 | Nancy J. Taylor and Charles K. Taylor<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05243 | Malka Wolf and Judah Wolf<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05245 | Kelly Smith Andronica and David A. Andronica<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05250 | Loretta B. Sharpe and John H. Sharpe<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05382 | Sandra Elaine Blayney and Ronald L. Blayney<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05384 | Patricia Ann Morton and John Morton<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05385 | Diana Marie Picerno and Ernest Joseph Picerno<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05386 | Katherine A. Prochno and Walter K. Prochno, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05419 | Kristina Ann DeSisto<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05420 | Kimberly Lynn Edge and Donald Keith Edge |

| | v.<br>Ethicon, Inc., et al. |
|---|---|
| 2:12-cv-05421 | Elizabeth Eubanks<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05422 | Teresa Sue Fletcher and Eddie Fletcher, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05424 | Maria Pilar Morales<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05425 | Paula Mattingly and Daniel Mattingly<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05449 | Annette Roberts<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05450 | Katherine R. Sturm, Executor of the Estate of Marion Stewart Robbins<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05452 | Marcella Nereida Bethea<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05454 | Dina Munoz Harper<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05455 | Etiole Ann Laster<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05456 | Jeffrey Edward Norris, Personal Representative of the Estate of Mary M. Norris, deceased<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05457 | Doreen Worrell<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05518 | Ethel Dianna Hall<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05519 | Sharon Sue Grapes<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05524 | Betsy Bizarro<br>v.<br>Ethicon, Inc., et al. |

| 2:12-cv-05597 | Sue Ann Greenwald and Gary Greenwald<br>v.<br>Ethicon, Inc., et al. |
|---|---|
| 2:12-cv-05598 | Wanda F. Hudson<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05600 | Mary Helen Hall and Gaylord Hall<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05613 | Shelia May Murdock and Timothy Ray Murdock<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05623 | Teresa Joan Nelson<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05625 | Susan Diane Warren and William Warren<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05626 | Linda Lou Clark<br>v.<br>Ethicon, Inc., et al. |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:   */s/ Christy D. Jones* _____