IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S) ON THE EXHIBIT(S) ATTACHED HERETO

**JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate from the docket of the court, the actions listed on the attached Exhibit A, with each party to bear its own costs.

Respectfully:

/s/ Christy D. Jones
Christy D. Jones. Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ Henry G. Garrard, III
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibit A*

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-05628 | Joan S. Lane<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05734 | Autumn Brandice Arnold<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05736 | Karen Holdeman West and David C. West<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05738 | Debbie Lynn Thomason and Charles Douglas Thomason<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05740 | Loretta Gale Wright and Gene Wright<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05741 | Andrea Weiner and Matthew Weiner<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06022 | Carol Ann Schario<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06270 | Susan L. Dart and Harold E. Dart<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06490 | Vicki Herring Houk<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06491 | Charlie Mae Kreis<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06492 | Sylvia Agnes Sullivan and David L. Sullivan<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06495 | Mable Ruth Thomas and Walter Benson Thomas<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06496 | Rosetta Freely Haze and Jackie Haze<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:12-cv-06776 | Patricia Louise Pellman Orndorff and Donald Erwin Orndorff<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06777 | Nora Ann Margritz<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06779 | Cynthia Rebecca Marie Donnell<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06824 | Jeannette M. White and Harry W. White<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06826 | Diane Lynne Russell and Richard Thomas Russell<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06970 | Sherri Ann Vonholt<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06971 | Robert Earl Standley, Personal Representative of the Estate of Barbara Anne Standley, deceased<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06972 | Rebecca Y. Mavis<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06973 | May Christine Morris and Steven Morris<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06974 | Raquel Larriuz and William Larriuz, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07041 | Sandra Gayle Bellestri-Horn<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07042 | Darla S. Smith<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07045 | Valarie Sofianos and Ernest Sofianos<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07047 | Mary A. Ladner<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07116 | Linda Lee Lovelace and Daniel Lovelace<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:12-cv-07117 | Jimmy Rex Gowens, Sr., Independent Executor of the Will and Estate of Betty Evelyn Carnaghan, deceased and Richard Dale Carnaghan<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07118 | Brenda Bush Scott<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07120 | Tracy Melton Law and Kim Alan Law<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07121 | Dawn Marie Huebner<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07122 | Julia A. Holloway and David D. Holloway<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07123 | N. Jean Farrester<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07125 | Kaitlyn L. Ashbrook and Anthony Ashbrook<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07127 | Linda W. Felts and Jeffery Felts<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07128 | Kimberly Susan Dickey and Robert Dickey<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07129 | Lorna LuAnn Gage and Geoffrey Brian Gage<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07155 | Shirlee Grace Olinger and Joseph M. Olinger<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07240 | Matthew Dodds, Administrator with the Will Annexed, for Pamela J. Dodds, deceased and John Dodds<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07241 | Cynthia A. McGovern<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07242 | Evelyn M. Cala and Francis C. Cala<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07294 | Brenda C. Torres and Alexander Treto<br>v. |

|  |  |
|---|---|
|  | Ethicon, Inc., et al. |
| 2:12-cv-07296 | Irene Torres Dodson<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07297 | Julie Goll and James Allen Goll, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07301 | Margine Sills and Willie Sills<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07302 | Jane Marie Hughes and Wendell Scott Hughes<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07303 | Mary Elizabeth Krug and Steven W. Krug<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07305 | Mary Louise Smith<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07306 | Georgia Stevens<br>v.<br>Ethicon, Inc., et al. |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Christy D. Jones*