IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

                                                         MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S) ON THE EXHIBIT(S) ATTACHED HERETO

**<u>JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE</u>**

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate from the docket of the court, the actions listed on the attached Exhibit A, with each party to bear its own costs.

Respectfully:

<u>/s/ Christy D. Jones</u>
Christy D. Jones. Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

Case 2:12-md-02327 Document 3693 Filed 04/21/17 Page 2 of 7 PageID #: 132136

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ Henry G. Garrard, III
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibit A*

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-05866 | Laura Lee Scudder<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05868 | Dawn M. Weaver and Bruce Weaver<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05876 | Thelma J. Dykes and Laythen Dykes<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06015 | Colleen Margaret Keys and Daniel W. Sinclair<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06017 | Judy Anne Ramirez and Carlton Ramirez<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06018 | Dorothy J. Paradis and Robert J. Paradis<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06019 | Annie Ruth McGriff<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06022 | Carol Lynn Iannuzzi and Charles A. Iannuzzi<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06024 | Janice M. Bresnick and Donald Bresnick<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06025 | Libby Helms Hale<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06067 | Debra Jean Sharpe<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06158 | Claudia Charlene Bradbury<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06304 | Bonnie Victoria McLain and Daniel McLain<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:13-cv-06305 | Deborah J. Peachee<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06435 | Donna Sue Anderson and Joseph William Anderson<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06512 | Yvonne Lee Sayers and Donald Ray Sayers<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06583 | Donna Marie Simmons and James Roy Simmons<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07571 | Sydna J. Ornbaum<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07575 | Tina Marie Hurst and Rodney O. Hurst<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07576 | Polly Ann Lewis<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07579 | Meshell R. Lavergne<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07580 | Helen L. Ross and Anthony J. Ross<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07581 | Marla J. Sappington and John Sappington<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07582 | Christina Maria Cowan<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07583 | Jeanne F. Lyttle and Robert W. Lyttle<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07584 | Ellen M. Bricker and Kenneth H. Bricker<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-08890 | Michelle Cozzi and Roger Cozzi<br>v.<br>Ethicon Inc., et al. |
| 2:13-cv-09043 | Elizabeth Gaudreau and Kenneth Gaudreau<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09144 | Sheila Alston |

|  | v.<br>Ethicon, Inc., et al. |
|---|---|
| 2:13-cv-09146 | Donna G. Davis & Edward A. Davis<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09147 | Cathy Lynn Hanigan<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09481 | Eleanor Irene Leistikow and Lewis Leistikow<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09482 | Gail Christine Kemery and Fred Kemery<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09483 | Debra Kay Sanders and Jerry Sanders<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09486 | Ken Brady, Administrator of the Estate of Sandra Lynn Brady and Ken Brady<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09487 | Carol Denise Harden<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09746 | Janet Branch-Pygott and Robert L. Pygott, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09769 | Glea S. Whitehead<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09921 | Susan S. Butler and Frederick J. Butler<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10083 | Mary Elizabeth Newkirk and Chris Newkirk<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10483 | Theresa E. Arthurhultz<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10692 | Jane Reid Higdon<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10693 | Clara L. Samuel<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10701 | Anne Johnston and John Bryce Johnston |

|  |  |
|---|---|
|  | v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10791 | Lourdes Lozano and Ramon Lozano<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10794 | Kathleen Sullivan-Baker and Terrance Baker<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10964 | Bruce E. Fohl, Executor of the Last Will and Testament of Doris Ann Fohl and Bruce Fohl<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10969 | Brenda S. Shannon and Rodney Shannon<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10971 | Lyn M. Wilson and David H. Wilson<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10978 | Karen Faith Hilo<br>v.<br>Ethicon, Inc., et al. |

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:  */s/ Christy D. Jones*