IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

                                                            MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S) ON THE EXHIBIT(S) ATTACHED HERETO

**JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE**

       Plaintiffs in the cases listed on the attached Exhibit A and Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

       Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate from the docket of the court, the actions listed on the attached Exhibit A, with each party to bear its own costs.

Respectfully:

/s/ Christy D. Jones
Christy D. Jones. Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ Henry G. Garrard, III
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibit A*

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-11123 | Delsie Sharon Yarbrough<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-11815 | Judy D. Wilson and Steven A. Wilson, Sr.<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-22723 | Wilma Ullum<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-22858 | Pamela Denise Haney and Michael Haney<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-22861 | Nancy A. Klag and Roud Klag<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-22862 | Alecia Renee Moody<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-22866 | Nira W. Reese and Lawrence E. Reese<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-22869 | Cynthia J. Robinson and Kevin Robinson<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-22870 | Beverly Ritchey Smith and Stanley Smith<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-22873 | Maria C. Sollazzi<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-22874 | Mary K. Stewart<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-22957 | Sherry Wynn Ball and Larry Ball<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-23117 | Sue L. Stromik and Peter P. Stromik, Jr.<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:13-cv-23461 | Carolyn Conyers Peavy and Herman Thomas Peavy<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-23462 | Vangee Nicholas Mabey and Sheldon Mabey<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-23569 | Elisabeth Ann Grencavage and Lawrence A. Grencavage<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24020 | Margie Joyce Dinkins and Wayne Ulysses Dinkins<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24138 | Eldon E. Gautchier, Personal Representative of the Estate of Elizabeth Jewell Gautchier a/k/a Elizabeth Olguin and Eldon E. Gautchier<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24489 | Margie Carol Pitts Calhoun<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24490 | Anne E. Hickman and Michael B. Hickman<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24492 | Lorraine Kries and Warren Kries<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24497 | Shirley M. Lozar<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24505 | Cathy F. Thompson-Bacon<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24506 | Norma I. Palacios and Fernando Palacios<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24509 | Barbara L. Gilman and Harry W. Gilman<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24558 | LaTricia Hannah and Bobby E. Hannah<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24731 | Melanie S. Goldberg and Jeffrey F. Goldberg<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24732 | Barbara Ann Langley Crowder<br>v. |

|  | Ethicon, Inc., et al. |
|---|---|
| 2:13-cv-25067 | Dorothy S. Coryell and George A. Coryell<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25068 | Wanda Gloria Howard and Donald Howard<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25296 | Angela W. Bass<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25616 | Janette F. Dean<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25617 | Jacqueline Marie Cook<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25618 | Geraldine Morris<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25722 | Betty Zittrain and Brian Zittrain<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25724 | Susan Lewallen Collins and Steve Collins<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25726 | Debra D. Riedel and Brian L. Riedel<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25727 | Eugenia J. Adams<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25729 | Margaret Mary Childree and Michael Childree, Sr.<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25731 | Diane M. Hobbs and Duain Hobbs<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25794 | Vicki Lynn McClintick and Larry J. McClintick<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25796 | Cathi Carol Utley and Danny E. Utley<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25797 | Beverly S. Millender and Anthony Millender<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:13-cv-25822 | Susan D. Cartledge and James V. Cartledge<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26210 | Lorraine J. Christie and Robert Christie<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26211 | Sandy Michelle Pair Crowe and Robert Crowe<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26215 | Vickey Lynne Johnson and Vernon Johnson<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26217 | Phyllis G. Martin<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26218 | Mable Meeks and Roy Harold Meeks<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26221 | Tania R. Price<br>v.<br>Ethicon, Inc., et al. |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Christy D. Jones*