IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

                                                                MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S) ON THE EXHIBIT(S) ATTACHED HERETO

## JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate from the docket of the court, the actions listed on the attached Exhibit A, with each party to bear its own costs.


Respectfully:

/s/ Christy D. Jones
Christy D. Jones. Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ Henry G. Garrard, III
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibit A*

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-26341 | Dawn Michelle Jones and Bub Jones<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26824 | Olga M. Morales, *f/k/a* Olga M. Ayala<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27044 | Constandina Zannis<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27045 | Lori Ann Howerton and David S. Howerton<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27050 | Martha A. Owens and Joseph F. Owens<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27163 | Patrice Richards<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27164 | Waltraut Sheehy<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27184 | Lori Speth<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27193 | Diane Borukhov<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27235 | Nancy Dignum *f/k/a* Nancy Whittle and Marcus Dignum<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27236 | Eva M. Edwards<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27246 | Theresa Leigh Jones and Jason Jones<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27247 | Ardith Larson and Lawrence Larson<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:13-cv-27251 | Jeannie Matthews<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27254 | Norma Boelter<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27340 | Sandra K. Todd and Joseph Todd<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27897 | Tammy K. Adams and David Adams<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27898 | Julie Brooks Crites and Clinton Crites<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27901 | Linda S. Prish and Alan Prish<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27904 | Carmeta Kay Sullivan and Thomas M. Sullivan<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27905 | Helen Belle Alamprese<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27907 | Darline M. Monahan and Frank Monahan<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27909 | Madge S. Clayton and Mark Clayton<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-28052 | Janice E. Beaber<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-28054 | Barbara Sue Bias<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-28291 | Annette I. Mills and Russell Mills<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-28292 | Brenda Carole Lee and Enrico L. DiGiammarino, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-28427 | Tina Sue Webb and Luther E. Webb, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-28877 | Linda B. Aikens and Roger Aikens |

| | |
|---|---|
| | v.<br>Ethicon, Inc., et al. |
| 2:13-cv-28878 | Amy Scott Coggins and Ronnie Jay Coggins<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-28879 | Jo Ellen Gantt<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-29558 | Beverly Bauer and Paul Bauer<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-29564 | Alectia Rosina DeVito<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-29568 | Karen Dlhosh<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-30290 | Mary Ellen Parker<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-30291 | Abigail Ready and Thomas Ready<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-31409 | Cheryl A. Walling and Douglas Walling<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-31411 | Suzanne Williams Stone and J. Craig Stone<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-31415 | Angela M. Brown and Steven Brown<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-31417 | Terry Janene Bravo<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-31420 | Melissa S. Frick<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-31574 | Cinda Lynn Arnold<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-32351 | Montessa L. Holloway<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-32354 | Anita Dawn Johnson and Ronald Johnson<br>v. |

|              |                                                      |
| ------------ | ---------------------------------------------------- |
|              | Ethicon, Inc., et al.                                |
| 2:13-cv-32388 | Cynthia L. Hood<br>v.<br>Ethicon, Inc., et al.      |
| 2:13-cv-32390 | Valerie S. Shortnacy and David T. Shortnacy<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33230 | Rosemarie Mabel Graumann<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33231 | Lucy R. Harrison<br>v.<br>Ethicon, Inc., et al.     |
| 2:13-cv-33233 | Elizabeth C. Santos and Fransisco Santos<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33234 | Willie Grace Samples and Emmett Samples<br>v.<br>Ethicon, Inc., et al. |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Christy D. Jones*