**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S) ON THE EXHIBIT(S) ATTACHED HERETO

**JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Ethicon, Inc.,
Ethicon, LLC, and Johnson & Johnson, to the extent they are named as Defendants, advise the
Court that they have compromised and settled all claims between them in these actions,
including all counterclaims, cross-claims and third party claims.

Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate
from the docket of the court, the actions listed on the attached Exhibit A, with each party to bear
its own costs.

Respectfully:

/s/ Christy D. Jones
Christy D. Jones. Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

<u>/s/ David B. Thomas</u>
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

<u>/s/ Henry G. Garrard, III</u>
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibit A*

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-19988 | Cathy Susan Norgren and Bradley Paul Norgren<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-20711 | Julie A. Hill and James A. Hill<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-20714 | Pamela Justice Burttram<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-21417 | Lisa Marie Jennings<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-23724 | Melissa Ann Blake and Quintin Blake<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-23875 | Jean P. Rogers and Jimmy Rogers<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-24098 | Karen Rozycki and Ralph Rozycki<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-24099 | Jessica Torres<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-24108 | Silvia Owens<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-24140 | Alvina Livery<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-24692 | Eloida Hernandez<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-24785 | Tammy Arnold and Timothy Arnold<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-24789 | Debra Yvonne Schultz<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:14-cv-25054 | Phillis Elaine Manuel<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25056 | Wendy Karen Cook and Marion L. Cook<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25058 | Bernice Donna Ellis and Anthony Rodriguez<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25060 | Rose A. Mack<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25107 | Susan A. Hasha and Dennis L. Hasha<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25332 | Senee Beth Johnson<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25420 | Mika Garris and Mark Garris<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25490 | Verna Clark and Rodger Clark<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25551 | Susan Douglas and Jerome Douglas<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25575 | Terrie Breedlove<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25576 | Phyllis Harris and Sam Harris<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25577 | Judy Nichelson<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25578 | Angela A. Rangel<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25843 | Mary Clark<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26032 | Lisa Barrett and Michael Barrett<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26097 | Shirley Hand Smith and Gerald Smith |

| | |
|---|---|
| | v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26198 | Donna Williams<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26199 | Annette Lear and Lonnie Lear<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26200 | Stacy Martin<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26229 | Victoria Ortiz and Gilbert Ortiz<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26256 | Mildred Ritchie<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26364 | Rita J. Kesey and Lanny J. Kesey<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26366 | Mary Banks and Johnnie Banks<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26391 | Diane Lee and Ronald Lee<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26434 | Mary Beth Scott<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26546 | Mary Lou Alvarado and Sam Alvarado<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26884 | Cleotilde Pedraza<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26885 | Sandra Beelen and Frank Beelen<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-29213 | Janet L. Marlow and Darrell Marlow<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-29471 | Mary F. LeCroy and Carl L. LeCroy<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-29472 | Melinda P. Brown<br>v. |

| | |
|---|---|
| | Ethicon, Inc., et al. |
| 2:14-cv-30970 | Brenda Brooks and Travis Brooks<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-31360 | Melanie Spurlock and Roy Spurlock<br>v.<br>Ethicon, Inc., et al. |
| 2:15-cv-00925 | Rita Vingi<br>v.<br>Ethicon, Inc., et al. |
| 2:15-cv-00926 | Shirley E. Walters<br>v.<br>Ethicon, Inc. et al |
| 2:15-cv-02570 | Judith Johnson<br>v.<br>Ethicon Inc., et al. |
| 2:15-cv-02708 | Nelcy Leon<br>v.<br>Ethicon, Inc., et al. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2017, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage