IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S) ON THE EXHIBIT(S) ATTACHED HERETO

**JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate from the docket of the court, the actions listed on the attached Exhibit A, with each party to bear its own costs.

Respectfully:

/s/ Christy D. Jones
Christy D. Jones. Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ Henry G. Garrard, III
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibit A*

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-33236 | Dena Michelle Santiago<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33775 | Gloria S. Jordan-Herring and William L. Herring<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33776 | Cindy Lee Oxner and James Oxner<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33778 | Shelene Yamrick<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33781 | Frances Jean Fortner and Walter Fortner<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33782 | Joyce M. Hallett and Seldon Hallett<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33790 | Tonya A. Strunk<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33792 | Theresa L. Flickinger and Elmer Flickinger<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00555 | Sherry H. Babcock and Peter Babcock,<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00557 | Judy W. Barrett and William Barrett<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00559 | Kelli Bird *f/k/a* Karla Thull<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00561 | Amy Estelle Boden<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00563 | Nancy A. Boothe and Neal Boothe<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:14-cv-00569 | Elitha Harvey and William Harvey<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00658 | Hannah D. Tostensen and Andrew H. Tostensen, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01047 | Alicia J. Gleason and Mark W. Gleason<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01049 | Sandra L. Gramkowski and Steven Gramkowski<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01051 | Ophelia M. Hobson and Christopher R. Hobson<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01094 | Mary Katherine Gregory and William M. Gregory<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01627 | Kelly S. Swets and Geoffrey Swets<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01634 | Doris M. Ridgeway<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01637 | Barbara Simon Bierner and Michael Bierner<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-02456 | Penny Elise Harlan and Raymond Scott Harlan<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-02470 | Princess J. Hassan<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03187 | Jessica Marie Hill<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03190 | Florence L. Oglesby and Glenn A. Oglesby<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03191 | Barbara L. McNevin<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03193 | Linda A. Salvetti and Robert Salvetti<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03194 | Melissa Romero Poole |

|  | v.<br>Ethicon, Inc., et al. |
|---|---|
| 2:14-cv-03196 | Patricia A. Speckhals and Gary A. Speckhals<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03197 | Jo Ann F. Stevenson<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03198 | Ann Marie Wilton<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03199 | Sherry Thomas and Richard Thomas<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03293 | Mary Jane Coughlin and William Coughlin<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03310 | Pamela G. Ferguson and Harry J. Ferguson<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03410 | Gladys M. Hann and William Hann, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04433 | Tina Marie Amburgey and Estill Amburgey, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04436 | Melanie Boggus-Griggs and Doyle Griggs<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04463 | Mary Fuentes and Milton Fuentes<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04467 | Kathleen Sue Hensch and David Hensch<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04469 | Correne Joy Tait & Kim Tait<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04470 | Laurel M. Taylor<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04472 | Peggie Jo Tommey and James A. Tommey<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04487 | Joyce F. Jones<br>v. |

|  |  |
|---|---|
|  | Ethicon, Inc., et al. |
| 2:14-cv-04489 | Jill Jane Houchin and Richard Houchin<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04795 | Lisa M. Mendez<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04808 | Eugenia Fowle Morris and William Morris, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04814 | Katina Nesbitt<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04816 | Dania E. Persiani and Jesse Persiani<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04830 | Ruby G. Sokol<br>v.<br>Ethicon, Inc., et al. |

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Christy D. Jones*