IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S) ON THE EXHIBIT(S) ATTACHED HERETO

**JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A - C and Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate from the docket of the court, the actions listed on the attached Exhibits A - C, with each party to bear its own costs.

Respectfully:

/s/ Christy D. Jones
Christy D. Jones. Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ Henry G. Garrard, III
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibits A and B*

/s/ Joseph A. Ermeti
Joseph A. Ermeti
OFFICE OF JOSEPH A. ERMETI
9 Division Street
Sidney, NY 13838
(607) 563-8910
jermeti@stny.rr.com
*Attorney for Plaintiffs on Exhibits B*

/s/ Khaldoun Bagdadi
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA 94108
(415) 981-7210
*Attorney for Plaintiffs on Exhibit C*

## EXHIBIT A – BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-03198 | Ann Marie Wilton v. Ethicon, Inc., et al |
| 2:14-cv-27763 | Carol Matts and Kenneth Matts v. Ethicon, Inc., et al |
| 2:15-cv-07578 | Carla Lowry and Waylon Lowry v. Ethicon, Inc., et al. |
| 2:15-cv-09330 | Diane Bryjak and George Bryjak v. Ethicon, Inc., et al. |
| 2:15-cv-11393 | Kerrie Haggerty v. Ethicon, Inc., et al. |
| 2:15-cv-11493 | Michelle Dinges and Paul Dinges v. Ethicon, Inc., et al. |
| 2:15-cv-11656 | Pamela Fagan and Charles Fagan v. Ethicon, Inc., et al. |
| 2:15-cv-12780 | Jane Foster and James Foster v. Ethicon, Inc., et al. |
| 2:15-cv-12781 | Roza Gruver and Loyd Gruver v. Ethicon, Inc., et al. |
| 2:15-cv-12782 | Mary Miller v. Ethicon, Inc., et al. |
| 2:15-cv-12783 | Jeanne Tarleton v. Ethicon Inc., et al. |
| 2:15-cv-12821 | Barbara LaClair v. Ethicon, Inc., et al. |
| 2:15-cv-12822 | Linda Woolsey v. Ethicon, Inc., et al. |

| | |
|---|---|
| 2:15-cv-13366 | Rebecca Brown and Vernon Brown, Jr. v. Ethicon, Inc., et al.. |

**EXHIBIT B – BBGA/OFFICE OF JOSEPH A. ERMETI**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-01428 | Ronnie Frank v. Ethicon, Inc., et al |

**EXHIBIT C – WALKUP, MELODIA, KELLY & SCHOENBERGER**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-06480 | Cecilia Mangoba and Leo Mangoba<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-00462 | Lois Warner<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-12204 | Patricia Manaresi<br>v.<br>Ethicon, Inc., et al. |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      By:   */s/ William M. Wage*
              William M. Gage