IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S) ON THE EXHIBIT(S) ATTACHED HERETO

## JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate from the docket of the court, the actions listed on the attached Exhibit A, with each party to bear its own costs.


Respectfully:

/s/ Christy D. Jones
Christy D. Jones. Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ Henry G. Garrard, III
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibit A*

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-05165 | Margit Z. Dery and Adorjan Dery<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-05168 | Jill Rosemary Aller and George Aller<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-05170 | Elizabeth Arcenia Abington<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-05172 | Margot A. Peterson and Roman Warchola<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-05731 | Robin McKeown<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-06320 | Gail A. Hagar<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-06367 | Linda D. Sills<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-07395 | Lena Evaline Kennedy and Benjie T. Kennedy<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-10345 | Michelle Lynn Martin<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-10347 | Betty Lee Smith<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-10562 | Charlotte J. Treadwell and Ernest Treadwell<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-10889 | Rebecca Heisten<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-10890 | Beth Linnea Smith<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:14-cv-11349 | Stella Lopez<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-11350 | Linda G. Bethke and Paul Bethke<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-11572 | Mary A. Tanner and Timothy Turner<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-11584 | Sandra E. Irving and Joseph Irving<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-11585 | Linda Sue Howard<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-11587 | Christina R. Walker<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-11588 | Sharon R. White and Gerald L. White<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-11670 | Betty Garcia Spillane and Edward Michael Spillane<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-13275 | Tracie Elaine Chaney and William Chaney<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-13304 | Joyce M. Orlosky and Michael Orlosky<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-13885 | Zolfa Q. Elnatshe and Khalid Natsheh<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-14271 | Sheron K. Flaster and Robert Flaster<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-14672 | Felecia M. Perkins<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-14698 | Mary P. Rauch and Sam Rauch<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-14699 | Betty Jean Moss and Clinton D. Moss<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-15172 | Judith Irene Farley |

| | |
|---|---|
| | v.<br>Ethicon, Inc., et al. |
| 2:14-cv-15470 | Dyann C. Killgo and Kenneth Killgo<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-15471 | Terri Lynn Key<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-15486 | Martha J. Williamson and Paul C. Williamson<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-15951 | Rhonda Lynnette Hernandez<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-15979 | Frances Jean Szweda<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-16389 | Laura B. Flynn<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-16772 | Lisa G. Luhn and Frank Luhn<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-16956 | Carol Marie Schmitz *f/k/a* Carol Marie Hadl<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-17781 | Mamie Lee Smith and Larry Smith<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-18510 | Laura S. Carlin<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-18511 | Constance A. Rolf and Donald A. Rolf<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-18512 | Judith A. Gilman and Byron E. Gilman<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-18515 | Corinne Ann Moon and David P. Moon<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-18516 | Donna L. Hill and Jimmy E. Hill, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-18517 | Rita May Wilson and Robert E. Wilson<br>v. |

|  |  |
|---|---|
|  | Ethicon, Inc., et al. |
| 2:14-cv-19388 | Theresa Helen McKelvy<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-19434 | Lesa Anne Lane<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-19573 | Alma Jo Lord and Danny L. Lord<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-19825 | Karen E. Spencer<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-19973 | Theresa Lynn Hovis and Arthur Hovis<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-19985 | Yamilee Thompson and Art Thompson<br>v.<br>Ethicon, Inc. et al |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      By:   */s/ Christy D. Jones*