**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S) ON THE EXHIBIT(S) ATTACHED HERETO

**JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate from the docket of the court, the actions listed on the attached Exhibit A, with each party to bear its own costs.

Respectfully:

/s/ Christy D. Jones
Christy D. Jones. Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ Henry G. Garrard, III
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibit A*

**EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.**

**EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-00491 | Gwendolyn T. Young<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00495 | Andrea Carol Chandlee and Mark Thomas Chandlee, Sr.<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00548 | Rhoda Schachtman<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00789 | Shirley Jean Norman and Robert Norman<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01428 | Victoria Lee Brady and Maurice Joseph Brady<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01507 | Barbara Ann Raney and Marcus Theron Raney<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01776 | Lottie M. Patrick and John D. Patrick<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01849 | Winnie Elise Peterson<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01850 | Joan E. Jernigan and Fred T. Jernigan<br>v.<br>Ethicon, Inc., et al |
| 2:12-cv-02768 | Monica Lynn Bauernfeind and James Charles Bauernfeind, II<br>v.<br>Ethicon, Inc., et al |
| 2:12-cv-04583 | Joanne Martha Anderson and Ronald E. Anderson<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-04584 | Diann Roberts-Sunley<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05158 | Elizabeth Jeannette Vasquez and Charles Richard Vasquez |

| | v.<br>Ethicon, Inc., et al. |
|---|---|
| 2:12-cv-05229 | Norma Perez<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05350 | Leslie R. Coleman and Lawrence S. Coleman<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05352 | Janet Lynn Waits<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05423 | Teresa Ann Gabor and Gary M. Gabor<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05459 | Nancy Claire Tolin and Joe E. Tolin<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05520 | Billie J. Cannon<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05525 | Cynthia J. Amoriello<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05595 | Marina Moersch<br>v.<br>Ehticon, Inc., et al. |
| 2:12-cv-05599 | Lois Yvonne Koon<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05739 | Gale Lynn Sheeler<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06494 | Heidi Sindell Welborn<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07036 | Susan Peters Harrison and Larry Harrison<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07307 | Sandra Ann Swietzer-Yerk<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-09568 | Melissa Ann Gaines and Freddie Dwight<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:13-cv-00030 | Shirley Burkhart and Garret Burkhart<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01367 | Mia Michelle Holcomb and Gary Scott Holcomb<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02873 | Vicki Jackson and Bruce Jackson<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02885 | Marjorie M. Metts and John Metts<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02957 | Beverly Denise Arens and John E. Arens<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-04128 | Frances M. Robinson<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-04644 | Tammy Lynn Wisdom Woody<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05863 | Antoinette R. Spiegelhoff<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06238 | Deborah Kay Carver<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06511 | Carol Lynn Novak and Thomas Frank Novak<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09150 | Jan P. Wilson and Jerry Wilson<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10485 | Betty M. Ridgeway and Keith E. Ridgeway<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10580 | Peggy Lynn Bowes and Franklin Bowes<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24508 | Clara Jean Rice and Robert L. Rice<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25798 | Sharon T. Allen and Kevin Allen<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27337 | Terry Faye Tarpley and Tony Tarpley |

| | |
|---|---|
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-27341 | Shirley June Sims |
| | v. |
| | Ethicon, Inc., et al. |
| 2:14-cv-01102 | Constance D. Hendrix and Danny R. Hendrix |
| | v. |
| | Ethicon, Inc., et al. |
| 2:14-cv-01625 | Bridget Bates Looney and Christopher Joey Looney |
| | v. |
| | Ethicon, Inc., et al. |
| 2:14-cv-01635 | Rosemary B. Manderson and William Manderson |
| | v. |
| | Ethicon, Inc., et al. |
| 2:14-cv-02451 | Connie Lynn Book and Byrel E. Book |
| | v. |
| | Ethicon, Inc., et al. |
| 2:14-cv-02459 | Colleen Buck and Harold Comanse |
| | v. |
| | Ethicon, Inc., et al. |
| 2:14-cv-02461 | Marsha S. Harrup and Charles L. Harrup |
| | v. |
| | Ethicon, Inc., et al. |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:     <u>*/s/ William M. Gage*</u>
          William M. Gage