IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S) ON THE EXHIBIT(S) ATTACHED HERETO

**JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate from the docket of the court, the actions listed on the attached Exhibit A, with each party to bear its own costs.

Respectfully:

/s/ Christy D. Jones
Christy D. Jones. Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ Henry G. Garrard, III
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibit A*

**EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-04435 | Gloria M. Chuey<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04437 | Patricia R. Dutton<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04817 | Leslie Rager and Kenneth Rager<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-06381 | Margie Lynn Patton and Kenneth Wayne Patton<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-11589 | Sandra M. Hennessey f/k/a Sandra M. Palmer<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-24035 | Kathy W. Calhoun and Fred A. Calhoun<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-24693 | Deborah Kaitis and Leonidas Kaitis<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-24786 | Jennifer Simmons Roper and Scott Jordan<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25286 | Tiffany Leigh Vaughn<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26247 | Lisa Wright and Steve Wright<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-28658 | Patricia Elliott and Larry Elliott<br>v.<br>Ethicon, Inc., et al |
| 2:14-cv-31425 | Kristy Van Buren and Randal Van Buren<br>v.<br>Ethicon, Inc., et al. |
| 2:15-cv-00929 | Theresa Renee Jackson<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:15-cv-02573 | Carolyn McDaniel and Richard McDaniel<br>v.<br>Ethicon, Inc., et al. |
| 2:15-cv-13858 | Ronna Elliott & Brian Elliott<br>v.<br>Ethicon, Inc., et al. |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ William M. Gage*
William M. Gage