# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------ | |
| ETHICON WAVE 4 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF THOMAS C. WRIGHT, JR., M.D., FOR WAVE 4

Plaintiffs filed a Notice of Adoption [Dkt. 3655] in the Wave 4 cases identified in Exhibit A to their Notice adopting their Motion to Exclude the Opinions and Testimony of Thomas C. Wright, Jr., M.D. and Supporting Memorandum from Ethicon Wave 1. Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to Thomas C. Wright, Jr., M.D Ethicon Wave 1, [Dkt. 2143]. Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in the Wave 1 response briefing.

Additionally, Defendants note that because Plaintiffs adopted their prior Plaintiffs' Amended Memorandum of Law in Support of their Motion to Exclude the Opinions and Testimony of Thomas C. Wright, Jr., M.D., [Dkt. 1988], which addresses only Dr. Wright's opinions as they relate to Prolift, there has been no challenge to his opinions specific to TVT.

Dated: April 26, 2017

        Respectfully submitted,

        */s/ David B. Thomas*
        David B. Thomas (W.Va. Bar #3731)
        Thomas Combs & Spann PLLC
        300 Summers Street
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 25338

        */s/ Christy D. Jones*
        Christy D. Jones
        Butler Snow LLP
        1020 Highland Colony Parkway
        Suite 1400 (39157)
        P.O. Box 6010
        Ridgeland, MS  39158-6010

        COUNSEL FOR DEFENDANTS ETHICON, INC.
        AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ David B. Thomas*
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  25338-3824
(304) 414-1800
dthomas@tcspllc.com