# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------ | |
| This document applies to:<br><br>ETHICON WAVE 4 CASES LISTED IN PLAINTIFFS' EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF WAVE 3 *DAUBERT* RESPONSE REGARDING NICOLETTE HORBACH, M.D. FOR WAVE 4

Plaintiffs filed a Notice of Adoption (Dkt. 3608) as to the opinion testimony of Nicolette Horbach, M.D in the Wave 4 cases identified in Exhibit A to their Notice. In response, Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to the general-causation opinions of Nicolette Horbach, M.D. for Ethicon Wave 3 (Dkt. 2907) as their response for Wave 4. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 3 response briefing.

Dated: April 26, 2017

Respectfully submitted,

ETHICON, INC., ETHICON, LLC, AND JOHNSON & JOHNSON

*/s/ Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Tel:  216.592.5000
Fax:  216.592.5002
rita.maimbourg@tuckerellis.com

2

          */s/ David B. Thomas*
          David B. Thomas
          THOMAS COMBS & SPANN PLLC
          300 Summers St.
          Suite 1380 (25301)
          P.O. Box 3824
          Charleston, WV 25338
          Tel:   304.414.1807
          dthomas@tcspllc.com

          */s/ Christy D. Jones*
          Christy D. Jones
          BUTLER SNOW LLP
          1020 Highland Colony Parkway
          Suite 1400 (39157)
          P.O. Box 6010
          Ridgeland, MS 39158-6010
          Tel:   601.985.4523
          christy.jones@butlersnow.com

## CERTIFICATE OF SERVICE

I certify that on April 26, 2017, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

>                       /s/ *Rita A. Maimbourg*
>                       Rita A. Maimbourg
>                       TUCKER ELLIS LLP
>                       950 Main Avenue, Suite 1100
>                       Cleveland, OH 44113-7213
>                       Tel: 216.592.5000
>                       Fax: 216.592.5002
>                       rita.maimbourg@tuckerellis.com

012177\004186\3138313.1