**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY            MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 4 CASES LISTED IN      JOSEPH R. GOODWIN
EXHIBIT A TO PLAINTIFFS' NOTICE OF     U.S. DISTRICT JUDGE
ADOPTION

<u>**NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE**</u>
<u>**REGARDING DR. JUAN C. FELIX, M.D. FOR WAVE 4**</u>

      Plaintiffs filed a Notice of Adoption [Dkt. 3598] in the Wave 4 cases identified in Exhibit

A to their Notice adopting their *Daubert* Motion to Preclude Testimony of Defense Expert Juan

Carlos Felix, M.D. and Supporting Memorandum from Ethicon Wave 1.  Defendants hereby

adopt and incorporate by reference the *Daubert* response filed in relation to Juan Carlos Felix,

M.D. Ethicon Wave 1, Dkt. #2184.  Defendants respectfully request that the Court deny

Plaintiffs' motion, for the reasons expressed in the Wave 1 response briefing.

Dated: April 26, 2017

                             Respectfully submitted,


                             */s/ David B. Thomas*
                             David B. Thomas (W.Va. Bar #3731)
                             Thomas Combs & Spann PLLC
                             300 Summers Street
                             Suite 1380 (25301)
                             P.O. Box 3824
                             Charleston, WV 25338
                             (304) 414-1807
                             dthomas@tcspllc.com

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010

COUNSEL FOR DEFENDANTS ETHICON, INC.
AND JOHNSON & JOHNSON

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 26, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ David B. Thomas*
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  25338-3824
(304) 414-1800
dthomas@tcspllc.com