John R. Wagner, M.D.

```
 1              UNITED STATES DISTRICT COURT
 2           SOUTHERN DISTRICT OF WEST VIRGINIA
 3                     AT CHARLESTON
 4     ----------------------------:

       IN RE ETHICON, INC., PELVIC  :
 5     REPAIR SYSTEM PRODUCTS        : MASTER FILE
       LIABILITY LITIGATION         : No. 2:12-MD-02327
 6     _____:

                                     :
 7     THIS DOCUMENT RELATES TO      : MDL 2327

                                     :
 8     GENERAL DEPOSITION            : JOSEPH R. GOODWIN
       RE:  TVT                      : US DISTRICT JUDGE
 9     ------------------------------
10                  -   -   -
11                 March 13, 2017
12                  -   -   -
13          Deposition of JOHN R. WAGNER, M.D.,
14     held at Marriott Melville, 1350 Old Walt
15     Whitman Road, Melville, New York,
16     commencing at 9:04 a.m., on the above
17     date, before Marie Foley, a Registered
18     Merit Reporter, Certified Realtime
19     Reporter and Notary Public.
20                  -   -   -
21             GOLKOW TECHNOLOGIES, INC.
22        877.370.3377 ph | 917.591.5672 fax
23                Deps@golkow.com
24
```

EXHIBIT B

APPEARANCES:

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
BY: BRYAN F. AYLSTOCK, ESQUIRE
17 East Main Street
Suite 200
Pensacola, Florida 32502
850.202.1010
baylstock@awkolaw.com
Representing the Plaintiff

RIKER, DANZIG, SCHERER,
HYLAND, PERRETTI, LLP
BY: MAHA M. KABBASH, ESQUIRE
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
973.538.0800
mkabbash@riker.com
Representing the Defendant

ALSO PRESENT:
Ted J. Tanenbaum, Esq.

\- - -

TRANSCRIPT INDEX

PAGE

APPEARANCES....................... 2
INDEX OF EXHIBITS................. 4, 5
EXAMINATION OF JOHN WAGNER, M.D.:
BY: MR. AYLSTOCK................. 7, 196
BY: MS. KABBASH.................. 174
REPORTER'S CERTIFICATE............ 201
SIGNATURE PAGE.................... 199
ERRATA............................ 200

EXHIBITS WITH ORIGINAL TRANSCRIPT

\- - -

\- - -

EXHIBITS

\- - -

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Wagner 1 | Notice to Take Deposition of John Wagner, M.D., dated March 1, 2017 | 8 |
| Wagner 2 | Flash drive containing documents | 9 |
| Wagner 3 | John Wagner, M.D., invoice December 2016/January 2017 | 9 |
| Wagner 4 | John Wagner General Reliance List in Addition to Materials Referenced in Report MDL Wave 4 | 10 |
| Wagner 5 | John Wagner Supplemental General Reliance List in Addition to Materials Referenced in Report MDL Wave 4 | 10 |
| Wagner 6 | Expert Report of John R. Wagner, M.D., dated January 31, 2017 | 15 |

\- - -

EXHIBITS

\- - -

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Wagner 7 | Curriculum Vitae of John R. Wagner, M.D. | 27 |
| Wagner 8 | Wagner article titled Vaginal Repair of Symptomatic Pelvic Organ Prolapse Using Polypropylene Mesh | 47 |
| Wagner 9 | Gynecare TVT Instructions for Use | 86 |
| Wagner 10 | Expert Report of John R. Wagner, M.D. regarding Gynecare TVT Products | 158 |

Page 42

1 lower?
2         MS. KABBASH: Objection to form.
3         You can answer.
4     A.  Again, I think that it depends
5 on whether the patient needs mesh or not.
6 I think when I think about these terms, I
7 think does this patient need a mesh or not
8 or can she get by with a traditional
9 repair. And then if I decide that yes,
10 she's at high risk for some reason and
11 needs a mesh implant, should I place it
12 vaginally or abdominally has a number of
13 factors.
14        If I think a patient requires a
15 very large mesh implant of the anterior
16 apical and posterior walls, I would prefer
17 to place that abdominally if she is a
18 candidate for abdominal surgery.
19    Q.  And that's because in your
20 experience, the rate of adverse events is
21 lower abdominally as opposed to
22 transvaginally, correct?
23    A.  In my experience, and as well
24 as, you know, the experience I think of

Page 43

1 others in the literature and colleagues,
2 by avoiding vaginal incisions, you seem to
3 minimize the risk of complications related
4 to the mesh.
5     Q.  Can you do a -- you mentioned a
6 patient not being a candidate for
7 traditional repair.
8         Do you still do traditional
9 repair for stress urinary incontinence?
10        MS. KABBASH: Objection to form.
11        You can answer.
12    A.  If by traditional you mean a
13 Burch colposuspension or an MMK or a
14 pubovaginal sling or a Pereyra or a
15 Stamey, by and large, no. I think that I
16 used to do a lot Burches and Pereyra's.
17 Those were my procedures of choice, but
18 the TVT product and line of products has
19 really revolutionized that procedure.
20    Q.  Let me just ask you directly.
21        You still do Burch procedures
22 from time to time, correct?
23    A.  I think I've done one Burch in
24 the last two years or three years.

Page 44

1     Q.  And what other non-mesh
2 procedures can be done for the treatment
3 of SUI?
4     A.  Well, traditionally, we used to
5 do anterior repairs with a Kelly
6 plication. We would do a Burch procedure.
7 For recurrent stress incontinence, we
8 would often do a pubovaginal sling
9 retropubically with either autologous
10 graft or synthetic material. And then you
11 had your needle suspension procedures,
12 like the Pereyra and the Stamey.
13    Q.  You can do a Burch procedure
14 laparoscopically, correct?
15    A.  No, I've never done that.
16    Q.  You haven't seen it done?
17    A.  I've seen it done. I've never
18 done one.
19    Q.  But it's possible, doctors can
20 do them, correct?
21    A.  You can do a Burch procedure
22 laparoscopically or robotic or via an open
23 incision.
24    Q.  Let's move now to your

Page 45

1 publications on your CV.
2         How many of these, when you say
3 publications or national presentations,
4 how many articles have you had published
5 in the peer-reviewed medical literature?
6     A.  Four, I think.
7     Q.  Does that include abstracts that
8 were presented via poster at a conference?
9     A.  No.
10    Q.  And then you've had a number of
11 presentations in addition to the
12 peer-reviewed publications, correct?
13    A.  Correct.
14    Q.  Do any of these publications or
15 presentations involve the treatment of
16 stress urinary incontinence?
17    A.  No.
18    Q.  So you've never had a
19 publication or presentation on the
20 treatment of stress urinary incontinence,
21 correct?
22    A.  Not at a national meeting.
23    Q.  And the other ones you've had
24 were as a consultant or a proctor for

John R. Wagner, M.D.

Page 86

1 materials is reflected in Exhibit 3,
2 correct?
3 A. No. Most of the time we just
4 talked about I reviewed recently.
5 Q. So that would be in either the
6 invoice that I wasn't provided yet or the
7 e-mail or would be reflected in a future
8 invoice?
9 A. Or the invoice that I haven't
10 provided her with yet.
11 Q. Right, okay.
12 MR. AYLSTOCK: Let me hand you
13 Exhibit 9.
14 (Exhibit Wagner 9, Gynecare TVT
15 Instructions for Use, was marked for
16 identification, as of this date.)
17 BY MR. AYLSTOCK:
18 Q. Do you recognize Exhibit 9,
19 Doctor?
20 A. I do.
21 Q. You recognize that as the
22 instructions for use for the TVT
23 Retropubic product, correct?
24 A. Yes.

Page 87

1 Q. In your report, you state that
2 you use the instructions for use for
3 educational purposes with your residents,
4 correct?
5 A. I do.
6 Q. Why is that?
7 A. It goes to sort of what you
8 asked me about textbooks. The surgery
9 that we do now is so different than the
10 surgery when I was trained. When I was
11 trained, the operations we were doing had
12 been pretty much unchanged for 80 to a
13 hundred years, and we had atlases and
14 textbooks that reflected those operations.
15 I mean, our suture materials were better.
16 Our operating environments were better.
17 Our surgical techniques were better, but
18 our actual procedures were pretty much
19 unchanged. And in today's world, whether
20 it's vaginal slings, vaginal mesh repairs,
21 whether it's single incision surgery,
22 whether it's robotic surgery, it's really
23 hard to find an up-to-date textbook to
24 describe these things. And by the time

Page 88

1 you do, it's probably outdated within a
2 couple years.
3 So, I just found that when I
4 have a new resident or fellow and they
5 have not seen this operation before or
6 they've not handled a particular device
7 before, a stapler, a single incision, I
8 encourage them to take this with them and
9 look at it.
10 Q. I think you even say you
11 encourage them to take it home and study
12 it, correct?
13 A. Yes, I do.
14 Q. And that's because what's in the
15 IFU should be the most up-to-date
16 information known to the company as to the
17 implantation procedure and how to perform
18 it, correct?
19 A. Again, I have problems with that
20 term "up-to-date."
21 You know, I think that the IFU
22 reflects the company's obligation to
23 describe their product and to describe
24 adverse potential side effects related to

Page 89

1 their product. And yes, I mean, you could
2 learn something tomorrow and it might take
3 an IFU a while to catch up.
4 I don't expect the IFUs to
5 replace surgical judgment or up-to-date
6 surgical management, but I do find it's a
7 very good way to introduce somebody to a
8 product, and that's really what I would
9 use them for. Whether it's TVT or really
10 any other product, to introduce a resident
11 to that product.
12 And I might say to them look, it
13 says here that you can X, Y or Z, but we
14 found you could even do A, B and C with
15 this too and expand on it. Or I might say
16 it says here you can do this, but some of
17 the recent data says you can't do that.
18 So again, it's a good stepping
19 stone to get off on teaching somebody how
20 to use a product, is how I would use the
21 IFU.
22 Q. And you mentioned adverse events
23 are reflected in the IFU, correct?
24 A. Yes, they are.

John R. Wagner, M.D.

Page 94

1 TVT products even in the absence of doctor
2 error, correct?
3 A. Yes.
4 Q. Same question with regard to
5 recurrence of incontinence, correct?
6 A. Correct.
7 Q. And same with regard to
8 bleeding, including hemorrhage or
9 hematoma, correct?
10 A. Correct.
11 Q. And you would also agree that
12 following the implantation of the TVT
13 family of products, one or more revision
14 or surgeries may be necessary to treat
15 these adverse reactions, correct?
16 A. Correct.
17 Q. And that can occur even in the
18 absence of doctor error, correct?
19 A. Correct.
20 Q. And you would agree that the TVT
21 mesh -- well, you're aware, Doctor, are
22 you not, that in the TVT family of
23 products they're all the same
24 polypropylene mesh, correct?

Page 95

1 A. Correct.
2 Q. And that's Prolene mesh,
3 correct?
4 A. Correct.
5 Q. Do you agree that in some cases,
6 that Prolene mesh needs to be removed in
7 whole or in part and significant
8 dissection may be required of the tissue
9 to get to the mesh, correct?
10 A. Correct.
11 Q. And that can occur with the TVT
12 products even in the absence of doctor
13 error, correct?
14 A. Correct.
15 Q. Have you personally explanted
16 Prolene mesh in your practice?
17 A. Yes.
18 Q. How many times?
19 A. I've explanted Prolene mesh in
20 suburethral slings probably four or five
21 times, but I've explanted mesh in other
22 parts of the vagina in the operating room
23 maybe 20 to 30 times and in the office
24 multiple times.

Page 96

1 Q. Prolene mesh, correct?
2 A. Prolene mesh like you'd see with
3 the Prolift system. Typically that was my
4 main product, so it would be primarily the
5 Prolene mesh in the Prolift system.
6 Q. Okay. Where a patient presents
7 with the need for explantation of the
8 mesh, is that something you normally do
9 personally, or do you refer cases out for
10 treatment sometimes?
11 A. No, I actually do that
12 personally.
13 I guess I should tell you too
14 that of the TVTs that I have treated, I
15 think only one of them was mine. The
16 rest -- actually, two of them were mine.
17 The rest were referred to me. So about
18 half of the four or five were referred to
19 me. The other two were mine.
20 Q. And by "mine" you mean --
21 A. My patient.
22 Q. -- you implanted the original
23 TVT device, correct?
24 A. Yes, I implanted the original

Page 97

1 TVT device.
2 And I should say that on one of
3 them it's pretty clear that the patient
4 disrupted the repair 'cause she had sex
5 the next night and disrupted the repair,
6 so I don't think that was the fault of
7 anything other than the patient not
8 adhering to her restrictions.
9 Q. In the other case, did the
10 patient adhere to the instructions and
11 refrain from sex for the appropriate time?
12 A. As best as I know, yes.
13 Q. And she still had suffered an
14 adverse event from the TVT product?
15 A. She did. She had a small mesh
16 erosion that I had to excise.
17 Q. And that mesh erosion, I take
18 it, was not caused by your error, correct?
19 A. Error's a funny word. We do our
20 best to section, we place it where we like
21 to place it. We keep our fingers crossed
22 that we haven't devitalized the tissue so
23 that it heals well, but it can occur
24 without any doctor error. It's an

1 Q. Okay.

2 A. And I think that as part of

3 that, you need an armorterium [sic], is

4 that the word I'm looking for, of tools.

5 Q. And one of the tools is the IFU?

6 A. Is an IFU.

7 Q. Okay.

8 A. So I would hold myself out as an

9 expert at teaching in that regard.

10 Q. Okay. But not with regard to --

11 A. But not --

12 Q. -- IFUs specifically, correct?

13 MS. KABBASH: Objection to form.

14 A. But not with the industry

15 standards for what goes into the IFUs.

16 Q. Correct.

17 Is that correct?

18 A. Correct.

19 Q. Okay, thank you.

20 Now, the instructions for use on

21 the TVT products also have implantation

22 instructions for the physician, correct?

23 A. Yes.

24 Q. And similarly, would you agree

1 that with regard to the manner of

2 implantations, it's important that the

3 physicians be told through the IFU the

4 correct manner of implantation of the

5 particular product?

6 A. I think how a physician learns

7 to do this should not be just by reading

8 the IFU and doing this. I think that if

9 somebody wants to expand their surgical

10 repertoire to anything, they should go to

11 postgraduate courses, be proctored, they

12 should learn -- if I'm understanding the

13 question, the question is can a surgeon

14 just read the IFU and do the surgery, I

15 would say no.

16 Q. Yeah, that really wasn't my

17 question.

18 I guess my question relates back

19 to in your report on page 3, you would

20 agree that the IFU should be where the

21 physician -- one of the things that the

22 physician relies upon to look for the

23 correct manner of implantation of the

24 product, correct?

1 A. I think the IFUs provide a nice

2 written summary of standard use of the

3 product.

4 Q. And because of that, because

5 doctors rely on it, it's important that

6 the IFUs be accurate, correct?

7 A. I think the IFUs should be

8 accurate, yes.

9 Q. Because if the IFU's not

10 accurate, a doctor may rely on it and give

11 bad information to a patient or implant it

12 incorrectly or do something else that's

13 wrong, correct?

14 A. A doctor could implant something

15 incorrectly for a variety of reasons that

16 probably have nothing to do with the IFU.

17 Q. Well, you agree if the IFU is

18 incorrect to the best manner of

19 implantation, or unclear, that can lead to

20 adverse consequences to the patient,

21 correct?

22 MS. KABBASH: Objection to form.

23 A. I would like the IFU to be as

24 clear as possible.

1 Do I expect it to be a perfect

2 document? No more than I expect,

3 necessarily, my textbook chapter to be a

4 perfect document. But in general, they're

5 a good summary of whatever product it is

6 and what the company feels should be part

7 of its use and reactions and warnings and

8 side effects.

9 Q. Okay. Let's go now to your

10 expert report, Exhibit 6.

11 Did you write this report?

12 A. I think that probably two-thirds

13 of this are my dictation and corrections

14 of my dictations. Clearly these reflect

15 my opinions, but in terms of organizing

16 this, I clearly had help from counsel.

17 They helped me organize sections. But

18 most of this is dictated by me and

19 corrected by me.

20 Q. You said about two-thirds?

21 A. About two-thirds is directly

22 from my Dictaphone. The others are

23 paragraphs that I had editorial control

24 over and changed in certain ways, but

Page 118

1 regard to the Burch procedure, your
2 patients did well, did not suffer an
3 adverse event, correct?
4    A.   They had typical --
5         MS. KABBASH: Objection.
6    A.   -- Burch outcomes. You know,
7 there were times when it didn't work well.
8 There were times when they had catheters
9 for three or four weeks. There were times
10 when it didn't tighten them enough.
11        You know, with the Burch it was
12 funny because you didn't have different
13 types of options. It was one procedure.
14 So if somebody had intrinsic sphincter
15 deficiency, we would try to do a really
16 tight Burch. If they just had
17 hypermobility, we wouldn't do a really
18 tight Burch. There was a lot more
19 guesswork with Burches, and there was a
20 lot more involved in recovery and pain and
21 complications.
22   Q.   As far as long-term
23 complications from the Burch other than
24 those individuals who suffered from a

Page 119

1 recurrence, did you have particular
2 patients that had long-term consequences
3 following the Burch that you can recall?
4    A.   No, but I know I had patients
5 who needed a pubovaginal sling because
6 their incontinence wasn't better. I
7 recall hematomas. We were always worried
8 about bleeding.
9    Q.   Those would be transient
10 conditions, correct?
11   A.   Well, transient for months.
12 Yeah, they didn't -- if they had a Burch
13 when they were 60, they didn't have those
14 conditions when they were 80, but they may
15 linger for a long time.
16        One thing to also remember about
17 a Burch is that if you did have a
18 hysterectomy, the vessels in that
19 retropubic space were often huge too. So
20 there was a significant risk of bleeding
21 with a dissection. It was a much more
22 invasive operation.
23   Q.   One of the risks that's not
24 associated with the Burch, however, is

Page 120

1 erosion or extrusion, correct?
2    A.   That is correct.
3    Q.   That's a risk that's unique to
4 the TVT family of products or other mesh
5 involved in SUI?
6    A.   It's absolutely unique to
7 operations other than the Burch. The
8 pubovaginal slings, synthetic material
9 could erode. The Burch did not have
10 erosions.
11   Q.   If we turn to page 4 of your
12 report, you detail your experience with
13 the TVT products. I'm going to focus on
14 the TVT Retropubic product for now.
15        It looks like you performed
16 about 600 to 800 procedures with the
17 device?
18   A.   Yeah, that's my best
19 recollection. We started doing them
20 around 2000, and it became virtually
21 standard. We used it for every patient.
22 That was really the only device on the
23 market for a while that we used.
24   Q.   I'm not going to mark it because

Page 121

1 I want to take it back, but I'm handing
2 you a TVT device box.
3        Do you recognize that?
4    A.   I do. It brings back memories.
5    Q.   All right. So, one of the
6 memories it brings back is that the TVT
7 has the polypropylene mesh, the Prolene
8 mesh we discussed, and it's actually fixed
9 to the instruments, correct?
10   A.   It is, yes.
11   Q.   So the device is not just the
12 mesh, it's the instrumentation and the
13 instructions for use, correct?
14   A.   Yes. And I think the handles
15 were reusable. They were separate.
16   Q.   Okay. But the actual trocars
17 here attached?
18   A.   Yes, they were attached and the
19 handles, if I recall, screwed into the
20 bottom of the metal trocars.
21   Q.   So the trocars weren't reusable,
22 just the handles, correct?
23   A.   Just the handles, yes.
24   Q.   How much were you paid,

Page 130

1 exactly the original Retropubic that shows
2 any lower complication rate.
3     Q.  But in your experience, you
4 prefer the Exact because you find it to be
5 a superior device than the original
6 Retropubic, correct?
7         MS. KABBASH: Objection; asked
8 and answered.
9         You can answer.
10    A.  In my hands, the way I feel my
11 way through the pelvis, I'm more confident
12 placing the Exact. That's my -- that's my
13 best answer.
14        I don't have any peer-reviewed
15 objective data to tell you that it's
16 better. I feel that I have a better feel
17 for where I'm guiding the trocars with the
18 Exact than I did with the original TVT.
19    Q.  So to you, you feel it's a
20 superior device?
21        MS. KABBASH: Objection.
22 BY MR. AYLSTOCK:
23    Q.  The Exact.
24    A.  I just come back to in my hands,

Page 131

1 when I'm doing it, I feel more confident
2 doing it.
3     Q.  Okay. When is the last time you
4 did an original TVT Retropubic
5 implantation, 2006?
6     A.  No. I think I did one or two
7 recently when I was at a hospital, I can't
8 remember which hospital it was, and all
9 the TVT-Exacts had expired. And so I
10 asked them if I could have the original
11 device and they gave it to me.
12    Q.  Okay.
13    A.  But I haven't seen that package
14 in a long time because they gave it to me
15 unwrapped and everything.
16    Q.  But absent an expiration on the
17 Exact, you don't use the TVT Retropubic
18 device anymore?
19    A.  That's correct.
20    Q.  When you were using the TVT
21 Retropubic device, did you use
22 mechanical-cut or laser-cut, or do you
23 know?
24    A.  I am pretty confident that when

Page 132

1 I used that, it was virtually all
2 mechanical-cut. I don't recall being
3 familiar with the concept of laser-cut
4 until I used the TVT Secur. So I'm fairly
5 confident that everything I used was
6 mechanical-cut.
7     Q.  Did your sales rep or anybody
8 from Ethicon ever explain to you what the
9 difference was?
10    A.  Not that I recall.
11    Q.  Do you know why Ethicon switched
12 to also creating a laser-cut TVT
13 Retropubic device?
14        MS. KABBASH: Objection to form.
15    A.  I don't know why.
16    Q.  Did you ever ask them?
17    A.  No, I don't think I ever have.
18 I may have asked my rep when I had the TVT
19 Secur questions about the laser-cut, but
20 until recently, maybe four or five months
21 ago, I actually wasn't aware that you
22 could get the meshes in both ways. That
23 was a relatively new discovery on my part.
24 I think I've always used the

Page 133

1 mechanical-cut except for the Secur
2 because I think the Secur only came
3 laser-cut.
4     Q.  When you did become aware of the
5 difference, what were you told about why
6 there was a difference?
7     A.  I recall, I think, having that
8 discussion with my GYN clinician in the
9 O.R., possibly when they were reordering,
10 and I remember thinking it didn't make any
11 difference to me. I think I remember
12 saying whatever's cheapest, if there was a
13 difference.
14    Q.  Okay. If you add up all of
15 these Ethicon devices over the years, it
16 looks like you've done 2,000, 2400 such
17 operations involving the TVT family of
18 products.
19        Is that about right?
20    A.  I think that's probably about
21 right.
22    Q.  Did you ever keep a registry for
23 your patients, given the large number that
24 you did?

John R. Wagner, M.D.

Page 146

1    Q.   Not for slings?
2    A.   I haven't used Coloplast for
3  slings, no.
4    Q.   Any other manufacturers -- have
5  you used any other manufacturers'
6  products, mesh products, for the treatment
7  of stress urinary incontinence other than
8  Johnson & Johnson?
9    A.   I've used the Caldera slings a
10  few times.
11    Q.   The Desara?
12    A.   A Caldera I think is the name.
13  It's the preset ones that -- it's put out
14  by a company that basically mimics every
15  sling that's on the market. So the
16  advantage is a hospital can buy the
17  complete set and it sort of mimics the
18  Monarch, it mimics all the TVT products.
19  They have a mimic for everything.
20    Q.   Have you used the AMS products
21  for SUI?
22    A.   No, I don't think I have.  If I
23  did, it was just once or twice.  I don't
24  really recall.  And if I did, it was

Page 147

1  probably in a cadaver lab setting
2  somewhere. I really don't have any
3  experience with AMS products.
4    Q.   And Boston Scientific slings,
5  same thing?
6    A.   I did not use their slings.  I
7  used their Uphold for anterior and apical
8  support.
9    Q.   In those times where you removed
10  mesh from women, TVT, Prolene mesh, did
11  you request any particular analysis of the
12  explanted mesh?
13    A.   No.
14    Q.   Did you personally review the
15  pathology reports for those?
16    A.   I'm sure that I did, and I'm
17  sure that I probably sent it to pathology.
18    Q.   Did you in that request a SEM
19  analysis?
20    A.   No.
21    Q.   Did you request any particular
22  analysis of those explanted meshes?
23    A.   No, I did not.
24    Q.   I take it you're not a

Page 148

1  pathologist?
2    A.   No.
3    Q.   And don't hold yourself out to
4  be an expert on pathology?
5    A.   No.
6    Q.   Same with you're not an
7  epidemiologist?
8    A.   No, I'm not an epidemiologist.
9    Q.   You're not a biomedical
10  engineer?
11    A.   Not a bit.
12    Q.   And you've never done a
13  comparison study of different mesh
14  designs?
15    A.   No, I have not.
16    Q.   And you don't hold yourself out
17  to be an expert in medical device design?
18        MS. KABBASH: Objection to form.
19    A.   Not in the bench work of design,
20  but I think I have a handle on what seems
21  to work best for me and for other
22  physicians in the O.R. just based on
23  experience.
24    Q.   But with regard to comparison of

Page 149

1  different designs, you don't have an
2  expertise on that?
3    A.   Beyond my own surgical
4  experience, no.
5    Q.   And you agree that would be
6  anecdotal experience, correct?
7        MS. KABBASH: Objection.
8  BY MR. AYLSTOCK:
9    Q.   I mean, I guess you haven't done
10  a study on SUI.  We've established that.
11    A.   No, but the problem I have with
12  anecdotal would mean that there's a total
13  absence of any ergonomic literature
14  suggesting that one handle might be better
15  than another, and I'm not sure I could say
16  that.  So I'd say that my migration to
17  certain products over my career probably
18  involves as much how I can handle the
19  device as what data may be out there
20  supporting a superior design or ergonomics
21  that agrees with what I'm feeling.
22    Q.   So it's based upon your clinical
23  experience in treating particular
24  patients, correct?

John R. Wagner, M.D.

1    MS. KABBASH: Objection.
2    A.   Supplemented with what I may be
3 exposed to at the time regarding design
4 advantages, et cetera.
5    Q.   In your opinion, should a
6 medical device company inform physicians
7 about potential complications associated
8 with its medical device?
9    A.   Yes.
10   Q.   And would you agree with me that
11 one of the ways to do that is through the
12 IFU for the medical device?
13   A.   Yes.
14   Q.   If you go to page 5 of your
15 report. There's some information about
16 your payment at the time of a preceptor.
17       Do you see that?
18   A.   Yes.
19   Q.   And you list, you state that you
20 believe that Ethicon reimbursed you about
21 $50,000 for those -- for that time; is
22 that correct?
23   A.   Yes.
24       MS. KABBASH: I apologize. What

1    page are we on?
2        MR. AYLSTOCK: Page 5.
3        MS. KABBASH: Thank you.
4 BY MR. AYLSTOCK:
5    Q.   Have you confirmed that, or is
6 that just your best estimate?
7    A.   That is -- I actually thought
8 that number was less, but apparently I
9 guess working for -- as a proctor or
10 preceptor for many years ago, it did total
11 that amount. That number was actually
12 based on records from Ethicon.
13   Q.   Did you look at those records?
14   A.   No. But I can recall that
15 standard rates for teaching somebody for
16 half-day or a full day were about either
17 $500 for a half-day and a thousand for a
18 full day, and if I acted as a preceptor
19 for a cadaver course, I think there was a
20 higher fee for that. Those were pretty
21 standard rates.
22   Q.   Did they pay for your travel to
23 these courses?
24   A.   They probably would if I asked

1    them, but I kind of just paid for my own
2 travel.
3    Q.   Did you receive any honoraria
4 from them?
5    A.   I'm probably misunderstanding
6 the question because I thought that's what
7 that was. That five hundred or a
8 thousand, does that not qualify as an
9 honoraria? I don't know. I got paid.
10   Q.   You got paid for it, okay.
11       And I take it you've also got
12 paid by Wyeth and GlaxoSmithKline and all
13 of those other companies for your work for
14 them, correct?
15   A.   I got flat fees for giving
16 talks. It was pretty much for the medical
17 aspect of that consulting. It wasn't
18 any -- with the exception of Covidien, it
19 wasn't any involved with the company, per
20 se. It was just flat fee. I was on their
21 speaker panels, give talks.
22   Q.   And you're still on various
23 speaker panels and so forth, correct?
24   A.   I don't think so. I think they

1    outlawed those. At least my hospital did.
2 You can't be on a speaker panel as of
3 about four years ago.
4    Q.   You're still being paid for
5 doing things for medical device and
6 pharmaceutical companies, correct?
7    A.   That is correct.
8    Q.   In addition to what you're doing
9 in this case for Ethicon, correct?
10   A.   Correct.
11   Q.   You mentioned some things you
12 reviewed, and that includes some
13 procedural videos.
14       Do you see that?
15   A.   You're down at the bottom of
16 that page?
17   Q.   Right in the middle "Materials
18 Reviewed."
19   A.   Yes.
20   Q.   What procedural videos did you
21 review?
22   A.   I had a TVT -- I had several TVT
23 videos -- "video" is a bad term. I'm
24 probably dating myself. Disks. They

Page 162

1 track record.
2    Q.  Okay.  And the TVT Retropubic is
3 a midurethral sling, correct?
4    A.  Correct.
5    Q.  Are the other TVT products also
6 midurethral slings, or are there
7 differences?
8    A.  Yes, they all are.
9    Q.  Do you know whether Dr.
10 Ulmsten's, the type of product Dr. Ulmsten
11 used that then was followed up by Dr.
12 Nilsson was a TVT laser-cut or a TVT
13 mechanical-cut?
14    A.  I always made the assumption it
15 was mechanical-cut.  I thought a laser-cut
16 came along later, but I could be wrong on
17 that.
18    Q.  You don't know as you sit here
19 today?
20    A.  I don't know with a hundred
21 percent certainty, no.
22    Q.  And with regard to the studies
23 you referenced that support the TVT
24 Retropubic device, do you know how many of

Page 163

1 them involved TVT mechanical-cut versus
2 TVT laser-cut?
3    A.  No.
4    Q.  Are you familiar with -- well, I
5 guess you've never actually implanted a
6 TVT laser-cut -- TVT Retropubic laser-cut,
7 to your knowledge, correct?
8         MS. KABBASH:  Objection to form.
9    A.  I actually don't know that.  I
10 consider those slings interchangeable.  I
11 know I've implanted the mechanical-cut,
12 but as far as I'm aware, I could have
13 easily implanted a laser-cut mesh.  It
14 would have been the same to me.
15    Q.  You wouldn't know the difference
16 if you held it?
17    A.  I mean, if I really carefully
18 pulled on it and tugged on it and tried to
19 wreck it, I'd see the difference, but I'm
20 not trying to pull and tug it and wreck it
21 before I put it in.  So to me they're
22 interchangeable.
23    Q.  So you don't know the
24 biomechanical properties of each and

Page 164

1 whether they're the same or different?
2         MS. KABBASH:  Objection to form.
3    A.  To my mind, they're clinically
4 the same.
5    Q.  Do you know whether or not the
6 TVT laser-cut is stiffer mesh than the TVT
7 mechanical-cut?
8    A.  Again, I come back to clinically
9 to me, it makes no difference to me
10 whether it's laser-cut or mechanical-cut.
11    Q.  You say clinically, but you
12 don't know as we sit here today whether
13 you've actually ever implanted a TVT
14 laser-cut retropubic, correct?
15         MS. KABBASH:  Objection to form.
16    A.  That is true.  But it's not a
17 characteristic that I would ever insist
18 upon, and so I could have implanted
19 multiple laser-cuts.  I'd actually have to
20 check the requisition office in our
21 hospital and in my other hospital to see
22 what they ordered.  But I do know that I
23 have used the mechanical-cut mesh.
24    Q.  And the reason you don't know

Page 165

1 the difference is because Ethicon never
2 explained to you as a doctor implanting
3 800 TVT Retropubic devices what the
4 reasonable differences are between the
5 laser-cut mesh and the mechanical-cut mesh
6 in the TVT-R, correct?
7         MS. KABBASH:  Objection to form.
8    A.  Actually, that's not exactly
9 true because I had a long discussions with
10 my rep regarding laser-cut with the TVT
11 Secur.  So I was actually familiar with
12 the laser-cut and what it looked like.
13 And so, and I also know that if you put
14 excessive force on the mechanical-cut, it
15 looks different than if you put excessive
16 force on the laser-cut.  I just don't
17 think that it has any clinical relevance
18 to me as the implanting surgeon on a
19 standard tension-free tape.  I'm not
20 putting -- if I'm putting excessive force
21 on that tape and deforming it, then I'm
22 doing it wrong.  It's not the tape, it's
23 the doctor.
24    Q.  Okay.  So you've observed in

John R. Wagner, M.D.

| Page 166 | Page 168 |
|---|---|
| 1 your experience with the TVT devices that | 1 applied to the mechanical-cut evidence of |
| 2 when you pull on the mechanical-cut mesh, | 2 fraying of the mesh? Could you see that? |
| 3 it has more deformation of the pores than | 3 Could you see the fraying of the mesh if |
| 4 if you pull on mechanical-cut mesh, fair? | 4 the mechanical-cut was pulled? |
| 5 MS. KABBASH: Bryan, in | 5 A. You could see irregularity in |
| 6 fairness, I think you misstated a | 6 the mesh. I guess you would call that |
| 7 word. You might want to -- | 7 fraying. I just always thought of it as |
| 8 MR. AYLSTOCK: I'll try again. | 8 an irregularity. The edges were jagged if |
| 9 Thank you. | 9 you applied too much tension to it. |
| 10 MS. KABBASH: You're welcome. | 10 Q. Like a barbed wire effect? |
| 11 BY MR. AYLSTOCK: | 11 MS. KABBASH: Objection. |
| 12 Q. In your prior answer, you had | 12 A. It would have -- it would |
| 13 indicated that when you're putting force | 13 have -- I would describe not barbed wire. |
| 14 on the mechanical-cut mesh to a certain | 14 As more like looking at a mountain range, |
| 15 extent, it behaves differently than the | 15 where you have the peaks and valleys of |
| 16 same amount of force on a laser-cut mesh, | 16 the mountains. |
| 17 correct? | 17 Q. A jagged edge? |
| 18 A. Yes. | 18 A. Yeah, like that. |
| 19 Q. And can you describe the | 19 Q. Now, did you see evidence of |
| 20 differences, please, as you've observed in | 20 particle loss, or particles? |
| 21 your clinical practice? | 21 A. Occasionally I would see -- my |
| 22 A. What I've seen actually is two | 22 clamp that I'm using to tug on the mesh |
| 23 observations. One is if I'm teaching | 23 for whatever reason could rip the mesh, |
| 24 somebody and they put way too much tension | 24 tear the mesh, there might be a little |

| Page 167 | Page 169 |
|---|---|
| 1 on the mesh, it tends to rope or band | 1 particle here or there. |
| 2 maybe and not lie flat. And in that | 2 Q. You mentioned the need to make |
| 3 setting, you can also get some | 3 sure the mesh was lying flat under the |
| 4 irregularity of the edges. And that's | 4 urethra? |
| 5 clearly a tape that's been inappropriately | 5 A. And without tension. |
| 6 placed. | 6 Q. Why is it important that that |
| 7 The other time that I've noticed | 7 mesh be laid flat? |
| 8 the properties of laser-cut versus | 8 A. I think there's two answers to |
| 9 mechanical-cut is when I'm removing the | 9 that question. The first is that it |
| 10 mesh that I don't like how it's been | 10 provides a slightly broader base of |
| 11 placed. I found that if I pulled out a | 11 support rather than a very narrow base of |
| 12 laser-cut TVT Secur, that it would | 12 support. |
| 13 maintain its shape a lot better than if I | 13 But the other answer to that |
| 14 was tugging on mechanical-cut mesh in the | 14 question, the reason it's important is |
| 15 process of removing it. I could never | 15 because if it's not lying like that, |
| 16 really use that mesh again. I'd have to | 16 somebody's over-tensioning it. |
| 17 get a new product out of the box because | 17 Q. Okay. Now, you agree that when |
| 18 the process of extra tension had deformed | 18 implanting a TVT device, really any of the |
| 19 it. | 19 TVT family of products, but certainly the |
| 20 But it wasn't -- basically from | 20 TVT Retropubic, that it's a blind passage, |
| 21 a properly placed mesh to me, it makes no | 21 correct? |
| 22 difference to me whether it's | 22 A. Yes, it is. |
| 23 mechanical-cut or laser-cut. | 23 Q. And you as a physician can't |
| 24 Q. Did you see when that force was | 24 visualize that mesh lying under the |

Page 178

1 A. Came in a flat sheet.
2 MR. AYLSTOCK: Objection to
3 form.
4 BY MS. KABBASH:
5 Q. Earlier plaintiff's counsel was
6 asking you about particular articles going
7 through your reliance list and you made a
8 statement something to the effect that "I
9 don't consider any particular article to
10 be authoritative."
11 Do you remember saying that?
12 A. Yes.
13 Q. What did you mean when you said
14 that?
15 A. That there's no one forever
16 unimpeachable authority really in anything
17 we do in medicine. There's no book
18 chapter. There's no article. There's no
19 opinion piece. There's no authority in
20 medicine that is unimpeachable.
21 Q. Your expert report on the TVT
22 products cites a lot of medical
23 literature, correct?
24 A. It does.

Page 180

1 happen in the absence of doctor error.
2 Do you recall that line of
3 questioning?
4 A. Yes.
5 Q. One of the risks that you were
6 asked about was acute or chronic pain.
7 Do you recall that?
8 A. Yes.
9 Q. Is acute or chronic pain a
10 potential risk of any pelvic surgery?
11 A. Yes.
12 Q. Is it a potential risk of any
13 surgery to treat SUI irrespective of the
14 use of mesh?
15 A. Yes.
16 Q. You were also asked about the
17 potential risk of pain with intercourse
18 that may not resolve.
19 Do you recall that?
20 A. I do.
21 Q. Is that a potential risk of any
22 pelvic surgery?
23 A. Yes.
24 Q. Is it a potential risk of any

Page 179

1 MR. AYLSTOCK: Objection to
2 form.
3 BY MS. KABBASH:
4 Q. In stating your opinions or
5 formulating your opinions on TVT
6 Retropubic, did you rely on any one
7 article to the exclusion of others?
8 A. No.
9 Q. Were you relying on the body of
10 medical literature that has evolved on TVT
11 slings over time?
12 A. Yes.
13 Q. You were asked several questions
14 about a TVT IFU that was marked as
15 Exhibit 9. Can you pull that out? And I
16 think if you turn to page 5 of the IFU
17 that's where are listed several potential
18 adverse reactions that counsel was asking
19 you about.
20 Is that right?
21 A. Yes.
22 Q. And counsel asked you a series
23 of questions about whether certain risks
24 could be caused by TVT and if they could

Page 181

1 surgery to treat SUI irrespective of the
2 use of mesh?
3 A. Yes.
4 Q. In other words, it's a potential
5 risk of SUI surgery that does not use mesh
6 also?
7 MR. AYLSTOCK: Objection to
8 form.
9 BY MS. KABBASH:
10 Q. Correct?
11 A. Correct.
12 Q. You were also asked about the
13 potential risk of voiding dysfunction.
14 Is voiding dysfunction a risk of
15 any pelvic surgery?
16 A. It's a risk of any pelvic
17 surgery, particularly those that are
18 involved with treating incontinence.
19 Q. Okay. Is voiding dysfunction a
20 potential risk of any surgery to treat SUI
21 that does not involve mesh?
22 A. Yes.
23 Q. You were also asked about
24 neuromuscular problems or pain.

Page 182

1 Do you recall that?
2 A. Yes.
3 Q. Is neuromuscular problems or
4 pain a potential risk of any surgery to
5 treat SUI that does not involve mesh?
6 A. Yes.
7 Q. You were asked about bleeding
8 including hemorrhage or hematoma.
9 Do you recall that?
10 A. Yes.
11 Q. Is that a potential risk of any
12 surgery to treat SUI that does not involve
13 mesh?
14 A. Yes.
15 Q. You were asked about the
16 potential risk that repeat surgeries may
17 be required.
18 Do you recall that?
19 A. I do.
20 Q. Is that a potential risk of
21 surgery to treat SUI that does not involve
22 mesh?
23 A. Yes.
24 Q. You were also asked about the

Page 183

1 potential risks of seroma, urge
2 incontinence, frequency and atypical
3 vaginal discharge.
4 Do you recall that?
5 A. Yes.
6 Q. Are all those potential risks of
7 surgery to treat SUI that do not involve
8 mesh?
9 MR. AYLSTOCK: Objection to
10 form.
11 A. Yes.
12 Q. You were asked earlier today
13 when was the last TVT Retropubic device
14 that you performed.
15 Do you recall that?
16 A. Yes.
17 Q. You currently use the TVT-Exact;
18 is that right?
19 A. Correct.
20 MR. AYLSTOCK: Objection to
21 form.
22 BY MS. KABBASH:
23 Q. Is the TVT-Exact similar to the
24 TVT original Retropubic?

Page 184

1 MR. AYLSTOCK: Objection to
2 form.
3 A. Yes.
4 Q. You previously described some of
5 the things that you liked about the
6 TVT-Exact, but is the --
7 MS. KABBASH: Strike that.
8 Q. Is the TVT-Exact a retropubic
9 approach to placement of a midurethral
10 sling?
11 A. Yes.
12 Q. Are the trocars, though they may
13 be a bit narrower, are they the same shape
14 as the trocars for the TVT Retropubic
15 sling?
16 MR. AYLSTOCK: Objection to
17 form.
18 A. Yes.
19 Q. Is the knit of the mesh in the
20 TVT-Exact the same knit as in the TVT
21 Retropubic sling?
22 A. Yes.
23 Q. You were asked earlier today
24 about whether you are a biomaterials

Page 185

1 engineer.
2 Do you recall that?
3 A. Yes.
4 Q. Have you studied, both in your
5 career and in preparing your expert
6 report, how the Prolene mesh in TVT has
7 performed after being implanted in women?
8 MR. AYLSTOCK: Objection to
9 form.
10 A. I've watched how it's performed
11 not only in my patients, but also how it's
12 performed through the vast years of
13 medical literature and studies have been
14 done on it.
15 Q. And is a lot of the medical
16 literature that you have studied in that
17 regard cited in your expert report?
18 MR. AYLSTOCK: Objection to
19 form.
20 A. Yes.
21 Q. How important is the clinical
22 literature, the medical literature as a
23 basis of your opinions about the safety of
24 the use of the TVT implant?

John R. Wagner, M.D.

Page 186

1      MR. AYLSTOCK: Objection to
2  form.
3   A.   How the mesh works in people and
4  how successful it is long-term and the
5  side effects long-term we measure
6  clinically in our reports to me is the
7  best evidence we have for safety and
8  efficacy. We want to know how it actually
9  works in people and we want to know as
10  much as we can about that.
11   Q.   And is that why you've cited
12  that medical literature in your report?
13   A.   Yeah, the medical literature I
14  have in my report includes a tremendous
15  amount of clinical data on real life
16  people having real life mesh placed to
17  treat incontinence over many years.
18   Q.   If you turn to your report's
19  opinion number 2, which is towards the end
20  on page 52.
21      You have that?
22   A.   I think I do have it.
23   Q.   Opinion 2 says: "The benefits
24  of these products far outweigh their risks

Page 187

1  in properly selected surgical candidates
2  based on their performance in thousands of
3  women. As reflected in the medical
4  literature as well as my experience, they
5  are not defectively designed."
6      Do you see that?
7   A.   I do.
8   Q.   With respect to the TVT
9  Retropubic, does that continue to be your
10  opinion?
11   A.   Yes.
12   Q.   And do you hold that opinion to
13  a reasonable degree of medical certainty?
14   A.   Yes.
15   Q.   Is your opinion that the mesh in
16  TVT is not defectively designed based on
17  your review of the medical literature, as
18  well as your experience?
19   A.   Yes, as well as my interaction
20  with colleagues and opinions of surgeons
21  that I respect. It's the entire body of
22  evidence in our urogynecologic community.
23   Q.   If you turn to opinion number 8,
24  which is on the last page of your report.

Page 188

1  It says: "The possible risks of the TVT
2  family of products are appropriately
3  described in their instructions for use,
4  the patient brochures for the TVT family
5  of products, and in Ethicon's professional
6  education materials."
7      Do you see that?
8   A.   Yes.
9   Q.   What are the sources of
10  information that --
11      MS. KABBASH: Well, first of
12  all, strike that.
13   Q.   Do you continue to hold that
14  opinion today?
15   A.   Yes.
16   Q.   Do you hold that opinion to a
17  reasonable degree of medical certainty?
18   A.   Yes.
19   Q.   And on what sources of
20  information do you base that opinion?
21   A.   I base it on pretty much the
22  same thing. I base it on my training, my
23  experience, my interaction teaching
24  residents and fellows, interacting with

Page 189

1  other urogynecologists, the medical
2  literature, the extent of the medical
3  literature, the quality of the data, and
4  the quality of data that's presented at
5  national meetings and -- that I've
6  attended and read summaries of.
7   Q.   And have you assessed the
8  warnings of adverse reactions section of
9  the TVT IFU in relation to all those
10  sources of information that you just
11  mentioned right now?
12   A.   Yes, I have.
13   Q.   Do you recall if you used the
14  TVT Retropubic, the original, up until the
15  time that TVT-Exact came out on the
16  market?
17      In other words, I know that you
18  testified that you used TVT Secur, but
19  were there some patients in which you
20  would use TVT Retropubic up until the time
21  that Exact came out on the market?
22   A.   Typically, if they had failed a
23  mini sling, such as the Secur or there was
24  an Adjust, which is another mini sling

John R. Wagner, M.D.

Page 194

1  A.  Four or five years, yes.
2  Q.  Okay.  Have you ever seen
3  evidence that the mesh in TVT would rope
4  or band in the absence of being overly
5  tensioned by the surgeon?
6       MR. AYLSTOCK:  Objection to
7  form.
8  A.  No.
9  Q.  Mr. Aylstock brought a sample of
10  the TVT device today, and the mesh implant
11  has a sheathe on it, does it not?
12  A.  Yes, it does.
13  Q.  A plastic see-through sheathe?
14  A.  Yes.
15  Q.  What is the purpose of that
16  sheathe?
17  A.  To aid in placement of the sling
18  by minimizing any local trauma that the
19  tape might cause as it's being put in
20  place, and also to minimize any risk of
21  infection.
22  Q.  When you're tensioning the TVT
23  sling, is it your practice to use any kind
24  of instrument in the tensioning process?

Page 195

1  A.  Typically I use a uterine
2  dilator, a number 8 dilator, number 10
3  dilator, somewhere in that range, but a
4  Hegar dilator to place between the tape
5  and the urethra while I'm tensioning it --
6  while I'm removing the plastic covers.
7  Q.  And why do you do that?
8  A.  To assure that it's not overly
9  tensioned.
10  Q.  And is that a well-known
11  technique to use some sort of instrument
12  to maximize the proper placement or proper
13  tensioning of the device?
14       MR. AYLSTOCK:  Objection to
15  form.
16  A.  Yeah, people use various
17  instruments just to assure the normal
18  tension -- the proper tension of the
19  sling.
20       MS. KABBASH:  I don't have any
21  more questions.
22       How much more time does Bryan
23  have?
24       THE COURT REPORTER:  If it's

Page 196

1  three hours, it's up.
2       THE WITNESS:  He's done.
3       MS. KABBASH:  Go ahead and have
4  a minute because I believe in
5  professional courtesy.
6       I've been held to a very tough
7  standard by some of your colleagues on
8  this.
9       MR. AYLSTOCK:  No, I understand.
10  FURTHER EXAMINATION BY
11  MR. AYLSTOCK:
12  Q.  Your opinion 8 in your report
13  about the IFU being properly describing
14  the risks, is that -- are you referring to
15  Exhibit 9 with regard to that report with
16  regard to the risks described?
17  A.  Yes.
18  Q.  And you changed your testimony,
19  or I guess you were asked questions about
20  the type of mesh in your study.
21       Do you recall those questions?
22  A.  Yes.
23  Q.  And I take it you discussed the
24  type of mesh in that study during break

Page 197

1  with counsel, correct?
2  A.  I did 'cause she asked me what
3  it looked like, what the name of it,
4  and I was --
5  Q.  She was the one who suggested to
6  you that it was Prolene Gynemesh PS?
7       MS. KABBASH:  I'm going to
8  object to this line of questioning,
9  but you can go ahead and answer.
10  Q.  Not Prolene, correct?
11  A.  Actually, I remember the
12  Gynemesh PS as being the mesh.  That
13  wasn't the issue.  My mistake was thinking
14  that that was the same mesh as the TVT.
15  In fact, that mesh is the same as what's
16  in the Prolift in terms of its dime --
17  pore diameter and things like that.
18       So, actually it was my error.
19  It wasn't I didn't remember what I put in.
20  It's that I was under the impression that
21  that mesh pore size more reflected the TVT
22  pore size, not the -- but instead it
23  actually reflected the Prolift pore size.
24  Q.  Okay.  So you didn't know that