# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ETHICON WAVE 4 CASES LISTED IN EXHIBIT A OF DEFENSE NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF BRUCE ROSENZWEIG, M.D. FOR WAVE 4

Come now, the Plaintiffs, and hereby adopt and incorporate by reference the *Daubert* response filed against Bruce Rosenzweig, M.D. for Ethicon Wave 3, Dkt. No. 2931. Plaintiffs respectfully request that the Court deny Defendants' motion, for the reasons expressed in the Wave 3 response briefing.

Dated: April 26, 2017

Respectfully submitted,

/s/ Edward A. Wallace
Edward A. Wallace
Wexler Wallace LLP
55 W Monroe Street, Suite 3300
Chicago, Illinois 60603
T. (312) 346-2222
F. (312) 346-0022
E. eaw@wexlerwallace.com

Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
T. (850) 202-1010
F. (850) 916-7449
E. rbaggett@awkolaw.com

Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300

Kansas City, MO 64112
T. 816-701-1102
F. 816-531-2372
E. tcartmell@wcllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

        By:    /s/ Edward A. Wallace
                Edward A. Wallace
                Wexler Wallace LLP
                55 W Monroe Street, Suite 3300
                Chicago, Illinois 60603
                T. (312) 346-2222
                F. (312) 346-0022
                E. eaw@wexlerwallace.com