# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ETHICON WAVE 4 CASES LISTED IN EXHIBIT A OF DEFENSE NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF ABBAS SHOBEIRI, M.D. FOR WAVE 4

Come now, the Plaintiffs, and hereby adopt and incorporate by reference the *Daubert* responses filed against Abbas Shobeiri, M.D. for Ethicon Wave 1, Dkt. No. 2170 and Ethicon Wave 3, Dkt. No. 2956. Plaintiffs respectfully request that the Court deny Defendants' motion, for the reasons expressed in the Wave 1 and Wave 3 response briefings.

Dated: April 26, 2017

Respectfully submitted,

/s/ Edward A. Wallace
Edward A. Wallace
Wexler Wallace LLP
55 W Monroe Street, Suite 3300
Chicago, Illinois 60603
T. (312) 346-2222
F. (312) 346-0022
E. eaw@wexlerwallace.com

Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
T. (850) 202-1010
F. (850) 916-7449
E. rbaggett@awkolaw.com

Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300

Kansas City, MO 64112
T. 816-701-1102
F. 816-531-2372
E. tcartmell@wcllp.com

Case 2:12-md-02327   Document 3741   Filed 04/26/17   Page 2 of 3 PageID #: 132437

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                        By:     /s/ Edward A. Wallace
                                  Edward A. Wallace
                                  Wexler Wallace LLP
                                  55 W Monroe Street, Suite 3300
                                  Chicago, Illinois 60603
                                  T. (312) 346-2222
                                  F. (312) 346-0022
                                  E. eaw@wexlerwallace.com