Nicole Fleischmann, M.D.

```
 1              IN THE SUPERIOR COURT OF NEW JERSEY
 2                 LAW DIVISION - BERGEN COUNTY
 3                         CIVIL ACTION
 4                          -   -   -
 5   KATHRYN E. CORBET and        : DOCKET NO. BER-L-14589-14 MCL
     ERIC R. CORBET                :
 6          Plaintiffs,            :
            v.                     :
 7   ETHICON, INC., ETHICON        : MASTER DOCKET NO.
     WOMEN'S HEALTH AND UROLGY,    : BER-L-11575-14
 8   a Division of Ethicon,        :
     Inc., GYNECARE, JOHNSON &     :
 9   JOHNSON, AND JOHN DOES 1-20   :
            Defendants.            :
10
11                          -   -   -
12                     NOVEMBER 24, 2015
13                          -   -   -
14
15              Videotape deposition of NICOLE
16   FLEISCHMANN, M.D., taken pursuant to notice, was
17   held at the law offices of Riker Danzig Scherer
18   Hyland & Perretti, LLP, 500 Fifth Avenue, 49th
19   Floor, New York, New York 10110, commencing at 9:34
20   a.m., on the above date, before Amanda Dee
21   Maslynsky-Miller, a Certified Realtime Reporter and
22   Notary Public in and for the State of New York.
23                          -   -   -
24              GOLKOW TECHNOLOGIES, INC.
           877.370.3377 ph|917.591.5672 fax
25              deps@golkow.com
```

Nicole Fleischmann, M.D.

```
 1   complications with the TVTTM Retropubic than you
 2   would have, since they sell the product and interact
 3   with doctors around the world about it?
 4        A.   No, I don't think that Ethicon
 5   internally has that information.
 6        Q.   Okay.  If there are risks or adverse
 7   reactions relating to the TVTTM Retropubic that
 8   you're not familiar with but that Ethicon agrees
 9   exist, that could have an impact on your overall
10   opinion if you were to be shown severe risks, for
11   example, you didn't know about, right?
12             MS. KABBASH:  Objection.
13             THE WITNESS:  I have a hard time
14   believing that there are severe risks that I don't
15   know about, since I've done 1,500 or more of these
16   slings --
17   BY MR. SLATER:
18        Q.   Well, you haven't done --
19        A.   -- in my career.
20        Q.   -- 1,500 or more TVTTM Retropubics,
21   have you?
22        A.   I haven't 1,500, but I've probably
23   done about 400.  I think that that's enough to know
24   the risks of the procedure.
25        Q.   Your patients don't always return to
```