# EXHIBIT A

# ANNE M. WEBER, M.D., M.S.

5626 Sharon Drive
Glen Arm, MD 21057
Tel: 412-480-3814
E-mail: aweber218@comcast.net

## PROFESSIONAL EXPERIENCE

**2010 to present**
Medical writer for International Academy of Pelvic Surgery (www.academyofpelvicsurgery.com)

**2007 to 2010**
Freelance editor for:
- The Medical Editor, Carl Richmond, Pacific Grove, CA. Editing academic manuscripts of all types, primarily in clinical research and laboratory sciences.
- BioScience Writers, Susan Marriott, Houston, TX. Editing documents including clinical research, laboratory sciences, and qualitative research manuscripts.

**1999 to 2007**
Medical Officer, Program Director for Research on Female Pelvic Floor Disorders, Contraception and Reproductive Health Branch, Center for Population Research, National Institute of Child Health and Human Development (National Institutes of Health), Bethesda, MD.
*Responsibilities included:*
- Development of $50 million research portfolio in female pelvic floor disorders through research solicitations (Requests for Applications) and investigator-initiated applications.
- Initiation and supervision of national multicenter clinical trials network (Pelvic Floor Disorders Network) with seven clinical sites and data coordinating center.
- With investigators in the Network, development and implementation of clinical trials in female pelvic floor disorders. Interventional trials included drugs versus placebo, surgery, and behavior modification.
- With data coordinating center, preparation of materials for FDA regarding Investigational New Drug (IND) drug trial. Interaction with FDA officials in IND drug trial that was suspended for unexpectedly high rate of adverse events.
- With Clinical Monitor and Safety Monitor from data coordinating center, quarterly review of all adverse events (serious adverse events in real-time) in clinical trials and determination of plausibility of association with trial intervention.
- Interaction with the network's Data and Safety Monitoring Board regarding adverse events and other trial data.

Anne M. Weber, MD, MS

**2001 to 2006**
Associate Professor, Department of Obstetrics, Gynecology and Reproductive Sciences, Magee-Womens Hospital, University of Pittsburgh, Pittsburgh, PA.
*Responsibilities included:*
- Development, implementation, and service as Program Director of new 3-year post-residency fellowship in Female Pelvic Medicine and Reconstructive Surgery.
- Performance of independent clinical research.
- Education of residents and fellows in urogynecology and clinical research; education of medical students in core rotation, obstetrics and gynecology.
- Clinical practice in urogynecology.

**1993 to 2000**
Staff, Department of Gynecology and Obstetrics, Cleveland Clinic Foundation, Cleveland, OH.
*Responsibilities included:*
- Performance of independent clinical research; service as Director of Clinical Research for the Department of Gynecology and Obstetrics.
- Clinical practice in gynecology and urogynecology.
- Education of residents and fellows in urogynecology and clinical research; education of medical students in core rotation, obstetrics and gynecology.

## TRAINING AND EDUCATION

| 1999 | Master's of Science, Clinical Research Design and Statistical Analysis, from the School of Public Health at the University of Michigan, Ann Arbor, MI |
| 1993 | Fellow, Advanced Pelvic Surgery, Cleveland Clinic Foundation, Cleveland, OH |
| 1992 | Residency training in Obstetrics and Gynecology, Hartford Hospital, Hartford, CT |
| 1988 | University of Maryland School of Medicine, Baltimore, MD |
| 1983 | BS, Microbiology, University of Maryland, College Park, MD |

## CERTIFICATION
American Board of Obstetrics and Gynecology, 1995

## HONORS AND AWARDS
1. Outstanding Service on the Grievance Committee, American College of Obstetricians and Gynecologists, 2003-2007.

Anne M. Weber, MD, MS

2. Continence Care Champion, National Association For Continence, 2006.
3. Outstanding Service on the CREOG Examination Committee, American College of Obstetricians and Gynecologists, 2000-2003.
4. 1st Prize Presidential SGS Member Prize Award, Society of Gynecologic Surgeons, 2001.
5. 1st Prize Presidential SGS Member Prize Award, Society of Gynecologic Surgeons, 2000.
6. Best Poster Presentation Award, Central Association of Obstetricians and Gynecologists, 1999.
7. ACOG/Ethicon Research Award for Innovations in Gynecologic Surgery, 1996.
8. Community Hospital Award, Central Association of Obstetricians and Gynecologists, 1996.
9. Prize Paper, American Urogynecologic Society, 1996.
10. The Berlex Junior Faculty Award, The Berlex Foundation, 1993.

## PROFESSIONAL SERVICE

1. Examiner, American Board of Obstetrics and Gynecology, 2003 – 2007.
2. Member, Scientific Advisory Panel, Functional Bowel Disorders Center, University of North Carolina (William Whitehead, PI), 2005 – 2007.
3. Member, Steering Committee, Pelvic Floor Disorders Network, NICHD, NIH, 2001 – 2007.
4. Member, Steering and Planning Committee, Urinary Incontinence Treatment Network, NIDDK, NIH, 2000 – 2007.
5. Member, Planning Committee, NIH State-of-the-Science Conference, "Prevention of Fecal and Urinary Incontinence," 2006 – 2007.
6. Member, Editorial Board, *Obstetrics & Gynecology*, 2004 – 2007.
7. Member, Grievance Committee for the American College of Obstetricians and Gynecologists, 2003 – 2007.
8. Member, Board of Directors, American Urogynecologic Society, 2003 – 2006.
9. Member, Planning Committee, NIH State-of-the-Science Conference, "Maternal Choice Cesarean Delivery: Risks and Benefits," 2004 – 2006.
10. Member, Institutional Review Board, University of Pittsburgh, 2003 – 2006.
11. Director of Fellowship in Female Pelvic Medicine and Reconstructive Surgery, Magee-Womens Hospital, 2001 – 2006.
12. Associate Investigator, Magee-Womens Research Institute, 2001 – 2006.
13. Editor, *Clinical Obstetrics and Gynecology*, "Urinary Incontinence" March 2004.
14. Member, Planning Committee, International Federation of Gastrointestinal Diseases, 2001 – 2002.
15. Member, Subcommittee on Research and Outcomes, International Consultation on Incontinence, 2000 – 2001.
16. Member, Research Committee, American Urogynecologic Society, 1999 – 2002.
17. Member, Examination Committee, Council on Resident Education in Obstetrics and Gynecology (CREOG), 2000 – 2002.

Anne M. Weber, MD, MS

18. Member, Board of Directors, American Urogynecologic Society, 1998 – 2001.
19. Director of Clinical Research, Department of Gynecology and Obstetrics, Cleveland Clinic Foundation, 1994 – 2000.
20. Chair, National Institute of Child Health and Human Development, NIH Conference on Standardization of Terminology for Researchers in Female Pelvic Floor Disorders, 1999.
21. Vice Chair of Surgical Treatments Outcomes Project for Dysfunctional Uterine Bleeding, AHCPR, Member of Executive and Steering Committees, 1996 – 1998.
22. Peer Reviewer:

| | |
|---|---|
| Obstetrics and Gynecology | 1993 – 2011 |
| American Journal of Obstetrics and Gynecology | 1996 – 2010 |
| American Journal of Gastroenterology | 1997 – 2008 |
| British Journal of Obstetrics and Gynecology | 2006 – 2007 |
| Cleveland Clinic Journal of Medicine | 2004 – 2005 |
| Diseases of the Colon and Rectum | 1997 – 2007 |
| Evidence-Based Obstetrics & Gynecology | 2000 – 2008 |
| Gastroenterology | 2004 – 2009 |
| International Urogynecology Journal | 1998 – 2011 |
| Journal of Pelvic Surgery | 1998 – 2010 |
| Journal of Reproductive Medicine | 2003 – 2008 |
| Journal of Urology | 2004 – 2009 |
| Journal of Women's Health | 1998 – 2008 |
| Medical Science Monitor | 2003 – 2006 |
| Neurourology and Urodynamics | 1998 – 2008 |

## EDUCATION
21 Fellows trained since 1993

**From The Cleveland Clinic Foundation: 1994-1999**
**1-year fellowship in Advanced Pelvic Surgery**

| | | |
|---|---|---|
| 1994 | Kathleen M. Hogan, M.D. | Private Practice, Grover, Missouri |
| 1994 | Melvin H. Thornton, M.D. | Department of OB/GYN, University of South California Medical Center, Los Angeles, CA |
| 1994 | Cleve Ziegler, M.D. | Department of OB/GYN, Jewish General Hospital, Montreal, Quebec, Canada |
| 1995 | Gamal H. El Tabbakh, M.D. | GYN Oncology Fellowship, Roswell Park Hospital Buffalo, NY to 1998; University of Vermont, Burlington, VT |
| 1995 | William Kobak, M.D. | Department of OB/GYN, University of South California Medical Center, Los Angeles, CA |

Anne M. Weber, MD, MS

| 1995 | Marie Fidela R. Paraiso, M.D. | Residency Director, Department of OB/GYN, Cleveland Clinic Foundation, Cleveland, OH |
| 1995 | Stephen S. Salmieri, D.O. | Clinical Instructor, Department of OB/GYN, Stonybrook University, New York |
| 1996 | Charles M. Beverly, M.D. | Private Practice, Alabama |
| 1996 | Susan Jackson, M.D. | Private Practice, Charleston, SC |
| 1996 | Allan Kanee, M.D. | Private Practice, Toronto, Ontario, Canada |
| 1997 | Richard Hill, M.D. | Residency Director, St. Luke's Hospital, Kansas City, Missouri |
| 1998 | Queena Chou, M.D. | Department of OB/GYN, University of Ontario, London, Ontario, Canada |
| 1999 | Diane Charland, M.D. | Director of Medical Student Clerkship, University of Vermont, Burlington, VT |

**From The Cleveland Clinic Foundation: 1999-2004**
**3-year Female Pelvic Medicine and Reconstructive Surgery fellowship approved by the American Board of Obstetrics & Gynecology**

| 1999 | Harout Margossian, M.D. | Department of OB/GYN, Lutheran Medical Center, Brooklyn, New York |
| 2000 | Paul K. Tulikangas, M.D. | Assistant Professor, Department of OB/GYN, Hartford Hospital, Hartford, CT |
| 2001 | Stephanie Cogan, M.D. | Private practice, Indianapolis, IN |
| 2002 | James C. Lukban, M.D. | Private practice, Denver, CO |
| 2004 | James Whiteside, M.D. | Assistant Professor, Department of OB/GYN, Dartmouth-Hitchcock Medical Center, Dartmouth College, Hanover, NH |

**From The University of Pittsburgh, Magee-Womens Hospital: 2004-2006**
**3-year Female Pelvic Medicine and Reconstructive Surgery fellowship approved by the American Board of Obstetrics & Gynecology**

| 2004 | Lara J. Burrows, MD, MS | Partnership in urogynecologic practice with Dr. Raul Mendelovicci in the Department of OB/GYN, St. Francis Hospital, Hartford, CT |
| 2005 | Nancy Howden, MD, MS | Urogynecologic practice with Dr. James Theofrastous, Asheville, NC |
| 2006 | Jerry L. Lowder, MD, MS | Faculty in the Division of Urogynecology, Department of OB/GYN, University of Pittsburgh, Pittsburgh, PA |

Anne M. Weber, MD, MS

## 100 PUBLICATIONS: PEER-REVIEWED *(fellows and residents identified in bold italics)*

1. Chmielewski L, Walters MD, **Weber AM**, Barber MD. Reanalysis of a randomized trial of 3 techniques of anterior colporrhaphy using clinically relevant definitions of success. Am J Obstet Gynecol 2011; 205 (1): 69.e1-8. Epub 2011 Mar 22.

2. Barber MD, Brubaker L, Menefee S, Norton P, Borello-France D, Varner E, Schaffer J, Weidner A, Xu X, Spino C, **Weber AM**; Pelvic Floor Disorders Network. Operations and pelvic muscle training in the management of apical support loss (OPTIMAL) Trial: design and methods. *Contemp Clin Trials* 2009; 30: 178-189.

3. Wei JT, Nygaard IE, Richter HE, Brown MB, Barber MD, Xu X, Kenton K, Nager CW, Schaffer J, Visco A, **Weber AM;** Pelvic Floor Disorders Network. Outcomes following vaginal prolapse repair and mid urethral sling (OPUS) trial – design and methods. *Clin Trials* 2009; 6: 162-171.

4. FitzGerald MP, Richter HE, Bradley CS, Ye W, Visco AC, Cundiff GW, Zyczynski H, Fine P, **Weber AM;** Pelvic Floor Disorders Network. Pelvic support, pelvic symptoms, and patient satisfaction after colpocleisis. *Int Urogynecol J Pelvic Floor Dysfunct* 2008; 19: 1603-1609.

5. Lockhart ME, Fielding JR, Richter HE, Brubaker L, Salomon CG, Ye W, Hakim CM, Wai CY, Stolpen A, **Weber AM**. Reproducibility of dynamic MR imaging pelvic measurements: a multi-institutional study. *Radiology* 2008; 249: 534-540.

6. Bradley CS, Kenton KS, Richter HE, Gao X, Zyczynski HM, **Weber AM**, Nygaard IE; Pelvic Floor Disorders Network. Obesity and outcomes after sacrocolpopexy. *Am J Obstet Gynecol* 2008; 199: 690.e1-8.

7. Mueller E, Wei J, Nygaard I, Brubaker L, Varner E, Visco A, Cundiff GW, **Weber AM**, Ghetti C, Kreder K; Pelvic Floor Disorders Network. The correlation of voiding variables between non-instrumented uroflowmetry and pressure-flow studies in women with pelvic organ prolapse. *Neurourol Urodynam* 2008; 27: 515-521.

8. Brubaker L, Nygaard I, Richter HE, Visco A, **Weber AM**, Cundiff GW, Fine P, Ghetti C, Brown MB; Pelvic Floor Disorders Network. Two-year outcomes after sacrocolpopexy with and without Burch to prevent stress urinary incontinence. *Obstet Gynecol* 2008; 112: 49-55.

9. Goode PS, FitzGerald MP, Richter HE, Whitehead WE, Nygaard I, Wren PA, Zyczynski HM, Cundiff G, Menefee S, Senka JM, Gao X, **Weber AM;** Pelvic Floor Disorders Network. Enhancing participation of older women in surgical trials. *J Amer Coll Surg*, 2008; 207: 303-311. (Selected by the American College of Surgeons for promotion through news outreach service.)

10. Brubaker L, Handa VL, Bradley C, Connolly AM, Moalli P, Brown MB, **Weber AM;** Pelvic Floor Disorders Network. Sexual function 6 months after first delivery. *Obstet Gynecol* 2008; 111: 1040-1044.

11. Visco AG, Brubaker L, Cundiff G, Fine P, Nygaard IE, Richter HE, Zyczynski HM, Brown MB, **Weber AM;** Pelvic Floor Disorders Network. The role of preoperative urodynamic testing in stress continent women undergoing sacrocolpopexy: The Colpopexy and Urinary Reduction Efforts (CARE) randomized surgical trial. *Int*

Anne M. Weber, MD, MS

*Urogynecol J Pelvic Floor Dysfunct* 2008; 19: 607-614.

12. Brubaker L, Richter HE, Visco A, Mahajan S, Nygaard I, Braun TM, Barber MD, Menefee S, Schaffer J, **Weber AM**, Wei J; Pelvic Floor Disorders Network. Refractory idiopathic urge urinary incontinence and botulinum A injection. *J Urol* 2008;180:217-222.

13. Lowder JL, Park AJ, Ellison R, Ghetti C, Moalli P, Zyczynski H, **Weber AM**. The role of apical vaginal support in the appearance of anterior and posterior vaginal prolapse. *Obstet Gynecol* 2008; 111: 152-157.

14. Handa VL, Zyczynski HM, Brubaker L, Nygaard IE, Janz NK, Richter HE, Wren PA, Brown MB, **Weber AM;** Pelvic Floor Disorders Network. Sexual function before and after sacrocolpopexy for pelvic organ prolapse. *Am J Obstet Gynecol* 2007;197;629.e1-e6.

15. Handa VL, Zyczynski HM, Burgio KL, FitzGerald MP, Borello-France D, Janz NK, Fine PM, Whitehead WE, Brown M, **Weber AM;** Pelvic Floor Disorders Network. The impact of fecal and urinary incontinence on quality of life 6 months after childbirth. *Am J Obstet Gynecol* 2007; 197: 636.e1-6.

16. Bradley CS, Nygaard IE, Brown MB, Gutman RE, Kenton KS, Whitehead WE, Goode PS, Wren PA, Ghetti C, **Weber AM;** Pelvic Floor Disorders Network. Bowel symptoms in women 1 year after sacrocolpopexy. *Am J Obstet Gynecol* 2007; 197: 642.e1-e8.

17. Burgio KL, Nygaard IE, Richter HE, Brubaker L, Gutman RE, Leng W, Wei J, **Weber AM;** Pelvic Floor Disorders Network. Bladder symptoms 1 year after abdominal sacrocolpopexy with and without Burch colposuspension in women without preoperative stress incontinence symptoms. *Am J Obstet Gynecol* 2007; 197; 847.e1-6.

18. Nygaard IE, Kreder K, Mueller E, Brubaker L, Goode PS, Visco AG, **Weber AM,** Cundiff G, Wei JT; Pelvic Floor Disorders Network. Does urethral competence affect urodynamic voiding parameters in women with prolapse? *Neurourol Urodyn* 2007; 26: 1030-1035.

19. Young AE, Fine PM, McCrery R, Wren PA, Richter HE, Brubaker L, Brown MB, **Weber AM;** Pelvic Floor Disorders Network. Spanish language translation of pelvic floor symptom instruments. *Int Urogynecol J Pelvic Floor Dysfunct* 2007; 18: 1171-1178.

20. *Lowder JL*, Krohn MJ, **Weber AM**. Risk factors for primary and subsequent anal sphincter lacerations: a comparison of cohorts by parity and mode of delivery. *Am J Obstet Gynecol* 2007; 196: 344.e1-5. (Feature article in *AJOG Journal Club*.)

21. *Lowder JL, Burrows LJ, Howden NLS*, **Weber AM**. Prophylactic antibiotics after urodynamics in women: A decision analysis. *Int Urogynecol J Pelvic Floor Dysfunct* 2007; 18: 159-64.

22. Burgio KL, Borello-France D, Richter HE, FitzGerald MP, Whitehead WE, Handa VL, Nygaard IE, Fine P, Zyczynski H, Visco AG, Brown MB, **Weber AM;** Pelvic Floor Disorders Network. Risk factors for fecal and urinary incontinence after childbirth: the Childbirth and Pelvic Symptoms study. *Am J Gastroenterol* 2007; 102: 1998-2004.

23. Bradley CS, Richter HE, Gutman RE, Brown MB, Whitehead WE, Fine PM, Hakim C, Harford F, **Weber AM;** Pelvic Floor Disorders Network. Risk factors for sonographic

Anne M. Weber, MD, MS

internal anal sphincter gaps 6-12 months after delivery complicated by anal sphincter tear. *Am J Obstet Gynecol* 2007; 197: 310.e1-5.

24. Richter HE, Goode PS, Kenton K, Brown MB, Burgio KL, Kreder K, Moalli PA, Wright EJ, **Weber AM;** Pelvic Floor Disorders Network. The effect of age on short-term outcomes after abdominal surgery for pelvic organ prolapse. *J Am Geriatr Soc* 2007; 55: 857-863.

25. Richter HE, Nygaard IE, Burgio KL, Handa VL, Fitzgerald MP, Wren PA, Zyczynski HA, Fine PM, Brown MB, **Weber AM;** Pelvic Floor Disorders Network. Lower urinary tract symptoms, quality of life, and pelvic organ prolapse: Irritative bladder and obstructive voiding symptoms in women planning to undergo abdominal sacrocolpopexy for advanced pelvic organ prolapse. *J Urol* 2007; 178: 965-969; discussion, 969.

26. Brubaker L, Bradley CS, Handa VL, Richter HE, Visco AG, Brown MB, **Weber AM;** Pelvic Floor Disorders Network. Anal sphincter laceration at vaginal delivery: is this event coded accurately? *Obstet Gynecol* 2007; 109: 1141-1145.

27. Whitehead W, Bradley CS, Brown MB, Brubaker L, Gutman R, Varner RE, Visco AG, **Weber AM**, Zyczynski H; Pelvic Floor Disorders Network. Gastrointestinal complications following abdominal sacral colpopexy for advanced pelvic organ prolapse. *Am J Obstet Gynecol* 2007; 197: 78.e1-7.

28. Fine PM, Burgio KL, Borello-France D, Richter HE, Whitehead WE, **Weber AM,** Brown MB; Pelvic Floor Disorders Network. Teaching and practice of pelvic floor muscle exercises in primiparous women during pregnancy and the postpartum period. *Am J Obstet Gynecol* 2007; 197: 107.e1-5.

29. FitzGerald MP, Janz NK, Wren PA, Wei JT, **Weber AM,** Ghetti C, Cundiff GW; Pelvic Floor Disorders Network. Prolapse severity, symptoms and impact on quality of life among women planning sacrocolpopexy. *Int J Gynaecol Obstet* 2007; 98: 24-28.

30. **Weber AM.** Elective cesarean delivery: The pelvic perspective. *Clin Obstet Gynecol* 2007; 50 (2): 510-517.

31. Richter HE, Burgio K, Goode P, Borello-France D, Bradley C, Brubaker L, Kieback D, Handa V, Visco AG, Zyczynski H, Wei JT, **Weber AM;** Pelvic Floor Disorders Network. Non-surgical management of stress urinary incontinence: ambulatory treatments for leakage associated with stress (ATLAS) trial. *Clin Trials* 2007; 4: 92-101.

32. Borello-France DF, Handa VL, Brown MB, Goode P, Kreder K, Scheufele LL, **Weber AM;** Pelvic Floor Disorders Network. Pelvic-floor muscle function in women with pelvic organ prolapse. *Phys Ther* 2007; 87: 399-407.

33. FitzGerald MP, **Weber AM, Howden N,** Cundiff GW, Brown MB; Pelvic Floor Disorders Network. Risk factors for anal sphincter tear during vaginal delivery. *Obstet Gynecol* 2007; 109: 29-34.

34. Nygaard IE, Handa VL, Brubaker L, Borello-France D, Wei J, Wells E, **Weber AM;** Pelvic Floor Disorders Network. Physical activity in women planning sacrocolpopexy. *Int Urogynecol J Pelvic Floor Dysfunct* 2007; 18: 33-37.

35. Wren PA, Janz N, Brubaker L, Borello-France D, Burgio KL, Cundiff G, **Weber AM,** Wei JT; Pelvic Floor Disorders Network. Development of the Measure of Adaptations for

Anne M. Weber, MD, MS

Pelvic Symptoms (MAPS): The importance of incorporating the female patient's voice. *Applied Research in Quality of Life* 2006; 1: 239-251.

36. Brubaker L, Kreder K, Richter HE, Lavelle J, Wei JT, Mahajan S, **Weber AM;** Pelvic Floor Disorders Network. Refractory urge urinary incontinence and botulinum toxin A injection: methods of the RUBI trial. *J Applied Research* 2006; 6 (4): 260-271.

37. Bradley C, Brown MB, Cundiff G, Goode P, Kenton K, Nygaard IE, Whitehead W, Wren P, **Weber AM;** Pelvic Floor Disorders Network. Bowel symptoms in women planning surgery for pelvic organ prolapse. *Am J Obstet Gynecol* 2006; 195: 1814-1819.

38. ***Daucher J,*** **Weber AM**. Chronic abdominal pain following laparoscopic sterilization clip placement. *Obstet Gynecol* 2006; 108: 1540-1543.

39. Richter HE, Fielding J, Bradley C, Fine P, FitzGerald MP, Handa V, Visco AG, Wald A, Hakim C, Wei JT, **Weber AM;** Pelvic Floor Disorders Network. Endoanal ultrasound findings and fecal incontinence symptoms in women with and without recognized anal sphincter tears. *Obstet Gynecol* 2006; 108: 1394-1401.

40. FitzGerald MP, Richter HE, Siddique S, Thompson P, Zyczynski H, **Weber AM;** Pelvic Floor Disorders Network. Colpocleisis: A comprehensive review. *Int Urogynecol J Pelvic Floor Dysfunct* 2006; 17: 261-271.

41. Borello-France D, Burgio KL, Richter HE, Zyczynski H, Fitzgerald MP, Whitehead W, Fine P, Nygaard IE, Handa VL, Visco AG, **Weber AM**, Brown MB; Pelvic Floor Disorders Network. Fecal and urinary incontinence in primiparous women. *Obstet Gynecol* 2006; 108: 863-872.

42. ***Howden NL,*** Meyn L, Zyczynski HM, Sagan E, Moalli PA, **Weber AM**. Autologous rectus fascia is superior to cadaveric fascia in pubovaginal sling continence outcomes. *Am J Obstet Gynecol* 2006; 194: 1444-1449.

43. Hundley AF, Brown MB, Brubaker L, Cundiff GW, Kreder K, Lotze P, Richter HE, Zyczynski H, **Weber AM**, Visco AG; Pelvic Floor Disorders Network. A multicentered comparison of measurements obtained with microtip and external water pressure transducers. *Int Urogynecol J Pelvic Floor Dysfunct* 2006; 17: 400-406.

44. Brubaker L, Cundiff G, Fine P, Nygaard IE, Richter HE, Visco AG, Zyczynski HA, Brown MB, **Weber AM** ; Pelvic Floor Disorders Network. Abdominal sacrocolpopexy with Burch colposuspension to reduce urinary stress incontinence. *New England Journal of Medicine* 2006; 354; 1557-1566. (Accompanying editorial 2006; 354: 1627-1629.)

45. **Weber AM,** Richter HE. Pelvic organ prolapse. *Obstet Gynecol* 2005; 106: 615-634. (CME available.)

46. Wren PA, Janz NK, Brubaker L, FitzGerald MP, **Weber AM,** Laporte FB, Wei JT; Pelvic Floor Disorders Network. Reliability of health-related quality of life measures one year following pelvic floor surgery. *Am J Obstet Gynecol* 2005; 192: 780-788.

47. Kwon S, Whitehead W, Visco A, **Weber AM;** Pelvic Floor Disorders Network. Validity and reliability of the Modified Manchester Health Questionnaire. *Dis Colon Rectum* 2005; 48: 323-331; discussion 331-334.

48. ***Burrows LJ, Howden NLS,*** Meyn L, **Weber AM**. Surgical procedures for urethral diverticula in women in the United States, 1979-1997. *Int Urogynecol J Pelvic Floor*

Anne M. Weber, MD, MS

*Dysfunct* 2005; 16: 158-161.

49. *Whiteside JL*, Meyn L, **Weber AM**, Walters MD. Risk factors for recurrent pelvic organ prolapse. *Am J Obstet Gynecol* 2004; 191: 1533-1538.

50. *Burrows LJ*, Meyn L, Walters MD, **Weber AM**. Pelvic symptoms in women with pelvic organ prolapse. *Obstet Gynecol* 2004; 104: 982-988.

51. Nygaard IE, McCreery R, Brubaker L, Connolly AM, Cundiff G, **Weber AM**, Zyczynski H; Pelvic Floor Disorders Network. Abdominal sacrocolpopexy: a comprehensive review. *Obstet Gynecol* 2004; 104: 805-823.

52. **Weber AM**, Buchsbaum GM, Chen B, Clark AL, Damaser MS, Daneshgari F, Davis G, DeLancey JOL, Kenton K, Weidner AC, Word RA. Basic science and translational research in female pelvic floor disorders: Proceedings of an NIH-sponsored meeting. *Neurourol Urodyn* 2004; 23: 288-301.

53. *Burrows LJ, Howden NL*, Meyn L, **Weber AM**. Maternal morbidity associated with vaginal versus cesarean delivery. *Obstet Gynecol* 2004; 103: 907-912.

54. *Boyles SH*, **Weber AM,** Meyn L. Ambulatory procedures for incontinence in the United States, 1994-1996. *Am J* Gynecol 2004; 190: 33-36.

55. *Howden NL*, **Weber AM**, Meyn L. Episiotomy use by residents and faculty compared to private practitioners. *Obstet Gynecol* 2004; 103: 114-118.

56. Brubaker L, Cundiff G, Fine P, Nygaard I, Richter H, Visco A, Zyczynski H, Brown M, **Weber AM;** Pelvic Floor Disorders Network. A randomized trial of Colpopexy and Urinary Reduction Efforts (CARE): Design and methods. *Controlled Clin Trials* 2003; 24: 629-642.

57. Dickersin K, Munro M, Langenberg P, Scherer R, Frick K, **Weber AM**, Johns A, Peipert J, Baruch M, Clark M, and the STOP-DUB Research Group. Surgical Treatments Outcomes Project for Dysfunctional Uterine Bleeding (STOP-DUB): Design and methods. *Controlled Clin Trials* 2003; 24: 591-609.

58. *Boyles SH*, **Weber AM**, Meyn L. Procedures for urinary incontinence in the United States, 1979-1997. *Am J Obstet Gynecol* 2003; 189: 70-75.

59. Visco AG, Wei JT, Handa V, Nygaard IE, for the Pelvic Floor Disorders Network. Effects of examination technique modifications on Pelvic Organ Prolapse Quantification (POP-Q) results. *Int Urogynecol J Pelvic Floor Dysfunct* 2003; 14: 136-140.

60. *Boyles SH*, **Weber AM**, Meyn L. Prolapse procedures in the United States, 1979-1997. *Am J Obstet Gynecol* 2003; 188: 108-115.

61. **Weber AM**, Meyn L. Episiotomy use in the United States, 1979-1997. *Obstet Gynecol* 2002; 100: 1177-1182.

62. **Weber AM**, Taylor RJ, Lemack G, Wei JT, Piedmonte MR, Walters MD. Cost-effectiveness of preoperative testing (basic office evaluation versus urodynamics) for stress urinary incontinence. *BJU International* 2002; 89: 356-363.

63. *Cogan SL*, **Weber AM**, Hammel J. Urethral mobility as assessed by the cotton swab test and the pelvic organ quantification system. *Obstet Gynecol* 2002; 99: 473-476.

64. *Paraiso MFR*, **Weber AM**, Walters MD, Ballard LA, Piedmonte MR. Anatomic and functional outcome after posterior colporrhaphy. *J Pelvic Surgery* 2001; 7: 335-339.

Anne M. Weber, MD, MS

65. ***Lukban JC***, **Weber AM**, Walters MD. Recurrent urinary incontinence and mechanisms of surgical failure. *J Pelvic Surgery* 2001; 7: 151-155.

66. **Weber AM**. Is urethral pressure profilometry a useful diagnostic test for stress incontinence? *Obstet Gynecol Survey* 2001; 56: 720-735.

67. **Weber AM**, Walters MD, Piedmonte MR. Anterior colporrhaphy: a randomized trial of three surgical techniques. *Am J Obstet Gynecol* 2001; 185: 1299-1306.

68. ***Tulikangas P***, Walters MD, Brainard JA, **Weber AM**. Enterocele histology: is there a histologic defect? *Obstet Gynecol* 2001; 98: 634-637.

69. ***Tulikangas P***, Piedmonte MR, **Weber AM**. Functional and anatomic follow-up of enterocele repair. *Obstet Gynecol* 2001; 98: 265-268.

70. **Weber AM**, Abrams P, Brubaker L, Cundiff G, Davis G, Dmochowski RR, Fischer J, Hull T, Nygaard I, Weidner AC. The standardization of terminology for researchers in female pelvic floor disorders. *Int Urogynecol J Pelvic Floor Dysfunct* 2001; 12:178-186.

71. **Weber AM**, Walters MD. Cost-effectiveness of urodynamic testing before surgery for women with pelvic organ prolapse and stress urinary incontinence. *Am J Obstet Gynecol* 2000; 183: 1338-1347.

72. **Weber AM**, Walters MD. Burch procedure versus sling for stress urinary incontinence: a decision analysis. *Obstet Gynecol* 2000; 96: 867-873.

73. ***Chou Q***, **Weber AM**, Piedmonte MR. Clinical presentation of enterocele. *Obstet Gynecol* 2000; 96: 599-603.

74. **Weber AM**, Walters MD, Piedmonte MR. Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence. *Am J Obstet Gynecol* 2000; 182: 1610-1615.

75. ***Tulikangas PK***, **Weber AM**, Larive AB, Walters MD. Intraoperative cystoscopy in anti-incontinence surgery. *Obstet Gynecol* 2000; 95: 794-796.

76. **Weber AM**, Mascha E. The accuracy of uterine size estimated by physical examination and ultrasound. *J Pelvic Surgery* 2000; 6: 70-73.

77. ***Charland DM***, Belinson JL, **Weber AM**. Pelvic masses in women with inflammatory bowel disease. *J Pelvic Surgery* 2000; 6: 23-26.

78. **Weber AM**, Walters MD, Schover LR, Church JM, Piedmonte MR. Functional outcomes and satisfaction after abdominal hysterectomy. *Am J Obstet Gynecol* 1999; 181: 530-535.

79. **Weber AM**, Belinson JL, Piedmonte MR. Risk factors for endometrial hyperplasia and cancer among women with postmenopausal bleeding. *Obstet Gynecol* 1999; 93: 594-598.

80. **Weber AM**, Walters MD, Ballard LA, Booher DL, Piedmonte MR. Posterior vaginal prolapse and bowel function. *Am J Obstet Gynecol* 1998; 179: 1446-1450.

81. **Weber AM**, Gidwani GP, Gonsalves L, Palomaki JF, Sahgal V, Piedmonte MR. Chronic pelvic pain in women: multidisciplinary evaluation and treatment. *Journal of Lower Genital Tract Disease* 1998; 2: 176-180.

82. **Weber AM**, Munro MG. The Surgical Treatments Outcomes Project for Dysfunctional Uterine Bleeding: endometrial ablation versus hysterectomy. *Medscape Women's Health* 3(3), 1998.

83. **Weber AM**, Belinson JL, Bradley LA, Piedmonte MR. Vaginal ultrasound versus

Anne M. Weber, MD, MS

endometrial biopsy in women with postmenopausal bleeding. *Am J Obstet Gynecol* 1997; 177: 924-929.

84. **Weber AM**, Mitchinson AR, Gidwani GP, Mascha E, Walters MD. Uterine myomas and factors associated with hysterectomy in premenopausal women. *Am J Obstet Gynecol* 1997; 176: 1213-1219.

85. *Beverly CJ*, Walters MD, **Weber AM**, Mitchinson AM, Ballard LA. Prevalence of hydronephrosis in women undergoing surgery for pelvic organ prolapse. *Obstet Gynecol* 1997; 90: 37-41.

86. *Jackson SJ*, **Weber AM**, Walters MD, Hull T, Mitchinson AM. Fecal incontinence in women with uterovaginal prolapse and urinary incontinence. *Obstet Gynecol* 1997; 89: 423-427.

87. **Weber AM**, Belinson JL. Inflammatory bowel disease -- A complicating factor in gynecologic disorders. *Medscape Women's Health* 2(2), 1997.

88. **Weber AM**, Walters MD. Anterior vaginal prolapse: Review of anatomy and techniques of surgical repair. *Obstet Gynecol* 1997; 89: 311-318.

89. **Weber AM**, Lee J-C. Utilization of alternative hysterectomy techniques in Ohio, 1988 to 1994. *N Engl J Med* 1996; 335: 483-489.

90. **Weber AM**, Walters MD, Schover LR, Mitchinson A. Vaginal anatomy and sexual function. *Obstet Gynecol* 1995; 86: 946-949.

91. **Weber AM**, *Ziegler C*, Belinson JL, Mitchinson AR, Widrich T, Fazio V. Gynecologic history in women with inflammatory bowel disease. *Obstet Gynecol* 1995; 86: 843-847.

92. **Weber AM**, Walters MD, Schover LR, Mitchinson AR. Sexual function in women with uterovaginal prolapse and urinary incontinence. *Obstet Gynecol* 1995; 85: 483-487.

93. **Weber AM**, Kennedy AW. The role of bowel resection in the surgical debulking of ovarian carcinoma. *J Am Coll Surg* 1994;179:465-470.

94. **Weber AM**, Hewett WF, Gajewski WH, Ludwig MC, Curry SL. Malignant mixed Mullerian tumors of the fallopian tube. *Gynecol Oncol* 1993;50:239-243.

95. **Weber AM**, Hewett WJ, Gajewski WH, Curry SL. Serous carcinoma of the peritoneum after oophorectomy. *Obstet Gynecol* 1992; 80: 558-560.

96. **Weber AM**, Philipson EH. Fetal pleural effusion - a review and meta-analysis for prognostic indicators. *Obstet Gynecol* 1992; 79: 281-286.

97. **Weber AM**, Philipson EH, Ingardia CJ. Spontaneous resolution of second trimester fetal pleural effusion. *Journal of Maternal-Fetal Medicine* 1992; 1: 87-89.

98. **Weber AM**, Bloom GP, Allan TR, Curry SL. Laparoscopic cholecystectomy during pregnancy. *Obstet Gynecol* 1991; 78: 958-959.

99. **Weber AM**, Alger LS. HIV in women and their pregnancies. *Maryland Medical Journal* 1988; 37(9): 717-724.

100. Lynn DE, **Stoppleworth AM**. New cell line: Established cell lines from the beetle, Diabrotica undecimpunctata (Coleoptera: Chrysomelidae). *In Vitro* 1984; 20: 365-368.

Anne M. Weber, MD, MS

## TEXTBOOK
**Weber AM**, Brubaker L, Schaffer J, Toglia M. Office Urogynecology. New York, NY: McGraw-Hill Professional, 2004. Published in Chinese, 2006.
      Authored 14 chapters; edited all 38 chapters.

## 49 PUBLICATIONS: NON-PEER-REVIEWED *(fellows identified in bold italics)*
1. Walters MD, **Weber AM.** Which sling for which SUI patient? OBG Management 2012 May; 24 (5): 28-40.
2. **Weber AM.** Informed consent cannot be obtained for use of vaginal mesh [letter]. Am J Obstet Gynecol 2011; 204:e6.
3. **Weber AM.** Commercial pressures and professional ethics: troubling revisions to the recent ACOG Practice Bulletins on surgery for pelvic organ prolapse [letter]. *Int Urogynecol J Pelvic Floor Dysfunct* 2009; 20: 1523. DOI 10.1007/s00192-009-0985-8.
4. **Weber AM.** Episiotomy use has changed [letter]. Am J Obstet Gynecol 2009; 201: e17-18.
5. **Weber AM.** Commentary: Are new tools for correcting prolapse and urinary incontinence better just because they are new? How economics intersects with the management of urinary incontinence. *OBG Management* March 2009, Vol. 21, No. 3. Available at: http://www.obgmanagement.com/article_pages.asp?AID=7430&UID= .
6. Lowder JL, **Weber AM.** Non-invasive management of urinary incontinence. In: Arici A, Seli E, Yale University, eds. Non-Invasive Management of Gynecologic Disorders. New York: Taylor & Francis, 2009.
7. Lowder JL, **Weber AM**. Episiotomy. In: Hillard P, ed. Five-Minute Consult: Obstetrics and Gynecology. 2008.
8. Lowder JL, **Weber AM**. Hysterectomy. In: Hillard P, ed. Five-Minute Consult: Obstetrics and Gynecology. 2008.
9. **Weber AM.** Update in urinary incontinence 2007. *OB-GYN Management* 2007; 19 (12): 37-48.
10. Lowder JL, **Weber AM**, Krohn MJ, Burrows LJ. Reply to letter. *Am J Obstet Gynecol* 2007; 197: 689.
11. **Weber AM**, Smilen SW. ACOG Practice Bulletin on Pelvic Organ Prolapse, *Obstet Gynecol* 2007; 109: 461-473, revision: *Obstet Gynecol* 2007; 110: 717-730.
12. **Weber AM.** The role of provider volume on outcomes after sling procedures for stress urinary incontinence [commentary]. *J Urol* 2007; 177: 1462.
13. **Weber AM.** Examining the evidence: Does Botox relieve urinary urgency and urge incontinence? *OB-GYN Management* 2007; 19 (1): 12-14.
14. **Weber AM.** Update in urinary incontinence 2006. *OB-GYN Management* 2006; 18 (12): 45-52.
15. **Weber AM.** Panel Discussion: "Things go better with Burch." *OB-GYN Management* 2006; 18 (7): 54-65.
16. **Weber AM.** A continence care champion for research. Interview by Barbara Zeiger.

Anne M. Weber, MD, MS

*Ostomy Wound Management* 2006; 52: 24, 26.

17. <u>**Weber AM.**</u> Update in urinary incontinence 2005. *OB-GYN Management* 2005; 17 (12): 46-49.

18. <u>**Weber AM.**</u> Epidemiology and psychosocial impact of pelvic floor disorders. In: Walters MD, Karram MM, eds. <u>Urogynecology and Reconstructive Pelvic Surgery</u>, 3rd edition. Philadelphia: Elsevier Inc., 2006.

19. <u>**Weber AM.**</u> Epidemiology of incontinence and prolapse. In: Zimmern PE, Norton P, Haab S, Chapple C, eds. <u>Vaginal Surgery for Prolapse and Incontinence.</u> London: Springer-Verlag, 2006.

20. <u>**Weber AM.**</u> Solvent dehydrated fascia lata patch did not prevent recurrent anterior vaginal prolapse [commentary]. *Evidence-based Obstet Gynecol* 2005; 7: 203-204.

21. <u>**Weber AM.**</u> Childbirth and bowel health. National Association For Continence newsletter, 2005.

22. *Lowder JL,* <u>**Weber AM.**</u> Effect of raloxifene on urinary incontinence: a randomized controlled trial [letter]. *Obstet Gynecol* 2004; 104: 197-198.

23. <u>**Weber AM.**</u> Update in urinary incontinence 2004. *OB-GYN Management* 2004; 12: 54-57.

24. <u>**Weber AM.**</u> Abdominal sacral colpopexy or vaginal sacrospinous colpopexy for vaginal vault prolapse: A prospective randomized study [commentary]. *Evidence-Based Obstet Gynecol* 2004; 6: 145-146.

25. <u>**Weber AM.**</u> Advancing the treatment of fecal and urinary incontinence through research: The perspective of the gynecologist. *Gastroenterology* 2004; 126: S169-171.

26. <u>**Weber AM.**</u> Changes in pelvic floor function at childbirth and after delivery. International Foundation for Functional Gastrointestinal Diseases Newsletter 2003; 12 (4): 4-6.

27. <u>**Weber AM.**</u> Outcomes after total versus subtotal abdominal hysterectomy [commentary]. *Evidence-Based Obstet Gynecol* 2003; 5: 118-119.

28. <u>**Weber AM.**</u> New approaches to surgery for urinary incontinence and pelvic organ prolapse from the laparoscopic perspective. *Clinical Obstet Gynecol* 2003; 46: 44-60.

29. Payne C, van Kerrebroeck PE, Stothers L, Jonas U, Mattiasson A, <u>**Weber AM,**</u> Blaivas J, Grant A, Peters T. Research methodology in incontinence. In: Abrams P, Khoury S, Wein A,, eds. <u>Incontinence.</u> Plymouth, UK: Health Publication Ltd, 2002.

30. <u>**Weber AM.**</u> Prospective randomized trial of polyglactin 910 mesh to prevent recurrence of cystoceles and rectoceles [commentary]. *Evidence-based Obstet Gynecol* 2002; 4: 43.

31. <u>**Weber AM.**</u> Who is at risk for severe perineal damage at vaginal delivery? *Evidence-based Obstet Gynecol* 2002; 4: 104-105.

32. <u>**Weber AM.**</u> Endometrial ablation [editorial]. *Obstet Gynecol* 2002; 99: 969-970.

33. <u>**Weber AM.**</u> Anterior or posterior sacrospinous vaginal vault suspension: long-term anatomic and functional evaluation [letter]. Obstet Gynecol 2002; 99: 344.

34. <u>**Weber AM.**</u> Hysterectomy and urinary incontinence: a systematic review [commentary]. *Evidence-based Obstet Gynecol* 2001; 3: 52-53.

35. <u>**Weber AM.**</u> Prevalence and severity of urinary incontinence and pelvic genital prolapse

Anne M. Weber, MD, MS

    in females with anal incontinence or rectal prolapse [commentary]. *Dis Colon Rectum* 2001; 44: 926.

36.   <u>Weber AM</u>. Sexual function and urinary incontinence. National Association for Continence Newsletter 2001; 19 (4).

37.   <u>Weber AM</u>. Leak point pressure measurement and stress urinary incontinence: a review. *Current Women's Health Reports* 2001; 1: 45-52.

38.   <u>Weber AM</u>. Randomised comparison of Burch colposuspension versus anterior colporrhaphy in women with stress urinary incontinence and anterior vaginal wall prolapse [commentary]. *Evidence-based Obstet Gynecol* 2000; 2: 101.

39.   Walters MD, <u>Weber AM</u>. Anterior vaginal prolapse with and without genuine stress incontinence. In: Cardozo L, Staskin D, eds. <u>Female Urology and Urogynecology</u>. Oxford: Isis Medical, 2000.

40.   Walters MD, <u>Weber AM</u>. Anatomy of the lower urinary tract, rectum and pelvic floor. In: Walters MD, Karram MM, eds. <u>Urogynecology and Reconstructive Pelvic Surgery</u>, 2nd edition. St. Louis: Mosby-Year Book, Inc., 1999.

41.   <u>Weber AM</u>, Walters MD. Epidemiology and social impact of urinary and fecal incontinence. In: Walters MD, Karram MM, eds. <u>Urogynecology and Reconstructive Pelvic Surgery</u>, 2nd edition. St. Louis: Mosby-Year Book, Inc., 1999.

42.   <u>Weber AM</u>. Surgical correction of anterior vaginal wall prolapse. In: Walters MD, Karram MM, eds. <u>Urogynecology and Reconstructive Pelvic Surgery</u>, 2nd edition. St. Louis: Mosby-Year Book, Inc., 1999.

43.   <u>Weber AM</u>.  Gynecologic surgery by Mann/Stovall [book review]. *Medscape Women's Health* 4(1), 1999.

44.   <u>Weber AM</u>, Munro MG. Endometrial ablation versus hysterectomy: STOP-DUB. *Medscape Women's Health* 1998; 3: 3.

45.   <u>Weber AM</u>. The effectiveness of surgery for stress incontinence in women: a systematic review [commentary]. *Journal Women's Health* 1997; 6: 684-5.

46.   Belinson JL, <u>Weber AM</u>. Gynecologic history in women with inflammatory bowel disease. *Seminars in Colon & Rectal Surgery* 1997; 8 (4): 1-5.

47.   <u>Weber AM</u>. Hormone replacement therapy as a risk factor for epithelial ovarian cancer: results of a case-control study [letter]. *Obstet Gynecol* 1997; 90: 641-2.

48.   <u>Weber AM</u>, Walters MD. What is vaginal fascia?  *American Uro-Gynecologic Society Quarterly Report* 1995; 13: 1-2.

49.   <u>Weber AM</u>, Gajewski WH, Hewett WJ, Curry SL. Ovarian cancer prevention [letter]. *Contemp OB-GYN* 1993; 42: 131-2.

## 92 RESEARCH PRESENTATIONS *(fellows identified in bold italics)*

1.   Reanalysis of a randomized trial of 3 methods of anterior colporrhaphy using clinically relevant definitions of success. Barber M, Walters MD, ***Chmielewski LC***, <u>Weber AM</u>. American Urogynecologic Society, October 2010, Long Beach, CA.

2.   Non-Surgical Management of Stress Urinary Incontinence: Ambulatory Treatments for

Anne M. Weber, MD, MS

Leakage Associated with Stress Incontinence (ATLAS) Trial. HE Richter for the Pelvic Floor Disorders Network. International Consultation in Incontinence, July 2008, Paris, France.

3. Enhancing participation of older women in surgical trials. MP FitzGerald, P Goode for the Pelvic Floor Disorders Network. American College of Obstetricians and Gynecologists, May 2008, New Orleans. International Consultation in Incontinence, July 2008, Paris, France.

4. Pelvic support, symptoms, and patient satisfaction one year after colpocleisis. MP FitzGerald for the Pelvic Floor Disorders Network. American College of Obstetricians and Gynecologists, May 2008, New Orleans. International Consultation in Incontinence, July 2008, Paris, France.

5. Polytetrafluoroethylene Mesh, Concurrent Hysterectomy and Smoking are Risk Factors for Mesh/Suture Erosions Following Sacrocolpopexy. G Cundiff for the Pelvic Floor Disorders Network: Society of Gynecologic Surgeons, April 2008, Savannah, GA. L Brubaker for the Pelvic Floor Disorders Network: International Continence Society, October 2008, Cairo, Egypt.

6. Relationship between optimism and patient-centered outcomes before and after sacrocolpopexy for pelvic organ prolapse. PA Wren for the Pelvic Floor Disorders Network. Society of Gynecologic Surgeons, April 2008, Savannah, GA.

7. Obesity and outcomes after sacrocolpopexy. C Bradley for the Pelvic Floor Disorders Network. Society of Gynecologic Surgeons, April 2008, Savannah, GA; International Consultation in Incontinence, July 2008, Paris, France.

8. Reproducibility of Dynamic MRI Pelvic Measures: A Multi-Site Study. M Lockhart for the Pelvic Floor Disorders Network. Radiological Society of North America, November 2007, Chicago.

9. Racial differences in the bony pelvis and pelvic soft tissues of primiparous women. V Handa and M Lockhart for the Pelvic Floor Disorders Network. Radiological Society of North America, November 2007, Chicago.

10. Change in Physical Activity 1 Year After Sacrocolpopexy. P Goode for the Pelvic Floor Disorders Network. American Urogynecologic Society, September 2007, Hollywood, FL; International Consultation in Incontinence, July 2008, Paris, France.

11. Refractory Urge Urinary Incontinence and Botulinum A toxin Injection (RUBI) Trial. L Brubaker for the Pelvic Floor Disorders Network. American Urogynecologic Society, September 2007, Hollywood, FL; International Continence Society, August 2007, Rotterdam; International Consultation in Incontinence, July 2008, Paris, France.

12. The Colpopexy and Urinary Reduction Efforts (CARE) Trial: 2-Year Outcomes. L Brubaker for the Pelvic Floor Disorders Network. American Urogynecologic Society, September 2007, Hollywood, FL; International Continence Society, August 2007, Rotterdam; International Consultation in Incontinence, July 2008, Paris, France.

13. Pelvic Support and Urinary Symptoms Improve in Obese Women After Weight Reductive Surgery. *Daucher J*, Ellison RE, Lowder JL, **Weber AM**. American Urogynecologic Society, September 2007, Hollywood, FL.

14. Depression in women with pelvic organ prolapse. Ghetti C, Lowder JL, Ellison R, **Weber AM**. American Urogynecologic Society, September 2007, Hollywood, FL.

Anne M. Weber, MD, MS

15. The Impact of Reconstructive Pelvic Surgery for Prolapse on Body Image. Lowder JL, Ghetti C, Zyczynski HM, Ellison R, **Weber AM**. American Urogynecologic Society, September 2007, Hollywood, FL.

16. Does urethral function affect urodynamic voiding parameters in women with prolapse? Mueller E for the Pelvic Floor Disorders Network. American Urological Association, May 2007; International Consultation in Incontinence, July 2008, Paris, France.

17. The correlation of voiding variables between non-instrumented uroflowmetry and pressure-flow studies in women with pelvic organ prolapse. Mueller E for the Pelvic Floor Disorders Network. American Urological Association, May 2007; International Consultation in Incontinence, July 2008, Paris, France.

18. Quality of life impact of postpartum fecal and urinary incontinence. Handa V, Zyczynski H for the Pelvic Floor Disorders Network. Society of Gynecologic Surgeons, April 2007.

19. Bladder Symptoms One Year After Abdominal Sacrocolpopexy with and without Burch Colposuspension in Women without Preoperative Stress Incontinence Symptoms. Burgio K for the Pelvic Floor Disorders Network. Society of Gynecologic Surgeons, April 2007.

20. Bowel symptoms in women after surgery for pelvic organ prolapse. Bradley CS for the Pelvic Floor Disorders Network. Society of Gynecologic Surgeons, April 2007; International Consultation in Incontinence, July 2008, Paris, France.

21. Sexual function in women after abdominal sacrocolpopexy for advanced pelvic organ prolapse. Handa V, Zyczynski H for the Pelvic Floor Disorders Network. Society of Gynecologic Surgeons, April 2007. Received Presidential Prize.

22. Impact of stress urinary incontinence on voiding function in women with prolapse. Brubaker L for the Pelvic Floor Disorders Network. Society of Urodynamics and Female Urology, February 2007.

23. Risk factors for postpartum fecal and urinary incontinence. Burgio K for the Pelvic Floor Disorders Network. Society of Maternal-Fetal Medicine, February 2007.

24. Risk factors for anal sphincter gaps on ultrasound six months after repair of sphincter tear at vaginal delivery. Bradley CS for the Pelvic Floor Disorders Network. Society of Maternal-Fetal Medicine, February 2007.

25. When do women experience protrusion symptoms and stress urinary incontinence related to prolapse? *Lowder JL*, Burrows LB, **Weber AM**. American Urogynecologic Society, October 2006.

26. Does apical support affect prolapse in the anterior and posterior vagina? *Lowder JL*, Park A, **Weber AM**. American Urogynecologic Society, October 2006.

27. Postoperative gastrointestinal complications after sacrocolpopexy for advanced pelvic organ prolapse. Whitehead W for the Pelvic Floor Disorders Network. American Urogynecologic Society, October 2006. Society of Pelvic Surgeons, October 2006.

28. Irritative and obstructive bladder symptoms in women with prolapse, comparing those with and without concomitant stress incontinence symptoms. Richter H for the Pelvic Floor Disorders Network. American Urogynecologic Society, October 2006.

29. Teaching and practice of pelvic floor muscle exercises in primiparous women before and after delivery. Fine P for the Pelvic Floor Disorders Network. American Urogynecologic

Anne M. Weber, MD, MS

Society, October 2006.

30. Stool consistency and fecal incontinence. Whitehead WE for the Pelvic Floor Disorders Network. American Motility Society, September 2006.

31. The effect of age on short-term outcomes after abdominal surgery for severe pelvic organ prolapse. Richter HE for the Pelvic Floor Disorders Network. American Geriatric Society, May 2006. Presidential Prize in Surgical Outcomes Category.

32. Ultrasound and magnetic resonance imaging of the anal sphincter after first delivery: Relationship to fecal incontinence symptoms. Richter HE for the Pelvic Floor Disorders Network. Society of Gynecologic Investigation, May 2006.

33. Fecal and urinary incontinence after childbirth: The Childbirth and Pelvic Symptoms (CAPS) study. Borello-France D, Burgio K, Richter HE for the Pelvic Floor Disorders Network. American College of Obstetricians and Gynecologists, San Francisco, May 2006.

34. Bowel symptoms in women planning surgery for pelvic organ prolapse. Bradley C for the Pelvic Floor Disorders Network. Society of Gynecologic Surgeons, April 2006. Society of Pelvic Surgeons, October 2006.

35. The role of preoperative urodynamic testing in stress continent women undergoing sacrocolpopexy: The Colpopexy and Urinary Reduction Efforts (CARE) randomized surgical trial. Visco AG for the Pelvic Floor Disorders Network. Society of Gynecologic Surgeons, April 2006; International Consultation in Incontinence, July 2008, Paris, France.

36. Development of the Adaptations Index for women with pelvic floor disorders: The value of the patient's voice. Wren PA for the Pelvic Floor Disorders Network. American Public Health Association, December 2005.

37. Delivery-associated anal sphincter lacerations: Is this event coded accurately?  Brubaker L for the Pelvic Floor Disorders Network. Central Association of Obstetricians and Gynecologists, October 2005.

38. Autologous Rectus Fascia is Superior to Cadaveric Fascia in Pubovaginal Sling Continence Outcomes. *Howden NL*, Meyn L, Zyczynski HM, Sagan E, Moalli PA, **Weber AM**. American Urogynecologic Society, September 2005.

39. Stress Incontinence Symptoms by Questionnaire versus Stress Test Results. *Howden NL*, Meyn L, Zyczynski HM, Moalli PA, **Weber AM**. American Urogynecologic Society, September 2005.

40. Risk of Severe Perineal Laceration by Type of Delivery. *Lowder J*, Meyn LA, **Weber AM**. American Urogynecologic Society, September 2005.

41. Burch Colposuspension at the Time of Sacrocolpopexy in Stress Continent Women Reduces Bothersome Stress Urinary Symptoms: The CARE Randomized Trial. Brubaker L for the Pelvic Floor Disorders Network. American Urogynecologic Society, September 2005.

42. Pelvic Floor Muscle Strength in Women with Advanced Pelvic Organ Prolapse. Borello-France D for the Pelvic Floor Disorders Network. American Urogynecologic Society, September 2005.

43. Preoperative Sexual Function in Women Planning Abdominal Sacrocolpopexy. Zyczynski HM for the Pelvic Floor Disorders Network. International Continence Society, August 2005.

44. Physical Activity in Women with Advanced Pelvic Organ Prolapse. Nygaard IE for the Pelvic

Anne M. Weber, MD, MS

Floor Disorders Network. International Continence Society, August 2005.
45. Prophylactic Antibiotic Use for Urodynamics in Women: A Decision Analysis. *Lowder J, Burrows LJ, Howden NLS,* <u>Weber AM</u>. American College of Obstetricians and Gynecologists, May 2005.
46. Prophylactic Castration at the Time of Hysterectomy in the United States, 1979-2001. *Burrows LJ, Lowder J,* Meyn LA, <u>Weber AM</u>. American College of Obstetricians and Gynecologists, May 2005.
47. Rates of Hysterectomy for Uterine Myomas and Myomectomy in the United States, 1979-2001. *Burrows LJ,* Meyn LA, <u>Weber AM</u>. Society of Gynecologic Surgeons, April 2005.
48. Relationship Between Stage of Pelvic Organ Prolapse and Symptoms of Pelvic Floor Dysfunction. FitzGerald MP for the Pelvic Floor Disorders Network. Society of Gynecologic Surgeons, April 2005. International Continence Society, August 2005.
49. Risk Factors for Anal Sphincter Laceration in Primiparous Women. FitzGerald MP for the Pelvic Floor Disorders Network. Society for Gynecologic Surgeons, April 2005. International Continence Society, August 2005.
50. Reliability of Health-Related Quality of Life Measures One Year Following Pelvic Floor Surgery. Wren PA for the Pelvic Floor Disorders Network. Central Association of Obstetricians and Gynecologists, October 2004.
51. Comparison of Measurements Obtained with Microtip and External Water Pressure Transducers. Visco A for the Pelvic Floor Disorders Network. International Continence Society and International Urogynecologic Association, August 2004.
52. Pelvic Symptoms in Women with Pelvic Organ Prolapse. *Burrows LJ,* Meyn LA, Walters M, <u>Weber AM</u>. American Urogynecologic Society, July 2004.
53. Comparison of Morbidity Between Vaginal and Cesarean Deliveries. *Burrows LJ, Howden NL,* Meyn L, <u>Weber AM</u>. American Urogynecologic Society, September 2003.
54. Risk Factors for Recurrent Pelvic Organ Prolapse After Surgery. *Whiteside J,* Walters MD, Meyn L, <u>Weber AM</u>. American Urogynecologic Society, September 2003.
55. Validity and Reliability of Fecal Incontinence Severity and Quality of Life Scales Administered by Telephone. Kwon S for the Pelvic Floor Disorders Network. American Urogynecologic Society, September 2003.
56. Surgical Procedures for Urethral Diverticula in Women in the United States, 1979-1996. *Burrows LJ, Howden NLS,* Meyn L, <u>Weber AM.</u> Society of Gynecologic Surgeons, March 2003.
57. Ambulatory Procedures for Urinary Incontinence in the United States, 1994-1996. *Boyles SH,* <u>Weber AM</u>, Meyn L. Society of Gynecologic Surgeons, March 2003.
58. Design of a Randomized Clinical Trial Comparing the Modified Burch Colposuspension and Autologous Fascia Sling Procedures for Stress Urinary Incontinence. Nager CW for the Urinary Incontinence Treatment Network. American Urogynecologic Society, October 2002.
59. Effects of Examination Technique Modifications on Pelvic Organ Prolapse Quantification (POP-Q) Results. Visco AG for the Pelvic Floor Disorders Network. American Urogynecologic Society, October 2002.
60. Incontinence Procedures in the United States, 1979-1997. *Hamilton S,* <u>Weber AM</u>, Meyn L.

Anne M. Weber, MD, MS

American Urogynecologic Society, October 2002.

61. Colpopexy and Urinary Reduction Efforts (CARE): A randomized trial of abdominal sacrocolpopexy with and without Burch colposuspension. Brubaker L for the Pelvic Floor Disorders Network. International Urogynecology Association, August 2002.

62. Episiotomy in the United States 1979-1997. **Weber AM**, Meyn L. American College of Obstetricians and Gynecologists, May 2002.

63. Episiotomy use by residents and faculty compared to private practitioners. *Howden NLS*, **Weber AM**, Meyn L. American College of Obstetricians and Gynecologists, May 2002. Resident Research Day, Magee-Womens Hospital, June 2002.

64. Prolapse procedures in the United States, 1979-1997. *Hamilton S*, **Weber AM**, Meyn L. Society of Gynecologic Surgeons, March 2002.

65. Techniques for diagnosing enterocele and sigmoidocele. *Tulikangas PK*, **Weber AM**, Megan AM, Walters MD. American Urogynecologic Society, October 2001.

66. Anterior colporrhaphy: a randomized trial of three surgical techniques. **Weber AM**, Walters MD, Piedmonte MR. Society of Gynecologic Surgeons, March 2001. Awarded First Prize Presidential SGS Member Prize.

67. Pathology of enterocele. *Tulikangas PK*, Walters MD, **Weber AM**. Society of Gynecologic Surgeons, March 2001.

68. Urethral mobility as assessed by the Q-tip test and the Pelvic Organ Prolapse Quantitation (POP-Q) system. *Cogan SL*, **Weber AM**, Hammel J. American Urogynecologic Society, October 2000.

69. Functional and anatomic follow-up of enterocele repair. *Tulikangas PK*, Piedmonte MR, **Weber AM**. American Urogynecologic Society, October 2000.

70. Laparoscopic Burch colposuspension in patients with genuine stress urinary incontinence: a five-year experience. *Margossian H*, Walters MD, **Weber AM**, Falcone T, Price LL. American Urogynecologic Society, October 2000.

71. Cost-effectiveness of preoperative testing (basic office evaluation versus urodynamics) for stress urinary incontinence. **Weber AM**, Taylor RJ, Wei JT, Lemack G, Piedmonte MR, Walters MD. American Urological Association, May 2000.

72. Cost-effectiveness of urodynamic testing before surgery for women with pelvic organ prolapse and stress urinary incontinence. **Weber AM**, Walters MD. Society of Gynecologic Surgeons, February 2000. 1st Prize Presidential SGS Member Prize.

73. Burch procedure versus sling for stress urinary incontinence: a decision analysis. **Weber AM**, Walters MD. Society of Gynecologic Surgeons, February 2000.

74. Anatomic and functional outcome after iliococcygeus fascia suspension and vaginal reconstruction. *Paraiso MFR*, **Weber AM**, Walters MD, Ballard LA, Piedmonte MR. Society of Gynecologic Surgeons, February 2000.

75. Sexual function in women before and after surgery for pelvic organ prolapse and urinary incontinence. **Weber AM**, Walters MD, Piedmonte MR. Central Association of Obstetricians and Gynecologists, October 1999.

76. The clinical presentation of enteroceles. *Chou Q*, **Weber AM**, Piedmonte MR. American Urogynecologic Society, October 1999.

Anne M. Weber, MD, MS

77. Anatomic and functional outcome after posterior colporrhaphy and perineoplasty. *Paraiso MFR*, <u>Weber AM</u>, Walters MD, Ballard LA, Piedmonte MR. American Urogynecologic Society, October 1999.

78. Intraoperative cystoscopy in anti-incontinence surgery. *Tulikangas PK*, <u>Weber AM</u>, Larive B, Walters MD. American Urogynecologic Society, October 1999.

79. Clinical outcomes of laparoscopic and open Burch procedures. *Margossian H*, <u>Weber AM</u>, Walters MD. American Urogynecologic Society, October 1999.

80. Recurrent urinary incontinence and mechanisms of surgical failure. *Lukban JC*, <u>Weber AM</u>, Walters MD, Hammel J. American Urogynecologic Society, November 1998.

81. Functional outcomes and satisfaction after abdominal hysterectomy. <u>Weber AM</u>, Walters MD, Schover LR, Church JM, Piedmonte MR. American College of Obstetricians and Gynecologists, May 1998.

82. Posterior vaginal prolapse and bowel function. <u>Weber AM</u>, Walters MD, Ballard LA, Booher DL, Piedmonte MR. Society of Gynecologic Surgeons, March 1998.

83. Chronic pelvic pain in women: multidisciplinary evaluation and treatment. <u>Weber AM</u>, Gidwani GP, Gonsalves L, Palomaki JF, Sahgal V, Piedmonte MR. American College of Obstetricians and Gynecologists, April 1997.

84. Uterine myomas and factors associated with hysterectomy in premenopausal women. <u>Weber AM</u>, Mitchinson AR, Gidwani GP, Mascha E, Walters MD. Central Association of Obstetricians and Gynecologists, October 1996.

85. Prevalence of hydronephrosis in patients undergoing surgery for pelvic organ prolapse. *Beverly CM*, Walters MD, <u>Weber AM</u>, Mitchinson AR. American Urogynecologic Society, October 1996.

86. Fecal incontinence in women with urinary incontinence and pelvic organ prolapse. *Jackson SL*, <u>Weber AM</u>, Hull TL, Mitchinson AR, Walters MD. American Urogynecologic Society, October 1996.

87. Sexual function and vaginal anatomy in women treated with sacrospinous ligament suspension and pelvic reconstruction. *Paraiso MFR*, Ballard LA, <u>Weber AM</u>, Mitchinson A. Society for Gynecologic Investigation, March 1996.

88. Vaginal anatomy related to surgical repair of cystocele. <u>Weber AM</u>, Walters MD. American Urogynecologic Society, October 1995.

89. Vaginal anatomy and sexual function. <u>Weber AM</u>, Walters MD, Schover LR, Mitchinson A. Society of Gynecologic Surgeons, March 1995.

90. Sexual function in women with uterovaginal prolapse and urinary incontinence. <u>Weber AM</u>, Walters MD, Schover LR, Mitchinson AR. American Urogynecologic Society, September 1994.

91. The role of bowel resection in the primary surgical debulking of ovarian cancer. <u>Weber AM</u>, Kennedy AW. Research Day, Cleveland OB-GYN Society, May 1993.

92. Serous carcinoma of the peritoneum after oophorectomy. <u>Weber AM</u>, Hewett WJ, Gajewski WH, Curry SL. New England Association of Gynecologic Oncologists, June 1992.

Anne M. Weber, MD, MS

**56 INVITED ENGAGEMENTS**
1.  Mock Site Visit, Fellowship in Female Pelvic Medicine and Reconstructive Surgery, Hartford Hospital, January 2008.
2.  Visiting Professor, Resident Research Day, University of London (Ontario, Canada). "Clinical Trials in Gynecology." May 2007.
3.  Roundtable Conference, at the Annual Meeting of American Urogynecologic Society. "Overview of NIH funding." October 2006.
4.  Visiting Professor, Resident Research Day, Mayo Clinic Rochester. "Randomized Trials in Gynecology." June 2005.
5.  American Urogynecologic Society Fellows' Research Retreat. "NIH Funding Mechanisms." "The NIH Review Process." April 2005.
6.  Visiting Professor, Resident Research Day, University of Rochester. "Clinical Trials in Gynecology and Urogynecology." June 2004.
7.  Postgraduate Course: Gynecologic Surgery Horizons in the 21st century, sponsored by Cooper University Hospital, Camden, NJ. Impact of Vaginal Delivery on Future Pelvic Floor Defects and Dysfunction; Assessment of Connective Tissue Deficiencies Relevant to Pelvic Floor Dysfunction; and How Much Value Do We Truly Gain from Pre-Operative Testing for Our Surgical Plan. April 2004.
8.  Visiting Professor, Resident Research Day, University of California San Francisco. "Clinical Trials in Gynecology and Urogynecology." November 2003.
9.  Magee-Womens Hospital Alumni Day. "Office Evaluation and Management of Women with Urinary Symptoms." October 2003.
10. NIH Digestive Diseases: Functional Gastrointestinal Disorders. "Pelvic Floor Dysfunction as a Factor in Functional Bowel Disorders." September 2003.
11. Pittsburgh OB-GYN Society. "Evaluation and Management of Urinary Symptoms in Women." April 2003.
12. Postgraduate Course: Advancing the Treatment of Fecal and Urinary Incontinence through Research: Trial Design, Outcome Measures, and Research Priorities, sponsored by the University of Wisconsin and the International Foundation for Functional Gastrointestinal Disorders. "Priorities for Treatment Research from the Gynecologic Perspective." November 2002.
13. Postgraduate Course: Advanced Surgery for Pelvic Floor Dysfunction, sponsored by the American College of Obstetricians and Gynecologists, Annual Meeting. "Urodynamics: Who Needs Them and Why?" "Anterior Colporrhaphy for Repair of Anterior Wall Defects." "Posterior Colporrhaphy." "Prolapse Surgery and Sexual Function." May 2002.
14. Postgraduate Course: 18th Annual Masters in Gynecology, sponsored by Emory University. "Critical Reading of the Literature for the Busy Gynecologist." "Urodynamic Testing: Who, When, and Why." "Sexual Function in Women with Prolapse and Incontinence." "Anterior Vaginal Prolapse and Repair." April 2002.
15. Postgraduate Course: Vaginal Surgery, sponsored by Harvard Medical School. "Cost-Effectiveness of Urodynamics." "Anterior Vaginal Prolapse and Repair." "Apical

Anne M. Weber, MD, MS

Suspensions." "Sexual Function after Pelvic Reconstructive Surgery." April 2002.

16. Postgraduate Course: Update in Obstetrics and Gynecology, sponsored by the University of Pittsburgh. "Office Evaluation and Management of Urinary Symptoms in Women." "Childbirth and Pathophysiology of Pelvic Floor Disorders." "Critical Reading of the Medical Literature." February 2002.

17. Alumni Day, Magee-Womens Hospital. "Office Evaluation and Management of Urinary Symptoms in Women." October 2001.

18. Postgraduate Course: 3rd Annual Update in Female Incontinence and Pelvic Organ Prolapse, University of Texas Southwestern. "Approaches to Anterior Vaginal Wall Prolapse Repair." "Urodynamics." "Management of Advanced Prolapse." August 2001.

19. Annual Meeting, American College of Obstetricians and Gynecologists. "Testing for Women with Urinary Incontinence." "Cutting Edge Research at NIH Affecting Obstetrics and Gynecology." "NIH Funding for Gynecology." Moderator, Urogynecology Film Festival. May 2001.

20. Postgraduate Course: 10th Annual Urogynecology and Disorders of the Female Pelvic Floor, Mayo Clinic Scottsdale. "Techniques of Anterior Repair and Burch Urethropexy." "Management of Posterior Defects." "Sexual Function in Patients with Urinary Incontinence and Vaginal Prolapse." "Cost Effectiveness of Urodynamics Prior to Surgery for Female Pelvic Organ Prolapse." "Urodynamic Case Presentations." April 2001.

21. Grand Rounds, Magee-Womens Hospital, Department of Obstetrics and Gynecology. "Pelvic Anatomy and Pelvic Support Disorders." March 2001.

22. Annual Meeting, Society of Gynecologic Surgeons. "NIH Funding." March 2001.

23. Greater Hartford Obstetrics and Gynecology Society. "Hysterectomy: Acceptability and Alternatives." November 2000.

24. Grand Rounds, University of Connecticut, New Britain General Hospital. "Office Evaluation and Management of Urinary Incontinence." November 2000.

25. Grand Rounds, Hartford Hospital. "Pelvic Anatomy for the Gynecologic Surgeon." November 2000.

26. Annual Meeting, American Urogynecologic Society. "The Value of Urodynamics." October 2000.

27. Postgraduate Course: 4th Advances in Female Voiding Dysfunction & Pelvic Disorders, sponsored by the Cleveland Clinic. "Effects of Childbirth on Pelvic Floor Function." October 2000.

28. Visiting Professor, Mayo Clinic Scottsdale. "Research Resources." "Practical Aspects of Accomplishing Research." August 2000.

29. Postgraduate Course: Advanced Gynecologic Surgery, sponsored by the Cleveland Clinic Department of Gynecology and Obstetrics. "Evolution of Surgical Treatment of Vaginal Vault Prolapse." June 2000.

30. Postgraduate Course: Minimally Invasive Approaches to Female Urinary Incontinence and Pelvic Organ Prolapse, sponsored by the Cleveland Clinic Minimally Invasive Surgery Center. "Anatomy of the Pelvic Floor." May 2000.

31. Postgraduate Course: Azaleas, Dogwoods and Gynecologic Surgery and Oncology,

Anne M. Weber, MD, MS

sponsored by the Medical University of South Carolina. "Pelvic Anatomy for the Gynecologic Surgeon." "Hysterectomy: Acceptability and Alternatives." "Abnormal Uterine Bleeding: Surgical Therapies." March 2000.

32. Grand Rounds, Department of Gynecology and Obstetrics, Washington Hospital Center. "Pathophysiology and Management of Anterior Vaginal Prolapse." February 2000.

33. Grand Rounds, Department of Gynecology and Obstetrics, Cleveland Clinic. "The Impact of Childbirth on the Pelvic Floor." December 1999.

34. Postgraduate Course: Comprehensive Update in Gynecology, sponsored by the ACOG, New York City. "Hysterectomy: Acceptability and Alternatives." "Abnormal Uterine Bleeding: Diagnosis and Medical Management." "Abnormal Uterine Bleeding: Surgical Therapies." "Osteoporosis: Prevention and Treatment." December 1999.

35. Grand Rounds, Department of Obstetrics and Gynecology: University Hospital, Case Western Reserve University. "Highlights of Gynecologic Pelvic Anatomy." November 1999.

36. Annual Meeting of the International Continence Society. "Epidemiology, Clinical Trials, and Pelvic Floor Disorders in Women." August 1999.

37. Research Retreat for American Urogynecologic Society. "NIH and Pelvic Floor Disorders." June 1999.

38. Postgraduate Course: Diabetes Day 1999, Department of Endocrinology, Cleveland Clinic. "The Secret Disorder: Bladder Dysfunction." May 1999.

39. Postgraduate Course: Pelvic Floor Defects sponsored by Hartford Hospital and University of Connecticut Department of Obstetrics and Gynecology. "The Pathophysiology of Pelvic Organ Prolapse and Urinary Incontinence." "The Impact of Childbearing and Childbirth on the Pelvic Floor." April 1999.

40. Medical Grand Rounds, Department of Medicine, Cleveland Clinic. "Medical Management of Urinary Incontinence in Women." February 1999.

41. Postgraduate Course: Advances in Female Voiding Dysfunction and Pelvic Disorders sponsored by the Center for Women's Pelvic Disorders, Cleveland Clinic. "Clinical Evaluation of Prolapse and Voiding Dysfunction." October 1998.

42. Health Talk: New Developments for Treating Incontinence sponsored by the Cleveland Clinic. "Coping with Stress Incontinence." October 1998.

43. Postgraduate Course: New Concepts in Gynecologic Surgery and Urogynecology, sponsored by the Central Association of Obstetricians and Gynecologists. "Pelvic Anatomy for the Vaginal Surgeon." October 1997.

44. Postgraduate Course: Advances in Female Voiding Dysfunction and Pelvic Disorders, the Center for Women's Pelvic Disorders, Cleveland Clinic. "Bladder Retraining and Pelvic Muscle Exercise." (published in Audio-Digest UROLOGY, volume 21, number 10, October 1998). "Posterior Vaginal Wall Prolapse." October 1997.

45. Postgraduate Course: Essentials of Pelvic Anatomy for the Surgeon, Cleveland Clinic. "Highlights of Gynecologic Pelvic Anatomy." May 1997.

46. Postgraduate Course: 3rd Annual Women's Health Services sponsored by International Business Communications. "Raising Awareness about Urinary Incontinence in Women:

Anne M. Weber, MD, MS

Alleviating Suffering and Improving Quality of Life." January 1997.

47. Postgraduate Course: Fourth Annual Women's Health Care sponsored by the Jersey Shore Perinatal Institute. "Evaluation of Urinary Dysfunction." "Medical and Surgical Treatment of Urinary Dysfunction." October 1996.

48. Postgraduate Course: Gynecologic Surgical Controversies. Cleveland Clinic. "Anatomy for the Vaginal Surgeon." October 1996.

49. Grand Rounds, Department of Gynecology and Obstetrics, Cleveland Clinic. "Pelvic Anatomy." April 1996.

50. Postgraduate Course: Essentials of Pelvic Anatomy for the Surgeon. Cleveland Clinic. "Highlights of Gynecologic Pelvic Anatomy." April 1996.

51. Postgraduate Course: Advances in Female Voiding Dysfunction and Pelvic Disorders sponsored by the Center for Women's Pelvic Disorders, Cleveland Clinic. "Functional Anatomy of the Pelvic Floor." "Diagnosis and Surgical Management of Rectocele and Enterocele." "Bladder Training and Behavior Modification." March 1996.

52. Grand Rounds, Department of Gynecology and Obstetrics, Cleveland Clinic. "Hysterectomy in Ohio." November 1995.

53. Moderator of panel session for American College of Obstetricians and Gynecology UPDATE program, "Geriatric Gynecology." June 1995.

54. Postgraduate Course: Gynecology - The Healthcare of Women, Cleveland Clinic. "Geriatric Gynecology." October 1994.

55. Postgraduate Course: An Update on Women's Health, Cleveland Clinic. "Urinary incontinence and pelvic relaxation in the female: An update." September 1993.

56. Annual Meeting, American College of Obstetricians and Gynecologists. "Prophylactic oophorectomy." May 1993.