# EXHIBIT B

Page 155

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

```
IN RE: PELVIC MESH LITIGATION:
                               :
_____:
                               :
                               :
PATRICIA HAMMONS,              : MAY TERM, 2013
             Plaintiff,        :
                               :
      v.                       :
                               :
                               :
ETHICON, INC., et al.,         :
             Defendants        : NO. 3913
```

- - -

Monday, December 7, 2015

- - -

COURTROOM 246
CITY HALL
PHILADELPHIA, PENNSYLVANIA

- - -

B E F O R E:  THE HONORABLE MARK I. BERNSTEIN, J.,
and a Jury
- - -

JURY TRIAL VOLUME V

AFTERNOON SESSION

*REPORTED BY:*
*JUDITH ANN ROMANO, CM, CRR*
*CERTIFIED MERIT REPORTER*
*CERTIFIED REALTIME REPORTER*
*OFFICIAL COURT REPORTER*

---

A P P E A R A N C E S:  (Continued)

GOLDMAN, ISMAIL, TOMASELLI, BRENNAN & BAUM, LLP
BY:  TAREK ISMAIL, ESQUIRE
(admitted pro hac vice)
564 West Randolph Street, Suite 400
Chicago, Illinois 60661
T: 312-681-6000 F: 312-881-5190
E-mail: tismail@goldmanismail.com
Counsel for Defendants Ethicon and Johnson and
Johnson


THOMAS COMBS & SPANN, PLLC
BY:  SUSAN M. ROBINSON, ESQUIRE
(admitted pro hac vice)
300 Summers Street, Suite 1380
Charlestown, WV 25338
T: 304-414-1800 F: 304-414-1801
Counsel for Defendants Ethicon and Johnson and
Johnson

---

Page 154

A P P E A R A N C E S:

KLINE & SPECTER, A Professional Corporation
BY:  SHANIN SPECTER, ESQUIRE
BY:  KILA B. BALDWIN, J.D., ESQUIRE
1525 Locust Street
The Nineteenth Floor
Philadelphia, Pennsylvania 19102
T: 215-772-1000 F: 215-735-0937
E-mail: shanin.specter@klinespecter.com
kila.baldwin@klinespecter.com
Counsel for Plaintiff Hammons


MAZIE, SLATER, KATZ & FREEMAN
BY:  ADAM M. SLATER, ESQUIRE
103 Eisenhower Parkway
Roseland, New Jersey 07068
T: 973-228-0454 F: 973-228-0303
E-mail: aslater@mskf.net
Counsel for Plaintiff Hammons


DRINKER BIDDLE & REATH, LLP
BY:  MOLLY E. FLYNN, ESQUIRE
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103-6996
T: 215-988-2836 F: 215-988-2757
E-mail: molly.flynn@dbr.com
Counsel for Defendants Ethicon and Johnson and
Johnson


TUCKER ELLIS, LLP
BY:  MATTHEW P. MORIARTY, ESQUIRE
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113-7213
T: 216-696-2276 F: 216-592-5009
E-mail: matthew.moriarty@tuckerellis.com
Counsel for Defendants Ethicon and Johnson and
Johnson

---

*(Hammons v Ethicon, et al.)*    Page 156

- I N D E X -

| WITNESSES | VD | DR | CR | RD | RC |
|---|---|---|---|---|---|
| SCOTT CIARROCCA | | | | | |
| By Mr. Ismail ...........................160 | | | | | |
| By Mr. Slater................................180 | | | | | |
| | | | | | |
| ANNE M. WEBER, MD | | | | | |
| By Mr. Slater.........213  235 | | | | | |


E X H I B I T S

Exhibit 3384................................Page 214

**(Ciarrocca - Recross)**
Page 197

1

2   Q   To give increased patient comfort, right?

3   **A   That's what this is stating.**

4   Q   You talked a little bit with counsel about

5   some clinical evidence about what would happen when

6   mesh had to be removed?  Remember you mentioned

7   that?

8   **A   I think we had a couple of discussions about**

9   **that.**

10   Q   Do you have the Clinical Expert Report handy,

11   that report document that we have been talking about

12   for a couple of days?

13   **A   I have a version of it.  I don't know that I**

14   **have the final signed version here.**

15   Q   You do.  It's Exhibit P2137.  Do you remember

16   counsel asked you to look at it?

17   **A   I am holding P680.  I don't know if it's the**

18   **same thing.**

19         MR. SLATER:  Your Honor, to save time

20       should I approach?

21         THE COURT:  You can pass up whatever

22       you like.

23         MR. SLATER:  I don't have another copy.

24         THE WITNESS:  I am sorry 2137?  It

25       found its way up.

---

**(Ciarrocca - Recross)**
Page 198

1

2   Q   So you had clinical evidence about the very

3   critical question of what would happen when mesh had

4   to be removed from a woman's body due to

5   complications.  That's what you told counsel, right?

6   **A   I don't know that we had specific clinical**

7   **evidence.  I said that I think the only way you**

8   **would be able to evaluate that is through an**

9   **evaluation of complications from that clinical data.**

10   **That's really the only thing I can imagine.**

11   Q   So we are back to the starting point we were

12   at Friday, which is it's a question you did not look

13   at to your knowledge, is that right?

14   **A   I am sure Medical Affairs would have looked at**

15   **all the complications.**

16   Q   You have no knowledge that they did, you have

17   no evidence of it as you sit here now, right?

18         MS. ISMAIL:  Objection, Your Honor.

19         THE COURT:  Objection sustained.

20       That's two questions.

21   Q   You have no evidence as you sit here now that

22   Medical Affairs actually evaluated that question,

23   right?

24   **A   I didn't sit in a room and watch them look at**

25   **that specifically, no.**

---

**(Ciarrocca - Recross)**
Page 199

1

2   Q   And in this Clinical Expert Report, that key

3   paragraph "Clinical Evidence," where you said you

4   were looking for more than a blank space?  Do you

5   remember that?

6   **A   Yes, I do.**

7   Q   Does it talk about removal of mesh and what

8   can happen when you remove mesh?

9         MS. ISMAIL:  Objection, Your Honor,

10       repetitious.

11         THE COURT:  Overruled.

12   **A   I don't think it speaks there specifically.**

13   **One of those articles referenced it we may have**

14   **talked about.**

15         THE COURT:  Wait a minute, the question

16       doesn't talk about it.  Does it talk about it?

17         THE WITNESS:  No, she is just

18       referencing different studies.

19         THE COURT:  So it doesn't talk about

20       it, right?

21         THE WITNESS:  Yes, correct.

22         THE COURT:  Anything further?

23         MR. SLATER:  Just checking my notes,

24   Your Honor, I am almost done, I think.

25        (Pause.)

---

**(Hammons v Ethicon, et al.)**
Page 200

1

2         MR. SLATER:  No other questions, Your

3   Honor.

4         THE COURT:  Is anything further?

5         MS. ISMAIL:  There is not, Your Honor,

6   thank you.

7         THE COURT:  You may step down.

8         - - -

9       (The witness is excused.)

10         - - -

11         THE COURT:  Next witness.

12         MR. SLATER:  Your Honor, if we can have

13   Five minutes just to make the transition, it

14   would be helpful.

15         THE COURT:  We will take ten minutes.

16       (A brief recess is taken.)

17         - - -

18       (The following transpired in open

19   court.)

20         THE COURT:  We are on Witness Weber.

21         MR. SLATER:  Yes, Your Honor.

22         THE COURT:  Is that Dr. Weber?

23         MR. SLATER:  Yes, Your Honor.

24         THE COURT:  And Dr. Weber prepared a

25   several-hundred page report, is that correct?

*(Hammons v Ethicon, et al.)*
Page 201

1
2  MR. SLATER: Multiple reports, her
3  initial report was 520 pages.
4      THE COURT: I will take an offer of
5  proof.
6      MR. SLATER: The testimony we will
7  provide will not, for the most part, overlap.
8  It will be her qualifications, her materials
9  reviewed, she will touch base on alternative
10 options being viable and safe --
11     THE COURT: Counsel, what will her
12 testimony be?
13     MR. SLATER: That is what I am saying.
14     THE COURT: No, you told me she will
15 touch base on something. I don't want topics,
16 I want an offer of proof.
17     MR. SLATER: I am just concerned, Your
18 Honor, about laying out my whole direct for
19 the defense right now.
20     THE COURT: If you don't want to give
21 me an offer of proof you don't have to, but it
22 may make their motion to preclude pretty easy.
23     MR. SLATER: She is going to offer the
24 opinion that there were safer alternatives
25 available at the time, and she is an expert

*(Hammons v Ethicon, et al.)*
Page 203

1
2      MR. SLATER: I would have to pull the
3  exhibits out. There is charts on findings of
4  recurrence rate --
5      THE COURT: Can it be summarized?
6      MR. SLATER: In part, for example, a
7  20.7 percent exposure rate at one year in the
8  French study, and she will also be pointing
9  out that the recurrences in the U.S. study
10 were undercounted, so that study also failed
11 the endpoint.
12     THE COURT: Anything else?
13     MR. SLATER: Yes. Those are examples,
14 that's not complete, but her opinions on the
15 review of the data has to do with recurrences
16 and exposures/erosions, and the overall
17 benefit-risk profile shown by these studies.
18     In the context of the Gynemesh PS
19 study, she will be shown pages from the
20 professional education deck that was in use
21 when Dr. Baker was trained and there will be
22 information in that about the Gynemesh PS
23 study which she will point out is incorrect.
24 And there is one other page in there about the
25 recurrence rates with other procedures and she

*(Hammons v Ethicon, et al.)*
Page 202

1
2  with regard to most of them -- with regard to
3  all of them.
4      THE COURT: Anything else?
5      MR. SLATER: She is going to speak
6  briefly about Ultrapro in the Prolift+M and
7  testify that would have been a safer
8  alternative.
9      As a matter of foundation, I will be
10 going through an Ethicon report on mesh
11 erosions and laying a foundation and asking
12 her opinions on the significance of various
13 passages in an Ethicon document she has relied
14 on. I will be doing that with regard to two
15 documents. I will then be taking her through
16 the actual studies that we have been hearing
17 about in this trial, the Gynemesh PS study,
18 the TVM studies, and she will be going
19 through -- she actually reviewed all of the
20 case report forms in those studies, the actual
21 patient level data, the protocols, the
22 reports, and did her own independent analysis,
23 and she will be showing the jury the data that
24 she found based on her independent analysis.
25     THE COURT: Which will be what?

*(Hammons v Ethicon, et al.)*
Page 204

1
2  will simply opine those are incorrect rates.
3      She is familiar with all the literature
4  that is cited.
5      She will then go through a database of
6  data from Vince Lucente, the surgeon we heard
7  about during the trial. Through subpoenas we
8  were able to get his, what's called an
9  Investigator Initiated Study database.
10 Dr. Lucente got funding from Ethicon to
11 evaluate his own patients, and it was over 500
12 patients. Dr. Weber actually went through all
13 of the data and evaluated it and came up with
14 what his erosion rates, recurrence rates, and
15 reoperation rates were and will compare those
16 to what was represented in a public abstract
17 and other publications by him, to point out
18 that the complications when we finally got his
19 own internal data were far worse and far
20 higher than anything he had ever published
21 before.
22     And that's all data that's been relied
23 upon by Ethicon, and in fact, he was one of
24 the study investigators in both the Gynemesh
25 PS and TVM studies, and we learned that he had

*(Hammons v Ethicon, et al.)*

Page 205

```
 1
 2    some inconsistencies in how he recorded data,
 3    and that will be probably referenced.
 4         Time permitting, depending on how fast
 5    we move, we have two PowerPoints from those
 6    design control processes, where Dr. Weber has
 7    just listed medically, medical harms that were
 8    not evaluated in that design control process.
 9         She will offer an opinion on the
10    Clinical Expert Report that it did not validly
11    evaluate the safety and efficacy.  I will not
12    walk through it at all, I will simply ask if
13    she is familiar with it and her opinion.  She
14    has a foundation of knowing all of this, I
15    will not go through any of what we already
16    heard.
17         She will talk about a particular study
18    by Dr. Lowman, the defense expert on
19    dyspareunia which they are relying on and had
20    in their opening PowerPoint, and she will
21    point out that the data reported is misleading
22    and explain why.  That's my word "misleading".
23    She will show the true dyspareunia rates based
24    on the data that's available in those studies.
25    Counsel had a 16 percent rate on the board, we
```

*(Hammons v Ethicon, et al.)*

Page 206

```
 1
 2    will show it as high as 39 percent based on
 3    the data available.
 4         She will then be shown the abstract of
 5    a presentation by the TVM group in 2005, where
 6    they characterized the 6.7 percent erosion
 7    rate as high.  A subsequent article on the
 8    same group of 687 patients, where they had an
 9    11.3 percent erosion rate in 3.6 months and a
10    33.6 percent complication rate at that time
11    and characterized this as a relatively high
12    incidence of post-surgical complications.  She
13    will obviously have opinions as she goes
14    through this, but we are going to walk through
15    literature.
16         Then we are going to go through a
17    poster presentation by the Ethicon TVM group,
18    where they said they needed to study the
19    procedure further before they would recommend
20    that it be used in young women or for primary
21    prolapse repair, and she will be in agreement
22    with that, that they needed much more study.
23         She will look through a PowerPoint on
24    the TVM group presentation, where they said it
25    actually should be placed in women with stage
```

*(Hammons v Ethicon, et al.)*

Page 207

```
 1
 2    three or four symptomatic prolapse where it's
 3    actually causing symptoms.  She will then be
 4    asked about another article by the TVM group
 5    where they did ultrasound evaluations of the
 6    Prolift and show that 89 percent of the women
 7    had moderate to severe mesh retraction shown
 8    on ultrasound with significant increase in the
 9    thickness of the mesh, and then go to a
10    presentation by the same doctors where with
11    those patients they showed that 19.6 percent
12    of those women had painful vaginal
13    examinations due to mess contraction.
14         She will authenticate an article by an
15    author named Diwadkar, and point out that the
16    dyspareunia rate in a meta-analysis was shown
17    for suture repairs to be only 1.5 percent with
18    a reoperation rate lower than with mesh.
19         And finally, she will talk about the
20    ACOG, American College of Obstetricians and
21    Gynecologists, February 2007 practice
22    bulletin, which she authored, so I will intend
23    to display it to the jury, and the primary
24    thing I am going to show the jury is that she
25    opined in that that this procedure should be
```

*(Hammons v Ethicon, et al.)*

Page 208

```
 1
 2    deemed experimental, these tissue mesh kit
 3    procedures should be experimental.  And then I
 4    am going to bring out that that was changed
 5    later that year by ACOG and they took the word
 6    "experimental" out, and then what I intend to
 7    do is display the letter she wrote to the
 8    editor of the *International Urogynecology*
 9    *Journal* on August 8, 2009, where she took
10    issue with the change and expressed her views
11    on why that was wrong and why this should
12    remain experimental.  And I intend to have
13    her -- it's a one-page letter -- to literally
14    read it to the jury because that is the full
15    synopsis of the opinions she formed and they
16    were all formed before she ever spoke to
17    counsel.
18         And that will be, I believe, other than
19    asking her a few questions about the
20    risk-benefit profile not being acceptable
21    based on the literature and the studies she's
22    talked about, that will be the end of her
23    testimony.
24         THE COURT:  So what if anything is she
25    unqualified for?
```

## (Hammons v Ethicon, et al.)
Page 209

1
2      MS. ROBINSON:  Your Honor, Dr. Weber
3  hasn't practiced medicine since the year of
4  2005.  She hasn't been licensed since 2007.
5  The last time she performed a surgery was
6  in --
7      THE COURT:  Speak a little louder.
8      MS. ROBINSON:  The last time she
9  performed surgery was 2004, prior to Prolift
10  even coming on market.  She has never
11  implanted a Prolift, she has never seen a
12  patient who had a Prolift, she never addressed
13  complications with anybody involving Prolift.
14  She is simply unqualified to opine on Prolift
15  and its risk/safety profile, and she is
16  unqualified to opine on causation factors
17  related to this particular plaintiff.
18      THE COURT:  I didn't hear anything
19  about that.  Is she going to testify about
20  this particular plaintiff and causation
21  factors?
22      MR. SLATER:  I do not intend to elicit
23  any opinions specific to the plaintiff.
24      THE COURT:  She is not going to testify
25  to that.  Any other reasons why she is

## (Hammons v Ethicon, et al.)
Page 210

1
2  unqualified?
3      MS. ROBINSON:  She is unqualified to
4  testify about the education that doctors
5  undergo to implant Prolift and the proper way
6  to do that and the proper way to teach that.
7      THE COURT:  Did you say that?
8      MR. SLATER:  The only thing I said is I
9  am going to --
10      THE COURT:  Did you say that?
11      MR. SLATER:  I did not say that.  I am
12  not going to ask that question.
13      THE COURT:  I don't understand, was
14  that a waste of time or --
15      MS. ROBINSON:  He was talking about Dr.
16  Baker's education, the professional education
17  that was provided to Dr. Baker.  I understood
18  that she was --
19      THE COURT:  She is not qualified to
20  testify about the professional education
21  provided to Dr. Baker?  Is that it?  What is
22  ACOG?
23      MS. ROBINSON:  The first part about
24  ACOG --
25      THE COURT:  What is it?

## (Hammons v Ethicon, et al.)
Page 211

1
2      MS. ROBINSON:  ACOG is the American
3  College of Obstetrics and Gynecology.
4      THE COURT:  Did she write something on
5  their behalf on this topic?
6      MS. ROBINSON:  She wrote a bulletin
7  regarding prolapse.
8      THE COURT:  Did they publish that
9  bulletin?
10      MS. ROBINSON:  It was published, yes.
11      THE COURT:  Was she qualified at that
12  time?  Did ACOG consider her qualified to
13  publish that bulletin across the country for
14  doctors to read?
15      MS. ROBINSON:  With regard to the
16  condition of prolapse, yes, Your Honor.  But
17  the second point I want to add about ACOG is
18  that we have already heard from Dan Elliott,
19  Dr. Elliott, who has testified about ACOG,
20  testified exactly as to what counsel had just
21  indicated, which was there was a word
22  "experimental" put in the ACOG bulletin, it
23  was removed, and he testified about that
24  process.  So that's already been covered.
25      He testified at length about mesh

## (Hammons v Ethicon, et al.)
Page 212

1
2  contracture and I believe the particular study
3  that she is going to talk about.  He testified
4  at length about contracture, the risk-benefit
5  safety profile.  He testified about the TVM
6  study and that it failed its primary endpoint.
7  He testified about safer alternatives, and he
8  testified about physician education.
9      THE COURT:  Your objection is
10  overruled.  Are we ready to bring the jury in?
11      MR. SLATER:  Your Honor, I am going to
12  need a couple of minutes to set up.
13      THE COURT:  I am sorry, did you leave
14  something out?
15      MS. ROBINSON:  Yes.  There was one
16  specific objection concerning the Lucente
17  database that counsel mentioned.  The witness
18  has gone through a database that was acquired
19  by subpoena through a third party, that being
20  Mr. Lucente and his practice group.  There is
21  no evidence that that database is a final
22  database, that it had been vetted, that all of
23  the patients had been seen and their
24  information reported in that database.  In
25  fact, the testimony --

*(Weber - Direct - VD)*

Page 213

2  THE COURT:  You mean the database
3  itself would be impermissible?
4  MS. ROBINSON:  Yes.
5  THE COURT:  An expert is entitled to
6  rely on things otherwise impermissible in
7  evidence.  So that objection is overruled as
8  well.
9  (A brief recess is taken.)
10  (The jury enters the courtroom at 3:37
11  p.m.)
12  THE COURT:  Counsel, your next witness.
13  MR. SLATER:  Thank you very much, Your
14  Honor.  The Plaintiff calls Dr. Anne Weber.
15  - - -
16  (ANNE MARGARET WEBER, M.D., is duly
17  sworn.)
18  THE COURT:  Please be seated.  I
19  understand you have some medical condition if
20  you would prefer to stand.
21  THE WITNESS:  I would prefer to stand.
22  - - -
23  DIRECT EXAMINATION (Qualifications)
24  - - -
25  BY MR. SLATER:

---

*(Weber - Direct - VD)*

Page 214

2  Q  Good afternoon, Dr. Weber.
3  A  **Good afternoon.**
4  Q  I would ask you as best you can to keep your
5  voice up and project so the jury hears what you have
6  to say, okay?
7  A  **Yes.**
8  Q  Please tell the jury just for the record what
9  your name is and where you live?
10  A  **My name is Anne Margaret Weber, and I live in**
11  **Baltimore, Maryland.**
12  Q  We have put in front of you something that we
13  have marked as Exhibit 3384.  What is that?
14  A  **This is my CV.**
15  Q  What does that mean?  What's in there?
16  A  **So in professional life you make a record of**
17  **your experiences, education in the medical field, if**
18  **you are in academics, the articles you have written,**
19  **presentations you have given, honors received, and**
20  **so on.**
21  Q  If you need to refer to it you are certainly
22  welcome to, I am going to ask you some questions
23  about that now, okay?
24  A  **Yes.**
25  Q  Please tell the jury about your educational

---

*(Weber - Direct - VD)*

Page 215

2  background, where did you go to college, take us
3  through medical school?
4  A  **I graduated from college at the University of**
5  **Maryland in College Park, and then I went to medical**
6  **school also at University of Maryland, which is in**
7  **Baltimore.**
8  Q  And what years are we talking about?
9  A  **I graduated from college in 1983 and then**
10  **medical school in 1988.**
11  Q  And after you went to medical school, take the
12  jury through where you went and what you did and
13  what years, please?
14  A  **After graduating from medical school, I went**
15  **to an obstetrics and gynecology residency in**
16  **Hartford, Connecticut that was four years long, and**
17  **after that I completed a one-year fellowship in**
18  **advanced pelvic surgery at the Cleveland Clinic in**
19  **Ohio.**
20  Q  What is a residency, just very briefly?
21  A  **So a residency is training in the specific**
22  **field that you have chosen.  So that involves care,**
23  **in my field obstetrics and gynecology, in all the**
24  **phases of caring for women throughout their lives,**
25  **during pregnancy and childbirth and afterwards, and**

---

*(Weber - Direct - VD)*

Page 216

2  **then as they age, and what turned out to be my**
3  **specialty, caring for women with pelvic floor**
4  **disorders.**
5  Q  You did a fellowship you said at the Cleveland
6  Clinic in advanced pelvic surgery.  First, what is
7  the Cleveland Clinic?
8  A  **The Cleveland Clinic is what's called a**
9  **tertiary referral clinic.  We also provided primary**
10  **care to people in the community of Cleveland, but we**
11  **also served as a resource to people who had more**
12  **complicated problems, where they may have exhausted**
13  **the resources in their local community and have a**
14  **problem that needed to be addressed by people who**
15  **specialized in that kind of care.**
16  Q  How large is the Cleveland Clinic?
17  A  **Large.  At the time I was there, it had over**
18  **10,000 employees with an adjoining hospital that had**
19  **400 beds.**
20  Q  You said your fellowship was in advanced
21  pelvic surgery.  What specifically does that mean?
22  A  **After I graduated from residency, I decided**
23  **that to really become as proficient as I felt I**
24  **needed to be in performing surgery, I wanted an**
25  **extra level of training.  So the fellowship in**

*(Weber - Direct - VD)*

Page 217

1  advanced pelvic surgery provided four months of
2  training in oncologic surgery, which is the kind of
3  surgery that women have to go through if they have
4  cancer, reproductive endocrinology, which is for
5  women who have hormonal or infertility problems, and
6  that focused on laparoscopic surgery, and then the
7  remaining four months is spent in the section of the
8  department that cared for women with pelvic floor
9  disorders. So surgical treatments or prolapse and
10 urinary incontinence.
11 Q    And when you finished your fellowship in 1993
12 did you join the staff in the Department of
13 Obstetrics and Gynecology at Cleveland Clinic?
14 A    Yes.
15 Q    What did that mean, now that you are on the
16 staff at the Cleveland Clinic in the OB-GYN
17 department, what did your practice become?
18 A    So I was focused solely on gynecology. I
19 actually had never practiced obstetrics despite
20 going through all of that training.
21         In my practice of gynecology, at the
22 beginning I was seeing women for all kinds of
23 problems, abnormal bleeding, fibroids, menopause,
24 and also to a certain degree, pelvic floor

*(Weber - Direct - VD)*

Page 218

1  disorders, but at that early point in my career that
2  wasn't a focal point. So I had an office practice
3  where I was seeing women in an office setting, and
4  then also surgery.
5  Q    Tell us how your practice evolved going
6  forward from 1993 onward?
7  A    So in the same way I had chosen to do a
8  fellowship in advanced pelvic surgery, after a few
9  years in practice I decided that I wanted to focus
10 exclusively on women with pelvic floor disorders.
11 So with the support of my chairman, we changed my
12 office practice so that I would concentrate on
13 seeing women with those kind of problems, and
14 well-woman care or other kinds of problems would be
15 seen by the other gynecologists in the department.
16 Q    And when you talk about pelvic floor
17 disorders, very generally, what does that mean?
18 A    So as I mentioned earlier, prolapse, which I
19 know you have heard quite a bit about already,
20 urinary incontinence, bowel problems. I also
21 interacted extensively with my colleagues in urology
22 if this was a more complicated problem than just
23 straightforward urinary incontinence, for example,
24 and my colleagues in the colorectal department for

*(Weber - Direct - VD)*

Page 219

1  women who had problems in the bowel area.
2  Q    Doctor, in your time at the Cleveland Clinic
3  did you have teaching responsibilities in the
4  fellowship program?
5  A    Yes.
6  Q    What does that mean?
7  A    So at the time I completed the fellowship
8  which was only one year, we continued on that for
9  several more years. So the fellows would come, just
10 as I had, to advance their surgical training, and I
11 was involved with them in the office, they would
12 come with me as I saw patients, and then they would
13 also be with me in surgery, where with my close
14 supervision they were being taught, or I taught them
15 how to perform these kinds of surgeries.
16         They also had a research component to
17 their fellowship, so I also contracted with them in
18 developing their ideas, designing a research project
19 and carrying it out.
20 Q    Were you Board certified?
21 A    Yes.
22 Q    By what board?
23 A    The American Board of Obstetrics and
24 Gynecology.

*(Weber - Direct - VD)*

Page 220

1  Q    And we have heard about what that means so I
2  am not going to take you through it.
3         You were the Director of Clinical
4  Research in the Department of Obstetrics and
5  Gynecology, what does that mean?
6  A    Yes. So my chairman developed that role for
7  me after I completed a graduate program at the
8  University of Michigan. Another decision I made in
9  my career was that I wanted to focus on research,
10 and I felt that to really be able to design and
11 perform the research at the highest quality, I
12 needed more training than I had in my residency and
13 even in my fellowship. So I decided to attend a
14 program at the University of Michigan that was three
15 years long, and after that I received a masters
16 degree in clinical research design and statistical
17 analysis.
18         So with that extra training and
19 experience, my chairman created this role as
20 Director of Clinical Research in the department so
21 that I could bring my expertise to assist the other
22 faculty members, fellows, residents, medical
23 students, so that I could also enrich their research
24 activities as well.

*(Weber - Direct - VD)*
Page 221

1
2 Q   What does clinical research design and
3 statistical analysis encompass?  What does that mean
4 that you got a masters degree in that field?
5 A   So that really provided me with a very strong
6 foundation in all of the different kinds of study
7 designs, from observational studies, where you just
8 observe people over time and see what happens to
9 them, and all the way up to randomized trials, that
10 I know you probably heard a bit about, but the only
11 kind of trial where you can actually draw a
12 conclusion about cause and effect, where -- none of
13 the other study designs allow you to do that, there
14 are just too many variables around that you don't
15 have a way of controlling.  But in a randomized
16 trial the two groups are developed in a way that
17 they should be comparable.  And so when you get to
18 the end of the study, if everybody was equal at the
19 start, then differences in the two groups at the
20 end, you should be able to say, okay, this group got
21 Treatment A and this is how they turned out and this
22 group got Treatment B and this is how they turned
23 out.  So we can say, okay, Treatment A did this
24 compared to Treatment B.  And that's the only study
25 design where you can do that.

*(Weber - Direct - VD)*
Page 222

1
2 So I received training in designing
3 those studies, statistical analysis as well, so that
4 I could understand what were the appropriate tests
5 to perform when -- first of all, in setting up the
6 study, to set up correctly, and in the end in
7 analyzing the data to be sure that the data were
8 being represented accurately and in a way that
9 people could read and understand how this meant and
10 how significant it would be.
11 Q   Okay.  In 1999 you became involved with the
12 National Institutes of Health, correct?
13 A   Yes.
14 Q   Please tell the jury, what is the National
15 Institutes of Health, and then we will talk about
16 your involvement.
17 A   So the National Institutes of Health is a
18 branch of the government that funds research around
19 the country, and actually around the world.  They
20 also have their own research establishment in
21 Bethesda, Maryland, and they grant money to
22 investigators at universities to perform their own
23 research projects.
24 Q   And how did you become involved with the
25 National Institutes of Health, what happened?

*(Weber - Direct - VD)*
Page 223

1
2 A   So the leaders in the field of urogynecology,
3 which is what we call the specialty that takes care
4 of women with pelvic floor disorders, realized that
5 the research that had previously been done in the
6 field wasn't as strong as it could be and wasn't the
7 kind of research that was really helping us decide
8 what is the best way to take care of women with
9 these problems.  So they had a meeting with the
10 leaders at NIH and discussed what could be done, and
11 the NIH decided to create a new program that would
12 provide a boost of research funds to investigators
13 to start researching the problems of female pelvic
14 floor disorders.
15 And so I applied for that job, and with
16 my additional training and education in research,
17 that's not something that a lot of gynecologists
18 have, and so I was hired for that job.
19 Q   And what was your title?
20 A   I was the Project Officer for the Female
21 Pelvic Floor Disorders unit.
22 Q   And were you the first one to hold that
23 position?
24 A   Yes.
25 Q   And what did you have to do in that role, in

*(Weber - Direct - VD)*
Page 224

1
2 general terms, I don't want to go all day on it.
3 It's important to just give the jury a sense of what
4 you had to do in that position as the first program
5 director?
6 A   As I mentioned, the general idea was to infuse
7 a boost of research funds into the academic
8 community.  So we had several initiatives where
9 researchers were invited to submit applications and
10 we set aside money that would be devoted to the best
11 applications in that group.  And I also developed a
12 network of institutions -- this was also
13 competitive.  They submitted applications and an
14 independent group scored the applications to see
15 which were best, and then a group of seven
16 institutions and another institution that managed
17 the data were selected to design and perform trials
18 across the country.
19 It just makes it so much easier when
20 you have a group of people working on the same
21 problem than just single investigators at their own
22 institution who will have as many patients as they
23 have, but you can see if you expanded that by seven
24 times and you had all these bright brains together
25 designing these studies and getting patients

*(Weber - Direct - VD)*                    Page 225

enrolled in these studies, it was possible to do research at a very high caliber and accomplish it more quickly.

Q    In your CV I saw a reference to called something called the standardization of terminology for pelvic floor disorders.  What does that mean and what was your involvement with that?

A    So as I mentioned, there had come a realization that the research in urogynecology was not as robust as it could be and should be, and part of the problem was that doctors were just using different words to describe the same things, but when you write that down in a paper it becomes very hard to be able to say, Well, Dr. X said this and Dr. Y said that, are they saying the same things or different things.

So I decided that it would be fruitful to hold a meeting, a two-day meeting with scientists around the world and sit everybody down to come up with a set of terms that everybody could use so everyone is speaking the same language, basically. And then I authored a report, which is what Mr. Slater is referring to, to publish that in the literature so that everybody could see that and

*(Weber - Direct - VD)*                    Page 226

begin to use the same language.

Q    I have seen in your CV that you have published articles in the peer-reviewed literature.  You have just alluded to that?

A    Yes.

Q    I see about a hundred or so in here?

A    Yes.

Q    Just very briefly, what does it mean for you to publish an article in peer-reviewed literature?

A    So the literature that Mr. Slater is referring to is published in professional journals. Every medical scientific branch has their own set of journals that researchers publish in, and the meaning of peer reviewed is that once an author or a scientist submits an article to that journal, it's then reviewed by peers, which are other scientists who then judge the article, decide if the science is robust, if the results have been recorded well, and decide if that would make a contribution to the literature overall.

Q    Have you yourself acted as a peer reviewer?

A    Yes.

Q    Can you estimate the number of journals you acted as a peer reviewer over the years?

*(Weber - Direct - VD)*                    Page 227

A    In my busiest time in my academic career I would say 15.

Q    As a peer reviewer what were you doing?

A    I would receive the manuscript that other authors had submitted to this journal in particular, I would receive that and then be asked to review the manuscript and judge its quality, whether the methods were strong enough to actually answer the question that had been posed, whether the results had been analyzed and recorded, and how reliable that conclusion going to be.  And then I would make my comments, which are sent back to the editor, with other reviewers, and then feedback goes to the authors.

Q    Are you currently acting as a peer reviewer?

A    Yes.

Q    For what journal?

A    The *British Journal of Obstetrics and Gynecology, the American Journal of Obstetrics and Gynecology* and the *International Urogynecology Journal.*

Q    What I would like to do as part of going through your background, what I have handed you is --

*(Weber - Direct - VD)*                    Page 228

THE COURT:  Counsel, didn't you say she had written 200 or so peer-reviewed articles?

MR. SLATER:  I think it was about a hundred peer-reviewed articles.

THE COURT:  Do you intend to ask her about every one on qualifications?

MR. SLATER:  I absolutely do not.

THE COURT:  Are you going to ask her about any?

MR. SLATER:  This one.

THE COURT:  Why?

MR. SLATER:  I think it's an important article in the medical literature in this field.

THE COURT:  Then she can talk about it if she is qualified to provide testimony. Proceed.

BY MR. SLATER:

Q    Putting the article down, in the course of the studies that you performed and the articles that you have written, did you perform a randomized control trial comparing suture-type procedures with mesh procedures?

A    Yes.

*(Weber - Direct - VD)*

Page 229

2  Q   Had there ever been a randomized control trial
3  addressing that question?
4  **A   No.**
5  Q   And that was published when?
6  **A   2001.**
7  Q   In 2001, I believe you left the Cleveland
8  Clinic to go to Magee-Womens Hospital at the
9  University of Pittsburgh?
10 **A   Yes.**
11 Q   Why did you do that?
12 **A   I --**
13             THE COURT:  What do you do now?
14             THE WITNESS:  I serve as a consultant
15 for Mr. Slater.
16             THE COURT:  Do you do anything else
17 besides that now?
18             THE WITNESS:  Yes.
19             THE COURT:  What else?
20             THE WITNESS:  As we mentioned, I serve
21 as a peer reviewer for medical journals.  I
22 serve as a mentor for medical students at my
23 alma mater, the University of Maryland.  And I
24 also write.  I just completed a commentary,
25 for example, for the *British Journal of*

---

*(Weber - Direct - VD)*

Page 230

2  *Obstetrics* and *Gynecology* in relation to an
3  article that I had reviewed.
4             THE COURT:  Okay, what did you do
5  before you did these things?  Did you have a
6  different position?
7             THE WITNESS:  Yes.
8             THE COURT:  What was that?
9             THE WITNESS:  The timeframe, if I can
10 ask, Your Honor?
11             THE COURT:  How long have you been a
12 consultant for Mr. Slater?
13             THE WITNESS:  Since 2010.
14             THE COURT:  And how long have you been
15 writing peer-reviewed journal articles?
16             THE WITNESS:  Since 1988.
17             THE COURT:  And how long have you been
18 reviewing, a peer reviewer for journal
19 articles?
20             THE WITNESS:  Since 1992.
21             THE COURT:  What did you do before you
22 started working for Mr. Slater?
23             THE WITNESS:  After I retired from my
24 surgical practice in 2004, and my clinical
25 practice in 2006 -- we can talk about why that

---

*(Weber - Direct - VD)*

Page 231

2  had to happen -- I continued working for the
3  NIH until the end of 2007, and then primarily
4  for health reasons, I stepped down from that
5  position, when I was also confident that it
6  would be able to carry on under new
7  leadership, and it has.  And then I continued
8  medical editing and writing until I became a
9  consultant with Mr. Slater.
10            THE COURT:  This says 1999 to 2007,
11 Medical Officer, Program Director for Research
12 on Female Pelvic Floor Disorders.  What would
13 that be?
14            THE WITNESS:  Yes, so that's my work
15 with the NIH that I was describing.  From
16 1999, after I completed my masters degree, to
17 2007, when I retired from that position.
18            THE COURT:  Okay, and you retired in
19 2007; is that right?
20            THE WITNESS:  From the NIH, yes.
21            THE COURT:  Any further questions on
22 qualifications?
23            MR. SLATER:  Just a few, Your Honor.
24 BY MR. SLATER:
25 Q   In 2001 you went to Magee-Womens Hospital at

---

*(Weber - Direct - VD)*

Page 232

2  the University of Pittsburgh, why did you do that?
3  **A   The primary reason for doing that was to start**
4  **a new fellowship program there, which they hadn't**
5  **had in the past, and I did develop the program there**
6  **and served as program director until I left the**
7  **University of Pittsburgh.**
8            **At this point the fellowship in what**
9  **was now called female pelvic medicine and**
10 **reconstructive surgery, which is just a long name**
11 **for urogynecology had become a three-year**
12 **fellowship.  Remember I went through a one-year**
13 **fellowship when no other types were available, but**
14 **by that point 3-year fellowships were available.**
15 Q   Did you continue to teach at University of
16 Pittsburgh Medical School?
17 **A   Yes.**
18 Q   Were you a licensed physician and in what
19 states?
20 **A   Yes.  I was licensed in Connecticut, Ohio, and**
21 **Pennsylvania.**
22 Q   And you stopped practicing medicine about
23 2006.  Just tell the jury briefly why that was?
24 **A   Yes.  So unfortunately, I sustained an injury**
25 **in 1996 and worked through that for quite awhile,**

*(Weber - Direct - VD)*                   Page 233

1
2   but eventually I found that the demands were too
3   much for me and so, as I mentioned, I retired from
4   my surgical practice first and then continued with
5   my clinical practice. I have a pain syndrome and I
6   am standing here because it's more comfortable for
7   me to stand than it is to sit for prolonged periods.
8   Q    Did you maintain your medical license after it
9   lapsed or did you let it go?
10  A    No.
11         THE COURT: After it lapsed she let it
12         go. Any further questions?
13  BY MR. SLATER:
14  Q    In looking at your CV, there were a few things
15  in the Professional Service section, I just want to
16  ask you what this means: That you were a member of
17  the Board of Directors of the American Urogynecology
18  Society 1988 to 2001 and 2003 to 2006. What does
19  that involve?
20  A    The American Urogynecology Society is a
21  professional organization where doctors and
22  scientists with similar interests meet. The Board
23  of Directors, of which I was a member, serves to
24  provide direction to the organization in terms of
25  what they would like to focus on in the future.

*(Weber - Direct - VD)*                   Page 234

1
2   Q    Were you in examiner for the American Board of
3   Obstetrics and Gynecology?
4   A    Yes.
5   Q    What does that mean?
6   A    In order for doctors to become Board certified
7   they have to go through an oral examination. So I
8   was one of the doctors who served as an examiner,
9   testing the younger doctors as they wanted to become
10  Board certified.
11  Q    Were you on the editorial board of *Obstetrics*
12  *and Gynecology?*
13  A    Yes.
14  Q    What does it mean to be on the editorial board
15  of a medical journal?
16  A    I was more active as a peer reviewer for that
17  journal. So instead of receiving a manuscript maybe
18  every month or every other month, I was assigned
19  five to ten per month where I would review them, and
20  we would meet annually as a group as the editorial
21  board, similar to the role of board of directors, to
22  see what the future of the journal should be and how
23  we could get it to that point.
24  Q    In your surgical practice, did you utilize
25  mesh for certain procedures?

*(Weber - Direct)*                   Page 235

1
2   A    Yes.
3   Q    Did you use sutures for certain procedures?
4   A    Yes.
5   Q    Did you treat prolapse on a regular basis
6   surgically?
7   A    Yes.
8   Q    Are you familiar with the various procedures
9   that are at issue in this case?
10  A    Yes.
11         MR. SLATER: Your Honor, at this time
12         we would offer Dr. Weber as an expert in the
13         field of urogynecology?
14         THE COURT: Are there any questions on
15         qualifications?
16         MS. ROBINSON: No, Your Honor.
17         THE COURT: Okay, ladies and gentlemen,
18         the witness is qualified to provide expert
19         opinion testimony in her fields of expertise.
20         Proceed.
21                - - -
22         DIRECT EXAMINATION
23                - - -
24  BY MR. SLATER:
25  Q    Doctor, do you understand that any opinion you

*(Weber - Direct)*                   Page 236

1
2   offer in this case must be to a reasonable degree of
3   medical certainty?
4   A    Yes.
5         THE COURT: Before we go further, are
6         you offering into evidence her CV?
7         MR. SLATER: Not at this time, Your
8         Honor.
9         THE COURT: Fine. Fair enough.
10  Q    So, Doctor, if you offer us an opinion we are
11  going to understand it's to reasonable degree of
12  medical certainty unless you tell us otherwise. Do
13  you understand that?
14  A    Yes.
15  Q    Now, for the work you have done in this case,
16  the case we are in court for, have you been paid for
17  the time you've spent?
18  A    Yes.
19  Q    And have you issued invoices for and/or plan
20  to issue further invoices for work you have done in
21  more recent time?
22  A    Yes.
23  Q    And are you going to be paid for the time you
24  spend in this courtroom?
25  A    Yes.

*(Weber - Direct)*                                           Page 237

2  Q   And what do you charge to come to court like
3  this for a jury?
4  A   Courtroom testimony, I have a charge of $1,000
5  per hour.
6  Q   Now let's put up, we have a PowerPoint of
7  materials you have reviewed.  Let's put that up.
8      Doctor, this List of Materials
9  Reviewed, what is that, simple terms?
10 A   So this is a list of the kinds of materials I
11 have reviewed in the course of my work with
12 Mr. Slater.
13 Q   Did you estimate the number of pages of
14 documents from Ethicon and medical literature and
15 clinical study, Doctor, is there any way to estimate
16 the volume of documents you have looked at?
17 A   We have made an estimate of over one million
18 pages of documents.
19 Q   And your review of these materials, are these
20 materials you intend to rely on in offering your
21 opinions here today?
22 A   Yes.
23 Q   And I will just read it for the record:
24 Medical literature, clinical and preclinical
25 studies, including underlying data, Ethicon/Johnson

---

*(Weber - Direct)*                                           Page 238

2  & Johnson internal documents?
3      THE COURT:  Well, we can read it.  Is
4  that what you relied on?
5      THE WITNESS:  Yes.
6      THE COURT:  Okay, next question.  You
7  can keep it up as long as you would like.
8  Q   I am ready to go to the next line, Treatment
9  Options.
10     Doctor, we have a slide up here,
11 Treatment Options.  Can you tell us what this
12 represents?
13 A   So there are many options for treating women
14 with prolapse, which depends entirely on their
15 symptoms.
16 Q   And just going through them very quickly, what
17 is each?
18 A   So the first represents observation, which is
19 watchful waiting.  This is not a dangerous
20 condition, not something that changes quickly.  If a
21 woman is not symptomatic or only minimally
22 symptomatic, this is a perfectly reasonable option.
23 Q   Pessary, we have heard about so we are going
24 to skip that.
25     Suture repair, just very briefly, what

---

*(Weber - Direct)*                                           Page 239

1  are we talking about?
3  A   Suture repair, colporrhaphy is the medical
4  term for suture repair, either in the front wall or
5  the back wall of the vagina, where sutures are used
6  to bring the tissue together and strengthen the wall
7  of the vagina.
8  Q   And abdominal sacrocolpopexy, we heard what
9  that is, just one sentence or so to show you know
10 what it is?
11 A   A procedure that lifts the top of the vagina
12 and using another type of material attaches it to
13 the back of the tailbone in order to provide
14 support.
15 Q   The suture repairs and the abdominal
16 sacrocolpopexy, did you perform those routinely in
17 your practice?
18 A   Yes.
19 Q   Next, biologic or synthetic graft augmented
20 repair.  What are we talking about there?
21 A   So using another type of material, biologic
22 may be something like cadaveric fascia or other
23 products that are developed from animals where they
24 are in a layer that can be used to help support the
25 organs.  And synthetic in the same way except,

---

*(Weber - Direct)*                                           Page 240

1  obviously, that's something that's manmade.
2  Q   Did you perform procedures with those
3  techniques?
4  A   Rarely.
5  Q   Mesh kit, something like the Prolift.  Now I
7  understand the Prolift came on the market after you
8  stopped operating on patients, correct?
9  A   Yes.
10 Q   Are you familiar with the Prolift and the mesh
11 material?
12 A   Yes.
13 Q   Are you familiar with the procedure, the
14 instruments, how it's performed?
15 A   Yes.
16 Q   Have you reviewed surgical videos, their
17 surgical documents, their internal documents on how
18 it's to be done?
19 A   Yes.
20 Q   Doctor, with regard, and I am only going ask
21 this question one time just to situate, do you have
22 an opinion as to whether suture repair and/or
23 abdominal sacrocolpopexy would have been a safer
24 alternative than the Prolift for her treatment?
25 A   Yes.

*(Weber - Direct)*       Page 241

2   Q   And very simply, why is that?

3   A   **Because either of those types of procedures**

4   **would have been successful in resolving her symptoms**

5   **without introducing the set of complications which**

6   **she has developed.**

7   Q   The synthetic graft augmented repair -- I am

8   not going to go into that. Let's go to the slide

9   now P1660.

10       Doctor, this PowerPoint, are you

11  familiar with this?

12  A   **Yes.**

13  Q   And LIGHTning, what is LIGHTning.

14  A   **I am sorry?**

15  Q   Right on the front it says LIGHTning. What is

16  project LIGHTning?

17  A   **It was Ethicon's code word for the development**

18  **of a new product after Prolift.**

19  Q   What was that ultimately called?

20  A   **That was Prolift Plus M.**

21  Q   And this PowerPoint is by Peter Meier, he was

22  a scientist at Ethicon.

23  A   **Yes.**

24  Q   And what is the date on the top right?

25  A   **September 6, 2006.**

*(Weber - Direct)*       Page 242

2   Q   What I would like to turn you to now is page

3   14, and the pages are numbered.

4       Is this PowerPoint something you relied

5   on in forming your opinions in this case?

6   A   **Yes.**

7   Q   And we have here on the screen, it says a,

8   Human Cadaver Wet Lab was performed with Dr. Kurt

9   Lobodasch. What does that mean, a cadaver lab?

10  A   **A cadaver lab is where cadavers are set up in**

11  **a laboratory where they are positioned in such a way**

12  **they can be used for testing whatever it is that you**

13  **want to be testing.**

14  Q   And here it says, "There was a successful

15  cadaver lab with Dr. Lobodasch." Do you see that?

16  A   **Yes.**

17  Q   I am going to ask you a couple of things and

18  ask if they are significant. The first two,

19  "Preferred Ultrapro over Gynemesh PS." Is that

20  significant to you?

21  A   **Yes.**

22  Q   Very simply, what is Ultrapro?

23  A   **Ultrapro is an Ethicon mesh that is partially**

24  **absorbable and partially permanent polypropylene.**

25  Q   And the Gynemesh PS is what?

*(Weber - Direct)*       Page 243

2   A   **Is the permanent polypropylene mesh in the**

3   **Prolift.**

4   Q   He says, "Better handling of Ultrapro with

5   Prolift instruments," is that significant to you?

6   A   **Yes.**

7   Q   Why is that?

8   A   **This doctor is expressing that the handling,**

9   **just the hand feel and how he is able to work with**

10  **the Ultrapro mesh with instruments is better than**

11  **what he was experiencing with the Gynemesh.**

12  Q   And a little further down it says, "Feels very

13  soft in place." Is that significant?

14  A   **Yes.**

15  Q   Why is that?

16  A   **If he says the Ultrapro is very soft, then by**

17  **comparison the Gynemesh must be less soft.**

18  Q   Why is that significant in a pelvic floor

19  treatment?

20  A   **Ideally, that would correspond to how the mesh**

21  **behaves in the woman.**

22  Q   "No crumpling of arms compared to

23  Gynemesh PS." And those arrows, they are on the

24  document, right?

25  A   **Yes.**

*(Weber - Direct)*       Page 244

2   Q   Is that significant to you?

3   A   **Yes.**

4   Q   Why is that significant?

5   A   **As you can see, the crumpling of the arms with**

6   **the Gynemesh PS, this is exactly what happens in**

7   **person. And I know you have seen the videos where**

8   **you have see the roping of the mesh arms and the**

9   **complications that occur as a result of that. The**

10  **Ultrapro does not have that appearance and ideally,**

11  **it would not have that behavior as the Gynemesh PS**

12  **showed.**

13  Q   What if any significance is there to the arm

14  crumpling or roping in the body of an actual

15  patient, what does that do?

16  A   **So when the mesh is crumpled, that increases**

17  **the amount of mesh in that area. And the more the**

18  **mesh is bunched up together, that increases the**

19  **inflammation, the foreign body reaction, the pores**

20  **are scrunched down so that the tissue can't grow in**

21  **there as it's intended to do. Instead, it forms**

22  **this fibrotic ridging, scar plating that turns the**

23  **mesh into this rock-hard, caked piece of tissue and**

24  **mesh instead of something where the tissue has been**

25  **able to lay flat along with the mesh and not cause**

*(Weber - Direct)*      Page 245

1  so many complications.

2  Q    And that issue that you just described, the

3  crumpling, the bunching of mesh, is that something

4  that Ethicon was knowledgeable about based on your

5  review of the materials?

6  A    Yes.

7  Q    And even at this time, as of September 2006?

8  A    Yes.

9  Q    And then it stays, "Near to my expectation of

10 replacing pelvic floor tissue."  Is that

11 significant?

12 A    Yes.

13 Q    Why is that?

14 A    The idea of putting mesh in the vagina was to

15 reproduce the normal tissue, and the problem is that

16 a hernia mesh that Ethicon took and transposed into

17 Gynemesh PS, the exact same mesh, was not behaving

18 in the vagina in a way that was anything like normal

19 vaginal tissue.  And the hope was within Ethicon

20 that the Ultrapro would do a better job of acting

21 like the normal vaginal tissue.

22 Q    Let's go down to page 22.  This is talking

23 about in vitro testing.  That would be lab testing

24 of the Ultrapro?

---

*(Weber - Direct)*      Page 246

1  A    Yes.

2  Q    Is that something Ethicon relied upon in the

3  business to evaluate meshes?

4  A    Yes.

5  Q    And the third bullet point says, "Area weight

6  (lightness) that Ultrapro is lighter than Gynemesh,

7  Vypro and most competitors."  Is the lightness of

8  the mesh significant?

9  A    It can be, yes.

10 Q    Why is that?

11 A    So by lightness they are referring to

12 basically the amount of mesh, and theoretically, it

13 would be best for the woman to have less mesh

14 remaining in her body.

15 Q    Why is that?

16 A    Because the more mesh there is, it becomes a

17 cascade of the inflammatory reaction or body

18 reaction, the scar plating and bridging fibrosis,

19 that leads to all kinds of other complications, mesh

20 erosion, vaginal anatomic distortion, and, you know,

21 the woman experiences dyspareunia and pelvic pain,

22 and just turns into a vicious cycle where the more

23 mesh there is, it's like feeding wood to a fire.

24 Q    It says, Pore Size.  "Ultrapro has larger pore

---

*(Weber - Direct)*      Page 247

1  size than Gynemesh PS, 3 to 5 millimeters compared

2  to 0.3 to 2.4 millimeters."  Is that significant?

3  A    Yes.

4  Q    And when they are talking about these pore

5  sizes they are talking about the mesh before it's

6  been put in the body, right?

7  A    Yes.

8  Q    Why is the pore size significant and what's

9  the difference between before it goes into the body

10 and when it goes into the body, what's the issue

11 there?

12 A    The pore size is significant because it's been

13 established that the pores have to remain in a

14 diameter of one millimeter in all directions to

15 avoid this phenomenon of the fibrotic bridging.

16 When the pores are smaller than that, it's easier

17 for the body's tissues, the collagen and whatnot, to

18 grow across the mesh and pull it together and cause

19 the mesh shrinkage and then all the things that we

20 have already been talking about.

21 Q    Do you have an opinion as to whether the

22 Prolift+M with the Ultrapro mesh was a safer

23 alternative to the Prolift?

24 A    Yes.

---

*(Weber - Direct)*      Page 248

1  Q    What is that opinion?

2  A    It was safer.

3  Q    Why is that?

4  A    Because it was lighter and left less mesh in a

5  woman after the absorbable part went away, and

6  because, at least in theory and before it got placed

7  in a woman, the pore sizes were larger and would

8  able to avoid this phenomenon of the fibrotic

9  bridging, et cetera, et cetera.

10 Q    Doctor, I have given you a large document that

11 I promise we are only going to go through a little

12 bit of.  This is Exhibit P625, and this is -- first

13 of all, there is an E-mail, November 1st, 2010, from

14 Peter Meier, enclosing the updated report on erosion

15 of meshes.  Correct?

16 A    Yes.

17 Q    And this is the same Peter Meier who authored

18 that PowerPoint we just saw with the jury?

19 A    Yes.

20 Q    Let's turn to the actual first page of the

21 report and just show that to the jury so they can

22 see the front page.  And it shows, September 13,

23 2010, Clinical Evaluation Report, Mesh Erosions, by

24 Peter Meier, Principal Scientist at Johnson &

*(Weber - Direct)*      Page 249

1
2   Johnson Medical. Correct?
3   **A**   **Yes.**
4   Q   What I would like to now is first ask you,
5   Charlotte Owens who is the Medical Director, did she
6   testify as to whether or not she was aware of those
7   complications and issues we are going to discuss
8   now?
9   **A**   **Yes.**
10   Q   Did she say she knew about those before the
11   Prolift was launched?
12   **A**   **Yes.**
13   Q   Let's go to Section 2.2, which is on page
14   seven. If we go down to the second paragraph, the
15   second sentence --
16       MR. SLATER: If it's okay, Your Honor,
17       I would like to read it and ask the expert if
18       she has an opinion about it.
19       THE COURT: Let's try it fresh and then
20       we will see how it turns out.
21   Q   The second sentence, "Mesh material-related
22   adverse events included infections, erosions
23   extrusions, mesh shrinkage, vaginal granulation
24   tissue, sinus formation, abscesses, fistulas,
25   osteomyelitis."

---

*(Weber - Direct)*      Page 250

1
2       I am going to stop there. Is that
3   information significant to you?
4   **A**   **Yes.**
5   Q   And I neglected to ask, is this entire report
6   something you relied on in forming your opinions?
7   **A**   **Yes.**
8   Q   Are you familiar with this document?
9   **A**   **Yes.**
10   Q   Why is that sentence significant to you?
11   **A**   **That is significant because it lists just some**
12   **of the extremely serious complications that can**
13   **occur after the implantation of this permanent mesh**
14   **that are directly related to the mesh**
15   **characteristics itself.**
16   Q   Now let's go to Page 8, Section 3 titled,
17   Etiology of Mesh Erosions, the first paragraph. It
18   says "Erosion means superficial --
19       MS. ROBINSON: Objection.
20       THE COURT: I will see you at sidebar.
21     (The following transpired at sidebar:)
22       THE COURT: What's your objection?
23       MS. ROBINSON: Your Honor, I am
24     objecting to him just throwing up slides and
25     reading them to the witness and asking him if

---

*(Weber - Direct)*      Page 251

1
2   they are significant to her. It's not a
3   proper way to ask an expert questions.
4       THE COURT: (Direct to the Jury:)
5   Ladies and gentlemen of the jury, we are going
6   to break at this time while I deal with this
7   objection. I will ask you to return tomorrow
8   at 9:30. Between now and when you return,
9   keep an open mind and don't discuss the case
10   with anyone. Is it too late to remind you not
11   to discuss the case with anyone? Please don't
12   discuss the case with anyone.
13       Bring the jury out.
14       (The jury is excused from the courtroom
15   at 4:33 p.m.)
16       THE COURT: I will see counsel in
17   Chambers on the record.
18       (The following transpired in the robing
19   room with counsel present:)
20       THE COURT: Okay, what's the problem?
21       MS. ROBINSON: Your Honor, I have been
22   fairly patient with counsel just putting
23   documents up in front of the witness, reading
24   them to her and asking then if that particular
25   part is significant to her. I think the

---

*(Weber - Direct)*      Page 252

1
2   appropriate way to examine her is to show her
3   the document, say what about the document did
4   you use to rely upon to form your opinions.
5       MR. SLATER: Your Honor, I think that
6   there is nothing wrong with identifying a
7   portion of a 122-page document, the portions
8   that we believe are significant, identifying
9   them for the jury and then, whether I read
10   them or the expert reads them, letting the
11   jury know what is at issue and then letting
12   the expert provide the opinion, which is the
13   significant part of it, so that there is an
14   opinion linked to a foundation, rather than
15   having the expert just speak. She may not
16   talk about the parts I want to address and we
17   have to go round and round.
18       THE COURT: In other words, you have to
19   lead her.
20       MR. SLATER: Sort of lead her.
21       THE COURT: The objection is sustained.
22   Is there anything else we can
23   accomplish today?
24       MS. ROBINSON: Your Honor, I do want to
25   raise once again the witness' intent to go

*(Weber - Direct)*                                           Page 253

2  through the Lucente database.  There is a
3  number of things wrong with it, I think in
4  terms of, one, it's not relevant and it's
5  highly prejudicial.  This database isn't a
6  database that Ethicon owned, it's not
7  information that Ethicon was provided.  It is
8  highly unreliable because --
9          THE COURT:  Wait a minute, it's highly
10  unreliable?
11          MS. ROBINSON:  Yes.
12          THE COURT:  Can you demonstrate that?
13          MS. ROBINSON:  The two investigators --
14          THE COURT:  Can you demonstrate that
15  it's highly unreliable?  Is that just lawyer
16  talk?
17          MS. ROBINSON:  It's maybe hyperbole
18  but --
19          THE COURT:  Well, then let's stick to
20  what you can demonstrate.  All right?  Your
21  hyperbole is stricken from the record as not
22  something that will ever be supported by the
23  evidence.  So let's stick to what the evidence
24  will show.
25          MS. ROBINSON:  The Lucente database,


*(Weber - Direct)*                                           Page 254

2  Your Honor, is a retrospective study that
3  Vincent Lucente started along with his partner
4  Dr. Murphy, and they obtained a grant, a
5  $12,500 grant from Ethicon.  The data was data
6  that they already had in their practice in
7  patients that they had operated on.  As a part
8  of this grant they were to put together a
9  retrospective study of their patients and
10  eventually publish it.  They never published
11  it and didn't get the last payment from
12  Ethicon for that.
13          The data was owned by Lucente and his
14  facility.  Ethicon had the right to inspect it
15  at points in time if they desired.  The data
16  is -- the witnesses will testify and have
17  probably testified that there are a number of
18  different patients.  So the data that was
19  provided --
20          THE COURT:  Can we get back to what is
21  objectionable about it?
22          MS. ROBINSON:  It's completely
23  unreliable.
24          THE COURT:  Can you demonstrate that?
25          MS. ROBINSON:  Walking through a number


*(Weber - Direct)*                                           Page 255

2  of different hoops.
3          THE COURT:  However many days you need,
4  can you demonstrate in cross-examination of
5  anybody who relies on this database that they
6  don't know what they are talking about or they
7  are relying on something that's unreliable?
8          MS. ROBINSON:  It was never complete,
9  and I think the burden --
10          THE COURT:  Does that mean the answer
11  is yes or no?
12          MS. ROBINSON:  The answer is yes.
13          THE COURT:  Okay.  Then you will
14  demonstrate that this person is nothing more
15  than a paid professional witness, relying on
16  things that are demonstrably unreliable.  The
17  objection is once again overruled.
18          Is there anything else we can
19  accomplish today?
20          MR. SLATER:  Just to avoid anything
21  tomorrow, based on Your Honor's ruling, my
22  intention would be to at least draw
23  Dr. Weber's attention to specific paragraphs.
24          THE COURT:  Okay.  Would you object to
25  that?


*(Weber - Direct)*                                           Page 256

2          MS. ROBINSON:  I think it depends on
3  how it proceeds.
4          THE COURT:  How it proceeds?  It's
5  going to proceed exactly the way it proceeded
6  today.  Are you going to object to that?
7          MS. ROBINSON:  If it proceeds exactly
8  the way it proceeded today, yes, Your Honor.
9          THE COURT:  That will be sustained,
10  too.
11          MR. SLATER:  If I say, I just want you
12  to look at this paragraph, ask her what it is
13  talking about, and let her testify how it
14  matters to her?
15          THE COURT:  What opinions is she going
16  to offer?
17          MR. SLATER:  She is going to offer
18  opinions about the mesh, about the
19  involvement --
20          THE COURT:  Why don't you start with
21  the opinions, but I am not going to tell you
22  how to do whatever you want to do.  But to me,
23  so far, this is just totally floating in the
24  ether.
25          Anything further?

*(Weber - Direct)*                     Page 257

2          MS. ROBINSON:  No, Your Honor, thank

3    you.

4          THE COURT:  See you tomorrow morning at

5    9:30.

6                    - - -

7          (Hearing is adjourned at 4:35 p.m.)

8                    - - -

---

1          *(Weber - Direct)*              Page 258

2

3

4          I HEREBY CERTIFY THAT THE PROCEEDINGS

5    AND EVIDENCE ARE CONTAINED FULLY AND ACCURATELY IN

6    THE NOTES TAKEN BY ME ON THE TRIAL OF THE ABOVE

7    CAUSE, AND THAT THIS COPY IS A CORRECT TRANSCRIPT OF

8    THE SAME.

9

10              JUDITH ANN ROMANO, RPR-CM-CRR
                OFFICIAL COURT REPORTER
11              COURT OF COMMON PLEAS
                PHILADELPHIA COUNTY
12

13          THE FOREGOING CERTIFICATION OF THIS

14    TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE

15    SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL

16    AND/OR DIRECTION OF THE CERTIFYING COURT REPORTER.

BY MR. SLATER: [3]
196/15 228/18 233/12
MR. SLATER: [41]
170/19 180/16 188/9
188/20 195/13 195/20
195/23 197/18 197/22
199/22 199/25 200/11
200/20 200/22 200/25
201/5 201/12 201/16
201/22 202/4 202/25
203/5 203/12 209/21
210/7 210/10 212/10
213/12 228/3 228/7
228/10 228/12 231/22
235/10 236/6 249/15
252/4 252/19 255/19
256/10 256/16
MR. SPECTER: [2]
157/21 158/6
MS. ISMAIL: [20]
157/3 157/6 157/9
157/19 159/21 166/10
167/11 170/3 170/9
173/7 176/6 176/11
180/12 187/23 195/10
196/7 196/11 198/17
199/8 200/4
MS. ROBINSON: [28]
158/8 208/25 209/7
210/2 210/14 210/22
210/25 211/5 211/9
211/14 212/14 213/3
235/15 250/18 250/22
251/20 252/23 253/10
253/12 253/16 253/24
254/21 254/24 255/7
255/11 255/25 256/6
256/25
THE COURT: [127]
THE WITNESS: [31]
159/6 159/10 159/13
159/17 159/19 167/15
169/15 169/18 169/23
169/25 172/17 172/23
173/4 181/25 183/6
197/23 199/16 199/20
229/19 230/6 230/8
230/12 230/15 230/19
230/22 231/13 231/19
238/4

$
$1,000 [1] 237/4
$12,500 [1] 254/5

'
'02 [1] 186/15
'03 [1] 186/15

.
.......................160 [1]
156/4

0
0.3 [1] 247/3
0242 [1] 176/4
0303 [1] 154/12

0454 [1] 154/12
07068 [1] 154/11
0937 [1] 154/6

1
1.5 percent [1] 207/17
10 percent [1] 172/5
10,000 [1] 216/18
1000 [1] 154/6
103 [1] 154/11
11.3 percent [1] 206/9
1100 [1] 154/23
12 percent [1] 186/24
12.2 percent [1]
186/20
12.6 percent [2]
168/14 169/2
122-page [1] 252/7
13 [1] 248/23
1380 [1] 155/12
14 [1] 242/3
15 [1] 227/3
1525 [1] 154/4
16 [1] 181/7
16 percent [1] 205/25
17 percent [1] 182/10
1800 [1] 155/13
1801 [1] 155/13
19.6 percent [1]
207/11
19102 [1] 154/5
19103-6996 [1] 154/17
1983 [1] 215/9
1988 [3] 215/10 230/16
233/18
1992 [1] 230/20
1993 [2] 217/12 218/7
1996 [1] 232/25
1999 [3] 222/11 231/10
231/16
1st [1] 248/14

2
2.2 [1] 249/13
2.4 [1] 247/3
20 [2] 169/8 177/8
20.7 percent [3]
182/14 183/2 203/7
200 [1] 228/3
2000 [1] 154/17
2001 [4] 229/6 229/7
231/25 233/18
2003 [2] 162/21 233/18
2004 [3] 181/7 209/9
230/24
2005 [12] 166/24 167/7
167/10 167/15 167/19
170/18 171/3 178/10
186/9 191/13 206/5
209/4
2006 [16] 167/3 167/5
167/10 167/15 168/7
169/17 169/18 179/5
179/5 179/21 189/11
230/25 232/23 233/18
241/25 245/8
2007 [6] 207/21 209/4
231/3 231/10 231/17
231/19

0454 column continues:
2009 [1] 208/9
2010 [3] 230/13 248/14
248/24
2013 [1] 153/7
2015 [1] 153/13
2137 [2] 173/13 197/24
214 [1] 156/11
215-735-0937 [1] 154/6
215-772-1000 [1] 154/6
215-988-2757 [1]
154/18
215-988-2836 [1]
154/18
216-592-5009 [1]
154/24
216-696-2276 [1]
154/24
22 [2] 186/9 245/23
2276 [1] 154/24
23 [1] 191/13
235 [1] 156/6
246 [1] 153/15
25 [1] 188/23
25338 [1] 153/13
2757 [1] 154/18
2836 [1] 154/8
2:18 [1] 157/2
2:25 p.m [1] 159/2

3
3-year [1] 232/14
3.6 [1] 206/9
30 percent [1] 169/9
300 [1] 155/12
3005 [1] 181/6
304-414-1800 [1]
155/13
304-414-1801 [1]
155/13
312-681-6000 [1] 155/7
312-881-5190 [1] 155/7
33.6 percent [1]
206/10
3384 [1] 214/13
3384.............................
.Page [1] 156/11
37 [1] 162/24
39 percent [1] 206/2
3913 [1] 153/11
3:37 [1] 213/10

4
40 percent [1] 177/8
400 [2] 155/6 216/19
44113-7213 [1] 154/23
49 [1] 165/15
4:33 [1] 251/15
4:35 [1] 257/7

5
5 percent [1] 187/22
500 [1] 204/11
500-600 [1] 158/11
5009 [1] 154/24
5190 [1] 155/7
520 [1] 201/3
564 [1] 155/6

6
6.7 percent [1] 206/6
600 [1] 158/11
6000 [1] 155/7
60661 [1] 155/7
687 [1] 206/8
6996 [1] 154/17

7
7213 [1] 154/23

8
87 percent [1] 169/11
87.4 percent [1] 169/4
89 percent [1] 207/6

9
950 [1] 154/23
973-228-0303 [1]
154/12
973-228-0454 [1]
154/12
9:30 [2] 251/8 257/5

A
abdominal [3] 239/8
239/15 240/23
able [10] 180/9 198/8
204/8 220/11 221/20
225/15 231/6 243/9
244/25 248/9
abnormal [1] 217/24
above [3] 164/8 164/12
258/6
abscesses [1] 249/24
absolutely [4] 161/3
173/22 175/4 228/8
absorbable [4] 196/18
196/21 242/24 248/6
abstract [2] 204/16
206/4
academic [2] 224/7
227/2
academics [1] 214/18
acceptable [3] 164/9
187/5 208/20
accepted [1] 188/23
accessible [1] 165/19
accomplish [1] 225/3
252/23 255/19
accomplished [1]
179/14
accurate [4] 159/19
182/16 182/17 183/12
accurately [2] 222/8
258/5
ACOG [9] 207/20 208/5
210/22 210/24 211/2
211/12 211/17 211/19
211/22
acquired [1] 212/18
across [1] 211/13
224/18 247/19
acted [2] 226/22
226/25
acting [2] 227/16
245/21
active [1] 234/16
actively [1] 179/7

activities [1] 220/25
activity [1] 184/11
ADAM [1] 154/10
add [1] 211/17
added [2] 175/16
194/18
additional [2] 175/15
223/16
address [1] 252/16
addressed [2] 209/12
216/14
addressing [1] 229/3
adjoining [1] 216/18
adjourned [1] 257/7
admitted [2] 155/6
155/12
advance [1] 219/11
advanced [6] 196/3
215/18 216/6 216/20
217/2 218/9
adverse [1] 168/23
249/22
Affairs [5] 187/7 187/9
190/4 198/14 198/22
affect [1] 191/2
after [20] 158/24
172/21 184/8 192/18
194/7 215/11 215/14
215/17 216/22 218/9
220/8 220/16 230/23
231/16 233/8 233/11
240/7 241/18 248/6
250/13
afternoon [4] 153/22
159/3 214/2 214/3
afterwards [1] 215/25
again [3] 183/11
252/25 255/17
against [1] 178/10
age [1] 216/2
ago [2] 187/5 189/10
agreement [1] 206/21
ahead [1] 181/14
aiming [1] 184/9
al [1] 153/10
all [41] 157/21 159/8
159/19 161/25 162/5
164/23 166/15 167/17
167/18 167/22 173/16
174/12 182/21 189/15
189/18 193/18 193/18
194/22 198/15 202/3
202/19 204/3 204/12
204/22 205/12 205/14
208/16 212/22 215/23
217/21 217/23 221/6
221/9 222/5 224/2
224/24 246/20 247/15
247/20 248/14 253/20
allow [1] 221/13
allowed [1] 195/14
alluded [1] 226/5
alma [1] 229/23
almost [1] 199/24
along [4] 157/14
190/21 244/25 254/3
already [10] 158/14

**A**

already... [9] 184/24 185/3 188/13 205/15 211/18 211/24 218/20 247/21 254/6

also [21] 158/19 165/6 167/25 172/12 203/8 203/10 215/6 216/9 216/11 217/25 218/5 218/21 219/14 219/17 219/18 220/24 222/20 224/11 224/12 229/24 231/5

alternative [4] 201/9 202/8 240/24 247/24

alternatives [2] 201/24 212/7

although [2] 177/24 178/6

always [1] 163/24

am [36] 158/14 163/2 166/17 170/25 176/9 177/19 185/4 186/25 187/25 188/10 188/15 189/8 193/4 197/17 197/24 198/14 199/24 201/13 201/17 207/24 208/4 210/9 210/11 212/11 212/13 214/22 220/3 233/6 238/8 240/20 241/7 241/14 242/17 250/2 250/23 256/21

American [7] 207/20 211/2 219/24 227/20 233/17 233/20 234/2

amount [2] 244/17 246/13

analysis [6] 202/22 202/24 207/16 220/18 221/3 222/3

analyzed [1] 227/11

analyzing [1] 222/7

anatomic [1] 246/21

anatomy [1] 168/20

and/or [3] 236/19 240/22 258/16

Angelini [1] 181/9 181/10

animals [1] 239/23

ANN [2] 153/24 258/10

ANNE [4] 156/6 213/14 213/16 214/10

announce [1] 158/5

annually [1] 234/20

another [11] 174/19 176/6 176/10 194/16 195/4 197/23 207/4 220/9 224/16 239/12 239/21

answer [8] 170/21 170/24 183/6 183/15 190/5 227/9 255/10 255/12

anterior [3] 177/2 177/4 192/6

anticipate [1] 158/15

any [21] 161/21 161/23

163/14 163/25 179/19 180/15 188/6 189/21 193/19 205/15 209/23 209/25 228/10 231/21 233/12 235/14 235/25 237/15 244/13 258/14 258/15

anybody [4] 189/14 189/19 209/13 255/5

anyone [3] 251/10 251/11 251/12

anything [18] 159/15 165/9 174/18 174/21 182/24 199/22 200/4 202/4 203/12 204/20 208/24 209/18 229/16 245/19 252/22 255/18 255/20 256/25

anywhere [1] 179/19

apologize [1] 195/5

Apparently [1] 196/10

appearance [2] 173/4 244/10

applicable [1] 175/10

applications [4] 224/9 224/11 224/13 224/14

applied [1] 223/15

APPLY [1] 258/14

appreciate [1] 170/10

approach [1] 197/20

appropriate [3] 175/5 222/4 252/2

approximately [2] 177/8 179/2

are [85] 158/15 158/22 159/9 161/25 162/7 168/16 177/18 178/22 180/15 180/17 181/18 182/6 182/12 186/13 186/16 186/21 187/11 188/18 188/16 189/8 193/6 193/15 193/25 195/19 195/22 198/11 200/20 203/13 204/2 205/19 206/14 206/16 212/10 214/18 214/21 215/8 217/16 221/14 221/16 225/16 226/17 227/13 227/16 228/9 235/8 235/9 235/14 236/5 236/10 236/16 236/23 237/19 238/13 239/20 239/23 239/24 240/10 240/13 241/10 242/3 242/10 242/11 242/18 242/23 244/20 246/12 247/5 247/6 247/17 248/12 249/7 250/8 250/14 251/2 251/5 252/8 254/17 255/6 255/7 255/16 256/6 258/5

area [5] 184/8 184/22 219/2 244/17 246/6

arm [3] 165/13 166/18 244/13

arms [8] 165/3 165/5 193/2 193/11 193/20

243/22 244/5 244/8

Arnaud [2] 182/13 191/21

around [6] 179/5 189/11 221/14 222/18 222/19 225/20

arrows [1] 243/23

article [20] 175/25 176/13 176/16 176/20 176/20 177/24 185/17 185/24 187/14 188/11 188/18 206/7 207/4 207/14 226/10 226/16 226/18 228/14 228/20 230/3

articles [8] 199/13 214/18 226/4 228/3 228/5 228/21 230/15 230/19

aside [1] 224/10

asking [8] 166/4 166/6 166/9 170/7 202/11 208/19 250/25 251/24

aslater [1] 154/12

assess [1] 178/9

assessing [1] 167/8

assessment [1] 171/19

assigned [1] 234/18

assist [4] 174/14 174/19 174/22 220/22

associated [1] 162/10

attaches [1] 239/12

attend [1] 220/14

attention [2] 181/13 255/23

augmented [2] 239/19 241/7

August [1] 208/9

August 8 [1] 208/9

authenticate [1] 207/14

author [4] 185/24 185/25 207/15 226/15

authored [1] 158/11 207/22 225/23 248/18

authoritative [1] 188/13

authors [4] 186/2 186/3 227/6 227/15

available [15] 166/15 167/7 167/10 167/15 167/17 167/18 170/9 174/12 189/7 195/4 201/25 205/24 206/3 232/13 232/14

Avenue [1] 154/23

avoid [4] 170/7 247/16 248/9 255/20

award [2] 179/22 179/25

aware [6] 182/12 185/10 185/12 185/13 185/15 249/6

away [1] 248/6

awhile [1] 232/25

Axel [2] 182/13 191/21

**B**

back [8] 170/8 183/17

190/9 198/11 227/13 239/5 239/13 254/20

**background [2]** 215/2 227/24

Baker [3] 203/21 210/17 210/21

Baker's [1] 210/16

balance [1] 177/22

BALDWIN [1] 154/4

Baltimore [2] 214/11 215/7

base [2] 201/9 201/15

based [15] 158/18 162/10 163/25 164/10 179/11 180/3 180/8 187/18 195/15 202/24 205/23 206/2 208/21 245/5 255/21

baseline [1] 175/2

basically [3] 178/6 225/22 246/13

basis [1] 235/5

BAUM [1] 155/5

be [99] 157/8 158/12 158/15 158/17 160/21 167/12 168/19 169/4 172/3 172/19 172/24 173/5 173/18 174/13 175/10 175/16 177/5 177/15 180/18 181/15 183/17 185/13 185/14 187/19 188/14 188/22 188/24 189/21 193/5 194/9 194/25 196/24 197/6 198/4 198/8 200/14 201/8 201/12 202/9 202/14 202/15 202/18 202/23 202/25 203/8 203/19 203/21 205/3 206/4 206/20 206/25 207/17 207/25 208/8 208/18 208/22 213/3 213/18 216/2 216/14 216/24 218/15 219/14 220/11 221/17 221/20 222/7 222/9 223/6 223/16 224/10 224/23 225/11 225/11 225/15 225/18 227/7 227/12 231/6 231/13 234/14 234/22 236/2 236/23 239/22 239/24 240/18 242/12 242/13 243/16 243/25 244/24 246/10 246/14 253/22 255/22 256/9 256/24

became [2] 222/11 231/8

because [10] 185/14 208/14 233/6 241/3 246/17 247/13 248/5 248/7 250/11 253/8

become [6] 216/23 217/18 222/24 232/11 234/6 234/9

becomes [2] 225/14 246/17

beds [1] 216/19

been [37] 159/23 160/11 160/12 160/15 160/22 161/16 164/20 169/19 182/23 183/2 183/7 183/8 187/6 197/11 202/7 202/16 204/22 209/4 211/24 212/22 212/23 223/5 226/19 227/10 227/11 230/17 236/16 240/23 241/4 244/24 247/7 247/13 247/21 251/21

before [29] 160/7 161/2 162/12 164/24 164/25 166/13 166/19 170/9 177/14 181/16 185/17 185/22 187/3 188/6 189/25 191/5 191/8 193/9 194/25 204/21 206/19 208/16 230/5 230/21 236/5 247/6 247/10 248/7 249/10

beginning [1] 217/23

behalf [2] 173/17 211/5

behave [1] 161/13

behaves [1] 243/21

behaving [1] 245/18

behavior [1] 244/11

being [8] 159/9 165/11 191/7 201/10 208/20 212/19 219/15 222/8

beings [1] 194/4

believe [32] 157/11 158/12 160/6 161/23 162/3 162/18 166/24 167/3 167/6 168/2 174/16 175/5 176/3 179/4 179/13 181/17 181/23 182/16 182/23 184/14 185/15 186/21 190/16 194/9 194/18 194/23 195/15 196/24 208/18 212/2 229/7 252/8

believes [2] 192/17 192/22

benefit [6] 170/12 172/8 172/14 203/17 208/20 212/4

benefit-risk [3] 172/8 172/14 203/17

benefits [4] 178/2 178/7 178/10 178/14

BERNSTEIN [1] 153/18

besides [1] 229/17

best [5] 214/4 223/8 224/10 224/15 246/14

Bethesda [1] 222/21

better [3] 243/4 243/10 245/21

between [2] 247/10 251/8

beyond [2] 164/8 164/12

BIDDLE [1] 154/16

big [2] 182/23 183/3

bigger [1] 196/19

**B**

biocompatibility [5] 161/8 161/10 161/11 161/16 195/2
biologic [2] 239/19 239/21
bit [4] 197/4 218/20 221/10 248/13
bladder [1] 177/6
blank [1] 199/4
bleeding [1] 217/24
board [13] 205/25 219/21 219/23 219/24 233/17 233/22 234/2 234/6 234/10 234/11 234/14 234/21 234/21
bodies [1] 193/10
body [16] 160/21 161/5 161/13 161/22 161/22 162/6 162/11 196/23 198/4 244/14 244/19 246/15 246/18 247/7 247/10 247/11
body's [1] 247/18
boost [2] 223/12 224/7
both [3] 164/2 192/6 204/24
bottom [2] 168/3 184/3
bowel [2] 218/21 219/2
brains [1] 224/24
branch [2] 222/18 226/13
break [1] 251/6
BRENNAN [1] 155/5
bridging [3] 246/9 247/16 248/10
brief [2] 200/16 213/9
briefly [5] 202/6 215/20 226/9 232/23 238/25
bright [1] 224/24
bring [6] 165/25 208/4 212/10 220/22 239/6 251/13
British [2] 227/19 229/25
brought [2] 181/12 182/4
bullet [1] 246/6
bulletin [5] 207/22 211/6 211/9 211/13 211/22
bunch [1] 175/15
bunched [1] 244/18
bunching [1] 245/4
burden [1] 255/9
busiest [1] 227/2
business [2] 178/22 178/25 246/4

**C**

cadaver [6] 173/23 173/25 242/8 242/9 242/10 242/15
cadaveric [1] 239/22
cadavers [1] 242/10
caked [1] 244/23
caliber [1] 225/3
call [2] 164/16 223/3

called [9] 158/6 161/8 171/18 204/8 216/8 225/5 225/6 232/9 241/19
calling [1] 158/16
calls [1] 213/14
came [5] 169/20 177/14 188/19 204/13 240/7
can [46] 157/17 157/19 161/9 161/22 165/19 169/2 170/7 170/24 170/25 172/10 181/8 183/6 185/19 187/18 192/21 197/21 198/10 199/8 200/12 203/5 214/4 221/11 221/23 221/25 224/23 226/24 228/16 230/9 230/25 238/3 238/7 238/11 239/24 242/12 244/5 246/10 248/22 250/12 252/22 253/12 253/14 253/20 254/20 254/24 255/4 255/18
can't [3] 183/15 194/11 244/20
cancer [1] 217/5
cannula [3] 191/2 191/6 192/18
cannulas [9] 190/17 190/20 190/25 193/3 193/7 193/8 193/12 193/21 193/25
care [8] 174/7 180/10 215/22 216/10 216/15 218/15 223/3 223/8
cared [1] 217/9
caring [2] 215/24 216/3
carry [1] 231/6
carrying [2] 187/19 219/20
cascade [1] 246/18
case [12] 158/21 174/21 182/21 202/20 235/9 236/2 236/15 236/16 242/5 251/9 251/11 251/12
cases [4] 165/6 172/19 186/19 187/23
causation [2] 209/16 209/20
cause [5] 161/13 221/12 244/25 247/19 258/7
causing [1] 207/3
caution [1] 187/19
cavity [1] 173/2
certain [4] 158/20 217/25 234/25 235/3
certainly [5] 173/6 181/18 182/22 190/24 214/21
certainty [1] 236/3 236/12
CERTIFICATION [1] 258/13

certified [5] 153/24 153/25 219/21 234/6 234/10
CERTIFY [1] 258/4
CERTIFYING [1] 258/16
cetera [3] 174/2 248/10 248/10
chain [1] 191/21
chairman [3] 218/12 220/7 220/20
challenge [1] 158/19
Chambers [1] 251/17
chance [1] 184/23
change [2] 193/14 208/10
changed [2] 208/4 218/12
changes [2] 181/14 238/20
characteristics [1] 250/15
characterized [2] 206/6 206/11
charge [2] 237/2 237/4
Charlestown [1] 155/13
Charlotte [3] 170/16 170/21 249/5
charts [1] 203/3
checking [1] 199/23
Chicago [1] 155/7
childbirth [1] 215/25
chosen [2] 215/22 218/8
CIARROCCA [9] 156/4 159/23 160/5 170/12 173/9 178/16 180/14 180/24 196/17
Ciarrocca's [1] 157/13
cited [1] 204/4
CITY [1] 153/15
CIVIL [1] 153/3
claims [1] 172/3
clarify [1] 188/15
Cleveland [1] 154/23 215/18 216/5 216/7 216/18 216/10 216/16 217/14 217/17 219/3 229/7
Clifford [1] 185/2
clinic [10] 215/18 216/6 216/7 216/8 216/9 216/16 217/14 217/17 219/3 229/8
clinical [35] 160/11 160/13 160/16 160/17 164/23 165/12 166/12 166/25 167/21 173/10 173/16 174/17 175/2 175/7 175/18 175/24 187/21 189/22 197/5 197/10 198/2 198/6 198/9 199/2 199/3 205/10 220/4 220/17 220/21 221/2 230/24 233/5 237/15 237/24 248/24
clinically [3] 160/7

160/25 164/9
close [1] 219/14
closely [1] 191/24
closure [1] 178/22
CM [2] 153/24 258/10
code [1] 241/17
collagen [1] 247/18
colleagues [3] 185/18 218/22 218/25
college [6] 207/20 211/3 215/2 215/4 215/5 215/9
colorectal [1] 218/25
colporrhaphy [1] 239/3
column [1] 183/24
COMBS [1] 155/11
come [1] 179/15 190/21 219/10 219/13 225/9 225/20 237/2
comfort [2] 196/2 197/2
comfortable [1] 233/6
coming [1] 209/10
comment [2] 177/17 180/13
commentary [1] 229/24
comments [1] 227/13
common [3] 153/2 176/25 258/11
communicating [2] 163/7 164/4
community [2] 216/10 216/13 224/8
company [2] 178/23 185/9
comparable [1] 221/17
compare [1] 204/15
compared [4] 169/11 221/24 243/22 247/2
comparing [1] 228/23
comparison [2] 243/17 243/18
competitive [1] 224/13
competitors [1] 246/8
complete [2] 203/14 255/8
completed [6] 168/4 215/17 219/8 220/8 229/24 231/16
completely [1] 254/22
complicated [2] 216/12 218/23
complication [3] 168/22 178/7 206/10
complications [14] 177/25 177/25 198/5 198/9 198/15 204/18 206/12 209/13 241/5 244/9 245/2 246/20 249/7 250/12
component [1] 219/17
components [1] 160/6
compressed [1] 193/15
concentrate [1] 218/13
concerned [2] 183/8 183/9 201/17
concerning [1] 212/16

concluded [1] 164/11
conclusion [5] 171/8 172/6 178/13 221/12 227/12
condition [6] 157/24 158/3 179/17 211/16 213/19 238/20
confident [1] 231/5
confirm [1] 188/11
confirmed [1] 182/14
confusion [1] 170/5
Connecticut [2] 215/16 232/20
consequences [1] 196/25
consider [3] 190/22 211/12
considering [1] 184/11
consistent [1] 177/12
constitute [1] 175/14
consultant [3] 229/14 230/12 231/9
CONTAINED [1] 258/5
context [5] 161/7 168/17 172/23 179/7 203/18
continue [3] 173/7 184/21 232/15
continued [5] 155/3 219/9 231/2 231/7 233/4
continuing [1] 194/13
contracted [1] 219/18
contraction [1] 207/13
contracture [2] 212/2 212/4
contribution [1] 226/20
contributor [1] 174/10
control [5] 205/6 205/8 222/22 229/2 258/15
controlling [1] 221/15
conversation [1] 187/10
copy [7] 165/23 176/6 176/8 176/10 195/4 197/23 258/7
Corporation [1] 154/3
correct [11] 159/6 162/17 178/19 178/20 199/21 200/25 222/12 240/8 248/16 249/2 258/7
correctly [2] 184/13 222/6
correspond [1] 243/20
Cosson [6] 185/17 185/25 187/15 188/13 188/25 189/2
could [16] 162/24 177/17 184/16 188/6 190/7 194/25 220/22 220/24 222/4 222/22 223/6 223/10 225/11 225/21 225/25 234/23
counsel [28] 154/7 154/13 154/19 154/25 155/8 155/14 160/6 161/4 163/15 170/6

**C**

counsel... [18] 171/8
175/25 181/7 194/14
195/16 197/4 197/16
198/5 201/11 205/25
208/17 211/20 212/17
213/12 228/2 251/16
251/19 251/22
country [3] 211/13
222/19 224/18
COUNTY [2] 153/2
258/11
couple [6] 173/14
178/24 197/8 197/12
212/12 242/17
course [2] 228/20
237/11
court [19] 153/2
153/25 157/11 157/23
158/17 159/3 187/25
189/5 190/9 190/10
196/15 200/11 200/19
236/9 236/16 237/2
258/10 258/11 258/16
courtroom [7] 153/15
158/25 159/16 213/10
236/24 237/4 251/14
cover [1] 195/8
covered [1] 211/24
CR [1] 156/3
crazy [1] 174/12
create [1] 223/11
created [2] 174/16
220/20
creating [1] 174/19
criteria [4] 164/16
164/18 168/21 180/5
critical [1] 198/3
cross [1] 255/4
cross-examination [1]
255/4
CRR [2] 153/24 258/10
crumpled [2] 193/13
244/16
crumpling [4] 243/22
244/5 244/14 245/4
crunch [1] 182/20
cumulative [2] 158/13
158/18
curled [1] 193/13
currently [1] 227/16
CV [5] 214/14 225/5
226/3 233/14 236/6
cycle [1] 246/23

**D**

Dan [1] 211/18
dangerous [1] 238/19
data [36] 166/12
166/15 166/18 166/18
167/17 167/17 167/18
170/14 170/16 170/18
172/7 172/12 175/9
187/18 189/16 198/9
202/21 202/23 203/15
204/6 204/13 204/19
204/22 205/2 205/21
205/24 206/3 222/7

222/7 224/17 237/25
254/5 254/5 254/13
254/15 254/18
database [13] 204/5
204/9 212/17 212/18
212/21 212/22 212/24
213/2 253/2 253/5
253/6 253/25 255/5
dataset [1] 169/11
date [5] 166/25 167/4
168/5 189/12 241/24
dated [2] 167/14 168/7
day [3] 167/23 224/2
225/19
days [2] 197/12 255/3
dbr.com [1] 154/18
deal [1] 251/6
December [3] 153/13
186/15
decide [5] 189/16
189/24 223/7 226/18
226/20
decided [6] 166/23
216/22 218/10 220/14
223/11 225/18
deciding [1] 166/19
decision [1] 220/9
deck [1] 203/20
deemed [1] 208/2
defective [2] 162/2
162/7
defects [1] 177/2
defendant [1] 176/14
Defendants [5] 153/11
154/19 154/25 155/8
155/14
defense [3] 181/7
201/19 205/18
degree [6] 217/25
220/17 221/4 231/16
236/2 236/11
demands [1] 233/2
demonstrably [1]
255/16
demonstrate [7]
172/12 253/12 253/14
253/20 254/24 255/4
255/14
demonstrated [1]
172/7
denied [1] 157/16
department [7] 217/9
217/13 217/18 218/16
218/25 220/5 220/21
depending [1] 205/4
depends [2] 238/14
256/2
describe [5] 171/11
171/22 173/23 176/21
225/13
described [2] 179/12
245/3
describes [1] 171/24
describing [1] 231/15
description [1] 177/11
design [12] 164/16
164/18 179/25 180/5
193/18 205/6 205/8
220/11 220/17 221/2

221/25 224/17
designed [1] 195/25
designing [4] 190/14
219/19 222/2 224/25
designs [2] 221/7
221/13
desired [1] 254/15
despite [1] 217/20
determine [1] 169/2
develop [2] 232/5
developed [6] 160/16
220/7 221/16 224/11
239/23 241/6
developing [2] 179/14
219/19
development [7]
173/20 179/9 179/18
180/6 180/10 194/22
241/17
device [2] 161/13
179/22
devices [1] 161/11
devoted [1] 224/10
diameter [1] 247/5
did [85] 159/5 163/12
164/15 165/6 165/9
168/20 169/5 169/10
169/15 169/18 169/11
170/22 171/17 172/9
173/23 174/3 174/5
174/14 175/5 175/12
178/9 178/12 179/2
179/13 179/19 180/4
180/7 180/12 181/21
182/20 182/22 184/14
184/23 185/2 187/9
189/14 189/21 190/14
190/16 193/2 193/8
193/11 193/19 198/12
198/16 202/22 205/10
207/5 210/7 210/10
210/11 211/4 211/8
211/12 212/13 215/2
215/12 216/5 217/13
217/16 217/18 219/4
221/23 222/24 223/25
228/22 229/11 230/4
230/5 230/5 230/21
232/2 232/5 232/15
233/8 233/9 234/24
235/3 235/5 237/13
236/16 240/3 249/5
249/10 252/3
didn't [4] 198/24
209/18 228/2 254/11
difference [1] 247/10
differences [1] 221/19
different [9] 165/3
168/22 199/18 221/6
225/13 225/17 230/6
254/18 255/2
difficult [1] 179/16
diligence [1] 174/7
diligent [2] 174/13
185/14
direct [8] 177/21
195/12 195/15 201/18
213/23 235/22 251/4
258/15

directed [1] 162/25
direction [2] 233/24
258/16
directions [1] 247/15
directly [1] 250/14
director [8] 173/19
191/25 220/4 220/21
224/5 231/11 232/6
249/5
directors [3] 233/17
233/23 234/21
disclosed [1] 157/12
discomfort [1] 192/21
discretionary [1]
157/11
discuss [4] 249/7
251/9 251/11 251/12
discussed [1] 223/10
discussion [3] 163/12
163/14 183/13
discussions [1] 197/8
disorders [10] 216/4
217/10 218/2 218/11
218/18 223/4 223/14
223/21 225/7 231/12
display [2] 207/23
208/7
distorted [1] 193/22
distortion [1] 246/21
DISTRICT [1] 153/2
DIVISION [1] 153/3
Diwadkar [2] 207/15
do [80] 158/2 160/8
160/9 161/5 161/6
161/20 162/15 163/6
163/9 163/15 163/23
165/13 165/14 166/3
167/23 168/14 168/15
169/2 175/6 176/5
176/16 178/5 181/3
183/24 183/25 184/4
184/5 184/15 187/9
188/7 188/16 189/14
192/15 192/16 192/23
193/22 194/10 194/20
195/4 196/5 196/11
196/20 197/10 197/15
197/15 199/4 199/6
203/15 208/7 209/22
210/6 218/8 221/13
221/25 223/25 224/4
225/2 227/23 228/6
228/8 229/11 229/13
229/13 229/16 229/16
230/4 230/21 232/2
235/25 236/12 237/2
240/21 242/15 244/15
244/7 245/21 247/22
252/24 256/22 256/22
doctor [10] 219/3
235/25 236/10 237/8
237/15 238/10 240/20
241/10 243/8 248/11
doctors [11] 165/7
186/25 196/5 207/10
210/4 211/14 225/12
233/21 234/6 234/8
234/9
document [15] 174/15

181/5 181/12 185/23
191/10 194/25 194/25
197/11 202/13 243/24
248/11 250/8 252/3
252/3 252/7
documents [9] 181/6
202/15 237/14 237/16
237/18 238/2 240/17
240/17 251/23
does [35] 161/25 162/5
163/18 166/25 167/3
171/11 171/12 171/22
172/2 172/6 176/20
176/23 176/24 177/24
178/4 181/24 199/7
199/16 214/15 216/21
218/18 219/7 220/6
221/2 221/3 225/7
224/24 233/18 234/5
234/14 242/9 244/10
244/15 255/10 258/14
doesn't [2] 199/16
199/19
doing [5] 165/8 186/14
202/14 227/4 232/3
don't [34] 157/11
157/13 158/4 161/13
165/11 165/21 169/14
172/22 181/20 182/16
182/19 182/23 183/11
185/4 185/19 185/23
186/2 187/13 189/19
197/13 197/17 197/23
198/6 199/12 201/15
201/20 201/21 210/13
221/14 224/2 251/9
251/11 255/6 256/20
done [13] 161/16
164/24 169/6 175/18
189/10 189/25 193/25
199/24 223/5 223/10
236/15 236/20 240/18
down [18] 168/3
183/21 183/22 183/23
184/2 186/12 190/13
194/7 194/16 200/7
225/14 225/20 228/20
231/4 243/12 244/20
245/23 249/14
DR [7] 156/3 174/4
174/7 174/22 191/17
210/15 214/2
Dr. [26] 157/4 157/23
158/10 158/11 158/13
173/18 173/20 200/22
200/24 203/21 204/10
204/12 205/6 205/18
209/2 210/17 210/21
211/19 213/14 225/15
225/16 235/12 242/8
242/15 254/4 255/23
Dr. Anne [1] 213/14
Dr. Baker [3] 203/21
210/17 210/21
Dr. Elliott [2] 158/13
211/19
Dr. Kurt [1] 242/8
Dr. Lobodasch [1]
242/15

**D**

Dr. Lowman [1] 205/18
Dr. Lucente [1] 204/10
Dr. Murphy [1] 254/4
Dr. Owens [2] 173/18 173/20
Dr. Weber [10] 157/4 157/23 158/10 158/11 200/22 200/24 204/12 205/6 209/2 235/12
Dr. Weber's [1] 255/23
Dr. X [1] 225/15
Dr. Y [1] 225/16
draft [3] 174/16 174/19 174/23
draw [2] 221/11 255/22
DRINKER [1] 154/16
due [2] 198/4 207/13
duly [1] 213/16
during [3] 192/25 204/7 215/25
dyspareunia [4] 205/19 205/23 207/16 246/22

**E**

E-mail [12] 154/6 154/12 154/18 154/24 155/8 181/7 181/8 182/4 191/13 191/21 192/2 248/14
each [2] 194/12 238/17
earlier [4] 173/23 174/16 191/21 218/19
early [3] 167/7 167/19 218/2
easier [2] 224/19 247/17
easy [1] 201/22
Eberhard [2] 191/18 192/5
editing [1] 231/8
editor [2] 208/8 227/13
editorial [3] 234/11 234/14 234/20
education [8] 203/20 210/4 210/16 210/16 210/20 212/8 214/17 223/16
educational [1] 214/25
effect [2] 184/9 221/12
effective [1] 179/16
effectiveness [4] 169/23 170/13 170/19 171/4
efficacy [1] 205/11
Eisenhower [1] 154/11
either [2] 239/4 241/3
elicit [1] 209/22
Elliott [4] 158/13 188/12 211/18 211/19
ELLIS [1] 154/22
else [6] 202/4 203/12 229/16 229/19 252/22 255/18
employee [2] 181/2 181/4
employees [1] 216/18

enclosing [1] 248/15
enclosure [1] 178/25
encompass [1] 221/3
encompasses [1] 161/12
encouraging [1] 184/21
end [6] 192/9 208/22 221/18 221/20 222/6 231/3
endocrinology [1] 217/5
endpoint [2] 203/11 212/6
enough [4] 178/2 183/9 227/9 236/9
enrich [1] 220/24
enrolled [1] 225/2
ensure [1] 184/10
enters [2] 158/25 213/10
entire [1] 250/5
entirely [1] 238/14
entitled [1] 213/5
entry [2] 163/15 163/18
equal [1] 221/18
erosion [12] 163/19 164/11 182/8 182/25 187/4 187/12 204/14 206/6 206/9 246/21 248/15 250/18
erosions [6] 164/7 202/11 203/16 248/24 249/22 250/17
especially [1] 184/11
ESQUIRE [7] 154/3 154/4 154/10 154/16 154/22 155/5 155/11
established [2] 189/10 247/14
establishment [1] 222/20
estimate [4] 226/24 237/13 237/15 237/17
et [4] 153/10 174/2 248/10 248/10
ether [1] 256/24
ETHICON [33] 153/10 154/19 154/25 155/8 155/14 163/20 164/11 166/13 166/19 166/22 173/17 177/13 178/18 180/5 181/4 202/10 202/13 204/10 204/23 206/17 237/14 237/25 241/22 242/23 245/5 245/17 245/20 246/3 253/6 253/7 254/5 254/12 254/14
Ethicon's [1] 241/17
Ethicon/Johnson [1] 237/25
Etiology [1] 250/17
evaluate [5] 189/23 198/8 204/11 205/11 246/4
evaluated [7] 168/6 191/3 191/4 193/20 198/22 204/13 205/8

evaluation [2] 198/9 248/24
evaluations [1] 207/5
even [5] 167/14 189/25 209/10 220/14 245/8
event [2] 157/14 168/23
events [1] 249/22
eventually [2] 233/2 254/10
ever [7] 182/20 187/9 189/19 204/20 208/16 229/2 253/22
every [5] 191/3 226/12 228/7 234/18 234/18
everybody [4] 221/18 225/20 225/21 225/25
everyone [1] 225/22
evidence [13] 158/18 197/5 198/2 198/7 198/17 198/21 199/3 212/21 213/7 236/6 253/23 253/23 258/5
evolved [1] 181/7
exact [3] 176/13 181/17 245/18
exactly [6] 194/11 195/8 211/20 244/6 256/5 256/7
exam [1] 162/16
examination [6] 160/2 180/21 213/23 234/7 235/22 255/4
examinations [1] 207/13
examine [1] 252/2
examiner [2] 234/2 234/8
example [3] 203/6 218/24 229/25
examples [1] 203/13
Excellence [1] 179/25
except [1] 239/25
excessive [1] 161/14
exclusively [1] 218/11
excused [2] 200/9 251/14
exercised [2] 180/10 187/19
exhausted [1] 216/12
exhibit [14] 156/11 165/15 166/13 166/10 171/7 173/13 176/4 176/14 181/6 185/16 191/12 197/15 214/13 248/13
Exhibit 0242 [1] 176/4
Exhibit 49 [1] 165/15
exhibits [1] 165/16 203/3
existing [1] 176/21
expanded [1] 224/23
expectation [1] 245/10
expected [2] 162/10 164/12
experience [5] 164/10 174/20 180/3 192/6 220/20
experiences [2] 214/17

246/22
experiencing [1] 243/11
experimental [7] 187/20 188/14 208/2 208/3 208/6 208/12 211/22
expert [20] 157/6 158/13 173/10 173/17 174/17 175/7 175/18 197/10 199/2 201/25 205/10 205/18 213/5 235/12 235/18 249/17 251/3 252/10 252/12 252/15
expertise [2] 220/22 235/19
explain [1] 205/22
exposed [3] 169/20 170/13 172/25
exposure [12] 172/2 172/16 172/20 172/23 182/14 182/25 186/5 186/19 186/24 187/12 187/22 203/7
exposures [2] 186/23 203/16
exposures/erosions [1] 203/16
expressed [3] 172/10 189/19 208/10
expressing [1] 243/8
extensively [1] 218/22
external [1] 173/3
extra [2] 216/25 220/19
extremely [1] 250/12
extrusions [1] 249/23

**F**

facility [1] 254/14
fact [6] 162/5 185/13 187/20 193/24 204/23 212/25
factors [3] 186/6 209/16 209/21
faculty [1] 220/23
failed [2] 203/10 212/6
failure [7] 168/13 168/16 168/25 169/8 169/15 177/7 177/11
fair [3] 162/22 188/22 236/9
fairly [1] 251/22
familiar [8] 193/4 204/3 204/10 240/10 240/13 241/11 250/8 250/16
familiarity [1] 163/6
far [4] 161/9 204/19 204/19 256/23
fascia [1] 239/22
fast [1] 205/4
favorable [3] 170/2 172/7 172/13
February [1] 207/21
February 2007 [1] 207/21
feedback [1] 227/14
feeding [1] 246/24
feel [2] 192/21 243/9

Feels [1] 243/12
fellows [2] 219/10 220/23
fellowship [14] 215/17 216/5 216/20 216/25 217/12 218/9 219/5 219/8 219/18 220/14 232/4 232/8 232/12 232/13
fellowships [1] 232/14
felt [5] 164/8 178/14 187/8 216/23 220/11
female [4] 223/13 223/20 231/12 232/9
few [9] 180/17 180/24 185/17 187/5 189/10 208/19 218/9 231/23 233/14
fibroids [1] 217/24
fibrosis [1] 246/19
fibrotic [3] 244/22 247/16 248/9
field [9] 161/20 214/17 215/22 215/23 221/4 223/2 223/6 228/15 235/13
fields [1] 235/19
fifth [1] 171/7
final [5] 189/7 197/14 212/21
finally [5] 189/10 204/18 207/19
financial [2] 181/21 181/25
find [1] 176/5
findings [1] 203/3
fine [3] 158/8 187/4 236/9
finish [1] 158/24
finished [2] 189/23 217/12
fire [1] 246/24
first [27] 153/2 164/23 167/12 168/3 169/15 169/22 173/16 176/19 177/20 179/5 182/5 186/13 186/17 186/20 192/3 210/23 216/6 222/5 223/22 224/4 233/4 238/18 242/18 248/13 248/21 249/4 250/17
fistulas [1] 249/24
five [4] 179/11 192/17 200/13 234/19
flat [3] 192/12 193/16 244/25
floating [1] 256/23
floor [13] 154/5 216/3 217/9 217/25 218/11 218/17 217/23 223/14 223/21 225/7 231/12 243/18 245/11
FLYNN [1] 154/16
focal [2] 218/3
focus [4] 184/7 218/10 220/10 233/25
focused [2] 217/7 217/19

**F**

follow [2] 174/11 188/8
followed [1] 180/5
following [7] 188/3
189/4 195/18 196/14
200/18 250/21 251/18
followup [2] 168/6
189/13
FOREGOING [1]
258/13
foreign [5] 161/4
161/22 162/6 162/11
244/19
form [2] 180/9 252/4
formation [1] 249/24
formed [2] 208/15
208/16
forming [2] 242/5
250/6
forms [3] 182/21
202/20 244/21
forward [2] 189/23
218/7
found [4] 174/12
197/25 202/24 233/2
foundation [8] 195/12
195/15 196/12 202/9
202/11 205/14 221/6
252/14
four [8] 168/9 168/10
184/3 186/19 207/2
215/16 217/2 217/8
France [2] 165/6
191/25
FREEMAN [1] 154/10
French [4] 164/19
165/13 166/18 203/8
fresh [1] 249/19
Friday [10] 159/10
160/5 162/17 165/13
166/4 167/21 173/11
176/2 176/17 198/12
friend [2] 191/23
192/10
front [11] 158/5 162/13
165/23 176/16 186/12
195/8 214/12 239/4
241/15 248/23 251/23
fruitful [1] 225/18
full [1] 208/14
FULLY [1] 258/5
function [1] 184/17
funding [1] 204/10
funds [3] 222/18
223/12 224/7
further [14] 170/6
180/14 180/15 183/21
184/2 199/22 200/4
206/19 231/21 233/12
236/5 236/20 243/12
256/25
future [2] 233/25
234/22

**G**

gave [3] 167/2 181/7
195/5
Gene [1] 184/24

general [2] 224/2 224/6
generally [2] 194/23
218/18
generate [1] 162/6
gentlemen [3] 159/4
235/17 251/5
gets [2] 187/7 196/4
getting [2] 161/8
224/25
give [9] 161/9 165/17
183/23 185/5 191/10
194/16 197/2 201/20
224/3
given [3] 194/24
214/19 248/11
gives [1] 196/3
glasses [1] 166/2
go [27] 168/3 180/24
181/14 184/2 184/12
204/5 205/15 206/16
207/9 215/2 217/4
224/2 229/8 233/9
233/12 234/7 236/5
238/8 241/8 241/8
245/23 248/12 249/13
249/14 250/16 252/17
252/25
going [57] 157/14
158/15 158/15 158/22
164/16 166/17 183/11
188/8 188/10 188/15
188/16 189/25 193/9
193/21 195/19 195/22
195/23 195/25 196/8
196/11 201/23 202/5
202/10 202/18 206/14
206/16 207/24 208/4
209/19 209/24 210/9
210/12 212/3 212/11
214/22 217/21 228/23
228/9 236/11 236/23
238/15 238/23 240/20
241/8 242/17 248/12
249/7 250/2 251/5
256/5 256/6 256/15
256/17 256/21
GOLDMAN [1] 155/5
goldmanismail.com [1]
155/8
gone [1] 212/18
good [14] 159/3 171/6
174/9 174/10 179/15
181/18 184/10 184/17
187/8 189/22 192/5
192/10 214/2 214/3
got [7] 193/11 204/10
204/18 221/4 221/20
221/22 248/7
government [1] 222/18
graduate [1] 220/8
graduated [3] 215/4
215/9 216/22
graduating [1] 215/14
graft [3] 196/3 239/19
241/7
grant [4] 222/21 254/4
254/5 254/8
granulation [1] 249/23

greater [1] 178/2
group [23] 161/2
164/19 165/5 165/10
166/12 166/18 179/13
185/8 191/23 194/5
206/5 206/8 206/17
206/24 207/4 212/20
221/20 221/22 224/11
224/14 224/15 224/20
234/20
groups [3] 178/24
221/16 221/19
grow [2] 244/20 247/19
guy [2] 184/19 191/24
guys [2] 182/4 193/17
GYN [1] 217/17
Gynecare [2] 192/10
195/9
gynecologists [3]
207/21 218/16 223/17
gynecology [13] 211/3
215/15 215/23 217/14
217/19 217/22 219/25
220/6 227/20 227/21
230/2 234/3 234/12
Gynemesh [21] 160/12
174/17 174/25 175/8
175/9 175/12 175/22
177/17 203/18 203/22
204/24 242/19 242/25
243/11 243/17 243/23
244/6 244/11 245/18
246/7 247/2

**H**

hac [2] 155/6 155/12
had [66] 157/21 159/13
160/10 160/12 160/14
160/15 160/21 160/23
161/16 164/10 165/6
169/8 175/16 179/13
179/15 181/24 183/7
192/3 193/17 194/14
194/24 195/21 197/6
197/8 198/2 198/3
198/6 204/20 204/25
205/19 205/25 206/8
207/7 207/12 209/12
211/20 212/22 212/23
216/11 216/17 216/18
217/20 218/3 218/8
219/22 219/11 219/17
220/13 223/5 223/9
224/4 224/8 224/24
225/9 227/6 227/10
227/11 228/3 229/2
230/3 231/2 232/5
232/11 254/6 254/7
254/14
hadn't [2] 195/2 232/4
half [2] 179/4 179/5
halfway [2] 183/21
186/12
HALL [1] 153/15
HAMMONS [3] 153/7
154/7 154/13
hand [3] 165/24 183/22
243/9
handed [2] 176/12

227/24
handling [2] 243/4
243/8
handy [2] 176/6 197/10
happen [4] 197/5 198/3
199/8 231/2
happened [1] 222/25
happens [2] 221/8
244/6
hard [2] 225/15 244/23
hardware [1] 165/25
harms [1] 205/7
Hartford [1] 215/16
hasn't [2] 209/3 209/4
having [7] 159/23
171/24 174/18 174/22
186/24 187/10 252/15
health [5] 222/12
222/15 222/17 222/25
231/4
hear [2] 183/23 209/18
heard [11] 169/8
184/24 185/3 204/6
205/16 211/18 218/20
220/2 221/10 238/23
239/8
hearing [3] 157/2
202/16 257/7
hears [1] 214/5
hearsay [1] 187/24
help [2] 175/2 239/24
helpful [1] 200/14
helping [1] 223/7
her [42] 157/16 157/18
157/25 158/2 158/12
158/16 158/19 173/23
174/7 174/13 201/2
201/8 201/8 201/11
202/12 202/15 202/22
202/24 203/14 205/13
208/10 208/13 208/19
208/22 211/12 228/6
228/9 235/19 236/6
240/24 241/4 246/15
251/2 251/24 251/25
252/5 252/2 252/19
252/20 256/12 256/13
256/14
HEREBY [1] 258/4
hernia [1] 245/17
Hey [2] 187/11 193/20
high [8] 182/8 182/10
182/18 193/17 206/2
206/7 206/11 225/3
higher [2] 182/17
204/20
highest [1] 220/12
highly [4] 253/5 253/8
253/9 253/15
him [9] 166/8 181/23
185/5 188/17 192/13
195/20 204/17 250/24
250/25
hired [1] 223/18
his [13] 162/16 170/8
184/4 184/6 185/17
192/19 204/8 204/11
204/14 204/18 212/20
254/3 254/13

hold [2] 223/22 225/19
holding [1] 197/17
hole [1] 193/16
honest [1] 193/5
Honor's [1] 255/21
HONORABLE [1]
153/18
honors [1] 214/19
hoops [1] 255/2
hope [2] 162/13 245/20
hopefully [1] 165/15
hormonal [1] 217/6
hospital [3] 216/18
229/8 231/25
hospitals [1] 165/7
hour [1] 237/5
hours [1] 174/12
However [1] 255/3
human [1] 161/22
194/4 242/8
hundred [3] 200/25
226/7 228/5
hyperbole [2] 253/17
253/21
hypothetical [3] 183/4
183/5 183/16

**I**

i.e [1] 184/10
idea [3] 189/22 224/6
245/15
ideally [2] 243/20
244/10
ideas [1] 219/19
identifying [2] 252/6
252/8
Illinois [1] 155/7
imagine [2] 198/10
213/3 213/6
impermissible [1]
213/3 213/6
implant [2] 161/21
210/5
implantable [1] 164/13
implantation [1]
250/13
implanted [2] 161/24
209/11
implanting [1] 162/11
implants [3] 161/25
162/5 192/22
important [4] 184/19
185/9 224/3 228/13
impression [1] 174/6
improved [1] 196/2
improvement [2]
169/13 192/14
improvements [3]
171/23 171/25 191/17
INC [1] 153/10
incidence [1] 206/12
include [1] 190/17
included [2] 167/18
249/22
including [3] 179/12
191/15 237/25
inconsistencies [1]
205/2
incontinence [3]
217/11 218/21 218/24

**I**

incorporation [1] 184/8
incorrect [2] 203/23 204/2
increase [1] 207/8
increased [1] 197/2
increases [2] 244/16 244/18
independent [3] 202/22 202/24 224/14
indicated [4] 167/21 174/25 178/16 211/21
industry [2] 179/22 179/23
infections [1] 249/22
infertility [1] 217/6
inflammation [1] 244/19
inflammatory [1] 246/18
information [9] 163/4 166/12 175/16 190/3 194/15 203/22 212/24 250/3 253/7
infuse [1] 224/6
initial [1] 201/3
initiated [1] 204/9
initiatives [1] 224/8
injury [1] 232/24
innovate [1] 184/21
innovation [1] 190/22
inside [2] 173/4 173/6
inspect [1] 254/14
instead [3] 234/17 244/21 244/24
Institutes [4] 222/12 222/15 222/17 222/25
institution [2] 224/16 224/22
institutions [2] 224/12 224/16
instruments [3] 240/14 243/5 243/10
intended [4] 162/4 163/20 196/20 244/21
intent [2] 196/22 252/25
intention [1] 255/22
interacted [1] 218/22
interest [2] 181/21 181/25
interesting [1] 192/4
interests [1] 233/22
internal [4] 180/5 204/19 238/2 240/17
International [3] 186/8 208/8 227/21
interpretation [1] 172/18
introducing [1] 241/5
invaluable [1] 171/15
Investigator [1] 204/9
investigators [5] 204/24 222/22 223/12 224/21 253/13
invited [1] 224/9
invoices [2] 236/19

236/20
involve [1] 233/19
involvement [4] 160/19 222/16 225/8 256/19
involving [1] 209/13
ISMAIL [4] 155/5 155/5 156/4 160/4
isn't [1] 253/5
issued [1] 236/19

**J**

J.D [1] 154/4
Jacquetin [1] 181/2 181/13 181/20 182/18
Jakob [1] 192/5
January [2] 168/7 186/14
Jersey [1] 154/11
job [4] 190/14 223/15 223/18 245/21
Johnson [12] 154/19 154/19 154/25 154/25 155/8 155/9 155/14 155/14 237/25 238/2 248/25 249/2
join [1] 217/13
journal [16] 186/8 186/9 188/22 208/9 226/16 227/6 227/18 227/19 227/20 227/22 229/25 230/15 230/18 234/15 234/17 234/22
journals [4] 226/12 226/14 226/24 229/21
judge [3] 157/22 226/18 227/8
judgment [1] 187/6
JUDICIAL [1] 153/2
JUDITH [2] 153/24 258/10
Julian [2] 175/25 176/21
July [2] 181/7 188/23
July 16 [1] 181/7
July 25 [1] 188/23
June [3] 162/21 167/4 167/10
jury [30] 153/18 153/20 158/5 158/25 179/12 184/24 185/3 188/6 202/23 207/23 207/24 208/14 212/10 213/10 214/5 214/8 214/25 215/12 222/14 224/3 232/23 237/3 248/19 248/22 251/4 251/5 251/13 251/14 252/9 252/11

**K**

Kammerer [1] 184/24
KATZ [1] 154/10
keep [3] 214/4 238/7 251/9
key [1] 199/2
KILA [1] 154/4
kila.baldwin [1] 154/7
kInd [7] 173/24 194/21 216/15 217/3 218/14

221/11 223/7
kinds [1] 174/12
KLINE [1] 217/23 218/15 219/16 221/6 237/10 246/20
kit [6] 160/7 190/20 191/3 191/5 208/2 240/6
KLINE [1] 154/3
klinespecter.com [2] 154/6 154/7
knew [2] 163/24 249/10
knowing [1] 205/14
knowledge [2] 198/13 198/16
knowledgeable [2] 188/24 245/5
Kurt [2] 242/8

**L**

lab [5] 242/8 242/9 242/10 242/15 245/24
laboratory [1] 242/11
labs [1] 173/25
lack [2] 195/12 196/12
ladies [1] 159/3 235/17 251/5
laid [2] 168/21 195/16
language [2] 225/22 226/2
laparoscopic [1] 217/7
lapsed [2] 233/9 233/11
large [4] 192/6 216/16 216/17 248/11
larger [2] 246/25 248/8
late [2] 190/21 251/10
later [1] 208/5
latter [1] 179/4
launch [12] 160/10 160/14 160/22 161/2 164/24 165/2 166/13 166/19 166/23 170/14 170/17 171/2
launched [2] 188/20 249/11
launching [1] 160/7
Laura [2] 181/9 181/10
lawyer [1] 253/15
lay [1] 244/25
layer [1] 239/24
laying [2] 201/18 202/11
lead [2] 252/19 252/20
leaders [2] 223/2 223/10
leadership [2] 164/3 231/7
leads [1] 246/20
learned [1] 204/25
least [5] 164/25 189/15 194/13 248/7 255/22
leave [3] 196/18 196/22 212/13
left [4] 183/24 229/7 232/6 248/5
length [2] 211/25 212/4
less [7] 187/22 196/4 196/18 196/22 243/17

246/14 248/5
let's [20] 164/19 165/21 168/9 180/24 182/3 189/14 189/15 189/16 197/20 192/17 237/6 237/7 241/8 245/23 248/21 249/13 249/19 250/16 253/19 253/23
letter [2] 208/7 208/13
letting [2] 252/10 252/11
level [4] 168/20 187/22 221/20 216/25
license [1] 233/8
licensed [4] 181/23 209/4 232/18 232/20
lie [1] 192/22
life [4] 171/19 171/23 193/10 214/16
lifts [1] 239/11
lighter [3] 196/23 246/7 248/5
lightness [1] 246/7 246/8 246/12
LIGHTning [4] 241/13 241/13 241/15 241/16
line [3] 164/6 168/4 238/8
lines [1] 184/3
linked [1] 254/14
list [2] 237/8 237/10
listed [2] 175/9 205/7
lists [1] 250/11
literally [2] 195/25 208/13
literature [11] 204/3 206/15 208/21 225/25 226/4 226/10 226/11 226/21 228/14 237/14 237/24
LITIGATION [1] 153/4
little [6] 182/21 184/2 197/4 209/7 243/12 248/12
live [5] 191/2 191/4 191/7 214/9 214/10
lives [1] 215/2
LLP [3] 154/16 154/22 155/5
load [1] 196/23
Lobodasch [2] 242/9 242/15
local [1] 216/13
Locust [1] 154/17
Logan [1] 154/17
long [7] 215/16 220/16 230/11 230/14 230/17 232/10 238/7
look [13] 171/17 181/8 182/3 182/20 183/21 185/20 192/17 195/6 197/16 198/12 198/24 206/23 256/12
looking [4] 175/19 186/13 199/4 233/14
looks [4] 166/5 168/5 176/18 186/11
lost [1] 187/25

lot [5] 158/12 164/20 186/23 191/14 223/17 209/7
louder [1] 209/7
low [1] 172/3
lower [1] 207/18
Lowman [1] 205/18
Lucente [8] 204/6 204/10 212/16 212/20 253/2 253/25 254/3 254/13
lunch [1] 162/12

**M**

M.D [1] 213/16
Magee [1] 229/8 231/25
Magee-Womens [2] 229/8 231/25
mail [12] 154/6 154/12 154/18 154/24 155/8 181/7 181/8 182/4 191/13 191/21 192/2 248/14
main [2] 154/23 182/6
maintain [1] 233/8
make [7] 178/2 192/14 200/13 201/22 214/16 226/20 227/12
makes [1] 224/19
making [1] 161/12
managed [1] 224/16
Management [1] 186/5
Manley [1] 191/14
manmade [1] 240/2
manuscript [3] 227/5 227/8 234/17
March [3] 166/24 186/9 188/22
MARGARET [2] 213/16 214/10
MARK [1] 153/18
marked [1] 214/13
market [7] 186/10 189/18 189/24 189/25 193/9 209/10 240/17
marketing [1] 191/5
Maryland [5] 214/11 215/5 215/6 222/21 229/23
masters [2] 220/16 221/4 231/16
mater [1] 229/23
material [8] 160/11 161/24 184/8 196/24 239/12 239/21 240/11 249/21
material-related [1] 249/21
materials [9] 161/12 161/17 201/8 237/7 237/8 237/10 237/19 237/20 245/6
math [1] 169/2
matters [2] 158/21 256/14
MATTHEW [1] 154/22
matthew.moriarty [1] 154/24
may [11] 153/7 158/12

## M

**may...** [9] 158/17
169/19 188/18 199/13
200/7 201/22 216/12
239/22 252/15
**MAZIE** [1] 154/10
**MD** [1] 156/6
**MDDI** [1] 179/25
**means** [6] 172/23
193/5 220/2 233/16
250/18 258/15
**meant** [2] 169/22 222/9
**medical** [38] 157/23
158/3 161/11 161/25
162/5 173/18 179/22
187/7 187/9 190/4
191/25 198/14 198/22
205/7 213/19 214/17
215/3 215/5 215/10
215/11 215/14 220/23
226/13 228/14 229/21
229/22 231/8 231/11
232/16 233/8 234/15
236/3 236/12 237/14
237/24 239/3 249/2
249/5
**Medical Affairs** [1]
190/4
**medically** [1] 205/7
**medicine** [3] 209/3
232/9 232/22
**meeting** [8] 163/4
163/7 163/10 192/3
192/4 223/9 225/19
225/19
**Meier** [4] 241/21
248/15 248/18 248/25
**member** [3] 174/19
233/16 233/23
**members** [1] 220/23
**menopause** [1] 217/24
**mentioned** [8] 161/7
197/6 212/17 218/19
224/6 225/9 229/20
233/3
**mentor** [1] 229/22
**MERIT** [1] 153/24
**mesh** [71] 153/4
160/15 160/20 160/21
160/24 161/17 163/25
164/13 172/16 172/20
172/25 175/21 182/7
184/16 186/4 186/5
186/19 186/23 193/11
194/6 196/18 196/18
196/22 196/23 197/6
198/3 199/7 199/8
202/10 207/7 207/9
207/18 208/2 211/25
228/23 234/25 240/6
240/10 242/23 243/2
243/10 243/20 244/8
244/16 244/17 244/18
244/23 244/24 244/25
245/4 245/15 245/17
245/18 246/9 246/13
246/14 246/17 246/20
246/24 247/6 247/19

247/20 247/23 248/5
248/24 249/21 249/23
250/13 250/14 250/17
256/18
**mesh-based** [1]
163/25
**meshes** [2] 246/4
248/16
**mess** [1] 207/13
**message** [1] 183/23
**met** [2] 164/17 164/18
**meta** [1] 207/16
**meta-analysis** [1]
207/16
**methods** [1] 227/9
**Michigan** [2] 220/9
220/15
**middle** [3] 179/5
186/17 189/11
**might** [3] 176/5 184/12
193/22
**millimeter** [1] 247/15
**millimeters** [2] 247/2
247/3
**million** [1] 237/17
**mind** [2] 178/9 251/9
**minimally** [1] 238/21
**minute** [4] 176/5
185/20 199/15 253/9
**minutes** [5] 187/5
189/10 200/13 200/15
212/12
**misleading** [1] 205/21
205/22
**moderate** [1] 207/7
**MOLLY** [1] 154/16
**molly.flynn** [1] 154/18
**moment** [2] 165/17
180/19
**Monday** [1] 153/13
**money** [2] 222/21
224/10
**month** [5] 186/10
188/19 234/18 234/18
234/19
**months** [5] 168/13
186/20 206/9 217/2
217/8
**MORIARTY** [1] 154/22
**most** [4] 176/25 201/7
202/2 246/8
**motion** [2] 157/15
201/22
**mountain** [1] 195/6
**move** [2] 181/18 205/5
**Mr** [9] 156/4 156/5
156/6 160/4 180/23
189/6 213/25 231/24
235/24
**Mr.** [24] 157/13 160/5
162/16 162/25 165/9
166/4 167/2 170/12
173/9 176/17 177/16
178/16 178/16 180/14
180/24 196/17 212/20
225/24 226/11 229/15
230/12 230/22 231/9
237/12
**Mr. Ciarrocca** [7]

160/5 170/12 173/9
178/16 180/14 180/24
196/17
**Mr. Ciarrocca's** [1]
157/13
**Mr. Lucente** [1] 212/20
**Mr. Slater** [14] 162/25
165/9 166/4 167/2
176/17 177/16 178/16
225/24 226/11 229/15
230/12 230/22 231/9
237/12
**Mr. Stater** [1] 162/16
**mskf.net** [1] 154/12
**Multiple** [1] 201/2
**Murphy** [1] 254/4
**must** [3] 183/17 236/2
243/17

## N

**name** [3] 214/9 214/10
232/10
**named** [3] 185/24
191/14 207/15
**National** [4] 222/12
222/14 222/17 222/25
**near** [2] 165/16 245/10
**necessarily** [1] 162/2
**necessary** [1] 187/21
**need** [8] 165/23 181/18
184/10 184/15 185/4
212/12 214/21 255/3
**needed** [6] 181/15
206/18 206/22 216/14
216/24 220/13
**neglected** [1] 250/5
**network** [1] 224/12
**new** [9] 154/11 173/9
175/13 187/19 189/9
223/11 231/6 232/4
241/18
**next** [9] 157/3 170/3
191/20 192/12 200/11
213/12 238/6 238/8
239/19
**NIH** [5] 223/10 223/11
231/3 231/15 231/20
**Nineteenth** [1] 154/5
**none** [2] 177/25 221/12
**normal** [3] 245/16
245/19 245/22
**not** [59] 158/14 159/5
162/9 165/19 166/15
167/16 167/22 168/20
170/9 172/7 177/24
181/2 181/4 182/22
185/6 185/7 186/25
191/6 192/19 193/4
194/4 195/13 195/14
198/12 200/5 201/7
203/14 205/8 205/10
205/11 205/15 208/20
209/22 209/24 210/11
210/12 210/19 220/3
223/17 225/11 228/8
236/7 238/19 238/20
238/21 241/8 244/10
244/11 244/25 245/18
246/9 251/2 251/10

252/15 253/4 253/6
253/21 256/21 258/14
**notes** [2] 199/23 258/6
**November** [2] 191/13
248/14
**November 1st** [1]
248/14
**November 23** [1]
191/13
**number** [11] 168/19
176/14 182/19 183/12
192/17 194/11 226/24
237/13 253/3 254/17
254/25
**numbered** [1] 242/3
**numbers** [1] 182/20

## O

**oath** [2] 159/9 159/17
**OB** [1] 217/17
**OB-GYN** [1] 217/17
**object** [2] 255/24 256/6
**objecting** [1] 200/25
**objection** [17] 170/20
183/16 187/24 188/7
189/3 196/13 198/18
198/19 199/9 212/9
212/16 213/7 250/19
250/22 251/7 252/21
255/17
**objectionable** [1]
254/21
**objections** [1] 158/17
**obligated** [1] 190/24
**observation** [1] 238/18
**observational** [1]
221/7
**observe** [2] 174/4
221/8
**observed** [1] 192/20
**Obstetricians** [1]
207/20
**obstetrics** [12] 211/3
215/15 215/23 217/14
217/20 219/24 220/5
227/19 227/20 230/2
234/3 234/11
**obtained** [1] 254/4
**obviously** [3] 187/7
206/13 240/2
**occasionally** [1]
157/25
**offer** [10] 201/4 201/16
201/21 201/23 205/9
235/12 236/2 236/10
256/16 256/17
**offering** [1] 194/19
236/6 237/20
**OFFICIAL** [2] 153/25
258/10
**Oh** [1] 182/17
**Ohio** [3] 154/23 215/19
232/20
**once** [2] 226/15 252/25
255/17
**oncologic** [1] 217/3
**one** [40] 154/17 158/9
159/21 163/3 166/5
167/2 167/4 168/6

168/12 169/16 174/18
176/15 181/6 182/6
182/15 183/2 186/3
189/13 194/12 195/5
196/19 196/24 199/13
203/7 203/24 204/23
208/13 212/15 215/17
219/9 223/22 228/7
228/11 232/12 234/8
237/17 239/9 240/21
247/15 253/4
**one million** [1] 237/17
**one-page** [1] 208/13
**one-year** [4] 168/6
189/13 215/17 232/12
**only** [11] 187/18 198/7
198/10 207/17 210/8
219/9 221/10 221/24
238/21 240/20 248/12
**onward** [1] 218/7
**open** [4] 189/4 196/14
200/18 251/9
**opening** [1] 205/20
**operated** [1] 254/7
**operating** [1] 240/8
**operation** [1] 178/3
**opine** [3] 204/2 209/14
209/16
**opined** [1] 207/25
**opinion** [18] 169/21
170/8 184/4 184/7
189/20 192/20 201/24
205/9 205/13 235/19
235/25 236/10 240/22
247/22 248/2 249/18
252/12 252/14
**opinions** [12] 202/12
203/14 206/13 208/15
209/23 237/21 242/5
250/6 252/4 256/15
256/18 256/21
**opportunity** [1] 174/3
**opposite** [1] 162/4
**optimal** [1] 192/19
**option** [2] 194/17
238/22
**options** [5] 177/13
201/10 238/9 238/11
238/13
**oral** [1] 234/7
**order** [3] 187/21 234/6
239/13
**ordinarily** [1] 164/12
**organ** [5] 169/7 171/4
171/14 176/22 186/4
**organization** [4]
179/22 179/23 233/21
233/24
**organs** [1] 239/25
**osteomyelitis** [1]
249/25
**others** [1] 188/25
**otherwise** [2] 213/6
236/12
**out** [23] 157/16 165/25
168/21 169/20 182/4
187/19 188/19 201/18
203/3 203/9 203/23
204/7 205/21 207/15

**O**

out... **[9]** 208/4 208/6 212/14 216/2 219/20 221/21 221/23 249/20 251/13
**outweigh [2]** 178/8 178/11
**outweighed [1]** 178/14 204/11 216/17 221/8 226/25 237/17 242/19
**overall [2]** 203/16 226/21
**overlap [1]** 201/7
**overruled [5]** 170/23 199/11 212/10 213/7 255/17
**overview [1]** 161/10
**Owens [7]** 170/16 170/21 173/18 173/20 174/7 174/22 249/5
**Owens' [1]** 174/4
**own [9]** 177/9 180/5 202/22 204/11 204/19 222/20 222/22 224/21 226/13
**owned [2]** 253/6 254/13

**P**

**p.m [5]** 157/2 159/2 213/11 251/15 257/7
**P1660 [1]** 241/9
**P189 [1]** 191/12
**P2137 [1]** 197/15
**P625 [1]** 248/13
**P680 [1]** 197/17
**page [21]** 158/11 162/24 162/25 168/4 168/9 168/10 171/7 177/16 186/12 187/17 191/20 200/25 203/24 208/13 242/2 245/23 248/21 248/23 249/13 250/16 252/7
**pages [5]** 201/3 203/19 237/13 237/18 242/3
**paid [5]** 236/16 236/23 255/15
**pain [3]** 157/24 233/5 246/22
**painful [1]** 207/12
**pair [1]** 160/17
**paper [2]** 193/19 225/14
**paperwork [1]** 193/17
**paragraph [19]** 168/10 168/17 176/20 177/21 177/22 182/5 183/23 184/3 186/13 186/17 187/14 187/16 187/17 192/10 192/12 199/3 249/14 250/17 256/12
**paragraphs [1]** 255/23
**parameters [1]** 171/17
**Park [1]** 215/5
**Parkway [1]** 154/11
**part [14]** 160/25 173/21

174/3 190/20 191/3 201/7 203/6 210/23 225/11 227/23 248/6 251/25 252/13 254/7
**partially [4]** 196/18 196/21 242/23 242/24
**participants [1]** 163/7
**participate [1]** 163/12
**participated [2]** 163/13 173/25
**particular [9]** 169/16 179/20 184/6 205/17 209/17 209/20 212/2 227/6 251/24
**particularly [1]** 187/13
**partner [1]** 254/3
**parts [1]** 252/16
**party [1]** 212/19
**pass [1]** 197/21
**passages [1]** 202/13
**past [1]** 232/5
**patent [1]** 181/23
**patient [12]** 168/4 168/6 178/7 191/2 191/4 196/2 196/4 197/2 202/21 209/12 244/15 251/22
**patient's [1]** 160/21
**patients [18]** 167/22 168/19 171/16 172/14 192/20 193/23 204/11 204/12 206/8 207/11 212/23 219/13 224/22 224/25 240/8 254/7 254/9 254/18
**PATRICIA [1]** 153/7
**Pause [2]** 165/18 199/25
**payment [1]** 254/11
**peer [13]** 226/4 226/15 226/22 226/25 227/4 227/16 228/3 228/5 229/21 230/15 230/18 234/16
**peer-reviewed [5]** 226/4 226/16 228/3 228/5 230/15
**peers [1]** 226/17
**pelvic [26]** 153/4 169/7 171/4 171/13 176/22 177/2 186/4 215/18 216/3 216/6 216/21 217/2 217/9 217/25 218/9 218/11 218/17 223/4 223/13 223/21 225/7 231/12 232/9 243/18 245/11 246/22
**Pending [2]** 183/19 190/10
**PENNSYLVANIA [5]** 153/2 153/16 154/5 154/17 232/21
**people [10]** 163/3 189/18 191/14 192/2 216/10 216/11 216/14 221/8 222/9 224/20
**per [2]** 234/19 237/5
**percent [22]** 168/14 169/2 169/4 169/9

169/11 172/5 177/8 182/10 182/14 183/2 186/20 186/24 187/22 203/7 205/25 206/2 206/6 206/9 206/10 207/6 207/11 207/17
**percentage [1]** 172/19
**perfectly [1]** 238/22
**perform [8]** 219/16 220/12 222/5 222/22 224/17 228/22 239/16 240/3
**performed [5]** 209/5 209/9 228/21 240/14 242/8
**performing [2]** 185/10 216/24
**perigee [2]** 192/6 192/22
**periods [1]** 233/7
**permanent [3]** 242/24 243/2 250/13
**permitting [1]** 205/4
**person [2]** 244/7 255/14
**Pessary [1]** 238/23
**Peter [4]** 241/21 248/15 248/18 248/25
**phases [1]** 215/24
**phenomenon [2]** 247/16 248/9
**PHILADELPHIA [5]** 153/2 153/16 154/5 154/17 258/11
**phrase [1]** 161/4
**physician [2]** 212/8 232/18
**piece [2]** 193/19 244/23
**Pittsburgh [4]** 229/9 232/2 232/7 232/16
**place [2]** 193/6 243/13
**placed [1]** 160/21 206/25 248/7
**placement [1]** 160/20
**plaintiff [7]** 153/7 154/7 154/13 209/17 209/20 209/23 213/14
**plaintiff's [4]** 157/5 165/15 173/13 176/4
**Plaintiffs [1]** 157/16 158/14
**plating [2]** 244/22 246/19
**played [1]** 158/14
**PLEAS [2]** 153/2 258/11
**PLLC [1]** 155/11
**PLT0108 [1]** 185/16
**plus [3]** 160/18 195/9 241/20
**point [15]** 166/16 178/17 189/21 198/11 203/23 204/17 205/21 207/15 211/17 218/2 218/3 232/8 232/14 234/23 246/6
**pointing [1]** 203/8
**points [2]** 182/6 254/15

polypropylene **[2]** 242/24 243/2
**pore [6]** 246/25 246/25 247/5 247/9 247/13 248/8
**pores [4]** 196/19 244/19 247/14 247/17
**portion [2]** 188/18 252/7
**portions [1]** 252/7
**posed [1]** 227/10
**position [5]** 223/23 224/4 230/6 231/5 231/17
**positioned [1]** 242/11
**possible [2]** 185/22 252/2
**post [2]** 184/11 206/12
**post-surgery [1]** 184/11
**post-surgical [1]** 206/12
**poster [1]** 206/17
**potential [3]** 161/23 162/6 163/25
**Potentially [1]** 183/20
**PowerPoint [11]** 162/13 162/19 163/8 163/18 205/20 206/23 237/6 241/10 241/21 242/4 248/19
**PowerPoints [1]** 205/5
**practice [17]** 176/24 177/9 207/21 212/20 217/18 217/22 218/3 218/6 218/10 218/13 230/24 230/25 233/4 233/5 234/24 239/17 254/6
**practiced [2]** 209/3 217/20
**practicing [1]** 232/22
**preclinical [1]** 237/24
**preclude [1]** 201/22
**predictable [1]** 172/13
**prefer [2]** 213/20 213/21
**Preferred [1]** 242/19
**pregnancy [1]** 215/25
**prejudicial [1]** 253/5
**preparation [1]** 174/14
**prepare [1]** 175/3
**prepared [1]** 200/24
**preparing [1]** 174/22
**present [1]** 251/19
**presentation [6]** 163/13 164/5 206/5 206/17 206/24 207/10
**presentations [2]** 162/20 214/19
**presenting [1]** 163/4
**presumably [1]** 188/25
**pretty [1]** 201/22
**previously [2]** 159/24 223/5
**primarily [1]** 231/3
**primary [5]** 206/20 207/23 212/6 216/9 232/3

**Principal [1]** 248/25
**prior [6]** 160/10 160/14 160/18 160/22 170/14 209/9
**pro [2]** 155/6 155/12
**probably [5]** 193/7 193/25 205/3 221/10 254/17
**problem [6]** 216/14 218/23 224/21 225/12 245/16 251/20
**problems [9]** 216/12 217/6 217/24 218/14 218/15 218/21 219/2 223/9 223/13
**procedure [12]** 160/15 160/15 171/13 175/17 185/11 187/20 188/14 193/24 206/19 207/25 239/11 240/13
**procedures [9]** 203/25 208/3 228/23 228/24 234/24 235/3 235/8 240/3 241/3
**proceed [4]** 159/21 228/18 235/20 256/5
**proceeded [2]** 256/5 256/8
**PROCEEDINGS [1]** 258/4
**proceeds [3]** 256/3 256/4 256/7
**process [4]** 158/18 190/21 205/8 211/24
**processes [1]** 205/6
**produce [1]** 161/12
**product [12]** 166/14 166/20 166/23 169/23 171/3 181/22 189/17 189/24 194/8 194/12 194/22 241/18
**products [2]** 162/7 239/23
**professional [9]** 154/3 203/20 210/16 210/20 214/16 226/12 233/15 233/21 255/15
**Professor [3]** 180/25 181/20 192/4
**proficient [1]** 216/23
**profile [6]** 172/8 172/13 203/17 208/20 209/15 212/5
**program [9]** 219/5 220/8 220/15 223/11 224/4 231/11 232/4 232/5 232/6
**project [8]** 160/8 162/21 163/20 174/10 214/5 219/19 223/20 241/16
**projects [2]** 178/18 222/23
**prolapse [16]** 169/7 171/5 171/14 172/15 176/22 177/14 184/12 186/5 206/21 207/2 211/7 211/16 217/10 218/19 235/5 238/14

**P**

**Prolift [63]** 160/7 160/10 160/14 160/22 161/2 161/18 162/21 163/20 164/11 164/24 170/15 170/18 170/19 172/8 173/21 175/3 175/10 175/14 175/16 175/21 177/14 178/9 178/17 179/3 179/8 179/14 179/18 180/3 180/6 180/11 186/10 191/5 191/17 192/7 192/14 192/21 192/25 194/6 194/15 194/20 195/3 195/9 196/2 196/17 202/6 207/6 209/9 209/11 209/12 209/13 209/14 210/5 240/6 240/7 240/10 240/24 241/18 241/20 243/3 243/5 247/23 247/24 249/11
**prolonged [1]** 233/7
**promise [1]** 248/12
**proof [3]** 201/5 201/16 201/21
**proper [4]** 183/17 210/5 210/6 251/3
**properly [1]** 161/13
**protocol [1]** 168/21
**protocols [1]** 202/21
**provide [8]** 190/3 201/7 223/12 228/17 233/24 235/18 239/13 252/12
**provided [7]** 210/17 210/21 216/9 217/2 221/5 253/7 256/15
**PS [18]** 160/12 174/17 174/25 175/8 175/9 175/12 175/22 202/17 203/18 203/22 204/25 242/19 242/25 243/23 244/6 244/11 245/18 247/2
**public [1]** 204/16
**publications [1]** 204/17
**publish [6]** 211/8 211/13 225/24 226/10 226/14 254/10
**published [7]** 169/17 204/20 211/10 226/3 226/12 229/5 254/10
**pull [4]** 193/2 193/20 203/2 247/19
**pulled [2]** 193/6 193/12
**pursuant [1]** 158/2
**put [11]** 165/19 175/13 189/17 193/10 194/11 211/22 214/12 237/6 237/7 247/7 254/8
**Puts [1]** 165/25
**putting [4]** 193/25 228/20 245/15 251/22

**Q**

**QOL [1]** 171/20

**qualifications [8]** 158/20 158/23 158/24 201/8 213/23 228/7 231/22 235/15
**qualified [5]** 210/19 211/11 211/12 228/17 235/18
**quality [4]** 171/18 171/23 220/12 227/8
**Quentin [1]** 191/14
**question [30]** 157/18 167/9 167/13 170/3 170/25 178/10 179/6 183/6 183/15 183/17 183/18 183/19 185/5 188/7 189/9 190/8 190/9 190/10 194/3 195/19 195/23 198/3 198/12 198/22 199/15 210/12 227/10 229/3 238/6 240/21
**questioning [3]** 170/6 194/14 195/16
**questions [13]** 164/20 168/12 180/14 180/16 188/8 198/20 200/2 208/19 214/22 231/21 233/12 235/14 251/3
**quick [1]** 185/20
**quickly [3]** 225/4 238/16 238/20
**quite [2]** 218/20 232/25

**R**

**raise [1]** 252/25
**Randolph [1]** 155/6
**randomized [4]** 221/9 221/15 228/22 229/2
**rank [1]** 186/2
**Rarely [1]** 240/5
**rate [24]** 164/11 168/13 168/16 168/25 169/3 169/6 169/11 169/15 172/2 172/4 172/17 172/19 177/11 182/8 182/15 182/25 203/4 203/7 205/25 206/7 206/9 206/10 207/16 207/18
**rates [10]** 169/8 177/7 187/4 187/11 203/25 204/2 204/14 204/14 204/15 205/23
**rather [3]** 166/9 189/24 252/14
**ratio [1]** 172/14
**RC [1]** 156/3
**RD [1]** 156/3
**RE [1]** 153/4
**reaction [7]** 161/5 161/14 161/22 162/7 244/19 246/18 246/19
**readily [1]** 165/19
**reading [5]** 186/16 188/9 188/17 250/25 251/23
**reads [1]** 252/10
**ready [3]** 180/18 212/10 238/8

**reaffirm [1]** 159/17
**realization [1]** 225/10
**realized [1]** 223/4
**really [4]** 184/9 184/19 193/4 198/10 216/23 220/11 221/5 223/7
**REALTIME [1]** 153/25
**reason [2]** 192/13 232/3
**reasonable [4]** 180/10 236/2 236/11 238/22
**reasons [2]** 209/25 231/4
**REATH [1]** 154/16
**recall [10]** 160/8 161/5 163/16 165/11 165/13 167/23 179/24 185/19 185/23 187/13
**receive [2]** 227/5 227/7
**received [6]** 167/22 186/8 188/21 214/19 220/16 222/2
**receiving [1]** 234/17
**recent [1]** 236/21
**recess [2]** 200/16 213/9
**recognition [1]** 179/20
**recognized [2]** 179/19 179/21
**recommend [1]** 206/19
**reconstructive [1]** 232/10
**reconvened [1]** 157/2
**recorded [3]** 205/2 226/19 227/11
**RECROSS [1]** 180/21
**RECROSS-EXAMINATI ON [1]** 180/21
**recurrence [1]** 203/4 203/25 204/14
**recurrences [3]** 164/7 203/9 203/15
**recurrent [1]** 177/2
**REDIRECT [1]** 160/2
**reduce [1]** 187/22
**reducing [1]** 184/7
**refer [1]** 214/21
**reference [4]** 168/13 175/25 181/2 225/5
**referenced [2]** 199/13 205/3
**references [1]** 175/8
**referencing [1]** 199/18
**referral [1]** 216/9
**referred [1]** 188/12
**referring [4]** 168/18 225/24 226/11 246/12
**reflected [1]** 167/25
**regard [7]** 158/10 194/5 202/2 202/2 202/14 211/15 240/20
**regarding [3]** 192/3 192/14 211/7
**regular [1]** 235/5
**related [3]** 209/17 249/21 250/14
**relates [3]** 164/5 171/3 192/13
**relation [1]** 230/2

**relatively [1]** 206/11
**released [2]** 166/24 194/7
**relevant [1]** 253/4
**reliable [2]** 174/11 227/11
**relied [6]** 202/13 204/22 238/4 242/4 246/3 250/6
**relies [1]** 255/5
**rely [3]** 213/6 237/20 252/4
**relying [3]** 205/19 255/7 255/15
**remain [2]** 208/12 247/14
**remaining [2]** 217/8 246/15
**remember [8]** 176/3 181/3 187/3 187/10 197/6 197/15 199/5 232/12
**remembers [1]** 166/10
**remind [1]** 251/10
**removal [1]** 199/7
**remove [1]** 199/8
**removed [3]** 197/6 198/4 211/23
**reoperation [2]** 204/15 207/18
**repair [11]** 163/25 169/7 184/12 186/5 206/21 228/25 239/3 239/4 239/20 240/22 241/7
**repairs [2]** 207/17 239/15
**reparative [1]** 176/25
**repeat [3]** 170/25 185/5 190/7
**repeating [2]** 166/9 195/12
**repetitious [1]** 199/10
**repetitive [1]** 195/13
**replacing [1]** 245/11
**report [39]** 158/11 165/12 166/25 167/4 167/7 167/10 171/9 171/11 171/12 171/22 172/2 172/6 173/10 173/17 174/17 175/2 175/3 175/7 175/11 175/13 175/14 175/19 175/24 182/21 189/12 194/13 197/10 197/11 199/2 200/25 201/3 202/10 202/20 205/10 225/23 248/15 248/22 248/24 250/5
**reported [7]** 153/23 163/19 169/8 169/10 177/7 205/21 212/24
**reporter [6]** 153/24 153/25 153/25 190/11 258/10 258/16
**reporting [1]** 186/21
**reports [4]** 189/7 189/9 201/2 202/22
**represented [2]** 204/16

**represents [2]** 238/12 238/18
**reproduce [1]** 245/16
**REPRODUCTION [1]** 258/14
**reproductive [1]** 217/5
**required [1]** 185/13
**requires [1]** 157/25
**requiring [1]** 172/14
**research [22]** 179/8 179/13 219/17 219/19 220/5 220/10 220/12 220/17 220/21 220/24 221/2 222/18 222/20 222/23 223/5 223/7 223/12 223/16 224/7 225/3 225/10 231/11 **researchers [2]** 224/9 226/14
**researching [1]** 223/13
**residency [5]** 215/15 215/20 215/21 216/22 220/13
**residents [1]** 220/23
**resolving [1]** 241/4
**resource [1]** 216/11
**resources [1]** 216/13
**respect [2]** 164/15 184/20
**responsibilities [1]** 219/4
**rest [1]** 193/10
**restoration [1]** 168/20
**result [1]** 244/9
**results [7]** 165/9 167/8 169/19 189/16 189/22 226/19 227/10
**resumes [1]** 159/24
**retired [3]** 230/23 231/17 231/18 233/3
**retraction [1]** 207/7
**retrieval [1]** 192/18
**retrospective [2]** 254/2 254/9
**return [1]** 251/7 251/8
**review [5]** 203/15 227/7 234/19 237/19 245/6
**reviewed [15]** 170/16 201/9 202/19 226/4 226/10 226/15 226/17 228/3 228/5 230/3 230/15 237/7 237/9 237/11 240/16
**reviewer [1]** 226/22 226/25 227/4 227/16 229/21 230/18 234/16
**reviewers [1]** 227/14
**reviewing [1]** 230/18
**ridging [1]** 244/22
**right [61]** 159/8 159/17 162/12 168/10 178/23 181/4 181/15 181/22 182/8 182/18 182/19 183/3 183/10 184/13 184/17 184/20 185/11 185/14 185/18 185/25 186/10 186/12 186/15

**R**

**right...** [38] 186/17 186/20 186/24 188/20 189/11 190/15 190/18 191/2 191/5 191/8 191/13 191/15 191/23 192/3 192/7 192/9 194/3 194/8 194/17 194/20 195/8 195/9 196/20 196/23 197/2 198/5 198/13 198/17 198/23 199/20 201/19 231/19 241/15 241/24 243/24 247/7 253/20 254/14
**risk** [8] 172/4 172/14 178/8 186/5 203/17 208/20 209/15 212/4
**risk-benefit** [2] 208/20 212/4
**risk/safety** [1] 209/15
**risks** [3] 178/2 178/11 178/15
**robing** [1] 251/18
**ROBINSON** [1] 155/11
**robust** [2] 225/11 226/19
**rock** [1] 244/23
**rock-hard** [1] 244/23
**role** [8] 171/13 171/15 173/23 174/4 220/7 220/20 223/25 234/21
**rollout** [1] 170/9
**ROMANO** [2] 153/24 258/10
**room** [4] 157/17 157/18 198/24 251/19
**rope** [2] 192/19 193/3
**rope-like** [1] 192/19
**roping** [3] 193/5 244/8 244/14
**Roseland** [1] 154/11
**round** [3] 193/16 252/17 252/17
**routinely** [1] 239/16
**RPR** [1] 258/10
**RPR-CM-CRR** [1] 258/10
**ruling** [1] 255/21
**run** [2] 178/24 183/23

**S**

**sacrocolpopexy** [3] 239/8 239/16 240/23
**safe** [1] 179/15 201/10
**safer** [6] 201/24 202/7 212/7 240/23 247/23 248/3
**safety** [5] 172/12 172/13 205/11 209/15 212/5
**said** [25] 159/16 162/4 181/13 182/3 182/6 182/18 185/9 187/3 187/5 187/11 188/23 190/21 194/5 194/17 195/2 195/21 198/7 199/3 206/18 206/24

210/8 216/5 216/20 225/15 225/16
**sales** [1] 181/22
**same** [21] 166/5 167/23 175/22 176/13 176/15 186/9 188/19 197/18 206/8 207/10 218/8 224/20 225/13 225/16 225/22 226/2 239/25 245/18 248/18 258/8 258/15
**save** [1] 197/19
**saw** [6] 164/7 169/22 182/23 219/13 225/5 248/19
**saying** [5] 178/6 182/11 192/24 201/13 225/16
**says** [21] 172/12 181/5 182/5 182/10 184/4 184/20 188/22 192/9 192/12 195/9 231/10 241/15 242/7 242/14 243/4 243/12 243/16 243/22 246/6 246/25 250/18
**scar** [2] 244/22 246/19
**school** [6] 215/3 215/6 215/10 215/11 215/14 232/16
**science** [1] 226/18
**scientific** [1] 226/13
**scientist** [3] 226/16 241/22 248/25
**scientists** [3] 225/19 226/17 233/22
**scored** [1] 224/14
**SCOTT** [2] 156/4 159/23
**screen** [4] 165/20 165/22 166/3 242/7
**scrunched** [1] 244/20
**seated** [1] 213/18
**second** [4] 211/17 249/14 249/15 249/21
**section** [5] 177/16 217/8 233/15 249/13 250/16
**see** [35] 158/2 165/17 165/21 168/14 169/15 169/18 170/5 171/10 183/24 184/4 184/23 185/2 187/25 189/16 191/12 191/20 192/15 192/23 192/24 194/24 195/17 221/8 224/14 224/23 225/25 226/7 234/22 242/15 244/5 244/8 248/23 249/20 250/20 251/16 257/4 seeing [4] 187/11 217/23 218/4 218/14
**seem** [1] 187/21
**seems** [1] 176/23
**seen** [10] 185/6 185/16 185/22 193/18 195/2 209/11 212/23 218/16 226/3 244/7
**segment** [3] 177/3

177/4 177/5
**selected** [1] 224/17
**sell** [2] 181/14 183/10
**send** [1] 157/16
**senior** [1] 185/25
**sense** [1] 224/3
**sent** [1] 227/13
**sentence** [5] 192/4 239/9 249/15 249/21 250/10
**sentences** [1] 177/20
**September** [3] 241/25 245/8 248/23
**September 13** [1] 248/23
**September 6** [1] 241/25
**sequestration** [2] 157/9 157/15
**serious** [1] 250/12
**serve** [3] 229/14 229/20 229/22
**served** [3] 216/11 232/6 234/8
**serves** [1] 233/23
**Service** [1] 233/15
**SESSION** [1] 153/22
**set** [7] 212/12 222/6 224/10 225/21 226/13 241/5 242/10
**setting** [2] 218/4 222/5
**seven** [3] 224/15 224/23 249/14
**several** [4] 192/2 200/25 219/10 224/8
**several-hundred** [1] 200/25
**severe** [2] 177/25 207/7
**sexual** [2] 184/10 184/17
**SHANIN** [1] 154/3
**shanin.specter** [1] 154/6
**shape** [4] 160/24 192/19 193/13 193/21
**shapes** [1] 193/16
**she's** [1] 208/21
**should** [12] 157/8 184/7 188/14 197/20 206/25 207/25 208/3 208/11 221/17 221/20 225/11 234/22
**show** [8] 205/23 206/2 207/6 207/24 239/9 248/22 252/2 253/24
**showed** [6] 170/18 171/8 176/17 177/16 207/11 244/12
**showing** [1] 202/23
**shown** [6] 165/12 203/17 203/19 206/4 207/7 207/16
**shows** [1] 248/23
**shrinkage** [2] 247/20 249/23
**shrinking** [1] 184/9
**sidebar** [6] 188/2 188/4 195/15 195/18 250/20

250/21
**signed** [2] 173/16 197/14
**significance** [3] 179/20 202/12 244/13
**significant** [22] 171/24 207/8 222/10 242/18 242/20 243/5 243/13 243/18 244/2 244/4 245/12 246/9 247/3 247/9 247/13 250/3 247/25 250/11 251/2 251/25 252/8 252/13
**silver** [1] 179/21
**similar** [2] 233/22 234/21
**simple** [2] 169/2 237/9
**simply** [6] 175/12 204/2 205/12 209/14 241/2 242/22
**since** [6] 170/8 209/3 209/4 230/13 230/16 230/20
**single** [1] 224/21
**sinus** [1] 249/24
**sir** [10] 158/7 161/20 166/11 170/24 174/6 177/18 178/5 179/6 180/4 180/8
**site** [1] 176/25
**situate** [1] 240/21
**situated** [1] 180/18
**six** [1] 168/13
**size** [4] 246/25 247/2 247/9 247/13
**sizes** [2] 247/6 248/8
**skip** [1] 238/24
**SLATER** [21] 154/10 154/10 162/25 165/9 166/4 167/2 176/17 177/16 178/16 180/23 189/6 213/25 225/24 226/11 229/15 230/12 230/22 231/9 231/24 235/24 237/12
**Slater..........................**
**.....180** [1] 156/5
**Slater.........213** [1] 156/6
**slide** [2] 238/10 241/8
**slides** [1] 250/24
**smaller** [1] 247/17
**Society** [1] 233/18
**soft** [3] 243/13 243/16 243/17
**sold** [2] 191/8 194/16
**solely** [1] 217/19
**some** [13] 166/17 172/20 178/17 181/14 182/3 192/20 193/7 194/14 197/5 205/2 213/19 214/22 250/11
**somebody** [1] 187/11
**somehow** [1] 172/25
**someone** [2] 174/22 191/14
**something** [21] 161/7 161/14 171/18 184/15

201/15 211/4 212/14 214/12 223/17 225/6 238/20 239/22 240/2 240/6 242/4 244/24 245/4 246/3 250/6 253/22 255/7
**sometime** [2] 167/3 179/4
**somewhere** [1] 176/10
**soon** [1] 163/19
**sorry** [6] 170/25 185/4 189/8 197/24 212/13 241/14
**sort** [2] 162/20 252/20
**space** [1] 199/4
**SPANN** [1] 155/11
**speak** [3] 202/5 209/7 252/15
**speaking** [1] 225/22
**speaks** [1] 199/12
**specialized** [1] 216/15
**specialty** [2] 216/3 223/3
**specific** [5] 198/6 209/23 212/16 215/21 255/23
**specifically** [6] 164/5 185/19 185/23 198/25 199/12 216/21
**specifics** [2] 175/17 181/21
**SPECTER** [2] 154/3 154/3
**spend** [1] 236/24
**spent** [2] 217/8 236/17
**spoke** [3] 180/25 180/25 208/16
**Square** [1] 154/17
**stack** [1] 165/16
**staff** [2] 217/13 217/17
**stage** [1] 206/25
**stand** [6] 157/25 158/2 159/24 213/20 213/21 233/7
**standardization** [1] 225/6
**standing** [1] 233/6
**started** [5] 162/16 162/18 164/25 230/22 254/3
**starting** [1] 198/11
**stated** [1] 177/10
**Stater** [1] 162/16
**states** [4] 165/7 165/10 171/15 232/19
**stating** [1] 197/3
**statistical** [3] 220/17 221/3 222/3
**stays** [1] 245/10
**step** [1] 200/7
**stepped** [1] 231/4
**stick** [2] 253/19 253/23
**stiffness** [2] 184/7 184/16
**still** [2] 162/14 189/8
**stop** [2] 163/21 250/2
**stopped** [2] 232/22 240/8
**straightforward** [1]

**S**

straightforward... [1] 218/24

strange [2] 183/12 183/14

straps [3] 192/18 192/21 194/2

Street [3] 154/4 155/6 155/12

strengthen [1] 239/6

stress [1] 194/2

stretched [1] 193/7

stricken [1] 253/21

strong [3] 221/5 223/6 227/9

students [2] 220/24 229/22

studied [7] 160/7 160/11 160/12 160/16 160/17 160/22 160/25

studies [25] 160/11 160/13 160/18 173/24 185/10 185/12 185/14 185/15 187/20 189/15 190/2 199/18 202/16 202/18 202/20 203/17 204/25 205/24 208/21 221/7 222/3 224/25 225/2 228/21 237/25

study [48] 160/16 164/19 164/23 165/4 165/10 165/12 166/25 167/22 170/14 171/9 171/11 171/12 171/17 171/22 172/2 172/6 172/11 175/2 175/3 175/24 182/12 182/25 189/7 189/9 189/22 189/25 194/13 202/17 203/8 203/9 203/10 204/24 205/17 206/18 206/22 212/2 212/6 221/6 221/13 221/18 221/24 222/6 237/15 254/2 254/9

stuff [1] 193/18

Subject [1] 191/17

submit [1] 224/9

submits [1] 226/16

submitted [2] 224/13 227/6

subpoena [1] 212/19

subpoenas [1] 204/7

subsequent [2] 163/14 206/7

success [4] 169/3 169/6 169/11 170/13

successful [2] 241/4 242/14

sufficient [1] 190/3

suggest [1] 189/14

suggestions [1] 192/13

Suite [4] 154/14 154/23 155/6 155/12

summarized [1] 203/5

summarizing [1]

162/20

Summers [1] 155/12

superficial [1] 250/18

supervision [1] 219/15

support [5] 175/9 177/2 218/12 239/14 239/24

supported [1] 253/22

surgeon [2] 192/5 204/6

surgeons [1] 194/16

surgeries [4] 169/6 169/12 177/12 219/16

surgery [18] 167/22 172/21 176/25 184/11 209/5 209/9 215/18 216/6 216/21 216/24 217/2 217/3 217/4 217/7 218/5 218/9 219/14 232/10

surgical [11] 177/13 179/17 187/20 206/12 217/10 219/11 230/24 233/4 234/24 240/16 240/17

surgically [1] 235/6

SUSAN [1] 155/11

sustained [6] 189/3 196/13 198/19 232/24 252/21 256/9

suture [8] 178/25 207/17 228/23 238/25 239/3 239/4 239/15 240/22

suture-type [1] 228/23

sutures [2] 235/3 239/5

swear [1] 159/5

Switzerland [1] 191/18

sworn [3] 159/9 159/24 213/17

symptomatic [3] 207/2 238/21 238/22

symptoms [2] 207/3 238/15 241/4

syndrome [2] 157/24 233/5

synopsis [1] 208/15

synthetic [3] 239/19 239/25 241/7

**T**

tailbone [1] 239/13

take [11] 175/12 176/5 176/10 185/19 192/18 200/15 201/4 215/2 215/11 220/3 223/8

taken [3] 200/16 213/9 258/6

takes [1] 223/3

taking [1] 202/15

talk [14] 157/12 199/7 199/16 199/16 199/19 205/17 207/19 212/3 218/17 222/15 228/16 230/25 252/16 253/16

talked [5] 181/5 181/15 197/4 199/14 208/22

talking [12] 168/16

197/11 210/15 215/8 239/2 239/20 245/23 247/5 247/6 247/21 255/6 256/13

TAREK [1] 155/5

task [1] 174/8

taught [2] 219/15 219/15

teach [2] 210/6 232/15

teaching [1] 219/4

team [24] 160/18 163/6 164/3 164/3 164/4 164/10 165/6 166/13 166/19 166/23 167/8 173/21 174/4 174/18 177/13 178/18 179/3 179/9 179/13 179/18 180/3 180/8 180/9 189/14

teams [1] 187/3

technique [2] 186/4 186/14

techniques [2] 181/18 240/4

tell [12] 171/12 171/12 172/10 187/9 214/8 214/25 218/6 222/14 232/23 236/12 238/11 256/21

telling [1] 196/5

ten [2] 200/15 234/19

term [3] 153/7 193/4 239/4

terminology [1] 225/6

terms [5] 224/2 225/21 233/24 237/9 253/4

tertiary [1] 216/9

test [1] 190/24

tested [1] 191/7

testified [11] 157/19 190/13 211/19 211/20 211/23 211/25 212/3 212/5 212/7 212/8 254/17

testify [10] 158/6 158/20 202/7 209/19 209/24 210/4 210/20 249/6 254/16 256/13

testifying [1] 159/13

testimony [13] 157/13 158/12 166/9 184/23 185/2 185/6 201/6 201/12 208/23 212/25 228/17 235/19 237/4 245/24 245/24

tests [1] 190/24

than [21] 166/9 168/22 178/2 182/17 187/22 189/24 199/4 204/20 207/18 208/18 218/23 220/13 224/21 233/7 240/24 243/10 246/7 247/2 247/17 252/14 255/15

that [500]

that's [41] 157/5

157/21 161/23 162/23 166/17 167/17 167/24 168/5 176/4 177/10 178/20 181/6 182/11 182/16 182/19 183/11 183/12 184/18 186/6 186/21 186/23 191/9 191/23 194/17 196/10 197/3 198/5 198/10 198/20 203/14 204/22 204/22 205/22 205/24 211/24 221/24 223/17 231/14 240/2 240/2 255/7

their [23] 193/10 193/10 193/13 193/21 201/22 205/20 211/5 212/23 215/24 216/13 219/11 219/18 219/19 220/24 222/20 222/22 224/21 226/13 238/14 240/16 240/17 254/6 254/9

then-existing [1] 176/21

theoretically [1] 246/13

theory [1] 248/7

there [69] 157/8 158/9 158/17 159/15 161/16 163/2 163/19 163/24 165/3 165/5 168/4 171/8 172/4 172/20 174/18 174/21 175/8 175/15 175/24 177/17 177/18 180/15 180/17 181/14 182/14 183/16 183/22 188/7 189/11 192/3 193/19 193/19 199/12 200/5 201/24 203/3 203/21 203/24 203/24 211/21 212/15 212/20 214/15 216/17 221/13 225/9 229/2 232/4 232/5 233/14 235/14 237/15 238/13 239/20 242/14 244/13 244/21 246/17 246/24 247/12 248/14 250/2 252/6 252/13 252/22 253/2 254/17 255/18

these [15] 187/11 187/18 188/25 193/8 203/17 208/2 219/16 223/9 224/24 224/25 225/2 230/5 237/19 237/19 247/5

thickness [1] 207/9

thing [6] 162/10 182/6 197/18 198/10 207/24 210/8

things [13] 180/24 182/3 196/19 213/6 225/13 225/16 225/17 230/5 233/14 242/17 247/20 253/3 255/16

thinking [1] 188/24

third [2] 212/19 246/6

Thirty [1] 186/19

Thirty-four [1] 186/19

this [157]

THOMAS [1] 155/11

thorough [1] 190/14

those [21] 178/8 185/12 185/14 185/15 199/13 202/20 203/13 204/2 204/15 205/5 205/24 207/11 207/12 218/14 222/3 239/16 240/3 241/3 243/23 249/6 249/10

though [1] 167/14

thought [7] 169/13 170/21 175/10 187/4 188/13 189/2 190/2

three [5] 165/7 177/17 207/2 220/15 232/11

three-year [1] 232/11

through [36] 176/2 180/24 188/17 193/2 193/6 193/12 193/21 195/6 198/8 202/10 202/15 202/19 204/5 204/7 204/12 205/12 205/15 206/14 206/14 206/16 206/23 212/18 212/19 215/3 215/12 217/4 217/21 220/3 227/24 232/12 232/25 234/7 238/16 248/12 253/2 254/25

throughout [1] 215/24

throwing [1] 250/24

timeframe [3] 166/22 179/7 230/9

times [1] 224/24

tismail [1] 155/8

tissue [11] 161/14 208/2 239/6 244/20 244/23 244/24 245/11 245/16 245/20 245/22 249/24

tissues [1] 247/18

title [3] 175/13 186/6 223/19

titled [1] 250/16

today [7] 159/5 159/16 237/21 252/23 255/19 256/6 256/8

together [5] 224/24 239/6 244/18 247/19 254/8

told [3] 178/21 198/5 201/14

TOMASELLI [1] 155/5

tomorrow [3] 251/7 255/21 257/4

too [8] 161/9 182/8 182/10 182/18 221/14 233/2 251/10 256/10

took [4] 174/7 208/5 208/9 245/17

toolkit [1] 190/14

tools [2] 175/17 192/25

top [5] 165/16 181/6 191/13 239/11 241/24

**T**

topic [2] 173/9 211/5
topics [1] 201/15
totally [1] 256/23
touch [2] 201/9 201/15
traditional [3] 169/6
169/12 177/12
trained [1] 203/21
training [10] 174/2
215/21 216/25 217/3
217/21 219/11 220/13
220/19 222/2 223/16
TRANSCRIPT [2]
258/7 258/14
transition [2] 179/2
200/13
transitioned [1] 178/17
transpired [7] 188/3
189/4 195/18 196/14
200/18 250/21 251/18
transposed [1] 245/17
Transvaginal [1] 186/4
treat [2] 177/14 235/5
treating [3] 171/13
179/16 238/13
treatment [12] 171/4
171/16 172/14 176/21
221/21 221/22 221/23
221/24 238/8 238/11
240/24 243/19
treatments [1] 217/10
trial [9] 153/3 153/20
202/17 204/7 221/11
221/16 228/23 229/2
258/6
trials [3] 187/21 221/9
224/17
triangular [1] 193/16
tried [1] 182/7
true [5] 167/24 177/8
191/9 194/9 205/23
TUCKER [1] 154/22
tuckerellis.com [1]
154/24
turn [8] 162/24 164/19
168/9 176/19 177/17
191/20 242/2 248/21
turned [3] 216/2
221/21 221/22
Turning [1] 171/7
turns [3] 244/22
246/23 249/20
TVM [31] 160/15
160/18 161/2 164/19
165/6 165/10 165/13
166/12 166/18 170/14
171/13 175/17 179/12
181/17 182/12 182/25
185/8 185/11 189/7
189/9 190/2 191/23
193/24 194/5 202/18
204/25 206/5 206/17
206/24 207/4 212/5
two [12] 165/3 165/5
177/20 186/20 198/20
202/14 205/5 221/16
221/19 225/19 242/18
253/13

**U**

two-day [1] 225/19
type [4] 157/24 228/23
239/12 239/21
types [2] 232/13 241/3

U.S [1] 203/9
ultimately [1] 241/19
Ultrapro [13] 202/6
242/19 242/22 242/23
243/4 243/10 243/16
244/10 245/21 245/25
246/7 246/25 247/23
ultrasound [2] 207/5
207/8
unacceptable [1]
177/9
under [5] 159/9 159/17
177/17 231/6 258/15
undercounted [1]
203/10
undergo [1] 210/5
underlying [1] 237/25
underneath [1] 177/6
understand [15]
157/10 159/8 159/11
169/14 178/5 190/25
194/23 210/13 213/19
222/4 222/9 235/25
236/11 236/13 240/7
understanding [6]
159/12 161/21 169/5
170/17 171/2 180/4
understood [2] 164/2
210/17
unfortunately [1]
232/24
unit [2] 178/22 223/21
United [2] 165/7
165/10
universities [1] 222/22
University [9] 215/4
215/6 220/9 220/15
229/9 229/23 232/2
232/7 232/15
unless [2] 236/12
258/15
unmet [1] 184/10
184/15
unqualified [5] 208/25
209/14 209/16 210/2
210/3
unreliable [6] 253/8
253/10 253/15 254/23
255/7 255/16
until [4] 169/17 231/3
231/8 232/6
unusual [2] 174/18
174/21
up [21] 166/3 174/11
176/9 179/15 197/21
197/25 204/13 212/12
214/5 221/9 222/5
222/6 225/20 237/6
237/7 238/7 238/10
242/10 244/18 250/24
251/23
updated [1] 248/15
upon [3] 204/23 246/3

252/4
urinary [4] 217/11
218/21 218/24
urogynecology [9]
186/9 208/8 223/2
225/10 227/21 232/11
233/17 233/20 235/13
urology [1] 218/22
using [3] 225/12
239/12 239/21
utilize [1] 234/24

**V**

vagina [6] 177/5 239/5
239/7 239/11 245/15
245/19
vaginal [9] 173/2
176/24 177/3 177/4
207/12 245/20 245/22
246/21 249/23
validly [1] 205/10
variables [1] 221/14
various [2] 202/12
235/8
VD [1] 156/3
verbiage [1] 181/17
verification [1] 193/18
version [3] 167/4
197/13 197/14
versions [1] 173/14
vetted [1] 212/22
viable [1] 201/10
vice [2] 155/6 155/12
vicious [1] 246/23
videos [2] 240/16
244/7
view [3] 164/17 169/10
180/9
viewed [1] 177/13
187/2
views [2] 185/8 208/10
Vince [1] 204/6
Vincent [1] 254/3
visible [2] 172/25
173/3
visited [1] 192/13
visual [1] 173/4
vitro [1] 245/24
voice [1] 214/5
Volpe [1] 185/2
volume [2] 153/20
237/16
vote [1] 187/7
Vypro [2] 182/7 246/8

**W**

wait [4] 166/7 166/7
199/15 253/9
waiting [1] 238/19
walk [2] 205/12 206/14
walked [1] 176/2
Walking [1] 234/25
wall [3] 239/4 239/5
239/6
want [20] 157/16
157/17 157/22 158/16
159/16 166/8 177/21
179/6 189/17 201/15
201/16 201/20 211/17

224/2 233/15 242/13
252/16 252/24 256/11
256/22
wanted [7] 181/13
183/9 192/14 216/24
218/10 220/10 234/9
wants [1] 183/22
was [185]
wasn't [5] 169/17
194/21 218/3 223/6
223/6
watch [1] 210/14
watch [1] 198/24
watchful [1] 210/5
way [20] 179/16 188/11
197/25 198/7 210/5
210/6 218/8 221/9
221/15 221/16 222/8
223/8 237/15 239/25
242/11 245/19 251/3
252/2 256/5 256/8
we're [2] 164/16
175/19
WEBER [16] 156/6
157/4 157/23 158/10
158/11 200/20 200/22
200/24 204/12 205/6
209/2 213/14 213/16
214/2 214/10 235/12
Weber's [1] 255/23
weeds [1] 161/9
weight [1] 246/6
welcome [1] 214/22
well [17] 158/22
163/24 164/2 171/11
175/7 176/8 176/11
182/11 183/4 213/8
218/15 220/25 222/3
225/15 226/19 238/3
253/19
well-woman [1] 218/15
went [10] 178/18
186/10 204/12 215/5
215/11 215/12 215/14
231/25 232/12 246/15
were [69] 159/13 160/5
160/7 161/17 162/12
162/20 162/21 163/3
163/10 164/8 164/8
165/3 165/5 165/8
165/12 168/12 170/7
170/13 175/8 175/15
175/9 179/7 179/21
180/8 181/14 185/8
185/10 185/12 185/13
185/15 186/14 187/4
189/7 189/10 190/20
190/24 193/9 194/13
198/11 199/4 201/24
203/10 204/8 204/15
204/19 205/7 208/16
204/19 205/7 208/16
222/4 222/7 223/22
225/12 226/17 227/9
232/13 232/14 232/18
233/2 233/14 233/19
234/2 234/11 248/8
254/8

West [1] 155/6
Wet [1] 242/8
what [148]
what's [10] 177/10
196/7 196/11 204/8
214/15 216/8 247/9
247/11 250/22 251/20
whatever [3] 197/21
242/12 256/22
whatnot [1] 247/18
when [36] 158/5 167/7
168/16 169/14 169/20
169/22 174/11 179/2
182/7 186/14 187/7
193/2 193/6 193/8
193/11 193/20 197/5
198/3 199/8 203/21
204/18 217/12 218/17
221/17 222/5 224/19
225/14 229/5 231/5
231/17 232/13 244/16
247/5 247/11 247/17
251/8
where [40] 162/16
162/18 162/20 165/7
168/19 172/20 185/3
186/16 187/10 193/19
199/3 205/6 206/5
206/8 206/18 206/24
207/2 207/5 207/10
208/9 214/9 215/2
215/12 216/12 218/4
219/14 221/7 221/11
221/12 221/25 224/8
223/21 234/19 239/5
239/23 242/10 242/11
244/7 244/24 246/23
whether [18] 157/18
160/6 161/21 166/10
167/9 170/7 172/7
178/10 180/4 180/9
189/17 189/24 227/8
227/10 240/22 247/22
249/6 252/9
which [28] 166/22
174/7 186/20 192/19
198/12 202/25 203/23
205/19 207/22 211/21
215/6 217/3 217/5
218/19 219/9 223/3
224/15 225/23 226/17
227/13 232/4 232/10
233/23 238/14 238/18
241/5 249/13 252/12
while [3] 157/18
159/13 251/6
who [19] 157/3 158/13
163/3 173/16 182/13
191/24 192/5 209/12
191/19 216/11 216/14
217/6 219/2 224/22
226/18 234/8 248/18
249/5 255/5
whole [2] 191/5 201/18
why [27] 157/8 158/4
162/9 163/23 175/5
192/13 205/22 208/11
208/11 209/25 228/12
229/11 230/25 232/2

**W**

**why... [13]** 232/23 241/2 243/7 243/15 243/18 244/4 245/14 246/11 246/16 247/9 248/4 250/10 256/20
**will [61]** 158/7 158/23 165/17 165/24 165/25 171/11 176/10 180/18 187/25 200/15 201/4 201/6 201/7 201/8 201/9 201/11 201/14 202/9 202/14 202/15 202/18 202/23 202/25 203/8 203/19 203/21 203/23 204/2 204/5 204/15 205/3 205/9 205/11 205/12 205/15 205/17 205/20 205/23 206/2 206/4 206/13 206/21 206/23 207/3 207/14 207/19 207/22 208/18 208/22 222/15 224/22 237/23 249/20 250/20 251/7 251/16 253/22 253/24 254/16 255/13 256/9
**within [5]** 173/2 178/18 179/6 186/19 245/20
**without [4]** 161/8 177/24 193/25 241/5
**witness [14]** 157/3 159/24 188/17 190/7 196/9 200/9 200/11 200/20 212/17 213/12 235/18 250/25 251/23 255/15
**witness' [1]** 252/25
**witnesses [2]** 156/3 254/16
**woman [7]** 218/15 238/21 243/21 246/14 246/22 248/6 248/8
**woman's [1]** 198/4
**women [21]** 184/12 184/16 186/24 193/9 206/20 206/25 207/6 207/12 215/24 216/3 217/4 217/6 217/9 217/23 218/4 218/11 218/14 219/2 223/4 223/8 238/13
**Womens [2]** 229/8 231/25
**wood [1]** 246/24
**word [4]** 205/22 208/5 211/21 241/17
**words [2]** 225/13 252/18
**work [14]** 160/25 161/20 165/21 173/24 174/4 179/8 179/11 179/19 180/8 231/14 236/15 236/20 237/11 243/9
**worked [2]** 191/24 232/25
**working [4]** 178/22

224/20 230/22 231/2
**world [3]** 189/18 222/19 225/20
**Worldwide [1]** 173/18
**worse [1]** 204/19
**would [84]** 160/21 163/13 164/2 167/12 168/19 168/24 169/4 172/18 172/24 173/5 173/18 174/11 175/10 176/7 176/19 177/5 177/15 182/23 183/2 183/8 185/14 186/25 187/6 188/23 189/2 189/21 190/2 190/17 190/22 190/25 191/2 193/12 193/13 193/13 196/5 196/18 196/24 197/5 198/3 198/8 198/14 200/14 202/7 203/2 206/19 213/3 213/20 213/21 214/4 218/13 218/15 219/10 219/12 219/13 222/10 223/11 224/10 225/18 226/20 227/3 227/5 227/7 227/12 227/23 231/6 231/12 233/25 234/19 234/20 235/12 238/7 240/23 241/4 242/2 243/20 244/11 245/21 245/24 246/14 248/8 249/4 249/17 255/22 255/24
**wouldn't [1]** 183/9
**wound [1]** 178/22
**write [3]** 211/4 225/14 229/24
**writes [1]** 192/2
**writing [3]** 187/15 230/15 231/8
**written [4]** 191/21 214/18 228/3 228/22
**wrong [5]** 196/7 196/11 208/11 252/6 253/3
**wrote [6]** 184/18 190/13 194/6 194/15 208/7 211/6
**WV [1]** 155/13

**Y**

**Yeah [1]** 183/25
**year [13]** 168/6 182/15 183/2 189/13 189/15 203/7 208/5 209/3 215/17 219/9 232/11 232/12 232/14
**years [11]** 179/11 194/7 194/10 194/12 215/8 215/13 215/16 218/10 219/10 220/16 226/25
**yes [163]**
**you've [1]** 236/17
**young [2]** 184/12 206/20
**younger [1]** 234/9
**yourself [2]** 182/20

226/22

# In The Matter Of:

*Hammons v.*
*Ethicon, et al.*

---

*(Jury Trial-Morning)*
*Vol. VI*
*December 8, 2015*

---

*John J. Kurz, RMR, CRR, Official Court Reporter*
*City of Philadelphia*
*First Judicial District Of Pennsylvania*
*100 South Broad Street, 2nd Floor*
*Philadelphia, PA 19110*

Original File 08DECEMBER-2015-HAMMONS-AM-FINISHED.txt

Min-U-Script® with Word Index

**(Jury Trial-Morning) Vol. VI - December 8, 2015**
**Hammons v. Ethicon, et al.**

---

```
 1  IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
        FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
 2                CIVIL TRIAL DIVISION

 3    _____
                          :
 4  IN RE: PELVIC MESH LITIGATION :
                          :
 5  _____
                          :
 6  PATRICIA HAMMONS       : MAY TERM, 2013
              Plaintiff    :
 7                         :
        v.                 :
 8                         :
 9  ETHICON, INC., et al., :
              Defendants   : NO. 3913
10                   - - -

11         TUESDAY, DECEMBER 8, 2015

12                   - - -

13              COURTROOM 246
                  CITY HALL
14         PHILADELPHIA, PENNSYLVANIA

15                   - - -

16  B E F O R E: THE HONORABLE MARK I. BERNSTEIN, J.,
              and a Jury
17

18         JURY TRIAL — VOLUME VI

19

20              MORNING SESSION

21

22  REPORTED BY:
      JOHN J. KURZ, RMR, CRR
23      REGISTERED MERIT REPORTER
        CERTIFIED REALTIME REPORTER
24      OFFICIAL COURT REPORTER

25
```

---

- HAMMONS -vs- ETHICON, et al. -                                    Page 3

```
 1  A P P E A R A N C E S:   (Continued)

 2

 3    GOLDMAN, ISMAIL, TOMASELLI, BRENNAN & BAUM, LLP
 4      BY:  TAREK ISMAIL, ESQUIRE
              (admitted pro hac vice)
 5        564 West Randolph Street, Suite 400
              Chicago, Illinois 60661
 6      T: 312-681-6000 F: 312-881-5190
        E-mail: tismail@goldmanismail.com
        Counsel for Defendants Ethicon and Johnson &
 7                    Johnson

 8

 9         THOMAS COMBS & SPANN, PLLC
10      BY:  SUSAN M. ROBINSON, ESQUIRE
              (admitted pro hac vice)
11        300 Summers Street, Suite 1380
              Charlestown, WV 25338
12      T: 304-414-1800 F: 304-414-1801
        Counsel for Defendants Ethicon and Johnson &
13                    Johnson

14

15

16      Also Present:

17         Charles Tasco, Court Crier

18

19

20

21

22

23

24

25
```

---

- HAMMONS -vs- ETHICON, et al. -                                    Page 2

```
 1  A P P E A R A N C E S:

 2    KLINE & SPECTER, A Professional Corporation
 3      BY:  SHANIN SPECTER, ESQUIRE
        BY:  KILA B. BALDWIN, J.D., ESQUIRE
 4          1525 Locust Street
            The Nineteenth Floor
 5        Philadelphia, Pennsylvania 19102
        T: 215-772-1000 F: 215-735-0937
 6      E-mail: shanin.specter@klinespecter.com
        kila.baldwin@klinespecter.com
 7      Counsel for Plaintiff Hammons

 8

 9      MAZIE, SLATER, KATZ & FREEMAN
10      BY:  ADAM M. SLATER, ESQUIRE
          103 Eisenhower Parkway
          Roseland, New Jersey 07068
11      T: 973-228-0454 F: 973-228-0303
        E-mail: aslater@mskf.com
12      Counsel for Plaintiff Hammons

13

14

15      DRINKER BIDDLE & REATH, LLP
16      BY:  MOLLY E. FLYNN, ESQUIRE
          One Logan Square, Suite 2000
17    Philadelphia, Pennsylvania 19103-6996
        T: 215-988-2836 F: 215-988-2757
18      E-mail: molly.flynn@dbr.com
        Counsel for Defendants Ethicon and Johnson &
19                    Johnson

20

21          TUCKER ELLIS, LLP
22      BY:  MATTHEW P. MORIARTY, ESQUIRE
          950 Main Avenue, Suite 1100
23        Cleveland, Ohio 44113-7213
        T: 216-696-2276 F: 216-592-5009
24      E-mail: matthew.moriarty@tuckerellis.com
        Counsel for Defendants Ethicon and Johnson &
25                    Johnson
```

---

- HAMMONS -vs- ETHICON, et al. -                                    Page 4

```
 1              - I N D E X -

 2  WITNESSES              VD    DR    CR    RD    RC

 3  ANNE M. WEBER, M.D.

 4    By Mr. Slater        --    19    --    --    --

 5    By Ms. Robinson      --    --   100    --    --

 6

 7

 8

 9         E X H I B I T S

10  N O .                          P A G E  N O .

11  P-1666    Abstract                       19

12  P-1754    French TVM Study               38

13  P-1735    TVM Study, Primary Endpoint    43

14  P-1737    TVM Study Mesh Exposure Rate   45

15  PLT-0227  medical article                47

16  P-3196    Research funding agreement     49

17  P-3215    e-mail with abstract 2009      52

18  P-2137    Clinical Expert Report Jan 2005 61

19  PLT-0629  abstract from TVM group        73

20  PLT-0089  article from TVM group         74

21  P-1499    abstract from French TVM group 75

22  P-2640    PowerPoint from meeting in Paris
                on September 29, 2005         77

23

24  PLT-0489  medical article-ultrasound     79

25  P-1706    IUGA meeting slide             83
```

---

**(Jury Trial-Morning) Vol. VI - December 8, 2015**
**Hammons v. Ethicon, et al.**

---

- HAMMONS -vs- ETHICON, et al. -                          Page 5

```
 1            - I N D E X - (Continued)
 2            E X H I B I T S
 3 N O.                              P A G E  N O.
 4 PLT-0151    article, systematic review        85
 5 PLT-0011    Practice Bulletin                  87
 6 PLT-0506    letter to editor of IUG            93
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

- HAMMONS -vs- ETHICON, et al. -                          Page 6

```
 1           P R O C E E D I N G S
 2        (Time: 9:45 a.m.; Morning Session.)
 3              - - -
 4        (The following transpired in open
 5 court outside the presence of the jury:)
 6              - - -
 7        THE COURT: Is there anything we can
 8 accomplish now?
 9        MR. ISMAIL: One issue we'd like to
10 address, Your Honor.
11        THE COURT: Yes, sir.
12        MR. ISMAIL: This relates to the
13 testimony of Dr. Weber.  In the proffer that
14 counsel made to the Court, there was a specific
15 exchange as to whether or not Dr. Weber would
16 address Mrs. Hammons.
17        THE COURT: Yes.
18        MR. ISMAIL: And there was a
19 representation that there was no such testimony
20 expected from Dr. Weber.
21        THE COURT: Yes.
22        MR. ISMAIL: Upon reviewing the
23 transcript last night, there was a question --
24 two questions and answers which used the pronoun
25 "her" rather than Ms. Hammons.  But in reviewing
```

---

- HAMMONS -vs- ETHICON, et al. -                          Page 7

```
 1 the transcript in context --
 2        THE COURT: What page?
 3        MR. ISMAIL: So the question and
 4 answer was -- the first one is at Page 240, Line
 5 20.
 6        I have a copy.
 7        THE COURT: I got it.
 8        MR. ISMAIL: Very good.
 9        THE COURT: Yeah.  Any other?
10        MR. ISMAIL: And then the follow-up
11 question onto Page 241, "And very simply, why is
12 that?"
13        And then the witness volunteers her
14 symptoms in the answer.
15        THE COURT: Yeah.  Yeah.
16        And she also put up -- or counsel put
17 up that she confirmed a list of everything that
18 she had reviewed.  Were there any medical
19 records of Ms. Hammons --
20        MR. SLATER: Yes.
21        THE COURT: -- on that list?
22        There were, okay.
23        You did not mention that in your
24 offer of proof, correct?
25        MR. SLATER: I'm going to try to find
```

---

- HAMMONS -vs- ETHICON, et al. -                          Page 8

```
 1 the exact words, Your Honor.
 2        THE COURT: Fine.  Good.
 3        MR. SLATER: When I talked about
 4 it --
 5        THE COURT: Wait.  If you're going to
 6 try to find the exact words, then we'll wait.
 7        MR. ISMAIL: May I?
 8        THE COURT: May you what?
 9        MR. ISMAIL: Show you his exact
10 words.
11        THE COURT: Yeah.  That would be
12 great.  Where is his exact words?
13        MR. ISMAIL: Page 209.
14        MR. SLATER: Is this the proffer?
15        MR. ISMAIL: This is the proffer.
16        THE COURT: 209.
17        MR. ISMAIL: And at Line 18, Your
18 Honor asked the question, and the response is
19 given at Line 22.
20        THE COURT: "I do not intend to
21 elicit any opinions specific to the plaintiff."
22        Was that another mistake, Mr. Slater?
23        MR. SLATER: Your Honor, the two
24 things that happened yesterday were, number one,
25 the materials reviewed, as I learned with
```

---

**(Jury Trial-Morning) Vol. VI - December 8, 2015**
**Hammons v. Ethicon, et al.**

1  Dr. Elliott, the full amount of things she
2  reviewed should be there so that it's understood
3  what she saw. I didn't want her to then be
4  cross-examined, hey, you didn't tell us you saw
5  these things.
6           The issue with the alternative
7  procedures is simply this: I couldn't ask the
8  question, I didn't think, logically without
9  placing it in the context of the patient; that
10 these were alternatives available that would be
11 reasonable for her. That's it.
12          THE COURT: What's it?
13          MR. SLATER: That's all I did. I
14 didn't think there was any other way to place
15 it -- to put it in without an appropriate
16 context.
17          THE COURT: So this was not a second
18 mistake. This was an intentional asking about
19 her after having said in your offer of proof
20 that you don't intend to elicit anything
21 specific to her; is that what you're telling me?
22          MR. SLATER: I -- I -- I don't see it
23 as a intentional violation of anything. I
24 wasn't trying to violate anything. I made the
25 proffer as best I could, Your Honor.

1  was talking about. That's what I intended to
2  convey; that we weren't going to go through her
3  medical course, say this was caused by this,
4  that was caused by that. I wasn't going to get
5  into it and we're not going to. That was what I
6  intended to convey, Your Honor.
7           And if the issue of the proffer was
8  whether she was qualified, she certainly is
9  qualified to have said these were safe
10 alternatives for this patient.
11          THE COURT: So, "I do not intend to
12 elicit any opinions specific to plaintiff." Any
13 means what?
14          What does the word "any" mean in that
15 context?
16          MR. SLATER: I understand what it
17 means, Your Honor.
18          THE COURT: What does it mean?
19 Because maybe we're using a common word to mean
20 two different things.
21          MR. SLATER: My intention was talking
22 about --
23          THE COURT: No. What does the word
24 "any" mean in that sentence?
25          MR. SLATER: I assume it means any.

1           THE COURT: No. I don't know about
2  violate. But it was inconsistent, intentionally
3  inconsistent with what you had said at the
4  proffer, right?
5           MR. SLATER: I didn't know how else
6  to make it relevant, Your Honor.
7           THE COURT: "I didn't know how else,"
8  which means that I've thought about it and I
9  decided that this is how I should do it even
10 though in the proffer I had said the exact
11 opposite; is that what you mean?
12          MR. SLATER: I don't believe that I
13 mean that I intentionally did anything, Your
14 Honor.
15          THE COURT: Okay. So then how could
16 it happen that on a proffer you specifically say
17 I don't intend and then 60 pages later you ask
18 the exact question?
19          MR. SLATER: When I talked about --
20          THE COURT: It's not a mistake and
21 it's not intentional. Tell me what it is, then.
22          MR. SLATER: What I intended when I
23 talked about Ms. Hammons was that we weren't
24 going to ask causation questions or about what
25 happened to her due to the mesh. That's what I

1  I don't have a definition.
2           THE COURT: You can't define -- no
3  definition of the word "any."
4           MR. SLATER: I think "any" has a
5  common, understood term. I'm not disputing --
6           THE COURT: And what is your commonly
7  understood term?
8           MR. SLATER: Any means none.
9           THE COURT: "None."
10          MR. SLATER: But I was intending to
11 convey causation opinions, which was I thought
12 what they were concerned about from the
13 conversation.
14          I was rushing through this. I went
15 as quickly as I could, but that's what I
16 intended to convey. And, again, the proffer was
17 for purposes of them to object to her testimony.
18 There was no legitimate objection to her
19 qualifications.
20          THE COURT: No. The proffer -- I
21 don't know what you thought the proffer was for.
22 I don't read minds, but the proffer was so that
23 you could tell opposing counsel what of the
24 500-plus pages of her report they had to expect
25 in testimony. Because it would be improper, in

**(Jury Trial–Morning) Vol. VI - December 8, 2015**
**Hammons v. Ethicon, et al.**

| - HAMMONS -vs- ETHICON, et al. -                                    Page 13 |
|---|

1  my opinion, to force counsel to expect anything
2  in an overly inclusive, obviously huge amount of
3  paper.
4         Yes. So what flows from this,
5  Counsel?
6         **MR. ISMAIL:** Your Honor, what flows
7  from this, we think the question and answer
8  should be stricken from the record. The jury
9  should be instructed that Dr. Weber is not
10 offering any opinions and her testimony is not
11 as to Mrs. Hammons.
12        And I'll point out, Your Honor, that
13 the second question, Dr. Weber volunteered the
14 very causation opinion --
15        **THE COURT:** Remind me what page it
16 is. I didn't mark it.
17        **MR. ISMAIL:** 241, Line 3 is the
18 beginning of her answer.
19        **THE COURT:** That's not a causation
20 opinion.
21        **MR. ISMAIL:** "Without introducing the
22 set of complications she has developed."
23        **THE COURT:** I don't think it's a
24 causation opinion.
25        So what do you want me to do? You

| - HAMMONS -vs- ETHICON, et al. -                                    Page 14 |
|---|

1  want me to read it to the jury and tell them to
2  disregard it?
3         **MR. ISMAIL:** I would like -- no, in
4  answer to your question, Your Honor.
5         We would like Your Honor to strike
6  Pages 240, Line 20, through 241, Line 6, and
7  that the jury should be instructed that
8  Dr. Weber does not -- is not offering any
9  opinions about Mrs. Hammons.
10        **THE COURT:** So can you tell me why
11 you didn't object when that happened.
12        **MR. ISMAIL:** Your Honor, the
13 question -- well, given the proffer, we weren't
14 expecting testimony about Mrs. Hammons. The
15 question didn't have Mrs. Hammons in the name --
16 in the form of the question. Actually until we
17 went back and looked and saw the pronoun "she"
18 in the question and the answer did we realize
19 what had been elicited from the witness.
20        **THE COURT:** Okay. Mr. Slater, do you
21 wish to address that request?
22        **MR. SLATER:** Your Honor, we object to
23 that request.
24        The ultimate reason -- and I
25 understand that they wanted notice --

| - HAMMONS -vs- ETHICON, et al. -                                    Page 15 |
|---|

1         **THE COURT:** Wait. As I believe, it
2  was the Court that said what's your proffer.
3         **MR. SLATER:** Yes, Your Honor.
4         **THE COURT:** And you didn't want to
5  tell them, give away your full direct
6  examination. And I think I said you don't have
7  to, but it makes their objection easy.
8         So do you want to address the remedy
9  that defense is asking for.
10        **MR. SLATER:** Yes, Your Honor. I
11 think that that remedy should not be imposed.
12 Dr. Weber's testimony is appropriate. It is --
13 she's well-qualified to provide that opinion.
14 There was no -- again, there was no surprise to
15 them. They know she held that opinion. It's
16 very narrow on one narrow issue. They did not
17 object. I could have cured it at that point and
18 just said, okay, let's talk in general if they
19 objected to the mention of "her," and that's it.
20 I used one pronoun. I understand. I do not
21 dispute what Your Honor is saying. I'm telling
22 you what I sincerely believed when I told you
23 what I was going to do. There is no cause to
24 strike any testimony. The opinion's
25 appropriate. And they have no reasonable

| - HAMMONS -vs- ETHICON, et al. -                                    Page 16 |
|---|

1  objection to her qualification or that they were
2  not on notice that she had that opinion since
3  she's always held that opinion in this case.
4         **THE COURT:** Anything further? Is
5  there anything further?
6         Is there anything further?
7         **MR. ISMAIL:** No, Your Honor.
8         **THE COURT:** Okay. The testimony at
9  Page 240, Line 20, through 241, Line 6 is
10 stricken, and the Court will instruct the jury
11 about the limits of Ms. Hammons -- of
12 Ms. Weber's testimony; namely, that there will
13 be no specific opinions about Ms. Hammons
14 offered.
15        Is there anything further that we can
16 accomplish at this time?
17        **MR. SLATER:** No.
18        **MR. ISMAIL:** No, Your Honor.
19        **THE COURT:** Okay. We'll wait for the
20 juror.
21        (Pause in the proceedings.)
22        **THE COURT:** Charles is bringing in
23 the jury.
24        **MR. SLATER:** Judge, should I have
25 Dr. Weber go up first or wait till the jury is

(Jury Trial-Morning) Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

1 seated?
2          THE COURT: Hold on. No. You better
3 wait.
4          COURT CRIER: Please remain seated
5 until the jury has reached the jury box.
6              - - -
7          (Whereupon the jury entered the
8 courtroom at 10:01 a.m.)
9              - - -
10         (The following transpired in open
11 court in the presence of the jury:)
12             - - -
13         THE COURT: Good morning, ladies and
14 gentlemen.
15         JURY PANEL: Good morning.
16         (Witness resumed the witness stand.)
17         COURT CRIER: Raise your right hand.
18 Do you solemnly swear or if you affirm, do you
19 affirm that you will answer every question
20 truthfully?
21         THE WITNESS: Yes.
22         COURT CRIER: State your name for the
23 record, please.
24         THE WITNESS: Anne Margaret Weber.
25         COURT CRIER: Spell your last name.

1          THE WITNESS: W-E-B-E-R.
2          COURT CRIER: Thank you. Please keep
3 your voice up for the jury, please.
4          THE WITNESS: Thank you.
5          THE COURT: Ladies and gentlemen of
6 the jury, yesterday you may have heard or
7 understood some of the testimony to apply to a
8 specific opinion concerning Ms. Hammons. This
9 expert, Ms. Weber, has not been called to offer
10 any opinions specifically about Ms. Hammons. So
11 if you understood any testimony to refer
12 specifically to Ms. Hammons, you are to
13 disregard that testimony. It's stricken from
14 the record.
15         Are we ready to go?
16         MR. SLATER: We are, Judge.
17         THE COURT: Proceed.
18         MR. SLATER: Thank you.
19             - - -
20         ... ANNE M. WEBER, M.D., after having
21 been first duly sworn, was examined and
22 testified as follows:
23             - - -
24         DIRECT EXAMINATION
25             - - -

1 BY MR. SLATER:
2 Q. Good morning, Dr. Weber.
3 A. Good morning.
4 Q. Doctor, in order to speed things along, I've
5    stacked up a series of exhibits in front of you.
6    We'll go through them in order. I'm not going to
7    have to walk up and hand them to you, so I'll just
8    identify them as we go, okay?
9 A. Yes.
10 Q. Okay. What I'd like to start out with is the
11    exhibit on the top of the pile, it's P-1666.
12             And is this a document you're
13    familiar with?
14 A. Yes.
15 Q. Please tell the jury what that document is.
16 A. This is an abstract that was presented at a
17    scientific meeting representing results from one of
18    the Ethicon-sponsored studies about the Gynemesh PS
19    mesh.
20 Q. What was the name of that study?
21 A. Gynemesh PS Mesh.
22 Q. Okay. And what was it that the doctors were
23    doing in that study?
24 A. They were using the Gynemesh PS mesh in
25    different prolapse operations, abdominally and

1 vaginally, in the treatment of women with prolapse.
2 Q. And they were evaluating how the mesh reacted
3    in the body?
4 A. Yes.
5 Q. Just one thing, you don't have to lean down to
6    the mic.
7 A. Okay.
8 Q. I don't want to make you uncomfortable.
9             Okay, Doctor. Now, who are the
10    investigators? Who were listed as the investigators
11    for the study or the ones that authored this
12    abstract?
13 A. The authors of this abstract are Dr. Lucente,
14    Dr. Hale, Dr. Miller -- those are urogynecologists
15    who are paid consultants of Ethicon -- and
16    Dr. Madigan who is an Ethicon employee.
17 Q. Now, did you have an opportunity to review data
18    with regard to this study?
19 A. Yes, I did.
20 Q. And what did you do in order to evaluate what
21    was found by the study? Tell the jury what you did.
22 A. I reviewed the Case Report Forms, which is a
23    term that's used in research to describe what we
24    call the raw data. So before it gets collected all
25    together and the analysis begins, where -- whoever

- ANNE M. WEBER - DIRECT -                                     Page 21

1  is recording the data is actually putting down the
2  information about that patient on paper.
3  Q.  And tell us a little more about a Case Report
4    Form.  What's the purpose and how are they
5    constructed?  And you can talk about the ones in
6    this study specifically.
7  A.  Yes.
8        So the Case Report Forms include the
9  information that's intended to be collected in the
10  course of the study.  The patient is assigned a
11  number so that it doesn't -- her name isn't on the
12  paper so this is, for the purposes of the patient,
13  is important for confidentiality.  And then there's
14  a set of documents that are the beginning and then
15  different points in time as she goes through
16  follow-up.  And this is to record what's been
17  specified in the protocol as to the important points
18  to consider.
19        And something that's important to
20  remember is that if it's not in the protocol and
21  it's not on the Case Report Form, if it's not
22  specifically asked for, you can easily realize it's
23  not going to be captured.  That piece of information
24  won't get captured.
25  Q.  Was there any type of medical issue that was

- ANNE M. WEBER - DIRECT -                                     Page 22

1  not listed on the Case Report Forms that was
2    significant to you?
3  A.  Yes.
4  Q.  Tell the jury what wasn't asked for on those
5    forms.
6  A.  The Case Report Forms didn't have any
7  recording -- any spot to record specifically the
8  recurrence of mesh contraction or retraction, which
9  is a very important complication that occurs with
10  Gynemesh PS mesh.
11  Q.  Okay.  Now, this abstract, this was presented
12    someplace to other doctors?
13  A.  Yes.
14  Q.  And there's data on it and results listed,
15    right?
16  A.  Yes.
17  Q.  Okay.  Let's put up the PowerPoint slide of the
18    Gynemesh PS study, please.
19            (Technician complied.)
20            (Document displayed.)
21  BY MR. SLATER:
22  Q.  Okay.  Doctor, please walk the jury through
23    what this slide that was prepared -- what that
24    shows; what that tells the jury.
25  A.  Yes.

- ANNE M. WEBER - DIRECT -                                     Page 23

1        So the study abstract reports certain
2  results, including the mesh exposure which has also
3  been termed mesh erosion, the prolapse recurrence
4  rate, meaning does the prolapse come back.  And
5  Ethicon, in the context of this abstract, reported
6  certain rates.  As you can see, 9.4 percent of women
7  who experienced a mesh exposure by one year and
8  24 percent of women who experienced a prolapse
9  recurrence by one year.
10  Q.  How many patients were studied?
11  A.  All together, 169 patients were entered into
12  the study.  A smaller number of those women reached
13  one year of follow-up, and that's represented in the
14  129 patients there.
15  Q.  Now, so you have the Ethicon rate, those are
16    the rates that are in this abstract that was
17    reported?
18  A.  Yes.
19  Q.  What is the column "actual corrected"?  What
20    does that mean?
21  A.  So that represents what I calculated based on
22  my independent review of the Case Report Forms
23  themselves.
24  Q.  Now, the way that you reviewed these Case
25    Report Forms -- first of all, what kind of a volume

- ANNE M. WEBER - DIRECT -                                     Page 24

1  of paper are we talking about?
2  A.  Well, for each patient, 169 to start, 129 to
3  follow, there would be about 30 pages for each
4  patient.
5  Q.  And you reviewed that your own -- on your own,
6    yourself?
7  A.  Yes, I did.
8  Q.  When you reviewed this data, did you review
9    this data differently than you would have if you
10    were involved in a clinical study that you were
11    seeking to present at a national meeting or to
12    ultimately publish -- the types of things you've
13    done in your career?
14  A.  No, it was exactly the same.
15  Q.  And tell the jury your findings when you
16    reviewed the data on your own.
17  A.  So what I found in terms of mesh exposure was
18  that it had actually occurred to 24 women, which
19  represents 15.4 percent.  And for the prolapse
20  recurrence, that it had happened to 47 women with a
21  slightly larger denominator, as you can see there,
22  139, which represents almost 34 percent.  So that's
23  quite a bit deal higher than what had been reported
24  in the abstract.
25  Q.  Now, you have something about the data

(Jury Trial-Morning) Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

1   collection forms.  You touched on this.  Just please
2   explain what that means, that note right there.
3   A.  Yes.
4          So just like we were just talking
5   about a minute ago, if it's not on the form, it's
6   not going to be collected.  So on these data
7   collection forms, there were no specific areas to
8   record mesh contraction and retraction that we
9   talked about, dyspareunia, which is pain with sex,
10  pelvic pain or vaginal pain.  And then just below
11  that you see the protocol had originally intended to
12  record the presence of granulation tissue, which is
13  reddish, nonhealing tissue that can happen in the
14  vagina that is often a precursor, what happens
15  before you actually see a mesh erosion develop.  And
16  that was in the protocol intended to be collected.
17  But at some point in the future of the protocol it
18  was decided that there was no need to collect that
19  information.
20  Q.  And what's your opinion on that?
21  A.  My opinion is that that was important.  It
22  needed to be collected.
23  Q.  Why?
24  A.  Well, as I said, if it's a precursor to mesh
25  erosion commonly, it's something the woman is

1   experiencing, symptoms are common.  She can have
2   vaginal bleeding, vaginal discharge, pain with sex.
3   It's an important clinical event.
4   Q.  Now, these data results, do you have an opinion
5   as to whether or not they represent an acceptable
6   risk-benefit profile for a procedure to treat
7   prolapse?
8   A.  Yes, I have an opinion.
9   Q.  And what is your opinion?
10  A.  My opinion is that it is absolutely
11  unacceptable as a risk-benefit profile.
12  Q.  Why is that?
13  A.  Because you can see the recurrence rate is so
14  high.  When you're thinking about whether you want
15  to do something, you think about the risks and
16  benefits.  So the benefit proposed of using mesh in
17  the first place was going to repair the
18  prolapse so much better.  That's clearly not true.
19          In addition to not repairing the
20  prolapse so much better, women are encumbered with
21  this incredibly high rate of complications; and this
22  is only one of them, the mesh erosion.
23  Q.  Let's go to the next slide, which was the
24  PowerPoint slide from opening.
25          Doctor, have you had a chance to see

1   this slide which was used by defense counsel in
2   their opening statement?
3   A.  Yes, I have.
4   Q.  Do you have an opinion as to whether or not
5   it's accurate to say that Gynemesh PS shows 80 to
6   90 percent success?
7   A.  Yes, I have an opinion.
8   Q.  And what's your opinion?
9   A.  My opinion is that is not accurate.
10  Q.  And is that for the reasons you've just
11  explained?
12  A.  Yes.
13          MR. SLATER:  Okay.  Take that down.
14          (Technician complies.)
15  BY MR. SLATER:
16  Q.  Doctor, we've heard about the TVM study.  Just
17  tell the jury in general what it was, just so we
18  have a record and a foundation.  You know what it
19  is.  Briefly tell the jury, what was the TVM study?
20  And we'll talk about that in a little bit.
21  A.  The TVM study was a set of clinical studies
22  performed in France with the original TVM group and
23  also in the United States by Ethicon-paid
24  investigators to look at the early clinical results
25  of a prototype, not exactly the Prolift, but a

1   prototype of what would become the Prolift.
2   Q.  Now, let's put up Exhibit -- hand it to counsel
3   first before you put it up, actually.
4          (Exhibit P-1752 marked for
5          identification.)
6   BY MR. SLATER:
7   Q.  Dr. Weber, I'm going to ask you some questions
8   about the next exhibit, 1752.
9   A.  Yes.
10  Q.  Okay.  Let's put that up.
11          (Document displayed.)
12          MS. ROBINSON:  Objection.
13          THE COURT:  Don't put it up.
14          Yes.  What's the legal basis?
15          MS. ROBINSON:  Cumulative for the --
16          THE COURT:  Oh, go ahead.  I'm sorry.
17  Cumulative.
18          MS. ROBINSON:  Cumulative for the
19  first portion of the slide.  The information has
20  been elicited by Dr. Elliott.
21          THE COURT:  Got it.  Overruled.
22          MR. SLATER:  Thank you.
23          (Document displayed.)
24  BY MR. SLATER:
25  Q.  Doctor, Exhibit P-1752 titled French TVM Study,

- ANNE M. WEBER - DIRECT -                                    Page 29

1    **Primary Endpoint, what is this exhibit?**
2    A.   So this represents some data from the French
3    side of the TVM study, the nine surgeon
4    investigators who were paid by Ethicon to perform
5    this study, like I said, on the TVM procedure, the
6    Prolift prototype.  And this represents some of
7    their data on the recurrence rate.
8    **Q.   Now, there's two sections.  First it says upper**
9    **limit of 90 percent confidence interval.  And we've**
10   **heard about confidence intervals.  You understand**
11   **what's been testified to?**
12   A.   Yes.
13   **Q.   Okay.  Just very simply, why is a confidence**
14   **interval used?**
15   A.   A confidence interval is used in statistics and
16   research to provide a range over what could be
17   expected.  If you did the study on a hundred
18   different women and a hundred different women and a
19   hundred different women, the average might be
20   slightly different but the range would be -- they
21   would fall within this expected range to a certain
22   degree of confidence, and that's why we use these
23   numbers.
24           The 90 percent confidence interval,
25   so there would still be 10 percent of -- you know,

- ANNE M. WEBER - DIRECT -                                    Page 30

1    10 percent of the studies you did on hundreds of
2    different women might fall outside this range, but
3    at least 90 percent of them would fall within.
4    **Q.   And when that statistical analysis was done,**
5    **are those the rates that Ethicon itself found on**
6    **that standard?**
7    A.   Yes.
8    **Q.   You're familiar with what the primary endpoint**
9    **was listed, 20 percent or greater?**
10   A.   Yes.
11   **Q.   Did this meet the primary endpoint of the**
12   **study?**
13   A.   This indicated a failure of the primary
14   endpoint.
15   **Q.   Is that both at six months and one year?**
16   A.   Yes.
17   **Q.   You have another section there, upper limit of**
18   **95 percent confidence interval, two sided.  Why did**
19   **you put that there?**
20   A.   That was what was in the original protocol to
21   use this form of the statistic, and then Ethicon
22   changed the protocol to a less strict definition.
23   They went down from the 95 percent confidence
24   interval, which is typically used in medical
25   research, to the 90 percent confidence interval

- ANNE M. WEBER - DIRECT -                                    Page 31

1    which is less strict.
2            **THE COURT:** What does "two sided"
3    mean?
4            **THE WITNESS:** Two sided means that --
5    you imagine a bell curve, right.  So two sided
6    means both sides are being considered; that it's
7    a possibility that things can turn out better on
8    this side -- I'm sorry.  Well, whichever way you
9    look at it.  There's a lower range, things might
10   actually turn out better, and then there's a
11   higher range, which means things might actually
12   turn out worse.
13           So what's typically done in research
14   is a two-sided 95 percent confidence interval
15   because that's why we're doing the research in
16   the first place.  Is it better or is it worse?
17   Because if we knew the answer, we wouldn't have
18   to do the research.
19           So when they changed the protocol,
20   they only looked at one side, the 90 percent,
21   which, again, is a less strict form of looking
22   at the data.
23   **BY MR. SLATER:**
24   **Q.   Okay.  Now, what I'd like to do is -- and, Your**
25   **Honor, just to save time, can I approach and just**

- ANNE M. WEBER - DIRECT -                                    Page 32

1    **find an exhibit for Dr. Weber in that stack?**
2            **THE COURT:** Charles will find it.
3            **MR. SLATER:** It's one that was used
4    yesterday, the TVM study.
5            **THE COURT:** Or we can pass them all
6    down to you and you can find it.
7            **MR. SLATER:** Awesome.  Thanks,
8    Charles.
9            The next one is the French TVM study.
10   I assume you guys still have it.
11           (Pause.)
12   **BY MR. SLATER:**
13   **Q.   Okay.  Doctor, what I've handed you is Exhibit**
14   **P-49.  You're familiar with this document?**
15   A.   Yes, I am.
16   **Q.   And have you relied on this?**
17   A.   Yes.
18   **Q.   What is it?**
19   A.   This is the study report that was generated by
20   Ethicon to represent the data analysis up to and
21   including the 12-month data from the French TVM
22   study.
23   **Q.   Okay.  On Page 3 there's a discussion of**
24   **inclusion criteria.  Can you explain to the jury**
25   **what that means?**

(Jury Trial-Morning) Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

- ANNE M. WEBER - DIRECT -                                    Page 33

1  A.  Right.  So when you design a study, you want to
2  set out at the very beginning to decide who you're
3  going to study.  Obviously, you're not going to just
4  take all comers.  You want women to be reasonably
5  similar in their problem so that when you apply the
6  treatment, you have some reliability in your
7  results.  So the protocol was written to include
8  only women with advanced stage prolapse, so Stage
9  III and IV prolapse, that was symptomatic.
10 Q.  On Page 40 there's a discussion of protocol
11  deviations.  Can you explain to the jury what that
12  means?
13 A.  Right.  So protocol deviations are when the
14  protocol isn't followed.  Somebody made a mistake.
15  Something happened that wasn't according to the
16  protocol.  And so in research terms that's called a
17  "protocol deviation."
18 Q.  With regard to the inclusion criteria, is there
19  a discussion here of any deviations?
20 A.  Yes.
21 Q.  Can you explain to the jury what the study
22  report states?
23 A.  There was a protocol deviation in that a
24  substantial number of women with Stage II prolapse,
25  which is a relatively early stage prolapse, were

- ANNE M. WEBER - DIRECT -                                    Page 34

1  included in the study, and that was 16.4 percent,
2  which I said is a substantial number.
3  Q.  Why, if at all, is that significant here?
4  A.  We know from other literature that women with
5  early stage prolapse have better results when
6  they're surgically treated.  And that makes sense
7  intuitively; that if you're at an earlier stage,
8  things can be caught and the surgery works better.
9  And with Stage III and IV, women have outcomes that
10  are not as good.  So by including women who had this
11  earlier form of prolapse, they're actually steering
12  the results to overall look more positive.
13 Q.  Now, in terms of the overall data that was
14  returned here, do you have an opinion as to whether
15  that was significant?
16 A.  Yes.
17 Q.  And is that for the reason you just explained?
18 A.  Yes.
19 Q.  Now, how did they measure prolapse and whether
20  there was a prolapse recurrence per the study
21  protocol?  What was the method they used?
22 A.  The prolapse was measured using a system called
23  POP-Q.  POP is for pelvic organ prolapse, and Q is
24  for quantification.
25 Q.  And if you could, just give the jury a little

- ANNE M. WEBER - DIRECT -                                    Page 35

1  explanation of what that means.  What's done -- are
2  you familiar with that?
3  A.  Yes.
4  Q.  Did you use it in your practice?
5  A.  Yes.
6  Q.  Did you use it in your research and your
7  papers?
8  A.  Yes.
9  Q.  Please explain to the jury, we've heard it a
10  few times.  Let's get an understanding of what it
11  means.
12 A.  Okay.  So the system involves identifying
13  several points in the vagina and then their
14  relationship to the vaginal hymen, which is close to
15  the vaginal opening.  So there are measures that are
16  inside the vagina which have a negative number, so
17  they're above zero.  And then when the prolapse
18  actually extends outside the hymen, then the numbers
19  have a positive value.
20 Q.  Doctor, let me stop you.  When you're talking
21  about measuring, what's actually happening when a
22  doctor has a patient and is actually measuring?  How
23  is that done?
24 A.  So it's like in the context of a pelvic exam
25  where the woman is lying on the examining table and

- ANNE M. WEBER - DIRECT -                                    Page 36

1  her feet or her knees are up in stirrups, so the
2  doctor is viewing the vagina.  The woman is asked to
3  bear down like as if she were having a bowel
4  movement -- that's called the Valsalva -- to make
5  the prolapse look at its major extent.  And
6  then just using a sterile little ruler measuring
7  those points on the vagina and their relation to the
8  hymen, whether they're still inside the vagina or
9  whether they've actually protruded outside of the
10  vagina.
11 Q.  Okay.  Were there any issues with POP-Q
12  measurements in this study?
13 A.  Yes.
14 Q.  Can you tell the jury about that?
15 A.  Yes.
16      As I reviewed the data, and, again, I
17  went through all the individual Case Report Forms
18  myself for this data, and there were a very high
19  number of errors in recording the POP-Q
20  measurements.  And that, you know, I know we're all
21  human and nothing is ever perfectly 100 percent
22  done.  But the level of errors that I found, which
23  is over 10 percent, really reflected, first of all,
24  an error rate that would never be accepted in a
25  study that was rigorously done.

**(Jury Trial-Morning) Vol. VI - December 8, 2015**
**Hammons v. Ethicon, et al.**

1    And the other thing is that it
2  suggested that the investigators who were performing
3  these measurements really had a fundamental
4  misunderstanding of the proper way to do these
5  measurements, and this is what was the primary
6  outcome.
7  Q. And how does that impact, in your opinion, on
8   the reliability of the study?
9  A. I think since the primary outcome depends on
10  these measurements, then it's unreliable.
11  Q. Now, in looking at the actual data, you've
12   seen -- you've told us about the protocol deviations
13   with the women allowed 16 percent with Stage II.
14   You've told us about the POP-Q measurements. Even
15   with those issues, were the rates of recurrence
16   acceptable to you?
17  A. No, they weren't.
18  Q. And this study, there were endpoints of -- one
19   year was the study, right?
20  A. One year was the primary endpoint, yes.
21  Q. And they did some analyses at six months?
22  A. Yes.
23  Q. Is that, in the world of clinical research,
24   considered long term, short term? What is it
25   considered?

1  of the Case Report Forms.
2    At six months, Ethicon reported a
3  mesh exposure rate of 14.9 percent, and at that time
4  the Case Report Forms showed 17.2 percent. At one
5  year, Ethicon reported the rate actually dropped to
6  9.2 percent.
7  Q. How can the mesh exposure rate drop?
8  A. The way that happened is because Ethicon
9  decided that a woman had -- if she had a mesh
10  exposure and it was treated and went away by the
11  one-year visit, it would not be counted as if it
12  didn't happen.
13  Q. I think you misspoke. You had a double
14   negative there.
15  A. Oh, I'm sorry.
16  Q. Say it again.
17  A. As if it didn't -- they -- they decided not to
18  count mesh exposures that had occurred earlier
19  before one year if the woman had been treated and
20  the mesh exposure had gone away, so it was as if it
21  didn't happen.
22  Q. Do you have an opinion, with your experience in
23   the clinical research field, as to whether that was
24   acceptable in this type of study?
25  A. That was completely unacceptable. I have never

1  A. That's extremely short term for an implant
2   that's expected to be in the woman's body for the
3   rest of her life.
4  Q. Okay.
5    THE COURT: Are you talking about
6   both are short term, six months and one year?
7    THE WITNESS: Yes. Both of those
8   would be considered short term.
9    THE COURT: Okay.
10    MR. SLATER: Now, the next exhibit is
11   going to be 1754.
12    (Exhibit P-1754 marked for
13   identification.)
14    MR. SLATER: Okay. Let's put 1754
15   up.
16    (Document displayed.)
17  BY MR. SLATER:
18  Q. Doctor, we've put up Exhibit P-1754. It's
19   titled, French TVM Study Mesh Exposure Rates.
20   Please tell us what information is on that chart.
21  A. Okay. So as I mentioned, I had reviewed all of
22   the Case Report Forms myself, similar to what I did
23   with the Gynemesh PS mesh study, and I found that
24   there were substantial discrepancies between what
25   Ethicon had reported and what I found by my review

1  seen anything in my long career of clinical research
2  where this has been done.
3  Q. And just to make the record clear, what is mesh
4   exposure as you use that term here?
5  A. Mesh exposure is what occurs when the mesh
6   wears through or eats away at the vaginal wall. So
7   instead of lying underneath the vaginal tissue, it
8   actually comes to a position where it's literally
9   exposed. So there's a raw open area in the vaginal
10   wall where the mesh can be seen.
11    THE COURT: Well, what would
12   treatment be for that condition?
13    THE WITNESS: Treatment typically
14   starts out with medical treatment, estrogen in
15   the vagina or antibiotics in the vagina. That
16   only helps women between a third and a half of
17   the time, and then surgical treatment is
18   necessary. And even that is not universally
19   successful and women sometimes need to go back
20   for two or three or more reoperations in an
21   attempt to correct this problem.
22  BY MR. SLATER:
23  Q. And when we talk about an operation, what is
24   actually happening? What has to be done by a
25   physician to remove the mesh when it's eroded

**(Jury Trial-Morning) Vol. VI - December 8, 2015**
**Hammons v. Ethicon, et al.**

- ANNE M. WEBER - DIRECT -                              Page 41

1  through the vagina and it's now visible or can be
2  seen or felt?
3  A.  So what happens is that a new incision has to
4  be made in the vagina to bring the tissue from
5  around the edges of the erosion.  The doctor snips
6  out the mesh that has been exposed, tries to remove
7  as much of the damaged or dead tissue as possible,
8  and then bring the edges of the healthy tissue back
9  together with stitches.
10 Q.  With regard to the 20.7 percent rate you found
11 at one year, did you have the opportunity to see
12 testimony from somebody in Ethicon with regard to
13 that rate?
14 A.  Yes.
15 Q.  And tell the jury what that was and if that was
16 significant to you.
17 A.  Yes.  This was confirmed by one of the Medical
18 Affairs doctors in Ethicon as the correct rate.
19 Q.  That was Axel Arnaud?
20 A.  Yes.
21 Q.  Tell us the three-year rate information you
22 found.  I don't think we went that far.
23 A.  Yeah.  So at three years, now Ethicon is
24 reporting 14.4 percent.  And what I found in the
25 Case Report Forms, that the correct rate was

- ANNE M. WEBER - DIRECT -                              Page 42

1  23.5 percent.  So almost one in four women had
2  experienced this complication.
3  Q.  Now, with regard to the findings that you've
4  told us about, based on your review of the actual
5  data, do you have an opinion as to whether or not
6  the French TVM study provided an acceptable
7  risk-benefit profile for a procedure like this?
8  A.  Yes, I have an opinion.
9  Q.  And what's your opinion for the jury?
10 A.  My opinion is that the risk-benefit profile was
11 completely unacceptable.
12 Q.  And just very briefly, just for the record, I
13 need you to explain why.
14 A.  Because of the very high rate of prolapse
15 recurrence within a short-term follow-up of only one
16 year, and we know already that prolapse recurrence
17 only gets more frequent as time goes on, and this
18 very high rate of complications which, again,
19 unfortunately, we know also continues to increase
20 with time because this is a permanent medical
21 implant that continues to be at risk for
22 complications for as long as the woman lives.
23 Q.  Okay.  Now I want to turn to the U.S. TVM
24 study.  So you had a bunch of doctors doing this in
25 France and then they had three doctors doing it in

- ANNE M. WEBER - DIRECT -                              Page 43

1  the U.S.  You told that to the jury?
2  A.  Yes.
3  Q.  And let's put up Exhibit P-1735.
4              (Document displayed.)
5              (Exhibit P-1735 marked for
6  identification.)
7  BY MR. SLATER:
8  Q.  We have put up Exhibit 1735 titled U.S. TVM
9  Study, Primary Endpoint.  Tell the jury what this
10 information is and why it's significant to you.
11 A.  Yes.
12       So similar to the French TVM study,
13 this -- in the U.S. protocol they had the same
14 primary endpoint and the study was going to be
15 considered a failure if the occurrence -- recurrence
16 of prolapse exceeded 20 percent.
17       So what Ethicon reported, again using
18 their 90 percent confidence interval, which is a
19 less strict way of reporting that, 19.6 percent,
20 only four-tenths lower, but they deemed this a
21 success.  Except that the correct number is actually
22 22.4 percent.
23 Q.  How did that happen?
24 A.  That happened by me reviewing all the Case
25 Report Forms and seeing for myself exactly what had

- ANNE M. WEBER - DIRECT -                              Page 44

1  been recorded on them.
2  Q.  And there were additional patients with
3  recurrences that hadn't been counted?
4  A.  Yes.
5  Q.  Under the 90 percent confidence interval, they
6  originally were going to use the more rigorous one.
7  Even under their reporting of the number of
8  recurrences, what was the rate they come up with?
9  A.  The rate was 21 percent.
10 Q.  Based on your evaluation of the data, does it
11 meet the primary endpoint?
12 A.  No.  It's a failure.
13 Q.  By the way, were there POP-Q measurement
14 problems in this study also?
15 A.  Yes, there were.
16 Q.  Was there any particular investigator where
17 they were most prevalent?
18 A.  Yes.  They were concentrated at the site of
19 Dr. Robinson, who became a Medical Affairs Director
20 at Ethicon.
21       THE COURT: I'm not sure I heard it.
22 "Robbins"?
23       THE WITNESS: Robinson.
24       THE COURT: Robinson.  Okay.
25 Proceed.

Case 2:12-md-02327 Document 3756-2 Filed 04/26/17 Page 45 of 110 PageID #: 138065

(Jury Trial-Morning) Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

- ANNE M. WEBER - DIRECT -                                Page 45

BY MR. SLATER:
1
2 Q. It's David Robinson?
3 A. Yes.
4 Q. So he was a doctor working as an investigator
5 and then he later --
6         MS. ROBINSON: Objection.
7         THE COURT: Objection; leading?
8         Sustained.
9 BY MR. SLATER:
10 Q. You mentioned that he later became a Medical
11 Affairs Director?
12 A. Yes.
13 Q. Just explain what that means.
14 A. Okay. So at this point he was a doctor in
15 practice. He was involved in this investigation as
16 paid by Ethicon, and then at some point in the near
17 future, he was hired by Ethicon to become one of
18 their Medical Affairs Directors.
19 Q. Okay. Let's go now to -- they already have
20 Exhibit 1737, right.
21         Let's go to Exhibit 1737, please.
22         This is 1737, titled U.S. TVM Study
23 Mesh Exposure Rate. Please walk the jury through
24 this.
25 A. Yes. So now you're getting a little familiar

- ANNE M. WEBER - DIRECT -                                Page 46

1 with this system. So in analyzing the Case Report
2 Forms from the U.S. study, I calculated a correct
3 rate of the mesh exposures. What Ethicon reported
4 at six months was 9.5 percent. The correct rate is
5 13.1 percent. At one year, again, the number
6 actually dropped and was reported as 6 percent. The
7 correct number is 15.7 percent.
8         At three years, they didn't report it
9 at all. There is no report of the three-year U.S.
10 TVM data. The correct rate at that point was
11 20.3 percent.
12         At five years, they reported
13 18.8 percent, and the correct rate was 27.1 percent.
14 Q. These mesh exposure rates, do you have an
15 opinion as to whether or not that's acceptable?
16 A. Yes, I have an opinion.
17 Q. What's your opinion?
18 A. My opinion is this is absolutely unacceptable.
19 Q. And why is that?
20 A. That is because this is too high. In the
21 literature, in Ethicon documents, referring back to
22 previous studies where rates had been reported in
23 the tens or the 15 percent range where they're
24 identified as too high, this is too high. Now we're
25 all the way up to 27 percent, and this is

- ANNE M. WEBER - DIRECT -                                Page 47

1 unacceptable.
2 Q. Doctor, in front of you is an exhibit we've
3 marked as PLT-0227.
4         (Exhibit PLT-0227 marked for
5 identification.)
6 BY MR. SLATER:
7 Q. Can you tell the jury what this document is?
8 A. Yes. So this is a published medical article
9 that represents the early results of a randomized
10 trial -- remember we talked a little bit yesterday
11 about randomized trial being the only kind of trial
12 that you can assign cause and effect -- by
13 Dr. Iglesia and her colleagues.
14 Q. And let me stop you there.
15 A. Okay.
16 Q. Is there an article that in your opinion is
17 medically reliable and authoritative?
18 A. Yes.
19 Q. Did you rely on this article?
20 A. Yes.
21 Q. Okay. The findings of this study, are they
22 significant to you in connection with what we've
23 just learned about the exposure rates from the
24 Ethicon studies?
25 A. Yes.

- ANNE M. WEBER - DIRECT -                                Page 48

1 Q. Tell the jury why.
2 A. They're significant to me because the study
3 designed a safety threshold in order to -- if they
4 were seeing a particular complication, if it reached
5 a certain point, they wanted to stop the study to
6 avoid harming even more women. So this study
7 protocol was designed with a safety threshold of
8 15 percent mesh erosion.
9 Q. What does that mean?
10 A. That means if in the course of data collection
11 and analysis they found that more than 15 percent of
12 women had experienced a mesh erosion, they were
13 going to stop enrolling patients into the study.
14 Q. What does that mean, to stop enrolling them?
15 A. That means you just keep -- you don't keep
16 adding patients on. You stop doing that operation
17 because you've decided it's not safe for women, but
18 you keep following the women who've already had the
19 operation so you can find out how they do in the
20 longer term.
21 Q. And what happened in this study?
22 A. In this study they stopped enrolling women at
23 three months when they realized that they had
24 exceeded their safety threshold, 15.6 percent, and
25 they stopped enrolling patients.

(Jury Trial-Morning) Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

| - ANNE M. WEBER - DIRECT - | Page 49 |
| --- | --- |

1  Q.  Okay.  The next exhibit, it should be 3196.  Is
2   it up there?
3  A.  Yes.
4  Q.  Okay.
5          (Exhibit P-3196 marked for
6       identification.)
7  BY MR. SLATER:
8  Q.  Doctor, Exhibit P-3196, are you familiar with
9   this document?
10 A.  Yes, I am.
11 Q.  And is it something you relied on?
12 A.  Yes.
13 Q.  What is this document?
14 A.  This is a research funding agreement between
15  Ethicon and Dr. Lucente.
16          MR. SLATER: Would you put that up,
17      please?  Just the front cover.  We're not going
18      to put anything else up.
19          (Technician complies.)
20 BY MR. SLATER:
21 Q.  Just to let the jury see what it looks like.
22          We could see the date there.  Just
23  for the record, what was the date of this agreement?
24 A.  The date is October 30th, 2007.
25 Q.  Now, we know who Ethicon is, and just for the

| - ANNE M. WEBER - DIRECT - | Page 50 |
| --- | --- |

1   record, who is Vincent Lucente?
2  A.  Vincent Lucente is a gynecologist practicing in
3   Pennsylvania who has worked as an Ethicon consultant
4   for years and was their most important advocate in
5   promoting other surgeons using the Prolift procedure
6   across the country and across the world.
7  Q.  Now, if you could explain to the jury what
8   happened here.  What is the investigator-initiated
9   study that was funded and performed pursuant to this
10  agreement?  Take the jury through what this was.
11 A.  So Dr. Lucente submitted a proposal to Ethicon
12  to ask them for funding to perform an analysis and
13  upkeep of a database that he had regarding his
14  patients, he and the doctors in his practice, for
15  women who had undergone the Prolift procedure.  So
16  he was asking for funding from Ethicon to keep this
17  database maintained and then to ultimately present
18  and publish the results of these data.
19 Q.  And just to orient the jury, we're talking
20  about patients that had Prolifts?
21 A.  Yes.
22 Q.  And what's the time frame?
23 A.  The time frame of when the patients had
24  undergone the Prolift?
25 Q.  Yes.  Yes.

| - ANNE M. WEBER - DIRECT - | Page 51 |
| --- | --- |

1  A.  Yes.  So that began in 2005 and went up to
2   2008.
3  Q.  Okay.  Now, let's put up the next PowerPoint,
4   the spreadsheet excerpt.
5          (Document displayed.)
6          What do we see here on this Lucente
7   IIS database slide?  What's the jury seeing?
8  A.  So this is a little snapshot of what the
9   database looked like.  If any of you are familiar
10  with Excel spreadsheets, that's what this was
11  entered on.  So you have a column heading, the
12  patient number.  And, again, for confidentiality
13  reasons, the patient name is never entered into data
14  like this, so she's assigned a number, her initial
15  visit, her height, her weight, et cetera, the data
16  collection for these women from their medical
17  charts.
18 Q.  Okay.  Did you personally go through all the
19  database data, these pages and pages, and look at it
20  yourself, every patient?
21 A.  Yes, I did.
22 Q.  Okay.  Let's go to the next PowerPoint slide,
23  the database, numbers of patients.
24          Doctor, what are we seeing here on
25  this slide, also entitled Lucente IIS Database?

| - ANNE M. WEBER - DIRECT - | Page 52 |
| --- | --- |

1  A.  This is a summary of what the database
2   contained.  So there were a total of 514 patients
3   entered into the database.  And as I mentioned, they
4   spanned a time from August 2005 until July 2008.
5   There was a follow-up visit that occurred at four
6   months.  Only 378 patients reached that four-month
7   visit and 136 were lost, which means they didn't
8   come back.  And then at one year, only 134 patients
9   came back and 380 patients were lost to follow-up.
10 Q.  Okay.  Now, Doctor, you have in front of you
11  the next exhibit, P-3215.
12 A.  Yes.
13 Q.  Doctor, what is Exhibit 3215?
14 A.  This is an e-mail that contains the content of
15  an abstract that was to be presented at a scientific
16  meeting.
17 Q.  And what was the scientific meeting?  And when
18  are we talking about?
19 A.  This was to be presented at the 2009 meeting of
20  the International Urogynecology Association, which
21  is -- we abbreviate that IUGA.
22 Q.  Were you able to confirm that the text of the
23  abstract in this e-mail between the people at
24  Dr. Lucente's office was actually the same text in
25  the abstract presented?

**(Jury Trial-Morning) Vol. VI - December 8, 2015**
**Hammons v. Ethicon, et al.**

1  A.  Yes; word for word.
2  Q.  Okay.  Now, you've gone through this and read
3  this?
4  A.  Yes, I have.
5  Q.  And do you have an opinion as to whether or
6  not -- we'll go through the details of it -- as to
7  whether or not this abstract that presented data on
8  these Prolift patients, whether it accurately
9  reported that data?
10  A.  Yes, I have an opinion.
11  Q.  What's your opinion?
12  A.  My opinion is that this does not accurately
13  report the data in the database.
14  Q.  Let's go to the next PowerPoint slide, "erosion
15  rate at one year."
16          Please tell the jury what we're
17  seeing here, Dr. Weber.
18  A.  What I found when I analyzed the database was
19  that 10.6 percent of women experienced a mesh
20  erosion at or before one year.  What was reported in
21  this abstract was that it was only 2.2 percent.
22  Q.  And you had shown us on a prior slide -- I'm
23  not going to bring it up -- the number of women lost
24  to follow-up.  What impact does that have, in your
25  opinion, in looking at this data and evaluating the

1  safety profile we're seeing?
2  A.  It makes it extremely unreliable.  What we know
3  from other literature is that when women have a
4  complication, they very frequently leave the
5  original surgeon and seek care elsewhere.  So that
6  the fact that so many women did not follow up with
7  Dr. Lucente and his partners suggests very strongly
8  that a higher proportion of women actually
9  experienced complications and simply did not report
10  back to Dr. Lucente.
11  Q.  This data difference, is that significant to
12  you?
13  A.  Yes.
14  Q.  Why is that?
15  A.  That is because this abstract as presented to
16  doctors in the scientific and clinical community see
17  these numbers and they are probably reassured by
18  this; that, oh, look, the erosion is only
19  2.2 percent.  It gives them a very misleading
20  impression of what is actually going to happen to
21  women.
22  Q.  Let's go to the next slide, PowerPoint,
23  anatomic recurrence rate, one year.
24          Okay.  Doctor, this slide, Lucente
25  IIS Database, I just want to say one thing.  I think

1  I glazed over it.  IIS, what does that mean?
2  A.  Investigator-initiated study.
3  Q.  What does that mean here?  What happened?
4  A.  So that means that Dr. Lucente went to Ethicon
5  and proposed this study rather than the other way
6  around.  For example, the Gynemesh PS mesh studies
7  and the TVM studies, Ethicon initiated that and
8  signed up those doctors.  In this case, Dr. Lucente
9  went to Ethicon and requested this money.
10  Q.  Okay.  Please take us through the data on this
11  slide about the recurrence rates.
12  A.  Okay.  Let's start at the bottom.  The abstract
13  reported that within one year, 13 percent of women
14  had experienced a recurrence of their prolapse.
15          What I found was at one year when you
16  looked at women -- well, let me explain one thing.
17  The treated compartment, so that means -- maybe
18  you've heard some of this terminology.  In speaking
19  to each other as doctors, we divide the vagina up
20  into compartments.  So there's the anterior
21  compartment, the apical compartment, the top of the
22  uterus -- the top of the vagina that may have the
23  cervix and uterus, and then the posterior
24  compartment, the back wall.
25          In this database, not everyone had

1  Prolift that was total, meaning it was anterior and
2  posterior.  Some of them only had an anterior; some
3  of them only had a posterior.
4          So what I mean by the treated
5  compartment means that aspect of the vagina that
6  actually received the Prolift.  So that they got an
7  anterior Prolift, that was considered treated.  And
8  that rate was 32 percent.
9          So almost a third of women at one
10  year already had recurrence of prolapse where
11  Prolift had been implanted.
12          At the very top, when I considered
13  all the compartments -- which is really what women
14  care about.  They care about whether their prolapse
15  is gone and that no prolapse is ever going to come
16  back -- it was practically half of women who had
17  recurred by one year.
18  Q.  49.7 percent?
19  A.  Yes.
20  Q.  And those figures, who calculated those
21  numbers?
22  A.  I did.
23  Q.  And, again, just as you had testified earlier,
24  was there anything different you did in reviewing
25  this data than if you were doing it for a study in

(Jury Trial-Morning) Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

1 the medical community?
2 A. No; exactly the same.
3 Q. Before we go off this slide, did you have the
4 chance to read the deposition testimony of
5 Dr. Lucente and his partner, Dr. Murphy?
6 A. Yes.
7 Q. Did you learn anything from those depositions
8 of significance regarding how Dr. Lucente recorded
9 whether somebody had success or failure or whether
10 they re-prolapsed?
11 A. Yes.
12 Q. Please tell the jury what you learned from that
13 deposition testimony.
14 A. Dr. Lucente had a habit of not recording a
15 complete POP-Q measurements. We talked about the
16 POP-Qs. There are five points that are particularly
17 important in determining whether a woman had
18 prolapse or not. And he testified that he felt he
19 could look at a woman without making measurements
20 and decide whether or not she had recurrent
21 prolapse.
22 Q. Do you have an opinion as to whether that
23 raises any issues?
24 A. Yes.
25 Q. What is that?

1 A. It raises issues in the sense that that's
2 completely unacceptable as far as a research
3 practice, and also because we know Dr. Lucente has
4 an extremely high financial bias related to Ethicon
5 that he would be inclined to more favorably report
6 the outcomes.
7 Q. Was Dr. Lucente involved in the Gynemesh PS
8 study and the TVM study you've already gone through
9 for the jury?
10 A. Yes, he was.
11 Q. What was his involvement?
12 A. He was an investigator.
13 Q. So his data would have been included in the
14 results?
15 A. Yes.
16 Q. In the abstract, at the bottom there's an
17 author's disclosure information. Is there anything
18 significant about what they disclosed there?
19 A. Yes.
20 Q. Please tell the jury what that is.
21 A. They disclosed incorrectly that none of the
22 authors had any disclosures worth making, which
23 means -- disclosures mean do you have an association
24 with anyone like a company that could potentially
25 bias your results.

1 Q. What did they say here?
2 A. They said they had no disclosures to make,
3 despite the fact that they are all paid Ethicon
4 consultants.
5         THE COURT: All Ethicon what?
6         THE WITNESS: Consultants.
7         THE COURT: "Consultants."
8 BY MR. SLATER:
9 Q. Now, why is that an issue for people reading
10 the study and the data?
11 A. It's been well established in the literature
12 that -- which is why these disclosures are made in
13 the first place -- that when investigators are
14 receiving money -- that's basically the definition
15 of a financial bias -- that they are inclined to
16 record things more favorably which includes more
17 favorably good outcomes and minimizing bad outcomes
18 or complications.
19 Q. Based on your review of all the medical
20 literature and the documents in this case, did
21 Ethicon rely, to any extent, on Dr. Lucente's
22 literature and his reports of results with Prolift
23 patients?
24 A. Yes, absolutely.
25 Q. Did Dr. Lucente ever report complication or

1 recurrence rates like what you found when you went
2 through his data yourself?
3 A. No.
4 Q. Can you characterize the difference?
5 A. The difference is that he never reported
6 anything resembling this. And as you saw just by
7 this one example in this abstract, reporting results
8 that are far more favorable to the Prolift than what
9 actually occurred, even to the extent of reporting
10 in a series of 350 patients that no mesh exposures
11 had occurred at all.
12         Now, we know that it occurs in at
13 least 10 percent of women, at least. 350 patients,
14 no exposures. And in response to that, one of
15 Ethicon's medical directors replied: Who believes
16 Dr. Lucente's group --
17         MS. ROBINSON: Objection.
18 Nonresponsive. Move to strike.
19         THE COURT: Overruled.
20 Continue.
21         THE WITNESS: Who believes
22 Dr. Lucente's group when they report zero
23 erosions? Nobody.
24 BY MR. SLATER:
25 Q. Now, based on your review of the Gynemesh PS

Case 2:12-md-02327 Document 3756-2 Filed 04/26/17 Page 49 of 110 PageID #: 133069
Case 2:12-md-02327 Document 3782-2 Filed 05/09/16 Page 49 of 110 PageID #: 123069

(Jury Trial-Morning) Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

1   study data, the TVM study data, and Dr. Lucente's
2   IIS reported data, do you have an opinion as to
3   whether or not all that data together presents an
4   acceptable or an unacceptable risk-benefit profile
5   for this procedure?
6   A.  Yes, I have an opinion.
7   Q.  Please tell the jury your opinion.
8   A.  I have the opinion that it is absolutely
9   unacceptable in terms of a risk-benefit profile.
10  Q.  And just for the record, is that for the
11  reasons you've explained with regard to the other
12  studies as well?
13  A.  Yes.
14  Q.  Okay.  Let's go to the next document.  It's in
15  front of you.  And it's been -- we'll just put the
16  front page up.  It's Exhibit P-2137.  This is the
17  Clinical Expert Report signed January 14, 2005.
18  A.  Yes.
19  Q.  Are you familiar with this document?
20  A.  Yes.
21  Q.  Have you read it and reviewed all of the
22  references and the information in it?
23  A.  Yes.
24           (Exhibit P-2137 marked for
25      identification.)

1   BY MR. SLATER:
2   Q.  Doctor, having reviewed this, do you have an
3   opinion as to whether or not this Clinical Expert
4   Report is sufficient to establish that there was
5   clinical evidence demonstrating the Prolift was safe
6   and effective and could be marketed on a widespread
7   basis as it was?
8   A.  Yes, I have an opinion.
9   Q.  Please tell the jury your opinion.
10  A.  My opinion is that this Clinical Expert Report
11  does not contain sufficient information to conclude
12  that the Prolift was safe and effective and should
13  be marketed on a widespread basis.
14  Q.  Doctor, at the end of the report it talks about
15  "contraction."  And that's on the last page.
16  A.  Yes.
17  Q.  And what is ultimately the conclusion about
18  contraction in this report?
19  A.  The conclusion is there were no instances of
20  tissue contraction reported in the Gynecare Gynemesh
21  clinical evaluation.
22  Q.  And what did that lead the -- how did that
23  drive the conclusion in this report?
24  A.  That led to the conclusion that the use of the
25  Prolift pelvic floor repair kits for the purpose of

1   pelvic floor repair appears to be safe and
2   effective -- efficacious.
3   Q.  You mentioned this before, but in this context,
4   the Gynemesh PS study, did that serve as an adequate
5   basis to evaluate mesh contraction?
6   A.  No.
7   Q.  Why not?
8   A.  Remember we talked, they didn't even have a
9   space on the Case Report Form to record whether or
10  not mesh contraction had occurred.
11  Q.  At this time in January of 2005, was there
12  published literature by the TVM group regarding
13  retraction?
14  A.  Yes.
15  Q.  And was that significant to you in this?
16  A.  Yes.
17  Q.  And what was the message of that published
18  literature?
19  A.  The message was that the mesh contraction is a
20  very worrying complication, impossible to predict in
21  terms of in which women this is going to occur to a
22  severe degree, and is something that needs to be
23  further studied in order to reduce this occurrence
24  to make this a safe product.
25  Q.  If the available clinical evidence and medical

1   literature had been evaluated in the way that you
2   believe it should have been, what do you believe the
3   appropriate conclusion would have been in this
4   Clinical Expert Report?
5   A.  The appropriate conclusion should have been
6   that Prolift was in no way safe and effective and
7   should never have been marketed.
8   Q.  Okay.
9           MR. SLATER:  We can take that down.
10          (Technician complies.)
11  BY MR. SLATER:
12  Q.  Doctor, we have up here a PowerPoint slide used
13  by the defense in opening statements.  You've seen
14  this?
15  A.  Yes.
16  Q.  I'd like to ask you about the Prolift, where
17  they say a 16.7 percent of new onset dyspareunia.
18          Do you have an opinion as to whether
19  or not that is an accurate representation?
20  A.  Yes, I have an opinion.
21  Q.  What's your opinion?
22  A.  My opinion is that that is not accurate at all.
23  Q.  Why do you say that?  What's the basis of that
24  opinion?
25  A.  The basis of that opinion is my review of the

(Jury Trial-Morning) Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

- ANNE M. WEBER - DIRECT -                                    Page 65

1    article from which this was drawn and a careful
2    analysis of the information presented in that
3    article.
4  Q.  And take the jury through what, in your
5    opinion, the appropriate number should be here.
6  A.  The appropriate number of women with new onset
7    dyspareunia after the Prolift procedure was
8    39 percent.
9  Q.  And why do you say that?
10 A.  I say that because that's what was reported in
11   this article based on questionnaire results where
12   the women themselves were asked --
13       MS. ROBINSON: Objection.
14       THE COURT: Legal basis?
15       MS. ROBINSON: May we approach?
16       THE COURT: Sure.
17           - - -
18       (The following discussion transpired
19   at sidebar out of the hearing of the jury:)
20           - - -
21       THE COURT: Legal basis for the
22   objection?
23       MS. ROBINSON: Your Honor --
24       THE COURT: What is the legal basis
25   for the objection?

- ANNE M. WEBER - DIRECT -                                    Page 66

1        MS. ROBINSON: Your Honor, this
2    expert was never disclosed on the fact that she
3    was going to be assessing and evaluating the
4    Lowman article and offering an opinion that it
5    was improper.
6        THE COURT: The Lowman article is not
7    contained in all 500 pages?
8        MR. SLATER: It's clearly discussed
9    in the reports.
10       THE COURT: I'm sorry.
11       MR. SLATER: I'm sorry, Judge.
12       THE COURT: Do you want to talk?
13       MR. SLATER: I'm sorry, Judge.
14       THE COURT: Please talk to each
15   other.
16       (Whereupon an off-the-record
17   discussion was held.)
18       (Pause in the proceedings.)
19       THE COURT: We'll take a ten-minute
20   recess.
21       I'll see counsel in chambers.
22       (Sidebar discussion paused.)
23       (The following transpired in open
24   court in the presence of the jury:)
25           - - -

- ANNE M. WEBER - DIRECT -                                    Page 67

1        COURT CRIER: Please remain seated
2    until the jury has left the courtroom.
3        Jurors, please turn your clipboards,
4    and watch your step.
5           - - -
6        (Whereupon the jury exited the
7    courtroom at 11:04 a.m.)
8           - - -
9        (The following discussion transpired
10   in chambers, out of the hearing of the jury:)
11       THE COURT: Okay.  This article was
12   not referenced in any of the 500-plus pages of
13   her disclosure; is that what you're telling me?
14       MS. ROBINSON: The article itself is.
15   But the fact that she's going to reanalyze the
16   data in that article was not.
17       THE COURT: Okay.  Was defense ever
18   put on notice in any of the 5-, 6-, 700 pages
19   that this witness has disclosed in this total
20   litigation that some reanalysis of this article
21   was involved or was done?
22       MR. SLATER: A specific intent to
23   reanalyze the article was not discussed.  What
24   she did in the report was she discussed a
25   massive amount of literature.  She talked about

- ANNE M. WEBER - DIRECT -                                    Page 68

1    the fact that it does not represent an adequate
2    or acceptable risk-benefit profile.  So they're
3    certainly on notice that with regard to any of
4    the articles in the report, she could take the
5    article and explain what it showed and why that
6    enters into her opinions.
7        THE COURT: Okay.  But nowhere in all
8    the -- how many pages was disclosed in this
9    whole litigation from this witness?
10       MR. SLATER: I'd have to estimate,
11   probably 7- or 800 pages.
12       THE COURT: Okay.  In none of the 800
13   pages did she disclose a reanalysis of the
14   Lowman article that she had done; is that
15   accurate?
16       MR. SLATER: Never in those terms.  I
17   don't consider this a reanalysis, though, Judge.
18   I just consider it her telling what the data
19   shows.
20       THE COURT: Read back the question
21   that was objected to.
22           - - -
23       (Whereupon the court reporter read
24   back from the record as follows:
25       "Question:  And why do you say that?

Case 2:12-md-02327  Document 3756-2  Filed 04/29/17  Page 51 of 110 PageID #: 138671
Case 2:12-md-02327  Document 3762-2  Filed 05/09/16  Page 51 of 110 PageID #: 123671

(Jury Trial-Morning) Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

- ANNE M. WEBER - DIRECT -                    Page 69

1  "Question: And take the jury through
2  what, in your opinion, the appropriate number
3  should be here.")
4                  - - -
5        (Whereupon an off-the-record
6  discussion was held.)
7                  - - -
8        THE COURT: Wait. Let's do it
9  differently.
10       Put on the record the question you're
11 going to ask her about the Lowman -- first off,
12 tell me what the Lowman article is.
13       MR. SLATER: The defense expert --
14 one of their two experts is someone named
15 Dr. Joye Lowman. When she was a Fellow, she
16 wrote an article, along with some other people,
17 where they stated in the article that the
18 dyspareunia rate was 16.7 percent.
19       THE COURT: Okay.
20       MR. SLATER: If you go through the
21 article and you just read the numbers of
22 patients and what they reported, you can add
23 them up for yourself and you'll come to
24 different numbers. And that's all she's doing.
25 And what happened was --

- ANNE M. WEBER - DIRECT -                    Page 70

1        THE COURT: Hold on. Wait a minute.
2        And when was this Lowman article
3  published, in relation to when the product went
4  on the market?
5        MR. SLATER: Around 2007, I think.
6        THE COURT: No. That doesn't help
7  me.
8        MR. SLATER: Oh. The product went on
9  the market in '05.
10       THE COURT: So like two years roughly
11 after it was on the market.
12       MR. SLATER: Right.
13       THE COURT: And is Lowman a witness
14 you're going to call?
15       MS. ROBINSON: She is, Your Honor.
16       THE COURT: Was Lowman referenced in
17 the 700 pages?
18       MR. SLATER: Definitely. The article
19 is referenced. And what we're responding to
20 now, frankly, is a slide that was put up in
21 front of the jury. And obviously I didn't know
22 they were going to put the slide up. And she's
23 just taking the jury through whether the slide
24 is accurate. And all she's doing is telling
25 what the numbers are per the article.

- ANNE M. WEBER - DIRECT -                    Page 71

1        THE COURT: Okay. Got it.
2        Yes. Anything further? Is there
3  anything further?
4        MS. ROBINSON: No, Your Honor.
5        THE COURT: Okay. The objection is
6  overruled.
7        Let's take a break.
8        MR. SLATER: Yes, Your Honor.
9        MR. MORIARTY: Your Honor, you at one
10 point last week asked for the transcripts of the
11 videos that had been played.
12       THE COURT: Yeah. Do we have it?
13       MR. MORIARTY: Here. (Indicating.)
14       So sorry it took so long. There was
15 some technical difficulties getting the
16 bigger...
17       THE COURT: Fine. Thank you.
18       (Sidebar discussion concluded.)
19                 - - -
20       (Whereupon a recess was taken.)
21                 - - -
22       COURT CRIER: Please remain seated
23 until the jury reaches the jury box.
24       (Whereupon the jury entered the
25 courtroom at 11:13 a.m.)

- ANNE M. WEBER - DIRECT -                    Page 72

1        (The following transpired in open
2  court in the presence of the jury:)
3                 - - -
4        COURT CRIER: Court is back in
5  session.
6        THE COURT: Next question, please.
7  BY MR. SLATER:
8  Q. Okay. Doctor, just briefly tell us why you
9  said 39 percent would be the appropriate rate there
10 based on the study that number came from.
11 A. Yes. When I examined the data reported in this
12 article, the questionnaire results showed that
13 39 percent of women experienced new dyspareunia,
14 pain with sex, after the Prolift insertion.
15       The 16.7 percent comes from a chart
16 review that the authors decided to do instead of
17 relying on the patient's questionnaires. So a chart
18 review, as you may know, is where they just look
19 back and see what the doctors have recorded. And
20 they chose to rely on the chart review rather than
21 on the questionnaires that the patients filled out
22 themselves.
23 Q. And in this context, what is your assessment of
24 that decision?
25 A. My assessment of that decision is that it

Case 2:12-md-02327 Document 3756-2 Filed 04/27/17 Page 52 of 110 PageID #: 132872
Case 2:12-md-02327 Document 3762-2 Filed 05/09/16 Page 52 of 110 PageID #: 62963

(Jury Trial-Morning) Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

- ANNE M. WEBER - DIRECT -                                    Page 73

1   minimized what the women were reporting regarding
2   their problems they were having with sex.
3   Q.  Okay.  We could take that down.
4           The next, Doctor, in front of you is
5   an Exhibit PLT-0629.
6   A.  Okay.
7   Q.  And this is a -- well, what is this document?
8   Very simply, what is the document?
9   A.  This is an abstract from the TVM group
10  reporting on a group of patients who had undergone
11  the TVM procedure that was before the Ethicon-funded
12  studies of the TVM that we've already looked at this
13  morning.
14  Q.  Is this medically reliable and authoritative?
15  A.  Yes.
16  Q.  Is it something you relied on?
17  A.  Yes.
18  Q.  Okay.  Let's go to the next exhibit, PLT-0089.
19          (Exhibit PLT-0089 marked for
20      identification.)
21     BY MR. SLATER:
22  Q.  Very simply, what is this document?
23  A.  This is a published medical article from the
24  TVM group, the French doctors, who are again
25  reporting on a group of the patients who underwent

- ANNE M. WEBER - DIRECT -                                    Page 74

1   the TVM procedure before the Ethicon-funded TVM
2   studies.  And in this study they were looking at
3   safety.
4   Q.  With regard to the -- well, first of all, is
5   this article medically reliable and authoritative?
6   A.  Yes.
7   Q.  Did you rely on it?
8   A.  Yes.
9   Q.  What information, if any, was significant to
10  you regarding complications and safety at the 3.6
11  months point this is looking at?
12  A.  What was significant to me, that at this
13  extremely short duration of follow-up of only about
14  three and a half months, they were reporting a high
15  frequency of complications.
16  Q.  And I think it might be in the abstract -- you
17  can find it -- what was the overall postsurgical
18  complication rate at 3.6 months?
19  A.  Okay.  33.6 percent.
20  Q.  Do you have an opinion as to whether that is
21  acceptable, concerning, anything like that?
22  A.  Yes.  My opinion is that that's very
23  concerning, again, as I mentioned, at that very low
24  duration of follow-up and an extremely high rate of
25  complications.

- ANNE M. WEBER - DIRECT -                                    Page 75

1   Q.  And the short follow-up of 3.6 months, why is
2   that significant here?
3   A.  It's significant because, as we know, the
4   experience of complications is only going to
5   increase as time goes by.
6   Q.  Okay.  Let's go to the next one, P-1499.
7           (Exhibit P-1499 marked for
8       identification.)
9      BY MR. SLATER:
10  Q.  Are you familiar with this document?
11  A.  Yes.
12  Q.  What is this?
13  A.  This is an abstract from the French TVM doctors
14  reporting their preliminary results of the Prolift
15  technique.
16  Q.  How many patients are they talking about here?
17  A.  110 patients.
18  Q.  Is this medically reliable and authoritative?
19  A.  Yes.
20  Q.  Did you rely on this?
21  A.  Yes.
22  Q.  And it's very small type at the top left.  This
23  was presented in Athens, Greece in September 2006?
24  A.  Yes.
25  Q.  Okay.  What, if anything, is significant about

- ANNE M. WEBER - DIRECT -                                    Page 76

1   this presentation by the TVM group in
2   September 2006?
3   A.  It's significant to me that, again, in this
4   very short range of follow-up, they were reporting a
5   significant number of complications.  And they found
6   that related to that, they needed to assess more
7   precisely functional and sexual outcomes before to
8   extend the indications of Prolift to young women or
9   to primary prolapse repair.
10  Q.  Let's just stop there.  Let the siren go.
11  A.  Yes.
12          (Sirens outside courtroom.)
13          (Pause.)
14  Q.  Can you explain to the jury why that's
15  significant to you?
16  A.  Yes.
17          So these are the doctors who are
18  developing -- have been developing this technique;
19  and what they're seeing at this short duration of
20  follow-up is enough to concern them where they need
21  more information about the functional and sexual
22  outcomes of women before this product is introduced
23  in a widespread manner, and particularly for young
24  women, in part related to the sexual activity and in
25  part related to increasing the length of time that

Case 2:12-md-02327 Document 3756-2 Filed 04/27/17 Page 53 of 110 PageID #: 138073
Case 2:12-md-02327 Document 3782-2 Filed 05/09/16 Page 53 of 110 PageID #: 128063

(Jury Trial-Morning) Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

- ANNE M. WEBER - DIRECT -                                    Page 77

1    these women would carry the permanent implant and to
2    primary prolapse repair, which means the first time
3    the prolapse is fixed.
4  Q.  And with regard to the Prolift and how the
5    Prolift was indicated and marketed, is there a
6    difference there?
7  A.  Yes.
8  Q.  And what is that difference?
9  A.  The difference is that Prolift was marketed for
10   almost all patients.
11 Q.  Do you have an opinion as to whether that was
12   appropriate?
13 A.  Yes, I do.
14 Q.  And what's your opinion?
15 A.  My opinion is that that was absolutely
16   inappropriate.
17 Q.  And I want to go to the next document and talk
18   a little more about this, P-2640.
19 A.  Yes.
20 Q.  Is this a document you are familiar with and
21   relied on?
22 A.  Yes.
23 Q.  What is this document?
24 A.  This document is a set of PowerPoint slides
25   from a meeting of the TVM group that was held in

- ANNE M. WEBER - DIRECT -                                    Page 78

1    Paris on September 29, 2003.
2  Q.  And if you turn within it, there's a page on
3    key subject requirements.  Is there something of
4    significance there?
5  A.  Yes.
6  Q.  What are they telling here about the
7    requirements for who they were saying should be in
8    the TVM study and operated on by this procedure?
9  A.  Most importantly, they required that women have
10   Stage III or IV advanced prolapse, advanced stage
11   prolapse, that was symptomatic.
12 Q.  What does that mean?
13 A.  That means they were reserving the use of the
14   Prolift or the TVM technique for women who had these
15   advanced stages who were symptomatic, not for women
16   with early stage prolapse.
17 Q.  And, again, do you have an opinion as to
18   whether or not the indications for the Prolift were
19   appropriate or not, based on the literature you've
20   talked about here?
21 A.  Yes.
22 Q.  What's that opinion?
23 A.  My opinion is that it was not appropriate in
24   terms of extending or marketing the Prolift product
25   to all -- almost all women.

- ANNE M. WEBER - DIRECT -                                    Page 79

1  Q.  If it was going to be on the market, which we
2    know you've already given an opinion to the
3    contrary, but if it was going to be on the market,
4    how should it have been indicated?
5  A.  It should have been indicated for women who had
6    no other options, who had advanced degree prolapse
7    that was not able to be successfully treated with
8    other types of surgery who had gone through other
9    types of surgery and still had this recurrence.
10   And, in fact, this is what professional
11   organizations have belatedly come to realize as far
12   as the very narrow indications that should exist for
13   mesh use in prolapse surgery.
14 Q.  Doctor, the next document, PLT-0489, are you
15   familiar with that document?
16 A.  Yes.
17 Q.  Very briefly, what is this?
18 A.  This is a published medical article that
19   studies women after they have had the Prolift placed
20   and studies them by using an ultrasound to look at
21   the permanent mesh implant.
22 Q.  Is this article, in your opinion, medically
23   reliable and authoritative?
24 A.  Yes.
25 Q.  Did you rely on it?

- ANNE M. WEBER - DIRECT -                                    Page 80

1  A.  Yes.
2  Q.  And the authors of this, who were the people
3    who treated these patients?
4  A.  These are members of the French TVM group.
5  Q.  The last name there, Jacquetin.
6  A.  Yes.
7  Q.  That's Professor Jacquetin?
8  A.  Uh-huh.
9  Q.  With regard to this study which studied with
10   ultrasounds what happened in the body, what is of
11   significance to you?
12 A.  What is of significance to me is the extremely
13   high proportion of women who experienced mesh
14   retraction that they could identify by ultrasound.
15 Q.  And what were those figures?
16 A.  89 percent of women who had anterior Prolift
17   had moderate to severe retraction.
18 Q.  Doctor, when they were measuring what
19   retraction is -- first of all, just to ground us,
20   what is retraction that you're discussing here?
21 A.  Retraction, mesh retraction or contraction --
22   those terms are used interchangeably -- is when in
23   the course of healing the tissue begins to shrink
24   and the mesh is drawn along with it.  So that
25   instead of laying flat and occupying the space that

(Jury Trial-Morning) Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

- ANNE M. WEBER - DIRECT -     Page 81

1  it was intended to occupy, it instead retracts
2  literally. It becomes a smaller area. It becomes
3  crunched up, bunched up. The mesh can become folded
4  on itself. So that's what mesh retraction
5  represents.
6  Q. You mentioned "bunching." How does bunching
7    relate to retraction?
8  A. Yes. So you can just kind of imagine in your
9  minds this what should be a flat piece of mesh. As
10  it's undergoing the process of retraction, the
11  substance of the mesh has to go somewhere, so it
12  becomes wavy and folded and bunched so that it's --
13  it's laying over itself. It's not a single flat
14  layer.
15  Q. When the mesh originally goes into the body,
16    does it go in flat?
17  A. No, it does not.
18  Q. And if they're bunching or uneven shaping to
19    the mesh, what impact does that have on contraction?
20  A. That simply accelerates the process of
21  contraction.
22  Q. Was Ethicon aware of this from the beginning?
23  A. Yes.
24  Q. Now, with regard to this study -- so what did
25    they do? They did ultrasounds. And what did they

- ANNE M. WEBER - DIRECT -     Page 82

1  see?
2  A. Yes, they did ultrasounds of the mesh implant.
3  And what they found was exactly what we've been
4  talking about. They could see the mesh folds. They
5  could see what they described as an undulation, a
6  waviness, a wavy appearance of the mesh, very
7  dramatic thickening of the mesh instead of that
8  thinness as it went in. Instead it was thickened,
9  which represents not only the folding and the
10  waviness, but also the scar tissue that builds up
11  that occurs around the mesh itself.
12  Q. Is that known as scar plating or bridging
13    fibrosis?
14  A. Yes.
15  Q. What's the clinical impact of that?
16  A. Very severe. This distorts the vagina. This
17  causes pain. Remember that the anterior Prolift
18  implant has those four arms that go out through the
19  muscles and tissues of the groin. So that as the
20  mesh, the body of the mesh implant is contracting,
21  that's dragging on those mesh arms. They can't move
22  because they're fixed in the tissue. So that
23  contraction that's going on in the body of the mesh
24  drags on those mesh arms, creates pain there in the
25  muscles of the hip and thigh which just causes

- ANNE M. WEBER - DIRECT -     Page 83

1  symptoms related to physical activity, obviously
2  with vaginal anatomic distortion, but contraction
3  also leads to a higher risk of erosions and
4  recurrent prolapse. Women have, as you can easily
5  imagine, terrific difficulties with sex, and that's
6  the whole picture.
7  Q. Doctor, the next exhibit in front of you is
8    P-1706.
9  A. Yes.
10  Q. Are you familiar with this document?
11  A. Yes.
12  Q. Did you rely on this?
13  A. Yes.
14  Q. Is it medically reliable and authoritative, in
15    your opinion?
16  A. Yes.
17  Q. What is this document?
18  A. This represents a presentation, a slide set of
19  presentations that were made at the International
20  Urogynecology Association meeting.
21  Q. And it says June of 2009?
22  A. Yes.
23  Q. Is there a relationship between this document
24    and the study you just told the jury about?
25  A. Yes.

- ANNE M. WEBER - DIRECT -     Page 84

1  Q. What is that relationship?
2  A. These are the same authors. These represent
3  the same patients that we talked about in that
4  ultrasound article.
5  Q. And what did they say in this presentation
6    regarding the clinical impact of mesh shrinkage?
7    There's a page -- about 14 pages in that I think
8    discusses that.
9         What of significance to you, most
10    significant with regard to what you just told the
11    jury about the mesh shrinkage?
12  A. They found that almost 20 percent of women,
13  19.6 percent of women, had tenderness and pain on
14  vaginal examination associated with the mesh
15  shrinkage with an average pain score of 5 out of 10.
16  Q. Is that significant to you?
17  A. Yes.
18  Q. Why?
19  A. Because this is the clinical effect of the mesh
20  contraction that we were just talking about a minute
21  ago. You might be familiar with a pain scale where
22  it starts at zero when you have no pain at all, and
23  10 is the worst pain that you've ever experienced in
24  your life. So this is an average of 5. Five is
25  moderately severe pain. This is not mild, you know,

(Jury Trial-Morning) Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

1 something that you might be able to live with. This
2 is a serious level of pain that's occurring in
3 20 percent of these women. One in five of these
4 women have this level of severity of pain.
5 **Q. Doctor, with regard to all the literature and**
6 **the studies and the medical issues you've discussed**
7 **with the jury today, do you have an overall opinion**
8 **about whether or not the risk-benefit profile for**
9 **the Prolift was acceptable?**
10 A. Yes, I do.
11 **Q. What is your opinion?**
12 A. My opinion is that the Prolift has a completely
13 unacceptable risk-benefit profile.
14 **Q. And is it for all the reasons you've explained**
15 **to the jury today?**
16 A. Yes.
17 **Q. Let's go to the next exhibit, PLT-151.**
18 **(Exhibit PLT-0151 marked for**
19 **identification.)**
20 THE WITNESS: I believe it's 0151.
21 MR. SLATER: 0151.
22 I might have given the extra copy.
23 BY MR. SLATER:
24 **Q. Doctor, is that an article you're familiar**
25 **with?**

1 A. Yes.
2 **Q. Is it medically reliable and authoritative, in**
3 **your opinion?**
4 A. Yes.
5 **Q. Have you relied on it?**
6 A. Yes.
7 **Q. Just tell the jury simply what it is.**
8 A. So this is a published medical article that is
9 called a systematic review. What these authors did
10 is search through all of the medical literature for
11 articles that were relevant to this topic. And this
12 is complications and reoperation rates after vaginal
13 surgical repair of prolapse. And so they took all
14 the articles from the literature and combined the
15 data to come up with an overall summary of what the
16 literature shows.
17 **Q. And what, if any, significance -- what was**
18 **significant to you about that?**
19 A. This was significant to me because in the way
20 that they presented it, they divided the women up
21 into three groups where the kind of surgery they
22 underwent was either traditional suture procedures
23 or an abdominal sacrocolpopexy, which is an
24 abdominal way to fix prolapse, and mesh. Mesh kits,
25 I should say.

1 **Q. And what's the most important finding from your**
2 **perspective?**
3 A. The most important finding was that the
4 complications and reoperation rate was highest in
5 the group of women who had undergone the mesh kits,
6 even though they had the shortest duration of
7 follow-up. And as we've already talked about this
8 morning, the longer you study women or the longer
9 they go through their lives, they're going to -- the
10 frequency of complications is only going to
11 increase.
12 So the fact that a duration of
13 follow-up that was significantly shorter than for
14 the other two groups of women, the complication
15 rates were so much higher and reoperation rates were
16 so much higher than those other two groups, it's
17 only going to get higher as time continues to go on.
18 **Q. And is that significant to you?**
19 A. Yes.
20 **Q. And is that one of the bases for the opinion**
21 **you've just offered us regarding the Prolift?**
22 A. Yes.
23 **Q. Okay. Doctor, let's go to the next exhibit,**
24 **PLT-0011.**
25 Can you tell the jury what this

1 **document is, please?**
2 A. This document is a Practice Bulletin that was
3 published by the American College of Obstetricians
4 and Gynecologists which is the professional
5 organization that represents OB/GYN doctors. The
6 OB/GYN doctors are members of this professional
7 organization. And so what they do from time to time
8 is issue these Practice Bulletins which is a summary
9 of the current available information to provide
10 clinicians with an update. Busy clinicians don't
11 read all of the literature all of the time, so this
12 is provided as a way for them to be aware of what's
13 currently going on without having to do all the
14 literature reading themselves.
15 **Q. All right. Let me stop you there. Is this**
16 **medically reliable and authoritative, in your**
17 **opinion?**
18 A. Yes.
19 **Q. Is it something you relied on?**
20 A. Yes.
21 **Q. What was your involvement in this?**
22 A. I wrote this.
23 **Q. And when was it published?**
24 A. It was published in February 2007.
25 **Q. And how is it that you came to be asked to**

(Jury Trial-Morning) Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

- ANNE M. WEBER - DIRECT -                                      Page 89

1  author this?
2  A.  The committee on Practice Bulletins Gynecology
3  invited me to take a rough draft that had been
4  produced by my coauthor who's named on the title
5  here, Scott Smilen, who's also a urogynecologist, to
6  take a rough draft that he had produced but he had
7  been unable to finish, take that and complete the
8  project to come up with the final finished bulletin.
9  Q.  Now, one thing, when you published this, had
10  you ever spoken to me?
11  A.  No.
12  Q.  Okay.  Now, what I'd like to focus on is on
13  Page 468.
14          Your Honor, as Dr. Weber is the
15  author, is it okay if we publish this?
16          THE COURT: Yes.
17          MR. SLATER: Thank you.
18          Put this up.  Start with the cover
19  first just to orient the jury so they could see
20  what it looks like.
21          (Document displayed.)
22          MR. SLATER: Okay.  That's the cover.
23  And we're going to go to Page 468, the top right
24  corner, the first full paragraph.
25          Okay.

- ANNE M. WEBER - DIRECT -                                      Page 90

1  BY MR. SLATER:
2  Q.  What I'll ask you to do, Doctor, you wrote it,
3  can you just tell the jury what you wrote there.
4  Can you just read it for the jury?
5  A.  Yes.
6          "Given the limited data and frequent
7  changes in the marketed products, particularly with
8  regard to type of mesh material itself, which is
9  most closely associated with several of the
10  postoperative risks, especially mesh erosion, the
11  procedures should be considered experimental and
12  patients should consent to surgery with that
13  understanding."
14  Q.  Why did you say that?
15  A.  I said that because at that point in time -- at
16  that point in time there wasn't enough information
17  for women to be adequately counseled about what they
18  could expect.  Remember we talked earlier about
19  whenever you're making a decision or, you know, a
20  doctor might recommend something to you and you talk
21  about what that means, what are the possible ways
22  that it could work well for me, what are the
23  possible ways it can do badly for me or hurt me.
24  And there simply wasn't enough information at that
25  point to have -- to adequately counsel women to be

- ANNE M. WEBER - DIRECT -                                      Page 91

1  able to tell them, okay, this is what you can
2  expect, and then the woman can take in that
3  information and decide, okay, is this a good thing
4  for me or is this not a good thing for me.
5  Q.  What is the significance of a procedure -- and
6  would the Prolift fall within this category?
7  A.  Yes.
8  Q.  What's the significance of a procedure like the
9  Prolift being experimental?  In the real world,
10  what's that mean?
11  A.  Well, what that means is that it shouldn't be
12  used outside of a research setting where the women
13  are clearly understanding that they're voluntarily
14  participating in a study.  Remember we talked about
15  this a little earlier.  If you already knew the
16  answer to the question, you wouldn't have to do the
17  study.  But since the information isn't there, isn't
18  sufficient, if it's not enough, then to get the
19  information, women need to be studied.  But they do
20  that in a voluntary capacity.  And there's a whole
21  separate consent because, of course, experimenting
22  on people without their permission is unethical.
23  Q.  What factually happened after this was
24  published?
25          THE COURT: I'm sorry, when was it

- ANNE M. WEBER - DIRECT -                                      Page 92

1  published?
2          THE WITNESS: It was published in
3  February of 2007.
4          MR. SLATER: Thank you, Judge.
5  BY MR. SLATER:
6  Q.  What factually, as a matter of fact, what
7  occurred as a result of this publication?  What was
8  part of the reaction that is significant to you?
9  A.  A small number of members of the American
10  College complained about the wording of
11  experimental.
12  Q.  And what's your understanding as to why that
13  occurred?
14          MS. ROBINSON: Objection.
15          THE COURT: Sustained.
16  BY MR. SLATER:
17  Q.  Do you know why that happened?
18  A.  Yes, I do.
19  Q.  Why did it happen?
20          MS. ROBINSON: Objection.
21          THE COURT: Sustained.
22  BY MR. SLATER:
23  Q.  Was there a change made to the word --
24  A.  Yes.
25  Q.  -- "experimental"?

(Jury Trial-Morning) Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

- ANNE M. WEBER - DIRECT -      Page 93

1         **Why was that change made?**
2         **MS. ROBINSON:** Objection.
3         **THE COURT:** Sustained.
4   **BY MR. SLATER:**
5 **Q. Do you know why the word "experimental" was**
6 **changed, as a matter of fact?**
7         **MS. ROBINSON:** Objection.
8         **THE WITNESS:** Yes, I do.
9         **THE COURT:** Sustained.
10         I think we've covered all the ways
11    you can put that same question.
12    Next question.
13   **BY MR. SLATER:**
14 **Q. Doctor, after the word was changed, did you --**
15 **well, let's go to Exhibit PLT-0506, the next**
16 **exhibit.**
17         **What is PLT-0506?**
18 A. This is a letter that I -- that was published
19 in the literature that I wrote to the editor of the
20 International Urogynecology Journal in response
21 to --
22         **MS. ROBINSON:** Objection.
23         **THE COURT:** Overruled.
24         Continue.
25         **THE WITNESS:** Thank you.

- ANNE M. WEBER - DIRECT -      Page 94

1         An article that was written by two
2 doctors, a urogynecologist and a medical ethical
3 specialist, Drs. Wall and Dr. Brown, in their
4 article which was entitled, Commercial Pressures
5 and Professional Ethics, Troubling Revisions to
6 the Recent ACOG Practice Bulletins on Surgery
7 for Pelvic Organ Prolapse.
8         **THE COURT:** Okay. I'm a little bit
9 lost.
10         Is this what was put up on the screen
11 an article that you wrote?
12         **THE WITNESS:** I'm responding to an
13 article that Drs. Wall and Brown wrote. And
14 this is -- the title is --
15         **THE COURT:** Okay. Whatever was put
16 up on the screen, whatever number that is, you
17 wrote it?
18         **THE WITNESS:** Yes.
19         **THE COURT:** Okay. And was it
20 published anywhere?
21         **THE WITNESS:** Yes.
22         **THE COURT:** Where was it published?
23         **THE WITNESS:** It was published in the
24 International Urogynecology Journal.
25         **THE COURT:** Okay. So could this

- ANNE M. WEBER - DIRECT -      Page 95

1 properly be characterized as a conversation
2 that's going on in some scientific or medical
3 community?
4         **THE WITNESS:** Uhmm, personally, I
5 think "conversation" may be informal,
6 considering this is published in the medical
7 literature.
8         **THE COURT:** Okay. What would you
9 call it?
10         **THE WITNESS:** I would call it a -- a
11 debate.
12         **THE COURT:** Okay. Fair enough.
13         Do you have an objection?
14         **MS. ROBINSON:** I do, Your Honor.
15         **THE COURT:** Overruled.
16         You may proceed with this article.
17         **MR. SLATER:** Thank you, Your Honor.
18   **BY MR. SLATER:**
19 **Q. So did you write what's on the board, PLT-0506?**
20 A. Yes, I did.
21 **Q. And it says published September 25, 2009?**
22 A. Yes.
23 **Q. And you had actually submitted it in August of**
24 **'09?**
25 A. Yes.

- ANNE M. WEBER - DIRECT -      Page 96

1 **Q. And does this represent what occurred and what**
2 **your viewpoint on that is?**
3 A. Yes.
4 **Q. Please tell the jury, you can read it to the**
5 **jury, what you stated, if that fully states or sets**
6 **forth your opinions and view on this.**
7         **THE COURT:** How about you just tell
8 them without reading it.
9         **THE WITNESS:** All right.
10         This letter represents -- this letter
11 represents what I was told at the time ACOG was
12 making the change in the wording of the original
13 Practice Bulletin, which was over my objections.
14         **MS. ROBINSON:** Objection, Your Honor.
15         **THE COURT:** Is that what you said
16 there? I was told this stuff and therefore...
17         **THE WITNESS:** Yes.
18         **THE COURT:** Okay. Overruled.
19         **THE WITNESS:** I was told by the staff
20 member from ACOG representing the committee on
21 Practice Bulletins Gynecology that the real
22 reason for the change was because physicians
23 were concerned that something labeled
24 experimental, A, wouldn't be covered by
25 insurance. And, B, would expose them to

(Jury Trial-Morning) Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

1  medical/legal risk if a complication occurred in
2  the course of these procedures that were labeled
3  "experimental."
4          Now, I felt that that was something
5  that should be seen as a red flag by the
6  organization, the American College, that these
7  clinicians were not concerned about patient
8  safety. They were concerned about what
9  protected their income. And I felt that if ACOG
10 truly was going to stand behind its promise to
11 women as they state in their bylaws, to provide
12 the highest quality of care for women and to
13 maintain the highest standards of clinical
14 practice, then they would not have made this
15 change.
16         Another explanation for why this
17 change was made was that --
18         THE COURT: Is that in your article?
19         THE WITNESS: Yes.
20         THE COURT: Okay. Keep going.
21         THE WITNESS: -- that ACOG claimed
22 that the meaning of the word "experimental" was
23 not clear to people.
24         Whether or not that was true, if ACOG
25 felt that way, they could have added a

1  clarification to the document itself as far as
2  exactly what was meant; or they could have
3  adopted an official definition of the term
4  "experimental," as other professional
5  organizations have done, like the American
6  Society for Reproductive Medicine.
7          The fact that they didn't do either
8  of these two things underscores their real
9  motivation for why the wording in the bulletin
10 was changed.
11 BY MR. SLATER:
12 Q.  As you stand here now, do you have an opinion
13   as to whether or not these mesh kits like the
14   Prolift should have been deemed experimental, as you
15   wrote in the published article?
16 A.  Yes, I do.
17 Q.  And what's your opinion?
18 A.  My opinion is that if they were to be used at
19   all, they should only have been used in the context
20   of an experimental study where women gave their
21   permission to be voluntarily experimented on.
22 Q.  And based on your review of the internal
23   documents and the medical literature and all of the
24   information you have with regard to the Prolift and
25   what happened going forward from '07, do you still

1  hold that opinion now?
2  A.  Yes, I do.
3  Q.  Do you have an opinion as to whether or not
4    your decision to describe these kits as experimental
5    was correct, based on that?
6  A.  Yes, it was.
7          MR. SLATER: Thank you, Your Honor.
8          THE COURT: Oh, are you finished?
9          MR. SLATER: I am finished.
10         THE COURT: Terrific.
11         Cross-examine.
12         MR. ISMAIL: Time to readjust, Your
13 Honor.
14         THE COURT: Do we need to send the
15 jury out?
16         MS. ROBINSON: It would probably be
17 helpful.
18         MR. SLATER: I used to deliver
19 Sheetrock. I'll get it out of the way.
20         THE COURT: Charles, we'll take a
21 ten-minute recess.
22         COURT CRIER: Yes.
23         Please remain seated until the jury
24 has left the courtroom.
25         Jurors, turn your clipboards over,

1  please. Watch your step, please.
2              - - -
3          (Whereupon the jury exited the
4  courtroom at 11:45 a.m.)
5              - - -
6          (Whereupon a recess was taken.)
7              - - -
8          COURT CRIER: Please remain seated as
9  the jury enters the courtroom.
10             - - -
11         (Whereupon the jury entered the
12 courtroom at 11:58 a.m.)
13             - - -
14         COURT CRIER: This court is back in
15 session.
16         THE COURT: Counsel, we're going to
17 go about a half an hour.
18         MS. ROBINSON: Thank you, Your Honor.
19             - - -
20         CROSS-EXAMINATION
21             - - -
22 BY MS. ROBINSON:
23 Q.  I guess it's almost good afternoon again.
24         Good afternoon, Ms. Weber. I want to
25 talk to you a little bit further today about your

(Jury Trial-Morning) Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

1   background.
2         You are not a licensed Medical
3   Doctor; is that correct?
4   A.  Yes.
5   Q.  And you are not licensed in any state, correct?
6   A.  Yes.
7   Q.  And you haven't been licensed since, what,
8   approximately 19 -- or I'm sorry, 2008?
9   A.  Approximately.
10  Q.  You are not currently on any staff at any
11  hospitals; is that also correct?
12  A.  Yes.
13  Q.  You are not board certified today, correct?
14  A.  I am board certified.
15  Q.  Do you currently hold a current certificate as
16  a practicing member of the Obstetrics and Gynecology
17  Society?
18  A.  I am not practicing clinically, yes, that's
19  true.
20  Q.  You are not and never have been certified as a
21  specialist in female pelvic reconstructive surgery;
22  is that correct?
23  A.  Yes.
24  Q.  And you have not attended any continuing
25  medical courses since you gave up your license; is

1   that correct?
2   A.  Yes.
3   Q.  Is it also correct that you have not examined a
4   patient since the end of 2006?
5   A.  Yes.
6   Q.  Is it also fair to say you haven't provided any
7   consultation to any patient since that time --
8   A.  Yes.
9   Q.  -- in their care and treatment, right?
10        Okay.  So I also want to ask you a
11  few questions now about your experience with
12  Prolift.  You haven't performed a Prolift surgery,
13  correct?
14  A.  That's right.
15  Q.  In fact, you quit performing surgeries in 2004,
16  right?
17  A.  That's right.
18  Q.  And that was before Prolift became [sic] on the
19  market?
20  A.  Yes.
21  Q.  You had never implanted Prolift in a cadaver?
22  A.  That's correct.
23  Q.  You've never attended any professional
24  education courses in Prolift, correct?
25  A.  Yes.

1         THE COURT: Yes, that's correct; is
2   that what you mean?
3         THE WITNESS: Yes.
4         THE COURT: Yes.  Okay.
5   BY MS. ROBINSON:
6   Q.  You've never treated a woman who had a Prolift,
7   correct?
8   A.  That's correct.
9   Q.  You've never examined a woman who had a
10  Prolift, correct?
11  A.  That's right.
12  Q.  Prior to being retained as an expert in this
13  litigation, you had never seen a surgical video of
14  the Prolift surgery, correct?
15  A.  That's right.
16  Q.  And also prior to being retained in this
17  litigation, you had never observed a Prolift surgery
18  with another surgeon; is that correct?
19  A.  Yes.
20  Q.  In fact, have you ever observed a Prolift
21  surgery with another physician?
22  A.  No.
23  Q.  Before being engaged as an expert in this
24  litigation, you had not read the Prolift
25  Instructions For Use; is that correct?

1   A.  Yes.
2   Q.  And you had also not reviewed -- you had not
3   participated in any clinical trials involving
4   Prolift, correct?
5   A.  Yes, that's right.
6   Q.  Now, you're testifying here today as a paid
7   expert, correct?
8   A.  Yes.
9   Q.  I believe you estimated yesterday that you
10  reviewed over a million records?
11  A.  Yes.
12  Q.  And you testified also yesterday, I believe,
13  that you began working with Mr. Slater in 2010; is
14  that correct?
15  A.  Yes.
16  Q.  What time in 2010 did you start working with
17  him?
18  A.  February.
19  Q.  You also mentioned yesterday that you were
20  mentoring some medical students?
21  A.  Yes.
22  Q.  Does that involve the care and treatment of any
23  patients?
24  A.  No.
25  Q.  Are you being paid for that position?

**(Jury Trial-Morning) Vol. VI - December 8, 2015**
**Hammons v. Ethicon, et al.**

| - ANNE M. WEBER - CROSS -                                    Page 105 | - ANNE M. WEBER - CROSS -                                    Page 107 |
|---|---|

**Page 105**

1 A.  No.
2 Q.  You're testifying here today at a thousand
3   dollars a day -- or an hour, correct?
4 A.  Yes, that's right.
5 Q.  Yesterday I believe you mentioned that you also
6   write some?
7 A.  Yes.
8 Q.  Have you published any medical literature since
9   2007?
10 A.  I have a commentary that has been submitted for
11   publication.  It has not yet been published.
12 Q.  So fair to say you haven't had a publication on
13   medical literature since 2007, correct?
14 A.  No.  No.  That's not correct, actually.  I
15   believe the date was 2011 of my latest peer-reviewed
16   publication.
17 Q.  And what is that publication?
18 A.  That is a reanalysis of the randomized control
19   data from my original trial that was published in
20   2001, which was a comparison of three different
21   surgical techniques for fixing anterior vaginal
22   prolapse.
23 Q.  Okay.  We'll talk about that a little further
24   later on today.
25          Is it true, ma'am, that your only

**Page 107**

1 Q.  Other than those three types of surgical
2   procedures, before Prolift became on the market,
3   were there other repairs for a bladder prolapse?
4 A.  Yes.
5 Q.  And what was that?
6 A.  A surgeon could decide to use a different
7   product.  There are a number of kinds of products.
8   We touched on this just briefly yesterday.  A
9   biologic, so that could be cadaveric tissue, you
10   know, taken from a cadaver and processed; or what's
11   called a xenograft, which is tissue that's been
12   harvested from an animal, sometimes a pig or a
13   sheep, and processed; or a synthetic mesh, manmade
14   mesh.  The surgeon could choose one that's fully
15   absorbable, partially absorbable, or fully
16   permanent.
17 Q.  Okay.  So those grafts that you just mentioned
18   plus the three types of surgery is what was
19   available as surgical options prior to Prolift,
20   correct?
21 A.  Yes.
22 Q.  Now, with respect to the three surgical
23   options, do you agree, Doctor, that there were
24   different techniques that individual surgeons would
25   use to perform those surgeries?

| - ANNE M. WEBER - CROSS -                                    Page 106 | - ANNE M. WEBER - CROSS -                                    Page 108 |
|---|---|

**Page 106**

1   source of earned income is working for Mr. Slater?
2 A.  Yes.
3 Q.  Now, Doctor, we're here to talk today about
4   prolapse.  And I believe you indicated earlier that
5   there's several different types of native tissue
6   type repairs; is that correct?
7 A.  Suture procedures, yes.
8 Q.  And the various kind of suture procedures that
9   are used, does that depend on the location in the
10   body where the prolapse has occurred?
11 A.  Yes.
12 Q.  So for a cystocele, what are the options?  And
13   that's the bladder prolapse, right?
14 A.  Yes.
15          So a cystocele representing prolapse
16   of the anterior vagina, with the bladder behind it,
17   can be treated surgically by an anterior
18   colporrhaphy, sometimes called an anterior repair.
19   And another alternative would be a paravaginal
20   repair, also done through the vagina.  And another
21   alternative would be what's called a site-specific
22   anterior repair.
23 Q.  And those are the three types of native tissue
24   for repairing bladder prolapse?
25 A.  Yes.

**Page 108**

1 A.  Yes.
2 Q.  And would you agree that often the outcomes of
3   those surgeries depended on the type of technique
4   that was used by the individual doctor?
5 A.  It could be, yes.
6 Q.  Now, these repairs, they involved the use of
7   sutures, correct?
8 A.  Yes.
9 Q.  And the sutures were used to bring the tissue
10   back in together and sewed it up, basically?
11 A.  Basically, yes.
12 Q.  And they did that to repair tissue that had
13   already been weakened, correct?
14 A.  Yeah.  To answer that with a yes or no is
15   not -- it would be incomplete.
16 Q.  You can't answer that with a yes or a no?
17 A.  In -- basically.  I'll accept that.
18 Q.  Basically that's true, right?
19 A.  (Witness nodding.)
20          THE COURT: If you want her to answer
21   completely, it's going to have to be a yes-or-no
22   question.
23          Do you want her to answer or do you
24   want to move on?
25          MS. ROBINSON: I'm ready to move on.

(Jury Trial-Morning) Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

- ANNE M. WEBER - CROSS - Page 109

1   THE COURT: Okay. That's fine.
2   BY MS. ROBINSON:
3   Q. So the tissues that we have just discussed that
4   have been weakened, they were weakened by things
5   like childbirth, correct?
6   A. Yes, that's possible.
7   Q. Age?
8   A. Yes.
9   Q. Menopause or lack of estrogen?
10  A. Possibly.
11  Q. Why do you hesitate on that one?
12  A. Age and menopause are inextricably linked.
13  Very difficult to tease that apart in research.
14  Q. Do you agree that these tissues, there's
15  factors that can aggravate the weakened tissues to
16  extend the weakness, to make it progress?
17  A. Possibly.
18  Q. And do you agree that that would include things
19  like heavy lifting or activities that would strain
20  the abdominal walls?
21  A. Possibly. And that's an anecdote -- anecdotal
22  information that we as surgeons have carried for
23  decades. Recent literature actually does not bear
24  that out.
25  Q. So one of the problems of these native tissue

- ANNE M. WEBER - CROSS - Page 110

1   repairs was the high recurrence rate; is that
2   correct?
3   A. The recurrence rate -- well, yes, I'll just say
4   yes.
5   Q. And when we say high recurrence rate, could you
6   tell the members of the jury what you mean by
7   recurrence rate?
8   A. So recurrence, like we talked a little bit
9   about before, is when the prolapse comes back. And
10  in a perfect world, that would never happen. But
11  since we're not in a perfect world, that does happen
12  to a certain degree.
13  Q. When you say it comes back, are we generally
14  speaking about it coming back in the compartment
15  that was treated?
16  A. Not necessarily.
17  Q. So the word "recurrence" could be used for
18  multiple things, for multiple -- I'm sorry. Strike
19  that. Let me reask the question.
20       The term "recurrence," can it be
21  referred to failure in both the compartment that's
22  treated as well as a compartment of the woman's
23  body, the organs that haven't been treated?
24  A. Yes.
25  Q. So in scientific literature, do you sometimes

- ANNE M. WEBER - CROSS - Page 111

1   see recurrence rates reflected for the treated
2   compartment?
3   A. Yes.
4   Q. And then you also sometimes see them
5   referencing a recurrence in an untreated
6   compartment; is that correct?
7   A. Yes.
8   Q. Now, which one of those do you subscribe is the
9   best way to analyze the data?
10  A. The best way to represent outcomes of prolapse
11  surgery are the outcomes of most importance to
12  women. And I think we mentioned this a little bit
13  earlier, that prolapse comes and it may be fixed by
14  surgery and may come back.
15       Women don't ordinarily distinguish
16  between the anterior vagina, the apical vagina, the
17  posterior vagina. Those are distinctions that
18  doctors make. Prolapse is prolapse for a woman.
19       So the outcome of greatest importance
20  to women being the existence of prolapse. That
21  would be one of the more important outcomes in
22  research.
23  Q. Do you agree, Doctor, that in the year 2000,
24  the anatomic failure rate for anterior colporrhaphy
25  was approximately 40 percent?

- ANNE M. WEBER - CROSS - Page 112

1   A. Yes.
2   Q. And, in fact, you wrote about that; is that
3   correct?
4   A. Yes.
5   Q. And the 2011 [sic] study that you just
6   indicated that you had reanalyzed in 2011, you first
7   published it around the year 2000; is that correct?
8   A. I'm sorry. I may not be understanding your
9   question. Are you asking the publication date of
10  the original randomized trial?
11  Q. Yes.
12  A. Yes. That was in 2001.
13       (Handing document to the witness.)
14       (Pause.)
15       MS. ROBINSON: Sorry about the delay,
16  Your Honor.
17  BY MS. ROBINSON:
18  Q. So, ma'am, in 2001 you published a study called
19  Anterior Colporrhaphy, a Randomized Trial of Three
20  Surgical Techniques; is that correct?
21  A. Yes.
22  Q. And in that study did you enroll about 114
23  patients?
24  A. Yes.
25  Q. When you analyzed the data, is it correct,

(Jury Trial-Morning) Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

1 ma'am, that only 109 patients were available to
2 reanalyze the data?
3 A. I'm sorry, I don't understand your question.
4 Q. When you analyzed the data from these patients,
5 is it correct that only 109 patients returned for
6 follow-up?
7 A. No.
8 Q. Is it correct that only 109 patients returned
9 for follow-up approximately 23.3 months after the
10 surgery when you reported the data?
11 A. I'm sorry. We may be having a
12 miscommunication. Are you referring to the
13 reanalysis of the original 2001 trial?
14 Q. I'm referring to the analysis of this trial.
15 And you're right, maybe I misspoke.
16            You originally enrolled 114 patients,
17 right?
18 A. Yes.
19 Q. And for some reason only 109 patients underwent
20 surgery?
21 A. Yes.
22 Q. And of those 109 patients, then you only had 83
23 patients that returned for follow-up that was
24 reported on in your study; is that also correct?
25 A. Yes.

1 Q. So that's about 24 percent of your patients
2 that were lost to follow-up, correct?
3 A. That is correct.
4 Q. Now, when I heard you testify earlier today,
5 you told this jury that if patients didn't return
6 for follow-up, that means they had a bad outcome; is
7 that right?
8 A. I'm sorry?
9 Q. Did you tell this jury today that when patients
10 were lost to follow-up for studies, that was a good
11 indication that they had had a bad outcome?
12 A. No, I don't believe I testified to that.
13 Q. What did you tell the jury today about the loss
14 to follow-up, if patients were lost to follow-up and
15 not available to be evaluated?
16 A. What we know in the literature related
17 specifically to mesh kits is that when women
18 experience complications, they may not return to the
19 implanting surgeon and they may instead seek care at
20 another institution.
21 Q. So this is a phenomenon that's reserved for
22 mesh kits; is that what your testimony is, ma'am?
23 A. My testimony is that the literature, the recent
24 literature describing complications in women after
25 receiving a mesh kit is that a high proportion of

1 them do not return to the original surgeon. That's
2 my testimony.
3 Q. And have you taken that testimony one step
4 further to say that that indicates that these
5 individuals did not have a good outcome? Is that
6 your testimony?
7 A. No.
8 Q. That's not your testimony, right?
9 A. (Shaking head.)
10            THE COURT: Right. That's what she
11 just said.
12            Next question.
13 BY MS. ROBINSON:
14 Q. In your study, the 24 percent of the patients
15 that weren't able to be evaluated, how did you
16 consider their outcomes?
17 A. (Pause.)
18            Okay. They were simply treated as
19 missing data.
20 Q. Which means you didn't know what their
21 particular outcomes were; is that correct?
22 A. That's right.
23 Q. So with respect to the patients that did have
24 data, is it correct that you found failure rates
25 that ranged from 54 to 70 percent?

1 A. Yes, that's right.
2 Q. So 54 to 70 percent of the women who underwent
3 your study had failure rates within two years of the
4 surgery; is that correct?
5 A. Yes, that's right.
6 Q. And you calculated the failure rates based on
7 an anatomical cure; is that also correct?
8 A. Yes.
9 Q. And you calculated any failures for anyone who
10 had a Stage II or greater after surgery; is that
11 correct?
12 A. Yes, that's right.
13 Q. Is it also correct that you only analyzed that
14 with respect to the treated compartment, that being
15 the anterior compartment?
16 A. (No response.)
17 Q. If you want to look on Page 2 in the right-hand
18 column down in the middle of it where it says "cure
19 was defined."
20 A. Yes.
21 Q. So if I understand this study correctly, three
22 different types of surgery were used to correct a
23 woman's prolapsed bladder, correct?
24 A. Anterior vaginal prolapse, yes.
25 Q. You performed the surgeries; and based on

| - ANNE M. WEBER - CROSS - Page 117 | - HAMMONS -vs- ETHICON, et al. - Page 119 |
|---|---|

**Page 117**

1 failures in the treated compartment, that being the
2 compartment, the bladder, correct?
3 A. Yes.
4 Q. Based on that, you had lost -- you had failure
5 rates of 54 to 70 percent, correct?
6 A. Yes.
7 Q. You also noticed -- you noted in the study that
8 this was the first randomized control trial that had
9 assessed anterior colporrhaphy surgeries; is that
10 correct?
11 A. Yes, that's right.
12 Q. Now, anterior colporrhaphies had been around
13 for hundreds of years, right?
14 A. Yes.
15 Q. And this is the first time that it had been
16 assessed in a randomized control trial for the
17 treatment of prolapse?
18 A. Yes, that's right.
19 Q. So you had been practicing medicine for about
20 13 years before this anterior colporrhaphy had ever
21 been studied through a randomized control trial,
22 correct?
23 A. Roughly, yes.
24 Q. And you had been performing that surgery
25 yourself, right?

**Page 119**

1 until the jury has left the courtroom.
2 Jurors, follow me. Turn your
3 clipboards over.
4 - - -
5 (Whereupon the jury exited the
6 courtroom at 12:23 p.m.)
7 - - -
8 THE COURT: Counsel, I understand
9 that we have an objection to the deposition of
10 Aaron Kirkemo hanging. Is there anything else
11 that's hanging?
12 MR. ISMAIL: Your Honor, the
13 designation of Dr. Hinoul relates to the very
14 same e-mail, so...
15 THE COURT: Okay. Do we have that
16 deposition that I can look at? Or bring it --
17 after lunch give me that and let me know what
18 the problem is.
19 Is there anything else that's
20 hanging?
21 (No response.)
22 THE COURT: Is there anything else we
23 need to deal with or can productively deal with
24 at this time?
25 (No response.)

| - ANNE M. WEBER - CROSS - Page 118 | - HAMMONS -vs- ETHICON, et al. - Page 120 |
|---|---|

**Page 118**

1 A. Yes.
2 Q. And it was not supported with data that would
3 be of a Level I type data, correct?
4 A. That's right.
5 Q. And that's the highest data -- you as a trained
6 statistician know that that's the highest kind of
7 data that you can have to assess a person's outcome;
8 is that correct?
9 A. I wouldn't word it like that. I would say it's
10 the trial design that allows you to compare groups
11 and their outcomes and actually assign a cause and
12 effect to the outcomes.
13 Q. And moving on to 2004 --
14 THE COURT: If you're moving off this
15 article, it's time to break for lunch.
16 MS. ROBINSON: Yes, Your Honor.
17 Thank you.
18 THE COURT: Okay. Ladies and
19 gentlemen of the jury, we're going to break for
20 lunch at this time. I'll ask you to return at
21 ten minutes to 2:00. Between now and when you
22 return, keep an open mind and don't discuss the
23 case with anyone.
24 Charles.
25 COURT CRIER: Please remain seated

**Page 120**

1 THE COURT: Then we stand in recess
2 until ten minutes to 2:00.
3 MR. ISMAIL: Thank you, Your Honor.
4
5 (Morning Session concluded.)
6 - - -
7 (Luncheon recess was taken.)
8
9 (Whereupon the Afternoon Session was
10 reported and transcribed by Judith Ann Romano,
11 CRR, Official Court Reporter.)
12 - - -

Page 121

1       C E R T I F I C A T I O N

2

3       I hereby certify that the proceedings

4 and evidence are contained fully and accurately

5 in the notes taken by me on the trial of the

6 above cause, and that this copy is a correct

7 transcript of the same.

8       I further certify that I am not a

9 relative or employee of any attorney or counsel

10 employed in this case.

11

12

13     _____

14       John J. Kurz, RMR, CRR

15       Registered Merit Reporter

16       Certified Realtime Reporter

17       Official Court Reporter -

18       Notary Public

19

20

21       (The foregoing Certification of this

22 transcript does not apply to any reproduction of

23 the same by any means unless under the direct

24 control and/or supervision of the certifying

25 reporter.)

(Jury Trial-Morning) - Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

**[**

[sic] (2)
102:18;112:5

**A**

Aaron (1)
119:10
abbreviate (1)
52:21
abdominal (3)
86:23,24;109:20
abdominally (1)
19:25
able (5)
52:22;79:7;85:1;
91:1;115:15
above (2)
35:17;121:6
absolutely (5)
26:10;46:18;59:24;
61:8;77:15
absorbable (2)
107:15,15
abstract (20)
19:16;20:12,13;
22:11;23:1,5,16;24:24;
52:15,23,25;53:7,21;
54:15;55:12;58:16;
60:7;73:9;74:16;75:13
accelerates (1)
81:20
accept (1)
108:17
acceptable (9)
26:5;37:16;39:24;
42:6;46:15;61:4;68:2;
74:21;85:9
accepted (1)
36:24
accomplish (2)
6:8;16:16
according (1)
33:15
accurate (6)
27:5,9;64:19,22;
68:15;70:24
accurately (3)
53:8,12;121:4
ACOG (6)
94:6;96:11,20;97:9,
21,24
across (2)
50:6,6
activities (1)
109:19
activity (2)
76:24;83:1
actual (3)
23:19;37:11;42:4
Actually (26)

14:16;21:1;24:18;
25:15;28:3;31:10,11;
34:11;35:18,21,22;
36:9;39:5;40:8,24;
43:21;46:6;52:24;
54:8,20;56:6;60:9;
95:23;105:14;109:23;
118:11
add (1)
69:22
added (1)
97:25
adding (1)
48:16
addition (1)
26:19
additional (1)
44:2
address (4)
6:10,16;14:21;15:8
adequate (2)
63:4;68:1
adequately (2)
90:17,25
adopted (1)
98:3
advanced (5)
33:8;78:10,10,15;
79:6
advocate (1)
50:4
Affairs (4)
41:18;44:19;45:11,
18
affirm (2)
17:18,19
afternoon (3)
100:23,24;120:9
again (15)
12:16;15:14;31:21;
36:16;39:16;42:18;
43:17;46:5;51:12;
56:23;73:24;74:23;
76:3;78:17;100:23
Age (2)
109:7,12
aggravate (1)
109:15
ago (2)
25:5;84:21
agree (5)
107:23;108:2;
109:14,18;111:23
agreement (3)
49:14,23;50:10
ahead (1)
28:16
allowed (1)
37:13
allows (1)
118:10
almost (7)
24:22;42:1;56:9;

77:10;78:25;84:12;
100:23
along (3)
19:4;69:16;80:24
alternative (3)
9:6;106:19,21
alternatives (2)
9:10;11:10
always (1)
16:3
American (4)
88:3;92:9;97:6;98:5
amount (3)
9:1;13:2;67:25
analyses (1)
37:21
analysis (7)
20:25;30:4;32:20;
48:11;50:12;65:2;
113:14
analyze (1)
111:9
analyzed (4)
53:18;112:25;113:4;
116:13
analyzing (1)
46:1
anatomic (3)
54:23;83:2;111:24
anatomical (1)
116:7
and/or (1)
121:24
anecdotal (1)
109:21
anecdote (1)
109:21
animal (1)
107:12
Ann (1)
120:10
Anne (2)
17:24;18:20
anterior (19)
55:20;56:1,2,7;
80:16;82:17;105:21;
106:16,17,18,22;
111:16,24;112:19;
116:15,24;117:9,12,20
antibiotics (1)
40:15
apart (1)
109:13
apical (2)
55:21;111:16
appearance (1)
82:6
appears (1)
63:1
apply (3)
18:7;33:5;121:22
approach (2)
31:25;65:15

appropriate (12)
9:15;15:12,25;64:3,
5;65:5,6;69:2;72:9;
77:12;78:19,23
approximately (4)
101:8,9;111:25;
113:9
area (2)
40:9;81:2
areas (1)
25:7
arms (3)
82:18,21,24
Arnaud (1)
41:19
around (6)
41:5;55:6;70:5;
82:11;112:7;117:12
article (38)
47:8,16,19;65:1,3,
11;66:4,6;67:11,14,16,
20,23;68:5,14;69:12,
16,17,21;70:2,18,25;
72:12;73:23;74:5;
79:18,22;84:4;85:24;
86:8;94:1,4,11,13;
95:16;97:18;98:15;
118:15
articles (3)
68:4;86:11,14
aspect (1)
56:5
assess (2)
76:6;118:7
assessed (2)
117:9,16
assessing (1)
66:3
assessment (2)
72:23,25
assign (2)
47:12;118:11
assigned (2)
21:10;51:14
associated (2)
84:14;90:9
Association (3)
52:20;58:23;83:20
assume (2)
11:25;32:10
Athens (1)
75:23
attempt (1)
40:21
attended (2)
101:24;102:23
attorney (1)
121:9
August (2)
52:4;95:23
author (2)
89:1,15
authored (1)

20:11
authoritative (8)
47:17;73:14;74:5;
75:18;79:23;83:14;
86:2;88:16
authors (2)
20:13;58:22;72:16;
80:2;84:2;86:9
author's (1)
58:17
available (6)
9:10;63:25;88:9;
107:19;113:1;114:15
average (3)
29:19;84:15,24
avoid (1)
48:6
aware (2)
81:22;88:12
away (4)
15:5;39:10,20;40:6
Awesome (1)
32:7
Axel (1)
41:19

**B**

back (20)
14:17;23:4;40:19;
41:8;46:21;52:8,9;
54:10;55:24;56:16;
68:20,24;72:4,19;
100:14;108:10;110:9,
13,14;111:14
background (1)
101:1
bad (3)
59:17;114:6,11
badly (1)
90:23
based (13)
23:21;42:4;44:10;
59:19;60:25;65:11;
72:10;78:19;98:22;
99:5;116:6,25;117:4
bases (1)
87:20
basically (5)
59:14;108:10,11,17,
18
basis (9)
28:14;62:7,13;63:5;
64:23,25;65:14,21,24
bear (2)
36:3;109:23
became (4)
44:19;45:10;102:18;
107:2
become (3)
28:1;45:17;81:3
becomes (3)
81:2,2,12

(Jury Trial-Morning) - Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

began (2)
  51:1;104:13
beginning (4)
  13:18;21:14;33:2;
  81:22
begins (2)
  20:25;80:23
behind (2)
  97:10;106:16
belatedly (1)
  79:11
believes (2)
  60:15,21
bell (1)
  31:5
below (1)
  25:10
benefit (1)
  26:16
benefits (1)
  26:16
best (3)
  9:25;111:9,10
better (8)
  17:2;26:18,20;31:7,
  10,16;34:5,8
bias (3)
  58:4,25;59:15
bigger (1)
  71:16
biologic (1)
  107:9
bit (7)
  24:23;27:20;47:10;
  94:8;100:25;110:8;
  111:12
bladder (6)
  106:13,16,24;107:3;
  116:23;117:2
bleeding (1)
  26:2
board (3)
  95:19;101:13,14
body (8)
  20:3;38:2;80:10;
  81:15;82:20,23;
  106:10;110:23
both (5)
  30:15;31:6;38:6,7;
  110:21
bottom (2)
  55:12;58:16
bowel (1)
  36:3
box (2)
  17:5;71:23
break (3)
  71:7;118:15,19
bridging (1)
  82:12
Briefly (5)
  27:19;42:12;72:8;
  79:17;107:8

bring (5)
  41:4,8;53:23;108:9;
  119:16
bringing (1)
  16:22
Brown (2)
  94:3,13
builds (1)
  82:10
Bulletin (4)
  88:2;89:8;96:13;
  98:9
Bulletins (4)
  88:8;89:2;94:6;
  96:21
bunch (1)
  42:24
bunched (2)
  81:3,12
bunching (3)
  81:6,6,18
Busy (1)
  88:10
bylaws (1)
  97:11

## C

cadaver (2)
  102:21;107:10
cadaveric (1)
  107:9
calculated (5)
  23:21;46:2;56:20;
  116:6,9
call (4)
  20:24;70:14;95:9,10
called (9)
  18:9;33:16;34:22;
  36:4;86:9;106:18,21;
  107:11;112:18
came (3)
  52:9;72:10;88:25
can (47)
  6:7;14:10;16:15;
  21:5,22;23:6;24:21;
  25:13;26:1,13;31:7,25;
  32:5,6,24;33:11,21;
  34:8;36:14;39:7;
  40:10;41:1;47:7,12;
  48:19;60:4;64:9;
  69:22;74:17;76:14;
  81:3,8;83:4;87:25;
  90:3,4,23;91:1,2;
  93:11;96:4;106:17;
  109:15;110:20;118:7;
  119:16,23
capacity (1)
  91:20
captured (2)
  21:23,24
care (7)
  54:5;56:14,14;

97:12;102:9;104:22;
  114:19
career (2)
  24:13;40:1
careful (1)
  65:1
carried (1)
  109:22
carry (1)
  77:1
case (21)
  16:3;20:22;21:3,8,
  21;22:1,6;23:22,24;
  36:17;38:22;39:1,4;
  41:25;43:24;46:1;
  55:8;59:20;63:9;
  118:23;121:10
category (1)
  91:6
caught (1)
  34:8
causation (5)
  10:24;12:11;13:14,
  19,24
cause (4)
  15:23;47:12;118:11;
  121:6
caused (2)
  11:3,4
causes (2)
  82:17,25
certain (5)
  23:1,6;29:21;48:5;
  110:12
certainly (2)
  11:8;68:3
certificate (1)
  101:15
Certification (1)
  121:21
certified (4)
  101:13,14,20;121:16
certify (2)
  121:3,8
certifying (1)
  121:24
cervix (1)
  55:23
cetera (1)
  51:15
chambers (2)
  66:21;67:10
chance (2)
  26:25;57:4
change (6)
  92:23;93:1;96:12,
  22;97:15,17
changed (5)
  30:22;31:19;93:6,
  14;98:10
changes (1)
  90:7
characterize (1)

60:4
characterized (1)
  95:1
Charles (5)
  16:22;32:2,8;99:20;
  118:24
chart (4)
  38:20;72:15,17,20
charts (1)
  51:17
childbirth (1)
  109:5
choose (1)
  107:14
chose (1)
  72:20
claimed (1)
  97:21
clarification (1)
  98:1
clear (2)
  40:3;97:23
clearly (3)
  26:18;66:8;91:13
clinical (20)
  24:10;26:3;27:21,
  24;37:23;39:23;40:1;
  54:16;61:17;62:3,5,10,
  21;63:25;64:4;82:15;
  84:6,19;97:13;104:3
clinically (1)
  101:18
clinicians (3)
  88:10,10;97:7
clipboards (3)
  67:3;99:25;119:3
close (1)
  35:14
closely (1)
  90:9
coauthor (1)
  89:4
colleagues (1)
  47:13
collect (1)
  25:18
collected (5)
  20:24;21:9;25:6,16,
  22
collection (4)
  25:1,7;48:10;51:16
College (3)
  88:3;92:10;97:6
colporrhaphies (1)
  117:12
colporrhaphy (5)
  106:18;111:24;
  112:19;117:9,20
column (3)
  23:19;51:11;116:18
combined (1)
  86:14
comers (1)

33:4
coming (1)
  110:14
commentary (1)
  105:10
Commercial (1)
  94:4
committee (2)
  89:2;96:20
common (3)
  11:19;12:5;26:1
commonly (2)
  12:6;25:25
community (3)
  54:16;57:1;95:3
company (1)
  58:24
compare (1)
  118:10
comparison (1)
  105:20
compartment (14)
  55:17,21,21,24;56:5;
  110:14,21,22;111:2,6;
  116:14,15;117:1,2
compartments (2)
  55:20;56:13
complained (1)
  92:10
complete (2)
  57:15;89:7
completely (5)
  39:25;42:11;58:2;
  85:12;108:21
complication (9)
  22:9;42:2;48:4;54:4;
  59:25;63:20;74:18;
  87:14;97:1
complications (16)
  13:22;26:21;42:18,
  22;54:9;59:18;74:10,
  15,25;75:4;76:5;
  86:12;87:4,10;114:18,
  24
complied (1)
  22:19
complies (3)
  27:14;49:19;64:10
concentrated (1)
  44:18
concern (1)
  76:20
concerned (4)
  12:12;96:23;97:7,8
concerning (3)
  18:8;74:21,23
conclude (1)
  62:11
concluded (2)
  71:18;120:5
conclusion (6)
  62:17,19,23,24;64:3,
  5

(Jury Trial-Morning) - Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

condition (1)
40:12
confidence (12)
29:9,10,13,15,22,24;
30:18,23,25;31:14;
43:18;44:5
confidentiality (2)
21:13;51:12
confirm (1)
52:22
confirmed (2)
7:17;41:17
connection (1)
47:22
consent (2)
90:12;91:21
consider (4)
21:18;68:17,18;
115:16
considered (8)
31:6;37:24,25;38:8;
43:15;56:7,12;90:11
considering (1)
95:6
constructed (1)
21:5
consultant (1)
50:3
consultants (4)
20:15;59:4,6,7
consultation (1)
102:7
contain (1)
62:11
contained (3)
52:2;66:7;121:4
contains (1)
52:14
content (1)
52:14
context (9)
7:1;9:9,16;11:15;
23:5;35:24;63:3;
72:23;98:19
Continue (2)
60:20;93:24
continues (3)
42:19,21;87:17
continuing (1)
101:24
contracting (1)
82:20
contraction (14)
22:8;25:8;62:15,18,
20;63:5,10,19;80:21;
81:19,21;82:23;83:2;
84:20
contrary (1)
79:3
control (5)
105:18;117:8,16,21;
121:24
conversation (3)

12:13;95:1,5
convey (4)
11:2,6;12:11,16
copy (3)
7:6;85:22;121:6
corner (1)
89:24
corrected (1)
23:19
correctly (1)
116:21
counsel (12)
6:14;7:16;12:23;
13:1,5;27:1;28:2;
66:21;90:25;100:16;
119:8;121:9
counseled (1)
90:17
count (1)
39:18
counted (2)
39:11;44:3
country (1)
50:6
course (6)
11:3;21:10;48:10;
80:23;91:21;97:2
courses (2)
101:25;102:24
court (144)
6:5,7,11,14,17,21;
7:2,7,9,15,21;8:2,5,8,
11,16,20;9:12,17;10:1,
7,15,20;11:11,18,23;
12:2,6,9,20;13:15,19,
23;14:10,20;15:1,2,4;
16:4,8,10,19,22;17:2,4,
11,13,17,22,25;18:2,5,
17;28:13,16,21;31:2;
32:2,5;38:5,9;40:11;
44:21,24;45:7;59:5,7;
60:19;65:14,16,21,24;
66:6,10,12,14,19,24;
67:1,11,17;68:7,12,20,
23;69:8,19;70:1,6,10,
13,16;71:1,5,12,17,22;
72:2,4,4,6;89:16;
91:25;92:15,21;93:3,9,
23;94:8,15,19,22,25;
95:8,12,15;96:7,15,18;
97:18,20;99:8,10,14,
20,22;100:8,14,14,16;
103:1,4;108:20;109:1;
115:10;118:14,18,25;
119:8,15,22;120:1,11;
121:17
courtroom (11)
17:8;67:2,7;71:25;
76:12;99:24;100:4,9,
12;119:1,6
cover (3)
49:17;89:18,22
covered (2)

93:10;96:24
creates (1)
82:24
CRIER (12)
17:4,17,22,25;18:2;
67:1;71:22;72:4;
99:22;100:8,14;118:25
criteria (2)
32:24;33:18
CROSS-EXAMINATION (1)
100:20
Cross-examine (1)
99:11
cross-examined (1)
9:4
CRR (2)
120:11;121:14
crunched (1)
81:3
Cumulative (3)
28:15,17,18
cure (2)
116:7,18
cured (1)
15:17
current (2)
88:9;101:15
currently (3)
88:13;101:10,15
curve (1)
31:5
cystocele (2)
106:12,15

# D

damaged (1)
41:7
data (58)
20:17,24;21:1;
22:14;24:8,9,16,25;
25:6;26:4;29:2,7;
31:22;32:20,21;34:13;
36:16,18;37:11;42:5;
44:10;46:10;48:10;
50:18;51:13,15,19;
53:7,9,13,25;54:11;
55:10;56:25;58:13;
59:10;60:2;61:1,1,2,3;
67:16;68:18;72:11;
86:15;90:6;105:19;
111:9;112:25;113:2,4,
10;115:19,24;118:2,3,
5,7
database (13)
50:13,17;51:7,9,19,
23,25;52:1,3;53:13,18;
54:25;55:25
date (5)
49:22,23,24;105:15;
112:9
David (1)
45:2

day (1)
105:3
dead (1)
41:7
deal (3)
24:23;119:23,23
debate (1)
95:11
decades (1)
109:23
decide (4)
33:2;57:20;91:3;
107:6
decided (6)
10:9;25:18;39:9,17;
48:17;72:16
decision (4)
72:24,25;90:19;99:4
deemed (2)
43:20;98:14
defense (5)
15:9;27:1;64:13;
67:17;69:13
define (1)
12:2
defined (2)
116:19
Definitely (1)
70:18
definition (5)
12:1,3;30:22;59:14;
98:3
degree (4)
29:22;63:22;79:6;
110:12
delay (1)
112:15
deliver (1)
99:18
demonstrating (1)
62:5
denominator (1)
24:21
depend (1)
106:9
depended (1)
108:3
depends (1)
37:9
deposition (4)
57:4,13;119:9,16
depositions (1)
57:7
describe (2)
20:23;99:4
described (1)
82:5
describing (1)
114:24
design (2)
33:1;118:10
designation (1)
119:13

designed (2)
48:3,7
despite (1)
59:3
details (1)
53:6
determining (1)
57:17
develop (1)
25:15
developed (1)
13:22
developing (2)
76:18,18
deviation (2)
33:17,23
deviations (4)
33:11,13,19;37:12
difference (6)
54:11;60:4,5;77:6,8,
9
different (15)
11:20;19:25;21:15;
29:18,18,19,20;30:2;
56:24;69:24;105:20;
106:5;107:6,24;116:22
differently (2)
24:9;69:9
difficult (1)
109:13
difficulties (2)
71:15;83:5
direct (3)
15:5;18:24;121:23
Director (1)
44:19;45:11
Directors (2)
45:18;60:15
discharge (1)
26:2
disclose (1)
68:13
disclosed (5)
58:18,21;66:2;
67:19;68:8
disclosure (2)
58:17;67:13
disclosures (4)
58:22,23;59:2,12
discrepancies (1)
38:24
discuss (1)
118:22
discussed (5)
66:8;67:23,24;85:6;
109:3
discusses (1)
84:8
discussing (1)
80:20
discussion (9)
32:23;33:10,19;
65:18;66:17,22;67:9;

(Jury Trial-Morning) - Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

69:6;71:18
**displayed (7)**
   22:20;28:11,23;
   38:16;43:4;51:5;89:21
**dispute (1)**
   15:21
**disputing (1)**
   12:5
**disregard (2)**
   14:2;18:13
**distinctions (1)**
   111:17
**distinguish (1)**
   111:15
**distortion (1)**
   83:2
**distorts (1)**
   82:16
**divide (1)**
   55:19
**divided (1)**
   86:20
**Doctor (39)**
   19:4;20:9;22:22;
   26:25;27:16;28:25;
   32:13;35:20,22;36:2;
   38:18;41:5;45:4,14;
   47:2;49:8;51:24;
   52:10,13;54:24;62:2,
   14;64:12;72:8;73:4;
   79:14;80:18;83:7;
   85:5,24;87:23;90:2,20;
   93:14;101:3;106:3;
   107:23;108:4;111:23
**doctors (17)**
   19:22;22:12;41:18;
   42:24,25;50:14;54:16;
   55:8,19;72:19;73:24;
   75:13;76:17;88:5,6;
   94:2;111:18
**document (32)**
   19:12,15;22:20;
   28:11,23;32:14;38:16;
   43:4;47:7;49:9,13;
   51:5;61:14,19;73:7,8,
   22;75:10;77:17,20,23,
   24;79:14,15;83:10,17,
   23;88:1,2;89:21;98:1;
   112:13
**documents (4)**
   21:14;46:21;59:20;
   98:23
**dollars (1)**
   105:3
**done (13)**
   24:13;30:4;31:13;
   35:1,23;36:22,25;40:2,
   24;67:21;68:14;98:5;
   106:20
**double (1)**
   39:13
**down (9)**
   20:5;21:1;27:13;

30:23;32:6;36:3;64:9;
73:3;116:18
**Dr (42)**
   6:13,15,20;9:1;13:9,
   13;14:8;15:12;16:25;
   19:2;20:13,14,14,16;
   28:7;20;32:1;44:19;
   47:13;49:15;50:11;
   52:24;53:17;54:7,10;
   55:4,8;57:5,5,8,14;
   58:3,7;59:21,25;60:16,
   22;61:1;69:15;89:14;
   94:3;119:13
**draft (2)**
   89:3,6
**dragging (1)**
   82:21
**drags (1)**
   82:24
**dramatic (1)**
   82:7
**drawn (2)**
   65:1;80:24
**drive (1)**
   62:23
**drop (1)**
   39:7
**dropped (1)**
   39:5;46:6
**Drs (2)**
   94:3,13
**due (1)**
   10:25
**duly (1)**
   18:21
**duration (5)**
   74:13,24;76:19;
   87:6,12
**dyspareunia (5)**
   25:9;64:17;65:7;
   69:18;72:13

**E**

**earlier (9)**
   34:7,11;39:18;
   56:23;90:18;91:15;
   106:4;111:13;114:4
**early (5)**
   27:24;33:25;34:5;
   47:9;78:16
**earned (1)**
   106:1
**easily (2)**
   21:22;83:4
**easy (1)**
   15:7
**eats (1)**
   40:6
**edges (2)**
   41:5,8
**editor (1)**
   93:19

**education (1)**
   102:24
**effect (42)**
   47:12;84:19;118:12
**effective (4)**
   62:6,12;63:2;64:6
**efficacious (1)**
   63:2
**either (2)**
   86:22;98:7
**elicit (3)**
   8:21;9:20;11:12
**elicited (2)**
   14:19;28:20
**Elliott (2)**
   9:1;28:20
**else (6)**
   10:5,7;49:18;
   119:10,19,22
**elsewhere (1)**
   54:5
**e-mail (3)**
   52:14,23;119:14
**employed (1)**
   121:10
**employee (2)**
   20:16;121:9
**encumbered (1)**
   26:20
**end (2)**
   62:14;102:4
**Endpoint (8)**
   29:1;30:8,11,14;
   37:20;43:9,14;44:11
**endpoints (1)**
   37:18
**engaged (1)**
   103:23
**enough (5)**
   76:20;90:16,24;
   91:18;95:12
**enroll (1)**
   112:22
**enrolled (1)**
   113:16
**enrolling (4)**
   48:13,14,22,25
**entered (7)**
   17:7;23:11;51:11,
   13;52:3;71:24;100:11
**enters (2)**
   68:6;100:9
**entitled (2)**
   51:25;94:4
**eroded (1)**
   40:25
**erosion (11)**
   23:3;25:15,25;
   26:22;41:5;48:8,12;
   53:14,20;54:18;90:10
**erosions (2)**
   60:23;83:3
**error (1)**

36:24
**errors (2)**
   36:19,22
**especially (1)**
   90:10
**establish (1)**
   62:4
**established (1)**
   59:11
**estimate (1)**
   68:10
**estimated (1)**
   104:9
**estrogen (2)**
   40:14;109:9
**et (1)**
   51:15
**ethical (1)**
   94:2
**Ethicon (35)**
   20:15,16;23:3,15;
   29:4;30:5,21;32:20;
   38:25;39:2,5,8;41:12,
   18,23;43:17;44:20;
   45:16,17;46:3,21;
   47:24;49:15,25;50:3,
   11,16;55:4,7,9;58:4;
   59:3,5,21;81:22
**Ethicon-funded (2)**
   73:11;74:1
**Ethicon-paid (1)**
   27:23
**Ethicon's (1)**
   60:15
**Ethicon-sponsored (1)**
   19:18
**Ethics (1)**
   94:5
**evaluate (2)**
   20:20;63:5
**evaluated (3)**
   64:1;114:15;115:15
**evaluating (3)**
   20:2;53:25;66:3
**evaluation (2)**
   44:10;62:21
**even (8)**
   10:9;37:14;40:18;
   44:7;48:6;60:9;63:8;
   87:6
**event (1)**
   26:3
**everyone (1)**
   55:25
**evidence (3)**
   62:5;63:25;121:4
**exact (6)**
   8:1,6,9,12;10:10,18
**exactly (6)**
   24:14;27:25;43:25;
   57:2;82:3;98:2
**exam (1)**
   35:24

**examination (3)**
   15:6;18:24;84:14
**examined (4)**
   18:21;72:11;102:3;
   103:9
**examining (1)**
   35:25
**example (2)**
   55:6;60:7
**exceeded (2)**
   43:16;48:24
**Excel (1)**
   51:10
**Except (1)**
   43:21
**excerpt (1)**
   51:4
**exchange (1)**
   6:15
**exhibit (35)**
   19:11;28:2,4,8,25;
   29:1;32:1,13;38:10,12,
   18;43:3,5,8;45:20,21;
   47:2,4;49:1,5,8;52:11,
   13;61:16,24;73:5,18,
   19;75:7;83:7;85:17,
   18;87:23;93:15,16
**exhibits (1)**
   19:5
**exist (1)**
   79:12
**existence (1)**
   111:20
**exited (3)**
   67:6;100:3;119:5
**expect (4)**
   12:24;13:1;90:18;
   91:2
**expected (4)**
   6:20;29:17,21;38:2
**expecting (1)**
   14:14
**experience (4)**
   39:22;75:4;102:11;
   114:18
**experienced (10)**
   23:7,8;42:2;48:12;
   53:19;54:9;55:14;
   72:13;80:13;84:23
**experiencing (1)**
   26:1
**experimental (12)**
   90:11;91:9;92:11,
   25;93:5;96:24;97:3,
   22;98:4,14,20;99:4
**experimented (1)**
   98:21
**experimenting (1)**
   91:21
**expert (10)**
   18:9;61:17;62:3,10;
   64:4;66:2;69:13;
   103:12,23;104:7

John J. Kurz, RMR, CRR, Official Court Reporter
Phone 215-683-8035  Fax 215-683-8005

(Jury Trial-Morning) - Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

experts (1)
69:14
explain (11)
25:2;32:24;33:11,
21;35:9;42:13;45:13;
50:7;55:16;68:5;76:14
explained (4)
27:11;34:17;61:11;
85:14
explanation (2)
35:1;97:16
expose (1)
96:25
exposed (2)
40:9;41:6
exposure (13)
23:2,7;24:17;38:19;
39:3,7,10,20;40:4,5;
45:23;46:14;47:23
exposures (4)
39:18;46:3;60:10,14
extend (2)
76:8;109:16
extending (1)
78:24
extends (1)
35:18
extent (3)
36:5;59:21;60:9
extra (1)
85:22
extremely (6)
38:1;54:2;58:4;
74:13,24;80:12

**F**

fact (13)
54:6;59:3;66:2;
67:15;68:1;79:10;
87:12;92:6;93:6;98:7;
102:15;103:20;112:2
factors (1)
109:15
factually (2)
91:23;92:6
failure (10)
30:13;43:15;44:12;
57:9;110:21;111:24;
115:24;116:3,6;117:4
failures (2)
116:9;117:1
Fair (3)
95:12;102:6;105:12
fall (2)
29:21;30:2,3;91:6
familiar (14)
19:13;30:8;32:14;
35:2;45:25;49:8;51:9;
61:19;75:10;77:20;
79:15;83:10;84:21;
85:24
far (5)

41:22;58:2;60:8;
79:11;98:1
favorable (1)
60:8
favorably (3)
58:5;59:16,17
February (3)
88:24;92:3;104:18
feet (1)
36:1
Fellow (1)
69:15
felt (5)
41:2;57:18;97:4,9,
25
female (1)
101:21
few (2)
35:10;102:11
fibrosis (1)
82:13
field (1)
39:23
figures (2)
56:20;80:15
filled (1)
72:21
final (1)
89:8
financial (2)
58:4;59:15
find (7)
7:25;8:6;32:1,2,6;
48:19;74:17
finding (2)
87:1,3
findings (3)
24:15;42:3;47:21
Fine (3)
8:2;71:17;109:1
finish (1)
89:7
finished (3)
89:8;99:8,9
first (20)
7:4;16:25;18:21;
23:25;26:17;28:3,19;
29:8;31:16;36:23;
59:13;69:11;74:4;
77:2;80:19;89:19,24;
112:6;117:8,15
five (4)
46:12;57:16;84:24;
85:3
fix (1)
86:24
fixed (3)
77:3;82:22;111:13
fixing (1)
105:21
flag (1)
97:5
flat (4)

80:25;81:9,13,16
floor (2)
62:25;63:1
flows (2)
13:4,6
focus (1)
89:12
folded (2)
81:3,12
folding (1)
82:9
folds (1)
82:4
follow (3)
24:3;54:6;119:2
followed (1)
33:14
following (7)
6:4;17:10;48:18;
65:18;66:23;67:9;72:1
follows (3)
18:22;68:24
follow-up (22)
7:10;21:16;23:13;
42:15;52:5,9;53:24;
74:13,24;75:1;76:4,20;
87:7,13;115:6,9,25;
114:2,6,10,14,14
force (1)
13:1
foregoing (1)
121:21
form (8)
14:16;21:4,21;25:5;
30:21;31:21;34:11;
63:9
Forms (16)
20:22;21:8;22:1,5,6;
23:22,25;25:1,7;36:17;
38:22;39:1,4;41:25;
43:25;46:2
forth (1)
96:6
forward (1)
98:25
found (17)
20:21;24:17;30:5;
36:22;38:23,25;41:10,
22,24;48:11;53:18;
55:15;60:1;76:5;82:3;
84:12;115:24
foundation (1)
27:18
four (3)
42:1;52:5;82:18
four-month (1)
52:6
four-tenths (1)
43:20
frame (2)
50:22,23
France (2)
27:22;42:25

frankly (1)
70:20
French (10)
28:25;29:2;32:9,21;
38:19;42:6;43:12;
73:24;75:13;80:4
frequency (2)
74:15;87:10
frequent (2)
42:17;90:6
frequently (1)
54:4
front (9)
19:5;47:2;49:17;
52:10;61:15,16;70:21;
73:4;83:7
full (3)
9:1;15:5;89:24
fully (4)
96:5;107:14,15;
121:4
functional (2)
76:7,21
fundamental (1)
37:3
funded (1)
50:9
funding (3)
49:14;50:12,16
further (11)
16:4,5,6,15;63:23;
71:2,3;100:25;105:23;
115:4;121:8
future (2)
25:17;45:17

**G**

gave (2)
98:20;101:25
general (2)
15:18;27:17
generally (1)
110:13
generated (1)
32:19
gentlemen (3)
17:14;18:5;118:19
gets (2)
20:24;42:17
given (5)
8:19;14:13;79:2;
85:22;90:6
gives (1)
54:19
glazed (1)
55:1
goes (4)
21:15;42:17;75:5;
81:15
good (14)
7:8;8:2;17:13,15;
19:2,3;34:10;59:17;

91:3,4;100:23,24;
114:10;115:5
grafts (1)
107:17
granulation (1)
25:12
great (1)
8:12
greater (2)
30:9;116:10
greatest (1)
111:19
Greece (1)
75:23
groin (1)
82:19
ground (1)
80:19
group (12)
27:22;60:16,22;
63:12;73:9,10,24,25;
76:1;77:25;80:4;87:5
groups (4)
86:21;87:14,16;
118:10
guess (1)
100:23
guys (1)
32:10
Gynecare (1)
62:20
gynecologist (1)
50:2
Gynecologists (1)
88:4
Gynecology (3)
89:2;96:21;101:16
Gynemesh (12)
19:18,21,24;22:10,
18;27:5;38:23;55:6;
58:7;60:25;62:20;63:4

**H**

habit (1)
57:14
Hale (1)
20:14
half (4)
40:16;56:16;74:14;
100:17
Hammons (13)
6:16,25;7:19;10:23;
13:11;14:9,14,15;
16:11,13;18:8,10,12
hand (3)
17:17;19:7;28:2
handed (1)
32:13
Handing (1)
112:13
hanging (3)
119:10,11,20

**(Jury Trial-Morning) - Vol. VI - December 8, 2015**
**Hammons v. Ethicon, et al.**

**happen (9)**
10:16;25:13;39:12,
21;43:23;54:20;92:19;
110:10,11
**happened (15)**
8:24;10:25;14:11;
24:20;33:15;39:8;
43:24;48:21;50:8;
55:3;69:25;80:10;
91:23;92:17;98:25
**happening (2)**
35:21;40:24
**happens (2)**
25:14;41:3
**harming (1)**
48:6
**harvested (1)**
107:12
**head (1)**
115:9
**heading (1)**
51:11
**healing (1)**
80:23
**healthy (1)**
41:8
**heard (7)**
18:6;27:16;29:10;
35:9;44:21;55:18;
114:4
**hearing (2)**
65:19;67:10
**heavy (1)**
109:19
**height (1)**
51:15
**held (5)**
15:15;16:3;66:17;
69:6;77:25
**help (1)**
70:6
**helpful (1)**
99:17
**helps (1)**
40:16
**hereby (1)**
121:3
**hesitate (1)**
109:11
**hey (1)**
9:4
**high (15)**
26:14,21;36:18;
42:14,18;46:20,24,24;
58:4;74:14,24;80:13;
110:1,5;114:25
**higher (7)**
24:23;31:11;54:8;
83:3;87:15,16,17
**highest (5)**
87:4;97:12,13;
118:5,6
**Hinoul (1)**

119:13
**hip (1)**
82:25
**hired (1)**
45:17
**Hold (4)**
17:2;70:1;99:1;
101:15
**Honor (38)**
6:10;8:1,18,23;9:25;
10:6,14;11:6,17;13:6,
12;14:4,5,12,22;15:3,
10,21;16:7,18;31:25;
65:23;66:1;70:15;
71:4,8,9;89:14;95:14,
17;96:14;99:7,13;
100:18;112:16;
118:16;119:12;120:3
**hospitals (1)**
101:11
**hour (2)**
100:17;105:3
**huge (1)**
13:2
**human (1)**
36:21
**hundred (3)**
29:17,18,19
**hundreds (2)**
30:1;117:13
**hurt (1)**
90:23
**hymen (3)**
35:14,18;36:8

**I**

**identification (9)**
28:5;38:13;43:6;
47:5;49:6;61:25;
73:20;75:8;85:19
**identified (1)**
46:24
**identify (2)**
19:8;80:14
**identifying (1)**
35:12
**Iglesia (1)**
47:13
**II (3)**
33:24;37:13;116:10
**III (3)**
33:9;34:9;78:10
**IIS (5)**
51:7,25;54:25;55:1;
61:2
**imagine (3)**
31:5;81:8;83:5
**impact (5)**
37:7;53:24;81:19;
82:15;84:6
**implant (7)**
38:1;42:21;77:1;

79:21;82:2,18,20
**implanted (2)**
56:11;102:21
**implanting (1)**
114:19
**importance (2)**
111:11,19
**important (11)**
21:13,17,19;22:9;
25:21;26:3;50:4;
57:17;87:1,3;111:21
**importantly (1)**
78:9
**imposed (1)**
15:11
**impossible (1)**
63:20
**impression (1)**
54:20
**improper (2)**
12:25;66:5
**inappropriate (1)**
77:16
**incision (1)**
41:3
**inclined (2)**
58:5;59:15
**include (3)**
21:8;33:7;109:18
**included (2)**
34:1;58:13
**includes (1)**
59:16
**including (3)**
23:2;32:21;34:10
**inclusion (2)**
32:24;33:18
**inclusive (1)**
13:2
**income (2)**
97:9;106:1
**incomplete (1)**
108:15
**inconsistent (2)**
10:2,3
**incorrectly (1)**
58:21
**increase (3)**
42:19;75:5;87:11
**increasing (1)**
76:25
**incredibly (1)**
26:21
**independent (1)**
23:22
**indicated (6)**
30:13;77:5;79:4,5;
106:4;112:6
**indicates (1)**
115:4
**Indicating (1)**
71:13
**indication (1)**

114:11
**indications (3)**
76:8;78:18;79:12
**individual (3)**
36:17;107:24;108:4
**individuals (1)**
115:5
**inextricably (1)**
109:12
**informal (1)**
95:5
**information (22)**
21:2,9,23;25:19;
28:19;38:20;41:21;
43:10;58:17;61:22;
62:11;65:2;74:9;
76:21;88:9;90:16,24;
91:3,17,19;98:24;
109:22
**initial (1)**
51:14
**initiated (1)**
55:7
**insertion (1)**
72:14
**inside (2)**
35:16;36:8
**instances (1)**
62:19
**instead (7)**
40:7;72:16;80:25;
81:1;82:7,8;114:19
**institution (1)**
114:20
**instruct (1)**
16:10
**instructed (2)**
13:9;14:7
**Instructions (1)**
103:25
**insurance (1)**
96:25
**intend (4)**
8:20;9:20;10:17;
11:11
**intended (8)**
10:22;11:1,6;12:16;
21:9;25:11,16;81:1
**intending (1)**
12:10
**intent (1)**
67:22
**intention (1)**
11:21
**intentional (3)**
9:18,23;10:21
**intentionally (2)**
10:2,13
**interchangeably (1)**
80:22
**internal (1)**
98:22
**International (4)**

52:20;83:19;93:20;
94:24
**interval (10)**
29:9,14,15,24;30:18,
24,25;31:14;43:18;
44:5
**intervals (1)**
29:10
**into (9)**
11:5;23:11;48:13;
51:13;52:3;55:20;
68:6;81:15;86:21
**introduced (1)**
76:22
**introducing (1)**
13:21
**intuitively (1)**
34:7
**investigation (1)**
45:15
**investigator (3)**
44:16;45:4;58:12
**investigator-initiated (2)**
50:8;55:2
**investigators (6)**
20:10,10;27:24;
29:4;37:2;59:13
**invited (1)**
89:3
**involve (1)**
104:22
**involved (5)**
24:10;45:15;58:7;
67:21;108:6
**involvement (2)**
58:11;88:21
**involves (1)**
35:12
**involving (1)**
104:3
**ISMAIL (22)**
6:9,12,18,22;7:3,8,
10;8:7,9,13,15,17;
13:6,17,21;14:3,12;
16:7,18;99:12;119:12;
120:3
**issue (7)**
6:9;9:6;11:7;15:16;
21:25;59:9;88:8
**issues (5)**
36:11;37:15;57:23;
58:1;85:6
**IUGA (1)**
52:21
**IV (3)**
33:9;34:9;78:10

**J**

**Jacquetin (2)**
80:5,7
**January (2)**
61:17;63:11

(Jury Trial-Morning) - Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

**John (1)**
  121:14
**Journal (2)**
  93:20;94:24
**Joye (1)**
  69:15
**Judge (6)**
  16:24;18:16;66:11,
  13;68:17;92:4
**Judith (1)**
  120:10
**July (1)**
  52:4
**June (1)**
  83:21
**juror (1)**
  16:20
**Jurors (3)**
  67:3;99:25;119:2
**jury (83)**
  6:5;13:8;14:1,7;
  16:10,23,25;17:5,5,7,
  11,15;18:3,6;19:15;
  20:21;22:4,22,24;
  24:15;27:17,19;32:24;
  33:11,21;34:25;35:9;
  36:14;41:15;42:9;
  43:1,9;45:23;47:7;
  48:1;49:21;50:7,10,19;
  51:7;53:16;57:12;
  58:9,20;61:7;62:9;
  65:4,19;66:24;67:2,6,
  10;69:1;70:21,23;
  71:23,23,24;72:2;
  76:14;83:24;84:11;
  85:7,15;86:7;87:25;
  89:19;90:3,4;96:4,5;
  99:15,23;100:3,9,11;
  110:6;114:5,9,13;
  118:19;119:1,5

**K**

**keep (7)**
  18:2;48:15,15,18;
  50:16;97:20;118:22
**key (1)**
  78:3
**kind (6)**
  23:25;47:11;81:8;
  86:21;106:8;118:6
**kinds (1)**
  107:7
**Kirkemo (1)**
  119:10
**kit (1)**
  114:25
**kits (7)**
  62:25;86:24;87:5;
  98:13;99:4;114:17,22
**knees (1)**
  36:1
**knew (2)**

31:17;91:15
**known (1)**
  82:12
**Kurz (1)**
  121:14

**L**

**labeled (2)**
  96:23;97:2
**lack (1)**
  109:9
**ladies (3)**
  17:13;18:5;118:18
**larger (1)**
  24:21
**last (5)**
  6:23;17:25;62:15;
  71:10;80:5
**later (4)**
  10:17;45:5,10;
  105:24
**latest (1)**
  105:15
**layer (1)**
  81:14
**laying (1)**
  80:25;81:13
**lead (1)**
  62:22
**leading (1)**
  45:7
**leads (1)**
  83:3
**lean (1)**
  20:5
**learn (1)**
  57:7
**learned (3)**
  8:25;47:23;57:12
**least (3)**
  30:3;60:13,13
**leave (1)**
  54:4
**led (1)**
  62:24
**left (4)**
  67:2;75:22;99:24;
  119:1
**legal (4)**
  28:14;65:14,21,24
**legitimate (1)**
  12:18
**length (1)**
  76:25
**less (4)**
  30:22;31:1,21;43:19
**letter (3)**
  93:18;96:10,10
**level (4)**
  36:22;85:2,4;118:3
**license (1)**
  101:25

**licensed (3)**
  101:2,5,7
**life (1)**
  38:3;84:24
**lifting (1)**
  109:19
**limit (2)**
  29:9;30:17
**limited (1)**
  90:6
**limits (1)**
  16:11
**Line (1)**
  7:4;8:17,19;13:17;
  14:6,6;16:9,9
**linked (1)**
  109:12
**list (2)**
  7:17,21
**listed (4)**
  20:10;22:1,14;30:9
**literally (2)**
  40:8;81:2
**literature (27)**
  34:4;46:21;54:3;
  59:11,20,22;63:12,18;
  64:1;67:25;78:19;
  85:5;86:10,14,16;
  88:11,14;93:19;95:7;
  98:23;105:8,13;
  109:23;110:25;114:16,
  23,24
**litigation (5)**
  67:20;68:9;103:13,
  17,24
**little (14)**
  21:3;27:20;34:25;
  36:6;45:25;47:10;
  51:8;77:18;91:15;
  94:8;100:25;105:23;
  110:8;111:12
**live (1)**
  85:1
**lives (2)**
  42:22;87:9
**location (1)**
  106:9
**logically (1)**
  9:8
**long (4)**
  37:24;40:1;42:22;
  71:14
**longer (3)**
  48:20;87:8,8
**look (11)**
  27:24;31:9;34:12;
  36:5;51:19;54:18;
  57:19;72:18;79:20;
  116:17;119:16
**looked (5)**
  14:17;31:20;51:9;
  55:16;73:12
**looking (5)**

31:21;37:11;53:25;
  74:2,11
**looks (2)**
  49:21;89:20
**loss (1)**
  114:13
**lost (8)**
  52:7,9;53:23;94:9;
  114:2,10,14;117:4
**low (1)**
  74:23
**lower (2)**
  31:9;43:20
**Lowman (9)**
  66:4,6;68:14;69:11,
  12,15;70:2,13,16
**Lucente (18)**
  20:13;49:15;50:1,2,
  11;51:6,25;54:7,10,24;
  55:4,8;57:5,8,14;58:3,
  7;59:25
**Lucente's (5)**
  52:24;59:21;60:16,
  22;61:1
**lunch (3)**
  118:15,20;119:17
**Luncheon (1)**
  120:7
**lying (2)**
  35:25;40:7

**M**

**ma'am (4)**
  105:25;112:18;
  113:1;114:22
**Madigan (1)**
  20:16
**maintain (1)**
  97:13
**maintained (1)**
  50:17
**major (1)**
  36:5
**makes (3)**
  15:7;34:6;54:2
**making (4)**
  57:19;58:22;90:19;
  96:12
**manmade (1)**
  107:13
**manner (1)**
  76:23
**many (4)**
  23:10;54:6;68:8;
  75:16
**Margaret (1)**
  17:24
**mark (1)**
  13:16
**marked (10)**
  28:4;38:12;43:5;
  47:3,4;49:5;61:24;

73:19;75:7;85:18
**market (7)**
  70:4,9,11;79:1,3;
  102:19;107:2
**marketed (6)**
  62:6,13;64:7;77:5,9;
  90:7
**marketing (1)**
  78:24
**massive (1)**
  67:25
**material (1)**
  90:8
**materials (1)**
  8:25
**matter (2)**
  92:6;93:6
**May (14)**
  8:7;8;18:6;55:22;
  65:15;72:18;95:5,16;
  111:13,14;112:8;
  113:11;114:18,19
**maybe (3)**
  11:19;55:17;113:15
**MD (1)**
  18:20
**mean (18)**
  10:11,13;11:14,18,
  19,24;23:20;31:3;48:9,
  14;55:1,3;56:4;58:23;
  78:12;91:10;103:2;
  110:6
**meaning (3)**
  23:4;56:1;97:22
**means (28)**
  10:8;11:13,17,25;
  12:8;25:2;31:4,6,11;
  32:25;33:12;35:1,11;
  45:13;48:10,15;52:7;
  55:4,17;56:5;58:23;
  77:2;78:13;90:21;
  91:11;114:6;115:20;
  121:23
**meant (1)**
  98:2
**measure (1)**
  34:19
**measured (1)**
  34:22
**measurement (1)**
  44:13
**measurements (8)**
  36:12,20;37:3,5,10,
  14;57:15,19
**measures (1)**
  35:15
**measuring (4)**
  35:21,22;36:6;80:18
**medical (30)**
  7:18;11:3;21:25;
  30:24;40:14;41:17;
  42:20;44:19;45:10,18;
  47:8;51:16;57:1;

Case 2:12-md-02327 Document 3756-2 Filed 04/26/17 Page 72 of 110 PageID #: 138092

(Jury Trial-Morning) - Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

59:19;60:15;63:25;
73:23;79:18;85:6;
86:8,10;94:2;95:2,6;
98:23;101:2,25;
104:20;105:8,13
**medical/legal (1)**
97:1
**medically (8)**
47:17;73:14;74:5;
75:18;79:22;83:14;
86:2;88:16
**Medicine (2)**
98:6;117:19
**meet (2)**
30:11;44:11
**meeting (7)**
19:17;24:11;52:16,
17,19;77:25;83:20
**member (2)**
96:20;101:16
**members (4)**
80:4;88:6;92:9;
110:6
**Menopause (2)**
109:9,12
**mention (2)**
7:23;15:19
**mentioned (10)**
38:21;45:10;52:3;
63:3;74:23;81:6;
104:19;105:5;107:17;
111:12
**mentoring (1)**
104:20
**Merit (1)**
121:15
**mesh (76)**
10:25;19:19,21,24;
20:2;22:8,10;23:2,3,7;
24:17;25:8,15,24;
26:16,22;38:19,23;
39:3,7,9,18,20;40:3,5,
5,10,25;41:6;45:23;
46:3,14;48:8,12;53:19;
55:6;60:10;63:5,10,19;
79:13,21;80:13,21,24;
81:3,4,9,11,15,19;82:2,
4,6,7,11,20,20,21,23,
24;84:6,11,14,19;
86:24,24;87:5;90:8,10;
98:13;107:13,14;
114:17,22,25
**message (2)**
63:17,19
**method (1)**
34:21
**mic (1)**
20:6
**middle (1)**
116:18
**might (9)**
29:19;30:2;31:9,11;
74:16;84:21;85:1,22;

90:20
**mild (1)**
84:25
**Miller (1)**
20:14
**million (1)**
104:10
**mind (1)**
118:22
**minds (2)**
12:22;81:9
**minimized (1)**
73:1
**minimizing (1)**
59:17
**minute (3)**
25:5;70:1;84:20
**minutes (2)**
118:21;120:2
**miscommunication (1)**
113:12
**misleading (1)**
54:19
**missing (1)**
115:19
**misspoke (2)**
39:13;113:15
**mistake (4)**
8:22;9:18;10:20;
33:14
**misunderstanding (1)**
37:4
**moderate (1)**
80:17
**moderately (1)**
84:25
**money (2)**
55:9;59:14
**months (12)**
30:15;37:21;38:6;
39:2;46:4;48:23;52:6;
74:11,14,18;75:1;
113:9
**more (15)**
21:3;34:12;40:20;
42:17;44:6;48:6,11;
58:5;59:16,16;60:8;
76:6,21;77:18;111:21
**MORIARTY (2)**
71:9,13
**Morning (8)**
6:2;17:13,15;19:2,3;
73:13;87:8;120:5
**most (9)**
36:5;44:17;50:4;
78:9;84:9;87:1,3;90:9;
111:11
**motivation (1)**
98:9
**Move (4)**
60:18;82:21;108:24,
25
**movement (1)**

36:4
**moving (2)**
118:13,14
**Mrs (5)**
6:16;13:11;14:9,14,
15
**much (5)**
26:18,20;41:7;
87:15,16
**multiple (2)**
110:18,18
**Murphy (1)**
57:5
**muscles (2)**
82:19,25
**myself (3)**
36:18;38:22;43:25

---

## N

**name (7)**
14:15;17:22,25;
19:20;21:11;51:13;
80:5
**named (2)**
69:14;89:4
**namely (1)**
16:12
**narrow (2)**
15:16,16;79:12
**national (1)**
24:11
**native (3)**
106:5,23;109:25
**near (1)**
45:16
**necessarily (1)**
110:16
**necessary (1)**
40:18
**need (7)**
25:18;40:19;42:13;
76:20;91:19;99:14;
119:23
**needed (2)**
25:22;76:6
**needs (1)**
63:22
**negative (2)**
35:16;39:14
**new (3)**
41:3;64:17;65:6;
72:13
**next (23)**
26:23;28:8;32:9;
38:10;49:1;51:3,22;
52:11;53:14;54:22;
61:14;72:6;73:4,18;
75:6;77:17;79:14;
83:7;85:17;87:23;
93:12,15;115:12
**night (1)**
6:23

**nine (1)**
29:3
**Nobody (1)**
60:23
**nodding (1)**
108:19
**none (4)**
12:8,9;58:21;68:12
**nonhealing (1)**
25:13
**Nonresponsive (1)**
60:18
**Notary (1)**
121:18
**note (1)**
25:2
**noted (1)**
117:7
**notes (1)**
121:5
**notice (4)**
14:25;16:2;67:18;
68:3
**noticed (1)**
117:7
**nowhere (1)**
68:7
**number (22)**
8:24;21:11;23:12;
33:24;34:2;35:16;
36:19;43:21;44:7;
46:5,7;51:12,14;53:23;
65:5,6;69:2;72:10;
76:5;92:9;94:16;107:7
**numbers (8)**
29:23;35:18;51:23;
54:17;56:21;69:21,24;
70:25

---

## O

**OB/GYN (2)**
88:5,6
**object (4)**
12:17;14:11,22;
15:17
**objected (2)**
15:19;68:21
**objection (19)**
12:18;15:7;16:1;
28:12;45:6,7;60:17;
65:13,22,25;71:5;
92:14,20;93:2,7,22;
95:13;96:14;119:9
**objections (1)**
96:13
**observed (2)**
103:17,20
**Obstetricians (1)**
88:3
**Obstetrics (1)**
101:16
**obviously (4)**

13:2;33:3;70:21;
83:1
**occupy (1)**
81:1
**occupying (1)**
80:25
**occur (1)**
63:21
**occurred (11)**
24:18;39:18;52:5;
60:9,11;63:10;92:7,13;
96:1;97:1;106:10
**occurrence (1)**
43:15;63:23
**occurring (1)**
85:2
**occurs (4)**
22:9;40:5;60:12;
82:11
**October (1)**
49:24
**off (3)**
57:3;69:11;118:14
**offer (3)**
7:24;9:19;18:9
**offered (2)**
16:14;87:21
**offering (3)**
13:10;14:8;66:4
**office (1)**
52:24
**official (3)**
98:3;120:11;121:17
**off-the-record (2)**
66:16;69:5
**often (2)**
25:14;108:2
**One (51)**
6:9;7:4;8:24;15:16,
20;19:17;20:5;23:7,9,
13;26:22;30:15;31:20;
32:3,9;37:18,20;38:6;
39:4,19;41:11,17;42:1,
15;44:6;45:17;46:5;
52:8;53:15,20;54:23,
25;55:13,15,16;56:9,
17;60:7,14;69:14;
71:9;75:6;85:3;87:20;
89:9;107:14;109:11,
25;111:8,21;115:3
**ones (2)**
20:11;21:5
**one-year (1)**
39:11
**only (27)**
26:22;31:20;33:8;
40:16;42:15,17;43:20;
47:11;52:6,8;53:21;
54:18;56:2,3;74:13;
75:4;82:9;87:10,17;
98:19;105:25;113:1,5,
8,19,22;116:13
**onset (2)**

(Jury Trial-Morning) - Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

64:17;65:6
**onto (1)**
7:11
**open (6)**
6:4;17:10;40:9;
66:23;72:1;118:22
**opening (4)**
26:24;27:2;35:15;
64:13
**operated (1)**
78:8
**operation (3)**
40:23;48:16,19
**operations (1)**
19:25
**opinion (76)**
13:1,14,20,24;15:13,
15;16:2,3;18:8;25:20,
21;26:4,8,9,10;27:4,7,
8,9;34:14;37:7;39:22;
42:5,8,9,10;46:15,16,
17,18;47:16;53:5,10,
11,12,25;57:22;61:2,6,
7,8;62:3,8,9,10;64:18,
20,21,22,24,25;65:5;
66:4;69:2;74:20,22;
77:11,14,15;78:17,22,
23;79:2,22;83:15;85:7,
11,12;86:3;87:20;
88:17;98:12,17,18;
99:1,3
**opinions (9)**
8:21;11:12;12:11;
13:10;14:9;16:13;
18:10;68:6;96:6
**opinion's (1)**
15:24
**opportunity (2)**
20:17;41:11
**opposing (1)**
12:23
**opposite (1)**
10:11
**options (4)**
79:6;106:12;107:19,
23
**order (5)**
19:4,6;20:20;48:3;
63:23
**ordinarily (1)**
111:15
**organ (2)**
34:23;94:7
**organization (3)**
88:5,7;97:6
**organizations (2)**
79:11;98:5
**organs (1)**
110:23
**orient (1)**
50:19;89:19
**original (8)**
27:22;30:20;54:5;

96:12;105:19;112:10;
113:13;115:1
**originally (4)**
25:11;44:6;81:15;
113:16
**out (17)**
13:12;19:10;31:7,
10,12;33:2;40:14;
41:6;48:19;65:19;
67:10;72:21;82:18;
84:15;99:15,19;109:24
**outcome (7)**
37:6,9;111:19;
114:6,11;115:5;118:7
**outcomes (14)**
34:9;58:6;59:17,17;
76:7,22;108:2;111:10,
11,21;115:16,21;
118:11,12
**outside (6)**
6:5;30:2;35:18;36:9;
76:12;91:12
**over (8)**
29:16;36:23;55:1;
81:13;96:13;99:25;
104:10;119:3
**overall (5)**
34:12,13;74:17;
85:7;86:15
**overly (1)**
13:2
**Overruled (6)**
28:21;60:19;71:6;
93:23;95:15;96:18
**own (3)**
24:5,5,16

# P

**P-1499 (2)**
75:6,7
**P-1666 (1)**
19:11
**P-1706 (1)**
83:8
**P-1735 (2)**
43:3,5
**P-1752 (2)**
28:4,25
**P-1754 (2)**
38:12,18
**P-2137 (2)**
61:16,24
**P-2640 (1)**
77:18
**P-3196 (2)**
49:5,8
**P-3215 (1)**
52:11
**P-49 (1)**
32:14
**page (15)**
7:2,4,11;8:13;13:15;

16:9;32:23;33:10;
61:16;62:15;78:2;
84:7;89:13,23;116:17
**pages (14)**
10:17;12:24;14:6;
24:3;51:19,19;66:7;
67:12,18;68:8,11,13;
70:17;84:7
**paid (6)**
20:15;29:4;45:16;
59:3;104:6,25
**pain (15)**
25:9,10,10;26:2;
72:14;82:17,24;84:13,
15,21,22,23,25;85:2,4
**PANEL (1)**
17:15
**paper (4)**
13:3;21:2,12;24:1
**papers (1)**
35:7
**paragraph (1)**
89:24
**paravaginal (1)**
106:19
**Paris (1)**
78:1
**part (3)**
76:24,25;92:8
**partially (1)**
107:15
**participated (1)**
104:3
**participating (1)**
91:14
**particular (3)**
44:16;48:4;115:21
**particularly (3)**
57:16;76:23;90:7
**partner (1)**
57:5
**partners (1)**
54:7
**pass (1)**
32:5
**patient (14)**
9:9;11:10;21:2,10,
12;24:2,4;35:22;51:12,
13,20;97:7;102:4,7
**patients (45)**
23:10,11,14;44:2;
48:13,16,25;50:14,20,
23;51:23;52:2,6,8,9;
53:8;59:23;60:10,13;
69:22;72:21;73:10,25;
75:16,17;77:10;80:3;
84:3;90:12;104:23;
112:23;113:1,4,5,8,16,
19,22,23;114:1,5,9,14;
115:14,23
**patient's (1)**
72:17
**Pause (6)**

16:21;32:11;66:18;
76:13;112:14;115:17
**paused (1)**
66:22
**peer-reviewed (1)**
105:15
**pelvic (7)**
25:10;34:23;35:24;
62:25;63:1;94:7;
101:21
**Pennsylvania (1)**
50:3
**people (6)**
52:23;59:9;69:16;
80:2;91:22;97:23
**per (2)**
34:20;70:25
**percent (68)**
23:6,8;24:19,22;
27:6;29:9,24,25;30:1,
3,9,18,23,25;31:14,20;
34:1;36:21,23;37:13;
39:3,4,6;41:10,24;
42:1;43:16,18,19,22;
44:5,9;46:4,5,6,7,11,
13,13,23,25;48:8,11,
24;53:19,21;54:19;
55:13;56:8,18;60:13;
64:17;65:8;69:18;
72:9,13,15;74:19;
80:16;84:12,13;85:3;
111:25;114:1;115:14,
25;116:2;117:5
**perfect (2)**
110:10,11
**perfectly (1)**
36:21
**perform (3)**
29:4;50:12;107:25
**performed (4)**
27:22;50:9;102:12;
116:25
**performing (3)**
37:2;102:15;117:24
**permanent (4)**
42:20;77:1;79:21;
107:16
**permission (2)**
91:22;98:21
**personally (2)**
51:18;95:4
**person's (1)**
118:7
**perspective (1)**
87:2
**phenomenon (1)**
114:21
**physical (1)**
83:1
**physician (2)**
40:25;103:21
**physicians (1)**
96:22

picture (1)
83:6
**piece (2)**
21:23;81:9
**pig (1)**
107:12
**pile (1)**
19:11
**place (4)**
9:14;26:17;31:16;
59:13
**placed (1)**
79:19
**placing (1)**
9:9
**plaintiff (2)**
8:21;11:12
**plating (1)**
82:12
**played (1)**
71:11
**Please (31)**
17:4,23;18:2,3;
19:15;22:18,22;25:1;
35:9;38:20;45:21,23;
49:17;53:16;55:10;
57:12;58:20;61:7;
62:9;66:14;67:1,3;
71:22;72:6;88:1;96:4;
99:23;100:1,1,8;
118:25
**PLT-0011 (1)**
87:24
**PLT-0089 (2)**
73:18,19
**PLT-0151 (1)**
85:18
**PLT-0227 (2)**
47:3,4
**PLT-0489 (1)**
79:14
**PLT-0506 (3)**
93:15,17;95:19
**PLT-0629 (1)**
73:5
**PLT-151 (1)**
85:17
**plus (1)**
107:18
**pm (1)**
119:6
**point (12)**
13:12;15:17;25:17;
45:14,16;46:10;48:5;
71:10;74:11;90:15,16,
25
**points (5)**
21:15,17;35:13;
36:7:57:16
**POP (1)**
34:23
**POP-Q (6)**
34:23;36:11,19;

(Jury Trial-Morning) - Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

37:14;44:13;57:15
**POP-Qs (1)**
57:16
**portion (1)**
28:19
**position (2)**
40:8;104:25
**positive (2)**
34:12;35:19
**possibility (1)**
31:7
**possible (4)**
41:7;90:21,23;109:6
**Possibly (3)**
109:10,17,21
**posterior (4)**
55:23;56:2,3;111:17
**postoperative (1)**
90:10
**postsurgical (1)**
74:17
**potentially (1)**
58:24
**PowerPoint (8)**
22:17;26:24;51:3,
22;53:14;54:22;64:12;
77:24
**practically (1)**
56:16
**practice (11)**
35:4;45:15;50:14;
58:3;88:2,8;89:2;94:6;
96:13,21;97:14
**practicing (4)**
50:2;101:16,18;
117:19
**precisely (1)**
76:7
**precursor (2)**
25:14,24
**predict (1)**
63:20
**preliminary (1)**
75:14
**prepared (1)**
22:23
**presence (5)**
6:5;17:11;25:12;
66:24;72:2
**present (2)**
24:11;50:17
**presentation (3)**
76:1;83:18;84:5
**presentations (1)**
83:19
**presented (10)**
19:16;22:11;52:15,
19,25;53:7;54:15;
65:2;75:23;86:20
**presents (1)**
61:3
**Pressures (1)**
94:4

**prevalent (1)**
44:17
**previous (1)**
46:22
**Primary (12)**
29:1;30:8,11,13;
37:5,9,20;43:9,14;
44:11;76:9;77:2
**prior (4)**
53:22;103:12,16;
107:19
**probably (3)**
54:17;68:11;99:16
**problem (3)**
33:5;40:21;119:18
**problems (3)**
44:14;73:2;109:25
**procedure (12)**
26:6;29:5;42:7;50:5,
15;61:5;65:7;73:11;
74:1;78:8;91:5,8
**procedures (7)**
9:7;86:22;90:11;
97:2;106:7,8;107:2
**Proceed (3)**
18:17;44:25;95:16
**proceedings (3)**
16:21;66:18;121:3
**process (2)**
81:10,20
**processed (2)**
107:10,13
**produced (2)**
89:4,6
**product (6)**
63:24;70:3,8;76:22;
78:24;107:7
**productively (1)**
119:23
**products (2)**
90:7;107:7
**professional (6)**
79:10;88:4,6;94:5;
98:4;102:23
**Professor (1)**
80:7
**proffer (14)**
6:13;8:14,15;9:25;
10:4,10,16;11:7;12:16,
20,21,22;14:13;15:2
**profile (10)**
26:6,11;42:7,10;
54:1;61:4,9;68:2;85:8,
13
**progress (1)**
109:16
**project (1)**
89:8
**prolapse (57)**
19:25;20:1,23:3,4,8;
24:19;26:7,18,20;33:8,
9,24,25;34:5,11,19,20,
22,23;35:17;36:5;

42:14,16;43:16;55:14;
56:10,14,15;57:18,21;
76:9;77:2,3;78:10,11,
16;79:6,13;83:4;86:13,
24;94:7;105:22;106:4,
10,13,15,24;107:3;
110:9;111:10,13,18,
18,20;116:24;117:17
**prolapsed (1)**
116:23
**Prolift (52)**
27:25;28:1;29:6;
50:5,15,24;53:8;56:1,
6,7,11;59:22;60:8;
62:5,12,25;64:6,16;
65:7;72:14;75:14;
76:8;77:4,5,9;78:14,
18,24;79:19;80:16;
82:17;85:9,12;87:21;
91:6,9;98:14,24;
102:12,12,18,21,24;
103:6,10,14,17,20,24;
104:4;107:2,19
**Prolifts (1)**
50:20
**promise (1)**
97:10
**promoting (1)**
50:5
**pronoun (3)**
6:24;14:17;15:20
**proof (2)**
7:24;9:19
**proper (1)**
37:4
**properly (1)**
95:1
**proportion (3)**
54:8;80:13;114:25
**proposal (1)**
50:11
**proposed (2)**
26:16;55:5
**protected (1)**
97:9
**protocol (19)**
21:17,20;25:11,16,
17;30:20,22;31:19;
33:7,10,13,14,16,17,
23;34:21;37:12;43:13;
48:7
**prototype (3)**
27:25;28:1;29:6
**protruded (1)**
36:9
**provide (4)**
15:13;29:16;88:9;
97:11
**provided (3)**
42:6;88:12;102:6
**PS (11)**
19:18,21,24;22:10,
18;27:5;38:23;55:6;

58:7;60:25;63:4
**Public (1)**
121:18
**publication (6)**
92:7;105:11,12,16,
17;112:9
**publish (3)**
24:12;50:18;89:15
**published (26)**
47:8;63:12,17;70:3;
73:23;79:18;86:8;
88:3,23,24;89:9;91:24;
92:1,2;93:18;94:20,22,
23;95:6,21;98:15;
105:8,11,19;112:7,18
**purpose (2)**
21:4;62:25
**purposes (2)**
12:17;21:12
**pursuant (1)**
50:9
**put (25)**
7:16,16;9:15;22:17;
28:2,3,10,13;30:19;
38:14,18;43:3,8;49:16,
18;51:3;61:15;67:18;
69:10;70:20,22;89:18;
93:11;94:10,15
**putting (1)**
21:1

**Q**

**qualification (1)**
16:1
**qualifications (1)**
12:19
**qualified (2)**
11:8,9
**quality (1)**
97:12
**quantification (1)**
34:24
**questionnaire (2)**
65:11;72:12
**questionnaires (2)**
72:17,21
**quickly (1)**
12:15
**quit (1)**
102:15
**quite (1)**
24:23

**R**

**Raise (1)**
17:17
**raises (2)**
57:23;58:1
**randomized (8)**
47:9,11;105:18;
112:10,19;117:8,16,21

**range (8)**
29:16,20,21;30:2;
31:9,11;46:23;76:4
**ranged (1)**
115:25
**rate (36)**
23:4,15;26:13,21;
29:7;36:24;39:3,5,7;
41:10,13,18,21,25;
42:14,18;44:8,9;45:23;
46:3,4,10,13;53:15;
54:23;56:8;69:18;
72:9;74:18,24;87:4;
110:1,3,5,7;111:24
**rates (18)**
23:6,16;30:5;37:15;
38:19;46:14,22;47:23;
55:11;60:1;86:12;
87:15,15;111:1;
115:24;116:3,6;117:5
**rather (3)**
6:25;55:5;72:20
**raw (1)**
20:24;40:9
**reached (4)**
17:5;23:12;48:4;
52:6
**reaches (1)**
71:23
**reacted (1)**
20:2
**reaction (1)**
92:8
**read (12)**
12:22;14:1;53:2;
57:4;61:21;68:20,23;
69:21;88:11;90:4;
96:4;103:24
**reading (1)**
59:9;88:14;96:8
**readjust (1)**
99:12
**ready (2)**
18:15;108:25
**real (3)**
91:9;96:21;98:8
**realize (3)**
14:18;21:22;79:11
**realized (1)**
48:23
**really (3)**
36:23;37:3;56:13
**Realtime (1)**
121:16
**reanalysis (5)**
67:20;68:13,17;
105:18;113:13
**reanalyze (3)**
67:15,23;113:2
**reanalyzed (1)**
112:6
**reask (1)**
110:19

(Jury Trial-Morning) - Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

| | | | |
|---|---|---|---|
| **reason (4)** | 61:22 | **reoperation (3)** | **requested (1)** | **Revisions (1)** |

reason (4)
  14:24;34:17;96:22;
  113:19
reasonable (2)
  9:11;15:25
reasonably (1)
  33:4
reasons (4)
  27:10;51:13;61:11;
  85:14
reassured (1)
  54:17
received (1)
  56:6
receiving (2)
  59:14;114:25
Recent (3)
  94:6;109:23;114:23
recess (6)
  66:20;71:20;99:21;
  100:6;120:1,7
recommend (1)
  90:20
reconstructive (1)
  101:21
record (17)
  13:8;17:23;18:14;
  21:16;22:7;25:8,12;
  27:18;40:3;42:12;
  49:23;50:1;59:16;
  61:10;63:9;68:24;
  69:10
recorded (3)
  44:1;57:8;72:19
recording (4)
  21:1;22:7;36:19;
  57:14
records (2)
  7:19;104:10
recurred (1)
  56:17
recurrence (26)
  22:8;23:3,9;24:20;
  26:13;29:7;34:20;
  37:15;42:15,16;43:15;
  54:23;55:11,14;56:10;
  60:1;79:9;110:1,3,5,7,
  8,17,20;111:1,5
recurrences (2)
  44:3,8
recurrent (2)
  57:20;83:4
red (1)
  97:5
reddish (1)
  25:13
reduce (1)
  63:23
refer (1)
  18:11
referenced (3)
  67:12;70:16,19
references (1)

referencing (1)
  111:5
referred (1)
  110:21
referring (3)
  46:21;113:12,14
reflected (2)
  36:23;111:1
regard (15)
  20:18;33:18;41:10,
  12;42:3;61:11;68:3;
  74:4;77:4;80:9;81:24;
  84:10;85:5;90:8;98:24
regarding (7)
  50:13;57:8;63:12;
  73:1;74:10;84:6;87:21
Registered (1)
  121:15
relate (1)
  81:7
related (6)
  58:4;76:6,24,25;
  83:1;114:16
relates (2)
  6:12;119:13
relation (2)
  36:7;70:3
relationship (3)
  35:14;83:23;84:1
relative (1)
  121:9
relatively (1)
  33:25
relevant (2)
  10:6;86:11
reliability (2)
  33:6;37:8
reliable (8)
  47:17;73:14;74:5;
  75:18;79:23;83:14;
  86:2;88:16
relied (6)
  32:16;49:11;73:16;
  77:21;86:5;88:19
rely (7)
  47:19;59:21;72:20;
  74:7;75:20;79:25;
  83:12
relying (1)
  72:17
remain (6)
  17:4;67:1;71:22;
  99:23;100:8;118:25
remedy (2)
  15:8,11
remember (6)
  21:20;47:10;63:8;
  82:17;90:18;91:14
Remind (1)
  13:15
remove (2)
  40:25;41:6

reoperation (3)
  86:12;87:4,15
reoperations (1)
  40:20
repair (10)
  26:17;62:25;63:1;
  76:9;77:2;86:13;
  106:18,20,22;108:12
repairing (2)
  26:19;106:24
repairs (4)
  106:6;107:3;108:6;
  110:1
replied (1)
  60:15
report (35)
  12:24;20:22;21:3,8,
  21;22:1,6;23:22,25;
  32:19;33:22;36:17;
  38:22;39:1,4;41:25;
  43:25;46:1,8,9;53:13;
  54:9;58:5;59:25;
  60:22;61:17;62:4,10,
  14,18,23;63:9;64:4;
  67:24;68:4
reported (23)
  23:5,17;24:23;
  38:25;39:2,5;43:17;
  46:3,6,12,22;53:9,20;
  55:13;60:5;61:2;
  62:20;65:10;69:22;
  72:11;113:10,24;
  120:10
reporter (6)
  68:23;120:11;
  121:15,16,17,25
reporting (11)
  41:24;43:19;44:7;
  60:7;9;73:1,10,25;
  74:14;75:14;76:4
reports (3)
  23:1;59:22;66:9
represent (6)
  26:5;32:20;68:1;
  84:2;96:1;111:10
representation (2)
  6:19;64:19
represented (1)
  23:13
representing (3)
  19:17;96:20;106:15
represents (12)
  23:21;24:19,22;
  29:2,6;47:9;81:5;82:9;
  83:18;88:5;96:10,11
reproduction (1)
  121:22
Reproductive (1)
  98:6
re-relapsed (1)
  57:10
request (2)
  14:21,23

requested (1)
  55:9
required (1)
  78:9
requirements (2)
  78:3,7
research (16)
  20:23;29:16;30:25;
  31:13,15,18;33:16;
  35:6;37:23;39:23;
  40:1;49:14;58:2;
  91:12;109:13;111:22
resembling (1)
  60:6
reserved (1)
  114:21
reserving (1)
  78:13
respect (3)
  107:22;115:23;
  116:14
responding (2)
  70:19;94:12
response (6)
  8:18;60:14;93:20;
  116:16;119:21,25
rest (1)
  38:3
result (1)
  92:7
results (17)
  19:17;22:14;23:2;
  26:4;27:24;33:7;34:5,
  12;47:9;50:18;58:14,
  25;59:22;60:7;65:11;
  72:12;75:14
resumed (1)
  17:16
retained (2)
  103:12,16
retraction (12)
  22:8;25:8;63:13;
  80:14,17,19,20,21,21;
  81:4,7,10
retracts (1)
  81:1
return (5)
  114:5,18;115:1;
  118:20,22
returned (4)
  34:14;113:5,8,23
review (13)
  20:17;23:22;24:8;
  38:25;42:4;59:19;
  60:25;64:25;72:16,18,
  20;86:9;98:22
reviewed (14)
  7:18;8:25;9:2;20:22;
  23:24;24:5,8,16;36:16;
  38:21;61:21;62:2;
  104:2,10
reviewing (4)
  6:22,25;43:24;56:24

Revisions (1)
  94:5
right (37)
  10:4;17:17;22:15;
  25:2;31:5;33:1,13;
  37:19;45:20;70:12;
  88:15;89:23;96:9;
  102:9,14,16,17;
  103:11,15;104:5;
  105:4;106:13;108:18;
  113:15,17;114:7;
  115:8,10,22;116:1,5,
  12;117:11,13,18,25;
  118:4
right-hand (1)
  116:17
rigorous (1)
  44:6
rigorously (1)
  36:25
risk (3)
  42:21;83:3;97:1
risk-benefit (9)
  26:6,11;42:7,10;
  61:4,9;68:2;85:8,13
risks (2)
  26:15;90:10
RMR (1)
  121:14
Robbins (1)
  44:22
ROBINSON (33)
  28:12,15,18;44:19,
  23,24;45:2,6;60:17;
  65:13,15,23;66:1;
  67:14;70:15;71:4;
  92:14,20;93:2,7,22;
  95:14;96:14;99:16;
  100:18,22;103:5;
  108:25;109:2;112:15,
  17;115:13;118:16
Romano (1)
  120:10
rough (2)
  89:3,6
roughly (2)
  70:10;117:23
ruler (1)
  36:6
rushing (1)
  12:14

**S**

sacrocolpopexy (1)
  86:23
safe (7)
  11:9;48:17;62:5,12;
  63:1,24;64:6
safety (7)
  48:3,7,24;54:1;74:3,
  10;97:8
same (10)

(Jury Trial-Morning) - Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

24:14;43:13;52:24;
  57:2;84:2,3;93:11;
  119:14;121:7,23
**save (1)**
  31:25
**saw (4)**
  9:3,4;14:17;60:6
**saying (2)**
  15:21;78:7
**scale (1)**
  84:21
**scar (2)**
  82:10,12
**scientific (6)**
  19:17;52:15,17;
  54:16;95:2;110:25
**score (1)**
  84:15
**Scott (1)**
  89:5
**screen (2)**
  94:10,16
**search (1)**
  86:10
**seated (7)**
  17:1,4;67:1;71:22;
  99:23;100:8;118:25
**second (2)**
  9:17;13:13
**section (1)**
  30:17
**sections (1)**
  29:8
**seeing (7)**
  43:25;48:4;51:7,24;
  53:17;54:1;76:19
**seek (2)**
  54:5;114:19
**seeking (1)**
  24:11
**send (1)**
  99:14
**sense (2)**
  34:6;58:1
**sentence (1)**
  11:24
**separate (1)**
  91:21
**September (4)**
  75:23;76:2;78:1;
  95:21
**series (2)**
  19:5;60:10
**serious (1)**
  85:2
**serve (1)**
  63:4
**Session (5)**
  6:2;72:5;100:15;
  120:5,9
**set (6)**
  13:22;21:14;27:21;
  33:2;77:24;83:18

**sets (1)**
  96:5
**setting (1)**
  91:12
**several (3)**
  35:13;90:9;106:5
**severe (4)**
  63:22;80:17;82:16;
  84:25
**severity (1)**
  85:4
**sewed (1)**
  108:10
**sex (5)**
  25:9;26:2;72:14;
  73:2;83:5
**sexual (3)**
  76:7,21,24
**Shaking (1)**
  115:9
**shaping (1)**
  81:18
**sheep (1)**
  107:13
**Sheetrock (1)**
  99:19
**short (8)**
  37:24;38:1,6,8;
  74:13;75:1;76:4,19
**shorter (1)**
  87:13
**shortest (1)**
  87:6
**short-term (1)**
  42:15
**Show (1)**
  8:9
**showed (3)**
  39:4;68:5;72:12
**shown (1)**
  53:22
**shows (4)**
  22:24;27:5;68:19;
  86:16
**shrink (1)**
  80:23
**shrinkage (3)**
  84:6,11,15
**side (3)**
  29:3;31:8,20
**sidebar (3)**
  65:19;66:22;71:18
**sided (4)**
  30:18;31:2,4,5
**sides (1)**
  31:6
**signed (2)**
  55:8;61:17
**significance (8)**
  57:8;78:4;80:11,12;
  84:9;86:17;91:5,8
**significant (24)**
  22:2;34:3,15;41:16;

43:10;47:22;48:2;
  54:11;58:18;63:15;
  74:9,12;75:2,3,25;
  76:3,5,15;84:10,16;
  86:18,19;87:18;92:8
**significantly (1)**
  87:13
**similar (3)**
  33:5;38:22;43:12
**simply (10)**
  7:11;9:7;29:13;54:9;
  73:8,22;81:20;86:7;
  90:24;115:18
**sincerely (1)**
  15:22
**single (1)**
  81:13
**siren (1)**
  76:10
**Sirens (1)**
  76:12
**site (1)**
  44:18
**site-specific (1)**
  106:21
**six (5)**
  30:15;37:21;38:6;
  39:2;46:4
**SLATER (88)**
  7:20,25;8:3,14,22,
  23;9:13,22;10:5,12,19,
  22;11:16,21,25;12:4,8,
  10;14:20,22;15:3,10;
  16:17,24;18:16,18;
  19:1;22:21;27:13,15;
  28:6,22,24;31:23;32:3,
  7,12;38:10,14,17;
  40:22;43:7;45:1,9;
  47:6;49:7,16,20;59:8;
  60:24;62:1;64:9,11;
  66:8,11,13;67:22;
  68:10,16;69:13,20;
  70:5,8,12,18;71:8;
  72:7;73:21;75:9;
  85:21,23;89:17,22;
  90:1;92:4,5,16,22;
  93:4,13;95:17,18;
  98:11;99:7,9,18;
  104:13;106:1
**slide (20)**
  22:17,23;26:23,24;
  27:1;28:19;51:7,22,25;
  53:14,22;54:22,24;
  55:11;57:3;64:12;
  70:20,22,23;83:18
**slides (1)**
  77:24
**slightly (2)**
  24:21;29:20
**small (2)**
  75:22;92:9
**smaller (2)**
  23:12;81:2

**Smilen (1)**
  89:5
**snapshot (1)**
  51:8
**snips (1)**
  41:5
**Society (2)**
  98:6;101:17
**solemnly (1)**
  17:18
**Somebody (3)**
  33:14;41:12;57:9
**someone (1)**
  69:14
**someplace (1)**
  22:12
**sometimes (5)**
  40:19;106:18;
  107:12;110:25;111:4
**somewhere (1)**
  81:11
**sorry (15)**
  28:16;31:8;39:15;
  66:10,11,13;71:14;
  91:25;101:18;110:18;
  112:8,15;113:3,11;
  114:8
**source (1)**
  106:1
**space (2)**
  63:9;80:25
**spanned (1)**
  52:4
**speaking (2)**
  55:18;110:14
**specialist (2)**
  94:3;101:21
**specific (8)**
  6:14;8:21;9:21;
  11:12;16:13;18:8;
  25:7;67:22
**specifically (7)**
  10:16;18:10,12;
  21:6,22;22:7;114:17
**specified (1)**
  21:17
**speed (1)**
  19:4
**Spell (1)**
  17:25
**spoken (1)**
  89:10
**spot (1)**
  22:7
**spreadsheet (1)**
  51:4
**spreadsheets (1)**
  51:10
**stack (1)**
  32:1
**stacked (1)**
  19:5
**staff (2)**

96:19;101:10
**Stage (12)**
  33:8,8,24,25;34:5,7,
  9;37:13;78:10,10,16;
  116:10
**stages (1)**
  78:15
**stand (4)**
  17:16;97:10;98:12;
  120:1
**standard (1)**
  30:6
**standards (1)**
  97:13
**start (5)**
  19:10;24:2;55:12;
  89:18;104:16
**starts (2)**
  40:14;84:22
**State (3)**
  17:22;97:11;101:5
**stated (2)**
  69:17;96:5
**statement (1)**
  27:2
**statements (1)**
  64:13
**States (3)**
  27:23;33:22;96:5
**statistic (1)**
  30:21
**statistical (1)**
  30:4
**statistician (1)**
  118:6
**statistics (1)**
  29:15
**steering (1)**
  34:11
**step (3)**
  67:4;100:1;115:3
**sterile (1)**
  36:6
**still (5)**
  29:25;32:10;36:8;
  79:9;98:25
**stirrups (1)**
  36:1
**stitches (1)**
  41:9
**stop (8)**
  35:20;47:14;48:5,
  13,14,16;76:10;88:15
**stopped (2)**
  48:22,25
**strain (1)**
  109:19
**stricken (3)**
  13:8;16:10;18:13
**strict (4)**
  30:22;31:1,21;43:19
**strike (4)**
  14:5;15:24;60:18;

(Jury Trial-Morning) - Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

110:18

**strongly (1)**
54:7

**students (1)**
104:20

**studied (5)**
23:10;63:23;80:9;
91:19;117:21

**studies (14)**
19:18;27:21;30:1;
46:22;47:24;55:6,7;
61:12;73:12;74:2;
79:19,20;85:6;114:10

**study (79)**
19:20,23;20:11,18,
21;21:6,10;22:18:23:1,
12;24:10;27:16,19,21;
28:25;29:3,5,17;30:12;
32:4,9,19,22;33:1,3,
21;34:1,20;36:12,25;
37:8,18,19;38:19,23;
39:24;42:6,24;43:9,12,
14;44:14;45:22;46:2;
47:21;48:2,5,6,13,21,
22;50:9;55:2,5;56:25;
58:8,8;59:10;61:1,1;
63:4;72:10;74:2;78:8;
80:9;81:24;83:24;
87:8;91:14,17;98:20;
112:5,18,22;113:24;
115:14;116:3,21;117:7

**stuff (1)**
96:16

**subject (1)**
78:3

**submitted (3)**
50:11;95:23;105:10

**subscribe (1)**
111:8

**substance (1)**
81:11

**substantial (3)**
33:24;34:2;38:24

**success (3)**
27:6;43:21;57:9

**successful (1)**
40:19

**successfully (1)**
79:7

**sufficient (3)**
62:4,11;91:18

**suggested (1)**
37:2

**suggests (1)**
54:7

**summary (3)**
52:1;86:15;88:8

**supervision (1)**
121:24

**supported (1)**
118:2

**sure (2)**
44:21;65:16

**surgeon (7)**
29:3;54:5;103:18;
107:6,14;114:19;115:1

**surgeons (3)**
50:5;107:24;109:22

**surgeries (5)**
102:15;107:25;
108:3;116:25;117:9

**surgery (21)**
34:8;79:8,9,13;
86:21;90:12;94:6;
101:21;102:12;103:14,
17,21;107:18;111:11,
14;113:10,20;116:4,
10,22;117:24

**surgical (8)**
40:17;86:13;103:13;
105:21;107:1,19,22;
112:20

**surgically (2)**
34:6;106:17

**surprise (1)**
15:14

**Sustained (5)**
45:8;92:15,21;93:3,
9

**suture (3)**
86:22;106:7,8

**sutures (2)**
108:7,9

**swear (1)**
17:18

**sworn (1)**
18:21

**symptomatic (3)**
33:9;78:11,15

**symptoms (3)**
7:14;26:1;83:1

**synthetic (1)**
107:13

**system (3)**
34:22;35:12;46:1

**systematic (1)**
86:9

**T**

**table (1)**
35:25

**talk (11)**
15:18;21:5;27:20;
40:23;66:12,14;77:17;
90:20;100:25;105:23;
106:3

**talked (14)**
8:3;10:19,23;25:9;
47:10;57:15;63:8;
67:25;78:20;84:3;
87:7;90:18;91:14;
110:8

**talking (11)**
11:1,21;24:1;25:4;
35:20;38:5;50:19;

52:18;75:16;82:4;
84:20

**talks (1)**
62:14

**tease (1)**
109:13

**technical (1)**
71:15

**Technician (4)**
22:19;27:14;49:19;
64:10

**technique (4)**
75:15;76:18;78:14;
108:3

**techniques (3)**
105:21;107:24;
112:20

**telling (6)**
9:21;15:21;67:13;
68:18;70:24;78:6

**tells (1)**
22:24

**ten (2)**
118:21;120:2

**tenderness (1)**
84:13

**ten-minute (2)**
66:19;99:21

**tens (1)**
46:23

**term (12)**
12:5,7;20:23;37:24,
24;38:1,6,8;40:4;
48:20;98:3;110:20

**termed (1)**
23:3

**terminology (1)**
55:18

**terms (8)**
24:17;33:16;34:13;
61:9;63:21;68:16;
78:24;80:22

**terrific (2)**
83:5;99:10

**testified (6)**
18:22;29:11;56:23;
57:18;104:12;114:12

**testify (1)**
114:4

**testifying (2)**
104:6;105:2

**testimony (22)**
6:13,19;12:17,25;
13:10;14:14;15:12,24;
16:8,12;18:7,11,13;
41:12;57:4,13;114:22,
23;115:2,3,6,8

**Thanks (1)**
32:7

**therefore (1)**
96:16

**thickened (1)**
82:8

**thickening (1)**
82:7

**thigh (1)**
82:25

**thinking (1)**
26:14

**thinness (1)**
82:8

**third (2)**
40:16;56:9

**though (3)**
10:10;68:17;87:6

**thought (3)**
10:8;12:11,21

**thousand (1)**
105:2

**three (14)**
40:20;41:23;42:25;
46:8;48:23;74:14;
86:21;105:20;106:23;
107:1,18,22;112:19;
116:21

**three-year (2)**
41:21;46:9

**threshold (3)**
48:3,7,24

**till (1)**
16:25

**times (1)**
35:10

**tissue (17)**
25:12,13;40:7;41:4,
7,8;62:20;80:23;82:10,
22;106:5,23;107:9,11;
108:9,12;109:25

**tissues (3)**
82:19;109:3,14,15

**title (2)**
89:4;94:14

**titled (4)**
28:25;38:19;43:8;
45:22

**today (11)**
85:7,15;100:25;
101:13;104:6;105:2,
24;106:3;114:4,9,13

**together (5)**
20:25;23:11;41:9;
61:3;108:10

**told (11)**
15:22;37:12,14;
42:4;43:1;83:24;
84:10;96:11,16,19;
114:5

**took (2)**
71:14;86:13

**top (6)**
19:11;55:21,22;
56:12;75:22;89:23

**topic (1)**
86:11

**total (3)**
52:2;56:1;67:19

**touched (2)**
25:1;107:8

**traditional (1)**
86:22

**trained (1)**
118:5

**transcribed (1)**
120:10

**transcript (4)**
6:23;7:1;121:7,22

**transcripts (1)**
71:10

**transpired (6)**
6:4;17:10;65:18;
66:23;67:9;72:1

**treat (1)**
26:6

**treated (17)**
34:6;39:10,19;
55:17;56:4,7;79:7;
80:3;103:6;106:17;
110:15,22,23;111:1;
115:18;116:14;117:1

**treatment (9)**
20:1;33:6;40:12,13,
14,17;102:9;104:22;
117:17

**trial (13)**
47:10,11,11;105:19;
112:10,19;113:13,14;
117:8,16,21;118:10;
121:5

**trials (1)**
104:3

**tries (1)**
41:6

**Troubling (1)**
94:5

**true (5)**
26:18;97:24;101:19;
105:25;108:18

**truly (1)**
97:10

**truthfully (1)**
17:20

**try (2)**
7:25;8:6

**trying (1)**
9:24

**turn (8)**
31:7,10,12;42:23;
67:3;78:2;99:25;119:2

**TVM (33)**
27:16,19,21,22;
28:25;29:3,5;32:4,9,
21;38:19;42:6,23;43:8,
12;45:22;46:10;55:7;
58:8;61:1;63:12;73:9,
11,12,24;74:1,1;75:13;
76:1;77:25;78:8,14;
80:4

**two (16)**
6:24;8:23;11:20;

29:8;30:18;31:2,4,5;
40:20;69:14;70:10;
87:14,16;94:1;98:8;
116:3
**two-sided (1)**
31:14
**type (7)**
21:25;39:24;75:22;
90:8;106:6;108:3;
118:3
**types (8)**
24:12;79:8,9;106:5,
23;107:1,18;116:22
**typically (3)**
30:24;31:13;40:13

## U

**Uhmm (1)**
95:4
**ultimate (1)**
14:24
**ultimately (3)**
24:12;50:17;62:17
**ultrasound (3)**
79:20;80:14;84:4
**ultrasounds (3)**
80:10;81:25;82:2
**unable (1)**
89:7
**unacceptable (9)**
26:11;39:25;42:11;
46:18;47:1;58:2;61:4,
9;85:13
**uncomfortable (1)**
20:8
**Under (3)**
44:5,7;121:23
**undergoing (1)**
81:10
**undergone (4)**
50:15,24;73:10;87:5
**underneath (1)**
40:7
**underscores (1)**
98:8
**understood (5)**
9:2;12:5,7;18:7,11
**underwent (4)**
73:25;86:22;113:19;
116:2
**undulation (1)**
82:5
**unethical (1)**
91:22
**uneven (1)**
81:18
**unfortunately (1)**
42:19
**United (1)**
27:23
**universally (1)**
40:18

**unless (1)**
121:23
**unreliable (2)**
37:10;54:2
**untreated (1)**
111:5
**up (44)**
7:16,17;16:25;18:3;
19:5,7;22:17;28:2,3,
10,13;32:20;36:1;
38:15,18;43:3,8;44:8;
46:25;49:2,16,18;51:1,
3;53:23;54:6;55:8,19;
61:16;64:12;69:23;
70:20,22;81:3;82:10;
86:15,20;89:8,18;
94:10,16;101:25;
108:10
**update (1)**
88:10
**upkeep (1)**
50:13
**Upon (1)**
6:22
**upper (2)**
29:8;30:17
**urogynecologist (2)**
89:5;94:2
**urogynecologists (1)**
20:14
**Urogynecology (4)**
52:20;83:20;93:20;
94:24
**use (13)**
29:22;30:21;35:4,6;
40:4;44:6;62:24;
78:13;79:13;103:25;
107:6,25;108:6
**used (20)**
6:24;15:20;20:23;
27:1;29:14,15;30:24;
32:3;34:21;64:12;
80:22;91:12;98:18,19;
99:18;106:9;108:4,9;
110:17;116:22
**using (8)**
11:19;19:24;26:16;
34:22;36:6;43:17;
50:5;79:20
**uterus (2)**
55:22,23

## V

**vagina (20)**
25:14;35:13,16;
36:2,7,8,10;40:15,15;
41:1,4;55:19,22;56:5;
82:16;106:16,20;
111:16,16,17
**vaginal (13)**
25:10;26:2,2;35:14,
15;40:6,7,9;83:2;

84:14;86:12;105:21;
116:24
**vaginally (1)**
20:1
**Valsalva (1)**
36:4
**value (1)**
35:19
**various (1)**
106:8
**video (1)**
103:13
**videos (1)**
71:11
**view (1)**
96:6
**viewing (1)**
36:2
**viewpoint (1)**
96:2
**Vincent (2)**
50:1,2
**violate (2)**
9:24;10:2
**violation (1)**
9:23
**visible (1)**
41:1
**visit (4)**
39:11;51:15;52:5,7
**voice (1)**
18:3
**volume (1)**
23:25
**voluntarily (2)**
91:13;98:21
**voluntary (1)**
91:20
**volunteered (1)**
13:13
**volunteers (1)**
7:13

## W

**Wait (8)**
8:5,6;15:1;16:19,25;
17:3;69:8;70:1
**walk (3)**
19:7;22:22;45:23
**wall (5)**
40:6,10;55:24;94:3,
13
**walls (1)**
109:20
**watch (2)**
67:4;100:1
**waviness (2)**
82:6,10
**wavy (2)**
81:12;82:6
**way (18)**
9:14;23:24;31:8;

37:4;39:8;43:19;
44:13;46:25;55:5;
64:1,6;86:19,24;88:12;
97:25;99:19;111:9,10
**ways (3)**
90:21,23;93:10
**weakened (4)**
108:13;109:4,4,15
**weakness (1)**
109:16
**wears (1)**
40:6
**Weber (16)**
6:13,15,20;13:9,13;
14:8;16:25;17:24;
18:9,20;19:2;28:7;
32:1;53:17;89:14;
100:24
**W-E-B-E-R (1)**
18:1
**Weber's (2)**
15:12;16:12
**week (1)**
71:10
**weight (1)**
51:15
**well-qualified (1)**
15:13
**weren't (5)**
10:23;11:2;14:13;
37:17;115:15
**What's (30)**
9:12;15:2;21:4,16;
25:20;27:8;28:14;
29:11;31:13;35:1,21;
42:9;46:17;50:22;
51:7;53:11;64:21,23;
77:14;78:22;82:15;
87:1;88:12;91:8,10;
92:12;95:19;98:17;
106:21;107:10
**whenever (1)**
90:19
**Whereupon (12)**
17:7;66:16;67:6;
68:23;69:5;71:20,24;
100:3,6,11;119:5;
120:9
**whichever (1)**
31:8
**whole (3)**
68:9;83:6;91:20
**who's (2)**
89:4,5
**who've (1)**
48:18
**widespread (3)**
62:6,13;76:23
**wish (1)**
14:21
**within (7)**
29:21;30:3;42:15;
55:13;78:2;91:6;116:3

**without (7)**
9:8,15;13:21;57:19;
88:13;91:22;96:8
**witness (35)**
7:13;14:19;17:16,
16,21,24;18:1,4;31:4;
38:7;40:13;44:23;
59:6;60:21;67:19;
68:9;70:13;85:20;
92:2;93:8,25;94:12,18,
21,23;95:4,10;96:9,17,
19;97:19,21;103:3;
108:19;112:13
**woman (12)**
25:25;35:25;36:2;
39:9,19;42:22;57:17,
19;91:2;103:6,9;
111:18
**woman's (3)**
38:2;110:22;116:23
**women (79)**
20:1;23:6,8,12;
24:18,20;26:20;29:18,
18,19;30:2;33:4,8,24;
34:4,9,10;37:13;40:16,
19;42:1;48:6,12,17,18,
22;50:15;51:16;53:19,
23;54:3,6,8,21;55:13,
16;56:9,13,16;60:13;
63:21;65:6,12;72:13;
73:1;76:8,22,24;77:1;
78:9,14,15,25;79:5,19;
80:13,16;83:4;84:12,
13;85:3,4;86:20;87:5,
8,14;90:17,25;91:12,
19;97:11,12;98:20;
111:12,15,20;114:17,
24;116:2
**word (12)**
11:14,19,23;12:3;
53:1,1;92:23;93:5,14;
97:22;110:17;118:9
**wording (3)**
92:10;96:12;98:9
**words (4)**
8:1,6,10,12
**work (1)**
90:22
**worked (1)**
50:3
**working (4)**
45:4;104:13,16;
106:1
**works (1)**
34:8
**world (5)**
37:23;50:6;91:9;
110:10,11
**worrying (1)**
63:20
**worse (2)**
31:12,16
**worst (1)**

(Jury Trial-Morning) - Vol. VI - December 8, 2015
Hammons v. Ethicon, et al.

84:23
**worth (1)**
58:22
**write (2)**
95:19;105:6
**written (2)**
33:7;94:1
**wrote (10)**
69:16;88:22;90:2,3;
93:19;94:11,13,17;
98:15;112:2

**X**

**xenograft (1)**
107:11

**Y**

**year (22)**
23:7,9,13;30:15;
37:19,20;38:6;39:5,19;
41:11;42:16;46:5;
52:8;53:15,20;54:23;
55:13,15;56:10,17;
111:23;112:7
**years (8)**
41:23;46:8,12;50:4;
70:10;116:3;117:13,20
**yes-or-no (1)**
108:21
**yesterday (9)**
8:24;18:6;32:4;
47:10;104:9,12,19;
105:5;107:8
**young (2)**
76:8,23

**Z**

**zero (3)**
35:17;60:22;84:22

**0**

**0151 (2)**
85:20,21
**05 (1)**
70:9
**07 (1)**
98:25
**09 (1)**
95:24

**1**

**10 (6)**
29:25;30:1;36:23;
60:13;84:15,23
**10.6 (1)**
53:19
**10:01 (1)**
17:8

**100 (1)**
36:21
**109 (5)**
113:1,5,8,19,22
**11:04 (1)**
67:7
**11:13 (1)**
71:25
**11:45 (1)**
100:4
**11:58 (1)**
100:12
**110 (1)**
75:17
**114 (2)**
112:22;113:16
**12:23 (1)**
119:6
**129 (2)**
23:14;24:2
**12-month (1)**
32:21
**13 (2)**
55:13;117:20
**13.1 (1)**
46:5
**134 (1)**
52:8
**136 (1)**
52:7
**139 (1)**
24:22
**14 (2)**
61:17;84:7
**14.4 (1)**
41:24
**14.9 (1)**
39:3
**15 (3)**
46:23;48:8,11
**15.4 (1)**
24:19
**15.6 (1)**
48:24
**15.7 (1)**
46:7
**16 (1)**
37:13
**16.4 (1)**
34:1
**16.7 (3)**
64:17;69:18;72:15
**169 (2)**
23:11;24:2
**17.2 (1)**
39:4
**1735 (1)**
43:8
**1737 (3)**
45:20,21,22
**1752 (1)**
28:8
**1754 (2)**

38:11,14
**18 (1)**
8:17
**18.8 (1)**
46:13
**19 (1)**
101:8
**19.6 (2)**
43:19;84:13

**2**

**2 (1)**
116:17
**2.2 (2)**
53:21;54:19
**2:00 (2)**
118:21;120:2
**20 (7)**
7:5;14:6;16:9;30:9;
43:16;84:12;85:3
**20.3 (1)**
46:11
**20.7 (1)**
41:10
**2000 (2)**
111:23;112:7
**2001 (4)**
105:20;112:12,18;
113:13
**2003 (1)**
78:1
**2004 (2)**
102:15;118:13
**2005 (4)**
51:1;52:4;61:17;
63:11
**2006 (3)**
75:23;76:2;102:4
**2007 (6)**
49:24;70:5;88:24;
92:3;105:9,13
**2008 (3)**
51:2;52:4;101:8
**2009 (3)**
52:19;83:21;95:21
**2010 (2)**
104:13,16
**2011 (3)**
105:15;112:5,6
**209 (2)**
8:13,16
**21 (1)**
44:9
**22 (1)**
8:19
**22.4 (1)**
43:22
**23.3 (1)**
113:9
**23.5 (1)**
42:1
**24 (1)**

23:8;24:18;114:1;
115:14
**240 (3)**
7:4;14:6;16:9
**241 (4)**
7:11;13:17;14:6;
16:9
**25 (1)**
95:21
**27 (1)**
46:25
**27.1 (1)**
46:13
**29 (1)**
78:1

**3**

**3 (2)**
13:17;32:23
**3.6 (3)**
74:10,18;75:1
**30 (1)**
24:3
**30th (1)**
49:24
**3196 (1)**
49:1
**32 (1)**
56:8
**3215 (1)**
52:13
**33.6 (1)**
74:19
**34 (1)**
24:22
**350 (2)**
60:10,13
**378 (1)**
52:6
**380 (1)**
52:9
**39 (3)**
65:8;72:9,13

**4**

**40 (2)**
33:10;111:25
**468 (2)**
89:13,23
**47 (1)**
24:20
**49.7 (1)**
56:18

**5**

**5 (2)**
84:15,24
**5- (1)**
67:18
**500 (1)**

66:7
**500-plus (2)**
12:24;67:12
**514 (1)**
52:2
**54 (3)**
115:25;116:2;117:5

**6**

**6 (3)**
14:6;16:9;46:6
**6- (1)**
67:18
**60 (1)**
10:17

**7**

**7- (1)**
68:11
**70 (3)**
115:25;116:2;117:5
**700 (2)**
67:18;70:17

**8**

**80 (1)**
27:5
**800 (2)**
68:11,12
**83 (1)**
113:22
**89 (1)**
80:16

**9**

**9.2 (1)**
39:6
**9.4 (1)**
23:6
**9.5 (1)**
46:4
**9:45 (1)**
6:2
**90 (8)**
27:6;29:9,24;30:3,
25;31:20;43:18;44:5
**95 (3)**
30:18,23;31:14

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

IN RE: PELVIC MESH LITIGATION :

_____ :

PATRICIA HAMMONS,                 : MAY TERM, 2013
              Plaintiff           :

     v.                           :
                                  :
ETHICON, INC., et al.,            :
              Defendants          : NO. 3913

- - -

Tuesday, December 8, 2015

- - -

COURTROOM 246
CITY HALL
PHILADELPHIA, PENNSYLVANIA

- - -

B E F O R E: THE HONORABLE MARK I. BERNSTEIN, J.,
and a Jury
- - -

JURY TRIAL VOLUME VI

AFTERNOON SESSION

REPORTED BY:
JUDITH ANN ROMANO, CM, CRR
CERTIFIED MERIT REPORTER
CERTIFIED REALTIME REPORTER
OFFICIAL COURT REPORTER

---

Page 124

A P P E A R A N C E S: (Continued)

GOLDMAN, ISMAIL, TOMASELLI, BRENNAN & BAUM, LLP
BY: TAREK ISMAIL, ESQUIRE
(admitted pro hac vice)
564 West Randolph Street, Suite 400
Chicago, Illinois 60661
T: 312-681-6000 F: 312-881-5190
E-mail: tismail@goldmanismail.com
Counsel for Defendants Ethicon and Johnson and
Johnson

THOMAS COMBS & SPANN, PLLC
BY: SUSAN M. ROBINSON, ESQUIRE
(admitted pro hac vice)
300 Summers Street, Suite 1380
Charlestown, WV 25338
T: 304-414-1800 F: 304-414-1801
Counsel for Defendants Ethicon and Johnson and
Johnson

---

Page 123

A P P E A R A N C E S:

KLINE & SPECTER, A Professional Corporation
BY: SHANIN SPECTER, ESQUIRE
BY: KILA B. BALDWIN, J.D., ESQUIRE
1525 Locust Street
The Nineteenth Floor
Philadelphia, Pennsylvania 19102
T: 215-772-1000 F: 215-735-0937
E-mail: shanin.specter@klinespecter.com
kila.baldwin@klinespecter.com
Counsel for Plaintiff Hammons

MAZIE, SLATER, KATZ & FREEMAN
BY: ADAM M. SLATER, ESQUIRE
103 Eisenhower Parkway
Roseland, New Jersey 07068
T: 973-228-0454 F: 973-228-0303
E-mail: aslater@mskf.net
Counsel for Plaintiff Hammons

DRINKER BIDDLE & REATH, LLP
BY: MOLLY E. FLYNN, ESQUIRE
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103-6996
T: 215-988-2836 F: 215-988-2757
E-mail: molly.flynn@dbr.com
Counsel for Defendants Ethicon and Johnson and
Johnson

TUCKER ELLIS, LLP
BY: MATTHEW P. MORIARTY, ESQUIRE
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113-7213
T: 216-696-2276 F: 216-592-5009
E-mail: matthew.moriarty@tuckerellis.com
Counsel for Defendants Ethicon and Johnson and
Johnson

---

Page 125

- I N D E X -

WITNESSES                    VD    DR    CR    RD    RC

ANNE M. WEBER, MD
  By Ms. Robinson.................. 127
  By Mr. Slater...........................238

PRICE ST. HILAIRE
  (designated portions of deposition).....193

VINCENT LUCENTE, MD
  (designated portions of deposition).....194

E X H I B I T S

DX31554.1................................Page 134
DX31576.1................................Page 134
DX30989.1................................Page 141
DX3575.34...............................Page 141
2003-016................................Page 144
DX25019.146.............................Page 146
DX25019.114.............................Page 147
DX25019.36..............................Page 149
DX25019.80..............................Page 150
DX25019.60..............................Page 153
DX25019.109.............................Page 169
Weber-15................................Page 170
DX322.65................................Page 174

*(Hammons v Ethicon, et al.)*

Page 126

1
2      (Hearing is reconvened at 1:48 p.m.)
3      (ANNE MARGARET WEBER, MD, having been
4  previously sworn, resumes the witness stand.)
5      THE COURT:  Is this another deposition?
6      MS. ISMAIL:  Your Honor, that is the
7  Dr. Hinoul deposition I mentioned before
8  lunch, just the part I marked is the exchange
9  regarding the E-mail that was in the Kirkemo
10 deposition.
11     THE COURT:  Same E-mail?
12     MS. ISMAIL;  Same E-mail, same issue.
13     THE COURT:  So it's the same objection,
14 really?
15     MS. ISMAIL:  Yes, Your Honor.
16     THE COURT:  Great, thank you.
17     MS. ISMAIL:  And I understand it's not
18 ripe for today.
19     THE COURT:  Whenever people want me to
20 decide it, we will talk about it.
21     MS. ISMAIL:  Great, thank you.
22     THE COURT:  But I will read this to see
23 if it's the same.
24     MS. ISMAIL:  Thank you.
25     THE COURT:  So I understand there is a

*(Weber - Cross)*

Page 127

1
2  juror or two in the restroom and as soon as
3  they are ready -- they are coming in?  They
4  are coming in.
5      (The jury enters the courtroom at 1:58
6  p.m.)
7      THE COURT:  Good afternoon, ladies and
8  gentlemen.
9      JURY:  Good afternoon.
10     THE COURT:  You may proceed.
11     MS. ROBINSON:  Thank you, Your Honor.
12              - - -
13     CROSS-EXAMINATION (Continuing)
14              - - -
15 BY MS. ROBINSON:
16 Q    Doctor, we had just been discussing some of
17 the high recurrence rates associated with the tissue
18 repairs for bladder prolapse, correct?
19 A    Yes.
20 Q    You continued to follow women who were
21 undergoing surgery for bladder repair by native
22 tissue; is that correct?
23 A    In this trial?  Is that what you mean?
24 Q    No, you continued even after the last trial
25 that we were talking about, where you did the study

*(Weber - Cross)*

Page 128

1  with the three arms?
2  A    Yes.
3  Q    You continued to study it even further, right?
4  A    I am sorry, I don't understand your question.
5  Do you mean did we continue to follow that group of
6  women?
7  Q    No, no, the issue.
8  A    Oh, just the issue itself.  Yes.
9  Q    Yes, the issue of women undergoing surgery for
10 bladder prolapse using native tissue repair, you
11 continued to study that problem; is that correct?
12 A    Yes.
13 Q    And you continued to find that in some of your
14 studies that as much as 58 percent of women would
15 have recurrence within one year; is that correct?
16 A    Not restricted to anterior vaginal prolapse,
17 but, yes, correct.
18 Q    And that would be a study you reported on in
19 2004; is that correct?
20 A    Yes.
21 Q    Do you agree with what you stated back then,
22 that, "Recurrent poly-organ prolapse after surgical
23 correction is one of the most vexing problems in
24 reconstructive pelvic surgery"?
25

*(Weber - Cross)*

Page 129

1  A    Yes.
2  Q    You continue to agree with that?
3  A    Yes.
4  Q    Now as a result of these high recurrence rates
5  that doctors were seeing, did that lead doctors to
6  begin looking at other options for more durable
7  repairs?
8  A    Yes.
9  Q    And in fact, in the late 1990s, 2000, maybe
10 even earlier than that, they started using synthetic
11 mesh in pelvic organ prolapse repair; is that
12 correct?
13 A    Yes.
14 Q    And they were doing the abdominal
15 sacrocolpopexy, or the ASC that I probably should
16 just call it, surgery for that; is that correct?
17 A    Yes.  Actually, I mean ASC preceded the use of
18 synthetic mesh through the vagina by a good number
19 of years, but, yes.
20 Q    And ASC, though, repair started using mesh,
21 correct?
22 A    Yes.
23 Q    And the reason for that was to reinforce that
24 native tissue to help preclude recurrence, correct?
25

(Weber - Cross)      Page 130

2   A   **The need for the use of --**

3   Q   Is that a yes or no?

4   A   **No.**

5   Q   The ASC surgery is done for an apical repair,

6   correct?

7   A   **Yes.**

8   Q   And what kind of repair is that?

9   A   **An apical repair, just to make sure I**

10  **understand, are you asking me to describe the ASC or**

11  **the indications for the ASC?**

12  Q   The apical. What are you trying to repair

13  with the ASC?

14  A   **Okay, thank you. The abdominal sacrocolpopexy**

15  **is used to support the apex or the top of the vagina**

16  **in a woman who has her uterus and cervix, which can**

17  **be preserved at that time, or in a woman who has had**

18  **a previous hysterectomy and prolapse has affected**

19  **the top of the vagina so it begins to fall down, if**

20  **you will, inside the vagina at an earlier stage and**

21  **can actually protrude outside the vagina at a later**

22  **stage.**

23  Q   And in order to perform that surgery, a woman

24  has to be put under, correct?

25  A   (No response.)

---

(Weber - Cross)      Page 131

2   Q   Anesthesia?

3   A   **Anesthesia is required, that's right.**

4   Q   She is on an operating table and a surgeon

5   will cut an incision in her stomach, correct?

6   A   **That's one method of performing it, yes.**

7   Q   So with the abdominal sacrocolpopexy, not

8   using laparoscopic, we are not talking about

9   laparoscopic, but with that procedure, it is a

10  surgical incision, correct?

11  A   **Yes.**

12  Q   The surgeon then goes down in through all of

13  the muscles and so forth in the abdomen to get to

14  the area that he needs to be in to repair and

15  support the vagina, correct?

16  A   **Yes. The muscles aren't cut, they are simply**

17  **separated.**

18  Q   There are some women that, because of the risk

19  of that type of surgery, can't undergo that surgery;

20  is that correct?

21  A   **Yes.**

22  Q   This might be older women?

23  A   **Rarely. Yes.**

24  Q   Women that have chronic problems that would

25  make it difficult for them to undergo anesthesia?

---

(Weber - Cross)      Page 132

2   A   **Again, rarely. Yes.**

3   Q   Now the doctors then began using mesh in the

4   vaginal area, correct?

5   A   **Yes.**

6   Q   And long before doctors started using mesh in

7   the vaginal area, vaginal surgeries were fairly

8   predominant, correct?

9   A   **I am sorry, I don't understand your question.**

10  Q   So doctors, before they started using mesh for

11  repairs through the vagina for pelvic organ

12  prolapse, those doctors were already familiar with

13  operating in the vaginal area, correct?

14  A   **Yes.**

15  Q   They were performing vaginal hysterectomies,

16  right?

17  A   **Yes.**

18  Q   And other procedures such as that that

19  would -- the route of injury would be through the

20  vagina, correct?

21  A   **Yes.**

22  Q   And one of the methods that they started or

23  one of the conditions that they started using mesh

24  to help cure was stress urinary incontinence,

25  correct?

---

(Weber - Cross)      Page 133

2   A   **Yes.**

3   Q   And many manufacturers began making mesh for

4   that treatment of that condition, correct?

5   A   **Yes.**

6   Q   And this was before mesh became available,

7   synthetic mesh became available for pelvic organ

8   prolapse. Is that also correct?

9   A   **Yes.**

10  Q   Now, you talked a little bit yesterday about

11  the material Gynemesh PS; is that right?

12  A   **Yes.**

13  Q   Isn't it a fact that you have actually used

14  synthetic mesh for the treatment of stress urinary

15  incontinence?

16  A   **Yes.**

17  Q   And isn't it correct that when you have

18  written about options for surgery to treat stress

19  urinary incontinence, you have written favorably

20  about the use of mesh to treat stress urinary

21  incontinence?

22  A   **If there is a specific article that you are**

23  **referring to, I would like to see it.**

24       MS. ROBINSON: May I approach, Your

25       Honor?

**(Weber - Cross)** Page 134

2  THE COURT: Charles will be happy to
3  pass up anything you'd like.
4  MS. ROBINSON: I do, and I would note
5  it for the record.
6  So for the record, Your Honor, this is
7  Defense 31554.1. And I would also move as an
8  exhibit the -- or just mark the last exhibit
9  that I entered, and we will make the record
10  clear on that.
11  THE COURT: How are we marking it?
12  MS. ROBINSON: It's marked and --
13  THE COURT: Okay, how is it marked
14  then?
15  MS. ROBINSON: It is Defense 31576.1.
16  Thank you.
17  THE COURT: Have you had a chance to
18  look at this exhibit?
19  THE WITNESS: I am looking at it just
20  now.
21  THE COURT: Let's hear a question,
22  maybe that will help you. Ask a question, and
23  then you look at it if you need to.
24  Q  Does that publication refresh your memory
25  about a writing that you did on sling options for

**(Weber - Cross)** Page 135

2  stress urinary incontinence patients?
3  A  **Yes. I was a co-author on this publication.**
4  Q  And in that article do you discuss that, "The
5  evolution of SUI surgeries have shifted so far
6  toward mid-urethral slings that Burch
7  colposuspension and the pure vaginal sling are
8  rarely performed or taught in Obstetrics and
9  Gynecology." Is that correct?
10  A  **Yes, I did write that.**
11  Q  When you are talking about the slings that
12  were used in that stress urinary incontinence
13  surgery, you were talking about polypropylene mesh;
14  is that correct?
15  A  **Yes.**
16  Q  And you were talking about slings such as
17  Ethicon's TPT; is that correct?
18  A  **Yes.**
19  Q  And when you were doing that do you recall
20  referring to them as "lightweight," large-pore mesh?
21  A  **Yes.**
22  Q  Would you agree with me that the Gynemesh PS,
23  the mesh that is used in Prolift, has larger pores
24  than Ethicon's TVT?
25  A  **No.**

**(Weber - Cross)** Page 136

2  Q  You would not?
3  A  **No.**
4  Q  Do you agree with me that it's slightly
5  lighter weight?
6  A  **Yes.**
7  Q  Do you agree with me that the pore size is
8  approximately the same?
9  A  **No.**
10  Q  So you discussed yesterday the Prolift plus M.
11  Do you recall talking with Plaintiff's counsel about
12  that?
13  A  **(No response.)**
14  Q  Generally, do you recall discussing Prolift
15  plus M yesterday?
16  A  **Honestly, I don't, but undoubtedly I did if**
17  **you are referring to it.**
18  Q  Do you recall talking about Ultrapro?
19  A  **Yes.**
20  Q  Ultrapro mesh. And Ultrapro mesh is the mesh
21  that is used for the product Prolift plus M?
22  A  **Yes.**
23  Q  And that mesh is made of polypropylene with an
24  absorbable type of material; is that correct?
25  A  **Yes.**

**(Weber - Cross)** Page 137

2  Q  And that product is also used for pelvic organ
3  prolapse; is that correct?
4  A  **Yes.**
5  Q  And you know that it was considered as a
6  potential use for Prolift, correct?
7  A  **Yes.**
8  Q  And at the time, it had not been fully
9  evaluated, when Ethicon put Prolift on the market;
10  is that correct?
11  A  **Yes.**
12  Q  Now I just want the jury to know, Ma'am, do
13  you think it's okay to use any kind of synthetic
14  mesh for the repair of pelvic organ prolapse through
15  the vagina?
16  A  **No.**
17  Q  Now you are interested in the area of the
18  literature and the material surrounding pelvic organ
19  prolapse and that condition; is that correct?
20  A  **Yes.**
21  Q  And you keep up with it even today, correct?
22  A  **Yes.**
23  Q  And you have read literature currently about
24  Prolift plus M; is that correct?
25  A  **Yes.**

*(Weber - Cross)*                    Page 138

1
2  Q    Or Ultrapro?
3  **A    Yes.**
4  Q    And do you agree with me that some of that
5  literature would indicate that up to 14.8 percent of
6  women undergoing the use of pelvic organ repair with
7  Ultrapro has a risk of mesh erosions?
8  **A    I am sorry, could you repeat that?**
9  Q    Yes, I will try.
10              THE COURT:  Does the literature show
11         that there is a risk of mesh erosion up to
12         14 percent or a little more than that?
13              THE WITNESS:  With the Prolift plus M,
14         yes.
15  Q    And do you also agree with me that there is
16  literature that shows that with Prolift plus M there
17  is up to 9 percent risk of dyspareunia or pain with
18  sex?
19  **A    If you are referring to a specific article, I**
20  **would like to see it.**
21              THE COURT:  Well, do you know, without
22         referring to an article?
23              THE WITNESS:  I do not know that
24         figure, the 9 percent.
25              THE COURT:  Okay, next question.

---

*(Weber - Cross)*                    Page 139

1
2  Q    How high of a figure do you think the
3  dyspareunia rates have shown for Ultrapro?
4  **A    I can't pull that off the top of my head.**
5              THE COURT:  Why don't we move on while
6         you are trying to find that article.
7  Q    Doctor, if you will just take a review of
8  Defense 30989.1.  And I want you to look at -- if
9  you look on the right-hand column there, to make it
10  a little bit easier for you, where it talks about
11  the de novo dyspareunia rates?
12  **A    Yes.**
13  Q    And does this refresh your memory that there
14  have been presentations presented that would show
15  dyspareunia rates up to 9 percent involving
16  Ultrapro?
17  **A    In this one abstract, yes.**
18  Q    Now you have testified here today that quality
19  of life is one of the important factors in
20  determining success of a prolapse surgical
21  procedure; is that correct?
22  **A    Yes.**
23  Q    Do you have an opinion as to what stage of
24  prolapse would have to exist in order for a woman to
25  have a negative impact on her quality of life?

---

*(Weber - Cross)*                    Page 140

1
2  **A    That's a very good question, and something**
3  **that has been studied, without a definitive answer.**
4              **By the beginning of early Stage III,**
5  **which is in POP U system where the vagina is**
6  **protruding outside of the hymen by more than one**
7  **centimeter, one centimeter is like half an inch,**
8  **roughly, women may become aware of that.  Now, of**
9  **course, awareness is not necessarily a negative**
10  **impact on their quality of life.  And there isn't a**
11  **linear relationship, there is not a straight line**
12  **between the degree of prolapse and women's awareness**
13  **or being bothered by, whether or not they are aware**
14  **of the prolapse.**
15  Q    So women that have a Stage II prolapse, for
16  example, would you say that most of them are not
17  symptomatic with prolapse?
18  **A    No, I wouldn't say most.**
19  Q    Do you agree that most women that have Stage
20  II prolapse can still have a good quality of life?
21  **A    You are speaking, I assume, specifically**
22  **health-related quality of life specific to her**
23  **prolapse?**
24  Q    Correct.
25  **A    Again, I wouldn't say most, but certainly that**

---

*(Weber - Cross)*                    Page 141

1
2  occurs.
3  Q    Recently when you have assessed and studied
4  pelvic organ prolapse, where does the staging fall
5  into your determination of how you assess here?
6  **A    The most recent recommendations which I agree**
7  **with involve prolapse above the hymen, and a woman**
8  **who is not symptomatic of bulge or bulge symptoms or**
9  **other symptoms that she had had in association with**
10  **the prolapse.**
11  Q    And are Stage II women, a woman who has been
12  staged at Stage II, is that above the hymen?
13  **A    Stage II is defined as women where the**
14  **prolapse exists one centimeter above the hymen,**
15  **zero, which is at the hymen, and one centimeter**
16  **beyond the hymen.  So it's that little 2-centimeter**
17  **space that is included in the definition of Stage II**
18  **prolapse.**
19  Q    I'd like to show you the Clinical Study
20  Report, I believe, and it's DX257534.  Actually,
21  that may be the statistical analysis.  Ma'am, do you
22  recognize that?
23  **A    Yes, I do.**
24  Q    Now you have reviewed a lot of Ethicon's
25  records related to the TVM French study report; is

**(Weber - Cross)**  Page 142

1
2  that correct?
3  **A**  Yes.
4  Q  And do you recognize this as a statistical
5  analysis plan for, I believe this is the five-year
6  data?
7  **A**  Yes.
8  Q  And how does a statistical analysis plan fit
9  into a clinical trial?
10  **A**  **The statistical analysis plan is the part of**
11  **the protocol that is ordinarily developed before any**
12  **of the data are collected or analyzed, to set out**
13  **how in fact the data are going to be analyzed.**
14  Q  I want to refer you to page 11 of that
15  document.
16  **A**  Yes.
17  Q  Do you recognize this as sample data
18  collection form for follow-up observation?
19  **A**  Yes.
20  Q  And does this document help the physician when
21  they have a patient, or lady, I mean these are real
22  people that are having these studies, right?
23  **A**  Yes, they are.
24  Q  And does this document help the physician
25  assess the women when they follow-up for care?

**(Weber - Cross)**  Page 143

1
2  **A**  Yes.
3  Q  And you would agree with me in this case that
4  Ethicon was collecting information to evaluate the
5  patient at six, 12 months, three years, and five
6  years?
7  **A**  Yes.
8  Q  And that they were assessing the impact of the
9  prolapse on their sexual activity, correct?
10  **A**  Yes.
11  Q  They were impacting the prolapse -- or
12  assessing the impact of prolapse on vaginal pain?
13  **A**  **No, not -- that's not what it says.**
14  Q  If you look under the vaginal pain section, do
15  you see where they were conducting examinations to
16  determine if an examination provoked dyspareunia,
17  for example?
18  **A**  **I do.  If I understood your previous question**
19  **correctly, I thought you had stated directly related**
20  **to the impact of prolapse.**
21  Q  This is, and I maybe misspoke and thank you
22  for clarifying that, this is the impact of the
23  treatment, on whether it has caused these problems
24  for the women, in follow-up, correct?
25  **A**  **Yes, that's the intention of this data**

**(Weber - Cross)**  Page 144

1
2  gathering.
3  Q  So Ethicon was studying whether their product
4  was going to cause women to have pain with sex,
5  correct?
6  **A**  **That was on this data form.  I have not seen**
7  **this on previous data forms that I reviewed.**
8  MS. ROBINSON:  Your Honor, move to
9  strike.
10  THE COURT:  Was Ethicon studying or
11  not, or you don't know?
12  THE WITNESS:  No, not in the case forms
13  that I reviewed.
14  THE COURT:  Okay, next question.
15  BY MS. ROBINSON:
16  Q  If you look at page 12, you see this is an
17  assessment form for postoperative quality of life;
18  is that correct?
19  **A**  Yes.
20  Q  And this also is for the TVM French study,
21  which was documented as 2003-016; is that correct?
22  **A**  Yes.
23  Q  And Ethicon by these forms was collecting
24  information on what impact their product Prolift had
25  on the quality of life of women; is that correct?

**(Weber - Cross)**  Page 145

1
2  **A**  Yes.
3  Q  And they were assessing such things as whether
4  some of the symptoms that they have interferes with
5  their sexual relationships, correct?
6  **A**  Yes.
7  Q  They were assessing whether Prolift would
8  affect them so it would interfere with them pursuing
9  new relationships with people, correct?
10  **A**  **The symptoms the woman was experiencing at**
11  **that time would prevent them from pursuing new**
12  **relationships, yes.**
13  Q  And also other things, such as how their bowel
14  habits were at the time after having their product,
15  correct?
16  **A**  Yes.
17  Q  And those are all important things that you
18  want to know about a product that's out there to
19  treat pelvic organ prolapse, correct?
20  **A**  Yes.
21  Q  I want to go to slide three.
22  Now do you recognize this as the list
23  of women who had failures at 12 months as tallied by
24  Ethicon in its TVM French study?
25  **A**  Yes.

*(Weber - Cross)*     Page 146

1
2  Q   When you look at this table, you see that each
3  of the women, with the exception of one, were at
4  Stage II, correct?
5  A   Yes.
6  Q   And even though they were at Stage II, they
7  were considered failures; is that correct?
8  A   **As defined in the protocol, yes.**
9  Q   And only one was a Stage III?
10 A   **That's correct.**
11 Q   Now you also know that in the study, that
12 Ethicon enrolled women who were at Stage III and IV,
13 correct?
14 A   **That was the intention, yes.**
15 Q   I want to take a minute and just walk you
16 through one of these patients.  Let's look at what
17 information Ethicon collected on Patient 6003.  Can
18 you go to DX25019.146.
19     (Pause.)
20 Q   So what we have here is Patient 6003, and she
21 was deemed a failure at study, correct?  The kind of
22 information Ethicon was collecting, we see at
23 baseline --
24     THE COURT:  Whoa, whoa, did you want an
25     answer to that question?  Did you answer?

*(Weber - Cross)*     Page 147

1
2      THE WITNESS:  No, I didn't.
3      THE COURT:  I didn't think you had.  Do
4  you want an answer to that question?
5      (No response.)
6      THE COURT:  Okay, it's not answered.
7  Next question.
8      MS. ROBINSON:  Your Honor, I am going
9  to mark for the witness' benefit D25019.114.
10 Q   Ma'am, if you can look at....(Pause.)
11     Ma'am, if you look at page 119 of that
12 document, and that should give you Patient 3006?
13 A   **Yes.**
14 Q   And you see on there that she has a baseline
15 of POP Q score; is that correct?
16 A   **Yes.**
17 Q   And baseline just means her condition prior to
18 surgery, correct?
19 A   **Yes.**
20 Q   And what stage was she before surgery?
21 A   **Stage IV.**
22 Q   And she had a combined-type surgery, so she
23 had more than just one prolapsed organ, correct?
24 A   **I believe what "combined" refers to is**
25 **receiving the total anterior and posterior TVM**

*(Weber - Cross)*     Page 148

1  implant.
2
3  Q   So she was in an overall stage of IV.  Do you
4  see that in the anterior she was at a Stage III, in
5  the posterior she was a Stage III, and a Stage IV in
6  the apical; is that correct?
7  A   **Yes.**
8  Q   Now after she received treatment, she follows
9  up at six months, and even at six months, at that
10 point she is a Stage II and considered a failure,
11 correct?
12 A   **Yes.**
13 Q   But if you look across the lines there, does
14 it appear that she is only a failure in one
15 compartment at that point?
16 A   **(No response.)**
17 Q   You see she is a Stage II in the bladder
18 prolapse section and Stage 0 in the posterior and
19 apical?
20 A   **Yes, that is correct.  At six months and one**
21 **year and at three years she is a Stage I in the**
22 **apical compartment, and also at five years, while**
23 **she remains a Stage II in the anterior compartment.**
24 Q   The one I am looking at has zeros, but
25 notwithstanding that, her prolapse overall doesn't

*(Weber - Cross)*     Page 149

1  go down from Stage II throughout the whole entire
2  five-year period that she is studied, correct?
3  A   **Yes.**
4  Q   Now Ethicon studied her quality of life; is
5  that correct?
6  A   **Yes.**
7  Q   And can we go to slide four now.
8      I want to approach and hand you
9  D250191.36.  Now let's look at Patient 6003's
10 Quality of Life assessment.  Now Ethicon assessed
11 these from one to ten, correct?
12 A   **I am sorry, can you direct me to what page you**
13 **are on?**
14 Q   Page 146.  And if you look at Patient 6003, do
15 you see she has Quality of Life scores for one-year
16 and five-year data, correct?
17 A   **I am sorry, which column are you looking at?**
18 **Is that the first column?  Prolapse affecting life?**
19 Q   Yes.
20 A   **So that represents a visual analogue scale**
21 **that's not validated.**
22 Q   Do you agree that this is a Quality of Life
23 Assessment form?
24 A   **Yes, again, just the caveats that we already**

1            *(Weber - Cross)*     Page 150

2 mentioned.

3 Q    Do you agree that this is the table that

4 tabulates the information that the woman has

5 provided on the Quality of Life Assessment form that

6 we showed the jury just a few minutes ago?

7 **A**    **Some of it, yes.**

8 Q    And as the patient answered those questions

9 and was assessed, at one year she was assessed at

10 having a quality of life of 9.91, correct?

11 **A**    **Yes.**

12 Q    And at five years, she remained to have a

13 quality of life value of 8.47, correct?

14 **A**    **That is -- those are the numbers, yes.**

15 Q    And that is on a scale of one to ten?

16 **A**    **That is correct.**

17 Q    Ma'am, I am handing you Defense Exhibit

18 25019.80.

19 **A**    **I am sorry, could you repeat the number?**

20 Q    25019.

21 **A**    **And were there extra digits?**

22 Q    What's the digits in front of you?

23 **A**    **.54.**

24 Q    Yes, and can you look at Patient 3006 on that

25 form?

---

1            *(Weber - Cross)*     Page 151

2 **A**    **Can you direct me to a page?**

3        THE COURT: Okay, we are going to take

4 a ten-minute recess at this time. Everyone

5 please remain seated while the jury leaves the

6 courtroom.

7        (The jury is excused from the courtroom

8 at 2:42 p.m.)

9        THE COURT: How many more of these

10 documents do you have, Ms. Robinson?

11        MS. ROBINSON: Two more.

12        THE COURT: And are there any other

13 documents that you are going to be using with

14 this witness after these two more?

15        MS. ROBINSON: Yes.

16        THE COURT: How many other documents?

17        MS. ROBINSON: Maybe a half dozen. But

18 not like these forms.

19        THE COURT: You are to give the witness

20 all the documents that you intend to use in

21 your cross examination, and if there are

22 specific lines that you wish the witness to

23 look at, like has happened with the last three

24 packets, you are to highlight those lines.

25        MS. ROBINSON: I will do that, Your

---

1            *(Weber - Cross)*     Page 152

2 Honor.

3        THE COURT: Anything further before we

4 recess?

5        (A brief recess is taken.)

6        THE COURT: Court is back in session,

7 please be seated. Do you intend to ask the

8 witness about specific portions of these

9 articles or just generally about the articles?

10        MS. ROBINSON: I have provided to the

11 Court articles --

12        THE COURT: I am sorry, do you want the

13 question read back? Read back the question I

14 asked, please.

15        MS. ROBINSON: Just generally.

16        THE COURT: Fine. Give those documents

17 to the witness and let her tell us when we are

18 ready, and then bring in the jurors.

19        (A further recess is taken.)

20        - - -

21        (The following transpired at 3:04 p.m.)

22        THE COURT: Did you get a chance to

23 look at those things?

24        THE WITNESS: Yes, I did.

25        THE COURT: I am told they are going to

---

1            *(Weber - Cross)*     Page 153

2 ask specific questions about lines on those

3 charts and general questions about those

4 articles. Are you generally familiar with

5 what those articles are?

6        THE WITNESS: Yes.

7        THE COURT: Okay. Give them to

8 counsel.

9        (The jury enters the room at 3:05 p.m.)

10        THE COURT: Since you just received

11 them, counsel, do you need some time to look

12 at them?

13        MR. SLATER: No, we are fine, Judge.

14        THE COURT: Next question.

15 BY MS. ROBINSON:

16 Q    Ma'am, in front of you is Document 25019.60 is

17 the page number.

18 **A**    **Yes.**

19 Q    Now I will pull it up here. This is a chart

20 that is analyzing sexual impact; is that correct?

21 **A**    **That's one of the issues. I am just a little**

22 **worried that the jury may not be seeing this.**

23        THE COURT: Well, then that's up to

24 counsel to worry about. Next question.

25        THE WITNESS: Okay.

*(Weber - Cross)*

Page 154

```
 2   Q    So this is a dataset.  You are used to
 3   analyzing these, correct?
 4   A    Yes.
 5   Q    And I want you to look at Patient 3006.
 6   A    Yes.
 7   Q    And cross through there, and it identifies
 8   that this patient has had no problem with sexual
 9   activity; is that correct?
10   A    As baseline, yes.
11   Q    And throughout the six-month, one-year,
12   through three and five years, still remains?
13   A    It says, "No sex other cause".
14   Q    So at this point she may not be engaging in
15   sexual activity, correct?
16   A    That's the meaning.  She is not.  Not that she
17   may not.
18   Q    And the causation is not -- that indicates
19   it's not related to the Prolift device, correct?
20   A    I don't believe that's one of the choices, as
21   to whether it's related to the Prolift.  She went
22   from a baseline of having no limit to her sexual
23   activity to being not sexually active after surgery.
24   Q    And then when it indicates "other cause",
25   based on your review of these forms, did you
```

*(Weber - Cross)*

Page 155

```
 2   understand that that meant that it was a cause
 3   unrelated to the device?
 4   A    That was not one of the choices.
 5        THE COURT:  Is that your understanding?
 6   Read back the question.
 7        (Pending question is read by the court
 8   reporter.)
 9   A    No.
10   Q    If you look at the top, do you see that
11   Ethicon is also collecting data on vaginal
12   retraction?
13   A    Yes.
14   Q    And you see that for this lady, each of the
15   time points for her follow-up she had no vaginal
16   retraction, correct?
17   A    Yes.
18   Q    Now I want to show you -- you can set that
19   aside.  I want to go back and look at slide number
20   three, which was all of the failures that Ethicon
21   listed for the TVM at 12 months, and I want to take
22   a look at the Quality of Life assessments for them,
23   and that is going to be slide number five.
24        So after one year, where they have
25   measurements, most of these women were in at least
```

*(Weber - Cross)*

Page 156

```
 2   the seven to ten range.  Do you see that?
 3        THE COURT:  Do you know what this slide
 4   is showing?
 5        THE WITNESS:  Yes.
 6        THE COURT:  Do you see whatever it was
 7   that you were asked if you saw?  Ask the
 8   question again, please.  I interrupted.
 9   Q    The patient numbers reflect the patients that
10   were deemed failures as a result of the study,
11   correct?
12   A    That Ethicon counted, yes.
13   Q    And they counted the recurrences, and these
14   women had a recurrence, correct?
15   A    Yes.
16   Q    And for each of those women where we have
17   values thereafter one year, and then again after
18   five years, it reflects their level of satisfaction,
19   indicating that they were pleased with the operation
20   on a level of one to ten, with ten being the
21   highest; is that correct?
22   A    Except for the six women for whom there is no
23   information, which is concerning to me, yes.
24   Q    Now you are referring to the six women that
25   you have had added to the failures, correct?
```

*(Weber - Cross)*

Page 157

```
 2   A    No, I am referring to the six women who do not
 3   have a score on your slide.
 4   Q    Okay, so the six women who don't have a score,
 5   that's just values that weren't available at the
 6   one-year time period, correct?
 7   A    No, I believe that means they didn't fill out
 8   that questionnaire.
 9   Q    Does it also indicate to you that after five
10   years all but one also filled out the questionnaire?
11   A    Yes.  Also, the numbers are substantially
12   lower.
13   Q    So you agree with me that the TVM group
14   published their results of their one, three, and
15   five-year data, correct?
16   A    No.
17   Q    You do not agree that Ethicon published their
18   one, three, and five-year data?
19   A    No, I don't believe so.
20   Q    Do you recall an article by Jacquetin?
21   A    Could you be more specific?
22   Q    Do you recall the TVM article by Jacquetin
23   that was publishing in the five-year data, correct?
24   A    Yes.
25   Q    And is your problem with my question the fact
```

**(Weber - Cross)**     Page 158

1

2  that you don't believe they published for each of

3  the years that I mentioned?

4  **A    Yes.**

5  Q    Okay.  So you know they published the

6  five-year results?

7  **A    The French TVM group, yes.**

8  Q    And that's what I am talking about.

9  **A    Yes.**

10  Q    So the data that we have been looking at here

11  was published by the TVM group after five years,

12  correct?

13  **A    Yes.**

14  Q    Now you reanalyzed that data, and that's what

15  you presented to the jury here today.

16          THE COURT:  That's a statement.  Any

17          further questions?

18  Q    Did you reanalyze the recurrence rates for the

19  TVM study?

20  **A    Not at five years.**

21  Q    Did you reanalyze the rates for three years?

22  **A    No, I did not.**

23  Q    So what was it that you gave to the jury today

24  when you were talking about the failure rates of the

25  TVM study?

---

**(Weber - Cross)**     Page 159

1

2  **A    Perhaps I misspoke. I know for sure that it**

3  **was the one-year for the French and the U.S., and I**

4  **may be mistaken but I don't believe that included**

5  **the three and the five-year results, where I**

6  **analyzed it to the level of the case report forms.**

7  Q    You agree with me that your reanalysis,

8  whatever it was, has never been published, right?

9  **A    That's right.**

10  Q    It's never been peer reviewed, right?

11  **A    That's right.**

12  Q    No independent person other than you have

13  reviewed that data; is that correct?

14  **A    No, that's not correct.**

15  Q    And is that another person that was working

16  for Plaintiff's counsel that helped you with the

17  data?

18  **A    No. It was not someone who helped me with the**

19  **data.**

20  Q    Was it somebody that prepared the data and

21  provided it to you?

22  **A    No.**

23  Q    Who was it?

24  **A    It was someone who performed an independent**

25  **review of the case report forms.**

---

**(Weber - Cross)**     Page 160

1

2  Q    Was she paid for by Plaintiff's counsel?

3  **A    Yes.**

4  Q    And this data that you analyzed, was that part

5  of what you were paid to do, is that right?

6  **A    Yes.**

7  Q    And all of the millions of pages that you

8  reviewed, and that's what's got you here so that you

9  are being paid a thousand dollars an hour to

10  testify; is that correct?

11  **A    Yes.**

12  Q    So the Lucente data that you talked about and

13  reanalyzed, that data came from Dr. Lucente and

14  Dr. Murphy, correct?

15  **A    Yes.**

16  Q    And it was a spreadsheet that was provided to

17  you; is that also correct?

18  **A    Yes.**

19  Q    You did not, with that data, you did not go

20  back and look at the actual patient information?

21  **A    No. That wasn't available to me.**

22  Q    So you were not able to take their spreadsheet

23  and compare it with the individual lady's chart in

24  order to determine whether it was correct or not; is

25  that the case?

---

**(Weber - Cross)**     Page 161

1

2          MR. SLATER:  Your Honor, can we

3          approach sidebar with an objection, Your

4          Honor?

5          THE COURT:  Sure.

6          (The following transpired at sidebar:)

7          THE COURT:  Yes, what's the objection?

8          MR. SLATER:  We were told not to pick

9          up the subpoenas and that's how we got this

10          data.  We did everything we could to get the

11          patient level data and couldn't get it through

12          the subpoenas, so it was blocked.  So it was

13          not something that would ever possibly be

14          available, it was blocked.  So I think it's

15          unfair to ask this witness if it was something

16          she should have looked at if it was legally

17          impossible for us to get it.

18          THE COURT:  If they are asking about

19          why she doesn't have it, you can follow up

20          with questions about why she doesn't have it.

21          MR. SLATER:  Okay, thank you.

22          THE COURT:  But the objection is

23          overruled.

24          MR. SLATER:  Fair enough.

25          THE COURT:  Judy, read back the last

*(Weber - Cross)*                    Page 162

```
1
2    question.
3              (Pending question is read by the court
4    reporter.)
5    A    Correct, I did not have available to me the
6    patient charts.
7    Q    You did have available to you, though, the
8    depositions of Dr. Murphy and Dr. Lucente where they
9    discuss this data; is that correct?
10   A    Yes.
11   Q    And in review of the information that you
12   learned during those depositions, did you come to an
13   understanding that the information on the
14   spreadsheets may be incomplete?
15   A    The information in the deposition testimony
16   was contradictory.  It was difficult to tell what
17   either Dr. Lucente or Dr. Murphy knew about this
18   database and what they could tell the lawyers in
19   their deposition testimony.
20   Q    And they were not able to verify for you that
21   that was a complete set of the data of the women
22   that they had treated; is that correct?
23   A    I don't believe they were able to verify about
24   that, yes.
25   Q    Do you agree with me that data that can't be
```

*(Weber - Cross)*                    Page 163

```
1
2    verified shouldn't be put out to the medical
3    community?
4    A    That would be a general principle of clinical
5    research.  And they did anyway.
6    Q    And you took the spreadsheets that they had
7    and you analyzed it as well, correct?
8    A    Yes, that's correct.
9    Q    And in doing that, you learned that a lot of
10   these women had more than one procedure performed at
11   the same time; is that right?
12   A    Yes.
13   Q    And when you listed the information for the
14   jury as to the particular incidences of adverse
15   events that these women had, you did not attempt to
16   relate that one way or the other to the product; is
17   that correct?
18   A    Yes.
19   Q    You also didn't use a protocol when you
20   reviewed those spreadsheets?
21   A    Well, yes, I did.
22   Q    Was that your own protocol?
23   A    I used the protocol of Dr. Lucente to the
24   extent possible.  It was extremely brief, only four
25   pages long, and did not contain the kind of detail
```

*(Weber - Cross)*                    Page 164

```
1
2    that a normal, rigorous sort of protocol for a
3    scientific study would include.
4    Q    Based on the information available to you, you
5    did not determine how Dr. Lucente and Dr. Murphy
6    were counting failures, did you?
7    A    In the protocol they defined failure as a
8    patient who had a prolapse of Stage II or greater,
9    or a patient who required a reoperation for
10   prolapse.
11   Q    When you reviewed the data what did you
12   consider as a failure?
13   A    Those two factors, also, in the database
14   itself the patient would be declared a failure,
15   different terminology was used, support defect, the
16   fact that she had had a reoperation despite being
17   characterized as a success in the final column.
18              If I had my summary report of my
19   analysis of that database I could be sure that
20   definition was as complete as it could be.  That's
21   the main factors that I remember right now.
22   Q    But your definition was different than the
23   protocol?
24   A    My definition was drawn from the protocol and
25   words in the spreadsheet that unequivocally assigned
```

*(Weber - Cross)*                    Page 165

```
1
2    a woman to a category of failure.
3    Q    Based on your opinion?
4    A    No, it's not my opinion.  If someone writes
5    "support defect" in the spreadsheet, that in medical
6    terminology, in research terminology, that is a
7    failure.
8    Q    Do you have any sense as to whether the study,
9    Murphy and Lucente study was counting failures in
10   treated compartments only?
11   A    I would have to look back at the protocol to
12   be sure.  I counted it both ways, to have both
13   numbers accessible.
14   Q    When you assessed Lucente's and Murphy's
15   spreadsheet you counted failures as if it would be
16   in either compartment would count as a failure,
17   right?
18   A    If they declared it was a failure, I counted
19   it as a failure.
20   Q    And when you did your own study back in 2001,
21   you only counted failures when they were in the
22   treated compartment; is that correct?
23   A    That was the endpoint of that randomized
24   trial, yes, one of the endpoints.
25   Q    Now you would agree with me that when you
```

*(Weber - Cross)*                         Page 166

2  looked at the TVM data for the exposure rates, that
3  you calculated the exposure rates based on whether
4  the mesh was palpable, correct?
5  **A**   Yes.
6  **Q**   And whether it was visible and palpable,
7  correct?
8  **A**   Yes.
9  **Q**   And if it was just visible.  Is that right?
10  **A**   Yes.
11  **Q**   And you counted all of those; is that correct?
12  **A**   Yes, as defined in the protocol.
13  **Q**   What does palpable mean?
14  **A**   Palpable means that the doctor can feel the
15  mesh erosion, the pull, if you will, in the vaginal
16  wall with the examining hand or fingers.
17  **Q**   Palpable is still under the skin, right?
18  **A**   No.
19  **Q**   When you feel something that's palpable, has
20  it come through the skin?
21  **A**   Yes.
22  **Q**   A palpable mesh has come through the skin?
23  **A**   A palpable mesh erosion has come through the
24  skin.
25  **Q**   And that's your definition?

*(Weber - Cross)*                         Page 167

2  **A**   Yes.
3  **Q**   When you were defining erosion before, I think
4  you called it as something that was eating away
5  through the lining and could be seen in the vagina?
6  **A**   Yes.
7  **Q**   So how is palpable and visible different?
8  **A**   Palpable, the reason a doctor may only be able
9  to palpate a mesh erosion and not at the same time
10  be able to see it is depending on the contour of the
11  vagina itself.  The normal vagina has folds and
12  rugae, that's the term for those little ups and
13  downs on the vaginal wall.  Also, after the mesh
14  implantation there may be vaginal anatomic
15  distortion, so that it's not possible to see clearly
16  into all of the areas of the vagina.  So the doctor
17  can palpate it with his finger, but he just can't
18  arrange his instruments, the speculum, the woman may
19  be very uncomfortable during the examination and he
20  doesn't want to make it worse for her, so he may
21  just not be able to actually make it visible at the
22  same time that he is able to palpate.
23  **Q**   Ma'am, I think that your attorney gave you a
24  Clinical Study Report earlier as an exhibit for the
25  French data, correct?  Do you have the Clinical

*(Weber - Cross)*                         Page 168

Study Report in front of you?
3             THE COURT:  Do you have a copy you can
4      pass up?
5             THE WITNESS:  I do have it, Your Honor.
6             THE COURT:  Okay, great.
7             MS. ROBINSON:  It's page 49.  It's
8      actually 48 and 49, where it discusses the TVM
9      mesh exposure.
10  **Q**   On page 49, do you see up at the top, do you
11  have an understanding as to whether the TVM doctors
12  considered a mesh that was palpable to be a mesh
13  exposure?
14  **A**   I see what you are referring to.  That's not
15  generally how it's understood in the medical
16  community.
17  **Q**   So, ma'am, is it the case that some of the
18  women that you assess as having mesh exposure had
19  palpable exposure rather than, as these doctors have
20  indicated it should be counted where it's either
21  visible or visible and palpable?
22  **A**   That's possible.
23  **Q**   So you have a list of women that you have
24  added to the failure, to the mesh exposure group,
25  right, and those women basically have palpable mesh,

*(Weber - Cross)*                         Page 169

correct?
3  **A**   No.
4  **Q**   You have in front of you Defense Exhibit
5  25019?
6  **A**   Okay.
7  **Q**   And I would like you to turn to page 11 -- I
8  am sorry, 109 and 110.
9  **A**   Okay.
10  **Q**   And I have highlighted for you --
11  **A**   Yes.
12  **Q**   Patients Number 7006 and 7010.  Were those
13  patients that you added to the failures that Ethicon
14  had?
15  **A**   I would need to see my list of the mesh
16  exposures.
17  **Q**   I am going to hand you, just for purposes to
18  see if it refreshes your memory, my copy of your
19  list.
20             THE COURT:  Read the exhibit number for
21      the record, Charles.
22             THE COURT CRIER:  It says Weber 15.
23      Weber 15, Your Honor.
24             THE COURT:  Give it to the witness.
25  **Q**   Do you recognize that as an exhibit that you

*(Weber - Cross)* Page 170

1 would have seen during your deposition in August of
2 this year?
3 **A   Yes.**
4 Q    And on the back page does it list the patients
5 that you counted as having mesh exposures?
6 **A   Yes.**
7 Q    And is Patient 7006 on that list?
8 **A   Yes.**
9 Q    As well as Patient 7010?
10 **A   Yes.**
11 Q    And I will refer you back and we will show the
12 jury DX25019, page 109.
13        Do you see that Patient 7006, at six
14 months and one year only had palpable mesh?
15 **A   Yes.**
16 Q    And you see that at three years and five
17 years, without treatment, neither one of those
18 patients had any palpable mesh?
19 **A   Yes.**
20 Q    Now that's a patient that you counted,
21 correct?
22 **A   Yes.**
23 Q    Now you reanalyzed your own data, didn't you,
24 your own data from your 2001 Study that showed

---

*(Weber - Cross)* Page 171

1 failure rates in the anterior colporrhaphy repair
2 range from 54 percent to 70 percent, you reanalyzed
3 that data; is that correct?
4 **A   Yes.**
5 Q    And you did that in 2011?
6 **A   The Study was published in 2011, yes.**
7 Q    When you published the Study, those rates went
8 way down; is that correct?
9 **A   Yes.**
10 Q    And you found that many more women had
11 successes from the anterior colporrhaphys than you
12 had originally published, correct?
13 **A   Yes.  It was a different definition.**
14 Q    Now when you published this in 2011, did you
15 disclose that you had been working with Mr. Slater?
16 **A   No.**
17 Q    You didn't think the medical community needed
18 to know that you were working for an attorney
19 representing women who had complaints having to do
20 with Prolift?
21 **A   No.**
22 Q    You didn't think that was important?
23 **A   That is not a standard in medical publishing.**
24 Q    Earlier today you testified about the ACOG

---

*(Weber - Cross)* Page 172

1 manual?  Do you have a copy of it up there?
2 **A   The Practice Bulletin?**
3 Q    Yes, the Practice Bulletin.
4 **A   Yes.**
5 Q    And I am going to show you the language that
6 you referred to that was removed from the Practice
7 Bulletin, and that language was whether this was an
8 experimental procedure, correct?
9 **A   Yes.**
10 Q    When it was republished in September of 2007,
11 do you agree with me that the only words changed or
12 removed from that publication were the ones that are
13 highlighted there?
14 **A   Yes.**
15 Q    So everything else in that whole entire
16 Practice Bulletin is exactly the same, right?
17 **A   Yes.**
18 Q    No one changed anything about what you said
19 about Prolift or mesh kits in that Bulletin,
20 correct?
21 **A   Except --**
22 Q    Except for the "experimental"?
23 **A   Right.**
24 Q    You had other information in that Bulletin

---

*(Weber - Cross)* Page 173

1 about the outcomes related to the mesh kits,
2 correct?
3 **A   Yes.**
4 Q    And nobody took that out, right?
5 **A   That's right.**
6 Q    You also were asked about a letter that you
7 wrote after this change had happened; is that
8 correct?
9 **A   After the publication of the article of Drs.**
10 **Wall and Brown, yes.**
11 Q    And this is what you had to say about that,
12 right?
13        Do you agree with me that before the
14 change was made in September of 2007, that it
15 underwent the exact same review as it did the first
16 time it was published?
17 **A   I think you are mistakenly representing what**
18 **is on the screen at the moment.**
19        THE COURT:  Well, let's start with is
20 that what you want on the screen?
21        MS. ROBINSON:  No, we can take the
22 screen off --
23        THE COURT:  Take the screen down.  Do
24 you want the question read back or stated

**(Weber - Cross)**                    Page 174

```
2    again.
3         THE WITNESS:  Yes.
4         (The question is read by the court
5    reporter.)
```
6  **A     That's what ACOG said.  That's not what I was**
7  **told by people who attended that meeting.**
```
8         THE COURT:  So would you agree with
9    counsel or not?
10        THE WITNESS:  No, I don't agree.
11   Q    So let's talk a minute about dyspareunia or
12   pain with sex.  Do you agree with me that there are
13   many factors that can cause dyspareunia?
```
14  **A     Yes.**
```
15   Q    Do you agree that eight to 13 percent of
16   middle-age women can have sexual dysfunction?
```
17  **A     If you are referring to a specific document,**
18  **that may help.**
```
19   Q    If you want to look in front of you.
20        MS. ROBINSON:  I am going to apologize
21   to the Court because I wasn't planning on
22   using this document.
23        THE COURT:  It's okay.
24   Q    I am going to hand you Exhibit D32265.  I will
25   ask you to look at that and see if it refreshes your
```

**(Weber - Cross)**                    Page 175

```
2    memory about an article that you wrote back in 2000?
```
3  **A     Yes.  Perhaps I misheard the question.  But I**
4  **see what you are referring to, yes.**
```
5    Q    Okay, and my question again is do you agree
6    that there is a high prevalence of sexual
7    dysfunction in middle-aged and elderly women in the
8    community, including dyspareunia, which ranges
9    between eight to 13 percent?
```
10  **A     Yes.**
```
11   Q    Do you agree that there are many factors that
12   can have a woman to have high occurrence of
13   dyspareunia including menopause?
```
14  **A     That's a possibility, yes.**
```
15   Q    Vaginal dryness or atrophy?
```
16  **A     Yes.**
```
17   Q    Symptomatic pelvic organ prolapse?
```
18  **A     Yes.**
```
19   Q    Prior vaginal surgeries?
```
20  **A     Yes.**
```
21   Q    Including a total vaginal hysterectomy?
```
22  **A     Possibly, yes.**
```
23   Q    Anterior colporrhaphy?
```
24  **A     Yes.**
```
25   Q    Posterior colporrhaphy?
```

**(Weber - Cross)**                    Page 176

2  **A     Yes.**
```
3    Q    In fact, would you agree with me that
4    posterior colporrhaphy can have a range of
5    dyspareunia that can equal close to 26 percent?
```
6  **A     Yes.**
```
7    Q    You have also found, have you not, that the
8    normal vaginal length for a woman has been reported
9    to be between seven and 11 centimeters, correct?
```
10  **A     Average.  Average may not be exactly the same**
11  **as normal.**
```
12   Q    So when you are a doctor and you are trying to
13   determine what you consider to be a woman's normal
14   vaginal length, what term do you use, average or
15   normal?
```
16  **A     I mean the words have different meanings.  I**
17  **guess I don't understand your context.**
```
18   Q    Well, I am trying to figure out what the
19   difference is between average and normal as you have
20   just stated?
```
21  **A     Well, that's what I stated in this article,**
22  **where we were endeavoring to describe vaginal**
23  **dimensions that would be favorable to achieve at the**
24  **time of reconstructive vaginal surgery for prolapse.**
25  **So the average posterior vaginal length has been**

**(Weber - Cross)**                    Page 177

2  **reported from seven to 11 centimeters.**
```
3    Q    Now the study you did here in 2000 involved
4    women undergoing repair for a posterior repair,
5    correct?
```
6  **A     That was one of the procedures that was**
7  **performed, yes.**
```
8    Q    And in your study did you determine that
9    19 percent of the women after undergoing the surgery
10   had dyspareunia?
```
11  **A     Yes.**
```
12   Q    You stated, in fact, that posterior
13   colporrhaphy is significantly associated with
14   dyspareunia?
```
15  **A     Yes.**
```
16   Q    What does that mean "significantly
17   associated"?  Is that a statistical term?
```
18  **A     Yes, I believe so, in that situation.  Yes.**
```
19   Q    I want to ask you just a couple of last
20   questions.  Is it true that there are more
21   randomized control trials for Gynemesh PS than any
22   other product for pelvic organ prolapse?
```
23  **A     Yes.**
```
24   Q    Is it also true that there are more randomized
25   controlled trials for the Prolift kit than any other
```

*(Weber - Redirect)*                    Page 178

2   mesh kits out there for pelvic organ prolapse?
3   A    Yes.
4                MS. ROBINSON:  Thank you.
5                THE COURT:  Mr. Slater, is there any
6        redirect?
7                MR. SLATER:  A little bit, Your Honor.
8                        - - -
9                REDIRECT EXAMINATION
10                       - - -
11  BY MR. SLATER:
12  Q    Doctor Weber, let's go over a couple of quick
13  things.  I will try to be brief.  We have some other
14  stuff to do.
15       You testified to the fee that you are
16  charging for today's testimony?
17  A    Yes.
18  Q    When you are not in court what's the hourly
19  rate that you charge?
20  A    $350 an hour.
21  Q    The numbers that you charge to my law firm,
22  did you pull that out of the air, where did you come
23  up with those?
24  A    No.  When we first spoke about the possibility
25  of working together, I asked some of my

*(Weber - Redirect)*                    Page 179

2   colleagues -- I hadn't done this kind of work
3   before -- what was considered reasonable and
4   customary.
5                MS. ROBINSON:  Objection.
6                THE COURT:  Overruled.
7   A    And you and I also discussed what was
8   reasonable and customary in your experience, and
9   that is how we settled on that figure.
10  Q    Now the opinions that you put into that letter
11  about what those people on ACOG did in changing your
12  Bulletin and the strong statement you made to the
13  public, did you make those statements and form those
14  opinions before or after you ever spoke to me?
15  A    Before.
16  Q    You were asked about being Board certified in
17  female pelvic reconstructive surgery.  Is that a
18  Board certification that existed when you were
19  treating patients?
20  A    No.  It only just came this year.
21  Q    You were asked if you had witnessed pelvic
22  surgery.  Have you witnessed videos of actual
23  surgeons performing Prolift surgery?
24  A    Yes.
25  Q    Have you seen more than one of those?

*(Weber - Redirect)*                    Page 180

2   A    Yes.
3   Q    The article that you published in 2001, that
4   was not just you, you had coauthors, right?
5   A    Yes.
6   Q    Tell the jury about some of your coauthors,
7   who else published that article with you?
8   A    So in 2001, which was the randomized trial of
9   the three different anterior repair techniques, my
10  coauthors were my partners in our practice at the
11  Cleveland Clinic.  Mark Walters, who had served as
12  an officer in the professional organizations that we
13  have been talking about, the American Urogynecology
14  Society and so on, and then a couple of my senior
15  partners who had been doing prolapse surgery for
16  decades, and a statistician.
17  Q    Now, the 2011 article, who were your coauthors
18  on that article?
19  A    So that included the original surgeons if they
20  were still at the clinic, a couple -- my senior
21  colleagues had retired by that time.
22  Dr. Chimelewski, who is the lead author on that
23  article, was a fellow at the Clinic at that time so
24  she was in the advanced training that
25  urogynecologists get.  Dr. Matt Barber, who is a

*(Weber - Redirect)*                    Page 181

2   staff member at the Cleveland Clinic, also, he had
3   just recently finished serving as president for the
4   American Urogynecologic Society.
5   Q    So the decision to reevaluate those
6   statistics, was that your decision alone?
7   A    No.
8   Q    The former president of AUGS was also one of
9   the people?
10  A    Yes.  It was actually his idea, and then we
11  all worked on the analysis together.
12  Q    Now you were just asked about an article from
13  2000 about dyspareunia rates with posterior repairs.
14  Do you remember that?
15  A    Yes.
16  Q    Is there a little more information to that,
17  about the prevalence and which patients had that and
18  the types of procedures being done that you could
19  share with the jury please?
20  A    I am sorry?
21  Q    That you could share with the jury, please?
22  A    Oh, yes.  So this article about sexual
23  function described women who were undergoing a
24  number of different procedures, because prolapse
25  very rarely occurs in one part of the vagina.

*(Weber - Redirect)*      Page 182

2   Remember we talked about the compartments and how we
3   artificially separate that out. But that's not
4   really how the body functions, so it's very common
5   for more than one aspect of the vagina to be
6   affected at the same time, and also to have
7   incontinence and possibly some bowel issues. So
8   this was surgery to care for all the women's
9   problems at once, and so they had a combination of
10   procedures to help take care of that, and then we
11   followed them over time and assessed their sexual
12   function.
13   Q   Okay, now, doctor, you were also asked about
14   another article that -- it would be the first
15   article, if you have that PLT -- actually, they gave
16   you the defense exhibit, but it's the 2001
17   randomized control article?
18   A   Okay, go ahead.
19   Q   You were asked about the recurrence rates. In
20   terms of whether or not anterior colporrhaphy, the
21   suture procedure to treat bladder prolapse, in terms
22   of whether or not that provides relief of symptoms
23   and a good functional result, what did you conclude
24   in that article?
25   A   Yes. The women had a very good functional

---

*(Weber - Redirect)*      Page 183

2   result, which means their symptoms improved greatly
3   after the surgery, and they didn't experience new
4   complications or severe problems. In this group of
5   women no one needed a reoperation for prolapse, and
6   there were no reoperations or complications.
7   Q   Now going with that, if a woman has a
8   recurrence and needs to have something done after a
9   suture repair, as opposed to a reoperation due to a
10   mesh-related complication, are we looking at the
11   same thing or something different?
12   A   No, those are two totally different
13   categories.
14   Q   Very simply, why?
15   A   A reoperation for prolapse, after a woman has
16   had a suture procedure, she still has open to her
17   any of the other alternatives. It doesn't preclude
18   her from having any of the other different kinds of
19   operations. If a woman is having a reoperation for
20   a mesh complication, that's a very different and
21   serious matter, that if her complication is so
22   severe as to require surgery, there is a high level
23   of possible morbidity to the nearby organs, and
24   morbidity just means more complications. The
25   bladder is right nearby, it's very common to have an

---

*(Weber - Redirect)*      Page 184

2   injury to the bladder because of the way the mesh is
3   embedded in the tissues and the way the bladder wall
4   grows into the mesh, just like on the other side the
5   vaginal wall grows into the mesh, and I am speaking
6   specifically the anterior here but the same thing
7   happens posteriorly. So if the surgeon has to try
8   to remove mesh, then there is a high likelihood of
9   creating damage in the bladder in trying to get the
10   mesh out of the bladder wall.
11   Q   Now you were asked about the person who also
12   reviewed the data from the Gynemesh PS study and the
13   TVM study, remember Ms. Robinson asked you some
14   questions about that person?
15   A   Yes.
16   Q   Just so we understand, who was that person?
17   A   That was Dr. Susan Shot. She is a biomedical
18   statistician, and this is what she does for her
19   livelihood.
20   Q   In fact, on that *Iglesia* article I gave you,
21   the one that talked about the 15 percent stopping
22   point, was she involved with that study?
23   A   Yes, she was the statistician of record and a
24   co-author on the publication.
25   Q   We heard about the IIS study, that studied

---

*(Weber - Redirect)*      Page 185

2   Dr. Lucente's data?
3   A   Yes.
4   Q   First of all, pursuant to the agreement
5   between Dr. Lucente and Ethicon, did Ethicon have
6   the ability to obtain and review that data?
7   A   Yes.
8   Q   And you were asked a question about deposition
9   testimony of Dr. Lucente, and I just want to -- if I
10   could just hand this up, please.
11     Doctor, what I would like to do is draw
12   your attention to specific testimony. You relied on
13   these depositions?
14   A   Yes.
15   Q   You were asked about them on cross
16   examination?
17   A   Yes.
18   Q   If you could turn to page 33, please. You
19   were asked questions about whether you had the
20   complete data?
21   A   Yes.
22   Q   Page 33, line eight, the question of
23   Dr. Lucente, which was in his deposition of June 10,
24   2014, "The data that was produced for the Prolift
25   database and the TVT secure study that were funded

**(Weber - Redirect)**                    Page 186

by Ethicon that are identified in this letter, where
we provided all the data in existence with regard to
those two studies?"

        His Answer:  "That's my understanding,
yes.

        "Q    And you confirmed that before it was
produced to us?

        **"A    Yes."**

        **Did you rely on that testimony from
Dr. Lucente?**

A    Yes, I did.

Q    And if you could turn, please, to Page 111,
line 9, question of Dr. Lucente:

        "Q    To your knowledge, there are no other
databases that encompass patients within this
Prolift study, otherwise you would have
produced it to us, correct?"

        And Dr. Lucente said, Yes.  Correct?

A    Yes.

Q    Based on that testimony, do you feel
comfortable that you saw all of the data that
Dr. Lucente had on that study?

A    Yes.

        MR. SLATER:  No further questions, Your

---

**(Hammons v Ethicon, et al.)**          Page 187

Honor.

        THE COURT:  Is there anything further?

        MS. ROBINSON:  No, Your Honor.

        THE COURT:  Thank you.  Ladies and
gentlemen, we are going to take a brief recess
and see what's next, and then after the jury
leaves the courtroom you can step down.  Thank
you.

        (The jury is excused.)

                - - -

        (The witness is excused.)

                - - -

        THE COURT:  Who is your next witness?

        MR. SPECTER:  Your Honor, we have two
brief videos to show, they are 20 minutes in
length total, and then we have Dr. Zipper.

        THE COURT:  Which are these two videos?

        MR. SPECTER:  St. Hilaire, and
Dr. Lucente.

        THE COURT:  Any objections that have to
be ruled on?

        MS. ISMAIL:  I don't believe so, Your
Honor.  The one issue, for the record, in
Chambers you had asked us if there is a, if I

---

**(Hammons v Ethicon, et al.)**          Page 188

can paraphrase, rule of proportionality as to
our counters, we have extensive counter
designation.  That's true for Dr. Lucente.  We
have agreed with Plaintiff's counsel that we
will hold that examination for our case in
chief if we so choose.  There was a very short
counter that we had proposed to the subject
matter that the Plaintiffs wanted to play, it
looks like we are not going to be able to work
that out technically, that we don't have the
ability to play your -- there was a couple of
questions that we wanted to ask on the
compensation issue, which is what counsel is
playing the deposition for.  If we could play
that in completeness, there is a one-minute
designation, and then reserve for the balance
of our examination for our case in chief is
what we are asking.

        MR. SLATER:  We had a written agreement
last week on what we were going to play.  They
asked us today, we couldn't cut it, we don't
want to now change the video, we have a
written agreement.

        THE COURT:  Fine, you can read it to

---

**(Hammons v Ethicon, et al.)**          Page 189

the jury after the video is finished.

        MS. ISMAIL:  We will talk over the
break.

        THE COURT:  If you wish not to read it
to the jury after the video is finished, you
won't read it to the jury after the video is
finished.

        MS. ISMAIL:  Yes, Your Honor.

        THE COURT:  What else?  How about after
this 20 minutes?  Dr. Zipper is here and
available?

        MR. SPECTER:  Yes, he is.

        THE COURT:  Well, then maybe we can at
least get the credentials out of the way for
Dr. Zipper.

        Do you have any motions for Dr. Zipper?

        MS. ISMAIL:  Your Honor, we did have a
motion for Dr. Zipper.  There was one issue on
qualifications I expect isn't going to be the
subject of his testimony and he is going to be
called only on --

        MR. SPECTER:  Yes, that's true.

        MS. ISMAIL:  No, no, that's not -- my
question was going to be on that he is really

*(Hammons v Ethicon, et al.)*  Page 190

1
2  being called on case-specific bases. We had a
3  question on qualifications to any opinions the
4  witness intends to offer on biomaterials,
5  which is a scientific specialty that this
6  witness is not qualified.
7       THE COURT: Are you going to present
8  any opinion testimony on biomaterials?
9       MR. SPECTER: Your Honor, Dr. Zipper is
10 being proffered as an expert in urogynecology,
11 in pelvic floor reconstructive surgery, in
12 vaginal mesh materials, and in the Prolift.
13 Depending upon how one defines the term
14 "biomaterials," I am not quite sure how
15 counsel is thinking about that term, there
16 could be an overlap with vaginal mesh
17 materials, I am not sure. I am not sure what
18 he is thinking about.
19      THE COURT: Okay. So where are we?
20      MS. ISMAIL: I am not sure how to
21 interpret counsel's answer.
22      THE COURT: Okay, he is asking what you
23 mean by biomaterial testimony. Are you able
24 to define it?
25      MS. ISMAIL: Yes, so the --

*(Hammons v Ethicon, et al.)*  Page 191

1
2       THE COURT: Does his report say
3  anything about biomaterials?
4       MS. ISMAIL: It does in part, Your
5  Honor.
6       THE COURT: Show Mr. Specter the part
7  that it talks about biomaterials. And in the
8  event, Mr. Specter, you are going to cover any
9  of that on direct, and you can see me in
10 chambers on the record.
11      MS. ISMAIL: Thank you, Your Honor.
12      (A brief recess is taken.)
13          - - -
14      (The following transpired in the robing
15 room with counsel present:)
16      MS. ISMAIL: Your Honor, I conferred
17 with Mr. Specter and Mr. Specter indicated as
18 to one of our objections that Dr. Zipper will
19 not opine as to degradation of polypropylene
20 mesh, which was one of our concerns, so that's
21 off the table. My question to him is whether
22 he intends to have this witness describe the
23 properties of polypropylene and its effect on
24 the body. I understood from Mr. Specter
25 that's not going to be the focus of his

*(Hammons v Ethicon, et al.)*  Page 192

1
2  examination and that if I have particular
3  objections to questions that exceed
4  Dr. Zipper's qualifications I should raise
5  them. I wanted to make sure that was okay
6  with the Court if I stood up and asked for a
7  sidebar --
8       THE COURT: I would prefer that you
9  stand up and object and then ask for a
10 sidebar.
11      What is the area that you think might
12 be objectionable? You said it a minute ago?
13      MS. ISMAIL: The effect of
14 polypropylene.
15      THE COURT: The effect of polypropylene
16 in the Prolift?
17      MS. ISMAIL: In the Prolift, which
18 would require him to opine as to the effect of
19 that material in the human body, which we
20 believe --
21      THE COURT: Do you expect the testimony
22 to go into the area of the effect of the
23 polypropylene which is what the Prolift is
24 made of in the body?
25      MR. SPECTER: Sure.

*(Hammons v Ethicon, et al.)*  Page 193

1
2       THE COURT: So when it exceeds his
3  qualifications you should at that point object
4  and we will be able to deal with it.
5       MS. ISMAIL: Very well, Your Honor.
6       THE COURT: Is that it?
7       MR. SPECTER: Yes.
8       THE COURT: Perfect, thank you. Tell
9  Charles to bring in the jury. Are we ready
10 with the video, whatever is next?
11      MR. SPECTER: Yes.
12      (The following transpired in open
13 court:)
14      THE COURT: Call your next witness.
15      MR. SPECTER: Thank you, Your Honor.
16 Your Honor, at this time, as we advised the
17 Court, we have two brief videos for the jury
18 to see, a total of 20 minutes. The first is
19 Price St. Hilaire, who is an Ethicon employee.
20 The second is Dr. Lucente, who we heard about
21 earlier today.
22      (At this time, the designated portion
23 of the videotaped deposition testimony of
24 Price St. Hilaire is played for the jury.)
25      THE COURT: Next witness.

*(Hammons v Ethicon, et al.)* Page 194

1
2    MR. SPECTER: Dr. Lucente, Your Honor.
3        (At this time, the designated portion
4    of the videotaped deposition testimony of
5    Vincent Lucente, MD, is played for the jury.)
6        THE COURT: Ladies and gentlemen of the
7    jury, we are going to break at this time. I
8    will ask you to return at 9:30 tomorrow
9    morning. Between now and when you return,
10   keep an open mind and don't discuss the case
11   with anyone, including everything one at home.
12   Charles?
13       (The jury exits the courtroom at 4:35
14   p.m., and the following transpired in open
15   court:)
16       THE COURT: Plaintiff, your next
17   witness is Dr. Zipper?
18       MR. SPECTER: Yes, sir.
19       THE COURT: And then who?
20       MR. SPECTER: We are going to have some
21   more video, Your Honor.
22       THE COURT: Can you tell me who?
23       MR. SPECTER: If I may consult with
24   Mr. Slater, yes.
25       THE COURT: Yes.

*(Hammons v Ethicon, et al.)* Page 195

1
2    MR. SLATER: We have Piet Hinoul; Aaron
3    Kirkemo; Charlotte Owens.
4        THE COURT: Go ahead.
5        MR. SLATER: Jim Hart; Kimberly
6    Hunsicker; Scott Jones; Bryan Lisa; Paul
7    Parisi; and along with Dr. Zipper, that is
8    certainly more than enough to cover tomorrow.
9        THE COURT: Okay. Who was asking about
10   Mr. Parisi?
11       MR. SLATER: Subject to the order in
12   which we play them, we have Dr. Baker, Dr.
13   Klinge, we have Renee Selman, Sheri McCoy,
14   Alex Gorsky, Axel Arnaud -- he will be earlier
15   than last, though, he will not be the last
16   one.
17       THE COURT: Okay. Who else?
18       MR. SLATER: David Robinson. We
19   believe that's it, Your Honor.
20       THE COURT: That's all your case?
21       MR. SLATER: And Mrs. Hammons.
22       THE COURT: Are there objections on any
23   of these videos?
24       MS. ISMAIL: Your Honor, we raised for
25   the Court's attention already the Kirkemo and

*(Hammons v Ethicon, et al.)* Page 196

1
2    the Hinoul issue.
3        THE COURT: Yes, Kirkemo and?
4        MS. ISMAIL: Hinoul, same issue.
5        THE COURT: Are there any other issues
6    besides that one? Any other objections that
7    need a ruling on any of these?
8        MS. ISMAIL: Potentially.
9        THE COURT: Fair enough.
10       MS. ISMAIL: Selman, McCoy and Gorsky,
11   but I will look at them again tonight and we
12   will advise the Court.
13       THE COURT: But that's it? They just
14   haven't been worked out or withdrawn, is that
15   right?
16       MS. ISMAIL: Yes, Your Honor.
17       THE COURT: So I am ready to deal with
18   the totality of Kirkemo's deposition and the
19   first questioning of Hinoul's deposition. I
20   will hear from you.
21       MR. MORIARTY: So, Your Honor, on
22   Kirkemo, it's a designation of approximately
23   four minutes. The sole purpose of this is to
24   get right to the off-color E-mail. There is
25   really no substantive questioning at all, no

*(Hammons v Ethicon, et al.)* Page 197

1
2    registry, it's not an issue in the case at
3    all, it's not covered with other witnesses.
4    We filed Motion in Limine Number nine to
5    preclude things just like off-color E-mails,
6    that was specifically discussed.
7        THE COURT: That was denied, wasn't it?
8        MR. MORIARTY: It was denied because --
9        THE COURT: So why don't we just deal
10   with this.
11       MR. MORIARTY: This E-mail is four
12   years after the product launch, and it is
13   irrelevant under 402, and it is highly
14   prejudicial under 403.
15       THE COURT: Plaintiff? Do you wish to
16   be heard?
17       MR. SLATER: Yes, Your Honor. The
18   testimony around that E-mail by Dr. Kirkemo
19   and Dr. Hinoul directly relates to our
20   punitive damage claims. Under New Jersey law,
21   we have to prove wanton and willful disregard
22   of the rights, the health, the condition of
23   plaintiff, and in this E-mail we see two of
24   the Medical Affairs directors at Ethicon
25   making jokes about mesh-injured women, which

**(Hammons v Ethicon, et al.)**  Page 198

2 as doctors, especially as medical directors,
3 would be the last thing that anybody would
4 expect them to be doing.
5      It goes directly to the heart of our
6 punitive claim. And the defense calls them
7 off-color E-mails, I don't know what that
8 means. I know that this is a couple of
9 medical directors making jokes about
10 mesh-injured women, to the point to where
11 Kirkemo actually does a POP-Q calculation of
12 how a woman's vagina would have to be shaped
13 so you could fit a floppy disk into it.
14      Is it prejudicial to them? Absolutely.
15 It's not unduly prejudicial, and again, it
16 goes directly to the heart of our punitive
17 claims which we need to prove.
18      THE COURT: I am sorry to hear it goes
19 to the heart of your punitive claims. The
20 objection is sustained. The deposition of
21 Mr. Kirkemo cannot be played, and the portions
22 Mr. Hinoul's deposition that refer to the
23 E-mail cannot be played.
24      MR. SLATER: It will be edited out,
25 Your Honor.

---

**(Hammons v Ethicon, et al.)**  Page 199

2      THE COURT: Great. Is there anything
3 further that we can accomplish this evening?
4      MR. SPECTER: No, sir.
5      MS. ISMAIL: No, Your Honor.
6      THE COURT: Thank you, see you at
7 9:30 tomorrow morning -- actually, let's do
8 this. Well, what is first? The first one is
9 Selman, right, that there may be objections
10 on. So we can do that while other videos are
11 playing.
12      MS. ISMAIL: I believe the first
13 witness will be live.
14      THE COURT: That's right, but even when
15 we get into videos, we still have plenty of
16 time to deal with any objections that may
17 still exist, right?
18      MS. ISMAIL: I believe so, Your Honor.
19      THE COURT: Okay. See you tomorrow at
20 9:30.
21           - - -
22      (Hearing is adjourned at 4:43 p.m.)
23           - - -

---

**(Hammons v Ethicon, et al.)**  Page 200

3      I HEREBY CERTIFY THAT THE PROCEEDINGS
4 AND EVIDENCE ARE CONTAINED FULLY AND ACCURATELY IN
5 THE NOTES TAKEN BY ME ON THE TRIAL OF THE ABOVE
6 CAUSE, AND THAT THIS COPY IS A CORRECT TRANSCRIPT OF
7 THE SAME.

9           JUDITH ANN ROMANO, RPR-CM-CRR
10          OFFICIAL COURT REPORTER
            COURT OF COMMON PLEAS
            PHILADELPHIA COUNTY

12      THE FOREGOING CERTIFICATION OF THIS
13 TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE
14 SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL
15 AND/OR DIRECTION OF THE CERTIFYING COURT REPORTER.

---

**(Hammons v Ethicon, et al.)**  Page 201

8      I HEREBY CERTIFY THAT THE PROCEEDINGS
9 AND EVIDENCE ARE CONTAINED FULLY AND ACCURATELY IN
10 THE NOTES TAKEN BY ME ON THE TRIAL OF THE ABOVE
11 CAUSE, AND THAT THIS COPY IS A CORRECT TRANSCRIPT OF
12 THE SAME.

14          JUDITH ANN ROMANO, RPR-CM-CRR
15          OFFICIAL COURT REPORTER
            COURT OF COMMON PLEAS
            PHILADELPHIA COUNTY

17      THE FOREGOING CERTIFICATION OF THIS
18 TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE
19 SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL
20 AND/OR DIRECTION OF THE CERTIFYING COURT REPORTER.

**BY MR. SLATER: [1]** 178/10

**BY MS. ROBINSON: [3]** 127/14 144/14 153/14

**JURY: [1]** 127/8

**MR. MORIARTY: [3]** 196/20 197/7 197/10

**MR. SLATER: [15]** 153/12 160/25 161/7 161/20 161/23 178/6 186/24 188/19 194/25 195/4 195/10 195/17 195/20 197/16 198/23

**MR. SPECTER: [14]** 187/14 187/18 189/12 189/22 190/8 192/24 193/6 193/10 193/14 193/25 194/17 194/19 194/22 199/3

**MS. ISMAIL: [27]** 126/5 126/11 126/14 126/16 126/20 126/23 187/22 189/2 189/8 189/17 189/23 190/19 190/24 191/3 191/10 191/15 192/12 192/16 193/4 195/23 196/3 196/7 196/9 196/15 199/4 199/11 199/17

**MS. ROBINSON: [18]** 127/10 133/23 134/3 134/11 134/14 144/7 147/7 151/10 151/14 151/16 151/24 152/9 152/14 168/6 173/21 178/3 179/4 187/3

**THE COURT CRIER: [1]** 169/21

**THE COURT: [99]**

**THE WITNESS: [12]** 134/18 138/12 138/22 144/11 146/25 152/23 153/5 153/24 156/4 168/4 174/2 174/9

**$**

**$350 [1]** 178/20

**.**

**.....193 [1]** 125/7
**.....194 [1]** 125/8
**.54 [1]** 150/23

**0**

**016 [1]** 144/21
**016...........................**
**Page [1]** 125/14
**0303 [1]** 123/12
**0454 [1]** 123/12
**07068 [1]** 123/11
**0937 [1]** 123/6

**1**

**10 [1]** 185/23
**1000 [1]** 123/6
**103 [1]** 123/11
**109 [2]** 169/8 170/13

**11 [2]** 142/14 169/7
**11 centimeters [2]** 176/9 177/2
**110 [1]** 169/8
**1100 [1]** 123/23
**111 [1]** 186/13
**119 [1]** 147/11
**12 [4]** 143/5 144/16 145/23 155/21
**127 [1]** 125/5
**13 percent [2]** 174/15 175/9
**134 [2]** 125/12 125/13
**1380 [1]** 124/12
**14 percent [1]** 138/12
**14.8 percent [1]** 138/5
**141 [2]** 125/13 125/14
**144 [1]** 125/14
**146 [2]** 125/15 149/15
**147 [1]** 125/15
**149 [1]** 125/16
**15 [2]** 169/22 169/23
**15 percent [1]** 184/21
**15................................P**
**age [1]** 125/18
**150 [1]** 125/16
**1525 [1]** 123/4
**153 [1]** 125/17
**169 [1]** 125/17
**170 [1]** 125/18
**174 [1]** 125/18
**1800 [1]** 124/13
**1801 [1]** 124/13
**19 percent [1]** 177/9
**19102 [1]** 123/5
**19103-6996 [1]** 123/17
**1990s [1]** 129/10
**1:48 [1]** 126/2
**1:58 [1]** 127/5

**2**

**2-centimeter [1]** 141/16
**20 [3]** 187/16 189/11 193/18
**2000 [5]** 123/17 129/10 175/2 177/3 181/13
**2001 [5]** 165/20 170/25 180/3 180/8 182/16
**2003-016 [1]** 144/21
**2003-016...................**
**........Page [1]** 125/14
**2004 [1]** 128/20
**2007 [2]** 172/11 173/15
**2011 [4]** 171/6 171/7 171/15 180/17
**2013 [1]** 122/7
**2014 [1]** 185/24
**2015 [1]** 122/13
**215-735-0937 [1]** 123/6
**215-772-1000 [1]** 123/6
**215-988-2757 [1]** 123/18
**215-988-2836 [1]** 123/18
**216-592-5009 [1]** 123/24
**216-696-2276 [1]** 123/24

**2276 [1]** 123/24
**246 [1]** 122/15
**25019 [2]** 150/20 169/5
**25019.60 [1]** 153/16
**25019.80 [1]** 150/18
**25338 [1]** 124/13
**26 percent [1]** 176/5
**2757 [1]** 123/18
**2836 [1]** 123/18
**2:42 [1]** 151/8

**3**

**300 [1]** 124/12
**3006 [3]** 147/12 150/24 154/5
**304-414-1800 [1]** 124/13
**304-414-1801 [1]** 124/13
**30989.1 [1]** 139/8
**312-681-6000 [1]** 124/7
**312-881-5190 [1]** 124/7
**31554.1 [1]** 134/7
**31576.1 [1]** 134/15
**33 [2]** 185/18 185/22
**3913 [1]** 122/11
**3:04 [1]** 152/21
**3:05 p.m [1]** 153/9

**4**

**400 [1]** 124/6
**402 [1]** 197/13
**403 [1]** 197/14
**44113-7213 [1]** 123/23
**48 [1]** 168/8
**49 [3]** 168/7 168/8 168/10
**4:35 [1]** 194/13
**4:43 p.m [1]** 199/22

**5**

**5009 [1]** 123/24
**5190 [1]** 124/7
**54 [1]** 171/3
**564 [1]** 124/6
**58 percent [1]** 128/15

**6**

**6000 [1]** 124/7
**6003 [3]** 146/17 146/20 149/15
**6003's [1]** 149/10
**60661 [1]** 124/7
**6996 [1]** 123/17

**7**

**70 [1]** 171/3
**7006 [3]** 169/12 170/8 170/14
**7010 [2]** 169/12 170/10
**7213 [1]** 123/23

**8**

**8.47 [1]** 150/13

**9**

**9 percent [3]** 138/17 138/24 139/15
**9.91 [1]** 150/10

**950 [1]** 123/23
**973-228-0303 [1]** 123/12
**973-228-0454 [1]** 123/12
**9:30 [1]** 199/20
**9:30 tomorrow [2]** 194/8 199/7

**A**

**Aaron [1]** 195/2
**abdomen [1]** 131/13
**abdominal [3]** 129/15 130/14 131/7
**ability [2]** 185/6 188/12
**able [10]** 160/22 162/20 162/23 167/8 167/10 167/21 167/22 188/10 190/23 193/4
**above [5]** 141/7 141/12 141/14 200/5 201/10
**Absolutely [1]** 198/14
**absorbable [1]** 136/24
**abstract [1]** 139/17
**accessible [1]** 165/13
**accomplish [1]** 199/3
**ACCURATELY [2]** 200/4 201/9
**achieve [1]** 176/23
**ACOG [3]** 171/25 174/6 179/11
**across [1]** 148/13
**active [1]** 154/23
**activity [4]** 143/9 154/9 154/15 154/23
**ADAM [1]** 123/10
**added [3]** 156/25 168/24 169/13
**adjourned [1]** 199/22
**admitted [2]** 124/6 124/22
**advanced [1]** 180/24
**adverse [1]** 163/14
**advise [1]** 196/12
**advised [1]** 193/16
**Affairs [1]** 197/24
**affect [1]** 145/8
**affected [2]** 130/18 182/6
**affecting [1]** 149/19
**after [24]** 127/24 128/23 145/14 148/8 151/14 154/23 155/24 156/17 157/9 158/11 167/13 173/8 173/10 177/9 179/14 183/3 183/8 183/15 187/7 189/2 189/6 189/7 189/10 197/12
**afternoon [3]** 122/22 127/7 127/9
**again [9]** 132/2 140/25 149/25 156/8 156/17 174/2 175/5 196/11
**age [1]** 174/16
**aged [1]** 175/7
**ago [2]** 150/6 192/12
**agree [26]** 128/22

**129/3 135/22 136/4 136/7 138/4 138/15 140/19 141/6 143/3 149/23 150/3 157/13 157/17 159/7 162/25 165/25 172/12 173/14 174/8 174/10 174/12 174/15 175/5 175/11 176/3
**agreed [1]** 188/5
**agreement [3]** 185/4 188/20 188/24
**ahead [2]** 182/18 195/4
**air [1]** 178/22
**al [1]** 122/10
**Alex [1]** 195/14
**all [16]** 131/12 145/17 151/20 155/20 157/10 160/7 166/11 167/16 181/11 182/8 185/4 186/3 186/22 195/20 196/25 197/3
**alone [1]** 181/6
**along [1]** 195/7
**already [3]** 132/12 149/25 195/25
**also [25]** 133/8 134/7 137/2 138/15 144/20 145/13 146/11 148/22 155/11 157/9 157/10 157/11 160/17 163/19 164/13 167/13 173/7 176/7 177/24 179/7 181/2 181/8 182/6 182/13 184/11
**alternatives [1]** 183/17
**am [29]** 128/5 132/9 134/19 138/8 147/8 148/24 149/13 149/18 150/17 150/19 152/12 152/25 153/21 157/2 158/8 169/8 169/17 172/6 174/20 174/24 176/18 181/20 184/5 190/14 190/17 190/17 190/20 196/17 198/18
**American [2]** 180/13 181/4
**analogue [1]** 149/21
**analysis [6]** 141/21 142/5 142/8 142/10 164/19 181/11
**analyzed [5]** 142/12 142/13 159/6 160/4 163/7
**analyzing [2]** 153/20 154/3
**anatomic [1]** 167/14
**AND/OR [2]** 200/15 201/20
**anesthesia [3]** 131/2 131/3 131/25
**ANN [3]** 122/24 200/9 201/14
**ANNE [2]** 125/4 126/3 159/15 182/14
**another [3]** 126/5 159/15 182/14
**answer [6]** 140/3 146/25 146/25 147/4

**A**

answer... [2] 186/5 190/21
answered [2] 147/6 150/8
anterior [10] 128/17 147/25 148/4 148/23 171/2 171/12 175/23 180/9 182/20 184/6
any [25] 137/13 142/11 151/12 158/16 165/8 170/19 177/21 177/25 178/5 183/17 183/18 187/21 189/17 190/3 190/8 191/8 195/22 196/5 196/6 196/7 199/16 200/13 200/14 201/18 201/19
anybody [1] 198/3
anyone [1] 194/11
anything [6] 134/3 152/3 172/19 187/3 191/3 199/2
anyway [1] 163/15
apex [1] 130/15
apical [6] 130/5 130/9 130/12 148/6 148/19 148/22
apologize [1] 174/20
appear [1] 148/14
APPLY [2] 200/13 201/18
approach [3] 133/24 149/9 161/3
approximately [2] 136/8 196/22
are [79] 127/3 127/3 127/4 130/10 130/12 131/8 131/16 131/18 133/22 134/11 135/7 135/11 136/17 137/17 138/19 139/6 140/13 140/16 140/21 141/11 142/12 142/13 142/21 142/22 142/23 145/17 149/14 149/18 150/14 151/3 151/12 151/13 151/19 151/21 151/24 152/17 152/25 153/4 153/5 153/13 154/2 156/24 157/11 160/9 161/18 168/14 172/13 173/18 174/12 174/17 175/4 175/11 176/12 176/12 177/20 177/24 178/15 178/18 183/10 183/12 186/2 186/15 187/6 187/16 187/18 188/10 188/19 190/7 190/19 190/23 191/8 193/9 194/7 194/20 195/22 196/5 199/10 200/4 201/9
area [7] 131/14 132/4 132/7 132/13 137/17 192/11 192/22
areas [1] 167/16
aren't [1] 131/16
arms [1] 128/2
Arnaud [1] 195/14
around [1] 197/18
arrange [1] 167/18
article [22] 133/22 135/4 138/19 138/22 139/6 157/20 157/22 173/10 175/2 176/21 180/3 180/7 180/17 180/18 180/23 181/12 181/22 182/14 182/15 182/17 182/24 184/20
articles [5] 152/9 152/9 152/11 153/4 153/5
artificially [1] 182/3
ASC [7] 129/16 129/18 129/21 130/5 130/10 130/11 130/13
aside [1] 155/19
asking [5] 130/10 161/18 188/19 190/22 195/9
aslater [1] 123/12
aspect [1] 182/5
assess [3] 141/5 142/25 168/18
assessed [6] 141/3 149/11 150/9 150/9 165/14 182/11
assessing [4] 143/8 143/12 145/3 145/7
assessment [4] 144/17 149/11 149/24 150/5
assessments [1] 155/22
assigned [1] 164/25
associated [3] 127/17 177/13 177/17
association [1] 141/9
assume [1] 140/21
atrophy [1] 175/15
attempt [1] 163/15
attended [1] 174/7
attention [2] 185/12 195/25
attorney [1] 167/23 171/19
AUGS [1] 181/8
August [1] 170/2
author [3] 135/3 180/22 184/24
available [9] 133/6 133/7 157/5 160/21 161/14 162/5 162/7 164/4 189/12
Avenue [1] 123/23
average [5] 176/10 176/10 176/14 176/19 176/25
aware [2] 140/8 140/13
awareness [2] 140/9 140/12
away [1] 167/4
Axel [1] 195/14

**B**

back [14] 128/22 152/6 152/13 152/13 155/6 155/19 160/20 161/25
Baker [1] 195/12
balance [1] 188/17
BALDWIN [1] 123/4
Barber [1] 180/25
based [5] 154/25 164/4 165/3 166/3 186/21
baseline [5] 146/23 147/14 147/17 154/10 154/22
bases [1] 190/2
basically [1] 168/25
BAUM [1] 124/5
be [61] 128/19 130/17 130/24 131/14 131/22 132/19 134/2 141/21 142/13 151/13 152/7 153/22 154/14 155/23 157/21 159/4 161/13 162/14 162/25 163/2 163/4 164/14 164/19 164/20 165/12 165/15 167/5 167/8 167/10 167/14 167/19 167/21 168/12 168/20 176/9 176/10 176/13 176/23 178/13 182/5 182/14 187/22 188/10 189/20 189/21 189/25 190/16 191/25 192/12 193/4 194/15 195/15 197/16 198/3 198/4 198/23 198/24 199/13 199/9 199/13
became [2] 133/6 133/7
because [5] 131/18 174/21 181/24 184/2 197/8
become [1] 140/8
been [15] 126/3 127/16 137/8 139/14 140/3 141/11 158/10 159/8 159/10 171/16 176/8 176/25 180/13 180/15 196/14
before [13] 126/7 132/6 132/10 133/6 142/11 147/20 152/3 167/3 173/14 179/3 179/14 179/15 186/7
beginning [1] 140/4
begins [1] 130/19
being [9] 140/13 154/23 156/20 160/9 164/16 179/16 181/18 190/2 190/10
believe [15] 141/20 141/25 147/24 154/24 157/7 157/19 158/2 159/4 162/23 177/18 187/23 192/20 195/19 199/12 199/18
benefit [1] 147/9
BERNSTEIN [1] 122/18
besides [1] 196/6
between [2] 140/12 175/9 176/9 176/19
beyond [1] 141/16
BIDDLE [1] 123/16
biomaterial [1] 190/23
biomaterials [5] 190/4 190/8 190/14 191/3 191/7
biomedical [1] 184/17
bit [3] 133/10 139/10 178/7
bladder [10] 127/18 127/21 128/11 148/17 182/21 183/25 184/2 184/3 184/9 184/10
blocked [2] 161/12 161/14
Board [2] 179/16 179/18
body [4] 182/4 191/24 192/19 192/24
both [2] 165/12 165/12
bothered [1] 140/13
bowel [2] 145/13 182/7
break [2] 189/4 194/7
BRENNAN [1] 124/5
brief [7] 152/5 163/24 178/13 187/6 187/16 191/12 193/17
bring [2] 152/18 193/9
Brown [1] 173/11
Bryan [1] 195/6
bulge [2] 141/8 141/8
Bulletin [7] 172/3 172/4 172/8 172/17 172/20 172/25 179/12
Burch [1] 135/6

**C**

calculated [1] 166/3
calculation [1] 198/11
call [2] 129/17 193/14
called [3] 167/4 189/22 190/2
calls [1] 198/6
came [1] 160/13 179/20
can [29] 130/16 130/21 140/20 146/17 147/10 149/8 149/13 150/24 151/2 155/18 161/2 161/19 166/14 167/17 168/3 173/22 174/13 174/16 175/12 176/4 176/5 187/8 188/2 188/25 189/14 191/9 194/2 199/3 199/10
can't [4] 131/19 139/4 162/25 167/17
cannot [2] 198/21 198/23
care [3] 142/25 182/8 182/10
case [12] 143/3 144/12 152/9 155/20 160/25 168/17 186/6 188/18 190/2 194/10 195/20 197/2
case-specific [1] 190/2
categories [1] 183/13
category [1] 165/2
causation [1] 154/18
cause [7] 144/4 154/13 154/24 155/2 174/13 200/6 201/11
caused [1] 143/23
caveats [1] 149/25
centimeter [5] 140/7 140/7 141/14 141/15 141/16
centimeters [2] 176/9 177/2
certainly [2] 140/25 195/8
certification [3] 179/18 200/12 201/17
certified [3] 122/24 122/25 179/16
CERTIFY [2] 200/3 201/8
CERTIFYING [2] 200/15 201/20
cervix [1] 130/16
chambers [2] 187/25 191/10
chance [1] 134/17 152/22
change [3] 173/8 173/15 188/23
changed [2] 172/12 172/19
changing [1] 179/11
characterized [1] 164/17
charge [2] 178/19 178/21
charging [1] 178/16
Charles [4] 134/2 169/21 193/9 194/12
Charlestown [1] 124/13
Charlotte [1] 195/3
chart [2] 153/19 160/23
charts [2] 153/3 162/6
Chicago [1] 124/7
chief [2] 188/7 188/18
Chimelewski [1] 180/22
choices [2] 154/20 155/4
choose [1] 188/7
chronic [1] 131/24
CITY [1] 122/15
CIVIL [1] 122/3
claim [1] 198/6
claims [3] 197/20 198/17 198/19
clarifying [1] 143/22
clear [1] 134/10
clearly [1] 167/15
Cleveland [3] 123/23 180/11 181/2
clinic [4] 180/11 180/20 180/23 181/2
clinical [5] 141/19 142/9 163/4 167/24 167/25
close [1] 176/5
CM [3] 122/24 200/9

**C**

CM... [1] 201/14
co [2] 135/3 184/24
co-author [2] 135/3
184/24
coauthors [4] 180/4
180/6 180/10 180/17
colleagues [2] 179/2
180/21
collected [2] 142/12
146/17
collecting [4] 143/4
144/23 146/22 155/11
collection [1] 142/18
color [3] 196/24 197/5
198/7
colporrhaphy [6]
171/2 175/23 175/25
176/4 177/13 182/20
colporrhaphys [1]
171/12
colposuspension [1]
135/7
column [4] 139/9
149/18 149/19 164/17
combination [1] 182/9
combined [2] 147/22
147/24
combined-type [1]
147/22
COMBS [1] 124/11
come [5] 162/12
166/20 166/22 166/23
178/22
comfortable [1] 186/22
coming [2] 127/3 127/4
common [5] 122/2
182/4 183/25 200/10
201/15
community [4] 163/3
168/16 171/18 175/9
compare [1] 160/23
compartment [5]
148/15 148/22 148/23
165/16 165/22
compartments [2]
165/10 182/2
compensation [1]
188/14
complaints [1] 171/20
complete [3] 162/21
164/20 185/20
completeness [1]
188/16
complication [3]
183/10 183/20 183/21
complications [3]
183/4 183/6 183/24
concerning [1] 156/23
concerns [1] 191/20
conclude [1] 182/20
condition [4] 133/4
137/19 147/17 197/22
conditions [1] 132/23
conducting [1] 155/11
conferred [1] 191/16
confirmed [1] 186/7
consider [2] 164/12

176/13
considered [5] 137/5
147/7 148/10 168/12
179/3
consult [1] 194/23
contain [1] 163/25
CONTAINED [2] 200/4
201/9
context [1] 176/17
continue [2] 128/6
129/3
continued [6] 124/3
127/20 127/24 128/4
128/12 128/14
Continuing [1] 127/13
contour [1] 167/10
contradictory [1]
162/16
control [4] 177/21
182/17 200/14 201/19
controlled [1] 177/25
copy [5] 168/3 169/18
172/2 200/6 201/11
Corporation [1] 123/3
correct [112]
correction [1] 124/8
correctly [1] 143/19
could [16] 138/8
150/19 157/21 161/10
162/18 164/19 164/20
167/5 181/18 181/21
185/10 185/18 186/13
188/15 190/16 198/13
couldn't [2] 161/11
188/22
counsel [17] 123/7
123/13 123/19 123/25
124/8 124/14 136/11
153/8 153/11 153/24
159/16 160/2 174/9
188/5 188/14 190/15
191/15
counsel's [1] 190/21
count [1] 165/16
counted [10] 156/12
156/13 165/12 165/15
165/18 165/21 166/11
168/20 170/6 170/21
counter [2] 188/3
188/8
counters [1] 188/3
counting [2] 164/6
165/9
COUNTY [3] 122/2
200/10 201/15
couple [6] 177/19
178/12 180/14 180/20
188/12 198/8
course [1] 140/9
court [23] 122/2
122/25 126/5 152/6
152/11 152/22 155/7
161/25 162/3 174/4
174/21 178/18 192/6
193/13 193/17 194/15
196/12 200/9 200/10
200/15 201/14 201/15
201/20
Court's [1] 195/25

**D**

D25019.114 [1] 147/9
D25019.36 [1] 149/10
D32265 [1] 174/24
damage [2] 184/9
197/20
data [40] 142/6 142/12
142/13 142/17 143/25
144/6 144/7 149/17
155/11 157/15 157/18
157/23 158/10 158/14
159/13 159/17 159/19
159/20 160/4 160/12
160/13 160/19 161/10
161/11 162/9 162/21
162/25 164/11 166/2
167/25 170/24 170/25
171/4 184/12 185/2
185/6 185/20 185/24
186/3 186/22
database [4] 162/18
164/13 164/19 185/25
databases [1] 186/16
dataset [1] 154/2
David [1] 195/18
dbr.com [1] 123/18
de [1] 139/11
deal [4] 193/4 196/17
197/9 199/16
decades [1] 180/16
December [1] 122/13
decide [1] 126/20
decision [2] 181/5
181/6
declared [2] 164/14
165/18
deemed [2] 146/21
156/10
defect [2] 164/15 165/5
Defendants [5] 122/11
123/19 123/25 124/8
124/14
defense [7] 134/7
134/15 139/8 150/17
169/4 182/16 198/6
define [1] 190/24
defined [4] 141/13
146/8 164/7 166/12

courtroom [6] 122/15
127/5 151/6 151/7
187/8 194/13
cover [2] 191/8 195/8
covered [1] 197/3
CR [1] 125/3
creating [1] 184/9
credentials [1] 189/15
cross [4] 127/13
151/21 154/7 185/15
CROSS-EXAMINATION
[1] 127/13
CRR [3] 122/24 200/9
201/14
cure [1] 132/24
currently [1] 137/23
customary [2] 179/4
179/8
cut [3] 131/5 131/16
188/22

defines [1] 190/13
defining [1] 167/3
definition [6] 141/17
164/20 164/22 164/24
166/25 171/14
definitive [1] 140/3
degradation [1] 191/19
degree [1] 140/12
denied [2] 197/7 197/8
depending [2] 167/10
190/13
deposition [17] 125/7
125/8 126/5 126/7
126/10 162/15 169/19
170/2 185/8 185/23
188/15 193/23 194/4
196/18 196/19 198/20
198/22
depositions [2] 162/8
162/12 185/13
describe [3] 130/10
162/22 191/22
described [1] 181/23
designated [4] 125/7
125/8 193/22 194/3
designation [3] 188/4
188/17 196/22
despite [1] 164/16
detail [1] 163/25
determination [1]
141/5
determine [5] 143/16
160/24 164/5 176/13
177/8
determining [1] 139/20
developed [1] 142/11
device [2] 154/19
155/3
did [42] 127/25 128/6
129/6 134/25 135/10
136/16 146/24 146/25
152/22 152/24 154/25
158/18 158/21 158/22
158/19 160/19 161/10
162/5 162/7 162/12
163/5 163/15 163/21
163/25 164/5 164/6
164/11 165/20 171/6
171/15 173/16 177/3
177/18 178/22 178/24
179/11 179/13 182/23
185/5 186/10 186/12
189/18

dimensions [1] 176/23
direct [5] 149/13 151/2
191/9 200/14 201/19

**DIRECTION [2]** 200/15
201/20
directly [4] 143/19
197/19 198/5 198/16
directors [3] 197/24
198/2 198/9
disclose [1] 171/16
discuss [3] 135/4
162/9 194/10
discussed [3] 136/10
179/7 179/6
discusses [1] 168/8
discussing [2] 127/16
136/14
disk [1] 198/13
disregard [1] 197/21
distortion [1] 167/15
DISTRICT [1] 122/2
DIVISION [1] 122/3
do [72] 128/6 128/22
134/4 135/4 135/19
136/4 136/7 136/11
136/14 136/18 137/12
138/4 138/15 138/21
138/23 139/2 139/23
139/19 141/21 141/23
142/4 142/17 143/14
143/18 145/22 147/3
148/3 149/15 149/23
150/3 151/10 151/25
152/7 152/12 153/11
155/10 156/2 156/3
156/6 157/2 157/17
157/20 157/22 160/5
162/25 165/8 167/25
168/3 168/5 168/10
168/10 169/25 170/14
171/20 172/2 172/12
173/14 173/24 174/12
174/15 175/5 175/11
176/14 178/14 181/14
185/11 186/21 189/17
192/21 197/15 199/7
199/10
doctor [9] 127/16
139/7 166/14 167/8
167/16 176/12 178/12
182/13 185/11
doctors [9] 129/6
129/6 132/3 132/6
132/10 132/12 168/11
168/19 198/2
document [7] 142/15
142/20 142/24 147/12
153/16 174/17 174/22
documented [1]
144/21
documents [5] 151/10
151/13 151/18 151/20
152/16
does [18] 134/24
136/10 139/13 141/4
142/8 142/20 142/24
148/13 157/9 166/13
170/5 177/16 184/18
191/2 191/4 198/11
200/13 201/18
doesn't [5] 148/25
161/19 161/20 167/20

**D**

doesn't... [1] 183/17
doing [5] 129/15 135/19 163/9 180/15 198/4
dollars [1] 160/9
don't [19] 128/5 132/9 136/16 139/5 144/11 154/20 157/4 157/19 158/2 159/4 162/23 174/10 176/17 187/23 188/11 188/22 194/10 197/9 198/7
done [4] 130/5 179/2 181/18 183/8
down [6] 130/19 131/12 149/2 171/9 173/24 187/8
downs [1] 167/13
dozen [1] 151/17
DR [2] 125/3 195/12
Dr. [38] 126/7 160/13 160/14 162/8 162/8 162/17 162/17 163/23 164/5 164/5 180/22 180/25 184/17 185/2 185/5 185/9 185/23 186/11 186/14 186/19 186/23 187/17 187/20 188/4 189/11 189/16 189/17 189/19 190/9 191/18 192/4 193/20 194/2 194/17 195/7 195/12 197/18 197/19
Dr. Baker [1] 195/12
Dr. Chimelewski [1] 180/22
Dr. Hinoul [2] 126/7 197/19
Dr. Kirkemo [1] 197/18
Dr. Lucente [16] 160/13 162/8 162/17 163/23 164/5 185/5 185/9 185/23 186/11 186/14 186/19 186/23 187/20 188/4 193/20 194/2
Dr. Lucente's [1] 185/2
Dr. Matt [1] 180/25
Dr. Murphy [4] 160/14 162/8 162/17 164/5
Dr. Susan [1] 184/17
Dr. Zipper [9] 187/17 189/11 189/16 189/17 189/19 190/9 191/18 194/17 195/7
Dr. Zipper's [1] 192/4
draw [1] 185/11
drawn [1] 164/24
DRINKER [1] 123/16
Drs [1] 173/10
dryness [1] 175/15
due [1] 183/9
durable [1] 129/7
during [3] 162/12 167/19 170/2
DX25019 [1] 170/13
DX25019.109.................
..........Page [1] 125/17

DX25019.114.................
..........Page [1] 125/15
DX25019.146 [1] 146/18
DX25019.146.................
..........Page [1] 125/15
DX25019.36.................
..........Page [1] 125/16
DX25019.60.................
..........Page [1] 125/17
DX25019.80.................
..........Page [1] 125/16
DX257534 [1] 141/20
DX30989.1.................
..........Page [1] 125/13
DX31554.1.................
..........Page [1] 125/12
DX31576.1.................
..........Page [1] 125/13
DX322.65.................
..........Page [1] 125/18
DX3575.34.................
..........Page [1] 125/14
dysfunction [2] 174/16 175/7
dyspareunia [13] 138/17 139/3 139/11 139/15 143/16 174/11 174/13 175/8 175/13 176/5 177/10 177/14 181/13

**E**

E-mail [13] 123/6 123/12 123/18 123/24 124/8 126/9 126/11 126/12 196/24 197/11 197/18 197/23 198/23
E-mails [2] 197/5 198/7
each [4] 146/2 155/14 156/16 158/2
earlier [6] 129/11 130/20 167/24 171/25 193/21 195/14
early [1] 140/4
easier [1] 139/10
eating [1] 167/4
edited [1] 197/4
effect [5] 191/23 192/13 192/15 192/18 192/22
eight [3] 174/15 175/9 185/22
Eisenhower [1] 123/11
either [3] 162/17 165/16 168/20
elderly [1] 175/7
ELLIS [1] 123/22
else [4] 172/16 180/7 189/10 195/17
embedded [1] 184/3
employee [1] 193/19
encompass [1] 186/16
endeavoring [1] 176/22
endpoint [1] 165/23
endpoints [1] 165/24
engaging [1] 154/14
enough [3] 161/24

195/8 196/9
enrolled [1] 146/12
entered [1] 134/9
enters [2] 127/5 153/9
entire [2] 149/2 172/16
equal [1] 176/5
erosion [5] 138/11 166/15 166/23 167/3 167/9
erosions [1] 138/7
especially [1] 198/2
ESQUIRE [7] 123/3 123/4 123/10 123/16 123/22 124/5 124/11 et [1] 122/10
ETHICON [26] 122/10 123/19 123/25 124/8 124/14 137/9 143/4 144/3 144/10 144/23 145/24 146/12 146/17 146/22 149/5 149/11 155/11 155/20 156/12 157/17 169/13 185/5 185/5 186/2 193/19 197/24
Ethicon's [3] 135/17 135/24 141/24
evaluate [1] 143/4
evaluated [1] 137/9
even [7] 127/24 128/4 129/11 137/21 146/6 148/9 199/14
evening [1] 199/3
event [1] 191/8
events [1] 163/15
ever [2] 161/13 179/14
Everyone [1] 151/4
everything [3] 161/10 172/16 194/11
EVIDENCE [2] 200/4 201/9
evolution [1] 135/5
exact [1] 173/16
exactly [2] 172/17 176/10
examination [9] 127/13 143/16 151/21 167/19 178/9 185/16 188/6 188/18 192/2
examinations [1] 143/15
examining [1] 166/16
example [2] 140/16 143/17
exceed [1] 192/3
exceeds [1] 193/2
Except [5] 156/22 172/22 172/23
exception [1] 146/3
exchange [1] 126/8
excused [3] 151/7 187/10 187/12
exhibit [10] 134/8 134/8 134/18 150/17 167/24 169/4 169/20 169/25 174/24 182/16
exist [2] 139/24 199/17
existed [1] 179/18
existence [1] 186/3

exists [1] 141/14
exits [1] 194/13
expect [3] 189/20 192/21 198/4
experience [2] 179/8 183/3
experiencing [1] 145/10
experimental [2] 172/9 172/23
expert [1] 190/10
exposure [2] 166/2 166/3 168/9 168/13 168/18 168/19 168/24
exposures [2] 169/16 170/6
extensive [1] 188/3
extent [1] 163/24
extra [1] 150/21
extremely [1] 163/24

**F**

fact [8] 129/10 133/13 142/13 157/25 164/16 176/3 177/12 184/20
factors [5] 139/19 164/13 164/21 174/13 175/11
failure [14] 146/21 148/10 148/14 158/24 164/7 164/12 164/14 165/2 165/7 165/16 165/18 165/19 168/24 171/2
failures [10] 145/23 146/7 155/20 156/10 156/25 164/6 165/9 165/15 165/21 166/6
Fair [2] 161/24 196/9
fairly [1] 132/7
fall [2] 130/19 141/4
familiar [2] 132/12 153/4
far [1] 135/5
favorable [1] 176/23
favorably [1] 133/19
fee [1] 178/15
feel [3] 166/14 166/19 186/21
fellow [1] 180/23
female [1] 179/17
few [1] 150/6
figure [4] 138/24 139/2 176/18 179/9
filed [1] 197/4
fill [1] 157/7
filled [1] 157/10
final [1] 164/17
find [2] 128/14 139/6
fine [3] 152/16 153/13 188/25
finger [1] 167/17
fingers [1] 166/16
finished [4] 181/3 189/2 189/6 189/8
firm [1] 178/21
first [11] 122/2 149/19 173/16 178/24 182/14 185/4 193/18 196/19

199/8 199/8 199/12
fit [2] 142/8 198/13
five [18] 142/5 143/5 148/22 149/3 149/17 150/12 154/12 155/23 156/18 157/9 157/15 157/18 157/23 158/6 158/11 158/20 159/5 170/17
five-year [8] 142/5 149/3 149/17 157/15 157/18 157/23 158/6 159/5
floor [2] 123/5 190/11
floppy [1] 198/13
FLYNN [1] 123/16
focus [1] 191/25
folds [1] 167/11
follow [7] 127/20 128/6 142/18 142/25 143/24 155/15 161/19
follow-up [4] 142/18 142/25 143/24 155/15
followed [1] 183/12
following [5] 152/21 161/6 191/14 193/12 194/14
follows [1] 148/8
FOREGOING [2] 200/12 201/17
form [7] 142/18 144/6 144/17 149/24 150/5 150/25 179/13
former [1] 181/8
forms [7] 144/7 144/12 144/23 151/18 154/25 159/6 159/25
forth [1] 131/13
found [1] 171/11 176/7
four [2] 149/8 163/24 196/23 197/11
FREEMAN [1] 123/10
French [6] 141/25 144/20 145/24 158/7 159/3 167/25
front [5] 150/22 153/16 168/2 169/4 174/19
fully [2] 137/8 200/4 201/9
function [2] 181/23 182/12
functional [2] 182/23 182/25
functions [1] 182/4
funded [1] 185/25
further [7] 128/4 152/3 152/19 158/17 186/25 187/3 199/3

**G**

gathering [1] 144/2
gave [4] 158/23 167/23 182/15 184/20
general [2] 163/4 163/4
generally [5] 136/14 152/9 152/15 153/4 168/15
gentlemen [3] 127/8 187/6 194/6

**G**

give [5] 147/12 151/19 152/16 153/7 169/24
go [10] 145/21 146/18 149/2 149/8 155/19 160/19 178/12 182/18 192/22 195/4
going [23] 142/13 144/4 147/8 151/3 151/13 152/25 155/23 169/17 172/6 174/20 174/24 183/7 187/6 188/10 188/20 189/20 189/21 189/25 190/7 191/8 191/25 194/7 194/20
GOLDMAN [1] 124/5
goldmanismail.com [1] 124/8
good [5] 127/7 127/9 129/19 140/2 140/20 182/23 182/25
Gorsky [2] 195/14 196/10
got [2] 160/8 161/9
great [4] 126/16 126/21 168/6 199/2
greater [1] 164/8
greatly [1] 183/2
group [6] 128/6 157/13 158/7 158/11 168/24 183/4
grows [2] 184/4 184/5
guess [1] 176/17
Gynecology [1] 135/9
Gynemesh [4] 133/11 135/22 177/21 184/12

**H**

habits [1] 145/14
hac [2] 124/6 124/12
had [52] 127/16 130/17 134/17 137/8 141/9 141/9 143/19 144/24 145/23 147/3 147/22 147/23 154/8 155/15 156/14 156/25 162/22 163/6 163/10 163/15 164/8 164/16 164/16 164/8 168/18 169/14 170/15 170/19 171/11 171/13 171/16 171/20 172/25 173/8 173/12 177/10 179/21 180/4 180/11 180/15 180/21 181/2 181/17 182/9 182/25 183/16 185/19 186/23 187/25 188/8 188/20 190/2
hadn't [1] 179/2
half [2] 140/7 151/17
HALL [1] 122/15
HAMMONS [4] 122/7 123/7 123/13 195/21
hand [6] 129/9 149/9 166/16 169/17 174/24 185/10
handing [1] 150/17

happened [2] 151/23 173/8
happens [1] 184/7
happy [1] 134/2
Hart [1] 195/5
haven't [1] 196/14
having [10] 126/3 142/22 145/14 150/10 154/22 168/18 170/6 171/20 183/18 183/19
head [1] 139/4
health [2] 140/22 197/22
health-related [1] 140/22
hear [3] 134/21 196/20 198/18
heard [3] 184/25 193/20 197/16
Hearing [1] 126/2 199/22
heart [3] 198/5 198/16 198/19
help [1] 129/25 132/24 134/22 142/20 142/24 174/18 182/10
helped [2] 159/16 159/18
her [15] 130/16 131/5 139/25 140/22 147/17 148/25 149/5 152/17 154/22 155/15 167/20 183/16 183/18 183/21 184/18
HEREBY [2] 200/3 201/8
high [7] 127/17 129/5 139/2 175/6 175/12 183/22 184/8
highest [1] 156/21
highlight [1] 151/24
highlighted [1] 169/10 172/14
highly [1] 197/13
HILAIRE [4] 125/6 187/19 193/19 193/24
Hinoul [5] 126/7 195/2 196/2 196/4 197/19
Hinoul's [1] 196/19 198/22
his [9] 167/17 167/18 181/10 185/23 186/5 189/21 191/2 191/25 193/2
hold [1] 188/6
home [1] 194/11
Honestly [1] 136/16
HONORABLE [1] 122/18
hour [2] 160/9 178/20
hourly [1] 178/18
human [1] 192/19
Hunsicker [1] 195/6
hymen [6] 140/6 141/7 141/12 141/14 141/15 141/16
hysterectomies [1] 132/15

hysterectomy [2] 130/18 175/21

**I**

I'd [1] 141/19
idea [1] 181/10
identified [1] 186/2
identifies [1] 154/7
Iglesia [1] 184/20
II [13] 140/15 140/20 141/11 141/12 141/13 141/17 146/4 146/6 148/10 148/17 148/23 149/2 164/8
III [5] 140/4 146/9 146/12 148/4 148/5
IIS [1] 184/25
Illinois [1] 124/7
impact [8] 139/25 140/10 143/8 143/12 143/20 143/22 144/24 153/20
impacting [1] 143/11
implant [1] 148/2
implantation [1] 167/14
important [3] 139/19 145/17 171/23
impossible [1] 161/17
improved [1] 183/2
INC [1] 122/10
inch [1] 140/7
incidences [1] 163/14
incision [2] 131/5 131/10
include [1] 164/3
included [3] 141/17 159/4 180/19
including [4] 175/8 175/13 175/21 194/11
incomplete [1] 162/14
incontinence [7] 132/24 133/15 133/19 133/21 135/2 135/12 182/7
independent [2] 159/12 159/24
indicate [2] 138/5 157/9
indicated [2] 168/20 191/17
indicates [2] 154/18 154/24
indicating [1] 156/19
indications [1] 130/11
individual [1] 160/23
information [14] 143/4 144/24 147/17 146/22 150/4 156/23 160/20 162/11 162/13 162/15 163/13 164/4 172/25 181/16
injured [1] 197/25
injury [2] 132/19 134/2
inside [1] 130/20
instruments [1] 167/18
intends [2] 190/1 191/22

intention [2] 143/25 146/14
interested [1] 137/17
interfere [1] 145/8
interferes [1] 145/4
interpret [1] 190/21
interrupted [1] 156/8
involve [1] 141/7
involving [1] 139/15
irrelevant [1] 197/13
ISMAIL [2] 124/5 124/5
isn't [4] 133/13 133/17 140/10 189/20
IV [4] 146/12 147/21 148/3 148/5

**J**

J.D [1] 123/4
Jacquetin [2] 157/20 157/22
Jersey [2] 123/11 197/20
Jim [1] 195/5
Johnson [8] 123/19 123/19 123/25 123/25 124/8 124/9 124/14 124/14
jokes [2] 197/25 198/9
Jones [1] 195/6
Judge [1] 153/13
JUDICIAL [1] 122/4
JUDITH [3] 122/24 200/9 201/14
Judy [1] 161/25
June [1] 185/23
June 10 [1] 185/23
juror [1] 127/2
jurors [1] 152/18
jury [27] 122/18 122/20 127/5 137/12 150/6 151/5 151/7 153/9 153/22 158/15 158/23 163/14 170/13 180/6 181/19 181/21 187/7 187/10 189/2 189/8 189/9 189/7 193/9 193/17 193/24 194/5 194/7 194/13

**K**

KATZ [1] 123/10
keep [2] 137/21 194/10
KILA [1] 123/4
kila.baldwin [1] 123/7
Kimberly [1] 195/5
kind [5] 130/8 137/13 146/21 163/25 179/2
kinds [1] 183/18
Kirkemo [8] 126/9 195/3 195/25 196/3 196/22 197/18 198/11 198/21
Kirkemo's [1] 196/18
kit [1] 177/25
kits [3] 172/20 173/2 178/2
KLINE [1] 123/3
klinespecter.com [2] 123/6 123/7

Klinge [1] 195/13
knew [1] 162/17
knowledge [1] 186/15

**L**

ladies [3] 127/7 187/5 194/6
lady [2] 142/21 155/14
lady's [1] 160/23
language [2] 172/6 172/8
laparoscopic [2] 131/8 131/9
large [1] 135/20
large-pore [1] 135/20
larger [1] 135/23
late [1] 129/10
later [1] 130/21
launch [1] 197/12
lawyers [1] 162/18
lead [2] 129/6 180/22
learned [2] 162/12 163/9
least [2] 155/25 189/15
leaves [1] 151/5 187/8
legally [1] 161/16
length [4] 176/8 176/14 176/25 187/17
let's [1] 134/21 146/16 149/10 173/20 174/11 178/12 199/7
letter [3] 173/7 179/10 186/2
level [5] 156/18 156/20 159/6 161/11 183/22
life [16] 139/19 139/25 140/10 140/20 140/22 144/17 144/25 149/5 149/11 149/16 149/19 149/23 150/5 150/10 150/13 155/22
lighter [1] 136/5
lightweight [1] 135/20
likelihood [1] 184/8
Limine [1] 197/4
limit [1] 154/22
line [3] 140/11 185/22 186/14
linear [1] 140/11
lines [4] 148/13 151/22 151/24 153/2
lining [1] 167/5
Lisa [1] 195/6
list [6] 145/22 168/23 169/15 169/19 170/5 170/8
listed [2] 155/21 163/13
literature [5] 137/18 137/23 138/5 138/10 138/16
LITIGATION [1] 122/4
little [8] 133/10 138/12 139/10 141/16 153/21 167/12 178/7 181/16
live [1] 199/13
livelihood [1] 184/19
LLP [3] 123/16 123/22 124/5

**L**

**Locust** [1] 123/4
**Logan** [1] 123/17
**long** [2] 132/6 163/25
**look** [26] 134/18
134/23 139/8 139/9
143/14 144/16 146/2
146/16 147/10 147/11
148/13 149/10 149/15
150/24 151/23 152/23
153/11 154/5 155/10
155/19 155/22 160/20
165/11 174/19 174/25
196/11
**looking** [6] 129/7
134/19 148/24 149/18
158/10 183/10
**looks** [1] 188/10
**lot** [2] 141/24 163/9
**lower** [1] 157/12
**LUCENTE** [20] 125/8
160/12 160/13 162/8
162/17 163/23 164/5
165/9 185/5 185/9
185/23 186/11 186/14
186/19 186/23 187/20
188/4 193/20 194/2
194/5
**Lucente's** [2] 165/14
185/2
**lunch** [1] 126/8

**M**

**ma'am** [1] 137/12
141/21 147/10 147/11
150/17 153/16 167/23
168/17
**mail** [13] 123/6 123/12
123/18 123/24 124/8
126/9 126/11 126/12
196/24 197/11 197/18
197/23 198/23
**mails** [2] 197/5 198/7
**main** [2] 123/23 164/21
**make** [8] 130/9 131/25
134/9 139/9 167/20
167/21 179/13 192/5
**making** [3] 133/3
197/25 198/9
**manual** [1] 172/2
**manufacturers** [1]
133/3
**MARGARET** [1] 126/3
**mark** [4] 122/18 134/8
147/9 180/11
**marked** [3] 126/8
134/12 134/13
**market** [1] 137/9
**marking** [1] 134/11
**material** [4] 133/11
136/24 137/18 192/19
**materials** [2] 190/12
190/17
**Matt** [1] 180/25
**MATTHEW** [1] 123/22
**matthew.moriarty** [1]
123/24
**may** [19] 122/7 127/10

133/24 140/8 141/21
153/22 154/14 154/17
159/4 162/14 167/8
167/14 167/18 167/20
174/18 176/10 194/23
199/9 199/16
**MAZIE** [1] 123/10
**McCoy** [2] 195/13
196/10
**MD** [4] 125/4 125/8
126/3 194/5
**mean ASC** [1] 129/18
**meanings** [1] 176/16
**means** [8] 147/17
157/7 166/14 183/2
183/24 198/8 200/14
201/19
**meant** [1] 155/2
**measurements** [1]
155/25
**medical** [8] 163/2
165/5 168/15 171/18
171/24 197/24 198/2
198/9
**meeting** [1] 174/7
**member** [1] 181/2
**memory** [4] 134/24
139/13 169/18 175/2
**menopause** [1] 175/13
**mentioned** [3] 126/7
150/2 158/3
**MERIT** [1] 122/24
**mesh** [54] 122/4
129/12 129/19 129/21
132/3 132/6 132/10
132/23 133/3 133/6
133/7 133/14 133/20
135/13 135/20 135/23
136/20 136/20 136/20
136/23 137/14 138/7
138/11 166/4 166/15
166/22 166/23 167/9
167/13 168/9 168/12
168/12 168/18 168/24
168/25 169/15 170/6
170/15 170/19 172/20
173/2 178/2 183/10
183/20 184/2 184/4
184/5 184/8 184/10
190/12 190/16 191/20
197/25 198/10
**mesh-injured** [2]
197/25 198/10
**mesh-related** [1]
183/10
**method** [1] 131/6
**methods** [1] 132/22
**mid** [1] 135/6
**mid-urethral** [1] 135/6
**middle** [2] 174/16
175/7
**middle-age** [1] 174/16
**middle-aged** [1] 175/7
**might** [2] 131/22
192/11
**millions** [1] 160/7
**mind** [1] 194/10
**minute** [5] 146/15
151/4 174/11 188/16

192/12
**minutes** [5] 150/6
187/16 189/11 193/18
196/23
**misheard** [1] 175/3
**misspoke** [2] 143/21
159/2
**mistaken** [1] 159/4
**mistakenly** [1] 173/18
**MOLLY** [1] 123/16
**molly.flynn** [1] 123/18
**moment** [1] 173/19
**month** [1] 154/11
**months** [7] 143/5
145/23 148/9 148/9
148/20 155/21 170/15
**morbidity** [2] 183/23
183/24
**MORIARTY** [1] 123/22
**most** [7] 128/24 140/16
140/18 140/19 140/25
141/6 155/25
**motion** [2] 189/19
197/4
**motions** [1] 189/17
**move** [3] 134/7 139/5
144/8
**Mr** [6] 125/5 191/6
191/8 191/17 191/17
191/24
**Mr.** [6] 171/16 178/5
194/24 195/10 198/21
198/22
**Mr. Hinoul's** [1] 198/22
**Mr. Kirkemo** [1] 198/21
**Mr. Parisi** [1] 195/10
**Mr. Slater** [3] 171/16
178/5 194/24
**Mrs.** [1] 195/21
**Mrs. Hammons** [1]
195/21
**Ms** [4] 125/5 151/10
174/20 184/13
**mskf.net** [1] 123/12
**Murphy** [5] 160/14
162/8 162/17 164/5
165/9
**Murphy's** [1] 165/14
**muscles** [2] 131/13
131/16

**N**

**native** [3] 127/21
128/11 129/25
**nearby** [2] 183/23
183/25
**necessarily** [1] 140/9
**need** [6] 130/2 134/23
153/11 169/15 196/7
198/17
**needed** [2] 171/18
183/5
**needs** [2] 131/14 183/8
**negative** [2] 139/25
140/9
**neither** [1] 170/18
**new** [5] 123/11 145/9
145/11 183/3 197/20
**next** [11] 138/25

144/14 147/7 153/14
153/24 187/7 187/14
193/10 193/14 193/25
194/16
**nine** [1] 197/4
**Nineteenth** [1] 123/5
**nobody** [1] 173/5
**normal** [7] 164/2
167/11 176/8 176/11
176/13 176/15 176/19
**not** [77] 126/17 128/17
131/7 131/8 136/2
137/8 138/23 140/9
140/11 140/13 140/16
141/8 143/13 143/13
144/6 144/11 144/12
147/6 149/22 151/18
153/22 154/14 154/16
154/16 154/17 154/18
154/19 154/23 155/4
157/2 157/17 158/20
158/22 159/14 159/18
160/19 160/19 160/22
160/24 161/8 161/13
162/5 162/20 163/15
163/25 164/5 165/4
167/9 167/15 167/21
168/14 171/24 174/6
174/9 176/7 176/10
178/18 180/4 182/3
182/20 182/22 188/10
189/5 189/24 190/6
190/14 190/17 190/17
190/20 191/19 191/25
195/15 197/2 197/3
198/15 200/13 201/18
**note** [1] 134/4
**NOTES** [2] 200/5
201/10
**notwithstanding** [1]
148/25
**novo** [1] 139/11
**number** [9] 129/19
150/19 153/17 155/19
155/23 169/12 169/20
181/24 197/4
**numbers** [5] 150/14
156/9 157/11 165/13
178/21

**O**

**object** [2] 192/9 193/3
**objection** [6] 126/13
161/3 161/7 161/22
179/5 198/20
**objectionable** [1]
192/12
**objections** [7] 187/21
191/18 192/3 195/22
196/6 199/9 199/16
**observation** [1] 142/18
**Obstetrics** [1] 135/8
**obtain** [1] 185/6
**occurrence** [1] 175/12
**occurs** [2] 141/2
181/25
**off-color** [3] 196/24
197/5 198/7
**offer** [1] 190/4

**OFFICIAL** [3] 122/25
200/9 201/14
**Oh** [2] 128/9 181/22
**Ohio** [1] 123/23
**older** [1] 131/22
**on that** [1] 189/25
**once** [1] 182/9
**one** [58] 123/17 128/16
128/24 131/6 132/22
132/23 139/17 139/19
140/6 140/7 141/14
141/15 146/3 146/9
146/16 147/23 148/14
148/20 148/24 149/12
149/16 150/9 150/15
153/21 154/11 154/20
154/4 155/24 156/17
156/20 157/6 157/10
157/14 157/18 159/3
163/10 163/16 165/24
170/15 170/18 172/19
177/6 179/25 181/8
181/25 182/5 183/5
184/21 187/24 188/16
189/19 190/13 191/18
191/20 194/11 195/16
196/6 199/8
**one-minute** [1] 188/16
**one-year** [2] 149/16
154/11 157/6 159/3
**ones** [1] 172/13
**only** [10] 146/9 148/14
163/24 165/10 165/21
167/8 170/15 172/12
179/20 189/22
**open** [4] 183/16 193/12
194/10 194/14
**operating** [2] 131/4
132/13
**operation** [1] 156/19
**operations** [1] 183/19
**opine** [2] 191/19
192/18
**opinion** [4] 139/23
165/3 165/4 190/8
**opinions** [3] 179/10
179/14 190/3
**opposed** [1] 183/9
**options** [3] 129/7
133/18 134/25
**order** [4] 130/23
139/24 160/24 195/11
**ordinarily** [1] 142/11
**organ** [14] 128/23
129/12 132/11 133/17
137/2 137/14 137/18
138/6 141/4 145/19
147/23 175/17 177/22
178/2
**organizations** [1]
180/12
**organs** [1] 183/23
**original** [1] 180/19
**originally** [1] 171/13
**otherwise** [1] 186/17
**out** [15] 142/12 145/18
157/7 157/10 163/2
173/5 176/18 178/2
178/22 182/3 184/10

**O**

out... [4] 188/11 189/15 196/14 198/24
outcomes [1] 173/2
outside [2] 130/21 140/6
over [3] 178/12 182/11 189/3
overall [2] 148/3 148/25
overlap [1] 190/16
overruled [2] 161/23 179/6
Owens [1] 195/3
own [4] 163/22 165/20 170/24 170/25

**P**

p.m [7] 126/2 127/6 151/8 152/21 153/9 194/14 199/22
packets [1] 151/24
page [15] 142/14 144/16 147/11 149/13 149/15 151/2 153/17 168/7 168/10 169/7 170/5 170/13 185/18 185/22 186/13
pages [2] 160/7 163/25
paid [3] 160/2 160/5 160/9
pain [5] 138/17 143/12 143/14 144/4 174/12
palpable [16] 166/4 166/6 166/13 166/14 166/17 166/19 166/22 166/23 167/7 167/8 168/12 168/19 168/21 168/25 170/15 170/19
palpate [3] 167/9 167/17 167/22
paraphrase [1] 188/2
Parisi [2] 195/7 195/10
Parkway [1] 123/11
part [6] 126/8 142/10 160/4 181/25 191/4 191/6
particular [2] 163/14 192/2
partners [2] 180/10 180/15
pass [2] 134/3 168/4
patient [22] 142/21 143/5 146/17 146/20 147/12 149/10 149/15 150/8 150/24 154/5 154/8 156/9 160/20 161/11 162/6 164/8 164/9 164/14 170/8 170/10 170/14 170/21
patients [10] 135/2 146/16 156/9 169/12 169/13 170/5 170/19 179/19 181/17 186/16
PATRICIA [1] 122/7
Paul [1] 195/6
Pause [2] 146/19 147/10

peer [1] 159/10
pelvic [17] 122/4 128/25 129/12 132/11 133/7 137/2 137/14 137/18 138/6 141/4 145/19 175/17 177/22 178/2 179/17 179/21 190/11
Pending [2] 155/7 162/3
PENNSYLVANIA [4] 122/2 122/16 123/5 123/17
people [6] 126/19 142/22 145/9 174/7 179/11 181/9
percent [13] 128/15 138/5 138/12 138/17 139/23 139/15 171/3 171/3 174/15 175/9 176/5 177/9 184/21
Perfect [1] 193/8
perform [1] 130/23
performed [4] 135/8 159/24 163/10 177/7
performing [3] 131/6 132/15 179/23
period [2] 149/3 157/6
person [5] 159/12 159/15 184/11 184/14 184/16
PHILADELPHIA [6] 122/2 122/16 123/5 123/17 200/10 201/15
physician [2] 142/20 142/24
pick [1] 161/8
Piet [1] 195/2
plaintiff [6] 122/7 123/7 123/13 194/16 197/15 197/23
Plaintiff's [4] 136/11 159/16 160/2 188/5
Plaintiffs [1] 188/9
planning [1] 174/21
play [5] 188/9 188/12 188/15 188/21 195/12
played [4] 193/24 194/5 198/21 198/23
playing [2] 188/15 199/11
PLEAS [3] 122/2 200/10 201/15
pleased [1] 156/19
plenty [1] 199/15
PLLC [1] 124/11
PLT [1] 182/15
plus [6] 136/10 136/15 136/21 137/24 138/13 138/16
point [6] 148/10 148/15 154/14 184/22 193/3 198/10
points [1] 155/15
poly [1] 128/23
poly-organ [1] 128/23
polypropylene [7] 135/13 136/23 191/19 191/23 192/14 192/15

192/23
POP [3] 140/5 147/15 198/11
POP-Q [1] 198/11
pore [2] 135/20 136/7
pores [1] 135/23
portion [2] 193/22 194/3
portions [4] 125/7 125/8 152/8 198/21
possibility [2] 175/14 178/24
possible [4] 163/24 167/15 168/22 183/23
posterior [9] 147/25 148/5 148/18 175/25 176/4 176/25 177/4 177/12 181/13
posteriorly [1] 184/7
postoperative [1] 144/17
potential [1] 137/6
Potentially [1] 196/8
practice [5] 172/3 172/4 172/7 172/17 180/10
preceded [1] 129/18
preclude [3] 129/25 183/17 197/5
predominant [1] 132/8
prefer [1] 192/8
prejudicial [3] 197/14 198/14 198/15
prepared [1] 159/20
present [2] 190/7 191/15
presentations [1] 139/14
presented [2] 139/14 158/15
preserved [1] 130/17
president [2] 181/3 181/8
prevalence [2] 175/6 181/17
prevent [1] 145/11
previous [3] 130/18 143/18 144/7
previously [1] 126/4
PRICE [3] 125/6 193/19 193/24
principle [1] 163/4
prior [5] 147/17 175/19
pro [2] 124/6 124/12
probably [1] 139/13
problem [3] 128/12 154/8 157/25
problems [5] 128/24 131/24 143/23 182/9 183/4
procedure [6] 131/9 139/21 163/10 172/9 182/21 183/16
procedures [5] 132/18 177/6 181/18 181/24 182/10
proceed [1] 127/10
PROCEEDINGS [2] 200/3 201/8

produced [3] 185/24 186/8 186/18
product [9] 136/21 137/2 144/3 144/24 145/24 145/18 163/16 177/22 197/12
professional [2] 123/3 180/12
proffered [1] 190/10
prolapse [43] 127/18 128/11 128/17 128/23 129/12 130/18 132/12 133/8 137/3 137/14 137/19 139/20 139/24 140/12 140/14 140/15 140/17 140/20 140/23 141/4 141/7 141/10 141/14 141/18 143/9 143/11 143/12 143/20 143/19 148/18 148/25 143/19 164/8 164/10 157/15 176/24 177/22 178/2 180/15 181/24 182/21 183/5 183/15
prolapsed [1] 147/23
Prolift [23] 135/23 136/10 136/14 136/21 137/6 137/9 137/24 138/13 138/16 144/24 145/7 154/19 154/21 171/21 172/20 177/25 179/23 185/24 186/17 190/12 192/16 192/17 192/23
properties [1] 191/23
proportionality [1] 188/2
proposed [1] 188/8
protocol [11] 142/11 146/8 163/19 163/22 164/23 164/2 164/7 164/23 164/24 165/11 166/12
protrude [1] 130/21
protruding [1] 140/6
prove [2] 197/21 198/17
provided [5] 150/5 152/10 159/21 160/16 186/3
provides [1] 182/22
provoked [1] 143/16
PS [2] 133/11 135/22 177/21 184/12
public [1] 179/13
publication [5] 134/24 135/3 172/13 173/10 184/24
published [13] 157/14 157/17 158/2 158/5 158/11 159/8 171/7 171/11 171/13 171/15 173/17 180/3 180/7
publishing [2] 157/23 171/24
pull [4] 139/4 153/19 166/15 178/22
punitive [4] 197/20 198/6 198/16 198/19

pure [1] 135/7
purpose [1] 196/23
purposes [1] 169/17
pursuant [1] 185/4
pursuing [2] 145/8 145/11
put [3] 130/24 137/9 163/2 179/10

**Q**

qualifications [4] 189/20 190/3 192/4 193/3
qualified [1] 190/6
quality [15] 139/18 139/25 140/10 140/20 140/22 144/17 144/25 149/5 149/11 149/16 149/23 150/5 150/10 150/13 155/22
question [31] 128/5 132/9 134/21 134/22 138/25 140/2 143/18 144/14 146/25 147/4 147/7 152/13 152/13 153/14 153/24 155/6 155/7 156/8 157/25 162/2 162/3 173/25 174/4 175/3 175/5 185/8 185/22 186/14 189/25 190/3 191/21
questioning [2] 196/19 196/25
questionnaire [2] 157/8 157/10
questions [11] 150/8 153/2 153/3 158/17 161/20 177/20 184/14 185/19 186/25 188/13 192/3
quick [1] 178/12
quite [1] 190/14

**R**

raise [1] 192/4
raised [1] 195/24
Randolph [1] 124/6
randomized [5] 165/23 177/21 177/24 180/8 182/17
range [3] 156/2 171/3 176/4
ranges [1] 175/8
rarely [4] 131/23 132/2 135/8 181/25
rate [1] 178/19
rates [14] 127/17 129/5 139/3 139/11 139/15 158/18 158/21 158/24 166/2 166/3 171/2 171/8 181/13 182/19
rather [1] 168/19
RC [1] 125/3
RD [1] 125/3
RE [1] 122/4
ready [4] 127/3 152/18 193/9 196/17
really [1] 126/14 184/4 189/25 196/25

**R**

REALTIME [1] 122/25
reanalysis [1] 159/7
reanalyze [2] 158/18 158/21
reanalyzed [4] 158/14 160/13 170/24 171/3
reason [2] 129/24 167/8
reasonable [2] 179/3 179/8
REATH [1] 123/16
recall [6] 135/19 136/11 136/14 136/18 157/20 157/22
received [2] 148/8 153/10
receiving [1] 147/25
recent [1] 141/6
recently [2] 141/3 181/3
recess [6] 151/4 152/4 152/5 152/19 187/6 191/12
recognize [5] 141/22 142/4 142/17 145/22 169/25
recommendations [1] 141/6
reconstructive [4] 128/25 176/24 179/17 190/11
reconvened [1] 126/2
records [1] 141/25
recurrence [8] 127/17 128/16 129/5 129/25 156/14 158/18 182/19 183/8
recurrences [1] 156/13
Recurrent [1] 128/23
redirect [2] 178/6 178/9
reevaluate [1] 181/5
refer [3] 142/14 170/12 198/22
referred [1] 172/7
referring [10] 133/23 135/20 136/17 138/19 138/22 156/24 157/2 168/14 174/17 175/4
refers [1] 147/24
reflect [1] 156/9
reflects [1] 156/18
refresh [2] 134/24 139/13
refreshes [2] 169/18 174/25
regard [1] 186/3
regarding [1] 126/9
registry [1] 197/2
reinforce [1] 129/24
relate [1] 163/16
related [7] 140/22 141/23 143/19 154/19 154/21 173/2 183/10
relates [1] 197/19
relationship [1] 140/11
relationships [3] 145/5

145/9 145/12
relied [1] 185/12
relief [1] 182/22
rely [1] 186/10
remain [1] 151/5
remained [1] 150/12
remains [2] 148/23 154/12
remember [4] 164/21 181/14 182/2 184/13
remove [1] 184/8
removed [2] 172/7 172/13
Renee [1] 195/13
reoperation [6] 164/9 164/16 183/5 183/9 183/15 183/19
reoperations [1] 183/6
repair [6] 127/21 128/11 129/12 129/21 130/5 130/8 130/9 130/12 131/14 137/14 138/6 171/2 177/4 177/4 180/9 183/9
repairs [4] 127/18 129/8 132/11 181/13
repeat [2] 138/8 150/19
report [8] 141/20 141/25 159/6 159/25 164/18 167/24 168/2 191/2
reported [4] 122/23 128/19 176/8 177/2
reporter [10] 122/24 122/25 122/25 155/8 162/4 174/5 200/9 200/15 201/14 201/20
representing [2] 171/20 173/18
represents [1] 149/21
REPRODUCTION [2] 200/13 201/18
republished [1] 172/11
require [2] 183/22 192/18
required [2] 131/3 164/9
research [2] 163/5 165/6
reserve [1] 188/17
response [4] 130/25 136/13 147/5 148/16
restricted [1] 128/17
restroom [1] 127/2
result [4] 129/5 156/10 182/23 183/2
results [2] 157/14 158/6 159/5
resumes [1] 126/4
retired [1] 180/21
retraction [2] 155/12 155/16
return [2] 194/8 194/9
review [6] 139/7 154/25 159/25 162/11 173/16 185/6
reviewed [9] 141/24 144/7 144/13 159/10 159/13 160/8 163/20

164/11 184/12
right [29] 128/4 131/3 132/16 133/11 139/9 142/22 159/8 159/9 159/10 159/11 160/5 163/11 164/21 165/17 166/9 166/17 168/25 172/17 172/24 173/5 173/6 173/13 180/4 183/25 196/15 196/24 199/9 199/14 199/17
right-hand [1] 199/9
rights [1] 197/22
rigorous [1] 164/2
ripe [1] 126/18
risk [4] 131/18 138/7 138/11 138/17
robing [1] 191/14
ROBINSON [6] 124/11 125/5 151/10 174/20 184/13 195/18
ROMANO [3] 122/24 200/9 201/14
room [2] 153/9 191/15
Roseland [1] 123/11
roughly [1] 140/8
route [1] 132/19
RPR [2] 200/9 201/14
RPR-CM-CRR [2] 200/9 201/14
rugae [1] 167/12
rule [1] 188/2
ruled [1] 187/22
ruling [1] 196/7

**S**

sacrocolpopexy [3] 129/16 130/14 131/7
said [4] 172/19 174/6 186/19 192/12
same [20] 126/11 126/12 126/12 126/13 126/23 136/8 163/11 167/9 167/22 172/17 173/16 176/10 182/6 183/11 184/6 196/4 200/7 200/14 201/12 201/19
sample [1] 142/17
satisfaction [1] 156/18
saw [2] 156/7 186/22
says [3] 143/13 154/13 169/22
scale [2] 149/21 150/15
scientific [2] 164/3 190/5
score [3] 147/15 157/13 157/4
scores [1] 149/16
Scott [1] 195/6
screen [2] 173/9 173/21 173/23 173/24
seated [2] 151/5 152/7
second [1] 193/20
section [2] 143/14 148/18
secure [1] 185/25
see [31] 126/22 133/23

138/20 143/15 144/16 146/2 146/22 147/14 148/4 148/17 149/16 155/10 155/14 156/2 156/6 167/10 167/15 168/10 168/14 169/15 169/18 170/14 170/17 174/25 175/4 187/7 191/9 193/18 197/23 199/6 199/19
seeing [2] 129/6 153/22
seen [4] 144/6 167/5 170/2 179/25
Selman [3] 195/13 196/10 199/9
senior [2] 180/14 180/20
sense [1] 165/8
separate [1] 182/3
separated [1] 131/17
September [2] 172/11 173/15
serious [1] 183/21
served [1] 180/11
serving [1] 181/3
session [2] 122/22 152/6
set [3] 142/12 155/18 162/21
settled [1] 179/9
seven [3] 156/2 176/9 177/2
severe [2] 183/4 183/22
sex [4] 138/18 144/4 154/13 174/12
sexual [10] 143/9 145/5 153/20 154/8 154/15 154/22 174/16 175/6 181/22 182/11
sexually [1] 154/23
SHANIN [1] 123/3
shanin.specter [1] 123/6
shaped [1] 198/12
share [2] 181/19 181/21
Sheri [1] 195/13
shifted [1] 135/5
short [1] 188/7
Shot [1] 184/17
should [6] 129/16 147/12 161/16 168/20 192/4 193/3
shouldn't [1] 163/2
show [8] 138/10 139/14 141/19 155/18 170/12 172/6 187/16 191/6
showed [2] 150/6 170/25
showing [1] 156/4
shown [1] 139/3
shows [1] 138/16
side [1] 184/4
sidebar [6] 161/3 161/6 192/7 192/10
significantly [2]

177/13 177/16
simply [2] 131/16 183/14
Since [1] 153/10
sir [2] 194/18 199/4
situation [1] 177/18
six [10] 143/5 148/9 148/9 148/20 154/11 156/22 156/24 157/2 157/4 170/14
six-month [1] 154/11
size [1] 136/7
skin [4] 166/17 166/20 166/22 166/24
SLATER [5] 123/10 123/10 171/16 178/5 194/24
Slater................................
238 [1] 125/5
slide [6] 145/21 149/8 155/19 155/23 156/3 157/3
slightly [1] 136/4
sling [2] 134/25 135/7
slings [3] 135/6 135/11 135/16
Society [2] 180/14 181/4
sole [1] 196/23
some [14] 127/16 128/14 131/18 138/4 145/4 150/7 153/11 168/17 178/13 178/25 180/6 182/7 184/13 194/20
somebody [1] 159/20
someone [3] 159/18 159/24 165/4
something [7] 140/2 161/13 161/15 166/19 167/4 183/8 183/11
soon [1] 127/2
sorry [10] 128/5 132/9 138/8 149/13 149/18 150/19 152/12 169/8 181/20 198/18
sort [1] 164/2
space [1] 141/17
SPANN [1] 124/11
speaking [2] 140/21 184/5
specialty [1] 190/5
specific [10] 133/22 138/19 140/22 151/22 152/8 153/2 157/21 174/17 185/12 190/2
specifically [2] 140/21 184/6 197/6
SPECTER [7] 123/3 123/3 191/6 191/8 191/17 191/17 191/24
speculum [1] 167/18
spoke [2] 178/24 179/14
spreadsheet [5] 160/16 160/22 164/25 165/5 165/15
spreadsheets [3] 162/14 163/6 163/20

**S**

Square [1] 123/17
ST [4] 125/6 187/19
193/19 193/24
staff [1] 181/2
stage [27] 130/20
130/22 139/23 140/4
140/15 140/19 141/11
141/12 141/13 141/17
146/4 146/6 146/9
146/12 147/20 147/21
148/3 148/4 148/5
148/5 148/10 148/17
148/18 148/21 148/23
149/2 164/8
staged [1] 141/12
staging [1] 141/4
stand [2] 126/4 192/9
standard [1] 171/24
started [6] 129/11
129/21 132/6 132/10
132/22 132/23
stated [6] 128/22
143/19 173/25 176/20
176/21 177/12
statement [2] 158/16
179/12
statements [1] 179/13
statistical [5] 141/21
142/4 142/8 142/10
177/17
statistician [3] 180/16
184/18 184/23
statistics [1] 181/6
step [1] 187/8
still [7] 140/20 154/12
166/17 180/20 183/16
199/15 199/17
stomach [1] 131/5
stood [1] 192/6
stopping [1] 184/21
straight [1] 140/11
Street [3] 123/4 124/6
124/12
stress [6] 132/24
133/14 133/18 133/20
135/2 135/12
strike [1] 144/9
strong [1] 179/12
studied [5] 140/3 141/3
149/3 149/5 184/25
studies [3] 128/15
142/22 186/4
study [31] 127/25
128/4 128/12 128/19
141/19 141/21 142/20
145/24 146/11 146/21
156/10 158/19 158/25
164/3 165/8 165/9
165/20 167/24 168/2
170/25 171/7 171/8
177/3 177/8 184/12
184/13 184/22 184/25
185/25 186/17 186/23
studying [2] 144/3
144/10
stuff [1] 178/14
subject [3] 188/8

189/21 195/11
subpoenas [2] 161/9
161/12
substantially [1]
157/11
substantive [1] 196/25
success [2] 139/20
164/17
successes [1] 171/12
SUI [1] 135/5
Suite [4] 123/17 123/23
124/6 124/12
summary [1] 164/18
Summers [1] 124/12
support [4] 130/15
131/15 164/15 165/5
surgeon [3] 131/4
131/12 184/7
surgeons [2] 179/23
180/19
surgeries [3] 132/7
135/5 175/19
surgery [24] 127/21
128/10 128/25 129/17
130/5 130/23 131/19
131/19 133/18 135/13
147/18 147/20 147/22
154/23 176/24 177/9
179/17 179/22 179/23
180/15 182/8 183/3
183/22 190/11
surgical [3] 128/23
131/10 139/20
surrounding [1]
137/18
SUSAN [2] 124/11
184/17
sustained [1] 198/20
suture [3] 182/21
183/9 183/16
sworn [1] 126/4
symptomatic [3]
140/17 141/8 175/17
symptoms [6] 141/8
141/9 145/4 145/10
182/22 183/2
synthetic [5] 129/11
129/19 133/7 133/14
137/13
system [1] 140/5

**T**

table [4] 131/4 146/2
150/3 191/21
tabulates [1] 150/4
take [9] 139/7 146/15
151/3 155/21 160/22
173/22 173/24 182/10
187/6
taken [5] 152/5 152/19
191/12 200/5 201/10
talk [3] 126/20 174/11
189/3
talked [4] 133/10
160/12 182/2 184/21
talking [10] 127/25
131/8 135/11 135/13
135/16 136/11 136/18
158/8 158/24 180/13

talks [2] 139/10 191/7
tallied [1] 145/23
TAREK [1] 124/5
taught [1] 135/8
technically [1] 188/11
techniques [1] 180/9
tell [6] 152/17 162/16
162/18 180/6 193/8
194/22
ten [6] 149/12 150/15
151/4 156/2 156/20
156/20
ten-minute [1] 151/4
term [6] 122/7 167/12
176/14 177/17 190/13
190/15
terminology [3] 164/15
165/6 165/6
terms [2] 182/20
182/21
testified [3] 139/18
171/25 178/15
testify [1] 160/10
testimony [14] 162/15
162/19 178/16 185/9
185/12 186/10 186/21
189/21 190/8 190/23
192/21 193/23 194/4
197/18
than [16] 129/11
135/24 138/12 140/6
147/23 159/12 163/10
164/22 168/19 171/12
177/21 177/25 179/25
182/5 195/8 195/15
that [412]
that's [46] 131/3 131/6
140/2 143/13 143/25
145/18 146/10 149/22
153/21 153/23 154/16
154/20 157/5 158/8
158/14 158/16 159/9
159/11 159/14 160/8
161/9 163/8 164/20
166/19 166/25 167/12
168/14 168/22 170/21
173/6 174/6 174/6
175/14 176/21 182/3
183/20 186/5 188/4
189/23 189/24 191/20
191/25 195/19 195/20
196/13 199/14
their [15] 140/10 143/9
144/3 144/24 145/5
145/13 145/14 156/18
157/14 157/14 157/17
160/22 162/19 182/11
183/2
there [45] 126/25
131/18 133/22 138/11
138/15 138/16 139/9
139/13 140/10 140/11
145/18 147/14 148/13
150/21 151/12 151/21
154/7 156/22 167/14
172/2 172/14 174/12
175/6 175/11 177/20
177/24 178/2 178/5
181/16 183/6 183/22

184/8 186/15 187/3
187/25 188/7 188/12
188/16 189/19 190/15
195/22 196/5 196/24
199/2 199/9
thereafter [1] 156/17
these [22] 129/5
142/21 142/22 143/23
144/23 146/16 149/12
151/9 151/14 151/18
152/8 154/3 154/25
155/25 156/13 163/10
163/15 168/19 185/13
187/18 195/23 196/7
thing [3] 183/11 184/6
198/3
things [6] 145/3 145/13
145/17 152/23 178/13
197/5
thinking [2] 190/15
190/18
this [75] 126/5 126/22
127/23 131/22 133/6
134/6 134/18 135/3
136/19 139/17 142/4
142/5 142/17 142/20
142/24 143/3 143/21
143/22 143/25 144/6
144/7 144/16 144/20
145/22 146/2 149/23
150/3 151/4 151/14
153/19 153/22 154/2
154/8 154/14 155/14
156/3 160/4 161/9
161/15 162/9 162/17
170/3 171/15 172/8
173/8 173/12 174/22
176/21 179/2 179/20
181/22 182/8 183/4
184/18 185/10 186/2
186/16 189/11 190/5
191/22 193/16 193/22
194/3 194/7 196/23
197/10 197/11 197/23
198/8 199/3 199/8
200/6 200/12 201/11
201/17
THOMAS [1] 124/11
those [28] 132/12
145/17 150/8 150/14
151/24 152/16 152/23
153/2 153/3 153/5
156/16 162/12 163/20
164/13 166/11 167/12
168/25 169/12 170/18
171/8 178/23 179/11
179/13 179/13 179/15
181/5 183/12 186/4
though [4] 129/21
146/6 162/7 195/15
thought [1] 143/19
thousand [1] 160/9
three [13] 128/2 143/5
145/21 148/21 151/23
154/12 155/20 157/14
157/18 158/21 159/5
170/17 180/9
through [13] 129/19
131/12 132/11 132/19

137/14 146/16 154/7
154/12 161/11 166/20
166/22 166/23 167/5
throughout [2] 149/2
154/11
tismail [1] 124/8
tissue [4] 127/17
127/22 128/11 129/25
tissues [1] 184/3
today [8] 126/18
137/21 139/18 158/15
158/23 171/25 188/22
193/21
today's [1] 178/16
together [2] 178/25
181/11
told [3] 152/25 161/8
174/7
TOMASELLI [1] 124/5
tomorrow [4] 194/8
195/8 199/7 199/19
tonight [1] 196/11
took [2] 163/6 173/5
top [5] 130/15 130/19
139/4 155/10 168/10
total [4] 147/25 175/21
187/17 193/18
totality [1] 196/4
totally [1] 183/12
toward [1] 135/6
TPT [1] 135/17
training [1] 180/24
TRANSCRIPT [4]
200/6 200/13 201/11
201/18
transpired [5] 152/21
161/6 191/14 193/12
194/14
treat [4] 133/18 133/20
145/19 182/21
treated [3] 162/22
165/10 165/22
treating [1] 179/19
treatment [5] 133/4
133/14 143/23 148/8
170/18
trial [9] 122/3 122/20
127/23 127/24 142/9
165/24 180/8 200/5
201/10
trials [2] 177/21 177/25
true [4] 177/20 177/24
188/4 189/23
trying [5] 130/12 139/6
176/12 176/18 184/9
TUCKER [1] 123/22
tuckerellis.com [1]
123/24
Tuesday [1] 122/13
turn [3] 169/7 185/18
186/13
TVM [15] 141/25
144/20 145/24 147/25
155/21 157/13 157/22
158/7 158/11 158/19
158/25 166/2 168/8
168/14 187/18
TVT [2] 135/24 185/25
two [10] 127/2 151/11

**T**

two... [8] 151/14
164/13 183/12 186/4
187/15 187/18 193/17
197/23
type [3] 131/19 136/24
147/22
types [1] 181/18

**U**

U.S [1] 159/3
Ultrapro [7] 136/18
136/20 136/20 138/2
138/7 139/3 139/16
uncomfortable [1]
167/19
under [8] 130/24
143/14 166/17 197/13
197/14 197/20 200/14
201/19
undergo [2] 131/19
131/25
undergoing [6] 127/21
128/10 138/6 177/4
177/9 181/23
understand [8] 126/17
126/25 128/5 130/10
132/9 155/2 176/17
184/16
understanding [4]
155/5 162/13 168/11
186/5
understood [3] 143/18
168/15 191/24
underwent [1] 173/16
undoubtedly [1]
136/16
unduly [1] 198/15
unequivocally [1]
164/25
unfair [1] 161/15
UNLESS [2] 200/14
201/19
unrelated [1] 155/3
up [22] 134/3 137/21
138/5 138/11 138/17
139/15 142/18 142/25
143/24 148/9 153/19
153/23 155/15 161/9
161/19 168/4 168/10
172/2 178/23 185/10
192/6 192/9
upon [1] 190/13
ups [1] 167/12
urethral [1] 135/6
urinary [6] 132/24
133/14 133/19 133/20
135/2 135/12
Urogynecologic [1]
181/4
urogynecologists [1]
180/25
urogynecology [2]
180/13 190/10
using [10] 128/11
129/11 129/21 131/8
132/3 132/6 132/10
132/23 151/13 174/22

**V**

uterus [1] 130/16

**V**

vagina [17] 129/19
130/15 130/19 130/20
130/21 131/15 132/11
132/20 137/15 140/5
167/5 167/11 167/11
167/16 181/25 182/5
198/12
vaginal [25] 128/17
132/4 132/7 132/7
132/13 132/15 135/7
143/12 143/14 155/11
155/15 166/15 167/13
167/14 175/15 175/19
175/21 176/8 176/14
176/22 176/24 176/25
184/5 190/12 190/16
validated [1] 149/22
value [1] 150/13
values [2] 156/17
157/5
VD [1] 125/3
verified [1] 163/2
verify [2] 162/20
162/23
vexing [1] 128/24
VI [1] 122/20
vice [2] 124/6 124/12
video [6] 188/23 189/2
189/6 189/7 193/10
194/21
videos [7] 179/22
187/16 187/18 193/17
195/23 199/10 199/15
videotaped [2] 193/23
194/4
VINCENT [2] 125/8
194/5
visible [6] 166/6 166/9
167/7 167/21 168/21
168/21
visual [1] 149/21
VOLUME [1] 122/20

**W**

walk [1] 146/15
wall [6] 166/16 167/13
173/11 184/3 184/5
184/10
Walters [1] 180/11
want [22] 126/19
137/12 139/8 142/14
145/18 145/21 146/15
146/24 147/4 149/9
152/12 154/5 155/18
155/19 155/21 167/20
173/21 173/25 174/19
177/19 185/9 188/23
wanted [3] 188/9
188/13 192/5
wanton [1] 197/21
was [104]
wasn't [5] 160/21
174/21 197/7
way [5] 163/16 171/9
184/2 184/3 189/15
ways [1] 165/12

**W**

WEBER [6] 125/4
125/18 126/3 169/22
169/23 178/12
Weber-15.....................
..........Page [1] 125/18
week [1] 188/21
weight [1] 136/5
well [11] 138/21
153/23 163/7 163/21
170/10 173/20 176/18
176/21 189/14 193/5
199/8
went [2] 154/21 171/8
were [57] 127/20
127/25 129/6 129/15
132/7 132/12 132/15
135/12 135/13 135/16
135/19 143/8 143/11
143/15 145/3 145/7
145/14 146/3 146/6
146/7 146/12 150/21
155/25 156/7 156/10
156/19 158/24 160/5
160/22 161/8 162/20
162/23 164/6 165/21
167/3 169/12 171/19
172/13 173/7 176/22
179/16 179/18 179/21
180/10 180/17 180/20
181/12 181/23 182/13
182/19 183/6 184/11
185/8 185/15 185/19
185/25 188/21 191/5
weren't [1] 157/5
West [1] 124/6
what [51] 127/23
128/22 130/8 130/12
139/23 143/13 144/24
146/16 146/20 147/20
147/24 149/13 153/5
156/3 158/8 158/14
158/22 160/5 162/16
162/18 164/11 166/13
168/14 172/19 173/12
174/18 173/21 174/6
174/6 175/4 176/13
176/14 176/18 176/21
177/16 179/3 179/7
179/11 182/23 184/18
185/11 188/14 188/19
188/21 189/10 190/17
190/22 192/11 192/23
198/7 199/8
what's [5] 150/22
160/8 161/7 178/18
187/7
whatever [3] 156/6
159/8 193/10
when [30] 133/17
135/11 135/19 137/8
141/3 142/20 142/25
146/2 152/17 154/24
158/24 163/13 163/19
164/11 165/14 165/20
165/21 165/25 166/19
167/3 171/8 171/15
171/21 176/12 178/18
178/24 179/18 193/2
194/9 199/14
witness' [1] 147/9

**W**

Whenever [1] 126/19
where [17] 127/25
139/10 140/5 141/4
141/13 143/15 155/24
156/16 159/5 162/8
168/8 168/20 176/22
178/22 186/2 190/19
198/10
whether [16] 140/13
143/23 144/3 145/3
145/7 154/21 164/20
165/8 166/3 166/6
168/11 172/8 182/20
182/22 185/19 191/21
which [23] 130/16
140/5 141/6 141/15
144/21 149/18 155/20
156/23 175/8 180/8
181/17 183/2 185/23
187/18 188/14 190/5
191/20 192/17 192/19
192/23 195/12 197/25
198/17
while [4] 139/5 148/22
151/5 199/10
who [32] 127/20
130/16 130/17 141/8
141/11 145/23 146/12
157/2 157/4 159/18
159/23 159/24 164/8
164/9 171/20 174/7
180/7 180/11 180/15
180/22 180/22 180/25
181/23 184/11 184/16
187/14 193/19 193/20
194/19 194/22 195/9
195/17
whoa [2] 146/24
146/24
whole [2] 149/2 172/16
whom [1] 156/22
why [5] 139/5 161/19
161/20 183/14 197/9
will [28] 126/20 126/22
130/20 131/5 134/2
134/9 134/22 138/9
139/7 151/25 153/19
166/15 170/12 170/12
174/24 178/13 188/6
189/3 191/18 193/4
194/8 195/14 195/15
196/11 196/12 196/20
198/24 199/13
willful [1] 197/21
wish [3] 151/22 189/5
197/15
withdrawn [1] 196/14
within [2] 128/16
186/16
without [3] 138/21
140/3 170/18
witness [17] 126/4
151/14 151/19 151/22
152/8 152/17 161/15
169/24 187/12 187/14
190/4 190/6 191/22
193/14 193/25 194/17
199/13

**Y**

witnessed [2] 179/21
179/22
witnesses [2] 125/3
197/3
woman [15] 130/16
130/17 130/23 139/24
141/7 141/11 145/10
150/4 165/2 167/18
175/12 176/8 183/7
183/15 183/19
woman's [2] 176/13
198/12
women [44] 127/20
128/7 128/10 128/15
131/18 131/22 131/24
138/6 140/8 140/15
140/19 141/11 141/13
142/25 143/24 144/4
146/12 155/25 156/14
156/16 156/22 156/24
157/2 157/4 162/21
163/10 163/15 168/18
168/23 168/25 171/11
171/20 174/16 175/7
177/4 177/9 181/23
182/25 183/5 197/25
198/10
women's [2] 140/12
182/8
won't [1] 189/7
words [3] 164/25
172/12 176/16
work [2] 179/2 188/10
worked [2] 181/11
196/14
working [4] 159/15
171/16 171/19 178/25
worried [1] 153/22
worry [1] 153/24
worse [1] 167/20
would [41] 128/15
128/19 131/24 132/19
132/19 133/23 134/4
134/7 135/22 136/2
138/5 138/20 139/14
139/24 140/16 143/3
145/7 145/8 145/11
161/13 163/4 164/3
164/14 165/11 165/15
165/16 165/25 169/7
169/15 170/2 174/8
176/3 176/23 182/14
185/11 186/17 192/8
192/18 198/3 198/3
198/12
wouldn't [2] 140/18
140/25
write [1] 135/10
writes [1] 165/4
writing [1] 134/25
written [4] 133/18
133/19 188/20 188/24
wrote [2] 173/8 175/2
WV [1] 124/13

**Y**

year [20] 128/16 142/5
148/21 149/3 149/16

**Y**

**year... [15]** 149/17
150/9 154/11 155/24
156/17 157/6 157/15
157/18 157/23 158/6
159/3 159/5 170/3
170/15 179/20
**years [16]** 129/20
143/5 143/6 148/21
148/22 150/12 154/12
156/18 157/10 158/3
158/11 158/20 158/21
170/17 170/18 197/12
**yes [199]**
**yesterday [3]** 133/10
136/10 136/15
**you'd [1]** 134/3

**Z**

**zero [1]** 141/15
**zeros [1]** 148/24
**Zipper [9]** 187/17
189/11 189/16 189/17
189/19 190/9 191/18
194/17 195/7
**Zipper's [1]** 192/4