# EXHIBIT N

Confidential - Subject to Stipulation and Order of Confidentiality

```
 1                         -   -   -

 2                                    :SUPERIOR COURT OF

                                      :NEW JERSEY

 3      IN RE:                        :LAW DIVISION -

        PELVIC MESH/GYNECARE          :ATLANTIC COUNTY

 4      LITIGATION                    :

                                      :MASTER CASE 6341-10

 5                                    :

                                      :CASE NO. 291 CT

 6                         -   -   -

         CONFIDENTIAL-SUBJECT TO STIPULATION AND ORDER OF

 7                     CONFIDENTIALITY

                           -   -   -

 8

                      September 18, 2012

 9                      VOLUME III

10                         -   -   -

11             Transcript of the continued

12    deposition of PIET HINOUL, M.D., Ph.D., called for

13    Videotaped Examination in the above-captioned

14    matter, said deposition taken pursuant to Superior

15    Court Rules of Practice and Procedure by and before

16    Ann Marie Mitchell, a Federally Approved Certified

17    Realtime Reporter, Registered Diplomate Reporter,

18    Certified Court Reporter, and Notary Public for the

19    State of New Jersey, at the offices of Riker Danzig

20    Scherer Hyland & Perretti LLP, Headquarters Plaza,

21    One Speedwell Avenue, Morristown, New Jersey,

22    commencing at 10:16 a.m.

23                         -   -   -

               GOLKOW TECHNOLOGIES, INC.

24         877.370.3377 ph|917.951.5672 fax

                 deps@golkow.com

25
```

Case 2:12-md-02327 Document 2182-14 Filed 05/09/16 Page 3 of 4 PageID #: 65780

Confidential - Subject to Stipulation and Order of Confidentiality

```
 1          A.      No.

 2          Q.      Have you looked at the expert reports

 3   that have been served in this case?

 4          A.      No.

 5          Q.      You've never read Anne Weber's report

 6   in this case?

 7          A.      No.

 8          Q.      Has somebody provided you with

 9   synopses of what her opinions are?

10          A.      No.

11          Q.      Has anybody provided you any

12   information about what any of the experts in this

13   case have stated in their reports?

14          A.      No.

15          Q.      Are you curious?

16          A.      I am.

17          Q.      You certainly hold Anne Weber in high

18   esteem.  That's somebody you respect.  Correct?

19          A.      Yes.

20          Q.      If you could, look at the conclusions

21   on page 17.  Correct?

22                  I'd like to look with you at the

23   first paragraph first.  There's a phrase in the

24   second line where Peter Meier refers to clinicians

25   being well aware of what he describes as an
```

Confidential - Subject to Stipulation and Order of Confidentiality

1          Q.      The Prolift® itself as packaged and

2     marketed, you did not run any study of that.

3     Correct?

4          A.      At the time of launch, no.

5          Q.      At the time of launch, the study

6     you're referring to would include the Gynemesh® PS

7     study.  Correct?

8          A.      Correct.

9          Q.      Which was a study in which Gynemesh®

10    was placed into women's bodies not just

11    transvaginally but also abdominally.  Correct?

12         A.      They would not be included in that

13    study.

14         Q.      Well, the overall study included all

15    various sorts of ways to put Gynemesh® into a

16    woman's body to treat prolapse.  Correct?

17         A.      Right.  Yes.  And the learnings from

18    a foreign body perspective would apply.

19         Q.      In terms of the complications that

20    would occur and how to treat them, there was a

21    segment of those women in which the Gynemesh® was

22    placed vaginally.  Correct?

23         A.      Uh-huh.  Correct.

24         Q.      That's what medical affairs would

25    have looked to with regard to the Prolift®