Case 2:12-md-02327 Document 2182-15 Filed 05/09/16 Page 1 of 4 PageID #: 63782

# EXHIBIT O

*Trademark

# GYNECARE PROLIFT* Pelvic
## Floor Repair Systems



Plaintiff's
EXHIBIT NO. 128
12/14/11
A. M. MITCHELL

Gynecare
PROLIFT™

Pelvic Floor Repair Systems

# POP Location [1]

- Anterior only     40%
- Anterior and apex     20%
- Posterior only     7%
- Posterior and apex     10%
- All three compartments     18%
- **Anterior compartment involved**     78%
- Highest failure in anterior compartment reported     30-70% [2-6]

1 Olsen et al. *Obstet Gynecol* 1997;89:501-506
2 Shull et al. *Am J Obstet Gynecol* 1992;166:1764-1768
3 Holley et al. *South Med J* 1995;88:547-549
4 Samuelsson et al. *Am J Obstet Gynecol* 1999;180:299-305
5 Shull et al. *Am J Obstet Gynecol* 2000;183:1365-1373
6 Weber et al. *Int Urogynecol J Pelvic Flr Dysfunc* 2001;12:178-186

Gynecare
PROLIFT
Pelvic Floor Repair Systems

# Endopelvic 'Fascia'

- **Anterior Compartment[1]**
  - Literature review 80 articles anterior repair
  - The vagina has three layers; mucosa, muscularis, and adventitia; there is no vaginal "fascia"
  - "Dissection during anterior colporrhaphy splits vaginal muscularis, and repair involves plication of the muscularis and adventitia (not vaginal "fascia")"

- **Posterior compartment[2]**
  - Cadaveric dissection of the RV "septum"
  - "There is no evidence of a distinct fascial layer between the posterior vaginal wall and the anterior wall of the rectum"
  - "It is the splitting of the adventitial layer from the overlying vaginal wall that accounts for the "fascial layer" seen surgically".

[1] Weber A, Walters M. *Obstet Gynecol* 1997;89(2):311-8
[2] Kleeman et.al. *Paper #10* SGS 2005

Gynecare
PROLIFT