# EXHIBIT R

Case 2:12-md-02327 Document 2182-18 Filed 05/09/16 Page 2 of 6 PageID #: 63847

# *What Can We Learn From Explanted Meshes?*

***B. Klosterhalfen***

*Institute of Pathology Düren, Hospital Düren,
Roonstr. 30, 52351 Düren, Germany

Cologne, Saturday, 8th of December 2012

EXHIBIT B

# Polymer?

***Polypropylen***

Calve et al., Dijon 2009

Case 2:12-md-02327 Document 2182-18 Filed 05/09/16 Page 4 of 6 PageID #: 63849

Polymer?
Polypropylen
15kV 23mm
GFE AACHEN '09
x200
#32212
200µm

Polymer?
Polypropylen
x500
#32210
50µm
15kV 23mm
GFE AACHEN '09

