# EXHIBIT B

Jerry G. Blaivas, M.D.

```
 1       IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF
 2            WEST VIRGINIA AT CHARLESTON
                     -  -  -
 3
 4   IN RE: ETHICON, INC.,     :Master File No.
     PELVIC REPAIR SYSTEM      :2:12-MD-0237
 5   PRODUCTS LIABILITY        :
     LITIGATION                :MDL No. 2327
 6   ---------------------------------------------
     THIS DOCUMENT RELATES TO :JOSEPH R. GOODWIN
 7   THE CASES LISTED BELOW   :U.S. DISTRICT JUDGE
     ---------------------------------------------
 8
     Mullins, et al. V. Ethicon, Inc., et al.
 9   2:12-cv-02952
     Sprout, et al. V. Ethicon, Inc., et al.
10   2:12-cv-07924
     Iquinto v. Ethicon, Inc., et al.
11   2:12-cv-09765
     Daniel, et al. V. Ethicon, Inc., et al.
12   2:13-cv-02565
     Dillon, et al. V. Ethicon, Inc., et al.
13   2:13-cv-02919
     Webb, et al. V. Ethicon, Inc., et al.
14   2:13-cv-04517
     Martinez v. Ethicon, Inc., et al.
15   2:13-cv-04730
     McIntyre, et al. V. Ethicon, Inc., et al.
16   2:13-cv-07283
     Oxley v. Ethicon, Inc., et al. 2:13-cv-10150
17   Atkins, et al. V. Ethicon, Inc., et al.
     2:13-cv-11022
18   Garcia v. Ethicon, Inc., et al. 2:13-cv-14355
     Lowe v. Ethicon, Inc., et al. 2:13-cv-14718
19   Dameron, et al. V. Ethicon, Inc., et al.
     2:13-cv-14799
20
21            SEPTEMBER 17, 2015
             JERRY G. BLAIVAS, M.D.
22
23         GOLKOW TECHNOLOGIES, INC.
       877.370.3377 ph|917.591.5672 fax
24            deps@golkow.com
```

Jerry G. Blaivas, M.D.

```
 1   CAPTION CONTINUED:
 2
 3   Vanbuskirk, et al. V. Ethicon, Inc., et al.
     2:13-cv-16183
 4   Mullens, et al. V. Ethicon, Inc., et al.
     2:13-cv-16564
 5   Shears, et al. V. Ethicon, Inc., et al.
     2:13-cv-17012
 6   Javins, et al. V. Ethicon, Inc., et al.
     2:13-cv-18479
 7   Barr, et al. V. Ethicon, Inc., et al.
     2:13-cv-22606
 8   Lambert v. Ethicon, Inc., et al.
     2:13-cv-24393
 9   Cook v. Ethicon, Inc., et al. 2:13-cv-29260
     Stevens v. Ethicon, Inc., et al.
10   2:13-cv-29918
     Harmon v. Ethicon, Inc., et al. 2:13-cv-31818
11   Snodgrass v. Ethicon, Inc., et al.
     2:13-cv-31881
12   Miller v. Ethicon, Inc., et al. 2:13-cv-32627
     Matney, et al. V. Ethicon, Inc., et al.
13   2:14-cv-09195
     Jones, et al. V. Ethicon, Inc., et al.
14   2:14-cv-09517
     Humbert v. Ethicon, Inc., et al.
15   2:14-cv-10640
     Gillum, et al. V. Ethicon, Inc., et al.
16   2:14-cv-12756
     Whisner, et al. V. Ethicon, Inc., et al.
17   2:14-cv-13023
     Tomblin v. Ethicon, Inc., et al.
18   2:14-cv-14664
     Schepleng v. Ethicon, Inc., et al.
19   2:14-cv-16061
     Tyler, et al. V. Ethicon, Inc., et al.
20   2:14-cv-19110
     Kelly, et al. V. Ethicon, Inc., et al.
21   2:14-cv-22079
     Lundell v. Ethicon, Inc., et al.
22   2:14-cv-24911
     Cheshire, et al. V. Ethicon, Inc., et al.
23   2:14-cv-24
24
```

Jerry G. Blaivas, M.D.

```
 1    APPEARANCES:
 2
 3           MOTLEY RICE LLC
             BY: FIDELMA L. FITZPATRICK, ESQUIRE
 4           321 South Main Street, 2nd Floor
             Providence, Rhode Island 02903
 5           (401) 457-7728
             Ffitzpatrick@motleyrice.com
 6           Representing the Plaintiffs
 7
             BUTLER SNOW, LLP
 8           BY: NILS B. (BURT) SNELL, ESQUIRE
             500 Office Center Drive
 9           Suite 400
             Fort Washington, Pennsylvania 19034
10           (267) 513-1885
             Burt.snell@butlersnow.com
11
             BUTLER SNOW, LLP
12           BY: PAUL S. ROSENBLATT, ESQUIRE
             The Pinnacle at Symphony Place
13           150 3rd Avenue South
             Suite 1600
14           Nashville, Tennessee  37201
             (615) 651-6700
15           Paul.rosenblatt@butlersnow.com
             Representing the Defendant
16
17
18
19
20
21
                            -  -  -
22
23
24
```

Page 34

1 it then or -- was that your question?
2    Q.  Yes.  When you would place
3 the Ethicon branded, you know, PROLENE®
4 polypropylene sling for stress urinary
5 incontinence, where at the mid urethra
6 would you place it?
7        MS. FITZPATRICK:  Objection.
8        THE WITNESS:  As I said, I
9    would place it in the mid urethra.
10 BY MR. SNELL:
11   Q.  What data did you rely upon
12 for the mid urethral placement of the
13 Ethicon branded sling at the mid urethra?
14       MS. FITZPATRICK:  Objection.
15   Are you talking about the mesh or
16   are you talking about a particular
17   sling?
18       MR. SNELL:  I'm talking
19   about the slings he's testified he
20   placed.
21       MS. FITZPATRICK:  I just
22   want to make sure we're clear
23   here.
24       THE WITNESS:  I haven't

Page 35

1    thought about this in a very long
2    time, and it occurred to me that I
3    misspoke just now.
4        In the few that I did, I did
5    not place them at the mid urethra,
6    I placed them at the bladder neck.
7 BY MR. SNELL:
8    Q.  So in the few PROLENE®
9 polypropylene slings that you placed at
10 the bladder neck, why would you have
11 chose that location?
12       MS. FITZPATRICK:  Objection
13   to form.  I just want to make sure
14   we're on the same page.
15       There's the slings that
16   Ethicon makes, the TVT --
17       MR. SNELL:  I know.  You're
18   making a speaking objection.
19   What's your point?
20       MS. FITZPATRICK:  I don't
21   understand what your question is.
22   Are you talking about those
23   or are you talking about where he
24   has testified that he has hand cut

Page 36

1    some of the PROLENE® mesh before
2    to place it?  I'm not sure what
3    you're talking about.
4 BY MR. SNELL:
5    Q.  Have you ever placed a TVT?
6    A.  No.
7    Q.  Every Ethicon branded
8 PROLENE® polypropylene sling you placed
9 were slings that you hand cut, correct?
10   A.  Correct.
11   Q.  And you hand cut them at a 2
12 centimeter wide strip, correct?
13   A.  Correct.
14   Q.  And those are the slings --
15 synthetic slings, that you've done,
16 correct?
17   A.  That's correct.
18   Q.  Okay.  And you testified
19 that you would place those -- strike
20 that.
21       You changed your testimony,
22 and you testified that you placed those
23 at the bladder neck, correct?
24       MS. FITZPATRICK:  Objection.

Page 37

1        THE WITNESS:  Correct.
2 BY MR. SNELL:
3    Q.  Why would you place them at
4 the bladder neck?
5    A.  Because I believe there's a
6 learning curve for everything that you
7 do.  And even that little change from the
8 mid urethra to the bladder neck, I didn't
9 think it was necessary to subject the
10 patient to a new learning curve for that
11 part of the operation.
12       Because the autologous
13 slings had been so successful, that I
14 thought it best to -- to mimic exactly
15 that same operation but using the
16 synthetic sling because of other
17 concerns.
18   Q.  When you made the decision
19 to place the PROLENE® polypropylene
20 slings at the bladder neck, were you
21 relying on any data in the medical
22 literature for that determination?
23   A.  Yeah, I was relying on my
24 own published experience, published

Page 74

1 - - -
2 (Whereupon, Exhibit
3 Blaivas-4, Article, Safety
4 Considerations for Synthetic Sling
5 Surgery, was marked for
6 identification.)
7 - - -
8 BY MR. SNELL:
9 Q. So, Doctor, you're at Page
10 5?
11 A. I am.
12 Q. And in your review paper,
13 you wrote -- and I'm on Page 5 at the top
14 paragraph.
15 MS. FITZPATRICK: When you
16 say Page 5, I start at 481.
17 THE WITNESS: That's what
18 I'm saying, these are actually
19 numbered 1, 2, 3, 4, 5 and this,
20 for whatever reason, is completely
21 different page numbering.
22 I'm the same as you.
23 MS. FITZPATRICK: My 485 is
24 your Page 5. Good enough.

Page 75

1 Thanks.
2 BY MR. SNELL:
3 Q. It says, We estimate that
4 bowel perforation and serious infections
5 have a combined incidence of about 0.1
6 percent.
7 Correct?
8 A. Where are you now?
9 Q. Page 5, top right column.
10 A. Yes.
11 Q. And then there are citations
12 to papers numbered 117 to 134, correct?
13 A. Yes.
14 Q. And the combined estimated
15 rate of bowel perforation and serious
16 infection, you were referring to
17 synthetic midurethral slings?
18 A. Yes.
19 Q. Do you consider a serious
20 infection rate of -- strike that.
21 When you wrote that "we
22 estimate that bowel perforation and
23 serious infections have a combined
24 incidence of about 0.1 percent," did you

Page 76

1 attempt to ascertain what was the rate
2 specific to serious infection?
3 A. No. But we decide -- no.
4 But I think that -- no, is the answer to
5 your question.
6 Q. And when you say "serious
7 infection," what do you mean by that?
8 A. Really, we were talking
9 about life-threatening sepsis or
10 infections that require -- retropubic
11 infections that are either life
12 threatening or require multiple
13 operations to remove.
14 Some of them were, like,
15 thigh infections -- just for example,
16 thigh infections after transobturator
17 slings were used that required three,
18 four, five operations to deal with the
19 infection and remove the mesh.
20 So these were the most
21 serious infections, is what this was
22 talking about.
23 Q. 0.1 percent, you would
24 consider that rare?

Page 77

1 A. Yes.
2 Q. The thigh infection you
3 mentioned with the transobturator slings,
4 is it correct that the retropubic sling,
5 like a TVT, has a lower risk of thigh
6 infection than transobturators?
7 A. I would say it has no risk
8 of thigh infection, or just about no
9 risk.
10 But, also, there were
11 serious kinds of infections. Again,
12 life-threatening sepsis are the kinds of
13 things we were talking about, not just --
14 yeah, that's what we were talking about.
15 Q. On the first page, top
16 right, where it says, Furthermore, an
17 analysis of 7,200 case logs submitted by
18 American urologists for their certifying
19 credentials in 2013, 83 percent of
20 operations performed for incontinence in
21 women were midurethral sling
22 implantations.
23 Is that correct?
24 A. That's what it says, yes.

Page 130

1 except for a couple of patients
2 that had multiple, multiple
3 operations of synthetic slings in
4 the same place.
5     And the reason is, to start
6 with, the technique requires,
7 without exaggeration, an extra
8 maybe five minutes of dissection.
9 And if you dissect into the
10 retropubic space and put your
11 finger in the retropubic space
12 protecting the -- protecting the
13 bladder and urethra, then you can
14 pass the instrument from above
15 instead of through the vagina and
16 you're not doing it in a blinded
17 fashion and you would completely
18 protect the bladder and urethra.
19 And in my estimation, you should
20 almost never get into the bladder
21 or urethra.
22     And, again, I've never done
23 it, and it's never been -- except
24 for these, I think, two instances.

Page 131

1 So that would eliminate a major
2 cause, in my judgment, of
3 subsequent erosion.
4     I cited a paper in there,
5 again, by -- I think this was by
6 Osborn, where there's a 26-fold
7 increase, 26-fold increase in the
8 likelihood of subsequent erosion
9 into the vagina or the bladder in
10 patients who have had a
11 perforation of the bladder or
12 urethra at the time of the
13 original surgery.
14     And, again, in my opinion
15 this is 100 percent, or
16 practically 100 percent
17 preventable. So that's the
18 surgical technique, which is part
19 of the -- you know, part of the
20 procedure.
21     The second thing is, it
22 makes little sense to me to use
23 this, you know, bottoms-up
24 approach. The bottoms-up approach

Page 132

1 that they use with the trocar
2 passage precludes any protection
3 of the bladder or urethra.
4     You just have to, for
5 practical purposes, hope that you
6 don't put the trocar into the
7 bladder, the urethra or, even
8 worse, the iliac artery of the
9 obturator, all of which -- every
10 one of those complications has
11 occurred.
12     And, in my judgment,
13 virtually never occurs, not once,
14 if you use the top-down approach.
15 I think it's not physically
16 possible.
17     So that's the second point
18 that I would change.
19     And the third point is that
20 the trocar itself is too big, too
21 thick and too pointed. You know,
22 that trocar gets -- it's very easy
23 to do significant damage to the
24 adjacent structures if the trocar

Page 133

1 goes in the wrong place.
2     So if you use a much smaller
3 trocar -- I mean, I alluded to the
4 fact before that I use a Stamey
5 needle, which is very thin and
6 very unlikely to do any major
7 damage. And if you pass it from
8 above to below, the chances of
9 injuring any adjacent organ is as
10 close to zero as you can get.
11     That's it.
12 BY MR. SNELL:
13     Q.  With regard to your
14 statement that you would dissect more
15 into the retropubic space --
16     A.  Yes.
17     Q.  -- what are the risks
18 attendant with doing more dissection and
19 deeper dissection into the retropubic
20 space?
21     A.  I don't think -- I don't
22 think there's any. I mean, you're
23 doing -- you're doing with your finger
24 exactly the same thing that you're doing

Page 134

1 with a big blunt -- a big sharp
2 instrument.
3     So whether you do it with
4 your finger or an instrument, you are
5 still going into the same place. I don't
6 think there's any more hazard. I think
7 there's less hazard.
8     That might not have been
9 your question. Was the question the
10 hazards or additional risks?
11     Q. Yeah, what's the -- are
12 there additional risks by doing a larger
13 dissection deeper into the retropubic
14 space?
15     A. I think there are less
16 risks.
17     Q. Does a larger incision have
18 a higher risk of erosion?
19     A. Yes, it probably does. But
20 this isn't a larger incision.
21     Q. Are you saying the TVT
22 trocar is equivalent in size to your
23 finger, and the incision -- strike
24 that -- the dissection you would make up

Page 135

1 into the retropubic space?
2     A. Yeah, I don't -- we're
3 talking about such a small incision that
4 it's inconceivable to me that it would
5 make much difference.
6     I would have to check my
7 finger against the size of the trocar,
8 but it's not very different. And my
9 finger doesn't have a point at the end of
10 it.
11     Q. Are there any clinical
12 studies using midurethral slings that
13 evaluate whether less dissection --
14 strike that.
15     Are there any clinical
16 studies in midurethral slings that
17 demonstrate that there is less risk when
18 you do a larger dissection into the
19 retropubic space?
20     A. I don't know.
21     Q. You mentioned the -- you
22 would prefer to do a top-down approach as
23 opposed to a bottom-up approach?
24     A. Well, yeah. Your specific

Page 136

1 question was, how do I think it could be
2 improved. And I think that would be a
3 great improvement.
4     Q. Do you know whether or not a
5 top-down approach for TVT was ever
6 offered or made available to surgeons?
7     A. I think -- no, I don't have
8 an independent recollection.
9     Q. Do you know whether your
10 opinion that proceeding from the top down
11 as opposed to bottom up would lead to
12 less risk of urethral perforation and
13 other complications been has tested in
14 any randomized control trials?
15     A. The technique that I'm
16 talking about has not, to my knowledge,
17 been done for this, so it hasn't been
18 tested.
19     But it's been done thousands
20 of times by me and other people that do
21 autologous slings.
22     Q. Do you have that Ogah
23 Cochrane review that we were looking at
24 earlier that you cited in your review

Page 137

1 paper?
2     A. Yes.
3     MS. FITZPATRICK: Which one
4     is this?
5 BY MR. SNELL:
6     Q. What exhibit is that,
7 Doctor, the number?
8     A. Exhibit 5.
9     Q. You see this Ogah Cochrane
10 review you cite to? I just want to show
11 you where I'm at.
12     A. Yes.
13     Q. They did assess a
14 bottom-to-top route compared with a
15 top-to-bottom route, correct?
16     A. Yes.
17     Q. And they found the
18 bottom-to-top route -- and that's the TVT
19 retropubic route, correct?
20     A. Yes.
21     Q. -- was more effective than a
22 top-to-bottom route, correct?
23     A. That's what it says.
24     But if you look at the -- I

Page 158

1 found studies that reported on a certain
2 percent of women who had a bladder
3 perforation with the TVT, what percent of
4 those did not have long-term
5 complications or sequelae from that
6 perforation?
7    A.   I am not aware of a single
8 study that addresses that question in a
9 meaningful way, let's put it that way, in
10 a way that -- whose methodology would
11 support those conclusions.
12   Q.   For the synthetic
13 midurethral slings, you all assessed the
14 rate of pain was 1 percent, correct?
15   A.   Based -- where are you now?
16   Q.   In the same table we were
17 looking at.
18   A.   Yeah.
19   Q.   Suggested complications,
20 correct?
21   A.   That was two studies, and
22 there was -- I'm quite sure there was --
23 there was insufficient methodologies to
24 come to those conclusions.

Page 159

1         We did not comment on the
2 quality of the methodology, just the
3 reports themselves.
4    Q.   And then below that, there's
5 sexual dysfunction.
6         And that rate was zero
7 percent with the synthetic midurethral
8 sling, correct?
9    A.   Yeah. If you believe that
10 one, I'll sell you a bridge. But, yes.
11   Q.   And, actually, Doctor, on
12 that point, if you look down below there,
13 you all didn't denote with any type of
14 symbol that that data were not reliable,
15 did you?
16   A.   No, I don't see that we did.
17   Q.   In fact, in the legend,
18 there is a symbol where you could have
19 designated that, where it says, Although
20 this estimate is based on published data,
21 the panel believes the estimates are not
22 consistent with their experience.
23        No one elected to put that
24 symbol next to pain or sexual dysfunction

Page 160

1 for the midurethral sling, correct?
2    A.   That is correct. But I
3 think that at the very -- to be kind, it
4 was an oversight.
5         There is no way that the
6 group that I was involved with would say
7 that the -- that there is zero and 1
8 percent chance of sexual dysfunction
9 and/or pain after a midurethral sling.
10        That's inconsistent -- even
11 though that's what the paper says, that
12 is inconsistent with any data or anything
13 I've ever been involved with, with this
14 group.
15   Q.   If you go back to the
16 Burch -- so that's what you're saying
17 now.
18        You've never published that,
19 correct, that there is --
20        MS. FITZPATRICK: Objection.
21 BY MR. SNELL:
22   Q.   Strike that.
23        You've never published that
24 these data in the AUA guidelines are now

Page 161

1 unreliable, correct?
2         MS. FITZPATRICK: Objection.
3         Misstates the testimony.
4         THE WITNESS: The panel --
5 the guideline document itself said
6 that the quality of the studies
7 was -- I forget the exact wording,
8 either poor or -- said that the
9 quality of the studies was not
10 good, that it was -- and being
11 part of the discussions, we
12 lamented the fact that there were
13 so few studies to make -- to come
14 to any reasonable conclusions.
15        And we were forced, by
16 the -- we were forced, by the
17 dictates of the organizing body
18 that put this together, they told
19 us that we needed to rely on the
20 data that was -- that the paper --
21 that -- the published data to come
22 to our conclusions.
23        And that's what the group
24 did. I don't think anybody -- I'm

Page 162

```
1   confident that nobody on that
2   committee would say that there is
3   a zero incidence of sexual
4   dysfunction and a 1 percent
5   incidence of pain after
6   midurethral sling.
7       Every single study in the
8   literature that I ever reviewed
9   that looked at any -- either
10  sexual -- either dyspareunia or
11  pain has an incidence higher than
12  1 percent. So I don't know how
13  this happened -- I don't know how
14  this occurred.
15  BY MR. SNELL:
16      Q. Are you still a member of
17  the AUA?
18      A. I am.
19      Q. Why?
20      A. Why am I a member?
21      Q. Why are you still a member
22  of the AUA?
23          MS. FITZPATRICK: Objection.
24          THE WITNESS: Because I
```

Page 163

```
1   think it's an important
2   organization and it provides
3   valuable services to the public
4   and its membership.
5   BY MR. SNELL:
6       Q. Well, if you look at the
7   page before that, you'll see that you all
8   did indicate -- what do you call that an
9   ampersand?
10          MR. ROSENBLATT: Asterisk.
11          MR. SNELL: No, like a
12  double S.
13          THE WITNESS: I know what
14      you mean.
15  BY MR. SNELL:
16      Q. Do you see the page before
17  that, Doctor, you all indicated, in two
18  different places with that ampersand,
19  that the data estimated were not
20  consistent with their experience.
21          Do you see that? For
22  bladder injury as well as vaginal erosion
23  extrusion for synthetic slings at the
24  bladder neck with bone anchors, correct?
```

Page 164

```
1       A. I see that.
2       Q. And if we turn back two
3   pages, we were looking at the Burch
4   colposuspension, the rate of pain you all
5   reported in the stress incontinence
6   guidelines for the Burch was 6 percent,
7   correct?
8       A. Which page are you on?
9       Q. Back where we were, Burch
10  colposuspensions, Table 16.
11      A. And where?
12      Q. It's at the bottom.
13      A. Okay.
14      Q. And the way these tables
15  read is, there's different surgical
16  methods that have their own column,
17  correct?
18      A. Yes.
19      Q. And for the Burch
20  colposuspension, you all reported that
21  the rate of pain was 6 percent, correct?
22      A. Yes.
23      Q. And that was higher than
24  what you reported for the midurethral
```

Page 165

```
1   sling, correct?
2       A. Yes.
3       Q. You reported that sexual
4   dysfunction was 3 percent with the Burch
5   colposuspension?
6       A. Yes.
7       Q. And that was less than what
8   you reported for the midurethral sling,
9   correct?
10      A. Yes.
11      Q. Do you believe these numbers
12  for pain and sexual dysfunction with the
13  Burch are now somehow inaccurate?
14      A. I don't know. I don't have
15  an opinion about that. It's not
16  something I reviewed.
17      Q. Where did you all -- I was
18  trying to find it.
19          Where did you report, in
20  these tables, ureteral injury?
21      A. I don't know if they're
22  there.
23      Q. I see it. So ureteral
24  injury, let's look right above where we
```