# EXHIBIT 2I

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LIGITATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
|---|---|
| THIS DOCUMENT RELATES TO PLAINTIFFS:<br><br>Carolyn Lewis (2:12-cv-04301) | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## RULE 26 SUPPLEMENTAL EXPERT REPORT OF PROF. DR. MED. UWE KLINGE

It is my opinion, to a reasonable degree of medical and scientific certainty, that the TVT and TVT-O devices have approximately 80 feet of Prolene suture material woven into the product. This is based on the following calculation:

**TVT and TVT-O Mesh with Prolene "Old Construction" 6 mil fibers:**

The polypropylene fiber has a diameter of 152 μm, which corresponds to 20.55 Tex (= 20.55 g/1000m) for polypropylene. Considering a weight of 108.5 g/m$^2$ of the textile[1], the result is

$108.5/20.55 = x*1000$ meter / m$^2$ or $0.01085$ g/cm$^2$ / $0.0002055$ g/cm = 52.8 cm suture per cm$^2$ mesh. This means for TVT and TVT-O = 46.5 cm$^2$. Considering a similar structure as for Prolene = 46.5 * 52.8 cm = approximately 24.55 m or 80.5 ft.

This 12th day of December 2013

_____
Prof. Dr. med. Uwe Klinge

---

[1] Klosterhalfen, K., Klinge, K., Schumpelick, V., Functional and morphological evaulations of different polypropylene-mesh modifications for abdominal wall report; Biomaterials. (1998) 19