EXHIBIT "7"

Uwe. Klinge

# Wissenschaftliche Grundlagen und klinische Evidenz von Netz-Implantaten

•**Chirurgische Klinik der RWTH Aachen**



**HELMHOLTZ-INSTITUT FÜR BIOMEDIZINISCHE TECHNIK**





Suvretta 1994, in „Inguinal hernia repair", page 182 – 194

# Meshes:
# Experimental results and review of literature
(U.Klinge)





**1994**

**1997**





# „...daß eine Faszienreparation, die der zusätzlichen alloplastischen Verstärkung bedarf, unsachgemäß ausgeführt und besser mit festeren Nahtlagern wiederholt werden sollte."

Schumpelick et al., Chirurg (1991) 62: 641-648

Heute Mesh-Verfahren als Standard zur Hernienreparation anerkannt !



# Es ist egal, wie ein Loch verschlossen wird



**So ganz egal ist es nicht, wie ein Loch verschlossen wird**
**Inadequates Material für die Hernienreparation**, weil

- Zu steif
- Paßt nicht durch einen Trokar
- Zu fest
- Wird nicht im Gewebe integriert
- Dürfte eine intensive Fremdkörperreaktion induzieren

- ***Gibt es nichts Besseres?***



# Textile Charakteristika von Meshes

| Produktname | Mersilene | Parietex | Prolene | Marlex | |
|---|---|---|---|---|---|
| **Flächengewicht** | **39,5** | **129,6** | **108,5** | **95,09** | |
| **Biegesteifigkeit** | 0,38 | 9,98 | 6,71 | 34,66 | längs |
| | 0,06 | 24,21 | 12,89 | 134,39 | quer |
| **Nahtausreißtest** | 15,2 | 68,5 | 57,0 | 57,2 | längs |
| | 15,5 | 55,4 | 74,6 | 55,8 | quer |
| **Weiterreißkraft** | 0,64 | 3,36 | 0,05 | **0,66** | längs |
| | 0,68 | 2,78 | 4,41 | **4,03** | quer |
| **Spannung r_kontakt** | 19,54 | 90,38 | 90,93 | 58,8 | |

# Textile Gewirke

**Subsequent tearing force result from type of weaves**

**=**

**resistance to splitting !**











# Weiterreißkraft



**z.T. ausgeprägt asymmetrische Eigenschaften !**

# Gewicht



**Mersilene® ist das erste leicht-gewichtige Mesh!**

# Haltekraft



# Biegefestigkeit



**Variation der Biegesteifigkeit und Dehnbarkeit**

# Verschiedene Mesh-Materialien
# und ihre Veränderung im Gewebe





**Textile Meshes**

**Meshes *in vivo***

# Manchmal gab es Probleme mit Meshes

## Wenn wir Netze nutzen, wollen wir nicht:

- Geschrumpfte Prothesen
- „Stiff Abdomen", PP Onlay
- Schmerzen (Einmauerung von Nerven vornehmlich bei „schwergewichtigen" Netzen
- Starre geschrumpfte Prothesen mit Narbenplatte, die ein Rezidiv nicht verhindern können
- Prothesen-Infekt
- Adhäsionen im Bauch und Fisteln zum Darm durch PP-Meshes
- Persistierende chronische Fremdkörperentzündung (klin. Relevanz?)

# Geschrumpfter Kugel-Patch



*C. R. Costello, S. L. Bachman, B. J. Ramshaw, S. A. Grant:*
**Materials Characterization of explanted polypropylene hernia meshes**
Journal of Biomedical Materials Research Part B: Applied Biomaterials,
Published Online: 6 Feb 2007 *(Kugel patch)*

> „*The SEM micrographs displayed images of materials that were vastly different in topology than the pristine materials. The micrographs of explanted* **polypropylene** *materials exhibited cracks, surface roughness, and peeling indicative of* **surface degradation**, *while the pristine materials appeared smooth.*"

# „Stiff abdomen" nach PP-onlay



Mm. recti

# Mesh und Schmerzen



Schwergewichtiges PP-Mesh,
explantiert wegen Schmerzen (S 100)



# Mesh und Schmerz



*326 human explanted meshes (100 for pain)*

# Mesh mit dicker Narbenplatte bei Rezidiv



# Prothesen-Infekt

## Major mesh-related complications following hernia repair Events reported to the Food and Drug Administration

T. N. Robinson[1] ✉, J. H. Clarke[1], J. Schoen[1] and M. D. Walsh[1]

Surg Endosc. 2005 Dec;19(12):1556-60

Table 1. Major complications related to mesh material types

|  | All mesh (%) | PP (%) | COMP (%) | Sepra (%) | PTFE (%) | BIO (%) |
|---|---|---|---|---|---|---|
| Infection | 42 (107) | 43 | 42 | 13 | 75† | 29 |
| Mechanical failure | 18 (46) | 17 | 12 | 80* | 0 | 0 |
| Pain | 9 (23) | 10 | 11 | 0 | 13 | 0 |
| Reaction | 8 (20) | 10 |  | 0 | 0 | 57 |
| Intestinal | 7 (18) | 4 | 14* | 7 | 13 | 0 |

All mesh, combination of all mesh types reported; PP, polypropylene; COMP, composix mesh, SEPRA, Seprafilm/polypropylene mesh; PTFE, expanded polytetrafluoroethylene; BIO, combination of all mesh created from human or animal collagens; Reaction, foreign body reaction; Intestinal, intestinal complications including fistula and bowel obstruction

*$p < 0.05$
†$p = 0.07$

# Chronisch fistelndes Onlay-PP-Mesh



Mesh-Explantation und Nahtverschluß

# Was sind die Probleme mit schwergewichtigen Netzen?

- Vielfach werden auch schwergewichtige Netze ohne Probleme toleriert

- Bei einigen Patienten gibt es jedoch Komplikationen wie Schmerz, Mesh-Schrumpfung, Infektion oder Adhäsionen

- **<u>Ein</u>** Lösungsansatz zur Optimierung ist die Reduktion des Materials und die Vergrößerung der Poren

# Reduktion der Komplikationen durch Optimierung von Meshes im Hinblick auf ….

- Dehnbarkeit
- Reißfestigkeit
- Flächengewicht (Materialreduktion)
- Porengröße
- Filament
- Polymer
- Beschichtung (Zellulose, Kollagen, Titan)

# Biologische Reaktion auf Implantate

= "chronische Wunde"



# Textile Strukturen mit Poren: Gewebeintegration statt Fixation

1 Tag

1 Jahr





# Große Poren verhindern ein „bridging"



Pore < 600 µm: konfluente Narbenplatte („Bridging")



Pore > 3 mm: perifilamentäre Fibrose („Narbennetz")



**040809:**
**Thomas, Henry , 10.12.1970**
**Netz: Prolene**
**Implantatzeit: 24 Monate**
**Infekt: nein**
<span style="color:red">**Schmerz: ja**</span>
**Rezidiv: mehrfach**

# Einrollen des Bandes



# Intensität der Entzündung und Fibrose wird durch Mesh-Struktur bestimmt (*porosity*)





Klosterhalfen et al Br J Surg 2002



# Dehnbarkeit



# Dehnbarkeit von integrierten leicht-gewichtigen Netzen (Ratte)



small pores

large pores

# Reißfestigkeit von Meshes



- Tensile strength of suture repair in the groin
  - Lipton 1994:          1,3 N/cm
  - Read  1982:          0,5 - 2 N/cm
  - Wantz 1985:          0,1 - 0,3 N/cm
  - Peiper 1998:          0,5 N/cm

# Histogram der Porengröße





**Effektive Porosität nur Poren ≥1000 µm**

Porengröße        < 200 µm rot,
                  < 1000 µm gelb,
                  ≥ 1000 µm grün
Rechte Achse kumulative relative Porosität

# Effektive Porosität von Meshes



colour image

Histogramm
der Porengröße

Poren >1000 µm in alle
Richtungen

# Hernien-Rezidive sind Folge einer defekten Wundheilung mit Ausbildung mechanisch unzureichenden Narbengewebes

- Qualität der Narbe ist wichtiger als Quantittät
- Die Narbe von Rezidiv-Patienten ist von schlechter Qualität





- **Die gestörte Wundheilung ist auch auf DNA-Ebene nachweisbar**





# Pathogenese der Rezidivhernie



**Endogenous factors**
- age
- gender
- adipositas
- predisposition

**Exogenous factors**
- **technique**
- smoking
- malnutrition
- steroide, ACE-I ..

**+ Genes !**

macrophages

**fibroblasts**

lymphocytes

proteases

cytokines

collagen metabolism

wound healing

**hernia**

- **Die (Rezidiv-)Hernie ist ein biologisches Problem**
- **Nahtververfahren sind nicht ausreichend**
- **Defekte Wundheilung braucht großflächige Netze!**
- **Die biologische Antwort des Gewebes ist die entzündliche Fremdkörperreaktion FKR**
- **Weniger Entzündung und weniger Fibrose erscheinen vorteilhaft**





# Implantate als Medizinprodukt

## Wie viel Testung darf es sein oder muss es sein?
## Veränderung nur auf der Basis von RCT's?

| Klasse I | Klasse IIa | Klasse IIb | Klasse III |
|---|---|---|---|
| •ärztliche Instrumente<br>•Gehhilfen<br>•Rollstühle<br>•Spitalbetten<br>•Stützstrümpfe<br>•Verbandmittel<br>•wiederverwendbare chirurgische Instrumente | •Dentalmaterialien<br>•Desinfektionsmittel (für Instrumente und Geräte)<br>•diagnostische Ultraschallgeräte<br>•Einmalspritzen<br>•Hörgeräte<br>•Kontaktlinsen<br>•Trachealtuben<br>•Zahnkronen | •Anästhesiegeräte<br>•Beatmungsgeräte<br>•Bestrahlungsgeräte<br>•Blutbeutel<br>•Defibrillatoren<br>•Dialysegeräte<br>•Kondome<br>•Kontaktlinsenreiniger<br><br>**Mesh, sling etc.** | •Herzkatheter<br>•künstliche Gelenke<br>•Dentalimplantate<br>•Koronarstents<br>•resorbierbares chirurgisches Nahtmaterial<br>•Spirale<br>•Brustimplantat |

Bei Produkten der Klassen IIa, IIb und III muss zusätzlich zur Bewertung durch den Hersteller eine Benannte Stelle in das Konformitätsbewertungsverfahren einbezogen werden; die Verantwortung für das Produkt verbleibt jedoch beim Hersteller.

Für eine **CE-Zertifizierung** zwingend erforderlich sind durch den Hersteller :
1. Risikoanalyse (Literatur, Erfahrung, Kompetenz)
2. Klinische Bewertung (Literatur, Erfahrung, Kompetenz)
3. Biokompatibilitätsbewertung (Literatur, Erfahrung, Kompetenz)

Angestrebtes Ziel der Prüfung durch einen unabhängigen Gutachter z.B. TÜV, ECM Aachen :
    kein erhöhtes Risiko, oder erwarteter Nutzen größer als neues Risiko
(Bei diskreten Veränderungen des Medizinproduktes Darstellung der Analogie zu ….)

# **Implantate** (konservative Sichtweise)

- Die bislang eingesetzten Methoden sind die „besten" (und die „allerbesten" sind diejenigen, die davon am billigsten sind)

- Komplikationen sind bekannt, aber so selten, daß sie keine weiteren Maßnahmen erfordern

- Eine Verbesserung dieser etablierten Implantate verlangt den Nachweis einer Überlegenheit in einer klinischen Studie (RCT),

- auch gegenüber konventionellen Alternativen wie Bruchband, Mieder, Einlagen, Gips oder Pflaster

 

**Bruchband als Standard-Therapie der Hernie ?**

## Beginn der Mesh-Techniken: Tierversuch!

Usher berichtet 1963 von 7 Hunden, bei dreien war ein *Mesh* für bis zu 1 Jahr implantiert worden.
Zusätzlich hatte er eine zweite Gruppe mit 6 Hunden mit jeweils 3 Paar Inzisionen auf dem Rücken mit menschlichen Sputum infiziert, 3 von 18 Mesh-Wunden heilten nicht bei Polyester-Marlex, während mit PP alle 18 Wunden heilten gut.

*Usher F. Hernia repair with knitted polypropylene mesh. Surg Gyn Obstet 1963;116:239-240.*



## Publikationen zu Meshes und Hernie
## Medline 1960-1999

## Literaturauswertung 1960-1999



**Medline 1960-2000, Hernia + Mesh (n=1353)**
**Medline 1960-2000, inguinal Hernia + Mesh (n=707)**

# Einführung der Mesh-Techniken:

- ohne RCT
- wenig Tier-Versuche
- wenig Publikationen
- aber in der Praxis überzeugend



- Statt Bruchband heute Mesh-Op

- Es gibt einige Probleme mit Implantaten :
  Schmerz, Degradation, Migration, Infektion, Rezidiv (z.T. nach Jahren!)
- Daher weitere Optimierung der Implantate angezeigt: Meshes der 3. Generation (biologisch aktiv)
- **Wie lange sollen/wollen/können wir warten**, bis mögliche RCT's eine erfolgte Verbesserung beweisen (falls dies überhaupt möglich ist) ?



# Veränderung der effektiven Porosität unter Belastung





# Experimental Comparison of Monofile Light and Heavy Polypropylene Meshes: Less Weight Does Not Mean Less Biological Response

Dirk Weyhe, MD,[1] Inge Schmitz, PhD,[2] Orlin Belyaev, MD,[1] Robert Grabs,[1] Klaus-Michael Müller, MD,[2] Waldemar Uhl, MD,[1] Volker Zumtobel, MD[1]

[1]Department of Surgery, St. Josef Hospital, Ruhr University, Bochum, Germany
[2]Institute of Pathology, Bergmannsheil Hospital, Ruhr University, Bochum, Germany

World J Surg (2006) 30: 1586–1591
DOI: 10.1007/s00268-005-0601-0





Schlechtere Biokompatibilität von leichtgewichtig im Vergleich zu schwergewichtig

**Entscheidend für die Biokompatibilität ist die Porengröße: „effektive Porosität"**



Figure 2. A Macroscopic view of a light polypropylene mesh (Biomesh NK2, Cousin Biotech). B Electron microscopic image (×20) of a light polypropylene mesh (Biomesh NK2, Cousin Biotech).



Figure 1. A Macroscopic view of a heavy polypropylene mesh (Marlex, BARD). B Electron microscopic image (×20) of a heavy polypropylene mesh (Marlex, BARD).

# Kollagen I/III Ratio



Gentamicin



collagen I/III ratio
mean +/- sem



coll I/III ratio F8 mice, 21 days

## Qualitative Verbesserung der Narbe durch Gentamicin

**Meshes für die Bauchwandhernie:**
- „Flat mesh"
- „Tension free"

**Meshes für den Beckenboden:**
- Schmale Bänder
- Zug/Druckbelastung erwünscht

= unterschiedliches Anforderungsprofil !