EXHIBIT 6

Uwe Klinge

# Experimental investigations with alloplastic materials:
# Which properties are essential for use at the pelvic floor?

**Chirurgische Klinik der RWTH Aachen**



**HELMHOLTZ-INSTITUT FÜR BIOMEDIZINISCHE TECHNIK**



# Textile devices for abdominal wall hernia
## (stripe, plug or net)

- Experiences in surgery since 1959
  - High recurrence rate with suture repair
  - Smal plugs with high recurrence rate
  - The smaller the net, the higher the risk for recurrence = successful mesh repair depends on overlap
  - Use of large meshes for the repair of abdominal wall hernia
    - Tension free
    - Permanent reinforcement of local tissue
    - and of the entire scar because of defective scar formation
    - Problem: seroma, (late) infection, chronic pain, chronic wound (FBR)
    - Solution: large pore mesh with adjusted elasticity and strength, reduced surface and material, less inflammation and less fibrosis

# *Meshes for hernia repair*

| | |
|---|---|
| 1958: | introduction of *Meshes* by Usher (6 dogs) |
| since 1969: | Development of various open techniques for hernia repair |
| since 1986: | Lichtenstein technique for groin hernia |
| since 1992: | endoscopic procedures TAPP/TEP/IPOM |



*Various meshes*



Preperitoneal m*esh*-plasty

# Textile devices in the abdominal cavity

- – Gastric banding, Reinforcement of the hiatus (GERD) with sling/band (tension free?)
    - • Problem: migration, erosion
    - • Possible solutions
        - – Stretchable filaments ?
        - – Stable form even unter strain ?
        - – Optimal fibre geometry for minimal pressure to the filaments?
        - – Meshes visible in MRT?

- • Fundamental issue for the use of textile devices:
    - – „Reinforcement of an area with a mesh"
      or
    - – Reconstruction of stability by „tension banding with a sling" ?

# Therapy of an hiatal hernia with mesh – risk for erosion and migration



Hiatus





Fig. 13.1. a Reinforced posterior repair. b Relaxing incision. c Reinforced circular repair

Fig. 13.2. a Patched anterior repair. b Patched posterior repair. c Patched circular repair





Open questions:
collagen ?
PP ?
PTFE ?
circular ?
sling ?
fixation ?



# Textile charakteristics of meshes

| Trade name | Mersilene | Parietex | Prolene | Marlex | |
|---|---|---|---|---|---|
| Weight [g/cm$^2$] | **39,5** | **129,6** | **108,5** | **95,09** | |
| Stiffness [cN] | 0,38 | 9,98 | 6,71 | 34,66 | längs |
| | 0,06 | 24,21 | 12,89 | 134,39 | quer |
| Force tearing out a seam [N] | 15,2 | 68,5 | 57,0 | 57,2 | längs |
| | 15,5 | 55,4 | 74,6 | 55,8 | quer |
| Subsequent tearing force [N] | 0,64 | 3,36 | **0,05** | 0,66 | längs |
| | 0,68 | 2,78 | **4,41** | 4,03 | quer |
| Maximal force pressing through a stamp [N] | 19,54 | 90,38 | 90,93 | 58,8 | |

# Elasticity of textile meshes



# Elasticity of incorporated meshes in rats



small pores

large pores

# Stretchability and overlap

Stretchability in horizontal direction: Reduction of overlap in vertical direction

Stretchability in vertical direction: No reduction of overlap in vertical direction



# Tensile strength of meshes



- Tensile strength of suture repair in the groin
  - Lipton 1994:        1,3 N/cm
  - Read  1982:        0,5 - 2 N/cm
  - Wantz 1985:        0,1 - 0,3 N/cm
  - Peiper 1998:        0,5 N/cm

# Principle of textile hosieries

**Subsequent tearing force result from type of weaves**

**=**

**resistance to splitting !**









# Subsequent tearing force



May explain recurrences in case of **slit mesh**
- indirect recurrence (TAPP, Lichtenstein) ?
- parastomal recurrences ?
- failured suture of the mesh in case of revision operation ?

# Polymers used for hernia meshes



- polypropylene (PP)
  Marlex®, Prolene®, Atrium®, Premilene®, Vypro®

- polyethylene terephthalate (Polyester)
  Mersilene®, Parietex®

- polyvinylidenfluoride (PVDF)

- polytetrafluorethylene (ePTFE)
  DualMesh ®, GoreTex®

(biologic materials ?)





# Polypropylene

– In den ersten 2-3 Wochen akut-entzündliche Fremdkörperreaktion

– Nach 3 Wochen chronische FKR

– Wegen hoher Biegesteifigkeit der Monofilamente rel. offene Bindungen

– Langfristig Einsteifung und Oberflächenschäden

– Geringe Kosten für das Polymer

– Narbiges „bridging" bei Poren < 600-800 µm



**Prolene**



**Atrium**



# Polypropylene



- Process of polymerisation
  - orientation of CH$_3$-attachment to one single side: *isotactic*
  - alternating up/down: *syndiotactic*
  - random: *atactic*
- **In its pure form** polypropylene is **inappropriate**
  - very light
  - brittle
  - inflammable
  - shows rapid softening at higher temperatures
  - rapid degeneration
  - by UV radiation turning into powder within 1 year
- **Only by addition of stabilisator** (z.B. Chalk, soot, mica, glass, ethylene)
  - resistant to heat and autoclavable
  - resistance to fatigue
  - dense and flexible
  - translucent and little inflammable
- Prestretching increases tensile strength
- **What type of „polypropylene" is used for our meshes ???**



*C. R. Costello, S. L. Bachman, B. J. Ramshaw, S. A. Grant:*
**Materials Characterization of explanted polypropylene hernia meshes**
Journal of Biomedical Materials Research Part B: Applied Biomaterials,
Published Online: 6 Feb 2007 *(Kugel patch)*

„*The SEM micrographs displayed images of materials that were vastly different in topology than the pristine materials. The micrographs of explanted* **polypropylene** *materials exhibited cracks, surface roughness, and peeling indicative of* **surface degradation**, *while the pristine materials appeared smooth.*"

# Polypropylene

- Standard polymer for meshes
- Slow elongation
- increased stiffness over time
- slow degradation
- Acute inflammatory foreign body reaction
- Intra-abdominal adhesions
- Risk for migration due to increased cell turn over at the interface ?

# Polyester



- – **multifilament (infection ?)**
- – **degradation**
- – **seroma**
- – **Initially moderate acute inflammatory FBR**
- – **cells penetrate fibre**







MMP-2, rat, 90 days

# Immune response against polyester implants is influenced by the coating substances

Lutz Wilhelm,[1]* Roland Zippel,[2]* Thomas von Woedtke,[3] Heidrun Kenk,[4] Andreas Hoen
Maciej Patrzyk,[1] Michael Schlosser[5]
[1]Department of Surgery, University of Greifswald, Greifswald D-17487, Germany
[2]Department of Surgery, Hospital Riesa/Grossenhain, Riesa D-01589, Germany
[3]Institute of Low Temperature Plasma Physics, Greifswald, Greifswald D-17489, C
[4]Institute of Pathophysiology Karlsburg, University of Greifswald, Greifswald
[5]Department of Medical Biochemistry and Molecular Biology, University 7495, Germany

Received 2 July 2005; revised 29 August 2006; accepted 11 October
Published online 23 March 2007 in Wiley InterScience (www.i                    0.1002/jbm.a.31209

clinical relevance ?

Through this inve                 e able to show that the implantation of
polyester pro                    duced a significant humoral immune reaction.

# Polyester

|  | **Polyester** | **Polypropylene/PTFE** |
|---|---|---|
| Fistula | 16 % | 0 - 2 % |
| Infection | 16 % | 0 - 6 % |
| Recurrence | 34 % | 10 - 14 % |

Leber, Gorb, Alexander, Reed 1998, Springfield Mass.
Follow-up 6.7 years, 200 inc. hernia (138 PP, 32 Polyester, 30 PTFE)
in Arch Surgery 133: 378-382

# Polyester

- Standard polymer for vascular grafts
- degradation (surface↑) ?
- Multifilaments with increased risk for infection ?
- Multifilaments with reduced perifilamentary necrosis ?
- Human antibodies ?

 

# ePTFE

- rather „film" than porous net
- little adhesions
- long-term degradation ?
- prone for infection (Il-10 ↑)
- expensive









MMP-2 rat 90 days

# Major mesh-related complications following hernia repair
# Events reported to the Food and Drug Administration

T. N. Robinson[1] ✉, J. H. Clarke[1], J. Schoen[1] and M. D. Walsh[1]

Surg Endosc. 2005 Dec;19(12):1556-60

Table 1. Major complications related to mesh material types

|  | All mesh (%) | PP (%) | COMP (%) | Sepra (%) | PTFE (%) | BIO (%) |
|---|---|---|---|---|---|---|
| Infection | 42 (107) | 43 | 42 | 13 | 75† | 29 |
| Mechanical failure | 18 (46) | 17 | 12 | 80* | 0 | 0 |
| Pain | 9 (23) | 10 | 11 | 0 | 13 | 0 |
| Reaction | 8 (20) | 10 | 0 | 0 | 0 | 57 |
| Intestinal | 7 (18) | 4 | 14* | 7 | 13 | 0 |

All mesh, combination of all mesh types reported; PP, polypropylene; COMP, composix mesh, SEPRA, Seprafilm/polypropylene mesh; PTFE, expanded polytetrafluoroethylene; BIO, combination of all mesh created from human or animal collagens; Reaction, foreign body reaction; Intestinal, intestinal complications including fistula and bowel obstruction

*$p < 0.05$

†$p = 0.07$





Excerpta Medica

The American Journal of Surgery®

The American Journal of Surgery 184 (2002) 154–159
Scientific paper

# The structure of a biomaterial rather than its chemical composition modulates the repair process at the peritoneal level

Juan M. Bellón, Ph.D.*, Francisca Jurado, Ph.D., Natalio García-Honduvilla, Ph.D., Raquel López, M.D., Antonio Carrera-San Martín, Ph.D., Julia Buján, Ph.D.

Department of Morphological Sciences and Surgery (Surgical Research Laboratory), Faculty of Medicine, University of Alcalá, Crta. Madrid-Barcelona, km 33.6, 28871 Alcalá de Henares, Madrid, Spain

Manuscript received November 28, 2001; revised manuscript April 29, 2002



„The inflammatory response induced by this material was extensive."

ePTFE sheath, 10 years

(**C**) reticular prosthesis composed of ePTFE suture thread (CV-4).

# ePTFE

- Standard polymer for vascular grafts
- degradation ?
- infection ↑
- shrinkage
- no elasticity
- New devices with large pore nets of PTFE ?

# PVDF

– **Stronger than PP**

– **Heavier than PP**
Polypropylene 0.9 g/cm³
Polyvinylidenfluoride 1.8 g/cm³

– **More resistant than PP to degradation**

– **Little inflammatory activity**

– **Decreased risk for bridging so that smaller pores can be realized**



$$-CH_2-\overset{\displaystyle F}{\underset{\displaystyle F}{C}}-_n$$







**Prolene**              **PVDF**

# Polyvinylidene Fluoride Monofilament Sutures: Can They Be Used Safely for Long-Term Anastomoses in the Thoracic Aorta?

Gaétan Laroche, Yves Marois, Erwin Schwarz, Robert Guidoin, Martin W. King, Edouard Pâris, and Yvan Douville

*Département de Chirurgie, Université Laval, Institut des Biomatériaux du Québec, Hôpital Saint-François d'Assise, et Département de Chirurgie, Hôpital du St. Sacrement, Québec, Canada*



**FIG. 5.** The residual tensile strength of PVDF and polypropylene sutures during the 7 years of exposure to hydrolytic conditions is illustrated.

9 years. During incubation, the PVDF polymer experienced molecular rearrangements from a mixture of so[...]

**tensile strength after 9 years**
**PVDF→92.5 %, PP→53.4 %**

ec[...] as well as a loss of 7.5% of its original tensile strength. In contrast, the polypropylene samples showed no crystalline rearrangement but more extensive oxidation and water imbibition, which it is believed were in part responsible for the 46.6% loss of initial tensile strength. The tissue response of the

# Little adhesions to PVDF-IPOM

21 days, rat



# Biological response to implanted meshes

= "chronic wound"



# Tissue integration changed mesh appearance





**textile meshes**

**meshes *in vivo***

Case 2:12-md-02327  Document 2767-22  Filed 04/27/16  Page 32 of 67 PageID #: 136328

# Surface determines apoptosis, not the polymer



polypropylene

N=270, mean implantation period 2 years

# Extent of inflammation and fibrosis depends on mesh structure (*porosity*)





= heavy weight          = light weight

Klosterhalfen et al Br J Surg 2002

# Textile structure with pores: tissue integration instead of fixation

1 week

1 year

# Explanted meshes



**Prolene, 2y**

**Ti-mesh, 1y**

**Parietex comp, 3y**

**PTFE, 4y**

**PVDF, 5m**

# The pores and „bridging"



Pore < 600 µm: confluent scar plate („Bridging")



Pore > 3 mm: perifilamentary fibrosis („scar net")

# Histogram of mesh pore size



# „Effective" porosity considers foreign body granloma

**foreign body granuloma**







**pore**

Minimum distance to prevent bridging:
Polypropylene PP                    1000 µm
Polyvinylidenfluorid PVDF           600 µm



**granuloma**



**„recovery area"**
**= „effective" porosity**

# "Effective" porosity of meshes, considering pore geometry



colour image

Histogram of pore size

Pores >1000 µm in all directions



No effective porosity

No effective porosity

*J Biomed Mater Res B Appl Biomater. 2007 May 11*

# Deformation of pores <u>under stress</u> with consecutive reduction of „effective" porosity



**Slim pore: no „effective" porosity**

**traction**

**Preserved tall pore: „effective" porosity**



picture area

picture area

10 cm

F

# Stable structure under strain ?

**DynaMesh SIS**

probe dimensions:10 cm x 1,1 cm
picture size:  30,3 mm x 11,1 mm

  

force: 0,00 N          force: 9,81 N          force: 19,62 N

**Prolene**

probe dimensions:10 cm x 1,1 cm
picture size:  30,3 mm x 11,1 mm

  

# Clinical problems leading to removal of mesh material



**18%**

**55%**

**27%**

■ recurrence   ■ complaints   □ infection

347 explanted meshes for clinical problems

*Prof. Klosterhalfen, Düren, Germany*

# Shrinkage



WORLD
Journal of
SURGERY
© 2005 by the Société
Internationale de Chirurgie

## Relationship Between Tissue Ingrowth and Mesh Contraction

Rodrigo Gonzalez, M.D.,[1] Kim Fugate,[1] David McClusky III, M.D.,[1] E. Matt Ritter, M.D.,[1] Andrew Lederman, M.D.,[1] Dirk Dillehay, Ph.D.,[2] C. Daniel Smith, M.D.,[1] Bruce J. Ramshaw, M.D.[3]



**Fig. 3.** All mesh prostheses in the study underwent contraction between 5% and 65% of their original size. Polyester mesh underwent less contraction than polypropylene mesh.



**Fig. 4.** Mesh that underwent the most contraction had detached from the fixation points.

# Chronic fistula to an onlay PP-mesh



Mesh explantation and suture repair

# Mesh and chronic pain



Small pore heavy weight PP-mesh,
explantiert wegen Schmerzen (S 100)



# Explantation of hernia meshes for chronic pain



*326 human explanted meshes (100 for pain)*

# Reduction of mesh related complications improving ….

- stretchability
- strength
- amount of material
- pore size
- filament geometry
- polymer
- surface
- tissue response by coating with ?)

# Therapy of reflux esophagitis with mesh – risk for erosion and migration





mobility

stiff scar

# Mesh at the pelvic floor

# Polypropylene mesh



**Fig 4-09 (Above left)** Monofilament tape. The monofilaments are 100-150 microns thick. The spaces are relatively large. The diamond-shape allows the tape to be stretched into thin string which may transect the urethra.

**Tape**        **Hernia**

*PE Papa Petros: The female pelvic floor. Springer Medizin-Verlag Heidelberg, 2007, ISBN 978-3-540-33663-1*



**040809:**
**Thomas, Henry , 10.12.1970**
**Mesh: Prolene**
**Implanted for 24 month**
**Pain: yes**
**Recurrences: several**



**sling**

# Incontinence: tapes and slings



# Roll in of the tape



# Different strength of various tapes



S = Start
P = Pull
R = Return

Dietz HP, Vancaillie P, Svehla M, Walsh W, Steensma AB, Vancaillie TG.
*Pelvic Floor Unit, Royal Hospital for Women and Orthopaedic Research Lab., Prince of Wales Hospital*

**"Mechanical properties of implant materials used in incontinence surgery"**

| Material | Mean Stiffness (N/mm) | Mean Peak Load (N) |
|---|---|---|
| Nylon 66 | 6.83 (StD .28) | 422.0 (StD 28) |
| IVS | 1.58 (StD.31) | 46.2 (StD 4.2) |
| TVT | 0.23 (StD .05) | 68.1 (StD 25.8) |
| Gore-Tex Soft Tissue Patch | 2.68 (StD.24) | 84.1 (StD 2.2) |
| Gore-Tex Mycro Mesh | 2.61 (StD.11) | 71.3 (StD 8.3) |
| Mersilene | 1.17 (StD .14) | 50.3 (StD 6.3) |
| Prolene | 0.53 (StD .06) | 56.4 (StD 5.9) |

# Textile device at the pelvic floor:
## flat mesh or tape ?



*PE Papa Petros: The female pelvic floor. Springer Medizin-Verlag*
*Heidelberg, 2007, ISBN 978-3-540-33663-1*

# *Tension free* and tape, is it possible ?



Force of the tissue

*PE Papa Petros: The female pelvic floor. Springer Medizin-Verlag
Heidelberg, 2007, ISBN 978-3-540-33663-1*

# Tension to the fibre    Comet tail necrosis











# Comet tail as consequence of disturbed tissue archtitecture



**5-7 fold**
**FD 500 μm**

**2-3 fold**
**FD 260 μm**

**1 fold**
**FD 85 μm**

# (retarded) complications

- Obstruction by mesh shrinkage
- Infection
- migration and erosion, fistula formation
- pain

**Cd 68**                              **MMP-2**



# Erosion <u>silicone</u>



**TRANS-OBTURATOR TAPE (T.O.T.®) FOR THE TREATMENT OF FEMALE STRESS URINARY INCONTINENCE : A MULTICENTRIC PROSPECTIVE STUDY**

Boccon Gibod  et al.

The rate of vaginal extrusion observed with Uratape® (5.6%) is certainly due to the silicon part under the urethra. With Obtape® (100% polypropylene) this rate (1.9%) decreased dramatically, and is in some cases related to a perforation of the sulcus of the vagina. Nevertheless, this rate is comparable to what has been already published with other polypropylene tapes.


**Complications of silicone sling insertion for stress urinary incontinence.**

Duckett JR, Constantine G. Department of Obstetrics and Gynaecology, Good Hope Hospital, Sutton Coldfield, West Midlands, United Kingdom.

However, after 7 slings were inserted the study was terminated due to a high complication rate related to erosion and sinus formation in 5 slings which were removed. Complications developed immediately or up to 11 months after sling insertion. Continence was maintained in 4 of the 5 women after the slings were removed. CONCLUSIONS: **Silicone is an inappropriate material** for suburethral sling placement when used as described in our cases, caution should be exercised when placing silicone slings at this site.

# 2 years after TVT operation





Prolene

**Mersilene**

**Falconer et al., Int. Urogyn. J., 2001**

**Erosion of woven polyester pubovaginal sling.**
**Kobashi KC, Dmochowski R, Mee SL, Mostwin J, Nitti VW, Zimmern PE, Leach GE.**
Tower Urology Institute for Continence, Cedars-Sinai Medical Center, Los Angeles, California, USA
CONCLUSIONS: <u>Woven polyester slings treated with pressure injected bovine collagen</u> are prone to erosion. Although the ProteGen sling was recalled in January 1999, patients who have had the sling placed must be followed closely.

# Monofilament vs. multifilament

**10 CASES OF INFECTIONS WITH SUB-URETHRAL MULTIFILAMENT POLYPROPYLENE MESH SLING REQUIRING REMOVAL OF THE SLING**

Baghi A[1], Trastour C[1], Benizri E[2], Bongain A[1]  *[1]Department of Gynecology and Obstetrics, [1]Urologic Center, Belvedere Clinic , Nice*

**Concluding message**

It seems that <u>multifilament mesh is more likely to be infected</u> and requires sling removal, contrary to rare infections with monofilament mesh in literature. It is important to report all specificities of such prostheses which are more and more used in vaginal surgery, especially in prolapse cure procedures.

**Erosion, defective healing and extrusion after tension-free urethropexy for the treatment of stress urinary incontinence.**

Glavind K, Sander P  Department of Obstetrics and Gynecology, Aalborg Sygehus Nord, 9000, Aalborg, Denmark. glavind@dadlnet.dk

A case-control study was performed in two departments performing tension-free urethropexy for the treatment of stress urinary incontinence. During a period of 4.5 years, 127 cases of tension-free vaginal tape operations (TVT) and 42 cases of intravaginal slingplasty (IVS) were performed. In the TVT group one case of urethral erosion was observed, but in the IVS group six cases of defective healing, erosion or extrusion were observed. It is considered that the complications <u>might be due to the multifilamentous</u> nature of the IVS tape in contrast to the monofilamentous nature of the TVT tape.

# Requirements for textile devices

- Elasticity ?
- Stiffness ?
- Strength ?
- Stable structure under strain?
- Fibrosis?
- Inflammation?
- Tissue integration?
- Migration, cell turnover

- No multifilament?
- No silicone?
- No polyester?

**mesh ?**
or
**Tape ?**

# Evolution of Meshes

- **1. Generation:** Usher 1959 introduced PP and Polyester meshes in dogs → but meshoma, pain, seroma

- **2. Generation:** Light-weight meshes with reduced amount, large pores, Vypro with multifile PP (Aachen 1993) → but abdominal adhesions, stability of the textile structure without absorbable additive ? Monofile construction ?

- **3. Generation:** Mesh with further reduced surface and increased effective porosity in form stable, monofilament structures of PVDF with least inflammatory activity
  → but recurrence, migration ?

- **4. Generation:** bioactive mesh modifying tissue reaction and wound healing by coating with ? Glucamesh? Gentamicin? _____?



# <u>Requirements for textile structures at the pelvic floor</u>

Large pore (> 1 mm, no Film), moderate elasticity (< 10%), high form stability under strain to avoid roll in !

Little tensile strength (> 2 N/cm)

Width of = 1 cm, since smaller tapes cut through easier

Little tension to the fibres

Little remodelling at the fibre surface

Little inflammation, little fibrosis = little shrinkage

No sharp edges

Permanent polymer with standardized properties (no Polyester, no silicone, no biological)

# Thank you very much
# for your kind attention

**Prof. Dr. med. Uwe Klinge**
Institute for applied medical engineering
Helmholtz institute for applied medical technology
e-mail: Klinge@hia.rwth-aachen.de
RWTH Aachen and University Hospital Aachen
Pauwelsstraße 20-30
52074 Aachen
Germany
Tel.  0049 241 8080653 / 8089352

- Visceral Surgeon -
Surgical Department
e-mail: Uklinge@ukaachen.de





•**Chirurgische Klinik der RWTH Aachen**

**AME** APPLIED MEDICAL ENGINEERING

**HELMHOLTZ-INSTITUT FÜR BIOMEDIZINISCHE TECHNIK**

**RWTH**