EXHIBIT "X"

# Pores Collapse Under Tension




P2995 - ETH.MESH.05237872; PLT0697 - Otto, J., Kaldenhoff, E., Kirschner-Hermanns, R., Muhl, T., Klinge, U. Elongation of textile pelvic floor implants under load is related to complete loss of effective porosity, thereby favoring incorporation in scar plates. Wiley Online; PL452 - ETH.MESH.PM.000007;

PLAINTIFFS' TRIAL EXHIBIT
2:12-cv-22473
Bellew v. Ethicon et al
P3361

PLAINTIFF'S EXHIBIT
P3361