# EXHIBIT 2

Howard C. Jordi, Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

- - - - - - - - - - - - - - - - - - x

IN RE:  ETHICON, INC. PELVIC REPAIR   Master File No.
                                      2:12-MD-02327
SYSTEM PRODUCTS LIABILITY LITIGATION  MDL 2327

- - - - - - - - - - - - - - - - - - x
THIS DOUCMENT RELTES TO:
DIANNE M. BELLEW

              Plaintiff

      v.                        Case No. 13-cv-22473


ETHICON, INC., et al.

              Defendants

- - - - - - - - - - - - - - - - - - x



        DEPOSITION OF HOWARD C. JORDI, PH.D.

              Tuesday, August 19, 2014

                   9:03 a.m.

              Jordi Labs, LLC

              200 Gilbert Street

              Mansfield, Massachusetts



        Michelle Keegan, Court Reporter

Howard C. Jordi, Ph.D.

---

Page 2

A P P E A R A N C E S :

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
By: Daniel Thornburgh, Esq.
17 E. Main Street, Suite 200
Pensacola, Florida 32502
Phone: (850) 202-1010
E-mail: dthornburgh@awkolaw.com
Counsel for the Plaintiff


THOMAS COMBS & SPANN, PLLC
By: David B. Thomas, Esq.
300 Summers Street, Suite 1380
Charleston, West Virginia 25301
Phone: (304) 414-1807
E-mail: dthomas@tcspllc.com
Counsel for the Defendants

and

BUTLER SNOW LLP
By: Chad R. Hutchinson, Esq.
1020 Highland Colony Parkway
Ridgeland, Mississippi 39157
Phone: (601) 948-5711
E-mail: chad.hutchinson@butlersnow.com
Counsel for the Defendants

and

TUCKER ELLIS LLP
By: S. Peter Voudouris, Esq.
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113
Phone: (216) 696-4634
E-mail: peter.voudouris@tuckerellis.com
Counsel for the Defendants

Also Present:
Amanda Lee

---

Page 4

EXHIBITS (continued)

Exhibit 7    Expert Report of Thomas A. Barbolt,    12
             Ph.D., DABT, 1981 2011

Exhibit 8    Expert Report Prepared by Michael      12
             Greenberg, M.D., M.P.H., Consulting
             Toxicologists, LLC, August 6, 2014

Exhibit 9    Handwritten Pages from Laboratory       12
             Notebook

Exhibit 10   Article entitled, "Dependence of the    23
             Melting Point of Isotactic
             Polypropylenes on their Molecular
             Weight and Degree of
             Stereospecificity of Different
             Catalytic Systems"

Exhibit 11   Document entitled, "Formalin            62
             Treatment for the PP Surgical Mesh
             Controls"

Exhibit 12   Document entitled, "Nanothermal         64
             Analysis of Raw and Treated
             Polypropylene Mesh Fibers, June 29th,
             2014, Eoghan Dillon"

Exhibit 13   Document entitled, "SEM Analysis        65
             Report"

Exhibit 14   Jordi Labs LLC Invoice 9475             67
             dated 7/9/14

Exhibit 15   Handwritten Document                   257

Exhibit 16   Jordi Labs LLC Invoice 9323            255
             dated 5/30/14

---

Page 3

I N D E X

Deposition of:                                    Page
HOWARD JORDI, PH.D.
Examination by Mr. Thomas            5
Examination by Mr. Hutchinson        181
Examination by Mr. Thornburgh        239
Further Examination by Mr. Hutchinson    255

E X H I B I T S

No.                              Page

Exhibit 1    White Three-Ring Binder of Documents    6
             entitled, "Expert Report of Howard
             Jordi, New Jersey Case"

Exhibit 2    White Three-Ring Binder of Documents    6
             entitled, "Expert Report of Howard
             Jordi, Bellew Case"

Exhibit 3    Rule 26 Expert Report of Howard         9
             Jordi, Ph.D.

Exhibit 4    Document on Ethicon, Inc. Letterhead   10
             dated November 5, 1984, entitled,
             "Dr. A.J. Melveger, Prolene
             Microcracking," Bates-numbered
             ETH.MESH. 15958452 through -15958469
             and documents Bates-numbered
             DEPO.ETH.MESH. 00004755 through -369

Exhibit 5    Document entitled, "August 6, 2014,    11
             Expert Report of Shelby F. Thames,
             Ph.D."

Exhibit 6    Rule 26 Expert Report of Vladimir      12
             Iakovlev, MD, FRCPC, FCAP

---

Page 5

P R O C E E D I N G S

HOWARD C. JORDI, PH.D.,
having been satisfactorily identified and duly sworn by
the Notary Public, was examined and testified as
follows:

EXAMINATION
BY MR. THOMAS:

Q.  Good morning, Dr. Jordi.

A.  Good morning.

Q.  How are you today?

A.  Good.  Thank you.

Q.  Good.  Dr. Jordi, I've had the pleasure of
taking your deposition before.  Correct?

A.  Yes, you have.

Q.  And that was in the Lewis case?

A.  Yes.

Q.  And a number of the exhibits, meshes, that you
analyzed in the Lewis case are a part of your report in
both the Bellew case and the New Jersey consolidated
case.  Correct?

A.  Correct.

Q.  It's my goal and my representation to the
plaintiffs that I will not ask questions about Lewis and
Batiste that I could have asked before at your prior
deposition, and I will endeavor to do that.

---

2 (Pages 2 to 5)

Howard C. Jordi, Ph.D.

Page 6

1    Please be patient with me because there will be
2  times when I have to refer to that testimony as a
3  predicate for questions I'm going to ask you about the
4  Bellew case and the New Jersey case. Fair enough?
5    A. Yes, sir.
6    Q. And there may be times that Mr. Thornburgh
7  wants to discuss that with me before he lets you answer
8  the question. And if you'll just be patient with us,
9  we'll work through it in an effort to get the best
10  answers we can. Fair enough?
11    A. Fair enough.
12    MR. THOMAS: These depositions are in two
13  cases. One is on the Bellew case, which is an MDL case
14  pending before Judge Goodwin, in the Southern District
15  of West Virginia. The second case I know as the
16  New Jersey consolidated cases. And the report I have by
17  Dr. Jordi is dated May the 20th, 2014.
18    Q. Have I accurately described the two reports
19  that we're here to talk about today?
20    A. I believe so.
21    MR. THOMAS: I'm going to mark the Bellew
22  expert report as Jordi Number 1 and the New Jersey
23  expert report as Jordi Number 2.
24    (Exhibit Numbers 1 and 2
25    marked for identification)

Page 7

1    Q. And I will tell you that, in going through the
2  Bellew expert report, I found out that for whatever
3  reason my color copier computer was unable to copy
4  page 20 of your report.
5    A. Of the Bellew?
6    Q. Of the Bellew report. Just so you know, those
7  are the images of the -- photographic images of the
8  explants, I think.
9    A. Would you like a copy?
10    Q. I have a copy. Do you have one? I just don't
11  have one in this exhibit. I want to make sure that the
12  record is clear that this exhibit is missing page 20
13  because I couldn't get it to copy for whatever reason.
14    A. I can make a copy right now and you can put it
15  in if you want. It just takes a second.
16    Q. We'll do it later. I have a limited amount of
17  time.
18    And you have some documents in front of you.
19  What do you have in front of you?
20    A. Bellew report.
21    Q. Okay. Do you have a copy of your New Jersey
22  report in front of you?
23    A. I don't believe I do. No, I don't.
24    Q. Okay. What --
25    A. Do you want me to get one?

Page 8

1    MR. THORNBURGH: He's got copies.
2    Q. What other documents do you have in front of
3  you?
4    A. Ethicon document dated November 5th, 1984.
5    Do you want ETH MESH numbers?
6    Q. Is that a category of documents, if you will?
7  How would you describe the documents that you have in
8  front of you?
9    A. ETH MESH documents of studies done by Ethicon
10  scientists in the '84 time frame.
11    Q. Are the documents that you have in front of you
12  the documents that are recently added to your reliance
13  list?
14    A. I believe so, yes.
15    Q. Okay. Did you bring your file with you to the
16  deposition?
17    A. File?
18    Q. Your file information, as requested by the
19  subpoena attached to the notice of deposition.
20    A. You mean billings and all that stuff?
21    Q. Yeah.
22    MR. THORNBURGH: Here you go.
23    A. This you should have. It's actually part of
24  your --
25    Q. Not like this, though.

Page 9

1    MR. THOMAS: Let me mark as Jordi Exhibit
2  Number 3 a document that you have in front of you.
3    (Exhibit Number 3
4    marked for identification)
5    Q. Is this your working copy of the Bellew expert
6  report?
7    A. Yes. Right. Minus the data. The data is back
8  here.
9    Q. Okay.
10    A. You have everything.
11    MR. THORNBURGH: Just so -- I just want to make
12  sure that he gets the original back because it's got his
13  notes on it. It may have his notes on it or
14  highlighting or tabbing. So he needs to get those back,
15  the original. We can make a copy for you, but he needs
16  that.
17    MR. THOMAS: I understand that. I just need a
18  copy of Exhibit Number 3 with his notes and sticky tabs.
19    MR. THORNBURGH: Sure.
20    Q. I have in my hand -- is this a group of
21  documents that you recently received?
22    A. Yes.
23    MR. THOMAS: I'm going to mark collectively as
24  Exhibit Number 4 three sets of documents. One has a
25  cover page of November 5th, 1984. It bears the ETH MESH

3 (Pages 6 to 9)

Howard C. Jordi, Ph.D.

Page 10

1 Number 15958452. The second one bears the ETH MESH
2 Number 15958336. It begins November 13th, 1984. And
3 the last one is ETH MESH 15955462, a document dated
4 May 2, 1984.
5         (Exhibit Number 4
6         marked for identification)
7     Q. When did you receive the documents that are in
8 Exhibit 4?
9     A. Yesterday.
10     Q. And what did you do with the documents that you
11 have in Exhibit 4?
12     A. I just read them.
13     Q. I notice there's some highlighting on those
14 documents. Is that highlighting yours?
15     A. Yes.
16     Q. Did you make any notes based on your review of
17 those documents?
18     A. No.
19         MR. THORNBURGH: Just so the record is clear,
20 these are documents that we received from you very
21 recently.
22         MR. THOMAS: Yeah, the record will reflect when
23 they were produced to you.
24     Q. Do you have any notations, comments, written or
25 dictated information of any kind related to the

Page 11

1 documents you reviewed in Exhibit 4?
2     A. Any notes? No.
3     Q. Did you dictate anything electronic?
4     A. No.
5     Q. So anything that I wanted to find that's
6 written down, memorialized, about your observations as
7 Exhibit 4 would be in the documents themselves?
8     A. Correct.
9     Q. What other documents did you bring with you
10 today other than what you've handed me here?
11     A. A copy of Shelby Thames's report, expert
12 report.
13     Q. May I have that, please?
14     A. This would be part of that. It's his data.
15         MR. THORNBURGH: And again, Dave, we'll make
16 copies so that he has the originals.
17         MR. THOMAS: Let me mark Shelby Thames's
18 information as Jordi Number 5.
19         (Exhibit Number 5
20         marked for identification)
21     Q. What else do you have?
22     A. Expert report of Thomas Barbolt, expert report
23 of Michael Greenberg, expert report of Vladimir
24 Iakovlev, lab notebook relating to this particular case.
25     Q. Okay.

Page 12

1         MR. THOMAS: I'll mark Iakovlev report as
2 Jordi 6, the Barbolt report as Exhibit 7, the Greenberg
3 report Exhibit 8, the lab notebook book reference, which
4 I'll mark as Jordi Exhibit 9.
5         (Exhibit Numbers 6 through 9
6         marked for identification)
7     Q. This is a Jordi Laboratories lab notebook?
8     A. Yes.
9     Q. And what does Exhibit 9 represent in terms of
10 work done by Jordi Labs?
11     A. Just details from the time from when the
12 samples were divided between us and Dr. Thames,
13 Dr. Owen, and all the various sample prep steps for
14 various tests -- PYMS, LCMS, FTIR, et cetera -- run by
15 Jordi.
16     Q. And whose handwriting -- I guess there's
17 different handwriting on them all.
18     A. There's different handwritings.
19     Q. Whose lab notebook is this?
20     A. Well, it's a Jordi Lab notebook.
21     Q. Okay. It's not assigned any particular person?
22     A. No, because it's handled by -- we have a
23 process here. And that's part of the process that we
24 have a lab notebook for everything that's done.
25     Q. Is the lab notebook, Exhibit 9, dedicated to

Page 13

1 this project?
2     A. Just this project.
3     Q. So to the extent this lab notebook starts on
4 page 28, what's on pages 1 through 27?
5     A. I don't --
6         MR. THORNBURGH: They've been produced
7 previously throughout the course of this litigation.
8         MR. THOMAS: Okay.
9     Q. Is there a complete copy of the lab notebook
10 here at Jordi Labs?
11     A. Yes.
12     Q. I want to see that sometime today. Not right
13 now.
14         Let's start with the Bellew case, Doctor. What
15 did you set out to do in the Bellew case?
16     A. We were just asked to analyze the Bellew
17 samples -- sample to see what we could learn about its
18 chemical makeup, see if there were any differences
19 between the material in it and the material in pristine.
20     Q. And when you say the "Bellew sample," what is
21 the product name of the Bellew sample?
22     A. (No verbal response)
23     Q. Do you know the name of the product without
24 looking at it?
25         MR. THORNBURGH: He's got his expert report.

Howard C. Jordi, Ph.D.

Page 14

1    You can refer to the expert report if you want
2 to.
3    MR. THOMAS: Let's let the record reflect he's
4 looking at the expert report to determine the name of
5 the product.
6    A. We called it "pristine exemplar," is the
7 sample, the nomenclature we use.
8    Q. Do you know the name of the Ethicon product
9 that you examined?
10    A. Give me a second. It's in the report. TVT,
11 TVT-O. This one was a different material.
12    (Pause)
13    Q. Doctor, that's okay. We can come back to that
14 in a minute.
15    A. I can find it.
16    Q. You mentioned that this was a different
17 material. What do you mean by that?
18    A. It was 100 microns across versus the 170-micron
19 material that was for the TVT, TVT-O run previously.
20    Q. Different than -- the dimensions?
21    A. Different dimensions.
22    Q. Any chemical difference between the sample that
23 you tested for the --
24    A. Excuse me. Gynecare Prolift.
25    Q. Okay. Gynecare Prolift is the name?

Page 15

1    A. Gynecare Prolift TM.
2    Q. And you're reading from page 15 of --
3    A. 16.
4    Q. -- 16 of your report? Okay.
5    How was the -- Strike that.
6    And the materials that you analyzed previously
7 in the Lewis case and in the Husky and Edwards case were
8 the TVT materials?
9    A. Yes.
10    Q. How does the TVT differ chemically from the
11 Prolift device that you analyzed in Bellew?
12    MR. THORNBURGH: Objection.
13    A. Chemically?
14    Q. Yes.
15    A. To my knowledge, it doesn't. They're both
16 polypropylene.
17    Q. Did you undertake any analysis to determine
18 whether the Prolift that you analyzed for the Bellew
19 case is different from, chemically, the TVT that you
20 analyzed in Lewis, Husky, and Edwards?
21    A. We undertook lots of chemical analyses to
22 determine what it was, yes.
23    Q. Did you undertake any chemical analysis to
24 determine whether they were -- whether the Bellew sample
25 that you analyzed was different chemically from the TVT

Page 16

1 samples that you analyzed in Lewis, Husky, and Edwards?
2    A. That wasn't the purpose of the analysis per se.
3 We were just to analyze it.
4    Q. Okay.
5    A. We have those results.
6    Q. Now, all of the meshes that you've analyzed in
7 your work in this litigation that involve Ethicon have
8 involved Prolene mesh. Correct?
9    A. Yes.
10    Q. And Prolene mesh has as its base component
11 polypropylene?
12    A. That's correct.
13    Q. And polypropylene mesh -- Strike that.
14    And the -- what makes Prolene different from
15 generic polypropylene mesh are the additives that are
16 included in Prolene. Correct?
17    A. It's their unique formulations, yes.
18    Q. And what is it about the -- What are the unique
19 additives to Prolene that make it different from generic
20 polypropylene?
21    A. Well, you have Santonox R. It's an
22 antioxidant, you have dilauryl thiodipropionate as an
23 antioxidant, and you have other additives to make it
24 more easy to extrude the fibers.
25    Q. And why are these additives included with the

Page 17

1 polypropylene to make this Prolene?
2    MR. THORNBURGH: Objection.
3    A. They're put in there to stabilize it.
4    Q. And do you understand that Ethicon regards the
5 additives included in its Prolene suture to be
6 proprietary?
7    A. Yes.
8    MR. THORNBURGH: Objection.
9    Q. Do you know whether --
10    MR. THORNBURGH: Give me a second between his
11 question and your answer to lodge an objection. Okay?
12 Just a hair of a second.
13    THE WITNESS: Yes, sir.
14    Q. Have you analyzed the polypropylene mesh of any
15 other manufacturer?
16    A. I don't believe so. I don't run the company
17 any more on a day-to-day basis, so it's possible
18 somebody else has done some analysis, but I don't know
19 of it. I don't believe we have.
20    Q. Do you know whether the chemical composition of
21 Prolene is different from the chemical composition of
22 polypropylene mesh manufactured by other companies?
23    MR. THORNBURGH: Objection.
24    A. I do not.
25    Q. Do you know whether the Prolene in

5 (Pages 14 to 17)

Howard C. Jordi, Ph.D.

| Page 18 | Page 20 |
|---|---|

**Page 18**

1 polypropylene sutures is the same chemical composition
2 as the Prolene that's contained in the polypropylene
3 mesh?
4 　　　MR. THORNBURGH: Objection.
5 　　A. Repeat the question, please.
6 　　Q. Do you know whether the Prolene that is used in
7 Ethicon's polypropylene -- Strike that.
8 　　　Do you know whether the chemical composition of
9 Ethicon's Prolene sutures is the same as the chemical
10 composition of the Ethicon Prolene mesh?
11 　　　MR. THORNBURGH: Objection. I assume you're
12 talking about today, currently?
13 　　　MR. THOMAS: Yes.
14 　　A. To my knowledge, they all contain the same
15 additives, at least the antioxidants.
16 　　Q. Do you know how long they've contained the same
17 additive package?
18 　　　MR. THORNBURGH: Objection.
19 　　A. I believe since the time it was first
20 introduced.
21 　　Q. Okay. When was Miss Bellew's implant?
22 　　A. I think it was taken out in 2012. Around 2008,
23 2009 maybe.
24 　　　When she had the implant?
25 　　Q. Yes.

**Page 19**

1 　　A. To the best of my knowledge, 2008, 2009.
2 　　Q. And when you say best of your knowledge, what
3 is that knowledge based on?
4 　　A. Data that comes out of Steelgate.
5 　　Q. Can you give me any more firm date than 2008 or
6 2009?
7 　　A. I could find it easily. I don't have it off
8 the top of my head, no.
9 　　Q. Was the date of her implant important to your
10 opinions in this case?
11 　　A. Not at all.
12 　　Q. What was the date of her explant?
13 　　A. I understand it to be around 2012.
14 　　Q. Do you know when in 2012?
15 　　A. I do not.
16 　　Q. Is the date of her explant important to your
17 opinions in this case?
18 　　　MR. THORNBURGH: Objection.
19 　　A. Since I was trying to analyze its composition
20 at this point in time, no, it had no bearing.
21 　　Q. Do you know how long following the explant the
22 explanted mesh was stored in formalin?
23 　　A. Well, it would have been from the --
24 approximately two years. It would have been from the
25 time of the explant to the time of our analysis.

**Page 20**

1 　　Q. Have you sought to calculate the time that the
2 explant for Miss Bellew was stored in formalin before
3 you conducted your analysis?
4 　　　MR. THORNBURGH: Objection.
5 　　A. I'm sorry. Have I done what?
6 　　　(Record read)
7 　　A. Well, it would have to be about two years.
8 That's all I can tell you.
9 　　Q. Did you undertake to calculate the amount of
10 time that the mesh was stored in formalin --
11 　　A. Why would I? I'm trying to analyze -- I'm just
12 trying to analyze, sir.
13 　　Q. I understand. I need to ask my question so I
14 get a good answer.
15 　　A. Okay.
16 　　Q. Is it fair to understand, then, that you did
17 not try to calculate the amount of time that
18 Miss Bellew's mesh was stored in formalin from the time
19 of her explant to the time that you conducted your
20 study?
21 　　　MR. THORNBURGH: Objection.
22 　　A. Well, we didn't -- to the exact day basis, no.
23 I could say it was about two years.
24 　　Q. Okay. Do you know whether the explant was ever
25 stored anywhere other than formalin?

**Page 21**

1 　　A. The way it's been explained to me from
2 Steelgate, knowing that these samples are all taken at
3 surgery and then placed in the formalin and sent for
4 storage.
5 　　Q. What is Steelgate?
6 　　A. A repository for maintaining samples of
7 explanted materials like this.
8 　　Q. Did you rely on Steelgate to provide you with
9 the history of this explant for purposes of
10 understanding where it had been before you conducted
11 your analysis?
12 　　　MR. THORNBURGH: Objection.
13 　　A. Yeah. Yes, sir.
14 　　Q. Since your work in Lewis, Husky, and Edwards,
15 have you identified any new literature in support of
16 your opinions in these cases?
17 　　A. New literature?
18 　　Q. Yes.
19 　　A. Well, these new Ethicon documents. They're new
20 to me.
21 　　Q. I'm talking about published literature. I'm
22 sorry. Perhaps I should have been more clear.
23 　　　MR. THORNBURGH: I'm sorry. Outside what's
24 already been identified in his expert report?
25 　　　MR. THOMAS: I asked about since Lewis, Husky,

6 (Pages 18 to 21)

Howard C. Jordi, Ph.D.

| Page 22 | Page 24 |
|---|---|
| 1 and Edwards. | 1 A. Uh-hmm. |
| 2 MR. THORNBURGH: Well, you've got an expert | 2 Q. And for what purpose do you use Exhibit |
| 3 report. | 3 Number 10, the NATTA article? |
| 4 MR. THOMAS: I'm just asking him, Dan. If he | 4 A. To correlate melt point with molecular weight. |
| 5 knows, he knows. | 5 Q. Dr. Jordi, when you conducted your work in |
| 6 MR. THORNBURGH: If you need to refer to your | 6 Lewis, Husky, and Edwards, you did molecular weight |
| 7 expert report, feel free to refer to your expert report. | 7 testing. Correct? |
| 8 MR. THOMAS: He can answer the questions just | 8 A. Yes. |
| 9 fine, Dan. You don't have to help him. | 9 Q. Did you do molecular weight testing in the |
| 10 BY MR. THOMAS: | 10 Bellew case? |
| 11 Q. Do you know of any published literature, new, | 11 A. No. Well, we did, but we did it with nano-TA, |
| 12 upon which you've relied since the preparation of your | 12 as per the paper we just discussed. |
| 13 report in Lewis, Husky, and Edwards? | 13 Q. Okay. In Lewis, Husky, and Edwards, you |
| 14 A. Well, we added new literature in the | 14 conducted GPC testing to determine the molecular weight |
| 15 nanothermal work. | 15 of the meshes you analyzed in that case. Correct? |
| 16 Q. Okay. Any other area that you can recall? | 16 A. Yes. |
| 17 A. That's all in my report. That's all I can tell | 17 MR. THORNBURGH: Objection. |
| 18 you. | 18 Q. Is there a reason why you didn't conduct GPC |
| 19 Q. Okay. As you sit here today, can you recall | 19 testing of the Bellew mesh explant? |
| 20 any specific published literature upon which you rely in | 20 A. Yes. We discovered that there's a surface |
| 21 your opinions in the New Jersey litigation or the Bellew | 21 layer of cracking that's degraded and the interior of |
| 22 case that you did not rely on in Lewis, Husky, and | 22 the mesh is not degraded. |
| 23 Edwards? | 23 And so when you run GPC of the overall sample, |
| 24 MR. THORNBURGH: Objection. | 24 you have this great dilution effect. Just a few micron |
| 25 A. Are you talking about the New Jersey case now | 25 outer layers is cracked and degraded, and then the |

| Page 23 | Page 25 |
|---|---|
| 1 or this case? | 1 interior is not -- its molecular weight is not changed, |
| 2 Q. New Jersey and Bellew are both the subject of | 2 so it drowns out the effect on molecular weight when you |
| 3 this deposition. | 3 dissolve the entire sample. |
| 4 A. Okay. | 4 To state it simply, GPC is a bulk technique. |
| 5 Q. Those are both new reports to me. | 5 And it's not -- we discovered that it's not suitable for |
| 6 A. Okay. | 6 the analysis of what we're trying to show, which is the |
| 7 Q. I've not had the chance to ask you questions | 7 degradation of the surface material, which is degraded. |
| 8 about those reports. I have asked you questions about | 8 Q. In the Bellew report, you conclude that this |
| 9 Lewis, Husky, and Edwards. | 9 outer layer of degradation is about 1 micron. Is that |
| 10 My question to you right now is whether there's | 10 correct? |
| 11 any literature of which you're aware new to the | 11 A. No. What that's telling us is that particular |
| 12 New Jersey report or to the Bellew report that's not | 12 sample we looked at, there are cracks. And so when you |
| 13 present in Lewis, Husky, or Edwards. | 13 run the nano-TA instrument across the surface, it falls |
| 14 MR. THORNBURGH: Objection. Asked and | 14 in cracks and the cantilever sinks and you measure the |
| 15 answered. | 15 distance. |
| 16 A. The nanothermal work -- and I should have added | 16 What we said there was the depth of that |
| 17 one more, the paper by NATTA. That's new. | 17 particular crack we're showing in that particular |
| 18 Q. And NATTA, which is spelled N-A-T-T-A, which | 18 location was 1 micron. But there's all different |
| 19 I'll mark as Exhibit 10 is titled, "Dependence of the | 19 depths, depending on which crack you're in and how far |
| 20 Melting Point of Isotactic Polypropylenes on Their | 20 you go through the surface. |
| 21 Molecular Weight and Degree of Stereospecificity of | 21 So I really can't tell you exactly how thick |
| 22 Different Catalytic Systems." | 22 the overall layer is from that analysis. It was |
| 23 (Exhibit Number 10 | 23 primarily for -- to determine melt points, not crack |
| 24 marked for identification) | 24 dense -- thickness. But that particular one was |
| 25 Q. Is that correct? | 25 1 micron. |

7 (Pages 22 to 25)

Howard C. Jordi, Ph.D.

| Page 26 | Page 28 |
|---|---|

**Page 26**

1      Q.  How many measurements did you take of the
2  surface layer of the degradation that you claim to have
3  identified?
4      A.  The surface layer?  How many measurements for
5  the melt point or the --
6      Q.  The thickness.
7      A.  The thickness?
8      Q.  Yes.
9      A.  It wasn't our goal with that assay, so we just
10  got one and left it.
11      Q.  Okay.  And the only test that you conducted to
12  determine the thickness of the surface layer of what you
13  identified to be degradation was approximately 1 micron?
14  Correct?
15          MR. THORNBURGH:  Objection.
16      A.  We saw one -- we measured one 1-micron crack.
17  That's all I can tell you.
18      Q.  Okay.  Do you have any other measurements that
19  you conducted to help you understand the thickness of
20  what you've identified as a surface layer of
21  degradation?
22      A.  We weren't really going after that.  We were
23  going after chemical makeup, so as opposed to physical
24  depth.
25          You could get some other estimate perhaps from

**Page 27**

1  SEM, if we looked at all the SEM charts and spent some
2  time.
3      Q.  Fair to understand the only calculation you
4  made of the surface layer of what you've described as
5  degradation was the 1-micron measurement that you did by
6  nanothermal analysis.  Correct?
7      A.  Again, our goal wasn't to do depth.  Yes, we
8  saw that 1-micron crack.  That's all we saw.
9      Q.  Okay.
10      A.  Can I add one other thing, sir?  That doesn't
11  mean that I believe that the thickness is 1 micron.
12  It's just that crack, that one crack was 1 micron.
13          MR. THOMAS:  Move to strike the last comment as
14  nonresponsive.
15          MR. THORNBURGH:  It's okay if you need to add
16  on to any of your questions.  So if he moves to strike,
17  don't worry about that.  You can continue to answer
18  however you feel is necessary in this deposition.
19      A.  Okay.
20      Q.  In the Bellew report, you include some analysis
21  of the work that you did in the Lewis, Husky, and
22  Edwards case.  Correct?
23      A.  That data is included, yes.
24      Q.  You don't include in your Bellew report the
25  discussion of your GPC analysis.  Did you know that?

**Page 28**

1      A.  Yes, because we don't -- we didn't do GPC in
2  Bellew.
3      Q.  Okay.  But you do in Bellew include the
4  discussion of the 24 TVT explants that you analyzed in
5  Lewis, Husky, and Edwards, didn't you?
6      A.  In which one?  Which -- Yes, some like DSC, for
7  example?
8      Q.  No.  In GPC.  You did GPC work in Lewis, Husky,
9  and Edwards.  Correct?
10      A.  Well, we said that GPC I believe doesn't -- do
11  you want to give me a reference, sir, so I can --
12      Q.  Sure.  I will.  I will do exactly that.
13      A.  Our page numbers should match.
14      Q.  If you'd turn to page 85 of your Bellew report,
15  please.  Are you there?
16      A.  85.
17      Q.  84 begins, "My analysis of other TVT and TVT-O
18  controls and explants provides additional support for my
19  opinions that Prolene degrades in vivo," and then you go
20  through and identify the work that you did in Lewis,
21  Husky, Edwards, and Batiste.  Correct?
22      A.  Can I see where you're at here?
23      Q.  Same place you are.
24      A.  Okay.  First paragraph or what?
25          MR. THORNBURGH:  I think he's just asking you

**Page 29**

1  generally.
2      Q.  This is the work that you did in connection
3  with the TVT cases for Lewis, Husky, and Edwards?
4      A.  Right.
5          Where is it talking about GPC, is I guess what
6  I'm looking for.
7      Q.  If you'd go to page 90.
8      A.  I was looking for GPC and I wasn't finding it.
9  Okay.
10      Q.  Page 90 of the Bellew report shows the testing
11  that you conducted on the TVT samples.  Correct?
12      A.  Yes.
13      Q.  And about two-thirds of the way across the
14  chart, there's a reference to GPC HT.  Correct?
15      A.  Correct.
16      Q.  And that's molecular weight testing.  Correct?
17      A.  Correct.
18          MR. THORNBURGH:  Objection.
19      Q.  And where it says FM in that chart, that
20  indicates where you conducted testing on the various
21  samples that are on the left column.  Correct?
22      A.  Uh-hmm.
23      Q.  Is that yes?
24      A.  Yes.
25      Q.  Now, I notice in your copy you blocked out the

8 (Pages 26 to 29)

Howard C. Jordi, Ph.D.

Page 30

1  GPC HT column. And that's Exhibit 3. Why did you block
2  that out?
3       MR. THORNBURGH: Objection.
4    A. Because we weren't intending to use that data
5  because I've already explained it, because of the
6  surface cracking was diluted by the mass of the interior
7  material. So the GPC test didn't show anything, so we
8  took that data out.
9    Q. Okay.
10   A. That was inadvertently left in by mistake, so
11 that's why.
12   Q. Okay.
13   A. That heading.
14   Q. So it's a mistake in the Bellew report, Exhibit
15 Number 1, for this column, GPC HT, to be in there?
16   A. Yes, sir.
17   Q. And it was your intention when you completed
18 the Bellew report to remove reference to the GPC HT
19 testing that you did to determine the molecular weight
20 of the TVT?
21      MR. THORNBURGH: Objection.
22   A. Yes, because we've substituted the nano-TA.
23   Q. All right. Did you conduct any GPC testing on
24 the Bellew explant?
25   A. No, sir.

Page 31

1    Q. Why not?
2       MR. THORNBURGH: Objection. Asked and
3  answered.
4    A. Because the bulk material dilutes out the
5  surface cracking, crack material, which is 2 or
6  3 percent of the total sample. So you can't see the
7  difference anyway. It serves no purpose.
8    Q. Okay. Is the GPC testing that you conducted in
9  Lewis, Husky, and Edwards valid scientifically?
10      MR. THORNBURGH: Objection.
11   A. Repeat the question, please. Sorry.
12      (Record read)
13   A. Of the bulk material, yes. Not the surface.
14   Q. Is there any other testing that you conducted
15 on the Bellew explant -- Strike that.
16      Is there any testing that you conducted on the
17 Bellew explant that is not included in your report?
18   A. No.
19   Q. Other than the GPC testing that we've already
20 described, is there any testing of the TVT explants by
21 Jordi that's not included in the Bellew report?
22   A. I'm not sure I follow the question.
23   Q. We're on page --
24   A. We included everything we did. I know that.
25 This is an error. Just to make it clear, we did not do

Page 32

1  GPC on Bellew. So that's clear, I hope.
2    Q. But you did GPC for the TVTs?
3    A. Yes, sir.
4    Q. And you decided to take that out of your
5  report. Correct?
6    A. Yes.
7    Q. Is there any other testing that you supervised
8  in connection with the TVT devices that's not included
9  in your report?
10   A. No.
11   Q. Have you ever conducted any tests on any
12 Prolene explants where you found a decrease in molecular
13 weight?
14      MR. THORNBURGH: Objection. I'm sorry.
15 Can you read back the question?
16      (Record read)
17      MR. THORNBURGH: Objection. Asked and
18 answered.
19   A. Yes.
20   Q. Which one?
21   A. The Bellew.
22   Q. The nanothermal analysis?
23   A. Yes.
24   Q. Have you ever conducted any GPC testing on
25 Prolene explants where you found a decrease in molecular

Page 33

1  weight?
2       MR. THORNBURGH: Objection. Asked and
3  answered.
4    A. No. The bulk technique shows no change.
5    Q. All right. Other than the nanothermal
6  analysis, which we'll talk about in a minute, have you
7  ever seen any tests on Prolene explants which found a
8  decrease in molecular weight?
9       MR. THORNBURGH: Objection.
10   A. Okay. Sorry. Read it back, please.
11      (Record read)
12   A. Well, I believe the inference clearly is from
13 Ethicon's own people, to show that it was -- that this
14 page 248, both 19 and 18, shows that it was -- surface
15 material was 147- to 156-degree melt, which is
16 consistent with degraded polypropylene, which would mean
17 by definition that it's a lower molecular weight.
18   Q. My question is very specific, Dr. Jordi.
19      MR. THORNBURGH: He answered your question very
20 specifically.
21      MR. THOMAS: You know, Dan, you've said more
22 than he has so far. Would you let me ask my questions
23 and get my answers.
24   Q. Dr. Jordi, have you ever seen any specific
25 tests for molecular weight on Prolene explants which

9 (Pages 30 to 33)

Howard C. Jordi, Ph.D.

| Page 34 | Page 36 |
|---|---|

**Page 34**

1  found a decrease in molecular weight?
2  MR. THORNBURGH: Objection. Asked and
3  answered.
4  A. Basically, the GPC was used by pretty much
5  everybody for years, which ignores -- which is the bulk
6  technique and ignores the skin degradation. So yeah,
7  that's the major technique that's been used. And we
8  believe now that it's inappropriate.
9  MR. THOMAS: Could you read my question again,
10  please.
11  (Record read)
12  MR. THORNBURGH: Objection. Asked and
13  answered.
14  A. By GPC, no.
15  Q. And is the only test that you've seen where you
16  believe there's a showing of a decrease in molecular
17  weight in a Prolene explant the nanothermal analysis
18  that you conducted in connection with this litigation?
19  MR. THORNBURGH: Objection. Asked and
20  answered.
21  A. And also Ethicon's own people.
22  Q. Okay. None of the documents that you have
23  there that have been marked as Exhibit Number 4 identify
24  specifically a decrease in molecular weight, do they?
25  MR. THORNBURGH: Objection. Asked and

**Page 35**

1  answered.
2  A. Well, here is a statement: "A great body of
3  literature exists regarding oxidative degradation of
4  polypropylene in general as well as selected studies in
5  the photo and thermal oxidation of polypropylene
6  monofilaments."
7  So an oxidation, by definition, will cause a
8  loss in molecular weight. So that's just included in
9  that. They understood it, all your own people. That's
10  all I can say.
11  Q. Can you point to anything in the documents that
12  you have in front of you where Ethicon found a decrease
13  in molecular weight for explants that they analyzed?
14  MR. THORNBURGH: Objection. Asked and
15  answered. He's already shown you.
16  A. GPC. That's all. They only -- the only test
17  that was run at that time that I know of was GPC
18  and/or -- they understood the effect of melt point as
19  well. And they stated that the lowered melt point met
20  degradation. And degradation means loss of molecular
21  weight.
22  So if you're asking a technique, it's an
23  interpretation of the data is what it is. It's not a
24  single technique. Oxidation implies degradation,
25  implies loss of molecular weight. They all go together.

**Page 36**

1  Q. Dr. Jordi, as a part of your work in Bellew,
2  there was scanning electron microscopy conducted.
3  Correct?
4  A. Yes, sir.
5  Q. And who did the scanning electron microscopy?
6  A. Evans Analytical.
7  Q. Do you have with you the file information
8  provided to you by Evans Analytical?
9  MR. THORNBURGH: It's been produced to you.
10  A. You have it.
11  MR. THOMAS: In what form did I receive it?
12  A. These pictures. This is the file.
13  Q. Did you produce -- Is there any correspondence
14  between you and Evans Analytical about the work that
15  they did?
16  A. No, because we send them samples. We simply
17  want the analysis done. They send us a report, and then
18  we've put those charts from that report into our file,
19  which you have.
20  You have some of them in here and you have the
21  rest of them in the bulk, which you also have, the data.
22  MR. THORNBURGH: And, David, just so you
23  understand, I don't know if you saw it, but within the
24  documents we've produced this morning include the Evans
25  Analytical work.

**Page 37**

1  MR. THOMAS: Okay.
2  Q. Do you consider yourself to be an expert in
3  scanning electron microscopy?
4  A. I have used it for many years. I would think
5  so.
6  Q. Do you know the different technologies
7  available for scanning electron microscopy?
8  A. It's like all other fields, it's an evolving
9  field. There are better detectors now, I'm sure.
10  Q. What are the various kinds of scanning electron
11  microscopy that's available?
12  MR. THORNBURGH: Objection.
13  A. Well, most of it involves the amount of vacuum
14  required and whether or not you have to sputter coat the
15  samples. And so in today's -- the newer silicon drift
16  detectors, and so on, you don't need to do that and you
17  can use higher pressures. You don't have to get as high
18  a vacuum.
19  Q. Do you know what backscattered scanning
20  electron microscopy is?
21  MR. THORNBURGH: Objection.
22  A. Not off the top of my head.
23  Q. Who chose the kind of technology for scanning
24  electron microscopy that was used to analyze the Bellew
25  polypropylene?

10 (Pages 34 to 37)

Howard C. Jordi, Ph.D.

| Page 38 | Page 40 |
|---------|---------|

**Page 38**

1  A. Well, that was done by my son, Dr. Mark Jordi,
2  in discussions with Evans Analytical.
3  Q. Did you have any involvement in determining
4  what kind of technology to use scanning electron
5  microscopy?
6  MR. THORNBURGH: Objection.
7  A. At the time the first analysis was done and
8  this technology was chosen, I was on vacation. So my
9  son, as I said, Dr. Mark Jordi, did that discussion. So
10  I had no involvement, no, in that first one.
11  Q. Do you have an understanding of the kind of
12  scanning electron microscope that was used to analyze
13  this mesh?
14  MR. THORNBURGH: Objection.
15  A. It's all listed in the report.
16  Q. Okay. Without referring to your report, do you
17  know?
18  MR. THORNBURGH: He can refer to the report if
19  he wants to.
20  MR. THOMAS: I know that, Dan, but I can ask
21  the question the way I did, too.
22  MR. THORNBURGH: Objection.
23  A. No, I don't.
24  Q. What kind of experience or expertise does Mark
25  Jordi have with scanning electron microscopy?

**Page 39**

1  A. Well, he did a ton of it in his Ph.D. program
2  at UConn, his polymer degree program. He's done it
3  here -- for his whole career here.
4  Q. Did you rely on Mark Jordi to identify the
5  appropriate scanning electron microscopy technology for
6  your work in this case?
7  MR. THORNBURGH: Objection.
8  A. Yes.
9  Q. As you sit here today, do you have any
10  understanding why Mark Jordi chose the particular
11  technology that he did for this work?
12  A. Dan Burkley had alleged that vacuum -- high
13  vacuum drying would cause the sample to become brittle
14  and crack and that drying was a cause of cracking. So
15  he went to variable pressure SEM so he would use a lower
16  vacuum and hence not cause as much drying. And that was
17  why that was chosen, to answer that criticism.
18  Q. Okay. Do you know whether there are
19  technologies available -- Strike that.
20  Do you know whether there are different
21  technologies available that employ the variable pressure
22  technique?
23  A. Different technologies?
24  Q. Yes. Different kinds of scanning electron
25  microscopy that don't use the drying or sputter coating

**Page 40**

1  that you've referred to.
2  A. We don't do -- they don't do sputter coating.
3  That's an advantage.
4  Q. Do you know how many different technologies
5  there are, scanning electron microscopy, to analyze
6  these kinds of materials?
7  MR. THORNBURGH: Objection.
8  A. I don't know every technology that there's ever
9  in place.
10  Q. Who conducted the SEM-EDX work?
11  A. Evans Analytical.
12  Q. And for the scanning electron microscopy, was
13  that in California?
14  A. That was done in Minnesota.
15  Q. And the SEM-EDX work, where was that done?
16  A. Same.
17  Q. Did anybody from Jordi Labs travel to Minnesota
18  to work with Evans Lab on the SEM or the SEM-EDX work?
19  A. No.
20  Q. Who coordinated the SEM testing with Evans Labs
21  in Minnesota?
22  A. I can find that out for you. Those samples
23  were routinely sent to Evans Analytical. We used them
24  on an ongoing basis, just as they use us for other tests
25  that they don't run. We have a process where the

**Page 41**

1  sample -- the samples would have been sent out by Chris.
2  Q. Who is Chris?
3  A. Our sample-handling individual. I can bring
4  her in and she can give you the . . .
5  Q. Was there anyone who Jordi -- at Jordi Labs who
6  supervised Evans Labs in the scanning electron
7  microscopy?
8  A. No, because it's their instrument and their
9  expertise.
10  Q. Did you say "I don't know" or "no"? I'm sorry.
11  A. No, we didn't, because it's their instrument
12  and their expertise.
13  Q. Is it fair to understand that Jordi Labs sent
14  the samples to Evans and relied upon Evans to conduct
15  the scanning electron microscopy it believed to be
16  appropriate?
17  A. Yes.
18  Q. For the SEM-EDX testing, did anyone from Jordi
19  supervise Evans in that testing?
20  A. I don't know what you mean by "supervising,"
21  but we requested they run SEM-EDX. We requested they
22  run SEM after that analysis is run by their people with
23  their expertise.
24  Q. Who decided what magnifications to use in the
25  scanning electron microscopy?

Howard C. Jordi, Ph.D.

| Page 42 | Page 44 |
|---|---|

**Page 42**

1    A.  The operators.
2    Q.  And those are Evans employees?
3    A.  Evans, yes, sir.
4    Q.  Did you specify any specific magnifications to
5  be used in the scanning electron microscopy?
6    A.  No.
7    Q.  For the SEM-EDX testing, did you rely on Evans
8  to conduct whatever tests it believed to be appropriate?
9        MR. THORNBURGH:  Objection.
10    A.  Given the goals to do the chemical analysis,
11  that was our part of the direction.  The actual choice
12  of the sites and so on was Evans, the operators.
13    Q.  Did Jordi Labs provide any direction to Evans
14  about how to choose the sites where the testing was
15  conducted by SEM-EDX?
16    A.  I don't believe so.
17    Q.  Is it fair to understand that Jordi sent the
18  samples to Evans for SEM-EDX and relied upon Evans to
19  take whatever steps it believed to be appropriate to
20  conduct the tests necessary?
21        MR. THORNBURGH:  Objection.
22    A.  A qualified yes.  There was a discussion.
23  There always is discussions when we send samples out as
24  to what our goals are in the analysis.
25        We didn't tell them what magnification to use

**Page 43**

1  or where to analyze.  We said things like, "We're
2  looking to try to see if there's a protein coat, to --
3  trying and if clean areas are the same chemically as
4  tissue-coated areas or cracks, that kind of thing."
5        And then the specific analysis details were
6  left up to them.
7    Q.  Do you have Jordi SOPs for handling scanning
8  electron microscopy by Evans Labs?
9        MR. THORNBURGH:  Objection.
10    A.  That would be Evans Analytical's SOPs, not
11  ours.
12    Q.  Okay.  Do you have a Jordi Labs SOP for the
13  SEM-EDX conducted by Evans?
14        MR. THORNBURGH:  Objection.
15    A.  No.
16    Q.  Did Jordi Labs conduct the DSC testing?
17    A.  Jordi Labs conducted the DSC testing, yes.
18    Q.  And who specifically conducted the DSC testing
19  at Jordi Labs?
20    A.  I'd have to look at the lab notebook again
21  because there's 20-some employees.
22    Q.  Did you have any direct involvement in
23  the conduct of the DSC testing?
24        MR. THORNBURGH:  Objection.
25    A.  That is standard operating procedures.  So I

**Page 44**

1  don't need to be involved with that minutiae, that level
2  of minutiae.  I simply get the data and analyze the
3  data.
4    Q.  Is it fair to understand that you did not have
5  any direct involvement in the conduct of the DSC
6  testing?
7        MR. THORNBURGH:  Objection.
8    A.  Well, I chose the fact that we were going to
9  run the DSC.
10    Q.  Is that the extent of your involvement in the
11  actual DSC testing?
12        MR. THORNBURGH:  Objection.
13    A.  Yeah, I guess you'd say yes because the only
14  thing you do is you put the sample in the pan and you
15  run it.
16    Q.  Who conducted the PYMS testing?
17    A.  Another technician.
18    Q.  Ed Jordi?
19    A.  Right.  That will all be in the lab notebooks.
20    Q.  Did you have any direct involvement in the
21  conduct of the PYMS testing?
22        MR. THORNBURGH:  Objection.
23    A.  No.
24    Q.  Who conducted the LCMS testing?
25    A.  That would probably be Adi, Dr. Kulkarni.

**Page 45**

1    Q.  And that's here at Jordi Labs?
2    A.  Yeah, also.
3    Q.  Did you have any direct involvement in the LCMS
4  testing?
5        MR. THORNBURGH:  Objection.
6    A.  Again, it was controlled by our SOP, our
7  procedures, and just run.  And I analyzed the data.
8    Q.  Is it fair to understand that you didn't have
9  any direct involvement in the LCMS testing?
10        MR. THORNBURGH:  Objection.
11    A.  The actual running?
12    Q.  Yes.
13    A.  No.
14    Q.  It's true that you did not?
15        MR. THORNBURGH:  Objection.
16    A.  Yes, sir.
17    Q.  Thank you.  Who conducted the FTIR testing?
18    A.  I think that was David York.  But again, it
19  will be in the lab notebook.
20    Q.  So the FTIR testing that's contained in the
21  Bellew report is conducted at Jordi Labs?
22    A.  Yes.  From the time that we did the last
23  reports to this one, we bought our own LC -- FTIR
24  microscope system.  So we're now doing it in-house.
25    Q.  How many FTIR spectra were taken of Bellew

12 (Pages 42 to 45)

Howard C. Jordi, Ph.D.

| Page 46 |
|---|

1  materials?
2      A.  Well, in any case, something like this you must
3  do an analysis and -- until you get useful -- what we
4  call useful spectra.  That's just standard operating
5  procedure.  I don't really know how many were taken.
6      In some cases, if you get on a bad site, you'll
7  get a flat line.  It's just -- that's not a useful
8  spectra.  That doesn't mean anything.  It's just you
9  have to -- and you have to try -- like, for example, if
10  you take a fiber and -- I know we tried this.  We tried
11  transmission.  You can't get any light through the
12  transmission.
13      So if you recall in the last analysis, earlier
14  work at Evans in California, they had to thin the fiber.
15  Do you remember that?  And so they could get light
16  through it.  Well, we couldn't get any light through it
17  either, so we got a dark spectrum.
18      So we went to ATR spectrum.  There's different
19  techniques that are all accepted technologies to be used
20  in infrared.  Besides which, ATR sees the surface, which
21  is what we were primarily interested in.
22      We didn't really care about the internal core,
23  which has -- like TVC, has not been damaged as much or
24  at all.  So we wanted to look at the surface.  ETR is a
25  better technique for that.

| Page 47 |
|---|

1      Q.  What's the name of the equipment that you
2  bought, your own FTIR microscope?
3      A.  Thermo Electron FTIR microscope system.
4      Q.  Who makes it?
5      A.  Thermo Electron.
6      Q.  Is there a model number or --
7      A.  Yeah.  I don't know it off the top of my head.
8      Q.  And what are the specifications for it?  What
9  does it do that others -- can identify the quality of
10  the equipment?
11      MR. THORNBURGH:  Objection.
12      A.  Well, it does microscopic FTIR.  For example,
13  the Evans unit in California could only use
14  transmission.  They didn't have ATR capability.  We can
15  do either with this system.
16      Q.  Okay.  So this is a better microscope than
17  Evans had?
18      A.  It's a later model, and technology always moves
19  on.
20      Q.  Okay.  And David York is the technician that
21  conducted these?
22      A.  Right.
23      Q.  And you said that -- Strike that.
24      What involvement did you have in the FTIR
25  analysis of the Bellew materials?

| Page 48 |
|---|

1      A.  I was around on some of that because we were
2  just discussing how we were going to run it.  And I
3  helped decide that we were going to use ATR.
4      MR. THORNBURGH:  Listen to the question.  He
5  said in the analysis, not in the technique.
6      MR. THOMAS:  Dan, please don't coach him.
7      MR. THORNBURGH:  I want to make sure he
8  understands the question.
9      MR. THOMAS:  He's doing just fine without you.
10      MR. THORNBURGH:  Listen to his question.  I
11  don't even know if you knew what you asked.
12      So I'm objecting to the question.
13      MR. THOMAS:  I'm very aware of what I asked.
14  Please, I have a limited amount of time here today and
15  I'd like to get finished.  Please.
16  BY MR. THOMAS:
17      Q.  Dr. Jordi, what involvement did you have in the
18  FTIR analysis?
19      A.  It was minimal because, again, we rely on the
20  operators to do the sample.
21      Q.  What by "involvement" did you have in
22  determining how to sample -- how to test the Bellew
23  samples?
24      A.  What did I have --
25      MR. THORNBURGH:  Objection.

| Page 49 |
|---|

1      A.  -- to do with testing the samples?
2      Q.  The protocol, how to set up and analyze the
3  samples.  You obviously had experience in Lewis where
4  you were able to
5      A.  I know because, again, the Lewis was run in
6  California.
7      Q.  Right.
8      A.  This was run here.
9      Q.  And you had a problem -- Strike that.
10      You were not able to test the entire fiber in
11  Lewis because of the kind of equipment they had at
12  Evans.  Correct?
13      MR. THORNBURGH:  Objection.
14      A.  We were.  They had to work it differently.  You
15  had to thin the fiber, the undamaged fiber, to be able
16  to get light through it to see it.  They did it and we
17  got a spectrum.
18      And then we looked at the flakes that were
19  taken off in the Lewis sample.  And in this case with
20  ATR, we were able to look at the surface directly.
21      Q.  Okay.  Now, how many spectra were run?
22      A.  I don't know.
23      Q.  Did you produce all the spectra that you ran on
24  the Bellew materials?
25      A.  I don't know why on earth we were -- produced

Howard C. Jordi, Ph.D.

Page 50

1  spectra that don't show anything.  You're trying to get
2  an analysis.  So if you want the blank spectrum, they
3  can be produced, I'm sure.  They'll be in an electronic
4  file somewhere.
5      Q.  Do you know whether you've produced in your
6  report all of the spectra that you generated from FTIR
7  of the Bellew materials?
8          MR. THORNBURGH:  Objection.
9      A.  I would say no.  I think I answered that.
10  Because there are some spectra in the process of setting
11  up to run that were run that weren't used.
12      Q.  Okay.  And you say those are maintained in
13  electronic file?
14      A.  Yeah, I could find out from David.  But I think
15  they would be.  I don't know why they wouldn't be.
16  There's nothing --
17          MR. THOMAS:  I just ask that you preserve
18  those.  I will want to have those.
19          MR. THORNBURGH:  As is typical protocol, send
20  me an e-mail.  We'll take your requests under
21  consideration, as you do.
22      Q.  Is there an SOP -- a Jordi SOP for this FTIR
23  analysis?
24      A.  There is for every instrument.
25          MR. THORNBURGH:  It's been handed to you prior

Page 51

1  to the deposition.
2          MR. THOMAS:  Thank you.
3      A.  You have it.
4      Q.  So we have a Jordi SOP for the DSC testing?
5      A.  Yes.
6      Q.  A Jordi SOP for the PYMS testing?
7      A.  Yes.
8      Q.  A Jordi SOP for the LCMS?
9      A.  Yes.
10      Q.  And a Jordi SOP for the FTIR?
11      A.  Yes.
12      Q.  Now, who conducted the nanothermal analysis?
13      A.  That was done by Anasys.
14      Q.  And how do you spell that?
15      A.  A-N-A-S-Y-S.  Let me check.  I'm not the
16  greatest speller on earth.  I have it listed here.
17  A-N-A-S-I-S.
18      Q.  What is Anasys?
19      A.  They're a nanothermal analysis company.  They
20  manufacture nanothermal coat.
21      Q.  Have you used Anasys in the past?
22      A.  Haven't needed to.
23      Q.  Is this the only time you've ever used Anasys?
24      A.  The first time we've needed it, yes.
25      Q.  Is this the first time you have been involved

Page 52

1  in nanothermal analysis?
2          MR. THORNBURGH:  Objection.
3      A.  Yes, but thermal analysis goes back to the
4  1800s.  This is just an updated version as technology
5  moves on.
6      Q.  Is there anybody at Jordi Labs that has
7  particular expertise in nanothermal analysis?
8          MR. THORNBURGH:  Objection.
9      A.  If you have expertise in DSC regular TA
10  equipment, you basically have expertise in this because
11  it's the same data of the type that you're trying to
12  generate thermal data.  And a melt point is a melt point
13  is a melt point.
14      Q.  Do you know whether prior to your work in the
15  Bellew case, whether anyone at Jordi Labs had requested
16  nanothermal analysis for any product?
17          MR. THORNBURGH:  Objection.
18      A.  As I say, I don't run the day-to-day operation
19  of the company, but I have no knowledge of anybody has.
20      Q.  Dr. Jordi, do you know whether Evans sent you
21  the complete file of the scanning electron microscopy
22  images they took of the mesh in the Bellew explant?
23      A.  That would be a question for Evans.  I mean,
24  just like FTIR, every one of these techniques tends not
25  to -- if you're doing a professional report, you tend

Page 53

1  not to report data that's not appropriate.
2          I can give you a typical example I'm aware of
3  here.  In this particular case, we ran -- we were
4  running PYMOS and we had a vacuum pump failure when the
5  first analysis was run.
6          So there's no attempt to hide anything or
7  anything else.  But those first data weren't shipped
8  because the vacuum pump went down, so we made fresh
9  samples and we reran the PYMS.  The rerun samples are
10  what you have, for the simple reason that we had a pump
11  failure in the first one.
12      Q.  Dr. Jordi, do you know whether Evans sent you
13  the complete SEM-EDX testing they conducted on the
14  Bellew explants?
15          MR. THORNBURGH:  Objection.
16      A.  I'll give you the same answer.  I don't, for
17  the same reason.
18      Q.  Did Evans decide which test results to send to
19  you?
20      A.  We told them what our goal was, to analyze the
21  samples.  And then how they chose -- after the
22  directions were given, general directions were given, it
23  was up to the operator who had the expertise.
24      Q.  Okay.  Same question for the DSC testing
25  conducted by Jordi Labs.  Have you produced all of the

14 (Pages 50 to 53)

Howard C. Jordi, Ph.D.

Page 54

```
 1   DSC testing conducted on the Bellew explant materials?
 2      A.  That would be in the lab notebooks you have.
 3   Because it's Jordi in-house.  And DSC -- Sometimes a pan
 4   can blow and you have to rerun.  But we were --
 5   certainly we were sample limited in the explant case.
 6   We had plenty of exemplar.
 7         I think it's highly likely every sample or
 8   every run that was made was what you have.  I don't
 9   think there was anything else because very rarely you
10   need to run extra in DSC.
11      Q.  You mentioned a little bit ago that there was a
12   problem in the PYMS testing with a vacuum pump that
13   caused you to have to redo your test.
14      A.  That's listed in your notebook.
15      Q.  That's what I was going to ask you.
16         To the extent that Jordi Labs has problems with
17   any testing, will those problems be recorded in the lab
18   notebook?
19      A.  Yes.
20      Q.  To the extent that Jordi Labs conducts any
21   test, reported or not, on the Bellew explant, should it
22   be recorded in the lab notebook?
23      A.  That gets a little stickier because in things
24   like FTIR when you're trying to home in on the -- you're
25   trying to home in on a single fiber for an infrared
```

Page 55

```
 1   spectra, when you home in you might miss the fiber the
 2   first time.  So you're not even analyzing the fiber.
 3   You're not going to report that.  It just doesn't make
 4   any sense.
 5         So that kind could of thing probably isn't
 6   reported, although the spectra might be in the
 7   electronic file.
 8      Q.  When you say isn't reported, it isn't reported
 9   in the lab notebook?
10      A.  Well, that the sample was run would be
11   reported.  You're talking about every single spectra
12   now.
13      Q.  Every time a test is conducted, whether
14   reported or not, should it be included in the lab
15   notebook, Exhibit 9?
16      A.  Yeah.
17      Q.  Do you know whether Anasys conducted any tests
18   on the materials supplied by Jordi that are not included
19   in the report?
20         MR. THORNBURGH:  Objection.
21      A.  No.
22      Q.  No, they didn't; or no, you don't know?
23      A.  I know.  There were none that were included
24   because they only had what I sent them, what I took with
25   me.
```

Page 56

```
 1      Q.  Did you go?
 2      A.  Yes.
 3      Q.  Where is their lab?
 4      A.  It's in Santa Barbara, right on the ocean.
 5      Q.  And why was it that you went to Anasys?
 6      A.  Because it was the first time we'd used this
 7   particular company, and I wanted to see how it was run
 8   for myself.  And just like with FTIR, we want to
 9   understand what we're using.
10      Q.  I apologize if I asked this question before.  I
11   just don't remember.
12      A.  That's all right.
13      Q.  Did you supervise any of the work of Anasys in
14   the nanothermal analysis?
15         MR. THORNBURGH:  I object.
16      A.  I don't know how to answer that question.  I
17   was physically there.  I saw everything that was done,
18   but I'm certainly not going to go there and tell them as
19   the expert how to run their samples once I hand the
20   samples to them.
21      Q.  You relied on Anasys to conduct whatever
22   testing it believed to be appropriate to achieve the
23   goals that you set for them?
24      A.  And I gave them the goals and -- Yes.
25      Q.  And you understand that Anasys gave to you all
```

Page 57

```
 1   of the file information they had related to the
 2   nanothermal analysis of the Bellew materials?
 3      A.  Yes.
 4      Q.  What did you do to educate yourself about
 5   nanothermal analysis before you undertook this analysis?
 6         MR. THORNBURGH:  Objection.
 7      A.  Well, I've known about atomic force microscopy
 8   since high school.  And this is basically atomic force
 9   microscopy run in such a way that you can measure the
10   expansion of materials with temperature.
11         And I know that the -- and this is all in the
12   report -- the instrument has a very fine needle tip on
13   it of about 30 nanometers.  And so you put the tip on a
14   surface and then you start warming it.  And what happens
15   is as you warm the sample, the polymer, it expands.  And
16   so you get an upward slope.
17         And then when you reach the melt point, the
18   material softens and the tip buries into the plastic and
19   then so you get a turnover of the curve.  And that
20   turnover point is the melt point.
21         So it's basically simple.  Its advantages,
22   however, are that it can do tremendously tiny samples
23   which we couldn't do before with our standard DSC
24   equipment.
25      Q.  Did you consult any specific literature about
```

15 (Pages 54 to 57)

Howard C. Jordi, Ph.D.

| Page 58 | Page 60 |
|---|---|

**Page 58**

1 nanothermal analysis prior to the time that you asked
2 Anasys to conduct these tests?
3      MR. THORNBURGH: Objection.
4      A. About a year ago I met these people at a
5 scientific conference in Chicago, I believe, and I had
6 discussions with them, began reading literature -- their
7 literature at that time. And a lot of the papers are in
8 this report. And I studied the history of the company.
9 And I was extremely impressed with what I was seeing for
10 general.
11      So when we had tiny samples at that point about
12 a year ago, I said, "We really need to be aware of these
13 people when we have really tiny samples. This is a
14 technique we want to consider."
15      So I talked with them and we negotiated. And
16 they agreed -- they were kind. There was another
17 analytical lab that runs samples that we were
18 considering as well, but we thought it's better to go
19 right to the horse's mouth, to the manufacturer, if they
20 would work for us. And they did. They agreed.
21      Q. Is it fair to understand the only literature
22 you considered in understanding nanothermal analysis
23 prior to the time retaining Anasys was literature that
24 they provided to you following this conference?
25      MR. THORNBURGH: Objection.

**Page 59**

1      A. Well, the published data, yes. It's published
2 data. It's not just them. It's other authors. And
3 again, they're listed here.
4      Q. And you're referring to what page?
5      A. There's a bunch of them on page 76.
6      Q. Is that material that you consulted prior to
7 the time that you engaged Anasys?
8      MR. THORNBURGH: Objection. Asked and
9 answered.
10      A. Yeah.
11      Q. Okay. And who was the other lab that conducts
12 this kind of work?
13      A. I don't remember.
14      Q. Where are they located?
15      A. Don't know. I can find out. Again, Adi was
16 doing that. Dr. Kulkarni was doing the negotiations
17 with them, so I don't know. And we may still use them
18 in the future. It wasn't that we felt they were bad,
19 just thought the manufacturer was the place to go.
20      Q. Dr. Jordi, when you began your analysis of the
21 Bellew mesh materials, you had a exemplar that you
22 analyzed. Correct?
23      A. Yes, sir.
24      Q. And then you had an explant that you analyzed.
25 Correct?

**Page 60**

1      MR. THORNBURGH: Objection.
2      A. Right.
3      Q. And Exemplar A you've described as a pristine
4 exemplar. That means --
5      A. Untouched, sir.
6      Q. -- untouched?
7      And Exemplar B is the untouched exemplar
8 treated with formalin. Correct?
9      A. Yes.
10      Q. And Exemplar C is the pristine exemplar treated
11 with a 10 to 15 percent sodium hypochlorite solution for
12 26 hours?
13      A. Yes.
14      Q. The reason why -- Strike that.
15      Is it 10 percent or is it 15 percent? Do you
16 know?
17      A. Where are you referring, sir?
18      Q. I'll have to find the page. I got that right
19 out of your report.
20      A. Are you talking about the percentage of sodium
21 hypochlorite or something?
22      Q. Correct. It's on page 14 of your report.
23      A. 14?
24      Q. Yes. Do you see Portion C?
25      A. Oh, yeah. That's the way it comes to us from

**Page 61**

1 the manufacturer.
2      Q. You don't know whether the sodium hypochlorite
3 is 10 or 15 percent?
4      A. The product is sold as a range. It always is.
5      Q. Okay. Now, the SOP document that's related
6 there, is that the SOP that you provided to us today?
7      A. Yes, sir.
8      Q. Is that SOP new for this Bellew work?
9      MR. THORNBURGH: Objection.
10      A. I don't know if that's the first version or
11 not.
12      Q. Will I be able to go to -- under -- Strike
13 that.
14      Under Paragraph B on page 14 where it says
15 "Portion B," will I be able to go to the SOP listed
16 there and determine how you treated the pristine
17 exemplar with formalin?
18      MR. THORNBURGH: Objection.
19      A. Yeah, I believe so.
20      Q. Will it tell me how much percentage formalin
21 was used, percentage formaldehyde?
22      A. We used 10 percent because that's the whole
23 process, what everybody used. But yes, it should show
24 up in the SOP.
25      Q. Okay.

16 (Pages 58 to 61)

Howard C. Jordi, Ph.D.

Page 62

1    MR. THORNBURGH: We've been going quite some
2 time. I need to take a bio break.
3    (Recess taken)
4    (Exhibit Number 11
5    marked for identification)
6 BY MR. THOMAS:
7    Q. Dr. Jordi, you were nice enough today to bring
8 with you what I've marked as Jordi Exhibit Number 11.
9 These are the -- I think these are the SOPs for Jordi
10 that you produced today.
11    A. Okay.
12    Q. I've tried to put them all in one exhibit,
13 Exhibit Number 11. I just want to understand, what is
14 this document?
15    A. Well, this one was for formalin treatment of
16 the polypropylene surgical mesh controls.
17    Q. Okay. And what's -- Is that a standard
18 operating procedure?
19    A. Yes.
20    Q. Okay. And what's the purpose of a standard
21 operating procedure?
22    A. To keep everything consistent from sample to
23 sample.
24    Q. Okay. And is it the goal of the procedure to
25 identify all those things in there a person is to do for

Page 63

1 the formalin treatment for the polypropylene surgical
2 mesh controls?
3    MR. THORNBURGH: Objection.
4    A. Yes.
5    Q. Thank you. If you go -- I've put several of
6 these together in one exhibit. There's the formalin
7 treatment for the polypropylene surgical mesh controls,
8 sodium hypochlorite treatment for the polypropylene
9 surgical mesh explants, separation of the tissue from
10 the fiber for the polypropylene surgical explants, DSC
11 analysis, LCMS analysis, FTIR microscope procedure, and
12 PYMS analysis. I've marked those collectively as
13 Exhibit Number 1.
14    As we go to page 2 of the formalin treatment
15 for surgical mesh controls, it shows -- has a revision
16 record. It says Revision A, date May 27, 2014, and it
17 says "Initial release and new format."
18    What does that mean?
19    A. It would be the layout of the paperwork.
20    Q. Is --
21    A. That's designed by Mark, not me.
22    Q. Is --
23    A. Corporate.
24    Q. Where it says "Initial release and new format,"
25 is that the first SOP for formalin treatment for the

Page 64

1 polypropylene surgical mesh controls?
2    A. No, because it says it's the first in new
3 format. So there had to be a former one as well.
4    Q. Okay. In those places in Exhibit Number 11
5 where it talks about new formats, is it Jordi's practice
6 to keep the old formats?
7    MR. THORNBURGH: Objection.
8    A. That would be a question for Mark. I don't
9 know how they decide that.
10    Q. Do you have a recollection as to whether there
11 is an old format of the formalin treatment for the
12 polypropylene surgical mesh controls?
13    A. There should have been.
14    Q. Do you have a recollection of seeing one?
15    A. I do not.
16    Q. Okay.
17    (Exhibit Number 12
18    marked for identification)
19    Q. Let me show you what's been marked as Jordi
20 Exhibit Number 12. This is another document that you
21 provided to us today.
22    Is this the report that you received from
23 Anasys on the nanothermal analysis?
24    A. Yes, this would have been the initial report
25 from them to us.

Page 65

1    Q. You said "initial report." Is there another
2 report that you received from Anasys?
3    A. No. I just meant that this is what's
4 incorporated in my report. You can see the same
5 pictures and everything.
6    Q. Is there anything other than what's contained
7 in Exhibit Number 12 that you received from Anasys in
8 connection with the work that they did on the Bellew
9 fibers?
10    A. I have just general company literature, but
11 nothing that is specifically related to this. You have
12 everything here.
13    Q. That relates to the work done on the Bellew
14 explant fibers?
15    A. Yes, sir.
16    Q. Did that come to you in the mail or
17 electronically?
18    A. It came to me electronically.
19    (Exhibit Number 13
20    marked for identification)
21    Q. Let me hand you what I've marked as Exhibit
22 Number 13 and ask you if this is the scanning electron
23 microscopy that you received from the Evans Analytical
24 Group with respect to the Bellew explant?
25    A. This looks like the file we received from them.

17 (Pages 62 to 65)

Howard C. Jordi, Ph.D.

Page 66

1  Yes. It's identified as such because we worked through
2  Scott Baumann.
3      Q. Okay. While you're here on Exhibit Number 13,
4  if you go to page -- Figure 17 and Jordi 13, these are
5  images of formalin-treated pristine implants. Correct?
6  Explants.
7      A. Correct.
8      Q. Strike that.
9         Figure 17 and 18 are images of formalin treated
10 exemplars. Correct?
11     A. Yes.
12     Q. And there is white material that shows on the
13 fibers, kind of spiky looking material. Correct?
14     A. Yes, sir.
15     Q. What is that?
16     A. Well, it's buffered formalin, so it's probably
17 buffer salts.
18     Q. How do you know?
19     A. That's the only thing in there, so it has to
20 be. You've got your mesh in there and you've got
21 formalin, which evaporates, and you have buffer salts so
22 when you dry it down they crystalize.
23     Q. Was there any effort to test the white spiky
24 material to see what it was?
25     A. No. The purpose of this test was to see if

Page 67

1  formalin caused any damage to the fibers. And there
2  clearly did not. So we accomplished our goal with that.
3      Q. As a part of your -- Strike that.
4         Is it proper procedure in analyzing fibers that
5  had been treated in formalin to clean them before
6  they're scanned?
7      MR. THORNBURGH: Objection.
8      A. I don't know what you could describe what --
9  it's whatever you describe that you want to do. It
10 certainly wouldn't have been wrong to clean them. It's
11 not wrong to do what we've done either.
12     Q. Is it fair to understand that these are
13 uncleaned mesh exemplars that had been soaked in
14 formalin?
15     MR. THORNBURGH: Objection.
16     A. The exemplars that had been soaked in formalin
17 and dried.
18     Q. Okay. Without any further cleaning or
19 preparation?
20     A. Without any further cleaning. And that's why
21 you see the salt.
22     Q. Okay.
23        (Exhibit Number 14
24        marked for identification)
25     Q. Exhibit Number 14, is that your billing for the

Page 68

1  Bellew case?
2      A. Yes. That's for the chemical analysis portion.
3      Q. Okay. Is there any other billing for the
4  Bellew case that's not included in Exhibit Number 14?
5      A. Well, there will be billing for my time study,
6  which obviously we bill periodically. So some of that
7  is not included. My time is not included in that.
8      Q. Okay. There's no reference in there to time
9  that you spent for the preparation of your report?
10     A. Correct. It hasn't been billed yet.
11     Q. And there's no time here shown for the
12 preparation of your report in the New Jersey litigation
13 either, is there?
14     A. No.
15     Q. Okay. Has the New Jersey litigation been
16 billed? That report is May the 20th, 2014.
17     A. I'd have to check with our . . .
18     MR. THORNBURGH: Dave, if it has been, we'll
19 produce it to you.
20     Q. And to the extent that there are time records
21 available that show the amount of time that you've spent
22 on this matter, I think we've requested that and I'd
23 like to have those to ask you questions about them.
24 Perhaps we can get them over lunch.
25     MR. THORNBURGH: I'm sorry. What was the

Page 69

1  question? I think he had said that they haven't billed
2  for it yet.
3      MR. THOMAS: But they have time records, Dan.
4  I'm entitled to the records, not just the time.
5      MR. THORNBURGH: We'll consider your request.
6      MR. THOMAS: I'd sure hate to come back here
7  and take his deposition.
8      MR. THORNBURGH: We'll produce it to you. I
9  just don't know that they're . . .
10     MR. THOMAS: Okay.
11 BY MR. THOMAS:
12     Q. For the explant samples in the Bellew case, you
13 had three different classifications. Correct?
14     A. Correct.
15     Q. The Explant A, you didn't disturb. You kept as
16 it was, as you obtained it from Steelgate, and split
17 with defendants?
18     A. Correct.
19     Q. For Explant B, is it fair to describe this
20 explant as where the tissue was manually removed from
21 the explant?
22     A. Yes.
23     Q. You identify in your report SOP Number
24 7.1.1.87.
25     A. Where are you, sir?

18 (Pages 66 to 69)

Howard C. Jordi, Ph.D.

Page 70

1     Q. It's back on page 14, I think.
2     A. 14?
3     Q. I'm sorry. It's on page 17. I'm sorry.
4     A. Okay. 17.
5     Q. Is it fair to understand that Portion B of the
6 Bellew explant had the tissue manually removed?
7     A. Yes, it is.
8     Q. And who did the tissue removal of Explant B?
9     A. Adi Kulkarni, as before. And I think he had
10 some help from someone else, I think Kevin. That's all
11 in the lab notebooks.
12     Q. It says, "This procedure was conducted using
13 Jordi SOP Doc Number P7.1.1.89 Revision A."
14     How is that SOP different from the way in which
15 the tissue was removed from the Lewis explant?
16     A. At the time the Lewis job was done, we didn't
17 have an SOP because this is such a simple procedure. We
18 decided to write one this time in response to your
19 questions in the prior case.
20     Q. Okay. And is the Bellew explant the first time
21 that this new SOP had been used for tissue removal?
22     MR. THORNBURGH: Objection.
23     A. Yes.
24     Q. Did the method for the tissue removal change
25 from Lewis to Bellew?

Page 71

1     A. No.
2     Q. So rather than going back and asking the same
3 questions I did in Lewis, it's fair to understand that
4 Dr. Kulkarni attempted to employ the same process that
5 he used in Lewis to remove the tissue in Bellew.
6     A. Yes. I was there, and I physically observed
7 it.
8     Q. Okay. Did you participate at all?
9     A. I was there observing.
10     Q. What did you do with the tissue that you
11 removed from Portion B?
12     A. Well, there's a picture of it in here. It was
13 just separated and kept by itself.
14     Q. Do you still --
15     A. There was no further work done on it.
16     Q. Do you still have it?
17     A. I'd have to ask Dr. Kulkarni whether we kept
18 that or whether it was disposed of. Everything we had
19 was returned to Steelgate recently.
20     Q. What do you mean everything you had?
21 Everything that you had that related to Bellew?
22     A. We had Bellew, we had all the other cases, we
23 had -- we haven't discarded anything. So whatever
24 discussions that Steelgate wanted, we sent back whatever
25 we had that they wanted.

Page 72

1     Q. Do you know whether you sent back the tissue
2 that you separated from Portion B to Steelgate?
3     A. I'll have to ask Scottie. He would know. I
4 don't know myself. We didn't do anything further with
5 it, so it was not of any interest to me.
6     Q. Okay. Portion C refers to subjecting that
7 portion of the sample to sodium hypochlorite treatment
8 to chemically separate the fiber from the tissue. The
9 procedure was conducted using a Jordi SOP Doc Number
10 P7.1.1.88 Revision A. It's referred to as Bellew,
11 Dianne C.
12     Was this chemical treatment of this Bellew
13 explant the first time that Jordi Labs had used sodium
14 hypochlorite to attempt to separate fiber -- mesh fiber
15 from tissue?
16     MR. THORNBURGH: Objection.
17     A. Yes.
18     THE WITNESS: I'm sorry.
19     Q. And so is it fair to understand that this Jordi
20 SOP was written for this process?
21     A. Yes.
22     Q. What literature did you consult to draft the
23 Jordi SOP for the separation of the tissue from the
24 Prolene mesh fiber by sodium hypochlorite?
25     A. We used the method of Clave.

Page 73

1     Q. Did you investigate other methods?
2     A. Yes.
3     Q. What other methods did you investigate?
4     A. Well, we considered the Celine Mary that
5 would -- we looked at every piece of literature that we
6 had. We wanted to use the simplest -- as a biochemist,
7 it's my understanding that the same hypochlorite
8 destroys protein bonds and would be adequate, as
9 described in Clave, so we just chose to use it.
10     Q. Now, up above on page 17 it says that after you
11 separated the samples with the defendants, that you sent
12 three of the seven pieces and returned them to counsel.
13 Fair?
14     A. On counsel's direction, we did.
15     Q. Okay. So you had four portions of the sample
16 available for you for analysis here at Jordi Labs?
17     A. Four divided half portions, yes.
18     Q. Okay. Now, when you received the samples, they
19 were all in formalin?
20     A. Yes, sir.
21     Q. And you took the samples out, divided them so
22 that plaintiff and defendants could share them?
23     A. Correct.
24     Q. And you attempted to divide the formalin in
25 which they were stored equally as well, didn't you?

19 (Pages 70 to 73)

Howard C. Jordi, Ph.D.

| Page 74 |
|---|

1    A.  That's correct.
2    Q.  Did you ever perform any tests on the formalin
3  in which the samples were stored?
4    A.  We did not.
5    Q.  Did you consider conducting any tests on the
6  formalin in which the samples were stored?
7    A.  No.
8    Q.  Under Portion C, you describe a method by which
9  you subjected an explant sample to sodium hypochlorite
10  treatment to chemically separate the fiber from the
11  tissue.
12       After the mesh fiber had been soaked in a
13  sodium hypochlorite, there was a residue.  Is that fair?
14    A.  I'm not sure what you're driving at.
15    Q.  Well, you had mesh fiber and then you had
16  sodium hypochlorite solution and whatever else came off
17  of the mesh fiber that was in the solution.  Correct?
18       MR. THORNBURGH:  Objection.
19    A.  Not correct.
20    Q.  Okay.  Tell me where I'm wrong.
21    A.  It's probably best shown on the picture.  Bear
22  with me a second.  Page 20.
23    Q.  That's the page I don't have.  I have to come
24  over and look over your shoulder.
25    A.  Okay.  I can make you a copy.

| Page 75 |
|---|

1       This is what you're asking right here, the
2  bottom photograph.  There was nothing else.  What amazed
3  me about the sodium hypochlorite was that I expected
4  this, having read the Clave article, it would take a
5  little time.  Within 15 minutes, the solution went dead
6  clear just like this and the sample under optical
7  microscopy looked dead clean.
8       Of course, this is the way it looked after
9  26 hours.  But to my eye, the solution -- there was no
10  residue, in other words.  That's why I said our mesh was
11  wrong.  It just dissolved everything except for the
12  mesh.
13    Q.  Dissolved everything into the hypochlorite
14  solution?
15    A.  Well, hypochlorite destroyed it into units that
16  were soluble so that it looked like a clear solution.
17  There was no residue.
18    Q.  All right.  And then did you remove the mesh
19  fiber from the sodium hypochlorite solution?
20    A.  Yeah.  That's in the SOP.  It was washed in
21  water.
22    Q.  Okay.  Did you test the sodium hypochlorite
23  solution after you removed the mesh fibers?
24    A.  No.
25    Q.  Did you consider testing the sodium

| Page 76 |
|---|

1  hypochlorite solution after you removed the mesh fibers?
2       MR. THORNBURGH:  Objection.
3    A.  No.  It had done its job.  It was clean.  I saw
4  no reason to.
5    Q.  Okay.
6    A.  And it wasn't in any of the literature we
7  looked at either, that kind of thing.
8    Q.  And you determined it was clean by your visual
9  observation and light microscopy?
10       MR. THORNBURGH:  Objection.
11    A.  Well, much more than that, but that's what it
12  looked like.  And it looked very clear.  And then you're
13  going to look at SEMs, which looked dead clean.  You're
14  going to look at infrared spectra, which looked dead
15  clean, et cetera, et cetera.
16    Q.  Okay.
17    A.  And we looked at nano-TA, which looked dead
18  clean, et cetera.  So there were a number of other
19  backup reasons to believe that it was clean.
20    Q.  Looking at the SOP for the sodium hypochlorite
21  treatment for the polypropylene surgical explants, which
22  is P7.1.1.88 Revision A in Exhibit Number 11, and it
23  says, "Add a desired volume of NaOCl solution to each
24  flask."
25       Do you know how much sodium hypochlorite was

| Page 77 |
|---|

1  added to the mesh samples for this cleaning procedure?
2    A.  These were -- it's just a large excess.  These
3  were done, I think, in -- the procedure is described in
4  here.  I think it was done in -- it's in the SOP.  I
5  think the Erlenmeyer flasks were used.
6    Q.  What it doesn't do is discuss how much sodium
7  hypochlorite was used, if you want to look at it.
8    A.  Yeah.  Well, a desired volume would be enough
9  to thoroughly cover the entire sample to a depth.  So it
10  would be -- if the sample had a millimeter, we probably
11  had a centimeter or more.
12    Q.  Do you recall measuring how much sodium
13  hypochlorite was added to the Erlenmeyer flask?
14    A.  There was such a huge excess that, no, it just
15  would have been irrelevant.
16    Q.  Okay.  Does the SOP provide for a temperature?
17    A.  It was at room temperature in the Clave work.
18  So this was done at room temperature.
19    Q.  Is the temperature specified in the SOP?
20    A.  I don't see it, no.
21    Q.  Okay.  And how long did it stay in the sodium
22  hypochlorite?
23    A.  26 hours.
24    Q.  And how did you determine that amount of time?
25    A.  Clave.

20  (Pages 74 to 77)

Howard C. Jordi, Ph.D.

| Page 78 | Page 80 |
|---|---|

**Page 78**

1  Q. And you told me generally before, but why do
2  you think that that procedure was sufficient to clean
3  the mesh of all pertinacious materials on the mesh?
4      MR. THORNBURGH: Objection. Asked and
5  answered.
6   A. If you want, I can show you an IR photograph
7  before and after.
8   Q. In the file?
9   A. Yeah.
10  Q. We'll get to that in a minute.
11  A. You have huge protein bands before a treatment
12  and you have none afterwards.
13  Q. Is it your opinion that the FTIR spectra, which
14  we'll get into later, for the cleaned explant showed no
15  proteins?
16  A. That's correct.
17  Q. Okay. Is the cleaning of the Bellew explant
18  the only time, to your knowledge, that Jordi Labs has
19  used sodium hypochlorite to clean tissue from mesh?
20  A. I believe it is because we said before in our
21  prior work that we felt that the less treatment the
22  better.
23      So we did the same thing we did in the Lewis
24  case here. We did no treatment. That's B. And then
25  since a lot of other people had done the sodium

**Page 79**

1  hypochlorite, we also incorporated sodium hypochlorite
2  so we could clarify the carbonyl bands underlying the
3  protein bands -- being covered up by the protein bands.
4   Q. Why didn't you use sodium hypochlorite in
5  Lewis?
6      MR. THORNBURGH: Objection. Asked and
7  answered.
8   A. Well, again, because I felt sodium hypochlorite
9  is reactive and it could oxidize the polypropylene
10  further. And I didn't want to risk damaging the
11  protein.
12      I could see the carbonyl bands on the shoulders
13  on the side of the protein bands, and I felt that was
14  adequate. This time, we just wanted to add an
15  additional level of analysis by adding the sodium
16  hypochlorite. But we still continued to use all the
17  older methodologies as well.
18  Q. Did you believe that subjecting the mesh to
19  sodium hypochlorite in solution presented a risk to the
20  mesh?
21  A. I did because if -- Sodium hypochlorite is a
22  strong oxidant. If there's no antioxidants or not
23  enough antioxidant present in the mesh, it had the
24  potential to further oxidize the mesh, which is
25  precisely why we didn't do it the last time. But we did

**Page 80**

1  it this time to add a level of further dimension.
2      And when we ran the nanothermal analysis, I was
3  proved correct. The melt point of the sodium
4  hypochlorite-treated mesh was lower than the melt point
5  of the Sample B. 126.8 degrees versus I think 115,
6  116 degrees.
7   Q. Dr. Jordi, do you still -- Strike that.
8      Does Jordi Labs still have the formalin in
9  which the material was provided to Jordi Labs?
10      MR. THORNBURGH: Objection.
11  A. No. The samples were returned to -- whatever
12  we had was returned to Steelgate. The rest of it, in
13  many cases, was completely used up because there's such
14  a little amount.
15  Q. Do you still have the formalin in which you
16  soaked the pristine exemplar?
17  A. No.
18  Q. What did you do with it?
19  A. It was disposed of. That wasn't part of --
20  Once it served its useful purpose, we were done with it.
21  Q. Do you still have -- Strike that.
22      Did you test the sodium hypochlorite in which
23  you soaked the control?
24      MR. THORNBURGH: Objection.
25  A. No.

**Page 81**

1   Q. Do you still have the sodium hypochlorite in
2  which you soaked the control?
3   A. No.
4      Do you want this back, sir?
5   Q. Sure. Thank you.
6      You describe in your procedure -- excuse me --
7  in your report a procedure where you blot the samples
8  with Kimwipes to remove excess formalin. What does that
9  mean?
10  A. Pretty much just what it says. The samples are
11  taken out of formalin and they're blotted dry for
12  analysis.
13  Q. What's a Kimwipe?
14  A. It's like a napkin, but it's a lab napkin that
15  doesn't spin off lint.
16  Q. What is it made of?
17  A. I believe it's cotton.
18  Q. Okay. And then it says that the samples were
19  then sectioned for OM, SEM, SEM-EDX, and FTIR microscopy
20  analysis. Who did the sectioning?
21  A. That will be in the lab notebooks, but I
22  wouldn't be -- I think that's probably Adi. Don't quote
23  me on that until we look at the lab notebooks.
24  Q. Is there an SOP for sectioning the samples?
25  A. I don't believe so. It's just -- just used a

21 (Pages 78 to 81)

Howard C. Jordi, Ph.D.

Page 82

1  simple disposable knife.
2      Q.  Were you present when the samples were
3  sectioned?
4      A.  I was present when we sectioned -- when we
5  sectioned them with Dr. Thames.  I don't believe I was
6  present when those particular sectionings were done.
7      Q.  Did you provide any instructions to
8  Dr. Kulkarni about how to section the samples that were
9  used for OM, SEM, SEM-EDX, and FTIR?
10     A.  No.  He's a Ph.D.  He hardly needs that.
11     Q.  And you would expect however he did that to be
12 detailed in the report?
13     A.  Yes.
14     Q.  If you go to page 13 of your report -- I'm on
15 Paragraph 6, the conclusion reached right in the middle
16 of the paragraph.  It says, "The totality of the
17 evidence as discussed in detail below overwhelmingly
18 establishes that the Prolift device implanted in
19 Miss Bellew degraded in her body, mostly caused by in
20 vivo oxidation due to a lack of adequate antioxidants on
21 the surface of the mesh and environmental stress
22 cracking."
23        Did you limit your findings to the amount of
24 antioxidants to the surface of the mesh?
25        MR. THORNBURGH:  Objection.

Page 83

1      A.  Yes.
2      Q.  And is it fair to understand that based upon
3  the work that you've done on this case, that the only
4  scientific data that you have developed on the amount of
5  degradation on the surface of the mesh is about
6  1 micron?
7         MR. THORNBURGH:  Objection.
8      A.  I didn't say that.  I said the surface of the
9  mesh.  It appears to be 4 microns thick, from the work
10 of Valadimir.  And even --
11     Q.  Who?  I'm sorry.
12     A.  Well, let's see.  That's the -- Where did that
13 file go?
14     Q.  Up in this pile?
15     A.  I think it's probably this guy.
16     Q.  Dr. Iakovlev?
17     A.  Iakovlev, yeah.
18     Q.  I'm referring specifically now to the work that
19 you did in this case.
20     A.  Remember, I saw one crack, and that particular
21 crack was 1 micron.  I did not say that was the depth of
22 the entire skin.
23     Q.  I didn't mean to interrupt you.  Have you
24 finished?
25     A.  That was not the depth of the entire skin.

Page 84

1  That was the depth of that particular crack.
2      Q.  But that's the only crack that you measured?
3      A.  Correct.
4      Q.  So you have not generated any scientific data
5  in connection with your work on this case that shows the
6  depth of the cracks to be greater than 1 micron?
7      A.  It wasn't my goal to determine the depth of
8  the -- that just wasn't our goal.
9      Q.  But is the answer to my question yes, that was
10 the only test that you did and it was 1 micron?
11     A.  I personally, yes.
12     Q.  And how does 1 micron compare to the width of a
13 piece of paper?
14     A.  You'll have to -- I know what a human hair is,
15 60 microns.  I don't know what a piece of paper is.
16     Q.  Okay.  Do you have any understanding at all
17 about whether a micron is larger or smaller than the
18 width of a piece of paper?
19        MR. THORNBURGH:  Objection.
20     A.  Probably smaller.
21     Q.  And the lack of adequate antioxidants to which
22 you refer in that paragraph refers to Santonox R and
23 DLTDP?
24     A.  That's correct.
25     Q.  Anything else?

Page 85

1      A.  No.  We just looked at those two antioxidants.
2      Q.  Okay.  And you also mentioned environmental
3  stress cracking.  Tell me what evidence you have --
4  scientific evidence that you have in this case that
5  proves to you that the Bellew mesh explant experienced
6  environmental stress cracking.
7      A.  Well, Number 1, we have the SEM work which
8  clearly shows the cracks.  So the cracks are a fact,
9  just no way around it.
10        The only question left is what causes the
11 cracks.  We ruled out the protein coat from the IR work,
12 which left us with only polypropylene.
13        And then we ran PYMS, which showed the presence
14 of fatty acids and cholesterol esters, which are known
15 even to Ethicon's own researchers to be environmental
16 stress crack agents.  They were present.
17        We saw oxidation from the FTIR.  Oxidation will
18 lead to cracking.  Cracking will lead to the ability of
19 the fatty acids and the cholesterol esters to get into
20 the cracks and enlarge the cracks by environmental
21 stress cracking.  So the package just fits.
22     Q.  Is there a way you're aware of to conduct any
23 test to prove that, in fact, environmental stress
24 cracking occurred in Ms. Bellew's explant?
25        MR. THORNBURGH:  Are you asking to a reasonable

Howard C. Jordi, Ph.D.

Page 86

1  degree of scientific certainty?
2      MR. THOMAS: Yes. All my questions are that
3  way. I assume all of his opinions are that way.
4      A. To a reasonable degree of scientific certainty,
5  I believe that's true, yes.
6      Q. I'm asking you whether there are objective
7  tests that you can conduct to determine the extent to
8  which Ms. Bellew's explant underwent environmental
9  stress cracking.
10     MR. THORNBURGH: Objection. Asked and
11 answered. He's already gone through those.
12     A. We did the -- like I said, we did the
13 antioxidant levels. We did the IR work, all of that,
14 and the DSC work also. Heat crystallization is also
15 leaning in the direction of environmental stress
16 cracking.
17     First of all, we have the fact of the cracking.
18 Something has to cause the cracking. That's just
19 100 percent certain. It's there. So we have the
20 combination, as I've described, of the stress cracking
21 agents, as recognized in Ethicon's own literature, and
22 we have the IR showing oxidation, which leads to cracks,
23 which can be further exacerbated by the stress cracking
24 agents and so on. So it's a package that fits
25 perfectly.

Page 87

1      Q. Where did the environmental stress cracking
2  start in the Bellew explant?
3      MR. THORNBURGH: Objection.
4      A. It had to start on the surface because that's
5  where it is.
6      Q. Where on the surface?
7      A. Well, it's basically scattered all over it.
8      Q. Okay.
9      A. As shown by the SEM micrographs.
10     Q. Do you agree that fast crack propagation is a
11 necessary part of environmental stress cracking?
12     A. It's part of it.
13     Q. And --
14     A. That's -- And that's -- by the way, that's when
15 you're talking about exclusively environmental stress
16 cracking. We're talking about a combination here of
17 oxidation and environmental stress cracking. It's more
18 complicated than just environmental stress cracking by
19 itself without oxidation.
20     Q. You testified a moment ago that the degradation
21 of this explant was limited to the surface of the
22 explant. Correct?
23     A. Correct. First few microns.
24     Q. And is it fair to conclude that there had been
25 no crack propagation through the -- Strike that.

Page 88

1      Is it fair to understand there had been no
2  crack propagation past the surface into the interior of
3  the explant?
4      A. Generally true, but it's not uniformly true.
5      Q. Did you find any evidence of crack
6  propagation --
7      A. Glad you asked.
8      I'm sorry.
9      Q. Please, can I finish my question?
10     A. I have to get some data for you.
11     Q. Did you find any evidence of crack propagation
12 in the Bellew explant past the surface?
13     A. Yes. No, not the Bellew. Other samples,
14 though.
15     Q. Okay.
16     A. Would you like to see it?
17     Q. I just want to make sure. So all of the --
18 what you've described as environmental stress cracking
19 in the Bellew explant is limited to the surface. Fair?
20     A. In the Bellew case, yes.
21     Q. Now, you said that you had some evidence of
22 crack propagation in other samples?
23     A. Yes, sir.
24     Q. Are they samples, Ethicon Prolene mesh samples?
25     A. Yes.

Page 89

1      Q. And what samples are those?
2      A. I'll have to show you the chart.
3      Q. Okay. Is this material that you produced to us
4  before.
5      A. You have it all, sir. Yup.
6      Q. What are you reaching at?
7      A. I'm reaching for the SEM control samples. It's
8  the data, and from there it goes into the SEM.
9      Q. Is this part of your report in the case?
10     A. Yeah, it's part of the overall report. You
11 have the written report and then you have the data
12 files.
13     Q. I've got that.
14     A. Page 812, sir.
15     Q. Thank you.
16     (Pause)
17     Q. Okay. 812.
18     A. Figure 102. There's your crack at the bottom.
19 It goes right through the fiber.
20     Q. Okay. And is it your opinion that that is
21 environmental stress cracking, that the figure that --
22 SEM Figure 102 for Sample J-7959 on page 812 of your
23 report, is it your opinion that the cracks shown in that
24 figure are environmental stress cracking?
25     MR. THORNBURGH: Objection.

23 (Pages 86 to 89)

Howard C. Jordi, Ph.D.

| Page 90 | Page 92 |
|---|---|

**Page 90**

1     A. Well, they're a crack that's propagated right
2 through the fiber.
3     Q. Is it your opinion that that is environmental
4 stress cracking?
5     A. Well, it has to be brittleness to happen. So
6 under stress at the bend like that, it's likely
7 environmental stress cracking.
8     Q. Is it your opinion to a reasonable degree of
9 scientific certainty that the crack that's shown in
10 Figure 102 on page 812 of your report is due to
11 environmental stress cracking?
12     A. Yes.
13     Q. And is it based on anything more than just the
14 appearance of the crack?
15        MR. THORNBURGH: Objection.
16     A. No. It's just the crack itself.
17     Q. Okay.
18     A. Okay.
19     Q. Is that the only example you're able to find of
20 environmental stress cracking in your images?
21     A. Well, I would not say that the other cracks we
22 see on the surface aren't partly environmental stress
23 cracking related. But that's the only one that I saw
24 that went clean through the whole fiber.
25     Q. Okay. That doesn't go all the way through the

**Page 91**

1 fiber, does it?
2     A. 80 percent.
3     Q. Okay. Did you determine what sample this was,
4 what kind of material and from what person?
5        MR. THORNBURGH: Objection.
6     A. Yeah. Sample 1304.
7     Q. Is that a TVT?
8     A. That's a TVT.
9     Q. That's what I wanted to know. And this TVT was
10 stored in formalin before you analyzed it?
11     A. As they all were. Yes, sir.
12     Q. And do you know how long the TVT that is J-7959
13 was implanted in the individual?
14     A. I'd have to go back. We can find that
15 information out for you. I don't know off the top of my
16 head.
17     Q. None of that information is contained in your
18 report anywhere. Correct?
19     A. No, sir.
20     Q. That wasn't important to your analysis in this
21 case?
22     A. That's correct.
23        MR. THORNBURGH: I'm sorry.
24        (Recess taken)
25 BY MR. THOMAS:

**Page 92**

1     Q. Dr. Jordi, do you agree that environmental
2 stress cracking requires a crack initiation?
3     A. Of some sort, yes.
4     Q. What was the crack initiator in the Bellew
5 case?
6        MR. THORNBURGH: Objection.
7     A. It's hard for me to describe that. I think
8 the -- to some degree, it's the -- in this case, in all
9 of these fibers, it's got to do with the double-layer
10 structure of all of these fibers where you have a
11 crystalline inner core and the outer more amorphous
12 layer, which cools faster so it's more susceptible to
13 environmental stress cracking.
14     Now, that allows for things like the fatty
15 acids and cholesterol esters and whatever else to get in
16 more easily than it would in a crystalline material. So
17 it makes it more susceptible.
18     And then for initiation, you also have the
19 oxidation clearly shown in the infrared spectra. The
20 oxidation will embrittle a material. It's really known
21 that as the molecular weight decreases, the material
22 becomes more brittle.
23     And what we saw in the nanothermal work was 175
24 or so melt point for the pristine, for the formalin
25 treated, for the -- even for the hypochlorite treated

**Page 93**

1 exemplar. But then once we went to the explants it was
2 126.8.
3     And then for the tissue extracted material, 115
4 or so for the general sodium hypochlorite treated. And
5 I think it was 78 or something like that for the actual
6 flake material. We saw flaked material on the surface
7 of the hypochlorite-treated Bellew sample.
8     Q. Are you able to determine, Dr. Jordi, which
9 came first, oxidation or environmental stress cracking?
10        MR. THORNBURGH: Objection.
11     Q. In Bellew.
12     A. I would think they work in tandem. I would
13 think --
14     Q. Do you have an opinion to a reasonable degree
15 of scientific certainty that they work in tandem, or are
16 you just wondering?
17        MR. THORNBURGH: Objection.
18     A. The literature clearly states that oxidation
19 causes embrittlement. Embrittlement is going to lead to
20 cracking.
21     Q. My question is more specific.
22        MR. THORNBURGH: Asked and answered.
23     Q. Do you have an opinion to a reasonable degree
24 of scientific certainty as to which came first with
25 Ms. Bellew, oxidation or environmental stress cracking?

24 (Pages 90 to 93)

Howard C. Jordi, Ph.D.

1    MR. THORNBURGH: Objection. Asked and
2  answered.
3    A. I can't answer the question which came first.
4  They seem to be working in tandem.
5    Q. Okay. And do you have an opinion to a
6  reasonable degree of scientific certainty the specific
7  initiator of the environmental stress cracking?
8    MR. THORNBURGH: Objection.
9    A. Well, oxidation, as described in Ethicon's own
10  literature and elsewhere, in Celine Mary and other
11  places, is caused by this dual structure we talked
12  about. And then there are crystalline regions, and then
13  there are amorphous regions, and there are what they
14  call tie molecules between the crystalline regions.
15  Those tie molecules get ruptured, and that's what leads
16  to the micro cracks. And that happens through -- one of
17  the mechanisms is through oxidation.
18    So it could happen either through physical
19  stress of the stretching of the -- When you bend the
20  fiber mesh, the way it's constructed, you put lots of
21  stress at the curve points, that's going to act as the
22  stress that could cause the initial stress cracking.
23    Q. Doctor, you said could. Do you have a opinion
24  to a reasonable degree of scientific certainty of what
25  the crack initiator was in the Bellew explant for

1  environmental stress cracking?
2    MR. THORNBURGH: Objection.
3    A. The initiator would be the stress. And that's
4  a reasonable -- that's a scientifically reasonable -- to
5  a reasonable degree of certainty.
6    Q. And that's stress?
7    A. The bending pressure. When you're bending a
8  material.
9    Q. Okay. All right.
10    A. But the fact remains, again, it's -- we're
11  not -- can't be debating it's cracked. It's cracked.
12  We physically see it.
13    Q. And you've discussed your understanding that
14  the outer layer of the Prolene mesh is more amorphous
15  than the interior crystalline layer?
16    MR. THORNBURGH: Objection.
17    A. Yes.
18    Q. And you agree that crystallinity hinders
19  environmental stress cracking?
20    A. That's a tricky question because what all the
21  authors will say, there's a process through oxidation.
22    When these tie molecules break, you actually
23  get a lowering of molecular weight, which we saw in the
24  nano-TA by the lowering of the melt point, but you
25  paradoxically initially get an increase in crystallinity

1  and an increase in density. And then as the oxidation
2  process continues, the crystallinity goes down and
3  embrittlement continues to increase.
4    So you get an initial increase in crystallinity
5  and then a steep drop-off. It's a process.
6    Q. Dr. Jordi, let's go to 165 of your report,
7  please. The end of the paragraph begins, "Decreases in
8  crystallinity as seen from the DSC data and the presence
9  of cholesterol and fatty acids observed in PYMS and LCMS
10  data are consistent with environmental stress cracking.
11    "Since evidence of oxidation and environmental
12  stress cracking is seen in most samples, including
13  Bellew, it is concluded that both of these factors may
14  be at play for degrading the polypropylene mesh."
15    Is that your opinion?
16    MR. THORNBURGH: Objection.
17    A. Well, I could have said better "is factors are
18  at play." But it's because it's more complicated than
19  simple environmental stress cracking or simple oxidation
20  because it's a combination of both. They're working
21  together.
22    I cannot tell you and neither can any scientist
23  in the world, I don't believe, tell you which one is
24  more important in a particular sample because it depends
25  on how much oxidation it's been exposed to as opposed to

1  how much stress cracking agent, how much bending.
2    But the fact remains it's cracked. It had to
3  be caused. So it's either caused by oxidation --
4  and/or. That's why I say "may."
5    Q. Okay.
6    A. But the fact that it happened is absolutely
7  100 percent certain.
8    Q. If you go to the next page, page 166,
9  Paragraph 6 under "Summary of opinions," it says, "As a
10  result of the manufacturing process, Prolene is
11  susceptible to environmental stress cracking."
12    First of all, what is it about the
13  manufacturing process that makes Prolene susceptible to
14  environmental stress cracking?
15    A. The two-state structure of a mesh when you're
16  finished, the outer amorphous -- more amorphous layer
17  and the inner crystalline area.
18    Q. Paragraph 7 says, "Cholesterols and fatty acids
19  absorbed into Mrs. Bellew's Prolift device, making it
20  susceptible to environmental stress cracking, which
21  likely contributed to the degradation and cracking in
22  vivo as observed in the SEM images."
23    Again, is the -- is it your opinion that the
24  Bellew Prolene mesh was susceptible to environmental
25  stress cracking, or do you have an opinion to a

Howard C. Jordi, Ph.D.

Page 98

1 reasonable degree of scientific certainty that it did,
2 in fact, undergo environmental stress cracking?
3      MR. THORNBURGH: Objection. You're covering
4 stuff we've already covered. He's already given this
5 opinion. Asked and answered.
6      Hold on. I'm not going to let you ask
7 questions over and over again and then leave and allow
8 another lawyer to come in here and ask the same
9 questions over and over again like you're doing here.
10 I'm going to object. We've already covered this ground.
11      MR. THOMAS: Are you instructing him not to
12 answer?
13      MR. THORNBURGH: You can answer the question,
14 but we've already covered it. If we keep it up, then
15 I'm going to start instructing him not to answer the
16 questions.
17      Go ahead.
18   A. At this point I need to hear it repeated.
19      (Record read)
20      MR. THORNBURGH: Objection.
21   A. I have an opinion to a reasonable degree of
22 scientific certainty that it was very susceptible to
23 environmental stress cracking because of the stress,
24 because of the manufacturing process, because of the
25 presence of the fatty acids as described.

Page 99

1   Q. Okay?
2   A. Yes, sir.
3   Q. Go back to page 22 of your report, please.
4   A. Okay.
5   Q. Down at the bottom it says, "It is my opinion."
6   A. Uh-hmm.
7   Q. In the middle of the sentence it says, "this
8 level of degradation will have a," bolded, "strong
9 impact on fiber mechanical properties, including
10 stiffness, elasticity, and resistance to break."
11      What level of degradation are you referring to
12 there?
13   A. The cracking, the large level of cracking that
14 we see on the surface. Not referring to the total
15 fiber. We're referring to the surface material.
16   Q. So the surface material only --
17      Which you've attested in this report. Correct?
18      MR. THORNBURGH: Objection.
19   A. That's correct.
20   Q. -- will have a strong impact on fiber
21 mechanical properties.
22      What testing have you done to determine the
23 impact of the level of degradation that you found here
24 on fiber mechanical properties?
25      MR. THORNBURGH: Objection.

Page 100

1   A. Well, when you look at a piece of glass, for
2 example, laying on the ground that's been dropped and it
3 shattered in a zillion piece, you know it's brittle.
4 When I look at a fiber like this and see a zillion
5 pieces, cracks, on the fiber, it's brittle. It's very
6 obvious.
7      I couldn't even do mechanical testing on it
8 because you couldn't put it into a device, if I had
9 enough material.
10      Secondarily, we didn't have enough material to
11 test on a mechanical analyzer anyway. But if we had,
12 the melt point we saw in nano-TA of 115, 126, and
13 78 degrees would be so brittle because its molecular
14 weight, according to the nanopaper, is in the 5000ish
15 range, which is -- it's virtually not even a
16 polypropylene anymore. It's what we call an oligomer,
17 and it's almost turning into a powder, getting ready to
18 turn into a powder, as evidenced by the cracks -- not
19 just the cracks but the flake material that we see on
20 the surface at 78C.
21      MR. THOMAS: Would you read my question again,
22 please.
23      (Record read)
24      MR. THORNBURGH: Are you asking that?
25      MR. THOMAS: Yes.

Page 101

1      MR. THORNBURGH: Objection. Asked and
2 answered.
3      THE WITNESS: Answer?
4      MR. THORNBURGH: The same way you already have.
5      MR. THOMAS: No. He can answer it however he
6 needs to answer it.
7      MR. THORNBURGH: He's already answered the
8 question. You just didn't like the --
9      MR. THOMAS: Dan, please, I'm trying to ask
10 questions. You're talking more than he is.
11   A. I've lost my track. Could you read the
12 question one more time.
13      (Record read)
14      MR. THORNBURGH: Objection. Asked and
15 answered.
16   A. I would say the SEM clearly shows it's not a
17 mechanical test per se, but it shows the mechanical
18 effect of degradation. And the material was so brittle
19 it cracked just sitting. It didn't need to be put on a
20 machine. It cracked just sitting there.
21   Q. And you're referring to the level of
22 degradation that you found in the report. Is that fair?
23   A. Correct.
24   Q. And when you say "strong impact," what does
25 that mean?

26 (Pages 98 to 101)

Case 2:12-md-02327 Document 3771-2 Filed 04/03/17 Page 28 of 67 PageID #: 126466
Case 2:13-cv-02273 Document 151-2 Filed 10/03/17 Page 28 of 67 PageID #: 12570

Howard C. Jordi, Ph.D.

Page 102

1   A.  Well, it's not just likely to crack; it did
2   crack.
3   Q.  Okay.  And it says "strong impact on fiber
4   mechanical properties."  Tell me -- quantify, if you
5   can, the impact on stiffness.
6       MR. THORNBURGH:  Objection.
7   A.  It will make it brittle.  It will just break,
8   the least pressure put on it.
9   Q.  The surface or the entire mesh?
10  A.  No.  The surface, sir.  Everything I'm talking
11  about is surface.
12  Q.  Thank you.  And so the level of degradation
13  will have a strong impact on the elasticity of the
14  surface of the mesh?
15  A.  Yes.
16  Q.  And can we limit it to the surface of the mesh?
17  A.  Primarily, although I did show you the one case
18  that we saw where it went through the white fiber.
19  Q.  For Mrs. Bellew's explant, can we limit the
20  elasticity to the surface of the mesh?
21      MR. THORNBURGH:  Objection.
22  A.  Yes.
23  Q.  And when you talk about the level of
24  degradation will have a strong impact on resistance to
25  break, what evidence do you have that there's a strong

Page 103

1   impact on the resistance of the Prolene mesh in
2   Ms. Bellew to break?
3       MR. THORNBURGH:  Objection.  Asked and
4   answered.
5   A.  The SEM micrograph showing the break.
6   Q.  And is that related to the surface?
7   A.  Absolutely.  Again, everything we're talking
8   about here is surface.
9   Q.  Next page, page 23, you say, "By potentially
10  shedding particles of polypropylene into the surrounding
11  tissues" --
12  A.  Page, sir?
13  Q.  Page 23, top of the page.
14  A.  Got it.
15  Q.  "By potentially shedding particles of
16  polypropylene into the surrounding tissues."
17      Do you have any evidence in this case that any
18  particles from the Bellew mesh shed into surrounding
19  tissues?
20      MR. THORNBURGH:  Objection.
21  A.  Well, I didn't receive individual flakes from
22  Steelgate.  What I saw was the tremendous degree of
23  cracking.  And I did see flakes in the sodium
24  hypochlorite treated sample of Bellew.
25      So it is just logical that the particles are

Page 104

1   going to break off with movement in the body.  And the
2   fact remains that something caused the surgery to need
3   to be done, through the pain and stuff that required --
4   which I'm not a doctor, I'm not saying, but I'm just
5   saying something had to cause that pain for the excision
6   of the sample.
7   Q.  You're speculating here that particles came
8   from the mesh and caused pain and required the excision,
9   aren't you?
10      MR. THORNBURGH:  Objection.
11  Q.  That's beyond your area of expertise?
12      MR. THORNBURGH:  Objection.
13  A.  Well, that it came off in her body, yes,
14  because I could have analyzed flakes had I been given
15  them, but I wasn't given them.  Correct.
16  Q.  Okay.  And you don't know whether flakes from
17  the Prolene mesh in Miss Bellew's body caused her pain.
18  Do you?
19      MR. THORNBURGH:  Objection.  He's not going to
20  offer opinions regarding --
21  A.  That's not my area of expertise.
22      MR. THORNBURGH:  -- regarding medical opinions
23  such as the question you just asked.
24      MR. THOMAS:  Perfect.  I'm happy with that.
25  BY MR. THOMAS:

Page 105

1   Q.  Is the same stipulation true with respect to
2   polypropylene particulates caused an increased
3   inflammatory response?
4       MR. THORNBURGH:  Objection.
5   A.  That's just a reference to the chemical
6   literature that I've read that all say medical doctors
7   everywhere, everybody says the same thing.
8   Q.  That's beyond your area of expertise?
9   A.  That's not my area of expertise.
10  Q.  Thank you.  For the SEM images on pages 24 to
11  43, is it fair to understand that Evans determined what
12  magnification to use for those images?
13  A.  Yes.
14  Q.  Did Jordi give Evans any guidance or direction
15  in determining what magnifications were to be used?
16      MR. THORNBURGH:  Objection.  Asked and
17  answered.
18  A.  No.
19  Q.  Let's go to page 43 of your report, please.
20  Page 43 begins a section in your report on SEM-EDX
21  testing.  Correct?
22  A.  Correct.
23  Q.  And why did you not have Evans conduct SEM
24  testing on Bellew Explants B or C?
25      MR. THORNBURGH:  Objection.  Can you read that

27 (Pages 102 to 105)

Howard C. Jordi, Ph.D.

| Page 106 | Page 108 |
|---|---|

**Page 106**

1  back one more time?
2  (Record read)
3  MR. THORNBURGH: Objection. I believe that
4  mischaracterizes what he's already talked about.
5  Go ahead.
6  A.  C was done because we had treated the sample --
7  not done because we treated the sample with sodium
8  hypochlorite. And I would have introduced extra oxygen
9  and extra chlorine, so I didn't want to risk the
10  contamination issue.
11  We were looking for increased oxygen levels,
12  and that would have done it. It would have misled us,
13  so there's no reason to do it.
14  Q.  I'm sorry. A is the as-is sample. Correct?
15  A.  Let's go look.
16  Q.  If you look at Table 3 on page 45, it shows the
17  testing that you did by SEM-EDX. Correct?
18  A.  Yes.
19  Q.  And Table 45 shows that you did SEM-EDX testing
20  on Exemplars A and B and you did SEM-EDX testing on only
21  Explant A. Correct?
22  A.  Let me file through here and see what we got.
23  Again, for SEM work we sent the sample with
24  tissue only, "with mesh and tissue." That's on page 49.
25  Q.  My question is, why didn't you have SEM-EDX

**Page 107**

1  testing done on either the manually cleaned sample or
2  the sodium hypochlorite-cleaned sample?
3  MR. THORNBURGH: Objection. Asked and
4  answered. Go ahead.
5  A.  The manually cleaned sample would have been the
6  same as the tissue-containing sample --
7  Q.  Why?
8  A.  -- for this purpose.
9  Because you have individual pieces of the mesh
10  sticking out from the tissue. And those are the pieces
11  that are analyzed here. So it would be redundant to do
12  the cleaned material.
13  Q.  Okay. Is it fair to understand that you
14  could -- as far as you're concerned, you could have just
15  as easily tested Explant B and gotten the same results
16  as you got for testing Explant A?
17  MR. THORNBURGH: Objection.
18  A.  Yes, but it would have required sending more
19  precious sample. And they were able to use the same
20  tissue sample they did containing tissue for this work,
21  so why not?
22  Q.  Is SEM-EDX destructive testing?
23  A.  No.
24  Q.  And they already had all three of these samples
25  for SEM testing. Correct?

**Page 108**

1  MR. THORNBURGH: Objection.
2  A.  Yeah.
3  Q.  Okay. And why didn't you ask --
4  A.  No, I don't believe for SEM, they didn't have
5  the cleaned mesh. They had hypochlorite, they had
6  exemplar, and then they had just the mesh.
7  Q.  Okay. They didn't have the manually cleaned
8  mesh?
9  A.  Never did. Not for any of the prior work or
10  this work.
11  Q.  They do have the sodium hypochlorite-treated
12  mesh?
13  A.  That's correct. Well, they do in the SEM, but
14  we didn't run that here because -- in the SEM-EDX
15  because, again, we felt it -- it's an oxidizing agent.
16  It's going to put excess oxygen in the material. We're
17  looking for excess oxygen, so it negates the purpose.
18  Q.  Is there any benefit at all of returning an
19  SEM-EDX test on the sodium hypochlorite-treated mesh
20  Bellew, Dianne C?
21  MR. THORNBURGH: Objection.
22  A.  Are you talking about the regular SEM now or
23  EDX?
24  Q.  EDX.
25  MR. THORNBURGH: Same objection.

**Page 109**

1  A.  It would have given us an erroneous result on
2  oxygen, so we didn't do it.
3  Q.  Is the erroneous result in oxygen the only
4  reason not to do that?
5  A.  Extra chlorine.
6  Q.  Anything else?
7  A.  Nope.
8  Q.  Now, to do the SEM-EDX, do you have to tell the
9  machine what to look for, or does it just pick out
10  things?
11  MR. THORNBURGH: Objection.
12  A.  It scans, so it gives you elements right across
13  the bottom, left to right.
14  Q.  On Table 3 where you show the elements that are
15  found by SEM-EDX, it shows carbon, nitrogen, oxygen,
16  sodium, phosphorus, and sulfur.
17  Do you have to tell the machine to look for
18  those elements, or does the SEM-EDX just tell you what
19  it finds?
20  A.  If you look at page 49, it gives you -- you see
21  the peaks there. It gives peaks. Those are just
22  recorded, whatever it finds.
23  Q.  And where on page 49 it calls out the elements
24  that it finds, are those places where the machine puts
25  those notations, or is that something that has to be put

28 (Pages 106 to 109)

Howard C. Jordi, Ph.D.

| Page 110 | Page 112 |
|---|---|

**Page 110**

1  on by somebody else by identifying what peaks they are?
2    A. The software does it.
3    Q. All right. And so is it fair to understand
4  that to the extent the SEM-EDX identifies any element,
5  it will self-identify those elements so that you can see
6  that in your spectrum without you having to tell it what
7  to look for?
8    A. Right.
9    Q. Okay. Other than chlorine and oxygen, what
10  else would you have expected to see from SEM-EDX
11  analysis of Bellew Exhibit C?
12    A. One of the major things we were looking for was
13  nitrogen, if there was a protein coat. There was no
14  nitrogen, hence no protein coat.
15    Q. Okay. But what else in addition to the oxygen
16  and chlorine would you have expected to see on SEM-EDX
17  if you analyzed Exhibit -- Explant C? Any other
18  impurities?
19    A. Explant C?
20    Q. Yes. The clean one.
21    A. Explant C would have removed a protein coat so
22  you wouldn't see nitrogen. It would increase the
23  oxygen. It would increase the chlorine. You'd still
24  see carbon. So those are the elements I would expect to
25  see had we done that.

**Page 111**

1    Q. When you conducted your DSC testing, you
2  conducted that testing on the manually cleaned sample.
3  Correct?
4    A. I have to go look at the DSC results.
5    Q. Page 54?
6    A. Yes, manually cleaned, A and B.
7    Q. I believe you told me just a moment ago that
8  the manually cleaned sample, Bellew explant -- Bellew,
9  Dianne B would not be completely clean. Correct?
10    A. It hadn't been cleaned by sodium hypochlorite.
11  Correct.
12    Q. And you agree that any impurities in the
13  Prolene polypropylene tested by DSC will reduce the melt
14  point. Correct?
15    A. Not at all necessarily. It might; it might
16  not.
17    Q. Did you test to determine the extent to which
18  impurities would reduce the melt point?
19    MR. THORNBURGH: Objection.
20    A. We did not.
21    Q. Okay. You didn't run DSC testing on the mesh
22  cleaned with sodium hypochlorite. Why not?
23    A. I think it was primarily that we didn't have
24  enough sample. We were very sample limited, both us
25  and . . .

**Page 112**

1    Q. Well, that's the sample that you believe had
2  been cleaned away from all impurities. Correct?
3    A. Yes.
4    Q. And to do a DSC analysis to determine the
5  extent to which the melt point of the polypropylene in
6  Prolene had been reduced, it would be better to do it on
7  a clean piece of mesh, wouldn't it?
8    MR. THORNBURGH: Objection.
9    A. It depends on the degree that you're talking
10  about. The amount of material shown on page 13 is
11  minuscule. And besides which the melt point of Dianne
12  Bellew B is 165.33 and the average -- the others is
13  around 164. So there's no change. So it couldn't have
14  had any effect if the melt point is the same.
15    Q. I don't understand the significance of your
16  statement. Would you explain that to me, please.
17    A. Well, when we ran the exemplar, we got a melt
18  point of 164. When we ran Dianne Bellew B, we got 165.
19  They're the same within experimental error. Where is
20  the lowering? It's not there.
21    If you look at the second column from the right
22  under TM -- are you with me?
23    Q. Help me here. Are you saying that the melt
24  point of Dianne B, the manually treated sample, is the
25  same as the pristine exemplar?

**Page 113**

1    A. Yes.
2    So where is the imaginary contaminant?
3    Q. When did it degrade?
4    MR. THORNBURGH: Objection.
5    Q. I mean, I'm obviously not understanding this.
6  I apologize for this.
7    A. Okay.
8    Q. You have a pristine exemplar out of the box and
9  you do a DSC analysis of the pristine explant out of the
10  box and you get a melt point of 164. You do the same
11  DSC analysis on Bellew, Dianne B, and you get a melt
12  point of 165.
13    A. Right.
14    Q. Which is no change?
15    A. No change.
16    Q. Okay. How does that support your suggestion
17  that there is a decrease in melting point?
18    A. Well, go over to the nano-TA.
19    Q. Let's just --
20    A. We have to do this because the -- we're talking
21  about surface here, not the total. What is DSC? It's a
22  bulk technique measuring the entire sample.
23    Q. Okay.
24    A. But only the surface is degraded. So it's
25  being diluted.

29 (Pages 110 to 113)

Howard C. Jordi, Ph.D.

| Page 114 | Page 116 |
|---|---|

Page 114

1    Q.  Now, let me -- before we go to nano-TA -- I'll
2  let you do that, and you can talk about it all you want
3  to.
4    A.  Okay.
5    Q.  Do the results in Table 5 of DSC results, as a
6  bulk technique, is that consistent with no degradation?
7      MR. THORNBURGH:  Objection.
8    A.  As a bulk technique for the overall sample,
9  it's just like the GPC analysis.  Yes, it is.
10    Q.  Okay.
11    A.  Because the bulk sample is not degraded.  The
12  surface is.
13    Q.  And what makes this different is your
14  nanothermal analysis.  Correct?
15    A.  Right.  There's a portion of the sample on the
16  surface that is degraded.  And if we go -- That was B.
17  So let's -- I think it's Figure 81, page 81, AFM image
18  of cracked region on Bellew, 121.4 degrees.  That
19  surface is degraded.
20      And if you then go and you look at -- Where did
21  that go, that paper that I had from -- I'll show you how
22  to use that paper, the nanopaper.
23      Can I come over?
24    Q.  Sure.  Thank you.
25    A.  I promise to be nice.

Page 116

1      First of all, we have to divide this number by
2  42, the molecular weight of polypropylene, grams per
3  mole.
4      What is that number, please, 70,000 divided by
5  42?
6      MR. THORNBURGH:  1,666.
7    A.  And then 1 percent of that is the oxidized --
8  I'm getting that as an estimate based on my carbonyl
9  bands in the infrared spectrum; that's where that comes
10  from -- would give us 16.66 oxidation points in the
11  polypropylene.
12    Q.  What do "oxidation points" mean?
13    A.  Where the carbonyls are.  Every --
14    Q.  Is that a quantification?  Is that a
15  measurement?
16    A.  Yeah, that's a measurement for the intensity of
17  the infrared spectrum based on my 40 years --
18  approximately 40 years of experience.
19    Q.  What does 16.66 oxidation points represent?
20    A.  That's the number of points that an oxygen has
21  been inserted into the polypropylene molecule and then
22  leads to breaks.  It degrades the molecular weight that
23  we observe.
24    Q.  On the surface?
25    A.  On the surface.  Not the full material.

| Page 115 | Page 117 |
|---|---|

Page 115

1    Q.  I wouldn't expect anything else.  I need to do
2  this for the record.
3      So we're looking at Exhibit Number 10 and we're
4  on page 197.
5    A.  So here is correlation charts of molecular
6  weight on the X axis versus melt point.  And this guy is
7  a Nobel Prize winner.  He is the guy that invented
8  polypropylene.  He knows what he's talking about.
9      We come up here and we get into the 120s.
10  We're at a molecular weight of about 5,000 at 120 mil.
11    Q.  Okay.
12    A.  Can I show you one other thing that will help
13  explain this a little bit better?
14    Q.  Sure.
15    A.  I need to go on the blackboard for this one.
16    Q.  That's fine with me.
17    A.  If you take -- Have you got a calculator,
18  anybody, that you can help me?
19    Q.  Yeah.
20    A.  You can run the numbers for me.
21      Say we start with 70,000 molecular weight
22  polypropylene.  And we're going to assume we have small
23  carbonyl bands.  As you know that I show my shoulder
24  bands which are alleged to be small.  And they are
25  smallish.  So I'm going to assume 1 percent degradation.

Page 117

1  Everything I'm doing is surface.
2      So we have 16.66 break points.  So we're going
3  to divide by the number of break points.  What is that
4  number?  What does that give us?
5      MR. THORNBURGH:  4,199.
6    A.  4,199.  Okay.  Look at your chart.  What's the
7  molecular weight predicted?  If the melt rate is 120,
8  what's the molecular weight predicted?  4,000.  What
9  have I got?  4,000.
10    Q.  Okay.  So you've used this calculation to
11  say -- Let me back up.  I'm going to keep this for a
12  second.
13    A.  Okay.
14    Q.  So the traditional GPC analysis does not show
15  the surface degradation that you've described because
16  it's a bulk technique?
17    A.  That's correct.
18    Q.  The DSC analysis in your report that we've just
19  discussed does not show the degradation of the surface
20  of the Bellew Prolene polypropylene, again, because it's
21  a bulk technique?
22    A.  That is correct.
23    Q.  What you've just described for us on the record
24  is your calculation based upon the nanothermal analysis
25  of the surface of the Prolene polypropylene where you've

Golkow Technologies, Inc. - 1.877.370.DEPS

Howard C. Jordi, Ph.D.

| Page 118 | Page 120 |
|---|---|

**Page 118**

1  concluded that the surface is degraded based upon the
2  Anasys report and this article by NATTA?
3      A.  Yes, sir.  And one more point.  May I show it
4  to you?
5      Q.  Please.
6      A.  As good as any is page 60, Figure 60.  How did
7  that ever happen?
8          Do you see how small the 1740 and 1720 bands
9  are?  Those are carbonyl bands that are the break point
10  oxidation points I'm talking about.  On that basis, I'm
11  suggesting 1 to 2 percent oxidation.
12      Q.  Of the surface?
13      A.  Of the surface.  Everything I'm saying is
14  surface.  Honest.  I'm not trying to fool you.
15      Q.  I just need to make it clear for the record.
16      A.  Yes.
17      Q.  Okay.
18      A.  So that -- this is where my idea for the
19  1 percent comes from.
20      Q.  All right.  So again, the research that you've
21  done with Anasys, the nanothermal analysis, you've
22  identified cracks -- a crack that is 1 micron deep.
23  Correct?
24      MR. THORNBURGH:  Objection.
25      A.  That one crack was 1 micron deep.  Correct.

**Page 119**

1  That does not mean the whole surface was.
2      Q.  The analysis that you just did and your
3  reference to Figure 60 is that 1 to 2 percent of that
4  surface area has undergone some kind of oxidation?
5      MR. THORNBURGH:  Objection.
6      A.  Based on Figure 60.
7      Q.  Okay.  So the blue explant -- Strike that.
8          Is it your opinion to a reasonable degree of
9  scientific certainty that the Bellew explant that you
10  analyzed has undergone 1 to 2 percent oxidation of the
11  surface, as defined by you in this report?
12      A.  Yes.  And that's all it takes to get down to a
13  4200-ish molecular weight, as per the NATA paper.
14      Q.  Let's go back to page 60.
15          Are the shoulders that you've just discussed
16  that appear at 1740 and 1720 on Figure 60 on page 60
17  your best evidence of the presence of carbonyls that
18  indicate oxidation on this Bellew polypropylene explant?
19      MR. THORNBURGH:  Objection.
20      A.  We have shown repeatedly carbonyls even when
21  the protein wasn't removed in other charts which we also
22  have here.  But I mean, we always see carbonyls, and
23  those carbonyls are oxidation.
24      Q.  If you had to go point to the best evidence of
25  oxidation of the Bellew explant, is that where you'd go?

**Page 120**

1      MR. THORNBURGH:  Objection.
2      A.  It's one point.  The fact that the melt point
3  dropped is also just as good proof of -- well, as a
4  proof of degradation.
5      Q.  Okay.
6      A.  Degradation could be for mechanical things and
7  other purposes.  So yes, I mean, this shows degradation
8  and it shows that it's oxidative degradation.
9      Q.  Okay.  I need to ask the question differently
10  because you corrected me.  And I appreciate that.
11          You've just gone to Figure 60.  The shoulders
12  indicated 1740 and 1720 as the evidence upon which you
13  rely to support your opinions that the surface of the
14  Bellew Prolene mesh has oxidized 1 to 2 percent.
15  Correct?
16      MR. THORNBURGH:  Objection.
17      A.  Yes.
18      Q.  Okay.  A little bit ago we were talking about
19  your acquisition of your new machine and the fact that
20  you can take a number of spectra until you get the one
21  that best represents what it is you're looking at.  Fair
22  enough?
23      A.  Right.
24      Q.  There's only one that I was able to find of the
25  specific Bellew Explants B and C in your report.  And

**Page 121**

1  they appear at Figures 58 and 59.  Correct?
2      A.  Well, there was only one sample.  That's Dianne
3  Bellew.  So there would be one -- typically one chart
4  for it because that was the analysis.
5      Q.  But do I understand correctly that there may be
6  other spectra that you shot that you choose for whatever
7  reason not to include in your report?
8      MR. THORNBURGH:  Objection.  That's not what he
9  testified earlier.
10      MR. THOMAS:  He can tell me if I'm wrong.  I
11  thought he said that.
12      A.  Repeat the question, please.
13      (Record read)
14      A.  I think we discussed that before.  My point is,
15  if you look -- on page 59, for example, if you look at
16  the fiber, you put the ATR device on top of the fiber.
17  And if it slides off when you do the analysis, you're
18  going to be analyzing the material behind the fiber.  So
19  that's a worthless spectrum.  No, it's not included for
20  that reason.
21      Q.  Got it.  That's all I'm asking.
22      A.  No intent to fool anybody.  When we get a good
23  one, which this one is an excellent one here, that means
24  we get a fiber, you get a good spectrum.
25      Q.  Is FTIR technology such that you try to

31 (Pages 118 to 121)

Howard C. Jordi, Ph.D.

Page 122

1  replicate your spectra in order to validate your
2  findings?
3      A.  You run a standard to show that the instrument
4  is working properly.
5      Q.  Okay.  Did you do that in this case?
6      A.  Every time as part of the SOP.
7      Q.  And is the standard part of the electronic file
8  that you maintained for this case?
9      A.  I would imagine it is.  It's standard.  I'm
10 sure it can be produced easily enough.
11     Q.  Good.  Now, if you go to page 61, Figure 61,
12 this is where you've done an overlay of Exemplar A,
13 which is the pristine explant; Bellew, Dianne B, which
14 is the manually cleaned explant; and Bellew, Dianne C,
15 which is the hypochlorite treated explant.  Correct?
16     A.  Correct.  Well, one correction, sir.  It's not
17 exemplar extract.  It's exemplar, because that had never
18 been in anybody.
19     Q.  If I misspoke, I'm sorry.  This Exemplar A is a
20 pristine exemplar that had not been --
21     A.  -- implanted in anything.  Just out of the box.
22     Q.  What is the peak that appears at 1651, the blue
23 peak?
24     A.  That's protein.
25     Q.  Those are proteins.  Correct?

Page 123

1      A.  Correct.
2      Q.  And it's that peak that you discuss in your
3  report that covers up the carbonyl bands that you
4  suggest are present in the oxidized polypropylene.
5  Correct?
6          MR. THORNBURGH:  Objection.
7      A.  Yeah.  You can still see it.  It's there at the
8  bottom at about 1740.  You can see it as a shoulder, but
9  it's not clear.  But your own people and your own report
10 show the same sideband.  It's not difficult for a
11 trained eye to recognize it.
12     Q.  And Exemplar A, again, is the pristine sample
13 not implanted in anyone.  Correct?
14     A.  A, yes.
15     Q.  And as you're looking, to the left of 1651 is
16 the 1740 peak that you've described.  Correct?
17     A.  The blue color you're talking about?  There's a
18 shoulder.  You're talking about the red?
19     Q.  Talking about the red.
20     A.  Yeah, that's the 1740 and 1720.  You see two
21 bends there really.
22     Q.  Right there on that little area where it
23 crosses the green line.  Correct?
24     A.  You're talking about this area here?
25     Q.  I'm looking at your document now, which we've

Page 124

1  marked as Exhibit Number 3.  And Exhibit Number 3 on
2  page 60 you show the highlighting here.  This point here
3  is the 1740 shoulder, isn't it?
4      A.  Yes.  You can see it.  Right above it is that
5  shoulder in the blue.
6      Q.  And the blue represents the proteins that cover
7  up that shoulder.  Correct?
8      A.  That's right.
9      Q.  Now, would you draw for me, please, out from
10 the top of that shoulder and put "1740" so it's clear on
11 your document what you're referring to.
12     A.  Better if we have a ruler.  We'll see if we can
13 make this work.
14         You want 1740?
15     Q.  Correct.
16     A.  I hope this works.
17     Q.  We can do it on this record, and that way --
18 I'm going to show you Exhibit Number 1, page 60 from
19 that document.  It's probably easier that way.
20         MR. THORNBURGH:  I'm going to object to the
21 extent that I'm not exactly sure what you're asking him
22 to do.  Are you asking him to just mark the 1740 or to
23 draw a line all the way down into the spectra?
24         MR. THOMAS:  No.  I want him --
25         THE WITNESS:  You've got steadier hands than

Page 125

1  me.  You see that line I drew?  Mark that 1740.
2      A.  That line, you'll see that's the shoulder.
3          MR. THOMAS:  Mark it at the end of the number
4  so it's clear.
5          THE WITNESS:  Do you want to write it yourself
6  so you get it the way you want it?
7          MR. THORNBURGH:  No, no.  He's showing you the
8  shoulder so he drew a line across through it.
9      A.  That's all 1740, that whole line.  You can put
10 a 1740 up here or there.  Either way, it's fine.  That
11 way it doesn't interfere with viewing.
12     Q.  As you go to the right of this 1651 peak,
13 there's another peak in the cleaned explant in red
14 that's not present in the Exemplar A.  What is that?
15     A.  I don't know exactly what it is, but it's from
16 the oxidized sample.  It's definitely not amide II
17 because the frequency doesn't match.
18     Q.  Okay.
19     A.  Again, if you drop another perpendicular from
20 that peak, it's dead in the valley, so it's hidden.
21     Q.  Would you do me a favor?  You can't pick that
22 up.  Would you extend that line?
23     A.  Where do you want it, sir?
24     Q.  Extend the line up here.
25     A.  You want it up?

Howard C. Jordi, Ph.D.

Page 126

1    Q.  Up.  Great.  And put a question mark there
2    because you don't know what that is.  Or I'll do it if
3    you want me to.
4    A.  Yeah.  My old hands are --
5    Q.  That's all right.  I'm going to do it right
6    here.  Fair enough?  Did I put it in the right place?
7    A.  Yeah.
8    Q.  Just so the record is clear, to the right of
9    the 1651 peak that we identified in the other chart,
10   there's a peak in the oxidized -- what you say to be
11   the -- Strike that.
12       Just so the record is clear, to the right of
13   the 1651 peak there is a peak in the sodium
14   hypochlorite-treated explant sample of Ms. Bellew that
15   you don't know what that is?
16   A.  I just know it isn't amide I and amide II.  My
17   main concern was, was it protein?  Did we get the
18   protein off?  And it doesn't fit either amide I or
19   amide II so hence it can't be protein.
20   Q.  Is there any methodology that you know
21   available to you help you identify what that peak is,
22   the peak marked by the question mark on page 61?
23   A.  Well, we did spend -- we could spend a lot more
24   analysis time on it, and money if desired.  We could go
25   after and run PYMS on the -- we've already done that,

Page 127

1    perhaps.
2        I'd have to go back and look and see if we can
3    pick up structural molecules that might have some
4    absorbances in that region from the mass spectra that we
5    have.
6        It wasn't an area of concentration because
7    they're concentrating on additives and fatty additives
8    and cholesterol esters and other stuff.  It's not a
9    protein and it's not oxidation, so it had minimal
10   interest.
11   Q.  Okay.  But it's not consistent with pristine
12   polypropylene.  Correct?
13   A.  No.  It's something that's happened to the mesh
14   in the oxidation process.
15   Q.  Okay.  Now, when you do LCMS testing, do you
16   identify for the machine the substance that you're
17   looking for?
18   A.  Well, you run standards.  You also have massive
19   missed tables of standards that the machine matches up
20   and gives you estimates for.  If you find a hit, then
21   you want to quantitate it and then you run a standard
22   and you extract an ion.
23       So you're only seeing, like, dilauryl
24   thiodipropionate.  So you're only seeing the thing of
25   interest.  So you home in on materials like this that

Page 128

1    way.  We have to do similar kinds of analysis here.
2        The other thing is PYMS C's hydrocarbon is
3    better.  And any material to show up in LCMS has to be
4    ionizable, and not all hydrocarbons are.  So you
5    typically do not see hydrocarbons in LCMS, so you use
6    both techniques to get the overlap and get a complete
7    picture.
8    Q.  Okay.  I better ask the question this way, and
9    it's because I don't understand.  And I apologize.
10       When you conduct LCMS testing on a
11   polypropylene mesh explant, do you have to tell the
12   machine what to look for or will it just automatically
13   tell you what it finds?
14       MR. THORNBURGH:  Objection.
15   A.  It will give you a hit list, and then you have
16   to look for the hits that make sense.
17       Now, in your case, we know you put in dilauryl
18   thiodipropionate so we look for it.
19   Q.  I see.
20   A.  And then we run a standard to prove it, sir.
21   Q.  And so you have a list of chemicals that you're
22   looking for, and you try to match that up with the LCMS
23   data?
24   A.  And you also use -- if it's a total unknown --
25   if I didn't know what you'd done and I came in with --

Page 129

1    you just gave me a mesh and didn't tell me that you had
2    these additives in there, then I would run it.  I would
3    still be able to identify from the NIST hits.
4    Q.  For the question mark on page 60, that we don't
5    know what showed up on the FTIR analysis, would that
6    show up on LCMS?
7    A.  Maybe, maybe not.  What is it?  Is it a
8    hydrocarbon?  Is it oxidizable?  Ionizable?  I don't
9    know.  I don't know how to answer the question.
10       I wouldn't see that band directly because
11   that's a Band 1.  Infrared sees functional groups.  This
12   is CH.  This is OH or NH or both.  This is C double bond
13   O.  This is methylene.  This is methyl bend and so on.
14       Infrared shows you functional groups in a
15   single molecule.  It doesn't show you the molecule.
16   Q.  Okay.  Would the peak which appears on your
17   FTIR spectrum in Figure 61 which you've marked with a
18   question mark show up in PYMS data?
19       MR. THORNBURGH:  Objection.
20   A.  Would the peak show up?
21   Q.  The identity of the chemical.
22       MR. THORNBURGH:  Objection.
23   A.  Those are only functional groups, so I don't
24   know.  It would be a research project to find it, is
25   what I'm trying to describe to you.  It's not simple.

33 (Pages 126 to 129)

Howard C. Jordi, Ph.D.

| Page 130 | Page 132 |
|---|---|
| 1  Q. Okay. Go ahead. I don't want to interrupt | 1 the machine. That might help you better. |
| 2 you. | 2    You look at your Figure 60 which shows your |
| 3    A. When we're looking at your sample, we're seeing | 3 FTIR spectrum for Bellew, Dianne C, there's no 1710 peak |
| 4 amide I, amide II. We know that's got a protein. If | 4 noted there, is there? |
| 5 those go away, we know we don't have protein. | 5    A. There isn't. But you'll notice that this line |
| 6    I also know that this is polypropylene. I can | 6 is coming down to the center of this total -- totality. |
| 7 identify from a spectrum. I've identified by IR from | 7 My personal belief is that there's three things in here. |
| 8 the total spectrum. In other words, it's a fingerprint. | 8 The 1720 is in the middle, the 1710 is here on the side. |
| 9    In other words, polypropylene looks like this. | 9    Q. Okay. |
| 10 That's polypropylene, the green. All these little | 10    A. But the machine didn't catch it because it's |
| 11 bands, those are the fingerprint bands. You got the | 11 not an individual peak like this. |
| 12 fingerprint bands, these amide I and amide II and NH for | 12    Q. All right. And is there any significance to |
| 13 protein bands. | 13 the fact that the 1720 and the 1710 peaks are below that |
| 14    Q. Let me ask the question this way. Are you | 14 of the exemplar? |
| 15 finished? | 15    A. They're not really below. It's just that the |
| 16    A. I think so, sir. I'm trying to do my best. | 16 baseline set on the machine makes it look that way. But |
| 17 It's complex. | 17 they're not lower than the -- I mean, we could easily |
| 18    Q. Okay. Let's say I know what that is. When I | 18 have raised the red line up or lowered the green lines. |
| 19 say "that," I'm referring to the peak that's referred to | 19 What you'd need -- here is the -- you push these both |
| 20 on Figure 61 on page 61 marked with a question mark. If | 20 down onto the red, then the red will be above it. |
| 21 I know what that is and I know where to look in the LCMS | 21    What you're looking for is the differences from |
| 22 data, can I find it? | 22 the flat. In other words, that's the flat of this one. |
| 23    MR. THORNBURGH: Objection. | 23 So I'm looking for an increase above that flat or an |
| 24    A. Again, I don't know how to answer that. It's | 24 increase above this flat. |
| 25 not a simple yes or no because if it's a hydrocarbon, I | 25    Q. Okay. |

| Page 131 | Page 133 |
|---|---|
| 1 will miss it in LCMS. | 1    A. That matters. |
| 2    Q. Okay. If I know the name of this chemical that | 2    Q. In your New Jersey report, you identify two |
| 3 we've marked on Figure 61 with a question mark because | 3 meshes that you analyzed where you did not observe any |
| 4 we don't know what it is and I looked at the PYMS data, | 4 cracking. Do you recall that? |
| 5 would I be able to find it? | 5    A. I recall that, yes, sir. |
| 6    A. If it's a hydrocarbon, you would see it. | 6    Q. Did you do FTIR analysis on the two meshes |
| 7    Q. Are LCMS -- is LCMS not sensitive to | 7 where you did not observe any cracking? |
| 8 nonhydrocarbons? | 8    MR. THORNBURGH: Objection. |
| 9    A. It's true, because it's not -- they aren't | 9    Q. It is at the back of the report. |
| 10 ionizable. | 10    A. I'm looking. This is the back. The |
| 11    Q. Is PYMS sensitive to anything other than | 11 New Jersey -- I got to go -- let's look in here first. |
| 12 hydrocarbons? | 12 I don't think I show it here. |
| 13    A. There's a certain amount of crossover between | 13    Which one am I looking for, Dave? |
| 14 the two techniques, but they're complementary | 14    Q. I don't have a cite for you to the page number. |
| 15 techniques. And for a complete picture you need both, a | 15 I was just asking -- |
| 16 chemical composition. | 16    A. Go to page 143 and you'll be right there. |
| 17    Q. If you use both and you know the name of the | 17    Q. Do you recall whether you did FTIR analysis of |
| 18 substance that appears on Figure 61, do you think we'd | 18 the explants for which you found no cracking? |
| 19 be able to identify it? | 19    A. Let's see. Can you give me the ID of one of |
| 20    MR. THORNBURGH: Objection. | 20 the samples? They would be in the -- I might have it |
| 21    A. I think so. | 21 here. |
| 22    Q. Is there a 1710 peak in your Bellew C? | 22    Q. Samples 13,419 and 13,421 showed no visible |
| 23    A. There is a bunch of carbonyls that are grouped | 23 signs of cracking, per page 92 of your Bellew expert |
| 24 here from about here. So this valley starts -- | 24 report. |
| 25    Q. Let me back you up to the one that's marked by | 25    A. There's a bunch more that were run that aren't |

Howard C. Jordi, Ph.D.

| Page 134 | Page 136 |
|---|---|

**Page 134**

1 recorded in the -- that's 13,419, 13,400, 13,405,
2 13,412. It doesn't appear that I have spectra of those.
3 Q. Do you know whether spectra were taken of
4 samples 13,419 and 13,421 and not included in your
5 report?
6 A. It's possible, but I doubt it. I can check.
7 Q. Okay.
8 A. Since they didn't show cracking, they gave no
9 evidence of oxidation, which we readily admitted in the
10 report.
11 Q. I understand. And that's what I wanted to
12 understand is once you concluded that 13,419 and 13,421
13 did not show cracking under scanning electron
14 microscopy, you concluded that there was no need to test
15 further?
16 A. Correct. And we made no allusions to them
17 being damaged in the report. Just the fact -- we made
18 it just the opposite, that they weren't damaged.
19 Q. Do you still have those samples?
20 A. No, sir. They've been sent back to Steelgate.
21 MR. THORNBURGH: As you know, David, we've
22 offered those to the defendants for now over a year.
23 THE WITNESS: They're at Steelgate. They can
24 still obtain them if they want.
25 MR. THORNBURGH: They know they can. I've

**Page 135**

1 offered for the seventh or tenth time now.
2 Lunch is here, if it's a good time to break.
3 MR. THOMAS: Yup.
4 (Lunch recess)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 136**

1 A F T E R N O O N  S E S S I O N
2 BY MR. THOMAS:
3 Q. We're going back to Exhibit Number 10, Doctor,
4 your explanation of the nanothermal analysis and
5 molecular weight issues.
6 When you look at what you have suggested is
7 decreased molecular weight in the Bellew explant because
8 of the nanothermal analysis, are you talking about
9 number of molecular weight or molecular weight?
10 MR. THORNBURGH: Objection.
11 A. Well, there's three definitions, as you know.
12 There's MN, MW, and MZ. We're talking about MN, which
13 is number average.
14 Q. And why is number average important as opposed
15 to the others?
16 A. Well, it's just that that's the most apropos
17 typically with -- Polymers always have mixes of
18 molecular weight. So we really, in broad spectra
19 polymers, we need to consider the breadth of the
20 molecular weight distribution if we're analyzing the
21 polymer. All three of those numbers have their uses.
22 Q. But in terms of understanding the decreased
23 molecular weight insofar as it relates to Ms. Bellew and
24 your nanothermal analysis, you're looking at it from the
25 perspective of molecular number?

**Page 137**

1 A. Correct.
2 Q. Let me jump to the New Jersey report quickly.
3 As I understand it, you have not analyzed any
4 explants from the New Jersey consolidated litigation.
5 Correct?
6 A. No. That was consolidated, so that was all
7 prior work.
8 Q. But there are six plaintiffs in that litigation
9 specifically named. Do you know the names of those
10 plaintiffs?
11 A. No.
12 Q. So is it fair to understand -- Do you know
13 whether you've examined any specific explants for any of
14 the named plaintiffs in the New Jersey litigation?
15 MR. THORNBURGH: David, it was our
16 understanding that that position would only be related
17 to the Corbett New Jersey plaintiff and the Bellew
18 plaintiff. It was not our understanding that you'd be
19 asking questions about other New Jersey plaintiffs.
20 MR. THOMAS: Well, here is -- I guess --
21 MR. THORNBURGH: I don't know that it matters,
22 but my understanding is you'd be here to depose him on
23 Corbett only.
24 MR. THOMAS: Okay. Which means that I'll be
25 back here.

35 (Pages 134 to 137)

Howard C. Jordi, Ph.D.

| Page 138 | Page 140 |
|---|---|

**Page 138**

1    MR. THORNBURGH: Okay. I'd rather handle it
2 all now if we can.
3    MR. THOMAS: I'll do it your way. It suits me
4 just fine. What's Corbett's first name? It's okay.
5 BY MR. THOMAS:
6    Q. Have you analyzed a mesh explant for
7 Mrs. Corbett?
8    A. I need to see that report.
9    MR. THORNBURGH: Here is your report.
10    A. We're off of this other one, Bellew?
11    Q. We'll be back to it. I just want to do
12 something before I forget. I don't think you have. If
13 you have, it will be a longer day than I thought.
14    MR. THORNBURGH: He is asking if you received
15 an expert for the Corbett case to analyze.
16    Q. If you did -- We haven't. I don't think you
17 have.
18    A. I don't have any recollection of it. That's
19 what I'm trying to say.
20    Q. Okay. Do you have an opinion to a reasonable
21 degree of scientific certainty that the TVT mesh
22 implanted in the plaintiff Corbett degraded?
23    A. If I didn't analyze the sample, I can't speak
24 to that. I have no chemical analysis for that.
25    Q. Okay. And is it fair to understand as well

**Page 139**

1 that you don't have an opinion to a reasonable degree of
2 scientific certainty that the mesh explant for
3 Mrs. Corbett oxidized?
4    MR. THORNBURGH: Objection.
5    A. Same answer.
6    Q. And is it fair to understand that because you
7 have not looked at the mesh explant for Mrs. Corbett,
8 you can't have a degree -- have an opinion to a
9 reasonable degree of scientific certainty that the
10 Corbett TVT mesh underwent environmental stress
11 cracking?
12    MR. THORNBURGH: Objection.
13    A. Same answer.
14    Q. And is it fair to understand that you require
15 an opportunity to analyze a specific mesh explant before
16 you're able to give the opinion that that mesh degraded,
17 as you've described it in your New Jersey report and
18 your Bellew report?
19    MR. THORNBURGH: Objection.
20    A. In general, as you see in this Table 2 where it
21 lists all these other samples, 24 samples I think that
22 were run, after you see enough of these being the same,
23 you begin to -- you see a pattern.
24    So I would have an opinion it's likely. But
25 can I say specifically to that one? No, I can't,

**Page 140**

1 because there were two exceptions that weren't cracked.
2    Q. And before you're able to offer an opinion that
3 any specific mesh explant degraded, as you've described
4 it in your Bellew report and your New Jersey
5 consolidated report, you would want to analyze that
6 explant --
7    MR. THORNBURGH: Objection.
8    Q. -- correct?
9    A. Yes, if I had to have definite personal
10 opinions --
11    Q. Okay.
12    A. -- of a specific sample.
13    Q. Different scientific opinions?
14    A. Opinions of a specific sample.
15    MR. THORNBURGH: Objection.
16    Q. Let's go back to Bellew. And we're going to go
17 to the PYMS section, page 62.
18    A. 62?
19    Q. Correct.
20    A. I'm with you.
21    Q. All right. You state here your opinion that
22 antioxidants leach away from the surface of the
23 polypropylene fiber. Is it fair to understand that your
24 opinion in this regard is limited to the surface?
25    MR. THORNBURGH: Objection.

**Page 141**

1    A. Yes.
2    Q. Do you have any evidence that antioxidants
3 leach from the Prolene polypropylene fiber deeper than
4 the 1 microns of measurement that you've made with your
5 nanothermal analysis?
6    MR. THORNBURGH: Objection.
7    A. The other work -- I can't pronounce the name.
8 Iakovlev, the depth appears to be closer to 4 to
9 5 microns from Iakovlev's -- I don't know how to
10 pronounce that.
11    Q. That's why we're not on video.
12    Is it fair to understand that the work that
13 you've done limits that to 1 micron?
14    MR. THORNBURGH: Objection.
15    A. No, not at all. The one crack that I did see
16 was 1 micron. And that's all it says. There were other
17 cracks. We did not measure them.
18    Q. And the range that you identified from
19 Dr. Iakovlev's report is up to 4 to 5 microns?
20    A. That's what I saw in his report.
21    Q. All right. Are you able to tell us how long it
22 takes for antioxidants to leach from the Prolene
23 polypropylene? At what rate?
24    MR. THORNBURGH: Objection.
25    A. Well, Clave, for example, stated in his 100

36 (Pages 138 to 141)

Howard C. Jordi, Ph.D.

| Page 142 | Page 144 |
|---|---|

Page 142

1 explants that I think the first three months nothing
2 showed up. And then you get progressive damage showing
3 up with length of time of the implantation. So it seems
4 to be a progressive thing.
5      The exact rate can vary all over the map,
6 depending on how I treat it. If I put it in chloroform
7 or THF, it will extract at a much higher rate than in
8 the body certainly. I can get it to extract overnight
9 easily from the surface at least in those solvents.
10      And I think if I dissolve the whole fiber, I
11 can get the whole thing. I can get it all out. But in
12 the body, I have to rely on medical studies and not my
13 work.
14      Q. Is it fair to understand that you've done no
15 studies to determine the rate at which any antioxidants
16 leach from Prolene polypropylene in vivo?
17      A. Time studies, no. We've relied on other
18 papers.
19      Q. Other than Clave, can you point to any
20 literature to provide you with information about the
21 rate at which any antioxidants leach away from the
22 surface of Prolene polypropylene?
23      A. I think Barbolt and others and your own
24 researchers clearly state that it leaches out over a
25 period of time. The dog study ran -- I don't know -- it

Page 143

1 was called a 10-year dog study, but it didn't run that
2 long. It ran six and a half, seven years. I forget.
3 But the damage increased with the time of implantation.
4      So it seems to be a year or two needed for
5 damage to become -- no damage seems to be seen before
6 three months. That's all I can say.
7      Q. Okay. Have you seen any literature that
8 suggests that any oxidation of the surface area of the
9 polypropylene mesh stops after a period of time?
10      A. I have not seen that, no.
11      Q. Okay. And you acknowledge that formalin has
12 some effect on extracting at least Santonox R from the
13 mesh?
14      A. Santonox R is partially extracted by formalin.
15 That's true. 10 percent formalin.
16      Q. How chemically does that happen?
17      MR. THORNBURGH: I object.
18      A. Well, it's acting as a solvent. And it's -- I
19 don't know that it -- "happening chemically" is the
20 right way to phrase it. It's just extracting.
21      Any organic solvent will have -- Number 1, it
22 has to be able to dissolve the polymer or the additive
23 of interest. And then it has to be able to swell the
24 polymer that you're trying to extract it out of so that
25 it can get -- the solvent can get into the swollen

Page 144

1 polymer and remove the additive.
2      So it's got to do with the ability of, in this
3 case, formalin to solubilize the additive and
4 secondarily to swell the polymer. Because even if it
5 solubilizes the additive, it doesn't swell the polymer,
6 it won't remove the additive.
7      Q. Did you study the extent to which formalin
8 undergoes any chemical reactions with the additives in
9 Prolene polypropylene?
10      A. We did not. But dilauryl thiodipropionate is
11 an ester. It has no reactive function group to react
12 with it, so it would be inert.
13      Q. DLTDP is inert?
14      A. Well, it's an ester. It has no active
15 functional group to react with a formaldehyde.
16      Q. Okay. Is it your opinion that none of the
17 additives in Prolene polypropylene react chemically with
18 formalin?
19      A. Well, Santonox R under the right conditions
20 might react because it does have reactive functional
21 groups, the hydroxy groups and the molecule.
22      Under the right pH conditions, and so on, it
23 could be reactive or not reactive, depending on whether
24 it's -- it would require acid or based catalysis in
25 order to be reactive. And your material at the formalin

Page 145

1 is buffered, so it's at a neutral pH, so it should not
2 react.
3      Q. Is it fair to understand that when you did your
4 PYMS analysis you did not look for any chemical
5 substances that would be formed by reactions between
6 formalin and any of the other additives to polypropylene
7 to make Prolene?
8      MR. THORNBURGH: Objection.
9      A. Well, had it occurred, I believe we would have
10 seen it and mentioned it. But we didn't see anything.
11 Again, the dilauryl thiodipropionate has got no reactive
12 functional groups, and the Santonox R is at a neutral pH
13 which should not be reactive either.
14      Q. Did you look at the issue of whether DLTDP is
15 inert as a part of this analysis?
16      A. Inert?
17      Q. I guess that's the word you use.
18      A. Well, it's an antioxidant. I'm talking about
19 for chemical reaction with an aldehyde. I'm not talking
20 about being inert under all conditions.
21      Q. I'm sorry. I misunderstood you.
22      Did you analyze the extent to which DLTDP is
23 inert with respect to formalin?
24      MR. THORNBURGH: Objection. Asked and
25 answered.

Page 146

1    A.  No.  It doesn't have any reactional functional
2  groups to react.
3    Q.  Okay.  In your report you refer to molecules
4  that you identified in your PYMS testing.  And on
5  page 66, you say in the middle of the page beginning
6  with, "Cholesterol, cholesterol-like molecules, and
7  fatty acids, such as palmitic acid," et cetera, "were
8  also observed in the PYMS chromatograms of the Bellew
9  sample."
10      And it was important to you that they were
11  detected below the surface.  Why is that important to
12  you?
13    A.  Because it really wouldn't -- because the way
14  the samples were made and they've been implanted for
15  years, there would not be expected to be any large
16  amount on the surface.  The only place you're going to
17  get it is from below the surface.
18    Q.  Okay.  And you identify the eight molecules
19  that you found on Table 9 as a result of your LCMS
20  results.  Correct?  That's on page 69.
21    A.  Yes.  It's LCMS, not PYMS.
22    Q.  I understand.  And it's -- Is it ricinoleic
23  acid?
24    A.  Ricinoleic acid.
25    Q.  Arachidonic acid?

Page 147

1    A.  Arachidonic.
2    Q.  Oleic acid?
3    A.  Oleic acid.
4    Q.  Diglyceride?
5    A.  Yes.
6    Q.  Cholesterol linoleate?
7    A.  Yes.
8    Q.  And glycerol palmitate dilinoleate?
9    A.  Right.
10    Q.  All of those are present in the Bellew explant.
11  Correct?
12    A.  They were identified by the mass spec, yes.
13    Q.  Did you measure how much of these materials
14  were in the Bellew explant?
15    A.  It wasn't our purpose to quantitate those.  It
16  was to look to see if they were present.
17    Q.  So you --
18    A.  They were quantitating the additives, your
19  additive, not these compounds.
20    Q.  So is it fair to understand that you did not
21  undertake to identify how much of these eight substances
22  were in the Bellew explant?
23    A.  Each one of those would have required a
24  separate calibration curve, so it would have been a huge
25  amount of work.  Could have been done.  We didn't choose

Page 148

1  to do it.
2    Q.  Okay.  How many of these eight substances have
3  carbonyl groups?
4    A.  They all do.
5    Q.  How can you distinguish by FTIR these eight
6  substances on Table 9, page 69, from what you call
7  oxidized polypropylene?
8    A.  In Chart 61?
9    Q.  Yes.
10    A.  Easy.  The sodium hypochlorite would destroy
11  these molecules along with -- it just cleans the
12  surface.  There's nothing there but polypropylene.
13    Q.  Okay.  Did you test Bellew Explant C to
14  determine the presence of these eight substances?
15  That's the clean one.  Strike that.  Hang on a minute.
16      Look at the top of Table 9.  It says,
17  "Compounds unique to Bellew, Dianne B and C."
18      This suggests, as I read it, that these eight
19  substances are in the sodium hypochlorite sample.  Is
20  that true?
21    A.  I would say so, yeah.
22    Q.  So the question again, if these eight
23  substances are in Bellew Explant C, the one cleaned with
24  sodium hypochlorite, these eight substances each have
25  carbonyl groups, how can you distinguish the presence of

Page 149

1  these eight substances in the FTIR analysis on -- in
2  your FTIR section of your report?
3    A.  LCMS can see parts per billion.  You can see
4  levels of parts per million easily.  It's just that it's
5  there, but it's there at very low levels, so it would
6  not be at levels -- you can't even see something in the
7  infrared until it's at roughly 1, 2 percent.  So it's an
8  order of magnitude issue.
9    Q.  You just told me a minute ago that you didn't
10  undertake to quantitate how much was present.
11    A.  Yeah, but we know from the peak size in general
12  that -- what the response factors are.  So it's -- these
13  are not huge amounts.  These are -- they're detectable
14  amounts by this technique.
15    Q.  Okay.
16    A.  The same is true for PYMS.
17    Q.  Tell me the scientific basis for your opinion
18  that the carbonyl group peaks generated by these eight
19  substances in Table 9 on page 69 are not what you see in
20  your FTIR analysis.
21    A.  There are two lower levels to see by IR, even
22  though they are detectable by LCMS.
23    Q.  And that's because of your conclusion that the
24  amounts are so small that they wouldn't show up on FTIR?
25    A.  Right.  Typically you don't see anything less

Howard C. Jordi, Ph.D.

Page 150

1 than 1 percent minimum for strong groups of carbonyl in
2 infrared, whereas we can see part per million easily,
3 sometimes part per billion levels, in the LCMS.
4 Most of these peaks that you look at in all of
5 these charts are smallish. They're low levels. The
6 biggest -- To give you one example, look at page 72, the
7 bottom figure, 71. This is Exemplar A, untreated, this
8 particular one.
9 There's your dilauryl thiodipropionate. The
10 peak is off-scale. That's only .4 to .6 percent because
11 it's pristine, brand new. That's with no time for
12 extraction.
13 The levels that would be found in -- Let me see
14 if I can -- in the extracted sample -- I mean the
15 explant samples. Let me see if I can find those.
16 MR. THORNBURGH: Page 74.
17 A. 74. Okay. That's the one for the Santonox R,
18 I believe. Yeah.
19 So the green one is Bellew, Dianne B, without
20 tissue. The black one is Dianne Bellew with sodium
21 hypochlorite-treated. You see how much lower those
22 levels are than -- What I'd like to see is the dilauryl
23 thiodipropionate one. Let me see if I can find -- It
24 must be up in the front.
25 MR. THORNBURGH: Page 10. Sorry. Page 72.

Page 151

1 A. That's a good one. So green is Bellew. This
2 is for dilauryl thiodipropionate. Top chart, page 70.
3 We have Exemplar A, untreated, and then we have --
4 that's the biggest peak. And then we have formalin
5 treated and we have hypochlorite treated.
6 These are -- Basically, they're just showing
7 that to get any -- these responses, you've got
8 .4 percent. In the case of Exemplar B and C, they've
9 been sitting in the body for a while, about two years in
10 her case, and so the levels are much lower since the
11 peaks are smaller.
12 So that would translate to the percentages
13 apparently of the explanted samples being -- I think the
14 calculation we got -- it's in the report. We've got
15 something like .04 percent left after two years on the
16 explanted material, which would be .04 percent of
17 .4 percent put in originally, which would be completely
18 undetectable by infrared.
19 Q. Okay.
20 A. And the other molecules would be on that order
21 of magnitude or less. You can't really even see -- most
22 of these I think were seen -- some of them were seen in
23 LCMS and some were seen in PYMS.
24 Q. Would you look at page 403 of your report,
25 please.

Page 152

1 A. 403?
2 Q. It's back in your data section.
3 (Pause)
4 Q. Are you there?
5 A. I believe so, at 403.
6 Q. At the bottom there, there's -- first of all,
7 what are these?
8 A. They're mass spectra.
9 Q. And what does a mass spectra do?
10 A. Mass spectra.
11 Q. What is a mass spectra?
12 A. I'm just trying to help her spell.
13 It's a fingerprint, just like an infrared.
14 When a molecule fragments in a mass spec, it gives a
15 series of ions. And each of those straight lines up are
16 one of the ions. The number above it is the molecular
17 weight of the particular ion.
18 And when all of those ions are put together at
19 the specific intensity levels that are seen, then they
20 match a particular compound. It is a fingerprint.
21 Q. And the fingerprint that allows you to identify
22 hopefully specific compounds that may be present in what
23 you've analyzed?
24 A. That's the goal. Yes, sir.
25 Q. If you look at the bottom of 403, is that a

Page 153

1 compound that results from a reaction between DLTDP and
2 formalin?
3 A. No.
4 Q. Why not?
5 A. Because it's the same structure as dilauryl
6 thiodipropionate except -- Go ahead.
7 Q. Is -- What I'm looking at is the bottom of
8 page 403. Are you saying what we're looking at there is
9 DLTDP?
10 A. It's an analogue. When you buy dilauryl
11 thiodipropionate, you really get a mixture of chain
12 links, 10, 12. This is didodecyl, so this is C12. I
13 think -- lauryl I think is C12, so this would be DLTDP.
14 Q. Okay.
15 A. But they have other -- When you buy a
16 commercial DLTDP, if you analyze it you'll find
17 different chain links.
18 Q. When you analyzed the Prolene polypropylene
19 mesh for the presence of DLTDP, did you include in that
20 analysis all of the different variations of DLTDP?
21 A. The majority is found in one peak, by far. So
22 it's just irrelevant. It would be way less than
23 1 percent error.
24 Q. How do you know that?
25 A. Because you'd see them in the peaks. Because

Howard C. Jordi, Ph.D.

| Page 154 | Page 156 |
|---|---|

**Page 154**

1  they would ionize just like the dilauryl
2  thiodipropionate, have a series of peaks, bing, bing,
3  bing.
4      Q.  Okay.
5      A.  And even if they don't separate on the
6  chromatogram, that means they would be under the same
7  peak and they would be integrated in the same area and
8  would fall under the same calibration.
9      Q.  Do you know how many of the analogues of DLTDP
10  are not picked up by your methodology to detect DLTDP?
11      MR. THORNBURGH:  Objection.
12      A.  Dilauryl thiodipropionate responds beautifully.
13  In all the analogues it responded beautifully, too.
14  They all ionize similarly.
15      Q.  I thought you told me a minute ago that your
16  methodology did not capture all of the DLTDP analogues,
17  but you said the majority of them.
18      MR. THORNBURGH:  Objection.  That's not what he
19  said to you.
20      A.  It would seem them all because they would just
21  be varying chain links.  They would show up in the same
22  types of peaks that I showed you.
23          Here is a good way to look at this.
24      Q.  Is the analogue that you've described on the
25  bottom of page 403 a derivative of DLTDP?

**Page 156**

1      MR. THORNBURGH:  You didn't intend to deceive.
2  The person that wrote the note -- I'm just playing.
3  BY MR. THOMAS:
4      Q.  Do you see that's highlighted in your copy?
5      A.  What's highlighted, sir?
6      Q.  Are you looking at the --
7      A.  I'm at PYMS now.  So it's fair, this is the
8  PYMS -- I'm looking at the retention time here, which is
9  7 minutes.  So I'm going to stay at 7 minutes.  7.193
10  minutes.  So we're right here.
11      Q.  "We're right here" meaning what?
12      A.  Well, that's around 7.1 minutes.
13      Q.  You're on page 64?
14      A.  Yeah.
15      Q.  And what does that tell you?
16      A.  Well, it tells me that this peak out here at
17  12.8 minutes is dilauryl thiodipropionate.
18      Q.  Okay.
19      A.  The other one wasn't identified because it
20  isn't dilauryl thiodipropionate.  We're trying to
21  quantify dilauryl thiodipropionate.
22      Q.  My question is, is the material on page 363 of
23  your report a derivative of DLTDP?  And that is formed
24  with a reaction with formalin that also show up on your
25  PYMS data.

| Page 155 | Page 157 |
|---|---|

**Page 155**

1      A.  No.  It's the same.  It's C12.
2      Q.  Okay.  Let's go to 363.
3      A.  363.  Got it.
4      Q.  363 in Exhibit Number 1 at the bottom, what is
5  that compound?
6      A.  It's identified isooctyl 3-mercaptopropionate.
7      Q.  Are you familiar with that compound?
8      A.  It's just identified by the computer.  It looks
9  like a hydrolysis product of something similar to the
10  dilauryl thio compound, but it's because it's got sulfur
11  in there.
12      Q.  Are you able to determine whether the material
13  identified at the bottom of page 363 is the result of a
14  chemical reaction between formalin and DLTDP?
15      MR. THORNBURGH:  Objection.
16      A.  Let's see.  What's the retention time?  7.193
17  minutes.  So now you've jumped from LCMS to PYMS, I
18  believe.
19      Q.  Probably have.  I'm sorry.
20      A.  So now I got to go back to PYMS.
21      Q.  I didn't do that with an intent to deceive.  I
22  did that because somebody gave me a note.  There's a
23  difference.
24      A.  There is, huh?  As long as you don't do it, it
25  doesn't matter?

**Page 157**

1      A.  Well, it's an OH group.  So this compound would
2  have potentially the problem -- the possibility of
3  reacting with formalin, but this branch point tells me
4  it's not.
5          When you get fatty -- they make this from fatty
6  acids.  When you extract fatty acids from the body,
7  you're going to have C12, C14, C16, C18, all of these.
8  They make the mixtures of fatty acids down, and then
9  they react to fatty acids with the sulfur-containing
10  alcohols to get the final compound.
11          So when you're all said and done, what you have
12  is this compound plus two carbons minus two carbons,
13  plus or minus.  You don't have this structure.
14          If this hydrolyzed here --
15      Q.  At 12.7 minutes?
16      A.  Yeah.  But this might --
17      MR. THORNBURGH:  Let him finish the answer.
18      A.  You would have something akin to this, but you
19  wouldn't have this because you don't have the branch
20  point.  That's linear.  That's branched.
21      Q.  I thought you told me that this showed up at
22  7-point-something minutes.
23      A.  It does.  It does.  That's what this is telling
24  me up here.
25      Q.  And this is -- could be -- you don't know for

40 (Pages 154 to 157)

Howard C. Jordi, Ph.D.

Page 158

1  sure -- a derivative or a compound formed by formalin
2  and DLTDP?
3       MR. THORNBURGH: Objection. Move to strike.
4  Misrepresents his testimony.
5       THE WITNESS: What do I do now?
6       MR. THORNBURGH: Answer it the way you just
7  answered it for him.
8       A. Well, this doesn't represent this.
9       Q. I didn't say that. That's not my suggestion.
10      A. Well, it can't be from this, then, because this
11  isn't linear and this is. It's a different chemical
12  structure.
13      Q. So what you're telling me, just so I
14  understand, the substance depicted on the bottom of 363
15  cannot be derived from the dilauryl thiodipropionate
16  that's shown on page 1386?
17      A. Correct. If it was just this, I could say
18  maybe, because the hydrolysis here would give this
19  functionality. But it wouldn't give this branch.
20      Q. Okay.
21      A. And the branch isn't there.
22      Q. The branch you're talking about is at the very
23  end of the molecule there's a figure going straight up?
24      A. Right.
25      Q. Okay.

Page 159

1       A. That represents two methyl groups versus one,
2  to a chemist.
3       Q. That's the best I can do. Sorry. Thank you.
4           Is the chemical structure at the bottom of
5  363 --
6       A. Can I put these -- okay. Keep these.
7       Q. 363, is that pure DLTDP or a derivative of
8  DLTDP?
9           MR. THORNBURGH: Objection. Asked and
10  answered. Objection. Compound question. Objection.
11  Misrepresents his testimony.
12      A. It doesn't represent anything from dilauryl
13  thiodipropionate because of the branch, like we just
14  talked about.
15      Q. Okay.
16      A. Can these go back now? Do you want more?
17      Q. I don't want any more of that.
18      A. Okay.
19      Q. Let's go back to page 69, please.
20      A. Got it.
21      Q. What information do you have that these eight
22  substances on page 69 contribute to environmental stress
23  cracking in Prolene?
24      A. Well, their presence is just generally
25  recognized as contributing to environmental stress

Page 160

1  cracking in Ethicon's own research documents.
2       Q. Have you ever tested these materials to
3  determine the extent to which they can cause
4  environmental stress cracking in Prolene polypropylene
5  mesh?
6       MR. THORNBURGH: Objection.
7       A. I'm relying on published information, Clave and
8  Ethicon's own documents.
9       Q. Do you have an opinion to a reasonable degree
10  of certainty that any or all of these eight substances
11  caused environmental stress cracking in Miss Bellew's
12  polypropylene mesh?
13      A. Anytime they're present in an oxidized
14  material, they're going to contribute to environmental
15  stress cracking to a reasonable degree of scientific
16  certainty.
17      Q. And what literature is one on which you rely to
18  support that position? I think you said the literature
19  support it.
20      A. Well, Clave talks about it.
21      Q. I want to get to Ethicon's documents later. I
22  understand that's an aside. I asked for published
23  literature. That's what I'm interested in. I'm just
24  trying to be fair on the time.
25          Is there any published literature?

Page 161

1       MR. THORNBURGH: Doctor, feel free to look at
2  your report if you need to refer to it.
3       A. Well, Clave, I think Celine Mary.
4       Q. Doctor, do you know the extent to which the
5  substances that are on page 69 of your report, these
6  eight substances that you've identified, are
7  plasticizers?
8       A. They would be considered plasticizers, yes.
9       Q. Do you know how these eight substances, which
10  could be considered as plasticizers, could operate to
11  make the Prolene polypropylene mesh tougher?
12      A. Well, plasticizers do tend to do that in
13  amounts. But generally the amounts for plasticizers are
14  huge. You plasticize PDP, you put in -- what is it?
15  Polyvinylchloride -- excuse me -- pipe, which is very
16  rigid. You turn it into a flexible purse.
17          But the amount of plasticizer -- and there's
18  40, 50, 60, 70, 80 percent. We're not talking anything
19  like that here.
20      Q. Have you ever analyzed the extent to which the
21  presence of these eight substances identified on
22  Table 9, page 60 of your report, would operate as
23  plasticizers and toughen the Prolene polypropylene mesh
24  in Mrs. Bellew?
25      MR. THORNBURGH: Objection. Asked and

41 (Pages 158 to 161)

Howard C. Jordi, Ph.D.

Page 162

1 answered.
2     (Record read)
3     MR. THORNBURGH:  Objection.  Asked and
4 answered.
5     A.  Again, I'm relying on -- I have not personally.
6 I'm relying on Ethicon's own studies --
7     Q.  Okay.
8     A.  -- that says you get -- I'll read it to you.
9 Better if I read it than get it wrong.  Average breaking
10 strength --
11     Q.  Before you read that, would you mind
12 identifying the article by the number at the bottom?
13     A.  ETH MESH 15955462.
14     "The average break strength remaining for size
15 30 is 76.5 percent, range 47 to 93 percent.  For size
16 4.0 is 98.2, range 86 to 110 percent, when compared to
17 similar sized controls.
18     "Only one length of 50 Prolene was available
19 for tensile strength measurement, indicating 76 percent
20 strength remaining for the 7-year specimen."
21     So I don't know.  We claim that strength is
22 going up, but this claims it goes down with time.  It's
23 Ethicon's own document.
24     Q.  Have you seen any documents addressing the
25 eight substances that are present on Table 9 on page 69

Page 163

1 as to whether they operate as plasticizers in Prolene
2 polypropylene mesh?
3     MR. THORNBURGH:  Objection.
4     A.  Again, Clave I think talks about them getting
5 into the -- getting into the polymer but not as a
6 plasticizer, as a stress cracking agent.
7     Q.  Is that the extent of your literature knowledge
8 of the impact of these substances on the Prolene
9 polypropylene?
10     MR. THORNBURGH:  Objection.  Do you want him to
11 talk about internal documents now or not?
12     MR. THOMAS:  I thought he just did.
13     A.  It goes to environmental stress cracking.
14     MR. THORNBURGH:  I think that's what his
15 question was.  Listen to his question.
16     Q.  I'll withdraw the question if you're going to
17 go through those documents right now.  I'll look at
18 those later if that's okay.  Withdraw the question.
19     Now, when you -- Strike that.
20     The presence of these eight samples -- Strike
21 that.
22     The presence of these eight substances would
23 tend to, on a relative basis, reduce the percentage
24 presence of the other components to the sample.  Would
25 you agree with that?

Page 164

1     MR. THORNBURGH:  Objection.
2     A.  Other components of the sample like what?
3     Q.  For example, polypropylene.  Before these eight
4 compounds became part of the polypropylene, the
5 polypropylene was 100 percent.  When these eight samples
6 were introduced in the polypropylene, the percentage of
7 polypropylene is then reduced?
8     MR. THORNBURGH:  Objection.
9     A.  Yes, but the amount is so tiny as to be
10 irrelevant.
11     Q.  And we've already established that you've not
12 measured the amount of these eight substances.
13     Can you give a reasoned judgment about how much
14 of this -- of these eight materials are present in the
15 Bellew sample as a percentage and then explain to me how
16 you make that judgment?
17     MR. THORNBURGH:  Objection.  Compound, form,
18 mischaracterizes his prior testimony.
19     A.  I think I've explained this before.  But the
20 peak size and all, it's -- PYMS and LCMS are extremely
21 sensitive techniques.  The fact that you can see a
22 peak -- you can see peaks at parts-per-million levels.
23     So I would say that all of these quantitatively
24 should be below a 10th of a percent, probably just on my
25 general knowledge, experience, based on years of work

Page 165

1 with these techniques.
2     We're seeing very tiny peaks, much less than
3 those that we see for your .4 percent dilauryl
4 thiodipropionate or the Santonox R.  So it certainly is
5 not -- it's a trivial amount.
6     Q.  Okay.  What does "trivial" mean?
7     A.  It's an amount that would have no effect as a
8 plasticizer at all.
9     Q.  Okay.  On your nanothermal analysis, page 82 --
10     A.  82.  Okay.
11     Q.  It looks like you're missing a sentence --
12     MR. THORNBURGH:  Objection.
13     Q.  -- right in the middle of the paragraph.
14     MR. THORNBURGH:  Objection.
15     Q.  At least mine is.
16     A.  The "nano" should be capitalized.  It's the
17 start of a sentence.  "Nano-TA measurements, Figure 83
18 (right) on these flakelike materials show an even lower
19 thermal transition than observed for the Bellew sample."
20     That's a complete sentence.  It just needs a
21 capitalization of the "nano."
22     Q.  Now, in a nanothermal analysis you did the AFM
23 imaging, AFM analysis.  And that's where you arrived at
24 the approximate 1 micron in size.  Correct?  Is that
25 fair?

Howard C. Jordi, Ph.D.

Page 166

1  A.  Where are you, sir?
2  Q.  I'm on page 79 and 80.
3  A.  Okay.  And now the question?  I'm sorry.
4  Q.  Figure 80 shows your analysis of the surface of
5  the Bellew, Dianne B sample and shows a crack depth
6  measured that one time in that one place at
7  1,178 nanometers.  Correct?
8  A.  Yes.
9  Q.  And that's what we've been referring to
10  throughout the day as the 1 micron crack?
11  A.  Correct.
12  Q.  Did you conduct the same kind of testing on the
13  mesh cleaned with sodium hypochlorite?
14  MR. THORNBURGH: Objection.
15  A.  We didn't do a crack depth there, no.
16  Q.  Why?
17  A.  I have no idea.  We really weren't after cracks
18  anyway.  We were after melt points.  So it was really a
19  secondary -- there was no reason not to, no reason to do
20  it either.
21  Q.  Was there anything about sample availability
22  that limited your opportunity to test for crack depth on
23  sodium hypochlorite-treated explant?
24  A.  I wouldn't think so.  You can see the flake
25  there on Figure 83 that -- the red sections.  There's

Page 167

1  actually two flakes marked in red hash marks versus the
2  solid material, which is in blue.  It's got two
3  different melt points.
4  Q.  Okay.  Now, on page 83, when you talk about,
5  the second and third line, "significant surface
6  degradation," again, we're talking about, at least as
7  far as you know, a 1 micron crack depth?
8  MR. THORNBURGH: Objection.
9  A.  I don't follow, 1 micron crack depth.
10  Q.  Let me ask the question this way:  What is the
11  significant surface degradation you're talking about?
12  Is it the --
13  A.  Well, it's the melt point, 115 versus 78.
14  Q.  Got it.  Which we went through in great detail?
15  A.  Which we went through.
16  Q.  And it's 1 to 2 percent?
17  A.  Degradation would result in the 4200 molecular
18  weight.
19  Q.  Okay.  And page 83, Figure 83, the image to the
20  left with the blue is designed to show those places
21  where the measurements were taken.  Is that fair?
22  A.  The red and blue is where the measurements were
23  taken.  Correct.
24  Q.  And the lines on the graph to the right are
25  reflections of what the measurements showed?

Page 168

1  MR. THORNBURGH: Objection.
2  A.  Well, the top and the left are the dimensions
3  of the surface, the X and the Y.
4  Q.  Okay.
5  A.  So the top one, 0 to 10, is microns.  And on
6  the left side it is also microns, 0 to 20.  The bottom
7  one, minus 1,000 to 1,000 nanometers is the hike.
8  So you can measure the surface by the color.
9  Light materials are elevated.  You can see the color in
10  the bottom with the scale.  So it's scaled according to
11  color.  Do you see that?
12  Q.  Yes.
13  A.  So 1,000 nanometers above the surface would be
14  white, and 1,000 nanometers below would be that black.
15  So in one sense you can see a height
16  differential here approaching two microns,
17  2,000 nanometers, in this sample from top to bottom.
18  Some regions are higher than others.
19  Q.  Is there any way to tell from this analysis
20  what the chemical composition is of the sites that are
21  tested by this test?
22  A.  It's only designed to do melt points.
23  Q.  Right.  So is it fair to understand that you
24  can't tell me to a reasonable degree of scientific
25  certainty that what is tested in Figure 83 is only

Page 169

1  polypropylene?
2  MR. THORNBURGH: Objection.
3  A.  That question would be answered by Figure 60.
4  The infrared shows that the hypochlorite treated was
5  polypropylene, oxidized polypropylene.  So it's oxidized
6  polypropylene.
7  Q.  All right.  Without any kind of contaminants at
8  all?
9  A.  Well, there's the carbonyl.  There's the
10  oxidation piece we showed you.  And of course, there's
11  those couple identified peaks where something else has
12  reacted.  We don't know what it is, but it's reacted
13  polypropylene.
14  Q.  How do you know it's reacted polypropylene?
15  A.  That's all that's there.  We can go back and
16  look at that again if you want.
17  So we start out on 59, Figure 58, with the mesh
18  that's got the protein on it.  Can you see amide I and
19  amide II bands?  And then it's treated with
20  hypochlorite.  Turn the page.  And the amide I and the
21  amide II is totally gone and what's left is water,
22  identified by that 3500 band.  Oxidized carbonyl, 1720,
23  1740, and that sideband, 1710.  And there's a 1750 which
24  I can't identify.
25  And then the 1454, 1377 are propylene bands.

Case 2:12-md-02273 Document 3171-2 Filed 10/03/17 Page 45 of 67 PageID #: 126483
Case 2:13-cv-02273 Document 3151-2 Filed 10/03/17 Page 45 of 67 PageID #: 126473

Howard C. Jordi, Ph.D.

Page 170

1  And all those little bands at 1165, 999, 972, 841 are
2  all polypropylene, which are very, very weak. And the
3  fact that they're so clear there is -- it makes it look
4  very similar to the spectrum of a pure polypropylene,
5  which is back there a couple of charts.
6      If you go back and look at 55, you'll see a
7  pure polypropylene. And that spectra we have there is
8  essentially pure polypropylene.
9      So except for the oxidation bands and that
10 little bit of unidentified, everything else in the
11 spectrum is polypropylene, plus a little bit of water,
12 when you compare 55 and 60.
13     Q. Let's go to page 84 of your report, please.
14     The last paragraph says, "It can be stated to a
15 reasonable degree of scientific certainty that
16 degradation in these fibers is a surface phenomenon
17 initially, which will more likely than not continue
18 deeper and deeper into the fiber as time passes."
19     The last part of that sentence is what I'm
20 interested in.
21     There's no evidence from the work that you've
22 done in this case that the degradation that you've
23 described here was more than a surface phenomenon on
24 Ms. Bellew. Correct?
25     MR. THORNBURGH: Objection.

Page 171

1      A. In Ms. Bellew, yes.
2      Where are you reading here? Page 84?
3      Q. Yes.
4      A. Which paragraph?
5      Q. Third paragraph.
6      And then you say after that that "more likely
7  than not continued deeper and deeper into the fiber as
8  time passes."
9      A. Right.
10     Q. I've not seen any analysis in your report to
11 explain how that happens.
12     MR. THORNBURGH: Objection.
13     A. It happens the same way that the surface layer
14 degradation happens. It takes longer because it's
15 further in. The inside is more crystalline, and so it's
16 less susceptible to degradation in general. But it will
17 slowly occur.
18     That's based on my 40 years of experience doing
19 testing. I've seen this over and over again.
20     Q. 40 years of testing of what?
21     A. All kinds of plastics, including polypropylene.
22 I remember doing a stadium seating problem in Japan
23 where literally 100,000 seats turned to dust and blew
24 away, all polypropylene, because of lack of antioxidant.
25 It went right through the surface layer, went to the

Page 172

1  next layer, went to the next layer, went into the next
2  layer. Within less than two years, every seat was just
3  gone.
4      Q. Have you undertaken to determine how long
5  Prolene polypropylene in the Prolift device will last in
6  the human body before it fails?
7      MR. THORNBURGH: Objection.
8      A. Have I?
9      Q. Yes.
10     A. I think that's determined by the doctors and
11 the women who decide when the pain and all that is --
12 that's not my area of expertise.
13     Q. Okay. Have you undertaken any analysis to
14 determine how long the Prolene polypropylene in TVT
15 lasts before it fails, as you've described in this
16 report?
17     MR. THORNBURGH: Objection.
18     A. Again, the failure would be determined by the
19 doctors and their patients.
20     Q. You can't do that?
21     A. They have to decide when the pain is too great
22 or whatever is going wrong, not me.
23     Q. In terms of the mechanical properties of the
24 Prolene polypropylene mesh, have you undertaken to
25 determine when the Prolene polypropylene fails because

Page 173

1  of the degradation that you've described in this report?
2      MR. THORNBURGH: Objection.
3      A. Well, Number 1, we just don't have enough
4  material to do physical testing. None of us do, either
5  side.
6      And Number 2, the failure, again, is determined
7  by the doctors and the patients, not me.
8      Q. Okay. How long have polypropylene sutures been
9  used in the medical field?
10     MR. THORNBURGH: Objection.
11     A. They were used in the dog studies. So I don't
12 know exactly how long, but many years for sure. Back in
13 the '80s at least.
14     Q. Do you have an opinion to a reasonable degree
15 of scientific certainty as to whether the cracks stopped
16 after what you've described as penetration of the
17 surface of a few microns deep?
18     MR. THORNBURGH: Objection. Asked and
19 answered.
20     A. Well, what you obviously get from Iakovlev and
21 the studies that I've seen from Dr. Thames is that
22 there's this bark -- I can't pronounce this. Iakovlev.
23 There's the bark. And then Thames shows something
24 similar. We see it in our SEM micrographs as well.
25     What seems to happen is there is a rather

44 (Pages 170 to 173)

Howard C. Jordi, Ph.D.

| Page 174 | Page 176 |
|---|---|
| 1 rapidish failure of the surface, a few micron layer, and | 1 nanothermal melt point of the outer layer? |
| 2 then the other layer underneath would start to go, but | 2 MR. THORNBURGH: Objection. |
| 3 it would be much slower. | 3 A. It's apples and oranges because you're |
| 4 So there will be a point at which the rate of | 4 measuring the nondegraded inner core primarily with DSC. |
| 5 degradation -- I guess if you want to call it that -- | 5 You are measuring the outer core, but it's diluted |
| 6 would slow down once the surface is fully destroyed, and | 6 because it is a thin-skin effect. Again, it's a total |
| 7 then you're at the underlying crystalline layer that's | 7 gross phenomenon. |
| 8 going to degrade but much slower. Nobody has kept them | 8 Q. I hope you understood my question. Let me try |
| 9 in long enough to study that chemistry. | 9 again. I'm trying to understand if it's appropriate to |
| 10 Q. How long would you need to keep them in before | 10 use -- |
| 11 you could study that chemistry? | 11 MR. THORNBURGH: He answered the question. |
| 12 MR. THORNBURGH: Objection. | 12 Q. I thought you said it was inappropriate to use |
| 13 A. Since it's not been done, I don't know. | 13 the outer layer nanothermal analysis and compare it to |
| 14 Q. What is it chemically that is the difference | 14 the inner core measured by DSC. |
| 15 between this outer layer and the inner layer that causes | 15 MR. THORNBURGH: Objection. |
| 16 a distinction between the two layers, as you've | 16 A. Well, the DSC gives you a blended -- |
| 17 described it? | 17 Q. I see. |
| 18 A. I'm not sure it's a chemical difference. It's | 18 A. -- response from both the skin and the inner |
| 19 a physical difference. | 19 core. But most of the melt point is determined by the |
| 20 Q. Tell me what you mean by that. | 20 inner core, whereas nano-TA is exclusively outer skin. |
| 21 A. You have an amorphous layer that's a few | 21 Q. Okay. And the reason why it would be apples |
| 22 microns deep, as described in the Celine Mary article | 22 and oranges is because you're essentially measuring the |
| 23 and in your own experts, your own people's discussions. | 23 outer layer both times? |
| 24 And then you have a solid and a core. | 24 MR. THORNBURGH: Objection. |
| 25 And that outer core is susceptible -- much more | 25 A. The damaged outer layer versus the intact inner |

| Page 175 | Page 177 |
|---|---|
| 1 susceptible -- the outer core is more susceptible | 1 core with the damaged outer skin on it. |
| 2 because it's amorphous. And the antioxidants can bleed | 2 Q. Okay. |
| 3 out faster and the stress cracking agents can bleed in | 3 (Recess taken) |
| 4 faster. The tie molecules then can rupture and start | 4 BY MR. THOMAS: |
| 5 the process to degrading the surface. | 5 Q. Doctor, I want to hand you what I've marked as |
| 6 Q. Do you know -- Strike that. | 6 Deposition Exhibit Number 14. This is your invoice that |
| 7 Do you have any way to determine the relative | 7 you've sent to Anderson Law Offices, dated July the 9th, |
| 8 physical differences between the outer layer and the | 8 2014. Is that correct? |
| 9 inner core that you've just described? | 9 A. Yes. |
| 10 MR. THORNBURGH: Objection. | 10 Q. Our conversations off the record suggest that |
| 11 A. Well, physical differences? | 11 this is the -- as I understand it, anyway, the total |
| 12 Q. I've tried to use your word. | 12 amount of time that you've spent -- Strike that. |
| 13 A. You can measure the melt point. The melt point | 13 Is it fair to understand that Jordi Number 14 |
| 14 is much lower, as shown in nano-TA of the surface. It's | 14 represents your billing not only for the testing that's |
| 15 175 initially and then it will degrade quickly to the | 15 reflected on that invoice but also for the preparation |
| 16 120s, 115, 78. | 16 of your reports in both New Jersey and in Bellew? |
| 17 Q. And how does that compare to the melt point of | 17 A. Yes. |
| 18 the interior portion? | 18 Q. Okay. |
| 19 A. Well, that was done by DSC. And we showed it | 19 A. We don't bill extra for writing reports. |
| 20 this morning as 164, 165. | 20 That's included in the cost of the analyses. |
| 21 Q. Can you use -- | 21 Q. Okay. |
| 22 A. It stayed constant. Sorry. | 22 A. Unless there's something exceptional about it. |
| 23 Q. I'm sorry. Can you use DSC measurements of | 23 Q. Do you know if this is the only invoice that |
| 24 melt point as a comparison of apples to apples if you | 24 you've submitted for both the Bellew and New Jersey |
| 25 use a DSC melt point of the inner core with a | 25 expert reports? |

45 (Pages 174 to 177)

Howard C. Jordi, Ph.D.

| Page 178 | Page 180 |
|---|---|

**Page 178**

1    A. I think you have everything that's been billed.
2  That's all I can tell you.
3    Q. You mentioned there would be some preparation
4  time since July 9th, 2014, where you prepared for the
5  deposition in this case?
6    A. That's correct. We have not billed that yet.
7    Q. And how much time have you spent preparing for
8  the deposition in this case?
9    A. Let's say 40, 45 hours for me, and then maybe
10  Adi will have a few hours of prep time with me as well.
11    Q. What did you do to prepare for your deposition
12  in this case?
13    A. Went over all of these materials.
14    Q. Anybody work with you other than Dr. Kulkarni?
15    A. No.
16    Q. I ask that when you do submit your next invoice
17  that you supply us a copy, please.
18      MR. THORNBURGH: Sure.
19    Q. Do you agree that calcium stearate has a
20  carbonyl band?
21    A. Yes.
22    Q. Would you look at page 233 of your report,
23  please?
24    A. 233?
25    Q. Correct. It's not a number on the page.

**Page 179**

1    A. Is it Figure 233 or page?
2    Q. Page. Right before PYMS. It's in your FTIR
3  data. It's the last page.
4    A. I'm looking for a page number here.
5    Q. Mine doesn't have a page number on it.
6    A. I have 231, 232, 233.
7    Q. Do you see the peak on that FTIR spectra at
8  1741.6?
9    A. Yes, I do.
10    Q. Can you rule out the DLTDP as not causing this
11  peak?
12      MR. THORNBURGH: Objection. Asked and
13  answered.
14    A. The DLTDP is not causing it?
15    Q. Pardon me?
16    A. The DLTDP is not causing it?
17    Q. Yeah. You told me before -- I didn't want to
18  ask the same question again.
19    A. That's all right.
20    Q. I'll ask them again so that there's a proper
21  predicate.
22      The DLTDP also has a carbonyl peak?
23    A. Yes, sir, it does.
24    Q. And fatty acids and lipids also have carbonyl
25  peaks?

**Page 180**

1    A. Yes, they do.
2    Q. And we just established a minute ago that
3  calcium stearate has a carbonyl peak. Correct?
4      MR. THORNBURGH: Objection.
5    A. Has an acid carbonyl, yes.
6    Q. How can you rule out that what appears at
7  1741.6 on page 233 of your report is not DLTDP?
8      MR. THORNBURGH: Objection. Asked and
9  answered.
10      Go through it again.
11    A. The .04 percent is what we found of residual
12  dilauryl thiodipropionate that was extracting in the
13  additives. And there's virtually none there.
14    Q. Okay.
15    A. You've got to have a 1 percent level to see it.
16  We're seeing it at trivial levels.
17    Q. How can you rule out the calcium stearate did
18  not cause the 1741 peak?
19      MR. THORNBURGH: Objection. Asked and
20  answered.
21    A. Again, the hypochlorite will tend to destroy.
22  Only small molecules will oxidize them. Again, what's
23  the level to be put in to begin with in the mesh?
24  It's -- I don't remember the recipe. It's tiny.
25    Q. Is your opinion based upon the sodium

**Page 181**

1  hypochlorite taking out the calcium stearate?
2      MR. THORNBURGH: Objection.
3    A. Partly that and partly the fact that it's had
4  time to leach out. As Dr. Barbolt clearly says in his
5  deposition, agrees with us that it does, the additives
6  leach out. If they leach out, they can't be there to
7  cause a carbonyl band to see.
8    Q. Have you determined how fast or at what rate
9  the carbonyl stearate leaches to?
10      MR. THORNBURGH: Objection.
11    A. No.
12    Q. How can you rule out that fatty acids or lipids
13  are not causing the 1741 peak?
14      MR. THORNBURGH: Objection. Asked and
15  answered.
16    A. The same answer we gave before. That is, the
17  levels are so low, PYMS and LCMS, that they wouldn't
18  show up in infrared.
19      MR. THOMAS: Mr. Hutchinson is going to take
20  over from here.
21      (Off the record)
22      (Whereupon Mr. Thomas left deposition)
23        EXAMINATION
24  BY MR. HUTCHINSON:
25    Q. Dr. Jordi, I want to ask you a couple followup

Howard C. Jordi, Ph.D.

## Page 182

1  questions.
2       Do you believe that a crack that is 1 micron in
3  depth will have a strong impact on mechanical property
4  of stiffness?
5       MR. THORNBURGH: Objection.
6  A.  Of the localized area, yes.
7  Q.  How so?
8       MR. THORNBURGH: Objection.
9  A.  Well, if you take a -- I don't know -- take a
10 piece of glass and have it cut into cracked pieces, it's
11 certainly going to affect its mechanical rigidity of the
12 piece.  But it's only at the level of the cracks, too.
13 It's not of the entire fiber.  This is a surface -- we
14 said all day long, it's surface degradation.
15 Q.  What about the mechanical property of
16 elasticity?  Do you think a crack that's 1 micron deep
17 will have --
18      MR. THORNBURGH: Objection.  He's already
19 answered these questions.
20      MR. HUTCHINSON: I'm asking about elasticity.
21 The word "elasticity" hadn't even been used.
22      MR. THORNBURGH: Yes, it has.  We can go back
23 and look in the transcript.
24      MR. HUTCHINSON: I understand.
25      MR. THORNBURGH: The questions have been asked

## Page 183

1  and answered.
2       MR. HUTCHINSON: It's not going to --
3       MR. THORNBURGH: This is not fair to the
4  witness for you to come back in here and start asking
5  the same questions that have been already answered and
6  asked by your colleague, who's had an opportunity to ask
7  additional questions.  He's moved on, now probably
8  150 pages back in the transcript.  So it's unfair for
9  you to come in here and try to play this game.
10      MR. HUTCHINSON: I understand.  Last question.
11 BY MR. HUTCHINSON:
12 Q.  Will it have a strong impact, Doctor?
13      MR. THORNBURGH: Asked and answered.
14 A.  I'm sorry.  Can you repeat?
15 Q.  Will a crack that's 1 micron deep have a strong
16 impact on mechanical property of elasticity?
17      MR. THORNBURGH: Objection.  Asked and
18 answered.  Also mischaracterizes the other evidence
19 that's in this case.
20 A.  In the region of the crack, surely.
21 Q.  Okay.  Doctor, I want to make sure I have an
22 understanding of what we did on the board.  If
23 1 percent --
24      MR. THORNBURGH: Objection.  We've already --
25 Dave Thomas has already covered this question.  He's

## Page 184

1  already asked these questions about this formula.
2       MR. HUTCHINSON: No, he didn't ask all the
3  followup questions.  You haven't even heard my question
4  yet.  Don't get all mad at me, Dan.
5       MR. THORNBURGH: You said I was sexy when I was
6  mad or cute.
7       MR. HUTCHINSON: Actually, I didn't use the
8  word "sexy."  That's a gross mischaracterization of my
9  testimony.  Just listen to my question before you make
10 an objection.
11      MR. THORNBURGH: Objection.  Move to strike.
12 This is unfair to the doctor.  Go ahead.
13 BY MR. HUTCHINSON:
14 Q.  Dr. Jordi, if 1 percent of the propylene
15 monomers oxidize, then that will give 16.66 oxidation
16 sites.  Correct?
17      MR. THORNBURGH: Objection.
18 A.  In a 70,000 molecular weight polymer to start
19 with.
20 Q.  Good.  So if I understand this correctly, then
21 the 16.66 represents less than 1 percent of the
22 oxidation sites in the 70,000 molecular weight --
23 A.  Do you want to know what the 16.66 represents?
24 Q.  No.  Answer my question first.
25      MR. THORNBURGH: Objection.  Your question

## Page 185

1  doesn't make sense.
2  Q.  I'll withdraw the question.
3       What does the 16.66 represent?
4  A.  Yes, the number of oxidation points.
5  Q.  Out of the 70,000 weight --
6  A.  Correct.
7  Q.  Okay.  And that was a 70,000 oxidation --
8  A.  No.
9  Q.  Would it be 70,000 potential oxidation sites?
10      MR. THORNBURGH: Objection.
11 A.  No, because you've only got -- the molecular
12 weight of the monomer is 42.  So you have to divide the
13 70,000 by the 42.  There's 1,666 potential oxidation
14 sites.  Each monomer has a potential to oxidize.  A
15 monomer doesn't weigh 1; it weighs 42, in this case.
16 Q.  Thank you.  Doctor, can you draw out the
17 chemical structure of how a polypropylene polymer
18 degrades?
19      MR. THORNBURGH: Objection.
20 A.  That's done for you in my report, I believe.
21 Q.  What page is that?
22 A.  Let me look it up, sir.  Pages 3 and 4.  RH on
23 page 3 represents the polypropylene pristine.
24 Q.  Okay.
25 A.  And if oxygen interacts with it, it can form

47 (Pages 182 to 185)

Howard C. Jordi, Ph.D.

| Page 186 | Page 188 |
|---|---|
| 1 peroxide, ROOH. | 1 question or not is unimportant. |

### Page 186

1  peroxide, ROOH.
2      These are what we call initiation reactions for
3  degradation. Another initiation reaction would be for
4  oxygen to extract a hydrogen radical, leaving a radical
5  R dot and a HO2 dot radical.
6      Finally, peroxide can split disproportionate
7  into an RO dot radical and a hydroxide radical and/or an
8  oxygen can insert in the radical to form ROO dot. Those
9  are all radicals.
10     And then propagation is where those radicals
11 attack fresh polypropylene, the RH again, and interact
12 with it. Those are the propagation reactions.
13     Q. Okay. Doctor --
14     A. And then the last page gives the termination
15 coupling steps which end the process. And that
16 hydroxide radical also can react with a polypropylene to
17 form water in an R dot radical.
18     All these reactions occur. So for example, the
19 ROH on the bottom of page 3 would mean we could see
20 alcohols. And you do see alcohols in polypropylene
21 degradants.
22     Q. Dr. Jordi, can you draw for us -- and I'm not
23 talking about what's referenced on page 3. I'm talking
24 about, can you draw for us the chemical structure with
25 polypropylene cleaved to produce a carbonyl group?

### Page 187

1      MR. THORNBURGH: Objection.
2      Q. Can you do that?
3      MR. THORNBURGH: Objection.
4      A. I know where to get it. It's in the standard
5  textbooks.
6      Q. I understand. But, Doctor, sitting here today,
7  is that something you can't do? Is that correct?
8      MR. THORNBURGH: Objection.
9      A. I would need to refer to the textbook. I know
10 right where to get it.
11     Q. But am I not correct that sitting here today
12 you can't do? Correct?
13     MR. THORNBURGH: Objection.
14     A. It's just going to be rearrangement of these
15 molecules to get it.
16     Q. But my question is, Doctor, sitting here today,
17 that's something you can't do without referring to the
18 book. Correct?
19     MR. THORNBURGH: Objection. You're asking him
20 to --
21     MR. HUTCHINSON: I'm asking the witness a
22 question.
23     MR. THORNBURGH: Let me see if I understand the
24 question.
25     MR. HUTCHINSON: Whether you understand the

### Page 188

1  question or not is unimportant.
2      MR. THORNBURGH: Madam Court Reporter -- yeah,
3  it is important. I'm here to protect the witness.
4      MR. HUTCHINSON: Dr. Jordi, you can answer the
5  question.
6      MR. THORNBURGH: Madam Court Reporter, can you
7  read back the original question.
8      (Record read)
9      MR. THORNBURGH: Objection.
10     A. Number 1, it doesn't cleave initially to form a
11 carbonyl group. It forms a carbonyl group, and then
12 later oxidation steps lead on to form acids. You go
13 from a carbonyl to acids. Other chemical -- There's a
14 whole process of reactions.
15     Q. I understand. But, Dr. Jordi, my question is,
16 can you draw for us the chemical structure? Yes or no.
17     MR. THORNBURGH: Objection.
18     A. Of carbonyl?
19     MR. THORNBURGH: Your question doesn't make
20 sense. It's an unscientific question.
21     Q. I understand. Let me make sure you understand
22 my question.
23     Can you draw for us the chemical structure with
24 polypropylene cleaved to produce a carbonyl group? Can
25 you do that somewhere?

### Page 189

1      MR. THORNBURGH: Objection.
2      A. That's a wrong question. It doesn't cleave
3  when it forms an initial carbonyl group.
4      Q. Why not?
5      A. Because it is not an end product of oxidation.
6  It is a part of a process of oxidation.
7      Q. You will agree that you have to have a cleavage
8  in order to begin oxidation. Correct?
9      MR. THORNBURGH: Objection.
10     A. Not to begin. That's the end product of
11 oxidation.
12     Q. The end product. All right. Doctor, can you
13 explain to us how there was a cleavage for Miss Bellew's
14 explant that caused the -- that ultimately caused
15 oxidation?
16     MR. THORNBURGH: Objection.
17     A. The cleavage didn't cause the oxidation. The
18 oxidation caused the cleavage.
19     Q. Okay. Can you draw for us that chemical
20 structure of the oxidation causing the cleavage?
21     MR. THORNBURGH: Objection.
22     A. Well, it would be polypropylene monomer.
23     Q. I tell you what --
24     MR. THORNBURGH: Hold on. Let him finish.
25     Q. Instead of drawing on the white board, can we

Howard C. Jordi, Ph.D.

Page 190

1  do it on a clean sheet of paper? Would that be easier?
2  So I can look over your shoulder.
3      A.  You can write it down here, can't you?
4      Q.  I'd like you to do it --
5          MR. THORNBURGH:  Do what you're doing, Doctor.
6  If it makes him feel more comfortable, then we can copy
7  it.
8      A.  We can copy it.
9          MR. THORNBURGH:  Not a big deal.
10     Q.  Fair enough.
11     A.  There's three functional groups -- well,
12  carbons in a polypropylene monomer.  And then you would
13  have another CH2.  And then would you have a carbonyl
14  here that would have formed, CH3.  So you'd have
15  something like that.  That's one of the reactions.
16  There's a whole slew of these reaction products.  I got
17  to show you the tables of these things.
18     Q.  What I don't want you to do is, I don't want
19  you to have to write all of this on the board and then
20  transpose it to a sheet of paper.  So if we can work
21  from this sheet of paper?
22         MR. THORNBURGH:  Objection.
23     A.  Why don't I give you a Xerox sheet from the
24  textbook?
25         MR. THORNBURGH:  Let the record reflect that

Page 191

1  Dr. Jordi drew out the molecular structure of
2  polypropylene that's been oxidized.  But as he testified
3  to, there are many different reactions that can occur.
4  And of course, he's not going to sit here and draw all
5  of those different reactions.
6  BY MR. HUTCHINSON:
7      Q.  And Dr. Jordi, just so we can have a clean
8  record, could you draw for me what you've drawn on the
9  board as what you illustrate to be the chemical
10  structure, please.
11     A.  Can I show you the book or --
12     Q.  I would like for you to do that, please.
13         MR. THORNBURGH:  Let the record reflect that
14  counsel for the defendant will not allow Dr. Jordi to
15  refer to any books, so Dr. Jordi has drawn out molecular
16  structure based on his -- based on the question -- the
17  original question, which was unscientific to begin with.
18         (Pause)
19         MR. THORNBURGH:  Can you recite for me the
20  fourth amendment verbatim as it is in the constitution,
21  or would you need to refer to the constitution to make
22  sure you got it exactly right?  This is ridiculous.
23         MR. THOMAS:  I am not holding myself out as a
24  constitutional scholar.
25         MR. THORNBURGH:  Restatement 3rd.  Can you tell

Page 192

1  me what Restatement 3rd says?  Nope.
2          (Pause)
3          MR. THORNBURGH:  I'm objecting to this
4  exercise.  Move to strike.
5          (Pause)
6      A.  This is just one potential product that's
7  not -- certainly isn't by any stretch the only
8  possibility, but there is the insertion of a ketone in
9  the backbone of a polypropylene chain.
10     Q.  Okay.
11     A.  Carbonyl.
12     Q.  So for my benefit, could you explain to the
13  jury what you have just drawn here and what you actually
14  scratched out, please.
15         MR. THORNBURGH:  Objection.
16     A.  Well, I put in three polypropylene monomers, 1,
17  2, 3, with the third one oxidized with carbonyl in it.
18     Q.  Okay.  And what did you scratch out at the top
19  of Exhibit 15?
20     A.  I put the methylene group, methyl group, one
21  carbon too quickly at the top.  So I scratched it out,
22  started over.
23     Q.  Doctor, can you show me where the cleavage of
24  the molecule is, please --
25         MR. THORNBURGH:  Objection.  Scientifically

Page 193

1  invalid.
2      Q.  -- with a red pen.
3      A.  Well, a carbon can only have four bonds to it.
4  There's 1, 2, 3, 4.  So this is the break point right
5  here in terms of the monomer.
6      Q.  In terms of the monomer.  Is that what you're
7  testifying?
8      A.  Well, it's a break point in the chain.  That's
9  three monomers but hooked together.  Polypropylene,
10  there would be a thousand of these.
11     Q.  So what would be on the right side of the break
12  that's represented by --
13     A.  Another polypropylene chain.
14     Q.  And, Doctor, what caused this cleavage, which
15  you've indicated as a red line, to occur?
16         MR. THORNBURGH:  Objection.
17     A.  It's called a chemical rearrangement.
18     Q.  But what caused that to occur?
19         MR. THORNBURGH:  Objection.
20     A.  Radical reactions.
21     Q.  For Miss Bellew, what caused it to occur?
22         MR. THORNBURGH:  Objection.
23     A.  Radical reactions for peroxide and from these
24  reaction chains that I draw on pages 3 and 4.
25     Q.  Doctor, have you had a chance to review

49 (Pages 190 to 193)

Howard C. Jordi, Ph.D.

| Page 194 | Page 196 |
|---|---|

Page 194

1   Dr. Thames's expert report, which has been marked as
2   Exhibit 3.
3       A.  Okay.
4       Q.  Have you had a chance to review that?
5       A.  Yes.
6       Q.  And I would prefer not to go page by page and
7   line by line, but if we need to, we can.
8           What do you take issue with that Dr. Thames has
9   included within his report?
10          MR. THORNBURGH:  Objection.  What time is your
11  flight at?
12      A.  I don't even know how to answer that.  There's
13  so many of them.
14      Q.  Doctor, what are your major disagreements as
15  reflected in Dr. Thames's report?
16      A.  I don't believe there's a protein coat.  He
17  does.  I believe it's easy to remove.  He believes it's
18  hard to remove.  It says "In conclusion," page 4, "I do
19  not believe that Ethicon's Prolene undergoes meaningful
20  or harmful degradation in vivo."
21          I do.  The infrared oxidation.  I've shown the
22  melt point reduction, nano-TA.  Showed the lowering of
23  antioxidant levels.
24      Q.  Doctor, do you have any criticisms of
25  Dr. Thames's stress-strain curves indicated on page 5?

Page 195

1           MR. THORNBURGH:  Objection.
2       A.  No.
3       Q.  That's a concept you agree with?
4       A.  Yeah.
5           MR. THORNBURGH:  Objection.
6       Q.  What else?  Let's look at page 7, Doctor.  Do
7   you have any criticisms of Dr. Thames's plot of the
8   Burkley seven-year dog study data?
9           MR. THORNBURGH:  Objection.
10      A.  It may be true, but it's kind of irrelevant
11  because we couldn't do it on the mesh.  He didn't have
12  enough sample to test.  I didn't either.
13          And these samples are sutures which are
14  structurally very different.  They're much thicker.
15  They don't really represent -- A thin-skin degradation
16  on them is not going to affect the structure overall
17  anywhere near the degree it's going to affect the mesh.
18  It's only 100 microns across.
19      Q.  Do you have any criticisms of Dr. Thames's plot
20  of the seven-year dog study data?
21          MR. THORNBURGH:  Objection.  Asked and
22  answered.
23      A.  If you're talking about sutures, then he had
24  enough material to test.
25      Q.  Okay.

Page 196

1       A.  I differ with his -- on page 8, I differ with
2   his concept that TPC had little to no macromolecular
3   weight.  Well, no.  "In that little to no macromolecular
4   weight degradation was noted,."
5           I agree with that statement.  Macro.  We're
6   claiming there was degradation on the surface.
7       Q.  Okay.
8       A.  Page 9, he says, "Had degradation occurred,
9   there would have been a significant loss in toughness of
10  molecular weight and a concomitant increase in carbonyl
11  frequency, none of which occurred during the seven-year
12  dog study."
13          What on earth that had to do with the meshes is
14  beyond me.
15          We saw cracked polypropylene.  We saw an
16  increased carbonyl.  We saw a loss in the melt point,
17  which correlates with a drop in the molecular weight.  I
18  don't know how much more we need.
19          So he said, "Had degradation occurred, there
20  would have been a significant loss in toughness and
21  molecular weight, and there was a great loss in
22  molecular weight."
23          Toughness, I have no way to judge because I
24  couldn't test it.
25      Q.  Okay.  Doctor, do you agree -- moving to

Page 197

1   page --
2           MR. THORNBURGH:  I'm not sure he's done.
3       A.  You said go through the whole thing.
4       Q.  Okay.  Please.
5       A.  I don't know.
6           MR. THORNBURGH:  That was your request.
7       A.  "It is my opinion, supported by experimental
8   results, that these proponents," page 9, "have
9   historically, and erroneously, identified biofilm as
10  polypropylene.  Biofilm forms in vivo and is fixed by
11  the chemical reaction of formaldehyde with proteins.
12  Thus, these proponents have mischaracterized biofilm as
13  polypropylene."
14          And to date, the scientific and chemical basis
15  of their argument is nonexistent.
16          FTIR of the shards and the surface in the
17  Bellew case clearly showed it was polypropylene.  And
18  when we removed the protein with the sodium
19  hypochlorite, it became essentially pure polypropylene.
20          It says the proponents, which is basically the
21  vast majority of people in the literature, including the
22  gentleman who invented polypropylene that we've talked
23  about his melt point curves, the NATA paper.
24          So basically what he's doing is saying that
25  Nobel Prize winners and virtually everybody in the

50 (Pages 194 to 197)

Case 2:12-md-02273 Document 3751-2 Filed 10/03/17 Page 52 of 67 PageID #: 126490
Case 2:13-cv-02273 Document 3151-2 Filed 10/03/17 Page 52 of 67 PageID #: 123944

Howard C. Jordi, Ph.D.

Page 198

1  literature doesn't know anything, but he's the only
2  person who's right and capable of judging. I couldn't
3  disagree more strongly.
4      Q. Okay.
5      A. "Mischaracterized biofilm as" -- we removed the
6  supposed biofilm with sodium hypochlorite. It's not
7  there. We have a clean polypropylene by IR. I don't
8  know what he's talking about. It's baloney to me.
9      MR. THORNBURGH: Keep on going, Doctor. Answer
10 his question to the best you can sitting here, all your
11 criticisms of Dr. Thames. Keep on going through.
12     A. "This generalized process," page 10, "was
13 followed by a number of investigators cited in these
14 matters such as Celine Mary, Clave, Liebert, Costello,
15 Ostergard, Jordi, Iakovlev, Rosenzweig, Klinge,
16 Ducheyne, et cetera. However, none considered the
17 presence of the hard, brittle, and insoluble shell of
18 the protein-formaldehyde polymer surrounding the
19 explanted mesh and" --
20     That's a boldface lie. We removed the protein
21 coat. I showed you that today. It's just not true.
22     "This well-known basic" -- it is well-known,
23 I'll give him that. "This well-known basic chemical
24 reaction was missed by these investigators, authors, and
25 apparently many others."

Page 199

1      He's the only one in the world who knows how to
2  characterize it, presumably.
3      "As a result, significant amounts of unreliable
4  and confusing data now permeate the media with regard to
5  mesh explants and their propensity for surface
6  cracking."
7      I couldn't disagree more. We can see the
8  cracks. We can see the extrusion lines in the cracks
9  right through the flake material. And if you want to
10 see one, I've put down page 113. Let me show you that
11 one so you can see it for yourself. Page 113.
12     (Pause)
13     A. Do you want me to come over to you or you can
14 come to me and I'll point it out to you so it's quicker?
15 Yeah, that's it.
16     These are extrusion lines. And they're seen up
17 here right through the cracked pieces as well. Right up
18 here through the cracked pieces.
19     So when the cracked pieces come off, they have
20 to be polypropylene because they're part of the original
21 extrusion. Not protein coat. It can't possibly be.
22 And it's obvious.
23     MR. THORNBURGH: Do you want us to keep going
24 through page by page?
25     A. Do you want to still go on?

Page 200

1      Q. Uh-hmm. I want to know all your criticisms
2  about Dr. Thames.
3      A. I don't know if this is all of them. It's just
4  the ones I'm catching.
5      Q. Dr. Jordi, I can simplify this for you. You
6  don't have to go through this page by page, but I want
7  to know all of your major criticisms of Dr. Thames'
8  analysis.
9      A. I have to respond to his comments, sir. I'm
10 sorry.
11     Q. Fair enough. However it is easiest for you.
12     A. I haven't memorized his whole report. That's
13 my point. Without looking at it -- "It's well-known and
14 uncontested that polypropylene formulated without
15 antioxidants are subject to oxidative degradation."
16     True. I agree with that.
17     "However, it is equally known that Ethicon
18 properly protects its Prolene products with
19 antioxidants."
20     I agree with that.
21     "At the time of this writing I have seen no
22 scientifically sound evidence to prove Ethicon's Prolene
23 oxidizes in vivo."
24     Well, we've shown infrared. We've shown drop
25 in molecular weight through the carbonyl bands, through

Page 201

1  the nano-TA. So I don't know what he's talking about.
2      "LCMS data show lack of antioxidants."
3      And Liebert says with a lack of antioxidants
4  it's going to degrade mas does virtually everybody else,
5  as does the leaching effect -- I don't see -- from
6  Liebert and Barbolt, which is one of -- was one of
7  Ethicon's own experts. So apparently he disagrees with
8  Ethicon's own experts as well.
9      "Infrared spectrum. Mechanical testing of
10 implanted and nonimplanted filaments containing an
11 antioxidant show no changes in chemical or physical
12 properties as a result of implantation."
13     To my knowledge, neither of us have had enough
14 sample to run any physical testing on, so this is
15 baloney. What's he tested? I'd have to see data.
16 There is no data. There's just a raw statement,
17 unsupported.
18     His statement, "The results from SEM, DSC, TGA
19 compliance testing provided strong support" --
20     Q. Slow down.
21     MR. THORNBURGH: She needs to be able to record
22 what you're reading.
23     THE WITNESS: Pardon?
24     MR. THORNBURGH: Just slow down.
25     Q. Slow down just a little bit.

51 (Pages 198 to 201)

Howard C. Jordi, Ph.D.

| Page 202 | Page 204 |
|---|---|

**Page 202**

1    A. -- "that oxidative degradation was occurring in
2  vivo cannot be taken seriously, given his lack of
3  understanding of the formaldehyde protein encased
4  polypropylene fiber."
5    That's laughable. I removed it. I showed you
6  I removed it. Protein bands of amide I and amide II
7  were gone. Figure 60, 61. That's laughable.
8    "Costello in his discussion section makes the
9  following statements. The SEM micrographs displayed
10  images of materials that were vastly different in
11  topology in the pristine materials.
12    "The micrographs of explanted polypropylene
13  materials exhibited cracks, surface roughness, and
14  peeling indicative of surface degradation while the
15  pristine materials appeared smooth.
16    "Once again, conclusions are being drawn with
17  regard to SEM micrographs of polypropylene without any
18  regard for the protein formaldehyde compounds at
19  formation or any scientific evidence of a truly cleaned
20  polypropylene surface."
21    Well, we showed you one, sodium hydrochloride
22  cleaned. He's mixing up a lot of these gross techniques
23  like GPC that dissolve the entire sample; DSC, which
24  measures the melt point of the total sample, with
25  techniques which are surface related. He's deliberately

**Page 203**

1  mixing that up.
2    And then he critiques Ostergard and he
3  critiques me. I'll just take this down to make it
4  simplified. He critiques everybody. So apparently he's
5  the only person in the world who understands anything,
6  including Nobel Prize winners. They don't count either
7    "Reasons for concern and the supporting science
8  follow: It's well-known that implantation of a foreign
9  body, unless it's a foreign body reaction."
10    I agree with that.
11    "Formation of tenaciously adhered biofilm on
12  the surface of implanted materials. It is most
13  significant, and also well-known, that a high percentage
14  of biofilm composition is proteins.
15    "All proteins possess carbonyl groups
16  characterized by the following chemical composition,"
17  and he shows it. "Thus it is imperative that biofilm,
18  and/or its chemical derivatives, be removed from mesh
19  material before testing the explanted mesh."
20    I couldn't agree more. That's what we did.
21  That's why we did it.
22    Q. What about your criticisms of Dr. Thames for
23  the Bellew?
24    MR. THORNBURGH: Well --
25    A. Well, I can only respond to what he's saying

**Page 204**

1  here.
2    MR. THORNBURGH: I think what he's asking you
3  are those the major criticisms, without going through
4  the entire report.
5    A. Yeah, that's a good sampling, I guess. I mean,
6  he continues beating this protein coat to death. And I
7  don't believe it for a minute. I've removed it and I
8  still see oxidation. I still see it's polypropylene.
9  It's the majority of the material.
10    So one of my major disagreements with him
11  certainly would be that yes, there's protein there, but
12  it's tissue, not biofilm as he calls it. You can't see
13  it. It's an imaginary coating dreamed up by him. There
14  is tissue there, and you can see the tissue. And you
15  can clearly see the clean polypropylene either cracked
16  or uncracked with the tissue in different spots.
17    Let's just pick an example. They're all over
18  the place. So Figure 48, page 49. Now, this one is
19  actually EDAX, but it's okay. It's Dianne Bellew A with
20  mesh and tissue.
21    I'll just come over. Have you got it? That's
22  in my report, sir. I'm referring to answering his
23  question. Page 48. This is a typical example.
24    What I'm saying, Figure 48 -- what I'm saying
25  is this is tissue, this is polypropylene. There is no

**Page 205**

1  biofilm here. And when you run the IR spectrum on this
2  material, it's going -- we can go look at the other
3  figure. We've already done that. It's polypropylene
4  with some protein in it that's gotten in the cracks.
5    This is tissue, which is a majority of the
6  polypropylene. And they're easily distinguishable. And
7  when I run hypochlorite-treated samples, look how clean
8  it is.
9    Q. We're talking about -- Hold on a minute.
10    So the record is clear, you're talking about
11  Figure 36. It's your testimony that Figure 36 of your
12  report, there's no tissue. Is that correct?
13    A. There's a couple little white specs which we
14  believe are buffers or pieces of lint or something. But
15  the tissue, like you see --
16    Q. But otherwise I'm correct?
17    MR. THORNBURGH: Objection.
18    A. This is clean polypropylene. Right.
19    Q. In Figure 36 before you?
20    A. 36. And this is the tissue dirty material in
21  Figure 32 that hasn't been cleaned.
22    Q. Fine. Doctor, any other major disagreements
23  with Dr. Thames's analyses in Bellew, or have we hit
24  them all?
25    A. I'd have to go through them page by page. I

52 (Pages 202 to 205)

Howard C. Jordi, Ph.D.

| Page 206 | Page 208 |
|---|---|

### Page 206

1 don't know. There's so many of them. It got tiring.
2 He keeps coming back, "However, the formaldehyde protein
3 polymer is extremely difficult to remove from the mesh
4 fibers."
5     No, it isn't. I watched it. I expected it was
6 going to take hours. I did the Clave procedure with one
7 step. In 15 minutes I couldn't even detect the protein
8 on it any more, the tissue. It's gone. I watched it
9 with my own eyes.
10     Q. And that was with the naked eye, Doctor?
11     A. That was. And then we looked at it by
12 microscope as well, which I just showed you. By
13 microscope, it was clean. LCM, it was clean. Optical
14 microscopy, it was clean. Eyeball, it was clean.
15 Clean, clean, clean.
16     Q. Doctor, I want to make sure I have all of the
17 major criticisms that you have with respect to
18 Dr. Thames' analysis for the Bellew case.
19     MR. THORNBURGH: You don't want his -- I'm
20 going to object your word "major."
21     MR. HUTCHINSON: Make your objection.
22     A. "Prolene mesh and TVT-O degrades in the human
23 body due to oxidation of the polypropylene." His
24 response, "Absolutely no data exists to support this
25 claim."

### Page 207

1     Well, he's ignoring the molecular weight
2 degradation. He's ignoring the carbonyl bands. He's
3 ignoring the fact that it's cracked. It's like, I don't
4 know, he's denying reality to me. I don't know.
5     "Analysis of the explanted fiber mesh by GPC.
6 High temp indicated a large scale molecular weight
7 degradation did not occur."
8     I agree with that. There's no bulk oxidation
9 because, as I've said all day, the interior didn't
10 oxidize. The exterior few microns did.
11     "Differential scanning calorimetry analysis of
12 the explant fiber mesh and control samples showed a
13 general trend of decreasing crystallinity for the
14 cracked samples, demonstrating a larger portion of
15 amorphous material in the cracked samples."
16     Q. Is that a major disagreement that you have with
17 Dr. Thames?
18     A. Yeah, because he's going to say that -- I'm
19 going to give you his response. Because he says -- his
20 response, "Jordi report data do not provide predictive
21 value in determining potential oxidation of Prolene
22 explants."
23     And I said of course they don't. They provide
24 predictive value of environmental stress cracking. He's
25 trying to mix them up.

### Page 208

1     So there's this major difference of opinion on
2 additives. We measured it. It was lost. It was well
3 protected. I would say that the inside might be fairly
4 well protected because it isn't oxidizing at the same
5 rate as the surface, but the surface clearly went. You
6 can see it from the SEM.
7     Q. Doctor, have you personally ever done any
8 cross-studies?
9     A. What?
10     Q. Have you personally ever done any cross-section
11 studies of a TVT or a Prolift fiber?
12     A. Crawl?
13     Q. Cross-section studies.
14     A. "Crawl," is that the word?
15     Q. Cross, C-R-O-S-S.
16     A. Okay. Forgive my ears.
17     MR. THORNBURGH: Objection.
18     A. Cross-section. Yeah.
19     Q. Of the polypropylene fiber?
20     A. In some of these SEM graphs, you'll see ends
21 cut.
22     Q. I'm not talking about the SEMs. I'm talking
23 about any other tests or studies. Have you ever done
24 any other tests or studies other than the SEM about the
25 cross-sectional polypropylene fibers?

### Page 209

1     MR. THORNBURGH: Objection.
2     A. I don't know what you're asking me, I guess.
3 Cross-sectional --
4     Q. Have you ever studied --
5     A. We cut them and we analyzed them.
6     Q. And what did you find?
7     A. That's how we prepared the samples for our LCMS
8 analysis and so on. The samples were taken out. They
9 had to be cut.
10     Q. And would all of your tests or studies be
11 reflected in your expert report?
12     A. Yes, sir.
13     Q. Dr. Jordi, before we move on, have we discussed
14 all of the major criticisms that you have of Dr. Thames?
15     MR. THORNBURGH: Objection.
16     A. No. I'm only on page 23 of 100. Let's see.
17 Page 23 of 88.
18     Q. I need to get all your major criticisms of
19 Dr. Thames with respect to Miss Bellew.
20     MR. THORNBURGH: He's trying to tell you what
21 they are.
22     A. "The Jordi report states, 'Figure 87, page 76,
23 clearly shows the presence of a carbonyl band at 1761
24 and 1042 centimeters for the explanted mesh sample
25 13413.'"

53 (Pages 206 to 209)

Howard C. Jordi, Ph.D.

| Page 210 | Page 212 |
|---|---|

**Page 210**

1  I say, "I disagree with this assignment" -- he
2  says, "I disagree with this assignment. For instance,
3  the 1761 carbonyl frequency is hardly discernable if it
4  exists."
5  Apparently he can't see what your own people
6  can see. I'll show you an example. This one --
7  Q. Doctor, in respect of our time, I want to get
8  to the ETH MESH documents a little bit later.
9  A. Yeah, but that's part of answering this
10  question.
11  Q. Okay.
12  MR. THORNBURGH: He's trying to answer your
13  question.
14  A. So he says he can't see the frequencies. My
15  point is, Ethicon's own people have no trouble seeing
16  them. When I see a shoulder, he says it's invisible.
17  When they saw a shoulder, they identify it. There's
18  1720. There's all kinds of them. There's another one
19  at 1720. There's all kinds of them. What was that?
20  1759. They saw 1759, 60. There's more, but you get the
21  point. They had no trouble seeing it. Only he does.
22  My comment is maybe you should buy a new pair of
23  glasses. I'm sorry.
24  MR. THORNBURGH: Maybe if you ask him do you
25  criticize the majority of Dr. Thames's opinions, then

**Page 211**

1  that might streamline. Otherwise, we're going to be
2  here past -- I'm suspecting past both of our flights.
3  A. Well, he says the same things here about Carol
4  Lewis and Batiste and all of that.
5  Q. Let's focus on Bellew. I want to know your
6  major criticisms of Dr. Thames's analyses with respect
7  to Ms. Bellew.
8  MR. THORNBURGH: Keep on going, Doctor.
9  A. These are all -- you're talking about just
10  Bellew now?
11  Q. Yes.
12  A. Because he's got --
13  MR. THORNBURGH: Have you read his report? He
14  uses the Lewis data to criticize the Bellew data.
15  MR. HUTCHINSON: Dan, please stop talking.
16  Make your objection and let's move on.
17  MR. THORNBURGH: Objection.
18  Doctor, continue to answer him the way you've
19  been answering him.
20  Q. Just looking for major criticisms, Doctor.
21  A. He says here, "Contrary to the Jordi report
22  claim, it is significant that the Jordi report" -- this
23  is Carolyn Lewis and Batiste. I guess we can skip that.
24  Q. We can skip that, yes.
25  MR. THORNBURGH: Objection.

**Page 212**

1  Q. For Miss Bellew specifically, Doctor.
2  MR. THORNBURGH: Objection.
3  A. You don't care about my differences in any
4  other area. Right?
5  Q. Right.
6  A. Good. Looks like we've picked back up on
7  page 54. "Furthermore, hypochlorite treatment
8  eliminated most of the protein (Jordi Bellew report,
9  page 58)."
10  The response is, "However, the following
11  statement, 'Once the amide I and amide II bands were
12  removed using the sodium hypochlorite' . . . Are
13  contradictory."
14  I'm not sure what he's talking about here. In
15  fact, a portion of a protein was removed by sodium
16  hypochlorite treatment yet some remained, as noted in
17  the overlay spectra, Figure 61. I totally disagree with
18  that. We went through it in great length. Amide I
19  and amide II bands are totally gone. Hence the protein
20  is totally gone.
21  "Therefore, any further analysis of the Bellew,
22  Dianne C explant must accommodate the remaining protein
23  and residual chemicals."
24  So I put down here, you know, Figure 60 and 61
25  in the IRs that clearly show the protein is gone. Show

**Page 213**

1  the SEM micrographs, Figures 35, 36, 37, 40, 38,
2  et cetera, which clearly show the tissue is gone, like I
3  just showed you.
4  "Statement: In addition, the
5  hypochlorite-treated Bellew sample showed all the
6  characteristic carbonyl bands typical of oxidized
7  polypropylene including aldehydes, ketones, and esters,
8  as well as the COC band (Jordi Bellew report page 61)."
9  His response is, "According to Stuart,
10  aldehydes show a CH stretching in the 2900 to 2700
11  reciprocal centimeter" --
12  That is actually laughable. Everything shows
13  absorbance in the 2700 to 2900 range. Everything with a
14  hydrocarbon, whether it's hexane -- well, benzene
15  doesn't. Heptane. Your antioxidant would have bands
16  there. Everything has bands there that has CH in it.
17  So that's totally useless. I don't even know why he
18  would make that statement.
19  "Esters, as characterized by fats and lipids,
20  typically absorb in the regions of 1750 to 1730 and 13
21  00 to 1100."
22  That's the COC stretch. I agree with that
23  frequency.
24  "As pointed out by Dr. Jordi, they are 'normal
25  body chemicals.'"

54 (Pages 210 to 213)

Case 2:12-md-02273 Document 3751-2 Filed 10/03/17 Page 56 of 67 PageID #: 126494
Case 2:13-cv-02273 Document 3751-2 Filed 10/03/17 Page 56 of 67 PageID #: 12599

Howard C. Jordi, Ph.D.

Page 214

1       That's true.
2       "Moreover, calcium stearate, a fatty acid salt,
3   and dilauryl thiodipropionate, possess carbonyl bands."
4       We've already been through that. They're too
5   weak to see by infrared.
6       "And a COC band. And they are part of
7   Ethicon's additives package."
8       They are initially, not after it leaches out.
9       "Thus, FTIR frequencies relied upon by
10  Dr. Jordi as oxidation products of Prolene are accounted
11  for as body derived chemicals and/or Ethicon's Prolene
12  formulation additives."
13      But they're there at too low of levels to see,
14  so I disagree with that.
15      "Finally, the Jordi report, page 63, states, 'A
16  number of fatty acids as well as a series of compounds
17  related to cholesterol were'" -- he has the same
18  comments and I have the same answers, that they are at
19  too low levels to see.
20      Q. Any other major criticisms with respect to
21  Dr. Thames's analysis for Bellew, Doctor, that we
22  haven't already discussed?
23      A. You'll have to tell me. I just got to go
24  through and see what he says in each paragraph. I
25  haven't got it memorized.

Page 215

1       Q. I need to know before we leave.
2       MR. THORNBURGH: Well, he's going through it,
3   then. If you're going to try to make some motion later
4   on, he's got to go through it.
5       A. This is the same idea. The idea, my comment is
6   that these fatty acids and cholesterol, they're at too
7   low level to say FTIR.
8       So he's got this whole argument about -- that
9   the carbonyl groups is now from the fatty acids and
10  cholesterol esters, which we disagree with for
11  concentration reasons, being able to see any infrared.
12  Not that we should not be able to see it in the
13  infrared.
14      "From the composition of comparison of the
15  formalin and hypochlorite treated exemplars and the
16  untreated exemplar, it appears that formalin and sodium
17  hypochlorite are able to partially extract/oxidize
18  Santonox R."
19      I agree with that.
20      "It is possible that Santonox R in the Bellew
21  sample was partially extracted during its storage in
22  10 percent formalin solution after explantation from the
23  patient.
24      "Nevertheless, the relative quantitative data
25  presented in Table 11 clearly shows that the levels of

Page 216

1   Santonox R in the Bellew explant sample is significantly
2   lower that that of the formalin treated exemplar."
3       His response: "Jordi's control experiments
4   wherein Prolene was placed in formaldehyde confirm
5   significant extraction of Santonox R and to a lesser
6   extent DLTDP from Ethicon's Prolene.
7       "In fact, a review of Table 2 will confirm
8   formaldehyde, acting as a solvent to the explant,
9   removed 55 percent and 75 percent respectfully as
10  Santonox R from Prolene controls (Jordi report, page 74,
11  Table 2, page 75). Yet they continue to use and report
12  data generated via this process, in light of the
13  extensive errors it promulgates.
14      "The Jordi data are definitive on this area;
15  formaldehyde is an excellent solvent, in addition to its
16  chemical reactivity, and extracts extensive amounts of
17  Santonox R from Prolene fibers and lesser amounts of
18  DLTDP. However, what remains unknown is whether
19  formaldehyde also reacts chemically with Santonox R" --
20      I think we dealt with that earlier today.
21      Q. Right.
22      A. -- "and DLTDP to alter their chemical structure
23  such that they would not and could not be identified by
24  mass spectroscopy."
25      I don't know what he's talking about there.

Page 217

1   Well, if you change the chemical structure, it wouldn't
2   change the raw additive. That's what he's driving at.
3   And as I said, the DLTDP doesn't have a reactive
4   function group to react with the formalin.
5       Now, I'm going to have to go to my section to
6   answer this critique in my report. I got to go back to
7   the LCMS section.
8       So if we go to Table 10, for example, if we
9   look at page 73 -- let me know when you're there because
10  I want you to see this.
11      Q. I'm there.
12      A. The Exemplar A -- This is for dilauryl
13  thiodipropionate. We're not arguing that formalin
14  doesn't touch Santonox R. We saw that flat out in the
15  report. We are saying it doesn't seem to touch dilauryl
16  thiodipropionate, the long-term stabilizer.
17      So Exemplar A gave 70 million-plus counts. Do
18  you see that in Table 10?
19      Q. I do.
20      A. And Exemplar B, formalin treated, gave 68 --
21  essentially 70 million counts. Excuse me. 69 million
22  counts. And Exemplar C, sodium hypochlorite-treated,
23  gave 74 million counts. These are all extremely within
24  experimental error.
25      Whereas the Dianne Bellew B sample without

55 (Pages 214 to 217)

Howard C. Jordi, Ph.D.

| Page 218 | Page 220 |
|---|---|

**Page 218**

1  tissue gave 30,000-plus counts and the Bellew C sodium
2  hypochlorite-treated gave 21,000 counts.
3      So we're down to about .04 percent of the
4  additive left in the explanted material with no change
5  in any of the others. Exemplar is the same as formalin
6  treated is the same as hypochlorite treated. They're
7  all within experimental error.
8      So his comment that we're extracting to a
9  lesser extent dilauryl thiodipropionate makes no sense
10  to me.
11      Now, there's another table if you want to go
12  back. It's the same kind of idea. There's another
13  table in the back. We can go through the other section
14  for the other 22 samples, and it will show you the same
15  answers.
16      Do you want to go through that?
17      Q. We do not need to do that. What other major
18  criticisms do you have?
19      A. My statement was, "Based on the area counts for
20  DLTDP in the three exemplars, it appears that formalin
21  and sodium hypochlorite treatments have no major
22  detrimental effect on the additive level present in
23  exemplar fibers."
24      His response, "It is significant that the Jordi
25  Lab DLTDP extraction time was two hours at 65 C whereas

**Page 219**

1  the Prolene explant was retained in formaldehyde for
2  more than two years before Jordi Labs extraction and
3  testing began.
4      "Simply put, formaldehyde had two-plus years to
5  extract DLTDP before the Jordi Labs sample preparation
6  began. There is no way to know how much DLTDP had been
7  extracted and/or reacted with formaldehyde prior to
8  Jordi Labs testing. If either occurred, the result
9  would be reduction in DLTDP concentration."
10      Several criticisms. One, when you start
11  extracting, it's an exponential curve. More of the
12  material comes out first and then as time goes on you
13  get less and less and less until you get full
14  extraction, but the rate of extraction is slowing down.
15      So if we were going to get extraction, we did
16  65 days for 48 hours, which is equivalent roughly to a
17  month at room temperature. It's accelerated extraction
18  on purpose to see if we'd see anything.
19      So in the first month, we saw nothing. So
20  my -- I mean, I didn't have two years to do this
21  analysis. I did the best I could do with the time I had
22  to work with. And it shows nothing for an extraction
23  for DLTDP. It does show partial extraction of
24  Santonox R.
25      Q. And, Doctor, when you say "partial," how would

**Page 220**

1  you quantify "partial"?
2      A. Well, the numbers are in the tables.
3      Q. Yeah. And how would you quantify the amount of
4  extraction -- how would you quantify the amount of
5  Santonox R that was extracted?
6      MR. THORNBURGH: Objection. Do you want to
7  know the --
8      A. .04 percent is left, that means that point --
9  99.6 percent is gone.
10      Q. No. We're talking .04 is DLTDP. Is that
11  correct?
12      A. Yeah.
13      Q. I'm talking about Santonox R.
14      A. Well, we had -- I think we had 50-something
15  percent. Those numbers, I agree with. And so that's in
16  the expanded, sped-up process.
17      So in two years, I don't know. We're willing
18  to give that to you. We just don't know. It certainly
19  wasn't all out in a month at elevated -- I mean, the
20  equivalent of a month at room temperature. And it's
21  going to slow down. So I'm not convinced it's all going
22  to come out.
23      Santonox R is the processing stabilizer, and
24  DLTDP is the long-term stabilizer anyway. That's the
25  one that concerns me in the body more than the other.

**Page 221**

1  But true, we were extracting some of the Santonox R. We
2  give that to you. He is absolutely right on that.
3      So that's enough of that, I think.
4      On page 57, he's mixed up some of the numbers.
5  He's misread -- I'll try to just explain this to you.
6  He's misread the tables.
7      Q. On page 57?
8      A. Yeah. We can go through that and spend much
9  more time.
10      Q. We don't need to spend much more time, if you
11  just could show me what you mean by that.
12      A. Here is the principle. He's saying that
13  formaldehyde is an excellent solvent for extraction.
14  Well, he's lumping DLTDP and Santonox R together, which
15  I just showed you doesn't fit because we saw nothing
16  with the dilauryl thiodipropionate informally. It
17  doesn't touch it, at least not in a month. So they're
18  not the same, Number 1.
19      And then he says, "Exemplar C, sodium
20  hypochlorite-treated control lost 75 percent of the
21  antioxidant, Santonox R" -- that might be true -- "in
22  the presence of these reagents. Formalin is a solvent
23  and oxidizing agent. Sodium hypochlorite is an
24  oxidizing agent." Yes, it is.
25      "In a similar fashion, Table 18 of the May 20,

56 (Pages 218 to 221)

Case 2:13-md-02273 Document 3751-2 Filed 10/03/17 Page 58 of 67 PageID #: 136496
Case 2:13-cv-02273 Document 3151-2 Filed 10/03/17 Page 58 of 67 PageID #: 12400

Howard C. Jordi, Ph.D.

Page 222

1    2014, Jordi report shows the control lot 3405404
2    propylene sample lost 12 percent of its dilauryl
3    thiodipropionate simply by being immersed in formalin."
4        No, it didn't. He misread the table.
5        Do you want me to cover that?
6    Q. No. I think we've covered that.
7        MR. THORNBURGH: I think he's asking for -- I
8    think what he's asking for is your general --
9    A. I'm ready to go on if you are. He misread the
10   numbers.
11   Q. Okay.
12   A. It don't show any drop, as I showed you.
13   Q. Okay.
14   A. "Prior to discussions regarding individual
15   spectral assignments, it's important to consider the
16   following: the effects of the contaminated connective
17   tissue on the infrared spectrum" -- sorry. Can you
18   strike -- Well, strike it. I misread. I want to start
19   over.
20       "Statement: Shoulder bands at 1740 to 1760
21   indicative of carbonyl groups" --
22   Q. What page are you on, Doctor?
23   A. 58.
24   Q. Okay. Top of page 58?
25   A. Yeah.

Page 223

1    Q. And what's your major criticism there?
2    A. Well, I'm just reading -- I got to read his
3    criticism and then critique it. You can't understand a
4    critique unless you know what he's critiquing.
5        "Absorption band at 1041 reciprocal centimeter
6    region collectively are consistent with oxidation."
7        That's true. Well, that's my statement.
8        "Response: There are no shoulder bands in the
9    FTIR spectra," and he goes on. And that's based on the
10   same thing I showed you before. Everybody else from
11   Ethicon can see it but him. And I can see it. They're
12   shoulder bands. They're not individual bands:
13       "Statement: Once the amide I and amide II
14   bands were removed using sodium hypochlorite, the FTIR
15   revealed the underlying carbonyl oxidation bands from
16   1700 to 1760 with maximum at 1740, 1720, and 1710."
17       We went through that this morning.
18       "These frequencies are strongly suggestive of
19   esters, ketones, and aldehydes respectively. All of
20   these products are produced as a result of oxidation to
21   polypropylene."
22       His response: "There is absolutely no proof
23   that these frequencies are derived from oxidized
24   Prolene."
25       That's why it didn't degrade. That's why the

Page 224

1    molecular weight is the same, and yet the melting point
2    dropped precipitously in the nano-TA study.
3        We see the cracks in the SEM. We see the three
4    carbonyls and the infrared. So I don't know what more
5    information he needs. I don't know how I can disagree
6    any more strongly.
7    Q. Any other major --
8        MR. THORNBURGH: You've already responded to
9    the rest of that.
10   A. His attacks on the other work are the same as
11   the attacks on Bellew.
12       MR. THORNBURGH: So you've already addressed
13   the fatty acids.
14   Q. I agree with you on that. Any other major
15   criticisms, Doctor, that you have of Dr. Shelby's
16   analysis for Miss Bellew?
17   A. Well, we better cover nanothermal because that
18   wasn't covered previously.
19   Q. All right.
20   A. That's at page 59.
21   Q. What are your major criticisms of Dr. Shelby
22   Thames's analyses in the nanothermal section of his
23   report beginning on page 59?
24   A. "In keeping with this comparisons, Figure 81
25   covers a width of approximately 1/7th of a human hair

Page 225

1    and a depth of 1/69th out of a human hair. Thus a
2    question should be posed can a depression of only
3    1 micron truly be defined as a crack. For instance and
4    by way of comparison, we have shown the thickness of the
5    human hair measured at 69 microns."
6        They didn't measure the Bellew sample. So what
7    they're comparing up here in their prior work is a
8    different sample and comparing it to mine. I just --
9    the comments just don't make any sense.
10       "The Jordi report provides melting point data
11   taken via the nanothermal AFM unit and states that the
12   lowering of melting points via nanothermal analysis as
13   opposed to DSC data confirm oxidation occurs on the
14   surface."
15       I say it confirms degradation, not oxidation.
16   Oxidation is one type of degradation. But we know it's
17   degraded because its melt point dropped, which means its
18   molecular weight dropped.
19       He says, "It is inappropriate and
20   scientifically unfounded to make the following
21   statement. Bellew, Dianne C treated with hypochlorite
22   were also examined with AFM imaging and nano-TA. As can
23   be seen from the AFM image in Figure 83, there is a
24   significant difference between surface morphology
25   between the Bellew, Dianne C and Bellew, Dianne C" --

57 (Pages 222 to 225)

Howard C. Jordi, Ph.D.

| Page 226 | Page 228 |
|---|---|

Page 226

1  between B and C -- "fibers with large flakes of material
2  visible on the surface of the hypochlorite treated."
3      And then he says, "To speak of large flakes
4  when describing nanospatial relationships is
5  nonscientific, confusing, and misleading."
6      I have no clue why. Why is it inappropriate to
7  do this analysis? It beats me.
8      MR. THORNBURGH: Can we agree there are
9  fundamental differences, both sides have criticisms, and
10 so we can move on?
11     Q. Doctor, have we discussed all of the major
12 criticisms you have with Dr. Thames in responding to the
13 nanothermal analysis?
14     MR. THORNBURGH: Objection.
15     A. I think we're close.
16     Q. Okay.
17     A. Now he goes over the Burkley study, which we
18 didn't care about, which is --
19     Q. Dr. Jordi, let's change gears for a minute.
20 Are you ready?
21     A. You're directing it, sir.
22     Q. Thank you. Do you have any criticisms about
23 the protocol used by Dr. Ong in cleaning the Bellew
24 explant?
25     A. Well, let's go look at it. Do you know what

Page 227

1  page that is? It's in the back somewhere, I know.
2      Q. I'll give it to you in just a second.
3      MR. THORNBURGH: Page 76.
4      A. I was closing in on it.
5      MR. THORNBURGH: Objection.
6      Q. Any criticisms, Doctor?
7      MR. THORNBURGH: Objection. Dr. Ong hasn't
8  even been deposed yet either, so there may be additional
9  criticisms of both Dr. Thames and Ong after their
10 depositions. So this exercise is --
11     MR. HUTCHINSON: Your objection is noted.
12     Q. Dr. Jordi, do you have any criticisms of the
13 protocol used by Dr. Ong in cleaning the Bellew explant?
14     A. It seems to me to be extremely excessive.
15 Since I used one sodium hypochlorite treatment and in
16 minutes it looked clear, certainly the 26-hour test we
17 could see nothing by SEM, optical microscopy or any
18 other way.
19     To go through this whole tortured process to
20 remove this imaginary protein coat that we can't even
21 see -- we see tissue which is gone after one treatment.
22 Why do we need all of this?
23     For sure in all the sonication steps that he's
24 going through, he's shaking it to death, he's going to
25 shake off the particles. So that when you're done --

Page 228

1  what he's really trying to do is shake off the cracked
2  polypropylene so that the underlying undisturbed layer
3  of polypropylene would be the only layer left. That's
4  what I see this as doing. Not to do something that's
5  gentle.
6      I would never use sonication on this where the
7  material is already cracked via our SEMs. And if you're
8  going to shake it to death, you're going to shake the
9  particles off. It makes no sense at all to me.
10     Q. Any other criticisms, Doctor?
11     A. Why do you need four sodium hypochlorite
12 treatments when one will do?
13     And then they also said the desiccation of
14 drying causes cracking. Burkley said that and others
15 along the way have suggested that in Ethicon's group.
16 So they're going to desiccate it four times or -- I
17 don't know, however many times it is there. 1, 2, 3, 4,
18 5, 6, 7. They do seven desiccation steps. Well, my
19 goodness, if desiccation causes it to crack, they beat
20 it to death, didn't they?
21     Q. Any other criticisms, Doctor? I need to know
22 all your criticisms you have, sitting here today.
23     MR. THORNBURGH: Objection. Same objection.
24     A. I just see it as extremely excessive. It's
25 something that I could do in one step, they couldn't do

Page 229

1  in 20 steps.
2      Q. Have we discussed all your criticisms about the
3  protocol they used, Doctor?
4      MR. THORNBURGH: Objection.
5      A. Well, from this table at this time.
6      Q. Okay. Doctor, let's change gears for a minute
7  and I want to talk about --
8      MR. HUTCHINSON: We can go off the record for
9  just a minute, please.
10     (Recess taken)
11 BY MR. HUTCHINSON:
12     Q. Dr. Jordi, you have in front of you some ETH
13 MESH documents that you've relied on in forming your
14 opinions. Is that correct?
15     A. Well, I just received them yesterday. So I was
16 in the process.
17     MR. THORNBURGH: Again, just for the record,
18 these were recently produced to us for the first time --
19 for the record, we asked for the production of these
20 documents and all documents like this related to
21 degradation oxidation, et cetera, I think when this
22 litigation began.
23     And the fact that we just now received these
24 new documents after, what, at least two trials, another
25 trial is about ready to begin, it's highly prejudicial

58 (Pages 226 to 229)

Page 230

1  to our case. The prior cases and the cases that we've
2  worked on up to date. That's my objection. Go ahead.
3      MR. HUTCHINSON: The objection is noted. Thank
4  you.
5  BY MR. HUTCHINSON:
6      Q. Doctor, which documents have you relied on in
7  forming your opinions and why?
8      MR. THORNBURGH: Objection.
9      A. Well, most of my opinions were formed before
10  this. They just support my opinions which I had already
11  formed.
12      So do you want me to list the ETH MESH numbers?
13     Q. I do. Please.
14     A. ETH MESH 15958452.
15     Q. Do you mind if I look over your shoulder?
16     A. No, not a bit. So I'm going to have to read.
17  There's only a couple. There's not a hundred pages
18  here, so it ain't going to take very long. It looks
19  like it, but there isn't.
20     Q. I understand. For purposes of the record, if
21  you just could read the last three digits, just the last
22  three digits of the ETH MESH number of the documents
23  that you relied on to form your opinion and why.
24     MR. THORNBURGH: Objection.
25     Q. And then I think we'll be done.

Page 231

1      MR. THORNBURGH: He says these support his
2  opinions, not -- you know what I mean.
3      Q. You can answer it, Doctor.
4      A. I'm just quoting now. It says, "In severe
5  cases the cracks lead to the production of a separated
6  layer of seemingly uniform thickness and relatively
7  clean undersurface."
8      That's the bi-modal structure we've discussed
9  all day.
10     "Also in severe cases secondary longitudinal
11  cracks give rise to bricklike structures, Figure 3," and
12  then they go into environmental stress cracking.
13     I agree with that, by the way.
14     "The reason for considering environmental
15  stress cracking is that crazes always lead to cracks
16  that form perpendicular to the direction of the applied
17  stress.
18     "Subsurface crazes are known to occur at high
19  degrees of extension in polymeric fibers. Polypropylene
20  fibers have been shown to develop such crazes and
21  elongations as low as 5 percent."
22     And that's what you would get when you make the
23  bends in the mesh.
24     "One hypothesis is that if crazes are formed
25  during application of the suture from overextension,

Page 232

1  long-term exposure to a sensitizing agent in vivo may
2  result in environmental stress cracking and the
3  formation of micro cracks.
4      That's the cholesterol, cholesterol esters, and
5  fatty acids, blah, blah, blah.
6      "The most effective crazing in stress cracking
7  agents are those that have similar solubility parameters
8  values to the polymer but are not solvents."
9      And that's why the hydrocarbony-type things are
10  very similar, they're attracted to the polypropylene,
11  and they are good agents.
12     "Medium length hydrocarbons, very similar to
13  fatty acids and fatty compounds, come under this
14  category and are known to be effective stress cracking
15  agents for polyolefins.
16     "Oxidation. A great body of literature exists
17  regarding" -- this was in 1984 -- "of the degradation of
18  polypropylene in general as well as selective studies on
19  the photo and thermal oxidation of polypropylene
20  monofilaments.
21     "The cracking process in this case is chemical
22  in nature rather than physical, such as environmental
23  stress cracking. Transverse cracks form as a result of
24  structural reorganization of oxidized polymer that has
25  already undergone significant drops in the molecular

Page 233

1  weight of the polymer."
2      We've shown that by our nano-TA. I couldn't
3  agree more.
4      "Chain scission initiated by the incorporation
5  of oxygen in the polymer takes place primarily in the
6  amorphous phase of the polymer" -- that's the surface
7  layer -- "due to oxygen solubility and mobility
8  considerations.
9      "Cracking only occurs when stress bearing tie
10  molecules and amorphous regions are severed. The
11  retraction of the molecules into the crystalline regions
12  takes place under the internal stress of the fiber. For
13  this reason, the oxidized polypropylene generally
14  exhibits an increase in density with a comitant increase
15  in degree of crystallinity." That's initial.
16     "The oxidized polymer, however, is embrittled
17  with losses of tensile strength and elongation," which
18  flies directly in the face of what Dr. Thames has
19  stated.
20     Q. Okay.
21     A. Now we go on to infrared?
22     Q. Yeah. And basically, Doctor, just for the
23  record, this is page 454. And you're relying on the
24  infrared paragraph. Is that correct?
25     A. Correct.

Howard C. Jordi, Ph.D.

| Page 234 |
|---|

1  Q.  All right.  And, Doctor, you've also relied on
2  the same page, the last part of the skin morphology
3  paragraph.  Correct?
4  A.  Correct.  And then we're going to rely on this
5  on 455.  I assume we'll get there.
6  Q.  And you're also relying on page 455, the
7  thermo-optical analysis about in the middle that begins,
8  "If the cracked layer is oxidized," dash, "degradation
9  polypropylene."  Correct?
10  A.  Correct.
11  Q.  And, Doctor, on page 456, you've relied upon in
12  support of your opinions the sentence under the electron
13  micro-diffraction paragraph that states, "When viewed in
14  the diffraction mode."  Correct?
15  MR. THORNBURGH:  Objection.
16  Q.  You can answer.
17  Correct?
18  A.  Yup.
19  Q.  And, Doctor, on page 457 you've relied on some
20  of the bullet points under "Discussion," including the
21  last paragraph.  Is that correct?
22  A.  Yes.
23  Q.  Doctor, anything else in this group of
24  documents that you've relied on to support your opinion?
25  MR. THORNBURGH:  Objection.  Number 1, he never

| Page 235 |
|---|

1  received this because it was produced late to us.
2  MR. HUTCHINSON:  Same objections apply.  We
3  understand.
4  MR. THORNBURGH:  He doesn't have to tell you
5  each and everything that he's going to rely on at the
6  time of his deposition or trial testimony.  He's going
7  to rely on his paper.
8  MR. HUTCHINSON:  I understand that.  I'm asking
9  what he's relied on.
10  Q.  Doctor, you can answer.
11  Anything else?
12  MR. THORNBURGH:  Objection.
13  Q.  You can answer.  Anything else?
14  A.  Well, it's these yellow marked pages that I've
15  got the infrared, the skin core morphology.
16  MR. THORNBURGH:  Look at it and go through it.
17  Do you have to stand over his shoulder?  You
18  don't have a copy of this?
19  MR. HUTCHINSON:  I don't.
20  A.  "If the cracked layer is oxidized or," slash,
21  "degraded of polypropylene, the molecular weight should
22  be lowered."
23  And it is.  That's what our nano-TA clearly
24  showed.
25  "When viewed in a diffraction mode, the cracked

| Page 236 |
|---|

1  layer yields an amorphous halo while the fiber core
2  produces a crystalline fiber pattern."
3  That's what Dr. Iakovlev showed as well, the
4  two what he called the bark and the core.
5  On page 457, Bullet Point 2, "Transverse
6  cracking in Prolene fibers may be induced by physical
7  and chemical oxidation process," which is what I tried
8  to explain.  They work together in the environment in
9  the body.
10  "Transverse cracks may be produced on Prolene
11  sutures by environmental stress cracking of blemished
12  surfaces as produced by abrasion during application."
13  Another possibility.
14  Finally, they say under "Recommendations" on
15  page 458, "Although the evidence presented tends to
16  favor a biological origin for the micro-cracked layer,
17  an additional study to either substantiate or disprove
18  this hypothesis should be done."
19  And they did do it.  And that's the point being
20  a lot of their comments here were hypothesis, which they
21  followed up with a later report.
22  Q.  And this later report you're referring to is
23  November 13, 1984, the last three digits of the ETH MESH
24  number is 336.  Correct?
25  A.  Yup.

| Page 237 |
|---|

1  Q.  And, Doctor, if I could have just a chance to
2  glance through this.
3  (Pause)
4  Q.  Doctor, how long have you spent studying these
5  documents that have been marked as collective Exhibit 4?
6  A.  I don't know.  An hour or two.
7  Q.  Doctor, can we actually --
8  MR. HUTCHINSON:  Miss Court Reporter, can we
9  have a color copy of this November 13, 1984, memo along
10  with the specific pages that are tabbed.
11  THE REPORTER:  Sure.
12  Q.  And then, Doctor, the last document in this
13  exhibit is labeled ETH MESH 462.  Correct?
14  A.  Correct.  Let me look at it.  Okay.
15  Q.  And as I understand, you've only highlighted
16  one paragraph in this document.  Is that correct?
17  A.  Maybe one or two more.
18  Q.  One or two.  You're correct.  And the first
19  paragraph is on 462.  It's the paragraph that starts,
20  "The average breaking strength."
21  A.  That's right.
22  Q.  And the second paragraph was on page 454.  It
23  states, "It is obvious that the severity of cracking is
24  related to the implantation time."  Correct?
25  A.  Implantation time.  Yeah.

Golkow Technologies, Inc. - 1.877.370.DEPS

Howard C. Jordi, Ph.D.

| Page 238 | Page 240 |
|---|---|

**Page 238**

1    Q. Anything else?

2    A. I don't think so.

3      So with regard to page 462, they're saying that

4 "The average breaking strength remaining for size 30 was

5 76 and a half percent, range 47 to 93 percent. For size

6 40, it was 98.25 percent range, 86 to 110 percent when

7 compared to similar sized controls.

8      "Only one length of 50 Prolene was available

9 for tensile strength measurement, indicating 76 percent

10 strength remaining for the seven-year specimen."

11      So this is -- this just flies in the face of

12 what Thames was saying about the sutures where the

13 tensile strength increased. Here, it went down. But --

14 And that's why I said his were sutures. These are

15 fibers. So the type of material used apparently has an

16 effect.

17      And this is just something we basically all

18 agree on. It is obvious that the severity of cracking

19 is related to the implantation time. It is obvious.

20 454 -- page 454.

21    Q. Okay.

22      MR. HUTCHINSON: Let's take a quick break.

23      (Recess taken)

24 BY MR. HUTCHINSON:

25    Q. Dr. Jordi, one final question. On Exhibit 4,

**Page 239**

1 there are in essence three sets of documents. Is that

2 correct?

3    A. Yes.

4    Q. And you'll agree that they are highlights on

5 certain pages of these documents. Correct?

6    A. Right.

7    Q. Who made those highlights?

8    A. I did.

9    Q. Anybody else?

10    A. No.

11      MR. THORNBURGH: You've already asked these

12 questions earlier.

13      MR. HUTCHINSON: I don't have any more

14 questions. Thank you for your time.

15      MR. THORNBURGH: I've got some questions.

16       EXAMINATION

17 BY MR. THORNBURGH:

18    Q. Dr. Jordi, I'm going to try to do a

19 professional courtesy and get defense counsel out of

20 here as quick as possible, but I've got some questions

21 I've got to ask.

22    A. Yes, sir.

23    Q. First off, did defense counsel ask you any

24 questions regarding your opinions from the later study,

25 the November 13th, 1984, study?

**Page 240**

1    A. No.

2    Q. Doctor, in the November 13th -- I'm not going

3 to go through this entire document because I know it's

4 huge or it's large.

5      In this November 13th, 1984, study that's part

6 of Exhibit 4 with ETH MESH Number 15958336, first off,

7 this study came after the November 5th, 1984, report.

8 Correct?

9    A. Right.

10    Q. Doctor, what did -- summarizing briefly, what

11 did Ethicon's scientists determine in regards to whether

12 or not the Prolene can degrade through the oxidation

13 process?

14      MR. HUTCHINSON: I object to form.

15    A. Well, under ATR experiments, they say clear

16 evidence of protein was observed. And then I see this

17 band at 1714, which is not observed in spectrum of serum

18 protein. They say it's characteristic of oxidation.

19    Q. Was the overall conclusion that the

20 polypropylene can degrade -- the Prolene -- Ethicon's

21 Prolene can degrade through the process of oxidation?

22      MR. HUTCHINSON: I object to form.

23    A. Well, what they're saying here is that the --

24 yes, it degraded the -- they're saying here when the

25 protein coat was removed, microscopic examination

**Page 241**

1 revealed that the cracking remained. Hence, it was --

2 the cracked material was polypropylene.

3    Q. Doctor, do you remember we went through

4 Dr. Thames's -- Dr. Thames's expert report regarding

5 this protein formaldehyde cross-link polymer that

6 encases the outer layer of the Prolene? Do you remember

7 that discussion?

8    A. Yeah.

9    Q. Did Ethicon's scientist in this study try to

10 determine whether or not formaldehyde or formalin will

11 have a reaction with the protein that will change the --

12 chemically change the composition of the Prolene fibers?

13    A. Well, they say the ATR spectra obtained,

14 Figure 78, show -- without reading it, it's hard.

15    Q. Let me point you to --

16    A. They say, "When a protein coat was efficiently

17 removed from the surface and the protein-coated version

18 Prolene using soluene, no spectral evidence of soluene

19 remained."

20    Q. Let me try to direct you to --

21    A. The cracking remained, so it's polypropylene.

22    Q. If you turn to page 4, ETH MESH ending in

23 Number 339.

24    A. Okay.

25    Q. Do you see where it says, "The series of

61 (Pages 238 to 241)

Howard C. Jordi, Ph.D.

Page 242

1  polypropylene film experiments were done to"? Do you
2  see that?
3      A. Yes.
4      Q. What is -- I'm not going to go through all
5  these because we -- I think we've talked about all of
6  these enough. I'm going to ask you some questions that
7  defense counsel didn't ask you regarding this document.
8          What does Number 3 say part of this test was
9  intended to do?
10     A. Well, "Verify that formalin does not react or
11 alter the polypropylene explants."
12     Q. And it says -- And explants would be explants
13 that would contain protein potentially on it. Correct?
14     A. Right.
15     Q. And what was Ethicon's scientists' conclusions
16 in 1984 regarding this protein polymer or protein
17 formaldehyde polymer that Dr. Thames has?
18     A. Well, "Formalin solution appears to have little
19 effect on the oxidized polypropylene surface and no
20 effect on the surface with soluene."
21         It's totally removed, soluene, they say, and
22 all that's left is polypropylene. Oxidized
23 polypropylene. Excuse me.
24     Q. And that's contrary to Dr. Thames's opinions in
25 this case, the Corbett case, and all the other cases

Page 243

1  where he's testified. Correct?
2          MR. HUTCHINSON: Objection. Leading.
3      Q. Does that statement -- that scientific
4  statement contradict Thames' and Dr. Ong's opinions in
5  the Bellew case, the Corbett -- the New Jersey cases,
6  and every other case where he's testified in this
7  litigation?
8      A. Yes. Because he claims he needs 20 steps to
9  remove it. They just use soluene and it was gone in
10 '84. All of a sudden he needs 20 steps today to do the
11 same thing.
12     Q. Does this statement contradict Dr. Thames's and
13 Dr. Ong's opinions concerning the protein formaldehyde
14 polymer that would, according to them, encase the outer
15 fibers of the mesh?
16     A. They use soluene to remove the protein, and
17 they said formalin solution has no effect.
18     Q. Did they find any chemical reaction between the
19 formalin and the protein on the oxidized polypropylene?
20     A. It has no effect is what they say.
21     Q. Ethicon knew that in 1984?
22     A. '84.
23         MR. HUTCHINSON: Objection. Leading.
24     Q. When did Ethicon learn that there is no
25 chemical reaction between protein and formalin on the

Page 244

1  oxidized polypropylene?
2          MR. HUTCHINSON: I object to form.
3      A. It was reported November 13, 1984.
4      Q. Would that document have been important for you
5  to have when testifying in the Batiste trial, the Lewis
6  trial, and the other depositions that you've given in
7  this case?
8      A. It certainly was relevant data that was
9  apparently withheld.
10     Q. Does this document support your opinions in
11 this case?
12     A. Yes.
13     Q. Do they contradict the defendants' opinions in
14 this case?
15     A. Yes.
16     Q. I'm not going to go over everything because
17 you've been here a long time, but let me ask you this
18 question: Do you remember being asked questions about
19 the nano-T study that you did in this case?
20     A. Yes.
21     Q. And nano-TA would be -- the TA would be thermal
22 analysis?
23     A. That's right.
24     Q. How long has thermal analysis been around in
25 the scientific community?

Page 245

1      A. Longer than I've been alive. It's been around
2  probably since the late 1800s, the melt point and that
3  kind of thing.
4      Q. Melt point analysis has been around for longer
5  than -- older than your age?
6      A. For sure that.
7      Q. How long have you been -- have you performed
8  melt point analysis or thermal analysis in your career?
9      A. From Day 1.
10     Q. Is it fair to say that for at least 35 years --
11     A. Yup.
12     Q. -- you've been performing melt point analysis?
13     A. Yes.
14     Q. And is that the same type of analysis that you
15 did when you did the nano-TA analysis in the Bellew
16 case?
17     A. The same type.
18     Q. The same -- based on the same scientific
19 principles?
20     A. The same scientific principles, the melt point.
21     Q. And did you rely on -- in addition to that,
22 your background, training, and experience in thermal
23 analysis, did you rely on peer-reviewed, published
24 publications regarding nano-TA and polypropylene?
25     A. I did.

62 (Pages 242 to 245)

Howard C. Jordi, Ph.D.

| Page 246 | Page 248 |
|---|---|

**Page 246**

1  Q.  And are those identified in your expert report?
2  A.  They're in the report.
3  Q.  Doctor, do you remember when Mr. Thomas asked
4  you some questions about who performed which tests that
5  were done and reported in your expert report, which
6  person or company performed which tests?
7  A.  Yes.
8  Q.  Is it standard in your industry to have other
9  labs analyze samples?
10  A.  Absolutely is, from the biggest to the
11  smallest.
12  Q.  In fact, do other labs from time to time send
13  you their samples -- despite the fact that they have a
14  polymer lab, send you samples to analyze?
15      MR. THOMAS:  I object to form.
16  A.  Yes.  For example, Evans is -- I don't know --
17  about a $7 billion company.  They send LCMS samples to
18  us.
19  Q.  Have medical-device manufacturers -- have they
20  sent you medical devices to analyze, despite the fact
21  that these medical-device companies have labs within
22  their company?
23      MR. THOMAS:  Objection.
24  A.  Probably represents -- it certainly represents
25  the majority of our business, probably 75, 80 percent.

**Page 247**

1  I don't know what the exact percentage would be.
2  Q.  Since I have an objection, let me try to ask a
3  better question.
4      Have you received medical devices from
5  medical-device manufacturers to analyze?
6  A.  All the time.
7  Q.  Are you aware whether or not some of these
8  medical-device companies have their own polymer labs,
9  such as Ethicon, but send you their products despite
10  having labs?
11      MR. THOMAS:  I object to form.
12  Q.  Let me ask a better question because I don't
13  want to indicate Ethicon.
14      Are you aware whether or not the medical-device
15  companies who send you samples to analyze, whether some
16  of those companies have their own labs?
17  A.  I would think virtually all of them do.
18  Q.  Do you have personal knowledge of whether or
19  not some of them have --
20  A.  Some of them definitely do.  I've been in them.
21  Q.  So is it standard not only in the polymer
22  industry but also in the medical-device manufacturing
23  industry to have other scientists perform lab work
24  outside of their facilities?
25  A.  Yes.

**Page 248**

1  Q.  Do you remember when Mr. Thomas asked you
2  questions like who conducted the DSC?
3  A.  Right.
4  Q.  Is it standard in the polymer industry to have
5  technicians conduct the lab work in the polymer
6  industry?
7  A.  Yes.
8  Q.  Did you interpret the data -- as the polymer
9  scientist, did you interpret all the data that is
10  related to either the Bellew or the Corbett New Jersey
11  report?
12  A.  Yes.
13  Q.  And are your opinions in this case, the Corbett
14  or the New Jersey cases and the Bellew cases, your
15  opinions?  In other words, did you rely on anybody
16  else's opinions or did you formulate your own opinions
17  based on your analysis of the data?
18      MR. HUTCHINSON:  Objection.
19  A.  Analysis of data, reading the technical
20  literature, and my 40 years of experience.
21  Q.  Do you remember being asked a few questions
22  about the Corbett report or the New Jersey report?
23  A.  Yes.
24  Q.  Based on -- I want to ask the question a little
25  bit differently because Dave didn't, I don't think, ask

**Page 249**

1  a complete question.
2      Based on your review of the scientific
3  literature, your review of Ethicon's internal documents,
4  your own data that you've produced from your review of
5  the other 24 explants, based on your knowledge,
6  training, background, and experience, do you have an
7  opinion to a reasonable degree of scientific certainty
8  whether or not it is more likely than not that the
9  Corbett and New Jersey plaintiffs' mesh devices would
10  have oxidized and/or underwent environmental stress
11  cracking causing degradation?
12      MR. HUTCHINSON:  I object to form.  Also move
13  to strike counsel's comments at the beginning of the
14  question.
15  A.  Do I have an opinion?
16  Q.  Do you have an opinion based on all those
17  things I just mentioned -- your background, training,
18  and experience, your review of the scientific
19  peer-reviewed literature, your review of the internal
20  Ethicon documents -- whether or not to a reasonable
21  degree of scientific certainty Miss Corbett's mesh
22  degraded while inside her body?
23      MR. THOMAS:  I object to form.
24  A.  More likely than not, certainly, because of the
25  vast majority of samples degrade.

Golkow Technologies, Inc. - 1.877.370.DEPS

Howard C. Jordi, Ph.D.

Page 250

1    Q.  And would that opinion be the same for other
2  plaintiffs in the New Jersey case whether or not you've
3  had a chance to review their -- any explants?
4        MR. HUTCHINSON:  Same objection.
5    A.  Based on the analysis of all of the samples,
6  it's more likely than not that they've degraded.
7    Q.  Based on your review of Ethicon's internal
8  documents and your own data, do you have an opinion to a
9  reasonable degree of scientific certainty whether or not
10  the antioxidants would leach out of polypropylene meshes
11  generally, Prolene mesh in general?
12        MR. HUTCHINSON:  I object to form.
13  A.  I do.  And they do.
14    Q.  And did you also have an opportunity to review
15  the deposition of Dr. Thomas Barbolt?
16  A.  I did.
17    Q.  What did Thomas Barbolt testify to regarding
18  whether or not the antioxidants leach out of the Prolene
19  in the TVT and TVT-O meshes?
20        MR. HUTCHINSON:  I object to form.
21  A.  He testified that it leached out.
22    Q.  Did you read any internal documents of Ethicon
23  where they also performed melt point analysis of
24  explanted Prolene products?
25  A.  Well, I think 1918, page 248, showed that it

Page 251

1  melted from something like 147 to 156.
2    Q.  And did Ethicon --
3        MR. HUTCHINSON:  I'm sorry, Dan, but you said
4  the 1918 --
5        THE WITNESS:  Yeah, it's here.
6        MR. THORNBURGH:  It's in prior depositions.
7        MR. HUTCHINSON:  I didn't know if he was -- I
8  didn't know if it has already been marked as an exhibit.
9  A.  It was here in my pile this morning.  Is it
10  buried underneath this now?  It was here.  I know it
11  was.  It's just a one-pager.  That's all the SOP, so
12  that can't be it.
13        MR. HUTCHINSON:  Okay.  Gotcha.
14        MR. THORNBURGH:  I don't know if that was
15  marked.  Is that marked as part of 4?  Let's go ahead
16  and mark it.
17        MR. HUTCHINSON:  Let's make a note on the
18  reference that document bearing Bates Number Depo ETH
19  MESH 00000367 is included within Exhibit Jordi 4.
20        MR. THORNBURGH:  We'll go ahead -- Okay.
21  That's fine.
22  A.  That's part of the document.  Sure.
23    Q.  And what document do you have in front of you
24  right there?  What's the Bates number on that one?
25  A.  ETH MESH 00004755.

Page 252

1    Q.  And what does that document appear to be?
2  A.  Guidoin explanted samples.
3    Q.  Okay.  And can you describe that document a
4  little further for the ladies and gentlemen of the jury
5  and the court?  What's it showing?
6    A.  It's showing explanted samples and the
7  cracking, severe cracking, middle cracking, severe
8  surface cracking.  It just describes the cracking levels
9  on each sample that was explanted.
10    Q.  Just like your own data, did Ethicon's own
11  scientists determine that the majority of mesh explants
12  degrade?
13  A.  Yes, the majority of these samples degraded.
14    Q.  And was this explant that's discussed in
15  ETH MESH ending in 00000367, is this explant in this
16  exhibit from this 1918 part of those explants that
17  Guidoin provided?
18  A.  Yes, it's part of that.  And the melting point
19  I'm referring to is of an eight-year implant, 83-D 035,
20  which had severe cracking.
21    Q.  In that study by Ethicon regarding that explant
22  suture, did Ethicon's scientists determine whether or
23  not the Prolene mesh had degraded as a result of
24  oxidation?
25  A.  Well, I'll quote.  "The surface of some of the

Page 253

1  83-D 035 explants were scraped off with a needle.  The
2  cracked surface came off easily.  It had the appearance
3  and handling of a waxy snow.  Melting point of the
4  surface material was 147 to 156 C."
5        This is in the realm of degraded Prolene.
6  Prolene melts approximately 155 to 165.
7    Q.  And do you remember seeing additional Ethicon
8  studies regarding that mesh -- I'm sorry -- that Prolene
9  product where they determined that the DLTDP will leach
10  out over time and that the cracked surface that was
11  tested in this study lacked DLTDP?
12  A.  I think the Barbolt deposition said -- are you
13  talking about these?
14    Q.  Yeah.  You don't have them with you.  I think
15  maybe -- I think I saw it in the report, on page 11 of
16  your report.
17  A.  Okay.  Describing the Guidoin samples we were
18  just looking at, I believe, or very similar.
19    Q.  You go on and say, "Ethicon scientists
20  performed melt point and FTIR studies on two, two-year
21  explants and had" -- "that had no visual evidence of
22  cracking on an eight-year explant that had visual
23  evidence of severe cracking on an unused pristine
24  control."
25        And then you describe Dan Burkley's conclusions

64 (Pages 250 to 253)

Howard C. Jordi, Ph.D.

Page 254

1 there.
2     A. I describe the amount of DLTDP is reduced.
3     Q. Did Ethicon's own scientists determine that the
4 amount of DLTDP, the antioxidant that we've been talking
5 about today, is reduced over time during the implant
6 time?
7         MR. HUTCHINSON: I object to form.
8     Q. What does Number 1 say in Mr. Burkley's
9 conclusions?
10    A. "The amount of DLTDP is reduced in the
11 explanted sutures. No DLTDP is observed in the surface
12 scraped or cracked regions of the 83-D 035 sample."
13        That would be the eight-year implant sample.
14        "The observed DLTDP decreases with implant
15 time."
16    Q. Is that consistent with your own opinions?
17    A. Yes.
18    Q. And then Number 3 says, "The surface scraped
19 materials from the cracked regions has a melting range
20 indicative of degraded polypropylene."
21        Is that consistent with your own opinions?
22    A. Yup. Yes. I think it's also instructive that
23 he says no protein is observed in any spectra of the
24 explanted sutures.
25        MR. HUTCHINSON: Move to strike as

Page 255

1 nonresponsive.
2         MR. THORNBURGH: I think I'm done. I'm just
3 looking -- I do -- I'm going to finish. But I failed to
4 give this to you earlier. I just wanted to make sure
5 the record was clear. I don't think this was part of
6 what we produced earlier, but this is the billing
7 expenses related to the New Jersey litigation Corbett
8 cases.
9         MR. HUTCHINSON: Relating to what, the Corbett
10 cases?
11        MR. THORNBURGH: The New Jersey cases. I don't
12 know if it -- I think it relates to all of the
13 Corbett -- the Corbett report. Sorry. Strike that.
14 The New Jersey report.
15        MR. HUTCHINSON: Why don't we ask him.
16             FURTHER EXAMINATION
17 BY MR. HUTCHINSON:
18    Q. Dr. Jordi, I want to hand you what's been
19 marked or what I'll have marked as Exhibit 16 to your
20 deposition.
21        (Exhibit Number 16
22        marked for identification)
23    Q. Will you tell me what that invoice represents,
24 please?
25    A. Billing time for consulting. So what's the

Page 256

1 date on this? 5/30. So it would have been New Jersey
2 cases.
3     Q. And what New Jersey cases specifically would
4 that include?
5     A. I don't have the list in front of me.
6     Q. Where would the list be?
7     A. I suppose Chris would have it. In fact, there
8 were no samples received anyway for any of this.
9     Q. For any of the New Jersey plaintiffs?
10    A. I don't see --
11    Q. For any of the New Jersey cases. Correct?
12    A. Right. I never got any samples for them. So
13 it's hard to remember something I never saw.
14    Q. Dr. Jordi, does this represent your fees and
15 expenses or just fees?
16    A. Well, we had -- I don't think there were any
17 travel expenses in that particular case, just like there
18 won't be for today. I didn't have any travel here. But
19 there will be consulting.
20    Q. Exhibit 16, does this represent only your fees?
21    A. The $350 an hour says it's fees.
22    Q. And it has no expenses on there. Correct?
23    A. No, it does not.
24        MR. HUTCHINSON: Thank you. I don't have any
25 more questions. Appreciate your time, Dr. Jordi.

Page 257

1         (Exhibit Number 15
2         marked for identification)
3         (Whereupon the deposition
4         was concluded at 4:36 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

65 (Pages 254 to 257)

Howard C. Jordi, Ph.D.

| Page 258 | |
|---|---|
| 1 | COMMONWEALTH OF MASSACHUSETTS |
| 2 | SUFFOLK, SS. |
| 3 | |
| 4 | I, Michelle Keegan, Registered Merit Reporter and |
| 5 | Notary Public in and for the Commonwealth of |
| 6 | Massachusetts, do hereby certify that HOWARD JORDI |
| 7 | PH.D., the witness whose deposition is hereinbefore set |
| 8 | forth, was duly sworn by me and that such deposition is |
| 9 | a true record, to the best of my ability, of the |
| 10 | testimony given by the witness. |
| 11 | I further certify that I am neither related to nor |
| 12 | employed by any of the parties in or counsel to this |
| 13 | action, nor am I financially interested in the outcome |
| 14 | of this action. |
| 15 | In witness whereof, I have hereunto set my hand and |
| 16 | seal this 25th day of August, 2014. |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | Notary Public |
| 22 | My commission expires: |
| 23 | May 16, 2019 |
| 24 | |
| 25 | |

**Page 260**

1        - - - - - -

         E R R A T A

2        - - - - - -

3    PAGE  LINE  CHANGE

4    ____ ____ _____

5      REASON: _____

6    ____ ____ _____

7      REASON: _____

8    ____ ____ _____

9      REASON: _____

10   ____ ____ _____

11     REASON: _____

12   ____ ____ _____

13     REASON: _____

14   ____ ____ _____

15     REASON: _____

16   ____ ____ _____

17     REASON: _____

18   ____ ____ _____

19     REASON: _____

20   ____ ____ _____

21     REASON: _____

22   ____ ____ _____

23     REASON: _____

24   ____ ____ _____

25     REASON: _____

**Page 259**

INSTRUCTIONS TO WITNESS

3        Please read your deposition
4    over carefully and make any necessary
5    corrections.  You should state the reason
6    in the appropriate space on the errata
7    sheet for any corrections that are made.
8        After doing so, please sign
9    the errata sheet and date it.  It will be
10   attached to your deposition.
11       It is imperative that you
12   return the original errata sheet to the
13   deposing attorney within thirty (30) days
14   of receipt of the deposition transcript
15   by you.  If you fail to do so, the
16   deposition transcript may be deemed to be
17   accurate and may be used in court.

**Page 261**

1    ACKNOWLEDGMENT OF DEPONENT

3        I,_____, do
     hereby certify that I have read the
     foregoing pages, and that the same
4    is a correct transcription of the answers
     given by me to the questions therein
5    propounded, except for the corrections or
     changes in form or substance, if any,
6    noted in the attached Errata Sheet.

8    _____
     HOWARD C. JORDI, PH.D.        DATE

15   Subscribed and sworn
     to before me this
     _____ day of _____, 20_____.

16

17   My commission expires:_____

18   _____
     Notary Public