# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR        Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY              MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 4 CASES LISTED IN
EXHIBIT A TO PLAINTIFFS' NOTICE OF    JOSEPH R. GOODWIN U.S. DISTRICT
ADOPTION                                       JUDGE

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF
## TERESA IRWIN, M.D. FOR WAVE 4

Plaintiffs filed a Notice of Adoption [Dkt. 3609] in the Wave 4 cases identified in Exhibit

A to their Notice, adopting their Motion to Exclude Certain Opinions and Testimony of Teresa

Irwin, M.D. and supporting Memorandum from Ethicon Wave 1. Defendants hereby adopt and

incorporate by reference the *Daubert* response filed in relation to Teresa Irwin, M.D., for Ethicon

Wave 1, Dkt. [2160]. Defendants respectfully request that the Court deny Plaintiffs' motion, for

the reasons expressed in the Wave 1 response briefing and as stated in the Court's Memorandum

Opinion and Order (*Daubert* Motion re: Teresa Irwin, M.D.) [Dkt. 2719].

                        Respectfully submitted,

                        ETHICON, INC., ETHICON, LLC AND
                        JOHNSON & JOHNSON

                        */s/ Christy D. Jones*
                        Christy D. Jones
                        Butler Snow LLP
                        1020 Highland Colony Parkway
                        Suite 1400 (39157)
                        P.O. Box 6010
                        Ridgeland, MS 39158-6010
                        (601) 985-4523

/s/ David B. Thomas
David B. Thomas (W. Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the

Clerk of the court using CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523

COUNSEL FOR DEFENDANTS ETHICON, INC.
ETHICON, LLC,  AND JOHNSON & JOHNSON

36321228.v1

2