# EXHIBIT F

*Acta Obstetricia et Gynecologica*. 2006; 85: 482–487



## ORIGINAL ARTICLE

# Long-term results of the tension-free vaginal tape operation in an unselected group of 129 stress incontinent women

NINA KUUVA & CARL GUSTAF NILSSON

*From the Department of Obstetrics and Gynecology, Helsinki University Hospital, Helsinki, Finland*

**Abstract**
*Background*. This study was undertaken to examine the long-term effects and effectiveness of the tension-free vaginal tape (TVT) procedure in an unselected group of women. *Method*. One hundred and twenty-nine stress urinary incontinent women (including primary, recurrent, mixed, and low pressure urethra cases) were studied prospectively and examined according to a strict protocol at a mean time of 6 years after their TVT operation. Cough and pad tests were used for objective evaluation, whereas visual analog scale and patients' verbal estimation were applied for subjective evaluation. *Results*. As assessed by the cough stress test and the pad test, 74 and 81% of the women were totally cured, respectively. Symptoms possibly indicating reduced urine flow were reported from 17% of the women and recurrent urinary tract infections from 9.3% of the women. The *de novo* urge rate was 4.7%. The tape was visualized in 3.1% of the women and necessitated resection in 1.6% of the cases due to subjective discomfort. No serious or unexpected adverse events were revealed. *Conclusion*. The TVT operation appears to be a safe and effective anti-incontinence procedure in all female stress incontinence subgroups.

**Key words:** *Stress urinary incontinence, tension-free vaginal tape procedure, long-term results, complications, female*

**Abbreviations:** *TVT: tension-free vaginal tape, VAS: visual analog scale, UTI: urinary tract infection, BMI: body mass index, CS: cesarean section, MUCP: maximal urethral closure pressure, NS: not significant*

Intravaginal slingplasty was first developed in 1991 and the related article was published in 1995 (1). A modified version, the tension-free vaginal tape (TVT) procedure, was launched in 1995 and introduced as a new minimally invasive procedure for treating female stress urinary incontinence (2). Since then, the TVT operation has become the most widely utilized anti-incontinence procedure in many countries. Prospective studies with follow-up periods of ≤4 years show good cure rates: 80–91% in primary cases (2–8), 80–88% in recurrent cases (5,7,9,10), and 80.5–100% in groups containing both primary and recurrent cases (5,7,11–14). The short-term safety of the procedure also appears to be good (15–19).

Long-term results are of special interest when considering the usefulness of a new surgical technique. Published articles on TVT-related studies with follow-up periods of ≥5 years are few. A multi-center study comprising only carefully selected primary cases revealed a promising cure rate of 85% after approximately 5 years (20) and 81% at 7 years (21). To our knowledge, the long-term effects and effectiveness of the TVT procedure have not yet been studied in an unselected patient group. We earlier reported the 16-month follow-up results of a general patient group referred to a tertiary medical unit and comprising primary, recurrent, mixed, and low pressure urethra cases (7). In the present study, we report the long-term results in the same above-mentioned group.

## Materials and methods

A prospective study, with approval from the regional research ethics committee and with informed con-

Correspondence: Nina Kuuva, Kaj Franckin katu 1D 61, FI-00560 Helsinki, Finland. E-mail: nkuuva@welho.com

(Received 19 January 2005; accepted 2 March 2005)

ISSN 0001-6349 print/ISSN 1600-0412 online © 2006 Taylor & Francis
DOI: 10.1080/00016340600604989

sent from the patients, was carried out at the urogynecology unit of Helsinki University Central Hospital. Out of 332 urinary incontinent women consecutively referred to this unit, 161 women who met the inclusion criteria and who were scheduled to have a TVT procedure as their surgical treatment comprised the study population. The inclusion criteria were: urodynamically proven stress incontinence with observed urinary leakage during the cough stress test, no need for additional concomitant surgery, no existing urogenital prolapse protruding beyond the vaginal introitus, and no urge-dominated mixed incontinence. The operations were performed between 5 May 1995 and 17 March 1999.

The preoperative assessment included: residual urine measurement by catheterization, gynecologic examination, multichannel urodynamic evaluation, a cough stress test performed in a standing position with a comfortably filled bladder (bladder volume 200–300 ml), a 24-hr pad test (22), a micturition diary, and use of a visual analog scale (VAS) for the patient's subjective estimation of urinary problems (on the linear VAS, zero represented no urinary problems and 100, unbearable problems).

After same-day admission, the TVT procedures were performed by certified surgeons in a standard manner as described in one of our earlier studies (7), always using local anesthesia (0.25% prilocaine with epinephrine), cysto-scopy after each retropubic passing of the needle, and the cough-provocation test. One dose of 500-mg intravenous metronidazole was used for infection prophylaxis. At the end of the operation, the bladder was carefully emptied by single catheterization in all cases. No indwelling catheter was used. After discharge, the patients were usually seen at the outpatient department at 2, 6, 12, and 24 months post-operatively. Thereafter, they were seen according to separate agreements.

Long-term follow up was initiated by sending an invitation together with VAS, 24-h pad test, and micturition diary formulas to all women, after which appointments for interview and examination were made. Multichannel urodynamic evaluation was scheduled after urine sample screening for those subjects with possible unsatisfactory operation outcome. All patients were asked to arrive for the follow-up visit with a subjectively full bladder. Urine volume was then measured by ultrasonography and the patients were asked to cough vigorously and repeatedly, first in a semilithotomy position and, if no leakage occurred, in a standing position. Post-void residual urine volume was measured by ultrasonography or catheterization, and a gynecologic examination was performed.

The women were asked to express their subjective opinions verbally as regards the success of the surgery by choosing from four alternatives (worse, unchanged, improved, and cured) that which best described their present stress incontinence situation.

The following data was also obtained: weight, new gynecologic operations, new deliveries, use of local/systemic hormone-replacement treatment, urinary frequency daytime and nighttime, new urge sensations in relation to stressful situations, new anticholinergic medication, new lower urinary tract symptoms, number of urinary tract infections (UTIs) during the last 2 years, and estimation of postoperative change in UTI frequency.

Interviews and medical examinations were performed by an independent clinician who had not participated in the TVT operations.

*Definitions*

A woman was considered to have urge symptoms if she had eight or more daytime micturition episodes, more than one nighttime micturition episode and a strong desire to urinate in relation to stressful situations. In our earlier short-term report (7), a positive answer to the question 'Do you experience a strong desire to urinate in relation to stressful situations?' was used as the only criterion for urge. Hence, we included both definitions in the present analysis and compared the results.

*Statistical analyses*

Statistical analyses were performed by using S-PLUS software (S-PLUS 2000 Guide to Statistics, Data Analysis Division, MathSoft, Seattle, Washington, USA). Pre- and postoperative urodynamic, residual urine and voiding diary data (Tables III and IV) were compared by using paired $t$-tests. Data on continuous variables (Table V) were compared by using logistic regression analyses, whereas data on binary variables were compared by using Fisher's exact test.

**Results**

Of the original 161 women comprising the study population, eight women had died from causes unrelated to TVT surgery, three women were lost to follow up, 17 women could not participate owing to health or social reasons, and an additional four women had undergone TVT re-operation by the time of the long-term follow-up visit. Thus, 129 women could visit the clinic and be fully evaluated at an average of $6.0 \pm 0.7$ years (range 4.8–8.7 years)

Table I. Preoperative characteristics of the 129 patients who could visit the clinic and be fully evaluated at the (mean) 6-year follow up.

| Variable | Median (range) or n (%) |
| --- | --- |
| Age (years) | 55 (35–81) |
| BMI (kg/m$^2$) | 25 (19–32) |
| Parity | |
|   Vaginal deliveries | 2 (0–9) |
|   CS | 0 (0–3) |
| Hysterectomy | 52 (40.3) |
| Prior incontinence surgery | |
|   One operation | 27 (20.9) |
|   Two operations | 5 (3.9) |
|   Three operations | 1 (0.8) |
| Duration of symptoms (years) | 10 (1–50) |
| Prior urge symptoms | |
|   Patients with strong desire to urinate in relation to stressful situations | 45 (34.9) |
|   Patients with eight or more daytime micturition episodes, more than one nighttime micturition episode and strong desire to urinate in relation to stressful situations | 11 (8.5) |
| MUCP <20 cm H$_2$0 | 11 (8.5) |
| Hormone-replacement treatment | |
|   Systemic | 66 (51.2) |
|   Local | 13 (10.1) |

BMI, body mass index; CS, cesarean section; MUCP, maximal urethral closure pressure at rest.

postoperatively. Preoperative patient characteristics of the final study population are given in Table I.

A negative pad test result (leakage <8 g/24 hr) was demonstrated in 104 (80.6%) cases and a positive one in 22 (17.1%) cases; three (2.3%) women were not capable of performing the pad test. The mean amount of leakage was reduced from 72 g/24 hr preoperatively to 6.9 g/24 hr at 6 years. During the follow up, cough stress test (performed with an average bladder volume of 350 ml), 99 (76.7%) women displayed a negative result (no leakage) and 27 (21.0%) women a positive result (leakage ≥ one drop); three (2.3%) women could not perform the test as a result of having an empty bladder. Objective results in the different incontinence categories are summarized in Table II.

The urodynamic, residual urine, and voiding diary data of those patients with available records both pre- and postoperatively are displayed according to objective outcome measures in Tables III and IV. An attempt was made to detect preoperative risk factors, predicting failure of the TVT procedure; Table V displays the results.

The mean VAS scores at follow up were reduced from 72 to 12; all 129 women could be evaluated. Eighty-eight (68.2%) women considered themselves as cured (mean VAS scores at follow up: 6), 40 (31%) as improved (mean VAS scores at follow up: 23), and one (0.8%) as unchanged (VAS score at follow up: 83). No woman considered her postoperative condition to be worse than preoperatively.

When the four TVT re-operated women were included in the calculations as failures, based on the result of the cough stress test at the time of the repeat TVT operation, the percentage of women with a negative cough test decreased from 76.7 to 74.4%.

*Long-term effects*

Postoperative urge symptoms were registered as follows: only one (0.8%) woman experienced high-day- and nighttime frequency and a strong desire to urinate in relation to stressful situations (this woman suffered preoperatively from a strong stress-provoked desire to urinate, without undue frequency), and five women (3.9%) experienced only a strong desire to urinate in relation to stressful situations and reported no undue frequency.

Additionally, two women (1.6%) who did not postoperatively fulfill either of the above urge criteria were on new anticholinergic medication (one of these women suffered preoperatively from a stress-provoked strong desire to urinate and the other additionally from undue frequency). Forty women who preoperatively experienced a strong desire to urinate in relation to stressful situations (nine of these 40 women additionally had elevated day- and nighttime frequency) had no such symptoms postoperatively. In conclusion, the *de novo* urge rate was 4.7% and the urge symptom cure rate was 88.9%.

Table II. Objective results of the tension-free vaginal tape procedure in different incontinence categories.

| Incontinence category | Negative cough test [n (%)] | Positive cough test [n (%)] | Missing data [n (%)] | Negative pad test [n (%)] | Positive pad test [n (%)] | Missing data [n (%)] |
| --- | --- | --- | --- | --- | --- | --- |
| Primary | 76/96 (79.2) | 19/96 (19.8) | 1/96 (1.0) | 75/96 (78.1) | 18/96 (18.8) | 3/96 (3.1) |
| Recurrent | 23/33 (69.7) | 8/33 (24.2) | 2/33 (6.1) | 29/33 (87.9) | 4/33 (12.1) | 0/33 (0.0) |
| Mixed | 31/45 (68.9) | 13/45 (28.9) | 1/45 (2.2) | 35/45 (77.8) | 9/45 (20.0) | 1/45 (2.2) |
| MUCP <20 cm H$_2$O | 7/11 (63.6) | 4/11 (36.4) | 0/11 (0.0) | 9/11 (81.8) | 1/11 (9.1) | 1/11 (9.1) |

MUCP, maximal urethral closure pressure at rest.

*Long-term effects and effectiveness of the TVT procedure*  485

Table III. Urodynamic, residual urine, and voiding diary data of those patients with available records both pre- and postoperatively displayed according to long-term cough stress test results.

| Variable | Negative cough stress test result | | | | Positive cough stress test result | | | |
|---|---|---|---|---|---|---|---|---|
| | Preoperative (mean±SD) | Postoperative (mean±SD) | P | n | Preoperative (mean±SD) | Postoperative (mean±SD) | P | n |
| Residual urine (ml) | 13.5±18.8 | 19±46 | NS | 98 | 14.4±20.6 | 11.5±30.1 | NS | 27 |
| First sensation (ml) | 182±74 | 167±95 | NS | 21 | 203±99 | 193±93 | NS | 21 |
| Bladder capacity (ml) | 475±79 | 458±122 | NS | 21 | 448±84 | 435±63 | NS | 21 |
| Urethral length (mm) | 24.6±3.8 | 26±7 | NS | 21 | 25.2±5.6 | 25.8±7.6 | NS | 20 |
| MUCP (cm $H_2O$) | 48±22 | 46±16 | NS | 21 | 36±16 | 34±17 | NS | 20 |
| Frequency | 7.3±1.8 | 7.1±1.7 | NS | 87 | 8.7±2.6 | 7.6±1.8 | <0.05 | 23 |
| Total voided volume (ml) | 1849±708 | 2033±644 | <0.05 | 86 | 2052±770 | 1859±589 | NS | 23 |
| Minimum voided volume (ml) | 122±66 | 151±76 | <0.01 | 86 | 89±45 | 130±75 | <0.05 | 23 |
| Maximum voided volume (ml) | 454±164 | 487±156 | NS | 86 | 570±316 | 445±170 | NS | 23 |

MUCP, maximal urethral closure pressure at rest; NS, not significant.

Neither tape material rejections nor cases of urethral erosion were detected. Four (3.1%) tapes could be visualized, and in two (1.6%) cases, a resection of the tape was scheduled, because the patient was bothered by the condition. Urinary tract infections during the last 2 years were reported as follows: 80/129 (62%) women had experienced no infections, 37/129 (28.7%) had experienced one to two infections, and 12/129 (9.3%) had experienced more than two infections. In 25/62 (40.3%) cases, the women estimated that the frequency of infections postoperatively was the same as that preoperatively; in 27/62 (43.5%) cases, they considered that the infection rate had decreased postoperatively and in 10/62 (16.1%) cases, they considered that it had increased postoperatively. In 67 cases, the women could not make an estimation because they could not recall the preoperative situation.

When specifically asked about the existence of any new lower urinary tract symptoms, 104 women (80.6%) answered negatively and 25 women (19.4%) positively. Of the 25 women who answered positively, two women did not feel the cessation of the urine stream, one woman experienced a stinging feeling in the urethra in connection with a strong desire to void, and 22 women had various symptoms possibly indicating reduced flow (weaker urine stream in 11 cases, a feeling of incomplete bladder emptying in five cases, a need to urinate in a more upright position in four cases, difficulties in starting the urine stream in one case, and excessive straining in order to totally empty the bladder in one case). Of these 22 women, four had a residual volume ranging from 100 to 302 ml, whereas the remaining 18 women had a residual volume ranging from 0 to 82 ml. During the last 2 years, 10 of these women had experienced no UTIs, 10 had experienced one to two UTIs, and two women had experienced more than two UTIs. None of the 22 women with altered urinary flow had serious clinical consequences such as hydronephrosis and no one required tape resection as a result of outflow problems.

Table IV. Urodynamic, residual urine, and voiding diary data of those patients with available records both pre- and postoperatively displayed according to long-term pad test results.

| Variable | Negative pad test result | | | | Positive pad test result | | | |
|---|---|---|---|---|---|---|---|---|
| | Preoperative (mean±SD) | Postoperative (mean±SD) | P | n | Preoperative (mean±SD) | Postoperative (mean±SD) | P | n |
| Residual urine (ml) | 14±19 | 15.5±41.5 | NS | 102 | 14.5±22.4 | 22.3±46 | NS | 22 |
| First sensation (ml) | 194±64 | 179±89 | NS | 24 | 189±116 | 168±97 | NS | 16 |
| Bladder capacity (ml) | 446±78 | 437±101 | NS | 24 | 489±82 | 463±93 | NS | 16 |
| Urethral length (mm) | 24.9±4.4 | 27±7 | NS | 24 | 25.3±4.3 | 24.5±7.3 | NS | 15 |
| MUCP (cm $H_2O$) | 40±18 | 41±14 | NS | 24 | 48±21 | 43±21 | NS | 15 |
| Frequency | 7.3±1.9 | 7±1.7 | NS | 92 | 8.9±2.5 | 7.9±1.6 | NS | 19 |
| Total voided volume (ml) | 1796±666 | 1969±644 | <0.05 | 92 | 2369±850 | 2087±586 | NS | 18 |
| Minimum voided volume (ml) | 115±63 | 148±79 | <0.001 | 92 | 125±70 | 134±74 | NS | 18 |
| Maximum voided volume (ml) | 469±209 | 484±164 | NS | 92 | 542±215 | 451±139 | NS | 18 |

MUCP, maximal urethral closure pressure at rest; NS, not significant.

486   N. Kuuva and C. G. Nilsson

Table V. Results of preoperative risk factor assessment.

| Variable | Negative cough test ($n = 99$) | Positive cough test ($n = 27$) | $P$ | Negative pad test ($n = 104$) | Positive pad test ($n = 22$) | $P$ |
| --- | --- | --- | --- | --- | --- | --- |
| Mean age $\pm$ SD (years) | 54.4 $\pm$ 9.1 | 61.1 $\pm$ 10.1 | <0.01 | 55.0 $\pm$ 9.1 | 57.5 $\pm$ 9.5 | NS |
| Mean BMI $\pm$ SD (kg/m$^2$) | 25.3 $\pm$ 3.0 | 25.4 $\pm$ 2.9 | NS | 25.2 $\pm$ 3.0 | 25.9 $\pm$ 2.6 | NS |
| Mean MUCP $\pm$ SD (cm H$_2$O) | 40.0 $\pm$ 20.0 | 36.6 $\pm$ 18.4 | NS | 38.8 $\pm$ 19.0 | 46.2 $\pm$ 25.2 | NS |
| Number of women with prior incontinence surgery or hysterectomy | 48/99 | 19/27 | <0.05 | 54/104 | 13/22 | NS |
| prior incontinence surgery | 23/99 | 8/27 | NS | 29/104 | 4/22 | NS |
| prior hysterectomy | 38/99 | 14/27 | NS | 38/104 | 12/22 | NS |
| prior deliveries | 91/99 | 26/27 | NS | 95/104 | 21/22 | NS |
| prior urge (strong desire to urinate in relation to stressful situations) | 31/99 | 13/27 | NS | 35/104 | 9/22 | NS |

BMI, body mass index; MUCP, maximal urethral closure pressure at rest; NS, not significant.

During the long-term follow-up period, three hysterectomies (all a result of bleeding disorders), two prolapse operations (one posterior colpor-rhaphy and one cervix stump extirpation), one cesarean section, and one transsection of the TVT tape had taken place. No additional uro-genital prolapses protruding beyond the vaginal introitus were detected at the final follow-up visit.

**Discussion**

Our results show an objective cure rate ranging from 74 to 81% (depending on the assessment method) and a highly significant postoperative reduction of VAS scores 6 years after the TVT procedure in an unselected population. Some differences in urinary incontinence recurrence rates were noted between the different incontinence categories: as assessed by the cough test, patients with a low pressure urethra seemed to have the highest recurrence rate (36.4%), whereas as assessed by the pad test, those with mixed incontinence had the highest respective rate (20%). The cough test results identified increasing age as a statistically significant risk factor for failure. Prior pelvic surgery seemed to have some impact on the operation outcome, though it was not statistically significant. Risk factor assessment by the pad test results displayed no differences.

Postoperative voiding diary data demonstrated significantly increased postoperative minimum voided urine volumes in objectively cured patients. Furthermore, the postoperative total urine volume showed an increasing, but not statistically significant, trend among these women. This might reflect cured women's decreased need to control their liquid intake.

No significant changes in postoperative urodynamic parameters were revealed in the present study. The results are parallel with previous short-term data (23). Residual urine volumes remained postoperatively at the same level as preoperatively, which is consistent with existing longer-term findings (10,20).

In four cases, the tape could be partially visualized in the upper corner between the anterior and the lateral vaginal wall (a typical site for perforations) indicating that they might be cases of previously undetected mucosal perforations rather than mucosal erosions. However, no evidence of rejection reactions could be found, and the present study revealed no unexpected long-term adverse events such as urethral erosion. *De novo* urge cases were few and the operation did not predispose women to either urinary tract infections or urogenital prolapses. At interview, 17% of the women reported some symptoms possibly indicating reduced urine flow, but the majority of these women had residual urine volumes clearly under 100 ml and only 1.6% of all 129 women experienced both altered urinary flow and more than two UTIs during the last 2 years.

Reported long-term (follow up $\geq$5 years) cure rates after open Burch colposuspension, which is regarded as the 'gold standard' of incontinence surgery, range from 44 to 86% (24–31). Vault prolapse rates after Burch colposuspension range from 7% (26) to 8% (31), rectocele/enterocele rates range from 31% (28) to 57% (26), and a cystocele rate of 25% (26) has been reported. Post-colposuspension syndrome following the Burch procedure has been reported at rates ranging from 2.3% (28) to 12% (31). Persistent voiding difficulties after Burch colposuspension have occurred at rates of 2% (26) to 22% (25), necessitating urethrotomy in 3.7% of all patients in the latter study. *De novo* detrusor instability after Burch colposuspension has been reported to occur at a rate of 14.7% (25) and urge incontinence at a rate of 41% (26).

At the long-term follow up, 80% out of the initial 161 patients could in person visit the clinic and be fully evaluated by an independent clinician. The present results suggest that the TVT procedure is at

least as effective as the Burch colposuspension operation in treatment of the various urinary incontinence patient groups normally demanding surgery. Moreover, no unexpected serious long-term complications were identified after the TVT procedure, and the *de novo* urge and prolapse rates were below those reported after Burch colposuspension. We recommend that the TVT procedure should be used as the primary operation for female stress urinary incontinence.

### Acknowledgements

This study was supported by a grant from Finska Läkaresällskapet (Medical Society of Finland).

### References

1. Ulmsten U, Petros P. Intravaginal slingplasty (IVS): an ambulatory surgical procedure for treatment of female urinary incontinence. Scand J Urol Nephrol. 1995;29:75–82.
2. Ulmsten U, Henriksson L, Johnson P, Varhos G. An ambulatory surgical procedure under local anesthesia for treatment offemale urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996;7:81–5.
3. Moran PA, Ward KL, Johnson D, Smirni WE, Hilton P, Bibby J. Tension-free vaginal tape for primary genuine stress incontinence: a two-centre follow-up study. BJU Int. 2000;86:39–42.
4. Ulmsten U, Johnson P, Rezapour M. A three-year follow up oftension free vaginal tape for surgical treatment of female stressurinary incontinence. Br J Obstet Gynaecol. 1999;106:345–50.
5. Haab F, Sananes S, Amarenco G, Ciofu C, Uzan S, Gattegno B, et al. Results of the tension-free vaginal tape procedure for the treatment of type II stress urinary incontinence at a minimum follow-up of 1 year. J Urol. 2001;165:159–62.
6. Ulmsten U, Falconer C, Johnson P, Jomaa M, Lanner L, Nilsson CG, et al. A multicenter study of tension-free vaginaltape (TVT) for surgical treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998;9:210–3.
7. Nilsson CG, Kuuva N. The tension-free vaginal tape procedureis successful in the majority of women with indications forsurgical treatment of urinary stress incontinence. BJOG. 2001;108:414–9.
8. Wang AC, Lo TS. Tension-free vaginal tape. A minimally invasive solution to stress urinary incontinence in women. JReprod Med. 1998;43:429–34.
9. Kuuva N, Nilsson CG. Tension-free vaginal tape procedure: an effective minimally invasive operation for the treatment of recurrent stress urinary incontinence? Gynecol Obstet Invest. 2003;56:93–8.
10. Rezapour M, Ulmsten U. Tension-free vaginal tape (TVT) inwomen with recurrent stress urinary incontinence-a long-term follow up. Int Urogynecol J Pelvic Floor Dysfunct. 2001;12:9–11.
11. Shiotz HA. Tension-free vaginal tape (TVT) – a new surgical procedure for female stress incontinence. J Obstet Gynaecol. 2000;20:158–61.
12. Meschia M, Pifarotti P, Bernasconi F, Guercio E, Maffiolini M, Magatti F, et al. Tension-free vaginal tape: analysis of outcomes and complications in 404 stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 2001;12:24–7.
13. Olsson I, Kroon U. A three-year postoperative evaluation of tension-free vaginal tape. Gynecol Obstet Invest. 1999;48:267–9.
14. Nilsson CG. The tensionfree vaginal tape procedure (TVT) for treatment of female urinary incontinence. A minimal invasive surgical procedure. Acta Obstet Gynecol Scand. 1998;77:34–7.
15. Kuuva N, Nilsson CG. A nationwide analysis of complication sassociated with the tension-free vaginal tape (TVT) procedure. Acta Obstet Gynecol Scand. 2002;81:72–7.
16. Karram MM, Segal JL, Vassallo BJ, Kleeman SD. Complications and untoward effects of the tension-free vaginal tape procedure. Obstet Gynecol. 2003;101:929–32.
17. Tamussino KF, Hanzal E, Kolle D, Ralph G, Riss PA. Austrian Urogynecology Working Group. Tension-free vaginal tape operation: results of the Austrian registry. Obstet Gynecol. 2001;98:732–6.
18. Neuman M. Low incidence of post-TVT genital prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2003;14:191–2.
19. Maaita M, Bhaumik J, Davies AE. Sexual function after using tension-free vaginal tape for the surgical treatment of genuine stress incontinence. BJU Int. 2002;90:540–3.
20. Nilsson CG, Kuuva N, Falconer C, Rezapour M, Ulmsten U. Long-term results of the tension-free vaginal tape (TVT) procedure for surgical treatment of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001;12:5–8.
21. Nilsson CG, Falconer C, Rezapour M. Seven-year follow-up ofthe tension-free vaginal tape procedure for treatment of urinary incontinence. Obstet Gynecol. 2004;104:1259–62.
22. Lose G, Jorgensen L, Thunedborg P. 24-hour home pad weighing test versus 1 -hour ward test in the assessment of mild stress incontinence. Acta Obstet Gynecol Scand. 1989;68:211–5.
23. Lo TS, Wang AC, Horng SG, Liang CC, Soong YK. Ultrasonographic and urodynamic evaluation after tension-free vagina tape procedure (TVT). Acta Obstet Gynecol Scand. 2001;80:65–70.
24. Drouin J, Tessier J, Bertrand PE, Schick E. Burch colposuspension: long-term results and review of published reports. Urology. 1999;54:808–14.
25. Alcalay M, Monga A, Stanton SL. Burch colposuspension: a10-20 year follow up. Br J Obstet Gynaecol. 1995;102:740–5.
26. Dietz HP, Wilson PD. Colposuspension success and failure: along-term objective follow-up study. Int Urogynecol J Pelvic Floor Dysfunct. 2000;11:346–51.
27. Kinn AC. Burch colposuspension for stress urinary incontinence. 5-year results in 153 women. Scand J Urol Nephrol. 1995;29:449–55.
28. Feyereisl J, Dreher E, Haenggi W, Zikmund J, Schneider H. Long-term results after Burch colposuspension. Am J ObstetGynecol. 1994;171:647–52.
29. Bergman A, Elia G. Three surgical procedures for genuine stress incontinence: five-year follow-up of a prospective randomized study. Am J Obstet Gynecol. 1995;173:66–71.
30. Colombo M, Vitobello D, Proietti F, Milani R. Randomised comparison of Burch colposuspension versus anterior colporrhaphy in women with stress urinary incontinence and anteriorvaginal wall prolapse. BJOG. 2000;107:544–51.
31. Galloway NT, Davies N, Stephenson TP. The complications of colposuspension. Br J Urol. 1987;60:122–4.

Copyright of Acta Obstetricia et Gynecologica Scandinavica is the property of Taylor & Francis Ltd and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.