IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2325
_____
THIS DOCUMENT RELATES TO:

*Braun v. American Medical System, Inc., et al.*     Civil Action No. 2:13-cv-30481

ORDER

(Dismissing Defendants AMS entities with Prejudice
and Transferring Case to MDL 2327)

On April 21, 2017  the plaintiff and defendants American Medical Systems, Inc., American Medical Systems Holdings, Inc., (incorrectly captioned as American Medical Systems Holding, Inc., Eno Pharmaceuticals, Inc., Endo Pharmaceuticals Holdings, Inc. and Endo Health Solutions Inc. ("AMS entities") filed a Joint Motion to Dismiss the AMS entities with Prejudice [ECF No. 14]. In the joint motion, the parties are seeking dismissal of the AMS entities as defendants in this action with prejudice because all claims against the AMS entities have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiff's Motion to Transfer MDLs for this case [ECF No. 14]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss the AMS Entities with Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED.** To the extent an Amended Short Form Complaint has not been filed, plaintiff's  counsel is **DIRECTED** to file an Amended Short Form

Complaint within the time frame stated in the motion. Defendants AMS entities are **DISMISSED WITH PREJUDICE** as defendants in this action and this action is **TRANSFERRED** to MDL 2327. The Clerk is DIRECTED to disassociate the civil action as member case in MDL 2325 and re-associate it with MDL 2327.

The Clerk is further DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 27, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE