IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ETHICON WAVE 4 CASES LISTED IN PLAINTIFFS' EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR *DAUBERT* RESPONSE IN OPPOSITION
FOR DR. LARRY T. SIRLS FOR WAVE 4**

Comes now, the Defendants, including Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, and hereby adopt and incorporate by reference the *Daubert* response in opposition and exhibits filed in relation to Dr. Larry T. Sirls for Ethicon's Wave 3 Cases [Doc. 2936, MDL General]. Defendants respectfully request that the Court deny Plaintiffs' motion here, for the reasons expressed in the Wave 3 response briefing.

                                                Respectfully submitted,

                                                **BUTLER SNOW LLP**

Dated: April 27, 2017                             *s/Christy D. Jones*
                                                Christy D. Jones
                                                Butler Snow LLP
                                                1020 Highland Colony Parkway
                                                Suite 1400 (39157)
                                                P.O. Box 6010
                                                Ridgeland, MS 39158-6010
                                                (601) 985-4523
                                                christy.jones@butlersnow.com

       *s/David B. Thomas*
David B. Thomas (W. Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

**Attorneys for Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson**

## CERTIFICATE OF SERVICE

I certify that on April 27, 2017, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

       *s/ Christy D. Jones*