# EXHIBIT

# "A"

# Julie Drolet, MD
### FRCSC, FACOG
### Women's Institute for Gynecology & Minimally Invasive Surgery, LLC

**Employment & Professional Activities:**

| | |
|---|---|
| 2012- | Medical Mission to Apem Hospital OBGYN, Ghana, Africa |
| 2008- | President/Physician Owner of Women's Institute for Gynecology & Minimally Invasive Surgery, LLC, York, PA |
| 1999-2008 | President/Physician Owner of WomanCare Obstetrics & Gynecology, PC, York, PA |
| 1997-1999 | Memorial OBGYN Associates, York, PA |
| 1994-1997 | Clinical Professor, Obstetrics and Gynecology, Montreal, QC, Canada Notre-Dame Hospital, University of Montreal |

**Licenses & Certifications:**

| | |
|---|---|
| 2013 | Board Certification in Female Pelvic Medicine and Reconstructive Surgery |
| 2012 | Medical Licensure for Physician in Ghana, Africa |
| 1997 | Medical Licensure for Physician in Pennsylvania, USA |
| 1996 | American Board of Obstetrics and Gynecology |
| 1994 | Royal College of Physicians and Surgeons of Canada in Obstetrics and Gynecology |
| 1993 | Quebec Medical Professional Corporation Diploma in Obstetrics and Gynecology |
| 1988 | Canadian Medical Council Examination, L.M.C.C. |
| 1988 | Quebec Medical Professional Medical Corporation Doctorate of Medicine |

**Additional Accreditations & Affliations:**

| | |
|---|---|
| 2013 | American Urogynecological Society (AUGS) |
| 2011 | Consulting Physician and Proctor for Ethicon Women's Health & Urology |
| 2006 | Physician Accreditation from American Institute of Ultrasound in Medicine |
| 1998 | American Association of Gynecologic Laparoscopists (AAGL) |
| 1996 | American College of Obstetrics and Gynecology (ACOG) |
| 1994 | Society of Obstetrician and Gynaecology of Canada (SOGC) |
| 1994 | Fellow of the Royal College of Physicians and Surgeons of Canada, (FRCSC) |
| 1993 | Association of Obstetricians and Gynecologists of Quebec, (AOGQ) |

**Education:**

| | |
|---|---|
| 1993-1994 | Fellowship in Advanced Laparoscopic and Hysteroscopic Surgery<br>University of Auvernge, Clermont-Ferrand, France |
| 1988-1993 | Residency in Obstetrics and Gynecology<br>University of Montreal, Montreal, Canada |
| 1983-1988 | Doctorate in Medicine<br>University of Montreal, Montreal, Canada |
| 1982-1983 | Minor in Biology<br>University of Montreal, Montreal, Canada |

**Publications:**

| | |
|---|---|
| Drolet, J., Dubuc J. | Guidelines for the Laparoscopic Management of Adnexal Masses<br>J. SOGC, September 1988 |
| Pouly, J.L., Drolet, J. et al | Laparoscopic Treatment of Symptomatic Endometriosis<br>J. Human Reproduction, 1995 |

## Research:

| | |
|---|---|
| 1993 | Use of Methotrexate as Therapy for Persistent Ectopic Pregnancies: A Prospective Study<br>Principal Investigator, Collaborators: Dr. Y. Girard and M. Sergerie |
| 1992 | Evaluation of Lymphographic Cytopunction of Lymph Nodes in Gynecologic Cancers: A Retrospective Study<br>Principal Investigator, Collaborators: Dr. P. Drouin |

## Academic Activities:

| | |
|---|---|
| 2008- | Adjunct Clinical Assistant Professor<br>Department of Obstetrics & Gynecology<br>Lake Erie College of Osteopathic Medicine |
| 2002-2003 | Director Laparoscopic Skills Laboratory for Residents<br>York Hospital |
| 1997 | Clinical Assistant Professor University of Pennsylvania<br>Department of Obstetrics and Gynecology<br>Memorial and York Hospitals, York, PA |
| 1994-1997 | Clinical Professor<br>Department of Obstetrics and Gynecology<br>Notre-Dame Hospital, University of Montreal, Canada |

## Scientific Presentations:

| | |
|---|---|
| March 2014 | Urinary Incontinence<br>Family Practice Grand Rounds, York Hospital, York, PA |
| March 2011 | Pelvic Prolapse<br>Grand Rounds, Memorial Hospital, York, PA |
| Jan. 2009 | Abnormal Uterine Bleeding<br>Family Practice Grand Rounds, York Hospital, York, PA |
| Nov. 2006 | Adolescent Pelvic Pain<br>Family Practice Grand Rounds, York Hospital, York, PA |
| Dec. 2005 | Dysfunctional Uterine Bleeding<br>Family Practice Grand Rounds, Memorial Hospital, York, PA |

| | |
|---|---|
| March 2003 | Laparoscopic Pearls<br>Grand Rounds, York Hospital, York, PA |
| Sept. 2001 | Laparoscopic Pelvic Reconstruction and Pelvic Anatomy<br>AOGQ Yearly Meeting, Mt. Tremblant, Quebec, Canada |
| June 2001 | Laparoscopic Pelvic Reconstruction for Prolapse and Incontinence<br>Grand Rounds, York Hospital, York, PA |
| April 2001 | Pelvic Prolapse in the New Millennium: What's New?<br>Grand Rounds, Memorial Hospital, York, PA |
| March 2001 | Minimally Invasive Surgery for Incontinence: What is the Evidence?<br>National Meeting of the SOCG, Costa Rica |
| Oct. 2000 | Laparoscopic Management of Adnexal Masses<br>Fellows Meeting, Clermont-Ferrand, France |
| April 2000 | Laparoscopic Treatment of Severe Endometriosis<br>Grand Rounds, York Hospital, York, PA |
| Nov. 1999 | Contraceptive Management<br>Grand Rounds, Memorial Hospital, York, PA |
| Nov. 1999 | Dysfunctional Uterine Bleeding<br>Grand Rounds, Memorial Hospital, York, PA |
| Sept. 1998 | Advances in Laparoscopic Surgery<br>Grand Rounds, Memorial Hospital, York, PA |
| June 1997 | Induction of Labor<br>Quebec Association of Obstetricians and Gynecologists, Montebello, Canada |
| April 1997 | Laparoscopic Surgery for Pelvic Floor Relaxation: Urethropexy and Colposacropexy<br>GYN Grand Rounds, University of Montreal, Montreal, Canada |
| Dec. 1996 | Laparoscopic Management of Large Adnexal Masses<br>GYN Grand Rounds, McGill University, Montreal, Canada |
| June 1996 | Advancement in Laparoscopic Surgical Techniques:<br>Pharmacoscience 1996<br>Quebec Association of Obstetricians and Gynecologists, Montreal, Canada |
| April 1996 | Evaluation and Management of Adnexal Masses by Laparoscopy |

|  |  |
|---|---|
|  | Quebec Association of Obstetricians and Gynecologists, Montreal, Canada |
| March 1996 | Management of Adnexal Masses and Treatment of Pelvic Endometriosis By Laparoscopy, Post-graduate class in Endoscopic Surgery Maissonneuve-Rosemont Hospital, Montreal, Canada |
| Nov. 1995 | Burch Uretheropexy by Laparoscopy Inter-Hospital Conference, Royal Victoria Hospital, McGill University, Canada |
| Sept. 1995 | Different Estrogenic Compounds in Menopause Department Presentation, Notre-Dame Hospital, Montreal, Canada |
| May 1995 | Laparoscopic Surgical Treatment of Severe Pelvic Endometriosis National Meeting, SOGC, Hull, Canada |
| April 1995 | Surgical Treatment of Endometriosis Gynecologic Update Symposium, Notre-Dame Hospital, Montreal, Canada |
| March 1995 | Practical Workshops on Ectopic Pregnancy, Hysterectomy and Lymphadenctomy; Treatment of Endometriosis Presurgical Evaluation and Laparoscopic Treatment of Ovarian Masses Surgical Gynecology Postgraduate Course Maisonneuve-Rosemont Hospital, Montreal, Canada |
| Feb. 1995 | Evaluation and Laparoscopic Treatment of Stage III and IV Pelvic Endometriosis Grand Rounds, St-Luc Hospital, Montreal, Canada |
| Dec. 1994 | Innovations in Advances Surgical Laparoscopy Grand Rounds, Notre-Dame Hospital, Montreal, Canada |
| Sept. 1994 | Surgical Treatment of Severe Pelvic Endometriosis, Laparoscopy vs. Laparotomy First European Congress on Endometriosis, Genoa, Italy |
| Sept. 1994 | Pelvic Endometriosis: Clinical and Laparoscopic Evaluation First European Congress on Endometriosis, Genoa, Italy |
| April 1993 | Use of Methotrexate as Therapy Persistent Ectopic Pregnancy: A Prospective Study Annual Congress of Association of Obstetricians and Gynecologists Of Quebec, Canada |
| April 1993 | Use of Methotrexate as Therapy Persistent Ectopic Pregnancy: |

|  |  |
|---|---|
|  | A Prospective Study<br>Research Symposium, University of Montreal |
| April 1992 | Evaluation of Lymphographic Cytopunctin of Lymph Nodes in Gynecologic Cancers: A Retrospective Study<br>Research Symposium, University of Montreal |
| Nov. 1990 | Evaluation of Hemodynamic Changes and Invasive Monitoring in Severe Preeclampsia<br>Grand Rounds, Ste-Justine Hospital, Montreal, Canada |

## **Nominations And Prizes:**

| | |
|---|---|
| 1994 | Louis Edouard Fortier Scholarship for Excellence in Laparoscopic Surgery<br>University of Montreal, Canada |
| 1993 | Syntex First Prize for Research<br>Quebec Association of Obstetricians and Gynecologists |
| 1993 | Wyeth Second Prize for Research<br>University of Montreal, Canada |
| 1993 | District One Junior Fellow Prize<br>American College of Obstetrics and Gynecology, (ACOG) |
| 1993 | Membership Nomination by the Faculty Committee of the American Association of Gynecologic Laparoscopies, (AAGL) |
| 1993 | Zenecor Grant to Attend the AAGL Congress<br>San Francisco, CA |