# EXHIBIT

# H

## Professors, Surgeons, Engineers and Researchers Peer-Reviewed Literature - Polypropylene Degrades

- Sharon Bachman, MD, University of Missouri
- Sheila Grant, PhD, Associate Dean of Research, University of Missouri
- Christine Costello, University of Missouri
- Aaron Wood, University of Missouri
- David Grant, University of Missouri
- Sarah Smith, PhD, University of Missouri
- Bruce Ramshaw, MD
- Mathew Cozad, University of Missouri
- Allison Ostdiek, University of Missouri
- David Cleveland, DO
- TS Loy, MD
- Arnaud Clave, MD
- Henri Clave, MD
- Pierre Guonon, PhD
- Donald Ostergard, MD
- Ting Zou
- Vladimir Iakovlev, MD
- Eckhard Petri, MD
- Kiran Ashok, MD
- Alex Wang, MD
- Robert Bendavid, MD
- Jim-Ray Chen, MD, PhD
- Li-Yu Lee, MD
- Cheng-Tao Lin, MD
- Hiren Patel, MD
- Gina Sternschuss, MD
- Adam Imel, PhD, University of Tennessee
- Thomas Malmgren
- Mark Dadmun, University of Tennessee
- Samuel Gido, PhD, University of Massachusetts
- Jimmy Mays, PhD, University of Tennessee
- Phillipe Zimmern, MD
- Devashis Lingam, University of Texas
- Mahmoud Baniasaid, University of Texas
- Kristina Tzartzeva, UT Southwestern Hospital
- Lisa Rogo-Gupta, MD
- Shlomo Raz, MD
- A. Coda
- A. Bona
- M. Bossotti
- Scott Guelcher, PhD
- F. Botto-Micca
- Celine Mary
- Robert Guidoin
- Fang Wang
- Gaetan Brochu
- Lu Wang
- Martin King, Phd, University of North Carolina State
- Erin Carey, MD
- John Steege, MD

5