# EXHIBIT

# I



83 0759

CONFIDENTIAL-For internal use only unless authorized by the director of ERF and/or the director of medical affairs.



**ETHICON RESEARCH FOUNDATION**

SOMERVILLE, NEW JERSEY 08876

To: Dr. A. Lunn

March 23, 1983

cc: Mr. E. A. Block
Dr. A. W. Fetter
Dr. A. J. Levy
to
Dr. R. L. Kronenthal
Mr. R. Lilenfeld
Dr. D. C. Marshall
Dr. A. Melveger
Dr. W. D. Sheffield
RDCF

Subject: PROLENE* (POLYPROPYLENE) MICROCRACKS

Tony,

Since the latest "human retrieval" specimens of PROLENE suture showed surface microcracking (ERF Acc. No. 83-165), I thought it would be useful to review the histological preparations from past samples more critically. The slides were reviewed by light microscopy using polarized light to help identify the cracking. The results are listed below.

| ERF Accession No. | PROLENE Suture Size | Site | In Vivo Residence | Fixative | Findings |
|---|---|---|---|---|---|
| 70-148 | not identified | abdomen | 3-5 years | formalin | no cracking noted |
| 79-220 | Sample 1A 5/0 | vascular graft | 6 years | formalin | cracking evident |
|  | Sample 2 5/0 | vascular graft | 2.5 years | formalin | no cracking noted |
| 79-320 | 5/0 | vascular graft | 4.5 years | formalin | cracking evident |
| 81-266 | 3/0, 4/0 or 5/0 | vascular graft | 7.5 years | formalin | no cracking noted |

Attached are photographs of samples from ERF Acc. No. 79-220 and 79-320. The original 35mm slides are available. If you felt it appropriate, I'd be happy to show these at the next PROLENE Microcrack Committee meeting.

*Barbara*
(B. Matlaga)

799A/drp

Attachments



EXHIBIT 23 lakMev Apr. 19/16

ETHICON, INC. MAR 25 1983 RD-Central File

*Trademark

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.15955438