APPROVED and SO ORDERED.
ENTER: 04/28/2017



JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE:  C. R. BARD, INC., PELVIC REPAIR      MDL No. 2187
SYSTEM PRODUCTS LIABILITY LITIGATION         Honorable Joseph R. Goodwin

------------------------------------------------------------------------------------------

Shirley Derks

**Plaintiff(s),**

v.                                            CASE NO. 2:15-cv-07229

Ethicon, Inc. et al

**Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2187, In re:  C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2187 against C. R. Bard, Inc., and others.  Plaintiff(s) later filed an Amended Short Form Complaint that no longer included C. R. Bard, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL   2327   :

Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation

Because C. R. Bard, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2187 to 2327 ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2187 and re-associate it with MDL 2327 .

/s/ Seth S. Webb
#51236
Attorney for Plaintiff
Brown and Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Ph: (314) 222-2222
Fax: (314) 421-0359

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Seth S. Webb
#51236
Attorney for Plaintiff
Brown and Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Ph: (314) 222-2222
Fax: (314) 421-0359