# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.,<br>PELVIC REPAIR SYSTEM<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |

**THIS DOCUMENT RELATES TO ALL CASES:**

## MOTION FOR CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Defendant Coloplast Corp. ("Coloplast"), by and through their undersigned counsel, respectfully moves this Court for entry of an Order updating the firm affiliation and address in MDL No. 2327, and each individual member case in which Norton Rose Fulbright US LLP is associated. In support of its motion, Coloplast states the following:

Effective April 17, 2017, Coloplast's attorney Lana K. Varney has left the law firm of Norton Rose Fulbright US LLP and will remain as counsel of record for Coloplast on and after that date at her new firm. The contact information for the new firm is:

> Lana K. Varney
> KING & SPALDING LLP
> 401 Congress Avenue, Suite 3200
> Austin, Texas 78701
> 512.457.2060 *Telephone*
> 512.457.2100 *Facsimile*
> lvarney@kslaw.com

Accordingly, Coloplast respectfully requests that the Court enter an Order updating the firm information for Ms. Varney to King & Spalding LLP in MDL No. 2327, and each individual member case in which Ms. Varney is associated.

Dated: April 28, 2017

Respectfully Submitted,

*/s/ Lana K. Varney*
Lana K. Varney
KING & SPALDING LLP
401 Congress Avenue, Suite 3200
Austin, Texas 78701
512.457.2060 *Telephone*
512.457.2100 *Facsimile*
lvarney@kslaw.com

**COUNSEL FOR DEFENDANT**
**COLOPLAST CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2017, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

*/s/ Lana K. Varney*
Lana K. Varney