# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                             MDL NO. 2327

---

THIS DOCUMENT RELATES TO ALL CASES:

## ORDER

Pending before the court is a Motion for Change of Address, filed on April 28, 2017 [ECF No. ____ ]. In the motion, defendant requests that in MDL No. 2327, and each individual member case in which Lana K. Varney is associated, her firm affiliation, address and contact information be changed as set forth in the motion.

It is **ORDERED** that the Motion for Change of Address [ECF No. ____ ] is **GRANTED**.

The Clerk is **DIRECTED** to update the firm name, address, and contact information for Lana K. Varney, as set forth in the motion, both on the main master docket of MDL No. 2327, and for each individual member case in which Lana K. Varney is associated.

The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: _____, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE