IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S) ON THE EXHIBIT(S) ATTACHED HERETO

**JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate from the docket of the court, the actions listed on the attached Exhibit A, with each party to bear its own costs.

Respectfully:

/s/ Christy D. Jones
Christy D. Jones. Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ Henry G. Garrard, III
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibit A*

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-07309 | Elizabeth Ann Shafer<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-08449 | Linda Gilmore Christopher<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-08450 | Melissa Pinkston<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-08552 | Evelyn L. Booth<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-08554 | Gayle Andrews Ramirez and Joe Ramirez<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-09565 | Patricia Leah Pepera Bell and Larry Dee Bell<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-09566 | Jodie B. Burley<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-09569 | Lydia M. Goltz and Richard Goltz<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-09570 | Carole Ann Morgan-Jackson and Robert Jackson<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-09571 | Phyllis Pierce<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-00032 | Doris Jean Hart and Robert Mack Hart<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-00034 | Lena Mae Lowery and George Lowery, Sr.<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-00035 | Kimberlee Adamson Spivey and Jeff Spivey<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:13-cv-01091 | Rose M. Hensley and Luther Allen Hensley<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01093 | Alice Roman<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01193 | Lisa Darlene Eads and Michael T. Eads<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01194 | Donna A. Czukor and William Czukor<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01195 | Lori Jane Chanslor and Robert Lee Chanslor<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01196 | Verna L. Dobson Chedotte and Louis R. Chedotte<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01197 | Paula D. Craft<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01198 | Nancy E. Champion and Donald Champion<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01199 | Lynda Yvonne Del Rio and Michael Del Rio<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01452 | Anita L. Servais<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01455 | Janice Ethel Smith and Harold L. Smith<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01457 | Barbara Ann Vliet and Paul P. Vliet<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01826 | Beverly Heffelfinger and James E. Heffelfinger<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02865 | Malika Abrous and Abdennour Abrous<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02866 | Lillian Burton and Grafton Burton, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02867 | Debra Ashe Goff and Garrett Goff |

| | |
|---|---|
| | v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02870 | Sandra Kathy Richardson<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02871 | Debra Kay Schweitzer<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02886 | Diane E. Steinborn<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02889 | Lisa L. Carter and Howard Wayne Morse<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02958 | Mary Ellen Bakay and Gary Bakay<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02959 | Karen Mary Baublitz and William Baublitz<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02960 | Angela Naomi Bonnett<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02961 | Cathie M. Brown and Charles E. Brown, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02963 | Linda Burton<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02964 | Mary Jane Ellis<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02966 | Margaret O'Reilly and Steven O'Reilly<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02967 | Elaine P. Outen and Garry J. Outen<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02969 | Elaine C. Walker<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02971 | Sally Jane Wooten and Cereda Lee Wooten<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05135 | Deborah Ann Elkins and Jeffrey Thomas Elkins<br>v. |

|  |  |
|---|---|
|  | Ethicon, Inc., et al. |
| 2:13-cv-05473 | Mary Elizabeth Fast and Robert Charles Fast<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05507 | Beverly Ann Rocha<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05599 | Barbara Jane Eccleston<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05671 | Maureen M. Harris and Michael J. Harris<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05672 | Brenda Kay Lansing and Donald Gene Lansing<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05864 | Sheila F. Brashear and Charles D. Brashear<br>v.<br>Ethicon, Inc., et al. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ William M. Gage*
William M. Gage
