IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                         MDL NO. 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

### ORDER
(Dismissing Certain Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3682], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibits A-B, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibits A-B are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-B.

ENTER: May 2, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-07578 | Carla Lowry and Waylon Lowry v. Ethicon, Inc., et al. |
| 2:15-cv-09330 | Diane Bryjak and George Bryjak v. Ethicon, Inc., et al. |
| 2:15-cv-11393 | Kerrie Haggerty v. Ethicon, Inc., et al. |
| 2:15-cv-11493 | Michelle Dinges and Paul Dinges v. Ethicon, Inc., et al. |
| 2:15-cv-11656 | Pamela Fagan and Charles Fagan v. Ethicon, Inc., et al. |
| 2:15-cv-12780 | Jane Foster and James Foster v. Ethicon, Inc., et al. |
| 2:15-cv-12781 | Roza Gruver and Loyd Gruver v. Ethicon, Inc., et al. |
| 2:15-cv-12782 | Mary Miller v. Ethicon, Inc., et al. |
| 2:15-cv-12783 | Jeanne Tarleton v. Ethicon Inc., et al. |
| 2:15-cv-12821 | Barbara LaClair v. Ethicon, Inc., et al. |
| 2:15-cv-12822 | Linda Woolsey v. Ethicon, Inc., et al. |
| 2:15-cv-13366 | Rebecca Brown and Vernon Brown, Jr. v. Ethicon, Inc., et al.. |

## EXHIBIT B – WALKUP, MELODIA, KELLY & SCHOENBERGER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-06480 | Cecilia Mangoba and Leo Mangoba v. Ethicon, Inc., et al. |
| 2:13-cv-00462 | Lois Warner v. Ethicon, Inc., et al. |
| 2:14-cv-12204 | Patricia Manaresi v. Ethicon, Inc., et al. |