## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

### CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of West Virginia.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of West Virginia with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 02, 2017

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

**SCHEDULE FOR CRO**

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| WVS | 2 | 12−01470 | ILN | 1 | 12−02883 | Pocztowski v. Ethicon, Inc. et al |
| WVS | 2 | 12−01962 | ILN | 1 | 12−03761 | Young−Poole v. Ethicon, Inc., et al |
| WVS | 2 | 12−01323 | TXE | 4 | 12−00170 | Kowalski v. Ethicon, Inc et al |
| WVS | 2 | 12−01365 | TXS | 4 | 12−01101 | Higgins et al v. Ethicon, Inc. et al |
| WVS | 2 | 12−01364 | TXS | 4 | 12−01156 | Aldrich et al v. Ethicon, Inc. et al |
| WVS | 2 | 12−01836 | TXS | 4 | 12−01480 | Symank et al vs Ethicon, Inc. et al |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

DEBRA POCZTOWSKI,

                Plaintiff,

v.                                  CIVIL ACTION NO.   2:12-cv-01470

ETHICON, INC., et al.,

                Defendants.

**ORDER AND SUGGESTION OF REMAND**

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that this action be remanded to the United States District Court for the Northern District of Illinois. All pretrial proceedings, including discovery and dispositive and *Daubert* motion practice, are substantially complete, and the case is ready for trial. I have attached a Suggestion of Remand Memorandum for the transferor court's reference.

Upon receipt of an order to remand from the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") *and* any joint designation of the MDL 2327 record by counsel, the Clerk of this court is directed to transmit the following to the transferor court: (1) a copy of the member case docket sheet; (2) the entire file for the member case; (3) the docket sheet for MDL 2327, 2:12-md-2327; (4) all Pretrial Orders ("PTO") entered in 2:12-md-2327; and (5) any other filing from 2:12-md-2327 which the parties jointly designate. It is **ORDERED** that within seven (7) days of the MDL Panel's transmittal of the remand order to this court, the parties shall file a joint

designation of any non-PTO filings from 2:12-md-2327. Designations must include all general

causation *Daubert* motions, responses and replies for any expert identified by the parties in this

case.

The court **DIRECTS** the Clerk to send a copy of this Order and Suggestion of Remand to

the Clerk of the MDL Panel, counsel of record and any unrepresented party.

ENTER: April 20, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

BRENDA YOUNG-POOLE,

        Plaintiff,

v.                                CIVIL ACTION NO.   2:12-cv-01962

ETHICON, INC., et al.,

        Defendants.

## ORDER AND SUGGESTION OF REMAND

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that this action be remanded to the United States District Court for the Northern District of Illinois. All pretrial proceedings, including discovery and dispositive and *Daubert* motion practice, are substantially complete, and the case is ready for trial. I have attached a Suggestion of Remand Memorandum for the transferor court's reference.

Upon receipt of an order to remand from the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") *and* any joint designation of the MDL 2327 record by counsel, the Clerk of this court is directed to transmit the following to the transferor court: (1) a copy of the member case docket sheet; (2) the entire file for the member case; (3) the docket sheet for MDL 2327, 2:12-md-2327; (4) all Pretrial Orders ("PTO") entered in 2:12-md-2327; and (5) any other filing from 2:12-md-2327 which the parties jointly designate. It is **ORDERED** that within seven (7) days of the MDL Panel's transmittal of the remand order to this court, the parties shall file a joint

designation of any non-PTO filings from 2:12-md-2327. Designations must include all general

causation *Daubert* motions, responses and replies for any expert identified by the parties in this

case.

The court **DIRECTS** the Clerk to send a copy of this Order and Suggestion of Remand to

the Clerk of the MDL Panel, counsel of record and any unrepresented party.

ENTER: April 20, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

JUDITH KOWALSKI,

                Plaintiff,

v.                                 CIVIL ACTION NO.  2:12-cv-01323

ETHICON, INC., et al.,

                Defendants.

**ORDER AND SUGGESTION OF REMAND**

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that this action be remanded to the United States District Court for the Eastern District of Texas. All pretrial proceedings, including discovery and dispositive and Daubert motion practice, are substantially complete, and the case is ready for trial. I have attached a Suggestion of Remand Memorandum for the transferor court's reference.

Upon receipt of an order to remand from the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") *and* any joint designation of the MDL 2327 record by counsel, the Clerk of this court is directed to transmit the following to the transferor court: (1) a copy of the member case docket sheet; (2) the entire file for the member case; (3) the docket sheet for MDL 2327, 2:12-md-2327; (4) all Pretrial Orders ("PTO") entered in 2:12-md-2327; and (5) any other filing from 2:12-md-2327 which the parties jointly designate. It is **ORDERED** that within seven (7) days of the MDL Panel's transmittal of the remand order to this court, the parties shall file a joint designation of any non-PTO filings from 2:12-md-2327. Designations must include all general

causation *Daubert* motions, responses and replies for any expert identified by the parties in this case.

The court **DIRECTS** the Clerk to send a copy of this Order and Suggestion of Remand to the Clerk of the MDL Panel, counsel of record and any unrepresented party.

ENTER:      April 20, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

SUSAN HIGGINS, et al.,

                    Plaintiffs,

v.                                 CIVIL ACTION NO.   2:12-cv-01365

ETHICON, INC., et al.,

                    Defendants.

**ORDER AND SUGGESTION OF REMAND**

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that this action be remanded to the United States District Court for the Southern District of Texas. All pretrial proceedings, including discovery and dispositive and Daubert motion practice, are substantially complete, and the case is ready for trial. I have attached a Suggestion of Remand Memorandum for the transferor court's reference.

Upon receipt of an order to remand from the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") *and* any joint designation of the MDL 2327 record by counsel, the Clerk of this court is directed to transmit the following to the transferor court: (1) a copy of the member case docket sheet; (2) the entire file for the member case; (3) the docket sheet for MDL 2327, 2:12-md-2327; (4) all Pretrial Orders ("PTO") entered in 2:12-md-2327; and (5) any other filing from 2:12-md-2327 which the parties jointly designate. It is **ORDERED** that within seven (7) days of the MDL Panel's transmittal of the remand order to this court, the parties shall file a joint

designation of any non-PTO filings from 2:12-md-2327. Designations must include all general causation *Daubert* motions, responses and replies for any expert identified by the parties in this case.

The court **DIRECTS** the Clerk to send a copy of this Order and Suggestion of Remand to the Clerk of the MDL Panel, counsel of record and any unrepresented party.

ENTER:      April 20, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

JACQUELYN ALDRICH, et al.,

        Plaintiffs,

v.                         CIVIL ACTION NO.   2:12-cv-01364

ETHICON, INC., et al.,

        Defendants.

### ORDER AND SUGGESTION OF REMAND

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that this action be remanded to the United States District Court for the Southern District of Texas. All pretrial proceedings, including discovery and dispositive and Daubert motion practice, are substantially complete, and the case is ready for trial. I have attached a Suggestion of Remand Memorandum for the transferor court's reference.

Upon receipt of an order to remand from the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") *and* any joint designation of the MDL 2327 record by counsel, the Clerk of this court is directed to transmit the following to the transferor court: (1) a copy of the member case docket sheet; (2) the entire file for the member case; (3) the docket sheet for MDL 2327, 2:12-md-2327; (4) all Pretrial Orders ("PTO") entered in 2:12-md-2327; and (5) any other filing from 2:12-md-2327 which the parties jointly designate. It is **ORDERED** that within seven (7) days of the MDL Panel's transmittal of the remand order to this court, the parties shall file a joint

designation of any non-PTO filings from 2:12-md-2327. Designations must include all general

causation *Daubert* motions, responses and replies for any expert identified by the parties in this

case.

The court **DIRECTS** the Clerk to send a copy of this Order and Suggestion of Remand to

the Clerk of the MDL Panel, counsel of record and any unrepresented party.

ENTER:      April 20, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

BERNIE SYMANK, et al.,

                Plaintiffs,

v.                                CIVIL ACTION NO.   2:12-cv-01836

ETHICON, INC., et al.,

                Defendants.

**ORDER AND SUGGESTION OF REMAND**

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that this action be remanded to the United States District Court for the Southern District of Texas. All pretrial proceedings, including discovery and dispositive and Daubert motion practice, are substantially complete, and the case is ready for trial. I have attached a Suggestion of Remand Memorandum for the transferor court's reference.

Upon receipt of an order to remand from the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") *and* any joint designation of the MDL 2327 record by counsel, the Clerk of this court is directed to transmit the following to the transferor court: (1) a copy of the member case docket sheet; (2) the entire file for the member case; (3) the docket sheet for MDL 2327, 2:12-md-2327; (4) all Pretrial Orders ("PTO") entered in 2:12-md-2327; and (5) any other filing from 2:12-md-2327 which the parties jointly designate. It is **ORDERED** that within seven (7) days of the MDL Panel's transmittal of the remand order to this court, the parties shall file a joint

designation of any non-PTO filings from 2:12-md-2327. Designations must include all general

causation *Daubert* motions, responses and replies for any expert identified by the parties in this

case.

The court **DIRECTS** the Clerk to send a copy of this Order and Suggestion of Remand to

the Clerk of the MDL Panel, counsel of record and any unrepresented party.

ENTER:      April 20, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CRO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
05/02/2017 09:55 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 5/2/2017 at 9:55 AM EDT and filed on 5/2/2017
**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**      MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/2/17. Please see pleading (7 in ILN/1:12-cv-02883, 7 in ILN/1:12-cv-03761, [2774] in MDL No. 2327, 7 in TXE/4:12-cv-00170, 7 in TXS/4:12-cv-01101, 7 in TXS/4:12-cv-01156, 7 in TXS/4:12-cv-01480).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/2/2017.**

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, ILN/1:12-cv-03761, TXE/4:12-cv-00170, TXS/4:12-cv-01101, TXS/4:12-cv-01156, TXS/4:12-cv-01480 (LH)**

| | |
|---|---|
| **Case Name:** | Symank et al vs Ethicon, Inc. et al |
| **Case Number:** | TXS/4:12-cv-01480 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/2/17. Please see pleading (7 in ILN/1:12-cv-02883, 7 in ILN/1:12-cv-03761, [2774] in MDL No. 2327, 7 in TXE/4:12-cv-00170, 7 in TXS/4:12-cv-01101, 7 in TXS/4:12-cv-01156, 7 in TXS/4:12-cv-01480).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/2/2017.**

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, ILN/1:12-cv-03761, TXE/4:12-cv-00170, TXS/4:12-cv-01101, TXS/4:12-cv-01156, TXS/4:12-cv-01480 (LH)**

| | |
|---|---|
| **Case Name:** | Young-Poole v. Ethicon, Inc., et al |
| **Case Number:** | ILN/1:12-cv-03761 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/2/17. Please see pleading (7 in ILN/1:12-cv-02883, 7 in ILN/1:12-cv-03761, [2774] in MDL No. 2327, 7 in TXE/4:12-cv-00170, 7 in TXS/4:12-cv-01101, 7 in TXS/4:12-cv-01156, 7 in TXS/4:12-cv-01480).**

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/2/2017.

Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, ILN/1:12-cv-03761, TXE/4:12-cv-00170, TXS/4:12-cv-01101, TXS/4:12-cv-01156, TXS/4:12-cv-01480 (LH)

| | |
|---|---|
| **Case Name:** | Pocztowski v. Ethicon, Inc. et al |
| **Case Number:** | ILN/1:12-cv-02883 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/2/17. Please see pleading (7 in ILN/1:12-cv-02883, 7 in ILN/1:12-cv-03761, [2774] in MDL No. 2327, 7 in TXE/4:12-cv-00170, 7 in TXS/4:12-cv-01101, 7 in TXS/4:12-cv-01156, 7 in TXS/4:12-cv-01480).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/2/2017.

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, ILN/1:12-cv-03761, TXE/4:12-cv-00170, TXS/4:12-cv-01101, TXS/4:12-cv-01156, TXS/4:12-cv-01480 (LH)**

| | |
|---|---|
| **Case Name:** | Aldrich et al v. Ethicon, Inc. et al |
| **Case Number:** | TXS/4:12-cv-01156 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/2/17. Please see pleading (7 in ILN/1:12-cv-02883, 7 in ILN/1:12-cv-03761, [2774] in MDL No. 2327, 7 in TXE/4:12-cv-00170, 7 in TXS/4:12-cv-01101, 7 in TXS/4:12-cv-01156, 7 in TXS/4:12-cv-01480).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/2/2017.**

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, ILN/1:12-cv-03761, TXE/4:12-cv-00170, TXS/4:12-cv-01101, TXS/4:12-cv-01156, TXS/4:12-cv-01480 (LH)**

| | |
|---|---|
| **Case Name:** | Kowalski v. Ethicon, Inc et al |
| **Case Number:** | TXE/4:12-cv-00170 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/2/17. Please see pleading (7 in ILN/1:12-cv-02883, 7 in ILN/1:12-cv-03761, [2774] in MDL No. 2327, 7 in TXE/4:12-cv-00170, 7 in TXS/4:12-cv-01101, 7 in TXS/4:12-cv-01156, 7 in TXS/4:12-cv-01480).**

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/2/2017.

Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, ILN/1:12-cv-03761, TXE/4:12-cv-00170, TXS/4:12-cv-01101, TXS/4:12-cv-01156, TXS/4:12-cv-01480 (LH)

| | |
|---|---|
| **Case Name:** | Higgins et al v. Ethicon, Inc. et al |
| **Case Number:** | TXS/4:12-cv-01101 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/2/17. Please see pleading (7 in ILN/1:12-cv-02883, 7 in ILN/1:12-cv-03761, [2774] in MDL No. 2327, 7 in TXE/4:12-cv-00170, 7 in TXS/4:12-cv-01101, 7 in TXS/4:12-cv-01156, 7 in TXS/4:12-cv-01480).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/2/2017.

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, ILN/1:12-cv-03761, TXE/4:12-cv-00170, TXS/4:12-cv-01101, TXS/4:12-cv-01156, TXS/4:12-cv-01480 (LH)**

**No public notice (electronic or otherwise) sent because the entry is private**

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Finalized Conditional Remand Order
JPMLCMECF
to:
JPMLCMDECF
05/02/2017 09:47 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.**

## United States

## United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/2/2017 at 9:46 AM EDT and filed on 5/2/2017
**Case Name:**    IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 2774

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (5 in ILN/1:12-cv-02883, 5 in
ILN/1:12-cv-03761, [2765] in MDL No. 2327, 5 in TXE/4:12-cv-00170, 5 in TXS/4:12-cv-
01101, 5 in TXS/4:12-cv-01156, 5 in TXS/4:12-cv-01480 ) ) - 6 action(s) - Inasmuch as no
objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/2/2017.**

**(Attachments: # (1) Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, ILN/1:12-cv-03761, TXE/4:12-cv-
00170, TXS/4:12-cv-01101, TXS/4:12-cv-01156, TXS/4:12-cv-01480 (LH)**

**Case Name:**    Symank et al vs Ethicon, Inc. et al
**Case Number:**    TXS/4:12-cv-01480
**Filer:**
**Document Number:** 7

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (5 in ILN/1:12-cv-02883, 5 in ILN/1:12-cv-03761, [2765] in MDL No. 2327, 5 in TXE/4:12-cv-00170, 5 in TXS/4:12-cv-01101, 5 in TXS/4:12-cv-01156, 5 in TXS/4:12-cv-01480) ) - 6 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/2/2017.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, ILN/1:12-cv-03761, TXE/4:12-cv-00170, TXS/4:12-cv-01101, TXS/4:12-cv-01156, TXS/4:12-cv-01480 (LH)**

Case Name:       Young-Poole v. Ethicon, Inc., et al
Case Number:     ILN/1:12-cv-03761
Filer:
Document Number: 7

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (5 in ILN/1:12-cv-02883, 5 in ILN/1:12-cv-03761, [2765] in MDL No. 2327, 5 in TXE/4:12-cv-00170, 5 in TXS/4:12-cv-01101, 5 in TXS/4:12-cv-01156, 5 in TXS/4:12-cv-01480) ) - 6 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/2/2017.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, ILN/1:12-cv-03761, TXE/4:12-cv-00170, TXS/4:12-cv-01101, TXS/4:12-cv-01156, TXS/4:12-cv-01480 (LH)**

Case Name:       Pocztowski v. Ethicon, Inc. et al
Case Number:     ILN/1:12-cv-02883
Filer:
Document Number: 7

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (5 in ILN/1:12-cv-02883, 5 in ILN/1:12-cv-03761, [2765] in MDL No. 2327, 5 in TXE/4:12-cv-00170, 5 in TXS/4:12-cv-01101, 5 in TXS/4:12-cv-01156, 5 in TXS/4:12-cv-01480) ) - 6 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/2/2017.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, ILN/1:12-cv-03761, TXE/4:12-cv-00170, TXS/4:12-cv-01101, TXS/4:12-cv-01156, TXS/4:12-cv-01480 (LH)**

**Case Name:**    Aldrich et al v. Ethicon, Inc. et al
**Case Number:**   TXS/4:12-cv-01156
**Filer:**
**Document Number:** 7

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (5 in ILN/1:12-cv-02883, 5 in ILN/1:12-cv-03761, [2765] in MDL No. 2327, 5 in TXE/4:12-cv-00170, 5 in TXS/4:12-cv-01101, 5 in TXS/4:12-cv-01156, 5 in TXS/4:12-cv-01480) ) - 6 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/2/2017.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, ILN/1:12-cv-03761, TXE/4:12-cv-00170, TXS/4:12-cv-01101, TXS/4:12-cv-01156, TXS/4:12-cv-01480 (LH)**

**Case Name:**    Kowalski v. Ethicon, Inc et al
**Case Number:**   TXE/4:12-cv-00170
**Filer:**
**Document Number:** 7

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (5 in ILN/1:12-cv-02883, 5 in ILN/1:12-cv-03761, [2765] in MDL No. 2327, 5 in TXE/4:12-cv-00170, 5 in TXS/4:12-cv-01101, 5 in TXS/4:12-cv-01156, 5 in TXS/4:12-cv-01480) ) - 6 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/2/2017.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, ILN/1:12-cv-03761, TXE/4:12-cv-00170, TXS/4:12-cv-01101, TXS/4:12-cv-01156, TXS/4:12-cv-01480 (LH)**

**Case Name:**    Higgins et al v. Ethicon, Inc. et al
**Case Number:**   TXS/4:12-cv-01101
**Filer:**
**Document Number:** 7

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (5 in ILN/1:12-cv-02883, 5 in ILN/1:12-cv-03761, [2765] in MDL No. 2327, 5 in TXE/4:12-cv-00170, 5 in TXS/4:12-cv-01101, 5 in TXS/4:12-cv-01156, 5 in TXS/4:12-cv-01480) ) - 6 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/2/2017.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, ILN/1:12-cv-02883, ILN/1:12-cv-03761, TXE/4:12-cv-00170, TXS/4:12-cv-01101, TXS/4:12-cv-01156, TXS/4:12-cv-01480 (LH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Michael J. Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

Carl N Frankovitch
FRANKOVITCH ANETAKIS COLANTONIO & SIMON
337 Penco Road
Weirton, WV 26062

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Paul T Farrell , Jr
GREENE KETCHUM BAILEY WALKER FARRELL & TWEEL
WinmatsConversion6
419-11th Street
P.O. Box 2389
Huntington, WV 25724

**TXS/4:12-cv-01480 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage     william.gage@butlersnow.com, brian.jackson@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Philip J. Combs     pcombs@tcspllc.com

Bonnie E Spencer     bonniespencer@spencer-law.com, liceasims@spencer-law.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

SUSAN M. ROBINSON     srobinson@tcspllc.com

Ashley M. Spencer     ashleyspencer@spencer-law.com

Dawn R. Meade     dawnmeade@spencer-law.com

Kathryn June Skagerberg     kskagerberg@beckredden.com

Alyssa Brittany McDaniel     amcdaniel@beckredden.com

**TXS/4:12-cv-01480 Notice will not be electronically mailed to:**

**ILN/1:12-cv-03761 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

William M. Gage     william.gage@butlersnow.com, brian.jackson@butlersnow.com,
david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com,
jackie.johnson@butlersnow.com

Tarek Ismail     tismail@goldmanismail.com, kmckeand@goldmanismail.com

Andrew L Goldman     agoldman@goldmanismail.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Jeffrey M. Kuntz     jkuntz@wcllp.com, dwatkins@wcllp.com, msneed@wcllp.com

Shayna S. Cook     scook@goldmanismail.com, jwikler@shb.com, kmryan@shb.com,
tpeverly@goldmanismail.com

Sean T. Keith     skeith@arkattorneys.com

Philip J. Combs     pcombs@tcspllc.com

Elise A Waisbren     ewaisbren@phillipslegal.com, sphillips@phillipslegal.com

Terrence M Quinn     tquinn@phillipslegal.com, Tquinn@phillipslegal.com,
ewaisbren@phillipslegal.com

Stephen D Phillips     sphillips@phillipslegal.com, ewaisbren@phillipslegal.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Jennifer L. Greenblatt     jgreenblatt@goldmanismail.com

Michelle Ann Childers     michelle.childers@dbr.com

SUSAN M. ROBINSON     srobinson@tcspllc.com

Joe W. Tomaselli     jtomaselli@goldmanismail.com

Mason Lee Boling     mboling@arkattorneys.com

**ILN/1:12-cv-03761 Notice will not be electronically mailed to:**

**ILN/1:12-cv-02883 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

William M. Gage     william.gage@butlersnow.com, brian.jackson@butlersnow.com,
david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com,
jackie.johnson@butlersnow.com

Tarek Ismail     tismail@goldmanismail.com, kmckeand@goldmanismail.com

Andrew L Goldman     agoldman@goldmanismail.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Shayna S. Cook     scook@goldmanismail.com, jwikler@shb.com, kmryan@shb.com,
tpeverly@goldmanismail.com

Sean T. Keith     skeith@arkattorneys.com

Philip J. Combs     pcombs@tcspllc.com

Elise A Waisbren     ewaisbren@phillipslegal.com, sphillips@phillipslegal.com

Terrence M Quinn     tquinn@phillipslegal.com, Tquinn@phillipslegal.com,
ewaisbren@phillipslegal.com

Stephen D Phillips     sphillips@phillipslegal.com, ewaisbren@phillipslegal.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Jennifer L. Greenblatt     jgreenblatt@goldmanismail.com

SUSAN M. ROBINSON     srobinson@tcspllc.com

Joe W. Tomaselli     jtomaselli@goldmanismail.com

Mason Lee Boling     mboling@arkattorneys.com

**ILN/1:12-cv-02883 Notice will not be electronically mailed to:**

**TXS/4:12-cv-01156 Notice has been electronically mailed to:**

Mikal C Watts     mcwatts@wattsguerra.com, jbruning@wattsguerra.com, rcarmony@wattsguerra.com

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage     william.gage@butlersnow.com, brian.jackson@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Philip J. Combs     pcombs@tcspllc.com

Howard Louis Close     close@wrightclose.com

Ryan L. Thompson     rlt-bulk@wgclawfirm.com, mfuller@wattsguerra.com, rcarmony@wattsguerra.com, rthompson@wattsguerra.com

SUSAN M. ROBINSON     srobinson@tcspllc.com

Andrew Love     love@wrightclose.com

Kathryn June Skagerberg     kskagerberg@beckredden.com

**TXS/4:12-cv-01156 Notice will not be electronically mailed to:**

**TXE/4:12-cv-00170 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage     william.gage@butlersnow.com, brian.jackson@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Douglas C Monsour     doug@monsourlawfirm.com, ronda@monsourlawfirm.com

Douglass A. Kreis     dkreis@awkolaw.com, athane@awkolaw.com, dkreis@aws-law.com, mburton@awkolaw.com, pgreen@awkolaw.com

Kenneth T Fibich     tfibich@fibichlaw.com

DAVID B. THOMAS      dthomas@tcspllc.com, rdavis@tcspllc.com

Philip J. Combs      pcombs@tcspllc.com

Bryan Aylstock      baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, churt@awkolaw.com

Erin K. Copeland      ecopeland@fibichlaw.com

D. Renee Baggett      rbaggett@awkolaw.com

Kari L. Sutherland      kari.sutherland@butlersnow.com

SUSAN M. ROBINSON      srobinson@tcspllc.com

Katharine Gale Krottinger      katy@monsourlawfirm.com

Chapman A. Bauerlein      chapman@monsourlawfirm.com

Kathryn June Skagerberg      kskagerberg@beckredden.com

Alyssa Brittany McDaniel      amcdaniel@beckredden.com

**TXE/4:12-cv-00170 Notice will not be electronically mailed to:**

**TXS/4:12-cv-01101 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage      william.gage@butlersnow.com, brian.jackson@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS      dthomas@tcspllc.com, rdavis@tcspllc.com

Philip J. Combs      pcombs@tcspllc.com

Bonnie E Spencer      bonniespencer@spencer-law.com, liceasims@spencer-law.com

Kari L. Sutherland      kari.sutherland@butlersnow.com

SUSAN M. ROBINSON      srobinson@tcspllc.com

Ashley M. Spencer      ashleyspencer@spencer-law.com

Dawn R. Meade      dawnmeade@spencer-law.com

Kathryn June Skagerberg      kskagerberg@beckredden.com

**TXS/4:12-cv-01101 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/2/2017] [FileNumber=736024-0] [
1d5ffff87ccb96a72f8cdfdacbd121f28e533b5a42ff837401ce02d5cda13e872e5fca
7fcfe3337759f0457b943e055146be9bad90619eb9e6b1f7f274bd4232]]
**Document description:** Suggestion of Remand
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/2/2017] [FileNumber=736024-1] [
66fbd6e1adb3ad3a17b86e36ea703bdb845db089b8656219ad1e9ed257087b310b0c11
8be36c92d895cb32554a142ab280e1db7b16c0f46a2afaea5a02458094]]