IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S) ON THE EXHIBIT(S) ATTACHED HERETO

**JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate from the docket of the court, the actions listed on the attached Exhibit A, with each party to bear its own costs.

Respectfully:

/s/ Christy D. Jones
Christy D. Jones. Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ Henry G. Garrard, III
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibit A*

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-26505 | Teresa Beaver and Wayne Beaver<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-03198 | Gershonda S. Bell and Corey L. Bell<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02887 | Mickie R. Boyd and Randy Boyd<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05522 | Barbara Mozelle Bristow and Rix E. Bristow<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-13887 | Deloris K. Carr and Rick D. Carr<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27049 | Kathy A. Carson and Keith E. Carson<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-22876 | Billie Dean Causey and Gerald M. Causey<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09480 | Peter Cerasaro, Personal Representative of the Estate of Bonita C. Cerasaro<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-11120 | Catherine R. Chituras and Jimmie Chituras<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26391 | Peggy J. Chowske and John J. Chowske<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26196 | Marion Clemente<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01622 | Tammy Cowan<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25587 | Eleanor L. Davis-Fox<br>v. |

|  |  |
|---|---|
|  | Ethicon, Inc., et al. |
| 2:14-cv-21849 | Robin Tolbert Durrah and Vernon Durrah<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00503 | Brooke Ellis and Christopher Ellis<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01623 | Denise W. Fredenburg and James Fredenburg<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05136 | Carol A. Glatfelter and Glenn Glatfelter<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04485 | Erin R. Hernandez and Alfred Hernandez<br>v.<br>Ethicon, Inc., et al. |
| 2:11-cv-00937 | Michele Hicks and Todd Hicks<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03188 | Selena R. Holland<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09924 | Glenda G. Howell<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27162 | Sandra Lloy and Everet Cravalho<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06497 | Linda F. McKellar<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06088 | Jacqueline Price and Walter Thomas Price<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09225 | Mairead Reddin and Fred Rubin<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-07397 | Melody Dawn Roadarmel and Earl Ward Roadarmel<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07566 | Patricia Louise Saint and Bobby Saint<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05878 | Annie L. Sandoval and Robert A. Sandoval<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:12-cv-01743 | Ciera Jenkins, Personal Representative of the Estate of Stacey D. Savage and Ebbie E. Ferrell<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-09195 | Wynona Shaffer and Stephen A. Shaffer<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27333 | Blanche D. Smith<br>v.<br>Ethicon, Inc., et al. |
| 2:15-cv-07665 | Hassie Soto and Ruben Soto<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-19980 | Melissa Soto and John Soto<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27338 | Cynthia Taylor f/k/a Cynthia Wilson and Brian Taylor<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06308 | Sharon Chapman Thomason and Gregory Eugene Thomason<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25719 | Pamela Kaye Tomlin<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26620 | Alma Jean Walker<br>v.<br>Ethicon, Inc., et al. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:  */s/ William M. Gage*
William M. Gage