IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC SUPPORT SYSTEMS
      PRODUCTS LIABILITY LITIGATION

                                                        MDL 2327

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

### INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and Ethicon, Inc.[1] ("Ethicon") have agreed to a settlement model with regard to Ethicon. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

    1.    All discovery deadlines are continued until further order of the Court.

    2.    That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

    3.    Plaintiffs and Ethicon may submit an agreed order of dismissal with prejudice on or before October 31, 2017; if settlements are not finalized and dismissal orders are not submitted by October 31, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed

---

[1] As used herein, "Ethicon" refers collectively to Johnson & Johnson, Ethicon LLC, Ethicon, Inc. as well as any of its former or present parent companies, subsidiaries, affiliated companies, directors, officers, design surgeons, employees, distributors, detail representatives named in an action pending in MDL No. 2327

to a settlement model for a group of cases and claims, including those on Exhibit A. The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket order filed at ECF NO._____, and send a copy of this Order to counsel of record and any unrepresented party.

Respectfully submitted,

_s/ Christy D. Jones_____
Christy D. Jones
BUTLER SNOW LLP
P.O. Box 6010
Ridgeland, MS  39158
601-948-5711
christy.jones@butlersnow.com

*Counsel for Defendants*

**APPROVED:**

Dated:_____          _____
                                      Honorable Joseph R. Goodwin

## LEVIN PAPANTONIO EXHIBIT A

| Plaintiff Name | Civil Action Number |
|---|---|
| Connie Allen | 2:14-cv-25775 |
| Maria Alvarez-Lopez John Lopez | 2:14-cv-28048 |
| Dianna Ames (Horan) | 2:14-cv-19163 |
| Michele Archibeque Victor Archibeque | 2:14-cv-19162 |
| Donna Barnett Richard Barnett | 2:13-cv-29972 |
| Freida Beaty | 2:14-cv-30950 |
| Betty Beckwith Robert Beckwith | 2:13-cv-33387 |
| Kristine Beier Troy Beier | 2:12-cv-9957 |
| Suzanne Ben Robert Ben, Jr. | 2:13-cv-29973 |
| Peggy Bennitt Harry Bennitt | 2:13-cv-13345 |
| Mary Bettinger | 2:15-cv-04168 |
| Nadine Bigelow | 2:14-cv-17258 |
| Debbie Billingham | 2:14-cv-11466 |
| Martha Bonham | 2:13-cv-06762 |
| Carmen Bouchard | 2:14-cv-15738 |
| Lanita Brooks | 2:13-cv-13347 |
| Pamela Broussard | 2:13-cv-23933 |
| Shirley Broyles Jack Broyles | 2:14-cv-13744 |
| Kristie Buck Scott Buck | 2:13-cv-0190 |
| Lea Ann Bullard Timothy Bullard | 2:15-cv-7369 |

| | |
|---|---|
| Carol Burch<br>Mark Burch | 2:13-cv-30561 |
| Claudia Burge<br>Gerald Burge | 2:12-cv-06062 |
| Barbara Butzin | 2:14-cv-30468 |
| Lori Carter | 2:13-cv-27679 |
| Norma Casas | 2:13-cv-33397 |
| Nancy Castiglione | 2:15-cv-11387 |
| Alexandra Cherkusova | 2:14-cv-04928 |
| Susan Childers | 2:15-cv-11388 |
| Sharon Conlin | 2:14-cv-26497 |
| Nicole Connelly | 2:13-cv-13352 |
| Angie Cousart | 2:14-cv-08607 |
| Cindy Covert<br>Danny Covert | 2:13-cv-10864 |
| Barbara Cross<br>Keith Cross | 2:13-cv-33394 |
| Tonya Croston | 2:15-cv-07034 |
| Tammy Crouch | 2:14-cv-29107 |
| Amy Crouse-Powers | 2:14-cv-15743 |
| Amber Cummins | 2:13-cv-23934 |
| Vanessa DeCanio | 2:14-cv-30987 |
| Norma Delgado<br>Frank Delgado | 2:15-cv-03187 |
| Marnell Dixon<br>John Dixon | 2:14-cv-9512 |

| | |
|---|---|
| Kelly Doheny<br>David Doheny, Jr. | 2:14-cv-14962 |
| Rhonda Donlin<br>Larry Donlin | 2:13-cv-30568 |
| Tommye Dowling<br>Linard Dowling | 2:13-cv-31548 |
| Vickie Durocher<br>David Durocher | 2:13-cv-1175 |
| Lauren Dutton<br>David Dutton | 2:13-cv-1757 |
| Margaret Edmonston | 2:14-cv-22764 |
| Renee Emerson | 2:14-cv-25773 |
| Gale Engelman | 2:13-cv-12936 |
| Michelle Ervin | 2:14-cv-19148 |
| Kristin Esposito<br>Shane Esposito | 2:13-cv-31551 |
| Laurie Fisher | 2:15-cv-01333 |
| Melynda Fitt<br>Jeffery Fitt | 2:14-cv-11545 |
| Lissette Flores | 2:15-cv-12941 |
| Darla Flowers<br>Waylon Flowers | 2:13-cv-06764 |
| Vicki Fortuno<br>Victor Fortuno | 2:14-cv-12414 |
| Kathleen Freedman | 2:13-cv-0195 |
| Elizabeth Friedman<br>Shlomo Friedman | 2:14-cv-20117 |
| Beverly Fuller<br>Jimmy Fuller | 2:14-cv-25776 |

| | |
|---|---|
| Jonni Gainous | 2:14-cv-13754 |
| Angela Gambill<br>Joseph Gambill | 2:14-cv-30993 |
| Alina Garcia | 2:12-cv-9956 |
| Maxene Gillman<br>Marvin Gillman | 2:13-cv-33401 |
| Susan Gleim<br>Myron Gleim | 2:13-cv-13361 |
| Kimbelle Graves | 2:14-cv-26066 |
| Judith Griffin<br>Stephen Griffin | 2:13-cv-06760 |
| Linda Guernsey | 2:14-cv-17266 |
| Linda Jo Gundelach<br>James Gundelach | 2:13-cv-13364 |
| Cathyann Hans | 2:13-cv-09819 |
| Amber Harmon | 2:12-cv-9955 |
| Barbara Harrison | 2:13-cv-32323 |
| Kay Heard<br>Steve Heard | 2:12-cv-08570 |
| Brenda Hefel<br>Jay Hefel | 2:13-cv-30553 |
| Mary Jane Herman | 2:13-cv-13368 |
| Sandy Herron<br>Richard Herron | 2:13-cv-12935 |
| Janet Hibbits | 2:15-cv-01097 |
| Margo Hicok<br>David Hicok | 2:13-cv-32324 |
| Juanita Hill | 2:15-cv-01328 |

| Name | Case Number |
|---|---|
| Yvonne Hillman<br>Barry Hillman | 2:13-cv-12937 |
| Debbie Hinson<br>Michael Hinson | 2:13-cv-33642 |
| Jemy Hinton | 2:14-cv-29103 |
| Natalie Hinton<br>David Hinton, Sr. | 2:14-cv-19176 |
| Lori Hoaglin<br>Mark Hoaglin | 2:13-cv-33643 |
| Phyllis Hodges | 2:15-cv-11383 |
| Virginia Hulla | 2:14-cv-04733 |
| Carmen Hurtado<br>Eddie Hurtado | 2:13-cv-23488 |
| Wanda Isham | 2:14-cv-11457 |
| April Jenkinson<br>Grant Jenkinson | 2:15-cv-01336 |
| Rose Jimenez | 2:15-cv-03438 |
| Pamela Jones | 2:14cv-17279 |
| Rosa Jones<br><br>Randy Jones | 2:15-cv-01334 |
| Monique Kerrigan | 2:13-cv-0646 |
| Robin Key | 2:14-cv-20121 |
| Karen Kinnerd<br>James Kinnerd, Jr. | 2:13-cv-24615 |
| Phyllis Knubel<br>James Knubel | 2:14-cv-13745 |
| Dana Kooyman | 2:13-cv-08051 |
| Virginia Kuhn | 2:12-cv-9880 |

| | |
|---|---|
| Richard Kuhn | |
| Kelly Lacy<br>Kenneth Lacy | 2:12-cv-05798 |
| Brenda Laferla | 2:14-cv-20118 |
| Betty Larsen | 2:13-cv-33654 |
| Debra Lavelle | 2:13-cv-0643 |
| Janet Lombardi | 2:14-cv-09530 |
| Joanne Lombardo | 2:14-cv-25762 |
| Pamela Love<br>Robert Love | 2:13-cv-33655 |
| Christine Luckeroth | 2:14-cv-24599 |
| Elizabeth Luker<br>Kevin Luker | 2:14-cv-25761 |
| Dawn Luna<br>Billy Luna, Jr. | 2:14-cv-22770 |
| Crystal Luttrell | 2:14-cv-28050 |
| Joy MacAllister<br>Mark MacAllister | 2:12-cv-08415 |
| Vickie Mackie<br>James Mackie | 2:13-cv-12932 |
| Carla Macks<br>Leonard Macks | 2:13-cv-30546 |
| Letty Manzo<br>Alejandro Manzo | 2:14-cv-00439 |
| Flora Mares | 2:13-cv-28575 |
| Irene Martinez | 2:14-cv-10111 |
| Edna McArthur | 2:14-cv-00440 |
| Sharon McBride<br>Dale McBride | 2:14-cv-00441 |

| | |
|---|---|
| Crystal McCain<br>Steve McCain | 2:14-cv-00442 |
| Heather McClure<br>Michael McClure | 2:13-cv-13378 |
| Michele McGovern | 2:15-cv-07370 |
| Melissa Mciver | 2:15-cv-9375 |
| Ahedar McLeod<br>Conrad McLeod | 2:13-cv-24619 |
| Terry Medler<br>Kevin Medler | 2:13-cv-30549 |
| Annmarie Miano | 2:15-cv-9337 |
| Dana Miles | 2:13-cv-24625 |
| Susan Miles<br>Michael Miles | 2:13-cv-09823 |
| Jean Miller | 2:12-cv-09881 |
| Linda Miller | 2:13-cv-1179 |
| Rhonda Milligan<br>Mark Milligan | 2:13-cv-24701 |
| Wanda Mills<br>Lowell Mills | 2:13-cv-13379 |
| Teresa Mimes | 2:14-cv-13751 |
| Cathy Moore | 2:13-cv-24703 |
| Claudia Morse<br>Allen Morse | 2:14-cv-01357 |
| Frances Mott | 2:13-cv-29210 |
| Rosemary Murphy | 2:15-cv-01331 |
| Cynthia Murphy | 2:14-cv-01362 |
| Shirley Murray | 2:14-cv-19167 |

| | |
|---|---|
| Mary Nicholson | 2:13-cv-24705 |
| Tina Norton R.J. Norton, Jr. | 2:14-cv-26061 |
| Judy Oppert | 2:13-cv-02816 |
| Samantha Pagels Jason Pagels | 2:14-cv-26060 |
| Tina Palomino | 2:14-cv-30996 |
| Maricela Pena | 2:13-cv-24706 |
| Alexandra Perciballi Lewis Perciballi | 2:13-cv-08053 |
| Adrienne Petsch | 2:12-cv-4778 |
| Jacquelyn Phelps Beman Phelps | 2:13-cv-24707 |
| Shirley Phillips Enzor Phillips | 2:13-cv-4745 |
| Phyllis Pitre | 2:15-cv-9336 |
| Rachael Ponsler Robert Ponsler | 2:12-cv-06849 |
| Rhonda Purdy | 2:14-cv-13758 |
| Melissa Razzaq | 2:14-cv-24443 |
| Donna Reichert | 2:12-cv-08946 |
| Monica Reznicsek | 2:14-cv-19172 |
| Carmen Richard | 2:13-cv-23476 |
| Georgette Riggleman Alden Riggleman | 2:14-cv-28045 |
| Brenda Rogers | 2:13-cv-13405 |
| Michele Rosen Howard Rosen | 2:14-cv-3133 |

| | |
|---|---|
| Kelly Rotenberry | 2:14-cv-24323 |
| Vera Rountree<br>Gordon Rountree | 2:13-cv-29217 |
| Paula Roybal<br>Glen Roybal | 2:13-cv-24709 |
| Hazel Russell | 2:15-cv-7362 |
| Lisa Ryan<br>Donald Ryan | 2:13-cv-29219 |
| Marene Sandham | 2:14-cv-24591 |
| Sarafern Sandwick | 2:14-cv-25299 |
| Donna Saunders | 2:14-cv-11546 |
| Debra Schulz | 2:13-cv-12933 |
| Paula Schwartz | 2:15-cv-9378 |
| Joan Seeley-Hebert | 2:15-cv-9333 |
| Jill Sexton | 2:13-cv-12939 |
| Joyce Sherman | 2:12-cv-06822 |
| San Juanita Short | 2:14-cv-3127 |
| Maria Silva | 2:15-cv-09377 |
| Phyllis Singleton<br>Derry Singleton | 2:13-cv-13407 |
| Jeanette Sisson<br>David Sisson | 2:14-cv-29118 |
| Stacy Smith<br>Ernest Smith, Jr. | 2:14-cv-9521 |
| Susan Smith<br>Larry Eldon Smith | 2:12-cv-9839 |
| Tina Smith | 2:14-cv-29449 |

| | |
|---|---|
| Tammy Smith<br>Michael Smith | 2:14-cv-26071 |
| Brenda Snodgrass | 2:13-cv-13410 |
| Joleen Sorenson<br>Lee Sorenson | 2:13-cv-13411 |
| Mey Spencer<br>James Spencer | 2:13-cv-26154 |
| Betty Steffey | 2:15-cv-9335 |
| Julie Stephens-Doyle<br>Tim Doyle | 2:14-cv-15741 |
| Kimberly Stripling<br>Mark Stripling | 2:14-cv-19170 |
| Sandra Suecof<br>Raymond Suecof | 2:13-cv-23484 |
| Christy Sumrall | 2:13-cv-13415 |
| Emmy Swisher<br>Kenneth Swisher | 2:13-cv-26155 |
| Shelby Szink<br>Leonard Briggs | 2:14-cv-9468 |
| Zaira Test<br>John Test | 2:14-cv-31002 |
| Kay Thompson | 2:15-cv-01332 |
| Marie Thompson | 2:13-cv-23483 |
| Kisela Tillman<br>Robert Tillman, Jr. | 2:14-cv-19150 |
| Mayra Torres | 2:13-cv-33378 |
| Clara Trevino | 2:13-cv-0637 |
| Yvette Turner | 2:13-cv-06050 |
| Jennifer Valdez | 2:14-cv-9525 |

| | |
|---|---|
| Jesus Valdez | |
| Lois Valentine | 2:15-cv-01330 |
| Cynthia Vandenburg Robert Vandenburg | 2:13-cv-23486 |
| Beverly Vellandi Henry Vellandi | 2:13-cv-27678 |
| Kelli Vorhes | 2:13-cv-27677 |
| Cindy Wallace | 2:13-cv-23482 |