IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Case with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3683], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual case at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: May 3, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-00256 | Amy Holland and Brent Holland v. Ethicon, Inc., et al. |
| 2:12-cv-00551 | Paula Sue Hanson and Mark Hanson v. Ethicon, Inc., et al. |
| 2:12-cv-01156 | Donna Nicholas and Donald Nicholas v. Ethicon, Inc., et al. |
| 2:12-cv-01279 | Helen M. Bertoni and Richard Edward Bertoni v. Ethicon, Inc., et al. |
| 2:12-cv-02109 | Jackie Lynn Farrington and Craig Farrington v. Ethicon, Inc., et al. |
| 2:12-cv-05398 | Dawn Susan Saraney and Brian Saraney v. Ethicon, Inc., et al. |
| 2:12-cv-05458 | Selina Denise Young v. Ethicon, Inc., et al. |
| 2:12-cv-05483 | Tasha Ann Langley v. Ethicon, Inc., et al. |
| 2:12-cv-06021 | Dawn Lynn Kerner and John Edward Kerner v. Ethicon, Inc., et al. |
| 2:12-cv-06090 | April Denise Coats v. Ethicon, Inc., et al. |
| 2:12-cv-06120 | Barbara A. Sweigert and Reynold E. Sweigert v. Ethicon, Inc., et al. |
| 2:12-cv-06493 | Vickie Lynn Wilmeth and Brandon Wilmeth v. Ethicon, Inc., et al. |
| 2:12-cv-07126 | Veron Overman Hubner v. Ethicon, Inc., et al. |

| | |
|---|---|
| 2:12-cv-07298 | Paula F. Harshey<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07951 | Judith H. Wertheim and Joshua W. Wertheim<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01368 | Blanca Rosa Gutierrez Post<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01910 | Jamila Abdul-Lahf Badruddin<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02891 | Annette F. Glanton & Willie Ray Glanton<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-03985 | Joy K. DiMaggio and James DiMaggio<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-04640 | Kim Renee Allison and Jon Christian Allison<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-04641 | Alma E. Chambliss<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05137 | Jean Linda Hamm and Norman G. Hamm<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05224 | Debra G. Koeder-Scott<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05369 | Katherine A. Saalfield<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05376 | Vicki L. Adams<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05862 | Mary Jewel Turner<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05865 | Lisa Jean Bennett and Robert Bennett<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06016 | Cynthia Ann Colglazier<br>v.<br>Ethicon, Inc., et al. |
| | |

| | |
|---|---|
| 2:13-cv-06159 | Anna M. Fionda and Michael Fionda<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06307 | Pattie Lane Roberts<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06438 | Diane K. Culbertson and Richard Culbertson<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07572 | Katherine Kessel Tarr<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07574 | Tina Louise Cone and William Cone<br>v.<br>Ethicon, Inc. et al. |
| 2:13-cv-09149 | Melissa Dawn Rosillo<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09224 | Mari V. Miller and Donald K. Miller<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09928 | Michelle Yvonne St. Clair and Scott St. Clair<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10792 | Tresilda Eugenny Schimmel<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10966 | Jarran L. Shockley Personal Representative over the Estate of Lori A. Twyman, deceased<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10996 | Gypsy B. Fields and Arthur Fields<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-11114 | Maria Cristina Stube and Todd Stube<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-23570 | Dawn A. Ross-Roehrich and David W. Roehrich<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24129 | Suzanne Javors and Russell Javors<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24495 | Jeanine K. Moore f/k/a Jeanine Galloway and Robert Moore<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:13-cv-24512 | Karen Bonino and Gary Skrobeck<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26213 | Wendy Joanne Goodpasture<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26214 | Linda Susan Hanners and Kenneth Hanners<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26394 | Pebbles Lawrence Pirkl<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26400 | Bonnie L. Davies<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27046 | Jeanette M. Timmons and Jerry L. Timmons<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27189 | Nancy Ann Alonso and Miguel Alonso<br>v.<br>Ethicon, Inc., et al. |