IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                               MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Case with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3684], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: May 3, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-27191 | Beverly Payne Armstrong and Woodrow Armstrong, Jr. v. Ethicon, Inc., et al. |
| 2:13-cv-27232 | Ronda Arlene Chewning v. Ethicon, Inc., et al. |
| 2:13-cv-27241 | Beverly A. Ford f/k/a Beverly A. Davis v. Ethicon, Inc., et al. |
| 2:13-cv-27243 | Miriam P. Johnson and Billy J. Johnson v. Ethicon, Inc., et al. |
| 2:13-cv-27249 | Perri D. Lester and Nathan Lester v. Ethicon, Inc., et al. |
| 2:13-cv-27253 | Andrea Reading and Robert Reading v. Ethicon, Inc., et al. |
| 2:13-cv-27256 | Ronna Jean Rife v. Ethicon, Inc., et al. |
| 2:13-cv-27258 | Shirley Ann Robinson v. Ethicon, Inc., et al. |
| 2:13-cv-27334 | Angela H. Sovereign and Michael G. Sovereign v. Ethicon, Inc., et al. |
| 2:13-cv-27336 | Anna Porter Stevens and Jeremiah Stevens v. Ethicon, Inc., et al. |
| 2:13-cv-28058 | Kimberly Ann Chapman v. Ethicon, Inc., et al. |
| 2:13-cv-28886 | Joyce M. Martin v. Marshall J. Martin v. Ethicon, Inc., et al. |
| 2:13-cv-29561 | Dawna K. Colley and Brad Cooley v. Ethicon, Inc., et al. |

| | |
|---|---|
| 2:13-cv-30287 | Martha A. Craig<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-30293 | Sandra Kay Staten and Ronald Staten<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-31579 | Kimberly L. Ragland Wheeler Executor of the Estate of Gloria R. Ragland, deceased and Jack Ragland<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-32352 | Deborah McDonald Hough and Milford Hough<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-32652 | Lori Finch as Personal Representative for the Estate of Ruth B. Tuck<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33225 | Carolyn Lafferty and Jackie Lee Lafferty<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33779 | Melissa Lee Bentivegna and Pete Bentivegna, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33780 | Katie M. Eaton<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00500 | Andrea L. Briska and John Briska<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00568 | Schuyler D. Dillard<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00570 | Rosemary Rykowsky and William Rykowsky<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00654 | Angela M. Branam and Jimmy Branam<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00991 | Denise Lyn Calleja<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01043 | Anna C. Chard and John Chard<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01053 | Ginger Schmeltzer<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:14-cv-03192 | Theresa A. Raziano<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04426 | Robbin Carol Wright and Charles Wright<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04491 | Kathy Sue Lancaster and James Lancaster<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04793 | Carolyn Mahoney and William Mahoney<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04797 | Mary Rhonda McCall<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04801 | Debbie Louise McGough and Dennis McGough<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04806 | Claudia Ann Moore<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04821 | Dawn Marie Roland and Gale Roland<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-05164 | Jean E. Laird and Joseph Laird<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-05172 | Margot A. Peterson and Roman Warchola<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-05173 | Danielle Lynne Neumann<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-05178 | Myra A. Jolles and Isaac Jolles<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-05738 | Shawn Lindsy Hildebrandt<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-07396 | Florence Schoonover and Melvin Schoonover<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-07398 | Barbara Ann Deschwanden and David Deschwanden<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:14-cv-12694 | Dolores Lafazan and Seymour Lafazan<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-13057 | Diane F. Moletto and Vincent Moletto<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-13307 | Melissa L. Griffin<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-14673 | Marylou Vitiello and Vito Vitiello<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-14675 | Tonya Burleson Murphy and Jody Murphy<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-15950 | Lattisia L. Cartwright and Jerry Cartwright<br>v.<br>Ethicon Inc., et al. |
| 2:14-cv-16749 | Patricia E. Miller and Steven P. Miller<br>v.<br>Ethicon, Inc., et al. |