**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY               MDL 2327
LITIGATION

-------------------------------------------------------

ETHICON WAVE 4 CASES LISTED IN
EXHIBIT A OF PLAINTIFFS' NOTICE OF     JOSEPH R. GOODWIN U.S. DISTRICT
ADOPTION                                       JUDGE

<u>**NOTICE OF ADOPTION OF PRIOR DAUBERT REPLY OF
JUAN CARLOS FELIX, M.D. FOR WAVE 4**</u>

       Come now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

reply filed against Juan Carlos Felix, M.D. for Ethicon Wave 1, Dkt. No. 2255.  Plaintiffs

respectfully request that the Court grant Plaintiffs' motion, for the reasons expressed in the Wave

1 briefing.

Dated: May 3, 2017               Respectfully submitted,


                                    <u>/s/ Edward A. Wallace</u>
                                    Edward A. Wallace
                                    Wexler Wallace LLP
                                    55 W Monroe Street, Suite 3300
                                    Chicago, Illinois 60603
                                    T. (312) 346-2222
                                    F. (312) 346-0022
                                    E. eaw@wexlerwallace.com

                                    Bryan F. Aylstock, Esq.
                                    Renee Baggett, Esq.
                                    Aylstock, Witkin, Kreis and Overholtz, PLC
                                    17 East Main Street, Suite 200
                                    Pensacola, Florida  32563
                                    T. (850) 202-1010
                                    F. (850) 916-7449
                                    E. rbaggett@awkolaw.com

1

Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T. 816-701-1102
F. 816-531-2372
E. tcartmell@wcllp.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 3, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>/s/ Edward A. Wallace</u>
Edward A. Wallace
Wexler Wallace LLP
55 W Monroe Street, Suite 3300
Chicago, Illinois 60603
T. (312) 346-2222
F. (312) 346-0022
E. eaw@wexlerwallace.com