IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                           MDL 2327

THIS DOCUMENT RELATES TO:
ALL WAVE 4 CASES IDENTIFIED IN
EXHIBIT A IN DEFENDANTS' MOTION FOR LEAVE TO
FILE OUT-OF-TIME MEMORANDUM [ECF NO. 3802]

**ORDER**

On May 2, 2017, defendants, Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson (collectively, "Ethicon") filed Defendants' Motion for Leave to File Out-Of-Time Memorandum in Support of Defendants' Motion to Exclude the General Opinions and Testimony of William Porter, M.D. [ECF No. 3802]. In the motion, Ethicon seeks to file an out-of-time Memorandum of Law in Support of their Motion to Exclude the General Opinions and Testimony of William Porter, M.D.

It is **ORDERED** that Defendants' Motion for Leave to File Out-Of-Time Memorandum in Support of Defendants' Motion to Exclude the General Opinions and Testimony of William Porter, M.D. is **GRANTED.** The Clerk is **DIRECTED** to file the Memorandum in Support of Defendants' Motion to Exclude the General Opinions and Testimony of William Porter, M.D. [ECF No. 3802-2]. The following deadlines apply:

1. Plaintiff's response to the Defendants' Motion to Exclude the General Opinions and Testimony of William Porter, M.D., and Memorandum in Support of the same is due no later than **May 17, 2017**;

2. Any reply to Defendants' Motion to Exclude the General Opinions and Testimony of William Porter, M.D., and Memorandum in Support is due no later than **May 25, 2017**;

The Clerk is **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 3, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE