## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO


### ORDER
(Dismissing Certain Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3685], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibits A-M,[1] and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibits A-M are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and

---

[1] The Joint Motion to Dismiss Defendants with Prejudice [ECF No. 3685] states that Exhibit A is attached, but Exhibits A-M are actually attached. The motion is construed to include all exhibits attached to the motion.

in the individual cases listed on the attached Exhibits A-M.

ENTER:  May 4, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-18518 | Melanie K. Miller v. Ethicon, Inc., et al. |
| 2:14-cv-19821 | Carol Ann Duncan as Executor of the Estate of Barbara Sue Lee, deceased v. Ethicon, Inc., et al. |
| 2:14-cv-20946 | Judy Lynn Carlisle and Jeff Carlisle v. Ethicon, Inc., et al. |
| 2:14-cv-20953 | Nilda Alvarado and Ronald Alvarado, Sr. v. Ethicon, Inc., et al. |
| 2:14-cv-20957 | Jennifer Celeste Cox v. Ethicon, Inc., et al. |
| 2:14-cv-21852 | June A. Walsh and Richard Walsh v. Ethicon, Inc., et al. |
| 2:14-cv-23941 | Mary Cordero and Ruben Cordero v. Ethicon, Inc., et al. |
| 2:14-cv-24161 | Sheila Fogel v. Ethicon, Inc., et al. |
| 2:14-cv-24666 | Genee Shahin and Fadil Shahin v. Ethicon, Inc., et al. |
| 2:14-cv-25052 | Howard Underwood Pounds, Jr., Executor of the Last Will and Testament of Marth Tinsley Pounds, deceased and Howard Pounds v. Ethicon, Inc., et al. |
| 2:14-cv-25285 | Kimberly Stevens v. Ethicon, Inc., et al. |
| 2:14-cv-25417 | Linda Lou Wessel and Leslie John Wessel, Sr. v. Ethicon, Inc., et al. |
|  |  |

| | |
|---|---|
| 2:14-cv-25694 | Susan Hutsell and Larry Hutsell<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25820 | Donna Ewing<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-27148 | Kathleen Ford<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-31358 | Linda Smith and Paul Smith<br>v.<br>Ethicon, Inc., et al. |
| 2:15-cv-00804 | Allison Missler and Thomas Missler<br>v.<br>Ethicon, Inc., et al. |
| 2:15-cv-02567 | Janice Galvin and James Galvin<br>v.<br>Ethicon, Inc., et al. |
| 2:15-cv-02707 | Marion Rice<br>v.<br>Ethicon, Inc., et al. |
| 2:15-cv-05317 | Theresa Custred and Mark Custred<br>v.<br>Ethicon, Inc., et al. |
| 2:15-cv-13176 | Brenda Patrick<br>v.<br>Ethicon, Inc., et al. |

**EXHIBIT B – BBAG/THE FINNELL FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-06098 | Tammy N. Blankenship and David Blankenship v. Ethicon, Inc., et al |

## EXHIBIT C – BBGA/THE FINNELL FIRM/MORGAN & MORGAN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:13-cv-00628 | Lynn Upton and John Upton v. Ethicon, Inc., et al |

**EXHIBIT D – BBGA/GREENE KETCHUM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:11-cv-00918 | Carolyn Sharp and Ernest Sharp<br>v.<br>Ethicon, Inc., et al. |

## EXHIBIT E – BBGA/COHEN & MALAD

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-00496 | Sonya M. Moreland and James R. Moreland<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00757 | Barbara Jane Bridges and Keith Bridges<br>v.<br>Ethicon, Inc., et al. |

## EXHIBIT F – BBGA/THE MAHER LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-00555 | Carolyn Sue Doyle v. Ethicon, Inc., et al. |

**EXHIBIT G – BBGA/MOTLEY RICE/BURKE HARVEY**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-01192 | Lorea Dotson and Eric Dotson v. Ethicon, Inc., et al.. |

**EXHIBIT H – BBGA/FREESE & GOSS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-01305 | Kimberly Diane Lager v. Ethicon, Inc., et al. |

## EXHIBIT I – BBGA/BURKE HARVEY/THE POTTS LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-01435 | Pamela Sue Grayson v. Ethicon, Inc., et al. |

**EXHIBIT J – BBGA/THE LAW OFFICES OF JOHN DAY**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-01848 | Lori Anne Copeland Parton, Executrix of the Estate of Sue Bilbrey Copeland, Deceased<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-09193 | Cris Tina Way and Fred Way<br>v.<br>Ethicon, Inc., et al. |

**EXHIBIT K – BBGA/MORGAN & MORGAN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-01879 | Myrtle Frances Dycus v. Ethicon, Inc., et al. |

**EXHIBIT L – BBGA/WALKUP MELODIA/MUELLER**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-02086 | Deborah D. Brady<br>v.<br>Ethicon, Inc., et al. |

### EXHIBIT M – BBGA/BURKE HARVEY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-02510 | Shirley Mae Thompson v. Ethicon, Inc., et al. |
| 2:14-cv-04466 | Martha M. Garcia and Guillermo Garcia v. Ethicon, Inc., et al. |
| 2:14-cv-24558 | Jeri Hetland and Joseph Hetland v. Ethicon, Inc., et al. |