IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------- ETHICON WAVE 4 CASES LISTED IN EXHIBIT A OF PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### REPLY TO NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF THOMAS C. WRIGHT JR., M.D. FOR WAVE 4

In a short paragraph at end of its "Notice of Adoption," Ethicon adds the additional argument that Plaintiffs' Wave 4 adoption of their Wave 1 briefing provides "no challenge to [Dr. Wright's] opinions specific to TVT." Def.'s Br. at 1. Ethicon does not even attempt to explain, however, how the opinions challenged through Plaintiffs' Wave 1 briefing would not also apply to Dr. Wright's TVT opinions in Wave 4—or any other Wave for that matter. In Wave 1, Plaintiffs' challenged Dr. Wright's opinions with regard to: the causes of Pelvic Organ Prolapse (POP) *and Stress Urinary Incontinence* (SUI); the treatment options for *both* these conditions; and the outcomes of those treatment options (including "success rates"). The basis of Plaintiffs' challenge to these POP and SUI opinions was simple: he has no clinical experience treating POP or SUI. See Dkt. No. 1988. And in its Wave 1 Order, this Court addressed Plaintiffs' arguments with regard to Dr. Wright's opinions on both POP and SUI. Dkt. No. 2661 at 6. Therefore, because Ethicon's TVT is used to treat SUI, Ethicon is simply wrong that Plaintiffs' Wave 1 arguments do not apply equally to Wave 4 cases involving the TVT.

Plaintiffs respectfully request that the Court grant Plaintiffs' motion to exclude the opinions of Thomas C. Wright Jr. M.D., for the reasons expressed in the adopted Wave 1 Memorandum (Dkt. No. 1988) and this Wave 4 Reply.

Dated: May 4, 2017                    Respectfully submitted,

/s/ Edward A. Wallace
Edward A. Wallace
Wexler Wallace LLP
55 W Monroe Street, Suite 3300
Chicago, Illinois 60603
T. (312) 346-2222
F. (312) 346-0022
E. eaw@wexlerwallace.com

Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
T. (850) 202-1010
F. (850) 916-7449
E. rbaggett@awkolaw.com

Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T. 816-701-1102
F. 816-531-2372
E. tcartmell@wcllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Edward A. Wallace
Edward A. Wallace
Wexler Wallace LLP
55 W Monroe Street, Suite 3300
Chicago, Illinois 60603
T. (312) 346-2222
F. (312) 346-0022
E. eaw@wexlerwallace.com