IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| THIS DOCUMENT RELATES TO: ETHICON WAVE 4 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR REPLY IN SUPPORT OF DAUBERT MOTION OF ANNE WILSON FOR WAVE 4**

The Defendants adopt and incorporate by reference the reply in support of their *Daubert* motion filed against Anne Wilson for Ethicon Wave 3 [Dkt. 3025]. Defendants respectfully request that the Court exclude Ms. Wilson's testimony, for the reasons expressed in the Wave 3 briefing. This notice applies to the Wave 4 cases identified in Exhibit A attached to Defendants' Notice of Adoption of Prior *Daubert* Motion of Anne Wilson for Wave 4 [Dkt. 3628].

              Respectfully submitted,

              */s/Christy D. Jones*
              Christy D. Jones
              Butler Snow LLP
              1020 Highland Colony Parkway
              Suite 1400 (39157)
              P.O. Box 6010
              Ridgeland, MS  39158-6010
              (601) 985-4523
              christy.jones@butlersnow.com

              */s/ David B. Thomas*
              David B. Thomas (W.Va. Bar #3731)
              Thomas Combs & Spann PLLC
              300 Summers Street
              Suite 1380 (25301)

P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC AND
JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/Christy D. Jones
Christy D. Jones

36412532v1