# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

## ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3689], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER:  May 5, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:10-cv-01310 | Brenda Sheets<br>v.<br>Ethicon, Inc. et al |
| 2:11-cv-00056 | Barbara Cline and Richard Cline<br>v.<br>Ethicon, Inc., et al. |
| 2:11-cv-00271 | Kendra Grove and Jeffrey Grove<br>v.<br>Ethicon, Inc., et al. |
| 2:11-cv-00279 | Linda Day and James Day<br>v.<br>Ethicon, Inc., et al. |
| 2:11-cv-00352 | Margaret Jill Goodwin and Carl Goodwin<br>v.<br>Ethicon, Inc., et al. |
| 2:11-cv-00353 | Margaret Forde and Arthur Forde<br>v.<br>Ethicon, Inc., et al. |
| 2:11-cv-00537 | Margaret Puhl and John Puhl<br>v.<br>Ethicon, Inc., et al. |
| 2:11-cv-00539 | George Lindsey as Personal Representative of the Estate of Lorie Lindsey and George Lindsey<br>v.<br>Ethicon, Inc., et al. |
| 2:11-cv-00682 | Shirley Ruffing and Jack Ruffing<br>v.<br>Ethicon, Inc., et al. |
| 2:11-cv-01004 | Susan Pucci and Stephen Pucci<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00064 | Revonda Towe and William Towe<br>v.<br>C. R. Bard, Inc., et al. |
| 2:12-cv-00286 | Quillan R. Garnett<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00351 | Kathy Barton<br>v. |

| | |
|---|---|
| | Ethicon, Inc., et al. |
| 2:12-cv-00387 | Mary LuEllen Kilday and Thomas Lawrence Kilday<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00389 | Janice Renee Swaney<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00468 | Amelia R. Gonzales and Ernest B. Gonzales<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00539 | Ann Louise Ruppel Fuller and Robert Dean Fuller<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00571 | Mary Catherine Turner, *f/k/a* Mary Catherine Wise<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00594 | Frances Ann Cortez and Herman Cortez<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00601 | Deanna Jean Thomas and Bennie G. Thomas<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00749 | Jennifer D. Van Rensburg and William C.J. Van Rensburg<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00821 | Julie Cooper, *f/k/a* Julie A. Barr and Michael M. Barr<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01114 | Elizabeth Miles and Wade Miles<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01284 | Judith Gowin<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01285 | Mary Jean Simpson and Gregory Allen Simpson<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01304 | Kathryn Pardoe Irwin and Arthur Vincent Irwin<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01426 | Sandra Rosalie Watson and Earl L. Watson<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01528 | Didina Gologan and Alexandru Gologan<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:12-cv-01529 | Kimberly Lee Burton and Christopher Carl Burton<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01549 | Lillie Harriet Crews and Wain E. Crews<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01552 | Bobbie Dianne Spitzner and James W. Spitzner<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01608 | Nancy Lee Lerille and Wayne William Lerille<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01616 | Margaret Christine Walkingstick<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01645 | Phyllis Smith Cole and Willie Ray Cole<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01695 | Konnie L. Mooney and James Mooney<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01746 | Vickie Lea Blevins and Robert Oliver Blevins<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01785 | Ann Jennette Lane and Daniel Mark Lane<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01803 | Lesley Mitchell Brookman and Michael Brookman<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01877 | Ruby G. Rogers and Dwayne L. Rogers<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01878 | Priscilla A. Irwin and Daniel S. Irwin<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-02022 | Betty Jean Bowers<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-02097 | Crystal Lynn Clay<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-02129 | Brenda Gail Morgan and Roy Lee Morgan<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-02165 | Amy Elizabeth Hreiz and Adel Elias Hreiz |

|  | v.<br>Ethicon, Inc., et al. |
|---|---|
| 2:12-cv-02179 | Patricia Graham Partin<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-02180 | Tina Marie Pageau<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-03213 | Misty Dawn Hollars<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-03868 | Shannon R. Manus<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-04329 | Eva Dean Martin<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-04374 | Donna K. Fuller, Executor under the Will of Carolyn G. Harn<br>v.<br>Ethicon, Inc., et al. |