IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                          MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3690], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: May 5, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-04823 | Brenda Gay Spence and Jerry Spence<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-04994 | Nancy LaFleur Guirges and Gamal Guirges<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-04995 | Deborah Ann Rakestraw and George Rakestraw, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-04999 | Michelle M. Perry and Greg Perry<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05000 | Patricia K. Wayne and Roy W. Wayne, Sr.<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05001 | Susan Ann Henderson and Billy Henderson<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05207 | Theresa Yvonne Brewer<br>v.<br>Ethicon, Inc., et al. |
| ~~2:12-cv-05208~~ | ~~Mindy R. Johnson and Adam Johnson~~<br>~~v.~~<br>~~Ethicon, Inc., et al.~~ |
| 2:12-cv-05209 | Kari Jean Flom and Christopher A. Flom<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05210 | Marlyce Anne Fistman and Patrick Lawrence Fistman<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05211 | Sheryl L. Johnson<br>v.<br>Ehticon, Inc., et al. |
| 2:12-cv-05213 | Ann C. Frazier<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05214 | Remelle Malone Burnett and William Burnett<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:12-cv-05223 | Lynn H. Roth and Samuel Roth<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05225 | Julia A. Reed<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05227 | Pamela Riches and Robert Basil Riches<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05230 | Nancy Lee Smith<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05231 | Victoria R. Solitto<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05233 | Emily Anne Sager<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05235 | Nancy J. Taylor and Charles K. Taylor<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05243 | Malka Wolf and Judah Wolf<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05245 | Kelly Smith Andronica and David A. Andronica<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05250 | Loretta B. Sharpe and John H. Sharpe<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05382 | Sandra Elaine Blayney and Ronald L. Blayney<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05384 | Patricia Ann Morton and John Morton<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05385 | Diana Marie Picerno and Ernest Joseph Picerno<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05386 | Katherine A. Prochno and Walter K. Prochno, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05419 | Kristina Ann DeSisto<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05420 | Kimberly Lynn Edge and Donald Keith Edge |

| | |
|---|---|
| | v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05421 | Elizabeth Eubanks<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05422 | Teresa Sue Fletcher and Eddie Fletcher, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05424 | Maria Pilar Morales<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05425 | Paula Mattingly and Daniel Mattingly<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05449 | Annette Roberts<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05450 | Katherine R. Sturm, Executor of the Estate of Marion Stewart Robbins<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05452 | Marcella Nereida Bethea<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05454 | Dina Munoz Harper<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05455 | Etiole Ann Laster<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05456 | Jeffrey Edward Norris, Personal Representative of the Estate of Mary M. Norris, deceased<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05457 | Doreen Worrell<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05518 | Ethel Dianna Hall<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05519 | Sharon Sue Grapes<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05524 | Betsy Bizarro<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:12-cv-05597 | Sue Ann Greenwald and Gary Greenwald<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05598 | Wanda F. Hudson<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05600 | Mary Helen Hall and Gaylord Hall<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05613 | Shelia May Murdock and Timothy Ray Murdock<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05623 | Teresa Joan Nelson<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05625 | Susan Diane Warren and William Warren<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05626 | Linda Lou Clark<br>v.<br>Ethicon, Inc., et al. |