IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3691], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: May 5, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

### EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-05628 | Joan S. Lane<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05734 | Autumn Brandice Arnold<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05736 | Karen Holdeman West and David C. West<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05738 | Debbie Lynn Thomason and Charles Douglas Thomason<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05740 | Loretta Gale Wright and Gene Wright<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05741 | Andrea Weiner and Matthew Weiner<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06022 | Carol Ann Schario<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06270 | Susan L. Dart and Harold E. Dart<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06490 | Vicki Herring Houk<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06491 | Charlie Mae Kreis<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06492 | Sylvia Agnes Sullivan and David L. Sullivan<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06495 | Mable Ruth Thomas and Walter Benson Thomas<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06496 | Rosetta Freely Haze and Jackie Haze<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:12-cv-06776 | Patricia Louise Pellman Orndorff and Donald Erwin Orndorff<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06777 | Nora Ann Margritz<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06779 | Cynthia Rebecca Marie Donnell<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06824 | Jeannette M. White and Harry W. White<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06826 | Diane Lynne Russell and Richard Thomas Russell<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06970 | Sherri Ann Vonholt<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06971 | Robert Earl Standley, Personal Representative of the Estate of Barbara Anne Standley, deceased<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06972 | Rebecca Y. Mavis<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06973 | May Christine Morris and Steven Morris<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06974 | Raquel Larriuz and William Larriuz, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07041 | Sandra Gayle Bellestri-Horn<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07042 | Darla S. Smith<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07045 | Valarie Sofianos and Ernest Sofianos<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07047 | Mary A. Ladner<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07116 | Linda Lee Lovelace and Daniel Lovelace<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:12-cv-07117 | Jimmy Rex Gowens, Sr., Independent Executor of the Will and Estate of Betty Evelyn Carnaghan, deceased and Richard Dale Carnaghan<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07118 | Brenda Bush Scott<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07120 | Tracy Melton Law and Kim Alan Law<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07121 | Dawn Marie Huebner<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07122 | Julia A. Holloway and David D. Holloway<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07123 | N. Jean Farrester<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07125 | Kaitlyn L. Ashbrook and Anthony Ashbrook<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07127 | Linda W. Felts and Jeffery Felts<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07128 | Kimberly Susan Dickey and Robert Dickey<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07129 | Lorna LuAnn Gage and Geoffrey Brian Gage<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07155 | Shirlee Grace Olinger and Joseph M. Olinger<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07240 | Matthew Dodds, Administrator with the Will Annexed, for Pamela J. Dodds, deceased and John Dodds<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07241 | Cynthia A. McGovern<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07242 | Evelyn M. Cala and Francis C. Cala<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-07294 | Brenda C. Torres and Alexander Treto<br>v. |

|                |                                            |
| -------------- | ------------------------------------------ |
|                | Ethicon, Inc., et al.                      |
| 2:12-cv-07296  | Irene Torres Dodson                        |
|                | v.                                         |
|                | Ethicon, Inc., et al.                      |
| 2:12-cv-07297  | Julie Goll and James Allen Goll, Jr.       |
|                | v.                                         |
|                | Ethicon, Inc., et al.                      |
| 2:12-cv-07301  | Margine Sills and Willie Sills             |
|                | v.                                         |
|                | Ethicon, Inc., et al.                      |
| 2:12-cv-07302  | Jane Marie Hughes and Wendell Scott Hughes |
|                | v.                                         |
|                | Ethicon, Inc., et al.                      |
| 2:12-cv-07303  | Mary Elizabeth Krug and Steven W. Krug     |
|                | v.                                         |
|                | Ethicon, Inc., et al.                      |
| 2:12-cv-07305  | Mary Louise Smith                          |
|                | v.                                         |
|                | Ethicon, Inc., et al.                      |
| 2:12-cv-07306  | Georgia Stevens                            |
|                | v.                                         |
|                | Ethicon, Inc., et al.                      |