# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

## ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3692], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER:  May 5, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-07309 | Elizabeth Ann Shafer<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-08449 | Linda Gilmore Christopher<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-08450 | Melissa Pinkston<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-08552 | Evelyn L. Booth<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-08554 | Gayle Andrews Ramirez and Joe Ramirez<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-09565 | Patricia Leah Pepera Bell and Larry Dee Bell<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-09566 | Jodie B. Burley<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-09569 | Lydia M. Goltz and Richard Goltz<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-09570 | Carole Ann Morgan-Jackson and Robert Jackson<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-09571 | Phyllis Pierce<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-00032 | Doris Jean Hart and Robert Mack Hart<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-00034 | Lena Mae Lowery and George Lowery, Sr.<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-00035 | Kimberlee Adamson Spivey and Jeff Spivey<br>v.<br>Ethicon, Inc., et al. |

| 2:13-cv-01091 | Rose M. Hensley and Luther Allen Hensley<br>v.<br>Ethicon, Inc., et al. |
|---|---|
| 2:13-cv-01093 | Alice Roman<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01193 | Lisa Darlene Eads and Michael T. Eads<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01194 | Donna A. Czukor and William Czukor<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01195 | Lori Jane Chanslor and Robert Lee Chanslor<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01196 | Verna L. Dobson Chedotte and Louis R. Chedotte<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01197 | Paula D. Craft<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01198 | Nancy E. Champion and Donald Champion<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01199 | Lynda Yvonne Del Rio and Michael Del Rio<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01452 | Anita L. Servais<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01455 | Janice Ethel Smith and Harold L. Smith<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01457 | Barbara Ann Vliet and Paul P. Vliet<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01826 | Beverly Heffelfinger and James E. Heffelfinger<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02865 | Malika Abrous and Abdennour Abrous<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02866 | Lillian Burton and Grafton Burton, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02867 | Debra Ashe Goff and Garrett Goff |

| | v. |
| --- | --- |
| | Ethicon, Inc., et al. |
| 2:13-cv-02870 | Sandra Kathy Richardson |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-02871 | Debra Kay Schweitzer |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-02886 | Diane E. Steinborn |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-02889 | Lisa L. Carter and Howard Wayne Morse |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-02958 | Mary Ellen Bakay and Gary Bakay |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-02959 | Karen Mary Baublitz and William Baublitz |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-02960 | Angela Naomi Bonnett |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-02961 | Cathie M. Brown and Charles E. Brown, Jr. |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-02963 | Linda Burton |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-02964 | Mary Jane Ellis |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-02966 | Margaret O'Reilly and Steven O'Reilly |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-02967 | Elaine P. Outen and Garry J. Outen |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-02969 | Elaine C. Walker |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-02971 | Sally Jane Wooten and Cereda Lee Wooten |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-05135 | Deborah Ann Elkins and Jeffrey Thomas Elkins |
| | v. |

|  | Ethicon, Inc., et al. |
|---|---|
| 2:13-cv-05473 | Mary Elizabeth Fast and Robert Charles Fast<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05507 | Beverly Ann Rocha<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05599 | Barbara Jane Eccleston<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05671 | Maureen M. Harris and Michael J. Harris<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05672 | Brenda Kay Lansing and Donald Gene Lansing<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05864 | Sheila F. Brashear and Charles D. Brashear<br>v.<br>Ethicon, Inc., et al. |