**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION MDL 2327

---

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3693], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: May 8, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-cv-05866 | Laura Lee Scudder v. Ethicon, Inc., et al. |
| 2:13-cv-05868 | Dawn M. Weaver and Bruce Weaver v. Ethicon, Inc., et al. |
| 2:13-cv-05876 | Thelma J. Dykes and Laythen Dykes v. Ethicon, Inc., et al. |
| 2:13-cv-06015 | Colleen Margaret Keys and Daniel W. Sinclair v. Ethicon, Inc., et al. |
| 2:13-cv-06017 | Judy Anne Ramirez and Carlton Ramirez v. Ethicon, Inc., et al. |
| 2:13-cv-06018 | Dorothy J. Paradis and Robert J. Paradis v. Ethicon, Inc., et al. |
| 2:13-cv-06019 | Annie Ruth McGriff v. Ethicon, Inc., et al. |
| 2:13-cv-06022 | Carol Lynn Iannuzzi and Charles A. Iannuzzi v. Ethicon, Inc., et al. |
| 2:13-cv-06024 | Janice M. Bresnick and Donald Bresnick v. Ethicon, Inc., et al. |
| 2:13-cv-06025 | Libby Helms Hale v. Ethicon, Inc., et al. |
| 2:13-cv-06067 | Debra Jean Sharpe v. Ethicon, Inc., et al. |
| 2:13-cv-06158 | Claudia Charlene Bradbury v. Ethicon, Inc., et al. |
| 2:13-cv-06304 | Bonnie Victoria McLain and Daniel McLain v. Ethicon, Inc., et al. |

| | |
|---|---|
| 2:13-cv-06305 | Deborah J. Peachee<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06435 | Donna Sue Anderson and Joseph William Anderson<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06512 | Yvonne Lee Sayers and Donald Ray Sayers<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06583 | Donna Marie Simmons and James Roy Simmons<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07571 | Sydna J. Ornbaum<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07575 | Tina Marie Hurst and Rodney O. Hurst<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07576 | Polly Ann Lewis<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07579 | Meshell R. Lavergne<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07580 | Helen L. Ross and Anthony J. Ross<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07581 | Marla J. Sappington and John Sappington<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07582 | Christina Maria Cowan<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07583 | Jeanne F. Lyttle and Robert W. Lyttle<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07584 | Ellen M. Bricker and Kenneth H. Bricker<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-08890 | Michelle Cozzi and Roger Cozzi<br>v.<br>Ethicon Inc., et al. |
| 2:13-cv-09043 | Elizabeth Gaudreau and Kenneth Gaudreau<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09144 | Sheila Alston |

| | |
|---|---|
| | v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09146 | Donna G. Davis & Edward A. Davis<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09147 | Cathy Lynn Hanigan<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09481 | Eleanor Irene Leistikow and Lewis Leistikow<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09482 | Gail Christine Kemery and Fred Kemery<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09483 | Debra Kay Sanders and Jerry Sanders<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09486 | Ken Brady, Administrator of the Estate of Sandra Lynn Brady and Ken Brady<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09487 | Carol Denise Harden<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09746 | Janet Branch-Pygott and Robert L. Pygott, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09769 | Glea S. Whitehead<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09921 | Susan S. Butler and Frederick J. Butler<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10083 | Mary Elizabeth Newkirk and Chris Newkirk<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10483 | Theresa E. Arthurhultz<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10692 | Jane Reid Higdon<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10693 | Clara L. Samuel<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10701 | Anne Johnston and John Bryce Johnston |

| | |
|---|---|
| | v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10791 | Lourdes Lozano and Ramon Lozano<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10794 | Kathleen Sullivan-Baker and Terrance Baker<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10964 | Bruce E. Fohl, Executor of the Last Will and Testament of Doris Ann Fohl and Bruce Fohl<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10969 | Brenda S. Shannon and Rodney Shannon<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10971 | Lyn M. Wilson and David H. Wilson<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10978 | Karen Faith Hilo<br>v.<br>Ethicon, Inc., et al. |