**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHEREN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM
      PRODUCTS LIABILITY LITIGATION            MDL No. 2327

--------------------------------------------------

THIS DOCUMENT RELATES TO THE CASES LISTED ON EXHIBIT A

**PRETRIAL ORDER # \_\_\_\_\_**
**(Re:  Order Dismissing Ethicon, LLC in Cases Listed on Exhibit A)**

Pursuant to PTO # 117, the Court granted Plaintiffs' Motion to Amend First Amended

Master Long Form Complaint and Jury Demand and Amended Master Short Form Complaint

[Docket # 886] to the extent it sought to remove defendant Ethicon, LLC from the Master Long

Form Complaint and Amended Short Form Complaint.  After the date of PTO #117, Ethicon,

LLC was removed from the Short Form Complaint and Amended Short Form Complaint in all

MDLs.  PTO #117 further provided that the Court would initiate a show cause process regarding

Ethicon, LLC in cases filed prior to the date of the Order.

The cases identified as part of Waves 2 and 3 discovery all pre-date PTO #117, and 187

of those cases name Ethicon, LLC as a defendant.  The parties have agreed to dismiss Ethicon,

LLC without prejudice from these cases, which are identified in Exhibit A.

It is **ORDERED** that Ethicon, LLC shall be dismissed without prejudice from each case

identified on Exhibit A.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in each

of the cases listed on Exhibit A.  In cases subsequently filed in this district after 2:16_____ a

copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each

2

new action at the time of filing of the complaint.  In cases subsequently removed or transferred to

this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel

appearing in each new action upon removal or transfer.  It shall be the responsibility of the

parties to review and abode by all pretrial orders previously entered by the court.  The orders

may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: _____, 2016


_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

ButlerSnow 33099985v1

EX. A

| Case Name | Civil Action Number | Wave |
|---|---|---|
| Adams, Jennifer & J.D. | 2:12-CV-07990 | 5 |
| Adkins, Lori & William Preston Martin | 2:12cv03751 | 4 |
| Alexander, Cathy L. | 2:12cv04002 | 4 |
| Alfred, Lula | 2:12cv04756 | 4 |
| Altvater, Mary | 2:12cv03265 | 4 |
| Alvarado, Jeanette | 2:12cv04196 | 4 |
| Alvarez, Abigail & Adrian Quito | 2:12-cv-06687 | 5 |
| Ammons, Lynn C. & Thomas B. | 2:12cv03853 | 4 |
| Anders, Shelby | 2:12cv05168 | 4 |
| Anderson, Mary | 2:12cv03437 | 4 |
| Armstrong, Janice A. & Edward Leon, Jr. | 2:12-cv-07190 | 5 |
| Armstrong, Jill Victoria | 2:12cv04025 | 4 |
| Arnold, Alice P. & Scott D. | 2:12-cv-07176 | 5 |
| Ashburn, Regina | 2:12cv03843 | 4 |
| Aston, Helen | 2:12cv03326 | 4 |
| Bailey, Glenda | 2:12cv03242 | 4 |
| Baker, Terri Lynn | 2:12cv04085 | 4 |
| Ball, Shannon & Darius | 2:12cv03728 | 4 |
| Barnes, Margaret A. & Clarence A. | 2:12cv04853 | 4 |
| Bartley, Sharon & Larry D. | 2:12cv04270 | 4 |
| Bates, Dana & Charles | 2:12cv03939 | 4 |
| Batis, Georgeann & John Steven | 2:12cv04257 | 4 |
| Beaman, Gloria & Gregory N. | 2:12-cv-08032 | 5 |
| Beckstead, Cicily & Jeffery | 2:12cv03849 | 4 |
| Bell, Charlotte | 2:12cv03260 | 4 |
| Bell, Tammy Louise & Shandon | 2:12-cv-06474 | 5 |
| Benz, Christine | 2:12cv04097 | 4 |
| Bernhardt, Florence | 2:12cv05476 | 4 |
| Berry, Brenda L. (Taylor) | 2:12cv04811 | 4 |
| Bertel, Brenda C. & Lanny | 2:12cv05136 | 4 |
| Bibb, Alice F. & Don | 2:12-cv-05882 | 5 |
| Biel, Frances & John | 2:12cv04254 | 4 |
| Bienvenu, Anne | 2:12-cv-07388 | 5 |
| Birchfield, Sheila & Dennis | 2:12cv05053 | 4 |
| Bird, Gladys | 2:12cv03869 | 4 |
| Bitowt, Suylane & John | 2:12-cv-06357 | 5 |
| Blades, Nancy & Wayne | 2:12cv04349 | 4 |
| Blankenship, Tina & Shelby | 2:12cv03867 | 4 |
| Blough, Cathy & Mark | 2:12cv04758 | 4 |
| Blum, Marsha Ann | 2:12cv05428 | 4 |

3

| | | |
|---|---|---|
| Bodah, Carole Ann | 2:12cv03733 | 4 |
| Boess, Jennifer H. & Jamie | 2:12cv04510 | 4 |
| Boettner, Brenda | 2:12cv03643 | 4 |
| Bordelon, Jane & Frederick, III | 2:12-cv-07431 | 5 |
| Borden, Rose | 2:12cv03692 | 4 |
| Borel, Sara | 2:12cv03259 | 4 |
| Boswell, Courtney Lynette | 2:12cv04770 | 4 |
| Bowers, Deborah | 2:12cv05477 | 4 |
| Bowman, Lynn M. & Bradley | 2:12cv05485 | 4 |
| Boyd, Betty & Richard | 2:12cv04047 | 4 |
| Branaman, Connie & James | 2:12cv03205 | 4 |
| Brattin, Cheri & Daryl | 2:12-cv-07134 | 5 |
| Breeden, Candy S. | 2:12cv04658 | 4 |
| Brittain, Kay f/k/a Kay Fifield & Claire, Jr. | 2:12cv03239 | 4 |
| Browley, Stephanie Q. & Marcus Johnson | 2:12cv04515 | 4 |
| Brown, Alfreda & Stephen | 2:12-cv-06872 | 5 |
| Brown, Ana Maria & Manford | 2:12cv05488 | 4 |
| Brown, Judy & Jerry | 2:12cv04906 | 4 |
| Buie, Phyllis Darlene | 2:12cv04838 - | 4 |
| Burlison, Shirley Ann | 2:12cv03893 | 4 |
| Burns, Deborah | 2:12cv04963 | 4 |
| Bynum, Rachel & Randall | 2:12cv03729 | 4 |
| Camanga, Dolores Ann | 2:12cv03957 | 4 |
| Carbon, Ediany & Albert | 2:12cv04269 | 4 |
| Carino, Jessamyn Rebekah & Frankie | 2:12cv04966 | 4 |
| Champion, Joyce & Charles | 2:12cv03723 | 4 |
| Chapman, Cheryl Annette | 2:12cv04001 | 4 |
| Christian, Kathy | 2:12cv03894 | 4 |
| Cisek, Donna | 2:12cv05521 | 4 |
| Clark, Addie | 2:12cv03598 | 4 |
| Clark, Gloria & James | 2:12cv03833 | 4 |
| Coake, Hope | 2:12cv05523 | 4 |
| Cockman, Martha & Ray | 2:12cv05504 | 4 |
| Collins, April & Paul | 2:12cv04828 | 4 |
| Collins, Melissa D. & Charles | 2:12cv03866 | 4 |
| Comstock, Margaret H. & Roger | 2:12cv05345 | 4 |
| Conley, Maglenda & Ray | 2:12cv03548 | 4 |
| Connolly, Peggy & Gregory | 2:12cv04026 | 4 |
| Conrath, Patrice & Michael | 2:12-cv-06823 | 5 |
| Coppinger, Mary & Robert | 2:12cv05129 | 4 |
| Cortes, Blanca & Larry Richardson | 2:12cv04284 | 4 |
| Cortez, Sonya | 2:12-cv-07984 | 5 |
| Cotton, Debbie | 2:12cv05530 | 4 |

| | | |
|---|---|---|
| Cottrell, Tammy & Rand A. | 2:12cv05480 | 4 |
| Coulson, Shirley J. | 2:12-cv-06671 | 5 |
| Cox, Brenda | 2:12cv04854 | 4 |
| Cox, Jennifer | 2:12cv05526 | 4 |
| Cox, Patty & Raymond | 2:12cv03616 | 4 |
| Cox, Shirley & Randall | 2:12cv05191 | 4 |
| Creager-Awichi, Sharon | 2:12cv05184 | 4 |
| Crespin, Tawnya | 2:12cv05004 | 4 |
| Cress, Wilma & Danny Lee, Jr. | 2:12cv05512 | 4 |
| Crete, Teresa L. & Kyle | 2:12cv04509 | 4 |
| Crook, Sandra Jordan | 2:12cv04998 | 4 |
| Cross, Kathy & Ian | 2:12cv02281 | 4 |
| Cross, Vicki Ann | 2:12cv04836 | 4 |
| Cupp, Joyce A. & Carmen | 2:12cv03547 | 4 |
| Custer, Charlotte & Kelly Michael | 2:12cv04948 | 4 |
| Dano, Autumn & Larry | 2:12cv04100 | 4 |
| Davis, Terri & Daniel | 2:12cv03726 | 4 |
| Dawson, Gloria | 2:12cv03264 | 4 |
| Deakins, Lucille & Donald | 2:12cv03605 | 4 |
| Decuir, Sabrina | 2:12cv04727 | 4 |
| Doane, Rebecca Jane | 2:12cv04763 | 4 |
| Dobard, Raja | 2:12-cv-07493 | 5 |
| Dodd, Stacey & Mikell | 2:12cv03237 | 4 |
| Dorsey, Cinnamon | 2:12cv05528 | 4 |
| Draper, Amy L. - | 2:12cv05594 | 4 |
| Duffy, Sharon | 2:12cv05529 | 4 |
| Duke, Yvonne Jean | 2:12-cv-07211 | 5 |
| Duncan, Debbie & Danny | 2:12cv04904 | 4 |
| Eckdahl, Patricia & Peter | 2:12cv03319 | 4 |
| Eddington, Rosalei May | 2:12cv04839 | 4 |
| Elliott, Sandra & John | 2:12cv03834 | 4 |
| Endicott, Judy M. & Gary | 2:12-cv-05916 | 5 |
| Erickson, Jennifer & Corey | 2:12cv05462 | 4 |
| Euans, Audrey J. & Brad | 2:12cv04514 | 4 |
| Eversole, Debbie | 2:12cv03593 | 4 |
| Fahlberg, Barbara & Herbert Joe | 2:12cv04946 | 4 |
| Fann, Carrie M. | .2:12-cv-07837 | 5 |
| Farrar, Lunda E. | 2:12cv03596 | 4 |
| Ferrell, Ann & Cecil | 2:12cv05593 | 4 |
| Ferrer, Brooke | 2:12cv04591 | 4 |
| Fields, Angela | 2:12cv04473 | 4 |
| Fincher, William, Administrator of the Estate of Latricia Fincher, deceased | 2:12cv05406 | 4 |

| | | |
|---|---|---|
| Fine, Vicki R. & Howard | 2:12cv03167 | 4 |
| Flowers, Lisa & Keith | 2:12cv03922 | 4 |
| Fox, Cynthia & Lonnie M. | 2:12cv04755 | 4 |
| Francis, Steven A., as personal representative of the Estate of Debbie Jean Francis, Deceased | 2:12cv03895 | 4 |
| Franks, Keri S. & Harvey L. | 2:12cv04283 | 4 |
| Fredenburg, Carol & Oliver | 2:12cv04513 | 4 |
| Fremin, Margaret Richard | 2:12-cv-07523 | 5 |
| Funk, Sharon | 2:12cv04761 | 4 |
| Furgason, Stacie & Jacky | 2:12cv05441 | 4 |
| Gaffield, Trisha & Kevin | 2:12cv04843 | 4 |
| Gaines, Jackie L. | 2:12cv04844 | 4 |
| Galarza, Delia | 2:12cv03998 | 4 |
| Garcia, Maria | 2:12cv05279 | 4 |
| Gaston, Deborah | 2:12-cv-06473 | 5 |
| Geisinger, Melinda P. | 2:12cv05112 | 4 |
| Geraty, Elaine G. | 2:12-cv-05830 | 5 |
| Gibbons, Shirley J. | 2:12cv05216 | 4 |
| Gibson, Connie Sue & Jesse Willis | 2:12cv05142 | 4 |
| Gillson, Carolyn A. & Robert | 2:12-cv-07537 | 5 |
| Glass, Beverly & William | 2:12cv03579 | 4 |
| Glenn, Kim F. & Timothy J. Brown | 2:12cv03996 | 4 |
| Goggins, Judy & Marshall | 2:12cv04827 | 4 |
| Goins, Sondra & William | 2:12cv03289 | 4 |
| Gomez, Celia | 2:12cv04776 | 4 |
| Gracon, Pamela M. & Lawrence | 2:12cv04516 | 4 |
| Green, Karen & Curtis | 2:12cv04851 | 4 |
| Gregory, Janice & John | 2:12cv03268 | 4 |
| Grindle, Marcia A. & Charles S. | 2:12-cv-07538 | 5 |
| Gross, Theresa | 2:12cv03842 | 4 |
| Gutillo, Tiffany | 2:12cv03378 | 4 |
| Hall, Teresa | 2:12cv04915 | 4 |
| Hall, Teresa & Brian | 2:12cv04846 | 4 |
| Hampton, Zona & Glen | 2:12cv03727 | 4 |
| Happel, Wendy B. & John M. | 2:12cv03889 | 4 |
| Harden, Terri | 2:12cv05413 | 4 |
| Harris, Jennie L. | 2:12cv03781 | 4 |
| Harris, Tina | 2:12cv03246 | 4 |
| Hartwig, Deborah M. & Douglas | 2:12cv05257 | 4 |
| Harvell, Rita | 2:12cv03586 | 4 |
| Heady, Tammy Jo | 2:12cv04040 | 4 |
| Heber, Jeannean & Arthur | 2:12cv03240 | 4 |
| Heidel, Barbara & James | 2:12cv03236 | 4 |

6

| | | |
|---|---|---|
| Herbert, Jane L. & William | 2:12cv03568 | 4 |
| Herold, Melissa & Matt | 2:12cv04412 | 4 |
| Himes, Carolyn | 2:12cv03595 | 4 |
| Hodge, Tammie Jean & Jerry | 2:12cv04847 | 4 |
| Hodge, Vivian L. | 2:12cv03898 | 4 |
| Hogue, Nancy & Ernest | 2:12cv03679 | 4 |
| Holden, Shirley | 2:12cv03899 | 4 |
| Hollingsworth, Melanie W. | 2:12cv03850 | 4 |
| Holloway, Janice M. & Martin G. | 2:12cv03417 | 4 |
| Hooten, Leota | 2:12cv05392 | 4 |
| Hopper, Sherry | 2:12cv04084 | 4 |
| Horton, Barbara & Michael | 2:12cv03641 | 4 |
| Howe, Cynthia A. & Fred | 2:12cv05237 | 4 |
| Hubbard, Pamela | 2:12cv03309 | 4 |
| Huffstetler, Jane & Charles | 2:12cv05150 | 4 |
| Humbert, Anne | 2:12cv04170 | 4 |
| Humphrey, Charlotte & Allen C., III | 2:12cv04810 | 4 |
| Huntington-Sell, Marcia as personal representative of the estate of Fabian Huntington | 2:12-cv-07979 | 5 |
| Husted, Stacy & Kenneth | 2:12cv05024 | 4 |
| Hutson, Glena D. | 2:12cv03900 | 4 |
| Jackson, Cynthia & William | 2:12cv03871 | 4 |
| Jackson, Laretta M. | 2:12-cv-07981 | 5 |
| James, LaJoyce & Jesse | 2:12cv04096 | 4 |
| Janus, Rosemary | 2:12cv04830 | 4 |
| Jefferson, Edna Marie | 2:12cv04849 | 4 |
| Jeffery, Melissa & Dewey | 2:12-cv-06130 | 5 |
| Jelks, Mary A. - | 2:12cv0451 | 4 |
| Jenkins, Robileen & Jerry | 2:12cv05405 | 4 |
| Jenkins, Tina & Randy | 2:12cv04082 | 4 |
| Jenkinson, Rebecca | 2:12cv04246 | 4 |
| Johnson, Crystal & Jonathan W. | 2:12cv04856 | 4 |
| Johnson, Pamela F. & James | 2:12cv03615 | 4 |
| Jolly, Shelia L. | 2:12cv03901 | 4 |
| Jones, Beverly & Greg 2 | 2:12cv05555 | 4 |
| Jones, Leslie & Calvin | 2:12-cv-07476 | 5 |
| Junior, Joyce | 2:12cv03299 | 4 |
| Justice, Brenda | 2:12cv03285 | 4 |
| Keller, Linda | 2:12cv03872 | 4 |
| Kelley, Peggy & Elton | 2:12cv03897 | 4 |
| Kennedy, Lillian M. | 2:12cv-05870 | 5 |
| Kerley, Lisa & K. Lynn | 2:12cv03786 | 4 |
| Kern, Sharon & Raymond | 2:12cv04760 | 4 |

| | | |
|---|---|---|
| Kimsey, Cathy & Christopher | 2:12cv04814 | 4 |
| Kirkland, Bernice | 2:12cv05569 | 4 |
| Kitts, Mary Ruth (Allman) | 2:12cv03916 | 4 |
| Knox, Frances M. & Thomas | 2:12cv03873 | 4 |
| Koepsel, Susan & Ned | 2:12-cv-08031 | 5 |
| Kramer, Catherine M. & James R. | 2:12cv03696 | 4 |
| Kramer, Susan & Lorin | 2:12-cv-07142 | 5 |
| Leach, Rhonda Lea | 2:12cv03917 | 4 |
| Ledezma, Brenda & Alipio | 2:12cv05505 | 4 |
| Lester, Mary E. | 2:12cv03560 | 4 |
| Lewis, Sandra | 2:12cv04474 | 4 |
| Lewis, Tammy & James | 2:12cv05169 | 4 |
| Lindsey, Becky & Jason | 2:12-cv-05935 | 5 |
| Lloyd, LaSedar M. & Mark S. | 2:12cv04061 | 4 |
| Lowery, Margie & John | 2:12cv04092 | 4 |
| Lucas, Sue A. | 2:12cv03025 | 4 |
| Lunsford, Sharon & Charles | 2:12cv03308 | 4 |
| Martin, Kirsten & Roger | 2:12cv05334 | 4 |
| Martin, Linda A. & Henry | 2:12-cv-07853 | 5 |
| Martin, Mary Elizabeth | 2:12cv05028 | 4 |
| Martinek, Esther | 2:12cv05478 | 4 |
| Massengill, Melissa & Franklin | 2:12cv03303 | 4 |
| Mays, Crystal Mae & Harold | 2:12cv03942 | 4 |
| McCoy, Clarisa | 2:12-cv-07646 | 5 |
| McCoy, Lesa Gail | 2:12cv05040 | 4 |
| McGee, Penny | 2:12cv03408 | 4 |
| McKay, Kara | 2:12cv03807 | 4 |
| McLain, Jamie & Travis | 2:12-cv-08004 | 5 |
| Mellody, Marilyn & Martin | 2:12cv04936 | 4 |
| Melton, Rebecca & Arthur | 2:12cv04094 | 4 |
| Morningstar, Wyonne K. & Robert | 2:12cv04038 | 4 |
| Moses, Christine Wilder & Robert | 2:12cv04005 | 4 |
| Mullins, Deborah Jean | 2:12cv03258 | 4 |
| Mullins, Lottie M. & Darrell | 2:12cv03577 | 4 |
| Nally, Carolyn | 2:12-cv-07542 | 5 |
| Neal, Glendora | 2:12cv03614 | 4 |
| Nevel, Mary L. & Thomas | 2:12cv04645 | 4 |
| Newton, Cynthia D. & Robert A. | 2:12cv05517 | 4 |
| Norris, Thelma | 2:12cv03294 | 4 |
| Ocker, Carol | 2:12cv03227 | 4 |
| Oddo, Karen V. & Nicholas | 2:12-cv-06762 | 5 |
| Oglesby, Robin | 2:12cv04062 | 4 |
| O'Neill, Kary | 2:12cv03642 | 4 |

| | | |
|---|---|---|
| Ouzts, Connie Melissa | 2:12cv03918 | 4 |
| Owens, Carmen | 2:12-cv-07637 | 5 |
| Patterson, Beverly & Donald  - | 2:12cv04282 | 4 |
| Paul, Claudine & Jack Gary | 2:12cv04808 | 4 |
| Pearson, Melissa | 2:12-cv-07989 | 5 |
| Peshewa, Melanie & Macaki | 2:12cv04332 | 4 |
| Peters, Christy | 2:12cv03249 | 4 |
| Petsch, Adrienne | 2:12cv04778 | 4 |
| Pigg, Felicia | 2:12-cv-07320 | 5 |
| Piquette, Anna  - | 2:12cv04934 | 4 |
| Plahmer, Donna & Gary | 2:12cv03241 | 4 |
| Poland, Nyla S. | 2:12cv04659 | 4 |
| Prescott, Sherry & J.C. | 2:12-cv-08012 | 5 |
| Pruitt, Tammy & Royce | 2:12cv03228 | 4 |
| Raney, Glenda & Gary | 2:12cv05551 | 4 |
| Rasch, Joan Marie | 2:12cv03952 | 4 |
| Ratledge, Lori & Edward | 2:12cv03835 | 4 |
| Raymond, Julie & James | 2:12cv04541 | 4 |
| Reed, Debra & Rodney | 2:12cv03325 | 4 |
| Reeves, Sarah | 2:12cv04790 | 4 |
| Rhoads, Marjorie Juanita | 2:12cv04243 | 4 |
| Rich, Dorothy M. | 2:12-cv-06269 | 5 |
| Riddle, Dawn Ann | 2:12cv05166 | 4 |
| Riffle, Kimberly A. & Michael | 2:12cv03611 | 4 |
| Rizer, Renae Lynn | 2:12cv05128 - | 4 |
| Roath, Amata Gayle | 2:12-cv-05841 | 5 |
| Robinson, Carol A. | 2:12cv05573 | 4 |
| Robinson, Michelle & Bobby, Jr. | 2:12cv03612 | 4 |
| Roman, Jeanette | 2:12cv05255 | 4 |
| Romero, Carolyn | 2:12cv03255 | 4 |
| Ronquille, Rebecca & Blane | 2:12cv05132 | 4 |
| Ruiz-Lambert, Tamara | 2:12cv03938 | 4 |
| Sales, Dorothy Jean & Millard | 2:12cv03682 | 4 |
| Sally, Wanda L. & Robert | 2:12cv04065 | 4 |
| Sanders, Jeri K. & Larry A. | 2:12-cv-05883 | 5 |
| Sandy, Ruth Lucille | 2:12-cv-06875 | 5 |
| Saylor, Katie & Jason | 2:12cv03553 | 4 |
| Schaffer, Stephanie | 2:12cv03229 | 4 |
| Schalk, Julie K. & Ron | 2:12cv04806 | 4 |
| Schlosser, Joan & Anthony, Jr. | 2:12cv03230 | 4 |
| Seto, Jewell | 2:12cv03243 | 4 |
| Shaner, Julie | 2:12cv03231 | 4 |
| Shaw, Carol | 2:12cv05239 | 4 |

| | | |
|---|---|---|
| Sheldon, Christine & Michael | 2:12cv04508 | 4 |
| Sloan, Penny | 2:12cv05515 | 4 |
| Smith, Barbara & Gary | 2:12cv04791 | 4 |
| Smith, Betty & Carl | 2:12cv03597 | 4 |
| Smith, Donna K. & William A. | 2:12-cv-07700 | 5 |
| Smith, Elizabeth B. | 2:12cv05395 | 4 |
| Smith, Ethel | 2:12cv03232 | 4 |
| Smith, Teresa & Dwaine | 2:12cv05305 | 4 |
| Smith-McDuffie, Katherine & Samuel | 2:12cv05379 | 4 |
| Sobie, Pamela & Raymond | 2:12cv04789 | 4 |
| Soloman, Misty | 2:12cv03233 | 4 |
| Sparkman, Sheridan Sheryl | 2:12cv04671 | 4 |
| Spencer, Tanya | 2:12cv03295 | 4 |
| Stahl, Judy M. | 2:12cv05340 | 4 |
| Stapleton, Shannon & Vansel | 2:12-cv-07987 | 5 |
| Staton, Toni | 2:12cv03724 | 4 |
| Stemmer, Ellen | 2:12-cv-06861 - | 5 |
| Stensgard, Janet | 2:12cv05389 | 4 |
| Stephens, Patricia | 2:12cv04081 | 4 |
| Stepski, Zinaida | 2:12cv05342 - | 4 |
| Stern, Michele | 2:12-cv-06914 | 5 |
| Strauss, Candace & Troy | 2:12cv05280 | 4 |
| Strunk, Sandy & Charles | 2:12cv04933 | 4 |
| Sunseri, Joyce & Louis - | 2:12cv03288 | 4 |
| Swink, Lisa | 2:12cv01290 | 4 |
| Taylor, Elizabeth & Robert | 2:12cv04083 | 4 |
| Te Ronde, Sherry L. | 2:12-cv-06195 | 5 |
| Thacker, Connie J. | 2:12cv03870 | 4 |
| Tharp, Iva June | 2:12cv03251 | 4 |
| Thomas, Deana | 2:12cv04095 | 4 |
| Thompson, Harriet & Bertram | 2:12cv03741 | 4 |
| Thornwall, Lorna G. | 2:12cv03854 | 4 |
| Thruman, Gladys | 2:12cv04930 | 4 |
| Timmerman, Nancy L. & John C. | 2:12-cv-06329 | 5 |
| Todd, Peggy & Edgar | 2:12cv03311 | 4 |
| Towns, Bertha & Frank | 2:12cv03306 | 4 |
| Tucker, Diana & Carl | 2:12cv04958 | 4 |
| Turner, Melanie | 2:12cv03847 | 4 |
| Turner, Norma J. & Lindel | 2:12-cv-05892 | 5 |
| Upchurch, Jessie | 2:12cv03238 | 4 |
| Valencia, Jasmine | 2:12cv05475 | 4 |
| Valverde, Cecilia & Robert | 2:12cv04991 | 4 |
| Vanderpool, Ortha | 2:12cv04087 | 4 |

| | | |
|---|---|---|
| Vanover, Sherry & Lawrence | 2:12cv03594 | 4 |
| Vieth, Judith A. | 2:12cv05228 | 4 |
| Wade, Mary F. & Forrest | 2:12cv04512 | 4 |
| Wagoner, Rosemary & Charlie | 2:12-cv-06871 | 5 |
| Walker, Lavonda M. & James | 2:12-cv-05863 | 5 |
| Warman, Doretta M. | 2:12cv05463 | 4 |
| Waterman, Doris | 2:12cv05253 | 4 |
| Watkins, Kitty M. & Larry | 2:12cv03578 | 4 |
| Watson, Ruth & Robert | 2:12cv03234 | 4 |
| Weaver, Karen & Victor E. | 2:12-cv-07769 | 5 |
| Webb, Wilma & Kenneth | 2:12cv03247 | 4 |
| West, Sherrill | 2:12cv03180 | 4 |
| West, Susan D. | 2:12cv03855 | 4 |
| Whipple, Christine & Douglas | 2:12cv05402 | 4 |
| White, Emma | 2:12cv03235 | 4 |
| White, Jessica & Jeremy | 2:12cv03736 | 4 |
| Whitehead, Rebecca & Randall | 2:12cv03552 | 4 |
| Wimberly, Sharon Marie | 2:12cv03932 | 4 |
| Wiseman, Jeanette | 2:12cv03252 | 4 |
| Wollitz, Cindy & John | 2:12cv05013 | 4 |
| Wooten, Melissa G. & John | 2:12cv03874 | 4 |
| Wurtz, Julieann & Bruce | 2:12cv04679 | 4 |
| Zaccardi, Cindy & Thomas | 2:12cv05312 | 4 |
| Zepp, Nancy & Leonard | 2:12-cv-06124 | 5 |

11