# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of West Virginia.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of West Virginia with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 08, 2017

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| WVS | 2 | 12−00489 | LAE | 2 | 11−02933 | Clayton et al v. Ethicon Inc et al |
| WVS | 2 | 12−00666 | LAE | 2 | 12−00484 | Loustaunau et al v. Ethicon, Inc. et al |
| WVS | 2 | 12−00995 | LAE | 2 | 12−00598 | Blake et al v. Ethicon, Inc. et al |
| WVS | 2 | 12−00997 | LAE | 2 | 12−00623 | Springer et al v. Johnson & Johnson et al |
| WVS | 2 | 12−00379 | LAW | 3 | 11−00362 | Shively et al v. Ethicon, Inc. et al |
| WVS | 2 | 12−00497 | LAW | 3 | 12−00191 | Bennett v. Ethicon, Inc. et al |
| WVS | 2 | 12−00376 | LAW | 5 | 11−01894 | Taylor v. Ethicon, Inc. et al |
| WVS | 2 | 12−01497 | MN | 0 | 12−01038 | Schomer v. Ethicon, Inc. et al |
| WVS | 2 | 12−01119 | MOW | 4 | 12−00380 | Rhynehart v. Ethicon, Inc. et al |
| WVS | 2 | 12−01493 | MOW | 4 | 12−00483 | Blackston et al v. Ethicon, Inc. et al |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

CHERISE SPRINGER, et al.,

        Plaintiffs,

v.                                 CIVIL ACTION NO.   2:12-cv-00997

ETHICON, INC., et al.,

        Defendants.


**ORDER AND SUGGESTION OF REMAND**

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that this action be remanded to the United States District Court for the Eastern District of Louisiana. All pretrial proceedings, including discovery and dispositive and *Daubert* motion practice, are substantially complete, and the case is ready for trial. I have attached a Suggestion of Remand Memorandum for the transferor court's reference.

Upon receipt of an order to remand from the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") *and* any joint designation of the MDL 2327 record by counsel, the Clerk of this court is directed to transmit the following to the transferor court: (1) a copy of the member case docket sheet; (2) the entire file for the member case; (3) the docket sheet for MDL 2327, 2:12-md-2327; (4) all Pretrial Orders ("PTO") entered in 2:12-md-2327; and (5) any other filing from 2:12-md-2327 which the parties jointly designate. It is **ORDERED** that within seven (7) days of the MDL Panel's transmittal of the remand order to this court, the parties shall file a joint

designation of any non-PTO filings from 2:12-md-2327. Designations must include all general

causation *Daubert* motions, responses and replies for any expert identified by the parties in this

case.

The court **DIRECTS** the Clerk to send a copy of this Order and Suggestion of Remand to

the Clerk of the MDL Panel, counsel of record and any unrepresented party.

ENTER:    April 25, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

CHARLENE LOGAN TAYLOR,

          Plaintiff,

v.                              CIVIL ACTION NO.   2:12-cv-00376

ETHICON, INC., et al.,

          Defendants.

## ORDER AND SUGGESTION OF REMAND

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that this action be remanded to the United States District Court for the Western District of Louisiana. All pretrial proceedings, including discovery and dispositive and *Daubert* motion practice, are substantially complete, and the case is ready for trial. I have attached a Suggestion of Remand Memorandum for the transferor court's reference.

Upon receipt of an order to remand from the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") *and* any joint designation of the MDL 2327 record by counsel, the Clerk of this court is directed to transmit the following to the transferor court: (1) a copy of the member case docket sheet; (2) the entire file for the member case; (3) the docket sheet for MDL 2327, 2:12-md-2327; (4) all Pretrial Orders ("PTO") entered in 2:12-md-2327; and (5) any other filing from 2:12-md-2327 which the parties jointly designate. It is **ORDERED** that within seven (7) days of the MDL Panel's transmittal of the remand order to this court, the parties shall file a joint

designation of any non-PTO filings from 2:12-md-2327. Designations must include all general causation *Daubert* motions, responses and replies for any expert identified by the parties in this case.

The court **DIRECTS** the Clerk to send a copy of this Order and Suggestion of Remand to the Clerk of the MDL Panel, counsel of record and any unrepresented party.

ENTER:      April 25, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

TERI KEY SHIVELY, et al.,

                  Plaintiffs,

v.                                    CIVIL ACTION NO.  2:12-cv-00379

ETHICON, INC., et al.,

                  Defendants.

**ORDER AND SUGGESTION OF REMAND**

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that this action be remanded to the United States District Court for the Western District of Louisiana. All pretrial proceedings, including discovery and dispositive and *Daubert* motion practice, are substantially complete, and the case is ready for trial. I have attached a Suggestion of Remand Memorandum for the transferor court's reference.

Upon receipt of an order to remand from the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") *and* any joint designation of the MDL 2327 record by counsel, the Clerk of this court is directed to transmit the following to the transferor court: (1) a copy of the member case docket sheet; (2) the entire file for the member case; (3) the docket sheet for MDL 2327, 2:12-md-2327; (4) all Pretrial Orders ("PTO") entered in 2:12-md-2327; and (5) any other filing from 2:12-md-2327 which the parties jointly designate. It is **ORDERED** that within seven (7) days of the MDL Panel's transmittal of the remand order to this court, the parties shall file a joint designation of any non-PTO filings from 2:12-md-2327. Designations must include all general

causation *Daubert* motions, responses and replies for any expert identified by the parties in this case.

The court **DIRECTS** the Clerk to send a copy of this Order and Suggestion of Remand to the Clerk of the MDL Panel, counsel of record and any unrepresented party.

ENTER:     April 25, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

DINA SANDERS BENNETT,

                Plaintiff,

v.                                   CIVIL ACTION NO.   2:12-cv-00497

ETHICON, INC., et al.,

                Defendants.

**ORDER AND SUGGESTION OF REMAND**

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that this action be remanded to the United States District Court for the Western District of Louisiana. All pretrial proceedings, including discovery and dispositive and *Daubert* motion practice, are substantially complete, and the case is ready for trial. I have attached a Suggestion of Remand Memorandum for the transferor court's reference.

Upon receipt of an order to remand from the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") *and* any joint designation of the MDL 2327 record by counsel, the Clerk of this court is directed to transmit the following to the transferor court: (1) a copy of the member case docket sheet; (2) the entire file for the member case; (3) the docket sheet for MDL 2327, 2:12-md-2327; (4) all Pretrial Orders ("PTO") entered in 2:12-md-2327; and (5) any other filing from 2:12-md-2327 which the parties jointly designate. It is **ORDERED** that within seven (7) days of the MDL Panel's transmittal of the remand order to this court, the parties shall file a joint

designation of any non-PTO filings from 2:12-md-2327. Designations must include all general causation *Daubert* motions, responses and replies for any expert identified by the parties in this case.

The court **DIRECTS** the Clerk to send a copy of this Order and Suggestion of Remand to the Clerk of the MDL Panel, counsel of record and any unrepresented party.

ENTER:        April 25, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

DONNA LOUSTAUNAU, et al.,

                Plaintiffs,

v.                                    CIVIL ACTION NO.   2:12-cv-00666

ETHICON, INC., et al.,

                Defendants.

## ORDER AND SUGGESTION OF REMAND

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that this action be remanded to the United States District Court for the Eastern District of Louisiana. All pretrial proceedings, including discovery and dispositive and *Daubert* motion practice, are substantially complete, and the case is ready for trial. I have attached a Suggestion of Remand Memorandum for the transferor court's reference.

Upon receipt of an order to remand from the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") *and* any joint designation of the MDL 2327 record by counsel, the Clerk of this court is directed to transmit the following to the transferor court: (1) a copy of the member case docket sheet; (2) the entire file for the member case; (3) the docket sheet for MDL 2327, 2:12-md-2327; (4) all Pretrial Orders ("PTO") entered in 2:12-md-2327; and (5) any other filing from 2:12-md-2327 which the parties jointly designate. It is **ORDERED** that within seven (7) days of the MDL Panel's transmittal of the remand order to this court, the parties shall file a joint

designation of any non-PTO filings from 2:12-md-2327. Designations must include all general causation *Daubert* motions, responses and replies for any expert identified by the parties in this case.

The court **DIRECTS** the Clerk to send a copy of this Order and Suggestion of Remand to the Clerk of the MDL Panel, counsel of record and any unrepresented party.

ENTER:          April 25, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON DIVISION**

BONNIE BLAKE, et al.,

                    Plaintiffs,

v.                                        CIVIL ACTION NO.   2:12-cv-00995

ETHICON, INC., et al.,

                    Defendants.


**ORDER AND SUGGESTION OF REMAND**

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that this action be remanded to the United States District Court for the Eastern District of Louisiana. All pretrial proceedings, including discovery and dispositive and *Daubert* motion practice, are substantially complete, and the case is ready for trial. I have attached a Suggestion of Remand Memorandum for the transferor court's reference.

Upon receipt of an order to remand from the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") *and* any joint designation of the MDL 2327 record by counsel, the Clerk of this court is directed to transmit the following to the transferor court: (1) a copy of the member case docket sheet; (2) the entire file for the member case; (3) the docket sheet for MDL 2327, 2:12-md-2327; (4) all Pretrial Orders ("PTO") entered in 2:12-md-2327; and (5) any other filing from 2:12-md-2327 which the parties jointly designate. It is **ORDERED** that within seven (7) days of the MDL Panel's transmittal of the remand order to this court, the parties shall file a joint

designation of any non-PTO filings from 2:12-md-2327. Designations must include all general causation *Daubert* motions, responses and replies for any expert identified by the parties in this case.

The court **DIRECTS** the Clerk to send a copy of this Order and Suggestion of Remand to the Clerk of the MDL Panel, counsel of record and any unrepresented party.

ENTER:      April 25, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

PENNY RHYNEHART,

                Plaintiff,

v.                                  CIVIL ACTION NO.   2:12-cv-01119

ETHICON, INC., et al.,

                Defendants.

**ORDER AND SUGGESTION OF REMAND**

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that this action be remanded to the United States District Court for the Western District of Missouri.[1] All pretrial proceedings, including discovery and dispositive and *Daubert* motion practice, are substantially complete, and the case is ready for trial. I have attached a Suggestion of Remand Memorandum for the transferor court's reference.

Upon receipt of an order to remand from the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") *and* any joint designation of the MDL 2327 record by counsel, the Clerk of this court is directed to transmit the following to the transferor court: (1) a copy of the member case docket sheet; (2) the entire file for the member case; (3) the docket sheet for MDL 2327, 2:12-md-2327; (4) all Pretrial Orders ("PTO") entered in 2:12-md-2327; and (5) any other filing from 2:12-md-2327 which the parties jointly designate. It is **ORDERED** that within seven (7) days of

---

[1] I note that the parties jointly identified the United States District Court for the Eastern District of Tennessee as the proper venue for this case.

the MDL Panel's transmittal of the remand order to this court, the parties shall file a joint designation of any non-PTO filings from 2:12-md-2327. Designations must include all general causation *Daubert* motions, responses and replies for any expert identified by the parties in this case.

The court **DIRECTS** the Clerk to send a copy of this Order and Suggestion of Remand to the Clerk of the MDL Panel, counsel of record and any unrepresented party.

ENTER:      April 25, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

OSSIE BLACKSTON, et al.,

                Plaintiffs,

v.                                CIVIL ACTION NO.   2:12-cv-01493

ETHICON, INC., et al.,

                Defendants.

**ORDER AND SUGGESTION OF REMAND**

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that this action be remanded to the United States District Court for the Western District of Missouri.[1] All pretrial proceedings, including discovery and dispositive and *Daubert* motion practice, are substantially complete, and the case is ready for trial. I have attached a Suggestion of Remand Memorandum for the transferor court's reference.

Upon receipt of an order to remand from the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") *and* any joint designation of the MDL 2327 record by counsel, the Clerk of this court is directed to transmit the following to the transferor court: (1) a copy of the member case docket sheet; (2) the entire file for the member case; (3) the docket sheet for MDL 2327, 2:12-md-2327; (4) all Pretrial Orders ("PTO") entered in 2:12-md-2327; and (5) any other filing from

---

[1] I note that the parties dispute the proper venue for this case. The plaintiffs have identified the United States District Court for the District of Maryland as the proper venue while the defendants contend that the United States District Court for the Western District of Missouri is the proper venue.

2:12-md-2327 which the parties jointly designate. It is **ORDERED** that within seven (7) days of the MDL Panel's transmittal of the remand order to this court, the parties shall file a joint designation of any non-PTO filings from 2:12-md-2327. Designations must include all general causation *Daubert* motions, responses and replies for any expert identified by the parties in this case.

The court **DIRECTS** the Clerk to send a copy of this Order and Suggestion of Remand to the Clerk of the MDL Panel, counsel of record and any unrepresented party.

ENTER:      April 25, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

MARGARET A. SCHOMER,

            Plaintiff,

v.                                                    CIVIL ACTION NO.   2:12-cv-01497

ETHICON, INC., et al.,

            Defendants.

**ORDER AND SUGGESTION OF REMAND**

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that this action be remanded to the United States District Court for the District of Minnesota. All pretrial proceedings, including discovery and dispositive and *Daubert* motion practice, are substantially complete, and the case is ready for trial. I have attached a Suggestion of Remand Memorandum for the transferor court's reference.

Upon receipt of an order to remand from the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") *and* any joint designation of the MDL 2327 record by counsel, the Clerk of this court is directed to transmit the following to the transferor court: (1) a copy of the member case docket sheet; (2) the entire file for the member case; (3) the docket sheet for MDL 2327, 2:12-md-2327; (4) all Pretrial Orders ("PTO") entered in 2:12-md-2327; and (5) any other filing from 2:12-md-2327 which the parties jointly designate. It is **ORDERED** that within seven (7) days of the MDL Panel's transmittal of the remand order to this court, the parties shall file a joint designation of any non-PTO filings from 2:12-md-2327. Designations must include all general

causation *Daubert* motions, responses and replies for any expert identified by the parties in this case.

The court **DIRECTS** the Clerk to send a copy of this Order and Suggestion of Remand to the Clerk of the MDL Panel, counsel of record and any unrepresented party.

ENTER:      April 25, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON DIVISION**

MELISSA CLAYTON, et al.,

                Plaintiffs,

v.                                   CIVIL ACTION NO.   2:12-cv-00489

ETHICON, INC., et al.,

                Defendants.

**ORDER AND SUGGESTION OF REMAND**

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that this action be remanded to the United States District Court for the Eastern District of Louisiana. All pretrial proceedings, including discovery and dispositive and *Daubert* motion practice, are substantially complete, and the case is ready for trial. I have attached a Suggestion of Remand Memorandum for the transferor court's reference.

Upon receipt of an order to remand from the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") *and* any joint designation of the MDL 2327 record by counsel, the Clerk of this court is directed to transmit the following to the transferor court: (1) a copy of the member case docket sheet; (2) the entire file for the member case; (3) the docket sheet for MDL 2327, 2:12-md-2327; (4) all Pretrial Orders ("PTO") entered in 2:12-md-2327; and (5) any other filing from 2:12-md-2327 which the parties jointly designate. It is **ORDERED** that within seven (7) days of the MDL Panel's transmittal of the remand order to this court, the parties shall file a joint

designation of any non-PTO filings from 2:12-md-2327. Designations must include all general

causation *Daubert* motions, responses and replies for any expert identified by the parties in this

case.

The court **DIRECTS** the Clerk to send a copy of this Order and Suggestion of Remand to

the Clerk of the MDL Panel, counsel of record and any unrepresented party.

ENTER:      April 25, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation CRO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
05/08/2017 09:41 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/8/2017 at 9:41 AM EDT and filed on 5/8/2017
**Case Name:**        IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**      MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on
5/8/17. Please see pleading (31 in LAE/2:11-cv-02933, 7 in LAE/2:12-cv-00484, 7 in
LAE/2:12-cv-00598, 7 in LAE/2:12-cv-00623, 43 in LAW/3:11-cv-00362, 7 in LAW/3:12-cv-
00191, 43 in LAW/5:11-cv-01894, [2779] in MDL No. 2327, 7 in MN/0:12-cv-01038, 7 in
MOW/4:12-cv-00380, 7 in MOW/4:12-cv-00483).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is
attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party
an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition
was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so
transferred by the Panel shall be remanded by the Panel at or before the conclusion of
such pretrial proceedings to the district from which it was transferred. Parties are to
furnish S.D. West Virginia with a stipulation or designation of the contents of the record
to be remanded and all necessary copies of any pleading or other matter filed to comply
with the remand order.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.**

**Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)**

**Case Name:**    Taylor v. Ethicon, Inc. et al
**Case Number:**    LAW/5:11-cv-01894
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/8/17. Please see pleading (31 in LAE/2:11-cv-02933, 7 in LAE/2:12-cv-00484, 7 in LAE/2:12-cv-00598, 7 in LAE/2:12-cv-00623, 43 in LAW/3:11-cv-00362, 7 in LAW/3:12-cv-00191, 43 in LAW/5:11-cv-01894, [2779] in MDL No. 2327, 7 in MN/0:12-cv-01038, 7 in MOW/4:12-cv-00380, 7 in MOW/4:12-cv-00483).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.**

**Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)**

**Case Name:**    Shively et al v. Ethicon, Inc. et al
**Case Number:**    LAW/3:11-cv-00362
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/8/17. Please see pleading (31 in LAE/2:11-cv-02933, 7 in LAE/2:12-cv-00484, 7 in**

LAE/2:12-cv-00598, 7 in LAE/2:12-cv-00623, 43 in LAW/3:11-cv-00362, 7 in LAW/3:12-cv-00191, 43 in LAW/5:11-cv-01894, [2779] in MDL No. 2327, 7 in MN/0:12-cv-01038, 7 in MOW/4:12-cv-00380, 7 in MOW/4:12-cv-00483).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.

Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)

| | |
|---|---|
| **Case Name:** | Springer et al v. Johnson & Johnson et al |
| **Case Number:** | LAE/2:12-cv-00623 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/8/17. Please see pleading (31 in LAE/2:11-cv-02933, 7 in LAE/2:12-cv-00484, 7 in LAE/2:12-cv-00598, 7 in LAE/2:12-cv-00623, 43 in LAW/3:11-cv-00362, 7 in LAW/3:12-cv-00191, 43 in LAW/5:11-cv-01894, [2779] in MDL No. 2327, 7 in MN/0:12-cv-01038, 7 in MOW/4:12-cv-00380, 7 in MOW/4:12-cv-00483).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to

furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.

Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)

| | |
|---|---|
| **Case Name:** | Clayton et al v. Ethicon Inc et al |
| **Case Number:** | LAE/2:11-cv-02933 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/8/17. Please see pleading (31 in LAE/2:11-cv-02933, 7 in LAE/2:12-cv-00484, 7 in LAE/2:12-cv-00598, 7 in LAE/2:12-cv-00623, 43 in LAW/3:11-cv-00362, 7 in LAW/3:12-cv-00191, 43 in LAW/5:11-cv-01894, [2779] in MDL No. 2327, 7 in MN/0:12-cv-01038, 7 in MOW/4:12-cv-00380, 7 in MOW/4:12-cv-00483).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.

Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)

| | |
|---|---|
| **Case Name:** | Schomer v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-01038 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/8/17. Please see pleading (31 in LAE/2:11-cv-02933, 7 in LAE/2:12-cv-00484, 7 in LAE/2:12-cv-00598, 7 in LAE/2:12-cv-00623, 43 in LAW/3:11-cv-00362, 7 in LAW/3:12-cv-00191, 43 in LAW/5:11-cv-01894, [2779] in MDL No. 2327, 7 in MN/0:12-cv-01038, 7 in MOW/4:12-cv-00380, 7 in MOW/4:12-cv-00483).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.

Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)

| | |
|---|---|
| **Case Name:** | Blackston et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00483 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/8/17. Please see pleading (31 in LAE/2:11-cv-02933, 7 in LAE/2:12-cv-00484, 7 in LAE/2:12-cv-00598, 7 in LAE/2:12-cv-00623, 43 in LAW/3:11-cv-00362, 7 in LAW/3:12-cv-00191, 43 in LAW/5:11-cv-01894, [2779] in MDL No. 2327, 7 in MN/0:12-cv-01038, 7 in MOW/4:12-cv-00380, 7 in MOW/4:12-cv-00483).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.

Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)

| | |
|---|---|
| **Case Name:** | Loustaunau et al v. Ethicon, Inc. et al |
| **Case Number:** | LAE/2:12-cv-00484 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/8/17. Please see pleading (31 in LAE/2:11-cv-02933, 7 in LAE/2:12-cv-00484, 7 in LAE/2:12-cv-00598, 7 in LAE/2:12-cv-00623, 43 in LAW/3:11-cv-00362, 7 in LAW/3:12-cv-00191, 43 in LAW/5:11-cv-01894, [2779] in MDL No. 2327, 7 in MN/0:12-cv-01038, 7 in MOW/4:12-cv-00380, 7 in MOW/4:12-cv-00483).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.

Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894,

**MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)**

| | |
|---|---|
| **Case Name:** | Bennett v. Ethicon, Inc. et al |
| **Case Number:** | LAW/3:12-cv-00191 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/8/17. Please see pleading (31 in LAE/2:11-cv-02933, 7 in LAE/2:12-cv-00484, 7 in LAE/2:12-cv-00598, 7 in LAE/2:12-cv-00623, 43 in LAW/3:11-cv-00362, 7 in LAW/3:12-cv-00191, 43 in LAW/5:11-cv-01894, [2779] in MDL No. 2327, 7 in MN/0:12-cv-01038, 7 in MOW/4:12-cv-00380, 7 in MOW/4:12-cv-00483).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.**

**Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)**

| | |
|---|---|
| **Case Name:** | Blake et al v. Ethicon, Inc. et al |
| **Case Number:** | LAE/2:12-cv-00598 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/8/17. Please see pleading (31 in LAE/2:11-cv-02933, 7 in LAE/2:12-cv-00484, 7 in LAE/2:12-cv-00598, 7 in LAE/2:12-cv-00623, 43 in LAW/3:11-cv-00362, 7 in LAW/3:12-cv-00191, 43 in LAW/5:11-cv-01894, [2779] in MDL No. 2327, 7 in MN/0:12-cv-01038, 7 in**

MOW/4:12-cv-00380, 7 in MOW/4:12-cv-00483).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.

Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)

**Case Name:**        Rhynehart v. Ethicon, Inc. et al
**Case Number:**     MOW/4:12-cv-00380
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/8/17. Please see pleading (31 in LAE/2:11-cv-02933, 7 in LAE/2:12-cv-00484, 7 in LAE/2:12-cv-00598, 7 in LAE/2:12-cv-00623, 43 in LAW/3:11-cv-00362, 7 in LAW/3:12-cv-00191, 43 in LAW/5:11-cv-01894, [2779] in MDL No. 2327, 7 in MN/0:12-cv-01038, 7 in MOW/4:12-cv-00380, 7 in MOW/4:12-cv-00483).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply

**with the remand order.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.**

**Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)**

No public notice (electronic or otherwise) sent because the entry is private



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Finalized Conditional Remand Order
JPMLCMECF
to:
JPMLCMDECF
05/08/2017 09:35 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.**

## United States

## United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/8/2017 at 9:33 AM EDT and filed on 5/8/2017
**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 2779

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (29 in LAE/2:11-cv-02933, 5 in
LAE/2:12-cv-00484, 5 in LAE/2:12-cv-00598, 5 in LAE/2:12-cv-00623, 41 in LAW/3:11-cv-
00362, 5 in LAW/3:12-cv-00191, 41 in LAW/5:11-cv-01894, [2771] in MDL No. 2327, 5 in
MN/0:12-cv-01038, 5 in MOW/4:12-cv-00380, 5 in MOW/4:12-cv-00483) ) - 10 action(s) -
Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.**

**(Attachments: # (1) Suggestion of Remand)**

**Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-
00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894,
MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)**

**Case Name:**       Taylor v. Ethicon, Inc. et al
**Case Number:**    LAW/5:11-cv-01894
**Filer:**

**Document Number:** 43

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (29 in LAE/2:11-cv-02933, 5 in LAE/2:12-cv-00484, 5 in LAE/2:12-cv-00598, 5 in LAE/2:12-cv-00623, 41 in LAW/3:11-cv-00362, 5 in LAW/3:12-cv-00191, 41 in LAW/5:11-cv-01894, [2771] in MDL No. 2327, 5 in MN/0:12-cv-01038, 5 in MOW/4:12-cv-00380, 5 in MOW/4:12-cv-00483) ) - 10 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)**

**Case Name:**    Shively et al v. Ethicon, Inc. et al
**Case Number:**    LAW/3:11-cv-00362
**Filer:**
**Document Number:** 43

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (29 in LAE/2:11-cv-02933, 5 in LAE/2:12-cv-00484, 5 in LAE/2:12-cv-00598, 5 in LAE/2:12-cv-00623, 41 in LAW/3:11-cv-00362, 5 in LAW/3:12-cv-00191, 41 in LAW/5:11-cv-01894, [2771] in MDL No. 2327, 5 in MN/0:12-cv-01038, 5 in MOW/4:12-cv-00380, 5 in MOW/4:12-cv-00483) ) - 10 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)**

**Case Name:**    Springer et al v. Johnson & Johnson et al
**Case Number:**    LAE/2:12-cv-00623
**Filer:**
**Document Number:** 7

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (29 in LAE/2:11-cv-02933, 5 in LAE/2:12-cv-00484, 5 in LAE/2:12-cv-00598, 41 in LAW/3:11-cv-00362, 5 in LAW/3:12-cv-00191, 41 in LAW/5:11-cv-01894, [2771] in MDL No. 2327, 5 in MN/0:12-cv-01038, 5 in MOW/4:12-cv-00380, 5 in MOW/4:12-cv-00483) ) - 10 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)**

**Case Name:**        Clayton et al v. Ethicon Inc et al
**Case Number:**      LAE/2:11-cv-02933
**Filer:**
**Document Number:** 31

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (29 in LAE/2:11-cv-02933, 5 in LAE/2:12-cv-00484, 5 in LAE/2:12-cv-00598, 5 in LAE/2:12-cv-00623, 41 in LAW/3:11-cv-00362, 5 in LAW/3:12-cv-00191, 41 in LAW/5:11-cv-01894, [2771] in MDL No. 2327, 5 in MN/0:12-cv-01038, 5 in MOW/4:12-cv-00380, 5 in MOW/4:12-cv-00483) ) - 10 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)**

**Case Name:**        Schomer v. Ethicon, Inc. et al
**Case Number:**      MN/0:12-cv-01038
**Filer:**
**Document Number:** 7

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (29 in LAE/2:11-cv-02933, 5 in LAE/2:12-cv-00484, 5 in LAE/2:12-cv-00598, 5 in LAE/2:12-cv-00623, 41 in LAW/3:11-cv-00362, 5 in LAW/3:12-cv-00191, 41 in LAW/5:11-cv-01894, [2771] in MDL No. 2327, 5 in MN/0:12-cv-01038, 5 in MOW/4:12-cv-00380, 5 in MOW/4:12-cv-00483) ) - 10 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)**

**Case Name:**        Blackston et al v. Ethicon, Inc. et al

**Case Number:**   MOW/4:12-cv-00483
**Filer:**
**Document Number:** 7

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (29 in LAE/2:11-cv-02933, 5 in LAE/2:12-cv-00484, 5 in LAE/2:12-cv-00598, 5 in LAE/2:12-cv-00623, 41 in LAW/3:11-cv-00362, 5 in LAW/3:12-cv-00191, 41 in LAW/5:11-cv-01894, [2771] in MDL No. 2327, 5 in MN/0:12-cv-01038, 5 in MOW/4:12-cv-00380, 5 in MOW/4:12-cv-00483) ) - 10 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)**

**Case Name:**   Loustaunau et al v. Ethicon, Inc. et al
**Case Number:**   LAE/2:12-cv-00484
**Filer:**
**Document Number:** 7

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (29 in LAE/2:11-cv-02933, 5 in LAE/2:12-cv-00484, 5 in LAE/2:12-cv-00598, 5 in LAE/2:12-cv-00623, 41 in LAW/3:11-cv-00362, 5 in LAW/3:12-cv-00191, 41 in LAW/5:11-cv-01894, [2771] in MDL No. 2327, 5 in MN/0:12-cv-01038, 5 in MOW/4:12-cv-00380, 5 in MOW/4:12-cv-00483) ) - 10 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)**

**Case Name:**   Bennett v. Ethicon, Inc. et al
**Case Number:**   LAW/3:12-cv-00191
**Filer:**
**Document Number:** 7

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (29 in LAE/2:11-cv-02933, 5 in LAE/2:12-cv-00484, 5 in LAE/2:12-cv-00598, 5 in LAE/2:12-cv-00623, 41 in LAW/3:11-cv-00362, 5 in LAW/3:12-cv-00191, 41 in LAW/5:11-cv-01894, [2771] in MDL No. 2327, 5 in MN/0:12-cv-01038, 5 in MOW/4:12-cv-00380, 5 in MOW/4:12-cv-00483) ) - 10 action(s) -**

**Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)**

| | |
|---|---|
| **Case Name:** | Blake et al v. Ethicon, Inc. et al |
| **Case Number:** | LAE/2:12-cv-00598 |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (29 in LAE/2:11-cv-02933, 5 in LAE/2:12-cv-00484, 5 in LAE/2:12-cv-00598, 5 in LAE/2:12-cv-00623, 41 in LAW/3:11-cv-00362, 5 in LAW/3:12-cv-00191, 41 in LAW/5:11-cv-01894, [2771] in MDL No. 2327, 5 in MN/0:12-cv-01038, 5 in MOW/4:12-cv-00380, 5 in MOW/4:12-cv-00483) ) - 10 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)**

| | |
|---|---|
| **Case Name:** | Rhynehart v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00380 |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (29 in LAE/2:11-cv-02933, 5 in LAE/2:12-cv-00484, 5 in LAE/2:12-cv-00598, 5 in LAE/2:12-cv-00623, 41 in LAW/3:11-cv-00362, 5 in LAW/3:12-cv-00191, 41 in LAW/5:11-cv-01894, [2771] in MDL No. 2327, 5 in MN/0:12-cv-01038, 5 in MOW/4:12-cv-00380, 5 in MOW/4:12-cv-00483) ) - 10 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2017.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, LAE/2:11-cv-02933, LAE/2:12-cv-00484, LAE/2:12-cv-00598, LAE/2:12-cv-00623, LAW/3:11-cv-00362, LAW/3:12-cv-00191, LAW/5:11-cv-01894, MN/0:12-cv-01038, MOW/4:12-cv-00380, MOW/4:12-cv-00483 (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Michael J. Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

Carl N Frankovitch
FRANKOVITCH ANETAKIS COLANTONIO & SIMON
337 Penco Road
Weirton, WV 26062

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Paul T Farrell , Jr
GREENE KETCHUM BAILEY WALKER FARRELL & TWEEL
WinmatsConversion6
419-11th Street
P.O. Box 2389
Huntington, WV 25724

**LAW/5:11-cv-01894 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Kim E Moore     kmoore@irwinllc.com

William M. Gage     william.gage@butlersnow.com, brian.jackson@butlersnow.com, david.johnson@butlersnow.com, diana.madrigal@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Camala E Capodice     ccapodice@irwinllc.com

Maury A. Herman     mherman@hhklawfirm.com

James C Klick     jklick@hhklawfirm.com

Joseph A. Kott     jkott@hhklawfirm.com

Philip J. Combs     pcombs@tcspllc.com

Tracy W. Houck     thouck@suddenlinkmail.com

Ronald L Riggle     riggron@gmail.com, pcharris@suddenlinkmail.com

Sarah A. Martin     sleonard@tcspllc.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

SUSAN M. ROBINSON     srobinson@tcspllc.com

Mikalia Miceli Kott     mkott@hhklawfirm.com

Darleene Darensbourg Peters     dpeters@irwinllc.com

Alexandra Elizabeth Faia     afaia@hhklawfirm.com

**LAW/5:11-cv-01894 Notice will not be electronically mailed to:**

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Douglas K Chia
Johnson & Johnson, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**LAW/3:11-cv-00362 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Kim E Moore     kmoore@irwinllc.com

Michael B. Hewes     michael.hewes@butlersnow.com, atara.balanson@butlersnow.com,
janice.adkins@butlersnow.com, richelle.kidder@butlersnow.com

William M. Gage     william.gage@butlersnow.com, brian.jackson@butlersnow.com,
david.johnson@butlersnow.com, diana.madrigal@butlersnow.com, diane.wigley@butlersnow.com,
ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Kimberly R. Wilson     kim@wilsonlawpa.com

Camala E Capodice     ccapodice@irwinllc.com

Maury A. Herman     mherman@hhklawfirm.com

James B. Irwin, V     jirwin@irwinllc.com

James C Klick     jklick@hhklawfirm.com

Joseph A. Kott     jkott@hhklawfirm.com

Philip J. Combs     pcombs@tcspllc.com

Tracy W. Houck     thouck@suddenlinkmail.com

Ronald L Riggle     riggron@gmail.com, pcharris@suddenlinkmail.com

Michael L. Brown     michael.brown@butlersnow.com

Stephanie Lottinger Irwin     sirwin@irwinllc.com

Robert W. Robison, Jr     rrobison@wbwplaw.com

Kurt Stephen Blankenship     kblankenship@bluewilliams.com

Christopher G Otten     cotten@hmhlp.com

Sarah A. Martin     sleonard@tcspllc.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

David Wayne O'Quinn     doquinn@irwinllc.com

SUSAN M. ROBINSON     srobinson@tcspllc.com

Mikalia Miceli Kott     mkott@hhklawfirm.com

Darleene Darensbourg Peters     dpeters@irwinllc.com

Anita Modak-Truran     Anita.Modak-Truran@butlersnow.com, anita.modak-truran@butlersnow.com

Meta Cooper Danzey     meta.danzey@butlersnow.com

Alexandra Elizabeth Faia     afaia@hhklawfirm.com

**LAW/3:11-cv-00362 Notice will not be electronically mailed to:**

Ethicon LLC
The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street

Wilmington, DE 19082

Ruston Louisiana Hospital Co., LLC
Corporation Service Co.
320 Somerulos Street
Baton Rouge, LA 70802-6129

**LAE/2:12-cv-00623 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Philip Bohrer      phil@bohrerlaw.com, shannon@bohrerlaw.com

Thomas P. Cartmell      tcartmell@wcllp.com, m.goldwasser@wcllp.com

William M. Gage      william.gage@butlersnow.com, brian.jackson@butlersnow.com,
david.johnson@butlersnow.com, diana.madrigal@butlersnow.com, diane.wigley@butlersnow.com,
ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS      dthomas@tcspllc.com, rdavis@tcspllc.com

Jeffrey M. Kuntz      jkuntz@wcllp.com, dwatkins@wcllp.com, msneed@wcllp.com

Frank E. Piscitelli, Jr.      frank@feplaw.com, docket@feplaw.com, pam@feplaw.com

Sean T. Keith      skeith@arkattorneys.com

Philip J. Combs      pcombs@tcspllc.com

Michael H. Bowman      mhb@wexlerwallace.com

Kari L. Sutherland      kari.sutherland@butlersnow.com

SUSAN M. ROBINSON      srobinson@tcspllc.com

Steven J. Skikos      sskikos@skikoscrawford.com, mmontoya@skikoscrawford.com,
mskikos@skikoscrawford.com, sskikos@skikos.com

Andrew Russell Kruppa      andrew.kruppa@squirepb.com

Melissa E. Mielke      mmielke@skikoscrawford.com, mmielke@skikos.com

Matthew J. Skikos      mskikos@skikoscrawford.com

Mason Lee Boling      mboling@arkattorneys.com

Kathryn June Skagerberg      kskagerberg@beckredden.com

Alyssa Brittany McDaniel    amcdaniel@beckredden.com

Kathleen Gallagher    kgallagher@beckredden.com

**LAE/2:12-cv-00623 Notice will not be electronically mailed to:**

**LAE/2:11-cv-02933 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Tracy J. Van Steenburgh    tvan@nilanjohnson.com

Kim E Moore    kmoore@irwinllc.com

William M. Gage    william.gage@butlersnow.com, brian.jackson@butlersnow.com,
david.johnson@butlersnow.com, diana.madrigal@butlersnow.com, diane.wigley@butlersnow.com,
ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Anthony D. Irpino    airpino@irpinolaw.com, asims@irpinolaw.com, hcannata@irpinolaw.com,
kgray@irpinolaw.com, lhiggins@irpinolaw.com, mfarrell@irpinolaw.com

Camala E Capodice    ccapodice@irwinllc.com

James B. Irwin, V    jirwin@irwinllc.com

Philip J. Combs    pcombs@tcspllc.com

Stephanie Lottinger Irwin    sirwin@irwinllc.com

Patrick Hillary Hufft    phufft@hufftlaw.com

Sarah A. Martin    sleonard@tcspllc.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

SUSAN M. ROBINSON    srobinson@tcspllc.com

Darleene Darensbourg Peters    dpeters@irwinllc.com

Andrew Russell Kruppa    andrew.kruppa@squirepb.com

**LAE/2:11-cv-02933 Notice will not be electronically mailed to:**

**MN/0:12-cv-01038 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,

MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage     william.gage@butlersnow.com, brian.jackson@butlersnow.com, david.johnson@butlersnow.com, diana.madrigal@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Tarek Ismail     tismail@goldmanismail.com, kmckeand@goldmanismail.com

Andrew L Goldman     agoldman@goldmanismail.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Charles H. Johnson     bdehkes@charleshjohnsonlaw.com

Shayna S. Cook     scook@goldmanismail.com, tpeverly@goldmanismail.com

Jonathan R Mencel     jmencel@charleshjohnsonlaw.com

Philip J. Combs     pcombs@tcspllc.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

SUSAN M. ROBINSON     srobinson@tcspllc.com

Joe W. Tomaselli     jtomaselli@goldmanismail.com

**MN/0:12-cv-01038 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00483 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

James M. Campbell     jmcampbell@campbell-trial-lawyers.com

Thomas P. Cartmell     tcartmell@wcllp.com, m.goldwasser@wcllp.com

William M. Gage     william.gage@butlersnow.com, brian.jackson@butlersnow.com, david.johnson@butlersnow.com, diana.madrigal@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Danny L. Curtis     dcurtis@dannylcurtispc.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Jeffrey M. Kuntz     jkuntz@wcllp.com, dwatkins@wcllp.com, msneed@wcllp.com

Philip J. Combs     pcombs@tcspllc.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Kathleen M. Guilfoyle     kguilfoyle@campbell-trial-lawyers.com

SUSAN M. ROBINSON     srobinson@tcspllc.com

Diane K. Watkins     dwatkins@wcllp.com

Kathryn June Skagerberg     kskagerberg@beckredden.com

**MOW/4:12-cv-00483 Notice will not be electronically mailed to:**

**LAE/2:12-cv-00484 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Tracy J. Van Steenburgh     tvan@nilanjohnson.com

Kim E Moore     kmoore@irwinllc.com

William M. Gage     william.gage@butlersnow.com, brian.jackson@butlersnow.com, david.johnson@butlersnow.com, diana.madrigal@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Chester Claude Stetfelt, Jr     lawstet@aol.com

Camala E Capodice     ccapodice@irwinllc.com

Philip J. Combs     pcombs@tcspllc.com

Bryan Aylstock     baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, churt@awkolaw.com

Sarah A. Martin     sleonard@tcspllc.com

Gail Ann Snakenberg     gsnakenberg@bellsouth.net

D. Renee Baggett     rbaggett@awkolaw.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

SUSAN M. ROBINSON     srobinson@tcspllc.com

Darleene Darensbourg Peters     dpeters@irwinllc.com

Andrew Russell Kruppa     andrew.kruppa@squirepb.com

S. Mary Liu     mliu@awkolaw.com

**LAE/2:12-cv-00484 Notice will not be electronically mailed to:**

**LAW/3:12-cv-00191 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Kim E Moore     kmoore@irwinllc.com

William M. Gage     william.gage@butlersnow.com, brian.jackson@butlersnow.com,
david.johnson@butlersnow.com, diana.madrigal@butlersnow.com, diane.wigley@butlersnow.com,
ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Camala E Capodice     ccapodice@irwinllc.com

Maury A. Herman     mherman@hhklawfirm.com

James C Klick     jklick@hhklawfirm.com

Joseph A. Kott     jkott@hhklawfirm.com

Philip J. Combs     pcombs@tcspllc.com

Tracy W. Houck     thouck@suddenlinkmail.com

Ronald L Riggle     riggron@gmail.com, pcharris@suddenlinkmail.com

Sarah A. Martin     sleonard@tcspllc.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

SUSAN M. ROBINSON     srobinson@tcspllc.com

Mikalia Miceli Kott     mkott@hhklawfirm.com

Darleene Darensbourg Peters     dpeters@irwinllc.com

Alexandra Elizabeth Faia     afaia@hhklawfirm.com

**LAW/3:12-cv-00191 Notice will not be electronically mailed to:**

**LAE/2:12-cv-00598 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Waldon Michael Hingle     servewmh@hinglelaw.com, bapipad@hinglelaw.com,
crystalin@hinglelaw.com

William M. Gage     william.gage@butlersnow.com, brian.jackson@butlersnow.com,
david.johnson@butlersnow.com, diana.madrigal@butlersnow.com, diane.wigley@butlersnow.com,
ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Edward A Wallace     eaw@wexlerwallace.com, ecf@wexlerwallace.com

Bryan August Pfleeger     bryanp4167@aol.com, crystalin@hinglelaw.com, julie@hinglelaw.com

Philip J. Combs     pcombs@tcspllc.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

SUSAN M. ROBINSON     srobinson@tcspllc.com

Kathryn June Skagerberg     kskagerberg@beckredden.com

Alyssa Brittany McDaniel     amcdaniel@beckredden.com

Kathleen Gallagher     kgallagher@beckredden.com

**LAE/2:12-cv-00598 Notice will not be electronically mailed to:**

Ronald J. Favre
Michael Hingle & Associates, LLC
PO Box 1129
Slidell, LA 70459

**MOW/4:12-cv-00380 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Thomas P. Cartmell     tcartmell@wcllp.com, m.goldwasser@wcllp.com

William M. Gage     william.gage@butlersnow.com, brian.jackson@butlersnow.com,
david.johnson@butlersnow.com, diana.madrigal@butlersnow.com, diane.wigley@butlersnow.com,
ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Danny L. Curtis      dcurtis@dannylcurtispc.com

DAVID B. THOMAS      dthomas@tcspllc.com, rdavis@tcspllc.com

Jeffrey M. Kuntz      jkuntz@wcllp.com, dwatkins@wcllp.com, msneed@wcllp.com

Sean T. Keith      skeith@arkattorneys.com

Philip J. Combs      pcombs@tcspllc.com

Michael H. Bowman      mhb@wexlerwallace.com

Kari L. Sutherland      kari.sutherland@butlersnow.com

SUSAN M. ROBINSON      srobinson@tcspllc.com

Anita Modak-Truran      anita.modak-truran@butlersnow.com, Anita.Modak-Truran@butlersnow.com

Charles Clark Harrell      chuck.harrell@butlersnow.com

**MOW/4:12-cv-00380 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/8/2017] [FileNumber=737133-0] [
290e7e93d9775cebc58472aecbb565536e2d930b69bf0d1acd1bb508518694e2b6187e
f319eabc73834a4e4d1856c54fa120b9accd8ae3567ce3f2e0eff67c42]]
**Document description:** Suggestion of Remand
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/8/2017] [FileNumber=737133-1] [
67fb9ed66ccb956361f568c1da55e8b386e9e8dcd277bb3ae14fffc63d47d5b23ce09e
1b54224828d838c11b7ff3a1a3a5eec4ceaeea766ca7600ca888804617]]