IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3694], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: May 9, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-11123 | Delsie Sharon Yarbrough v. Ethicon, Inc., et al. |
| 2:13-cv-11815 | Judy D. Wilson and Steven A. Wilson, Sr. v. Ethicon, Inc., et al. |
| 2:13-cv-22723 | Wilma Ullum v. Ethicon, Inc., et al. |
| 2:13-cv-22858 | Pamela Denise Haney and Michael Haney v. Ethicon, Inc., et al. |
| 2:13-cv-22861 | Nancy A. Klag and Roud Klag v. Ethicon, Inc., et al. |
| 2:13-cv-22862 | Alecia Renee Moody v. Ethicon, Inc., et al. |
| 2:13-cv-22866 | Nira W. Reese and Lawrence E. Reese v. Ethicon, Inc., et al. |
| 2:13-cv-22869 | Cynthia J. Robinson and Kevin Robinson v. Ethicon, Inc., et al. |
| 2:13-cv-22870 | Beverly Ritchey Smith and Stanley Smith v. Ethicon, Inc., et al. |
| 2:13-cv-22873 | Maria C. Sollazzi v. Ethicon, Inc., et al. |
| 2:13-cv-22874 | Mary K. Stewart v. Ethicon, Inc., et al. |
| 2:13-cv-22957 | Sherry Wynn Ball and Larry Ball v. Ethicon, Inc., et al. |
| 2:13-cv-23117 | Sue L. Stromik and Peter P. Stromik, Jr. v. Ethicon, Inc., et al. |

| | |
|---|---|
| 2:13-cv-23461 | Carolyn Conyers Peavy and Herman Thomas Peavy<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-23462 | Vangee Nicholas Mabey and Sheldon Mabey<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-23569 | Elisabeth Ann Grencavage and Lawrence A. Grencavage<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24020 | Margie Joyce Dinkins and Wayne Ulysses Dinkins<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24138 | Eldon E. Gautchier, Personal Representative of the Estate of Elizabeth Jewell Gautchier a/k/a Elizabeth Olguin and Eldon E. Gautchier<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24489 | Margie Carol Pitts Calhoun<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24490 | Anne E. Hickman and Michael B. Hickman<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24492 | Lorraine Kries and Warren Kries<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24497 | Shirley M. Lozar<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24505 | Cathy F. Thompson-Bacon<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24506 | Norma I. Palacios and Fernando Palacios<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24509 | Barbara L. Gilman and Harry W. Gilman<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24558 | LaTricia Hannah and Bobby E. Hannah<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24731 | Melanie S. Goldberg and Jeffrey F. Goldberg<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24732 | Barbara Ann Langley Crowder<br>v. |

| | |
|---|---|
| | Ethicon, Inc., et al. |
| 2:13-cv-25067 | Dorothy S. Coryell and George A. Coryell<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25068 | Wanda Gloria Howard and Donald Howard<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25296 | Angela W. Bass<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25616 | Janette F. Dean<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25617 | Jacqueline Marie Cook<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25618 | Geraldine Morris<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25722 | Betty Zittrain and Brian Zittrain<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25724 | Susan Lewallen Collins and Steve Collins<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25726 | Debra D. Riedel and Brian L. Riedel<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25727 | Eugenia J. Adams<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25729 | Margaret Mary Childree and Michael Childree, Sr.<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25731 | Diane M. Hobbs and Duain Hobbs<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25794 | Vicki Lynn McClintick and Larry J. McClintick<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25796 | Cathi Carol Utley and Danny E. Utley<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25797 | Beverly S. Millender and Anthony Millender<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:13-cv-25822 | Susan D. Cartledge and James V. Cartledge<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26210 | Lorraine J. Christie and Robert Christie<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26211 | Sandy Michelle Pair Crowe and Robert Crowe<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26215 | Vickey Lynne Johnson and Vernon Johnson<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26217 | Phyllis G. Martin<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26218 | Mable Meeks and Roy Harold Meeks<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26221 | Tania R. Price<br>v.<br>Ethicon, Inc., et al. |