## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3695], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER:  May 9, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-26341 | Dawn Michelle Jones and Bub Jones v. Ethicon, Inc., et al. |
| 2:13-cv-26824 | Olga M. Morales, *f/k/a* Olga M. Ayala v. Ethicon, Inc., et al. |
| 2:13-cv-27044 | Constandina Zannis v. Ethicon, Inc., et al. |
| 2:13-cv-27045 | Lori Ann Howerton and David S. Howerton v. Ethicon, Inc., et al. |
| 2:13-cv-27050 | Martha A. Owens and Joseph F. Owens v. Ethicon, Inc., et al. |
| 2:13-cv-27163 | Patrice Richards v. Ethicon, Inc., et al. |
| 2:13-cv-27164 | Waltraut Sheehy v. Ethicon, Inc., et al. |
| 2:13-cv-27184 | Lori Speth v. Ethicon, Inc., et al. |
| 2:13-cv-27193 | Diane Borukhov v. Ethicon, Inc., et al. |
| 2:13-cv-27235 | Nancy Dignum *f/k/a* Nancy Whittle and Marcus Dignum v. Ethicon, Inc., et al. |
| 2:13-cv-27236 | Eva M. Edwards v. Ethicon, Inc., et al. |
| 2:13-cv-27246 | Theresa Leigh Jones and Jason Jones v. Ethicon, Inc., et al. |
| 2:13-cv-27247 | Ardith Larson and Lawrence Larson v. Ethicon, Inc., et al. |

| | |
|---|---|
| 2:13-cv-27251 | Jeannie Matthews<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27254 | Norma Boelter<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27340 | Sandra K. Todd and Joseph Todd<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27897 | Tammy K. Adams and David Adams<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27898 | Julie Brooks Crites and Clinton Crites<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27901 | Linda S. Prish and Alan Prish<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27904 | Carmeta Kay Sullivan and Thomas M. Sullivan<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27905 | Helen Belle Alamprese<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27907 | Darline M. Monahan and Frank Monahan<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27909 | Madge S. Clayton and Mark Clayton<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-28052 | Janice E. Beaber<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-28054 | Barbara Sue Bias<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-28291 | Annette I. Mills and Russell Mills<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-28292 | Brenda Carole Lee and Enrico L. DiGiammarino, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-28427 | Tina Sue Webb and Luther E. Webb, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-28877 | Linda B. Aikens and Roger Aikens |

| | v. |
| --- | --- |
| | Ethicon, Inc., et al. |
| 2:13-cv-28878 | Amy Scott Coggins and Ronnie Jay Coggins |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-28879 | Jo Ellen Gantt |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-29558 | Beverly Bauer and Paul Bauer |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-29564 | Alectia Rosina DeVito |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-29568 | Karen Dlhosh |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-30290 | Mary Ellen Parker |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-30291 | Abigail Ready and Thomas Ready |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-31409 | Cheryl A. Walling and Douglas Walling |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-31411 | Suzanne Williams Stone and J. Craig Stone |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-31415 | Angela M. Brown and Steven Brown |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-31417 | Terry Janene Bravo |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-31420 | Melissa S. Frick |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-31574 | Cinda Lynn Arnold |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-32351 | Montessa L. Holloway |
| | v. |
| | Ethicon, Inc., et al. |
| 2:13-cv-32354 | Anita Dawn Johnson and Ronald Johnson |
| | v. |

| | |
|---|---|
| | Ethicon, Inc., et al. |
| 2:13-cv-32388 | Cynthia L. Hood<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-32390 | Valerie S. Shortnacy and David T. Shortnacy<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33230 | Rosemarie Mabel Graumann<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33231 | Lucy R. Harrison<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33233 | Elizabeth C. Santos and Fransisco Santos<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33234 | Willie Grace Samples and Emmett Samples<br>v.<br>Ethicon, Inc., et al. |