IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3696], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: May 10, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-19988 | Cathy Susan Norgren and Bradley Paul Norgren v. Ethicon, Inc., et al. |
| 2:14-cv-20711 | Julie A. Hill and James A. Hill v. Ethicon, Inc., et al. |
| 2:14-cv-20714 | Pamela Justice Burttram v. Ethicon, Inc., et al. |
| 2:14-cv-21417 | Lisa Marie Jennings v. Ethicon, Inc., et al. |
| 2:14-cv-23724 | Melissa Ann Blake and Quintin Blake v. Ethicon, Inc., et al. |
| 2:14-cv-23875 | Jean P. Rogers and Jimmy Rogers v. Ethicon, Inc., et al. |
| 2:14-cv-24098 | Karen Rozycki and Ralph Rozycki v. Ethicon, Inc., et al. |
| 2:14-cv-24099 | Jessica Torres v. Ethicon, Inc., et al. |
| 2:14-cv-24108 | Silvia Owens v. Ethicon, Inc., et al. |
| 2:14-cv-24140 | Alvina Livery v. Ethicon, Inc., et al. |
| 2:14-cv-24692 | Eloida Hernandez v. Ethicon, Inc., et al. |
| 2:14-cv-24785 | Tammy Arnold and Timothy Arnold v. Ethicon, Inc., et al. |
| 2:14-cv-24789 | Debra Yvonne Schultz v. Ethicon, Inc., et al. |

| | |
|---|---|
| 2:14-cv-25054 | Phillis Elaine Manuel<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25056 | Wendy Karen Cook and Marion L. Cook<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25058 | Bernice Donna Ellis and Anthony Rodriguez<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25060 | Rose A. Mack<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25107 | Susan A. Hasha and Dennis L. Hasha<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25332 | Senee Beth Johnson<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25420 | Mika Garris and Mark Garris<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25490 | Verna Clark and Rodger Clark<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25551 | Susan Douglas and Jerome Douglas<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25575 | Terrie Breedlove<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25576 | Phyllis Harris and Sam Harris<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25577 | Judy Nichelson<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25578 | Angela A. Rangel<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25843 | Mary Clark<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26032 | Lisa Barrett and Michael Barrett<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26097 | Shirley Hand Smith and Gerald Smith |

| | |
|---|---|
| | v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26198 | Donna Williams<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26199 | Annette Lear and Lonnie Lear<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26200 | Stacy Martin<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26229 | Victoria Ortiz and Gilbert Ortiz<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26256 | Mildred Ritchie<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26364 | Rita J. Kesey and Lanny J. Kesey<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26366 | Mary Banks and Johnnie Banks<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26391 | Diane Lee and Ronald Lee<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26434 | Mary Beth Scott<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26546 | Mary Lou Alvarado and Sam Alvarado<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26884 | Cleotilde Pedraza<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26885 | Sandra Beelen and Frank Beelen<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-29213 | Janet L. Marlow and Darrell Marlow<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-29471 | Mary F. LeCroy and Carl L. LeCroy<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-29472 | Melinda P. Brown<br>v. |

|              |                                   |
|--------------|-----------------------------------|
|              | Ethicon, Inc., et al.             |
| 2:14-cv-30970 | Brenda Brooks and Travis Brooks  |
|              | v.                                |
|              | Ethicon, Inc., et al.             |
| 2:14-cv-31360 | Melanie Spurlock and Roy Spurlock |
|              | v.                                |
|              | Ethicon, Inc., et al.             |
| 2:15-cv-00925 | Rita Vingi                        |
|              | v.                                |
|              | Ethicon, Inc., et al.             |
| 2:15-cv-00926 | Shirley E. Walters                |
|              | v.                                |
|              | Ethicon, Inc. et al               |
| 2:15-cv-02570 | Judith Johnson                    |
|              | v.                                |
|              | Ethicon Inc., et al.              |
| 2:15-cv-02708 | Nelcy Leon                        |
|              | v.                                |
|              | Ethicon, Inc., et al.             |