IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

## ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3697], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER:  May 10, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-33236 | Dena Michelle Santiago<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33775 | Gloria S. Jordan-Herring and William L. Herring<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33776 | Cindy Lee Oxner and James Oxner<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33778 | Shelene Yamrick<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33781 | Frances Jean Fortner and Walter Fortner<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33782 | Joyce M. Hallett and Seldon Hallett<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33790 | Tonya A. Strunk<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-33792 | Theresa L. Flickinger and Elmer Flickinger<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00555 | Sherry H. Babcock and Peter Babcock,<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00557 | Judy W. Barrett and William Barrett<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00559 | Kelli Bird *f/k/a* Karla Thull<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00561 | Amy Estelle Boden<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00563 | Nancy A. Boothe and Neal Boothe<br>v.<br>Ethicon, Inc., et al. |

| 2:14-cv-00569 | Elitha Harvey and William Harvey<br>v.<br>Ethicon, Inc., et al. |
|---|---|
| 2:14-cv-00658 | Hannah D. Tostensen and Andrew H. Tostensen, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01047 | Alicia J. Gleason and Mark W. Gleason<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01049 | Sandra L. Gramkowski and Steven Gramkowski<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01051 | Ophelia M. Hobson and Christopher R. Hobson<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01094 | Mary Katherine Gregory and William M. Gregory<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01627 | Kelly S. Swets and Geoffrey Swets<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01634 | Doris M. Ridgeway<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01637 | Barbara Simon Bierner and Michael Bierner<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-02456 | Penny Elise Harlan and Raymond Scott Harlan<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-02470 | Princess J. Hassan<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03187 | Jessica Marie Hill<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03190 | Florence L. Oglesby and Glenn A. Oglesby<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03191 | Barbara L. McNevin<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03193 | Linda A. Salvetti and Robert Salvetti<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03194 | Melissa Romero Poole |

| | |
|---|---|
| | v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03196 | Patricia A. Speckhals and Gary A. Speckhals<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03197 | Jo Ann F. Stevenson<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03198 | Ann Marie Wilton<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03199 | Sherry Thomas and Richard Thomas<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03293 | Mary Jane Coughlin and William Coughlin<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03310 | Pamela G. Ferguson and Harry J. Ferguson<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03410 | Gladys M. Hann and William Hann, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04433 | Tina Marie Amburgey and Estill Amburgey, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04436 | Melanie Boggus-Griggs and Doyle Griggs<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04463 | Mary Fuentes and Milton Fuentes<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04467 | Kathleen Sue Hensch and David Hensch<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04469 | Correne Joy Tait & Kim Tait<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04470 | Laurel M. Taylor<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04472 | Peggie Jo Tommey and James A. Tommey<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04487 | Joyce F. Jones<br>v. |

|  | Ethicon, Inc., et al. |
|---|---|
| 2:14-cv-04489 | Jill Jane Houchin and Richard Houchin<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04795 | Lisa M. Mendez<br>v.<br>Ethicon, Inc., et al. |
| ~~2:14-cv-04808~~ | ~~Eugenia Fowle Morris and William Morris, Jr.~~<br>~~v.~~<br>~~Ethicon, Inc., et al.~~ |
| 2:14-cv-04814 | Katina Nesbitt<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04816 | Dania E. Persiani and Jesse Persiani<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04830 | Ruby G. Sokol<br>v.<br>Ethicon, Inc., et al. |