IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
      PELVIC REPAIR SYSTEM
      PRODUCTS LIABILITY LITIGATION      MDL No. 2327

---------------------------------------------------
THIS DOCUMENT RELATES TO
CERTAIN ETHICON WAVE 6 CASES
IDENTIFIED IN EXHIBIT A

PRETRIAL ORDER # 255
(First Amended Docket Control Order – Wave 6 Cases)

For reasons appearing to the court, the court **ORDERS** that the cases attached as Exhibit A are removed from Ethicon Wave 6. The court **DIRECTS** the Clerk to remove the Ethicon Wave 6 marking from these cases.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 **and in the Ethicon Wave 6 cases listed on Exhibit A**.  In cases subsequently filed in this district after 2:17-cv-02868, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: May 11, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

EXHIBIT A
PTO 255

| No. | Case Name | Civil Action No. |
|---|---|---|
| 1 | Agorchukwu, Josie | 2:13-cv-01946 |
| 2 | Baker, Judy | 2:12-cv-09496 |
| 3 | Baker, Terri & Mike R. | 2:13-cv-01985 |
| 4 | Beltran, Liliebeth. | 2:13-cv-02195 |
| 5 | Burke, Heather | 2:13-cv-01913 |
| 6 | Bush, Teresa & Kevin | 2:13-cv-01937 |
| 7 | Cass, Mary & Terry Lee | 2:12-cv-09500 |
| 8 | Daugherty, Marie | 2:13-cv-01325 |
| 9 | Delmere, Nancy & Clark | 2:12-cv-09452 |
| 10 | Diaz, Monica | 2:12-cv-09491 |
| 11 | Dwyer, Elaine | 2:12-cv-09910 |
| 12 | Fuentes, Arelis | 2:13-cv-01708 |
| 13 | Garcia, Margarita | 2:13-cv-01992 |
| 14 | Garcia, Nina & Ismel | 2:13-cv-01942 |
| 15 | Grassie, Gloria | 2:13-cv-02350 |
| 16 | Jackson, Sharon & Robert | 2:13-cv-01981 |
| 17 | Jeran, Meryl & Gary | 2:12-cv-09493 |
| 18 | Lovewell, Tina & James | 2:13-cv-01185 |
| 19 | Maier, Constance | 2:12-cv-09911 |
| 20 | McEachin, Kimberly & Sean | 2:13-cv-01938 |
| 21 | Miller, Sandra & Richard W., Jr. | 2:12-cv-09488 |
| 22 | Morreira, Delia | 2:13-cv-01950 |
| 23 | Moss, Tabitha L. & Chris | 2:13-cv-02165 |
| 24 | Nielsen, Lori | 2:13-cv-01977 |
| 25 | Perez, Maria | 2:13-cv-02648 |
| 26 | Postil, Victoria | 2:12-cv-09486 |
| 27 | Rogers, Elsa | 2:13-cv-01953 |
| 28 | Rouse, Shirley | 2:13-cv-01184 |
| 29 | Shelby, Tina & Michael | 2:12-cv-09447 |
| 30 | Thompson, Leanne | 2:13-cv-02368 |
| 31 | Vanpelt, Susan & G.W | 2:13-cv-01916 |
| 32 | Wiley, Marjorie A. & John F. | 2:13-cv-01312 |