IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                            MDL NO. 2325
_____
THIS DOCUMENT RELATES TO:

*Potts, et al v. American Medical System, Inc., et al.*
*Civil Action No. 2:13-cv-21167*

ORDER

(Dismissing Defendant American Medical Systems, Inc. without Prejudice
and Transferring Case to MDL 2327)

On May 11, 2017 the plaintiffs and defendant American Medical Systems, Inc., ("AMS") filed a Joint Motion to Dismiss Defendant American Medical Systems, Inc. without Prejudice [ECF No. 22]. In the joint motion, the parties are seeking dismissal of AMS as a defendant in this action without prejudice because all claims against AMS have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiffs' Motion to Transfer MDLs for this case [ECF No. 22]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS without Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED.** To the extent an Amended Short Form Complaint has not been filed, plaintiffs' counsel is **DIRECTED** to file an Amended Short Form Complaint within the time frame stated in the motion. Defendant AMS is **DISMISSED WITHOUT PREJUDICE** as a defendant in this

action and this action is **TRANSFERRED** to MDL 2327. The Clerk is DIRECTED to disassociate the civil action as member case in MDL 2325 and re-associate it with MDL 2327.

The Clerk is further DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER: May 12, 2017

                _____
                JOSEPH R. GOODWIN
                UNITED STATES DISTRICT JUDGE