IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3699], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: May 15, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-05165 | Margit Z. Dery and Adorjan Dery v. Ethicon, Inc., et al. |
| 2:14-cv-05168 | Jill Rosemary Aller and George Aller v. Ethicon, Inc., et al. |
| 2:14-cv-05170 | Elizabeth Arcenia Abington v. Ethicon, Inc., et al. |
| ~~2:14-cv-05172~~ | ~~Margot A. Peterson and Roman Warchola v. Ethicon, Inc., et al.~~ |
| 2:14-cv-05731 | Robin McKeown v. Ethicon, Inc., et al. |
| 2:14-cv-06320 | Gail A. Hagar v. Ethicon, Inc., et al. |
| 2:14-cv-06367 | Linda D. Sills v. Ethicon, Inc., et al. |
| 2:14-cv-07395 | Lena Evaline Kennedy and Benjie T. Kennedy v. Ethicon, Inc., et al. |
| 2:14-cv-10345 | Michelle Lynn Martin v. Ethicon, Inc., et al. |
| 2:14-cv-10347 | Betty Lee Smith v. Ethicon, Inc., et al. |
| 2:14-cv-10562 | Charlotte J. Treadwell and Ernest Treadwell v. Ethicon, Inc., et al. |
| 2:14-cv-10889 | Rebecca Heisten v. Ethicon, Inc., et al. |
| 2:14-cv-10890 | Beth Linnea Smith v. Ethicon, Inc., et al. |

| | |
|---|---|
| 2:14-cv-11349 | Stella Lopez<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-11350 | Linda G. Bethke and Paul Bethke<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-11572 | Mary A. Tanner and Timothy Turner<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-11584 | Sandra E. Irving and Joseph Irving<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-11585 | Linda Sue Howard<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-11587 | Christina R. Walker<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-11588 | Sharon R. White and Gerald L. White<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-11670 | Betty Garcia Spillane and Edward Michael Spillane<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-13275 | Tracie Elaine Chaney and William Chaney<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-13304 | Joyce M. Orlosky and Michael Orlosky<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-13885 | Zolfa Q. Elnatshe and Khalid Natsheh<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-14271 | Sheron K. Flaster and Robert Flaster<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-14672 | Felecia M. Perkins<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-14698 | Mary P. Rauch and Sam Rauch<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-14699 | Betty Jean Moss and Clinton D. Moss<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-15172 | Judith Irene Farley |

|  | v.<br>Ethicon, Inc., et al. |
| --- | --- |
| 2:14-cv-15470 | Dyann C. Killgo and Kenneth Killgo<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-15471 | Terri Lynn Key<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-15486 | Martha J. Williamson and Paul C. Williamson<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-15951 | Rhonda Lynnette Hernandez<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-15979 | Frances Jean Szweda<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-16389 | Laura B. Flynn<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-16772 | Lisa G. Luhn and Frank Luhn<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-16956 | Carol Marie Schmitz *f/k/a* Carol Marie Hadl<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-17781 | Mamie Lee Smith and Larry Smith<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-18510 | Laura S. Carlin<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-18511 | Constance A. Rolf and Donald A. Rolf<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-18512 | Judith A. Gilman and Byron E. Gilman<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-18515 | Corinne Ann Moon and David P. Moon<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-18516 | Donna L. Hill and Jimmy E. Hill, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-18517 | Rita May Wilson and Robert E. Wilson<br>v. |

|               | Ethicon, Inc., et al. |
| ------------- | --------------------- |
| 2:14-cv-19388 | Theresa Helen McKelvy<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-19434 | Lesa Anne Lane<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-19573 | Alma Jo Lord and Danny L. Lord<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-19825 | Karen E. Spencer<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-19973 | Theresa Lynn Hovis and Arthur Hovis<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-19985 | Yamilee Thompson and Art Thompson<br>v.<br>Ethicon, Inc. et al |