IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                        MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3702], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER:  May 15, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

### EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-00491 | Gwendolyn T. Young<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00495 | Andrea Carol Chandlee and Mark Thomas Chandlee, Sr.<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00548 | Rhoda Schachtman<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-00789 | Shirley Jean Norman and Robert Norman<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01428 | Victoria Lee Brady and Maurice Joseph Brady<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01507 | Barbara Ann Raney and Marcus Theron Raney<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01776 | Lottie M. Patrick and John D. Patrick<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01849 | Winnie Elise Peterson<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-01850 | Joan E. Jernigan and Fred T. Jernigan<br>v.<br>Ethicon, Inc., et al |
| 2:12-cv-02768 | Monica Lynn Bauernfeind and James Charles Bauernfeind, II<br>v.<br>Ethicon, Inc., et al |
| 2:12-cv-04583 | Joanne Martha Anderson and Ronald E. Anderson<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-04584 | Diann Roberts-Sunley<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05158 | Elizabeth Jeannette Vasquez and Charles Richard Vasquez |

|  | v. |
|---|---|
|  | Ethicon, Inc., et al. |
|  | Norma Perez |
|  | v. |
| 2:12-cv-05229 | Ethicon, Inc., et al. |
|  | Leslie R. Coleman and Lawrence S. Coleman |
|  | v. |
| 2:12-cv-05350 | Ethicon, Inc., et al. |
|  | Janet Lynn Waits |
|  | v. |
| 2:12-cv-05352 | Ethicon, Inc., et al. |
|  | Teresa Ann Gabor and Gary M. Gabor |
|  | v. |
| 2:12-cv-05423 | Ethicon, Inc., et al. |
|  | Nancy Claire Tolin and Joe E. Tolin |
|  | v. |
| 2:12-cv-05459 | Ethicon, Inc., et al. |
|  | Billie J. Cannon |
|  | v. |
| 2:12-cv-05520 | Ethicon, Inc., et al. |
|  | Cynthia J. Amoriello |
|  | v. |
| 2:12-cv-05525 | Ethicon, Inc., et al. |
|  | Marina Moersch |
|  | v. |
| 2:12-cv-05595 | Ehticon, Inc., et al. |
|  | Lois Yvonne Koon |
|  | v. |
| 2:12-cv-05599 | Ethicon, Inc., et al. |
|  | Gale Lynn Sheeler |
|  | v. |
| 2:12-cv-05739 | Ethicon, Inc., et al. |
|  | Heidi Sindell Welborn |
|  | v. |
| 2:12-cv-06494 | Ethicon, Inc., et al. |
|  | Susan Peters Harrison and Larry Harrison |
|  | v. |
| 2:12-cv-07036 | Ethicon, Inc., et al. |
|  | Sandra Ann Swietzer-Yerk |
|  | v. |
| 2:12-cv-07307 | Ethicon, Inc., et al. |
|  | Melissa Ann Gaines and Freddie Dwight |
|  | v. |
| 2:12-cv-09568 | Ethicon, Inc., et al. |

| | |
|---|---|
| 2:13-cv-00030 | Shirley Burkhart and Garret Burkhart<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-01367 | Mia Michelle Holcomb and Gary Scott Holcomb<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02873 | Vicki Jackson and Bruce Jackson<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02885 | Marjorie M. Metts and John Metts<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02957 | Beverly Denise Arens and John E. Arens<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-04128 | Frances M. Robinson<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-04644 | Tammy Lynn Wisdom Woody<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05863 | Antoinette R. Spiegelhoff<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06238 | Deborah Kay Carver<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06511 | Carol Lynn Novak and Thomas Frank Novak<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09150 | Jan P. Wilson and Jerry Wilson<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10485 | Betty M. Ridgeway and Keith E. Ridgeway<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10580 | Peggy Lynn Bowes and Franklin Bowes<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24508 | Clara Jean Rice and Robert L. Rice<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25798 | Sharon T. Allen and Kevin Allen<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27337 | Terry Faye Tarpley and Tony Tarpley |

|  | v.<br>Ethicon, Inc., et al. |
|---|---|
| 2:13-cv-27341 | Shirley June Sims<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01102 | Constance D. Hendrix and Danny R. Hendrix<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01625 | Bridget Bates Looney and Christopher Joey Looney<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01635 | Rosemary B. Manderson and William Manderson<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-02451 | Connie Lynn Book and Byrel E. Book<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-02459 | Colleen Buck and Harold Comanse<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-02461 | Marsha S. Harrup and Charles L. Harrup<br>v.<br>Ethicon, Inc., et al. |