IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.<br>PELVIC REPAIR SYSTEM<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2327<br><br>The Hon. Joseph R. Goodwin |
| This Document Relates to All Cases | |

### AFFIDAVIT OF CATHY YANNI

STATE OF CALIFORNIA   )
                      ) ss.:
COUNTY OF SAN FRANCISCO )

CATHY YANNI, being duly sworn, deposes and says:

1. I am an attorney at law licensed to practice law in the state of California. I am in good standing.

2. I was admitted to the California Bar in December 1982. In 1994, I became a Discovery Referee for the Superior Court of San Mateo County. I left that position in December 1997 to join JAMS in 1998. I have been a full-time neutral with JAMS, San Francisco, from 1998 to the present.

3. Over the past 18 years, I have acted as a Special Master, mediator or arbitrator in over 10,000 matters. I was appointed by the Hon. Joseph R. Goodwin to act as the Special Master for certain private settlement agreements between AMS, Covidien, C.R. Bard, Boston Scientific and Coloplast and certain Plaintiffs' counsel (2015 to the present).

1

4.  Recently, I was appointed Settlement Special Master for the *Abilify MDL* by The Hon. M. Casey Rodgers, US District Court for the Northern District of Florida, following the joint recommendation of the plaintiffs and defendants settlement committee (2017). I was appointed as Settlement Special Master for *Medtronic Infuse* by The Hon. John D. Minton, Kentucky Supreme Court (2016). Prior appointments include:

- Special Master by The Hon. David A. Katz, US District Court for the Northern District of Ohio, for *In re: DePuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation.*
- Settlement and Discovery Special Master by The Hon. Dan Polster, US District Court for the Northern District of Ohio, in *Gadolinium Contrast Dyes Product Liability Litigation.*
- Special Master by The Hon. Richard Kramer, Superior Court of California, San Francisco County by agreement of the parties for the JCCP, *Gadolinium Contrast Dyes Product Liability Litigation.*
- Special Master by agreement of the parties for the *St. Jude Riata Lead Wire Medical Device Litigation*
- Special Master by agreement of the parties for *Kelly v. Xoft*, for claims arising out of alleged tungsten migration used in breast cancer treatment.
- Special Master by The Hon. Wynne Carvill, Superior Court of California, Alameda County for the *Medtronic Infuse Litigation*.
- Special Master in the JCCP, *PPA* Consolidated Cases by The Hon. Anthony Mohr, Superior Court of California, Los Angeles County.
- Federal Mediator in the *Baycol MDL* by The Hon. Michael J. Davis, US District Court for the District of Minnesota.
- Settlement Special Master by agreement of the parties in the *Bextra MDL* and the *Ortho Evra MDL.*

- Settlement Special Master by agreement of the parties in the *Zicam I and II MDL*.
- Settlement Special Master in the *Zyprexa I and II MDL* by The Hon. Jack Weinstein, US District Court for the Eastern District of New York.
- Federal Mediator in *Silicon Gel Breast Implant Litigation* by The Hon. Denise Hood, US District Court for the Eastern District Michigan.

5. In 2016 I was recognized as an "ADR Champion" by the National Law Journal. In 2014 and 2015, I was honored for being a Woman Leader in the Law, *ALM Publications*. In 2013 I was named a *Daily Journal* Top Master. I was recognized by the *Daily Journal* as a Top 50 California Neutral in 2003 to 2005 and 2010 to 2012, a Top 40 California Neutral in 2007 and 2008, and a Top 30 California Neutral in 2006. I have an "AV Preeminent" rating with Martindale-Hubble.

6. I have thoroughly familiarized myself with the issues involved in the case captioned above, as a result of my knowledge of that case, I can attest and affirm that there are no grounds for disqualification that would prevent me from serving as a Special Master in the above captioned matter. I have reviewed the pleadings, medical information and scientific information pertaining to mesh cases generally and specifically as it relates to the litigation involving Ethicon, Inc. manufactured products. I will use the information gathered and my experience in performing my duties as Special Master.

_____
CATHY YANNI

Sworn to before me this
19TH day of April, 2017

_____
NOTARY PUBLIC

JOHN S. LUK
Commission # 2038249
Notary Public - California
San Francisco County
My Comm. Expires Sep 19, 2017

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

3