IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                           MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3704], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: May 16, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-04435 | Gloria M. Chuey v. Ethicon, Inc., et al. |
| 2:14-cv-04437 | Patricia R. Dutton v. Ethicon, Inc., et al. |
| 2:14-cv-04817 | Leslie Rager and Kenneth Rager v. Ethicon, Inc., et al. |
| 2:14-cv-06381 | Margie Lynn Patton and Kenneth Wayne Patton v. Ethicon, Inc., et al. |
| 2:14-cv-11589 | Sandra M. Hennessey f/k/a Sandra M. Palmer v. Ethicon, Inc., et al. |
| 2:14-cv-24035 | Kathy W. Calhoun and Fred A. Calhoun v. Ethicon, Inc., et al. |
| 2:14-cv-24693 | Deborah Kaitis and Leonidas Kaitis v. Ethicon, Inc., et al. |
| 2:14-cv-24786 | Jennifer Simmons Roper and Scott Jordan v. Ethicon, Inc., et al. |
| 2:14-cv-25286 | Tiffany Leigh Vaughn v. Ethicon, Inc., et al. |
| 2:14-cv-26247 | Lisa Wright and Steve Wright v. Ethicon, Inc., et al. |
| 2:14-cv-28658 | Patricia Elliott and Larry Elliott v. Ethicon, Inc., et al |
| 2:14-cv-31425 | Kristy Van Buren and Randal Van Buren v. Ethicon, Inc., et al. |
| 2:15-cv-00929 | Theresa Renee Jackson v. Ethicon, Inc., et al. |

| | |
|---|---|
| 2:15-cv-02573 | Carolyn McDaniel and Richard McDaniel<br>v.<br>Ethicon, Inc., et al. |
| 2:15-cv-13858 | Ronna Elliott & Brian Elliott<br>v.<br>Ethicon, Inc., et al. |