IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                               MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3803], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: May 16, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-26505 | Teresa Beaver and Wayne Beaver<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-03198 | Gershonda S. Bell and Corey L. Bell<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02887 | Mickie R. Boyd and Randy Boyd<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05522 | Barbara Mozelle Bristow and Rix E. Bristow<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-13887 | Deloris K. Carr and Rick D. Carr<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27049 | Kathy A. Carson and Keith E. Carson<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-22876 | Billie Dean Causey and Gerald M. Causey<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09480 | Peter Cerasaro, Personal Representative of the Estate of Bonita C. Cerasaro<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-11120 | Catherine R. Chituras and Jimmie Chituras<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-26391 | Peggy J. Chowske and John J. Chowske<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26196 | Marion Clemente<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01622 | Tammy Cowan<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-25587 | Eleanor L. Davis-Fox<br>v. |

|  | Ethicon, Inc., et al. |
|---|---|
| 2:14-cv-21849 | Robin Tolbert Durrah and Vernon Durrah<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-00503 | Brooke Ellis and Christopher Ellis<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-01623 | Denise W. Fredenburg and James Fredenburg<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05136 | Carol A. Glatfelter and Glenn Glatfelter<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04485 | Erin R. Hernandez and Alfred Hernandez<br>v.<br>Ethicon, Inc., et al. |
| 2:11-cv-00937 | Michele Hicks and Todd Hicks<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-03188 | Selena R. Holland<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09924 | Glenda G. Howell<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27162 | Sandra Lloy and Everet Cravalho<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-06497 | Linda F. McKellar<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06088 | Jacqueline Price and Walter Thomas Price<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-09225 | Mairead Reddin and Fred Rubin<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-07397 | Melody Dawn Roadarmel and Earl Ward Roadarmel<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-07566 | Patricia Louise Saint and Bobby Saint<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-05878 | Annie L. Sandoval and Robert A. Sandoval<br>v.<br>Ethicon, Inc., et al. |

| | |
|---|---|
| 2:12-cv-01743 | Ciera Jenkins, Personal Representative of the Estate of Stacey D. Savage and Ebbie E. Ferrell<br>v.<br>Ethicon, Inc., et al. |
| 2:12-cv-09195 | Wynona Shaffer and Stephen A. Shaffer<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27333 | Blanche D. Smith<br>v.<br>Ethicon, Inc., et al. |
| 2:15-cv-07665 | Hassie Soto and Ruben Soto<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-19980 | Melissa Soto and John Soto<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-27338 | Cynthia Taylor f/k/a Cynthia Wilson and Brian Taylor<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06308 | Sharon Chapman Thomason and Gregory Eugene Thomason<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-25719 | Pamela Kaye Tomlin<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-26620 | Alma Jean Walker<br>v.<br>Ethicon, Inc., et al. |