**DENIED and SO ORDERED.**
**ENTER:** 05/16/2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: C. R. BARD, INC. PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                    MDL NO. 2187

_____
THIS DOCUMENT RELATES TO THE CASE(S)
LISTED ON THE EXHIBIT ATTACHED HERETO:

## JOINT MOTION TO DISMISS ETHICON, INC. AND JOHNSON & JOHNSON WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendants Ethicon, Inc. and Johnson & Johnson, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs, Ethicon, Inc., and Johnson & Johnson jointly move the court to dismiss Ethicon, Inc. and Johnson & Johnson with prejudice in the cases listed on the attached Exhibit A, with each party to bear its own costs. The settlements in the cases listed on Exhibit A relate only to Ethicon, Inc., and Johnson & Johnson. Other defendants in these actions remain pending, and plaintiffs will continue to prosecute these actions against them.

Respectfully:

//s/ Christy D. Jones
Christy D. Jones. Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ Henry G. Garrard, III
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibit A*