IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: ETHICON INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL Docket No. 2327 HONORABLE JUDGE JOSEPH R. GOODWIN |

**PRETRIAL ORDER #\_\_\_\_**
**(ORDER RE: APPOINTING RONALD E. CORKERN, JR. AS SPECIAL MASTER FOR PRIVATE SETTLEMENT AGREEMENTS BETWEEN ETHICON AND CERTAIN PLAINTIFFS' COUNSEL)**

Pending is an Unopposed Motion for Appointing Ronald E. Corkern, Jr. as Special Master for Private Settlement Agreement Between Ethicon and Certain Plaintiffs' Counsel, filed _____, 2017. [ECF No. \_\_\_\_\_]. Salim-Beasley, LLC ("Salim-Beasley"), as counsel for certain plaintiffs in MDL No. 2327, has moved the Court for entry of an Order to aid in the administration of a Confidential Settlement Agreement (the "Settlement Agreement") between Defendant, Ethicon, Inc., and certain related companies "Ethicon" and Salim-Beasley, LLC to resolve the claims of certain claimants against Ethicon relating to the implantation of Ethicon Pelvic Mesh Products (as defined in the Settlement Agreement). The Court, having reviewed the Motion, and finding good and sufficient cause, FINDS and ORDERS the following:

1. The Unopposed Motion is **GRANTED**.

2. Ronald E. Corkern, Jr., Esq., Corkern, Crews, Guillet & Johnson, P.C., 616 Front Street, Natchitoches, LA, 71457, is hereby appointed as Special Master for the administration of the settlement reached between Salim-Beasley, LLC and Ethicon related to the implantation of Ethicon Pelvic Mesh Products (as defined in the Settlement Agreement).

3. The duties of the Special Master shall be as set forth in the confidential Settlement Agreement entered into between Plaintiffs' Counsel and Ethicon.

4. In furtherance of the fair and efficient administration and implantation of the settlements, the Special Master may have *ex parte* communications with the parties to the Settlement Agreement, Plaintiffs' Counsel and their clients, Ethicon and its counsel, or the Court, and such *ex parte* communications shall not be deemed to have waived any attorney-client privileges.

5. The Special Master shall be compensated privately as specified respectively in the Settlement Agreement or by agreement with Plaintiffs' Counsel. The Court will approve all compensation made to the Special Master.

The court DIRECTS the Clerk to file a copy of this order in _____ and it shall apply to each member related case previously transferred to, removed to, or filed in this district *where applicable,* which includes counsel in all member cases up to and including civil action number _____. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: _____, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE