## EXHIBIT A

Redacted pursuant to Fed. R. Civ. P. 5.2 and PTO 11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: ETHICON, INC. PELVIC SYSTEM PRODUCTS LIABILITY LITIGATION | : : : : | Master File No. 2:12-MD-02327 <br><br> MDL 2327 |
| THIS DOCUMENT RELATES TO: <br> *Verla Christopherson v. Ethicon, Inc., et al.* <br> *2:12-cv-04365* | : : : : : : | HON. JOSEPH R. GOODWIN |

## RULE 26 EXPERT REPORT OF DR. WILLIAM PORTER, M.D.

### A. Qualifications and Background.

My name is William Edward Porter, M.D. I received a bachelor's degree in biology at the University of Michigan located in Ann Arbor, MI. I then went on and obtained a medical degree from the Wayne State University located in Detroit, MI. I subsequently completed a residency in obstetrics and gynecology at the University of Cincinnati and an American Board of Obstetrics and Gynecology certified three-year fellowship in Female Pelvic Medicine and Reconstructive Surgery (FPMRS) at the University of Tennessee Medical Center located in Memphis, Tennessee. I am one of the first ABOG Certified Physicians in the United States in the Field of (FPMRS). I served as a reviewer for the International Urogynecology Journal (2003 to 2006). I am currently a journal reviewer for Female Pelvic Medicine & Reconstructive Surgery. I serve on the American Urogynecology Society Coding Committee (2012 to 2016). I have lectured locally, nationally, and internationally on many subjects in the field of urogynecology and reconstructive pelvic surgery, including pelvic organ prolapse and urinary incontinence. I have taught at many medical device industry sponsored labs, the purpose of which has been to instruct other surgeons on the proper use of surgical devices and tools to treat pelvic organ prolapse and stress incontinence. I have also worked as a consultant to many medical device companies in developing and validating new products in the pelvic floor space.

I am trained extensively and practice exclusively in the field of pelvic medicine. This field encompasses pelvic organ prolapse, urinary incontinence, fecal incontinence, pelvic pain and pelvic floor dysfunction. Over the past 14 years post residency, I have performed nearly

1

3,000 pubovaginal slings (synthetic and xenographic) and fascia latta bladder neck slings. I have performed several thousand vaginal repairs for pelvic organ prolapse using native tissue, allograph, xenograph or synthetic augmented repairs. In the same regard I have also removed slings and mesh complicated surgeries (erosion and/ extrusion).

I have been specifically trained to use pelvic organ products (slings, graphs and mesh kits) by the following companies: C. R. Bard, Boston Scientific, Mentor, Cook Medical, Gynecare, American Medical System and Coloplast. I did complete any training required by said companies. I have been a trained proctor for the following companies: C.R. Bard, Boston Scientific, Mentor, Cook Medical, Gynecare and Coloplast. I have specifically treated female patients with the TVT-O mid-urethral sling and Total Prolift Vaginal Support System.

Based upon my work as a urogynecologist (FPMRS), I am familiar with the medical complications that are generally associated with mesh repair surgery, and I am experienced in the recognition, diagnosis and treatment of patients suffering from complications caused by pelvic repair mesh implants and mid-urethral slings. The focus of my evaluation is the role that the TVT-O and Prolift played in causing injury to Ms. Christopherson. The most common mesh-related complications are pelvic pain, scarring in the vagina and pelvic floor, pain into the legs and thighs, dyspareunia, chronic inflammation of tissue, chronic vaginal discharge or bleeding, scar bands or scar plates in the vagina, vaginal shortening or stenosis, erosion of mesh into tissues or organs, and nerve entrapment. In diagnosing and treating patients with mesh related complications, I often determine the likely cause of the patient's complications based upon a differential diagnosis, which typically includes a physical and history and a review of her medical records and other information about the patient.

In formulating the opinions set forth in this report I have relied on my personal knowledge, education and training, prior experience in treating stress urinary incontinence and pelvic organ prolapse, medical literature, and a review of relevant medical records pertaining to Ms. Christopherson. All of my opinions are true and correct to the best of my knowledge. I do reserve the right to supplement this report and my opinions if additional information becomes available (reports, discovery, articles or other relevant information). I also reserve the right to perform a physical examination on Ms. Christopherson.

### B. Summary of Materials Reviewed.

I have reviewed the following medical records and depositions with accompanying exhibits pertaining to Verla Christopherson:

Community Memorial Hospital

Bellin Health Hospital Center

Bellin Healthcare

Hockman and Associates Ob/Gyn

Ob/Gyn Associates of Green Bay

St Clare Memorial Hospital

Deposition of Verla Christopherson

Plaintiff Profile Form and Plaintiff Fact Sheet of Verla Christopherson

### C. Summary of Medical Facts related to Verla Christopherson

**DOB: 1/4/1943**

**Past Medical History**

Angioedema, Rosacea, Hyperlipidemia,

**Past Surgical History**

Appendectomy, Tonsils and Adenoids, Abdominal Vesical Neck Suspension,

**Medications**

Flagyl, Kenalog, Premarin, Nasonex

**Social**

Non Smoker

**11/16/2005**

TVT-O, A&P repair, SSLF with Gynecare Total Prolift.

**3/9/2006**

She reports bleeding for the last month. She had 1 cm area of granulation tissue.

**5/15/2006**

She reports PMB from vaginal granulation tissue. She was treated with Premarin Cream.

**11/28/2006**

She reports bleeding and pelvic pain after her Prolift. She reports that the mesh was trimmed a few months after her surgery.

**1/8/2007**

She is s/p posterior Prolift as well as posterior repair. She reports persistent dyspareunia and vaginal bleeding. There is exposed mesh at the apex that was bleeding. Her cervix was buried underneath dense scar tissue as well as mesh from her prior surgery. She will have an abdominal hysterectomy and bilateral salpingoophorectomy. She will have some of her mesh removed.

### 1/26/2007

She reports a 1-year history of pelvic pain and intermittent vaginal bleeding. Examination she had erythema at vaginal apex and visible mesh. She had pain in the posterior fornix toward sacrospinous ligaments.

### 2/1/2007

TAH/BSO, Mesh removal. The mesh was excised from the anterior vagina. Pathology 3 x 2.2 cm.

8/27/2007

She has done well after her mesh revision. She does not have dyspareunia or pain.

### 10/13/2008

She is s/p removal of exposed Prolene mesh and closure of the vaginal wound with the use of vaginal flaps. She has had intermittent discomfort during sexual activity. She did have atrophic changes

### D. Methodology and Analysis.

In determining the cause of a specific injury, it is customary to "rule in" potential causes of the injury, and then by process of elimination, to "rule out" the least likely causes to arrive at the most likely cause. This process is known as differential diagnosis, or differential etiology, and it is a well-established and universally accepted methodology for determining the cause of injuries employed by physicians throughout the United States. I often determine the cause of a patient's complications based upon an interview with the patient, a review of her medical records or knowledge of her prior medical history. I have used that methodology in arriving at my opinions in the case.

During her visits she reports having dyspareunia that prevented her from coitus. Meyer et al reports dyspareunia rates of 36% at a 5 year follow up from mesh surgery. On the other hand, Alperin et al reports a dyspareunia rate of 28.9%, which was similar to preoperative rate. Porter et al reports a site-specific posterior repair tends to have a positive effect on dyspareunia 73% cured vs. 19% where it increased. It appears that Prolift mesh may have a negative effect on coitus and thus complicating Ms. Christopherson health.

As the vagina is a cleaned contaminated area, there is no way to completely eliminate bacteria from the surgical site. Implantation though this dirty field could allow bacteria to attach.

These bacteria then can attach to the mesh and secrete a biofilm or a polysaccharide slime excreted by the bacteria. This slime could prevent the host defensive mechanism from clearing the infection. (Edmiston). This tissue response can contribute to the cause of vaginal pain, pelvic pain and chronic inflammation. This chronic inflammation/infection could be a source of pain. This chronic inflammation/infection could be a source of an erosion, vaginal discharge and possible UTI's. Dr. Daniel Elliott in his general expert report suggested the mesh creates a foreign body reaction and a chronic inflammatory response that can lead to chronic pain in the patient. The body's foreign body response to the mesh can cause a severe and chronic inflammatory reaction leading to excessive scarring in and around the mesh. Dr. Bruce Rosenzweig of the general expert witness group suggests that mesh degrades over time and causes a chronic foreign body reaction, fibrotic bridging, mesh contracture/shrinkage, fraying, particle loss, roping and curling of the mesh contributing to pain. Ethicon's Daniel Burkley, a Principal Scientist has testified that polypropylene mesh in human beings is subject to some degree of surface degradation.

In considering the cause of the vaginal pain and dyspareunia suffered by Verla Christopherson, her Prolift mesh contributed to her pain and vaginal scarring. She reports pain over her posterior fornix over the Prolift arms on examination. On physical examination the patient had visible granulation tissue, erythema and exposed mesh. She initially had to have the mesh trimmed and then subsequently had the mesh excised 2.2 x 3 cm. This granulation per Dr Elliott causes a foreign body and inflammation resulting in pain and granulation.

The next step in my analysis was to rule out other potential causes. I did consider other potential causes including post-op scarring and granulation tissue from appendectomy and abdominal vesical neck suspension. I also considered rosacea and her use of Kenalog. I considered each of these other risks for her pain and dyspareunia and I concluded that they could be ruled out as a source of her vaginal pain, mesh erosion and painful intercourse suffered by Verla Christopherson.

Additionally, it is my opinion to a reasonable degree of medical and scientific certainty, based on my background, education, training and experience, that Verla Christopherson treating physicians who implanted met the standard of care during implantation of the device. I found no evidence of surgical error or deviation from the requisite procedural steps. Further, after reviewing the operative reports, I see no evidence of any surgical complications.

**E. Conclusion.**

Based on the foregoing analysis, and based on my education, training and knowledge, it is my opinion to a reasonable degree of medical probability that the cause of Ms. Christopherson's pelvic pain, mesh erosion and dyspareunia is related to her Prolift mesh implant. This pain is related to what Dr. Elliott described as a chronic inflammation around the mesh.

I have the right to supplement and amend this opinion should additional factual information be forwarded to me that I did not have available at the time this opinion is submitted.

Dated this the 17th day of January 2017

_____
William Porter, M.D.

## Appendix 1

### A. Prior Testimony.

In the preceding four years, I have testified either as a witness or by deposition in the following legal actions:

Linda Liszak vs. Mentor Deposition

Ruth Haynes vs. C.R. Bard

Susan Falcone vs. C.R. Bard

Antoinette Angelo vs. C.R. Bard

Violet Lee vs. C.R. Bard

Janet Hachmeister vs. C.R. Bard

Wendy Baxter vs. C.R. Bard

Barbara Branch vs. C.R. Branch

Ashley Bevan vs. C.R. Bard

Eva Cantu vs. C.R. Bard

Peggy Kerr vs. C.R. Bard

Glenn Raymond, MD vs. Josephine Muhammad

Winebarager vs. C.R. Bard

Wiles vs. C.R. Bar

Penny Brown vs. C.R. Bard

Vicki Walters vs. C.R. Bard

Egynaim vs. Boston Scientific

Joanne Castellano- Cruz vs. Boston Scientific

Kimberly Mubita vs. Boston Scientific

April Fischer vs. Boston Scientific

Catherine Starks vs. Boston Scientific

Diana Cooper vs. Boston Scientific

Donna Edenfield vs. Boston Scientific

Donna Griffin vs. Boston Scientific

Valerie Bethune vs. Boston Scientific

Patti Smith vs. Boston Scientific

Mistee Robbins vs. Boston Scientific

Frances Smith vs. Mentor

Jeanne Hatfield vs. Mentor

Julie Echeveriria vs. Mentor

Julie Ford vs. Mentor

Teresa Taylor vs. Mentor

Blanca Roman vs. Mentor

Bernette Shaw-Wakeman vs. Mentor

Darlene Benson vs. Mentor

Melanie Cole vs. Mentor

Susan Herndon vs. Mentor

Mary Joan Adams vs. Ethicon

Marie Smith vs. Ethicon

Dee McBrayer vs. Ethicon

Joyce Justus vs. Ethicon

Terri Sively vs. Ethicon

Barbara Loomis vs. Ethicon

Carreen Schroeder vs. Ethicon

Margaret Schomer vs. Ethicon

Jacqueline Aldrich vs. Ethicon

Teresa Ferguson vs. Ethicon

Jessie Bishop vs. Ethicon

2

**B. Compensation.**

My compensation per hour for my review, preparation and testimony is:

o   Deposition testimony: ▮▮▮▮per hour with a▮▮▮▮minimum per day. 3 cases per a day in considered a full day regardless of hours, plus expenses. (10 days cancellation policy.);

o   Expedited Case Review:▮▮▮▮per hour (less than 3 weeks notice);

o   Court testimony: ▮▮▮▮ per day plus travel and expenses. Court testimony:▮▮▮▮ per day plus travel (▮▮▮hr.) and expenses. (14 days cancellation policy.); and

o   Medical review and consultation fees: ▮▮▮▮per hour.

**C. Literature.**

In preparing and formulating my opinions in this case, in in addition to the material identified above, I relied upon the medical literature I have reviewed over the past 10 years. I have read extensively from the Obstetrics and Gynecology, American Journal of Ob Gyn and Female Pelvic Medical and Reconstructive Surgery. I have read dozens of articles on the use of mesh and I am currently involved in a clinical trial using transvaginal mesh. I have performed several studies on mid urethral slings in the past. I have been asked to look at specific causation of problems. The general safety and success of these products are outside the scope of this report. I have specifically referred the articles listed below because I have found them useful in identifying mesh complications, and the mechanisms thereof, as well as identifying etiologies in establishing a differential diagnosis:

Barski, D. et al, Systemic review of classification of complications after anterior, posterior, apical, and total vaginal mesh implantation for prolapsed repair, Surg Techno Int. 2014, 24:217-24;

Chinthakanan, O. et al., Indication and surgical treatment of Midurethral sling complications: A Multi-center study, Int Urogynecol J, (2014), 25(suppl 1): S1-S240;

Cholhan, H.L., Hutchings, T.B, Rooney, K.E., Dyspareunia associated with paraurethral banding in the transobturator sling, Am J Obstetrics and Gynecology, 2010; 202; 481.e1-5;

Duckett, J, Baranowski, Pain after suburethral sling insertion for urinary stress incontinence, Int Urogynecol J (2013) 24:195-201;

3

Petri, E, Ashok, K. Comparison of late complications of retropubic and transobturator slings in stress urinary incontinence, Int J Urogynecology (2012) 23:321-325;

Petri, E, Ashok, K. Complications of synthetic slings used in female incontinence and applicability of the new IUGA-ICS classification. Eur J Obstetrics and Gynecology and Reproductive Biology 165 (2012) 347-351;

Shah et al., Mesh complications in female pelvic floor repair surgery and their management: A systemic review. Indian J. Urol. 2012 Apr; 28(2): 129-53.

Velemir, L. et al., Transvaginal mesh repair of anterior and posterior vaginal wall prolapse: a clinical and ultrasonographic study. Ultrasound Obstet Gynecol 2010; 35: 474-480.

Shapiro, A; Dramitinos, P.; Hacker, M. R.; Hanaway, K. J.; Elkadry, E. A; Rosenblatt, P. L. Oral Poster 9: Short Term Results Of PINNACLE® Procedure Used To Treat Anterior/apical Prolapse In 43 Patients Female Pelvic Medicine & Reconstructive Surgery: March/April 2010 - Volume 16 - Issue 2 - p S19

L Holmberg, H Anderson, for the HABITS steering and data monitoring committees HABITS (hormonal replacement therapy after breast cancer—is it Safe?), a randomised comparison: trial stopped THE LANCET • Vol 363 • February 7, 2004 •

Edmiston CE et al Microbiology of Explanted Suture Segments from Infected and Noninfected Surgical Patients J Clin Microbiol. Feb 2013; 51(2): 417-421.

Jeffery S. et al, High risk of complications with a single incision pelvic floor repair kit: results of a retrospective case series. Int Urogynecol J 25:109-116 (2014).

U. Klinge, B. Klosterhalfen, M. Muller, A. P. Ottinger and V. Schumpelick, Shrinking of Polypropylene Mesh in vivo: An Experimental Study in Dogs Eur J Surg 1998; 164: 965-969

Dietz HP, Vancaillie P, Svehla M, Walsh W, Steensma AB, Vancaillie TG Mechanical properties of urogynecologic implant materials. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14(4): 239-43; discussion 243. Epub 2003 Aug 5.

Moalli PA, Papas N, Menefee S, Albo M, Meyn L, Abramowitch SD. Tensile properties of five commonly used mid-urethral slings relative to the TVT. Int Urogynecol J Pelvic Floor Dysfunct. 2008 May;19(5):655-63. doi: 10.1007/s00192-007-0499-1. Epub 2008 Jan 9.

Abbott S, Unger CA, Evans JM, et al. Evaluation and management of complications from synthetic mesh after pelvic reconstructive surgery: a multicenter study. Am J Obstet Gynecol 2014; 210:163.e1-8.

4

Gerard Agnew & Peter L. Dwyer & Anna Rosamilia & Yik Lim & Geoffrey Edwards & Joseph K. Lee Functional outcomes following surgical management of pain, exposure or extrusion following a suburethral tape insertion for urinary stress incontinence Int Urogynecol J (2014) 25:235–239

Eric A. Hurtado & Rodney A. Appell Management of complications arising from transvaginal mesh kit procedures: a tertiary referral center's experience Int Urogynecol J (2009) 20:11–17

Naama Marcus-Braun & Peter von Theobald Mesh removal following transvaginal mesh placement: a case series of 104 operations Int Urogynecol J (2010) 21:423–430

Nicklaus Trent Rice, MD; Yan Hu, MS; James Chris Slaughter, Dr; and Renee Melva Ward, MD, Pelvic Mesh Complications in Women Before and after the 2011 FDA Public Health Notification (Female Pelvic Med Reconstr Surg 2013;19: 333Y338)

Serels, S Douso, M: Long Term Follow up of the Solyx Single Incision Sling in the treatment of Female Stress Urinary Incontinence. Open Journal of Urology, 2014, 4, 13-17

Christine E. Skala, Karin Renezeder, Stefan Albrich, Alexander Puhl, Rosa M. Laterza, Gert Naumann, Heinz Koelbl Mesh complications following prolapse surgery: management and outcome European Journal of Obstetrics & Gynecology and Reproductive Biology 159 (2011) 453–456

C. Skala & K. Renezeder & S. Albrich & A. Puhl & R. M. Laterza & G. Naumann & H. Koelbl The IUGA/ICS classification of complications of prosthesis and graft insertion A comparative experience in incontinence and prolapse surgery Int Urogynecol J (2011) 22:1429–1435

Kamil Svabík & Alois Martan & Jaromir Masata & Rachid El-Haddad & Petr Hubka & Marketa Pavlikova Ultrasound appearances after mesh implantation—evidence of mesh contraction or folding? Int Urogynecol J (2011) 22:529–533

Christopher Yang, MD; Loren Jones, MD; William H. Kobak, MD; Ervin Kocjancic, MD, Single-incision slings: a strength comparison of immediate and delayed extraction forces of five anchor types in a rabbit model. Poster Presentation

Myrthe M. Tijdink & Mark E. Vierhout & John P. Heesakkers & Mariëlla I. J. Withagen, Surgical management of mesh-related complications after prior pelvic floor reconstructive surgery with mesh Int Urogynecol J (2011) 22:1395–1404

Gutman RE, Nosti PA, Sokol AI, Sokol ER, Peterson JL, Wang H, Iglesia CB. Three-year outcomes of vaginal mesh for prolapse: a randomized controlled trial. Obstet Gynecol. 2013 Oct; 122(4):770-7.

Noblett KL, Shen B, Lane FL. Lynx midurethral sling system: a 1-year prospective study on efficacy and safety. Int Urogynecol J Pelvic Floor Dysfunct. 2008 Sep; 19(9): 1217-21

Urinary Incontinence Treatment Network (TOMUS) Trial of Mid Urethral Slings: Design and Methodology. The Journal of Applied Research. Vol 8, No 1, 2008.

Kaelin-Gambirasio I, Jacob S, Boulvain M, Dubuisson JB, Dällenbach P. 4. Complications associated with transobturator sling procedures: analysis of 233 consecutive cases with a 27 months follow-up. BMC Womens Health. 2009 Sep 25;9:28. doi: 10.1186/1472-6874-9-28.

Geoffrion R, Murphy M, Mainprize T, Ross S. Closing the chapter on ObTape: a case report of delayed thigh abscess and a literature review. J Obstet Gynaecol Can. 2008 Feb;30(2):143-7.

Tahseen S, Reid PC, Charan P. Short-term complications of the trans-obturator foramen procedure for urinary stress incontinence J Obstet Gynaecol. 2007 Jul;27(5):500-2.

Bogusiewicz M, Monist M, Stankiewicz A, et al. Most of the patients with suburethral sling failure have tapes located outside the high-pressure zone of the urethra. Ginekol Pol 2013; 84:334.

Hegde A, Nogueiras GM, Aguilar V, et al. Dynamic assessment of sling function on tranperineal ultrasound: Is it correlated with outcomes one year following surgery? (abstract). Female Pelvic Med Reconstr Surg 2013; 19:S57.

D Ostergard, Vaginal mesh grafts and the Food and Drug Administration, Int. Urogynecol J. (2010) 21:1181-1183.

Klutke C, Siegel S, Carlin B, et al. Urinary retention after tension-free vaginal tape procedure: incidence and treatment. Urology 2001; 58:697.

Morey AF, Medendorp AR, Noller MW, et al. Transobturator versus transabdominal mid urethral slings: a multi-institutional comparison of obstructive voiding complications. J Urol 2006; 175:1014.

Ogah J, Cody JD, Rogerson L. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women. Cochrane Database Syst Rev 2009; CD006375.

Barber MD, Gustilo-Ashby AM, Chen CC, et al. Perioperative complications and adverse events of the MONARC transobturator tape, compared with the tension-free vaginal tape. Am J Obstet Gynecol 2006; 195:1820.

Groutz A, Levin I, Gold R, et al. "Inside-out" transobturator tension-free vaginal tape for management of occult stress urinary incontinence in women undergoing pelvic organ prolapse repair. Urology 2010; 76:1358.

Laurikainen E, Valpas A, Kivelä A, et al. Retropubic compared with transobturator tape placement in treatment of urinary incontinence: a randomized controlled trial. Obstet Gynecol 2007; 109:4.

Costello C, Bachman M, Grand S, et al. Characterization of heavy weight and lightweight mesh explants from a single patient. Surg Innov 2007 Sep;14(3):168-176.

T. Renkl et al, "Management of Iatrogenic Forgien Bodies of the Bladder and Urethra Following Pelvic Floor Surgery," Neurology and Urodynamics 27:491-495 (2008)

T. Lo et al, "Repeated Endoscopic Excision of an Eroded Calcified Mesh Sling – Continued Follow-Up is Required" Journal of Min. Invasive Gynecol. (2010) Vo. 17, No. 3

Wolff GF[1], Winters JC[1], Krlin RM[2]. Mesh Excision: Is Total Mesh Excision Necessary? Curr Urol Rep. 2016 Apr;17(4):34. doi: 10.1007/s11934-016-0590-6.

Ford AA[1], Rogerson L, Cody JD, Ogah J. Mid-urethral sling operations for stress urinary incontinence in women. Cochrane Database Syst Rev. 2015 Jul 1;(7):CD006375. doi: 10.1002/14651858.CD006375.pub3.

Jonsson Funk M[1], Siddiqui NY, Pate V, Amundsen CL, Wu JM. Sling revision/removal for mesh erosion and urinary retention: long-term risk and predictors. Am J Obstet Gynecol. 2013 Jan;208(1):73.e1-7. doi: 10.1016/j.ajog.2012.10.006. Epub 2012 Oct 5

Angioli R[1], Montera R, Plotti F, Terranova C, Aloisi A, Zullo MA. Suburethral sling in autoimmune patients: complications, quality of life, and success rate. Int Urogynecol J. 2012 Apr;23(4):453-7. doi: 10.1007/s00192-011-1595-9. Epub 2011 Nov 9.

Meyer I[1], McGwin G[2], Swain TA[2], Alvarez MD[3], Ellington DR[4], Richter HE[4]. Synthetic Graft Augmentation in Vaginal Prolapse Surgery: Long-Term Objective and Subjective Outcomes. J Minim Invasive Gynecol. 2016 May-Jun;23(4):614-21. doi: 10.1016/j.jmig.2016.02.014. Epub 2016 Feb 23.

Alperin M[1], Ellison R, Meyn L, Frankman E, Zyczynski HM. Two-year outcomes after vaginal prolapse reconstruction with mesh pelvic floor repair system. Female Pelvic Med Reconstr Surg. 2013 Mar-Apr;19(2):72-8. doi: 10.1097/SPV.0b013e3182841d4b.

Kasyan G[1], Abramyan K[2], Popov AA[2], Gvozdev M[1], Pushkar D[1]. Mesh-related and intraoperative complications of pelvic organ prolapse repair. Cent European J Urol. 2014;67(3):296-301. doi: 10.5173/ceju.2014.03.art17. Epub 2014 Aug 18.

Lovatsis D, Drutz HP Safety and efficacy of **sacrospinous** vault **suspension**. Int Urogynecol J Pelvic Floor Dysfunct. 2002;13(5):308-13.

Mallipeddi P[1], Kohli N, Steele AC, Owens RG, Karram MM. Vaginal paravaginal repair in the surgical treatment of anterior vaginal wall prolapse. Prim Care Update Ob Gyns. 1998 Jul 1;5(4):199-200.

Kokanali MK[1], Doğanay M[2], Aksakal O[2], Cavkaytar S[2], Topçu HO[2], Özer İ[2]. Eur J Obstet Gynecol Reprod Biol. 2014 Jun;177:146-50. doi: 10.1016/j.ejogrb.2014.03.039. Epub 2014 Apr 13.

Lee JH[1], Yoon HJ, Lee SJ, Kim KH, Choi JS, Lee KW. Modified transobturator tape (canal transobturator tape) surgery for female stress urinary incontinence J Urol. 2009 Jun;181(6):2616-21. doi: 10.1016/j.juro.2009.02.033. Epub 2009 Apr 16.

Fotios Sergouniotis, Björn Jarlshammar, and Per-Göran Larsson Urethral complications after tension-free vaginal tape procedures: A surgical management case series World J Nephrol. 2015 Jul 6; 4(3): 396–405.

Duckett JR, Jain S. Groin Pain After a Tension-Free Vaginal Tape or Similar Suburethral Sling: Management Strategies Rev Urol. 2005 Spring; 7(2): 112–113.

Fialkow MF[1], Lentz GM, Miller EA, Miller JL. Complications from transvaginal pubovaginal slings using bone anchor fixation. Urology. 2004 Dec;64(6):1127-32.

Abdolreza B[1], Frederic C, Fanny V, Antonio I, Andre B, Amiel J. Recurrent vaginal erosion of tension free vaginal tape due to Actinomyces infection. BJOG. 2005 Dec;112(12):1661-2.

Expert General Testimony

      Rule 26 Expert Report of Dr. Daniel Elliott

      Rule 26 Expert Report of Dr Bruce Rosenzweig

## APPENDIX 2

## CURRICULUM VITAE

# CURRICULUM VITAE

# WILLIAM E. PORTER, M.D.

**OFFICE ADDRESS:**    Presbyterian Urogynecology
6324 Fairview Rd, Suite 390
Charlotte, NC 28210
Phone: (704)316-1120   Fax: (704)316-1121
Email: urogynman@aim.com

**EMPLOYMENT:**    Ob/Gyn Specialists of the Palm Beaches
1515 North Flagler, Suite 700
West Palm Beach, FL 33401
July 2003 - June 2008

**EDUCATION:**    **High School:**
*Birmingham Groves*
Birmingham, Michigan
Degree date – June 1987

**Undergraduate:**
*University of Michigan*
Ann Arbor, Michigan
Bachelor of Science in Biology
Degree date – May 1991

**Graduate/Medical School:**
*University of Health Sciences*
School of Osteopathic Medicine
Kansas City, MO
August 1992 – July 1993

*Wayne State University*
School of Medicine
Detroit, Michigan
Doctor of Medicine
Degree date – June 6, 1996

**Internship:**
*University of Cincinnati*
College of Medicine
Cincinnati, Ohio
Obstetrics and Gynecology
June 1996 - June 1997

**Residency:**
*University of Cincinnati*
College of Medicine
Cincinnati, Ohio
Obstetrics and Gynecology
June 1997 - June 2000

**Fellowship:**
*University of Tennessee, Center of Health Sciences*
Department of Obstetrics and Gynecology
Memphis, Tennessee
Urogynecology and Reconstructive Pelvic Surgery
Accredited Fellowship by ABOG
Directors: Robert L. Summitt, Jr. M.D., Val Y. Vogt, M.D.
July 2000 - June 2003

**Honors:**

Auxiliary to American Osteopathic Association Scholarship Finalist, 1993
Wayne County Medical Society Scholarship, 1995
Young Investigator Award Recipient, Central Association of Obstetrics and Gynecology, 2002

**BOARD CERTIFICATION:**

American Board of Obstetrics and Gynecology 2005

**MEDICAL LICENSURE:**

| | | |
|---|---|---|
| Ohio | 35-07-6095 | April 1999 |
| Tennessee, | M.D. 34019 | April 2000 |
| Arkansas | E-2659 | August 2000 |
| Michigan | 4301080975 | October 2002 - Present |
| Florida | ME87260 | February 2003 – Present |
| North Carolina | 01871 | November 2007 - Present |

**SOCIETY MEMBERSHIPS:**

American College of Obstetricians and Gynecologists, Fellow 2005
American Urogynecologic Society, January 2002 – present
Central Association of Obstetrics and Gynecology 2001 – present
American Association of Laparoscopic Gynecologist 2010 - present

**UNIVERSITY APPOINTMENTS:**

Instructor & Fellow, Section of Urogynecology
Department of Obstetrics and Gynecology, University of Tennessee, Memphis
Memphis, Tennessee, July 2000 - June 2003.

**HOSPITAL APPOINTMENTS:**

1. Presbyterian Hospital Charlotte, NC
2. Presbyterian Hospital, Matthews, NC
3. Presbyterian Hospital, Huntersville, NC
4. Carolinas Medical center, Charlotte, NC

**TEACHING EXPERIENCE:**

Provide lectures to the Residents in the Department of Obstetrics and Gynecology, University of Tennessee, Memphis, July 2000 – 2003.
- "Evaluation of Urinary Incontinence"
- "Evaluation of Fecal Incontinence"
- "Overactive Bladder"
- "Conservative Therapy for Stress Incontinence"
- "Surgical Management of Stress Management"

Give monthly clerkship lecture to third year medical students. Department of Obstetrics and Gynecology, University of Tennessee, Memphis, July 2000 – 2003.
- "Urinary Incontinence"
- "Pelvic Inflammatory Disease"

Urogynecology Conferences. Facilitate weekly resident conference where current articles and research are discussed. Department of Obstetrics and Gynecology, University of Tennessee, Memphis, July 2000 - 2003.

Urogynecology Chapter Review/Research Conference, conducted weekly with clinical fellows and residents. Department of Obstetrics and Gynecology, University of Tennessee, Memphis, July 2000 - 2003.

Council in Resident Education in Obstetrics and Gynecology (CREOG) May 2002
- Assisted in writing urogynecology questions for annual national in-service exam for obstetric and gynecology residents.

## PUBLICATIONS (Book Chapters and Ad Hoc Reviews)

1. Porter WE, Penney DC: Cyanide. In Webb AR, Shapiro MJ, Singer M, Suter PM (eds). Oxford Textbook of Critical Care. Oxford Publishing, Oxford, England. 647-649, 1999.

2. Porter WE, Karram MM: Pathophysiology, diagnosis and management of rectocele. In Cardoza L, Staskin D (eds). The Textbook of Female Urology and Urogynecology. Isis Media Ltd., Oxford, England. 2001, 615-625.

3. Porter WE, Summitt RL: Posterior Colporrhaphy. In Sciarra J (ed). Obstetrics and Gynecology. Lippincott and Williams, New York. 2003.

4. Porter WE, Summitt RL: The Pathophysiology, Diagnosis, and Management of Rectoceles. In GLOWM (Global Library of Women's Medicine), 2008, Revised 2011

## PUBLICATIONS (Peer Reviewed Journals):

1. Porter WE, Penney DG. Nitroprusside, A Cyanide Containing Drug: Recognizing the Dangers. Providence Hospital Medical Bulletin, 1996; 9(1): 23-28.

2. Porter WE, Steele A, Kohli N, Walsh P, Karram MM, The Anatomic and Functional Outcome of Defect-Specific Rectocele Repair. Am J Obstet Gynecol Dec 1999; 181(6): 1353-8.

## ACADEMIC PRESENTATIONS: NATIONAL AND INTERNATIONAL MEETINGS AND PUBLISHED IN ABSTRACT FORM

1. Porter WE, Steele A, Kohli N, Walsh P, Karram MM: The Anatomic and Functional Outcome of Defect-Specific Rectocele Repair. Society of Gynecologic Surgeons Meeting, San Diego, California, March 1999.

2. Porter WE, Steele A, Kohli N, Walsh P, Karram MM: The Anatomic and Functional Outcome of Defect-Specific Rectocele Repair. International Urogynecology Association, Denver, Colorado, August 1999.

3. Porter WE, Haynes K, Lipscomb GH, Summitt RL, JR.: Oophorectomy at the Time of Vaginal Hysterectomy: A Prospective Study. Society of Gynecologic Surgeons Meeting, Dallas, TX, March 2002.

4. Porter WE, Yang C, Vogt V, Summitt RL Jr.: Isometric Detrusor Contraction During a Voiding Study: Its Meaning and Clinical Implications. American Urogynecology Society Meeting, San Francisco, CA October 2002.

5.    Porter WE, Lipscomb GH, Stovall T, Ling F, Summitt RL, Jr.:   A Prospective Randomized Comparison of Scalpel vs. Electrosurgery for Abdominal Incisions in Gynecologic Surgery. Central Association of Obstetrics and Gynecology Meeting. Las Vegas, NV October 2002.

6.    Porter WE, Horton TR, Vogt VY, Summitt RL Jr: Historical and Physical Factors Predictive of Successful Pessary Use: American College of Obstetrics and Gynecology, Annual Clinical Meeting, New Orleans, LA April 2003.

7.    Porter WE, Horton TR, Vogt VY, Summitt RL Jr: Genital Prolapse Symptoms and Quality of Life Parameters Associated with Pessary Use: American College of Obstetrics and Gynecology, Annual Clinical Meeting, New Orleans, LA April 2003.

8.    Porter WE, Addis A, Vogt VY, Summitt RL Jr: Intrinsic Sphincter Deficiency: Association with Historical, Physical and Urodynamic Findings: American College of Obstetrics and Gynecology, Annual Clinical Meeting, New Orleans, LA April 2003.

## RESEARCH:

| | |
|---|---|
| Sponsor: | National Institute of Health Student Training Grant at Wayne State University |
| Title: | Head and neck squamous cell cancer and the relevance of tumor marker P54. |
| Date: | August- September 1995 |
| Staff: | Porter WE, Crissman JD |

| | |
|---|---|
| Sponsor: | Eli Lilly and Company |
| Title: | Efficacy and Safety of Duloxetine Compared with Placebo in Subjects with Symptoms of Bladder Overactivity Due to Pure Detrusor Instability or Sensory Urgency (Protocol # F1J-MC-SBBL) |
| Date: | May 2001 |
| Staff: | Summitt RL, Vogt VY, Porter WE |

| | |
|---|---|
| Sponsor: | Milex Inc. |
| Title: | Predictors of Successful Pessary Management |
| Date: | May 2001 |
| Staff: | Porter WE, Summitt RL, Vogt VY |

| | |
|---|---|
| Sponsor: | Bayer Pharmaceutical |
| Title: | Prospective, Randomized, Double-Blind Multicenter, Comparative Trial to Evaluate The Efficacy and Safety of Ciprofloxacin Once Daily Extended Release 500 mg Tablets QD for 3 Days Versus Conventional Ciprofloxacin 250 mg Tablets BID for 3 days in the Treatment of Patients with Uncomplicated Urinary Tract  (uUTI) Infections (Bayer Study #100398) |
| Date: | July 2001 |
| Staff: | Summitt RL, Vogt VY, Porter WE |

| | |
|---|---|
| Sponsor: | University of California, San Diego, |
| Title: | Identifying Bladder-Origin Pelvic Pain/Interstitial Cystitis in Gynecologic Patients and Their Treatment with Pentosan Polysulfate vs. Placebo. |
| Date: | September 2002 |
| Staff: | Vogt VY, Ling FL, Summitt RL, Porter WE |

| | |
|---|---|
| Sponsor: | Timm Medical Technologies, Inc. |
| Title: | Normal Values for Vaginal Cone Weights in Asymptomatic Women. |
| Date: | September 2002 |
| Staff: | Herrin A, Vogt VY, Summitt RL, Porter WE. |

| | |
|---|---|
| Sponsor: | Wyeth |
| Title: | A Double Blind, Randomized, Placebo and Active Controlled Safety and Efficacy Study of Bazedoxifene/Conjugated Estrogens Combinations in Postmenopausal Women |

| | |
|---|---|
| Date: | November 2002 |
| Staff: | Summitt RL, Vogt VY, Porter WE, Horton TR. |

| | |
|---|---|
| Sponsor: | Pharmacia |
| Title: | Assessment of the Efficacy of Tolterodine ER vs. Placebo for the Symptom of Urgency and the Improvement in Bladder Condition (DETAOD-0084-047) |
| Date: | December  2002 |
| Staff: | Summitt RL, Vogt VY, Porter WE, Horton TR |

| | |
|---|---|
| Sponsor: | Eli Lilly and Company |
| Title: | Long Term Monitoring of Safety in Subjects Treated with Duloxetine for Bladder Overactivity (F1j-MC-SBBX) |
| Date: | December 2002 |
| Staff: | Summitt RL, Vogt VY, Porter WE, Horton TR |

| | |
|---|---|
| Sponsor: | US Surgical |
| Title: | A Prospective Multicenter Clinical Study on a New Approach in Treating Stress and Mixed Urinary Incontinence and Vaginal Vault Prolapse. |
| Date: | April 2005 |

| | |
|---|---|
| Sponsor: | GlaxoSmithKline |
| Title: | An Observational, Pilot Study to determine the prevalence of Genital Herpes Infection in individuals who present to healthcare professionals complaining of pre-defined genital signs/symptoms. |
| Date: | April 2005 |

| | |
|---|---|
| Sponsor: | Odyssey |
| Title: | Sanctura Study to Evaluate Control of Urinary Symptoms Resulting From OAB. |
| Date: | May 2005 |

| | |
|---|---|
| Sponsor: | Sanctura |
| Title: | A Double-Blind, Multicenter, International, Randomized, Placebo-Controlled Study of Safety and Efficacy of Trospium Chloride 60mg Modified Release Capsules Versus Placebo, Once Daily, for 12 Weeks Followed by a 9 – Month, Open-Label Treatment Phase in Patients with Overactive Bladder. |
| Date: | July 2005 |

| | |
|---|---|
| Sponsor: | Tyco |
| Title: | IVS Tunnler, Long Term Success of Pelvic Floor Prolapse and Stress Incontinence. |
| Date: | July 2005 |

| | |
|---|---|
| Sponsor: | Boston Scientific |
| Title: | Prefyx Sling. Long Term Observation Registry |
| Date: | January 2007 |

| | |
|---|---|
| Sponsor: | Cook Biomedical |
| Title: | Objective and Subjective Outcomes of Porcine SIS Graft Augmentation In Vagina; Prolapse Surgery. |
| Date | Submitted to AUGS Annual Meeting for 2009 |

**INVITED LECTURES:**

1.    University of Tennessee, Department of Obstetrics and Gynecology.

*Hot Topics in Women's Health.* Memphis, TN. November 2000.
- "Evaluation of Incontinence - What to Do and Why"
- "Laparoscopic and Other Treatments for Urinary Incontinence"

2.    University of Tennessee, Department of Family Medicine.
      *Update for the Primary Care Physician.* Memphis, TN. March 2001.
- "Evaluation of Incontinence for Primary Care Physician"
- "Case Presentations: The Incontinent Patient"

3.    South Central Obstetrics and Gynecology Meeting, *Annual Clinical Meeting,*
      Memphis, TN April 2002.
- "Suburethral Sling Procedure for Urinary Incontinence"

4.    University of Tennessee, Department of Obstetrics and Gynecology.
      Fifth Annual Update in Gynecology, Reproductive Endocrinology Infertility and Urogynecology
      Grand Cayman Island, BWI, February 2003.
- "Fecal Incontinence"
- "Overactive Bladder"
- "Lower Urinary Tract Symptoms"
- "Neurological Injuries in Gynecology and Case Studies"
- "Mesh use in Gynecologic Surgery"

5.    Florida Obstetrics and Gynecology Society, *Annual Clinical Meeting.* Palm Beach, FL
      August 2006.
- "Update in Urinary Incontinence"

6.    Presbyterian Hospital, Department of Obstetrics and Gynecology.
      *Grand Rounds.* Charlotte, NC. Various dates.
- "Evaluation of Incontinence - What to Do and Why"
- "Laparoscopic and Other Treatments for Urinary Incontinence"
- "Lower Urinary Tract Symptoms"
- "Fecal Incontinence"
- "Treatment Update for Overactive Bladder"

7.    Presbyterian Hospital, Department of Community Outreach
      *You Can Laugh Without Leaking.* Charlotte, NC. October 2011.
- "Evaluation of Incontinence - What to Do and Why"