IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                  MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE
ON THE ATTACHED EXHIBIT

ORDER

(Dismissing Ethicon Defendants with Prejudice
and Transferring Case to MDL 2326)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3804], is a Joint Motion to Dismiss Certain Defendants with Prejudice, filed by the plaintiffs, identified in Exhibit A, (attached hereto) and to the extent they are named defendants, Ethicon, Inc., Ethicon, LLC and Johnson & Johnson (collectively "Ethicon"). The parties are seeking dismissal of Ethicon as defendants in this action with prejudice because all claims against Ethicon have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiffs' Motion to Transfer MDLs for this case [ECF No. 3804]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Certain Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED.** To the extent an Amended Short Form Complaint has not been filed, plaintiffs' counsel is **DIRECTED** to file the appropriate Amended Short Form Complaint within **fourteen days (14) days** of the date of this Order. The Ethicon

defendants are **DISMISSED WITH PREJUDICE** as defendants in the action listed in Exhibit A, this action is **TRANSFERRED** to MDL 2326, and the Clerk is directed to disassociate the civil action as member case in MDL 2327 and re-associate it with MDL 2326.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual case listed in Exhibit A.

ENTER: May 17, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-01055 | Catherine P. Everett and Terry Everett v. Ethicon, Inc., et al. |