IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S) ON THE EXHIBIT(S) ATTACHED HERETO

**JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate from the docket of the court, the actions listed on the attached Exhibit A, with each party to bear its own costs.

Respectfully:

/s/ Christy D. Jones
Christy D. Jones. Esq.
BUTLER SNOW LLP
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

36635898v1

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ Henry G. Garrard, III
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiffs on Exhibit A*

36635898v1

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-00051 | Ruth E. Frescott<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02868 | Ruby L. Kean<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05501 | Elizabeth Sallee Nagle<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06021 | Angela C. Lofton<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10695 | Brenda K. Jones and Larry J. Jones<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24494 | Joan L. Christopher and Stanley Christopher<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-31581 | Mara B. Mooney and James Mooney, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04802 | Penny E. McLoud and James T. McLoud<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-18514 | Debra Ruis and Kirbi Lynch<br>v.<br>Ethicon, Inc., et al. |
| 2:16-cv-00580 | Cynthia N. Miller and Andrew Miller<br>v.<br>Ethicon Inc., et al. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

> By: */s/ Christy Jones*
> Christy Jones

36635898v1