IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION     MDL NO. 2327

## O R D E R
(Vacating Inactive Docket Order)

It is **ORDERED** that the Inactive Docket Order entered on May 17, 2017 [ECF No. 3933] is **VACATED**, but only as to the inactive status of the following member case:

*Brusseau, et al. v. Ethicon, Inc., et al.*     *Civil Action No. 2:12-cv-02819*

which case is listed on Exhibit A attached to the order.

The court **DIRECTS** the Clerk to place the above listed case back on the active docket and file a copy of this order in 2:12-md-2327 and in the individual case listed above. The court further **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented party.

ENTER: May 19, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE