IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                     MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### [PROPOSED] ORDER DISMISSING CALDERA MEDICAL, INC.

PLEASE TAKE NOTICE that upon consideration of plaintiffs and defendant Caldera Medical, Inc.'s ("Caldera") joint request for a dismissal with prejudice of all cases in the MDL against Caldera and any other Insureds and Contractual Indemnitees, and good cause appearing therefor, it is hereby ORDERED:

1. Plaintiffs and Caldera's Joint Request for Dismissal is GRANTED; and

2. All cases on the chart attached hereto as Exhibit 1 are DISMISSED WITH PREJUDICE as to Caldera.

**IT IS SO ORDERED.**

Dated: _____        _____
                                      Honorable Joseph R. Goodwin

# Exhibit 1

### Cases to be Dismissed as to Caldera Medical, Inc.

| Case | Defendant(s) to be Dismissed |
|---|---|
| Clark-Ajemian, Sheila<br>MDL No. 2327<br>Docket: 13cv22100 | Caldera Medical, Inc. |
| Commarata, Rose & Joe<br>MDL No. 2327<br>Docket: 14cv4170 | Caldera Medical, Inc. |
| Dotson, Kim & Terry<br>MDL No. 2327<br>Docket: 13cv01225 | Caldera Medical, Inc. |
| Kelley, Norma & Dennis<br>MDL No. 2327<br>Docket: 14cv29174 | Caldera Medical, Inc. |
| Ryan, Tami<br>MDL No. 2327<br>Dockeet: 14cv17149 | Caldera Medical, Inc. |
| Spohrer, Marie & James<br>MDL No. 2327<br>Docket: 13cv7389 | Caldera Medical, Inc. |
| Stallman, Diane & Craig<br>MDL No. 2327<br>Docket: 12cv484 | Caldera Medical, Inc. |
| Stiffler, Cheryl & Michael<br>MDL No. 2327<br>Docket: 13cv22635 | Caldera Medical, Inc. |
| Sugg, Lenda & Ernest<br>MDL No. 2327<br>Docket: 12cv6033 | Caldera Medical, Inc. |