**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*All Wave 5 Cases* | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

**CERTIFICATE OF SERVICE OF PLAINTIFFS' DESIGNATION AND DISCLOSURE OF GENERAL EXPERT WITNESSES**

      I hereby certify that on May 22, 2017, I electronically served Plaintiff's Designation and Disclosure of General Expert Witnesses on counsel of record listed below.

Christy D. Jones
christy.jones@butlersnow.com
William Gage
william.gage@butlersnow.com
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010

David B. Thomas
dthomas@tcspllc.com
Thomas, Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824

/s/ Bryan F. Aylstock
Bryan F. Aylstock
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
baylstock@awkolaw.com
Counsel For Plaintiff
