**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(CHARLESTON DIVISION)**

| | | |
|---|---|---|
| **IN RE: ETHICON, INC., PELVIC REPAIR** | ) | |
| **SYSTEMS PRODUCTS LIABILITY** | ) | **MDL Docket No. 2327** |
| **LITIGATION** | ) | |

**This Document Relates to All Cases**

## MOTION FOR CHANGE OF FIRM NAME AND FIRM ADDRESS

PLEASE TAKE NOTICE that the undersigned attorney for plaintiff(s) respectfully moves this Court for entry of an Order updating his firm name and address in MDL No. 2327, and each individual member case in which Bradford R. Kvinta is associated.

Effective immediately, Bradford R. Kvinta's contact information should be corrected to reflect his firm's name, address, phone number, and email address as follows:

> KLIEM & ASSOCIATES
> 5606 N. Navarro
> Suite 209
> Victoria, Texas 77904
> (361)575-5291
> bradford@krlawvictoria.com

Accordingly, it is respectfully requested that the Court enter an Order updating the information for the aforementioned attorney in MDL No. 2327 and in each individual member case in which he is associated.

Dated: May 23, 2017

Respectfully submitted,

KLIEM & ASSOCIATES

By: _____

Bradford R. Kvinta
Texas Bar No. 24068235
5606 N. Navarro
Suite 209
Victoria, Texas 77904
Tel. (361) 575-5291
Fax (361) 575-5299
bradford@krlawvictoria.com

**ATTORNEY FOR PLAINTIFF**