**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:  ETHICON, INC.,
     PELVIC REPAIR SYSTEM
     PRODUCTS LIABILITY LITIGATION

                                      MDL No. 2327

------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES
EXCLUDING THOSE ETHICON CASES
ASSIGNED TO CHIEF JUDGE CHAMBERS

**PRETRIAL ORDER # 260**
**(Filing of Plaintiff Profile Forms and Plaintiff Fact Sheets)**

Regarding Plaintiff Profile Forms and Plaintiff Fact Sheets, the court **ORDERS** as follows:

1.  **All cases filed on or before March 1, 2017.** In all cases in this MDL filed on or before March 1, 2017, each plaintiff must file with the Clerk of the court in that plaintiff's individual case, a complete copy of the Plaintiff Profile Form ("PPF"), excluding verifications and authorizations, and, if she is required to do so by virtue of a wave or other order, a copy of her Plaintiff Fact Sheet ("PFS"), excluding verifications and authorizations, on or before **June 23, 2017**. This filing requirement does not alter the service deadlines contained in PTOs entered to date related to PPFs and PFSs.

2.  **All cases filed after March 1, 2017.** For cases filed after March 1, 2017, in this MDL, each plaintiff must file with the Clerk of the court in that plaintiff's individual case, a complete copy of the PPF, excluding verifications and authorizations, and, if she is required to do so by virtue of a wave or other order, a copy of her PFS, excluding

verifications and authorizations, when the PPF or PFS is due by virtue of any PTO entered in this MDL.

3. **Redaction of Sensitive Information**. The court **DIRECTS** the parties to follow the redaction requirements of Rule 5.2.1 of the Local Rule of Civil Procedure.

4. **Filing Event Information**. Plaintiffs are directed to use the following event for filing the PFS or PPF, respectively: (1) plaintiff profile form; and/or (2) plaintiff fact sheet.

5. **Cases on an Inactive Docket Order.** This PTO does not apply to cases on an Inactive Docket Order.

6. **Failure to Comply.** The court will impose sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure for failure to comply with this order.

The court DIRECTS the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district *where applicable,* which includes counsel in all member cases up to and including civil action number 2:17-cv-03037. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: May 26, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2