# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE:   ETHICON, INC.,
         PELVIC SUPPORT SYSTEM
         PRODUCTS LIABILITY LITIGATION                    MDL 2327

THIS DOCUMENT RELATES TO THE CASE(S)
IN THE EXHIBIT(S)

## ORDER

It is **ORDERED** that the Clerk **STRIKE** from the docket, the proposed Inactive Docket Order filed on May 19, 2017   [ECF No. 3943].

ENTER:  May 31, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE