# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                              MDL No. 2327

## TRANSFER ORDER

**Before the Panel:**[*] Plaintiffs in the action listed on Schedule A move under Panel Rule 7.1 to vacate our order conditionally transferring the action to MDL No. 2327. Defendants Johnson & Johnson, Ethicon, Inc., and Ethicon, LLC (together, Ethicon) oppose the motion to vacate.

After considering the argument of counsel, we find this action involves common questions of fact with the actions transferred to MDL No. 2327, and that transfer under 28 U.S.C. § 1407 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Movants do not dispute that this action shares questions of fact with MDL No. 2327. Like many of the already-centralized actions, this action involves factual questions arising from allegations that Ethicon and related entities defectively designed, manufactured, and marketed pelvic surgical mesh products, resulting in serious injuries, and that defendants failed to provide appropriate warnings and instructions regarding the risks and dangers posed by the devices. *See In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig., et al.*, 844 F. Supp. 2d 1359 (J.P.M.L. 2012).

In support of the motion to vacate, plaintiffs argue that federal subject matter jurisdiction is lacking, and plaintiffs' motion to remand to state court is pending. The Panel has held that jurisdictional issues do not present an impediment to transfer, as plaintiffs can present these arguments to the transferee judge.[1] *See, e.g., In re: Prudential Ins. Co. of Am. Sales Practices Litig.*, 170 F. Supp. 2d 1346, 1347-48 (J.P.M.L. 2001).

---

[*] Judge Lewis A. Kaplan took no part in the decision of this matter.

[1] Moreover, under Panel Rule 2.1(d), the pendency of a conditional transfer order does not limit the pretrial jurisdiction of the court in which the subject action is pending. Between the date a remand motion is filed and the date that transfer of the action to the MDL is finalized, a court generally has adequate time to rule on a remand motion if it chooses to do so.

-2-

IT IS THEREFORE ORDERED that the action listed on Schedule A is transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for inclusion in the coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

Sarah S. Vance
Chair

Marjorie O. Rendell        Charles R. Breyer
Ellen Segal Huvelle        R. David Proctor
Catherine D. Perry

**IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION**  MDL No. 2327

## SCHEDULE A

<u>Eastern District of Missouri</u>

CUEVAS, ET AL. v. ETHICON, INC., ET AL., C.A. No. 4:17-00498



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Existing Transfer Order (Transferee Court)
JPMLCMECF
to:
JPMLCMDECF
05/31/2017 11:02 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 5/31/2017 at 11:01 AM EDT and filed on 5/31/2017

**Case Name:**   IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/31/2017.**

**Associated Cases: MDL No. 2327, MOE/4:17-cv-00498 (LAH)**

**Case Name:**   Cuevas et al v. Ethicon, Inc. et al
**Case Number:**   MOE/4:17-cv-00498
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court**

**for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/31/2017.**

**Associated Cases: MDL No. 2327, MOE/4:17-cv-00498 (LAH)**

No public notice (electronic or otherwise) sent because the entry is private



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Transfer Order
JPMLCMECF
to:
JPMLCMDECF
05/31/2017 11:01 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/31/2017 at 11:00 AM EDT and filed on 5/31/2017
**Case Name:**        IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 2812

**Docket Text:**
**TRANSFER ORDER re: pldg. ([2712] in MDL No. 2327, 9 in MOE/4:17-cv-00498), ([2753] in MDL No. 2327, 13 in MOE/4:17-cv-00498)**

**Transferring 1 action(s) - MDL No. 2327, MOE/4:17-cv-00498**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 5/31/2017.**

**Associated Cases: MDL No. 2327, MOE/4:17-cv-00498 (LAH)**

**Case Name:**        Cuevas et al v. Ethicon, Inc. et al
**Case Number:**    MOE/4:17-cv-00498
**Filer:**
**Document Number:** 14

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [2712] in MDL No. 2327, 9 in MOE/4:17-cv-00498), ( [2753]**

**in MDL No. 2327, 13 in MOE/4:17-cv-00498)**

**Transferring 1 action(s) - MDL No. 2327, MOE/4:17-cv-00498**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 5/31/2017.**

**Associated Cases: MDL No. 2327, MOE/4:17-cv-00498 (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Michael J. Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

Carl N Frankovitch
FRANKOVITCH ANETAKIS COLANTONIO & SIMON
337 Penco Road
Weirton, WV 26062

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Paul T Farrell , Jr
GREENE KETCHUM BAILEY WALKER FARRELL & TWEEL
WinmatsConversion6
419-11th Street
P.O. Box 2389
Huntington, WV 25724

**MOE/4:17-cv-00498 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Jeffrey J. Lowe     jlowe@careydanis.com, cmiller@careydanis.com, econzelman@careydanis.com

Andrew J. Cross     across@careydanis.com

Thomas P. Cartmell     tcartmell@wcllp.com, m.goldwasser@wcllp.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

Scott A Love     slove@triallawfirm.com, bgreif@triallawfirm.com

Dan H. Ball     dhball@bryancave.com

Jeffrey M. Kuntz     jkuntz@wcllp.com, dwatkins@wcllp.com, msneed@wcllp.com

Randy J. Soriano     rjsoriano@bryancave.com

Bettina J. Strauss     bjstrauss@bryancave.com

Sarah Shoemake Doles     sdoles@careydanis.com, amacdonald@careydanis.com, econzelman@careydanis.com

W. Michael Moreland     mmoreland@triallawfirm.com

William W. Lundquist     wlundquist@triallawfirm.com, twindham@triallawfirm.com

James P. Emanuel, Jr     james.emanuel@bryancave.com

John Francis Garvey, Jr     jgarvey@careydanis.com

Grace Hooten     ghooten@triallawfirm.com

**MOE/4:17-cv-00498 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/31/2017] [FileNumber=742390-0]

[6bd3da99f20ca8f26ef84f10a16da54b1a765576819d5989c12ea4d390587993e828f
07ef89ac951b4cb5560b9b531aa0aafd01305f56207121159c795d144c7]]