IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTERN DISTRICT
OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.
        PELVIC SUPPORT SYSTEMS,
        PRODUCTS LIABILITY LITIGATION           MDL 2327

THIS DOCUMENT RELATES TO THE CASE(S)
IN EXHIBIT(S) A ATTACHED HERETO

### NOTICE OF WITHDRAWAL OF FILING

Defendant Ethicon, Inc.[1] ("Ethicon") hereby withdraws its Proposed Inactive Docket Order filed on May 31, 2017 under Docket #3959. Ethicon is filing Proposed Inactive Docket Orders in the individual cases.

Respectfully submitted,

_s/ Christy D. Jones_
Christy D. Jones
BUTLER SNOW LLP
P.O. Box 6010
Ridgeland, MS  39158
601-948-5711
christy.jones@butlersnow.com

*Counsel for Defendants*

---

[1] As used herein, "Ethicon" refers collectively to Johnson & Johnson, Ethicon LLC, Ethicon, Inc. as well as any of its former or present parent companies, subsidiaries, affiliated companies, directors, officers, design surgeons, employees, distributors, detail representatives named in an action pending in MDL No. 2327.

36797178v1

EXHIBIT A

Fleming Nolen & Jez

| Plaintiff Last Name | Plaintiff First Name | Civil Action No. |
|---|---|---|
| Cutter | Jenesta | 2:12-cv-01790 |
| Eversole | Debbie | 2:12-cv-03593 |
| Glass | Beverly | 2:12-cv-03579 |
| Hampton | Zona | 2:12-cv-03727 |
| Harden | Terri | 2:12-cv-05413 |
| Himes | Carolyn | 2:12-cv-03595 |
| Keller | Linda | 2:12-cv-03872 |
| Knox | Frances | 2:12-cv-03873 |
| Lester | Mary | 2:12-cv-03560 |
| Lloyd | LaSedar | 2:12-cv-04061 |
| Moore | Samantha | 2:12-cv-05412 |
| Mullins | Lottie | 2:12-cv-03577 |
| Raymond | Julie | 2:12-cv-04541 |
| Thacker | Connie | 2:12-cv-03870 |
| Vanover | Sherry | 2:12-cv-03594 |
| Wooten | Melissa | 2:12-cv-03874 |

36797178v1