IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION

MDL No. 2327

------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES
EXCLUDING THOSE ETHICON CASES
ASSIGNED TO CHIEF JUDGE CHAMBERS

ORDER

The court **ORDERS** that for Plaintiff Fact Sheets and Plaintiff Profile Forms filed in compliance with PTO # 260, the Clerk is instructed to restrict access to those filings to case participants only.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 2, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE