# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE:   ETHICON, INC.,
         PELVIC REPAIR SYSTEM
         PRODUCTS LIABILITY LITIGATION                    MDL 2327

THIS DOCUMENT RELATES TO THE CASE(S)
IN THE EXHIBIT(S) ATTACHED TO THE
PROPOSED ORDER:

## ORDER

It is **ORDERED** that the Clerk **STRIKE** from the docket, the proposed Inactive Docket Order filed on May 10, 2017   [ECF No. 3896]. The proposed Inactive Docket Order is a duplicate of the proposed Inactive Docket Order filed at ECF No. 3895.

ENTER:  June 5, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE