IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
LISTED ON THE EXHIBITS ATTACHED
HERETO:

**JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-B and Defendants Sofradim Production SAS,[1] Tissue Science Laboratories Limited,[2] and Covidien LP[3] (collectively the "Covidien entities") and C. R. Bard, Inc., to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs, the Covidien entities and Bard jointly move the court to dismiss the Covidien entities and Bard (where named) with prejudice in the cases listed on the attached Exhibits A-B, with each party to bear its own costs.

---

[1] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant, including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production, SAS.

[2] Tissue Science Laboratories Limited includes any incorrect or incomplete spellings of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

[3] Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc., Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien Trevoux, SCS, Covidien plc, Covidien, Inc., Covidien, LLC, and Covidien, PLC, Tyco Healthcare Group LP, TYCO Healthcare, Tyco Healthcare Group, L.P., Tyco International Ltd, United States Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, International Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek, USA, Inc., Medtronic USA, Inc., Medtronic, Inc. and Medtronic, Inc.

8122657 v1

The settlements in the cases listed on Exhibits A-B relate only to the Covidien entities and Bard. Because other Defendant(s) remain in the cases listed on Exhibits A-B, the case(s) should remain open and Plaintiffs will continue to prosecute their claims against any remaining defendants.

Respectfully submitted this 5th day of June, 2017.

/s/ Micah L. Hobbs_____
Micah L. Hobbs
mhobbs@shb..com
Devin K. Ross
dkross@shb.com
Deborah A. Moeller
dmoeller@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816.474.6550
Fax: 816.421.5547
*Counsel for Covidien Entities*

/s/ Jason Edward Ochs_____
Jason Edward Ochs
OCHS LAW FIRM
323 South David Street
Casper, WY 82601
307.234.3239
Fax: 307.235.6910
Email: jason@ochslawfirm.com
*Counsel for Plaintiffs listed on Exhibit A*

/s/ Richard B. North, Jr._____
Richard B. North, Jr.
richard.north@nelsonmullins.com
Melissa Foster Bird
melissa.fosterbird@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH L.L.P
P.O. Box 1856
Huntington, WV 25719-1856
Phone: 304.526.3500
Fax: 304.526.3599
*Counsel for C.R. Bard, Inc.*

/s/ Matthew J. Skikos_____
Matthew J. Skikos
SKIKOS CRAWFORD SKIKOS & JOSEPH
Suite 2830
One Sansome Street
San Francisco, CA 94104
415.546.7300
Fax: 415.546.7301
mskikos@skikoscrawford.com
*Counsel for Plaintiffs listed on Exhibit B*

8122657 v1

**EXHIBIT A – OCHS LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-22278 | Vining, Barbara Ann and Robert |

**EXHIBIT B – SKIKOS CRAWFORD SKIKOS & JOSEPH**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-33061 | Tucker, Betty Louise |
| 2:14-cv-00210 | Howell, Juanita and Steve |
| 2:14-cv-02349 | Foster, Theresa |
| 2:14-cv-22944 | Hemming-Ruter, Michelle and Ted Ruter |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:   */s/ Micah L Hobbs*
         Micah L. Hobbs
         Attorney for Covidien Entities

8122657 v1