# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

| | |
|---|---|
| IN RE:   ETHICON, INC.,<br>            PELVIC REPAIR SYSTEM<br>            PRODUCTS LIABILITY LITIGATION | MDL 2327 |

THIS DOCUMENT RELATES TO THE CASE(S)
IN THE EXHIBIT(S) ATTACHED TO THE PROPOSED
INACTIVE DOCKET ORDER

## ORDER

On June 1, 2017, the defendants filed a Notice of Withdrawal of Filing [ECF No. 3963]. In light of the withdrawal, the court **ORDERS** the Clerk to **STRIKE** from the docket, the proposed Inactive Docket Order filed on May 31, 2017 [ECF No. 3959].

ENTER: June 7, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE