IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:    COLOPLAST CORP.
          PELVIC SUPPORT SYSTEMS
          PRODUCTS LIABILITY LITIGATION                    MDL 2387

THIS DOCUMENT RELATES TO:

*Salvatore, et al v. Ethicon, Inc., et al.*          *Civil Action No. 2:13-cv-09587*

ORDER

(Dismissing Defendants Coloplast Corp. and Mentor Worldwide LLC with
Prejudice and Transferring Case to MDL 2327)

On June 1, 2017 the plaintiffs and defendants Coloplast Corp. and Mentor Worldwide LLC filed a Joint Motion to Dismiss Defendants Mentor Worldwide LLC and Coloplast Corp. with prejudice [ECF No. 16]. In the joint motion, the parties are seeking dismissal of Mentor Worldwide LLC and Coloplast Corp. as defendants in this action with prejudice because all claims against Mentor Worldwide LLC and Coloplast Corp. have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiffs' Motion to Transfer MDLs for this case [ECF No. 16]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants Mentor Worldwide LLC and Coloplast Corp. is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED**. Defendants Mentor Worldwide, LLC and Coloplast Corp. are **DISMISSED WITH PREJUDICE** as defendants in this action and this action is **TRANSFERRED** to MDL 2327. The Clerk is **DIRECTED** to disassociate the

civil action as member case in MDL 2387 and re-associate it with MDL 2327.

The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  June 7, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE