## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS DEFENDANT
## AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara R. Binis                        /s/ Erik W. Legg
Barbara R. Binis                            Erik W. Legg (WVSB 7738)
REED SMITH                                  FARRELL, WHITE & LEGG PLLC
Three Logan Square, Suite 3100              P.O. Box 6457
1717 Arch Street                            Huntington, WV 25772-6457
Philadelphia, PA 19103                      304.522.9100 (phone)
215.851.8100 (phone)                        304.522.9162 (fax)
215.851.1420 (fax)                          ewl@farrell3.com
bbinis@reedsmith.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Anne M. Tarvin
Anne M. Tarvin
BARTIMUS FRICKLETON AND ROBERTSON, P.C. [1]
Suite 200
11150 Overbrook Road
Leawood, KS 66211
913.266.2300 (phone)
913.266.2366 (fax)
atarvin@bflawfirm.com
*Attorney for Plaintiffs on Exhibit A*


Dated:  June 9, 2017

---

[1] This firm was formerly known as Bartimus Frickleton Robertson & Goza, and is now known as Bartimus Frickleton and Robertson, P.C.

**EXHIBIT A – BARTIMUS FIRCKLETON AND ROBERTSON, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-10984 | Maria Trevizo, Marcus McGowan v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Cook Medical, Inc., Cook Incorporated and Cook Biotech, Inc. |
| 2:13-CV-20256 | Robin Wyman, Danny Wyman v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.


/s/ Barbara R. Binis