APPROVED and SO ORDERED.
ENTER: 06/09/2017

*JOSEPH R. GOODWIN*
UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2327
Honorable Joseph R. Goodwin

---

Cheryl Stiffler
Michael Stiffler

**Plaintiff(s),**

v.

Ethicon, Inc. et al.

CASE NO. 2:13-cv-22635

**Defendant(s).**

### MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2325 American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2325 :

American Medical Systems, Inc.

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to __2325__; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL __2325__.

/s/ David M. Tschantz

DAVID M. TSCHANTZ
OH Bar # 0086626
GERVELIS LAW FIRM
3790 Boardman-Canfield Rd.
Canfield, OH 44406
330.533.6565
dmt@gervelislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on  the 7th day of June, 2017 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ David M. Tschantz

DAVID M. TSCHANTZ
OH Bar # 0086626
GERVELIS LAW FIRM
3790 Boardman-Canfield Rd.
Canfield, OH 44406
330.533.6565
dmt@gervelislaw.com