UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs whose cases are listed on the attached Exhibit A and Defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), acting pursuant to F. R. Civ. P. 41(a)(1)(A)(ii), jointly move the court to dismiss with prejudice this action and all claims against the Ethicon Defendants which were, or could have been asserted. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Scott A. Love
Scott A. Love
CLARK, LOVE & HUTSON, GP
440 Louisiana Street, Suite 1600
Houston, TX 77002
*Counsel for Plaintiff*

/s/ Christy D. Jones
Christy D. Jones
BUTLER SNOW LLP
P.O. Box 6010
Ridgeland, Mississippi 39158-6010
*Counsel for the Ethicon Defendants*

**EXHIBIT A**

| Civil Action Number | Last Name | First Name |
|---|---|---|
| 2:15-cv-03000 | Noland | Judy |
| 2:15-cv-03021 | Boisen | Audrey N. |
| 2:15-cv-03022 | Williams | Deidra |
| 2:15-cv-03072 | Gomez | Rosa D. |
| 2:15-cv-03251 | Smith | Janice D. |
| 2:15-cv-03260 | Alcoser | Rebecca C. |
| 2:15-cv-03271 | Parr | Barbara E. |
| 2:15-cv-03422 | Petersen | Mary E. |
| 2:15-cv-03501 | Ildefonso | Norma M. |
| 2:15-cv-03684 | Garcia | Nannette |
| 2:15-cv-03773 | Gallagher | Carol A. |
| 2:15-cv-03783 | Fitzgerald | Kathryn |
| 2:15-cv-03896 | Fasulo | Frances L. |
| 2:15-cv-03990 | Lawrence | Sharon K. |
| 2:15-cv-04044 | Adasavage | Jennie |
| 2:15-cv-04052 | Powell | Vanda E. |
| 2:15-cv-04204 | Harris | Nancy |
| 2:15-cv-04205 | Normandin | Carol |
| 2:15-cv-04345 | Bearden | Tina |
| 2:15-cv-04377 | Sanders | Wilma F. |
| 2:15-cv-04534 | Hosinski | Patricia |
| 2:15-cv-04889 | Peterson | Phyllis |
| 2:15-cv-04943 | Aliberti | Jeanette |
| 2:15-cv-05005 | McElravy | Gerry L. |
| 2:15-cv-05431 | Falcon | Rosario |
| 2:15-cv-05544 | Hope | Barbara |
| 2:15-cv-05547 | McKee | Connie |
| 2:15-cv-05867 | Griffis | Brenda F. |
| 2:15-cv-05984 | Boucher | Billie J. |
| 2:15-cv-05986 | Landa | Anna |
| 2:15-cv-05989 | Martin | Jennifer L. |
| 2:15-cv-06165 | Wood | Mary J. |
| 2:15-cv-06178 | Vinikow | Lainy |
| 2:15-cv-06189 | Dass | Virginia |
| 2:15-cv-06191 | Fentz | Nancy L. |
| 2:15-cv-06195 | Conrad | Alberta |

| | | |
|---|---|---|
| 2:15-cv-06297 | Dean | Donna R. |
| 2:15-cv-06298 | Brokus | Dorine T. |
| 2:15-cv-06300 | See | Ellen M. |
| 2:15-cv-06956 | Ordonez | Alicia |
| 2:15-cv-06958 | Nolley | Patricia A. |
| 2:15-cv-06961 | Bryan | Carol A. |
| 2:15-cv-06996 | Owens | Cornelia D. |
| 2:15-cv-06998 | Morales | Rosavelia |
| 2:15-cv-07008 | Hickman | Colleen N. |
| 2:15-cv-07032 | Armstrong | Jo A. |
| 2:15-cv-07125 | Ring | Lark |
| 2:15-cv-07141 | Estes | Sandra K. |
| 2:15-cv-07553 | Robertson | Mary L. |
| 2:15-cv-07609 | Slatzer | Sharon |
| 2:15-cv-07611 | Jones | Mary Jean |
| 2:15-cv-07729 | Santana | Maria |
| 2:15-cv-07730 | Kaczmarczyk | Lenore A. |
| 2:15-cv-07806 | Hadder | Linda |
| 2:15-cv-07917 | Mann | Sonia J. |
| 2:15-cv-07969 | Mascorro | Maria R. |
| 2:15-cv-08143 | Lupin | Linda K. |
| 2:15-cv-08478 | Davis | Arlien |
| 2:15-cv-08485 | Escobedo | Alicia |
| 2:15-cv-08500 | Nettles | Harley B. |
| 2:15-cv-08656 | Beckman | Eleanore H. |
| 2:15-cv-08659 | Lane | Dianna L. |
| 2:15-cv-08788 | Boggs | Laura |
| 2:15-cv-08792 | Loyd | Tina |
| 2:15-cv-08855 | Gryner | Violet S. |
| 2:15-cv-08883 | Robison | Carol G. |
| 2:15-cv-09189 | Taylor | Carolyn |
| 2:15-cv-09199 | Jones | Barbara J. |
| 2:15-cv-09210 | Leonardi | Luwella K. |
| 2:15-cv-09246 | McCray | Robin M. |
| 2:15-cv-09480 | Mangen | Sandra L. |
| 2:15-cv-09482 | Owens | Hazel |
| 2:15-cv-09758 | Henderson | Betty L. |
| 2:15-cv-09774 | Lavelle | Nancy H. |
| 2:15-cv-10129 | Lee | Trinity |

| | | |
|---|---|---|
| 2:15-cv-10137 | Campbell | Christina |
| 2:15-cv-10155 | Delley | Rose M. |
| 2:15-cv-11222 | Ruiz | Jessica L. |
| 2:15-cv-11273 | Kelly | Tressie L. |
| 2:15-cv-11278 | Stillwell | Linda A. |
| 2:15-cv-11367 | Williams | Dorothy M. |
| 2:15-cv-11441 | Kelsey | Kathleen |
| 2:15-cv-11444 | McFry | Doris |
| 2:15-cv-11500 | Byram | Rita |
| 2:15-cv-11501 | Turner | Letitia R. |
| 2:15-cv-11504 | Harlow | Rhonda S. |
| 2:15-cv-11506 | Fricano | Edna B. |
| 2:15-cv-11561 | Cabler | Tania L. |
| 2:15-cv-11562 | Pavey | Sandra K. |
| 2:15-cv-11568 | Barlow | Kisha S. |
| 2:15-cv-11639 | Beasley | Theresa |
| 2:15-cv-11773 | Adams | Claudia |
| 2:15-cv-11881 | Gonzalez | Sandra |
| 2:15-cv-11882 | Boggs | Dee Dee |
| 2:15-cv-11933 | Rodriguez | Jacquelin |
| 2:15-cv-11947 | Crumback | Sharon |
| 2:15-cv-11952 | Hughes | Patricia M. |
| 2:15-cv-11953 | Marshall | Evelyn |
| 2:15-cv-11955 | Martinez | Marlene |
| 2:15-cv-11959 | Nearing | Eloise |
| 2:15-cv-11963 | Ryan | Corenia |
| 2:15-cv-11965 | Soto | Claudia |
| 2:15-cv-11969 | McCormick | Whilma |
| 2:15-cv-11973 | Alcantara | Belen |
| 2:15-cv-11976 | Bush | Sheryl Lynn |
| 2:15-cv-11977 | Gage | Shirley C. |
| 2:15-cv-11978 | Gilman | Shirley |
| 2:15-cv-11982 | Mathews | Nancy |
| 2:15-cv-11983 | McMullen | Angela |
| 2:15-cv-12023 | Carr | Tara D. |
| 2:15-cv-12026 | Schraven | Carol L. |
| 2:15-cv-12029 | Hammond | Betty |
| 2:15-cv-12034 | Wynne | Sheryl A. |
| 2:15-cv-12039 | Meyer | Elizabeth L. |

| | | |
|---|---|---|
| 2:15-cv-12043 | George | Nancy M. |
| 2:15-cv-12051 | Grizzle | Betty |
| 2:15-cv-12056 | Crisco | Janice T. |
| 2:15-cv-12060 | Coburn | Nancy S. |
| 2:15-cv-12078 | Humphrey | Mary M. |
| 2:15-cv-12083 | Menendez | Cristina |
| 2:15-cv-12093 | Robertson | Annita T. |
| 2:15-cv-12095 | Springfield | Cherie |
| 2:15-cv-12102 | Zajchowski | Flora |
| 2:15-cv-12111 | Geurkink | Catherine |
| 2:15-cv-12120 | Carrington | Anette |
| 2:15-cv-12168 | Morgan | Ruby F. |
| 2:15-cv-12179 | Winkfield | Lois Ann |
| 2:15-cv-12185 | Mims | Joann |
| 2:15-cv-12188 | Black | Jennifer |
| 2:15-cv-12191 | Hall-Sisson | Kimberly |
| 2:15-cv-12193 | Clark | Lynn M. |
| 2:15-cv-12195 | Jacobs | Emma M. |
| 2:15-cv-12198 | Grayson | Jahazel E. |
| 2:15-cv-12204 | Miles | Tammie R. |
| 2:15-cv-12206 | Pool | Patricia L. |
| 2:15-cv-12208 | Spencer | Karen |
| 2:15-cv-12215 | Cox | Beulah A. |
| 2:15-cv-12219 | Harrison | Donna B. |
| 2:15-cv-12220 | McMullen | Marlynnia |
| 2:15-cv-12221 | Jones | Diana L. |
| 2:15-cv-12222 | Mangram | Gloria F. |
| 2:15-cv-12223 | Mendoza | Margarita |
| 2:15-cv-12225 | Nixon | Sara T. |
| 2:15-cv-12230 | Philp | Barbara J. |
| 2:15-cv-12232 | Riddle | Leticia |
| 2:15-cv-12237 | Bloebaum | Deborah |
| 2:15-cv-12239 | Cluney | Joyce |
| 2:15-cv-12248 | Henry | Shirley |
| 2:15-cv-12250 | Johnson | Emily |
| 2:15-cv-12251 | Kalbaugh | Catherine |
| 2:15-cv-12252 | Lampe | Lilly D. |
| 2:15-cv-12256 | Neeper | Cindy |
| 2:15-cv-12257 | Pendergast | Kathleen |

| | | |
|---|---|---|
| 2:15-cv-12265 | Wiley | Tracie L. |
| 2:15-cv-12266 | Wilhoit | Kelly |
| 2:15-cv-12285 | Lambremont | Pamela |
| 2:15-cv-12292 | Sanders | Tina |
| 2:15-cv-12301 | McElroy | Hattie R. |
| 2:15-cv-12302 | LaForest | Denise |
| 2:15-cv-12304 | Murphy | Sharon D. |
| 2:15-cv-12305 | Oteiza | Araceli A. |
| 2:15-cv-12306 | Perlin | Maya |
| 2:15-cv-12309 | Taylor | Vonita |
| 2:15-cv-12312 | Hampton | Sharon |
| 2:15-cv-12315 | Onstad | Roberta |
| 2:15-cv-12321 | Godwin | Elaine |
| 2:15-cv-12333 | Cisneros | Cora |
| 2:15-cv-12336 | Gregory | Beverly D. |
| 2:15-cv-12337 | Hernandez | Isabel |
| 2:15-cv-12338 | Hubbard | Melissa |
| 2:15-cv-12339 | McDaniel | Carolyn J. |
| 2:15-cv-12340 | Monzingo | Gloria J. |
| 2:15-cv-12341 | Morgan | Melody |
| 2:15-cv-12343 | Rice | Ferne N. |
| 2:15-cv-12345 | Sharninghouse | Amy |
| 2:15-cv-12347 | Trujillo | Gloria |
| 2:15-cv-12388 | Bagnara | Judy D. |
| 2:15-cv-12389 | Bailey | Stacy |
| 2:15-cv-12390 | Canter | Ann |
| 2:15-cv-12391 | Irwin | Cynthia L. |
| 2:15-cv-12392 | Lempinen | Doris A. |
| 2:15-cv-12393 | Morris | Irene |
| 2:15-cv-12394 | Muller | Wilhelmenia |
| 2:15-cv-12397 | Pickens | Helen Madding |
| 2:15-cv-12505 | Morgan | Belinda |
| 2:15-cv-12507 | Mullins | Brenda S. |
| 2:15-cv-12590 | Lagasse | Irene |
| 2:13-cv-32770 | Tapia | Cynthia B. |

36855256v1