UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs whose cases are listed on the attached Exhibit A and Defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), acting pursuant to F. R. Civ. P. 41(a)(1)(A)(ii), jointly move the court to dismiss with prejudice this action and all claims against the Ethicon Defendants which were, or could have been asserted. Each party shall bear her or its own costs. The settlements in the cases listed on Exhibit A relate only to the Ethicon Defendants.  To the extent other defendants in these actions remain pending, plaintiffs will continue to prosecute these actions against them.

Respectfully submitted,

/s/ Scott A. Love
Scott A. Love
CLARK, LOVE & HUTSON, GP
440 Louisiana Street, Suite 1600
Houston, TX 77002
*Counsel for Plaintiff*

/s/ Christy D. Jones
Christy D. Jones
BUTLER SNOW LLP
P.O. Box 6010
Ridgeland, Mississippi 39158-6010
*Counsel for the Ethicon Defendants*

## EXHIBIT A

| Civil Action Number | Last Name | First Name |
|---|---|---|
| 2:14-cv-00213 | Severs | Katharine E. |
| 2:14-cv-01139 | Brannen | Margaret E. |
| 2:14-cv-06645 | Collard | Lorraine F. |
| 2:14-cv-06668 | LeBlanc | Rachel D. |
| 2:14-cv-06653 | Mendoza | Eugenia K. |
| 2:14-cv-07790 | Hange | Linda M. |
| 2:14-cv-07792 | Hunt | Patricia |
| 2:14-cv-07797 | Plaza | Luisa |
| 2:14-cv-08593 | Parish | Tracy M. |
| 2:14-cv-09585 | Gee | Shelia R. |
| 2:14-cv-09597 | Raddigan | Judith Joy |
| 2:14-cv-10204 | Mckinney | Ruth I. |
| 2:14-cv-10213 | Wilkinson | Connie J. |
| 2:14-cv-29294 | Chavis | Lois |
| 2:14-cv-29309 | Woodard | Bobbie J. |
| 2:14-cv-29310 | Sabatino | Margherita |
| 2:15-cv-03984 | Flowers | Joann |
| 2:15-cv-04346 | Lingefelt | Martha A. |
| 2:15-cv-04533 | Aquino | Oletta L. |
| 2:15-cv-07437 | Stephens | Gina L. |
| 2:15-cv-07439 | Glaeser | Susan M. |
| 2:15-cv-07713 | Adams | Cherie A. |
| 2:15-cv-07912 | Martinez | Marta |
| 2:15-cv-07919 | Collins | Valerie P. |
| 2:15-cv-07923 | Tyler | Barbara J. |
| 2:15-cv-08148 | DeLuca | Lucy |
| 2:15-cv-09190 | Bruno | Alberta A. |
| 2:15-cv-09471 | Loss | Ann F. |
| 2:15-cv-11268 | Harris | Agnes |
| 2:15-cv-11326 | Hirsch | Shirley A. |
| 2:15-cv-11564 | Blaile | Margaret M. |
| 2:15-cv-11640 | Ebright-Pelfrey | Nina M. |
| 2:15-cv-11957 | Kleidon | Deborah |
| 2:13-cv-00580 | Hunt | Brenda |
| 2:13-cv-02211 | Gunn | Velma |
| 2:13-cv-10261 | Shelton | Brenda S. |
| 2:13-cv-29497 | Allen | Deborah C. |
| 2:14-cv-10368 | Hunter | Laura J. |
| 2:15-cv-03780 | Clark | Michelle D. |
| 2:15-cv-04890 | Boddie | Carolyn |
| 2:12-cv-01487 | Phillips | Anita |
| 2:13-cv-01228 | Williams | Bonnie |

36884199v1