IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.
        PELVIC REPAIR SYSTEMS
        PRODUCTS LIABILITY LITIGATION                    MDL 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

## ORDER
(Order: Joint Request for Dismissal of Caldera Medical, Inc.)

Pending is a Joint Request for Dismissal of Caldera Medical, Inc., filed May 19, 2017 [ECF 3942]. Upon consideration of leadership plaintiffs and defendant Caldera Medical, Inc.'s ("Caldera") joint request for a dismissal with prejudice of all cases in this MDL against Caldera and any other Insureds and Contractual Indemnitees, the lack of objection from individual plaintiffs' counsel, and for good cause shown, the court **ORDERS** that:

1. Plaintiffs and Caldera's Joint Request for Dismissal is **GRANTED**; and,

2. The defendants on the chart attached hereto as Exhibit 1 are

**DISMISSED WITH PREJUDICE**.

Other defendants may remain in these actions and plaintiffs will continue to prosecute these actions against them.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit 1.

ENTER:  June 19, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit 1

Cases to be Dismissed as to Caldera Medical, Inc.

| Case | Defendant(s) to be Dismissed |
|------|------------------------------|
| Clark-Ajemian, Sheila<br>MDL No. 2327<br>Docket: 13cv22100 | Caldera Medical, Inc. |
| ~~Commarata, Rose & Joe~~<br>~~MDL No. 2327~~<br>~~Docket: 14cv4170~~ | ~~Caldera Medical, Inc.~~ |
| Dotson, Kim & Terry<br>MDL No. 2327<br>Docket: 13cv01225 | Caldera Medical, Inc. |
| ~~Kelley, Norma & Dennis~~<br>~~MDL No. 2327~~<br>~~Docket: 14cv29174~~ | ~~Caldera Medical, Inc.~~ |
| Ryan, Tami MDL No.<br>2327<br>Dockeet: 14cv17149 | Caldera Medical, Inc. |
| Spohrer, Marie & James<br>MDL No. 2327<br>Docket: 13cv7389 | Caldera Medical, Inc. |
| Stallman, Diane & Craig<br>MDL No. 2327<br>Docket: 12cv484 | Caldera Medical, Inc. |
| Stiffler, Cheryl & Michael<br>MDL No. ~~2327~~ 2325<br>Docket: 13cv22635 | Caldera Medical, Inc. |
| Sugg, Lenda & Ernest<br>MDL No. 2327<br>Docket: 12cv6033 | Caldera Medical, Inc. |