# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS DEFENDANT
## AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-D and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue their actions against them.

Respectfully:

/s/ Barbara Binis
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Bryan F. Aylstock
Bryan F. Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ
Suite 200
17 East Main Street
Pensacola, FL 32502
850.202.1010 (phone)
850.916.7449 (fax)
baylstock@awkolaw.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Gregory Neil McEwen
Gregory Neil McEwen
MCEWEN LAW FIRM
5850 Blackshire Path
Inver Grove Heights, MN 55076
651.224.3833 (phone)
651.223.5790 (fax)
gmcewen@mcewenlaw.com
*Attorney for Plaintiff on Exhibit B*

/s/ Marc D. Grossman
Marc D. Grossman
SANDERS VIENER GROSSMAN
100 Herricks Road
Mineola, NY 11501
516.741.5252 (phone)
516.741.1243 (fax)
mgrossman@thesandersfirm.com
*Attorney for Plaintiffs on Exhibit C*

/s/ Derek H. Potts
Derek H. Potts
THE POTTS LAW FIRM
Suite 350
100 Waugh Drive
Houston, TX 77007
713.963.8881 (phone)
713.583.5388 (fax)
dpotts@potts-law.com
*Attorney for Plaintiff on Exhibit D*


Dated:  June 20, 2017

## EXHIBIT A – AYLSTOCK WITKIN KREIS & OVERHOLTZ

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-03954 | Patricia G. Busby v. American Medical Systems, Inc., Boston Scientific Corporation, Ethicon, Inc., and Johnson & Johnson. |
| 2:14-CV-09120 | Doris S. Rabon-Thomas v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – MCEWEN LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-02348 | Connie Damberger, Michael Damberger v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT C– SANDERS VIENER GROSSMAN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-19430 | Katurah Richardson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-19996 | Ana Martinez v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT D – THE POTTS LAW FIRM**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-CV-03798 | Linda Campbell, Joseph Campbell v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis