**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION              MDL No. 2327

---------------------
THIS DOCUMENT RELATES TO THE CASES LISTED ON EXHIBIT A

**PRETRIAL ORDER # 261**
**(Re: Order Dismissing Ethicon, LLC in Cases Listed on Exhibit A)**

Pursuant to PTO # 117, the Court granted Plaintiffs' Motion to Amend First Amended Master Long Form Complaint and Jury Demand and Amended Master Short Form Complaint [Docket # 886] to the extent it sought to remove defendant Ethicon, LLC from the Master Long Form Complaint and Amended Short Form Complaint. After the date of PTO # 117, Ethicon, LLC was removed from the Short Form Complaint and Amended Short Form Complaints in all MDLs. PTO #117 further provided that the Court would initiate a show cause process regarding Ethicon, LLC in cases filed prior to the date of the Order.

The parties have agreed to dismiss Ethicon, LLC without prejudice from the cases remaining in Wave 6 that include Ethicon, LLC, which are identified on Exhibit A.

It is **ORDERED** that Ethicon, LLC shall be dismissed without prejudice from each case identified on Exhibit A.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 **and in the Ethicon Wave 6 cases listed on Exhibit A**.  In cases subsequently filed in this district after 2:17-cv-03308, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility

of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: June 23, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

EXHIBIT A

| _Wave | _Case Name | Cause Number |
|---|---|---|
| Wave 6 | Abbott, Barbara & Sean Falkenstein | 2:13cv00352 |
| Wave 6 | Agorchukwu, Josie | 2:13cv01946 |
| Wave 6 | Aguilera, Kimberly | 2:12cv09418 |
| Wave 6 | Alexander, Tammy | 2:13cv01531 |
| Wave 6 | Allen, Barbara | 2:13cv01239 |
| Wave 6 | Allen, Phyllis | 2:12cv08419 |
| Wave 6 | Antman-Magill, Terry & Douglas | 2:13cv00366 |
| Wave 6 | Baker, Judy | 2:12cv09496 |
| Wave 6 | Baker, Terri & Mike R. | 2:13cv01985 |
| Wave 6 | Baldus, Penny | 2:13cv01544 |
| Wave 6 | Ballesteros, Christine & Diego | 2:12cv08919 |
| Wave 6 | Barnes, Mayo & Harold | 2:12cv09025 |
| Wave 6 | Barth, Kristin L. & William | 2:13cv01293 |
| Wave 6 | Baylish, Linda | 2:13cv00490 |
| Wave 6 | Beckley, Geraldine | 2:12cv09257 |
| Wave 6 | Belisle, Julie A. | 2:13cv02317 |
| Wave 6 | Bellamy, Margaret C. | 2:13cv01612 |
| Wave 6 | Beltran, Liliebeth. | 2:13cv02195 |
| Wave 6 | Bentzinger, Tamara P. | 2:13cv02318 |
| Wave 6 | Blackmon, LaWanda & Thomas O. | 2:13cv01238 |
| Wave 6 | Bloomfield, Linda S. | 2:13cv02319 |
| Wave 6 | Bogdan, Patricia S. | 2:12cv09798 |
| Wave 6 | Boyd, Ginger & Michael | 2:12cv08312 |
| Wave 6 | Boykin, Bethanelle & Jerry | 2:13cv01348 |
| Wave 6 | Bradley, Beth Ann | 2:13cv02058 |
| Wave 6 | Breland, Teresa A. & Richard T. | 2:13cv00730 |
| Wave 6 | Bristol, Patricia | 2:12cv08522 |
| Wave 6 | Brock, Elizabeth & Anthony | 2:12cv09856 |
| Wave 6 | Brown, Deidre & Ryan | 2:12cv09626 |
| Wave 6 | Brown, Janice L. & Jeff | 2:13cv01349 |
| Wave 6 | Brown, Kelly L. & Dennis | 2:12cv08920 |
| Wave 6 | Brucker, Terri & Michael | 2:13cv01026 |
| Wave 6 | Brumit, Patsy | 2:13cv02506 |

| | | |
|---|---|---|
| Wave 6 | Bubner, Marjorie & Edward | 2:13cv01696 |
| Wave 6 | Burge, Lois E. | 2:13cv02321 |
| Wave 6 | Burke, Heather | 2:13cv01913 |
| Wave 6 | Burke, Mary J. | 2:13cv01979 |
| Wave 6 | Bush, Teresa & Kevin | 2:13cv01937 |
| Wave 6 | Cadotte, Rhonda | 2:13cv02138 |
| Wave 6 | Campbell, Janet L. | 2:13cv02322 |
| Wave 6 | Cardwell, Jannie | 2:13cv01016 |
| Wave 6 | Carver, Jeri | 2:12cv09751 |
| Wave 6 | Cass, Mary & Terry Lee | 2:12cv09500 |
| Wave 6 | Castillo, Rebecca V. & Rodney L. Aguero | 2:13cv01991 |
| Wave 6 | Cawthon, Jean | 2:12cv09615 |
| Wave 6 | Cayer, Diane | 2:12cv09976 |
| Wave 6 | Cikota, Lisa & Dennis | 2:12cv08921 |
| Wave 6 | Clark, Marabeth & Joey | 2:12cv09251 |
| Wave 6 | Clark, Sharon A. & Glen | 2:13cv01355 |
| Wave 6 | Coray, Jennifer L. & Patrick Kale | 2:12cv08901 |
| Wave 6 | Couder, Judith | 2:13cv00447 |
| Wave 6 | Craven, Linda J. & Scott A. | 2:12cv08429 |
| Wave 6 | Crooks, Faye W. | 2:13cv01643 |
| Wave 6 | Culleton, Tina J. & Marty | 2:13cv01357 |
| Wave 6 | Cunningham, Stephanie & Harvey | 2:12cv09853 |
| Wave 6 | Curl, Susan C. & William D. | 2:13cv01956 |
| Wave 6 | Daniels, Paula & Jerry | 2:12cv09249 |
| Wave 6 | Daugherty, Marie | 2:13cv01325 |
| Wave 6 | Davis, Julie Ann | 2:13cv01246 |
| Wave 6 | Davis, Rhonda & Spencer | 2:13cv01788 |
| Wave 6 | Davis, Sylvia J. & James | 2:13cv00574 |
| Wave 6 | DeAguila, Doreen & Enrique L. | 2:12cv09343 |
| Wave 6 | DeFriece, Brenda K. & Larry W. | 2:12cv09263 |
| Wave 6 | Delmere, Nancy & Clark | 2:12cv09452 |
| Wave 6 | Diaz, Hilda & Daniel | 2:13cv01360 |

| Wave 6 | Diaz, Monica | 2:12cv09491 |
| --- | --- | --- |
| Wave 6 | Dillbeck, Tammy | 2:13cv02638 |
| Wave 6 | Dix, Melonee A. | 2:13cv02441 |
| Wave 6 | Dixon, Carolyn | 2:12cv09038 |
| Wave 6 | Domnick, Yohlanda | 2:13cv00182 |
| Wave 6 | Downing, Judith & William | 2:13cv01959 |
| Wave 6 | Dudich, Jeri & Steven | 2:13cv00101 |
| Wave 6 | Dunham, Dana | 2:12cv09301 |
| Wave 6 | Dwyer, Elaine | 2:12cv09910 |
| Wave 6 | Eisenberg, Laurie | 2:13cv00252 |
| Wave 6 | Elliott, Diane K. & Donald | 2:13cv01740 |
| Wave 6 | Ellis, Margo & Beau | 2:12cv09097 |
| Wave 6 | Embry, Dana G. | 2:13cv01376 |
| Wave 6 | Endsley, Rebecca Lynne & Eddie Dwayne | 2:12cv09220 |
| Wave 6 | Evans, Deborah | 2:13cv01521 |
| Wave 6 | Felter, Diane & Michael | 2:12cv08359 |
| Wave 6 | Finnegan, Crystal Lynn & Kevin | 2:13cv00059 |
| Wave 6 | Fisher, Margaret T. & John A. | 2:13cv00100 |
| Wave 6 | Foster, Holly J. | 2:12cv08360 |
| Wave 6 | Fowler, Amy P. | 2:12cv09264 |
| Wave 6 | Froemming, Penny & Larry | 2:12cv09705 |
| Wave 6 | Frye, Linda D. | 2:13cv02390 |
| Wave 6 | Fuentes, Arelis | 2:13cv01708 |
| Wave 6 | Fugghett, Eureatha | 2:13cv01257 |
| Wave 6 | Fyler-Werbil, Deborah | 2:13cv02200 |
| Wave 6 | Gagnon, Kristin M. | 2:13cv01747 |
| Wave 6 | Garcia, Caira Gay & Robert | 2:12cv08956 |
| Wave 6 | Garcia, Margarita | 2:13cv01992 |
| Wave 6 | Garcia, Maria | 2:12cv09244 |
| Wave 6 | Garcia, Nina & Ismel | 2:13cv01942 |
| Wave 6 | Garcia, Rita | 2:12cv09739 |
| Wave 6 | Garrett, Melanie | 2:12cv09075 |
| Wave 6 | Gearhart, Renee M. | 2:13cv01378 |
| Wave 6 | Gibbs, Lori | 2:13cv00888 |
| Wave 6 | Gilsdorf, Roi L. & Eddie Garcia | 2:12cv08924 |

| Wave 6 | Golden, Sheila | 2:12cv09303 |
|---|---|---|
| Wave 6 | Goulette, Laurine V. | 2:13cv01776 |
| Wave 6 | Graham, Deborah | 2:13cv00505 |
| Wave 6 | Grassie, Gloria | 2:13cv02350 |
| Wave 6 | Green, Sandra M. & Kendall | 2:13cv00843 |
| Wave 6 | Greenwood, Michelle & Ismael Pineda | 2:12cv09252 |
| Wave 6 | Hall, Theresa & Jeffrey | 2:13cv01305 |
| Wave 6 | Ham, Delpha | 2:13cv01462 |
| Wave 6 | Hamlin, Teresa | 2:13cv00522 |
| Wave 6 | Hankins, Djunia D. | 2:13cv01379 |
| Wave 6 | Hanrihan, Gaynel | 2:13cv02651 |
| Wave 6 | Harper, Dana Rae & Walter | 2:13cv01572 |
| Wave 6 | Harrington, Cynthia Lee | 2:12cv09265 |
| Wave 6 | Harris, Patsy Lee & Lonnie Milburn | 2:12cv08251 |
| Wave 6 | Hazard, Dolores & Arthur | 2:13cv01132 |
| Wave 6 | Heald, Pamela & Steve Hartley | 2:13cv01404 |
| Wave 6 | Heath, Karen L. & Danny | 2:13cv01750 |
| Wave 6 | Heatherman, Christine & Terry Weaver | 2:12cv09245 |
| Wave 6 | Henry, Theresse | 2:13cv00253 |
| Wave 6 | Herb, Cheryl & Quinton | 2:12cv09683 |
| Wave 6 | Hoffmann, Joyce | 2:13cv01284 |
| Wave 6 | Hooper, Linda F. | 2:13cv01686 |
| Wave 6 | Hunt, Irene | 2:13cv00008 |
| Wave 6 | Ingram, Lisa Schneeberger & Edward | 2:12cv09300 |
| Wave 6 | Jackson, Sharon & Robert | 2:13cv01981 |
| Wave 6 | Jacky, Erin | 2:13cv02198 |
| Wave 6 | Jacobs, Patricia | 2:12cv09034 |
| Wave 6 | Jeffers, Rita & Darold | 2:12cv09092 |
| Wave 6 | Jeran, Meryl & Gary | 2:12cv09493 |
| Wave 6 | Jimenez, Ellen | 2:13cv01108 |
| Wave 6 | Keepers, Dixie | 2:13cv02205 |
| Wave 6 | Kieffaber, Carolyn M. & Thomas M. | 2:12cv08464 |

| | | |
|---|---|---|
| Wave 6 | Knight, Peggy J. | 2:13cv00773 |
| Wave 6 | Koch, Patricia A. | 2:12cv08926 |
| Wave 6 | Lago-Lyons, Nancy & Raymond | 2:12cv09091 |
| Wave 6 | Lancaster, Christine A. & George E. | 2:13cv01271 |
| Wave 6 | Lane, Deborah A. & Gerald | 2:13cv01334 |
| Wave 6 | Law, Linda | 2:12cv08451 |
| Wave 6 | Law, Rebecca & Jerry G. | 2:12cv08294 |
| Wave 6 | Lawler, Ruby & Stillman | 2:13cv01046 |
| Wave 6 | Lee, Emeline | 2:13cv00565 |
| Wave 6 | Lee, Heidi | 2:12cv09094 |
| Wave 6 | Lee, Lesha Paulette | 2:12cv09469 |
| Wave 6 | Lefever, Lori Sue | 2:13cv00096 |
| Wave 6 | Leicester, Jennifer | 2:13cv01040 |
| Wave 6 | Leinemann, Eileen J. | 2:13cv02054 |
| Wave 6 | Leonard, Nancy C. | 2:13cv02324 |
| Wave 6 | Levey, Renee & Joseph | 2:13cv00098 |
| Wave 6 | Locklear, Linda & Dell | 2:12cv08402 |
| Wave 6 | Lombardo, April | 2:13cv02640 |
| Wave 6 | Long, Kathy | 2:13cv01721 |
| Wave 6 | Longo, Helen D. | 2:12cv09266 |
| Wave 6 | Lovewell, Tina & James | 2:13cv01185 |
| Wave 6 | Lughas, Annette & Kenneth | 2:12cv08776 |
| Wave 6 | Lynch, Beverly & Willard | 2:12cv09712 |
| Wave 6 | Mahoney, Kristine A. | 2:12cv09509 |
| Wave 6 | Maier, Constance | 2:12cv09911 |
| Wave 6 | Manczur, Billie J. & Gerhard | 2:13cv01775 |
| Wave 6 | Masley, Ann & William | 2:13cv00814 |
| Wave 6 | Maul, Elba & Michael | 2:12cv09708 |
| Wave 6 | Maxwell, Jerene & Eh | 2:13cv01703 |
| Wave 6 | May, Rhonda & Jeffery | 2:13cv01260 |
| Wave 6 | Mays, Reba & Darrel | 2:12cv08240 |
| Wave 6 | McBride, Susan Louise | 2:13cv02158 |

| | | |
|---|---|---|
| Wave 6 | McCarley, Sonya & William | 2:12cv09152 |
| Wave 6 | McCormack, Lourdes | 2:13cv02069 |
| Wave 6 | McDaniel, Vickie L. & Keith | 2:13cv01267 |
| Wave 6 | McDonaldson, Lynn L. | 2:12cv08777 |
| Wave 6 | McEachin, Kimberly & Sean | 2:13cv01938 |
| Wave 6 | McGee, Alta O. | 2:13cv01380 |
| Wave 6 | McKitterick, Beth & Thomas | 2:13cv00142 |
| Wave 6 | McWherter, Jackie | 2:13cv02067 |
| Wave 6 | Meade, Deborah | 2:13cv01744 |
| Wave 6 | Meddings, Donia | 2:12cv09861 |
| Wave 6 | Melton, Donna | 2:13cv02327 |
| Wave 6 | Meszaros, Mary & Michael | 2:12cv09246 |
| Wave 6 | Miller, Casey | 2:13cv00501 |
| Wave 6 | Miller, Sandra & Richard W., Jr. | 2:12cv09488 |
| Wave 6 | Milligan, Sherrie A. | 2:13cv00476 |
| Wave 6 | Mitchell, Cathy Mooneyhan | 2:12cv09584 |
| Wave 6 | Moore, Brenda | 2:13cv01752 |
| Wave 6 | Moore, Martha E. | 2:12cv08220 |
| Wave 6 | Moore, Polly & James, Jr. | 2:13cv01291 |
| Wave 6 | Morgan, Teresa Hare | 2:13cv01137 |
| Wave 6 | Morreira, Delia | 2:13cv01950 |
| Wave 6 | Morris, Patricia | 2:13cv01235 |
| Wave 6 | Morton, Mary Ann | 2:12cv09596 |
| Wave 6 | Moss, Tabitha L. & Chris | 2:13cv02165 |
| Wave 6 | Mouton, Dorothy & James | 2:13cv01135 |
| Wave 6 | Mullins, Rosalee & Charles | 2:13cv01642 |
| Wave 6 | Murff, Sealey C. & Ricky Robinson | 2:13cv01335 |
| Wave 6 | Murray-Hockey, Barbara & Richard | 2:12cv08548 |
| Wave 6 | Nejat, Fariba D. & Mirnejat | 2:13cv01229 |
| Wave 6 | Nicklas, Donna L. | 2:13cv01241 |
| Wave 6 | Nielsen, Lori | 2:13cv01977 |
| Wave 6 | Nobles, Mary & Johnny | 2:12cv08955 |
| Wave 6 | Norton, Pattie Ann | 2:12cv09460 |

| | | |
|---|---|---|
| Wave 6 | Nurdin, Joyce & Alvin | 2:12cv09096 |
| Wave 6 | Oliveira, Lervon R. | 2:12cv09062 |
| Wave 6 | Paretti, Bonnie Jean | 2:13cv00821 |
| Wave 6 | Parker, Brenda | 2:13cv01405 |
| Wave 6 | Parrish, Meredith Ann | 2:13cv02622 |
| Wave 6 | Parsons, Pamela Gay & James, Jr. | 2:12cv09323 |
| Wave 6 | Patterson, Kaye W. & David | 2:12cv08315 |
| Wave 6 | Pavelonis, Cindy K. | 2:13cv00481 |
| Wave 6 | Perez, Maria | 2:13cv02648 |
| Wave 6 | Phillips, Mary & Jimmie | 2:13cv01715 |
| Wave 6 | Philpot, Patricia Jeanne | 2:12cv09422 |
| Wave 6 | Pilgrim, Lena M. | 2:12cv08381 |
| Wave 6 | Poole, Rebecca | 2:13cv01844 |
| Wave 6 | Postil, Victoria | 2:12cv09486 |
| Wave 6 | Price, Glenda Lee | 2:13cv01277 |
| Wave 6 | Pugh, LaVerna | 2:12cv08309 |
| Wave 6 | Putano, Shannon & Peter | 2:13cv00275 |
| Wave 6 | Reso, Dayna | 2:13cv02251 |
| Wave 6 | Richardson, LaShonda J. | 2:13cv02328 |
| Wave 6 | Rinehart, Rachel & Steven | 2:13cv01316 |
| Wave 6 | Roberson, Constance R. | 2:13cv01848 |
| Wave 6 | Robinson, Amy & Mark | 2:13cv01375 |
| Wave 6 | Rogers, Elsa | 2:13cv01953 |
| Wave 6 | Rojas, Carmen | 2:12cv08232 |
| Wave 6 | Romero, Linda | 2:13cv01294 |
| Wave 6 | Rosario-Zelfine, Luisa & Donna M. | 2:12cv08326 |
| Wave 6 | Rouse, Shirley | 2:13cv01184 |
| Wave 6 | Rozell, Elizabeth Mary | 2:13cv01935 |
| Wave 6 | Ruberti, Debra | 2:13cv01463 |
| Wave 6 | Sanchez, Jacqueline | 2:13cv02146 |
| Wave 6 | SanJuan, Betty J. | 2:12cv08738 |
| Wave 6 | Sargentelli, Elizabeth | 2:13cv02150 |
| Wave 6 | Schmid, Nancy | 2:13cv02329 |
| Wave 6 | Scott, Marie & Harold | 2:13cv01082 |

| | | |
|---|---|---|
| Wave 6 | Searcy, Patricia & Samuel | 2:12cv08953 |
| Wave 6 | Selby, Connie M. & David | 2:12cv09688 |
| Wave 6 | Shaffer, Molly | 2:12cv08639 |
| Wave 6 | Sheffield, Peggy J. | 2:13cv01384 |
| Wave 6 | Shelby, Tina & Michael | 2:12cv09447 |
| Wave 6 | Shelley, Margaret & Troy | 2:12cv08241 |
| Wave 6 | Shelton, Naomi & Harley | 2:12cv09250 |
| Wave 6 | Shinaver, Rosemarie | 2:12cv09304 |
| Wave 6 | Shoe, Ann P. | 2:12cv09269 |
| Wave 6 | Shoopman, Marion & Jerry | 2:12cv08362 |
| Wave 6 | Sisk, Sue & Bill | 2:13cv00780 |
| Wave 6 | Skebey, Marilyn A. | 2:13cv02129 |
| Wave 6 | Smith, Betty & Aaron | 2:13cv01036 |
| Wave 6 | Smith, Patricia Moore | 2:12cv09857 |
| Wave 6 | Stace, Stephanie & Dan | 2:12cv09243 |
| Wave 6 | Statham, Mary | 2:13cv00661 |
| Wave 6 | Stevens, Carma J. | 2:13cv01210 |
| Wave 6 | Stone, Kimberly | 2:12cv09095 |
| Wave 6 | Strandmark, Kelly | 2:13cv00713 |
| Wave 6 | Sykes, Connie & Kenneth D. | 2:13cv01232 |
| Wave 6 | Talley, Rosalie & Marvin K. | 2:13cv00259 |
| Wave 6 | Tate, Juanita C. & Geoffrey W., Jr. | 2:12cv08772 |
| Wave 6 | Tate, Stefanie L. & Bryan | 2:13cv00740 |
| Wave 6 | Taylor, Tammy & Dan | 2:12cv08356 |
| Wave 6 | Tedder, Judy L. | 2:13cv00097 |
| Wave 6 | Thompson, Betty | 2:12cv08441 |
| Wave 6 | Thompson, Leanne | 2:13cv02368 |
| Wave 6 | Thompson, Regina M. & Gary | 2:12cv09074 |
| Wave 6 | Thorne, Mary Nell & Ronald L. | 2:13cv01269 |
| Wave 6 | Triche, Melissa | 2:13cv02474 |
| Wave 6 | VanNostrand, Pamela | 2:12cv09426 |
| Wave 6 | Vaughan, Joyce I. & David Key | 2:13cv01338 |
| Wave 6 | Vazquez, Edra A. | 2:12cv09224 |

| | | |
|---|---|---|
| Wave 6 | Victory, Sheryl & Marty (Rube) | 2:13cv01308 |
| Wave 6 | Volpe, Patricia E. | 2:13cv02051 |
| Wave 6 | Walker, Wylene R. & James | 2:13cv01742 |
| Wave 6 | Ward, Karrie A. & Paul | 2:12cv08928 |
| Wave 6 | Waugh, Joyce & Ivan | 2:13cv01317 |
| Wave 6 | Welch, Tammy & Edward, Jr. | 2:12cv08677 |
| Wave 6 | Wells, Shirley | 2:12cv08201 |
| Wave 6 | Werner, Patricia | 2:13cv01413 |
| Wave 6 | Whitlatch, Karyn & Dale | 2:13cv00866 |
| Wave 6 | Whitmire, Debra | 2:12cv09099 |
| Wave 6 | Whittaker, Sidney | 2:12cv09321 |
| Wave 6 | Wicklein, Barbara Blayne | 2:13cv00714 |
| Wave 6 | Wiley, Marjorie A. & John F. | 2:13cv01312 |
| Wave 6 | Wilson, Theresa | 2:13cv00823 |
| Wave 6 | Wing, Deborah & Lyle | 2:13cv01464 |
| Wave 6 | Wininger, Kathleen | 2:13cv00284 |
| Wave 6 | Wright, Joanne E. | 2:13cv02647 |
| Wave 6 | Wright, Joyce | 2:13cv00746 |
| Wave 6 | Young, Donna & Walter | 2:12cv09931 |
| Wave 6 | Young, Patricia | 2:13cv02642 |
| Wave 6 | Zember, Cynthia & Donald C. | 2:12cv08211 |
| Wave 6 | Zubizarreta, Mercedes J. | 2:12cv09439 |