UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LIGITATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### MOTION TO STRIKE PLAINTIFFS' NOTICE OF ADOPTION OF PRIOR EXPERT REPORTS AND TESTIMONY OF DR. BRUCE ROSENZWEIG

Defendants Ethicon, Inc. and Johnson & Johnson (collectively "Ethicon") hereby move to strike Plaintiffs' Notice of Adoption of Prior Expert Reports and Testimony of Dr. Bruce Rosenzweig (Doc. 3947). As grounds for this motion, Ethicon submits that Plaintiffs' notice of adoption is improper to the extent that it runs afoul of the Court's expert disclosure requirements and restrictions. Ethicon requests that the Court strike Plaintiffs' Notice of Adoption and further direct the parties' experts, in the future, to avoid incorporating by reference other reports.

In support of this motion, Ethicon has filed a memorandum, as well as certain plaintiffs' expert designations (filed herewith as collective Exhibit A) and excerpts of Dr. Rosenzweig's Wave 5 reports (filed herewith as collective Exhibit B).

Respectfully submitted,

*/s/Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON


### CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

36802496v1