# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO: *Martha Underwood, et al. v. Ethicon, Inc., et al.* Case No. 2:12-cv-06162 | **Master File No. 2:12-MD-02327** **MDL No. 2327** **JOSEPH R. GOODWIN** **U.S. DISTRICT JUDGE** |

### PLAINTIFFS' DESIGNATION AND
### DISCLOSURE OF CASE-SPECIFIC EXPERT WITNESSES

Pursuant to Pretrial Order (PTO) # 243, Rule 26 (a)(2) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned civil action ("Plaintiffs") submit the following Designation and Disclosure of Case-Specific Expert Witness and persons who may provide expert testimony specific to Plaintiffs' case pursuant to Rule 702 of the Federal Rules of Evidence.

### RETAINED EXPERT WITNESSES

1) Materials

> Dr. Scott Guelcher (adoption of previously served report)
> Polymer and Chemical Technologies, LLC
> 1008 Caldwell Avenue
> Nashville, TN 37204

2) Materials

> Dr. Jimmy Mays (adoption of previously served report)
> Department of Chemistry
> University of Tennessee at Knoxville
> 655 Buehler Hall
> Knoxville, TN 37996

EXHIBIT A

3)  Urologist

     Dr. Jerry Blaivas (adoption of previously served report)
     445 East 77th Street
     New York, NY 10075

4)  Pathologist (Specific Causation and Pathology)

     Dr. Vlad Iakovlev, M.D.
     St. Michael's Hospital, Division of Pathology
     30 Bond Street, Cardinal Carter, Room 2-093
     Toronto, ON, M5B1W8
     Canada

5)  Case-Specific Urogynecologist (Specific Causation)

     Christopher Walker, MD, FACOG, FICS, FPMRS
     Urogyn Specialists of Florida
     801 N Orange Avenue, Suite 710
     Orlando, FL 32801

### GENERAL RETAINED REGULATORY EXPERTS

Plaintiffs recognize that the Fourth Circuit has affirmed Judge Goodwin's decision to exclude at trial evidence relating to a manufacturer's compliance with the FDA's 510(k) process. In the event of a contrary ruling applicable to the trial of Plaintiffs' case, Plaintiffs reserve the right to designate a General Regulatory Expert. In that event, in order to comply with the Court's five-expert witness limitation, Plaintiffs would withdraw their designation of one of the five experts designated above and would instead designate:

     Peggy Pence (adoption of previously served report)
     Symbion Research International, Inc.
     3537 Old Conejo Road, Suite 115
     Newbury Park, CA 91320

### NON-RETAINED EXPERT WITNESSES

| NAME | ADDRESS | SPECIALTY |
|---|---|---|
| Dr. Joseph Buscema | 603 N. Wilmot Rd., #151<br>Tucson, AZ  85711 | Obstetrics &<br>Gynecology; |

| | | Gynecologic Oncology |
|---|---|---|
| Dr. Alton Hallum, III | 1845 W. Orange Grove Rd. Building 2 Tucson, AZ 85704 | Obstetrics & Gynecology; |
| Dr. Kenneth Hatch | 1501 N. Campbell Ave. Tucson, AZ 85724 | Obstetrics & Gynecology; Gynecologic Oncology |

A General Designation and Disclosure has been or is being served by and on behalf of the wave 4 cases for general expert opinions. In the event that any of the general expert(s) identified above is/are unavailable for trial in this case, Plaintiffs reserve the right to elicit testimony, either through direct examination or cross-examination, of other of the general witnesses designated or identified by Plaintiffs. In no event, however, will Plaintiffs' retained experts at trial exceed five (5) experts without leave of Court for good cause shown. Plaintiffs further reserve the right, as allowed by Rule 26(e) of the Federal Rules of Civil Procedure, to supplement this Designation and Disclosure of Expert Witnesses through the discovery process upon receiving additional discovery including, but not limited to, expert depositions, fact depositions, exhibits introduced in depositions, documents produced, and any supplemental expert disclosures by any party.

This 22nd day of May, 2017.

/s *John J. Foley*
John J. Foley
SIMMONS HANLY CONROY
One Court Street
Alton, Illinois 62002
Phone: (618) 259-2222
Fax: (618) 259-2251
jfoley@simmonsfirm.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO: *Gloria Friberg, et al. v. Ethicon, Inc., et al.* **Case No. 2:12-cv-06500** | **Master File No. 2:12-MD-02327 MDL No. 2327** **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

**PLAINTIFFS' DESIGNATION AND
DISCLOSURE OF CASE-SPECIFIC EXPERT WITNESSES**

Pursuant to Pretrial Order (PTO) # 243, Rule 26 (a)(2) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned civil action ("Plaintiffs") submit the following Designation and Disclosure of Case-Specific Expert Witness and persons who may provide expert testimony specific to Plaintiffs' case pursuant to Rule 702 of the Federal Rules of Evidence.

**RETAINED EXPERT WITNESSES**

1) Materials

> Dr. Scott Guelcher (adoption of previously served report)
> Polymer and Chemical Technologies, LLC
> 1008 Caldwell Avenue
> Nashville, TN 37204

2) Materials

> Dr. Jimmy Mays (adoption of previously served report)
> Department of Chemistry
> University of Tennessee at Knoxville
> 655 Buehler Hall
> Knoxville, TN 37996

3) Urologist

Dr. Jerry Blaivas (adoption of previously served report)
445 East 77th Street
New York, NY 10075

4) Urologist

Dr. Daniel Elliott (adoption of previously served report)
Mayo Clinic
200 1st Street SW
Rochester, MN 55902

5) Case-Specific Urogynecologist (Specific Causation)

Christopher Walker, MD, FACOG, FICS, FPMRS
Urogyn Specialists of Florida
801 N Orange Avenue, Suite 710
Orlando, FL 32801

## GENERAL RETAINED REGULATORY EXPERTS

Plaintiffs recognize that the Fourth Circuit has affirmed Judge Goodwin's decision to exclude at trial evidence relating to a manufacturer's compliance with the FDA's 510(k) process. In the event of a contrary ruling applicable to the trial of Plaintiffs' case, Plaintiffs reserve the right to designate a General Regulatory Expert. In that event, in order to comply with the Court's five-expert witness limitation, Plaintiffs would withdraw their designation of one of the five experts designated above and would instead designate:

Peggy Pence (adoption of previously served report)
Symbion Research International, Inc.
3537 Old Conejo Road, Suite 115
Newbury Park, CA 91320

## NON-RETAINED EXPERT WITNESSES

| NAME | ADDRESS | SPECIALTY |
|---|---|---|
| Dr. Samuel Lentz | Wake Forest Baptist Health Medical Center Blvd. Winston Salem, NC  27157 | Obstetrics & Gynecology; Female Pelvic Medicine and |

2

| | | Reconstructive Surgery; Gynecologic Oncology |
|---|---|---|

A General Designation and Disclosure has been or is being served by and on behalf of the wave 4 cases for general expert opinions. In the event that any of the general expert(s) identified above is/are unavailable for trial in this case, Plaintiffs reserve the right to elicit testimony, either through direct examination or cross-examination, of other of the general witnesses designated or identified by Plaintiffs. In no event, however, will Plaintiffs' retained experts at trial exceed five (5) experts without leave of Court for good cause shown. Plaintiffs further reserve the right, as allowed by Rule 26(e) of the Federal Rules of Civil Procedure, to supplement this Designation and Disclosure of Expert Witnesses through the discovery process upon receiving additional discovery including, but not limited to, expert depositions, fact depositions, exhibits introduced in depositions, documents produced, and any supplemental expert disclosures by any party.

This 22nd day of May, 2017.

/s *John J. Foley*
John J. Foley
SIMMONS HANLY CONROY
One Court Street
Alton, Illinois  62002
Phone: (618) 259-2222
Fax: (618) 259-2251
jfoley@simmonsfirm.com
*Attorney for Plaintiff*

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO: *Lela Harrison, et al. v. Ethicon, Inc., et al.* Case No. 2:12-cv-06160 | Master File No. 2:12-MD-02327 MDL No. 2327 JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**PLAINTIFFS' DESIGNATION AND**
**DISCLOSURE OF CASE-SPECIFIC EXPERT WITNESSES**

Pursuant to Pretrial Order (PTO) # 243, Rule 26 (a)(2) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned civil action ("Plaintiffs") submit the following Designation and Disclosure of Case-Specific Expert Witness and persons who may provide expert testimony specific to Plaintiffs' case pursuant to Rule 702 of the Federal Rules of Evidence.

**RETAINED EXPERT WITNESSES**

1) Materials

        Dr. Scott Guelcher (adoption of previously served report)
        Polymer and Chemical Technologies, LLC
        1008 Caldwell Avenue
        Nashville, TN 37204

2) Materials

        Dr. Jimmy Mays (adoption of previously served report)
        Department of Chemistry
        University of Tennessee at Knoxville
        655 Buehler Hall
        Knoxville, TN 37996

3)  Urologist

> Dr. Jerry Blaivas (adoption of previously served report)
> 445 East 77th Street
> New York, NY 10075

4)  Urologist

> Dr. Daniel Elliott (adoption of previously served report)
> Mayo Clinic
> 200 1st Street SW
> Rochester, MN 55902

5)  Case-Specific Urogynecologist (Specific Causation)

> Christopher Walker, MD, FACOG, FICS, FPMRS
> Urogyn Specialists of Florida
> 801 N Orange Avenue, Suite 710
> Orlando, FL 32801

**GENERAL RETAINED REGULATORY EXPERTS**

Plaintiffs recognize that the Fourth Circuit has affirmed Judge Goodwin's decision to exclude at trial evidence relating to a manufacturer's compliance with the FDA's 510(k) process. In the event of a contrary ruling applicable to the trial of Plaintiffs' case, Plaintiffs reserve the right to designate a General Regulatory Expert. In that event, in order to comply with the Court's five-expert witness limitation, Plaintiffs would withdraw their designation of one of the five experts designated above and would instead designate:

> Peggy Pence (adoption of previously served report)
> Symbion Research International, Inc.
> 3537 Old Conejo Road, Suite 115
> Newbury Park, CA 91320

**NON-RETAINED EXPERT WITNESSES**

| NAME | ADDRESS | SPECIALTY |
|---|---|---|
| Dr. Eric Hall | 2006 Moores Lane Texarkana, TX  75503 | Obstetrics & Gynecology |
| Dr. Joseph Womack | 1902 Moores Ln., Ste. A | Urology |

| | Texarkana, TX  75503 | |
|---|---|---|

A General Designation and Disclosure has been or is being served by and on behalf of the wave 4 cases for general expert opinions. In the event that any of the general expert(s) identified above is/are unavailable for trial in this case, Plaintiffs reserve the right to elicit testimony, either through direct examination or cross-examination, of other of the general witnesses designated or identified by Plaintiffs. In no event, however, will Plaintiffs' retained experts at trial exceed five (5) experts without leave of Court for good cause shown. Plaintiffs further reserve the right, as allowed by Rule 26(e) of the Federal Rules of Civil Procedure, to supplement this Designation and Disclosure of Expert Witnesses through the discovery process upon receiving additional discovery including, but not limited to, expert depositions, fact depositions, exhibits introduced in depositions, documents produced, and any supplemental expert disclosures by any party.

This 22nd day of May, 2017.

/s *John J. Foley*
John J. Foley
SIMMONS HANLY CONROY
One Court Street
Alton, Illinois  62002
Phone: (618) 259-2222
Fax: (618) 259-2251
jfoley@simmonsfirm.com
*Attorney for Plaint*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION _____ **THIS DOCUMENT RELATES TO:** *Iris Jennings, et al. v. Ethicon, Inc., et al.* **Case No. 2:12-cv-06217** | **Master File No. 2:12-MD-02327** **MDL No. 2327** **JOSEPH R. GOODWIN** **U.S. DISTRICT JUDGE** |

**PLAINTIFFS' DESIGNATION AND**
**DISCLOSURE OF CASE-SPECIFIC EXPERT WITNESSES**

Pursuant to Pretrial Order (PTO) # 243, Rule 26 (a)(2) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned civil action ("Plaintiffs") submit the following Designation and Disclosure of Case-Specific Expert Witness and persons who may provide expert testimony specific to Plaintiffs' case pursuant to Rule 702 of the Federal Rules of Evidence.

**RETAINED EXPERT WITNESSES**

1) General Urogynecologist

> Dr. Bruce Rosenzweig (adoption of previously served report)
> Rush University Professional Building
> 1725 West Harrison Street, Suite 358
> Chicago, IL  60612

2) Materials

> Dr. Scott Guelcher (adoption of previously served report)
> Polymer and Chemical Technologies, LLC
> 1008 Caldwell Avenue
> Nashville, TN 37204

3) Materials

> Dr. Jimmy Mays (adoption of previously served report)
> Department of Chemistry
> University of Tennessee at Knoxville
> 655 Buehler Hall
> Knoxville, TN 37996

4) Urologist

> Dr. Jerry Blaivas (adoption of previously served report)
> 445 East 77th Street
> New York, NY 10075

5) Case-Specific Urogynecologist (Specific Causation)

> Christopher Walker, MD, FACOG, FICS, FPMRS
> Urogyn Specialists of Florida
> 801 N Orange Avenue, Suite 710
> Orlando, FL 32801

## GENERAL RETAINED REGULATORY EXPERTS

Plaintiffs recognize that the Fourth Circuit has affirmed Judge Goodwin's decision to exclude at trial evidence relating to a manufacturer's compliance with the FDA's 510(k) process. In the event of a contrary ruling applicable to the trial of Plaintiffs' case, Plaintiffs reserve the right to designate a General Regulatory Expert. In that event, in order to comply with the Court's five-expert witness limitation, Plaintiffs would withdraw their designation of one of the five experts designated above and would instead designate:

> Peggy Pence (adoption of previously served report)
> Symbion Research International, Inc.
> 3537 Old Conejo Road, Suite 115
> Newbury Park, CA 91320

## NON-RETAINED EXPERT WITNESSES

| NAME | ADDRESS | SPECIALTY |
|---|---|---|
| Dr. Kenneth Fitzpatrick | 9115 Old Fern Hill Rd. Bldg. B, Suite 202 | Urology |

| | West Chester, PA  19380 | |
| Dr. James Bollinger | 209 W. Lancaster Ave., #200 Paoli, PA  19301 | Urology |

A General Designation and Disclosure has been or is being served by and on behalf of the wave 4 cases for general expert opinions. In the event that any of the general expert(s) identified above is/are unavailable for trial in this case, Plaintiffs reserve the right to elicit testimony, either through direct examination or cross-examination, of other of the general witnesses designated or identified by Plaintiffs. In no event, however, will Plaintiffs' retained experts at trial exceed five (5) experts without leave of Court for good cause shown. Plaintiffs further reserve the right, as allowed by Rule 26(e) of the Federal Rules of Civil Procedure, to supplement this Designation and Disclosure of Expert Witnesses through the discovery process upon receiving additional discovery including, but not limited to, expert depositions, fact depositions, exhibits introduced in depositions, documents produced, and any supplemental expert disclosures by any party.

This 22nd day of May, 2017.

/s John J. Foley
John J. Foley
SIMMONS HANLY CONROY
One Court Street
Alton, Illinois  62002
Phone: (618) 259-2222
Fax: (618) 259-2251
jfoley@simmonsfirm.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** _____ **THIS DOCUMENT RELATES TO:** *Patricia Bell, et al. v. Ethicon, Inc., et al.* **Case No. 2:12-cv-06750** | **Master File No. 2:12-MD-02327 MDL No. 2327** **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

**PLAINTIFFS' DESIGNATION AND
DISCLOSURE OF CASE-SPECIFIC EXPERT WITNESSES**

Pursuant to Pretrial Order (PTO) # 243, Rule 26 (a)(2) of the Federal Rules of Civil

Procedure, Plaintiffs in the above-captioned civil action ("Plaintiffs") submit the following

Designation and Disclosure of Case-Specific Expert Witness and persons who may provide expert

testimony specific to Plaintiffs' case pursuant to Rule 702 of the Federal Rules of Evidence.

**RETAINED EXPERT WITNESSES**

1)  Materials

Dr. Scott Guelcher (adoption of previously served report)
Polymer and Chemical Technologies, LLC
1008 Caldwell Avenue
Nashville, TN 37204

2)  Materials

Dr. Jimmy Mays (adoption of previously served report)
Department of Chemistry
University of Tennessee at Knoxville
655 Buehler Hall
Knoxville, TN 37996

3)  Urologist

Dr. Jerry Blaivas (adoption of previously served report)
445 East 77th Street
New York, NY 10075

4)  Urologist

Dr. Daniel Elliott (adoption of previously served report)
Mayo Clinic
200 1st Street SW
Rochester, MN 55902

5)  Case-Specific Urogynecologist (Specific Causation)

Christopher Walker, MD, FACOG, FICS, FPMRS
Urogyn Specialists of Florida
801 N Orange Avenue, Suite 710
Orlando, FL 32801

## GENERAL RETAINED REGULATORY EXPERTS

Plaintiffs recognize that the Fourth Circuit has affirmed Judge Goodwin's decision to exclude at trial evidence relating to a manufacturer's compliance with the FDA's 510(k) process. In the event of a contrary ruling applicable to the trial of Plaintiffs' case, Plaintiffs reserve the right to designate a General Regulatory Expert. In that event, in order to comply with the Court's five-expert witness limitation, Plaintiffs would withdraw their designation of one of the five experts designated above and would instead designate:

Peggy Pence (adoption of previously served report)
Symbion Research International, Inc.
3537 Old Conejo Road, Suite 115
Newbury Park, CA 91320

## NON-RETAINED EXPERT WITNESSES

| NAME | ADDRESS | SPECIALTY |
|------|---------|-----------|
| Dr. Jennifer Elliott | Women's Health Associates 980 Johnson Ferry Rd. NE, Ste. 720 Atlanta, GA 30342 | Obstetrics & Gynecology |

| Dr. James Dorchak | Columbus Regional OBGYN<br>1538 13th Ave., # B250<br>Columbus, GA  31901 | Obstetrics &<br>Gynecology |
|---|---|---|
| Dr. James Cullison | West Georgia Urology<br>130 Clinic Ave., #202<br>Carrollton, GA  30117 | Female Pelvic<br>Medicine &<br>Reconstructive<br>Surgery;<br>Urology |
| Dr. Kelly Dopson | 1457 Garmon Ferry Rd.<br>Atlanta, GA  30327 | Obstetrics &<br>Gynecology;<br>Female Pelvic<br>Medicine &<br>Reconstructive<br>Surgery |

A General Designation and Disclosure has been or is being served by and on behalf of the wave 4 cases for general expert opinions. In the event that any of the general expert(s) identified above is/are unavailable for trial in this case, Plaintiffs reserve the right to elicit testimony, either through direct examination or cross-examination, of other of the general witnesses designated or identified by Plaintiffs. In no event, however, will Plaintiffs' retained experts at trial exceed five (5) experts without leave of Court for good cause shown. Plaintiffs further reserve the right, as allowed by Rule 26(e) of the Federal Rules of Civil Procedure, to supplement this Designation and Disclosure of Expert Witnesses through the discovery process upon receiving additional discovery including, but not limited to, expert depositions, fact depositions, exhibits introduced in depositions, documents produced, and any supplemental expert disclosures by any party.

This 22nd day of May, 2017.

/s John J. Foley
John J. Foley
SIMMONS HANLY CONROY
One Court Street
Alton, Illinois  62002
Phone: (618) 259-2222
Fax: (618) 259-2251
jfoley@simmonsfirm.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION           No. 2-10-MD-02327

TERESA PHELPS

       *Plaintiffs*,

        v.                             CIVIL ACTION:  2:12-cv-05790

JOHNSON & JOHNSON,
ETHICON, INC., ETHICON WOMEN'S
HEALTH AND UROLOGY, a Division of
Ethicon, Inc., and GYNECARE,

       *Defendants*.

---

## PLAINTIFF TERESA PHELPS' DESIGNATION AND DISCLOSURE OF GENERAL AND CASE-SPECIFIC EXPERT WITNESSES

Pursuant to PTO 248 and Rule 26 (a)(2) of the Federal Rules of Civil Procedure, Plaintiff Teresa Phelps ("Plaintiff") submits the following Designation and Disclosure of Expert Witnesses and persons who may provide expert testimony pursuant to Rule 702 of the Federal Rules of Evidence. Plaintiff reserves the right to elicit testimony, either through direct examination or cross-examination, of all witnesses designated or identified by Plaintiff or Defendants as an expert or person with specialized knowledge, training, or experience. Plaintiff further reserves the right, as allowed by Rule 26(e) of the Federal Rules of Civil Procedure, to supplement this Designation and Disclosure of Expert Witnesses through the discovery process upon receiving additional discovery including, but not limited to, expert depositions, fact depositions, exhibits introduced in depositions, documents produced, and any supplemental expert disclosures by any party.

1

## RETAINED EXPERTS

1) **Christopher Walker, MD (Urogynocologist)**
   *Specific Causation Expert*
   Urogyn Specialists of Florida
   6464 Lake Burden View Dr.
   Windermere, FL  34786

Plaintiff refers Defendants to Dr. Walker's Expert Report, served simultaneously with this disclosure, and all subparts and attachments thereto, which sets forth his opinions and the reasons and bases for them.  Dr. Walker's Expert Report and corresponding attachments set forth the facts, data and information considered by Dr. Walker, the exhibits that Dr. Walker may use  to support his opinions, and Dr. Walker's qualifications, publications, testimonial history, and compensation.  Plaintiff hereby incorporates by reference Dr. Walker's Expert Report and all subparts and attachments thereto.

2) **Bruce A. Rosenzweig, MD  (Urogynocologist)** (adoption of previously served report)
   *General Causation Expert*
   Department of Obstetrics and Gynecology
   Rush University Medical Center
   1725 West Harrison Street, Ste. 358
   Chicago, IL  60612

Plaintiff refers Defendants to Dr. Rosenzweig's Expert Report(s), which is being served by way of separate e-mail from Plaintiff's MDL leadership, and all subparts and attachments thereto which sets forth his opinions and the reasons and bases for them.   Dr. Rosenzweig's Expert Report(s) and corresponding attachments set forth the facts, data and information considered by Dr. Rosenzweig, the  exhibits that  Dr.  Rosenzweig may use  to support his opinions,  and  Dr.  Rosenzweig's  qualifications,  publications,  testimonial  history,  and compensation.  Plaintiff hereby incorporates by reference Dr. Rosenzweig's Expert Report(s) and all subparts and attachments thereto.

2

3)      **Dr. Daniel Elliott (Urologist)** (adoption of previously served report)
*General Causation Expert*
Mayo Clinic 200 1st Street SW
Rochester, MN 55902

Plaintiff refers Defendants to Dr. Elliott's Expert Report(s), served by way of separate e-mail from Plaintiff's MDL leadership, and all subparts and attachments thereto which sets forth his opinions and the reasons and bases for them.  Dr. Elliott's Expert Report(s) and corresponding attachments set forth the facts, data and information considered by Dr. Elliott, the exhibits that Dr. Elliott may use to support his opinions, and Dr. Elliott's qualifications, publications, testimonial history, and compensation.  Plaintiff hereby incorporates by reference Dr. Elliott's Expert Report(s) and all subparts and attachments thereto.

4)      **Dr. Howard Jordi (Materials)** (adoption of previously served report)
*General Causation Expert*
Jordi Labs 200 Gilbert Street
Mansfield, MA  02048

Plaintiff refers Defendants to Dr. Jordi's Expert Report(s), served by way of separate e-mail from Plaintiff's MDL leadership, and all subparts and attachments thereto which sets forth his opinions and the reasons and bases for them.  Dr. Jordi's Expert Report(s) and corresponding attachments set forth the facts, data and information considered by Dr. Jordi, the exhibits that Dr. Jordi may use to support his opinions, and Dr. Jordi's qualifications, publications, testimonial history, and compensation.  Plaintiff hereby incorporates by reference Dr. Jordi's Expert Report(s) and all subparts and attachments thereto.

5)      **Dr. Scott Guelcher (Materials)** (adoption of previously served report)
*General Causation Expert*
Polymer and Chemical Technologies, LLC
1008 Caldwell Avenue
Nashville, TN 37204

Plaintiff refers Defendants to Dr. Guelcher's Expert Report(s), served by way of separate e-mail from Plaintiff's MDL leadership, and all subparts and attachments thereto which sets forth his opinions and the reasons and bases for them. Dr. Guelcher's Expert Report(s) and corresponding attachments set forth the facts, data and information considered by Dr. Guelcher, the exhibits that Dr. Guelcher may use to support his opinions, and Dr. Guelcher's qualifications, publications, testimonial history, and compensation. Plaintiff hereby incorporates by reference Dr. Guelcher's Expert Report(s) and all subparts and attachments thereto.

## GENERAL RETAINED REGULATORY EXPERTS

Plaintiff recognizes that the Fourth Circuit has affirmed Judge Goodwin's decision to exclude evidence relating to a manufacturer's compliance with the FDA's 510(k) process. In the event of a contrary ruling, Plaintiffs reserve the right to designate the following General Regulatory Expert:

1) **Dr. Peggy Pence (Regulatory)** (adoption of previously served report)
   Symbion Research International, Inc. 3537 Old Conejo Road, Suite 115
   Newbury Park, CA 91320

Plaintiff refers Defendants to Dr. Pence's Expert Report(s), served by way of separate e-mail from Plaintiff's MDL leadership, and all subparts and attachments thereto which sets forth her opinions and the reasons and bases for them. Dr. Pence's Expert Report(s) and corresponding attachments set forth the facts, data and information considered by Dr. Pence, the exhibits that Dr. Pence may use to support her opinions, and Dr. Pence's qualifications, publications, testimonial history, and compensation. Plaintiff hereby incorporates by reference Dr. Pence's Expert Report(s) and all subparts and attachments thereto.

## NON-RETAINED EXPERTS

| NAME | ADDRESS | SPECIALITY |
|---|---|---|
| Dr. Timothy Whittle | 747 Medical Center Dr. West Point, MS  39773 | OBGYN |
| Dr. Edmund Miller | 830 Medical Center Dr. | Internal |

4

| | West Point, MS  39773 | |
|---|---|---|
| Dr. Mark Burtman | 294 Chubby Dr. 2<br>Columbus, MS  39705 | OBGYN |
| Dr. John Cox | 835 Medical Center Dr.<br>West Point, MS  39773 | Nephrology/Internal |

A General Designation and Disclosure has been or is being served by and on behalf of the Wave 5 cases for general expert opinions.  In the event that any of the general expert(s) identified above is/are unavailable for trial in this case, Plaintiffs reserve the right to elicit testimony, either through direct examination or cross-examination, of other of the general witnesses designated or identified by Plaintiffs.In no event, however, will Plaintiffs' retained experts at trial exceed  five (5) experts without leave of Court for good cause shown.Plaintiffs further reserve the right, as allowed by Rule 26(e) of the Federal Rules of Civil Procedure, to supplement this Designation and Disclosure of Expert Witnesses through the discovery process upon receiving additional discovery including, but not limited to, expert depositions, fact depositions, exhibits introduced in depositions, documents produced, and any supplemental expert disclosures by any party.

Respectfully submitted this 22nd day of May 2017,


ROBINS CLOUD LLP

/s/ Alex Barlow
Alex Barlow
barlow@robinscloud.com
Texas Bar No. 24006798
Rebecca Phillips
rphillips@robinscloud.com
Texas Bar No.  24079136
2000 West Loop South, Suite 2200
Houston, TX 77027

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above has been served on counsel for Defendants via electronic mail this the 22nd day of May 2017.

**BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC**

Christy D. Jones
christy.jones@butlersnow.com
William Gage
william.gage@butlersnow.com
Ashley Stubbs
Ashley.Stubbs@butlersnow.com
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010

**THOMAS, COMBS & SPANN, PLLC**

David B. Thomas
dthomas@tcspllc.com
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824

**COUNSEL FOR DEFENDANTS**

Respectfully submitted,

**ROBINS CLOUD LLP**

*/s/ Alex Barlow*
Alex Barlow
barlow@robinscloud.com
Texas Bar No. 24006798
Rebecca Phillips
rphillips@robinscloud.com
Texas Bar No.  24079136
2000 West Loop South, Suite 2200
Houston, TX 77027

**COUNSEL FOR PLAINTIFF**

6