IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL No. 2327

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## CERTIFICATE OF COMPLIANCE WITH PTO #260

Counsel for Plaintiffs and the Ethicon Defendants agree that Plaintiffs in the Civil Actions listed in "Certification Exhibit A" attached have previously served their PPF/PFSs upon the Ethicon Defendants pursuant to PTO#17.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual cases listed on the attached Exhibit A.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

AGREED TO BY COUNSEL:

| Plaintiff(s) By authorized counsel: | Defendants By authorized counsel: |
|---|---|
| /s/ P. Leigh O'Dell<br>P. Leigh O'Dell<br>BEASLEY, ALLEN, CROW, METHVIN,<br>PORTIS & MILES, P.C.<br>P. O. Box. 4160<br>Montgomery, AL  36103<br>334-269-2343<br>leigh.odell@beasleyallen.com<br><br>*Counsel for Plaintiffs* | /s/Christy D. Jones<br>Christy D. Jones<br>BUTLER SNOW LLP<br>P.O. Box 6010<br>Ridgeland, MS  39158<br>601-948-5711<br>christy.jones@butlersnow.com<br><br>*Counsel for Defendants* |

**STRICKEN PURSUANT TO ORDER #4059 ENTERED ON 6/26/2017**

**APPROVED:**

Dated:_____

_____
Honorable Joseph R. Goodwin

**Exhibit A - Beasley, Alle, Crow, Methvin, Portis & Miles, P.C.**

| Case Number | Plaintiff | | Defendant |
|---|---|---|---|
| 2:12-cv-00783 | Hagans | v. | Ethicon, Inc. et al |
| 2:12-cv-01052 | Babcock | v. | Ethicon, Inc. et al |
| 2:12-cv-01053 | Baugher | v. | Ethicon, Inc. et al |
| 2:12-cv-01088 | Wheeler et al | v. | Ethicon, Inc. et al |
| 2:12-cv-01090 | Wright | v. | Ethicon, Inc. et al |
| 2:12-cv-01681 | Fleck | v. | Ethicon, Inc. et al |
| 2:12-cv-02546 | Thorpe | v. | Ethicon, Inc. et al |
| 2:12-cv-02742 | Aguilar et al | v. | Ethicon, Inc. et al |
| 2:12-cv-02879 | Russell | v. | Ethicon, Inc. et al |
| 2:12-cv-02952 | Mullins et al | v. | Ethicon, Inc. et al |
| 2:12-cv-02973 | Correa et al | v. | Ethicon, Inc. et al |
| 2:12-cv-02989 | Smith | v. | Ethicon, Inc. et al |
| 2:12-cv-03108 | Moore | v. | Ethicon, Inc. et al |
| 2:12-cv-03788 | Williams | v. | Ethicon, Inc. et al |
| 2:12-cv-05067 | Donley | v. | Ethicon, Inc. et al |
| 2:12-cv-05468 | Bignon | v. | Ethicon, Inc. et al |
| 2:12-cv-08646 | Perry et al | v. | Ethicon, Inc. et al |
| 2:12-cv-08671 | Hampton et al | v. | Ethicon, Inc. et al |
| 2:12-cv-09148 | Pena | v. | Ethicon, Inc. et al |
| 2:12-cv-09784 | Harwig et al | v. | Ethicon, Inc. et al |
| 2:13-cv-00732 | Disch et al | v. | Ethicon, Inc. et al |
| 2:13-cv-01505 | Young | v. | Ethicon, Inc. et al |
| 2:13-cv-01861 | Ackerman | v. | Ethicon, Inc. et al |
| 2:13-cv-02699 | Berry | v. | Ethicon, Inc. et al |
| 2:13-cv-02937 | Basa | v. | Ethicon, Inc. et al |
| 2:13-cv-03023 | Brosious | v. | Ethicon, Inc. et al |
| 2:13-cv-03146 | Herrel | v. | Ethicon, Inc. et al |
| 2:13-cv-03156 | Jumper | v. | Ethicon, Inc. et al |
| 2:13-cv-03906 | Henderson | v. | Ethicon, Inc. et al |
| 2:13-cv-03917 | Luck | v. | Ethicon, Inc. et al |
| 2:13-cv-03921 | Amacher | v. | Ethicon, Inc. et al |
| 2:13-cv-03933 | Gant et al | v. | Ethicon, Inc. et al |
| 2:13-cv-03934 | Goodwin | v. | Ethicon, Inc. et al |
| 2:13-cv-04265 | Shields | v. | Ethicon, Inc. et al |
| 2:13-cv-04266 | Sachs | v. | Ethicon, Inc. et al |
| 2:13-cv-04267 | Huffaker et al | v. | Ethicon, Inc. et al |
| 2:13-cv-04268 | Jackson et al | v. | Ethicon, Inc. et al |
| 2:13-cv-04275 | Khakh | v. | Ethicon, Inc. et al |
| 2:13-cv-04276 | Kitchens et al | v. | Ethicon, Inc. et al |
| 2:13-cv-04286 | Armstrong et al | v. | Ethicon, Inc. et al |
| 2:13-cv-04663 | Bedinger et al | v. | Ethicon, Inc. et al |
| 2:13-cv-04731 | Carroll-Daviis et al | v. | Ethicon, Inc. et al |
| 2:13-cv-04770 | Sciara et al | v. | Ethicon, Inc. et al |
| 2:13-cv-04793 | Breitenstine | v. | Ethicon, Inc. et al |
| 2:13-cv-05235 | Heartfield et al | v. | Ethicon, Inc. et al |

**STRICKEN PURSUANT TO ORDER #4059 ENTERED ON 6/26/2017**

| Case Number | Plaintiff | | Defendant |
|---|---|---|---|
| 2:13-cv-05242 | Lively et al | v. | Ethicon, Inc. et al |
| 2:13-cv-05246 | Mueller et al | v. | Ethicon, Inc. et al |
| 2:13-cv-05476 | Grant | v. | Ethicon, Inc. et al |
| 2:13-cv-05995 | Guernsey et al | v. | Ethicon, Inc. et al |
| 2:13-cv-06033 | Honea | v. | Ethicon, Inc. et al |
| 2:13-cv-06042 | Johnstone et al | v. | Ethicon, Inc. et al |
| 2:13-cv-06049 | Sawyer et al | v. | Ethicon, Inc. et al |
| 2:13-cv-06052 | Seale | v. | Ethicon, Inc. et al |
| 2:13-cv-06200 | Crowder et al | v. | Ethicon, Inc. et al |
| 2:13-cv-06432 | Fisher | v. | Ethicon, Inc. et al |
| 2:13-cv-06552 | Wamsher | v. | Ethicon, Inc. et al |
| 2:13-cv-06558 | Seymour | v. | Ethicon, Inc. et al |
| 2:13-cv-07301 | Burreuzo et al | v. | Ethicon, Inc. et al |
| 2:13-cv-07663 | Allen | v. | Ethicon, Inc. et al |
| 2:13-cv-07665 | Dailey | v. | Ethicon, Inc. et al |
| 2:13-cv-08227 | Bock | v. | Ethicon, Inc. et al |
| 2:13-cv-08529 | Herrick et al | v. | Ethicon, Inc. et al |
| 2:13-cv-08681 | Baron | v. | Ethicon, Inc. et al |
| 2:13-cv-09881 | Duck et al | v. | Ethicon, Inc. et al |
| 2:13-cv-10126 | Knight et al | v. | Ethicon, Inc. et al |
| 2:13-cv-10641 | Fink et al | v. | Ethicon, Inc. et al |
| 2:13-cv-10645 | Forgey | v. | Ethicon, Inc. et al |
| 2:13-cv-10652 | Johnson-Gerken | v. | Ethicon, Inc. et al |
| 2:13-cv-11323 | Clampet et al | v. | Ethicon, Inc. et al |
| 2:13-cv-11477 | Solver et al | v. | Ethicon, Inc. et al |
| 2:13-cv-11672 | Trotter | v. | Ethicon, Inc. et al |
| 2:13-cv-11997 | Wheeler | v. | Ethicon, Inc. et al |
| 2:13-cv-11999 | Ross | v. | Ethicon, Inc. et al |
| 2:13-cv-12312 | Loney et al | v. | Ethicon, Inc. et al |
| 2:13-cv-12406 | Harris et al | v. | Ethicon, Inc. et al |
| 2:13-cv-12407 | Hess et al | v. | Ethicon, Inc. et al |
| 2:13-cv-12412 | Hyte | v. | Ethicon, Inc. et al |
| 2:13-cv-12440 | Warner | v. | Ethicon, Inc. et al |
| 2:13-cv-12442 | Yoho | v. | Ethicon, Inc. et al |
| 2:13-cv-12827 | Browning et al | v. | Ethicon, Inc. et al |
| 2:13-cv-12904 | Trimmer | v. | Ethicon, Inc. et al |
| 2:13-cv-13015 | Hall et al | v. | Ethicon, Inc. et al |
| 2:13-cv-13016 | Kauffman et al | v. | Ethicon, Inc. et al |
| 2:13-cv-13017 | House | v. | Ethicon, Inc. et al |
| 2:13-cv-13032 | Burton et al | v. | Ethicon, Inc. et al |
| 2:13-cv-13129 | Smith et al | v. | Ethicon, Inc. et al |
| 2:13-cv-13132 | Stiles et al | v. | Ethicon, Inc. et al |
| 2:13-cv-17580 | Bowling et al | v. | Ethicon, Inc. et al |
| 2:13-cv-17596 | Caldwell | v. | Ethicon, Inc. et al |
| 2:13-cv-17599 | Roczynski | v. | Ethicon, Inc. et al |
| 2:13-cv-17601 | White | v. | Ethicon, Inc. et al |
| 2:13-cv-17602 | Worley et al | v. | Ethicon, Inc. et al |

| | | | |
|---|---|---|---|
| 2:13-cv-17603 | Yobbe | v. | Ethicon, Inc. et al |
| 2:13-cv-18002 | Hensley et al | v. | Ethicon, Inc. et al |
| 2:13-cv-19250 | Kapuler et al | v. | Ethicon, Inc. et al |
| 2:13-cv-19591 | Sumler | v. | Ethicon, Inc. et al |
| 2:13-cv-19666 | Yelle | v. | Ethicon, Inc. et al |
| 2:13-cv-20635 | Johnson et al | v. | Ethicon, Inc. et al |
| 2:13-cv-20878 | King et al | v. | Ethicon, Inc. et al |
| 2:13-cv-21062 | Powser | v. | Ethicon, Inc. et al |
| 2:13-cv-21064 | Brannon | v. | Ethicon, Inc. et al |
| 2:13-cv-21065 | Bassett | v. | Ethicon, Inc. et al |
| 2:13-cv-21067 | Chapman | v. | Ethicon, Inc. et al |
| 2:13-cv-21068 | Capello | v. | Ethicon, Inc. et al |
| 2:13-cv-21082 | Hardwick et al | v. | Ethicon, Inc. et al |
| 2:13-cv-21084 | Lopez et al | v. | Ethicon, Inc. et al |
| 2:13-cv-21090 | Keeton et al | v. | Ethicon, Inc. et al |
| 2:13-cv-21094 | Rice et al | v. | Ethicon, Inc. et al |
| 2:13-cv-21097 | Gilroy | v. | Ethicon, Inc. et al |
| 2:13-cv-21098 | Jenson et al | v. | Ethicon, Inc. et al |
| 2:13-cv-21099 | Hope et al | v. | Ethicon, Inc. et al |
| 2:13-cv-21100 | Goodrich et al | v. | Ethicon, Inc. et al |
| 2:13-cv-21103 | Rodgers | v. | Ethicon, Inc. et al |
| 2:13-cv-21104 | Ward et al | v. | Ethicon, Inc. et al |
| 2:13-cv-21107 | Jordan et al | v. | Ethicon, Inc. et al |
| 2:13-cv-21108 | Euler et al | v. | Ethicon, Inc. et al |
| 2:13-cv-21174 | Wright et al | v. | Ethicon, Inc. et al |
| 2:13-cv-21608 | Darden et al | v. | Ethicon, Inc. et al |
| 2:13-cv-21630 | Phelps et al | v. | Ethicon, Inc. et al |
| 2:13-cv-21680 | Skreko et al | v. | Ethicon, Inc. et al |
| 2:13-cv-21682 | Smith | v. | Ethicon, Inc. et al |
| 2:13-cv-21683 | Teagarden et al | v. | Ethicon, Inc. et al |
| 2:13-cv-21684 | Williams | v. | Ethicon, Inc. et al |
| 2:13-cv-21685 | Weeks et al | v. | Ethicon, Inc. et al |
| 2:13-cv-21687 | Westbrook | v. | Ethicon, Inc. et al |
| 2:13-cv-21688 | Wilkinson | v. | Ethicon, Inc. et al |
| 2:13-cv-21691 | Listul | v. | Ethicon, Inc. et al |
| 2:13-cv-21924 | Peake et al | v. | Johnson & Johnson et al |
| 2:13-cv-22317 | Mays et al | v. | Ethicon, Inc. et al |
| 2:13-cv-22325 | Nava | v. | Ethicon, Inc. et al |
| 2:13-cv-22347 | Whitson et al | v. | Ethicon, Inc. et al |
| 2:13-cv-22568 | Quigley et al | v. | Ethicon, Inc. et al |
| 2:13-cv-22589 | Marino | v. | Ethicon, Inc. et al |
| 2:13-cv-22590 | Sanders et al | v. | Ethicon, Inc. et al |
| 2:13-cv-22965 | Whaley | v. | Ethicon, Inc. et al |
| 2:13-cv-23058 | Borrayo et al | v. | Ethicon, Inc. et al |
| 2:13-cv-23133 | Hawks et al | v. | Ethicon, Inc. et al |
| 2:13-cv-23407 | Southerland | v. | Ethicon, Inc. et al |
| 2:13-cv-23809 | McGill | v. | Ethicon, Inc. et al |

STRICKEN PURSUANT TO ORDER #4059 ENTERED ON 6/26/2017

| Case Number | Plaintiff | | Defendant |
|---|---|---|---|
| 2:13-cv-24069 | Cyrus et al | v. | Ethicon, Inc. et al |
| 2:13-cv-24762 | Brooks | v. | Ethicon, Inc. et al |
| 2:13-cv-25224 | Scott | v. | Ethicon, Inc. et al |
| 2:13-cv-25468 | McMonigle | v. | Ethicon, Inc. et al |
| 2:13-cv-25472 | Metzger et al | v. | Ethicon, Inc. et al |
| 2:13-cv-26069 | Holbrook et al | v. | Ethicon, Inc. et al |
| 2:13-cv-26184 | Tabor | v. | Ethicon, Inc. et al |
| 2:13-cv-26186 | Witte et al | v. | Ethicon, Inc. et al |
| 2:13-cv-26193 | Hook et al | v. | Ethicon, Inc. et al |
| 2:13-cv-26331 | Cade | v. | Ethicon, Inc. et al |
| 2:13-cv-26883 | Nedwards | v. | Ethicon, Inc. et al |
| 2:13-cv-27811 | Todd | v. | Ethicon, Inc. et al |
| 2:13-cv-27815 | Wildenauer | v. | Ethicon, Inc. et al |
| 2:13-cv-27903 | Jackson | v. | Ethicon, Inc. et al |
| 2:13-cv-29249 | Vazquez et al | v. | Ethicon, Inc. et al |
| 2:13-cv-30610 | Farley | v. | Ethicon, Inc. et al |
| 2:13-cv-31562 | Watson | v. | Ethicon, Inc. et al |
| 2:13-cv-31563 | Wendt | v. | Ethicon, Inc. et al |
| 2:13-cv-31664 | Fields et al | v. | Ethicon, Inc. et al |
| 2:13-cv-31818 | Harmon | v. | Ethicon, Inc. et al |
| 2:13-cv-32237 | Knight et al | v. | Ethicon, Inc. et al |
| 2:13-cv-32313 | Beitler et al | v. | Ethicon, Inc. et al |
| 2:13-cv-32440 | Palenzuela | v. | Ethicon, Inc. et al |
| 2:13-cv-32979 | Linder | v. | Ethicon, Inc. et al |
| 2:13-cv-32981 | Hutchinson e al | v. | Ethicon, Inc. et al |
| 2:13-cv-33683 | Gambs-Anton et al | v. | Ethicon, Inc. et al |
| 2:13-cv-33744 | Niles et al | v. | Ethicon, Inc. et al |
| 2:13-cv-33746 | O'Driscoll | v. | Ethicon, Inc. et al |
| 2:14-cv-00344 | Gumm | v. | Ethicon, Inc. et al |
| 2:14-cv-00667 | Aquino | v. | Ethicon, Inc. et al |
| 2:14-cv-00669 | Avellina | v. | Ethicon, Inc. et al |
| 2:14-cv-00670 | Ayotte | v. | Ethicon, Inc. et al |
| 2:14-cv-00675 | Gaffey | v. | Ethicon, Inc. et al |
| 2:14-cv-00677 | Green | v. | Ethicon, Inc. et al |
| 2:14-cv-00712 | Fritsch | v. | Ethicon, Inc. et al |
| 2:14-cv-00875 | Winner et al | v. | Ethicon, Inc. et al |
| 2:14-cv-00877 | Reilly | v. | Ethicon, Inc. et al |
| 2:14-cv-06313 | Johnson et al | v. | Ethicon, Inc. et al |
| 2:14-cv-08342 | Ward | v. | Ethicon, Inc. et al |
| 2:14-cv-08345 | Williams | v. | Ethicon, Inc. et al |
| 2:14-cv-08351 | Yurkovick | v. | Ethicon, Inc. et al |
| 2:14-cv-09722 | Roberts | v. | Ethicon, Inc. et al |
| 2:14-cv-09856 | Welch | v. | Ethicon, Inc. et al |
| 2:14-cv-09938 | Conn | v. | Ethicon, Inc. et al |
| 2:14-cv-09973 | Shepard | v. | Ethicon, Inc. et al |
| 2:14-cv-10074 | Colson et al | v. | Ethicon, Inc. et al |
| 2:14-cv-10113 | Boggan et al | v. | Ethicon, Inc. et al |

| Case Number | Plaintiff | | Defendant |
|---|---|---|---|
| 2:14-cv-10408 | Waters | v. | Ethicon, Inc. et al |
| 2:14-cv-10526 | Coddington et al | v. | Ethicon, Inc. et al |
| 2:14-cv-10615 | Chesney | v. | Ethicon, Inc. et al |
| 2:14-cv-10928 | Martin | v. | Ethicon, Inc. et al |
| 2:14-cv-11307 | Beckett et al | v. | Ethicon, Inc. et al |
| 2:14-cv-11398 | Taylor | v. | Ethicon, Inc. et al |
| 2:14-cv-11399 | Shortell | v. | Ethicon, Inc. et al |
| 2:14-cv-11490 | Brillhart | v. | Ethicon, Inc. et al |
| 2:14-cv-11521 | Banaszewski et al | v. | Ethicon, Inc. et al |
| 2:14-cv-11679 | Cintron et al | v. | Ethicon, Inc. et al |
| 2:14-cv-11748 | Grindstaff | v. | Ethicon, Inc. et al |
| 2:14-cv-12071 | Simas et al | v. | Ethicon, Inc. et al |
| 2:14-cv-12076 | True | v. | Ethicon, Inc. et al |
| 2:14-cv-12081 | Hammond et al | v. | Ethicon, Inc. et al |
| 2:14-cv-12287 | Baker | v. | Ethicon, Inc. et al |
| 2:14-cv-12300 | Barbee et al | v. | Ethicon, Inc. et al |
| 2:14-cv-12321 | Artman et al | v. | Ethicon, Inc. et al |
| 2:14-cv-12323 | Grider et al | v. | Ethicon, Inc. et al |
| 2:14-cv-12378 | Stewart et al | v. | Ethicon, Inc. et al |
| 2:14-cv-12510 | Godoy | v. | Ethicon, Inc. et al |
| 2:14-cv-12815 | Seidel et al | v. | Ethicon, Inc. et al |
| 2:14-cv-13976 | Knapp | v. | Ethicon, Inc. et al |
| 2:14-cv-14137 | Rider et al | v. | Ethicon, Inc. et al |
| 2:14-cv-14334 | Shirley et al | v. | Ethicon, Inc. et al |
| 2:14-cv-14337 | Schultz | v. | Ethicon, Inc. et al |
| 2:14-cv-14338 | Schmacker | v. | Ethicon, Inc. et al |
| 2:14-cv-15355 | Groom et al | v. | Ethicon, Inc. et al |
| 2:14-cv-15356 | Gutierrez | v. | Ethicon, Inc. et al |
| 2:14-cv-15524 | Green | v. | Ethicon, Inc. et al |
| 2:14-cv-16957 | Gerisch | v. | Ethicon, Inc. et al |
| 2:14-cv-17015 | Liberty et al | v. | Ethicon, Inc. et al |
| 2:14-cv-17392 | Campbell | v. | Ethicon, Inc. et al |
| 2:14-cv-17987 | Davis et al | v. | Ethicon, Inc. et al |
| 2:14-cv-18496 | Christensen | v. | Ethicon, Inc. et al |
| 2:14-cv-18499 | Correia | v. | Ethicon, Inc. et al |
| 2:14-cv-18634 | Beam | v. | Ethicon, Inc. et al |
| 2:14-cv-19505 | Burkholder et al | v. | Ethicon, Inc. et al |
| 2:14-cv-19511 | Williamson | v. | Ethicon, Inc. et al |
| 2:14-cv-19571 | Ainscough et al | v. | Ethicon, Inc. et al |
| 2:14-cv-19608 | Emory | v. | Ethicon, Inc. et al |
| 2:14-cv-19625 | Graustuck | v. | Ethicon, Inc. et al |
| 2:14-cv-19639 | Shaver | v. | Ethicon, Inc. et al |
| 2:14-cv-19873 | Ware | v. | Ethicon, Inc. et al |
| 2:14-cv-19933 | Sweet | v. | Ethicon, Inc. et al |
| 2:14-cv-19966 | Jones | v. | Ethicon, Inc. et al |
| 2:14-cv-19968 | Sarver | v. | Johnson & Johnson et al |
| 2:14-cv-20362 | Mendoza | v. | Ethicon, Inc. et al |

| | | | |
|---|---|---|---|
| 2:14-cv-20364 | Mizelle et al | v. | Ethicon, Inc. et al |
| 2:14-cv-20366 | Nowak et al | v. | Ethicon, Inc. et al |
| 2:14-cv-20450 | Burge et al | v. | Ethicon, Inc. et al |
| 2:14-cv-20505 | Plante | v. | Ethicon, Inc. et al |
| 2:14-cv-20510 | Ben et al | v. | Ethicon, Inc. et al |
| 2:14-cv-20524 | Lewis et al | v. | Ethicon, Inc. et al |
| 2:14-cv-20735 | Rutherford | v. | Ethicon, Inc. et al |
| 2:14-cv-20740 | Stanfield | v. | Ethicon, Inc. et al |
| 2:14-cv-20741 | Taylor et al | v. | Ethicon, Inc. et al |
| 2:14-cv-22101 | Snyder | v. | Ethicon, Inc. et al |
| 2:14-cv-22108 | Thompson et al | v. | Ethicon, Inc. et al |
| 2:14-cv-22531 | Connolly et al | v. | Ethicon, Inc. et al |
| 2:14-cv-22718 | Lavallee et al | v. | Ethicon, Inc. et al |
| 2:14-cv-22735 | Beall | v. | Ethicon, Inc. et al |
| 2:14-cv-23737 | Burden et al | v. | Ethicon, Inc. et al |
| 2:14-cv-23832 | Anderson | v. | Ethicon, Inc. et al |
| 2:14-cv-23871 | Creasy et al | v. | Ethicon, Inc. et al |
| 2:14-cv-23873 | Chandler | v. | Ethicon, Inc. et al |
| 2:14-cv-23884 | Giddens | v. | Ethicon, Inc. et al |
| 2:14-cv-23899 | Metzner | v. | Ethicon, Inc. et al |
| 2:14-cv-23965 | Hollifield et al | v. | Ethicon, Inc. et al |
| 2:14-cv-24233 | Hudson et al | v. | Ethicon, Inc. et al |
| 2:14-cv-24359 | Custer | v. | Ethicon, Inc. et al |
| 2:14-cv-24377 | Bryan et al | v. | Ethicon, Inc. et al |
| 2:14-cv-24378 | Clark | v. | Ethicon, Inc. et al |
| 2:14-cv-24495 | Arther | v. | Ethicon, Inc. et al |
| 2:14-cv-24615 | Dickard | v. | Ethicon, Inc. et al |
| 2:14-cv-24845 | Culver et al | v. | Ethicon, Inc. et al |
| 2:14-cv-24994 | Haduch | v. | Ethicon, Inc. et al |
| 2:14-cv-25055 | Fontenot | v. | Ethicon, Inc. et al |
| 2:14-cv-25059 | Weishuhn | v. | Ethicon, Inc. et al |
| 2:14-cv-25316 | Anderson | v. | Ethicon, Inc. et al |
| 2:14-cv-25317 | Edgil et al | v. | Ethicon, Inc. et al |
| 2:14-cv-25341 | Helsinger et al | v. | Ethicon, Inc. et al |
| 2:14-cv-25508 | Stone et al | v. | Ethicon, Inc. et al |
| 2:14-cv-25549 | Knight | v. | Ethicon, Inc. et al |
| 2:14-cv-26981 | Meza | v. | Ethicon, Inc. et al |
| 2:14-cv-27341 | Grant | v. | Ethicon, Inc. et al |
| 2:14-cv-28051 | Snell | v. | Ethicon, Inc. et al |
| 2:14-cv-28704 | Ewbank | v. | Ethicon, Inc. et al |
| 2:14-cv-28863 | Hall et al | v. | Ethicon, Inc. et al |
| 2:14-cv-28865 | Harwood | v. | Ethicon, Inc. et al |
| 2:14-cv-29025 | Walters | v. | Ethicon, Inc. et al |
| 2:14-cv-29156 | Hambleton | v. | Ethicon, Inc. et al |
| 2:14-cv-29176 | Messer | v. | Ethicon, Inc. |
| 2:14-cv-30437 | Jones et al | v. | Ethicon, Inc. et al |
| 2:14-cv-30625 | Rhodes | v. | Ethicon, Inc. et al |

STRICKEN PURSUANT TO ORDER #4059 ENTERED ON 6/26/2017

| | | | |
|---|---|---|---|
| 2:14-cv-30923 | Adams | v. | Ethicon, Inc. et al |
| 2:14-cv-31449 | Cupp | v. | Ethicon, Inc. et al |
| 2:15-cv-01016 | Decker | v. | Ethicon, Inc. et al |
| 2:15-cv-01740 | Walker | v. | Ethicon, Inc. et al |
| 2:15-cv-02089 | Van Matre | v. | Ethicon, Inc. et al |
| 2:15-cv-02091 | Bridges et al | v. | Ethicon, Inc. et al |
| 2:15-cv-02093 | Rodgers et al | v. | Ethicon, Inc. et al |
| 2:15-cv-02405 | Abbott | v. | Ethicon, Inc. et al |
| 2:15-cv-02409 | Gifford | v. | Ethicon, Inc. et al |
| 2:15-cv-02443 | Bremer | v. | Ethicon, Inc. et al |
| 2:15-cv-03484 | Gallardo | v. | Ethicon, Inc. et al |
| 2:15-cv-03734 | Thorington et al | v. | Ethicon, Inc. et al |
| 2:15-cv-03737 | Vaughan et al | v. | Ethicon, Inc. et al |
| 2:15-cv-03738 | Grooms | v. | Ethicon, Inc. et al |
| 2:15-cv-04014 | Taylor et al | v. | Ethicon, Inc. et al |
| 2:15-cv-04432 | Adams | v. | Ethicon, Inc. et al |
| 2:15-cv-04438 | Davis | v. | Ethicon, Inc. et al |
| 2:15-cv-04861 | Vastine | v. | Ethicon, Inc. et al |
| 2:15-cv-04897 | Terry | v. | Ethicon, Inc. et al |
| 2:15-cv-04922 | Keefer et al | v. | Johnson & Johnson et al |
| 2:15-cv-05073 | Thompson | v. | Ethicon, Inc. et al |
| 2:15-cv-05181 | Morgan | v. | Ethicon, Inc. et al |
| 2:15-cv-05229 | Whalen | v. | Ethicon, Inc. et al |
| 2:15-cv-05313 | Devey | v. | Ethicon, Inc. et al |
| 2:15-cv-05405 | Moore | v. | Ethicon, Inc. et al |
| 2:15-cv-05410 | Pleasant et al | v. | Ethicon, Inc. et al |
| 2:15-cv-05445 | Brown | v. | Ethicon, Inc. et al |
| 2:15-cv-05503 | Honeycutt | v. | Ethicon, Inc. et al |
| 2:15-cv-06265 | McFarland | v. | Ethicon, Inc. et al |
| 2:15-cv-06266 | Preston | v. | Ethicon, Inc. et al |
| 2:15-cv-06267 | Price | v. | Ethicon, Inc. et al |
| 2:15-cv-06395 | Vasquez | v. | Ethicon, Inc. et al |
| 2:15-cv-07003 | Koprowski et al | v. | Ethicon, Inc. et al |
| 2:15-cv-07004 | Kurupas et al | v. | Ethicon, Inc. et al |
| 2:15-cv-07513 | Rogers et al | v. | Ethicon, Inc. et al |
| 2:15-cv-07605 | Roman | v. | Ethicon, Inc. et al |
| 2:15-cv-07612 | Bryant et al | v. | Ethicon, Inc. et al |
| 2:15-cv-07615 | Barnes | v. | Ethicon, Inc. et al |
| 2:15-cv-07617 | Bardin | v. | Ethicon, Inc. et al |
| 2:15-cv-07751 | Nilsson et al | v. | Ethicon, Inc. et al |
| 2:15-cv-07836 | Russell | v. | Ethicon, Inc. et al |
| 2:15-cv-07975 | Deraville | v. | Ethicon, Inc. |
| 2:15-cv-08268 | Case | v. | Ethicon, Inc. et al |
| 2:15-cv-08269 | Bianconi | v. | Ethicon, Inc. et al |
| 2:15-cv-09103 | Hudson et al | v. | Ethicon, Inc. et al |
| 2:15-cv-09129 | Caldwell et al | v. | Ethicon, Inc. et al |
| 2:15-cv-09781 | Jones | v. | Ethicon, Inc. et al |

**STRICKEN PURSUANT TO ORDER #4059 ENTERED ON 6/26/2017**

| | | | |
|---|---|---|---|
| 2:15-cv-10029 | Thomas et al | v. | Ethicon, Inc. et al |
| 2:15-cv-10474 | Brown et al | v. | Ethicon, Inc. et al |
| 2:15-cv-11183 | Malcom | v. | Ethicon, Inc. et al |
| 2:15-cv-11187 | Moore | v. | Ethicon, Inc. et al |
| 2:15-cv-11201 | Hammelman | v. | Ethicon, Inc. et al |
| 2:15-cv-11311 | Hyczwa et al | v. | Ethicon, Inc. et al |
| 2:15-cv-11346 | Reynolds | v. | Ethicon, Inc. et al |
| 2:15-cv-11347 | Williams | v. | Johnson & Johnson et al |
| 2:15-cv-11395 | Fields | v. | Ethicon, Inc. et al |
| 2:15-cv-11633 | Rodgers et al | v. | Ethicon, Inc. et al |
| 2:15-cv-11699 | Hamlyn et al | v. | Ethicon, Inc. et al |
| 2:15-cv-11700 | Hull | v. | Ethicon, Inc. et al |
| 2:15-cv-11703 | Scott et al | v. | Ethicon, Inc. et al |
| 2:15-cv-11721 | Rice | v. | Ethicon, Inc. et al |
| 2:15-cv-11734 | Kaufman | v. | Johnson & Johnson et al |
| 2:15-cv-11746 | Nichols | v. | Ethicon, Inc. et al |
| 2:15-cv-11747 | Perkins | v. | Ethicon, Inc. et al |
| 2:15-cv-12152 | Gray | v. | Ethicon, Inc. et al |
| 2:15-cv-12323 | Morris | v. | Ethicon, Inc. et al |
| 2:15-cv-12325 | Mullins | v. | Ethicon, Inc. et al |
| 2:15-cv-12352 | Page | v. | Ethicon, Inc. et al |
| 2:15-cv-12461 | McKibbin | v. | Ethicon, Inc. et al |
| 2:15-cv-12462 | McVey | v. | Ethicon, Inc. et al |
| 2:15-cv-12466 | O'Connor | v. | Ethicon, Inc. et al |
| 2:15-cv-12608 | Melton | v. | Ethicon, Inc. et al |
| 2:15-cv-12645 | Padgett | v. | Ethicon, Inc. et al |
| 2:15-cv-12646 | Aughtman | v. | Ethicon, Inc. et al |
| 2:15-cv-12653 | Mathena | v. | Ethicon, Inc. et al |
| 2:15-cv-12660 | Marshall | v. | Ethicon, Inc. et al |
| 2:15-cv-12662 | McMahen | v. | Ethicon, Inc. et al |
| 2:15-cv-13013 | Ingram et al | v. | Ethicon, Inc. et al |
| 2:15-cv-13103 | Morrison | v. | Ethicon, Inc. et al |
| 2:15-cv-13129 | Puckett | v. | Ethicon, Inc. et al |
| 2:15-cv-13276 | Garza et al | v. | Ethicon, Inc. et al |
| 2:15-cv-14286 | Barron et al | v. | Ethicon, Inc. et al |
| 2:15-cv-14689 | Bird | v. | Ethicon, Inc. et al |
| 2:15-cv-15073 | Gardner | v. | Ethicon, Inc. et al |
| 2:15-cv-16130 | Galanis | v. | Ethicon, Inc. et al |
| 2:15-cv-16144 | Emel et al | v. | Ethicon, Inc. et al |
| 2:15-cv-16514 | Rayl | v. | Ethicon, Inc. et al |
| 2:16-cv-00728 | Johnson | v. | Ethicon, Inc. et al |
| 2:16-cv-01203 | Choate | v. | Ethicon, Inc. et al |
| 2:16-cv-01916 | Cullifer | v. | Ethicon, Inc. et al |
| 2:16-cv-02172 | Barbour et al | v. | Ethicon, Inc. et al |
| 2:16-cv-02197 | Elkins et al | v. | Ethicon, Inc. et al |
| 2:16-cv-02243 | Joplin | v. | Ethicon, Inc. et al |
| 2:16-cv-02245 | Hildebrand | v. | Ethicon, Inc. et al |

**STRICKEN PURSUANT TO ORDER #4059 ENTERED ON 6/26/2017**

| | | | |
|---|---|---|---|
| 2:16-cv-02531 | Dickerson | v. | Ethicon, Inc. et al |
| 2:16-cv-02800 | Kernodle et al | v. | Ethicon, Inc. et al |
| 2:16-cv-02940 | Steinberg | v. | Ethicon, Inc. et al |
| 2:16-cv-02987 | Keith | v. | Ethicon, Inc. et al |
| 2:16-cv-04295 | James | v. | Ethicon, Inc. et al |
| 2:16-cv-04379 | Carter | v. | Ethicon, Inc. et al |
| 2:16-cv-04460 | Stevenson | v. | Ethicon, Inc. et al |
| 2:16-cv-05013 | Bush et al | v. | Ethicon, Inc. et al |
| 2:16-cv-06104 | Stene | v. | Ethicon, Inc. et al |
| 2:16-cv-06108 | Short | v. | Ethicon, Inc. et al |
| 2:16-cv-06222 | Sore' | v. | Ethicon, Inc. |
| 2:16-cv-06223 | Hughes | v. | Ethicon, Inc. et al |
| 2:16-cv-06225 | Stegmeier | v. | Ethicon, Inc. et al |
| 2:16-cv-06263 | Johnson | v. | Ethicon, Inc. et al |
| 2:16-cv-08085 | Stewart | v. | Ethicon, Inc. et al |