STRICKEN PURSUANT TO
ORDER #4051 ENTERED
ON 6/26/2017

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC SUPPORT SYSTEMS
      PRODUCTS LIABILITY
      LITIGATION

                                MDL 2327

---

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED
HERETO

## CERTIFICATE OF COMPLIANCE WITH PTO #260

Counsel for Plaintiffs and the Ethicon Defendants agree that Plaintiffs in the Civil

Actions listed in "Certification Exhibit A" attached have previously served their PPF/PFSs upon

the Ethicon Defendants pursuant to PTO#17.


                         Respectfully submitted,


                         /s/ Aimee H. Wagstaff
                         Aimee H. Wagstaff
                         ANDRUS WAGSTAFF, P.C.
                         7171 W Alaska Dr.
                         Lakewood, CO 80226
                         (303) 376-6360
                         *Counsel for Plaintiffs*


                         /s/ Christy Jones
                         Christy D. Jones
                         BUTLER SNOW LLP
                         P.O. Box 6010
                         Ridgeland, MS  39158
                         601-948-5711
                         christy.jones@butlersnow.com
                         *Counsel for Defendants*

STRICKEN PURSUANT TO
ORDER #4051 ENTERED
ON 6/26/2017

# ANDRUS WAGSTAFF EXHIBIT A

| Plaintiff Name | Civil Action Number |
|---|---|
| Abbott, Tina | 2:16-cv-06266 |
| Abdelmuti, Nargiss | 2:13-cv-03664 |
| Acree, Christine | 2:16-cv-06259 |
| Adams, Mary | 2:14-cv-17855 |
| Adams, Sandie | 2:14-cv-01695 |
| Adams, Tammie | 2:13-cv-03758 |
| Adkins, Wanda | 2:12-cv-08801 |
| Aldrich, Barbara | 2:15-cv-9179 |
| Alford, Rebecca | 2:13-cv-24281 |
| Allen, Ann | 2:13-cv-06348 |
| Allen, Virginia | 2:13-cv-08130 |
| Almquist, Linda | 2:13-cv-9738 |
| Anspach, Cynthia Sue | 2:13-cv-07046 |
| Antebi, Nuti | 2:13-cv-07713 |
| Arnold, Nancy | 2:14-cv-18068 |
| Arnold, Terry | 2:12-cv-08816 |
| Arwine, Diane | 2:15-cv-9180 |
| Bailey, Sharon | 2:13-cv-03214 |
| Banks, Margaret | 2:13-cv-03595 |
| Barclay, Valerie | 2:12-cv-04710 |
| Barrera, Corina | 2:13-cv-6353 |
| Bartley, Sharon | 2:12-cv-04270 |
| Basile, Mechelle | 2:13-cv-05059 |
| Bates, Dana | 2:12-cv-03939 |
| Beal, Dawn | 2:14-cv-18269 |
| Bearden, Elizabeth | 2:14-cv-01040 |
| Beasley, Barbara | 2:14-cv-02436 |
| Beeler, Lisa | 2:12-cv-08817 |
| Beets, Reba | 2:13-cv-27379 |
| Bennerotte, Karen | 2:15-cv-07858 |
| Bermudez, Angelita | 2:!3-cv-03617 |
| Bermudez, Annette | 2:13-cv-05061 |
| Bigelow, Connie | 2:14-cv-17856 |
| Bilbrough, Sandra | 2:14-cv-17727 |
| Biles, Catlin | 2:14-cv-17528 |
| Billingsley, Diane | 2:14-cv-17550 |
| Birchfield, Sheila | 2:12-cv-05053 |

STRICKEN PURSUANT TO
ORDER #4051 ENTERED
ON 6/26/2017

| | |
|---|---|
| Black, Norma | 2:13-cv-03619 |
| Blakeley, Carol | 2:13-cv-31892 |
| Blaylock, Sandra | 2:14-cv-17529 |
| Bond-Nelson, Joy | 2:15-cv-09249 |
| Bourque, Suzette | 2:12-cv-08845 |
| Bouvatte, Brenda | 2:16-cv-06268 |
| Bowers, Ashley | 2:14-cv-01876 |
| Bowers, Danielle | 2:13-cv-03572 |
| Bramblett, Patty | 2:14-cv-1878 |
| Brancheau, Geraldine | 2:14-cv-18997 |
| Brantley-Starling, Tara | 22:12-cv-05063 |
| Brawn, Gail Ann | 2:14-cv-1882 |
| Bridges, Kimberly | 2:13-cv-05700 |
| Bridges, Stella | 2:14-cv-00763 |
| Brooks, Christina | 2:13-cv-03597 |
| Brown, Debbie | 2:14-cv-17551 |
| Brown, Janice | 2:14-cv-01883 |
| Brown, Linda | 2:13-cv-06934 |
| Brown, Marlisha | 2:13-cv-04456 |
| Brown, Ruth | 2:14-cv-17564 |
| Brown, Sharon | 2:14-cv-10322 |
| Buff, Christy | 2:14-cv-16617 |
| Butscha, Patricia | 2:13-cv-08189 |
| Cade, Rachelle | 2:14-cv-17830 |
| Caldwell, Beverly | 2:14-cv-17751 |
| Caldwell, Conchita | 2:12-cv-08818 |
| Call, Michelle | 2:14-cv-22623 |
| Campbell, Carol Kaye | 2:14-cv-1718 |
| Capone, Deborah | 2:13-cv-05067 |
| Caputo, Mary | 2:13-cv-06359 |
| Carpenter, Lori | 2:14-cv-02350 |
| Carpenter, Marlene | 2:13-cv-4535 |
| Carr, Suzan | 2:13-cv-06316 |
| Cash, Kim | 2:14-cv-01050 |
| Caskanett, Nancy | 2:16-cv-06280 |
| Caylor, Jane | 2:14-cv-02001 |
| Chabriel, Nanci | 2:15-cv-08310 |
| Chase, Jennifer | 2:13-cv-03620 |
| Chenworth, Deborah | 2:14-cv-01477 |
| Citrano, Elaine | 2:12-cv-08790 |
| Clark, Patrice | 2:14-cv-17699 |

STRICKEN PURSUANT TO
ORDER #4051 ENTERED
ON 6/26/2017

| | |
|---|---|
| Climenson, Julie | 2:13-cv-03244 |
| Cole, Shelby | 2:14-cv-01885 |
| Collier, Darlene | 2:14-cv-17552 |
| Collins, Loretta | 2:12-cv-05068 |
| Cone, Kimberly | 2:15-cv-09251 |
| Conesa , Maria Teresa | 2:15-cv-07491 |
| Connor, Pamela | 2:15-cv-09254 |
| Contreras, Ivonne | 2:14-cv-22701 |
| Cook, Donna | 2:12-CV-07113 |
| Cook, Michelle | 2:13-cv-06393 |
| Cornell, Katherine | 2:13-cv-07051 |
| Cox, Daryl | 2:15-cv-07492 |
| Craig, Jacqueline | 2:13-cv-6223 |
| Cravens, Kari | 2:15-cv-09182 |
| Cross, Donna | 2:14-cv-17565 |
| Cruce, Teresa | 2:14-cv-01888 |
| Cuadrado, Madeline | 2:14-cv-02749 |
| Dailey, Shawna | 2:13-cv-0361 |
| Dano, Autumn | 2:12-cv-04100 |
| Davidson, Nelli | 2:12-cv-08716 |
| Davis, Gwendolyn | 2:13-cv-6323 |
| Davis, Michelle | 2:13-cv-6379 |
| Daw, Mary | 2:13-cv-06272 |
| Degray, Carol | 2:14-cv-1892 |
| DeHerrera, Karen L. | 2:13-cv-08770 |
| Delgadillo, Susan | 2:14-cv-1725 |
| Dement, Tammy | 2:14-cv-17530 |
| Dennis, Irene | 2:15-cv-07778 |
| Denzer, Joyce | 2:13-cv-08870 |
| Deskins, Barbara | 2:15-cv-08290 |
| Devoe, Cara | 2:14-cv-17846 |
| Dexter, Angelia | 2:14-cv-17753 |
| Dickey, Shirley | 2:14-cv-17553 |
| Dilley, Shirley | 2:14-cv-22715 |
| Dimarzo, Darlena | 2:14-cv-17837 |
| Doe, Ann | 2:14-cv-14307 |
| Dowdy-Coleman, Trinette | 2:13-cv-5703 |
| Drew, Nanci | 2:14-cv-17801 |
| Drumsta, Karen | 2:14-cv-18076 |
| Durham, Beth | 2:12-cv-08798 |
| Durst, Wilma | 2:14-cv-18058 |

STRICKEN PURSUANT TO
ORDER #4051 ENTERED
ON 6/26/2017

| | |
|---|---|
| Duvall, Kathy | 2:14-cv-1895 |
| Edwards, Emma | 2:12-cv-08819 |
| Ephraim, Leslie | 2:14-cv-1054 |
| Erchul, Kimberly | 2:13-cv-5705 |
| Falco, Deborah | 2:16-cv-04386 |
| Farmer, Candy | 2:12-cv-08794 |
| Fedder, Christal | 2:16-cv-12032 |
| Ferrell, Tonya | 2:14-cv-17729 |
| Fett, Carol | 2:14-cv-1897 |
| Field, Rebecca | 2:14-cv-2752 |
| Figueroa, Judith | 2:14-cv-17531 |
| File, Teresa | 2:16-cv-06287 |
| Finney, Sally | 2:13-cv-08793 |
| Foley, Kathleen | 2:13-cv-06386 |
| Fontaine, Tammy | 2:14-cv-17568 |
| Foster, Lisa | 2:14-cv-01059 |
| Fowler, Angela | 2:14-cv-16159 |
| Fox, Karen | 2:14-cv-1900 |
| Francis, Melinda | 2:13-cv-5070 |
| Frazer, Christine | 2:14-cv-18273 |
| Frechette, Barbara | 2:14-cv-18078 |
| Frye, Andrea | 2:15-cv-07861 |
| Garcia-Bonanno, Isabel | 2:15-cv-08309 |
| Garner, Rebekah | 2:13-cv-05610 |
| Gerling, Angela | 2:15-cv-12038 |
| Giles, Ernestine | 2:14-cv-22224 |
| Gillander, Kim M | 2:14-cv-17517 |
| Gillean, Ruth | 2:14-cv-18079 |
| Gillum, Dale | 2:13-cv-07054 |
| Gilman, Brenda S. | 2:13-cv-7526 |
| Gilshian, Shannon | 2:14-cv-18060 |
| Glancy, Deborah | 2:14-cv-17839 |
| Gomez, Mary Ann | 2:13-cv-04522 |
| Goodiron, Robin | 2:13-cv-03657 |
| Goodson, Paula | 2:15-cv-7798 |
| Gorby, Dorothy | 2:13-cv-07057 |
| Graham, Kimberly | 2:14-cv-01741 |
| Graves, La Verne | 2:13-cv-04327 |
| Guerrero, Anabelia "Anna" | 2:13-cv-03251 |
| Guthrie, Kelley D. | 2:13-cv-05087 |
| Hale, Janell | 2:16-cv-06271 |

STRICKEN PURSUANT TO
ORDER #4051 ENTERED
ON 6/26/2017

| | |
|---|---|
| Hall, Scarlett | 2:15-cv-07170 |
| Haller, Tawny | 2:13 - cv - 03632 |
| Hall-Ford, Nicole | 2:13-cv-03623 |
| Haluapo-Birchard, Maria | 2:13-cv-03740 |
| Hammuck-Gates, Monica | 2:14-cv-1901 |
| Hardison, Joan | 2:16-cv-04597 |
| Harms, Colleen | 2:13-cv-33800 |
| Harn, Barbara Kay | 2:13-cv-04529 |
| Harris Robak, Brenda | 2:15-cv-09162 |
| Harris, Angel | 2:14-cv-18274 |
| Harris, Connie | 2:13-cv-05677 |
| Harris, Susan | 2:14-cv-18061 |
| Harrison, Rosemary | 2:13-cv-07058 |
| Harvey, Deborah | 2:14-cv-18275 |
| Hathcock, Kelly | 2:13-cv-06337 |
| Hatmaker, Tracy | 2:14-cv-00787 |
| Hawkins, Maryanne | 2:13-cv-07729 |
| Hawley, Debra | 2:15-cv-07800 |
| Hazelwood, Patricia | 2:14 -cv-20266 |
| Healey , Elsie | 2:14-cv-18069 |
| Hearn, Marilyn | 2:13-cv-5709 |
| Heidbrink, Carol | 2:15-cv-09183 |
| Heil, Dolores | 2:13-cv-04343 |
| Hendrickson, Eliza | 2:14-cv-17740 |
| Herring, Donna | 2:14-cv-18998 |
| Heyd, Susie | 2:14-cv-17754 |
| Hickman, Rhonda | 2:13-CV-25894 |
| Highsmith, Tammy | 2:13-cv-04344 |
| Hill , Traci | 2:14-cv-18085 |
| Hoag, Marie | 2:14-cv-01460 |
| Hoffmann, Meg | 2:14-cv-17807 |
| Homan, Elizabeth | 2:14-cv-17540 |
| Hopson, Patricia | 2:14-cv-18276 |
| Hubbard, Pamela | 2:12-cv-03309 |
| Hucik, Mary J. | 2:14-cv-21346 |
| Hudak, Teri | 2:13-cv-03247 |
| Hunt, Renee | 2:14-cv-20277 |
| Hunter, Denise | 2:14-cv-17558 |
| Jacobsen, Gayle | 2:14-cv-17518 |
| Jarvis, Mary Ruth | 2:14-cv-17755 |
| Jenkins, Louise | 2:13-cv-04472 |

STRICKEN PURSUANT TO
ORDER #4051 ENTERED
ON 6/26/2017

| | |
|---|---|
| Johnston, Denise | 2:13-cv-04397 |
| Jones, Becky | 2:14-cv-17559 |
| Jones, Maryanne | 2:13-cv-11335 |
| Jones-Temple, Harriett | 2:14-cv-17544 |
| Jordan, Helen | 2:13-cv-03249 |
| Jordan, Nancy | 2:13-cv-24948 |
| Jordan-Jones, Laurice | 2:13-cv-03248 |
| Karsch, Christine | 2:15-cv-9585 |
| Kaster, Lori | 2:13-cv-04990 |
| Kephart, Tracy | 2:!3-cv-04350 |
| Kight, Debra | 2:14-cv-01747 |
| Kilby, Lowanda | 2:13-cv-07544 |
| King, Pearl | 2:14-cv-18087 |
| Knapp, Cheryl | 2:14-cv-01464 |
| Knoll, Vivian | 2:14-cv-01081 |
| Koehler (Kessler), Katherine | 2:14-cv-17858 |
| Konruff, Sallie | 2:15-cv-08312 |
| Kutak, Linda | 2:15-cv-8316 |
| Kuula, Ann | 2:13-cv-04354 |
| Kuzmic, Margaret | 2:14-cv-17545 |
| Lambert, Christina | 2:13-cv-07732 |
| Landon, Leah | 2:13 - cv - 11967 |
| Langdale, Tamyra | 2:15-cv-11069 |
| Leary, Michelle | 2:13-cv-07070 |
| Lee (Kiesling), Amanda | 2:13-cv-06403 |
| Lenoir, Leanna | 2:14-cv-17703 |
| Lewis, Marsha | 2:13-cv-04428 |
| Lillejord, Karen | 2:14-cv-17731 |
| Lilly, Dorothy | 2:14-cv-17809 |
| Lindberg, Sherri | 2:14-cv-17520 |
| Lineske, Katrina | 2:12-cv-8684 |
| Lipari, Sheryl | 2:14-cv-01752 |
| Lisek, Gail | 2:13-cv-04429 |
| Lopez, Marline | 2:14-cv-01755 |
| Lord, Denise | 2:14-cv-17521 |
| Los, Shelly | 2:14-cv-18282 |
| Love, Patricia | 2:14-cv-01905 |
| Lowery, Margie | 2:12-cv-04092 |
| Lunsford, Sharon | 2:12-cv-03308 |
| Lytsell, Sharon | 2:13-cv-04995 |
| Maez, Bonnie | 2:15-cv-7792 |

STRICKEN PURSUANT TO
ORDER #4051 ENTERED
ON 6/26/2017

| | |
|---|---|
| Maier , Lelanda Dee | 2:13-cv-05636 |
| Manis, Tonia | 2:13-cv-04998 |
| Mann, Judy | 2:13-cv-05000 |
| Marino, Mary | 2:13-cv-05003 |
| Martinez De Le Hardy, Hilda | 2:14-cv-02361 |
| Martinez, Nancy | 2:13-cv-05629 |
| Martini, Mary | 2:15-cv-07148 |
| Mason, Patricia | 2:13-cv-07527 |
| Massa, Teresa | 2:15-cv-07147 |
| Massey, Lola | 2:13-cv-06255 |
| Mathes, Ellen | 2:16-cv-06290 |
| Mattson, Mary Jo | 2:15-cv-04405 |
| Maynard, Renee | 2:15-cv-05541 |
| McAllister, Heidi | 2:14-cv-17758 |
| Mcallister, Ladoris | 2:13-cv-06232 |
| McCarty, Debra | 2:13-cv-06263 |
| McClaren, Terry Sue | 2:13-cv-06288 |
| McCulley, Dorthy | 2:12-cv-04710 |
| Mcdermott, Caroljean | 2:15-cv-09256 |
| McGillivray, April | 2:14-cv-17859 |
| McKenzie, Dianna | 2:15-cv-14496 |
| McKinney, Kathy | 2:14-cv-17507 |
| McNamara, Jennifer | 2:14-cv-17572 |
| Meehan, Maryellen | 2:14-cv-17746 |
| Mendez-Chiles, Dawn | 2:13-cv-6300 |
| Merklin, Tammy | 2:15-cv-01074 |
| Mesnil, Diana | 2:14-cv-17522 |
| Middleton, Barbara | 2:13-cv-07531 |
| Mikulic, Michele | 2:13-cv-08799 |
| Milan, Sandra | 2:14-cv-18288 |
| Millage, Rebecca | 2:13-cv-8801 |
| Miller, Mary Edna | 2:13-cv-24954 |
| Mitchell, Angela | 2:12-cv-08848 |
| Mobley, Jan | 2:14-cv-17523 |
| Moers-Patterson, Patricia | 2:14-cv-22235 |
| Moore, Brenda | 2:14-cv-17707 |
| Moran, Jane | 2:13-cv-03638 |
| Morejon, Elsa | 2:14-cv-01940 |
| Morris, Angela | 2:14-cv-17573 |
| Morris, Rebecca | 2:12-cv-8653 |
| Morrison, Vickie Marlonna | 2:13-cv-06296 |

STRICKEN PURSUANT TO
ORDER #4051 ENTERED
ON 6/26/2017

| | |
|---|---|
| Morrow, Tammy | 2:15-cv-16076 |
| Muncy, Teresa | 2:13-cv-05559 |
| Murray, Barbara | 2:14-cv-18280 |
| Newcomb, Leslie | 2:14-cv-21350 |
| North, Rosamond | 2:12-cv-08713 |
| Nunez, Maritza | 2:15-cv-07626 |
| Nydam, Jacqueline Mary | 2:13-cv-6957 |
| Odom, Julie | 2:14-cv-02794 |
| Oliver, Brenda | 2:13-cv-7704 |
| Olson, Margaret | 2:13-cv-03666 |
| O'Neil, Sherry | 2:14-cv-01082 |
| Owen, Lisa | 2: 15-CV-09258 |
| Pagan, Nancy | 2:13-cv-24955 |
| Page, Kim | 2:14-cv-21328 |
| Page, Laura | 2:14-cv-02381 |
| Paredes, Myra | 2:13-cv-06240 |
| Parsons, Jane | 2:13-cv-06926 |
| Pavlik-Linder, Christina | 2:15-cv-07805 |
| Paynter, Edna | 2:14-cv-02800 |
| Pearson, Ruth | 2:14-cv-18284 |
| Perrine, Lee Ann | 2:14-cv-02382 |
| Perry , Tammy | 2:15-cv-02066 |
| Perry, Linda | 2:13-cv-07552 |
| Perullo, Patricia | 2:14-cv- 1515 |
| Phillips, Cora | 2:13-cv-07735 |
| Phillips, Shannon | 2:15-cv-06727 |
| Phillips, Suzann J. | 2:12-cv-08843 |
| Piersall, Elizabeth Ann | 2:13-cv-07706 |
| Pilgreen, Patricia | 2:13-cv-04334 |
| Pitts, Betty Reed | 2:13-cv-08181 |
| Pittz, Mary Anna | 2:15-cv-00756 |
| Quadrozzi, Betty | 2:15-cv-07807 |
| Quiles, Debra | 2:14-cv-17712 |
| Ray, Bettie Ellen | 2:15-cv-09184 |
| Ray, Melinda | 2:13-cv-08214 |
| Reeves, Martha | 2:14-cv-17840 |
| Reid, Jana | 2:13-cv-08668 |
| Reinke, Kristy | 2:14-cv-01091 |
| Reis, Ruth | 2:14-cv-18072 |
| Reisler, Gloria | 2:14-cv-21355 |
| Reyes, Rita | 2:13-cv-04976 |

STRICKEN PURSUANT TO
ORDER #4051 ENTERED
ON 6/26/2017

| | |
|---|---|
| Rhodes, Sharon Kay | 2:13-cv-08186 |
| Rice, Karen | 2:14-cv-17715 |
| Ritter, Pamela | 2:14-cv-01475 |
| Rivera , Annette | 2:14-cv-02798 |
| Rivera, Iris | 2:14-cv-01095 |
| Robinson, Gloria | 2:14-cv-02805 |
| Robinson, Karen | 2:13-cv-8835 |
| Rodemich, Sarafina | 2:14-cv-01101 |
| Rogers, Charlotte | 2:15-cv-9588 |
| Roman, Jeanette | 2:12-cv-05255 |
| Rosen, Zouka | 2:12-cv-05068 |
| Roth, Diane | 2:15-cv-09259 |
| Rottkamp, Deanna | 2:15-cv-7619 |
| Rudd, Karen | 2:14-cv-21318 |
| Ruggiero, Sarah Marie | 2:14-cv-17841 |
| Salkeld , Barbara | 2:13-cv-03704 |
| Santini, Phyllis | 2:15-cv-9589 |
| Schau, Catherine | 2:14-cv-17577 |
| Schneider, Christine | 2:14-cv-01107 |
| Schneider, Michelle Lee | 2:13-cv-28203 |
| Scott, Bobbie | 2:14-cv-17513 |
| Scott, Valencia | 2:14-cv-01779 |
| Shattuck, JaNeal | 2:14-cv-01780 |
| Shott, Kelly | 2:13-cv-03705 |
| Siford, Genevieve | 2:14-cv-17546 |
| Sigmon, Nancy | 2:14-cv-08126 |
| Sims, Margaret | 2:14-cv-18066 |
| Sluis, Betty Ann | 2:14-cv-17734 |
| Smith , Juanita | 2:13-cv-04510 |
| Smith Lamb, Sharon | 2:14-cv-17759 |
| Smith, Annie | 2:13-cv-04509 |
| Smith, Bette Louise | 2:14-cv-17514 |
| Smith, Donna | 2:12-cv-08820 |
| Smith, Gerri | 2:13-cv-01729 |
| Smith, Jerry | 2:14-cv-01962 |
| Smith, Rhoda | 2:14-cv-17842 |
| Smith, Shirley | 2:12-cv-08822 |
| Smits , Julie | 2:14-cv-17748 |
| Snelling, Thelma "Jones" | 2:12-cv-08650 |
| Soete, Melissa | 2:14-cv-1782 |

STRICKEN PURSUANT TO
ORDER #4051 ENTERED
ON 6/26/2017

| | |
|---|---|
| Spinner, Teresa | 2:13-cv-03588 |
| St. Duran, Connie | 2:13-cv-03132 |
| Staines, Adela | 2:14-cv-17850 |
| Stephan, Rita | 2:15-cv-7484 |
| Streeter, Spring | 2:14-cv-17843 |
| Stroud, Jimmie | 2:13-cv-04499 |
| Swanger, Susan | 2:13-cv-04501 |
| Szwajkowski, Gloria | 2:13-cv-03640 |
| Tackett, Shari | 2:12-cv-08826 |
| Tate, Lois | 2:13-cv-04502 |
| Thibedeau, Karen | 2:14-cv-17844 |
| Thomas, Dorothy | 2:15-cv-7795 |
| Tichnell, Bernice | 2:14-cv-14434 |
| Tiffany, Sandra | 2:14-cv-17851 |
| Tolley, Deborah | 2:14- cv-2391 |
| Toth, Dorothy | 2:14-cv-17580 |
| Towns, Bertha | 2:12-cv-03306 |
| Trent, Stella | 2:14-cv-01486 |
| Trombley , Ryanne | 2:13-cv-05633 |
| Tuttle, Tonya | 2:13-cv-07554 |
| Unruh-Taylor , Martisha Ann | 2:14-cv-02395 |
| Valtri, Tressa | 2:13-cv-03590 |
| Van Dyken, Kelli | 2:14-cv-17526 |
| Vanbeek, Teresa | 2:14-cv-01487 |
| Velasquez, Patricia | 2:14-cv-17718 |
| Vetrano, Carlie | 2:13-cv-04512 |
| Voss, Carrie | 2:15-cv-07808 |
| Wachholz, Pamela | 2:15-cv-7485 |
| Walden (Eubanks), Brenda | 2:13-cv-6382 |
| Walker, Dorothy | 2:13-cv-04513 |
| Wallace, Edna | 2:14-cv-17861 |
| Walls, Diana | 2:13-cv-04514 |
| Warner, Julie | 2:14-cv-18764 |
| Watt, Angelia | 2:14-cv-18056 |
| Weatherford, Virginia | 2:14-cv-17581 |
| Weber, Angela | 2:14-cv-22654 |
| White (Hubbard), Jessica | 2:12-cv-03736 |
| Wiggins, Taunie | 2:13-cv-07557 |
| Wild, Larraine | 2:15-cv-08301 |

STRICKEN PURSUANT TO
ORDER #4051 ENTERED
ON 6/26/2017

| | |
|---|---|
| Willers, Kimberly | 2:13-cv-04518 |
| Wilson, Danette | 2:14-cv-17527 |
| Winkers, Michelle Lynn | 2:14-cv-17845 |
| Wood, Sandra | 2:14-cv-17720 |
| Woodard, Connie | 2:14-cv-17760 |
| Woods Carney, Shirley | 2:13-cv-05054 |
| Woolley, Ladonna | 2:16-cv-06277 |
| Wooten, Cathy | 2:12-cv-08831 |
| Workman, Brenda | 2:14-cv-01789 |
| Wright, Mendy | 2:13-cv-07060 |
| Young, Barbara Denise | 2:14-cv-17516 |
| Yousey, Ruth | 2:14-cv-02400 |