IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
       PELVIC REPAIR SYSTEM                             MDL NO. 2327
       PRODUCTS LIABILITY LITIGATION

O R D E R

The court **ORDERS** that the Clerk **STRIKE** the Certification of Compliance with PTO # 260, filed June 23, 2017. [ECF No. 4042]. PTO # 260 requires the filing of a Plaintiff Profile Form or Plaintiff Fact Sheet (or joint certification) by each plaintiff in that plaintiff's *individual case*, not in the main MDL 2327.

The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  June 26, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE