APPROVED and SO ORDERED.
ENTER: 6/26/17

*JOSEPH R. GOODWIN*
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | Consolidated Under |
| COLOPLAST CORP. § | | |
| PELVIC REPAIR SYSTEM § | | |
| PRODUCTS LIABILITY LITIGATION § | | MDL DOCKET NO. 2387 |
| § | | |
| D-LIN YODER, § | | Civil Action No. 2:14-cv-16604 |
| Plaintiff § | | |
| § | | |
| vs. § | | |
| § | | |
| COLOPLAST CORP., § | | |
| Defendants § | | |

**MOTION TO DISMISS PLAINTIFF'S SUIT AGAINST
DEFENDANT COLOPLAST CORP., ONLY**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, D-Lin Yoder, by and through her attorney of record, and pursuant to Fed. R. Civ. P. 41, moves to dismiss Defendant Coloplast Corp ("Coloplast") only, as a Defendant in this action with prejudice, each party to bear its own costs.

Other Defendants - Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson (all referred to as "Ethicon") - remain in this action, and Plaintiff will continue to prosecute this action against them. To that end, an Amended Short Form Complaint has been or will be filed against the remaining Defendants.

Further, Plaintiff moves to transfer this action from MDL 2387, In re: Coloplast Corp., Pelvic Repair System Products Liability Litigation to: **MDL 2327,** In re: Ethicon, Inc., Pelvic

1

Repair System Products Liability Litigation. Plaintiff will file an Amended Short Form Complaint that no longer includes Coloplast as a named Defendant.

Because Coloplast is no longer named as a Defendant in this case, Plaintiff respectfully requests that the Court: 1) GRANT the Plaintiff's motion to transfer these actions from **MDL 2387 to MDL 2327**; and 2) direct the Clerk to disassociate this civil action in member case MDL 2387 and re-associate it with **MDL 2327**.

    Respectfully submitted,

    Waters & Kraus LLP

    /s/ Leslie C. MacLean
    Leslie C. MacLean
    TEXAS BAR NO 00794209
    3141 Hood Street, Suite 700
    Dallas, TX 75219
    (214) 357-6244 Phone
    (214) 357-7252 Fax
    lmaclean@waterskraus.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document, was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on this the 19th day of May, 2017.

    /s/ Leslie C. MacLean
    Leslie C. MacLean