APPROVED and SO ORDERED.
ENTER: 6/26/17

*JOSEPH R. GOODWIN*
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: COLOPLAST CORP., PELVIC SUPPORT SYSTEM PRODUCTS LIABILIT LITIGATION | MDL NO. 2387 |
| JOANN COWAN and BOBBY COWAN | JUDGE: JOSEPH R. GOODWIN |
| Plaintiffs, | MAG. JUDGE CHERYL A. EIFERT |
| v. | Civil Action No. 2:12-cv-09164 |
| COLOPLAST CORPORATION, MENTOR WORLDWIDE, LLC, ETHICON, INC., and JOHNSON & JOHNSON. | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS COLOPLAST CORPORATION AND MENTOR WORLDWIDE, LLC AND MOTION TO TRANSFER TO MDL 2327**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned parties, pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs, JOANN COWAN and BOBBY COWAN, are dismissed with prejudice against Defendants Coloplast Corporation and Mentor Worldwide, LLC, the parties to bear their own fees and costs.

Because Coloplast and Mentor Worldwide, LLC are longer named Defendants in this case, Plaintiffs respectfully request that the Court: 1) GRANT that Plaintiffs' actions be transferred from MDL 2387 to MDL 2327; and 2) direct the Clerk to disassociate this civil action as member case in MDL 2387 and re-associate it with MDL 2327.

/s/ *H. Forest Horne*
H. Forest Horne, NCSB #16678
Carrie R. Guest, NCSB #36451
MARTIN & JONES, PLLC
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603
Telephone: (919) 821-0005
Fax: (919) 863-6080
Email: hfh@m-j.com & crg@m-j.com
*Attorney for Plaintiffs*

/s/ *Lana K. Varney*
King & Spalding, LLP
401 Congress Avenue
Suite 3200
Austin, TX 78701
Phone: (512) 457-2060
Cell: (512) 731-4526
Email: lvarney@kslaw.com
*Attorney for Coloplast Corp.* MDL 2387

Dated:  May 24, 2017                               Dated:  May 24, 2017

/s/ *Dustin B. Rawlin*
Tucker Ellis, LLP
950 Main Avenue
Suite 1100
Cleveland, OH  44113-7213
Phone:  (216) 592-5000
Fax:  (216) 592-5009
Email:  dustin.rawlin@tuckerellis.com
*Attorney for Mentor Worldwide, LLC* MDL 2387

Dated:  May 24, 2017

## CERTIFICATE OF SERVICE

      I hereby certify that on May 24, 2017, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE AND MOTION TO TRANSFER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

      Christy D. Jones
Butler Snow
PO Box 6010
Ridgeland, MS  39158-6010
Phone:  (601) 948-5711
Fax:  (601) 985-4500
Email:  Christy.jones@butlersnow
*Attorney for Ethicon, Inc. & Johnson & Johnson*

      /s/ *H. Forest Horne*
H. Forest Horne, NCSB #16678