# EXHIBIT A

**KLINE & SPECTER, P.C.**
By:   Thomas R. Kline, Esquire/Attorney I.D. No. 28895
       Shanin Specter, Esquire/Attorney I.D. No. 40928
       Lee B. Balefsky, Esquire/Attorney I.D. No. 25321
       Christopher A. Gomez, Esquire/Attorney I.D. No. 82899
1525 Locust Street
Philadelphia, PA 19102
(215) 772-1000
Attorneys for Plaintiffs

IN THE COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY

| | | |
|---|---|---|
| IN RE: PELVIC MESH LITIGATION | : | FEBRUARY TERM 2014 |
| | : | |
| MASTER DOCKET | : | NO. 829 |

| | |
|---|---|
| ELLA EBAUGH and MARVIN EBAUGH | COURT OF COMMON PLEAS PHILADELPHIA COUNTY |
| v. | JULY TERM, 2013 |
| ETHICON WOMEN'S HEALTH AND UROLOGY, A DIV. OF ETHICON, INC., et al | NO. 00866 |

<b>SECOND AMENDED NOTICE OF VIDEOTAPED <i>DE BENE ESSE</i><br><u>DEPOSITION OF BRUCE ROSENZWEIG, MD</u></b>

PLEASE TAKE NOTICE that counsel for Plaintiffs herein will take the videotaped *de bene esse* testimony of Bruce Rosenzweig, MD on July 14, 2017 and July 15, 2017 at 9:00 AM at JW Marriott Chicago, 151 W Adams St, Chicago, IL 60603.

The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths. The deposition will be recorded by stenographic means or court reporter, and the deposition will be recorded by video and audio means. You are invited to attend and cross-examine.

This deposition will be taken pursuant to the Pennsylvania Rules of Civil Procedure and will continue from day to day until completed.

|  |  |
|---|---|
| Dated: June 26, 2107 | KLINE & SPECTER, PC<br><br>by: _____<br>Thomas R. Kline, Esquire<br>Shanin Specter, Esquire<br>Lee B. Balefsky, Esquire<br>Christopher A. Gomez, Esquire<br>*Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, foregoing Notice of Videotape *De Bene Esse* Deposition of Bruce Rosenzweig, MD was served via electronic mail to the following counsel:

**COUNSEL FOR DEFENDANTS ETHICON, INC. AND JOHNSON & JOHNSON**
Andrew P. Reeve, Esquire
Kenneth A. Murphy, Esquire
Melissa A. Graff, Esquire
Molly Flynn, Esquire
*DRINKER BIDDLE & REATH*
One Logan Square, Suite 2000
Philadelphia, PA 19103

Julie A. Callsen, Esquire
*TUCKER ELLIS LLP*
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
*(Admitted Pro Hac Vice)*

Kari L. Sutherland, Esquire
Butler Snow, LLP
1200 Jefferson Avenue, Suite 205
Lafayette, MS 38655
*(Admitted Pro Hac Vice)*

Phillip J. Combs, Esquire
Thomas Combs & Spann PLLC
300 Summers Street, Suite 1380
Charleston, WV 25301
*(Admitted Pro Hac Vice)*

Kim M. Schmid, Esquire
Bowman and Brooke, LLP
150 S. Fifth Street, Suite 3000
Minneapolis, MN 55402
*(Admitted Pro Hac Vice)*

Dated: June 26, 2107

_____
Cori Maldonado