**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

| | |
|---|---|
| **IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327** <br> **MDL No. 2327** |
| **THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO** | **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs whose cases are listed on the attached Exhibit A and Defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), acting pursuant to F. R. Civ. P. 41(a)(1)(A)(ii), jointly move the court to dismiss with prejudice this action and all claims against the Ethicon Defendants which were, or could have been asserted. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Tim K. Goss
Tim K. Goss
FREESE & GOSS
3500 Maple Ave., Suite 1100
Dallas, TX 75219
*Counsel for Plaintiff*

/s/ Christy D. Jones
Christy D. Jones
BUTLER SNOW LLP
P.O. Box 6010
Ridgeland, Mississippi 39158-6010
*Counsel for the Ethicon Defendants*

**EXHIBIT A**

| Civil Action Number (listed numerically in ascending order) | Last Name | First Name |
|---|---|---|
| 2:12-cv-01772 | Young | Tina |
| 2:12-cv-02308 | Pendleton | Merry |
| 2:12-cv-02885 | Harrell | Mavis C. |
| 2:12-cv-04275 | Baker | Denise |
| 2:12-cv-04301 | Lewis | Carolyn |
| 2:12-cv-05144 | Mitema | Sonja |
| 2:12-cv-06939 | Bush | Gayle |
| 2:12-cv-08204 | Hammond | Linda |
| 2:12-cv-08807 | Belt | Debra |
| 2:12-cv-09225 | Bartolomucci | Beth |
| 2:13-cv-00367 | Sacre | Candace |
| 2:13-cv-00921 | Addington | Carol |
| 2:13-cv-00922 | Altheide | Frances |
| 2:13-cv-00923 | Bennett | Ronda |
| 2:13-cv-00924 | Biggs | Carlotta |
| 2:13-cv-00945 | Fisher | Violet |
| 2:13-cv-00949 | Gardner | Juanita |
| 2:13-cv-00950 | Goodlett | Mary |
| 2:13-cv-00953 | Kiern | Carol |
| 2:13-cv-00954 | King | Brenda |
| 2:13-cv-00955 | Longmire | Charlene |
| 2:13-cv-00956 | Lord | Susan |
| 2:13-cv-00957 | McNair | Sarita |
| 2:13-cv-00958 | Morelock | Vicky |
| 2:13-cv-00965 | Smith | Sundye |
| 2:13-cv-00967 | Street | Retha |
| 2:13-cv-00969 | Thompson | Brenda Ann |
| 2:13-cv-00970 | Ward | Priscilla |
| 2:13-cv-00972 | Mills | Rhonda |
| 2:13-cv-00977 | Carsins | Kathy |
| 2:13-cv-01419 | Dunagan | Shelly |
| 2:13-cv-01639 | Brown | Jennifer |
| 2:13-cv-01803 | Diggs - Benthal | Mary C. |
| 2:13-cv-01805 | Lewis | Latricia R. |
| 2:13-cv-04187 | Calero-Huertas | Hidida |
| 2:13-cv-04191 | Gray | Frances L. |
| 2:13-cv-05834 | Cash-Hazlewood | Cynthia |

| 2:13-cv-05835 | Clark | Chris |
|---|---|---|
| 2:13-cv-06185 | Aime | Anna |
| 2:13-cv-06191 | Savage | Annette |
| 2:13-cv-06194 | Warhurst | Mary |
| 2:13-cv-09702 | Hinton | Tracy Dawn |
| 2:13-cv-10698 | Stidham | Michelle L. |
| 2:13-cv-11386 | Redmond | Bernice |
| 2:13-cv-12029 | Oliver | Cathy E. |
| 2:13-cv-12534 | Chambliss | Peggy |
| 2:13-cv-12941 | Hartley | Diana D. |
| 2:13-cv-12945 | Sessions | Velma E. |
| 2:13-cv-12950 | Verran | Wendy |
| 2:13-cv-12953 | Linder | Judith E. |
| 2:13-cv-13841 | Jerke | Susan D. |
| 2:13-cv-13856 | Hugueley | Barbara |
| 2:13-cv-13860 | Smith | Tammy |
| 2:13-cv-13869 | Dial | Freeda |
| 2:13-cv-13873 | Langley | Tammy L. |
| 2:13-cv-16069 | Robbins | Shelia |
| 2:13-cv-16083 | Pasquale | Patricia |
| 2:13-cv-16153 | Taylor | Glenna |
| 2:13-cv-18251 | Maniscalco | Denise |
| 2:13-cv-18991 | Clay | Torrey E. |
| 2:13-cv-19164 | Smith | Diana L. |
| 2:13-cv-19172 | Asbury | Betty |
| 2:13-cv-19180 | Baldwin | Treca |
| 2:13-cv-19183 | Barlow | Dana N. |
| 2:13-cv-19186 | Barnett | Dorothy |
| 2:13-cv-19190 | Capurso | Mary |
| 2:13-cv-19195 | Cruz | Ana P. |
| 2:13-cv-19196 | Dean | Rita |
| 2:13-cv-19198 | Helms | Inger |
| 2:13-cv-19200 | Hernandez | Jody |
| 2:13-cv-19202 | Johnson | Janel |
| 2:13-cv-19203 | Keay- Crane | Patricia |
| 2:13-cv-19205 | Kohr | Sheila |
| 2:13-cv-19213 | Murr | Betty |
| 2:13-cv-19218 | Newton | Karen |
| 2:13-cv-19220 | Pack | Debra |
| 2:13-cv-19234 | Scott | Sharon E. |
| 2:13-cv-19236 | Shiyan | Sharon |
| 2:13-cv-19240 | Stout | Mildred Virginia |
| 2:13-cv-19242 | Strait | Raeleen |

| 2:13-cv-19259 | Browning | Dolores |
| 2:13-cv-19270 | Duke | Audrey |
| 2:13-cv-19278 | Frankewich | Carol |
| 2:13-cv-19283 | Hardin-Corrie | Claudette |
| 2:13-cv-19286 | Huff | Gayle |
| 2:13-cv-19292 | Jones | Angel |
| 2:13-cv-19296 | McClure | Cathryn M. |
| 2:13-cv-19516 | Rhoads | Sandra |
| 2:13-cv-19519 | Shiffer | Roberta |
| 2:13-cv-19527 | Roberts | Jane E. |
| 2:13-cv-19534 | Harmon | Mary |
| 2:13-cv-19537 | Grevin | Tammie D. |
| 2:13-cv-19539 | Garcia | Sonia N. |
| 2:13-cv-19547 | Carroll | Linda |
| 2:13-cv-19550 | Bass | Johnnie M. |
| 2:13-cv-20486 | Moser | Linda |
| 2:13-cv-20884 | Myers | Barbara A. |
| 2:13-cv-21376 | Houchens | Linda Louise |
| 2:13-cv-21383 | Raynor | Elizabeth Ann |
| 2:13-cv-21396 | Sisk | Geraldine Judy |
| 2:13-cv-21402 | Tudor | Donna Marie |
| 2:13-cv-21406 | Taylor | Mary K. |
| 2:13-cv-21590 | Brooks | Elizabeth H. |
| 2:13-cv-21591 | Chavez | Judith |
| 2:13-cv-21597 | Muncy | Donna |
| 2:13-cv-21602 | Murphy | Donna B. |
| 2:13-cv-21620 | Woods | Tina |
| 2:13-cv-22259 | Borders | Theresa |
| 2:13-cv-22291 | Savage-Guptill | Nancy |
| 2:13-cv-22414 | Philpot | Polly J. |
| 2:13-cv-22581 | Gallardo | Anita |
| 2:13-cv-22816 | Dean | Becky |
| 2:13-cv-22817 | Fender | Carol |
| 2:13-cv-22839 | Hickle | Lisa |
| 2:13-cv-22948 | Cambron | Cecilia W. |
| 2:13-cv-22956 | Hall | Myrtle L. |
| 2:13-cv-23491 | Nostrom | Joy |
| 2:13-cv-23608 | Cornaggia | Bonnie |
| 2:13-cv-23610 | Jones | Shirley |
| 2:13-cv-23816 | Pitts | Reva |
| 2:13-cv-23889 | Gogna | Gloria |
| 2:13-cv-24386 | Chapman | Jawanna K. |
| 2:13-cv-24392 | Jones | Jeanna S. |

| | | |
|---|---|---|
| 2:13-cv-24824 | Reed | Rebecca |
| 2:13-cv-25108 | Runge (Calkins) | Patricia |
| 2:13-cv-25318 | Brown - Singletary | Augustina |
| 2:13-cv-25326 | Headrick | Patricia |
| 2:13-cv-25475 | Hammond | Lisa |
| 2:13-cv-25486 | Hoerig | Amy |
| 2:13-cv-25489 | Meyers | Paula |
| 2:13-cv-25495 | Sink | Eva |
| 2:13-cv-25503 | Wasson | Cynthia |
| 2:13-cv-26403 | Bernard | Tina L. |
| 2:13-cv-26404 | Bolin | Sharon Lynn |
| 2:13-cv-26439 | Lewis-Hammock | Lisa |
| 2:13-cv-27568 | Ledford | Janet |
| 2:13-cv-27573 | Watson | Ada Jo |
| 2:13-cv-27579 | Thornhill | Suzanne |
| 2:13-cv-28120 | Frye | Bess L. |
| 2:13-cv-28139 | Davis | Shelby |
| 2:13-cv-29024 | Wolfe | Deedra |
| 2:13-cv-29026 | Hawks | Leota |
| 2:13-cv-29145 | Brown | Kellie |
| 2:13-cv-29793 | Parker | Angela Darlene |
| 2:13-cv-29831 | Waller | Sandra |
| 2:13-cv-30801 | Orona | Elizabeth |
| 2:13-cv-30936 | Garrison | Shirley |
| 2:13-cv-30937 | Gillespie | Renee |
| 2:13-cv-30938 | Goeyns | Andrea |
| 2:13-cv-30939 | Gomez | Brook |
| 2:13-cv-30940 | Gomez | Teresa |
| 2:13-cv-30942 | Gossman | Norma |
| 2:13-cv-30964 | Griffith | Kathy |
| 2:13-cv-30965 | Hallock | Neena |
| 2:13-cv-30967 | Hanna | Kelly |
| 2:13-cv-30969 | Harlow | Nicole |
| 2:13-cv-30970 | Harriman | Judith |
| 2:13-cv-30979 | Harrod | Tammy |
| 2:13-cv-30982 | Headrick | Olivia |
| 2:13-cv-30993 | Healy | Shelley |
| 2:13-cv-30999 | Heckathorn | Gloria |
| 2:13-cv-31010 | Hensley | Natalie |
| 2:13-cv-31017 | Herring-Patterson | Katherine |
| 2:13-cv-31030 | Hill | Dorothy |
| 2:13-cv-31034 | Hodge | Annabeth |
| 2:13-cv-31041 | Hodges | Donnis |

| 2:13-cv-31053 | Horton | Jeanette |
|---|---|---|
| 2:13-cv-31055 | Houchins | Deborah |
| 2:13-cv-31063 | Houston | Marian |
| 2:13-cv-31095 | Hughes-Lockett | Tara |
| 2:13-cv-31099 | Hull | Sandra |
| 2:13-cv-31160 | Hyde | Gloria |
| 2:13-cv-31161 | Ingram | Ruth |
| 2:13-cv-31162 | Iwanaga | Mary |
| 2:13-cv-31167 | Jaworski | Angela |
| 2:13-cv-32196 | Taylor | Virginia |
| 2:13-cv-32334 | Kasper | Kathie |
| 2:13-cv-32336 | Offutt | Dawn |
| 2:13-cv-32463 | Sorenson | Dixie M. |
| 2:14-cv-01007 | Lisenby | Theresa |
| 2:14-cv-01481 | Walker | Charlene |
| 2:14-cv-01827 | Gailey | Ruby |
| 2:14-cv-03839 | Turner | Sharon |
| 2:14-cv-04096 | Adams | Nancy |
| 2:14-cv-04478 | Bennett | Sandra |
| 2:14-cv-04482 | Hensley | Tracy |
| 2:14-cv-04741 | Freitag | Sharon |
| 2:14-cv-04751 | Huff | Margaret |
| 2:14-cv-06225 | Chalkley | Diane |
| 2:14-cv-06231 | Evans | Marianna |
| 2:14-cv-06281 | Romero-Keller | Danielle |
| 2:14-cv-08295 | Mayfield | Robin V. |
| 2:14-cv-10776 | Harris | Shonnice |
| 2:14-cv-10842 | McDermott | Carol J. |

36738530v1