**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE C.R. BARD, INC.,**<br>**PELVIC REPAIR SYSTEM PRODUCTS**<br>**LIABILITY LITIGATION** | **MDL 2187** |
| **IN RE: AMERICAN MEDICAL SYSTEMS, INC.**<br>**PELVIC REPAIR SYSTEM PRODUCTS**<br>**LIABILITY LITIGATION** | **MDL 2325** |
| **IN RE BOSTON SCIENTIFIC CORP.,**<br>**PELVIC REPAIR SYSTEM PRODUCTS**<br>**LIABILITY LITIGATION** | **MDL 2326** |
| **IN RE ETHICON, INC.,**<br>**PELVIC REPAIR SYSTEM PRODUCTS**<br>**LIABILITY LITIGATION** | **MDL 2327** |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

**MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

**TO THE HONORABLE JUDGE OF THIS COURT:**

PLEASE TAKE NOTICE that TorHoerman Law LLC, by and through its undersigned counsel, respectfully moves this Court for entry of an order withdrawing R. Joseph Kramer, the current counsel for clients in the above-referenced matter, and substituting R. Joseph Kramer with attorney Steven D. Davis as counsel in MDL numbers 2187, 2325, 2326, and 2327.

Accordingly, TorHoerman Law LLC respectfully requests that the Court enter an order withdrawing R. Joseph Kramer as counsel and substituting Steven D. Davis as counsel, as well as updating each member case in which any of the named attorneys have been associated in MDL numbers 2187, 2325, 2326, and 2327.

1

Dated: June 30, 2017                    By: s/ *R. Joseph Kramer*

R. Joseph Kramer, Esq.
IL Bar No.: 6310601
TORHOERMAN LAW LLC
227 West Monroe Street, Suite 2650
Chicago, IL 60606
Phone: (312) 372-4800
Fax: (312) 284-4914
joe@thlawyer.com

AND

By: s/ *Steven Davis*
Steven D. Davis, Esq.
IL Bar No.: 6281263; MO Bar No. 56281;
CA Bar No. 249633
TORHOERMAN LAW LLC
101 W. Vandalia Street, Suite 350
Edwardsville, IL 62025
Phone: (618) 656-4400
Fax: (618) 656-4401
SDavis@thlawyer.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2017, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.

By: s/ *R. Joseph Kramer*
R. Joseph Kramer, Esq.
Illinois Bar Number: 6310601
TORHOERMAN LAW LLC
227 West Monroe Street, Suite 2650
Chicago, IL 60606
Phone: (312) 372-4800
Fax: (312) 284-4914
joe@thlawyer.com
*Attorney for Plaintiffs*