IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2325
_____
THIS DOCUMENT RELATES TO:

*Kirkman, et al. v. Ethicon, Inc., et al.*            *Civil Action No. 2:12-cv-03354*

ORDER

(Dismissing Defendant American Medical Systems, Inc. with Prejudice
and Transferring Case to MDL 2327)

On June 29, 2017, the plaintiffs and defendant American Medical Systems,

Inc., ("AMS") filed a Joint Motion to Dismiss Defendant American Medical Systems,

Inc. with Prejudice [ECF No. 27]. In the joint motion, the parties are seeking

dismissal of AMS as a defendant in this action with prejudice because all claims

against AMS have been compromised and settled, including all claims, counterclaims,

cross-claims and third party claims. Also pending is Plaintiffs' Motion to Transfer

MDLs for this case [ECF No. 27]. After careful consideration, it is **ORDERED** that

the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**. It is further

**ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED.** Defendant AMS

is **DISMISSED WITH PREJUDICE** as a defendant in this action and this action is

**TRANSFERRED** to MDL 2327. The Clerk is **DIRECTED** to disassociate the civil

action as member case in MDL 2325 and re-associate it with MDL 2327.

The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  July 3, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE