**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

                                                            MDL NO. 2327

-------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2017, upon consideration of the

Motion for Reconsideration of Kline & Specter, P.C., Attorneys for Plaintiffs, and the response

thereto, it is hereby ORDERED and DECREED that the page limits set forth within Pretrial

Order No. 262 are no longer required.

BY THE COURT:

_____
                                                                        J.