IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

-------------------------------------------------

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2017, I electronically filed the foregoing Motion for Reconsideraation with the Clerk of Court using the CM/ECF system which will sent notification of such filing to the CM/ECF participants registered to receive service in this member case.

By: _____
Lee B. Balefsky, Esquire
**Kline & Specter, P.C.**
1525 Locust Street, 19th Floor
Philadelphia PA  19102
(215) 772 - 1000
*Counsel for Plaintiffs*

Dated:  July 7, 2017