# EXHIBIT A

## Balefsky, Lee

| | |
|---|---|
| **From:** | Henry G. Garrard, III [hgg@bbgbalaw.com] |
| **Sent:** | Wednesday, May 10, 2017 12:29 PM |
| **To:** | ben@andersonlawoffices.net; aimee.wagstaff@ahw-law.com; mparf@aol.com; baylstock@awkolaw.com; JAOsborne@Babbitt-Johnson.com; leigh.odell@beasleyallen.com; hfbell@belllaw.com; grand@bernlieb.com; karlenne.powell@bertramgraf.com; EBlizzard@blizzardlaw.com; tharvey@burkeharvey.com; richard@capslaw.com; across@careydanis.com; luhana@chaffinluhana.com; cplacitella@cprlaw.com; gdavis@dbjlaw.net; martin.crump@daviscrump.com; bill@doylelowther.com; jre@edwardskirby.com; cfilmore@everslaw.com; ecopeland@fibichlaw.com; George_Fleming@fleming-law.com; tim@freeseandgoss.com; ajd@girardgibbs.com; kgoza@gohonlaw.com; paul@Greeneketchum.com; djakubauskiene@gustafsongluek.com; lewis@hgdlawfirm.com; afaia@hhklawfirm.com; mburton@hershlaw.com; agonzales@hkllp.com; airpino@irpinolaw.com; bpierkarski@johnsonbecker.com; asmythe@junell-law.com; amiller@arkattorneys.com; raymond.chandler@kellampinlaw.com; Balefsky, Lee; nausheen.rizvi@lanierlawfirm.com; bdehkes@charleshjohnsonlaw.com; sdl@levenstenlawfirm.com; rprice@levinlaw.com; aeskin@levinsimes.com; lblue@baronandblue.com; tbrenes@lopezmchugh.com; jlyon@thelyonfirm.com; ahrrison@thematthewslawfirm.com; aslater@mskf.net; pjf@foote-meyers.com; gmasse@millerfirmllc.com; Doug@monsourlawfirm.com; will@moodyrrlaw.com; mgoetz@forthepeople.com; jsmostyn@mostynlaw.com; mark@muellerlaw.com; dnast@nastlaw.com; buck.daniel@howardnations.com; Kim.Truongle@howardnations.com; Arsenault, Richard; mskillman@oliverlg.com; jperdue@perdueandkidd.com; pam@feplaw.com; dpotts@potts-law.com; kelly@prtzkerlaw.com; gbentley@rplaw.com; jrestaino@restainolawfirm.com; banderson@robinsonfirm.com; psadler@carabinshaw.com; skeeter@cp-tel.net; vmaniatis@theandersfirm.com; joe@aunderslawyers.com; jgrand@seegerweiss.com; tsheridan@simmonsfirm.com; mallory@taylormartino.com; jsimon@simonlawpc.com; amullins@turningpointlit.com; scott@verhine.biz; pkrause@waterskrause.com; cjgarcia@wattsguerra.com; EAW@wexlerwallace.com; buffy@wilsonlawpa.com; jthompson@sommerspc.com; robins@heardrobins.com |
| **Cc:** | Tammy D. Tiller; Denise Harris; Baggett, Renee; Burnett, Riley; Cartmell, Tom; Clark, Clayton; Flaherty, Yvonne; Frankovitch, Carl; McKee, Bill; Rice, Joe |
| **Subject:** | FCC Protocol and Webinar |

Ladies and Gentlemen-

As best we can, we have tried to create a list of e mail addresses for all the firms who have submitted time to the PSC in regard to TVM MDLs.. Attached you will find a "Draft Protocol" that the FCC has created setting forth the review process we currently intend to utilize in analyzing submissions of time and ultimately expenses submitted to the PSC over the years.

We want to give you the opportunity to review the protocol and make constructive comments to us.. We have set up a webinar to occur on May 17 at 12:30pm eastern.. The instructions for joining the Webinar are set forth below...

If you have any difficulty opening the sharefile with the documents, please contact either Tammy Tiller or Denise Harris in my office.. They are copied above so you will have their email addresses.

Henry

Link to Documents - https://bbgalaw.sharefile.com/d-s318313747964b3c9


Meeting Information – Wednesday, May 17, 2017 beginning at 12:30

Join WebEx meeting

Meeting number (access code): 623 870 066

Host key: 515631

Meeting password: Yg62F5Nq

1

Join from a video system or application
Dial 623870066@bbgalaw.my.webex.com

Join by phone
+1-510-338-9438 USA Toll