# EXHIBIT C

# Foley, Catherine

**Sent:** Friday, July 07, 2017 1:14 PM
**Subject:** FW: FCC Protocol and Webinar

---

**From:** Henry G. Garrard, III [mailto:hgg@bbgbalaw.com]
**Sent:** Friday, May 19, 2017 8:32 AM
**To:** Balefsky, Lee
**Subject:** Re: FCC Protocol and Webinar

I note your objection. In deference to your concern, we will change the page limits to 15 and 20 but not unlimited.
Henry

Henry G. Garrard III
706-354-4000
Sent from my iPhone

On May 18, 2017, at 5:59 PM, Balefsky, Lee <Lee.Balefsky@KlineSpecter.com> wrote:

> Ok but note our objection .Thanks
>
> Sent from my iPhone
>
> On May 18, 2017, at 5:14 PM, Henry G. Garrard, III <hgg@bbgbalaw.com> wrote:
>
>> Thanks for the e mail. We talked a lot about the limit. The thought is that folks will be more concise and really think through the important points to make. If the submissions are unlimited it will dilute what folks have to say.
>> Henry
>>
>> Henry G. Garrard III
>> 706-354-4000
>> Sent from my iPhone
>>
>> On May 18, 2017, at 10:14 AM, Balefsky, Lee <Lee.Balefsky@KlineSpecter.com> wrote:
>>
>>> Henry, thanks for holding the call yesterday. What is the rationale for limiting the submissions to 10 or 15 pages ?  We don't believe there should be a limit.. Thanks, Lee
>>>
>>> ---
>>>
>>> **From:** Henry G. Garrard, III [mailto:hgg@bbgbalaw.com]
>>> **Sent:** Wednesday, May 10, 2017 12:29 PM
>>> **To:** ben@andersonlawoffices.net; aimee.wagstaff@ahw-law.com; mparf@aol.com; baylstock@awkolaw.com; JAOsborne@Babbitt-Johnson.com; leigh.odell@beasleyallen.com; hfbell@belllaw.com; grand@bernlieb.com; karlenne.powell@bertramgraf.com; EBlizzard@blizzardlaw.com; tharvey@burkeharvey.com; richard@capslaw.com; across@careydanis.com; luhana@chaffinluhana.com; cplacitella@cprlaw.com; gdavis@dbjlaw.net; martin.crump@daviscrump.com; bill@doylelowther.com;

jre@edwardskirby.com; cfilmore@everslaw.com;
ecopeland@fibichlaw.com; George_Fleming@fleming-law.com;
tim@freeseandgoss.com; ajd@girardgibbs.com; kgoza@gohonlaw.com;
paul@Greeneketchum.com; djakubauskiene@gustafsongluek.com;
lewis@hgdlawfirm.com; afaia@hhklawfirm.com;
mburton@hershlaw.com; agonzales@hkllp.com; airpino@irpinolaw.com;
bpierkarski@johnsonbecker.com; asmythe@junell-law.com;
amiller@arkattorneys.com; raymond.chandler@kellampinlaw.com;
Balefsky, Lee; nausheen.rizvi@lanierlawfirm.com;
bdehkes@charleshjohnsonlaw.com; sdl@levenstenlawfirm.com;
rprice@levinlaw.com; aeskin@levinsimes.com; lblue@baronandblue.com;
tbrenes@lopezmchugh.com; jlyon@thelyonfirm.com;
ahrrison@thematthewslawfirm.com; aslater@mskf.net; pjf@foote-meyers.com; gmasse@millerfirmllc.com; Doug@monsourlawfirm.com;
will@moodyrrlaw.com; mgoetz@forthepeople.com;
jsmostyn@mostynlaw.com; mark@muellerlaw.com; dnast@nastlaw.com;
buck.daniel@howardnations.com; Kim.Truongle@howardnations.com;
Arsenault, Richard; mskillman@oliverlg.com;
jperdue@perdueandkidd.com; pam@feplaw.com; dpotts@potts-law.com;
kelly@prtzkerlaw.com; gbentley@rplaw.com;
jrestaino@restainolawfirm.com; banderson@robinsonfirm.com;
psadler@carabinshaw.com; skeeter@cp-tel.net;
vmaniatis@theandersfirm.com; joe@aunderslawyers.com;
jgrand@seegerweiss.com; tsheridan@simmonsfirm.com;
mallory@taylormartino.com; jsimon@simonlawpc.com;
amullins@turningpointlit.com; scott@verhine.biz;
pkrause@waterskrause.com; cjgarcia@wattsguerra.com;
EAW@wexlerwallace.com; buffy@wilsonlawpa.com;
jthompson@sommerspc.com; robins@heardrobins.com
**Cc:** Tammy D. Tiller; Denise Harris; Baggett, Renee; Burnett, Riley; Cartmell, Tom; Clark, Clayton; Flaherty, Yvonne; Frankovitch, Carl; McKee, Bill; Rice, Joe
**Subject:** FCC Protocol and Webinar

Ladies and Gentlemen-
As best we can, we have tried to create a list of e mail addresses for all the firms who have submitted time to the PSC in regard to TVM MDLs.. Attached you will find a "Draft Protocol" that the FCC has created setting forth the review process we currently intend to utilize in analyzing submissions of time and ultimately expenses submitted to the PSC over the years.
We want to give you the opportunity to review the protocol and make constructive comments to us.. We have set up a webinar to occur on May 17 at 12:30pm eastern.. The instructions for joining the Webinar are set forth below...
If you have any difficulty opening the sharefile with the documents, please contact either Tammy Tiller or Denise Harris in my office.. They are copied above so you will have their email addresses.
Henry


Link to Documents - https://bbgalaw.sharefile.com/d-s318313747964b3c9


Meeting Information – Wednesday, May 17, 2017 beginning at 12:30

[Join WebEx meeting](#)

Meeting number (access code): 623 870 066

Host key: 515631

Meeting password:  Yg62F5Nq

Join from a video system or application
Dial [623870066@bbgalaw.my.webex.com](#)

Join by phone
**+1-510-338-9438** USA Toll