IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
      PELVIC SUPPORT SYSTEMS
      PRODUCTS LIABILITY LITIGATION

                MDL 2327

THIS DOCUMENT RELATES TO THE
CASES IN THE EXHIBIT A ATTACHED HERETO

## PROPOSED INACTIVE DOCKET ORDER

The court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and Ethicon, Inc., Johnson & Johnson, Ethicon, LLC, where named (together referred to as "Ethicon"), Boston Scientific Corporation ("BSC"), Cook, Inc., Cook Biotech, Inc., and Cook Medical, LLC (formerly known as Cook Medical, Inc.), where named (together referred to as "Cook") have agreed to a settlement model with regards to Ethicon, BSC and Cook, respectively. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket.  Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3.      Plaintiffs and Defendants may submit an agreed order of dismissal with prejudice on or before October 31, 2017; if settlements are not finalized and dismissal orders are not submitted by October 31, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendants are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A. The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from the plaintiff explaining such refusal or inability.

The court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party and to link this Order to The Proposed Inactive Docket Files at ECF No. 4018 .

AGREED BY COUNSEL:

Plaintiffs
By authorized counsel

Defendants
By authorized counsel

/s/ Matthew J. Skikos
Matthew J. Skikos
SKIKOS, CRAWFORD, SKIKOS &
JOSEPH
One Sansome Street, Suite 2830
San Francisco, CA 94104
(415) 546-7300
mskikos@skikos.com

/s/ Christy D. Jones
Christy D. Jones
BUTLER SNOW LLP
P.O. Box 6010
Ridgeland, MS 39158
(601) 948-5711
christy.jones@butlersnow.com

/s/ Jon Strongman
Jon Strongman
SHOOK HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
(816) 559-2013
jstrongman@shb.com

7725961 v1

/s/ Douglas B. King
Douglas B. King
WOODEN & MCLAUGHLIN
211 North Pennsylvania Street
One Indiana Square, Suite 1800
Indianapolis, IN 46204
(317) 639-6151
dking@woodmclaw.com


JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| PLAINTIFF NAME | CIVIL ACTION CASE NUMBER |
|---|---|
| Allbright, Mary | 2:16-cv-00665 |
| Campbell, Joan | 2:12-cv-09514 |
| Cordova, Patricia | 2:16-cv-00669 |
| Cox, Barbara | 2:16-cv-00675 |
| Donohue, Sharon | 2:14-cv-19013 |
| Finn, Tammy | 2:16-cv-00757 |
| Hinton, Avis | 2:16-cv-00678 |
| Hubert, Vickie | 2:13-cv-23764 |
| Lewis, Geraldine | 2:15-cv-00473 |
| Long, Anita | 2:14-cv-29495 |
| Miller, Leisa | 2:16-cv-00682 |
| Mullins, Eva | 2:13-cv-30083 |
| Nicosia, Linda | 2:14-cv-19737 |
| Nix, Lavalle | 2:13-cv-26666 |
| O'Neil, Joyce | 2:14-cv-19011 |
| Penny, Melinda | 2:13-cv-11589 |
| Swoape, Bobbie | 2:12-cv-02673 |
| Thrasher, Sybil | 2:16-cv-00451 |
| Underwood, Sharon | 2:14-cv-00204 |
| Varn, Wendy | 2:14-cv-29151 |
| Van Den Eynde, Leona | 2:13-cv-19382 |

7725961 v1