# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION**                     MDL No. 2327

## ASSIGNMENT ORDER

The Southern District of West Virginia has notified the Panel of the need to assign another judge from within that district to preside over certain cases in which the original transferee judge, the Honorable Joseph R. Goodwin, is recused.

IT IS THEREFORE ORDERED that, with the consent of that court, the Honorable Robert C. Chambers is assigned as the transferee judge for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 over any actions transferred by the Panel that present recusal issues for the original transferee judge.

FOR THE PANEL

*Sarah Vance*

Sarah S. Vance
Chair

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order
JPMLCMECF
to:
JPMLCMDECF
07/10/2017 10:59 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 7/10/2017 at 10:57 AM EDT and filed on 7/10/2017
**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 2898

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Butler et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-07892
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Johnson et al v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-05208
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Jay v. Ethicon, Inc. et al
**Case Number:**   WVS/2:13-cv-01899
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Nunez v. Ethicon, Inc. et al
**Case Number:**   WVS/2:13-cv-00533
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Richardville v. Ethicon, Inc. et al
**Case Number:**   WVS/2:13-cv-00479
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** GAINES v. JOHNSON & JOHNSON et al
**Case Number:** NJ/3:12-cv-04240
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Moore et al v. Ethicon, Inc. et al
**Case Number:** KYW/3:12-cv-00390
**Filer:**
**Document Number:** 5

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Hays et al v. Ethicon, Inc.
**Case Number:** MOW/4:12-cv-00598
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Keller v. Ethicon, Inc. et al
**Case Number:** KYE/7:12-cv-00074
**Filer:**
**Document Number:** 5

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Tuggle v. Ethicon, Inc. et al
**Case Number:**   WVS/2:13-cv-01548
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Mullins et al v. Ethicon, Inc. et al
**Case Number:**   KYE/5:12-cv-00206
**Filer:**
**Document Number:** 5

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Childress et al v. Johnson & Johnson et al
**Case Number:**   WVS/2:12-cv-01564
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Laffoon v. Ethicon, Inc. et al
**Case Number:**   KYW/4:12-cv-00003
**Filer:**
**Document Number:** 5

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Rodgers et al v. Ethicon, Inc. et al
**Case Number:**   MOE/4:12-cv-00945
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Habel v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-09183
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Greenwood et al v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-07889
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on**

**7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Brusseau et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-02819
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Nolan v. Ethicon, Inc. et al
**Case Number:**    MD/1:12-cv-00779
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Aldridge v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-05750
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Medlen v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-09863
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Crabtree v. Johnson & Johnson et al
**Case Number:**   WVS/2:12-cv-02135
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Cooper et al v. Johnson & Johnson et al
**Case Number:**   WVS/2:12-cv-01660
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Lester v. Ethicon, Inc. et al
**Case Number:**   KYE/7:12-cv-00065
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Himes v. Ethicon, Inc. et al

**Case Number:**   KYE/6:12-cv-00130
**Filer:**
**Document Number:** 5

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**   Thompson v. Ethicon, Inc. et al
**Case Number:**   MN/0:12-cv-02217
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**   Harvey et al v. Johnson & Johnson et al
**Case Number:**   WVS/2:12-cv-02477
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**   Terry et al v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-08140
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Ishmael et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-07409
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      MCCOY v. ETHICON, INC. et al
**Case Number:**    NJ/3:12-cv-04376
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Partain v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-05958
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Thacker v. Ethicon, Inc. et al
**Case Number:**    KYE/5:12-cv-00217
**Filer:**
**Document Number:** 5

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Krauser et al v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-03140
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      RIDDELL et al v. ETHICON, INC. et al
**Case Number:**   NJ/3:12-cv-00448
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Collins v. Johnson & Johnson et al
**Case Number:**   WVS/2:12-cv-00931
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Cross v. Ethicon, Inc. et al
**Case Number:**   KYW/3:12-cv-00403
**Filer:**
**Document Number:** 5

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Daugherty et al v. Johnson & Johnson et al
**Case Number:**   WVS/2:12-cv-02076
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Smith v. Ethicon, Inc. et al
**Case Number:**   MOE/4:12-cv-00790
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Thomas v. Johnson & Johnson et al.
**Case Number:**   WVS/2:12-cv-03130
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Swanson et al v. Johnson & Johnson et al

**Case Number:**    WVS/2:12-cv-01709

**Filer:**

**Document Number:** 1

**Docket Text:**

**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Sutton v. Johnson & Johnson et al

**Case Number:**    WVS/2:12-cv-01857

**Filer:**

**Document Number:** 2

**Docket Text:**

**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Hampton et al v. Ethicon, Inc. et al

**Case Number:**    KYE/7:12-cv-00070

**Filer:**

**Document Number:** 5

**Docket Text:**

**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Strickland et al v. Ethicon, Inc. et al

**Case Number:**    MOW/4:12-cv-00560

**Filer:**

**Document Number:** 4

**Docket Text:**

**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on**

**7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Harvell et al v. Ethicon, Inc. et al
**Case Number:**      KYE/7:12-cv-00068
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Coffey v. Ethicon, Inc. et al
**Case Number:**      WVS/2:12-cv-07620
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Hutchison v. Johnson & Johnson et al
**Case Number:**      WVS/2:12-cv-01711
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Farrar et al v. Ethicon, Inc. et al
**Case Number:**      KYE/5:12-cv-00213
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Harden v. Ethicon, Inc. et al
**Case Number:**   KYW/3:12-cv-00399
**Filer:**
**Document Number:** 5

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Hohimer et al v. Ethicon, Inc. et al
**Case Number:**   WVS/2:13-cv-00064
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Sylvester et al v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-09047
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Adams et al v. Ethicon, Inc. et al

**Case Number:**    WVS/2:12-cv-07990
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Fann v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-07837
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Hoggatt et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-05667
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Shirks v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-09268
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**         Abell et al v. Ethicon, Inc. et al
**Case Number:**    MOW/4:12-cv-00562
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**         Sweeney v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-02880
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**         Childers et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-09320
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**         Wiley v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-02670
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Miller v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-02187
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Owens v. Ethicon, Inc. et al
**Case Number:**    WVS/2:13-cv-01206
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Jackson et al v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-02576
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Ross v. Ethicon, Inc. et al
**Case Number:**    WVS/2:13-cv-01204
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Bolden et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:13-cv-01465
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Long v. Johnson & Johnson, Inc. et al
**Case Number:**    KYW/3:12-cv-00169
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Heddle v. Ethicon, Inc. et al
**Case Number:**    OR/2:12-cv-00863
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Block et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:13-cv-00495
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Smith et al v. Ashland Hospital Corporation et al
**Case Number:**    KYE/0:12-cv-00042
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Jenkins et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:13-cv-00706
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     LEEHY v. ETHICON, INC GYNECARE et al
**Case Number:**    INS/1:12-cv-01462
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on**

**7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Gibson et al v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-09317
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Spaulding-Vincent et al v. Ethicon, Inc.
**Case Number:**   WVS/2:13-cv-02549
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Slocumb v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-01974
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Pavlekovich et al v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-06772
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Haney v. Ethicon, Inc. et al |
| **Case Number:** | WVS/2:13-cv-02465 |
| **Filer:** | |
| **Document Number:** | 1 |

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Sparkman et al v. Johnson & Johnson, Inc. et al |
| **Case Number:** | KYE/5:12-cv-00251 |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Rose et al v. Robertson et al |
| **Case Number:** | KYE/6:15-cv-00095 |
| **Filer:** | |
| **Document Number:** | 13 |

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Morse et al v. Ethicon, Inc. et al |

**Case Number:**    WVS/2:12-cv-07874
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Raymond et al v. Ethicon, Inc. et al
**Case Number:**    KYW/3:12-cv-00389
**Filer:**
**Document Number:** 5

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Richmond et al v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-03038
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Carrell et al v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-02751
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        McMains v. Ethicon, Inc. et al
**Case Number:**      WVS/2:13-cv-02325
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Milan v. Johnson & Johnson et al
**Case Number:**      WVS/2:12-cv-02479
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Miller v. Johnson & Johnson et al
**Case Number:**      WVS/2:12-cv-02942
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Erskine et al v. Ethicon, Inc. et al
**Case Number:**      WVS/2:12-cv-09686
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Winters et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-06753
**Filer:**
**Document Number:** 1


**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Hicks et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:13-cv-01709
**Filer:**
**Document Number:** 1


**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Wooten et al v. Ethicon, Inc. et al
**Case Number:**    KYE/5:12-cv-00222
**Filer:**
**Document Number:** 5


**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Thomas et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-07751
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Sloan v. Ethicon, Inc. et al
**Case Number:**    WVS/2:13-cv-01385
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Marshall et al v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-02077
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Shepherd v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-00967
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Smallwood et al v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-01662
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Gedron v. Ethicon, Inc.
**Case Number:**    WVS/2:13-cv-02612
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Burgin v. Ethicon, Inc. et al
**Case Number:**    KYW/3:13-cv-00706
**Filer:**
**Document Number:** 5

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Watkins v. Ethicon, Inc. et al
**Case Number:**    KYE/5:12-cv-00204
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on**

**7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Czartoryski v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-07933
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Paulman et al v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-06512
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Skurat v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-06250
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Mayfield et al v. London Women's Care, PLLC et al
**Case Number:**   KYE/6:15-cv-00019
**Filer:**
**Document Number:** 15

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Holland et al v. Ethicon, Inc. et al
**Case Number:** WVS/2:12-cv-06907
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** George v. Johnson & Johnson et al
**Case Number:** INN/3:12-cv-00369
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Walker v. Johnson & Johnson et al
**Case Number:** WVS/2:12-cv-02728
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Crane et al v. Ethicon, Inc. et al

**Case Number:**        WVS/2:13-cv-01746
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Neel et al v. Ethicon, Inc.
**Case Number:**        WVS/2:12-cv-06798
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Gibson et al v. Ethicon, Inc. et al
**Case Number:**        CAN/4:12-cv-03574
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Ballard et al v. Johnson & Johnson et al
**Case Number:**        MD/1:12-cv-00750
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Knox et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/3:12-cv-00047 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Glass et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/2:12-cv-00147 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Rodriguez et al v. Ethicon, Inc. et al |
| **Case Number:** | WVS/2:14-cv-29507 |
| **Filer:** | |
| **Document Number:** | 2 |

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Bergstrom v. Ethicon Inc. et al |
| **Case Number:** | WVS/2:12-cv-05789 |
| **Filer:** | |
| **Document Number:** | 1 |

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Taylor et al v. Ethicon, Inc. et al
**Case Number:**     MD/1:12-cv-00587
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Houchens v. Ethicon, Inc. et al
**Case Number:**     WVS/2:13-cv-00160
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Cutter et al v. Ethicon, Inc. et al
**Case Number:**     KYE/5:12-cv-00153
**Filer:**
**Document Number:** 5

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Brandy v. Ethicon, Inc. et al
**Case Number:**     WVS/2:12-cv-07389
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Baker et al v. Johnson & Johnson et al
**Case Number:**   WVS/2:12-cv-02476
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Wells et al v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-06438
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Hicks et al v. Ethicon, Inc. et al
**Case Number:**   KS/2:12-cv-02317
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Smith v. Ethicon, Inc. et al
**Case Number:**    KYE/6:12-cv-00132
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Brattin et al v. Ethicon, LLC et al
**Case Number:**    WVS/2:12-cv-07134
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Coward et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-02788
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Cope et al v. Ethicon, Inc. et al
**Case Number:**    MOW/4:12-cv-00624
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on**

**7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Beaman et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-08032
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on
7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Ludwig et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-03093
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on
7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Clide v. Ethicon, Inc. et al
**Case Number:**    WVS/2:13-cv-00982
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on
7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Eversole v. Ethicon, Inc. et al
**Case Number:**    KYE/6:12-cv-00127
**Filer:**
**Document Number:** 5

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Patterson v. Ethicon, Inc. et al
**Case Number:**    KYW/3:12-cv-00512
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Thorpe v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-02546
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Palozzolo v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-07160
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Martin et al v. Ethicon, Inc. et al

**Case Number:**    MOW/4:12-cv-00484
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Kennedy v. Ethicon, Inc. et al
**Case Number:**    WVS/2:13-cv-01797
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Rihm et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:13-cv-00286
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Maxwell v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-02138
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Marcum et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-07877
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Baldwin et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-07623
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Suter et al v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-01712
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Wilson v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-07905
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Lloyd et al v. Ethicon, Inc. et al
**Case Number:**   KYW/3:12-cv-00369
**Filer:**
**Document Number:** 5

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Thompson et al v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-06769
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Holland v. Johnson & Johnson et al
**Case Number:**   WVS/2:12-cv-03125
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Hylton v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-09098
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Shaw et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-09774
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Smith v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-03128
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Webb et al v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-02669
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Vanover et al v. Ethicon, Inc. et al
**Case Number:**   KYE/6:12-cv-00128
**Filer:**
**Document Number:** 5

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Arnette et al v. Johnson & Johnson et al
**Case Number:**   WVS/2:12-cv-02475
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Sanders et al v. Johnson & Johnson et al
**Case Number:**   WVS/2:12-cv-01562
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 7/10/2017.**

**Associated Cases: MDL No. 2327 et al. (dld)**


**MDL No. 2327 Notice has been electronically mailed to:**

**MDL No. 2327 Notice will not be electronically mailed to:**

Carl N Frankovitch
FRANKOVITCH ANETAKIS COLANTONIO & SIMON
337 Penco Road
Weirton, WV 26062

David B. Thomas
THOMAS COMBS & SPANN, PLLC
300 Summers Street
Suite 1380
Charleston, WV 25301-1380

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Marc E. Williams
NELSON MULLINS RILEY & SCARBOROUGH LLP WEST VA.
949 Third Avenue
Suite 200
Huntington, WV 25701

Michael Bonasso
FLAHERTY SENSABAUGH & BONASSO PLLC
200 Capital Street
P.O. Box 3843
Charleston, WV 25338-3843

Michael J. Farrell
FARRELL WHITE & LEGG PLLC
914 5th Avenue
P.O. Box 647
Huntington, WV 25772

Paul T Farrell , Jr
GREENE KETCHUM BAILEY WALKER FARRELL & TWEEL
WinmatsConversion6
419-11th Street
P.O. Box 2389
Huntington, WV 25724

**WVS/2:12-cv-07892 Notice has been electronically mailed to:**

**WVS/2:12-cv-07892 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**WVS/2:12-cv-05208 Notice has been electronically mailed to:**

**WVS/2:12-cv-05208 Notice will not be electronically mailed to:**

Andrew Judson Hill , III
BLASINGAME BURCH GARRARD & ASHLEY PC
P.O. Box 832
Athens, GA 30603

Gary B. Blasingame
BLASINGAME BURCH GARRARD & ASHLEY PC
P.O. Box 832
Athens, GA 30603

HENRY G GARRARD , III
Blasingame, Burch, Garrard & Ashley, P.C.
P.O. Box 832
Athens, GA 30603

James B. Matthews , III
BLASINGAME BURCH GARRARD & ASHLEY PC
P.O. Box 832
Athens, GA 30603

Josh B. Wages
BLASINGAME BURCH GARRARD & ASHLEY PC
P.O. Box 832
Athens, GA 30603

**WVS/2:13-cv-01899 Notice has been electronically mailed to:**

**WVS/2:13-cv-01899 Notice will not be electronically mailed to:**

Gregory L Laker
COHEN & MALAD LLP

One Indiana Square
Suite 1400
Indianapolis, IN 46204

Irwin B. Levin
COHEN & MALAD LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

Jeff S Gibson
COHEN & MALAD LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

**WVS/2:13-cv-00533 Notice has been electronically mailed to:**

**WVS/2:13-cv-00533 Notice will not be electronically mailed to:**

Elise A. Waisbren
PHILLIPS LAW OFFICES
Suite 4925
161 North Clark Street
Chicago, IL 60601

Stephen D. Phillips
PHILLIPS LAW OFFICES
Suite 4925
161 North Clark Street
Chicago, IL 60601

Terrence M. Quinn
PHILLIPS LAW OFFICES
Suite 4925
161 North Clark Street
Chicago, IL 60601

**WVS/2:13-cv-00479 Notice has been electronically mailed to:**

**WVS/2:13-cv-00479 Notice will not be electronically mailed to:**

Bryan Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
17 East Main Street Suite 200
Pensacola, FL 32502

D. Renee Baggett
LAW OFFICE OF RUSSELL H REIN PA
9511 Holsberry Road
Suite B-6

Pensacola, FL 32534

Douglass A. Kreis
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
17 East Main Street Suite 200
Pensacola, FL 32502

**NJ/3:12-cv-04240 Notice has been electronically mailed to:**

**NJ/3:12-cv-04240 Notice will not be electronically mailed to:**

Catherine T. Heacox
The Lanier Law Firm, PLLC
126 E 56th St
6th Fl
New York, NY 10022

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

**KYW/3:12-cv-00390 Notice has been electronically mailed to:**

**KYW/3:12-cv-00390 Notice will not be electronically mailed to:**

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

Karl Truman
Karl Truman Law Office, LLC
420 Wall Street
Jeffersonville, IN 47130

**MOW/4:12-cv-00598 Notice has been electronically mailed to:**

**MOW/4:12-cv-00598 Notice will not be electronically mailed to:**

Derek H. Potts
Potts Law Firm
3737 Buffalo Speedway
Suite 1900
Houston, TX 77098

Patricia Campbell
POTTS LAW FIRM LLC
1901 West 47th Pl

Suite 210
Westwood, KS 66205

Timothy L. Sifers
The Potts Law Firm, LLP
908 Broadway
3rd Floor
Kansas City, MO 64105

**KYE/7:12-cv-00074 Notice has been electronically mailed to:**

**KYE/7:12-cv-00074 Notice will not be electronically mailed to:**

George M Fleming
Fleming, Nolen, & Jez, LLP
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
55 Waugh Drive
Suite 803
Houston, TX 77007

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**WVS/2:13-cv-01548 Notice has been electronically mailed to:**

**WVS/2:13-cv-01548 Notice will not be electronically mailed to:**

Jim M. Perdue , Jr
PERDUE KIDD & VICKERY
Suite 550
510 Bering Drive
Houston, TX 77057

**KYE/5:12-cv-00206 Notice has been electronically mailed to:**

**KYE/5:12-cv-00206 Notice will not be electronically mailed to:**

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**WVS/2:12-cv-01564 Notice has been electronically mailed to:**

**WVS/2:12-cv-01564 Notice will not be electronically mailed to:**

Jackie Quinton
Edwards Law Firm (OK)
8282 S Memorial Dr Ste 100
Tulsa, OK 74113

Mark Thetford
EDWARDS LAW FIRM
8282 South Memorial Drive
Suite 100
Tulsa, OK 74133

Tony W. Edwards
The Edwards Law Firm PLLC
Edwards Plaza
321 South 3rd Street
Suite 1
McAlester, OK 74502

**KYW/4:12-cv-00003 Notice has been electronically mailed to:**

**KYW/4:12-cv-00003 Notice will not be electronically mailed to:**

Andrew Terrian Coiner
629 Washington Street
Paducah, KY 42003

Mark Randall Mueller
MUELLER LAW
404 West 7th Street
Austin, TX 78701

Susan J Pope
FROST BROWN TODD LLC
250 West Main Street
Suite 2700
Lexington, KY 405071742

**MOE/4:12-cv-00945 Notice has been electronically mailed to:**

**MOE/4:12-cv-00945 Notice will not be electronically mailed to:**

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

Kevin J. Davidson
THE ZEVAN AND DAVIDSON LAW FIRM
1 North Taylor Avenue
St. Louis, MO 63108

**WVS/2:12-cv-09183 Notice has been electronically mailed to:**

**WVS/2:12-cv-09183 Notice will not be electronically mailed to:**

Benjamin A. Bertram
BERTRAM & GRAF
Suite 800
4717 Grand Avenue
Kansas City, MO 64112

J. Scott Bertram
BERTRAM & GRAF
Suite 800
4717 Grand Avenue
Kansas City, MO 64112

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**WVS/2:12-cv-07889 Notice has been electronically mailed to:**

**WVS/2:12-cv-07889 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Seth S. Webb
BROWN & CROUPPEN PC
211 N. Broadway
Suite 1600
St. Louis, MO 63102

Susan M. Robinson
THOMAS COMBS & SPANN

P. O. Box 3824
Charleston, WV 25338-3824

**WVS/2:12-cv-02819 Notice has been electronically mailed to:**

**WVS/2:12-cv-02819 Notice will not be electronically mailed to:**

Erin K. Copeland
Fibich Leebron Copeland Briggs Josephson
1150 Bissonnet Street
Houston, TX 77005

Kenneth T Fibich
FIBICH HAMPTON & LEEBRON LLP
1150 Bissonnet
Houston, TX 77005

**MD/1:12-cv-00779 Notice has been electronically mailed to:**

**MD/1:12-cv-00779 Notice will not be electronically mailed to:**

A. Donald C Discepolo
DISCEPOLO LLP
210 E. Lexington Street
#210
Baltimore, MD 21202

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

**WVS/2:12-cv-05750 Notice has been electronically mailed to:**

**WVS/2:12-cv-05750 Notice will not be electronically mailed to:**

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**WVS/2:12-cv-09863 Notice has been electronically mailed to:**

**WVS/2:12-cv-09863 Notice will not be electronically mailed to:**

David Kuttles
The Lanier Law Firm, PLLC
126 E 56th St
6th Fl
New York, NY 10022

Kelly Ann Fitzpatrick
VENTURA RIBEIRO & SMITH
235 Main Street
Danbury, CT 06850

W. Mark Lanier
Lanier Law Firm
126 East 56th Street
6th Floor
New York, NY 10022

**WVS/2:12-cv-02135 Notice has been electronically mailed to:**

**WVS/2:12-cv-02135 Notice will not be electronically mailed to:**

Donald Alan Migliori
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fidelma Fitzpatrick
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fred Thompson , III
MOTLEY RICE LLC
50 Clay Street
Suite 1
Morgantown, WV 26501

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Jonathan Orent
MOTLEY RICE LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Michael G. Rousseau
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903

**WVS/2:12-cv-01660 Notice has been electronically mailed to:**

**WVS/2:12-cv-01660 Notice will not be electronically mailed to:**

Jackie Quinton
Edwards Law Firm (OK)
8282 S Memorial Dr Ste 100
Tulsa, OK 74113

Mark S. Thetford
THE EDWARDS LAW FIRM
Suite 100
8282 South Memorial Avenue
Tulsa, OK 74133

Tony W. Edwards
The Edwards Law Firm PLLC
Edwards Plaza
321 South 3rd Street
Suite 1
McAlester, OK 74502

**KYE/7:12-cv-00065 Notice has been electronically mailed to:**

**KYE/7:12-cv-00065 Notice will not be electronically mailed to:**

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**KYE/6:12-cv-00130 Notice has been electronically mailed to:**

**KYE/6:12-cv-00130 Notice will not be electronically mailed to:**

George M Fleming
Fleming, Nolen, & Jez, LLP
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
55 Waugh Drive
Suite 803

Houston, TX 77007

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**MN/0:12-cv-02217 Notice has been electronically mailed to:**

**MN/0:12-cv-02217 Notice will not be electronically mailed to:**

Charles H Johnson
LAW OFFICES OF CHARLES H JOHNSON PA
2599 Mississippi Street
New Brighton, MN 55112

Jonathan R Mencel
LAW OFFICES OF CHARLES H JOHNSON PA
2599 Mississippi Street
New Brighton, MN 55112

**WVS/2:12-cv-02477 Notice has been electronically mailed to:**

**WVS/2:12-cv-02477 Notice will not be electronically mailed to:**

Donald Alan Migliori
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fidelma Fitzpatrick
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fred Thompson , III
MOTLEY RICE LLC
50 Clay Street
Suite 1
Morgantown, WV 26501

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Jonathan Orent
MOTLEY RICE LLC
55 Cedar Street
Suite 100

Providence, RI 02903

Michael G. Rousseau
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903

**WVS/2:12-cv-08140 Notice has been electronically mailed to:**

**WVS/2:12-cv-08140 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Jackie Quinton
Edwards Law Firm (OK)
8282 S Memorial Dr Ste 100
Tulsa, OK 74113

Mark S. Thetford
THE EDWARDS LAW FIRM
Suite 100
8282 South Memorial Avenue
Tulsa, OK 74133

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**WVS/2:12-cv-07409 Notice has been electronically mailed to:**

**WVS/2:12-cv-07409 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Peter John Flowers
Meyers & Flowers, LLC
3 North Second Street
Suite 300

St. Charles, IL 60174

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**NJ/3:12-cv-04376 Notice has been electronically mailed to:**

**NJ/3:12-cv-04376 Notice will not be electronically mailed to:**

James D. Barger
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
17 East Main Street Suite 200
Pensacola, FL 32502

**WVS/2:12-cv-05958 Notice has been electronically mailed to:**

**WVS/2:12-cv-05958 Notice will not be electronically mailed to:**

Amanda Robinson
ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS
19 Corporate Plaza Drive
Newport Beach, CA 92660-7904

Karen Barth Menzies
Gibbs Law Group, LLC
400 Continental Boulevard
6th Floor
El Segundo, CA 90245

Mark P. Robinson , Jr
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660

**KYE/5:12-cv-00217 Notice has been electronically mailed to:**

**KYE/5:12-cv-00217 Notice will not be electronically mailed to:**

George M Fleming
Fleming, Nolen, & Jez, LLP
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
55 Waugh Drive
Suite 803
Houston, TX 77007

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**WVS/2:12-cv-03140 Notice has been electronically mailed to:**

**WVS/2:12-cv-03140 Notice will not be electronically mailed to:**

Edward A Wallace
WEXLER WALLACE
Suite 3300
55 West Monroe Street
Chicago, IL 60603

Michael H. Bowman
WEXLER WALLACE
Suite 3300
55 West Monroe Street
Chicago, IL 60603

**NJ/3:12-cv-00448 Notice has been electronically mailed to:**

**NJ/3:12-cv-00448 Notice will not be electronically mailed to:**

ANDREW LOWE O'CONNOR
NAGEL RICE LLP
103 Eisenhower Parkway
Suite 103
Roseland, NJ 07068

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

KELLY S. CRAWFORD
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
One Speedwell Avenue
Morristown, NJ 07962-1981

**WVS/2:12-cv-00931 Notice has been electronically mailed to:**

**WVS/2:12-cv-00931 Notice will not be electronically mailed to:**

Bill Robins , III
Heard Robins Cloud LLP
808 Wilshire Boulevard
Suite 450
Santa Monica, CA 90401

Justin Ross Kaufman
HEARD ROBINS CLOUD & LUBEL LLP
505 Cerrillos Rd a209
SANTA FE, NM 87501

**KYW/3:12-cv-00403 Notice has been electronically mailed to:**

**KYW/3:12-cv-00403 Notice will not be electronically mailed to:**

Bryan Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
17 East Main Street Suite 200
Pensacola, FL 32502

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

D. Renee Baggett
LAW OFFICE OF RUSSELL H REIN PA
9511 Holsberry Road
Suite B-6
Pensacola, FL 32534

Douglass A. Kreis
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
17 East Main Street Suite 200
Pensacola, FL 32502

James Gerard Stranch , IV
BRANSTETTER STRANCH & JENNINGS PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

Neil D. Overholtz
AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC
17 E. Main Street
Suite 200
Pensacola, FL 32502

Stacey A. Skillman
BRANSTETTER STRANCH & JENNINGS PLLC

223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

**WVS/2:12-cv-02076 Notice has been electronically mailed to:**

**WVS/2:12-cv-02076 Notice will not be electronically mailed to:**

Benedict Vladislav James
FEARS NACHAWATI LAW FIRM LLP
4925 Greenville Avenue
Suite 715
Dallas, TX 75206

Majd M. Ghanayem
FEARS NACHAWATI LAW FIRM LLP
4925 Greenville Avenue
Suite 715
Dallas, TX 75206

Majed Nachawati
FEARS NACHAWATI LAW FIRM LLP
4925 Greenville Avenue
Suite 715
Dallas, TX 75206

**MOE/4:12-cv-00790 Notice has been electronically mailed to:**

**MOE/4:12-cv-00790 Notice will not be electronically mailed to:**

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

Kevin J. Davidson
THE ZEVAN AND DAVIDSON LAW FIRM
1 North Taylor Avenue
St. Louis, MO 63108

**WVS/2:12-cv-03130 Notice has been electronically mailed to:**

**WVS/2:12-cv-03130 Notice will not be electronically mailed to:**

Bill Robins , III
Heard Robins Cloud LLP
808 Wilshire Boulevard
Suite 450
Santa Monica, CA 90401

Justin Ross Kaufman
HEARD ROBINS CLOUD & LUBEL LLP
505 Cerrillos Rd a209
SANTA FE, NM 87501

**WVS/2:12-cv-01709 Notice has been electronically mailed to:**

**WVS/2:12-cv-01709 Notice will not be electronically mailed to:**

Donald Alan Migliori
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fidelma Fitzpatrick
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fred Thompson , III
MOTLEY RICE LLC
50 Clay Street
Suite 1
Morgantown, WV 26501

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Jonathan Orent
MOTLEY RICE LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Michael G. Rousseau
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903

**WVS/2:12-cv-01857 Notice has been electronically mailed to:**

**WVS/2:12-cv-01857 Notice will not be electronically mailed to:**

Daniel Stewart Robinson
ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS
19 Corporate Plaza Drive

Newport Beach, CA 92660-7904

Karen Barth Menzies
Gibbs Law Group, LLC
400 Continental Boulevard
6th Floor
El Segundo, CA 90245

Mark P. Robinson , Jr
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660

SHANNON LUKEI
19 CORPORATE PLZ
NEWPORT BEACH, CA 92660

Willard James Moody , Jr
MOODY LAW FIRM INC
500 Crawford Street
Suite 200
Portsmouth, VA 23704

**KYE/7:12-cv-00070 Notice has been electronically mailed to:**

**KYE/7:12-cv-00070 Notice will not be electronically mailed to:**

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

George M Fleming
Fleming, Nolen, & Jez, LLP
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
55 Waugh Drive
Suite 803
Houston, TX 77007

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**MOW/4:12-cv-00560 Notice has been electronically mailed to:**

**MOW/4:12-cv-00560 Notice will not be electronically mailed to:**

Derek H. Potts
Potts Law Firm
3737 Buffalo Speedway
Suite 1900
Houston, TX 77098

Patricia Campbell
POTTS LAW FIRM LLC
1901 West 47th Pl
Suite 210
Westwood, KS 66205

Timothy L. Sifers
The Potts Law Firm, LLP
908 Broadway
3rd Floor
Kansas City, MO 64105

**KYE/7:12-cv-00068 Notice has been electronically mailed to:**

**KYE/7:12-cv-00068 Notice will not be electronically mailed to:**

George M Fleming
Fleming, Nolen, & Jez, LLP
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
55 Waugh Drive
Suite 803
Houston, TX 77007

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**WVS/2:12-cv-07620 Notice has been electronically mailed to:**

**WVS/2:12-cv-07620 Notice will not be electronically mailed to:**

Caridad Diego
LOPEZ MCHUGH LLP
WinmatsConversion6
712 East Main Street
Suite 2A
Moorestown, NJ 08057

Regina S. Johnson
LOPEZ MCHUGH LLP
WinmatsConversion6
712 East Main Street
Suite 2A
Moorestown, NJ 08057

**WVS/2:12-cv-01711 Notice has been electronically mailed to:**

**WVS/2:12-cv-01711 Notice will not be electronically mailed to:**

Joseph H. Saunders
SAUNDERS & WALKER PA
3491 Gandy Boulevard North
Suite 200
P.O. Box 1637
Pinellas Park, FL 33780-1637

**KYE/5:12-cv-00213 Notice has been electronically mailed to:**

**KYE/5:12-cv-00213 Notice will not be electronically mailed to:**

George M Fleming
Fleming, Nolen, & Jez, LLP
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
55 Waugh Drive
Suite 803
Houston, TX 77007

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**KYW/3:12-cv-00399 Notice has been electronically mailed to:**

**KYW/3:12-cv-00399 Notice will not be electronically mailed to:**

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

Karl Truman
Karl Truman Law Office, LLC
420 Wall Street

Jeffersonville, IN 47130

**WVS/2:13-cv-00064 Notice has been electronically mailed to:**

**WVS/2:13-cv-00064 Notice will not be electronically mailed to:**

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**WVS/2:12-cv-09047 Notice has been electronically mailed to:**

**WVS/2:12-cv-09047 Notice will not be electronically mailed to:**

Lee B Balefsky
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**WVS/2:12-cv-07990 Notice has been electronically mailed to:**

**WVS/2:12-cv-07990 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

J. Mark Kell
KELL LAMPIN
Suite A
5770 Mexico Road
St. Peters, MO 63376-2264

Mark Edward Berns
KELL LAMPIN

Suite A
5770 Mexico Road
St. Peters, MO 63376

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**WVS/2:12-cv-07837 Notice has been electronically mailed to:**

**WVS/2:12-cv-07837 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Mark W Davis
DAVIS & CRUMP PC
2601 14th Street
Gulfport, MS 39501

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**WVS/2:12-cv-05667 Notice has been electronically mailed to:**

**WVS/2:12-cv-05667 Notice will not be electronically mailed to:**

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue

Suite 300
Kansas City, MO 64112

**WVS/2:12-cv-09268 Notice has been electronically mailed to:**

**WVS/2:12-cv-09268 Notice will not be electronically mailed to:**

Paul Daniel Stevens
MILSTEIN ADELMAN LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

Steve Michael Faries
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098

**MOW/4:12-cv-00562 Notice has been electronically mailed to:**

**MOW/4:12-cv-00562 Notice will not be electronically mailed to:**

Derek H. Potts
Potts Law Firm
3737 Buffalo Speedway
Suite 1900
Houston, TX 77098

Patricia Campbell
POTTS LAW FIRM LLC
1901 West 47th Pl
Suite 210
Westwood, KS 66205

Timothy L. Sifers
The Potts Law Firm, LLP
908 Broadway
3rd Floor
Kansas City, MO 64105

**WVS/2:12-cv-02880 Notice has been electronically mailed to:**

**WVS/2:12-cv-02880 Notice will not be electronically mailed to:**

Donald Alan Migliori
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fidelma Fitzpatrick
Motley Rice LLC

55 Cedar Street
Suite 100
Providence, RI 02903

Fred Thompson , III
MOTLEY RICE LLC
50 Clay Street
Suite 1
Morgantown, WV 26501

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Jonathan Orent
MOTLEY RICE LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Michael G. Rousseau
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903

**WVS/2:12-cv-09320 Notice has been electronically mailed to:**

**WVS/2:12-cv-09320 Notice will not be electronically mailed to:**

Jackie Quinton
Edwards Law Firm (OK)
8282 S Memorial Dr Ste 100
Tulsa, OK 74113

Mark S. Thetford
THE EDWARDS LAW FIRM
Suite 100
8282 South Memorial Avenue
Tulsa, OK 74133

**WVS/2:12-cv-02670 Notice has been electronically mailed to:**

**WVS/2:12-cv-02670 Notice will not be electronically mailed to:**

Matthew J. Skikos
Skikos, Crawford, Skikos & Joseph, LLP
One Sansome Street
Suite 2830
San Francisco, CA 94104

Piper L. Morrison
Skikos Crawford Skikos and Joseph
625 Market Street
11th Floor
San Francisco, CA 94105

Steven J. Skikos
Skikos Crawford Skikos & Jospeh
One Sansome Street, Suite 2830
San Francisco, CA 94104

**WVS/2:12-cv-02187 Notice has been electronically mailed to:**

**WVS/2:12-cv-02187 Notice will not be electronically mailed to:**

Donald Alan Migliori
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fidelma Fitzpatrick
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fred Thompson , III
MOTLEY RICE LLC
50 Clay Street
Suite 1
Morgantown, WV 26501

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Jonathan Orent
MOTLEY RICE LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Michael G. Rousseau
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903

**WVS/2:13-cv-01206 Notice has been electronically mailed to:**

**WVS/2:13-cv-01206 Notice will not be electronically mailed to:**

Lee B Balefsky
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**WVS/2:12-cv-02576 Notice has been electronically mailed to:**

**WVS/2:12-cv-02576 Notice will not be electronically mailed to:**

Matthew J. Skikos
Skikos, Crawford, Skikos & Joseph, LLP
One Sansome Street
Suite 2830
San Francisco, CA 94104

Piper L. Morrison
Skikos Crawford Skikos and Joseph
625 Market Street
11th Floor
San Francisco, CA 94105

Steven J. Skikos
Skikos Crawford Skikos & Jospeh
One Sansome Street, Suite 2830
San Francisco, CA 94104

**WVS/2:13-cv-01204 Notice has been electronically mailed to:**

**WVS/2:13-cv-01204 Notice will not be electronically mailed to:**

Lee B Balefsky
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor

Philadelphia, PA 19102

**WVS/2:13-cv-01465 Notice has been electronically mailed to:**

**WVS/2:13-cv-01465 Notice will not be electronically mailed to:**

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**KYW/3:12-cv-00169 Notice has been electronically mailed to:**

**KYW/3:12-cv-00169 Notice will not be electronically mailed to:**

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

Lee L. Coleman
Hughes & Coleman
444 James Robertson Parkway, Suite 201
Nashville, TN 37219

**OR/2:12-cv-00863 Notice has been electronically mailed to:**

**OR/2:12-cv-00863 Notice will not be electronically mailed to:**

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

Jeffrey A Bowersox
Bowersox Law Firm, P.C.
6960 SW Varns Street, Suite 200
Portland, OR 97223

**WVS/2:13-cv-00495 Notice has been electronically mailed to:**

**WVS/2:13-cv-00495 Notice will not be electronically mailed to:**

Lee B Balefsky
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**KYE/0:12-cv-00042 Notice has been electronically mailed to:**

**KYE/0:12-cv-00042 Notice will not be electronically mailed to:**

C. V. Reynolds
Reynolds Law Offices, PSC
112 W. Court Street
Suite 100
Prestonsburg, KY 41653

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

Mitchell D. Kinner
Kinner & Patton
328 E. Court Street
Prestonsburg, KY 41653

Susan J Pope
FROST BROWN TODD LLC
250 West Main Street
Suite 2700
Lexington, KY 405071742

**WVS/2:13-cv-00706 Notice has been electronically mailed to:**

**WVS/2:13-cv-00706 Notice will not be electronically mailed to:**

C. V. Reynolds
C. V. REYNOLDS LAW OFFICE
Suite 100
112 West Court Street
Prestonsburg, KY 41653

Mitchell D. Kinner

KINNER & PATTON
239 College Street
Paintsville, KY 41240

**INS/1:12-cv-01462 Notice has been electronically mailed to:**

**INS/1:12-cv-01462 Notice will not be electronically mailed to:**

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

Jeff S Gibson
COHEN & MALAD LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

**WVS/2:12-cv-09317 Notice has been electronically mailed to:**

**WVS/2:12-cv-09317 Notice will not be electronically mailed to:**

Jackie Quinton
Edwards Law Firm (OK)
8282 S Memorial Dr Ste 100
Tulsa, OK 74113

Mark S. Thetford
THE EDWARDS LAW FIRM
Suite 100
8282 South Memorial Avenue
Tulsa, OK 74133

**WVS/2:13-cv-02549 Notice has been electronically mailed to:**

**WVS/2:13-cv-02549 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Michael Leslie Hodges
HODGES LAW FIRM
13420 Santa Fe Trail Drive
Lenexa, KS 66215

**WVS/2:12-cv-01974 Notice has been electronically mailed to:**

**WVS/2:12-cv-01974 Notice will not be electronically mailed to:**

Alyson L. Oliver
Oliver Law Group PC
363 W. Big Beaver Road
Suite 200
Troy, MI 48084

**WVS/2:12-cv-06772 Notice has been electronically mailed to:**

**WVS/2:12-cv-06772 Notice will not be electronically mailed to:**

Douglas Dewitt Small
FOLEY & SMALL
1002 East Jefferson Boulevard
South Bend, IN 46617

**WVS/2:13-cv-02465 Notice has been electronically mailed to:**

**WVS/2:13-cv-02465 Notice will not be electronically mailed to:**

Jim M. Perdue , Jr
PERDUE KIDD & VICKERY
Suite 550
510 Bering Drive
Houston, TX 77057

**KYE/5:12-cv-00251 Notice has been electronically mailed to:**

**KYE/5:12-cv-00251 Notice will not be electronically mailed to:**

Ben E. Stewart
BRYANT LAW CENTER
601 Washington Street
Paducah, KY 42003

Bryan Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
17 East Main Street Suite 200
Pensacola, FL 32502

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

David George Bryant
DAVID BRYANT LAW PLLC
600 W. Main Street
Suite 100

Louisville, KY 40204

Douglass A. Kreis
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
17 East Main Street Suite 200
Pensacola, FL 32502

Emily Ward Roark
BRYANT LAW CENTER
601 Washington Street
P.O. Box 1876
Paducah, KY 42002

Kenneth L. Sales
Sales, Tillman, Wallbaum, Catlett & Satterley, PLLC
325 W. Main Street
1900 Waterfront Plaza
Louisville, KY 40202

Mark P. Bryant
Bryant Law Center
P.O. Box 1876
Paducah, KY 42002-1876

Susan J Pope
FROST BROWN TODD LLC
250 West Main Street
Suite 2700
Lexington, KY 405071742

**KYE/6:15-cv-00095 Notice has been electronically mailed to:**

**KYE/6:15-cv-00095 Notice will not be electronically mailed to:**

Adam A. Edwards
Greg Coleman Law PC
First Tennessee Plaza
800 S Gay Street
Suite 1100
Knoxville, TN 37929

Christie Jessica Pratt
Rendigs, Fry, Kiely & Dennis, LLP
600 Vine Street
Suite 2650
Cincinnati, OH 45202

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400

Ridgeland, MS 39157

D. Randall Jewell
Jewell Law Office, PLLC
138 Court Square
P.O. Drawer 670
Barbourville, KY 40906

Donald K. Brown , Jr
O'Bryan, Brown & Toner, PLLC
455 S. Fourth Street
Suite 1500 Starks Building
Louisville, KY 40202

Edward A Wallace
WEXLER WALLACE LLP
55 West Monroe Street
Suite 3300
Chicago, IL 60603

GREGORY F. COLEMAN
Greg Coleman Law, PC
800 S. Gay St
Suite 1100
Knoxville, TN 37929

Susan J Pope
FROST BROWN TODD LLC
250 West Main Street
Suite 2700
Lexington, KY 405071742

Thomas M. Evans
Rendigs, Fry, Kiely & Dennis, LLP
600 Vine Street
Suite 2650
Cincinnati, OH 45202

**WVS/2:12-cv-07874 Notice has been electronically mailed to:**

**WVS/2:12-cv-07874 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Mark W Davis
DAVIS & CRUMP PC
2601 14th Street
Gulfport, MS 39501

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**KYW/3:12-cv-00389 Notice has been electronically mailed to:**

**KYW/3:12-cv-00389 Notice will not be electronically mailed to:**

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

Karl Truman
Karl Truman Law Office, LLC
420 Wall Street
Jeffersonville, IN 47130

**WVS/2:12-cv-03038 Notice has been electronically mailed to:**

**WVS/2:12-cv-03038 Notice will not be electronically mailed to:**

Laurel L. Simes
Levin Simes, LLP
353 Sacramento Street
Suite 2000
San Francisco, CA 94111

Rachel Beth Abrams
LEVIN SIMES LLP
44 Montgomery Street. 32nd Floor
San Francisco, CA 94104

William Levin
LEVIN SIMES
20th Floor
353 Sacramento Street
San Francisco, CA 94111

**WVS/2:12-cv-02751 Notice has been electronically mailed to:**

**WVS/2:12-cv-02751 Notice will not be electronically mailed to:**

Howard L. Nations
LAW OFFICES OF HOWARD L NATIONS
4515 Yoakum Boulevard
Houston, TX 770065895

**WVS/2:13-cv-02325 Notice has been electronically mailed to:**

**WVS/2:13-cv-02325 Notice will not be electronically mailed to:**

Jayne Conroy
HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP
112 Madison Avenue 7th Floor
New York, NY 10016-7416

John J Foley
Simmons Browder Gianaris Angelides and Barnerd
One Court Street
Alton, IL 62002

Paul J Hanly , Jr
Simmons Hanly Conroy LLC
112 Madison Avenue
7th Floor
New York, NY 10016-7416

Trent B Miracle
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002

**WVS/2:12-cv-02479 Notice has been electronically mailed to:**

**WVS/2:12-cv-02479 Notice will not be electronically mailed to:**

Donald Alan Migliori
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fidelma Fitzpatrick
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fred Thompson , III
MOTLEY RICE LLC
50 Clay Street
Suite 1
Morgantown, WV 26501

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Jonathan Orent
MOTLEY RICE LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Michael G. Rousseau
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903

**WVS/2:12-cv-02942 Notice has been electronically mailed to:**

**WVS/2:12-cv-02942 Notice will not be electronically mailed to:**

Bill Robins , III
Heard Robins Cloud LLP
808 Wilshire Boulevard
Suite 450
Santa Monica, CA 90401

Justin Ross Kaufman
HEARD ROBINS CLOUD & LUBEL LLP
505 Cerrillos Rd a209
SANTA FE, NM 87501

**WVS/2:12-cv-09686 Notice has been electronically mailed to:**

**WVS/2:12-cv-09686 Notice will not be electronically mailed to:**

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**WVS/2:12-cv-06753 Notice has been electronically mailed to:**

**WVS/2:12-cv-06753 Notice will not be electronically mailed to:**

Jayne Conroy
HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP
112 Madison Avenue 7th Floor
New York, NY 10016-7416

John J Foley
Simmons Browder Gianaris Angelides and Barnerd
One Court Street
Alton, IL 62002

Paul J Hanly , Jr
Simmons Hanly Conroy LLC
112 Madison Avenue
7th Floor
New York, NY 10016-7416

Trent B Miracle
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002

**WVS/2:13-cv-01709 Notice has been electronically mailed to:**

**WVS/2:13-cv-01709 Notice will not be electronically mailed to:**

Jim M. Perdue , Jr
PERDUE KIDD & VICKERY
Suite 550
510 Bering Drive
Houston, TX 77057

**KYE/5:12-cv-00222 Notice has been electronically mailed to:**

**KYE/5:12-cv-00222 Notice will not be electronically mailed to:**

George M Fleming
Fleming, Nolen, & Jez, LLP
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
55 Waugh Drive
Suite 803
Houston, TX 77007

Karl N. Truman
420 Wall St

Jeffersonville, IN 47130

**WVS/2:12-cv-07751 Notice has been electronically mailed to:**

**WVS/2:12-cv-07751 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Mark W Davis
DAVIS & CRUMP PC
2601 14th Street
Gulfport, MS 39501

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**WVS/2:13-cv-01385 Notice has been electronically mailed to:**

**WVS/2:13-cv-01385 Notice will not be electronically mailed to:**

Jayne Conroy
HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP
112 Madison Avenue 7th Floor
New York, NY 10016-7416

John J Foley
Simmons Browder Gianaris Angelides and Barnerd
One Court Street
Alton, IL 62002

Paul J Hanly , Jr
Simmons Hanly Conroy LLC
112 Madison Avenue
7th Floor
New York, NY 10016-7416

Trent B Miracle
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002

**WVS/2:12-cv-02077 Notice has been electronically mailed to:**

**WVS/2:12-cv-02077 Notice will not be electronically mailed to:**

Benedict Vladislav James
FEARS NACHAWATI LAW FIRM LLP
4925 Greenville Avenue
Suite 715
Dallas, TX 75206

Majd M. Ghanayem
FEARS NACHAWATI LAW FIRM LLP
4925 Greenville Avenue
Suite 715
Dallas, TX 75206

Majed Nachawati
FEARS NACHAWATI LAW FIRM LLP
4925 Greenville Avenue
Suite 715
Dallas, TX 75206

**WVS/2:12-cv-00967 Notice has been electronically mailed to:**

**WVS/2:12-cv-00967 Notice will not be electronically mailed to:**

Alyson L. Oliver
Oliver Law Group PC
363 W. Big Beaver Road
Suite 200
Troy, MI 48084

**WVS/2:12-cv-01662 Notice has been electronically mailed to:**

**WVS/2:12-cv-01662 Notice will not be electronically mailed to:**

Jackie Quinton
Edwards Law Firm (OK)
8282 S Memorial Dr Ste 100
Tulsa, OK 74113

Mark S. Thetford
THE EDWARDS LAW FIRM
Suite 100
8282 South Memorial Avenue
Tulsa, OK 74133

Tony W. Edwards
The Edwards Law Firm PLLC
Edwards Plaza
321 South 3rd Street

Suite 1
McAlester, OK 74502

**WVS/2:13-cv-02612 Notice has been electronically mailed to:**

**WVS/2:13-cv-02612 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Michael Leslie Hodges
HODGES LAW FIRM
13420 Santa Fe Trail Drive
Lenexa, KS 66215

**KYW/3:13-cv-00706 Notice has been electronically mailed to:**

**KYW/3:13-cv-00706 Notice will not be electronically mailed to:**

Bruce Garrett Anderson
517 W. Ormsby Avenue
Louisville, KY 40203

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

Susan J Pope
FROST BROWN TODD LLC
250 West Main Street
Suite 2700
Lexington, KY 405071742

**KYE/5:12-cv-00204 Notice has been electronically mailed to:**

**KYE/5:12-cv-00204 Notice will not be electronically mailed to:**

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**WVS/2:12-cv-07933 Notice has been electronically mailed to:**

**WVS/2:12-cv-07933 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN

P. O. Box 3824
Charleston, WV 25338-3824

Elise A. Waisbren
PHILLIPS LAW OFFICES
Suite 4925
161 North Clark Street
Chicago, IL 60601

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Stephen D. Phillips
PHILLIPS LAW OFFICES
Suite 4925
161 North Clark Street
Chicago, IL 60601

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Terrence M. Quinn
PHILLIPS LAW OFFICES
Suite 4925
161 North Clark Street
Chicago, IL 60601

**WVS/2:12-cv-06512 Notice has been electronically mailed to:**

**WVS/2:12-cv-06512 Notice will not be electronically mailed to:**

Christopher Thomas Kirchmer
PROVOST & UMPHREY LAW FIRM LLP
490 Park Street
PO Box 4905
Beaumont, TX 77704-4905

**WVS/2:12-cv-06250 Notice has been electronically mailed to:**

**WVS/2:12-cv-06250 Notice will not be electronically mailed to:**

Bill Robins , III
Heard Robins Cloud LLP
808 Wilshire Boulevard
Suite 450
Santa Monica, CA 90401

Justin Ross Kaufman
HEARD ROBINS CLOUD & LUBEL LLP
505 Cerrillos Rd a209
SANTA FE, NM 87501

**KYE/6:15-cv-00019 Notice has been electronically mailed to:**

**KYE/6:15-cv-00019 Notice will not be electronically mailed to:**

Alice Annette Morgan-White
Morgan & White
2281 S. Highway 421
Manchester, KY 40962

Andrew J. Cross
CAREY DANIS & LOWE
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105-1643

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

Clayton L. Robinson
Robinson & Havens, PSC
101 Prosperous Place
Suite 100
Lexington, KY 40509

Jeffrey J. Lowe
Carey Danis & Lowe
8325 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

John J. Carey
Carey Danis & Lowe
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Jonathan Weber
Robinson & Havens, PSC
101 Prosperous Place
Suite 100
Lexington, KY 40509

Richard B. North , Jr

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street
Suite 1700
Atlanta, GA 30363

Susan J Pope
FROST BROWN TODD LLC
250 West Main Street
Suite 2700
Lexington, KY 405071742

W. Kennedy Simpson
Thompson, Miller & Simpson, PLC - Louisville
734 W. Main Street
Suite 400
Louisville, KY 40202

Yancey L. White
Morgan & White
2281 S. Highway 421
Manchester, KY 40962

**WVS/2:12-cv-06907 Notice has been electronically mailed to:**

**WVS/2:12-cv-06907 Notice will not be electronically mailed to:**

Joseph Lyon
THE LYON FIRM
22 West 9th
Cincinnati, OH 45202

**INN/3:12-cv-00369 Notice has been electronically mailed to:**

**INN/3:12-cv-00369 Notice will not be electronically mailed to:**

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

Douglas Dewitt Small
FOLEY & SMALL
1002 East Jefferson Boulevard
South Bend, IN 46617

**WVS/2:12-cv-02728 Notice has been electronically mailed to:**

**WVS/2:12-cv-02728 Notice will not be electronically mailed to:**

Daniel Stewart Robinson

ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS
19 Corporate Plaza Drive
Newport Beach, CA 92660-7904

Karen Barth Menzies
Gibbs Law Group, LLC
400 Continental Boulevard
6th Floor
El Segundo, CA 90245

Mark P. Robinson , Jr
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660

SHANNON LUKEI
19 CORPORATE PLZ
NEWPORT BEACH, CA 92660

Willard James Moody , Jr
MOODY LAW FIRM INC
500 Crawford Street
Suite 200
Portsmouth, VA 23704

**WVS/2:13-cv-01746 Notice has been electronically mailed to:**

**WVS/2:13-cv-01746 Notice will not be electronically mailed to:**

Jayne Conroy
HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP
112 Madison Avenue 7th Floor
New York, NY 10016-7416

John J Foley
Simmons Browder Gianaris Angelides and Barnerd
One Court Street
Alton, IL 62002

Paul J Hanly , Jr
Simmons Hanly Conroy LLC
112 Madison Avenue
7th Floor
New York, NY 10016-7416

Trent B Miracle
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002

**WVS/2:12-cv-06798 Notice has been electronically mailed to:**

**WVS/2:12-cv-06798 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Jim M. Perdue , Jr
PERDUE KIDD & VICKERY
Suite 550
510 Bering Drive
Houston, TX 77057

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**CAN/4:12-cv-03574 Notice has been electronically mailed to:**

**CAN/4:12-cv-03574 Notice will not be electronically mailed to:**

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

Laurel L. Simes
Levin Simes, LLP
353 Sacramento Street
Suite 2000
San Francisco, CA 94111

Rachel Beth Abrams
LEVIN SIMES LLP
44 Montgomery Street. 32nd Floor
San Francisco, CA 94104

William A. Levin
LEVIN SIMES LLP
44 Montgomery Street. 32nd Floor
San Francisco, CA 94104

**MD/1:12-cv-00750 Notice has been electronically mailed to:**

**MD/1:12-cv-00750 Notice will not be electronically mailed to:**

A. Donald C Discepolo
DISCEPOLO LLP
210 E. Lexington Street
#210
Baltimore, MD 21202

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

**KYE/3:12-cv-00047 Notice has been electronically mailed to:**

**KYE/3:12-cv-00047 Notice will not be electronically mailed to:**

George M Fleming
Fleming, Nolen, & Jez, LLP
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
55 Waugh Drive
Suite 803
Houston, TX 77007

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**KYE/2:12-cv-00147 Notice has been electronically mailed to:**

**KYE/2:12-cv-00147 Notice will not be electronically mailed to:**

George M Fleming
Fleming, Nolen, & Jez, LLP
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
55 Waugh Drive
Suite 803
Houston, TX 77007

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**WVS/2:14-cv-29507 Notice has been electronically mailed to:**

**WVS/2:14-cv-29507 Notice will not be electronically mailed to:**

Clayton A Clark
CLARK LOVE & HUTSON GP
440 Louisiana Street
Suite 1600
Houston, TX 77002

Scott A Love
Clark, Love & Hutson, GP
440 Louisiana
Ste 1600
Houston, TX 77002

W. Michael Moreland
CLARK LOVE & HUTSON
Suite 1600
440 Louisiana Street
Houston, TX 77002

**WVS/2:12-cv-05789 Notice has been electronically mailed to:**

**WVS/2:12-cv-05789 Notice will not be electronically mailed to:**

Charles R Houssiere , III
HOUSSIERE DURANT & HOUSSIERE LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

Randal Alan Kauffman
HOUSSIERE DURANT & HOUSSIERE LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056

**MD/1:12-cv-00587 Notice has been electronically mailed to:**

**MD/1:12-cv-00587 Notice will not be electronically mailed to:**

A. Donald C Discepolo
DISCEPOLO LLP
210 E. Lexington Street
#210
Baltimore, MD 21202

**WVS/2:13-cv-00160 Notice has been electronically mailed to:**

**WVS/2:13-cv-00160 Notice will not be electronically mailed to:**

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**KYE/5:12-cv-00153 Notice has been electronically mailed to:**

**KYE/5:12-cv-00153 Notice will not be electronically mailed to:**

Charles C. Adams , Jr
Herren & Adams
148 N. Broadway
Lexington, KY 40507

Karen H Beyea-Schroeder
Burnett Law Firm
55 Waugh Drive
Suite 803
Houston, TX 77007

**WVS/2:12-cv-07389 Notice has been electronically mailed to:**

**WVS/2:12-cv-07389 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Mark W Davis
DAVIS & CRUMP PC
2601 14th Street
Gulfport, MS 39501

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**WVS/2:12-cv-02476 Notice has been electronically mailed to:**

**WVS/2:12-cv-02476 Notice will not be electronically mailed to:**

Donald Alan Migliori
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fidelma Fitzpatrick
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fred Thompson , III
MOTLEY RICE LLC
50 Clay Street
Suite 1
Morgantown, WV 26501

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Jonathan Orent
MOTLEY RICE LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Michael G. Rousseau
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903

**WVS/2:12-cv-06438 Notice has been electronically mailed to:**

**WVS/2:12-cv-06438 Notice will not be electronically mailed to:**

Lee B Balefsky
KLINE & SPECTER PC
1525 Locust Street

19th Floor
Philadelphia, PA 19102

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**KS/2:12-cv-02317 Notice has been electronically mailed to:**

**KS/2:12-cv-02317 Notice will not be electronically mailed to:**

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

Derek H. Potts
Potts Law Firm
3737 Buffalo Speedway
Suite 1900
Houston, TX 77098

Patricia Campbell
POTTS LAW FIRM LLC
1901 West 47th Pl
Suite 210
Westwood, KS 66205

Timothy L. Sifers
The Potts Law Firm, LLC
908 Broadway, 3rd Floor
Kansas City, MO 64105

**KYE/6:12-cv-00132 Notice has been electronically mailed to:**

**KYE/6:12-cv-00132 Notice will not be electronically mailed to:**

Joseph A. Osborne
Osborne & Associates
433 Plaza Real
Suite 271
Boca Raton, FL 33432

Mark K. Gray
Gray & White
713 E. Market Street
Suite 200
Louisville, KY 40202

**WVS/2:12-cv-07134 Notice has been electronically mailed to:**

**WVS/2:12-cv-07134 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Jackie Quinton
THE EDWARDS LAW FIRM
Suite 100
8282 South Memorial Avenue
Tulsa, OK 74133

Mark S. Thetford
THE EDWARDS LAW FIRM
Suite 100
8282 South Memorial Avenue
Tulsa, OK 74133

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**WVS/2:12-cv-02788 Notice has been electronically mailed to:**

**WVS/2:12-cv-02788 Notice will not be electronically mailed to:**

Amy Eskin
LEVIN SIMES
44 Montgomery Street
32nd Floor
San Francisco, CA 94104

**MOW/4:12-cv-00624 Notice has been electronically mailed to:**

**MOW/4:12-cv-00624 Notice will not be electronically mailed to:**

Derek H. Potts
Potts Law Firm
3737 Buffalo Speedway
Suite 1900
Houston, TX 77098

Patricia Campbell
POTTS LAW FIRM LLC
1901 West 47th Pl
Suite 210
Westwood, KS 66205

Timothy L. Sifers
The Potts Law Firm, LLP
908 Broadway
3rd Floor
Kansas City, MO 64105

**WVS/2:12-cv-08032 Notice has been electronically mailed to:**

**WVS/2:12-cv-08032 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

J. Mark Kell
KELL LAMPIN
Suite A
5770 Mexico Road
St. Peters, MO 63376-2264

Mark Edward Berns
KELL LAMPIN
Suite A
5770 Mexico Road
St. Peters, MO 63376

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**WVS/2:12-cv-03093 Notice has been electronically mailed to:**

**WVS/2:12-cv-03093 Notice will not be electronically mailed to:**

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue

Eleventh Floor
New York, NY 10017

**WVS/2:13-cv-00982 Notice has been electronically mailed to:**

**WVS/2:13-cv-00982 Notice will not be electronically mailed to:**

Jim M. Perdue , Jr
PERDUE KIDD & VICKERY
Suite 550
510 Bering Drive
Houston, TX 77057

**KYE/6:12-cv-00127 Notice has been electronically mailed to:**

**KYE/6:12-cv-00127 Notice will not be electronically mailed to:**

George M Fleming
Fleming, Nolen, & Jez, LLP
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
55 Waugh Drive
Suite 803
Houston, TX 77007

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**KYW/3:12-cv-00512 Notice has been electronically mailed to:**

**KYW/3:12-cv-00512 Notice will not be electronically mailed to:**

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

Corey Ann Finn
JONES WARD PLC
1205 W. Washington Street
Suite 111
Louisville, KY 40206

Lawrence L. Jones , II
JONES WARD PLC

1205 W. Washington Street
Suite 111
Louisville, KY 40206

**WVS/2:12-cv-02546 Notice has been electronically mailed to:**

**WVS/2:12-cv-02546 Notice will not be electronically mailed to:**

Andy Dow Birchfield , Jr
BEASLEY ALLEN CROW METHVIN PORTIS & MILES
218 Commerce St.
P. O. Box 4160
Montgomery, AL 36103-4160

Patricia Leigh O'Dell
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Wesley Chadwick Cook
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**WVS/2:12-cv-07160 Notice has been electronically mailed to:**

**WVS/2:12-cv-07160 Notice will not be electronically mailed to:**

Ben Crane
COPLAN & CRANE
111 Westgate Street
Oak Park, IL 60301

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Peter John Flowers
Meyers & Flowers, LLC
3 North Second Street
Suite 300
St. Charles, IL 60174

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**MOW/4:12-cv-00484 Notice has been electronically mailed to:**

**MOW/4:12-cv-00484 Notice will not be electronically mailed to:**

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**WVS/2:13-cv-01797 Notice has been electronically mailed to:**

**WVS/2:13-cv-01797 Notice will not be electronically mailed to:**

Alexandra V Boone
Miller Curtis & Weisbrod LLP
11551 Forest Central Dr
Forest Central II Suite 300
Dallas, TX 75243

Les Weisbrod
Miller Weisbrod
11551 Forest Central Drive
Suite 300
Dallas, TX 75243

Luke Harrison Metzler
Miller Weisbrod
11551 Forest Central Drive
Suite 300
Dallas, TX 75243

**WVS/2:13-cv-00286 Notice has been electronically mailed to:**

**WVS/2:13-cv-00286 Notice will not be electronically mailed to:**

Lee B Balefsky
KLINE & SPECTER PC
1525 Locust Street
19th Floor

Philadelphia, PA 19102

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**WVS/2:12-cv-02138 Notice has been electronically mailed to:**

**WVS/2:12-cv-02138 Notice will not be electronically mailed to:**

Donald Alan Migliori
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fidelma Fitzpatrick
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fred Thompson , III
MOTLEY RICE LLC
50 Clay Street
Suite 1
Morgantown, WV 26501

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Jonathan Orent
MOTLEY RICE LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Michael G. Rousseau
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903

**WVS/2:12-cv-07877 Notice has been electronically mailed to:**

**WVS/2:12-cv-07877 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Mark W Davis
DAVIS & CRUMP PC
2601 14th Street
Gulfport, MS 39501

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**WVS/2:12-cv-07623 Notice has been electronically mailed to:**

**WVS/2:12-cv-07623 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Mark W Davis
DAVIS & CRUMP PC
2601 14th Street
Gulfport, MS 39501

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**WVS/2:12-cv-01712 Notice has been electronically mailed to:**

**WVS/2:12-cv-01712 Notice will not be electronically mailed to:**

Joseph H. Saunders
SAUNDERS & WALKER PA
3491 Gandy Boulevard North

Suite 200
P.O. Box 1637
Pinellas Park, FL 33780-1637

**WVS/2:12-cv-07905 Notice has been electronically mailed to:**

**WVS/2:12-cv-07905 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Mark W Davis
DAVIS & CRUMP PC
2601 14th Street
Gulfport, MS 39501

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**KYW/3:12-cv-00369 Notice has been electronically mailed to:**

**KYW/3:12-cv-00369 Notice will not be electronically mailed to:**

Christy D. Jones
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157

Karl Truman
Karl Truman Law Office, LLC
420 Wall Street
Jeffersonville, IN 47130

**WVS/2:12-cv-06769 Notice has been electronically mailed to:**

**WVS/2:12-cv-06769 Notice will not be electronically mailed to:**

Dana Bradley Taschner
DANA B TASCHNER PC
2029 Century Park, East
Suite 1400

Los Angeles, CA 90067

David Kuttles
The Lanier Law Firm, PLLC
126 E 56th St
6th Fl
New York, NY 10022

W. Mark Lanier
Lanier Law Firm
126 East 56th Street
6th Floor
New York, NY 10022

**WVS/2:12-cv-03125 Notice has been electronically mailed to:**

**WVS/2:12-cv-03125 Notice will not be electronically mailed to:**

Matthew J. Skikos
Skikos, Crawford, Skikos & Joseph, LLP
One Sansome Street
Suite 2830
San Francisco, CA 94104

Piper L. Morrison
Skikos Crawford Skikos and Joseph
625 Market Street
11th Floor
San Francisco, CA 94105

Steven J. Skikos
Skikos Crawford Skikos & Jospeh
One Sansome Street, Suite 2830
San Francisco, CA 94104

**WVS/2:12-cv-09098 Notice has been electronically mailed to:**

**WVS/2:12-cv-09098 Notice will not be electronically mailed to:**

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**WVS/2:12-cv-09774 Notice has been electronically mailed to:**

**WVS/2:12-cv-09774 Notice will not be electronically mailed to:**

Craig D. Henderson
THE SNAPKA LAW FIRM
P. O. Drawer 23017
Corpus Christi, TX 78401

Kathryn A Snapka
SNAPKA LAW FIRM
606 N. Carancahua
Suite 1511
Corpus Christi, TX 78403

**WVS/2:12-cv-03128 Notice has been electronically mailed to:**

**WVS/2:12-cv-03128 Notice will not be electronically mailed to:**

Edward A Wallace
WEXLER WALLACE
Suite 3300
55 West Monroe Street
Chicago, IL 60603

Michael H. Bowman
WEXLER WALLACE
Suite 3300
55 West Monroe Street
Chicago, IL 60603

**WVS/2:12-cv-02669 Notice has been electronically mailed to:**

**WVS/2:12-cv-02669 Notice will not be electronically mailed to:**

Matthew J. Skikos
Skikos, Crawford, Skikos & Joseph, LLP
One Sansome Street
Suite 2830
San Francisco, CA 94104

Piper L. Morrison
Skikos Crawford Skikos and Joseph
625 Market Street
11th Floor
San Francisco, CA 94105

Steven J. Skikos
Skikos Crawford Skikos & Jospeh
One Sansome Street, Suite 2830
San Francisco, CA 94104

**KYE/6:12-cv-00128 Notice has been electronically mailed to:**

**KYE/6:12-cv-00128 Notice will not be electronically mailed to:**

George M Fleming
Fleming, Nolen, & Jez, LLP
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
55 Waugh Drive
Suite 803
Houston, TX 77007

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**WVS/2:12-cv-02475 Notice has been electronically mailed to:**

**WVS/2:12-cv-02475 Notice will not be electronically mailed to:**

Donald Alan Migliori
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fidelma Fitzpatrick
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fred Thompson , III
MOTLEY RICE LLC
50 Clay Street
Suite 1
Morgantown, WV 26501

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Jonathan Orent
MOTLEY RICE LLC
55 Cedar Street

Suite 100
Providence, RI 02903

Michael G. Rousseau
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903

**WVS/2:12-cv-01562 Notice has been electronically mailed to:**

**WVS/2:12-cv-01562 Notice will not be electronically mailed to:**

Jackie Quinton
Edwards Law Firm (OK)
8282 S Memorial Dr Ste 100
Tulsa, OK 74113

Mark Thetford
EDWARDS LAW FIRM
8282 South Memorial Drive
Suite 100
Tulsa, OK 74133

Tony W. Edwards
The Edwards Law Firm PLLC
Edwards Plaza
321 South 3rd Street
Suite 1
McAlester, OK 74502

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=7/10/2017] [FileNumber=752014-0]

[52aaf99a9a2310d79ab30519bfb1600c1f531dd7e6c6756b1450b7c106788fc60025b
888c0675f213ca6a2ebdb0a9f124b5e26aeb94848824c7343370119544d]]