IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C. R. BARD, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION    MDL NO. 2187
_____
THIS DOCUMENT RELATES TO:

Blanton v. Ethicon, Inc., et al.    Civil Action No. 2:13-cv-18236

ORDER
(Dismissing Defendants C. R. Bard, Inc. and Tissue Science Laboratories Limited.
with Prejudice And Transferring Case to MDL 2327)

On July 6, 2017 the plaintiff and defendants, C. R. Bard, Inc., ("Bard"), and Tissue Science Laboratories Limited,[1] ("TSL") filed a Joint Motion To Dismiss Defendants C.R. Bard, Inc., and Tissue Science Laboratories Limited with Prejudice [ECF No. 11]. In the joint motion, the parties are seeking dismissal of Bard and TSL from this action with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiff's Motion to Transfer MDLs for this case [ECF No. 11]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the Motion to Transfer MDLs is **GRANTED**. Defendants Bard and TSL are **DISMISSED WITH PREJUDICE** as defendants in the action and this action is **TRANSFERRED** to MDL

---

[1] Tissue Science Laboratories Limited is being construed to include any incorrect or incomplete spelling of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

2327. The Clerk is **DIRECTED** to disassociate this civil action as a member case in MDL 2187 and re-associate it with MDL 2327.

The Clerk is further **DIRCETED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 10, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE