IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
LISTED ON THE EXHIBIT ATTACHED HERETO:

## JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A and B and Defendant C. R. Bard, Inc. advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard with prejudice in the cases listed on the attached Exhibits A and B, with each party to bear its own costs.

The settlements in the cases listed on Exhibits A and B relate only to Bard. Because other Defendant(s) remain in the cases listed on Exhibits A and B, the case(s) should remain open and Plaintiffs will continue to prosecute their claims against any remaining defendants.

Respectfully submitted this 11th day of July, 2017.

/s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
Melissa Foster Bird
melissa.fosterbird@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH L.L.P
P.O. Box 1856
Huntington, WV 25719-1856
Phone: 304.526.3500
Fax: 304.526.3599

*Counsel for C.R. Bard, Inc.*

8078793 v1

| | |
|---|---|
| /s/ Robert J. Jenner | /s/ John T. Boundas |
| Robert K. Jenner | John T. Boundas |
| Janet Jenner & Suggs | Williams Kherkher Hart Boundas |
| Suite 165 | Suite 600 |
| 1777 Reistertown Road | 8441 Gulf Freeway |
| Baltimore, MD 21208 | Houston, TX 77017 |
| 410.653.3200 | 713.230.2200 |
| 410.653.6903 (fax) | 713.643.6226 (fax) |
| RJenner@myadvocates.com | jboundas@willaimskherkher.com |
| *Counsel for Plaintiffs listed on Exhibit A* | *Counsel for Plaintiffs listed on Exhibit B* |

8078793 v1

## EXHIBIT A – JANET JENNER & SUGGS

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-24820 | Irwin, Kimberly |

**EXHIBIT B – WILLIAMS KHERKHER HART BOUNDAS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-15162 | Quinones, Virginia and Augustin |
| 2:13-cv-16353 | Pahnke, Paula and Brian |
| 2:13-cv-20618 | Zito, Catherine and Phillip |
| 2:13-cv-20714 | Lee, Helen and Jackie |
| 2:13-cv-21656 | Oranday, Veronica and James |
| 2:13-cv-26585 | Bodine, Terri |
| 2:13-cv-27933 | Phillips, Christina Yolanda and Daniel |
| 2:13-cv-29489 | Waske, Mary and Lawrence |
| 2:14-cv-12608 | Jackson, Susan |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:   */s/ Richard B. North, Jr.*
       Richard B. North, Jr.
       Attorney for C.R. Bard, Inc.