IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL No. 2327

-----------------------------------------------
THIS DOCUMENT RELATES TO
ETHICON WAVE 5 CASES

| Case Name | CV Number | Agreed Venue Recommendation |
|---|---|---|
| Abadie, Mary J. | 2:12cv07356 | USDC for the Eastern District of Louisiana |
| Adams, Lesa | 2:12cv07658 | USDC for the Northern District of Texas, Fort Worth Division |
| *Aldridge, Margaret | 2:12cv05750 | USDC for the Western District of Kentucky, Louisville Division |
| Appleton, Rita M. & Charles E. | 2:12cv07872 | USDC for the Eastern District of Tennessee |
| Avant, Debbie & Jack | 2:12cv07413 | USDC of South Carolina, Florence Division |
| Bailey, Jane | 2:12cv07952 | USDC for the Eastern District of Arkansas, Western Division |
| Ball, Sammie Marie | 2:12cv07415 | USDC for the Eastern District of California, Sacramento Division |
| Barone, Deborah & August | 2:12cv06802 | USDC for Southern District of Texas, Houston Division |
| Bell, Patricia D. & Joseph | 2:12cv06750 | USDC for the Northern District of Georgia, Newnan Division |
| Bell, Tammy Louise & Shandon | 2:12cv06474 | USDC for the Eastern District of Tennessee, Greeneville Division |
| Blake, Patricia & Dale | 2:12cv07901 | USDC for the Eastern District of Michigan |
| Bohne, Chantel | 2:12cv07417 | USDC for the Eastern District of Louisiana |
| Bordelon, Jane & Frederick, III | 2:12cv07431 | USDC for the Eastern District of Louisiana |
| Burden, Gayle & Michael | 2:12cv06383 | USDC for the Eastern District of Louisiana |
| Callahan, Sonja & Layn | 2:12cv06387 | USDC for the Eastern District of Wisconsin, Green Bay Division |
| Campbell, Lisa O. | 2:12cv07659 | USDC for the Western District of Texas, San Antonio Division |
| Clark, Phyllis | 2:12cv06481 | USDC for the Southern District of Alabama, Southern Division |
| Clowe, Paula Carole & Audie L. Pope | 2:12cv06893 | USDC for the Northern District of Texas, Dallas Division |

| | | |
|---|---|---|
| Clowes, JoAnn | 2:12cv05749 | USDC for the District of Oregon |
| Crawford, Rosa M. | 2:12cv06181 | USDC for the District of Minnesota, Fifth Division |
| Davis, Ethel | 2:12cv06388 | USDC for the Eastern District of Louisiana |
| Dawes, Glenda & Marvin, Sr. | 2:12cv08048 | USDC for the District of Montana |
| Deaton, Sherry P. | 2:12cv05774 | USDC for the Middle District of Louisiana |
| Dobard, Raja | 2:12cv07493 | USDC for the Eastern District of Louisiana |
| DuBois, Virginia L. & Ronald | 2:12cv08070 | USDC for the Northern District of New York |
| Duchene, Margaret L. & Ralph | 2:12cv07968 | USDC for the District of Minnesota, Fourth Division |
| Dupont, Catherine & Richard | 2:12cv07490 | USDC for the Eastern District of Louisiana |
| Eason, Carla & Edward Lester, Jr. | 2:12cv07909 | USDC for the Northern District of Texas, Dallas Division |
| Fender, Lula F. | 2:12cv06182 | USDC for the Middle District of Georgia, Valdosta Division |
| Foy, Connie & Charles | 2:12cv06589 | USDC for the Middle District of Florida (Jacksonville Division) |
| Frame, Patsy | 2:12cv07524 | USDC for the Western District of Louisiana, Lafayette Division |
| Fremin, Margaret Richard | 2:12cv07523 | USDC for the Eastern District of Louisiana |
| Friberg, Glorida & Henry | 2:12cv06500 | USDC for the Western District of North Carolina, Statesville Division |
| Garrison, Cherrie | 2:12cv06390 | USDC for the Eastern District of Missouri, Eastern Division |
| Gray, Ora Kay & Clarence Allen | 2:12cv07251 | USDC for the Southern District of Ohio, Western Division |
| Green, Patricia & Jackie | 2:12cv05688 | USDC for the Eastern District of Tennessee, Knoxville Division |
| *Greenwood, Kassandra & Cody | 2:12cv07889 | USDC for the Central District of Illinois, Springfield Division |
| Harris, Sabrina | 2:12cv07582 | USDC for the Eastern District of Louisiana |
| Harrison, Lela B. & Larry | 2:12cv06160 | USDC for Eastern District of Texas, Texarkana Division |
| Harvey, Brenda | 2:12cv07930 | USDC for the Northern District of New York, Albany Division |
| Heintz, Kathleen | 2:12cv07579 | USDC for the Eastern District of Louisiana |
| Higgins, Helen | 2:12cv06315 | USDC for the Southern District of Ohio |
| *Hoggatt, Laurie & Paul | 2:12cv05667 | USDC for the Southern District of Indiana, Terre Haute Division |
| Holley, Mary & Jimmy | 2:12cv07750 | USDC for the Northern District of Mississippi (Oxford Division) |
| Jacob, Liberty & Jack | 2:12cv06954 | USDC for the District of Kansas |

| | | |
|---|---|---|
| Jarrell, Kimberly & Stevie Lee | 2:12cv07422 | USDC for the Middle District of North Carolina, Greensboro Division |
| Jaufre, Dianne | 2:12cv07573 | USDC for the Middle District of Louisiana |
| Jennings, Iris A. & Michael | 2:12cv06217 | USDC for the Eastern District of Pennsylvania |
| Kaviratna, Hema & Padma | 2:12cv08019 | USDC for the Southern District of Georgia, Savannah Division |
| Landeche, Mary Alice & Nolan, Jr. | 2:12cv07962 | USDC for the Eastern District of Louisiana |
| Lockwood, Maria | 2:12cv07649 | USDC for the Western District of Louisiana, Alexandria Division |
| Martin, Linda A. & Henry | 2:12cv07853 | USDC for the Eastern District of Louisiana |
| McCoy, Clarisa | 2:12cv07646 | USDC for the Eastern District of Louisiana |
| McLain, Jamie & Travis | 2:12cv08004 | USDC for the Eastern District of Louisiana |
| Mendiola, Rosario | 2:12cv07805 | USDC for the Southern District of Texas, Brownsville Division |
| Miller, Joycelyn | 2:12cv07644 | USDC for the Eastern District of Louisiana |
| Minter, Polly A. | 2:12cv06356 | USDC for the Northern District of Texas, Fort Worth Division |
| Morrison, Ella | 2:12cv07935 | USDC for the Eastern District of Texas, Tyler Division |
| Murray, Sharon & Robert | 2:12cv07705 | USDC for the Southern District of Iowa |
| Nethercott, Betty | 2:12cv05802 | USDC for the District of Oregon |
| Palmer, Teresa | 2:12cv07902 | USDC for the Western District of Texas, Waco Division |
| Paschke, Anna L. | 2:12cv06399 | USDC for the District of Idaho, Eastern Division (Pocatello) |
| *Patterson, Elizabeth | 2:12cv06081 | USDC for the Western District of Kentucky, Louisville Division |
| *Pavlekovich, Tamara & John | 2:12cv06772 | USDC for the Northern District of Indiana, South Bend Division |
| Phelps, Teresa L. | 2:12cv05790 | USDC for the Northern District of Mississippi, Aberdeen Division |
| Platt, Mary Lee & Clair | 2:12cv07420 | USDC for the Western District of Pennsylvania (Pittsburgh) |
| Prestage, Robin | 2:12cv07936 | USDC for the Southern District of Mississippi, Northern Division |
| Rayburn, Judy & Brian E. | 2:12cv07711 | USDC for the Eastern District of Louisiana |
| Redden, Regina Beth | 2:12cv06405 | USDC for the Eastern District of Tennessee (Greeneville or Knoxville Division) |
| Reeves, Virginia & Richard | 2:12cv06408 | USDC for the Eastern District of Texas, Lufkin Division |

| | | |
|---|---|---|
| Reyes, Monnica & Marces | 2:12cv06141 | USDC for the Southern District of Alabama, Southern Division |
| Roberts, Rebecca | 2:12cv07272 | USDC for the Northern District of Texas, Dallas Division |
| Ross, Veronica A. | 2:12cv07419 | USDC for the Southern District of Georgia, Waycross Division |
| Sampson, Beverly | 2:12cv07424 | USDC for the Northern District of Georgia, Atlanta Division |
| Sandy, Ruth Lucille | 2:12cv06875 | USDC for the Southern District of West Virginia, Charleston Division |
| Sauer, Carol & William Conner | 2:12cv06818 | USDC for the Middle District of Florida (Ocala Division) |
| Schwartz, Genevieve S. | 2:12cv06184 | USDC of Arizona, Phoenix Division |
| Scuderi, Lynn A. | 2:12cv06409 | USDC for the Eastern District of Louisiana |
| Shary, Maureen & Dennis M. | 2:12cv07483 | USDC for the District of Colorado |
| Shook, Maria & Peter | 2:12cv07446 | USDC for the Northern District of New York, Albany Division |
| Surcey, Tammy | 2:12cv05668 | USDC for the Eastern District of Tennessee (Greeneville Division) |
| Taylor, Bessie & William, Sr. | 2:12cv07784 | USDC for the Eastern District of Louisiana |
| Terrebonne, Shirley | 2:12cv07779 | USDC for the Eastern District of Louisiana |
| *Thompson, Anna M. | 2:12cv06179 | USDC for the Central District of Illinois, Springfield Division |
| Thompson, Lissa | 2:12cv06140 | USDC for the Western District of Louisiana |
| Thompson, Rebecca | 2:12cv07802 | USDC for the Northern District of Texas, Fort Worth Division |
| Tichbourn, Loral | 2:12cv07777 | USDC for the Eastern District of Louisiana |
| Underwood, Martha A. & Daniel Cancio | 2:12cv06162 | USDC of Arizona, Tuscan Division |
| Valverde, Jodi & Leffy | 2:12cv07999 | USDC for the Eastern District of Louisiana |
| Vazquez, Yadira & Ricardo | 2:12cv07840 | USDC for the Eastern District of Louisiana |
| Washburn, Suzanne & Christopher | 2:12cv06248 | USDC for District of Vermont, Burlington Division |
| Weaver, Karen & Victor E. | 2:12cv07769 | USDC for the Eastern District of Louisiana |
| Wilcher, Patricia | 2:12cv06573 | USDC for the Southern District of Mississippi, Northern Division |

| DISPUTED REMAND VENUE RECOMMENDATIONS | | | |
|---|---|---|---|
| Case Name | CV Number | Plaintiff Remand Venue Recommendation | Defense Remand Venue Recommendation |

| | | | |
|---|---|---|---|
| Balura, Cathy & Peter | 2:12cv07854 | ED of PA | USDC for the Northern District of New York, Binghamton Division |
| Bethune, Susan & Ronnie Jerome | 2:12cv07852 | Middle District LA | USDC for the Eastern District of Louisiana |
| Bybel, Celeste P. | 2:12cv07495 | Middle District of PA | USDC for the Eastern District of Pennsylvania |
| Dynes, Donna & Bobby | 2:12cv06104 | United States District Court for the Southern District of Ohio | USDC for the Southern District of Ohio, Western Division |
| Hosbrook, Patricia | 2:12cv07843 | Southern District of Ohio | United States District Court for the Middle District of Tennessee (Northeastern Division). |
| Leith, Sherrie | 2:12cv08079 | ED of PA | USDC for the District of Minnesota, Third Division |
| McCumber, Betty Linton | 2:12cv08083 | ED of PA | USDC for the Southern District of Ohio, Eastern Division |
| Picou, Esther | 2:12cv06403 | USDC, Eastern District of Louisiana | USDC for the Middle District of Louisiana |
| Santana, Santa | 2:12cv07849 | ED of PA | USDC for the Middle District of Pennsylvania |
| Sciumbata, Teresa & Giuseppe | 2:12cv07037 | ED of PA | USDC for the Western District of Pennsylvania (Pittsburgh) |
| Scott, Cassandra | 2:12cv07846 | ED of PA | USDC Northern District of Georgia, Atlanta Division |
| *Wells, Stephanie & Larry | 2:12cv06438 | ED of PA | USDC for the Western District of Kentucky, Louisville Division |

* Matters assigned to Judge Chambers.
37245024v1