# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR    )
SYSTEMS PRODUCTS LIABILITY             )    MDL Docket No. 2327
LITIGATION                             )

**This Document Relates to All Cases**

## MOTION FOR CHANGE OF FIRM NAME AND FIRM ADDRESS

PLEASE TAKE NOTICE that the undersigned attorney for plaintiff(s) respectfully moves this Court for entry of an Order updating his firm name and address in MDL No. 2327, and each individual member case in which Jonathan R. Mencel is associated.

Undersigned counsel has accepted a position at another law firm. Accordingly, Jonathan R. Mencel's contact information should be corrected to reflect his firm's name, address, phone number, and email address as follows:

MCSWEENEY / LANGEVIN, LLC
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Telephone: (612) 746-4646
Fax: (612) 454-2678
Email: jon@westrikeback.com

Accordingly, the undersigned attorney respectfully moves that the Court enter an Order updating the information for the aforementioned attorney in MDL No. 2327 and in each individual member case in which he is associated.

Dated: July 11, 2017            Respectfully submitted,

By: /s/ Jonathan R. Mencel
Jonathan R. Mencel (MN Bar No. 390056)
MCSWEENEY / LANGEVIN, LLC
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Telephone:    (612) 746-4646
Fax Phone:    (612) 454-2678
jon@westrikeback.com

**ATTORNEYS FOR PLAINTIFF**