IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-md-2327<br>MDL NO. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| THIS DOCUMENT RELATES TO:<br>*All Wave 5 Cases* | |

## NOTICE OF WITHDRAWAL OF NOTICE OF VIDEOTAPED *DE BENE ESSE* TESTIMONY OF JIMMY MAYS, PH.D.

**TO: ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Plaintiffs move this Honorable Court to withdraw the Notice of Videotaped De Bene Esse Testimony of Jimmy Mays, PH.D., filed herein on July 5, 2017, setting the deposition for July 14, 2017.

This 11th day of July, 2017.      By:     *Douglas C. Monsour*
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
Katy Krottinger
Texas Bar No. 24077251
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: *Douglas C. Monsour*
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
Katy Krottinger
Texas Bar No. 24077251
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*