# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-md-2327<br>MDL NO. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| THIS DOCUMENT RELATES TO:<br>*All Wave 5 Cases* | |

## NOTICE OF VIDEOTAPED *DE BENE ESSE* TESTIMONY OF SCOTT GUELCHER, PH.D.

**TO: ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that the *de bene esse* testimony of Dr. Scott Guelcher will be taken for all purposes in Wave 5 upon oral examination on July 18, 2017 at 9:00 a.m. at Butler Snow, 150 3rd Avenue South, Suite 1600, Nashville, TN 37201.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 30 of the Federal Rules of Civil Procedure, and the procedures set forth *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327, Plaintiffs hereby notice this testimony for any and all purposes permitted by the Federal Rules of Civil Procedure, the rules of the MDL Court, and any other state or local rules that apply to this action. Plaintiffs further state that this trial examination shall be conducted in accordance with and subject to the Protective Orders entered *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327.

This videotaped trial examination will be taken before a person authorized by law to administer oaths and be recorded by stenograph.

| | | |
|---|---|---|
| This 12th Day of July, 2017. | By: | Edward A. Wallace<br>Edward A. Wallace<br>Wexler Wallace LLP<br>55 W Monroe Street, Suite 3300 |

Chicago, Illinois 6003
T. (312) 346-2222
F. (312) 346-0022
E. eaw@wexlerwallace.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Edward A. Wallace