APPROVED and SO ORDERED.
ENTER: 07/14/2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.
    PELVIC SUPPORT SYSTEM          MDL No. 2325
    PRODUCTS LIABILITY LITIGATION    Honorable Joseph R. Goodwin

---

| | |
|---|---|
| MARIA DEL ROSARIO LOZANO,<br>    *Plaintiff*,<br><br>v.<br><br>ETHICON, INC., ET AL.,<br>    *Defendants*. | CIVIL ACTION NO. 2:13-cv-30405 |

## MOTION TO TRANSFER MDL

**COMES NOW** the plaintiff, by and through the undersigned counsel, and moves the court to transfer this member case from MDL 2325, In re: American Medical Systems, Inc. Pelvic Support System Products Liability Litigation, to:

    MDL 2327 Ethicon, Inc. Pelvic Repair System Products Liability Litigation.

    Plaintiff herein filed a Complaint or Short Form Complaint in MDL 2325 against American Medical Systems, Inc. and others. Plaintiff later filed an Amended Short Form Complaint that no longer included American Medical Systems, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2327:

    Ethicon, Inc. and Johnson & Johnson

Because American Medical Systems, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff respectfully requests that the Court: 1) **GRANT** the Plaintiff's motion to transfer this civil action from MDL 2325 to 2327; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2325 and re-associate it with MDL 2327.

Respectfully submitted,

/s/ J. Steve Mostyn
J. Steve Mostyn
Mark Sparks
**MOSTYN LAW FIRM**
3810 West Alabama Street
Houston, TX  77027
(713) 714-0000 Telephone
(713) 714-1111 Facsimile

Kurt Arnold
Jason Itkin
Noah Wexler
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, TX 77007
(713) 222-3800 Telephone
(713) 222-3850 Facsimile

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ J. Steve Mostyn
J. Steve Mostyn