IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327 <br> MDL 2327 |
| **THIS DOCUMENT RELATES TO: WAVE 5 CASES** | **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

### DEFENDANTS' MOTION FOR PROTECTIVE ORDER PRECLUDING *DE BENE ESSE* DEPOSITION OF PLAINTIFFS' EXPERT WITNESS SCOTT A. GUELCHER, PH.D.

COMES NOW, Defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon"), pursuant to Federal Rule of Civil Procedure 26 and this Court's Pretrial Orders, respectfully move this Court for a Protective Order precluding Plaintiffs from taking a *de bene esse* deposition of Scott A. Guelcher, Ph.D. for the purpose of preserving his testimony for use at trial in Wave 5, or any other trials. As discussed in greater detail in the accompanying Memorandum of Law, Plaintiffs failed to provide allege or demonstrate that Dr. Guelcher—an expert witness Plaintiffs retained and designated—would be unavailable to testify at any Wave 5 trials, or any other trial for which they now seek to preserve his testimony. Plaintiffs' unilateral notice of a *de bene esse* deposition is inconsistent with the Federal Rules of Civil Procedure and applicable case law, and permitting Plaintiffs to proceed with such a deposition would result in significant prejudice to Ethicon.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law and the attached exhibits, Ethicon respectfully requests that the Court enter a Protective

Order precluding Plaintiffs from taking a *de bene esse* deposition of Dr. Guelcher. Ethicon requests oral argument on this Motion.

                                                Respectfully submitted,

                                                */s/ David B. Thomas*
                                                David B. Thomas (W.Va. Bar #3731)
                                                Philip J. Combs (W.Va. Bar #6056)
                                                Thomas Combs & Spann PLLC
                                                300 Summers Street
                                                Suite 1380 (25301)
                                                P.O. Box 3824
                                                Charleston, WV  25338
                                                (304) 414-1800
                                                dthomas@tcspllc.com

                                                */s/ Christy D. Jones*
                                                Christy D. Jones
                                                Butler Snow LLP
                                                1020 Highland Colony Parkway
                                                Suite 1400 (39157)
                                                P.O. Box 6010
                                                Ridgeland, MS  39158-6010
                                                601.985.4523
                                                christy.jones@butlersnow.com

                                                COUNSEL FOR DEFENDANTS ETHICON, INC.
                                                AND JOHNSON & JOHNSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br>WAVE 5 CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Philip J. Combs (W.Va. Bar #6056)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824
(304) 414-1800