# EXHIBIT A

## Robyn Davis

| | |
|---|---|
| **From:** | David Thomas |
| **Sent:** | Wednesday, May 24, 2017 2:45 PM |
| **To:** | Betsy Williams; christy.jones@butlersnow.com; william.gage@butlersnow.com |
| **Cc:** | Bryan Aylstock; Renee Baggett; tcartmell@wcllp.com; Chad Hutchinson (Chad.Hutchinson@butlersnow.com); Aaron Arthur; David Thomas; Burt Snell (Burt.Snell@butlersnow.com) |
| **Subject:** | RE: TVM Ethicon Wave 5 - Plaintiff General Expert Reports |

Ms. Williams and counsel—

Please provide dates and locations for the depositions of Guelcher, Mays and Ostergard.  I expect that you will be receiving additional requests for other witnesses where depositions are necessary.  Thank you for your attention to this request.

David Thomas

**From:** Betsy Williams [mailto:BWilliams@awkolaw.com]
**Sent:** Monday, May 22, 2017 8:46 PM
**To:** christy.jones@butlersnow.com; william.gage@butlersnow.com; David Thomas <DThomas@tcspllc.com>
**Cc:** Bryan Aylstock <BAylstock@awkolaw.com>; Renee Baggett <RBaggett@awkolaw.com>; tcartmell@wcllp.com
**Subject:** TVM Ethicon Wave 5 - Plaintiff General Expert Reports

Good afternoon,

Below is a Dropbox link to the general expert reports for Wave 5:

https://www.dropbox.com/sh/o7o0x2f3xikoags/AADJFjzH9gQWwhZwyyj628bOa?dl=0

I am attaching the certificate of service and the list of all experts with their contact information and the exhibit A which details which products they provided a report on.

Feel free to let us know if you have any questions or any problems opening the attachments/DB link.

Thanks,

Bets

1