# EXHIBIT B

**Robyn Davis**

| | |
|---|---|
| **From:** | David Thomas |
| **Sent:** | Tuesday, June 20, 2017 5:54 PM |
| **To:** | Edward Wallace |
| **Cc:** | Michael Bowman; Aaron Arthur |
| **Subject:** | Re: [EXTERNAL] RE: TVM Ethicon Wave 5 - Plaintiff General Expert Reports |

Done.  At Butler Snow at 9:00 am?

On Jun 20, 2017, at 5:01 PM, Edward Wallace <EAW@wexlerwallace.com> wrote:

> Let's make June 30 work if we can.
>
> On Jun 19, 2017, at 3:59 PM, David Thomas <DThomas@tcspllc.com> wrote:
>
>> Any news here?
>>
>> **From:** Michael Bowman [mailto:MHB@wexlerwallace.com]
>> **Sent:** Tuesday, June 13, 2017 7:13 PM
>> **To:** David Thomas <DThomas@tcspllc.com>
>> **Cc:** Edward Wallace <EAW@wexlerwallace.com>
>> **Subject:** Re: [EXTERNAL] RE: TVM Ethicon Wave 5 - Plaintiff General Expert Reports
>>
>> David, we can offer July 14, and are working on getting you more.
>>
>> On Jun 13, 2017, at 16:56, David Thomas <DThomas@tcspllc.com> wrote:
>>
>>> Mike--All of those dates are after the close of discovery (July 19).  We will not give up our responsive experts until yours are deposed.  Please find dates that will allow the parties to comply with the scheduling order.
>>>
>>> On Jun 13, 2017, at 4:43 PM, Michael Bowman <MHB@wexlerwallace.com> wrote:
>>>
>>>> David, these are the dates we have available for Dr. Guelcher's deposition.
>>>>
>>>> Wednesday 7/19
>>>> Thursday 7/20
>>>> Friday 7/21
>>>> Tuesday 7/25
>>>> Wednesday 7/26
>>>> Thursday 7/27
>>>>
>>>>
>>>> **From:** David Thomas [mailto:DThomas@tcspllc.com]
>>>> **Sent:** Tuesday, June 13, 2017 4:35 PM

**To:** Michael Bowman
**Subject:** RE: [EXTERNAL] RE: TVM Ethicon Wave 5 -
Plaintiff General Expert Reports

Mike—it's been three weeks.  Please work with
me.  Thanks.

David


**From:** Michael Bowman
[mailto:MHB@wexlerwallace.com]
**Sent:** Saturday, June 10, 2017 3:39 PM
**To:** David Thomas <DThomas@tcspllc.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>;
Edward Wallace <EAW@wexlerwallace.com>; Betsy
Williams <BWilliams@awkolaw.com>; Cope, Breanne
<bcope@motleyrice.com>;
christy.jones@butlersnow.com;
william.gage@butlersnow.com; Bryan Aylstock
<BAylstock@awkolaw.com>; Renee Baggett
<RBaggett@awkolaw.com>; tcartmell@wcllp.com;
Chad Hutchinson (Chad.Hutchinson@butlersnow.com)
<Chad.Hutchinson@butlersnow.com>; Aaron Arthur
<AArthur@tcspllc.com>; Burt Snell
(Burt.Snell@butlersnow.com)
<Burt.Snell@butlersnow.com>; Jim Perdue Jr.
<jperduejr@perdueandkidd.com>; Jeff Kuntz
<jkuntz@wcllp.com>; Doug Monsour (External)
<Doug@monsourlawfirm.com>; Katy Krottinger
(External) <Katy@monsourlawfirm.com>; Nate Jones
<njones@wcllp.com>; Michelle Goldwasser
<mgoldwasser@wcllp.com>
**Subject:** Re: [EXTERNAL] RE: TVM Ethicon Wave 5 -
Plaintiff General Expert Reports

Dr. Guelcher has a very busy month.  We should have
dates to you quickly.

On Jun 10, 2017, at 14:04, David Thomas
<DThomas@tcspllc.com> wrote:

> Have now scheduled Mays and
> Ostergard.  Still need Guelcher.  Thank
> you.
>
> David
>
> **From:** Fitzpatrick, Fidelma
> [mailto:ffitzpatrick@motleyrice.com]
> **Sent:** Friday, June 9, 2017 4:40 PM
> **To:** David Thomas
> <DThomas@tcspllc.com>; Wallace,

Edward <EAW@wexlerwallace.com>;
Betsy Williams
<BWilliams@awkolaw.com>; Cope,
Breanne <bcope@motleyrice.com>
**Cc:** christy.jones@butlersnow.com;
william.gage@butlersnow.com; Bryan
Aylstock <BAylstock@awkolaw.com>;
Renee Baggett
<RBaggett@awkolaw.com>;
tcartmell@wcllp.com; Chad Hutchinson
(Chad.Hutchinson@butlersnow.com)
<Chad.Hutchinson@butlersnow.com>;
Aaron Arthur <AArthur@tcspllc.com>;
Burt Snell (Burt.Snell@butlersnow.com)
<Burt.Snell@butlersnow.com>; Jim
Perdue Jr.
<jperduejr@perdueandkidd.com>; Jeff
Kuntz <jkuntz@wcllp.com>; Doug
Monsour (External)
<Doug@monsourlawfirm.com>; Katy
Krottinger (External)
<Katy@monsourlawfirm.com>; Cope,
Breanne <bcope@motleyrice.com>;
Michael Bowman
<MHB@wexlerwallace.com>; Nate
Jones <njones@wcllp.com>; Michelle
Goldwasser <mgoldwasser@wcllp.com>
**Subject:** RE: [EXTERNAL] RE: TVM
Ethicon Wave 5 - Plaintiff General
Expert Reports

Breanne Cope will get you dates for Dr.
Ostergard shortly.  Thanks.

**Fidelma Fitzpatrick** | Attorney at Law |
Motley Rice LLC
55 Cedar St., STE 100 | Providence, RI
02903
o. 401.457.7728  x7728 | f.
401.457.7708 |
ffitzpatrick@motleyrice.com

**From:** David Thomas
[mailto:DThomas@tcspllc.com]
**Sent:** Friday, June 09, 2017 2:22 PM
**To:** Wallace, Edward
<EAW@wexlerwallace.com>; Betsy
Williams <BWilliams@awkolaw.com>
**Cc:** christy.jones@butlersnow.com;
william.gage@butlersnow.com; Bryan

Aylstock <BAylstock@awkolaw.com>;
Renee Baggett
<RBaggett@awkolaw.com>;
tcartmell@wcllp.com; Chad Hutchinson
(Chad.Hutchinson@butlersnow.com)
<Chad.Hutchinson@butlersnow.com>;
Aaron Arthur <AArthur@tcspllc.com>;
Burt Snell (Burt.Snell@butlersnow.com)
<Burt.Snell@butlersnow.com>; Jim
Perdue Jr.
<jperduejr@perdueandkidd.com>;
Fitzpatrick, Fidelma
<ffitzpatrick@motleyrice.com>; Jeff
Kuntz <jkuntz@wcllp.com>; Doug
Monsour (External)
<Doug@monsourlawfirm.com>; Katy
Krottinger (External)
<Katy@monsourlawfirm.com>; Cope,
Breanne <bcope@motleyrice.com>;
Michael Bowman
<MHB@wexlerwallace.com>; Nate
Jones <njones@wcllp.com>; Michelle
Goldwasser <mgoldwasser@wcllp.com>
**Subject:** [EXTERNAL] RE: TVM Ethicon
Wave 5 - Plaintiff General Expert
Reports

Mays scheduled. Still waiting for
Ostergard and Guelcher.  Schedules
getting tight.  Please advise.  Thanks.

David

**From:** Edward Wallace
[mailto:EAW@wexlerwallace.com]
**Sent:** Thursday, June 1, 2017 12:59 PM
**To:** David Thomas
<DThomas@tcspllc.com>; Betsy
Williams <BWilliams@awkolaw.com>
**Cc:** christy.jones@butlersnow.com;
william.gage@butlersnow.com; Bryan
Aylstock <BAylstock@awkolaw.com>;
Renee Baggett
<RBaggett@awkolaw.com>;
tcartmell@wcllp.com; Chad Hutchinson
(Chad.Hutchinson@butlersnow.com)
<Chad.Hutchinson@butlersnow.com>;
Aaron Arthur <AArthur@tcspllc.com>;
Burt Snell (Burt.Snell@butlersnow.com)
<Burt.Snell@butlersnow.com>; Jim
Perdue Jr.
<jperduejr@perdueandkidd.com>;

Fidelma Fitzpatrick (External)
<ffitzpatrick@motleyrice.com>; Jeff
Kuntz <jkuntz@wcllp.com>; Doug
Monsour (External)
<Doug@monsourlawfirm.com>; Katy
Krottinger (External)
<Katy@monsourlawfirm.com>; Cope,
Breanne <bcope@motleyrice.com>;
Michael Bowman
<MHB@wexlerwallace.com>; Nate
Jones <njones@wcllp.com>; Michelle
Goldwasser <mgoldwasser@wcllp.com>
**Subject:** RE: TVM Ethicon Wave 5 -
Plaintiff General Expert Reports

I will be getting you dates for Guelcher,
Jim or Doug will get you dates for Mays
and Fidelma will get you dates for
Ostergard.  We plan to serve cross-
notices to preserve their testimony for
all cases.


**From:** David Thomas
[mailto:DThomas@tcspllc.com]
**Sent:** Wednesday, May 31, 2017 10:38
AM
**To:** Betsy Williams
<BWilliams@awkolaw.com>
**Cc:** christy.jones@butlersnow.com;
william.gage@butlersnow.com; Bryan
Aylstock <BAylstock@awkolaw.com>;
Renee Baggett
<RBaggett@awkolaw.com>;
tcartmell@wcllp.com; Chad Hutchinson
(Chad.Hutchinson@butlersnow.com)
<Chad.Hutchinson@butlersnow.com>;
Aaron Arthur <AArthur@tcspllc.com>;
Burt Snell (Burt.Snell@butlersnow.com)
<Burt.Snell@butlersnow.com>; Jim
Perdue Jr.
<jperduejr@perdueandkidd.com>;
Fidelma Fitzpatrick (External)
<ffitzpatrick@motleyrice.com>; Jeff
Kuntz <jkuntz@wcllp.com>; Doug
Monsour (External)
<Doug@monsourlawfirm.com>; Katy
Krottinger (External)
<Katy@monsourlawfirm.com>; Edward
Wallace <EAW@wexlerwallace.com>;
Cope, Breanne
<bcope@motleyrice.com>; Michael

Bowman <MHB@wexlerwallace.com>;
Nate Jones <njones@wcllp.com>;
Michelle Goldwasser
<mgoldwasser@wcllp.com>
**Subject:** Re: TVM Ethicon Wave 5 -
Plaintiff General Expert Reports

Counsel--following up.  Please
advise.  Thanks.

David

On May 25, 2017, at 5:25 PM, Betsy
Williams <BWilliams@awkolaw.com>
wrote:

> Mr. Thomas,
> I apologize for the delay
> in responding. I am
> including other
> members of the
> leadership team to
> assist with your request
> as outlined below.
> Thanks,
> Bets

Betsy D. Williams
Executive Assistant to Bryan Aylstock
Aylstock, Witkin, Kreis & Overholtz

17 E. Main Street, Suite 20
Pensacola, FL 32502
Phone: (850) 202-1010
Direct Dial: (850) 266-297
Toll Free: (888) 255-AWK
Facsimile: (850) 916-7449
Email: bwilliams@awkolav

**From:** David Thomas
[mailto:DThomas@tcspll
c.com]
**Sent:** Wednesday, May
24, 2017 1:45 PM
**To:** Betsy Williams;
christy.jones@butlersno
w.com;
william.gage@butlersno
w.com
**Cc:** Bryan Aylstock;
Renee Baggett;
tcartmell@wcllp.com;
Chad Hutchinson

(Chad.Hutchinson@butl
ersnow.com); Aaron
Arthur; David Thomas;
Burt Snell
(Burt.Snell@butlersnow.
com)
**Subject:** RE: TVM
Ethicon Wave 5 -
Plaintiff General Expert
Reports

Ms. Williams and
counsel—

Please provide dates
and locations for the
depositions of
Guelcher, Mays and
Ostergard.   I expect
that you will be
receiving additional
requests for other
witnesses where
depositions are
necessary.  Thank you
for your attention to
this request.

David Thomas

**From:** Betsy Williams
[mailto:BWilliams@awk
olaw.com]
**Sent:** Monday, May 22,
2017 8:46 PM
**To:**
christy.jones@butlersn
ow.com;
william.gage@butlersn
ow.com; David Thomas
<DThomas@tcspllc.com
>
**Cc:** Bryan Aylstock
<BAylstock@awkolaw.c
om>; Renee Baggett
<RBaggett@awkolaw.c
om>;
tcartmell@wcllp.com
**Subject:** TVM Ethicon
Wave 5 - Plaintiff
General Expert Reports

Good afternoon,

Below is a Dropbox link to the general expert reports for Wave 5:

https://www.dropbox.com/sh/o7o0x2f3xikoags/AADJFjzH9gQWwhZwyyj628bOa?dl=0

I am attaching the certificate of service and the list of all experts with their contact information and the exhibit A which details which products they provided a report on.

Feel free to let us know if you have any questions or any problems opening the attachments/DB link.

Thanks,

Bets

**Betsy D. Williams on behalf of Bryan Aylstock**
Executive Assistant to Bryan Aylstock
Aylstock, Witkin, Kreis & Overholtz

17 E. Main Street, Suite 20
Pensacola, FL 32502
Phone: (850) 202-1010
Direct Dial: (850) 266-297
Toll Free: (888) 255-AWK
Facsimile: (850) 916-7449
Email: bwilliams@awkola