# EXHIBIT C

# Robyn Davis

**From:** David Thomas
**Sent:** Monday, June 26, 2017 3:21 PM
**To:** Phil Combs; Aaron Arthur
**Cc:** Christy Jones
**Subject:** Fwd: Guelcher deposition

Begin forwarded message:

> **From:** Edward Wallace <EAW@wexlerwallace.com>
> **Date:** June 26, 2017 at 2:17:20 PM CDT
> **To:** David Thomas <DThomas@tcspllc.com>
> **Cc:** Michael Bowman <MHB@wexlerwallace.com>
> **Subject: Guelcher deposition**
>
> We have to cancel it – I have a personal matter and I'd like you to just give me dates in July that you can make it and I will work to try to get one of them.
>
> Ed

1