# EXHIBIT E

## Robyn Davis

| | |
|---|---|
| **From:** | Edward Wallace <EAW@wexlerwallace.com> |
| **Sent:** | Monday, June 26, 2017 3:32 PM |
| **To:** | David Thomas |
| **Cc:** | Michael Bowman; Christy Jones; Aaron Arthur; Phil Combs; Burt Snell |
| **Subject:** | RE: Guelcher deposition |

I think we are better off if you get me dates for those depositions before I go to Kate – an open ended request usually does not work well with her. In any event, I appreciate you accommodating my request regarding this Friday. Also, if something opens up before that week please let me know.

**From:** David Thomas [mailto:DThomas@tcspllc.com]
**Sent:** Monday, June 26, 2017 2:30 PM
**To:** Edward Wallace <EAW@wexlerwallace.com>
**Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>
**Subject:** Re: Guelcher deposition

Ed--will certainly accommodate your personal situation. The deposition will have to be week of July 17, with our materials witnesses following after the close of discovery. Not sure at this minute of their availability. As you may know, Ostergard is also cancelled and will have to be rescheduled due to a car accident. Please confirm with Kate that we can go past the discovery cut off with enough time to file Daubert motions. Once we get permission from the court and understand the limits of that permission we can schedule the depositions. David

On Jun 26, 2017, at 2:16 PM, Edward Wallace <EAW@wexlerwallace.com> wrote:

> We have to cancel it – I have a personal matter and I'd like you to just give me dates in July that you can make it and I will work to try to get one of them.
>
> Ed