# EXHIBIT F

**Robyn Davis**

**From:**             David Thomas
**Sent:**             Saturday, July 8, 2017 4:33 PM
**To:**               Edward Wallace
**Cc:**               Aaron Arthur; Christy D. Jones (Christy.Jones@butlersnow.com)
**Subject:**          Re: Guelcher deposition

Thanks.  Have you confirmed with Kate the modifications to the scheduling order?

David

On Jul 8, 2017, at 10:32 PM, Edward Wallace <EAW@wexlerwallace.com> wrote:

> It's July 18.
>
> On Jul 5, 2017, at 6:33 PM, David Thomas <DThomas@tcspllc.com> wrote:
>
>> Any time beginning July 18.  Again, need to confirm with Kate that joint motion to
>> extend to preserve Daubert motions.  Thanks.
>>
>> David
>>
>> **From:** Edward Wallace [mailto:EAW@wexlerwallace.com]
>> **Sent:** Wednesday, July 5, 2017 7:24 PM
>> **To:** David Thomas <DThomas@tcspllc.com>
>> **Subject:** Re: Guelcher deposition
>>
>> Is there a day that works better for u that week or two?
>>
>> On Jul 4, 2017, at 5:45 PM, David Thomas <DThomas@tcspllc.com> wrote:
>>
>>> Ed—hope you have had a good holiday weekend and that your personal
>>> issues resolved satisfactorily.
>>>
>>> Please give an update; if we cannot get this done and the extension
>>> necessary to put up our experts and brief any Daubert motions, we will
>>> have to file a motion to exclude.  Thanks.
>>>
>>> David
>>>
>>> **From:** Edward Wallace [mailto:EAW@wexlerwallace.com]
>>> **Sent:** Thursday, June 29, 2017 12:45 PM
>>> **To:** David Thomas <DThomas@tcspllc.com>
>>> **Subject:** RE: Guelcher deposition
>>>
>>> Should know tomorrow.
>>>
>>> **From:** David Thomas [mailto:DThomas@tcspllc.com]
>>> **Sent:** Wednesday, June 28, 2017 3:14 PM

1

**To:** Edward Wallace <EAW@wexlerwallace.com>
**Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>; David Thomas <DThomas@tcspllc.com>
**Subject:** RE: Guelcher deposition

Ed—any update?  Thanks.


**From:** David Thomas
**Sent:** Monday, June 26, 2017 3:34 PM
**To:** Edward Wallace <EAW@wexlerwallace.com>
**Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>
**Subject:** Re: Guelcher deposition

Any day that week beginning July 18 so that we do not travel on Sunday.  Will check on the availability of our witnesses for the following week.

David

On Jun 26, 2017, at 2:30 PM, Edward Wallace <EAW@wexlerwallace.com> wrote:

> I think we are better off if you get me dates for those depositions before I go to Kate – an open ended request usually does not work well with her.  In any event, I appreciate you accommodating my request regarding this Friday.  Also, if something opens up before that week please let me know.
>
> **From:** David Thomas [mailto:DThomas@tcspllc.com]
> **Sent:** Monday, June 26, 2017 2:30 PM
> **To:** Edward Wallace <EAW@wexlerwallace.com>
> **Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>
> **Subject:** Re: Guelcher deposition
>
> Ed--will certainly accommodate your personal situation.  The deposition will have to be week of July 17, with our materials witnesses following after the close of discovery.  Not sure at this minute of their availability.  As you may know, Ostergard is also cancelled and will have to be rescheduled due to a car accident.  Please confirm with Kate that we can go past the discovery cut off with enough time to file Daubert motions.  Once we

get permission from the court and understand the limits
of that permission we can schedule the
depositions.  David

On Jun 26, 2017, at 2:16 PM, Edward Wallace
<EAW@wexlerwallace.com> wrote:

> We have to cancel it – I have a personal
> matter and I'd like you to just give me
> dates in July that you can make it and I
> will work to try to get one of them.
>
> Ed