# EXHIBIT G

**Robyn Davis**

| | |
|---|---|
| **From:** | David Thomas |
| **Sent:** | Saturday, July 8, 2017 5:29 PM |
| **To:** | Edward Wallace |
| **Cc:** | Aaron Arthur; Christy D. Jones (Christy.Jones@butlersnow.com) |
| **Subject:** | RE: Guelcher deposition |

Because we are not producing our experts until yours are completed, which means we go past the deadline.

**From:** Edward Wallace [mailto:EAW@wexlerwallace.com]
**Sent:** Saturday, July 8, 2017 4:58 PM
**To:** David Thomas <DThomas@tcspllc.com>
**Cc:** Aaron Arthur <AArthur@tcspllc.com>; Christy D. Jones (Christy.Jones@butlersnow.com) <Christy.Jones@butlersnow.com>
**Subject:** Re: Guelcher deposition

The deposition is before the deadline so why would I need to do that?

On Jul 8, 2017, at 3:33 PM, David Thomas <DThomas@tcspllc.com> wrote:

> Thanks.  Have you confirmed with Kate the modifications to the scheduling order?
>
> David
>
> On Jul 8, 2017, at 10:32 PM, Edward Wallace <EAW@wexlerwallace.com> wrote:
>
>> It's July 18.
>>
>> On Jul 5, 2017, at 6:33 PM, David Thomas <DThomas@tcspllc.com> wrote:
>>
>>> Any time beginning July 18.  Again, need to confirm with Kate that joint motion to extend to preserve Daubert motions.  Thanks.
>>>
>>> David
>>>
>>> **From:** Edward Wallace [mailto:EAW@wexlerwallace.com]
>>> **Sent:** Wednesday, July 5, 2017 7:24 PM
>>> **To:** David Thomas <DThomas@tcspllc.com>
>>> **Subject:** Re: Guelcher deposition
>>>
>>> Is there a day that works better for u that week or two?
>>>
>>> On Jul 4, 2017, at 5:45 PM, David Thomas <DThomas@tcspllc.com> wrote:
>>>
>>>> Ed—hope you have had a good holiday weekend and that your personal issues resolved satisfactorily.

Please give an update; if we cannot get this done and the extension necessary to put up our experts and brief any Daubert motions, we will have to file a motion to exclude.  Thanks.

David

**From:** Edward Wallace [mailto:EAW@wexlerwallace.com]
**Sent:** Thursday, June 29, 2017 12:45 PM
**To:** David Thomas <DThomas@tcspllc.com>
**Subject:** RE: Guelcher deposition

Should know tomorrow.

**From:** David Thomas [mailto:DThomas@tcspllc.com]
**Sent:** Wednesday, June 28, 2017 3:14 PM
**To:** Edward Wallace <EAW@wexlerwallace.com>
**Cc:** Michael Bowman <MHB@wexlerwallace.com>;
Christy Jones <Christy.Jones@butlersnow.com>; Aaron
Arthur <AArthur@tcspllc.com>; Phil Combs
<PCombs@tcspllc.com>; Burt Snell
<Burt.Snell@butlersnow.com>; David Thomas
<DThomas@tcspllc.com>
**Subject:** RE: Guelcher deposition

Ed—any update?  Thanks.

**From:** David Thomas
**Sent:** Monday, June 26, 2017 3:34 PM
**To:** Edward Wallace <EAW@wexlerwallace.com>
**Cc:** Michael Bowman <MHB@wexlerwallace.com>;
Christy Jones <Christy.Jones@butlersnow.com>; Aaron
Arthur <AArthur@tcspllc.com>; Phil Combs
<PCombs@tcspllc.com>; Burt Snell
<Burt.Snell@butlersnow.com>
**Subject:** Re: Guelcher deposition

Any day that week beginning July 18 so that we do not travel on Sunday.  Will check on the availability of our witnesses for the following week.

David

On Jun 26, 2017, at 2:30 PM, Edward Wallace
<EAW@wexlerwallace.com> wrote:

> I think we are better off if you get me
> dates for those depositions before I go
> to Kate – an open ended request
> usually does not work well with her.  In
> any event, I appreciate you

accommodating my request regarding this Friday.  Also, if something opens up before that week please let me know.

**From:** David Thomas [mailto:DThomas@tcspllc.com]
**Sent:** Monday, June 26, 2017 2:30 PM
**To:** Edward Wallace <EAW@wexlerwallace.com>
**Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>
**Subject:** Re: Guelcher deposition

Ed--will certainly accommodate your personal situation. The deposition will have to be week of July 17, with our materials witnesses following after the close of discovery.  Not sure at this minute of their availability. As you may know, Ostergard is also cancelled and will have to be rescheduled due to a car accident.  Please confirm with Kate that we can go past the discovery cut off with enough time to file Daubert motions.  Once we get permission from the court and understand the limits of that permission we can schedule the depositions.  David

On Jun 26, 2017, at 2:16 PM, Edward Wallace <EAW@wexlerwallace.com> wrote:

> We have to cancel it – I have a personal matter and I'd like you to just give me dates in July that you can make it and I will work to try to get one of them.
>
> Ed

3

# EXHIBIT H

**Robyn Davis**

| | |
|---|---|
| **From:** | Edward Wallace <EAW@wexlerwallace.com> |
| **Sent:** | Saturday, July 8, 2017 4:58 PM |
| **To:** | David Thomas |
| **Cc:** | Aaron Arthur; Christy D. Jones (Christy.Jones@butlersnow.com) |
| **Subject:** | Re: Guelcher deposition |

The deposition is before the deadline so why would I need to do that?

On Jul 8, 2017, at 3:33 PM, David Thomas <DThomas@tcspllc.com> wrote:

> Thanks.  Have you confirmed with Kate the modifications to the scheduling order?
>
> David
>
> On Jul 8, 2017, at 10:32 PM, Edward Wallace <EAW@wexlerwallace.com> wrote:
>
> > It's July 18.
> >
> > On Jul 5, 2017, at 6:33 PM, David Thomas <DThomas@tcspllc.com> wrote:
> >
> > > Any time beginning July 18.  Again, need to confirm with Kate that joint motion to extend to preserve Daubert motions.  Thanks.
> > >
> > > David
> > >
> > > **From:** Edward Wallace [mailto:EAW@wexlerwallace.com]
> > > **Sent:** Wednesday, July 5, 2017 7:24 PM
> > > **To:** David Thomas <DThomas@tcspllc.com>
> > > **Subject:** Re: Guelcher deposition
> > >
> > > Is there a day that works better for u that week or two?
> > >
> > > On Jul 4, 2017, at 5:45 PM, David Thomas <DThomas@tcspllc.com> wrote:
> > >
> > > > Ed—hope you have had a good holiday weekend and that your personal issues resolved satisfactorily.
> > > >
> > > > Please give an update; if we cannot get this done and the extension necessary to put up our experts and brief any Daubert motions, we will have to file a motion to exclude.  Thanks.
> > > >
> > > > David
> > > >
> > > > **From:** Edward Wallace [mailto:EAW@wexlerwallace.com]
> > > > **Sent:** Thursday, June 29, 2017 12:45 PM

**To:** David Thomas <DThomas@tcspllc.com>
**Subject:** RE: Guelcher deposition


Should know tomorrow.


**From:** David Thomas [mailto:DThomas@tcspllc.com]
**Sent:** Wednesday, June 28, 2017 3:14 PM
**To:** Edward Wallace <EAW@wexlerwallace.com>
**Cc:** Michael Bowman <MHB@wexlerwallace.com>;
Christy Jones <Christy.Jones@butlersnow.com>; Aaron
Arthur <AArthur@tcspllc.com>; Phil Combs
<PCombs@tcspllc.com>; Burt Snell
<Burt.Snell@butlersnow.com>; David Thomas
<DThomas@tcspllc.com>
**Subject:** RE: Guelcher deposition


Ed—any update?  Thanks.


**From:** David Thomas
**Sent:** Monday, June 26, 2017 3:34 PM
**To:** Edward Wallace <EAW@wexlerwallace.com>
**Cc:** Michael Bowman <MHB@wexlerwallace.com>;
Christy Jones <Christy.Jones@butlersnow.com>; Aaron
Arthur <AArthur@tcspllc.com>; Phil Combs
<PCombs@tcspllc.com>; Burt Snell
<Burt.Snell@butlersnow.com>
**Subject:** Re: Guelcher deposition


Any day that week beginning July 18 so that we do not
travel on Sunday.  Will check on the availability of our
witnesses for the following week.


David


On Jun 26, 2017, at 2:30 PM, Edward Wallace
<EAW@wexlerwallace.com> wrote:

> I think we are better off if you get me
> dates for those depositions before I go
> to Kate – an open ended request
> usually does not work well with her.  In
> any event, I appreciate you
> accommodating my request regarding
> this Friday.  Also, if something opens up
> before that week please let me know.
>
> **From:** David Thomas
> [mailto:DThomas@tcspllc.com]
> **Sent:** Monday, June 26, 2017 2:30 PM
> **To:** Edward Wallace
> <EAW@wexlerwallace.com>
> **Cc:** Michael Bowman

<MHB@wexlerwallace.com>; Christy
Jones
<Christy.Jones@butlersnow.com>;
Aaron Arthur <AArthur@tcspllc.com>;
Phil Combs <PCombs@tcspllc.com>;
Burt Snell
<Burt.Snell@butlersnow.com>
**Subject:** Re: Guelcher deposition

Ed--will certainly accommodate your
personal situation. The deposition will
have to be week of July 17, with our
materials witnesses following after the
close of discovery.  Not sure at this
minute of their availability. As you may
know, Ostergard is also cancelled and
will have to be rescheduled due to a car
accident.  Please confirm with Kate that
we can go past the discovery cut off
with enough time to file Daubert
motions.  Once we get permission from
the court and understand the limits of
that permission we can schedule the
depositions.  David

On Jun 26, 2017, at 2:16 PM, Edward
Wallace <EAW@wexlerwallace.com>
wrote:

> We have to cancel it – I
> have a personal matter
> and I'd like you to just
> give me dates in July
> that you can make it
> and I will work to try to
> get one of them.
>
> Ed

# EXHIBIT I

**Robyn Davis**

| | |
|---|---|
| **From:** | Edward Wallace <EAW@wexlerwallace.com> |
| **Sent:** | Saturday, July 8, 2017 8:32 AM |
| **To:** | David Thomas |
| **Cc:** | Aaron Arthur; Christy D. Jones (Christy.Jones@butlersnow.com) |
| **Subject:** | Re: Guelcher deposition |

It's July 18.

On Jul 5, 2017, at 6:33 PM, David Thomas <DThomas@tcspllc.com> wrote:

> Any time beginning July 18.  Again, need to confirm with Kate that joint motion to extend to preserve Daubert motions.  Thanks.
>
> David
>
> **From:** Edward Wallace [mailto:EAW@wexlerwallace.com]
> **Sent:** Wednesday, July 5, 2017 7:24 PM
> **To:** David Thomas <DThomas@tcspllc.com>
> **Subject:** Re: Guelcher deposition
>
> Is there a day that works better for u that week or two?
>
> On Jul 4, 2017, at 5:45 PM, David Thomas <DThomas@tcspllc.com> wrote:
>
>> Ed—hope you have had a good holiday weekend and that your personal issues resolved satisfactorily.
>>
>> Please give an update; if we cannot get this done and the extension necessary to put up our experts and brief any Daubert motions, we will have to file a motion to exclude.  Thanks.
>>
>> David
>>
>> **From:** Edward Wallace [mailto:EAW@wexlerwallace.com]
>> **Sent:** Thursday, June 29, 2017 12:45 PM
>> **To:** David Thomas <DThomas@tcspllc.com>
>> **Subject:** RE: Guelcher deposition
>>
>> Should know tomorrow.
>>
>> **From:** David Thomas [mailto:DThomas@tcspllc.com]
>> **Sent:** Wednesday, June 28, 2017 3:14 PM
>> **To:** Edward Wallace <EAW@wexlerwallace.com>
>> **Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>; David Thomas <DThomas@tcspllc.com>
>> **Subject:** RE: Guelcher deposition

Ed—any update?  Thanks.

**From:** David Thomas
**Sent:** Monday, June 26, 2017 3:34 PM
**To:** Edward Wallace <EAW@wexlerwallace.com>
**Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones
<Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs
<PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>
**Subject:** Re: Guelcher deposition

Any day that week beginning July 18 so that we do not travel on Sunday.  Will check on
the availability of our witnesses for the following week.

David

On Jun 26, 2017, at 2:30 PM, Edward Wallace <EAW@wexlerwallace.com> wrote:

> I think we are better off if you get me dates for those depositions before
> I go to Kate – an open ended request usually does not work well with
> her.  In any event, I appreciate you accommodating my request
> regarding this Friday.  Also, if something opens up before that week
> please let me know.
>
> **From:** David Thomas [mailto:DThomas@tcspllc.com]
> **Sent:** Monday, June 26, 2017 2:30 PM
> **To:** Edward Wallace <EAW@wexlerwallace.com>
> **Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones
> <Christy.Jones@butlersnow.com>; Aaron Arthur
> <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell
> <Burt.Snell@butlersnow.com>
> **Subject:** Re: Guelcher deposition
>
> Ed--will certainly accommodate your personal situation. The deposition
> will have to be week of July 17, with our materials witnesses following
> after the close of discovery.  Not sure at this minute of their availability.
> As you may know, Ostergard is also cancelled and will have to be
> rescheduled due to a car accident.  Please confirm with Kate that we
> can go past the discovery cut off with enough time to file Daubert
> motions.  Once we get permission from the court and understand the
> limits of that permission we can schedule the depositions.  David
>
> On Jun 26, 2017, at 2:16 PM, Edward Wallace
> <EAW@wexlerwallace.com> wrote:
>
> > We have to cancel it – I have a personal matter and I'd
> > like you to just give me dates in July that you can make
> > it and I will work to try to get one of them.
> >
> > Ed

# EXHIBIT J

**Robyn Davis**

| | |
|---|---|
| **From:** | David Thomas |
| **Sent:** | Wednesday, July 12, 2017 5:48 PM |
| **To:** | Edward Wallace |
| **Cc:** | Michael Bowman; Christy Jones; Aaron Arthur; Phil Combs; Burt Snell; David Thomas |
| **Subject:** | RE: Guelcher deposition |

Ed—we have received the notice for the videotape deposition of Dr. Guelcher. Ethicon objects to the evidentiary deposition on that day. Please advise if plaintiffs will agree to postpone that issue so that the discovery deposition of Dr. Guelcher can go forward on that date or we will file a motion for protective order and postpone the deposition, again, in order to resolve that issue, which will delay further the completion of discovery of experts for wave 5.

David

**From:** Edward Wallace [mailto:EAW@wexlerwallace.com]
**Sent:** Monday, June 26, 2017 3:32 PM
**To:** David Thomas <DThomas@tcspllc.com>
**Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>
**Subject:** RE: Guelcher deposition

I think we are better off if you get me dates for those depositions before I go to Kate – an open ended request usually does not work well with her. In any event, I appreciate you accommodating my request regarding this Friday. Also, if something opens up before that week please let me know.

**From:** David Thomas [mailto:DThomas@tcspllc.com]
**Sent:** Monday, June 26, 2017 2:30 PM
**To:** Edward Wallace <EAW@wexlerwallace.com>
**Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>
**Subject:** Re: Guelcher deposition

Ed--will certainly accommodate your personal situation. The deposition will have to be week of July 17, with our materials witnesses following after the close of discovery. Not sure at this minute of their availability. As you may know, Ostergard is also cancelled and will have to be rescheduled due to a car accident. Please confirm with Kate that we can go past the discovery cut off with enough time to file Daubert motions. Once we get permission from the court and understand the limits of that permission we can schedule the depositions. David

On Jun 26, 2017, at 2:16 PM, Edward Wallace <EAW@wexlerwallace.com> wrote:

We have to cancel it – I have a personal matter and I'd like you to just give me dates in July that you can make it and I will work to try to get one of them.

Ed

# EXHIBIT K

**Robyn Davis**

| | |
|---|---|
| **From:** | Edward Wallace <EAW@wexlerwallace.com> |
| **Sent:** | Wednesday, July 12, 2017 10:04 PM |
| **To:** | David Thomas |
| **Cc:** | Michael Bowman; Christy Jones; Aaron Arthur; Phil Combs; Burt Snell; Doug@monsourlawfirm.com; Thomas P. Cartmell; Jeff Kuntz; jperduejr@perdueandkidd.com |
| **Subject:** | Re: Guelcher deposition |

My understanding is that we are doing this with the material experts - and I've copied Tom, Jeff, Doug and Jim so that they are in the loop.  Please let me know why you think it should be postponed and whether you are suggesting we can just agree to take it later - I'm not sure I follow.

Edward A. Wallace

On Jul 12, 2017, at 4:49 PM, David Thomas <DThomas@tcspllc.com> wrote:

> Ed—we have received the notice for the videotape deposition of Dr. Guelcher.  Ethicon objects to the evidentiary deposition on that day.  Please advise if plaintiffs will agree to postpone that issue so that the discovery deposition of Dr. Guelcher can go forward on that date or we will file a motion for protective order and postpone the deposition, again, in order to resolve that issue, which will delay further the completion of discovery of experts for wave 5.
>
> David
>
> **From:** Edward Wallace [mailto:EAW@wexlerwallace.com]
> **Sent:** Monday, June 26, 2017 3:32 PM
> **To:** David Thomas <DThomas@tcspllc.com>
> **Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>;
> **Subject:** RE: Guelcher deposition
>
> I think we are better off if you get me dates for those depositions before I go to Kate – an open ended request usually does not work well with her.  In any event, I appreciate you accommodating my request regarding this Friday.  Also, if something opens up before that week please let me know.
>
> **From:** David Thomas [mailto:DThomas@tcspllc.com]
> **Sent:** Monday, June 26, 2017 2:30 PM
> **To:** Edward Wallace <EAW@wexlerwallace.com>
> **Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>;
> **Subject:** Re: Guelcher deposition
>
> Ed--will certainly accommodate your personal situation. The deposition will have to be week of July 17, with our materials witnesses following after the close of discovery.  Not sure at this minute of their availability. As you may know, Ostergard is also cancelled and will have to be rescheduled due to a car accident.  Please confirm with Kate that we can go past the discovery cut off with enough time to file

1

Daubert motions.  Once we get permission from the court and understand the limits of that permission we can schedule the depositions.  David

On Jun 26, 2017, at 2:16 PM, Edward Wallace <EAW@wexlerwallace.com> wrote:

> We have to cancel it – I have a personal matter and I'd like you to just give me dates in July that you can make it and I will work to try to get one of them.
>
> Ed

# EXHIBIT L

**Robyn Davis**

| | |
|---|---|
| **From:** | David Thomas |
| **Sent:** | Thursday, July 13, 2017 2:50 AM |
| **To:** | Edward Wallace |
| **Cc:** | Michael Bowman; Christy Jones; Aaron Arthur; Phil Combs; Burt Snell; Doug@monsourlawfirm.com; Thomas P. Cartmell; Jeff Kuntz; jperduejr@perdueandkidd.com; David Thomas |
| **Subject:** | RE: Guelcher deposition |

Ed— assuming that Ethicon agrees that a DBE deposition of Guelcher is appropriate (and I am not sure that is the case) the first and primary reason I cannot do a DBE deposition on Tuesday is that I have been out of the country for almost two weeks and will not return until this weekend.  Just not enough time to prepare.  Secondly, we need time between a deposition on Tuesday and any trial deposition plaintiffs intend to take.  So, rather than deal with this issue now, please permit the wave 5 discovery deposition go forward on Tuesday and let's defer this issue until after the deposition is completed and we have an opportunity to consider the issue further.  Please advise; if we are unable to agree, we will file a motion for protective order.  Thank you for your anticipated cooperation in this regard.

David

**From:** Edward Wallace [mailto:EAW@wexlerwallace.com]
**Sent:** Wednesday, July 12, 2017 10:04 PM
**To:** David Thomas <DThomas@tcspllc.com>
**Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>; Doug@monsourlawfirm.com; Thomas P. Cartmell <tcartmell@wcllp.com>; Jeff Kuntz <jkuntz@wcllp.com>; jperduejr@perdueandkidd.com
**Subject:** Re: Guelcher deposition

My understanding is that we are doing this with the material experts - and I've copied Tom, Jeff, Doug and Jim so that they are in the loop.  Please let me know why you think it should be postponed and whether you are suggesting we can just agree to take it later - I'm not sure I follow.

Edward A. Wallace

On Jul 12, 2017, at 4:49 PM, David Thomas <DThomas@tcspllc.com> wrote:

> Ed—we have received the notice for the videotape deposition of Dr. Guelcher.  Ethicon objects to the evidentiary deposition on that day.  Please advise if plaintiffs will agree to postpone that issue so that the discovery deposition of Dr. Guelcher can go forward on that date or we will file a motion for protective order and postpone the deposition, again, in order to resolve that issue, which will delay further the completion of discovery of experts for wave 5.
>
> David
>
> **From:** Edward Wallace [mailto:EAW@wexlerwallace.com]
> **Sent:** Monday, June 26, 2017 3:32 PM
> **To:** David Thomas <DThomas@tcspllc.com>
> **Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>;
> Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell

<Burt.Snell@butlersnow.com>
**Subject:** RE: Guelcher deposition

I think we are better off if you get me dates for those depositions before I go to Kate – an open ended request usually does not work well with her.  In any event, I appreciate you accommodating my request regarding this Friday.  Also, if something opens up before that week please let me know.

**From:** David Thomas [mailto:DThomas@tcspllc.com]
**Sent:** Monday, June 26, 2017 2:30 PM
**To:** Edward Wallace <EAW@wexlerwallace.com>
**Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>
**Subject:** Re: Guelcher deposition

Ed--will certainly accommodate your personal situation. The deposition will have to be week of July 17, with our materials witnesses following after the close of discovery.  Not sure at this minute of their availability. As you may know, Ostergard is also cancelled and will have to be rescheduled due to a car accident.  Please confirm with Kate that we can go past the discovery cut off with enough time to file Daubert motions.  Once we get permission from the court and understand the limits of that permission we can schedule the depositions.  David

On Jun 26, 2017, at 2:16 PM, Edward Wallace <EAW@wexlerwallace.com> wrote:

> We have to cancel it – I have a personal matter and I'd like you to just give me dates in July that you can make it and I will work to try to get one of them.
>
> Ed

# EXHIBIT M

**Robyn Davis**

| | |
|---|---|
| **From:** | Edward Wallace <EAW@wexlerwallace.com> |
| **Sent:** | Thursday, July 13, 2017 12:46 PM |
| **To:** | David Thomas |
| **Cc:** | Michael Bowman; Christy Jones; Aaron Arthur; Phil Combs; Burt Snell; Doug@monsourlawfirm.com; Thomas P. Cartmell; Jeff Kuntz; jperduejr@perdueandkidd.com |
| **Subject:** | RE: Guelcher deposition |

David:

Ignore my call to your office – I see you are out.  In any event, we plan to proceed with the deposition that we noticed.  We assume you will move the court for a protective order, which will give everyone the answer they need.   Please confirm.

Ed

**From:** David Thomas [mailto:DThomas@tcspllc.com]
**Sent:** Thursday, July 13, 2017 1:51 AM
**To:** Edward Wallace <EAW@wexlerwallace.com>
**Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>; Doug@monsourlawfirm.com; Thomas P. Cartmell <tcartmell@wcllp.com>; Jeff Kuntz <jkuntz@wcllp.com>; jperduejr@perdueandkidd.com; David Thomas <DThomas@tcspllc.com>
**Subject:** RE: Guelcher deposition

Ed— assuming that Ethicon agrees that a DBE deposition of Guelcher is appropriate (and I am not sure that is the case) the first and primary reason I cannot do a DBE deposition on Tuesday is that I have been out of the country for almost two weeks and will not return until this weekend.  Just not enough time to prepare.  Secondly, we need time between a deposition on Tuesday and any trial deposition plaintiffs intend to take.  So, rather than deal with this issue now, please permit the wave 5 discovery deposition go forward on Tuesday and let's defer this issue until after the deposition is completed and we have an opportunity to consider the issue further.  Please advise; if we are unable to agree, we will file a motion for protective order.  Thank you for your anticipated cooperation in this regard.

David

**From:** Edward Wallace [mailto:EAW@wexlerwallace.com]
**Sent:** Wednesday, July 12, 2017 10:04 PM
**To:** David Thomas <DThomas@tcspllc.com>
**Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>; Doug@monsourlawfirm.com; Thomas P. Cartmell <tcartmell@wcllp.com>; Jeff Kuntz <jkuntz@wcllp.com>; jperduejr@perdueandkidd.com
**Subject:** Re: Guelcher deposition

My understanding is that we are doing this with the material experts - and I've copied Tom, Jeff, Doug and Jim so that they are in the loop.  Please let me know why you think it should be postponed and whether you are suggesting we can just agree to take it later - I'm not sure I follow.

Edward A. Wallace

On Jul 12, 2017, at 4:49 PM, David Thomas <DThomas@tcspllc.com> wrote:

> Ed—we have received the notice for the videotape deposition of Dr. Guelcher.  Ethicon objects to the evidentiary deposition on that day.  Please advise if plaintiffs will agree to postpone that issue so that the discovery deposition of Dr. Guelcher can go forward on that date or we will file a motion for protective order and postpone the deposition, again, in order to resolve that issue, which will delay further the completion of discovery of experts for wave 5.
>
> David
>
> **From:** Edward Wallace [mailto:EAW@wexlerwallace.com]
> **Sent:** Monday, June 26, 2017 3:32 PM
> **To:** David Thomas <DThomas@tcspllc.com>
> **Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>
> **Subject:** RE: Guelcher deposition
>
> I think we are better off if you get me dates for those depositions before I go to Kate – an open ended request usually does not work well with her.  In any event, I appreciate you accommodating my request regarding this Friday.  Also, if something opens up before that week please let me know.
>
> **From:** David Thomas [mailto:DThomas@tcspllc.com]
> **Sent:** Monday, June 26, 2017 2:30 PM
> **To:** Edward Wallace <EAW@wexlerwallace.com>
> **Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>
> **Subject:** Re: Guelcher deposition
>
> Ed--will certainly accommodate your personal situation. The deposition will have to be week of July 17, with our materials witnesses following after the close of discovery.  Not sure at this minute of their availability. As you may know, Ostergard is also cancelled and will have to be rescheduled due to a car accident.  Please confirm with Kate that we can go past the discovery cut off with enough time to file Daubert motions.  Once we get permission from the court and understand the limits of that permission we can schedule the depositions.  David
>
> On Jun 26, 2017, at 2:16 PM, Edward Wallace <EAW@wexlerwallace.com> wrote:
>
>> We have to cancel it – I have a personal matter and I'd like you to just give me dates in July that you can make it and I will work to try get one of them.
>>
>> Ed

# EXHIBIT N

**Robyn Davis**

| | |
|---|---|
| **From:** | Aaron Arthur |
| **Sent:** | Friday, July 14, 2017 9:28 AM |
| **To:** | Robyn Davis |
| **Subject:** | FW: Guelcher deposition |

**From:** Edward Wallace [mailto:EAW@wexlerwallace.com]
**Sent:** Thursday, July 13, 2017 8:15 PM
**To:** David Thomas
**Cc:** Michael Bowman; Christy Jones; Aaron Arthur; Phil Combs; Burt Snell; Doug@monsourlawfirm.com; Thomas P. Cartmell; Jeff Kuntz; jperduejr@perdueandkidd.com
**Subject:** Re: Guelcher deposition

The issue we disagree on is the idea that there will be two depositions.   Why not just file your motion, let the court rule on it and let's do this once? That is the approach that we need to take.  Thanks.

On Jul 13, 2017, at 6:27 PM, David Thomas <DThomas@tcspllc.com> wrote:

> Ed--your last note prompted the thought that perhaps we are not communicating.  I am on the other side of the world.  Are you telling me that plaintiffs will not seek to have our motion heard on an expedited basis in order to take the DBE deposition on Tuesday and that the motion will be heard in due course?  If that is the case, I will take the discovery deposition on Tuesday and if the parties are unable to work something out, then the court can rule on the motion. That makes my next several days much more manageable.  Because, as you see, if I have to take a DBE deposition of Dr. Guelcher on Tuesday it is both scheduling and personal issues that I have with your plans. This information also dictates part of the substance of the motion.  Please advise.
>
> David
>
> On Jul 14, 2017, at 8:26 AM, Edward Wallace <EAW@wexlerwallace.com> wrote:
>
>> If this was a personal or scheduling issue I would absolutely work to do so, but I have your email on it and appreciate your point of view.
>>
>> From: David Thomas [mailto:DThomas@tcspllc.com]
>> Sent: Thursday, July 13, 2017 3:43 PM
>> To: Edward Wallace <EAW@wexlerwallace.com>
>> Cc: Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>; Doug@monsourlawfirm.com; Thomas P. Cartmell <tcartmell@wcllp.com>; Jeff Kuntz <jkuntz@wcllp.com>; jperduejr@perdueandkidd.com
>> Subject: Re: Guelcher deposition
>>
>> Yes we will move for the protective order.  I am sorry that you will not accommodate my request after we accommodated yours.

1

On Jul 14, 2017, at 2:45 AM, Edward Wallace <EAW@wexlerwallace.com> wrote:

David:

Ignore my call to your office – I see you are out.  In any event, we plan to proceed with the deposition that we noticed.  We assume you will move the court for a protective order, which will give everyone the answer they need.   Please confirm.

Ed

**From:** David Thomas [mailto:DThomas@tcspllc.com]
**Sent:** Thursday, July 13, 2017 1:51 AM
**To:** Edward Wallace <EAW@wexlerwallace.com>
**Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>; Doug@monsourlawfirm.com; Thomas P. Cartmell <tcartmell@wcllp.com>; Jeff Kuntz <jkuntz@wcllp.com>; jperduejr@perdueandkidd.com; David Thomas <DThomas@tcspllc.com>
**Subject:** RE: Guelcher deposition

Ed— assuming that Ethicon agrees that a DBE deposition of Guelcher is appropriate (and I am not sure that is the case) the first and primary reason I cannot do a DBE deposition on Tuesday is that I have been out of the country for almost two weeks and will not return until this weekend.  Just not enough time to prepare.  Secondly, we need time between a deposition on Tuesday and any trial deposition plaintiffs intend to take.  So, rather than deal with this issue now, please permit the wave 5 discovery deposition go forward on Tuesday and let's defer this issue until after the deposition is completed and we have an opportunity to consider the issue further.  Please advise; if we are unable to agree, we will file a motion for protective order.  Thank you for your anticipated cooperation in this regard.

David

**From:** Edward Wallace [mailto:EAW@wexlerwallace.com]
**Sent:** Wednesday, July 12, 2017 10:04 PM
**To:** David Thomas <DThomas@tcspllc.com>
**Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>; Doug@monsourlawfirm.com; Thomas P. Cartmell <tcartmell@wcllp.com>; Jeff Kuntz <jkuntz@wcllp.com>; jperduejr@perdueandkidd.com
**Subject:** Re: Guelcher deposition

My understanding is that we are doing this with the material experts - and I've copied Tom, Jeff, Doug and Jim so that they are in the

loop.  Please let me know why you think it should be postponed and whether you are suggesting we can just agree to take it later - I'm not sure I follow.

Edward A. Wallace

On Jul 12, 2017, at 4:49 PM, David Thomas <DThomas@tcspllc.com> wrote:

> Ed—we have received the notice for the videotape deposition of Dr. Guelcher.  Ethicon objects to the evidentiary deposition on that day.  Please advise if plaintiffs will agree to postpone that issue so that the discovery deposition of Dr. Guelcher can go forward on that date or we will file a motion for protective order and postpone the deposition, again, in order to resolve that issue, which will delay further the completion of discovery of experts for wave 5.
>
> David
>
> **From:** Edward Wallace [mailto:EAW@wexlerwallace.com]
> **Sent:** Monday, June 26, 2017 3:32 PM
> **To:** David Thomas <DThomas@tcspllc.com>
> **Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>
> **Subject:** RE: Guelcher deposition
>
> I think we are better off if you get me dates for those depositions before I go to Kate – an open ended request usually does not work well with her.  In any event, I appreciate you accommodating my request regarding this Friday.  Also, if something opens up before that week please let me know.
>
> **From:** David Thomas [mailto:DThomas@tcspllc.com]
> **Sent:** Monday, June 26, 2017 2:30 PM
> **To:** Edward Wallace <EAW@wexlerwallace.com>
> **Cc:** Michael Bowman <MHB@wexlerwallace.com>; Christy Jones <Christy.Jones@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Phil Combs <PCombs@tcspllc.com>; Burt Snell <Burt.Snell@butlersnow.com>
> **Subject:** Re: Guelcher deposition
>
> Ed--will certainly accommodate your personal situation. The deposition will have to be week of July 17, with our materials witnesses following after the close of

discovery.  Not sure at this minute of their availability. As you may know, Ostergard is also cancelled and will have to be rescheduled due to a car accident.  Please confirm with Kate that we can go past the discovery cut off with enough time to file Daubert motions.  Once we get permission from the court and understand the limits of that permission we can schedule the depositions.  David

On Jun 26, 2017, at 2:16 PM, Edward Wallace <EAW@wexlerwallace.com> wrote:

> We have to cancel it – I have a personal matter and I'd like you to just give me dates in July that you can make it and I will work to try to get one of them.
>
> Ed