## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE:     ETHICON INC.
            PELVIC REPAIR SYSTEMS
            PRODUCT LIABILITY LITIGATION     MDL No. 2327

THIS DOCUMENT RELATES TO:

Cases Identified in Exhibit A
attached hereto

### ORDER
### (Notice of Adoption of Prior Daubert Motion of
### Rebecca M. Ryder, M.D. for Wave 2)

On July 21, 2016, the plaintiffs filed a Notice of Adoption of Prior *Daubert* Motion of Rebecca Ryder, M.D. for Wave 2. [ECF No. 2445]. Plaintiffs listed one Wave 2 case to which the motion was applicable, *Raines, et al. v. Ethicon, Inc., et al.*, 2:12-cv-1735. The *Raines* case was and is on the Inactive Docket and, therefore, the court **ORDERS** that the Notice of Adoption is moot for the Wave 2 cases.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:    July 19, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE