IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

IN RE: ETHICON, INC.                                          MDL NO. 2327
          PELVIC REPAIR SYSTEM
          PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Pending before the court is J. Mark Kell and Daniel A. Raniere's Motion to Substitute and Withdraw Counsel and for Change of Address, filed on January 12, 2017 [ECF No. 3326]. In the motion, counsel requests that in the main MDL, and each member case associated with that MDL, in which attorney Daniel A. Raniere appears he be withdrawn as counsel, and that J. Mark Kell be substituted as counsel for the plaintiffs. J. Mark Kell of Kell Lampin, LLC further requests that in the main MDL and each member case associated with that MDL, his address and contact information be updated as set forth in the motion.

It is **ORDERED** that the Motion to Substitute and Withdraw Counsel and for Change of Address is **GRANTED**.

The court **DIRECTS** the Clerk to terminate Daniel A. Raniere, and substitute J. Mark Kell in MDL No. 2327, and each individual member case associated with MDL No. 2327, in which Daniel A. Raniere appears; and, to update the firm address and fax number, as set forth in the Motion, both in the main MDL and for each individual member case in MDL 2327 with which J. Mark

Kell appears.

The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  July 19, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE