# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

MDL No. 2327

---------------------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

JOSEPH R. GOODWIN
U.S. DISTRICT JUDGE

## MOTION TO CHANGE ATTORNEY INFORMATION
## AND WITHDRAW COUNSEL

**PLEASE TAKE NOTICE**, that Wexler Wallace, LLP ("Wexler Wallace"), by and through their undersigned counsel, respectfully moves this Court for entry of an order updating their firm information in MDL No. 2327 and each individual member case in which any of the below-named attorneys are associated. In support of its motion, Wexler Wallace states the following:

1. The following attorneys have appearances entered in these matters on behalf of Wexler Wallace LLP: Edward A. Wallace (Bar No. 6230475 - IL), Mark R. Miller (Bar No. 6283542 - IL), Michael H. Bowman (Bar No. 315683 – PA), Timothy E. Jackson (Bar No. 1106150128 – MD), Corey G. Lorenz (Bar No. 6306785 – IL), and Tania E. Yusaf (Bar No. 6298027 – IL).

2. As of July 7, 2017, Michael H. Bowman no longer works at Wexler Wallace.

Accordingly, counsel moves to withdraw Michael H. Bowman in all actions in which they have appeared on behalf of Wexler Wallace LLP.

Counsel respectfully requests that the Court enter an Order in MDL No. 2327, as well as each individual member case with which she may have been associated.

Dated: July 19, 2017                                Respectfully submitted,

                                                    /s/ Edward A. Wallace
                                                    Edward A. Wallace
                                                    Wexler Wallace LLP
                                                    55 W Monroe Street, Suite 3300
                                                    Chicago, Illinois 60603
                                                    T. (312) 346-2222
                                                    F. (312) 346-0022
                                                    E. eaw@wexlerwallace.com

                                                    /s/ Michael H. Bowman
                                                    Michael H. Bowman, Esq.
                                                    *Withdrawing Attorney*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

> By: /s/ Edward A. Wallace
> Edward A. Wallace
> Wexler Wallace LLP
> 55 W Monroe Street, Suite 3300
> Chicago, Illinois 60603
> T. (312) 346-2222
> F. (312) 346-0022
> E. eaw@wexlerwallace.com