IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON INC.
         PELVIC REPAIR SYSTEMS
         PRODUCT LIABILITY LITIGATION                 MDL No. 2327

_____

ORDER
(Notice of Adoption of Prior Daubert Motion of
Teresa Irwin, M.D. for Wave 3)

On September 16, 2016, the plaintiffs filed a Notice of Adoption of Prior *Daubert* Motion of Teresa Irwin, M.D. for Wave 3. [ECF No. 2779]. Plaintiffs listed one Wave 3 case to which the motion was applicable, *Damron, et al. v. Ethicon, Inc., et al.*, 2:12-cv-3079. The *Damron* case was and is on the Inactive Docket and, therefore, the court **ORDERS** that the Notice of Adoption is moot for the Wave 3 case identified by plaintiffs.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   July 20, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE