IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON INC.
PELVIC REPAIR SYSTEMS
PRODUCT LIABILITY LITIGATION         MDL No. 2327

THIS DOCUMENT RELATES TO:

Case Identified in Exhibit A
attached hereto

ORDER ADOPTING
MEMORANDUM OPINION AND ORDER
(*Daubert* ruling re: Debra Fromer, M.D.)

On September 19, 2016, plaintiffs filed a Notice of Adoption of Prior *Daubert* Motion of Debra Fromer, M.D. for Wave 3. [ECF No. 2799]. The court **ORDERS** that the Memorandum Opinion and Order (*Daubert* Motion re: Debra Fromer, M.D.) [ECF No. 2702] entered on August 31, 2016 as to the Ethicon Wave 1 cases is **ADOPTED** in the Wave 3[1] case identified in Exhibit A. The Memorandum Opinion and Order (*Daubert* Motion re: Debra Fromer, M.D.) is attached hereto as Exhibit B. [2]

The court **DIRECTS** the Clerk to file a copy of this Order Adopting Memorandum Opinion and Order in 2:12-md-2327 and in the Ethicon Wave 3 case identified in the Exhibit attached hereto.

ENTER:   July 20, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] On Exhibit A, I have marked through cases that are closed, on the inactive docket or assigned to another District Judge and any cases that could not be identified because of an error in the style or case number.

[2] I have attached as Exhibit C, an index identifying the pleadings, including motions, memoranda, exhibits, responses, replies and Memorandum Opinions and Orders filed in the main MDL 2327 related to this expert.