# EXHIBIT A, Joseph Carbone, M.D.

| | |
|---|---|
| ~~Coward, Tammy~~ | ~~2:12-cv-02788~~ |
| Taylor, Grethel | 2:12-cv-02975 |
| ~~Richmond, Tammy~~ | ~~2:12-cv-03038~~ |
| ~~Todd, Mattie~~ | ~~2:12-cv-2242~~ |

## Exhibit B

### Index of Relevant Pleadings related to Joseph Carbone, M.D.

Judge Goodwin instituted a series of Waves in MDL 2327 wherein he identified hundreds of cases per Wave subject to discovery and motion practice deadlines. As part of the Wave process, Judge Goodwin required parties to file one general causation *Daubert* motion per expert per Wave in the main MDL, rather than in each individual Wave case. Parties were required to identify the cases in each Wave to which a particular *Daubert* motion applied. The court has identified below, the relevant *Daubert* pleadings filed in each Wave (and in many cases ultimately adopted in subsequent Waves) for the court receiving this case on remand or transfer.

| Wave 3 | Date | WVSD ECF No | Comment |
|---|---|---|---|
| Motion | 9/16/16 | 2761 | Adopts ECF No. 2025 |
| Memorandum | 9/16/16 | 2761 | Adopts ECF No. 2027 |
| Response | 10/10/16 | 2915 | Does not adopt |
| Reply | 10/21/16 | 3036 | Does not adopt |