IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON INC.
         PELVIC REPAIR SYSTEMS
         PRODUCT LIABILITY LITIGATION                MDL No. 2327

_____

ORDER
(Re: Defendants' Supplemental Motion to Exclude and Notice of Adoption of Prior
Daubert Motion and Reply Brief of John Miklos, M.D. for Wave 3)

On September 19, 2016, the defendants filed a Supplemental Motion to Exclude and Notice of Adoption of Prior *Daubert* Motion and Reply Brief of John Miklos, M.D. for Wave 3. [ECF No. 2845]. Plaintiffs listed three Wave 3 cases to which the motion was applicable. These cases are either closed or on the Inactive Docket and, therefore, the court **ORDERS** that the Supplemental Motion is **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   July 20, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE