IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON INC.
         PELVIC REPAIR SYSTEMS
         PRODUCT LIABILITY LITIGATION          MDL No. 2327
_____
THIS DOCUMENT RELATES TO:

ORDER
(Re: Plaintiffs' Motion to Limit the General Opinions
of Defense Expert Wenxin Zheng, M.D. – Wave 3)

On September 19, 2016, the plaintiffs filed a Motion to Limit the General Opinions of Defense Expert Wenxin Zheng, M.D. for Wave 3. [ECF No. 2834]. Plaintiffs listed two Wave 3 cases to which the motion was applicable. Both case are on the Inactive Docket and, therefore, the court **ORDERS** that the plaintiffs' Motion is **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   July 20, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE