APPROVED and SO ORDERED.
ENTER: 07/24/2017

*[signature]*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: C. R. BARD, INC.
    PELVIC SUPPORT SYSTEM         MDL No. 2187
    PRODUCTS LIABILITY LITIGATION    Honorable Joseph R. Goodwin

---

| | |
|---|---|
| JENNIE COTOIA, ET AL., §<br>    *Plaintiffs*, §<br>§<br>v. §<br>§<br>ETHICON, INC., ET AL. §<br>    *Defendants*. § | CIVIL ACTION NO. 2:15-cv-16417 |

**MOTION TO TRANSFER MDL**

    **COME NOW** the plaintiffs, by and through the undersigned counsel, and move the court to transfer this member case from MDL 2187, In re: C. R. Bard, Inc. Pelvic Support System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc. Pelvic Repair System Products Liability Litigation

    Plaintiffs herein filed a Complaint or Short Form Complaint in MDL 2187 against C. R. Bard, Inc. and others. Plaintiffs later filed an Amended Short Form Complaint that no longer included C. R. Bard, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2327:

    Ethicon, Inc. and Johnson & Johnson

Because C. R. Bard, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiffs respectfully request that the Court:

1) **GRANT** the Plaintiffs' motion to transfer this civil action from MDL 2187 to 2327; and

2) direct the Clerk to disassociate this civil action as a member case in MDL 2187 and re-associate it with MDL 2327.

Respectfully submitted,

/s/ J. Steve Mostyn
J. Steve Mostyn
Mark Sparks
**MOSTYN LAW FIRM**
3810 West Alabama Street
Houston, TX  77027
(713) 714-0000 Telephone
(713) 714-1111 Facsimile

Kurt Arnold
Jason Itkin
Noah Wexler
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, TX 77007
(713) 222-3800 Telephone
(713) 222-3850 Facsimile

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ J. Steve Mostyn
J. Steve Mostyn