IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
PELVIC SUPPORT SYSTEM
PRODUCTS LIABILITY LITIGATION    MDL NO. 2327

**O R D E R**
(Vacating Inactive Docket Order)

It is **ORDERED** that the Inactive Docket Order entered on July 10, 2017 [ECF No. 4107] is **VACATED**, but only as to the inactive status of the following member case: *Civil Action No. 2:13-cv-04458* which case is listed on Exhibit A attached to the order.

The court **DIRECTS** the Clerk to place the above listed case back on the active docket and file a copy of this order in 2:12-md-2325 and in the individual case listed above.  The court further **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented party.

ENTER: July 24, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE