# EXHIBIT B

**From:** Edward Wallace
**Sent:** Thursday, June 1, 2017 11:59 AM
**To:** David Thomas <DThomas@tcspllc.com>; Betsy Williams <BWilliams@awkolaw.com>
**Cc:** christy.jones@butlersnow.com; william.gage@butlersnow.com; Bryan Aylstock <BAylstock@awkolaw.com>; Renee Baggett <RBaggett@awkolaw.com>; tcartmell@wcllp.com; Chad Hutchinson (Chad.Hutchinson@butlersnow.com) <Chad.Hutchinson@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Burt Snell (Burt.Snell@butlersnow.com) <Burt.Snell@butlersnow.com>; Jim Perdue Jr. <jperduejr@perdueandkidd.com>; Fidelma Fitzpatrick (External) <ffitzpatrick@motleyrice.com>; Jeff Kuntz <jkuntz@wcllp.com>; Doug Monsour (External) <Doug@monsourlawfirm.com>; Katy Krottinger (External) <Katy@monsourlawfirm.com>; Cope, Breanne <bcope@motleyrice.com>; Michael Bowman <MHB@wexlerwallace.com>; Nate Jones <njones@wcllp.com>; Michelle Goldwasser <mgoldwasser@wcllp.com>
**Subject:** RE: TVM Ethicon Wave 5 - Plaintiff General Expert Reports

I will be getting you dates for Guelcher, Jim or Doug will get you dates for Mays and Fidelma will get you dates for Ostergard.  We plan to serve cross-notices to preserve their testimony for all cases.

**From:** David Thomas [mailto:DThomas@tcspllc.com]
**Sent:** Wednesday, May 31, 2017 10:38 AM
**To:** Betsy Williams <BWilliams@awkolaw.com>
**Cc:** christy.jones@butlersnow.com; william.gage@butlersnow.com; Bryan Aylstock <BAylstock@awkolaw.com>; Renee Baggett <RBaggett@awkolaw.com>; tcartmell@wcllp.com; Chad Hutchinson (Chad.Hutchinson@butlersnow.com) <Chad.Hutchinson@butlersnow.com>; Aaron Arthur <AArthur@tcspllc.com>; Burt Snell (Burt.Snell@butlersnow.com) <Burt.Snell@butlersnow.com>; Jim Perdue Jr. <jperduejr@perdueandkidd.com>; Fidelma Fitzpatrick (External) <ffitzpatrick@motleyrice.com>; Jeff Kuntz <jkuntz@wcllp.com>; Doug Monsour (External) <Doug@monsourlawfirm.com>; Katy Krottinger (External) <Katy@monsourlawfirm.com>; Edward Wallace <EAW@wexlerwallace.com>; Cope, Breanne <bcope@motleyrice.com>; Michael Bowman <MHB@wexlerwallace.com>; Nate Jones <njones@wcllp.com>; Michelle Goldwasser <mgoldwasser@wcllp.com>
**Subject:** Re: TVM Ethicon Wave 5 - Plaintiff General Expert Reports

Counsel--following up.  Please advise.  Thanks.

David

On May 25, 2017, at 5:25 PM, Betsy Williams <BWilliams@awkolaw.com> wrote:

> Mr. Thomas,
> I apologize for the delay in responding. I am including other members of the leadership team to assist with your request as outlined below.
> Thanks,
> Bets

| **Betsy D. Williams**<br>Executive Assistant to Bryan Aylstock<br>Aylstock, Witkin, Kreis & Overholtz | 17 E. Main Street, Suite 200<br>Pensacola, FL 32502<br>Phone: (850) 202-1010<br>Direct Dial: (850) 266-2971<br>Toll Free: (888) 255-AWKO (2956)<br>Facsimile: (850) 916-7449<br>Email: bwilliams@awkolaw.com |
|---|---|

**From:** David Thomas [mailto:DThomas@tcspllc.com]
**Sent:** Wednesday, May 24, 2017 1:45 PM
**To:** Betsy Williams; christy.jones@butlersnow.com; william.gage@butlersnow.com
**Cc:** Bryan Aylstock; Renee Baggett; tcartmell@wcllp.com; Chad Hutchinson (Chad.Hutchinson@butlersnow.com); Aaron Arthur; David Thomas; Burt Snell (Burt.Snell@butlersnow.com)
**Subject:** RE: TVM Ethicon Wave 5 - Plaintiff General Expert Reports

Ms. Williams and counsel—

Please provide dates and locations for the depositions of Guelcher, Mays and Ostergard.  I expect that you will be receiving additional requests for other witnesses where depositions are necessary.  Thank you for your attention to this request.

David Thomas

**From:** Betsy Williams [mailto:BWilliams@awkolaw.com]
**Sent:** Monday, May 22, 2017 8:46 PM
**To:** christy.jones@butlersnow.com; william.gage@butlersnow.com; David Thomas <DThomas@tcspllc.com>
**Cc:** Bryan Aylstock <BAylstock@awkolaw.com>; Renee Baggett <RBaggett@awkolaw.com>; tcartmell@wcllp.com
**Subject:** TVM Ethicon Wave 5 - Plaintiff General Expert Reports

Good afternoon,

Below is a Dropbox link to the general expert reports for Wave 5:

https://www.dropbox.com/sh/o7o0x2f3xikoags/AADJFjzH9gQWwhZwyyj628bOa?dl=0

I am attaching the certificate of service and the list of all experts with their contact information and the exhibit A which details which products they provided a report on.

Feel free to let us know if you have any questions or any problems opening the attachments/DB link.

Thanks,

Bets

| | |
|---|---|
| **Betsy D. Williams on behalf of Bryan Aylstock** <br> Executive Assistant to Bryan Aylstock <br> Aylstock, Witkin, Kreis & Overholtz | 17 E. Main Street, Suite 200 <br> Pensacola, FL 32502 <br> Phone: (850) 202-1010 <br> Direct Dial: (850) 266-2971 <br> Toll Free: (888) 255-AWKO (2956) <br> Facsimile: (850) 916-7449 <br> Email: bwilliams@awkolaw.com |

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.