**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>_____<br>THIS DOCUMENT RELATES TO:<br><br>ALL ETHICON WAVE 5 CASES<br><br>*Virginia L. DuBois*<br>*2:12-cv-08070* | **Master File No. 2:12-MD-02327**<br>**MDL No. 2327**<br><br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

**UNOPPOSED MOTION FOR A FOURTEEN-DAY EXTENSION**
**OF TIME IN WHICH TO FILE ANY GENERAL *DAUBERT* MOTION**
**RELATED TO DEFENSE EXPERT ADAM STEINBERG**

Plaintiffs respectfully move this Court for an order of an extension of time in which to file any general *Daubert* motion against Ethicon's expert Dr. Adam Steinberg in the above captioned case.  Dr. Steinberg has been designated as a general expert in the case listed in the caption for the first time since the beginning of the Wave process. Due to scheduling conflicts between Plaintiffs' counsel, defense counsel, and the witness, this deposition has to be scheduled outside of the discovery cutoff. The plaintiffs request/propose to schedule Dr. Steinberg's deposition on August 1, 2017, and Plaintiffs filed and served their deposition notice reflecting the date.  As a result in these scheduling delays – none of which were intentionally caused by the parties or witness – the parties have agreed to amend the deadlines to file motions to exclude and/or limit the opinions of Ethicon's expert Dr. Steinberg as follows:

*Daubert* motion:

- Initial filings due August 29, 2017

- Responses due September 12, 2017

- Replies due September 19, 2017

Plaintiffs are not seeking these extensions for reason of delay or for any other improper purpose but, rather, only seek these extensions in good faith to accommodate Ethicon and its experts.

WHEREFORE, Plaintiffs request that the Court grant the requested extensions, moving the due dates to the dates listed above.

Dated: July 25, 2017                    Respectfully submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com


/s/Thomas P. Cartmell
Thomas P. Cartmell, Esq.
Jeffrey M. Kuntz, Esp.
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed the foregoing document on July 25, 2017, using the Court's

CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.


/s/Bryan F. Aylstock
**Attorney for Plaintiffs**