IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
　　　　PELVIC SUPPORT SYSTEMS
　　　　PRODUCTS LIABILITY LITIGATION

MDL 2327

THIS DOCUMENT RELATES TO THE
CASE(S) IN THE EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit, the plaintiffs and Ethicon, Inc., Johnson and Johnson, Tissue Science Laboratories Limited,[1] Sofradim Production,[2] Covidien LP,[3] Boston Scientific Corporation, Cook Incorporated, Cook Biotech, Inc. and Cook Medical, Inc. to the extent they are named as Defendants, (collectively referred to as

---

[1] Tissue Science Laboratories Limited includes any incorrect or incomplete spellings of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

[2] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant, including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production, SAS.

[3] Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc., Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien Trevoux, SCS, Covidien plc, Covidien, Inc., Covidien, LLC, and Covidien, PLC, Tyco Healthcare Group LP, TYCO Healthcare, Tyco Healthcare Group, L.P., Tyco International Ltd, United States Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, International Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek, USA, Inc., Medtronic USA, Inc., Medtronic, Inc. and Medtronic, Inc.

"Defendants") have agreed to a settlement model with regard to Defendants. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

    1.    All discovery deadlines are continued until further order of the Court.

    2.    That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

    3.    Plaintiffs and Defendants may submit an agreed order of dismissal with prejudice on or before October 31, 2017; if settlements are not finalized and dismissal orders are not submitted by October 31, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendants are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A. The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from the plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 4043.

s/ P. Leigh O'Dell
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P. O. Box. 4160
Montgomery, AL  36103
334-269-2343
leigh.odell@beasleyallen.com
*Counsel for Plaintiffs*

s/ Christy D. Jones
Christy D. Jones
BUTLER SNOW LLP
P.O. Box 6010
Ridgeland, MS  39158
601-948-5711
christy.jones@butlersnow.com
*Counsel for Ethicon Defendants*

s/ Jon A. Strongman
Robert T. Adams
Jon A. Strongman
Shook, Hardy & Bacon, L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550
rtadams@shb.com
jstrongman@shb.com
Counsel for *Boston Scientific Corporation*

s/ Deborah A. Moeller
DEBORAH A. MOELLER
Shook Hardy Bacon
2555 Grand Boulevard
Kansas City, MO  64108
(816) 474-6550
Counsel for *Covidien Entities*

s/ Douglas B. King,
Douglas B. King,
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: (317) 639-6151
Fax: (317) 639-6444
Doug.King@WoodenMcLaughlin.com

*Counsel for Cook Incorporated, Cook Biotech, Inc.*
*and Cook Medical, Inc.*

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**Exhibit A - Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.**

| Case Number | Plaintiff | | Defendant |
|---|---|---|---|
| 2:12-cv-00337 | Wolfe | v. | Ethicon, Inc. |
| 2:12-cv-00711 | Harris | v. | Ethicon, Inc. et al |
| 2:12-cv-00787 | Joplin | v. | Ethicon, Inc. et al |
| 2:12-cv-01788 | McFarland et al | v. | Ethicon, Inc. et al |
| 2:12-cv-01845 | Adams | v. | Ethicon, Inc. et al |
| 2:12-cv-02741 | Bell et al | v. | Ethicon, Inc. et al |
| 2:12-cv-02816 | Guidry | v. | Ethicon, Inc. et al |
| 2:12-cv-04258 | Sullivan | v. | Ethicon, Inc. et al |
| 2:12-cv-04989 | Nelson et al | v. | Ethicon, Inc. et al |
| 2:12-cv-05435 | Carter et al | v. | Ethicon, Inc. et al |
| 2:12-cv-05703 | Gray | v. | Ethicon, Inc. et al |
| 2:12-cv-06275 | Manning et al | v. | Ethicon, Inc. et al |
| 2:12-cv-08595 | Crom et al | v. | Ethicon, Inc. et al |
| 2:12-cv-08747 | Templeton et al | v. | Ethicon, Inc. et al |
| 2:12-cv-09291 | Smith | v. | Ethicon, Inc. et al |
| 2:12-cv-09799 | Hunt | v. | Ethicon, Inc. et al |
| 2:13-cv-01883 | Brewer et al | v. | Ethicon, Inc. et al |
| 2:13-cv-02643 | Edlin et al | v. | Ethicon, Inc. et al |
| 2:13-cv-04055 | Spell et al | v. | Ethicon, Inc. et al |
| 2:13-cv-04057 | Tillman | v. | Ethicon, Inc. et al |
| ~~2:13-cv-04637~~ | ~~Ellis et al~~ | ~~v.~~ | ~~Ethicon, Inc. et al~~ |
| ~~2:13-cv-06424~~ | ~~Davis~~ | ~~v.~~ | ~~Ethicon, Inc. et al~~ |
| 2:13-cv-06505 | Burke et al | v. | Johnson & Johnson et al |
| 2:13-cv-09910 | Blevins et al | v. | Ethicon, Inc. et al |
| 2:13-cv-11157 | Tijerina et al | v. | Ethicon, Inc. et al |
| 2:13-cv-11396 | Owens | v. | Ethicon, Inc. et al |
| ~~2:13-cv-11916~~ | ~~Reeves~~ | ~~v.~~ | ~~Ethicon, Inc. et al~~ |
| ~~2:13-cv-12897~~ | ~~Ryals~~ | ~~v.~~ | ~~Ethicon, Inc. et al~~ |
| 2:13-cv-14065 | Pittsley et al | v. | Ethicon, Inc. et al |
| ~~2:13-cv-14106~~ | ~~Sitten et al~~ | ~~v.~~ | ~~Johnson & Johnson et al~~ |
| 2:13-cv-17584 | Clark | v. | Ethicon, Inc. et al |
| 2:13-cv-17600 | Ross et al | v. | Ethicon, Inc. et al |
| 2:13-cv-17649 | Wells | v. | Ethicon, Inc. et al |
| 2:13-cv-20906 | Barrett et al | v. | Johnson & Johnson et al |
| ~~2:13-cv-21066~~ | ~~Ramesy~~ | ~~v.~~ | ~~Ethicon, Inc. et al~~ |
| ~~2:13-cv-21105~~ | ~~Wagnon~~ | ~~v.~~ | ~~Ethicon, Inc. et al~~ |
| 2:13-cv-21106 | Hymas et al | v. | Ethicon, Inc. et al |
| 2:13-cv-21109 | Randolph | v. | Ethicon, Inc. et al |
| 2:13-cv-21167 | Potts et al | v. | Johnson & Johnson et al |
| ~~2:13-cv-21689~~ | ~~Yandell et al~~ | ~~v.~~ | ~~Ethicon, Inc. et al~~ |
| 2:13-cv-21926 | Webb | v. | Ethicon, Inc. et al |
| 2:13-cv-22092 | Hird et al | v. | Ethicon, Inc. et al |
| 2:13-cv-23063 | Henry et al | v. | Ethicon, Inc. et al |
| 2:13-cv-25783 | Robetson et al | v. | Ethicon, Inc. et al |
| 2:13-cv-27325 | Sherrill | v. | Ethicon, Inc. et al |

| | | |
|---|---|---|
| ~~2:13-cv-30017~~ | ~~Jones et al~~ | ~~v.  Ethicon, Inc. et al~~ |
| 2:13-cv-30368 | Ernst et al | v.  Ethicon, Inc. et al |
| 2:14-cv-00324 | Gilbert | v.  Ethicon, Inc. et al |
| 2:14-cv-00326 | Glenn | v.  Ethicon, Inc. et al |
| 2:14-cv-00464 | Ryan et al | v.  Ethicon, Inc. et al |
| 2:14-cv-07096 | Cobb et al | v.  Ethicon, Inc. et al |
| 2:14-cv-11623 | Romine | v.  Ethicon, Inc. et al |
| 2:14-cv-12816 | Solis | v.  Ethicon, Inc. et al |
| 2:14-cv-13343 | Ford et al | v.  Ethicon, Inc. et al |
| 2:14-cv-14691 | Matthews et al | v.  Ethicon, Inc. et al |
| 2:14-cv-16969 | Clark | v.  Ethicon, Inc. et al |
| 2:14-cv-20369 | O'Connor | v.  Ethicon, Inc. et al |
| 2:14-cv-22721 | Vela | v.  Ethicon, Inc. et al |
| 2:14-cv-26238 | Daugherty et al | v.  Ethicon, Inc. et al |
| 2:14-cv-26798 | Cannon et al | v.  Ethicon, Inc. et al |
| 2:15-cv-03436 | Quesada et al | v.  Ethicon, Inc. et al |
| 2:15-cv-04816 | Thompson | v.  Ethicon, Inc. et al |
| 2:15-cv-07512 | Vick | v.  Ethicon, Inc. et al |
| 2:15-cv-07545 | Waddill | v.  Ethicon, Inc. et al |
| 2:15-cv-07693 | Winings | v.  Ethicon, Inc. et al |
| 2:15-cv-08696 | Walker et al | v.  Ethicon, Inc. et al |
| 2:15-cv-11348 | Robinson et al | v.  Johnson & Johnson et al |
| 2:15-cv-11875 | Stevens | v.  Ethicon, Inc. et al |
| 2:15-cv-12356 | Ponzoa | v.  Ethicon, Inc. et al |
| 2:15-cv-13123 | Pezikian | v.  Ethicon, Inc. et al |
| 2:15-cv-16188 | McSpadden | v.  Ethicon, Inc. et al |
| 2:15-cv-16615 | Harris | v.  Ethicon, Inc. et al |
| 2:16-cv-01204 | Collins | v.  Ethicon, Inc. et al |
| 2:16-cv-01921 | Griffith et al | v.  Ethicon, Inc. et al |
| 2:16-cv-04335 | Pate-Hancock | v.  Ethicon, Inc. et al |
| 2:16-cv-05804 | Lawley et al | v.  Johnson & Johnson et al |
| 2:16-cv-06107 | Saani | v.  Ethicon, Inc. et al |
| 2:16-cv-06115 | Simpson | v.  Ethicon, Inc. et al |
| 2:16-cv-06464 | Taylor et al | v.  Johnson & Johnson et al |
| 2:16-cv-07504 | Shelton et al | v.  Ethicon, Inc. et al |