IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEMS                              MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:

*Garde, et al. v. Ethicon, Inc., et al.*                      Civil Action No. 2:13-cv-13223

O R D E R

On April 28, 2017, the parties entered into a Joint Stipulation of Dismissal with Prejudice Pursuant to Rule 41 [ECF No. 10]. In the Stipulation, the parties dismiss defendants Ethicon Inc., Ethicon, LLC, and Johnson & Johnson ("Ethicon"). Pursuant to the Short Form Complaint [ECF No. 1], the remaining defendant is Boston Scientific Corporation. The Joint Stipulation of Dismissal of the Ethicon defendants improperly leaves this case in the Ethicon MDL, 2:12-md-2327 ("MDL 2327") without a defendant from the 2327 MDL.

The court **ORDERS** that Ethicon Inc., Ethicon, LLC, and Johnson & Johnson are **DISMISSED with prejudice**. The court further **ORDERS**, sua sponte the following: because the Ethicon defendants are no longer named defendants in this member case, this civil action is transferred from MDL 2327 to *In re: Boston Scientific Corp., Pelvic Repair Systems Products Liability Litigation*, 2:12-md-2326 ("MDL 2326"). The Clerk is **DIRECTED** to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL 2326.

The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 28, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE