**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE:  ETHICON, INC.,
          PELVIC REPAIR SYSTEMS                  MDL NO.  2327
          PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Thompson v. Ethicon, Inc., et al.*             *Civil Action No. 2:13-cv-13197*

O R D E R

On April 28, 2017, the plaintiffs and defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson ("Ethicon") entered into a Joint Stipulation of Dismissal with Prejudice Pursuant to Rule 41 [ECF No. 12]. In the Stipulation, the parties dismiss the Ethicon defendants with prejudice. Pursuant to the Short Form Complaint [ECF No. 1], the remaining defendants are C. R. Bard, Inc., and Tissue Science Laboratories Limited. The Joint Stipulation of Dismissal of the Ethicon defendants improperly leaves this case in the Ethicon MDL, 2:12-md-2327 ("MDL 2327") without a defendant from the 2327 MDL.

The court **ORDERS** that Ethicon Inc., Ethicon, LLC, and Johnson & Johnson are **DISMISSED with prejudice**. The court further **ORDERS**, sua sponte the following: because the Ethicon defendants are no longer named defendants in this member case, this civil action is transferred from MDL 2327 to *In re: C. R. Bard, Inc., Pelvic Repair Systems Products Liability Litigation*, 2:10-md-2187 ("MDL 2187").  The Clerk is **DIRECTED** to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL 2187.

The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  July 28, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE