## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
        PELVIC REPAIR SYSTEMS                     MDL NO.  2327
        PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Coker, et al. v. Ethicon, Inc., et al.*                *Civil Action No. 2:12-cv-05242*

### O R D E R

On April 28, 2017, the plaintiffs and defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson (collectively "Ethicon") entered into a Joint Stipulation of Dismissal with Prejudice Pursuant to Rule 41 [ECF No. 19]. In the Stipulation, the parties dismiss the Ethicon defendants with prejudice. Pursuant to the Short Form Complaint [ECF No. 1], the remaining defendants are C. R. Bard, Inc., and Tissue Science Laboratories Limited. The Joint Stipulation of Dismissal of the Ethicon defendants improperly leaves this case in the Ethicon MDL, 2:12-md-2327 ("MDL 2327") without a defendant from the 2327 MDL.

The court **ORDERS** that Ethicon Inc., Ethicon, LLC, and Johnson & Johnson are **DISMISSED with prejudice**. The court further **ORDERS**, sua sponte the following: because the Ethicon defendants are no longer named defendants in this member case, this civil action is transferred from MDL 2327 to *In re: C. R. Bard, Inc., Pelvic Repair Systems Products Liability Litigation*, 2:10-md-2187 ("MDL 2187").  The Clerk is **DIRECTED** to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL 2187.

The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  July 28, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE