IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                              MDL 2327
_____
THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Defendants Covidien Entities Only with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3975], is a Joint Motion to Dismiss Certain Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, Sofradim Production SAS,[1] Tissue Science Laboratories Limited,[2] and Covidien LP[3] (collectively the "Covidien entities"), to the extent they are named as Defendants. The parties are seeking dismissal of the Covidien entities from this action with prejudice because all claims between them have been

---

[1] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant, including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production, SAS

[2] Tissue Science Laboratories Limited includes any incorrect or incomplete spellings of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

[3] Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc., Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien Trevoux, SCS, Covidien plc, Covidien, Inc., Covidien, LLC, and Covidien, PLC, Tyco Healthcare Group LP, TYCO Healthcare, Tyco Healthcare Group, L.P., Tyco International Ltd, United States Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, Medtronic International Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., USA, Inc., Medtronic USA, Inc., Medtronic, Inc. and Medtronic,Inc.

compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in this action and plaintiffs will continue to prosecute this action against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Certain Defendants with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to dismiss the Covidien entities, where named, and to file a copy of this order in 2:12-md-2327 and in the individual case listed on the attached Exhibit A.

ENTER: July 31, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – ANDREWS & THORNTON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-17224 | Gaskins, Kathy and Gary |

8123423 v1