# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS DEFENDANT
## C.R. BARD, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and Defendant C.R. Bard, Inc. ("Bard") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard as a defendant in these actions with prejudice, and terminate Bard from the docket in the actions, parties to bear their own costs. Other Defendants remain in these actions, and Plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000

*Attorney for Defendant C.R. Bard, Inc.*

/s/ Lee B. Balefsky
Lee B. Balefsky, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
(215) 772-1000

*Attorney for Plaintiffs on Exhibit A*


Dated: July 31, 2017

**EXHIBIT A – KLINE & SPECTER, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-08263 | Lettie Jane Barnwell and Ralph Barnwell v. C.R. Bard, Inc., et al. |
| 2:13-cv-08727 | Helen Boyd and Fred Boyd v. C.R. Bard, Inc., et al. |
| 2:15-cv-11333 | Vanessa Dates v. C.R. Bard, Inc., et al. |

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Richard B. North, Jr.