IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |

------------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

JOSEPH R. GOODWIN
U.S. DISTRICT JUDGE

### NOTICE CHANGE OF ADDRESS

**Please take notice, Plaintiff** Glenda Neuhaus, by and through her undersigned counsel, respectfully moves this Court for entry of an Order updating my firm's address in MDL No. 2327. This notice applies to attorney S. Everett Pepper.

Effective immediately, Pepper & Odom, P.C. has relocated to:

> PEPPER & ODOM, P.C.
> 460 BRIARWOOD DRIVE
> SUITE 420
> JACKSON, MISSISSIPPI 39206
> TELEPHONE: (601) 202-1111
> FACSIMILE: (888) 456-2160

Accordingly, Plaintiff respectfully requests the Court enter an Order updating the address for the aforementioned Pepper & Odom, P.C attorney in MDL No 2327.

1

Dated: July 31, 2017                              */s/ S. Everett Pepper*

                                                              S. Everett Pepper MB# 103984
PEPPER & ODOM, P.C.
460 Briarwood Dr. Ste. 420
Jackson, MS 39206
Phone: (601) 202-1111
Facsimile: (888) 456-2160
Email: everett@pepperodom.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in MDL.

BY: */s/ S. Everett Pepper*