# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE:    ETHICON, INC.,
         PELVIC REPAIR SYSTEM
         PRODUCTS LIABILITY LITIGATION          MDL No. 2327

-----------------------------------------------------------

THIS DOCUMENT RELATES TO THE CASES LISTED ON EXHIBIT A

**PRETRIAL ORDER # 266**
**(Re: Order Dismissing Ethicon, LLC in Cases Listed on Exhibit A)**

Pursuant to PTO # 117, the Court granted Plaintiffs' Motion to Amend First Amended Master Long Form Complaint and Jury Demand and Amended Master Short Form Complaint [ECF No. 886] to the extent it sought to remove defendant Ethicon, LLC from the Master Long Form Complaint and Amended Short Form Complaint. After the date of PTO # 117, Ethicon, LLC was removed from the Short Form Complaint and Amended Short Form Complaints in all MDLs. PTO #117 further provided that the Court would initiate a show cause process regarding Ethicon, LLC in cases filed prior to the date of the Order.

The cases identified as part of Wave discovery and included in the attached Exhibit A all pre-date PTO # 117 and name Ethicon, LLC as a defendant. The parties have agreed to dismiss Ethicon, LLC without prejudice from these cases.

The Court **ORDERS** that Ethicon, LLC shall be dismissed without prejudice from each case identified on Exhibit A.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in each of the cases listed on Exhibit A. In cases subsequently filed in this district after 2:17-cv-03308, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to

this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: August 1, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

| Case | Member# |
|---|---|
| Holland, Amy & Brent | 2:12-cv-00256 |
| Jackson, Doris Chappell | 2:12-cv-00265 |
| Garnett, Quillan R. | 2:12-cv-00286 |
| Shively, Teri Key & Johnny | 2:12-cv-00379 |
| Kilday, Mary Luellen & Tom Lawrence | 2:12-cv-00387 |
| Swaney, Janice Renne | 2:12-cv-00389 |
| Free, Pamela | 2:12-cv-00423 |
| Gray-Wheeler, Pamela & Stan | 2:12-cv-00455 |
| Gonzales, Amelia R. & Ernest B. | 2:12-cv-00468 |
| Freeman, Shirley & William | 2:12-cv-00490 |
| Young, Gwendolyn T. | 2:12-cv-00491 |
| Saurino, Penelope Ann Link & Dan Richard | 2:12-cv-00494 |
| Chandlee, Andrea Carol & Mark Thomas, Sr. | 2:12-cv-00495 |
| Moreland, Sonya & James | 2:12-cv-00496 |
| Johnson, Myndal | 2:12-cv-00498 |
| Newman, Martha & Stuart | 2:12-cv-00506 |
| Williams, Nancy | 2:12-cv-00511 |
| Conti, Patricia | 2:12-cv-00516 |
| Lehman, Joann | 2:12-cv-00517 |
| Fuller, Ann Louise Rupple & Robert Dean | 2:12-cv-00539 |
| Schachtman, Rhoda | 2:12-cv-00548 |
| Doyle, Carolyn Sue | 2:12-cv-00555 |
| Kivel, Beverly | 2:12-cv-00591 |
| Cortez, Frances & Herman | 2:12-cv-00594 |
| Stone, Maria C. & Mark A. | 2:12-cv-00652 |
| Ruebel, Ana | 2:12-cv-00663 |
| Stout, Teresa D. & Ricky J. | 2:12-cv-00669 |
| Stevens, Lisa & Henry | 2:12-cv-00679 |
| Grabowski, Louise | 2:12-cv-00683 |
| Daniell, Karen & Thomas | 2:12-cv-00736 |
| Harter, Beth & Stuart | 2:12-cv-00737 |
| Scholl, Sheri & Gary | 2:12-cv-00738 |

| | |
|---|---|
| Van Rensburg, Jennifer D. & Willem | 2:12-cv-00749 |
| Woolsey, Dee & Michael | 2:12-cv-00756 |
| Bridges, Barbara Jane & Keith | 2:12-cv-00757 |
| Matott, Diane & Robert | 2:12-cv-00759 |
| Durham, Lois & Gerald | 2:12-cv-00760 |
| Vignos-Ware, Barbara J. & Gary L. | 2:12-cv-00761 |
| Jones, Janet | 2:12-cv-00762 |
| Garnto, Kimberly | 2:12-cv-00766 |
| Burnham, Kimberly T. | 2:12-cv-00769 |
| Minniefield, Harmony | 2:12-cv-00772 |
| Patterson, Tina & Keith | 2:12-cv-00773 |
| McBrayer, Dee & Timothy | 2:12-cv-00779 |
| Naga ns, Wendy | 2:12-cv-00783 |
| Morrison, Angela & Bradley | 2:12-cv-00800 |
| Sweeney, Mary Lee & Melvin | 2:12-cv-00807 |
| Zoltowski, Donna & Mark | 2:12-cv-00811 |
| Stubblefield, Margaret | 2:12-cv-00842 |
| Raines, Alma P. & Robert E. | 2:12-cv-00846 |
| Ballard, Ramona & Larry | 2:12-cv-00854 |
| Massicot, Barbara | 2:12-cv-00856 |
| Smith, Janet & Randy | 2:12-cv-00861 |
| Nolan, Edith | 2:12-cv-00864 |
| Rock, Victoria | 2:12-cv-00867 |
| Walker, Shirley & Roosevelt | 2:12-cv-00873 |
| Holzerland, Mary & Darin | 2:12-cv-00875 |
| Hoy, Lois & Robert | 2:12-cv-00876 |
| Massey, Donna & Charles | 2:12-cv-00880 |
| Wroble, Julie & Jerry | 2:12-cv-00883 |
| Bruhn, Judith & James | 2:12-cv-00888 |
| Barker, Daphne & Gary | 2:12-cv-00899 |
| Atemnkeng, Natasha & Peter | 2:12-cv-00923 |
| Collins, Fran Denise | 2:12-cv-00931 |
| Justus, Joyce | 2:12-cv-00956 |
| Funderburke, Betty | 2:12-cv-00957 |

| | |
|---|---|
| Blake, Bonnie & Larry Miketey | 2:12-cv-00995 |
| Ruiz, Patricia | 2:12-cv-01021 |
| Burkhart, Denise | 2:12-cv-01023 |
| Babcock, Marty | 2:12-cv-01052 |
| Schnering, Debra A. & Donald, Sr. | 2:12-cv-01071 |
| Wheeler, Rebecca & David | 2:12-cv-01088 |
| Wright, Thelma | 2:12-cv-01090 |
| Rhynehart, Penny | 2:12-cv-01119 |
| Guinn, Susan | 2:12-cv-01121 |
| Daino, Constance & Anthony | 2:12-cv-01145 |
| Freitas, Monica & Kenneth | 2:12-cv-01146 |
| Sacchetti, Denise | 2:12-cv-01148 |
| Smith, Cindy | 2:12-cv-01149 |
| Warmack, Roberta & Thomas | 2:12-cv-01150 |
| Waynick, Laura & David | 2:12-cv-01151 |
| Phelps, Patti Ann & James | 2:12-cv-01171 |
| Pangborn, Stacey | 2:12-cv-01198 |
| Thompson, Lisa & Roger | 2:12-cv-01199 |
| Adams, Joan | 2:12-cv-01203 |
| Holmes, Jeanie & Michael | 2:12-cv-01206 |
| Wiltgen, Christine & Mark S. | 2:12-cv-01216 |
| Evans, Ida Deanne | 2:12-cv-01225 |
| Colonna, Janice | 2:12-cv-01274 |
| | |
| Long, Heather | 2:12-cv-01275 |
| Nix, Cynthia | 2:12-cv-01278 |
| Bertoni, Helen M. & Richard Edward | 2:12-cv-01279 |
| Simpson, Mary Jean & Greg Allen | 2:12-cv-01285 |
| Herrera-Nevarez, Rocio | 2:12-cv-01294 |
| Lager, Kimberly Diane | 2:12-cv-01305 |
| Ridgley, Melissa & Eric | 2:12-cv-01311 |