**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE
ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-B and defendant American
Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all
claims between them in these actions, including all counterclaims, cross-claims and third party
claims.   Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant
in these actions with prejudice, and terminate AMS from the docket in these actions, parties to
bear their own costs.  Other defendants remain in these actions, and plaintiffs will continue to
pursue their actions against them.

Respectfully:

/s/ Barbara Binis                          /s/ Erik W. Legg
Barbara Binis                              Erik W. Legg
REED SMITH                                 FARRELL WHITE & LEGG
Three Logan Square, Suite 3100             P. O. Box 6457
1717 Arch Street                           Huntington, WV 25772-6457
Philadelphia, PA 19103                     304.522.9100 (phone)
215.851.8100 (phone)                       304.522.9162 (fax)
215.851.1420 (fax)                         EWL@farrell3.com
bbinis@reedsmith.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Lee B. Balefsky
Lee B. Balefsky
KLINE & SPECTER
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
215.772.1000 (phone)
215.735.0960 (fax)
Lee.Balefsky@Klinespecter.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Everette S. Verhine
Everette S. Verhine
VERHINE & VERHINE
1013 Adams Street
Vicksburg, MS 39183
601.636.0791 (phone)
601.636.2718 (fax)
scott@verhine.biz
*Attorney for Plaintiffs on Exhibit B*

Dated:  August 1, 2017

## EXHIBIT A – KLINE & SPECTER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-01698 | Ida Vonach, Leland Vonach v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT B – VERHINE & VERHINE**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-11411 | Soccoro R. Steele, John Steele v. Ethicon, Inc.,  Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.


/s/ Barbara R. Binis