IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                     MDL NO. 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

ORDER
(Dismissing Certain Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3929], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibits A-B, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibits A-B are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-B.

ENTER: August 1, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-27763 | Carol Matts and Kenneth Matts v. Ethicon, Inc., et al |
| 2:13-cv-01453 | Christina F. Spann and James D. Spann v. Ethicon, Inc., et al. |
| 2:13-cv-06092 | Janice M. Vernon-Parris & Vincent Parris v. Ethicon, Inc., et al. |
| 2:13-cv-06157 | Maria Goretti Areas and Maximo Areas v. Ethicon, Inc., et al. |
| 2:14-cv-00567 | Joanne H. Davis and Samuel D. Davis v. Ethicon, Inc., et al. |
| 2:14-cv-03195 | Sandra Denise Smith and Gary Smith v. Ethicon, Inc., et al. |
| 2:14-cv-04434 | Glenda K. Ashford v. Ethicon, Inc., et al. |
| 2:14-cv-04465 | Catherine Ennis v. Ethicon, Inc., et al. |
| 2:14-cv-04484 | Barbara J. Hoffman and John Hoffman v. Ethicon, Inc., et al. |
| 2:14-cv-04837 | Ursula J. Sullivan and Martin Sullivan v. Ethicon, Inc., et al. |
| 2:14-cv-14270 | Frances Correa and Daniel M. Infante v. Ethicon, Inc., et al. |
| 2:14-cv-11571 | Alice Sissom v. Ethicon, Inc., et al. |
| 2:14-cv-04811 | Virginia Allene Moorehead v. Ethicon, Inc., et al. |

**EXHIBIT B – BBGA/OFFICE OF JOSEPH A. ERMETI**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-01428 | Ronnie Frank v. Ethicon, Inc., et al |