IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3938], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER:  August 1, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-00051 | Ruth E. Frescott<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-02868 | Ruby L. Kean<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-05501 | Elizabeth Sallee Nagle<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-06021 | Angela C. Lofton<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-10695 | Brenda K. Jones and Larry J. Jones<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-24494 | Joan L. Christopher and Stanley Christopher<br>v.<br>Ethicon, Inc., et al. |
| 2:13-cv-31581 | Mara B. Mooney and James Mooney, Jr.<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-04802 | Penny E. McLoud and James T. McLoud<br>v.<br>Ethicon, Inc., et al. |
| 2:14-cv-18514 | Debra Ruis and Kirbi Lynch<br>v.<br>Ethicon, Inc., et al. |
| 2:16-cv-00580 | Cynthia N. Miller and Andrew Miller<br>v.<br>Ethicon Inc., et al. |