IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION          MDL 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE EXHIBIT(S) ATTACHED HERETO

AMENDED INACTIVE DOCKET ORDER
*(Amends Inactive Docket Order ECF No. 3236)*

Pending in MDL 2327, 2:12-cv-2327 [ECF No. 4080 ] is a Joint Proposed Amended Inactive Docket Order that would extend the deadline to submit joint motions of dismissal from July 1, 2017 to October 1, 2017 for those case(s) listed on the attached Exhibit(s) A.

After careful consideration, it is **ORDERED** that the Inactive Docket Order is amended for those cases listed on the attached Exhibit(s) A. It is further **ORDERED** that:

1. All discovery deadlines are continued until further order of the court.

2. The cases on the attached exhibit(s) that are currently on the inactive docket shall remain on the inactive docket.

3. The parties may submit an agreed order of dismissal with prejudice on or before October 1, 2017; if settlements are not finalized and dismissal orders are not submitted by October 1, 2017 then the court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiff(s) and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit(s) A. The Court will reinstate any case on the attached Exhibit(s) to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to a plaintiff(s) refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from the plaintiff explaining such refusal or inability.

The court **DIRECTS** the Clerk to file a copy of this order in MDL 2327, 2:12-md-2327 and in the individual case(s) listed on the attached Exhibit(s), and to refrain from adding an Inactive Docket Flag on any case that has a "Closed" flag only. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

Respectfully submitted,

/s/ Christy D. Jones
Christy D. Jones
BUTLER SNOW LLP
P.O. Box 6010
Ridgeland, MS 39158
601-948-5711
christy.jones@butlersnow.com

*Counsel for Defendants*

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## POTTS LAW FIRM EXHIBIT A

| Case No. | Plaintiff Last Name | Plaintiff First Name |
|---|---|---|
| 2:15-cv-05162 | Adams | Vonterance |
| 2:13-cv-20430 | Adkins | Barbara |
| 2:14-cv-20822 | Aguayo | Elizabeth |
| 2:13-cv-31486 | Akers | Tracie |
| 2:15-cv-13485 | Alberelli | Patricia |
| 2:15-cv-07930 | Alfieri | Clara |
| 2:15-cv-13320 | Alger | Linda |
| 2:15-cv-07342 | Allen | Tredida |
| 2:14-cv-16968 | Almsteadt | Linda |
| 2:13-cv-31429 | Anderson | Deanna E. |
| 2:14-cv-16970 | Anderson | Denise |
| 2:15-cv-10186 | Anderson | Heather Brook |
| 2:14-cv-20825 | Anderson | Janis |
| 2:15-cv-13486 | Anderson | Thelma Marie |
| 2:12-cv-05719 | Andreola | Carolyn L. |
| 2:15-cv-13452 | Argueta | Lesly |
| 2:14-cv-22687 | Arnold | Terri S. |
| 2:15-cv-12272 | Arntzen | Joyce F. |
| 2:13-cv-14735 | Askew | Jacqueline |
| 2:13-cv-31489 | Austin | Jannes G. |
| 2:14-cv-22696 | Bailey | Daisy |
| 2:13-cv-31493 | Bailey | Lisa |
| 2:14-cv-19049 | Bailey | Sarah |
| 2:12-cv-03599 | Bailey | Virginia |
| 2:12-cv-04263 | Baker | Amber |
| 2:13-cv-09595 | Baker | Estella |
| 2:14-cv-19997 | Baker | Sonya |
| 2:16-cv-02748 | Ballard | Barbara J. |
| 2:15-cv-13681 | Barclay | Karolyn Louise |
| 2:15-cv-03026 | Baril | Georgianna P. |
| 2:15-cv-15810 | Barnes | JoAnn |
| 2:14-cv-16252 | Barsotti | Teresa K. |
| 2:13-cv-01898 | Barstow | Rachel |
| 2:13-cv-31495 | Bates | Constance |
| 2:14-cv-22719 | Beaverson | Elizabeth |
| 2:15-cv-12273 | Beets | Lynn |
| 2:16-cv-03677 | Belt | Tammey |
| 2:15-cv-12839 | Belton | Mary Lillian |
| 2:15-cv-07989 | Bennett-Jimenez | Margaret |
| 2:14-cv-20826 | Besecker | Marlene R. |
| 2:14-cv-18231 | Bettendorf | Candace R. |
| 2:12-cv-03600 | Bible | Elizabeth |
| 2:15-cv-03458 | Bishop | Ola |

| | | |
|---|---|---|
| 2:13-cv-14589 | Blakely | JoAnn |
| 2:12-cv-02327 | Blankenship | Deborah |
| 2:14-cv-19050 | Blue | Gina |
| 2:12-cv-05244 | Boatman | Katherine |
| 2:14-cv-29137 | Bojarova | Lora |
| 2:14-cv-16971 | Boje | Diana |
| 2:13-cv-12822 | Boone | Carolyn |
| 2:15-cv-15811 | Boucher | Marie |
| 2:14-cv-16972 | Bousquet | Elaine |
| 2:13-cv-02982 | Bowling | Sharon |
| 2:14-cv-25150 | Box | Mae |
| 2:13-cv-31512 | Bradburn | Cynthia |
| 2:14-cv-16973 | Bradds | Kimberly |
| 2:14-cv-20827 | Bradley | Viola Marie |
| 2:14-cv-19051 | Bradshaw | Linda |
| 2:14-cv-20828 | Brake | Kristine L. |
| 2:14-cv-22768 | Brakenberry | Brenda Kay |
| 2:14-cv-22773 | Brandt | Donna |
| 2:14-cv-16679 | Brimlett | Felicia |
| 2:14-cv-19998 | Brown | Angela Patricia |
| 2:14-cv-20829 | Brown | Jamie Lyn |
| 2:12-cv-03525 | Broyles | Kathy |
| 2:14-cv-19052 | Bubert-Coffin | Kimberly |
| 2:15-cv-07156 | Buchanan | Kanda Lynn |
| 2:15-cv-11716 | Buckley | Melissa |
| 2:15-cv-09299 | Bullock | Dorothy |
| 2:15-cv-16132 | Burger | Wilma |
| 2:14-cv-20836 | Burkhart | Stephanie Marie |
| 2:15-cv-04417 | Bush | Katherine S. |
| 2:15-cv-14332 | Bushard-Albright | Sue |
| 2:15-cv-02463 | Buster | Laurie |
| 2:15-cv-03459 | Butler | Cynthia |
| 2:14-cv-20839 | Butler | Patsy Katherine |
| 2:14-cv-20886 | Callaway | Donna |
| 2:12-cv-01986 | Cambre | Terri L. |
| 2:13-cv-21086 | Cameron | Joyce |
| 2:14-cv-15943 | Capps | Phyllis J. |
| 2:13-cv-12578 | Carden | Sharon |
| 2:14-cv-16975 | Cardenas | Gloria |
| 2:16-cv-02123 | Carlstrom | Sarafina |
| 2:15-cv-06092 | Caron | Frances H. |
| 2:14-cv-16976 | Carpenter | Regina |
| 2:13-cv-33149 | Carreon | Martha |
| 2:14-cv-27405 | Carroll | Geraldine |
| 2:12-cv-02328 | Carroll | Tammy |
| 2:14-cv-19053 | Carter | Jennifer D. |

| | | |
|---|---|---|
| 2:14-cv-22787 | Cassady | Cynthia |
| 2:14-cv-22801 | Castrellon | Aura |
| 2:14-cv-16977 | Chapman | Alice |
| 2:15-cv-07346 | Chongway | Deborah |
| 2:15-cv-06093 | Christian | Nancy L. |
| 2:14-cv-16978 | Clark | April |
| 2:14-cv-20852 | Clark | Mary Ethel |
| 2:14-cv-20860 | Felicia | Felicia |
| 2:15-cv-15213 | Cochran | Joni |
| 2:14-cv-20899 | Cockrell | Jeannette S. |
| 2:14-cv-22819 | Coe | Barbara R. |
| 2:13-cv-15042 | Coffman | Connie |
| 2:12-cv-09230 | Coleman | Jeannette |
| 2:14-cv-20901 | Colitzas | Maribeth |
| 2:14-cv-25152 | Collins | Sandra Gail |
| 2:14-cv-15445 | Conley | Deane |
| 2:15-cv-07402 | Cooper | Carol Jenn |
| 2:14-cv-19054 | Cooper | Vera |
| 2:12-cv-05884 | Covington | Kathy E. |
| 2:12-cv-04265 | Cox | Beverly Ann |
| 2:14-cv-20924 | Crouch | Kimberly Jean |
| 2:15-cv-12607 | Cruz | Anna |
| 2:14-cv-19055 | Cruz | Juanita |
| 2:13-cv-01994 | Cruzado | Brunilda |
| 2:12-cv-01834 | Bishop | Cheryl L. Culp |
| 2:15-cv-06094 | Cunningham | Denise Ellen |
| 2:14-cv-29154 | Cusatis | Theresa |
| 2:15-cv-14334 | Darrow | Joyce |
| 2:14-cv-22849 | Davidov | Sveta |
| 2:15-cv-09532 | Davis | Betty J. |
| 2:15-cv-11227 | Davis | Carrie B. |
| 2:14-cv-20925 | Decator-Madison | Sheila |
| 2:12-cv-01985 | DeForrest | Patricia Ann |
| 2:14-cv-20927 | Delgado | Lydia S. |
| 2:14-cv-20930 | Denton | Alice Y. |
| 2:14-cv-16680 | Derosiers | Elizabeth |
| 2:12-cv-01979 | DeVoe | Debra |
| 2:15-cv-13997 | Dhom | Anne |
| 2:14-cv-22852 | Diaz | Elena |
| 2:15-cv-08488 | Dighlawi | Hiam |
| 2:14-cv-20933 | Dobbs | Susan |
| 2:16-cv-01786 | Downie | Janet Melanie |
| 2:15-cv-04418 | Drane | Laurie Ann |
| 2:15-cv-11238 | Duering | Roza |
| 2:15-cv-09633 | Dumond | Blanche |
| 2:15-cv-11229 | Dupree | Katherine I. |

5

| | | |
|---|---|---|
| 2:16-cv-02021 | Eden | Jerri |
| 2:13-cv-12423 | Ellington | Helen |
| 2:14-cv-20936 | Elliott | Carolyn J. |
| 2:12-cv-08968 | Erickson | Marcella M. |
| 2:12-cv-00277 | Essman | Joy |
| 2:14-cv-17607 | Estep | Jessie |
| 2:14-cv-20943 | Estes | Janice C.R. |
| 2:15-cv-16052 | Euliss | Randee sue |
| 2:12-cv-04664 | Everhart | Corene |
| 2:15-cv-02595 | Famous | Nancy |
| 2:15-cv-03460 | Farber | Elizabeth |
| 2:14-cv-22963 | Faron | Carol Ann |
| 2:15-cv-15664 | Farrell | Michelle |
| 2:15-cv-07990 | Fellows | Nikki Dawn |
| 2:12-cv-03571 | Fenwick | Doris |
| 2:12-cv-05653 | Ferguson | Loretta J. |
| 2:12-cv-02792 | Fisher | Constance |
| 2:15-cv-08493 | Flowers | Jennifer Gail |
| 2:14-cv-12599 | Fouraker | Carol |
| 2:15-cv-15395 | Fournier | Elaine |
| 2:14-cv-22969 | Avila | Ann Fraga |
| 2:15-cv-12401 | Frank | Stacey |
| 2:15-cv-11240 | Freed | Candy Lee |
| 2:16-cv-01678 | Froneberger | Eva |
| 2:14-cv-20969 | Galvan | Maudie |
| 2:15-cv-15168 | Gamble | Connie |
| 2:14-cv-16982 | Ganus | Karmen |
| 2:13-cv-12419 | Garcia | Lisa |
| 2:16-cv-00009 | Garrett | Shirley |
| 2:14-cv-20970 | Gialdi | Maria F. |
| 2:13-cv-14439 | Gibson | Melissa |
| 2:15-cv-12969 | Godi | Doris |
| 2:16-cv-03179 | Gonzales | Lyndia L. |
| 2:15-cv-07830 | Gottschalk | Linda |
| 2:13-cv-09406 | Gralewski | Betty |
| 2:15-cv-14089 | Graves | Pamela |
| 2:12-cv-01832 | Gray | Wanda J. |
| 2:14-cv-22976 | Griffis | Mary A. Griffis |
| 2:14-cv-20972 | Griffith | Andrea |
| 2:14-cv-10036 | Grimmett | Dela |
| 2:14-cv-20976 | Grindele | Elizabeth |
| 2:14-cv-22977 | Grunwaldt | Sandra Lee |
| 2:12-cv-03376 | Guigno | Lisa R. Guigno |
| 2:12-cv-01831 | Guy | Sheryl C. |
| 2:15-cv-13487 | Hackley | Kathleen |
| 2:14-cv-17616 | Hadges | Dawna |

| 2:13-cv-31433 | Halderman-Madden | Diane |
| --- | --- | --- |
| 2:14-cv-20980 | Ham | Dolores L. |
| 2:14-cv-22978 | Hamilton | Tammie |
| 2:16-cv-01564 | Hammond | Patricia |
| 2:15-cv-12976 | Hampton | Frances |
| 2:14-cv-19999 | Hanley | Wanda Gail |
| 2:15-cv-05519 | Hansen | Patricia |
| 2:12-cv-09487 | Harrell | Paula |
| 2:14-cv-19056 | Hart | Lana |
| 2:14-cv-20982 | Hartman | Betty A. |
| 2:13-cv-31500 | Hauseur | Deborah |
| 2:14-cv-20002 | Higgins | Sabrina |
| 2:12-cv-08972 | Miller-Delany | Jane I. |
| 2:14-cv-21149 | Taylor | Tiffany |
| 2:14-cv-21164 | Vespo | Kimberly |

37156394v1