IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                           MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3990], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice pursuant to Federal Rule of Civil Procedure 41(a). After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: August 3, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Civil Action Number (listed numerically in ascending order) | Last Name | First Name |
|---|---|---|
| 2:12-cv-03392 | Torres | Maria |
| 2:12-cv-03518 | Sorrels | Georgia |
| 2:12-cv-03534 | Silva | Mary |
| 2:12-cv-04160 | Shaffer | Karen |
| 2:12-cv-04383 | Ratliff | Connie (Sue) |
| 2:12-cv-04390 | Martin | Marcia |
| 2:12-cv-05070 | Boudreaux | Linda |
| 2:12-cv-06983 | Votocek | Anita O. |
| 2:12-cv-09387 | Ferch | Dawn |
| 2:12-cv-09523 | Andrews | Melissa S. |
| 2:12-cv-09528 | Dooley | Sheilah |
| 2:13-cv-00082 | Hutsell | Sherri |
| 2:13-cv-00564 | Brashear | Virginia |
| 2:13-cv-00567 | Calloway | Debra |
| 2:13-cv-00593 | Symons | Janet |
| 2:13-cv-01187 | Hartranft | Annette |
| 2:13-cv-01216 | Martin | Rebecca R. |
| 2:13-cv-01699 | Engle | Sherry |
| 2:13-cv-02031 | Borowski-Wasik | Deborah |
| 2:13-cv-02212 | Shepherd | Freda R. |
| 2:13-cv-02573 | Helton | Nyoka |
| 2:13-cv-02618 | Llewellyn | Margaret |
| 2:13-cv-02890 | Manuel | Jennifer |
| 2:13-cv-02893 | Williams | Leslie M. |
| 2:13-cv-02900 | Chambers | Ann |
| 2:13-cv-03203 | Cook | Tori |
| 2:13-cv-03540 | Fremow | Judy |
| 2:13-cv-03745 | Tate | Wendy |
| 2:13-cv-03847 | Griffith | Esther |
| 2:13-cv-03851 | Watkins | Theresa |
| 2:13-cv-03868 | Canada | Soundra |
| 2:13-cv-03897 | Frampton | Darby |
| 2:13-cv-04852 | Farmer | Christine |
| 2:13-cv-07904 | Russell | Jo Ann |
| 2:13-cv-09515 | Hardin | Sherry |
| 2:13-cv-09675 | Furey | Jeanette |

| | | |
|---|---|---|
| 2:13-cv-10254 | Tiemann | Sherrie M. |
| 2:13-cv-10263 | Gibson | Wilma J. |
| 2:13-cv-10412 | Brunner | Marion G. |
| 2:13-cv-10413 | Johnson | Vivian Dixie |
| 2:13-cv-10983 | Lyter | Mary J. |
| 2:13-cv-11546 | Combest | D'aun |
| 2:13-cv-11555 | Cobb | Linda F. |
| 2:13-cv-12135 | Cannon | Bendetta R. |
| 2:13-cv-12138 | Goering | Angela P. |
| 2:13-cv-12245 | Anderson | Diane |
| 2:13-cv-24372 | Ballard | Dorcas E. |
| 2:13-cv-24373 | Rincon | Diana |
| 2:13-cv-24600 | Danielson | Mary O. |
| 2:13-cv-24610 | Robinson | Maria E. |
| 2:13-cv-24612 | Spessato | Elsie D. |
| 2:13-cv-25188 | Fauber | Janet G. |
| 2:13-cv-25191 | Ford | Monika E. |
| 2:13-cv-25247 | Edmonds | Cynthia A. |
| 2:13-cv-25248 | Garringer | Marlene J. |
| 2:13-cv-25252 | Holmes | June E. |
| 2:13-cv-25255 | Lotz | Wilma J. |
| 2:13-cv-30419 | Ledesma | Elva |
| 2:13-cv-30519 | Alcorn | Barbara R. |
| 2:13-cv-30849 | Wilcox | Darla J. |
| 2:13-cv-30855 | Matheny | Sonya |
| 2:13-cv-30860 | Osmanski | Joann |
| 2:13-cv-31924 | Zimpfer | Patricia A. |
| 2:13-cv-32488 | Barnhart | Juanita H. |
| 2:13-cv-32737 | Pfeiffer | Elizabeth |
| 2:13-cv-32742 | Kline | Vicky J. |
| 2:13-cv-32750 | Roe-Dixon | Annette S. |
| 2:13-cv-32758 | Bauman | Anne T. |
| 2:14-cv-00294 | Hagins | Cynthia W. |
| 2:14-cv-00312 | Simmons | Joann M. |
| 2:14-cv-00315 | Spoors | Marie A. |
| 2:14-cv-01138 | Lopez | Leocadia |
| 2:14-cv-01228 | Hunt | Gloria A. |
| 2:14-cv-01230 | Thornton | Dorothy L. |
| 2:14-cv-02084 | Nowlin | Bonnie I. |

| | | |
|---|---|---|
| 2:14-cv-02117 | Dodrill | Geraldine M. |
| 2:14-cv-02119 | Funches | Liza A. |
| 2:14-cv-02123 | Kanzlemar | Kelly R. |
| 2:14-cv-02136 | Anthony | Brandy |
| 2:14-cv-02137 | Ruggs | Nancy G. |
| 2:14-cv-02185 | Downs | Libby A. |
| 2:14-cv-02189 | Dudley | Christine A. |
| 2:14-cv-02209 | Foxworth | Eva J. |
| 2:14-cv-02211 | Graves | Linda S. |
| 2:14-cv-02215 | Gurley | Deborah A. |
| 2:14-cv-02223 | Overby | Starlet |
| 2:14-cv-02229 | Robinson | Nancy A. |
| 2:14-cv-02404 | Dale | Pamela K. |
| 2:14-cv-02418 | Smith | Janet M. |
| 2:14-cv-02419 | Thorden | Kathryn Elizabeth |
| 2:14-cv-02420 | Wilson | Linda Ruth |
| 2:14-cv-02621 | Bauer | Emily J. |
| 2:14-cv-02622 | Bradley | Amanda A. |
| 2:14-cv-02654 | Stoudemire | Coretta A. |
| 2:14-cv-03974 | Einikis | Mary L. |
| 2:14-cv-03975 | Maddox | Kathleen G. |
| 2:14-cv-03979 | Miller | Sharon F. |
| 2:14-cv-03984 | Roff | Dorothy |
| 2:14-cv-03990 | Vermeulen | Ellen L. |
| 2:14-cv-03992 | Watson | Beverly K. |
| 2:14-cv-04017 | Dakon | Sandra M. |
| 2:14-cv-04029 | Lester | Bonnie S. |
| 2:14-cv-04045 | Schrock | Linda K. |
| 2:14-cv-04046 | Thomas | Mary B. |
| 2:14-cv-04294 | Amerson | Carol E. |
| 2:14-cv-04296 | Bauta | Diane B. |
| 2:14-cv-04300 | Curtis | Carole H. |
| 2:14-cv-04305 | Hull | Florinda |
| 2:14-cv-04314 | Ruddy | Catherine A. |
| 2:14-cv-04320 | Schlarb | Violet M. |
| 2:14-cv-04324 | Sellers | Valeria Melton |
| 2:14-cv-04326 | Skelton | Linda S. |
| 2:14-cv-04328 | Sumlin | Sheila M. |
| 2:14-cv-04859 | Baird | Margaret J. |

| | | |
|---|---|---|
| 2:14-cv-04884 | Moore | Elizabeth A. |
| 2:14-cv-04914 | Smith | Janice G. |
| 2:14-cv-04919 | Stafford | Michele A. |
| 2:14-cv-04922 | Wages | Del F. |
| 2:14-cv-05626 | Casebeer | Patricia |
| 2:14-cv-05683 | Carty | Margaret A. |
| 2:14-cv-05700 | Gossett | Joyce A. |
| 2:14-cv-05711 | Price | Elnora J. |
| 2:14-cv-05714 | Roberts | Irene |
| 2:14-cv-05740 | Wilder | Fannie V. |
| 2:14-cv-06285 | Beaty | Judy |
| 2:14-cv-06298 | Faulkner | Judy |
| 2:14-cv-06311 | Hamby | Loeva |
| 2:14-cv-06334 | Horn | Carolynn P. |
| 2:14-cv-06337 | Jackson | Patsy A. |
| 2:14-cv-06344 | Kowalsky | Shyla R. |
| 2:14-cv-06354 | Mask | Shirley Annette |
| 2:14-cv-06395 | Wilson | Tammy A. |
| 2:14-cv-06643 | Anaya | Marie A. |
| 2:14-cv-06646 | Hash | Mary Beth |
| 2:14-cv-06648 | Conaway | Virginia |
| 2:14-cv-06682 | Mullins | Barbara J. |
| 2:14-cv-06684 | Sheehan | Janice A. |
| 2:14-cv-06935 | Weaver | Judith K. |
| 2:14-cv-07761 | McJimsey | Nada J. |
| 2:14-cv-07762 | Meyer | Wilma J. |
| 2:14-cv-07795 | Phipps | Lorrie |
| 2:14-cv-07987 | Beattie | Jacqueline C. |
| 2:14-cv-08028 | Young | Trina M. |
| 2:14-cv-08586 | Cruz | Denia E. |
| 2:14-cv-08601 | Stackhouse | Georgerie A. |
| 2:14-cv-09253 | Romero | Victoria A. |
| 2:14-cv-10155 | Prevallet | Gladys H. |
| 2:14-cv-10197 | Cantu | Viola D. |
| 2:14-cv-10211 | Welch | Diana |
| 2:14-cv-15640 | Thomas | Teola |
| 2:14-cv-15642 | Baybo | Emma J. |
| 2:14-cv-15643 | Nelson | Frankie L. |
| 2:14-cv-15644 | MacFarlane | Angie B. |

| | | |
|---|---|---|
| 2:14-cv-18198 | Abrams | Judy A. |
| 2:14-cv-23865 | Galloway | Misty M. |
| 2:14-cv-23874 | Kitching | Anne |
| 2:14-cv-23877 | Kemske | Marigrace L. |
| 2:14-cv-23885 | McEwen | Mary Walker |
| 2:14-cv-23886 | McHenry | Sylvia |
| 2:14-cv-23888 | Minor | Katherine |
| 2:14-cv-23891 | Myers | Betty Lou |
| 2:14-cv-23895 | Behnke | Donna L. |
| 2:14-cv-23898 | Elhapipy | Brenda Yasen |
| 2:14-cv-23900 | Riggs | Margaret C. |
| 2:14-cv-23903 | Wisdom-Maden | Susan |
| 2:14-cv-23904 | Thornton | Debbie |
| 2:14-cv-26907 | Haschke | Susan Amy |
| 2:14-cv-29503 | Skidmore | Ann |
| 2:14-cv-29636 | Jaramillo | Rosa |
| 2:14-cv-29645 | Wright | Audrey E. |
| 2:14-cv-29656 | Eales | Ginger |
| 2:14-cv-29674 | Blair | Denise |
| 2:14-cv-29758 | Mattei | Deborah A. |
| 2:14-cv-29762 | Hitchens | Becky |
| 2:14-cv-29924 | Harris | Shannon L. |
| 2:14-cv-29931 | Willyerd | Sheryl Lynn |
| 2:14-cv-29938 | Bales | Jan L. |
| 2:14-cv-29941 | Harms | Gina |
| 2:14-cv-29944 | Dunlap | Alora L. |
| 2:14-cv-29949 | Jarosch | Deborah L. |
| 2:14-cv-29964 | Flores | Ofelia B. |
| 2:14-cv-29971 | Danicourt | Penny M. |
| 2:14-cv-30009 | Burt | Dorothy H. |
| 2:14-cv-30021 | Madrigal | Marisha A. |
| 2:14-cv-30029 | Britt | Edna P. |
| 2:14-cv-30032 | Verhalen | Kathleen A. |
| 2:14-cv-30033 | Bivins | Michelle |
| 2:14-cv-30035 | Atkinson | Georgia Lou |
| 2:14-cv-30149 | Ames | Michelle |
| 2:14-cv-30154 | Hadley | Beverly |
| 2:14-cv-30156 | Martinez | Erminia |
| 2:14-cv-30163 | Cramer | Laura Lee |

| | | |
|---|---|---|
| 2:14-cv-31435 | Ramos | Elizabeth |
| 2:15-cv-02075 | Guilbeau | Francine |
| 2:15-cv-02292 | Ring | Joyce E. |
| 2:15-cv-02339 | Jones | Vickie L. |

36855214v1