IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM                           MDL: 2327
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES             JOSEPH R. GOODWIN
                                               U.S. DISTRICT JUDGE

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Patricia L. Campbell hereby moves to be withdrawn as counsel in MDL 2327 and all member cases related to MDL 2327 in which she appears. Attorneys at The Potts Law Firm, LLP, entered on these cases including Derek Potts and Timothy Sifers, will continue to represent Plaintiffs in this MDL.

Date: August 3, 2017                           Respectfully submitted,

                                               /s/ Patricia L. Campbell
                                               Patricia L. Campbell
                                               The Potts Law Firm, LLP
                                               1901 W. 47th Place, Suite 210
                                               Westwood, Kansas 66205
                                               Phone: (816) 931-2230
                                               Fax: (816) 931-7030

## CERTIFICATE OF SERVICE

I hereby certify that, on this 3rd day of August, 2017, I filed the above and foregoing document using the Court's CM/ECF system, which will send electronic notice of this filing to all parties and counsel of record registered to receive notice of such filing.

                                               By: /s/ Patricia L. Campbell