IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM PRODUCT
LIABILITY LITIGATION               MDL: 2327

THIS DOCUMENT RELATES TO ALL CASES        JOSEPH R. GOODWIN
                                          U.S. DISTRICT JUDGE

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Brandon L. Corl hereby moves to be withdrawn as counsel in MDL 2327 and all member cases related to MDL 2327 in which he appears. Attorneys at The Potts Law Firm, LLP, entered on these cases including Derek Potts and Timothy Sifers, will continue to represent Plaintiffs in this MDL.

Date: August 3, 2017                      Respectfully submitted,

                                          /s/ Brandon L. Corl
                                          Brandon L. Corl
                                          The Potts Law Firm, LLP
                                          1901 W. 47th Place, Suite 210
                                          Westwood, Kansas  66205
                                          Phone:  (816) 931-2230
                                          Fax:  (816) 931-7030

## CERTIFICATE OF SERVICE

I hereby certify that, on this 3rd day of August, 2017, I filed the above and foregoing document using the Court's CM/ECF system, which will send electronic notice of this filing to all parties and counsel of record registered to receive notice of such filing.

                                          By: /s/ Brandon L. Corl

1