IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2325

THIS DOCUMENT RELATES TO:

*Befus, et al. v. American Medical Systems, Inc., et al.*
*Civil Action No. 2:16-02903*

ORDER

(Dismissing Defendant American Medical Systems, Inc. with Prejudice
and Transferring Case to MDL 2327)

On June 16, 2017 the plaintiffs and defendant American Medical Systems, Inc.,

("AMS") filed  a Joint Motion to Dismiss Defendant American Medical Systems, Inc.

with Prejudice [ECF No. 7]. In the joint motion, the parties are seeking dismissal of

AMS as a defendant in this action with prejudice because all claims against AMS

have been compromised and settled, including all claims, counterclaims, cross-claims

and third party claims. Also pending is Plaintiffs' Motion to Transfer MDLs for this

case [ECF No. 7]. After careful consideration, it is **ORDERED** that the Joint Motion

to Dismiss AMS with Prejudice is **GRANTED**. It is further **ORDERED** that the

**MOTION TO TRANSFER MDLs** is **GRANTED**.   Plaintiffs' counsel is **DIRECTED** to

file an Amended Short Form Complaint within **fourteen days** of the date of this order.

Defendant AMS is **DISMISSED WITH PREJUDICE** as a defendant in this action and

this action is **TRANSFERRED** to MDL 2327.  The Clerk is DIRECTED to disassociate

the civil action as member case in MDL 2325 and re-associate it with MDL 2327.

The Clerk is DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  August 3, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2