## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE:         ETHICON, INC.,
               PELVIC REPAIR SYSTEM
               PRODUCTS LIABILITY LITIGATION          MDL No. 2327

-----------------------------------------------------------

THIS DOCUMENT RELATES TO THE CASES LISTED ON EXHIBIT A

### PRETRIAL ORDER # 267
### (Re: Order Dismissing Ethicon, LLC in Cases Listed on Exhibit A)

Pursuant to PTO # 117, the Court granted Plaintiffs' Motion to Amend First Amended Master Long Form Complaint and Jury Demand and Amended Master Short Form Complaint [ECF No. 886] to the extent it sought to remove defendant Ethicon, LLC from the Master Long Form Complaint and Amended Short Form Complaint. After the date of PTO # 117, Ethicon, LLC was removed from the Short Form Complaint and Amended Short Form Complaints in all MDLs. PTO #117 further provided that the Court would initiate a show cause process regarding Ethicon, LLC in cases filed prior to the date of the Order.

The cases identified as part of Wave discovery and included in the attached Exhibit A all pre-date PTO # 117 and name Ethicon, LLC as a defendant. The parties have agreed to dismiss Ethicon, LLC without prejudice from these cases.

It is **ORDERED** that Ethicon, LLC shall be dismissed without prejudice from each case identified on Exhibit A.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in each of the cases listed on Exhibit A. In cases subsequently filed in this district after 2:17-cv-03308, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to

this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel

appearing in each new action upon removal or transfer. It shall be the responsibility of the parties

to review and abide by all pretrial orders previously entered by the court. The orders may be

accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: August 4, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

EXHIBIT A

| | | |
|---|---|---|
| Abadie, Mary J. | 2:12cv7356 | Wave 5 |
| Abate, Beverly | 2:12cv7238 | Wave 5 |
| Adams, Lesa | 2:12cv7658 | Wave 5 |
| Addy, Valerie Jo & Mitchell | 2:12cv6044 | Wave 5 |
| Alvarez, Connie | 2:12cv7269 | Wave 5 |
| Amidei, Betty | 2:12cv01563 | Wave 2 |
| Anderson, Linda K. & Jack Marion | 2:12cv7189 | Wave 5 |
| Anthony, Deanna & William E. | 2:12cv6831 | Wave 5 |
| Appleton, Rita M. & Charles E. | 2:12cv7872 | Wave 5 |
| Avant, Debbie & Jack | 2:12cv7413 | Wave 5 |
| Bailey, Jane | 2:12cv7952 | Wave 5 |
| Ball, Sammie Marie | 2:12cv7415 | Wave 5 |
| Balura, Cathy & Peter | 2:12cv7854 | Wave 5 |
| Barekzi, Lida & Amin Barek | 2:12cv6701 | Wave 5 |
| Barnes, Danyele & Tommy | 2:12cv6737 | Wave 5 |
| Barnes, Martha R. & James H. | 2:12cv7682 | Wave 5 |
| Barone, Deborah & August | 2:12cv6802 | Wave 5 |
| Bass, June & Murray D. | 2:12cv7891 | Wave 5 |
| Bell, Patricia D. & Joseph | 2:12cv6750 | Wave 5 |
| Berry, April M. Carter & Danny | 2:12cv03074 | Wave 3 |
| Bethune, Susan & Ronnie Jerome | 2:12cv7852 | Wave 5 |
| Bihlmeyer, Donna & Joe | 2:12cv02159 | Wave 2 |
| Blackburn, Judy & Ronald | 2:12cv5605 | Wave 5 |
| Blake, Patricia & Dale | 2:12cv7901 | Wave 5 |
| Blanchard, Stephanie Cooper & Steven | 2:12cv02429 | Wave 3 |
| Bland, Ethel L. & Fred | 2:12cv6748 | Wave 5 |
| Bogue, Teresa | 2:12cv7907 | Wave 5 |
| Bohne, Chantel | 2:12cv7417 | Wave 5 |
| Booher, Stephanie & Davin | 2:12cv03076 | Wave 3 |
| Boucher, Marie | 2:12cv7912 | Wave 5 |
| Brown, Gwendolyn | 2:12cv6508 | Wave 5 |
| Buckner, Marion | 2:12cv6837 | Wave 5 |
| Burden, Gayle & Michael | 2:12cv6383 | Wave 5 |
| Bybel, Celeste P. | 2:12cv7495 | Wave 5 |
| Callahan, Sonja & Layn | 2:12cv6387 | Wave 5 |
| Campbell, Lisa O. | 2:12cv7659 | Wave 5 |
| Cargle, Rita | 2:12cv6526 | Wave 5 |

| Carman, Roxanne | 2:12cv6428 | Wave 5 |
|---|---|---|
| Carty, Janice | 2:12cv7756 | Wave 5 |
| Cavallaro, Lisa | 2:12cv6729 | Wave 5 |
| Chauvaux, Marjorie Anne | 2:12cv7906 | Wave 5 |
| Clark, Alberta | 2:12cv02734 | Wave 3 |
| Clark, Phyllis | 2:12cv6481 | Wave 5 |
| Claypool, Sarah & Timothy | 2:12cv7325 | Wave 5 |
| Clazie, Shirley | 2:12cv7945 | Wave 5 |
| Clemons, Sheila | 2:12cv7669 | Wave 5 |
| Clowes, JoAnn | 2:12cv5749 | Wave 5 |
| Cochran, Donna Ann & Harry C. Wiggins | 2:12cv6317 | Wave 5 |
| Cole, Dion & Sheldon | 2:12cv02786 | Wave 3 |
| Collier, Sheri & Robert | 2:12cv6739 | Wave 5 |
| Conley, Peggy & Wesley, McCook | 2:12cv6638 | Wave 5 |
| Conrad, Toni Jo | 2:12cv7718 | Wave 5 |
| Cottrell, Teresa & Joe Palazzolo | 2:12cv01565 | Wave 2 |
| Dalton, Pamela G. | 2:12cv7213 | Wave 5 |
| Davis, Ethel | 2:12cv6388 | Wave 5 |
| Dawes, Glenda & Marvin, Sr. | 2:12cv8048 | Wave 5 |
| Deaton, Sherry P. | 2:12cv5774 | Wave 5 |
| Dill, Diane & Lawrence Wayne | 2:12cv03914 | Wave 4 |
| Doaks, Kyna & Stanley | 2:12cv7330 | Wave 5 |
| DuBois, Virginia L. & Ronald | 2:12cv8070 | Wave 5 |
| Duchene, Margaret L. & Ralph | 2:12cv7968 | Wave 5 |
| Dupont, Catherine & Richard | 2:12cv7490 | Wave 5 |
| Durkin, Kristy & Brian | 2:12cv6632 | Wave 5 |
| Dynes, Donna & Bobby | 2:12cv6104 | Wave 5 |
| Eason, Carla & Edward Lester, Jr. | 2:12cv7909 | Wave 5 |
| Eisenbath, Dorothy | 2:12cv7361 | Wave 5 |
| Eubanks, Wanda | 2:12cv7334 | Wave 5 |
| Ferguson, Beckie Ellen & William Arthur Bill | 2:12cv7910 | Wave 5 |
| Fitzgerald, Alina DeeAnn & Christopher | 2:12cv01371 | Wave 2 |
| Flynn, Rosemary & James A. | 2:12cv6510 | Wave 5 |
| Forpomes, Danielle | 2:12cv7414 | Wave 5 |
| Fox, Stacy L. | 2:12cv7677 | Wave 5 |
| Foy, Connie & Charles | 2:12cv6589 | Wave 5 |
| Frame, Patsy | 2:12cv7524 | Wave 5 |
| Friberg, Glorida & Henry | 2:12cv6500 | Wave 5 |
| Fritsch, Patrice & Craig | 2:12cv7336 | Wave 5 |

| Garcia, Linda | 2:12cv7337 | Wave 5 |
|---|---|---|
| Garner, LaDonna G. | 2:12cv7501 | Wave 5 |
| Garrison, Cherrie | 2:12cv6390 | Wave 5 |
| Gibbs, Linda K. | 2:12cv7744 | Wave 5 |
| Gilyana, Larissa & Calvin | 2:12cv7362 | Wave 5 |
| Glaser, Judy & Bill | 2:12cv5776 | Wave 5 |
| Graves, Tina & Horace E. | 2:12cv7177 | Wave 5 |
| Gray, Ora Kay & Clarence Allen | 2:12cv7251 | Wave 5 |
| Green, Patricia & Jackie | 2:12cv5688 | Wave 5 |
| Greenberg, Phyllis & Robert | 2:12cv5996 | Wave 5 |
| Gregersen, Gina Lynn | 2:12cv6299 | Wave 5 |
| Gregory, Terrie S. & Ralph R., Jr. | 2:12cv00380 | MDL200 |
| Halstead, Susan & J. Wesley | 2:12cv7982 | Wave 5 |
| Hampton, Christina | 2:12cv7875 | Wave 5 |
| Hand, Wanda M. & Charles W. | 2:12cv02079 | Wave 2 |
| Harper, Kathy L. | 2:12cv01567 | Wave 2 |
| Harris, Angela D. | 2:12cv7689 | Wave 5 |
| Harris, Sabrina | 2:12cv7582 | Wave 5 |
| Harrison, Lela B. & Larry | 2:12cv6160 | Wave 5 |
| Harvey, Anita | 2:12cv7768 | Wave 5 |
| Harvey, Brenda | 2:12cv7930 | Wave 5 |
| Hawks, Christie S. | 2:12cv7257 | Wave 5 |
| Heatherly, Linda Sue Pennington | 2:12cv02807 | Wave 3 |
| Heintz, Kathleen | 2:12cv7579 | Wave 5 |
| Hendrickson, Susan | 2:12cv7363 | Wave 5 |
| Henstrom, Melanie & William | 2:12cv6579 | Wave 5 |
| Hewitt, Jody Arlene & Jack | 2:12cv6564 | Wave 5 |
| Hickerson, Mary Ann & Thomas | 2:12cv6529 | Wave 5 |
| Higginbotham, Charlotte & Tilton Ray | 2:12cv6868 | Wave 5 |
| Hillard, Arterbell D. & Edwin | 2:12cv6475 | Wave 5 |
| Hinderberger, Josephine | 2:12cv7308 | Wave 5 |
| Hizen, Brenda C. & Peter M. | 2:12cv7811 | Wave 5 |
| Hollan, Sandy & David | 2:12cv6924 | Wave 5 |
| Hollaway, Martha & Robert A. | 2:12cv05572 | Wave 4 |
| Holley, Mary & Jimmy | 2:12cv7750 | Wave 5 |
| Holmes, Sheila & Robert | 2:12cv5767 | Wave 5 |
| Hoover, Janet & Freemen William Michael | 2:12cv7365 | Wave 5 |
| Hosbrook, Patricia | 2:12cv7843 | Wave 5 |
| Hutcherson, Roberta & David | 2:12cv7983 | Wave 5 |

| Jackson, Ann | 2:12cv6166 | Wave 5 |
|---|---|---|
| Jackson, Michele | 2:12cv6426 | Wave 5 |
| Jacob, Liberty & Jack | 2:12cv6954 | Wave 5 |
| Jarrell, Kimberly & Stevie Lee | 2:12cv7422 | Wave 5 |
| Jaufre, Dianne | 2:12cv7573 | Wave 5 |
| Jones, Janet Pee | 2:12cv7746 | Wave 5 |
| Jones, Susan D. & Hubert | 2:12cv02797 | Wave 3 |
| Jonus, Angela & Chris | 2:12cv6511 | Wave 5 |
| Josey, Nancy | 2:12cv7881 | Wave 5 |
| Junkin, Barbara & Robert | 2:12cv5894 | Wave 5 |
| Kaul, Jacqueline D. & Randolph | 2:12cv6781 | Wave 5 |
| Kaviratna, Hema & Padma | 2:12cv8019 | Wave 5 |
| Kempf, Diana | 2:12cv6394 | Wave 5 |
| Kincaid, Rosemarie & Edward | 2:12cv6560 | Wave 5 |
| Kitchens, Rebecca | 2:12cv7947 | Wave 5 |
| Kulenkamp, Joan & Stanley | 2:12cv6070 | Wave 5 |
| Kurelmeyer, Alta & Cliff | 2:12cv6842 | Wave 5 |
| Landeche, Mary Alice & Nolan, Jr. | 2:12cv7962 | Wave 5 |
| Larson, Judi & William | 2:12cv6531 | Wave 5 |
| Lee, Amy | 2:12cv7478 | Wave 5 |
| Leith, Sherrie | 2:12cv8079 | Wave 5 |
| Lenz, Debera & Robert | 2:12cv01692 | Wave 2 |
| Levine, Patricia & David | 2:12cv7370 | Wave 5 |
| Lewis, Katherine | 2:12cv6524 | Wave 5 |
| Lewis, Sharon Gail & Earl | 2:12cv05026 | Wave 4 |
| Lipscomb, Marsha | 2:12cv7485 | Wave 5 |
| Lloyd, Jane | 2:12cv6430 | Wave 5 |
| Lockwood, Maria | 2:12cv7649 | Wave 5 |
| Lombera, Nohemi | 2:12cv7913 | Wave 5 |
| Love, Virginia | 2:12cv7376 | Wave 5 |
| Lynch, Margaret & James | 2:12cv04832 | Wave 4 |
| Mackaben, Teri K. & Chester T. | 2:12cv7390 | Wave 5 |
| Maddox, Brenda | 2:12cv02028 | Wave 2 |
| Mansfield, Kimberlie | 2:12cv7880 | Wave 5 |
| Masi, Lorraine S. | 2:12cv7555 | Wave 5 |
| Massey, Vicky G. | 2:12cv7801 | Wave 5 |
| Matovich, Virginia K. & Stanley P. | 2:12cv7929 | Wave 5 |
| Matthews, Loretta | 2:12cv6532 | Wave 5 |
| McClinsey, Sharon & Harvey | 2:12cv8114 | Wave 5 |

| McCumber, Betty Linton | 2:12cv8083 | Wave 5 |
|---|---|---|
| McKee, Patricia & Samuel | 2:12cv5766 | Wave 5 |
| McLaughlin, Susan | 2:12cv8043 | Wave 5 |
| Mendiola, Rosario | 2:12cv7805 | Wave 5 |
| Messina, Laritza & John | 2:12cv02140 | Wave 2 |
| Michael - Packer, Tracey & Percy | 2:12cv8044 | Wave 5 |
| Miller, Cynthia & James J. | 2:12cv7028 | Wave 5 |
| Miller, Frankie Bryson & Jimmy | 2:12cv02266 | Wave 3 |
| Miller, Joycelyn | 2:12cv7644 | Wave 5 |
| Miller, Roxanna D. & Tony R. Kingery | 2:12cv05185 | Wave 4 |
| Minter, Polly A. | 2:12cv6356 | Wave 5 |
| Mixon, Gwendolyn C. | 2:12cv7143 | Wave 5 |
| Moore, Jennifer & Ronald | 2:12cv05084 | Wave 4 |
| Morales - Donaldson, Linda & Richard | 2:12cv6088 | Wave 5 |
| Morgan, Lori & William | 2:12cv7270 | Wave 5 |
| Morrison, Ella | 2:12cv7935 | Wave 5 |
| Morrison, Laura R. | 2:12cv02141 | Wave 2 |
| Motes, Johnnie E. & James E. | 2:12cv7504 | Wave 5 |
| Navaroli, Pam | 2:12cv7379 | Wave 5 |
| Nearhood, Tonya | 2:12cv7099 | Wave 5 |
| Nethercott, Betty | 2:12cv5802 | Wave 5 |
| Newton, Dorothy | 2:12cv7380 | Wave 5 |
| Nichols, Nancy & David | 2:12cv6562 | Wave 5 |
| Nunan, Karen L. & Timothy | 2:12cv7282 | Wave 5 |
| O'Dell, Joyce | 2:12cv6358 | Wave 5 |
| Odens, Jill & James | 2:12cv6055 | Wave 5 |
| O'Donnell, Carolyn | 2:12cv6330 | Wave 5 |
| Ontiveros, Irene & Armando | 2:12cv7280 | Wave 5 |
| Orozco, Elia | 2:12cv7498 | Wave 5 |
| Oubre, Terry | 2:12cv7914 | Wave 5 |
| Owen, Shirley | 2:12cv7382 | Wave 5 |
| Paape, Sarina Catherine & Rickey | 2:12cv05029 | Wave 4 |
| Palmer, Teresa | 2:12cv7902 | Wave 5 |
| Parks, Beatrice & Curtis | 2:12cv5724 | Wave 5 |
| Paschke, Anna L. | 2:12cv6399 | Wave 5 |
| Pascual, Mary | 2:12cv05032 | Wave 4 |
| Pegg, Brenda L. | 2:12cv6738 | Wave 5 |
| Pelletier, Diane | 2:12cv6664 | Wave 5 |
| Peralez, Irene | 2:12cv7836 | Wave 5 |

| Peterson, Mardie | 2:12cv7395 | Wave 5 |
|---|---|---|
| Phelps, Teresa L. | 2:12cv5790 | Wave 5 |
| Phillips, Ramona | 2:12cv02143 | Wave 2 |
| Picou, Esther | 2:12cv6403 | Wave 5 |
| Pierel, Jennifer S. | 2:12cv7822 | Wave 5 |
| Pirlein, Adelheid | 2:12cv04992 | Wave 4 |
| Platt, Mary Lee & Clair | 2:12cv7420 | Wave 5 |
| Prestage, Robin | 2:12cv7936 | Wave 5 |
| Price, Leigh & Douglas | 2:12cv04476 | Wave 4 |
| Rabon, Denesesea | 2:12cv6514 | Wave 5 |
| Ray, Darla | 2:12cv04475 | Wave 4 |
| Rayburn, Judy & Brian E. | 2:12cv7711 | Wave 5 |
| Redden, Regina Beth | 2:12cv6405 | Wave 5 |
| Reeves, Virginia & Richard | 2:12cv6408 | Wave 5 |
| Remy, Carine & Patrick Jabovin | 2:12cv6515 | Wave 5 |
| Reyes, Monnica & Marces | 2:12cv6141 | Wave 5 |
| Richardson, Kathleen Marion & John Parks | 2:12cv7214 | Wave 5 |
| Riegert, Debra | 2:12cv04287 | Wave 4 |
| Rife, Darlene Patricia & Buddy Lee | 2:12cv7279 | Wave 5 |
| Roberts, Carol Ann & Roland D., Sr. | 2:12cv6666 | Wave 5 |
| Roberts, Judy M. | 2:12cv7499 | Wave 5 |
| Roberts, Rebecca | 2:12cv7272 | Wave 5 |
| Robertson, Nova Darlene & Dennis | 2:12cv5959 | Wave 5 |
| Ronan, Linda M. & James M., III | 2:12cv7922 | Wave 5 |
| Roof, Mary | 2:12cv6683 | Wave 5 |
| Rosario, Sylvia | 2:12cv6561 | Wave 5 |
| Ross, Eileen J. & James | 2:12cv7108 | Wave 5 |
| Ross, Veronica A. | 2:12cv7419 | Wave 5 |
| Rowan, Kathleen F. | 2:12cv8045 | Wave 5 |
| Sabatino, Teresa | 2:12cv5843 | Wave 5 |
| Salva, Sandra A. & Ronnie L., Jr. | 2:12cv7920 | Wave 5 |
| Sampson, Beverly | 2:12cv7424 | Wave 5 |
| Sauer, Carol & William Conner | 2:12cv6818 | Wave 5 |
| Schaub, Charlotte Ann | 2:12cv02947 | Wave 3 |
| Schwartz, Lauren & Jan | 2:12cv05009 | Wave 4 |
| Sciumbata, Teresa & Giuseppe | 2:12cv7037 | Wave 5 |
| Scott, Cassandra | 2:12cv7846 | Wave 5 |
| Scuderi, Lynn A. | 2:12cv6409 | Wave 5 |
| Seelbach, Dorothy | 2:12cv7940 | Wave 5 |

8

| | | |
|---|---|---|
| Shary, Maureen & Dennis M. | 2:12cv7483 | Wave 5 |
| Shelor, Kathleen M. | 2:12cv8030 | Wave 5 |
| Shelton, Mary & Frank | 2:12cv01707 | Wave 2 |
| Shennum, Janice | 2:12cv01708 | Wave 2 |
| Shook, Maria & Peter | 2:12cv7446 | Wave 5 |
| Slaybaugh, Rebecca (Roberta) Ann & Michael William | 2:12cv7511 | Wave 5 |
| Slemp, Rita G. | 2:12cv05056 | Wave |
| Spada, Jamie | 2:12cv05258 | Wave 4 |
| Spangler, Mary | 2:12cv5823 | Wave 5 |
| Spoon, Edna M. & William S. | 2:12cv04245 | Wave 4 |
| Stephens, Carolyn K. | 2:12cv7835 | Wave 5 |
| Stevens, Mona L. & Ira P., Sr. | 2:12cv5972 | Wave 5 |
| Stewart, Juanita & Benny | 2:12cv03958 | Wave 4 |
| Stock, Sandra L. & Raymond W., Jr. | 2:12cv7664 | Wave 5 |
| Stone, Barbara J. & Gary R. | 2:12cv6740 | Wave 5 |
| Styles, Dixie C. & Tim F. | 2:12cv6565 | Wave 5 |
| Surcey, Tammy | 2:12cv5668 | Wave 5 |
| Sutherlin, Anita | 2:12cv7479 | Wave 5 |
| Swanson, Ellen Jane | 2:12cv7980 | Wave 5 |
| Sweeney, Karen | 2:12cv6736 | Wave 5 |
| Swinney, Brandy & Jeffrey | 2:12cv02539 | Wave 3 |
| Taylor, Bessie & William, Sr. | 2:12cv7784 | Wave 5 |
| Taylor, Cathy Lynn | 2:12cv6566 | Wave 5 |
| Terrebonne, Shirley | 2:12cv7779 | Wave 5 |
| Thate, Connie F. & Steven C. | 2:12cv04144 | Wave 4 |
| Thaxton, Dortha & Curtis | 2:12cv5868 | Wave 5 |
| Thomas - Krafka, Mary Jo Ann & Frank | 2:12cv7693 | Wave 5 |
| Thompson, Lissa | 2:12cv6140 | Wave 5 |
| Thompson, Rebecca | 2:12cv7802 | Wave 5 |
| Thomson - Roy, Jeannae M. | 2:12cv04586 | Wave 4 |
| Thornton, Betty | 2:12cv05115 | Wave 4 |
| Thorson, Rachel & James | 2:12cv7481 | Wave 5 |
| Tichbourn, Loral | 2:12cv7777 | Wave 5 |
| Tillman, Jamie & David | 2:12cv7879 | Wave 5 |
| Toole, Sharon Adams | 2:12cv04249 | Wave 4 |
| Trenidad, Angelita | 2:12cv5974 | Wave 5 |
| Underwood, Martha A. & Daniel Cancio | 2:12cv6162 | Wave 5 |
| Valentine, Katrina L. | 2:12cv7904 | Wave 5 |
| Vance, Lisa R. & Christopher S. | 2:12cv03886 | Wave 4 |

| Vazquez, Yadira & Ricardo | 2:12cv7840 | Wave 5 |
|---|---|---|
| Vonderwahl, Candace & Jim | 2:12cv6990 | Wave 5 |
| Waites, Marie & Paul A. | 2:12cv6410 | Wave 5 |
| Walkowiak, Carol & Joseph | 2:12cv5727 | Wave 5 |
| Wall, Patti Ann & A. Dwayne | 2:12cv05034 | Wave 4 |
| Wang, Gloria & Donald E. Wakeman | 2:12cv04477 | Wave 4 |
| Washburn, Suzanne & Christopher | 2:12cv6248 | Wave 5 |
| Weatherford, Angela S. & Thomas | 2:12cv6958 | Wave 5 |
| Webb, Nancy | 2:12cv7442 | Wave 5 |
| Weberg, Monica M. & Richard B. | 2:12cv7553 | Wave 5 |
| Wessel, Christina | 2:12cv7863 | Wave 5 |
| Wethal, Mary | 2:12cv7976 | Wave 5 |
| Williams, Chiquita Martin & Everett | 2:12cv6554 | Wave 5 |
| Wilson, Rosemary & Charles W., Sr. | 2:12cv7960 | Wave 5 |
| Woodie, Renee & Keith Cummings | 2:12cv6534 | Wave 5 |
| Woods - Fraley, Betty & Steven | 2:12cv7515 | Wave 5 |
| Wright, Debbie | 2:12cv7676 | Wave 5 |
| Wright, Rebecca | 2:12cv6844 | Wave 5 |
| Wyatt, Mabel | 2:12cv6168 | Wave 5 |
| Zeagler, Linda & Roy | 2:12cv04250 | Wave 4 |
| Zimmerman, Robyn I. & Len | 2:12cv7883 | Wave 5 |
| Zollman, Gloria & Terry | 2:12cv03951 | Wave 4 |