# Exhibit B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **Master File No. 2:12-MD-02327** **MDL No. 2327** |
| THIS DOCUMENT RELATES TO ALL CASES | **JOSEPH R. GOODWIN** **U.S. DISTRICT JUDGE** |

**[DEFENDANTS' PROPOSED] ORDER AMENDING AND CLARIFYING**
**PRE TRIAL ORDERS GOVERNING WAVE DISCOVERY**

Pending before the Court is Defendants' Motion for an Order Amending and Clarifying Pre Trial Orders Governing Wave Discovery.  For reasons appearing to the Court, it is hereby ORDERED that:

Unless prohibited by applicable substantive state law, the parties may by agreement compensate treating physician witnesses who provide testimony in this MDL—including those in the State of West Virginia—at a reasonable rate.

For purposes of this litigation only, the reimbursement rate of Five Hundred Dollars ($500.00) per hour for a physician's time spent giving a deposition is recognized as reasonable *per se*.

This _____ day of August, 2017.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

37648978v1