**Honorable Cheryl A. Eifert**
**United States Magistrate Judge**
**United States District Court**
**Southern District of West Virginia**
**Statistical Sheet for MJSTAR**
**In Chambers Events Only**

| Case No.: | 2:12-md-2327 | Ghost Case No: (assigned by clerk) | |
|---|---|---|---|
| Case Style: | Ethicon, Inc., Pelvic Repair System | | |
| Date of Event: | August 9, 2017 | | |
| Court Reporter: | Ayme Cochran | | |
| Law Clerk: | Jenna Hess | | |
| Parties Present: | United States Magistrate Judge Cheryl A. Eifert<br>Counsel for Plaintiffs: Edward Wallace<br>Counsel for Defendant: David Thomas | | |
| Type of Event: | Telephonic Motion Hearing Re: ECF No. 4132 | | |
| Time Spent in Court: | 18 Minutes | | |
| Name of Person reporting event: | Laura H. Tatman, Judicial Assistant to United States Magistrate Judge Cheryl A. Eifert | | |