# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>ETHICON WAVE 5 CASES LISTED IN THIS EXHIBIT | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br><br><br>Joseph R. Goodwin<br>UNITED STATES DISTRICT JUDGE |

### Exhibit A to Defendants' Motion to Exclude Peggy Pence, Ph.D.

### List of Applicable Cases[1]

| Case Name | Case Number | Product |
|---|---|---|
| Avant, Debbie & Jack | 2:12cv07413 | Prolift<br>TVT |
| Ball, Sammie Marie | 2:12cv07415 | TVT |
| Barone, Deborah & August | 2:12cv06802 | Prolift<br>TVT Obturator |
| Bell, Patricia D. & Joseph | 2:12cv06750 | Prolift<br>TVT Obturator<br>TVT Secur |
| Bell, Tammy Louise & Shandon | 2:12cv06474 | TVT Obturator |
| Bohne, Chantel | 2:12cv07417 | TVT Obturator |
| Burden, Gayle & Michael | 2:12cv06383 | Prolift |
| Callahan, Sonja & Layn | 2:12cv06387 | TVT |
| Clark, Phyllis | 2:12cv06481 | Prolift<br>TVT Secur |
| Clowe, Paula Carole | 2:12cv06893 | TVT |
| Davis, Ethel | 2:12cv06388 | TVT |
| Dawes, Glenda & Marvin, Sr. | 2:12cv08048 | TVT |
| Deaton, Sherry P. | 2:12cv05774 | TVT |
| Duchene, Margaret L. & Ralph | 2:12cv07968 | Prolift |
| Dynes, Donna & Bobby | 2:12cv06104 | TVT Obturator |

---

[1] Plaintiffs' designation states that they recognize the Fourth Circuit's affirmance of this Court's exclusion of evidence of compliance with the 510(k) process and "reserve the right to designate" Dr. Pence "[i]n the event of a contrary ruling." Ethicon understands this to mean that Dr. Pence is not designated at all if no FDA evidence is admitted, even though this is potentially inconsistent with Dr. Pence's current disclaimer of reliance on FDA regulations. In addition, Ethicon notes that this "reservation of right to designate" in some instances puts Plaintiffs' number of experts over the allotted number.

| | | |
|---|---|---|
| Foy, Connie & Charles | 2:12cv06589 | Gynemesh PS |
| Friberg, Gloria & Henry | 2:12cv06500 | Prolift<br>TVT Obturator |
| Garrison, Cherrie | 2:12cv06390 | TVT |
| Green, Patricia & Jackie | 2:12cv05688 | Prolift<br>TVT Obturator |
| Harrison, Lela B. & Larry | 2:12cv06160 | Prolift<br>TVT Secur |
| Hoggatt, Laurie & Paul | 2:12cv05667 | Prosima |
| Jarrell, Kimberly & Stevie Lee | 2:12cv07422 | TVT Obturator |
| Jennings, Iris A. & Michael | 2:12cv06217 | TVT Obturator<br>TVT Exact |
| Kaviratna, Hema & Padma | 2:12cv08019 | TVT Obturator |
| Murray, Sharon & Robert | 2:12cv07705 | Prolift |
| Paschke, Anna L. | 2:12cv06399 | Prolift<br>TVT Secur |
| Patterson, Elizabeth | 2:12cv06081 | TVT |
| Phelps, Teresa L. | 2:12cv05790 | TVT Obturator |
| Picou, Esther | 2:12cv06403 | Gynemesh PS<br>TVT |
| Platt, Mary Lee & Clair | 2:12cv07420 | TVT Obturator |
| Redden, Regina Beth | 2:12cv06405 | Prolift<br>TVT |
| Reeves, Virginia & Richard | 2:12cv06408 | TVT Secur |
| Reyes, Monnica & Marces | 2:12cv06141 | Prolift +M<br>TVT Obturator |
| Sampson, Beverly | 2:12cv07424 | TVT Obturator |
| Sauer, Carol & William Conner | 2:12cv06818 | Gynemesh PS<br>TVT |
| Scuderi, Lynn A. | 2:12cv06409 | TVT Obturator |
| Shook, Maria & Peter | 2:12cv07446 | Gynemesh PS<br>TVT |
| Surcey, Tammy | 2:12cv05668 | TVT |
| Thompson, Lissa | 2:12cv06140 | Prolift<br>TVT |
| Underwood, Martha A. | 2:12cv06162 | Prolift<br>TVT Secur |
| Washburn, Suzanne | 2:12cv06248 | TVT |
| Wilcher, Patricia | 2:12cv06573 | TVT |

**\* Defendants reserve the right to supplement this list should any plaintiff designate Dr. Pence as a general expert in MDL Wave 5.**