**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR                   Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                                        MDL 2327
LITIGATION
--------------------------------------------------------
ETHICON WAVE 5 CASES LISTED IN            JOSEPH R. GOODWIN U.S. DISTRICT
EXHIBIT A                                                                  JUDGE

**NOTICE OF ADOPTION OF ETHICON'S MOTION TO EXCLUDE THE**
**OPINIONS AND TESTIMONY OF DR. VLADIMIR IAKOVLEV**
**FILED IN WAVE 5**

Defendants Ethicon, Inc. and Johnson & Johnson ("Ethicon") hereby adopt and

incorporate by reference Ethicon's Motion to Exclude the Opinions and Testimony of Dr.

Vladimir Iakovlev [Dkt. #3619], and Ethicon's Memorandum of Law in Support of Motion to

Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev. [Dkt. #3621], previously filed in

Wave 4. Ethicon respectfully requests that the Court exclude Dr. Iakovlev's testimony in the

Wave 5 cases identified in Exhibit A, attached hereto, for the reasons expressed in the Wave 4

briefing adopted and incorporated herein.

Dated: August 14, 2017

                                                  Respectfully submitted,


                                                  */s/ David B. Thomas*
                                                  David B. Thomas (W.Va. Bar #3731)
                                                  Thomas Combs & Spann PLLC
                                                  300 Summers Street
                                                  Suite 1380 (25301)
                                                  P.O. Box 3824
                                                  Charleston, WV 25338
                                                  (304) 414-1807
                                                  dthomas@tcspllc.com

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ David B. Thomas*

David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824
(304) 414-1800
dthomas@tcspllc.com