# EXHIBIT A

Iakovlev Exhibit A

| Case Name | Docket Number |
|---|---|
| Abadie, Mary J. | 2:12cv07356 |
| Appleton, Rita M. & Charles E. | 2:12cv07872 |
| Avant, Debbie & Jack | 2:12cv07413 |
| Ball, Sammie Marie | 2:12cv07415 |
| Balura, Cathy & Peter | 2:12cv07854 |
| Bell, Tammy Louise & Shandon | 2:12cv06474 |
| Bethune, Susan & Ronnie Jerome | 2:12cv07852 |
| Bohne, Chantel | 2:12cv07417 |
| Bordelon, Jane & Frederick, III | 2:12cv07431 |
| Clowe, Paula Carole | 2:12cv06893 |
| Clowes, JoAnn | 2:12cv05749 |
| Dawes, Glenda & Marvin, Sr. | 2:12cv08048 |
| Dobard, Raja | 2:12cv07493 |
| DuBois, Virginia L. & Ronald | 2:12cv08070 |
| Dupont, Catherine & Richard | 2:12cv07490 |
| Dynes, Donna & Bobby | 2:12cv06104 |
| Foy, Connie & Charles | 2:12cv06589 |
| Frame, Patsy | 2:12cv07524 |
| Fremin, Margaret Richard | 2:12cv07523 |
| Gregersen, Gina Lynn | 2:12cv06299 |
| Harris, Sabrina | 2:12cv07582 |
| Hawks, Christie S. | 2:12cv07257 |
| Heintz, Kathleen | 2:12cv07579 |
| Hosbrook, Patricia | 2:12cv07843 |
| Jacob, Liberty & Jack | 2:12cv06954 |
| Jarrell, Kimberly & Stevie Lee | 2:12cv07422 |
| Jaufre, Dianne | 2:12cv07573 |
| Jones, Leslie & Calvin | 2:12cv07476 |
| Kaviratna, Hema & Padma | 2:12cv08019 |
| Landeche, Mary Alice & Nolan, Jr. | 2:12cv07962 |
| Lee, Amy | 2:12cv07478 |
| Leith, Sherrie | 2:12cv08079 |
| Lockwood, Maria | 2:12cv07649 |
| Martin, Linda A. & Henry | 2:12cv07853 |
| McCoy, Clarisa | 2:12cv07646 |
| McCumber, Betty Linton | 2:12cv08083 |
| McLain, Jamie & Travis | 2:12cv08004 |
| Miller, Joycelyn | 2:12cv07644 |
| Murray, Sharon & Robert | 2:12cv07705 |
| Patterson, Elizabeth | 2:12cv06081 |
| Platt, Mary Lee & Clair | 2:12cv07420 |
| Rayburn, Judy & Brian E. | 2:12cv07711 |
| Reyes, Monnica & Marces | 2:12cv06141 |
| Ross, Veronica A. | 2:12cv07419 |
| Sampson, Beverly | 2:12cv07424 |
| Santana, Santa | 2:12cv07849 |
| Sciumbata, Teresa & Giuseppe | 2:12cv07037 |
| Scott, Cassandra | 2:12cv07846 |
| Shary, Maureen & Dennis M. | 2:12cv07483 |

Iakovlev Exhibit A

| Case Name | Docket Number |
|---|---|
| Sutherlin, Anita | 2:12cv07479 |
| Taylor, Bessie & William, Sr. | 2:12cv07784 |
| Terrebonne, Shirley | 2:12cv07779 |
| Thompson, Lissa | 2:12cv06140 |
| Thorson, Rachel & James | 2:12cv07481 |
| Tichbourn, Loral | 2:12cv07777 |
| Underwood, Martha A. | 2:12cv06162 |
| Valverde, Jodi & Leffy | 2:12cv07999 |
| Vazquez, Yadira & Ricardo | 2:12cv07840 |
| Washburn, Suzanne | 2:12cv06248 |
| Weaver, Karen & Victor E. | 2:12cv07769 |
| Wells, Stephanie & Larry | 2:12cv06438 |
| Wilcher, Patricia | 2:12cv06573 |
| Wright, Debbie | 2:12cv07676 |
|  |  |