# EXHIBIT A

2

# LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL-CAUSATION TESTIMONY OF DONALD OSTERGARD, M.D. APPLIES

1. *Gayle Burden, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-06383 (Prolift)

2. *Sherry P. Deaton v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-05774 (TVT*)

3. *Mary Holley, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-07750 (Prolift, TVT-O*)

4. *Polly A. Minter v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-06356 (Prolene, TVT-O*)

5. *Betty Nethercott v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-05802 (Prolift, TVT-S*)

6. *Esther Picou v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-06403 (Gynemesh PS, TVT*)

7. *Maureen Shary, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-07483 (Prolift)

*Dr. Ostergard offers no general-causation opinions on the TVT, TVT-O, or TVT-S, and therefore the general-causation opinions he offers here do not apply to those products in *Deaton*, *Holley*, *Minter*, *Nethercott*, and *Picou*.

**Defendants reserve the right to supplement this list should any plaintiff designate Dr. Ostergard as a general-causation expert in MDL Wave 5.