# EXHIBIT A

## LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL-CAUSATION TESTIMONY OF BRIAN RAYBON, M.D. APPLIES

1. *Margaret Duchene, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-07968 (Prolift)

*Defendants reserve the right to supplement this list should any plaintiff designate Dr. Raybon as a general-causation expert in MDL Wave 5.