# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327**<br>**MDL 2327** |
| **THIS DOCUMENT RELATES TO:**<br><br>**WAVE FIVE CASES LISTED ON EXHIBIT A** | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

### DEFENDANTS' MOTION TO EXCLUDE THE
### GENERAL OPINIONS AND TESTIMONY OF WILLIAM PORTER, M.D.[1]

COME NOW Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson (collectively, "Ethicon"), and, pursuant to the Federal Rules of Evidence and *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and its progeny, respectfully move the Court for an order excluding the general opinions and testimony of Plaintiffs' proffered expert, William Porter, M.D.

This motion, as explained in more detail in the accompanying Memorandum of Law in Support, is based on the grounds that Dr. Porter failed to employ a reliable methodology to arrive at his causation opinions, that he lacks the requisite credentials to offer certain of his opinions, and that certain of his opinions constitute inadmissible hearsay. This motion is supported by the Memorandum of Law in Support, Exhibits A thru I attached hereto, and all other papers on file in this action.

---

[1] The specific cases to which this memorandum relates are listed in Ex. A.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law in Support, Ethicon requests that this Court grant its motion and exclude Dr. Porter's general causation opinion testimony in its entirety.

Respectfully submitted,

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

/s/ David B. Thomas
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC
AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ Christy D. Jones
Christy D. Jones

37673844v1

2