**EXHIBIT A**

| PLAINTIFF(S) | CASE NUMBER |
| --- | --- |
| Crawford, Rosa M. | 2:12-cv-06181 |
| DuBois, Virginia L. & Ronald | 2:12-cv-08070 |
| Fender, Lula F. | 2:12-cv-06182 |
| Schwartz, Genevieve S. | 2:12-cv-06184 |
| Thompson, Anna M. | 2:12-cv-06179 |

37467519v1