**EXHIBIT B**

| PLAINTIFF(S) | CASE NUMBER |
| --- | --- |
| Adams, Lesa | 2:12-cv-07658 |
| Bailey, Jane | 2:12-cv-07952 |
| Bybel, Celeste P. | 2:12-cv-07495 |
| Campbell, Lisa O. | 2:12-cv-07659 |
| Crawford, Rosa M. | 2:12-cv-06181 |
| DuBois, Virginia L. & Ronald | 2:12-cv-08070 |
| Eason, Carla & Edward Lester, Jr. | 2:12-cv-07909 |
| Fender, Lula F. | 2:12-cv-06182 |
| Mendiola, Rosario | 2:12-cv-07805 |
| Morrison, Ella | 2:12-cv-07935 |
| Palmer, Teresa | 2:12-cv-07902 |
| Prestage, Robin | 2:12-cv-07936 |
| Schwartz, Genevieve S. | 2:12-cv-06184 |
| Thompson, Anna M. | 2:12-cv-06179 |
| Thompson, Rebecca | 2:12-cv-07802 |

37468425v1