# EXHIBIT

# "D"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *Lesa Adams v. Ethicon, Inc., et al.* <br><br> Case No. 2:12-cv-07658 | Master File No. 2:12-MD-02327 <br> MDL No. 2327 <br><br><br> JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

**PLAINTIFF'S DESIGNATION AND**
**DISCLOSURE OF CASE-SPECIFIC EXPERT WITNESSES**

Pursuant to Pretrial Order (PTO) # 248, Rule 26 (a)(2) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned civil action ("Plaintiffs") submit the following Designation and Disclosure of Case-Specific Expert Witness and persons who may provide expert testimony specific to Plaintiff's case pursuant to Rule 702 of the Federal Rules of Evidence.

**RETAINED EXPERT WITNESSES**

1) Dr. Dionysios Veronikis (Urogyn) (adoption of report served)
   St. Johns Mercy Medical Center
   Tower B
   621 S New Ballas Rd
   #2002-B
   St. Louis, MO 63141

2) Dr. Bruce Rosenzweig (Urogynecologist) (adoption of report served)
   Rush University Professional Building
   1725 West Harrison Street, Suite 358
   Chicago, IL 60612

3) Prof. Dr. med. Uwe Klinge (Materials) (adoption of report served)
   KLINIK FÜR ALLGEMEIN-, VISZERAL- UND
   TRANSPLANTATIONSCHIRURGIE
   RWTH Aachen und Universitätsklinikum Aachen
   Pauwelsstraße 30
   D-52074 Aachen
   Germany

4) Dr. Paul Michaels (Pathologist) (adoption of report served)
   4214 Speedway
   Austin, TX 78751

5) William Porter, M.D. (Urogynecologist) (Case Specific Causation)
   Presbyterian Urogynecology
   6324 Fairview Rd., Ste. 390
   Charlotte, NC 28210

6) Dr. Anne Wilson (FMEA) (adoption of report served)
   QA Consulting, Inc.
   7500 Rialto Blvd.
   Bldg. 1, Ste. 225
   Austin, TX 78735

## NON-RETAINED EXPERT WITNESSES

| NAME | ADDRESS | SPECIALITY |
|---|---|---|
| Dr. Michael J. England<br>Elizabeth Weaver, WHNP<br>Kristina Berryman, RN | Texas Healthcare<br>1250 8th Ave., # 330<br>Fort Worth, TX 76104 | OB/GYN |
| Dr. Ruston Jennings | 1318 Paluxy Road<br>Granbury, TX, 76048 | Internal Medicine |
| Dr. Jennifer L. Motley | 5801 Oakbend Trl, Ste 180<br>Fort Worth, TX 76132 | OB/GYN |
| Dr. David Rahn<br>Laurie Marroquin, RN<br>Deborah Lawson, WHNP | 5323 Harry Hines Blvd.<br>Dallas, TX 75390 | OB/GYN |
| Dr. Steve Suba | 6100 Harris Pkwy, #235<br>Fort Worth, TX 7613 | OB/GYN |
| Dr. C. Brooks Smith | 805 Hill Blvd. #104<br>Granbury, TX 76048 | Family Medicine |
| Dr. David B McAlpine | 7100 Oakmont Blvd Suite 102<br>Fort Worth, TX 76132 | OB/GYN |
| Dr. William Maxwel | 1250 8th Ave.<br>Fort Worth, TX 76104 | OB/GYN |
| Dr. Henry Nance | 141 Westmeadow Dr. | General Surgery |

|  | Cleburne, TX 76033 |  |
|---|---|---|
| Dr. Eberhard Samlowsky | 220 Ridgeway Ct, #A Cleburne, TX 76033 | Family Medicine |
| Dr. Donna Kolar | 6100 Harris Parkway Suite Fort Worth, TX 76132 | Specialty Health |
| Dr. Nancy Walsh | 1318 Paluxy Road Granbury, TX 76048 | Family Medicine |
| Dr. Suzanne Kreisberg | 4770 Regent Blvd., Irving, tX 75063 | Pathology |
| Dr. Rachel Place | 805 Hill Blvd., Suite 104 Granbury, TX 76048 | Specialty Health |
| Dr. Brittany Davidson Dr. Rachel Cook Dr. Sara Michgrub Shelia Martin, MA Dr. Brandon Swartz | UT Southwestern Medical Center 5323 Harry Hines Blvd. Dallas, TX 75390 | Specialty Health |
| Dr. Amy J. Williamson Dr. Kyung J. Lee | Texas Health Care PLLC 923 Pennsylvania Ave., Suite 76104 Fort. Worth, TX 76104 | Specialty Health |
| Dr. Gerald L. Kiel | Family Medicine Associates, P.A. 1208 W. Henderson, Cleburne, TX 76032 | Specialty Health |

A General Designation and Disclosure has been or is being served by and on behalf of the wave 5 cases for general expert opinions. In the event that any of the general expert(s) identified above is/are unavailable for trial in this case, Plaintiffs reserve the right to elicit testimony, either through direct examination or cross-examination, of other of the general witnesses designated or identified by Plaintiffs. In no event, however, will Plaintiffs' retained experts at trial exceed five (5) experts without leave of Court for good cause shown; however, since Plaintiff was implanted with two products, Plaintiff has identified six (6) necessary expert witnesses herein. Plaintiffs further reserve the right, as allowed by Rule 26(e) of the Federal Rules of Civil Procedure, to supplement this Designation and Disclosure of Expert Witnesses through the discovery process upon receiving additional discovery including, but not

limited to, expert depositions, fact depositions, exhibits introduced in depositions, documents produced, and any supplemental expert disclosures by any party.

| | |
|---|---|
| **Dated this 22nd day of May, 2017** | **Respectfully submitted,**<br>*/s/ Ryan L. Thompson*<br>**Ryan L. Thompson**<br>Texas State Bar No. 24046969<br>**WATTS GUERRA LLP**<br>5726 W. Hausman, Ste. 119<br>San Antonio, TX 78249<br>Telephone: 866.529.9100<br>Fax: 210.448.0501<br>Email: rthompson@wattsguerra.com<br><br>**ATTORNEYS FOR PLAINTIFFS** |