# EXHIBIT

# "E"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION _____ **THIS DOCUMENT RELATES TO:** *Lula Fender v. Ethicon, Inc., et al.* Case No. 2:12-cv-06182 | Master File No. 2:12-MD-02327 MDL No. 2327 **JOSEPH R. GOODWIN** **U.S. DISTRICT JUDGE** |

## PLAINTIFFS' DESIGNATION AND
## DISCLOSURE OF CASE-SPECIFIC EXPERT WITNESSES

Pursuant to Pretrial Order (PTO) # 248, Rule 26 (a)(2) of the Federal Rules of Civil Procedure, Plaintiff Rosa Crawford in the above-captioned civil action ("Plaintiff") submits the following Designation and Disclosure of Case-Specific Expert Witness and persons who may provide expert testimony specific to Plaintiff's case pursuant to Rule 702 of the Federal Rules of Evidence.

### RETAINED EXPERT WITNESSES

1) Daniel Elliott, M.D. (Urologist) (General) (adoption of previously served report)
   Mayo Clinic
   200 1st Street SW
   Rochester, MN 55902

2) Prof. Dr. med. Uwe Klinge (Materials) (General) (adoption of previously served report)
   KLINIK FÜR ALLGEMEIN-, VISZERAL- UND
   TRANSPLANTATIONSCHIRURGIE

      RWTH Aachen und Universitätsklinikum Aachen Pauwelsstraße 30
      D-52074 Aachen
      Germany

3) Bruce Rosenzweig, M.D. (Urogynecologist) (General) (adoption of previously served report)
   Rush University Professional Building
   1725 West Harrison Street, Suite 358
   Chicago, IL 60612

4) Peggy C. Pence, PhD, RAC, FRAPS (Regulatory) (General)
   (adoption of previously served report)
   Symbion Research International, Inc.
   3537 Old Conejo Road, Suite 115
   Newbury Park, California 91320

5) William E. Porter, M.D. (General and Case Specific Causation)
   6324 Fairview Rd, Suite 390
   Charlotte, NC 28210

**NON-RETAINED EXPERT WITNESSES**

| NAME | ADDRESS | SPECIALITY |
|---|---|---|
| David Adcock, II, M.D. | 1 Magnolia Court<br>Moultrie, GA 31768 | OB-GYN |

A General Designation and Disclosure has been or is being served by and on behalf of the Wave 5 cases for general expert opinions. In the event that any of the general expert(s) identified above is/are unavailable for trial in this case, Plaintiff reserves the right to elicit testimony, either through direct examination or cross-examination, of other of the general witnesses designated or identified by Plaintiff. In no event, however, will Plaintiff's retained experts at trial exceed five (5) experts without leave of Court for good cause shown. Plaintiff further reserves the right, as allowed by Rule 26(e) of the Federal Rules of Civil Procedure, to supplement this Designation and Disclosure of Expert Witnesses through the discovery process upon receiving additional discovery including, but not limited to, expert depositions, fact depositions, exhibits introduced in depositions, documents produced, and any supplemental expert disclosures by any party.

This 22nd day of May 2017.

/s/Charles H. Johnson

Charles H. Johnson (MN Bar No. 50696)
Jonathan R. Mencel (MN Bar No. 390056)
LAW OFFICES OF CHARLES H. JOHNSON, PA
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone:  (651) 633-5685
Fax Phone:  (651) 633-4442
bdehkes@charleshjohnsonlaw.com
jmencel@charleshjohnsonlaw.com

**ATTORNEYS FOR PLAINTIFF**