# EXHIBIT

## "J"

# CURRICULUM VITAE

# WILLIAM E. PORTER, M.D.

**OFFICE ADDRESS:**

Presbyterian Urogynecology
6324 Fairview Rd, Suite 390
Charlotte, NC 28210
Phone: (704)316-1120   Fax: (704)316-1121
Email: urogynman@aim.com

**EMPLOYMENT:**

Ob/Gyn Specialists of the Palm Beaches
1515 North Flagler, Suite 700
West Palm Beach, FL 33401
July 2003 - June 2008

**EDUCATION:**

**High School:**
*Birmingham Groves*
Birmingham, Michigan
Degree date – June 1987

**Undergraduate:**
*University of Michigan*
Ann Arbor, Michigan
Bachelor of Science in Biology
Degree date – May 1991

**Graduate/Medical School:**
*University of Health Sciences*
School of Osteopathic Medicine
Kansas City, MO
August 1992 – July 1993

*Wayne State University*
School of Medicine
Detroit, Michigan
Doctor of Medicine
Degree date – June 6, 1996

**Internship:**
*University of Cincinnati*
College of Medicine
Cincinnati, Ohio
Obstetrics and Gynecology
June 1996 - June 1997

**Residency:**
*University of Cincinnati*
College of Medicine
Cincinnati, Ohio
Obstetrics and Gynecology
June 1997 - June 2000

William E. Porter M.D.
Page 2

**Fellowship:**
*University of Tennessee, Center of Health Sciences*
Department of Obstetrics and Gynecology
Memphis, Tennessee
Urogynecology and Reconstructive Pelvic Surgery
Accredited Fellowship by ABOG
Directors:  Robert L. Summitt, Jr. M.D., Val Y. Vogt, M.D.
July 2000 - June 2003

**Honors:**

Auxiliary to American Osteopathic Association Scholarship Finalist, 1993
Wayne County Medical Society Scholarship, 1995
Young Investigator Award Recipient, Central Association of Obstetrics and Gynecology, 2002

**BOARD CERTIFICATION:**

American Board of Obstetrics and Gynecology 2005

**MEDICAL LICENSURE:**

| | | |
|---|---|---|
| Ohio | 35-07-6095 | April 1999 |
| Tennessee, | M.D. 34019 | April 2000 |
| Arkansas | E-2659 | August 2000 |
| Michigan | 4301080975 | October 2002 - Present |
| Florida | ME87260 | February 2003 – Present |
| North Carolina | 01871 | November 2007 - Present |

**SOCIETY MEMBERSHIPS:**

American College of Obstetricians and Gynecologists, Fellow 2005
American Urogynecologic Society, January 2002 – present
Central Association of Obstetrics and Gynecology 2001 – present
American Association of Laparoscopic Gynecologist 2010 - present

**UNIVERSITY APPOINTMENTS:**

Instructor & Fellow, Section of Urogynecology
Department of Obstetrics and Gynecology, University of Tennessee, Memphis
Memphis, Tennessee, July 2000 - June 2003.

**HOSPITAL APPOINTMENTS:**

1. Presbyterian Hospital Charlotte, NC
2. Presbyterian Hospital, Matthews, NC
3. Presbyterian Hospital, Huntersville, NC
4. Carolinas Medical center, Charlotte, NC

**TEACHING EXPERIENCE:**

Provide lectures to the Residents in the Department of Obstetrics and Gynecology, University of Tennessee, Memphis, July 2000 – 2003.
- "Evaluation of Urinary Incontinence"
- "Evaluation of Fecal Incontinence"
- "Overactive Bladder"
- "Conservative Therapy for Stress Incontinence"
- "Surgical Management of Stress Management"

Give monthly clerkship lecture to third year medical students.  Department of Obstetrics and Gynecology, University of Tennessee, Memphis, July 2000 – 2003.
- "Urinary Incontinence"
- "Pelvic Inflammatory Disease"

Urogynecology Conferences.  Facilitate weekly resident conference where current articles and research are discussed.  Department of Obstetrics and Gynecology, University of Tennessee, Memphis, July 2000 - 2003.

Urogynecology Chapter Review/Research Conference, conducted weekly with clinical fellows and residents.  Department of Obstetrics and Gynecology, University of Tennessee, Memphis, July 2000 - 2003.

Council in Resident Education in Obstetrics and Gynecology (CREOG) May 2002
- Assisted in writing urogynecology questions for annual national in-service exam for obstetric and gynecology residents.

## PUBLICATIONS (Book Chapters and Ad Hoc Reviews)

1.    Porter WE, Penney DC: Cyanide. In Webb AR, Shapiro MJ, Singer M, Suter PM  (eds).  Oxford Textbook of Critical Care. Oxford Publishing, Oxford, England. 647-649, 1999.

2.    Porter WE, Karram MM: Pathophysiology, diagnosis and management of rectocele. In Cardoza L, Staskin D (eds). The Textbook of Female Urology and Urogynecology.  Isis Media Ltd., Oxford, England.  2001, 615-625.

3.    Porter WE, Summitt RL: Posterior Colporrhaphy.  In Sciarra J (ed).  Obstetrics and Gynecology. Lippincott and Williams, New York. 2003.

4.    Porter WE, Summitt RL: The Pathophysiology, Diagnosis, and Management of Rectoceles. In GLOWM (Global Library of Women's Medicine),  2008, Revised 2011

## PUBLICATIONS (Peer Reviewed Journals):

1.    Porter WE, Penney DG.  Nitroprusside, A Cyanide Containing Drug: Recognizing the Dangers. Providence Hospital Medical Bulletin, 1996; 9(1): 23-28.

2.    Porter WE, Steele A, Kohli N, Walsh P, Karram MM, The Anatomic and Functional Outcome of Defect-Specific Rectocele Repair. Am J Obstet Gynecol Dec 1999; 181(6): 1353-8.

## ACADEMIC PRESENTATIONS: NATIONAL AND INTERNATIONAL MEETINGS AND PUBLISHED IN ABSTRACT FORM

1.    Porter WE, Steele A, Kohli N, Walsh P, Karram MM: The Anatomic and Functional Outcome of Defect-Specific Rectocele Repair. Society of Gynecologic Surgeons Meeting, San Diego, California, March 1999.

2.    Porter WE, Steele A, Kohli N, Walsh P, Karram MM: The Anatomic and Functional Outcome of Defect-Specific Rectocele Repair. International Urogynecology Association, Denver, Colorado, August 1999.

3.    Porter WE, Haynes K, Lipscomb GH, Summitt RL, JR.: Oophorectomy at the Time of Vaginal Hysterectomy: A Prospective Study. Society of Gynecologic Surgeons Meeting, Dallas, TX, March 2002.

4.    Porter WE, Yang C, Vogt V, Summitt RL Jr.:  Isometric Detrusor Contraction During a Voiding Study: Its Meaning and Clinical Implications.  American Urogynecology Society Meeting, San Francisco, CA October 2002.

5.  Porter WE, Lipscomb GH, Stovall T, Ling F, Summitt RL, Jr.:  A Prospective Randomized Comparison of Scalpel vs. Electrosurgery for Abdominal Incisions in Gynecologic Surgery. Central Association of Obstetrics and Gynecology Meeting. Las Vegas, NV October 2002.

6.  Porter WE, Horton TR, Vogt VY, Summitt RL Jr: Historical and Physical Factors Predictive of Successful Pessary Use: American College of Obstetrics and Gynecology, Annual Clinical Meeting, New Orleans, LA April 2003.

7.  Porter WE, Horton TR, Vogt VY, Summitt RL Jr: Genital Prolapse Symptoms and Quality of Life Parameters Associated with Pessary Use: American College of Obstetrics and Gynecology, Annual Clinical Meeting, New Orleans, LA April 2003.

8.  Porter WE, Addis A, Vogt VY, Summitt RL Jr: Intrinsic Sphincter Deficiency: Association with Historical, Physical and Urodynamic Findings: American College of Obstetrics and Gynecology, Annual Clinical Meeting, New Orleans, LA April 2003.

**RESEARCH:**

| | |
|---|---|
| Sponsor: | National Institute of Health Student Training Grant at Wayne State University |
| Title: | Head and neck squamous cell cancer and the relevance of tumor marker P54. |
| Date: | August- September 1995 |
| Staff: | Porter WE, Crissman JD |

| | |
|---|---|
| Sponsor: | Eli Lilly and Company |
| Title: | Efficacy and Safety of Duloxetine Compared with Placebo in Subjects with Symptoms of Bladder Overactivity Due to Pure Detrusor Instability or Sensory Urgency (Protocol # F1J-MC-SBBL) |
| Date: | May 2001 |
| Staff: | Summitt RL, Vogt VY, Porter WE |

| | |
|---|---|
| Sponsor: | Milex Inc. |
| Title: | Predictors of Successful Pessary Management |
| Date: | May 2001 |
| Staff: | Porter WE, Summitt RL, Vogt VY |

| | |
|---|---|
| Sponsor: | Bayer Pharmaceutical |
| Title: | Prospective, Randomized, Double-Blind Multicenter, Comparative Trial to Evaluate The Efficacy and Safety of Ciprofloxacin Once Daily Extended Release 500 mg Tablets QD for 3 Days Versus Conventional Ciprofloxacin 250 mg Tablets BID for 3 days in the Treatment of Patients with Uncomplicated Urinary Tract  (uUTI) Infections (Bayer Study #100398) |
| Date: | July 2001 |
| Staff: | Summitt RL, Vogt VY, Porter WE |

| | |
|---|---|
| Sponsor: | University of California, San Diego, |
| Title: | Identifying Bladder-Origin Pelvic Pain/Interstitial Cystitis in Gynecologic Patients and Their Treatment with Pentosan Polysulfate vs. Placebo. |
| Date: | September 2002 |
| Staff: | Vogt VY, Ling FL, Summitt RL, Porter WE |

| | |
|---|---|
| Sponsor: | Timm Medical Technologies, Inc. |
| Title: | Normal Values for Vaginal Cone Weights in Asymptomatic Women. |
| Date: | September 2002 |
| Staff: | Herrin A, Vogt VY, Summitt RL, Porter WE. |

| | |
|---|---|
| Sponsor: | Wyeth |
| Title: | A Double Blind, Randomized, Placebo and Active Controlled Safety and Efficacy Study of Bazedoxifene/Conjugated Estrogens Combinations in Postmenopausal Women |

Date:     November 2002
Staff:     Summitt RL, Vogt VY, Porter WE, Horton TR.

Sponsor:  Pharmacia
Title:     Assessment of the Efficacy of Tolterodine ER vs. Placebo for the Symptom of Urgency and the Improvement in Bladder Condition (DETAOD-0084-047)
Date:     December 2002
Staff:     Summitt RL, Vogt VY, Porter WE, Horton TR

Sponsor:  Eli Lilly and Company
Title:     Long Term Monitoring of Safety in Subjects Treated with Duloxetine for Bladder Overactivity (F1j-MC-SBBX)
Date:     December 2002
Staff:     Summitt RL, Vogt VY, Porter WE, Horton TR

Sponsor:  US Surgical
Title:     A Prospective Multicenter Clinical Study on a New Approach in Treating Stress and Mixed Urinary Incontinence and Vaginal Vault Prolapse.
Date:     April 2005

Sponsor:  GlaxoSmithKline
Title:     An Observational, Pilot Study to determine the prevalence of Genital Herpes Infection in individuals who present to healthcare professionals complaining of pre-defined genital signs/symptoms.
Date:     April 2005

Sponsor:  Odyssey
Title:     Sanctura Study to Evaluate Control of Urinary Symptoms Resulting From OAB.
Date:     May 2005

Sponsor:  Sanctura
Title:     A Double-Blind, Multicenter, International, Randomized, Placebo-Controlled Study of Safety and Efficacy of Trospium Chloride 60mg Modified Release Capsules Versus Placebo, Once Daily, for 12 Weeks Followed by a 9 – Month, Open-Label Treatment Phase in Patients with Overactive Bladder.
Date:     July 2005

Sponsor:  Tyco
Title:     IVS Tunnler, Long Term Success of Pelvic Floor Prolapse and Stress Incontinence.
Date:     July 2005

Sponsor:  Boston Scientific
Title:     Prefyx Sling. Long Term Observation Registry
Date:     January 2007

Sponsor:  Cook Biomedical
Title:     Objective and Subjective Outcomes of Porcine SIS Graft Augmentation In Vagina; Prolapse Surgery.
Date     Submitted to AUGS Annual Meeting for 2009

**INVITED LECTURES:**

1.     University of Tennessee, Department of Obstetrics and Gynecology.

*Hot Topics in Women's Health.*  Memphis, TN. November 2000.
- "Evaluation of Incontinence - What to Do and Why"
- "Laparoscopic and Other Treatments for Urinary Incontinence"

2.      University of Tennessee, Department of Family Medicine.
        *Update for the Primary Care Physician.* Memphis, TN. March 2001.
- "Evaluation of Incontinence for Primary Care Physician"
- "Case Presentations: The Incontinent Patient"

3.      South Central Obstetrics and Gynecology Meeting, *Annual Clinical Meeting*,
        Memphis, TN April 2002.
- "Suburethral Sling Procedure for Urinary Incontinence"

4.      University of Tennessee, Department of Obstetrics and Gynecology.
        Fifth Annual Update in Gynecology, Reproductive Endocrinology Infertility and Urogynecology
        Grand Cayman Island, BWI, February 2003.
- "Fecal Incontinence"
- "Overactive Bladder"
- "Lower Urinary Tract Symptoms"
- "Neurological Injuries in Gynecology and Case Studies"
- "Mesh use in Gynecologic Surgery"

5.      Florida Obstetrics and Gynecology Society, *Annual Clinical Meeting.* Palm Beach, FL
        August 2006.
- "Update in Urinary Incontinence"

6.      Presbyterian Hospital, Department of Obstetrics and Gynecology.
        *Grand Rounds.*  Charlotte, NC. Various dates.
- "Evaluation of Incontinence - What to Do and Why"
- "Laparoscopic and Other Treatments for Urinary Incontinence"
- "Lower Urinary Tract Symptoms"
- "Fecal Incontinence"
- "Treatment Update for Overactive Bladder"

7.      Presbyterian Hospital, Department of Community Outreach
        *You Can Laugh Without Leaking.*  Charlotte, NC. October 2011.
- "Evaluation of Incontinence - What to Do and Why"