# EXHIBIT A

# LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF DIONYSIOS K. VERONIKIS, M.D., APPLIES

1. *Lesa Adams v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-07658 (Gynemesh; TVT-O*)

2. *JoAnn Clowes v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-05749 (TVT)

3. *Connie Foy v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-06589 (Gynemesh PS)

4. *Carol Sauer, et al. v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-06818 (Gynemesh, TVT)

5. *Maria Shook, et al. v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-07446 (Gynemesh, TVT)

*Dr. Veronikis does not offer general-causation opinions as to the TVT-O product, and therefore the general-causation opinions he offers here do not apply to that product in *Adams*.

**Defendants reserve the right to supplement this list should any plaintiff designate Dr. Veronikis as a general-causation expert in MDL Wave 5.