# EXHIBIT A

Jordi Exhibit A

| Case Name | Docket Number |
|---|---|
| Aldridge, Margaret | 2:12cv05750 |
| Barone, Deborah & August | 2:12cv06802 |
| Bell, Tammy Louise & Shandon | 2:12cv06474 |
| Burden, Gayle & Michael | 2:12cv06383 |
| Callahan, Sonja & Layn | 2:12cv06387 |
| Davis, Ethel | 2:12cv06388 |
| Garrison, Cherrie | 2:12cv06390 |
| Green, Patricia & Jackie | 2:12cv05688 |
| Hoggatt, Laurie & Paul | 2:12cv05667 |
| Paschke, Anna L. | 2:12cv06399 |
| Phelps, Teresa L. | 2:12cv05790 |
| Picou, Esther | 2:12cv06403 |
| Redden, Regina Beth | 2:12cv06405 |
| Reeves, Virginia & Richard | 2:12cv06408 |
| Reyes, Monnica & Marces | 2:12cv06141 |
| Sauer, Carol & William Conner | 2:12cv06818 |
| Scuderi, Lynn A. | 2:12cv06409 |
| Shook, Maria & Peter | 2:12cv07446 |
| Surcey, Tammy | 2:12cv05668 |
| Thompson, Lissa | 2:12cv06140 |