# EXHIBIT A

Klinge Exhibit A

| Case Name | Docket Number |
|---|---|
| Adams, Lesa | 2:12cv07658 |
| Avant, Debbie & Jack | 2:12cv07413 |
| Bailey, Jane | 2:12cv07952 |
| Ball, Sammie Marie | 2:12cv07415 |
| Balura, Cathy & Peter | 2:12cv07854 |
| Barone, Deborah & August | 2:12cv06802 |
| Bohne, Chantel | 2:12cv07417 |
| Bybel, Celeste P. | 2:12cv07495 |
| Campbell, Lisa O. | 2:12cv07659 |
| Clowes, JoAnn | 2:12cv05749 |
| Crawford, Rosa M. | 2:12cv06181 |
| Dawes, Glenda & Marvin, Sr. | 2:12cv08048 |
| Duchene, Margaret L. & Ralph | 2:12cv07968 |
| Dynes, Donna & Bobby | 2:12cv06104 |
| Eason, Carla & Edward Lester, Jr. | 2:12cv07909 |
| Fender, Lula F. | 2:12cv06182 |
| Foy, Connie & Charles | 2:12cv06589 |
| Gregersen, Gina Lynn | 2:12cv06299 |
| Hawks, Christie S. | 2:12cv07257 |
| Holley, Mary & Jimmy | 2:12cv07750 |
| Jacob, Liberty & Jack | 2:12cv06954 |
| Jarrell, Kimberly & Stevie Lee | 2:12cv07422 |
| Kaviratna, Hema & Padma | 2:12cv08019 |
| Leith, Sherrie | 2:12cv08079 |
| McCumber, Betty Linton | 2:12cv08083 |
| Mendiola, Rosario | 2:12cv07805 |
| Mixon, Gwendolyn C. | 2:12cv07143 |
| Morrison, Ella | 2:12cv07935 |
| Murray, Sharon & Robert | 2:12cv07705 |
| Nethercott, Betty | 2:12cv05802 |
| Palmer, Teresa | 2:12cv07902 |
| Pavlekovich, Tamara & John | 2:12cv06772 |
| Platt, Mary Lee & Clair | 2:12cv07420 |
| Prestage, Robin | 2:12cv07936 |
| Ross, Veronica A. | 2:12cv07419 |
| Sampson, Beverly | 2:12cv07424 |
| Santana, Santa | 2:12cv07849 |
| Schwartz, Genevieve S. | 2:12cv06184 |
| Sciumbata, Teresa & Giuseppe | 2:12cv07037 |
| Scott, Cassandra | 2:12cv07846 |
| Thompson, Anna M. | 2:12cv06179 |
| Thompson, Rebecca Marie | 2:12cv07802 |
| Washburn, Suzanne | 2:12cv06248 |
| Wells, Stephanie & Larry | 2:12cv06438 |