# EXHIBIT A

| PLAINTIFF(S) | CASE NUMBER |
|---|---|
| Abadie, Mary J. | 2:12-cv-07356 |
| Adams, Lesa | 2:12-cv-07658 |
| Bethune, Susan & Ronnie Jerome | 2:12-cv-07852 |
| Bordelon, Jane & Frederick, III | 2:12-cv-07431 |
| Bybel, Celeste P. | 2:12-cv-07495 |
| Campbell, Lisa O. | 2:12-cv-07659 |
| Deaton, Sherry P. | 2:12-cv-05774 |
| Dobard, Raja | 2:12-cv-07493 |
| Dupont, Catherine & Richard | 2:12-cv-07490 |
| Frame, Patsy | 2:12-cv-07524 |
| Fremin, Margaret Richard | 2:12-cv-07523 |
| Gray, Ora Kay & Clarence Allen | 2:12-cv-07251 |
| Harris, Sabrina | 2:12-cv-07582 |
| Heintz, Kathleen | 2:12-cv-07579 |
| Jaufre, Dianne | 2:12-cv-07573 |
| Landeche, Mary Alice & Nolan, Jr. | 2:12-cv-07962 |
| Lockwood, Maria | 2:12-cv-07649 |
| Martin, Linda A. & Henry | 2:12-cv-07853 |
| McCoy, Clarisa | 2:12-cv-07646 |
| McLain, Jamie & Travis | 2:12-cv-08004 |
| Mendiola, Rosario | 2:12-cv-07805 |
| Miller, Joycelyn | 2:12-cv-07644 |
| Morrison, Ella | 2:12-cv-07935 |
| Prestage, Robin | 2:12-cv-07936 |
| Rayburn, Judy & Brian E. | 2:12-cv-07711 |
| Ross, Veronica A. | 2:12-cv-07419 |
| Taylor, Bessie & William, Sr. | 2:12-cv-07784 |
| Terrebonne, Shirley | 2:12-cv-07779 |
| Thompson, Rebecca | 2:12-cv-07802 |
| Tichbourn, Loral | 2:12-cv-07777 |
| Valverde, Jodi & Leffy | 2:12-cv-07999 |
| Vazquez, Yadira & Ricardo | 2:12-cv-07840 |
| Weaver, Karen & Victor E. | 2:12-cv-07769 |

37580575v1