IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>ETHICON WAVE 5 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF RUSSELL DUNN, PH.D. FOR WAVE 5

The Defendants adopt and incorporate by reference the *Daubert* motion filed against Russell Dunn, Ph.D. for Ethicon Wave 3 [2775 (motion), 2778 (memorandum in support)]. Defendants respectfully request that the Court exclude Dr. Dunn's testimony, for the reasons expressed in the Wave 3 briefing. This notice applies to the Wave 5 cases identified in Exhibit A attached hereto.

                                                Respectfully submitted,

                                                */s/Christy D. Jones*
                                                Christy D. Jones
                                                Butler Snow LLP
                                                1020 Highland Colony Parkway
                                                Suite 1400 (39157)
                                                P.O. Box 6010
                                                Ridgeland, MS  39158-6010
                                                (601) 985-4523
                                                christy.jones@butlersnow.com

        */s/ David B. Thomas*
        David B. Thomas (W.Va. Bar #3731)
        Thomas Combs & Spann PLLC
        300 Summers Street
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 25338
        (304) 414-1807
        dthomas@tcspllc.com

        COUNSEL FOR DEFENDANTS
        ETHICON, INC., ETHICON, LLC AND
        JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/Christy D. Jones*
        Christy D. Jones

37715223v1