**EXHIBIT A**

| PLAINTIFF(S) | CASE NUMBER |
|---|---|
| Bailey, Jane | 2:12-cv-07952 |
| Thompson, Rebecca | 2:12-cv-07802 |

37581629v1