# EXHIBIT A

**EXHIBIT A TO DEFENDANTS' MOTION TO EXCLUDE
SUZANNE PARISIAN, M.D. [WAVE 5]**

Pursuant to the third Amended Docket Control Order, Defendants submit the following list of cases apply to Defendants' Motion to Exclude Suzanne Parisian, M.D. in Wave 5.[1]

**List of Applicable Cases**

| Case and Docket Number | Product(s) |
|---|---|
| Pavlekovich, Tamara & John v. Ethicon, Inc. et al., Case No. 2:12-cv-6772 | TVT Secur |
| Dobard, Raja v. Ethicon, Inc. et al., Case No. 2:12-cv-7493 | TVT Secur[2] |
| Miller, Joycelyn v. Ethicon, Inc. et al., Case No. 2:12-cv-7644 | TVT Secur |
| Aldridge, Margaret v. Ethicon, Inc. et al., Case No. 2:12-cv-5750 | TVT Secur |

---

[1] Plaintiffs' designation states that they recognize the Fourth Circuit's affirmance of this Court's exclusion of evidence of compliance with the 510(k) process and "reserve the right to designate" Dr. Parisian "[i]n the event of a contrary ruling." Pls. Wave 5 General Expert Desig., p. 4. Ethicon understands this to mean that Dr. Parisian is not designated at all if no FDA evidence is admitted, even though this is potentially inconsistent with Dr. Parisian's current disclaimer of reliance on FDA regulations. In addition, Ethicon notes that this "reservation of right to designate" in some instances puts Plaintiffs' number of experts over the allotted five.

[2] Plaintiff in the *Dobard* case also claims injuries from Prolift, but that is not a product for which Dr. Parisian has submitted an expert report.

Dr. Parisian was designated as an expert in the following cases but did not serve a report with respect to the product(s) in issue. On July 20, 2017, the parties entered into a Stipulation whereby Plaintiffs agreed to withdraw Dr. Parisian as a designated expert for these matters. The Stipulation has been filed in each of these individual cases:

| |
|---|
| Mary Landeche, et al. v. Ethicon, Inc., et al.<br>Case No. 2:12-cv-7962 |
| Patsy Frame v. Johnson & Johnson, et al.<br>Case No. 2:12-cv-7524 |
| Margaret Fremin v. Ethicon, Inc., et al<br>Case No. 2:12-cv-7523 |
| Bessie Taylor et al. v. Ethicon, Inc., et al.<br>Case No. 2:12-cv-07784 |
| Kathleen Heintz v. Ethicon, Inc., et al.<br>Case No. 2:12-cv-7579 |
| Shirley Terrebonne v. Ethicon, Inc., et al.<br>Case No. 2:12-cv-7779 |
| Linda Martin, et al v. Ethicon, Inc., et al.<br>Case No. 2:12-cv-07853 |
| Clarisa McCoy, et al v. Ethicon, Inc., et al.<br>Case No. 2:12-cv-07646 |
| Judylynn and Brian Rayburn v. Ethicon, Inc., et al.<br>Case No. 2:12-cv-07711 |
| Catherine Dupont v. Ethicon, Inc., et al.<br>Case No. 2:12-cv-7490 |
| Jodi Valverde, et al v. Ethicon, Inc., et al.<br>Case No. 2:12-cv-07999 |
| Mary J. Abadie v. Ethicon, Inc. et al.<br>Case No. 2:12-7356 |
| Susan Bethune et al v. Ethicon, Inc. et al.<br>Case No. 2:12-cv-07852 |
| Jane Bordelon, et al. v. Ethicon, Inc., et al.<br>Case No. 2:12-cv-07431 |

| |
|---|
| Sabrina Harris v. Ethicon, Inc., et al.<br>Case No. 2:12-cv-7582 |
| Diane Jaufre v. Ethicon, Inc., et al.,<br>Case No. 2:12-cv-07573 |
| Maria Lockwood v. Ethicon, Inc., et al.<br>Case No. 2:12-cv-7649 |
| Jamie McLain, et al v. Ethicon, Inc., et al.<br>Case No. 2:12-cv-08004 |
| Loral Tichbourn, et al v. Ethicon, Inc., et al.<br>Case No. 2:12-cv-07777 |
| Yadira Vazquez, et al v. Ethicon, Inc., et al.<br>Case No. 2:12-cv-07840 |
| Karen Weaver, et al v. Ethicon, Inc., et al.<br>Case No. 2:12-cv-07769 |