# EXHIBIT A

| Reyes, Monnica | 2:12-cv-06141 |
| --- | --- |
| Terrebonne, Shirley | 2:12-cv-07779 |
| Valverde, Jodi | 2:12-cv-07999 |