# EXHIBIT D

Marshall Shoemaker, M.D.

```
1            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
2                    CHARLESTON DIVISION
3    _____
4    IN RE:  ETHICON, INC., * MASTER FILE NO. 2:12-MD-02327
     PELVIC REPAIR SYSTEM   * MDL NO. 2327
5    PRODUCTS LIABILITY      * JOSEPH R GOODWIN
     LITIGATION              * U.S. DISTRICT JUDGE
6    _____
7    THIS DOCUMENT RELATES  *
     TO ALL WAVE 5 AND       *
8    SUBSEQUENT WAVE CASES  * General re Prolift+M,
     AND PLAINTIFFS:         * Prosima, TVT-O and TVT-Exact
9                            * matter
     Monnica Reyes           *
10   Case No. 2:12cv06141    *
                             *
11   Shirley Terrebonne      *
     Case No. 2:12cv07779    *
12                           *
     Jodi Valverde           *
13   Case No. 2:12cv07999    *
     _____
14
15
            DEPOSITION OF MARSHALL SHOEMAKER, M.D.
16           PURSUANT TO NOTICE OF DEPOSITION
17             Taken on Behalf of Plaintiffs
18   DATE TAKEN:   July 21, 2017
     TIME:          8:53 a.m. - 3:13 p.m.
19   PLACE:         Holiday Inn Express, 19751 South Greeno
                    Road, Fairhope, Alabama
20
21
         Examination of the witness taken before:
22
            Debra Amos Isbell, CCR,RDR,CRR
23            GOLKOW LITIGATION SERVICES
         Ph - 877-370-3377   Fax - 917-591-5672
24                 deps@golkow.com
```

Marshall Shoemaker, M.D.

---

Page 2

A P P E A R A N C E S

**FOR THE PLAINTIFFS:**

RESTAINO LAW, LLC
1011 S. Josephine St.
Denver, CO 80209
303-839-8000
BY: JOHN M. RESTAINO, JR., ESQUIRE
D.P.M., J.D., M.P.H.
jrestaino@restainollc.com


**FOR THE DEFENDANTS:**

BUTLER SNOW, LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
601-948-5711
BY: JORDAN N. WALKER, ESQUIRE
jordan.walker@butlersnow.com


**COURT REPORTER:**
Debra Amos Isbell, CCR,RDR,CRR

---

Page 3

I N D E X
DEPOSITION OF MARSHALL SHOEMAKER, M.D., 7/21/2017

EXAMINATION INDEX
BY MR. RESTAINO . . . . . . . . . . . . . . . 7
BY MR. WALKER . . . . . . . . . . . . . . . 230
BY MR. RESTAINO . . . . . . . . . . . . . .249


EXHIBIT INDEX
Exhibit
1   Notice to Take Deposition of Marshall        10
    Shoemaker, M.D.

2   Curriculum Vitae                11

3   Thumb drive                13

4   Invoice, 3/24-6/6/2017           14

5   General Reliance List - MDL Wave 5      33

6   Evaluation and Management of Complications  37
    from Synthetic Mesh after Pelvic
    Reconstructive Surgery: A Multicenter
    Study, by Abbott, et al.

7   Supplemental General Reliance List - MDL    47
    Wave 5

---

Page 4

8   Expert Report of Marshall Shoemaker, M.D.,  49
    Gynemesh PS, Prolift, Prolift+M, and
    Prosima

9   Cochrane Library - Surgical Management of   71
    Pelvic Organ Prolapse in Women (Review)
    by Maher, et al. - 2013

10  Vaginal versus Abdominal Reconstructive     86
    Surgery for the Treatment of Pelvic
    Support Defects: A Prospective Randomized
    Study with Long-Term Outcome Evaluation by
    Benson, et al.

11  To Mesh or Not to Mesh: A Review of         93
    Pelvic Organ Reconstructive Surgery, by
    Dallenbach

12  Epidemiologic Evaluation of Reoperation    101
    for Surgically Treated Pelvic Organ
    Prolapse and Urinary Incontinence by
    Clark, et al.

13  Risk Factors for the Recurrence of Pelvic  106
    Organ Prolapse after Vaginal Surgery: A
    Review of Five Years After Surgery by
    Diez-Itza, et al.

14  The Incidence of Reoperation for           109
    Surgically Treated Pelvic Organ Prolapse:
    An 11-year Experience, by Price, et al.

15  The Argument for Lightweight Polypropylene 130
    Mesh in Hernia Repair by Cobb, et al.

16  Differences in Polypropylene Shrinkage     133
    Depending on Mesh Position in an
    Experimental study by Garcia-Urena, et al.

17  Vaginal Mesh Contraction, Definition,      140
    Clinical Presentation, and Management by
    Feiner, et al.

18  The Role of Vaginal Mesh Procedures in     145
    Pelvic Organ Prolapse Surgery in View of
    Complication Risk by Ellington, et al.

---

Page 5

19  Mesh-Related and Intraoperative            149
    Complications of Pelvic Organ Prolapse
    Repair by Kasyan, et al.

20  Deterioration in Biomechanical Properties  154
    of the Vagina Following Implantation of a
    High-Stiffness Prolapse Mesh by Feola, et
    al.

21  Total Transvaginal Mesh (TVM) Technique    165
    for Treatment of Pelvic Organ Prolapse: A
    Five-Year Prospective Follow-Up Study by
    Jacquetin, et al.

22  Trocar-Guided Mesh Compared With           177
    Conventional Vaginal Repair in Recurrent
    Prolapse by Withagen, et al.

23  Anterior Colporrhaphy versus Transvaginal  180
    Mesh for Pelvic-Organ Prolapse by Altman
    et al.

24  A Multicenter, Randomized, Prospective,    184
    Controlled Study Comparing Sacrospinous
    Fixation ... by Halaska, et al.

25  Cochrane Library - Surgical Management of  188
    Pelvic Organ Prolapse in Women (Review) by
    Feiner

26  One-Year Objective and Functional Outcomes 196
    of a Randomized Clinical Trial of Vaginal
    Mesh for Prolapse

27  Multicenter, Randomized Trial Comparing    213
    Native Vaginal Tissue Repair and Synthetic
    Mesh Repair for Genital Prolapse Surgical
    Treatment by Simone dos Reis Brandao de
    Silveira, et al.

28  Comparison of Vaginal Mesh Repair with     222
    Sacrospinous Vaginal Colpopexy in the
    Management of Vaginal Vault Prolapse ...
    by Svabik, et al.

---

Marshall Shoemaker, M.D.

Page 6

29   Prolift Surgeon's Resource Monograph    244
     (RETAINED BY MR. WALKER)

        I, Debra Amos Isbell, Commissioner and Court
Reporter, certify that on this date, as provided by
the Federal Rules of Civil Procedure, there came
before me at the Holiday Inn Express, 19751 Greeno
Road, Fairhope, Alabama, on July 21, 2017, commencing
at 8:53 a.m., MARSHALL SHOEMAKER, M.D., witness in the
above cause, for oral examination, whereupon the
following proceedings were had:

Page 7

        (THIS DEPOSITION WAS TAKEN PURSUANT TO THE
        FEDERAL RULES OF CIVIL PROCEDURE.  READING
        AND SIGNING BY THE WITNESS IS RESERVED.)

        MARSHALL SHOEMAKER, M.D.
was sworn and testified as follows:
        THE WITNESS:  I do.
             EXAMINATION
BY MR. RESTAINO:
    Q.   Good morning, Doctor.  I've heard your name
the way it's spelled as Shoemaker [shoo-mey-ker] or
Shoemaker [shoo-maw-ker].
    A.   Shoemaker [shoo-mey-ker], just like it
sounds.
    Q.   Just like Restaino.
    A.   Right.
    Q.   We met informally and now formally.  I'm
John Restaino.  I'll be taking your deposition this
morning a couple of times and tomorrow.
    A.   Perfect.
    Q.   So we'll get to know each other.  Have you
had your deposition taken before?
    A.   Yes.
    Q.   Approximately how many times?

Page 8

    A.   Just one time.
        MR. WALKER:  Are you talking about in mesh
or just in general?
        MR. RESTAINO:  Any time.
    A.   Yeah, one time.  And it was in 2000.
    Q.   So seven years ago?
    A.   No.  2000, 17 years ago.
    Q.   2000.  Okay.  17 years ago.  So I'll go
over -- and I'm sure counsel has already discussed
this with you.  But the lovely lady to your left, my
right, is going to take down everything we say.
    A.   Yes.
    Q.   If you and I met last night at a bar, we'd
have a normal conversation; we'd step on each other's
lines as we're talking.  That's normal.
    A.   Right.
    Q.   It's going to make her job real hard.  So if
you will extend to me the courtesy of trying to listen
for my question mark, I will do the same and try to
listen for your period before I start my next
question.
    A.   Perfect.
    Q.   We're entitled to your best testimony today,
but nobody wants you guessing, nobody wants you

Page 9

estimating -- guessing.  We might ask for an estimate.
    A.   Right.
    Q.   So therefore, I could ask you what's the
estimated length of this table, and you'd come up with
a number; what's the length of my dining room table,
and it would be a pure guess.  And nobody is
asking you to do that.
        This is not a memory test.  If you need to
review a document, you look at the document.  Nor is
this an endurance test.  If the coffee exerts its
physiological effect and you want to take a break,
call time out whenever you want.  I think between
Jordan and I, we'll try to keep our eye on the clock
and maybe every 10 minutes (sic) just get up, take a
break, allow the court reporter to rest her hands a
little bit if that works.  However, once again, if
prior to that time it kicks in and you just say, hey,
I want to walk around for a moment, just go for it.
        If you don't understand my question, please
ask me to try to rephrase it.  I cannot imagine that I
would ask an unintelligible question.  But if that
rare event does occur, I will try to clean it up and
make it understandable.
        If, at the same time, you answer the

Marshall Shoemaker, M.D.

| Page 10 |
| --- |

1  question, the assumption is going to be that you
2  understood the question at that time.  Does that make
3  sense?
4      A.   Sure.
5      Q.   Okay.  There was a Notice of Deposition, and
6  I've had the court reporter mark this as Exhibit 1.
7  And I'm going to spend literally just a couple of
8  minutes on this.
9      A.   Okay.
10          (EXHIBIT 1 WAS MARKED
11          FOR IDENTIFICATION.)
12  BY MR. RESTAINO:
13     Q.   Have you seen this before?
14     A.   I don't believe I've seen this.
15     Q.   If you'll turn to the sixth page, at the
16  bottom it says Schedule A.  Do you see that?
17     A.   Yes.
18     Q.   It asks there for a number of items.  And
19  the first one is your CV.  And I have a copy of your
20  CV, which I'll go ahead and mark --
21          MR. WALKER:  He brought one with him.
22          MR. RESTAINO:  Okay.
23          MR. WALKER:  I'm assuming they're the same.
24          MR. RESTAINO:  Why don't we just compare

| Page 11 |
| --- |

1  them.
2      Q.   Other than I can see some obvious redaction,
3  are they the same?
4      A.   Yes.
5      Q.   Would you prefer the redacted one to be made
6  part of the record?  I mean it's redacting out your
7  personal demographic information.
8      A.   Okay.  Sure.
9          MR. RESTAINO:  So then we'll go ahead and
10  mark his CV as number 2.
11          (EXHIBIT 2 WAS MARKED
12          FOR IDENTIFICATION.)
13  BY MR. RESTAINO:
14     Q.   You went to the University of Alabama?
15     A.   Yes.
16     Q.   For undergrad?
17     A.   Yes.
18     Q.   And what was your major?
19     A.   Biology.
20     Q.   And you graduated in '79?
21     A.   '79.
22     Q.   And then went over to Texas Tech School of
23  Medicine?
24     A.   Correct.

| Page 12 |
| --- |

1      Q.   And then from there Parkland Hospital --
2      A.   Correct.
3      Q.    -- for your internship and residency?
4      A.   Correct.
5      Q.   Post residency did you do a fellowship?
6      A.   No.
7      Q.   At any time after residency in any type of
8  formal educational setting, did you get advanced
9  training in genetic oncology?
10     A.   No.
11     Q.   Maternofetal medicine?
12     A.   No.
13     Q.   Reproductive endocrinology and fertility?
14     A.   No.
15     Q.   Do you consider yourself an expert in
16  gynecological surgery?
17     A.   Yes.
18     Q.   And when would you say you obtained this
19  expertise?
20     A.   Just because of the volume of procedures
21  that I've done since I got out of residency.  I have
22  been fortunate to be very -- have a successful
23  practice both in Texas for 10 years and then the last
24  20 years here in Fairhope.

| Page 13 |
| --- |

1      Q.   Number 2 of schedule A of Exhibit 1 asks for
2  documents in your possession not limited to
3  correspondence, notes, videos, flash USB drives,
4  photographs.  Do any of these things exist?
5          MR. WALKER:  Counsel, let me just kind of
6  preempt some things here.  I brought with me a thumb
7  drive that has all of Dr. Shoemaker's General Reliance
8  materials on it.  And then we brought with us as well
9  some hard copies of binders that he was sent that does
10  not contain everything on here, but everything in the
11  binders that we brought is going to be contained on
12  this thumb drive.
13          MR. RESTAINO:  Okay.  That's perfect.
14          MR. WALKER:  I don't know if you want to
15  mark that or how you want to handle it.
16          MR. RESTAINO:  Let's go off for a second.
17          (A DISCUSSION WAS HELD OFF THE RECORD.)
18          (EXHIBIT 3 WAS MARKED
19          FOR IDENTIFICATION.)
20          MR. RESTAINO:  And the materials that he
21  brought, if you would identify them, we'll go ahead
22  and mark that as an exhibit.
23          MR. WALKER:  Yeah.  So Dr. Shoemaker brought
24  with him the Prolift Surgeon's Resource Monograph and

Marshall Shoemaker, M.D.

Page 14

1  the Prolift Guided Mesh PS prof ed materials to
2  include instructional videos and instructional slides
3  on implanting Prolift Guided Mesh PS.
4      He brought with him as well a number of
5  binders that contain a portion of the materials on the
6  flash drive that we've marked.
7      And I think there are a few pieces of
8  literature.  But I think frankly they might be more
9  relevant to our SUI deposition than Prolift.
10     MR. RESTAINO:  And when we go off the record
11  again and take a break, let's between the three of us
12  discuss how we want to work the scheduling of this.
13  We may be able to work this in such a way that
14  tomorrow we leave some of the cleanup material and get
15  you back to your family on Saturday a little
16  earlier -- unless you want to stay here all day.
17     THE WITNESS:  That is a magnificent idea.
18     MR. RESTAINO:  So we'll see how that goes.
19     Okay.  Next you mentioned an invoice.  We'll
20  go ahead and mark that then as 4.
21     (EXHIBIT 4 WAS MARKED
22      FOR IDENTIFICATION.)
23  BY MR. RESTAINO:
24     Q.  So I've marked as Exhibit 4 a document

Page 15

1  handed to me today.  And it's an invoice, dates of
2  service, March 24, 2017 to June 6, 2017, Ethicon
3  litigation.  And TVT report, POP report, reports
4  total, 35 hours at $500 an hour.  Case specific
5  reports, three of them are listed for 21 hours at $500
6  an hour, for the total hours thus far, 56 hours at
7  $500 an hour, $28,000.
8      Doctor, have you been paid yet?
9      A.  Yes, I've been paid for that invoice.
10     Q.  Okay.  I'm assuming that there's prep time
11  for today's deposition?
12     A.  (Nodding head affirmatively.)
13     Q.  I'm assuming you met with counsel prior?
14     A.  Yes.
15     Q.  And you will be charging for that?
16     A.  Yes.
17     Q.  Okay.
18     (A DISCUSSION WAS HELD OFF THE RECORD.)
19  BY MR. RESTAINO:
20     Q.  During your medical school training, did you
21  have formal classes on biomaterials?
22     A.  No.
23     Q.  And during residency did you -- strike that.
24     Sometimes some physicians in training will

Page 16

1  have a year or more where they're outside of the
2  clinical didactic environment and they're in a
3  laboratory doing research.  Did you spend any time
4  like that out of the didactic world, out of clinical
5  medicine, doing research on biomaterials or any other
6  thing?
7      A.  No, we did not spend time doing that in our
8  residency.
9      Q.  So you did a straight residency, graduate
10  medical school, do what in o'dark hundred was called
11  an internship?
12     A.  Correct.
13     Q.  And then the remaining years were in OB-GYN
14  residency; correct?
15     A.  Correct.
16     Q.  And if I understood from reading your
17  report, when you first went into private practice, you
18  did both obstetrics and gynecology?
19     A.  Yes.
20     Q.  Do you still do obstetrics and gynecology?
21     A.  Yes.
22     Q.  Now, when you were -- when you were a
23  resident, were you involved in any type of research
24  that led to publication in the peer-reviewed medical

Page 17

1  literature?
2      A.  I was involved in studies by definition
3  because we were doing big deliveries, lots of
4  deliveries, and there were studies that were coming
5  out of Parkland because it's a big research hospital.
6  But I didn't do any specific papers with my name on
7  it.
8      Q.  Okay.  In looking at your CV, I did not see
9  a list of publications.  And when I searched your name
10  in PubMed, I didn't see any publications.  Have you
11  ever published in the peer-reviewed medical
12  literature?
13     A.  No.
14     Q.  During your actual residency, did you
15  receive training on the use of a mesh in the pelvis of
16  women?
17     A.  No.  I finished my residency in 1987, so we
18  didn't -- we weren't using mesh.
19     Q.  As part of your residency, did you spend any
20  time rotating through general surgery?
21     A.  We did -- no, we did not.  Didn't do hernia
22  meshes either.
23     Q.  That's where I was going.  Now, when you
24  first began to use vaginal or pelvic mesh, which

Marshall Shoemaker, M.D.

Page 18

1 device or implant was the first one you used?
2    A.   When I was in Corpus, we -- probably '93,
3 maybe '94, I'm not sure of the dates -- we did
4 laparoscopic Burches.  And we used mesh and staples.
5 And it was a polypropylene mesh, but I'm not sure of
6 the details.  I don't remember the name of it, to be
7 honest with you.  But we did do mesh and staples to
8 suspend the paravaginal tissue to Cooper's ligament.
9    Q.   Okay.  As you sit here today -- and this may
10 be one of those estimate questions -- do you recall
11 the weight and flexibility of that mesh you used
12 versus the kit mesh that is available, for example,
13 Gynemesh PS?
14    A.   I do not remember.
15    Q.   Just reading it in the different literature,
16 let's see if we can agree early on.  How do you
17 personally -- how would you define in the context of
18 vaginal mesh erosion versus exposure or intrusion?
19    A.   I like to use the word "exposure" because
20 that means that the mesh is visible.  When you talk
21 about extrusion, the data that I've read and what
22 we've talked about earlier is that if you have some
23 mesh that erodes -- mesh doesn't erode.  But if you
24 have a visceral injury that you find mesh in, usually

Page 19

1 because it was placed there wrongly, I would call that
2 more of an -- that would be more of a -- what did we
3 say?
4    Q.   Extrusion, erosion?
5    A.   Maybe erosion is a better word for that.
6 But I use exposure for all my mesh -- everything that
7 I do with mesh I use the word "exposure."  It's easier
8 for me to talk with the patients about it.
9    Q.   Okay.  I'll try to keep that in mind and use
10 that as I go by.  I may slip and say erosion on
11 occasion.
12        Now, have you ever been invited to lecture
13 at any national association/society meetings on the
14 use of transvaginal mesh?
15    A.   No.  But I was involved in precepting
16 doctors, and I was also involved in cadaver labs with
17 Gynecare.
18    Q.   Have you ever been asked to lecture
19 nationally on Prolift+M?
20    A.   Yes.  But not at a national meeting.  I
21 would go to Austin and do a dinner talk for Prolift
22 mesh.  And then I usually would stay over and operate
23 and help a surgeon do a procedure.
24    Q.   And did those surgeons pay for your way to

Page 20

1 go there and do that?  Or did you have to do that on
2 your own or did Ethicon pay for that?
3    A.   Ethicon paid for that.
4    Q.   Did they pay your expenses?
5    A.   Yes.
6    Q.   Your time?
7    A.   Yes.
8    Q.   Okay.  Have you at any -- for example, the
9 national organization for OB-GYNs --
10    A.   ACOG.
11    Q.   ACOG.  Have you been invited to lecture at
12 ACOG on transvaginal mesh at any time?
13    A.   No.
14    Q.   Have you at any of those meetings held
15 yourself out as an expert in the use of transvaginal
16 mesh?
17    A.   I haven't been to an ACOG national meeting
18 in years because of time constraints.
19    Q.   Do you have any formal training in
20 epidemiology?
21    A.   What do you mean by epidemiology?
22    Q.   The incidence and prevalence of disease in
23 the population.
24    A.   I'm not trained to do that necessarily, no.

Page 21

1    Q.   Just because of the studies we'll be looking
2 at, which are epidemiological studies, I just want to
3 go through some of them.  Because I did notice in your
4 report you talk about highest form of scientific
5 evidence.
6    A.   Correct.
7    Q.   So talking about epidemiology,
8 epidemiological hierarchy, in your report you
9 mentioned the multicenter, randomized, blinded --
10 double blinded perhaps -- controlled, randomized
11 controlled trial as being at the top.
12    A.   Right.  Well, actually meta-analysis at the
13 top.
14    Q.   My next question.
15    A.   Right.  Meta-analysis at the top.
16    Q.   So we're now having a telepathic -- you
17 would agree that a meta-analysis may be better than a
18 randomized controlled trial?
19    A.   It's the highest level of studies that we
20 have that I rely on.
21    Q.   In a pyramid of epidemiological evidence or
22 strength below the randomized controlled trial we will
23 find the cohort study, which is maybe prospective or
24 retrospective.  And there's a group with a disease,

Marshall Shoemaker, M.D.

Page 22

1 and they have a control group, and then they follow
2 them. But they start with the disease. Are you
3 familiar with that?
4     A.   I'm familiar with cohort studies. But I
5 also actually have the pyramid in my report. So we
6 could go through that if you'd like to see how I base
7 the meta-analysis and where I put cohort studies in
8 that.
9        MR. WALKER: You're talking about a graphic
10 representation?
11       THE WITNESS: Yes, correct.
12 BY MR. RESTAINO:
13    Q.   In your expert report?
14    A.   Yes.
15    Q.   Why don't we go ahead and --
16    A.   Find that?
17    Q.   And mark your expert report.
18       MR. WALKER: And just to clarify, I think he
19 may be referring to not something in the body of the
20 report.
21       THE WITNESS: I have a graph that I read
22 somewhere, and I put it in my report. It will take me
23 a while to find it maybe.
24       MR. WALKER: Maybe we could find it on a

Page 23

1 break.
2        THE WITNESS: Okay. Yeah.
3 BY MR. RESTAINO:
4     Q.   Do you have a visual or a recollection of
5 this pyramid?
6     A.   Yes. Except I get lost down the way.
7     Q.   You're not the only one. There are people
8 that get lost down there. But let's see if we can at
9 least agree, and then we'll check this during one of
10 the breaks. So at the top a well done meta-analysis
11 would be placed there followed below by the randomized
12 controlled trial?
13    A.   Correct.
14    Q.   Which is maybe multicenter and has
15 randomization and is controlled; correct? Followed by
16 the cohort study with the cohort of patients and a
17 control group, could be prospective, could be
18 retrospective. They start with the disease, and then
19 they follow them and come out with causation.
20       Below that, getting weaker, is the case
21 control study, which is typically retrospective where
22 you'll look for an exposure, compare the odds of
23 developing a disease with a control group; agreed?
24    A.   That's correct, yeah.

Page 24

1     Q.   Below that comes the hypothesis-generating
2 case report or case series. Do you agree with that?
3     A.   I believe that's what it is. I'll have to
4 look for sure to make sure.
5     Q.   Okay. And we can confirm that. Just so
6 that we're on the same page going forward here, can
7 you tell us what a case report is?
8     A.   I think the best way to describe a case
9 report is where you have an incidence of a problem or
10 something good, and you review that and actually
11 report on the case, exactly all the details and what
12 happens associated with that.
13    Q.   Okay. No control group?
14    A.   No control group.
15    Q.   No blinding?
16    A.   I'd have to look. I'd have to see the
17 specific report.
18    Q.   Okay. And would you agree that a case
19 series is two or more case reports?
20    A.   Yes.
21    Q.   Okay. Do you consider yourself an expert in
22 the epidemiological design of any of those studies?
23    A.   Well, I have to be able to interpret the
24 studies and apply it to my specific practice and my

Page 25

1 specific surgeries that I do and how I perform my
2 surgeries and what I elect to do. I use all of that
3 together. So in some ways I'm an expert, but I don't
4 design the studies.
5     Q.   Okay. So no one has ever asked you to
6 design a prospective case -- or a retrospective case
7 control study looking at Prolift+M versus native
8 tissue repair?
9     A.   I have not been involved.
10    Q.   Okay. Other than medical school and
11 rotations during your residency, do you have any
12 formal training in pathology?
13    A.   Well, I can tell when I see gross pathology.
14 And we did a pathology rotation, so I did look under
15 the microscope at cells and abnormalities. But I have
16 not done any formal training since my residency.
17    Q.   And when would you have done that pathology
18 rotation?
19    A.   Oh, '85, 1985.
20    Q.   Are you on staff at any hospitals today?
21    A.   Yes.
22    Q.   And at any time in those hospitals are
23 you -- is Dr. Shoemaker called in to look at tissue
24 and make a final pathology report?

Marshall Shoemaker, M.D.

Page 26

1    A.   Not at this time.

2    Q.   Have you ever been?

3    A.   No.

4    Q.   So you rely upon the residency, fellowship,

5 perhaps trained pathologists?

6    A.   Correct.

7    Q.   Do you consider yourself an expert in the

8 field of gynecological pathology?

9    A.   Clinically, yes, I feel like I'm an expert

10 in that.  But as far as sitting under a microscope and

11 looking at electron microscopy, probably not.

12   Q.   In discussing material sciences and meshes,

13 there's a brief discussion in your report about mesh

14 shrinkage; correct?

15   A.   Well, I'm not sure -- there is a report

16 about mesh shrinkage, but it's more -- the data that

17 I've reviewed looks like it's more the tissue

18 contracts around the mesh.  The mesh actually doesn't

19 shrink.

20   Q.   Okay.  We're going to get into that a little

21 bit and look at that.  That may be one of those

22 Shoemaker [shoo-mey-ker] / Shoemaker [shoo-maw-ker]

23 moments --

24   A.   Okay.  No problem.

Page 27

1    Q.   -- when we talk about what is shrinkage.

2    A.   Gotcha.

3    Q.   Have you ever conducted any animal research

4 involving mesh?

5    A.   I have been involved in a pig lab placing --

6 but that was before -- when we were doing laparoscopic

7 Burches, that's how we learned that; worked in a pig

8 lab.  And I worked in a pig lab also learning

9 laparoscopic procedures, supercervical hysterectomies,

10 those kinds of things.

11   Q.   During your time in the pig lab, did you

12 ever implant mesh anywhere into the pig to study it

13 for any foreign body reaction, shrinkage, or any

14 adverse event?

15   A.   No, I did not.

16   Q.   So you didn't -- you haven't done any pig or

17 any other animal research using Prolift+M or any of

18 the other meshes that we're going to discuss?

19   A.   No.

20   Q.   Okay.  Has Ethicon ever approached you and

21 asked you to engage in animal research with any of

22 their meshes?

23   A.   No, they haven't.

24   Q.   And has Ethicon ever approached you and

Page 28

1 asked you to work on or redesign any of their meshes?

2    A.   They have not.

3    Q.   Have you ever removed from a woman a --

4 strike that.

5        Let's agree like on a true erosion and

6 extrusion.  My natural tendency would be to say

7 vaginal mesh, but at times a more appropriate

8 anatomical description might be pelvic mesh.  Would

9 you agree?

10   A.   Yes.

11   Q.   Are they so distinct that we should agree to

12 say vaginal when it's vaginal or pelvic when it's

13 pelvic, or is there a term that would encompass both

14 that you're comfortable with?

15   A.   Well, I would say vaginal mesh.  I've never

16 had to take a mesh out intraperitoneally.  So it's

17 vaginal mesh.  Now, I have had the opportunity to take

18 out vaginal mesh after an exposure.

19   Q.   Can we agree that we'll use the term

20 "vaginal mesh," but if something comes up and you say,

21 wait, John, now there's a distinct difference and it

22 would be more appropriate to use pelvic mesh -- but

23 otherwise, we'll agree to use vaginal mesh for the

24 next couple of days?

Page 29

1    A.   I think that's fair.

2    Q.   Okay.  Have you ever removed a mesh product

3 from a woman?

4    A.   Yes.

5    Q.   And was it a complete excision or partial or

6 both?

7    A.   Partial.

8    Q.   Okay.  Have you ever removed a Prolift M

9 from a woman?

10   A.   +M?  Yes, I have.

11   Q.   +M.  And is that how you would describe it,

12 as Prolift+M?

13   A.   +M versus Prolift.

14   Q.   And you have removed a partial excision?

15   A.   Yes.  Because of a small exposure.

16   Q.   So you've never had to completely excise a

17 full mesh?

18   A.   I have not.  In my experience, an exposure

19 has been limited.  And I would just dissect out the

20 area that was exposed and not have any issues after

21 that.

22   Q.   Have you read in the literature of cases

23 where there's frank contamination and infection of

24 mesh and the mesh "enblanc" has to be excised?

Marshall Shoemaker, M.D.

Page 30

1    A.   I have seen things in the literature
2  regarding that, but I've never seen it.  And I've
3  never encountered it when I removed the mesh.
4    Q.   Okay.  When you have removed -- when you've
5  conducted your partial excision of the mesh as you've
6  described, did you send the mesh -- strike that.
7         Was that procedure performed in a hospital?
8    A.   Yes.
9    Q.   Was the tissue removed including the mesh
10  then sent to pathology?
11    A.   Sometimes it was, sometimes it wasn't.
12    Q.   Okay.  When you sent it to pathology, did
13  you ever ask for electron microscopic evaluation of
14  the mesh?
15    A.   I did not.  But I will say that I sent --
16  most of the time if I ever sent it away, it was
17  because a patient had an attorney that wanted it.  And
18  really I would not send it to the pathologist.  We had
19  to put it in a sterile container, and then they took
20  it and gave it to the patient.
21    Q.   Okay.  Do you have any formal training
22  yourself in the use of electron microscopy?
23    A.   I have not used the electron microscope.
24    Q.   You're currently being paid $500 an hour to

Page 31

1  review records and draft reports?
2    A.   Yes.
3    Q.   And $700 an hour for your deposition?
4    A.   Right.
5    Q.   Why is there a difference between A and B?
6    A.   Because depositions are a little more
7  complicated.
8         MR. WALKER:  That's fair.
9  BY MR. RESTAINO:
10    Q.   And you indicated that in preparation for
11  today's deposition, you met with counsel?
12    A.   Yes.
13    Q.   This would be the fine young, good-looking
14  gentleman to your right?
15    A.   Jordan Walker.
16    Q.   Okay.  And for approximately how long did
17  you guys meet?
18    A.   We met for three hours a week ago.
19    Q.   Okay.  Over dinner?
20    A.   No.  In my office.
21    Q.   You should have made him buy you dinner.
22    A.   He didn't even offer.
23         MR. WALKER:  Oh, come on.  You're killing
24  me.

Page 32

1  BY MR. RESTAINO:
2    Q.   At the Grand Resort.
3    A.   Yeah, right.
4    Q.   Next time.  And I'm assuming you're charging
5  Ethicon for the time that you met with him?
6    A.   Yes.
7    Q.   In your expert report, including your
8  General Reliance and Supplemental Reliance Lists, did
9  you review and/or actually read any of those medical
10  articles and not charge for it?
11    A.   No.  I've charged.
12    Q.   Yes.  And the invoice that was listed has a
13  number of hours for the reports.  So TVT report, POP
14  report, reports total, 35 hours; correct?
15    A.   Correct.
16    Q.   Now, does that time include your reading of
17  medical articles, searching for medical articles,
18  downloading the articles, all of that time also?
19    A.   Yes.  I also have another invoice that I
20  have not turned in since June 6th.
21    Q.   And could you estimate for us --
22    A.   I'd say probably 30 hours.  That includes
23  meeting with Jordan and more review.
24    Q.   Okay.  In your General Reliance List -- and

Page 33

1  I'll mark that and show it to you in a moment --
2  there's a section called Production Materials.  Do you
3  remember that?
4    A.   Yes.  Can we look at it?
5    Q.   Of course, yes.
6         MR. RESTAINO:  Why don't we go ahead and
7  mark this as 5.
8         (EXHIBIT 5 WAS MARKED
9           FOR IDENTIFICATION.)
10  BY MR. RESTAINO:
11    Q.   Do you see that?
12    A.   Yes.
13    Q.   Does that, as lawyers like to say, refresh
14  your memory?
15    A.   It refreshes my memory.
16    Q.   Okay.  Now, in those materials that are
17  listed there in the General Reliance under "other
18  materials," when you reviewed them, did you charge for
19  your time?
20    A.   Yes, I did.
21    Q.   The articles that are cited in your expert
22  report in your General Reliance, in your Supplemental
23  Reliance Lists, did you find and download all of those
24  articles off of PubMed yourself or did you have

Page 34

1  someone assist you in that?
2      A.   I had someone assist me.  I did do a PubMed
3  search in the process of all this research.  But I had
4  a lot of these articles that I was able to draw from,
5  you know, that were given to me, yes.
6      Q.   Okay.  When is the last time you actually
7  conducted a PubMed search for your expert report or in
8  preparation for your deposition?
9      A.   About a week ago.
10     Q.   When you're looking at these expert
11 reports -- I'm sorry, strike that -- looking at these
12 medical articles, how long does it take for you to
13 read an article on gynecology, on mesh and
14 epidemiological studies?
15     A.   It depends.  Sometimes it takes 20 minutes,
16 sometimes it takes five minutes, sometimes it takes 35
17 minutes.  It depends.  It depends on what's involved.
18 I really look at how many patients were involved.
19 That makes a big difference when I start to look at an
20 article.  I like to look at -- I look at the
21 conclusions, and then I'll look at the results and
22 discussions.  And I'll look at some tables.  It
23 depends on what the articles say, good or bad.
24     Q.   So did you review all the articles that are

Page 35

1  in your expert report, your General Reliance, and your
2  supplemental list, Supplemental Reliance List?
3      A.   I reviewed -- put my eyes on every report
4  that I saw.  I don't know -- I don't remember seeing
5  100 percent of these -- I don't remember -- we'll have
6  to look at these Ethicon, some of these Ethicon --
7          MR. WALKER:  Are you talking about the
8  company documents?
9      A.   -- company documents.  I'll have to look.
10 If something comes up about that, I will look at it
11 again.
12 BY MR. RESTAINO:
13     Q.   Of course, yes.  Now, the General Reliance
14 List, it's approximately -- or maybe exactly -- I
15 wrote down here 66 pages in length.  And of those 66
16 pages, 46 of them, I will represent to you, are a
17 listing of medical articles.
18     A.   Right.
19     Q.   Very close to 20 medical articles on a page.
20 So there's about 900 medical articles.
21     A.   Right.
22     Q.   And you reviewed them all?
23     A.   I at least looked at them, you know.  Like I
24 said, there's some that didn't take long to look at.

Page 36

1  Maybe a minute.  But for the most part, if there was
2  something and I really studied it, it took me a while
3  to do it.
4      Q.   But if you looked at something for one
5  minute, if it's in your General Reliance List, I have
6  the right to believe you're relying upon that article.
7      A.   Correct, correct.
8      Q.   Okay.
9      A.   And if we need to, we'll look at it
10 together.
11     Q.   If you take a look at your General Reliance
12 List, the very first one of the medical articles is an
13 article by Abbott, et al., Evaluation and Management
14 of Complications from Synthetic Mesh after Pelvic
15 Reconstructive Surgery, A Multicenter Study.  Do you
16 see that?
17     A.   Yes.
18     Q.   But that's not in your -- it's not
19 referenced in your expert report.  How did you decide
20 which ones were going to be referenced in your expert
21 report and which ones were going to be relegated, if
22 that's the right word, to your General Reliance List?
23     A.   You know, it depended.  Like this is from
24 the Gray Journal.  So a lot of times if I read

Page 37

1  something from the Gray Journal -- sometimes I may not
2  put it in the report.  But I tried to put almost
3  everything I could in the report.
4      Q.   Now, what do you mean by the Gray Journal?
5      A.   That's the American Journal of OB-GYN.  I
6  get that publication every month.  I don't have to
7  look it up to get the study.  Does that make sense?
8      Q.   Yes.  I have a copy of that study.  It's
9  been previously marked in a different deposition as
10 Plaintiff's Exhibit 4130, but let's go ahead and mark
11 it here as 6.
12         (EXHIBIT 6 WAS MARKED
13          FOR IDENTIFICATION.)
14 BY MR. RESTAINO:
15     Q.   Now, again, this is one that's not listed in
16 your expert report.  Did you read this article?
17     A.   I have read this article, I believe, in the
18 past.  But I can't tell you exactly when and where.
19     Q.   Okay.  And I wouldn't ask you that.  If you
20 look at the abstract, you see study design.
21     A.   Yes.
22     Q.   And they write:
23         "We conducted a multicenter
24          retrospective analysis of

Marshall Shoemaker, M.D.

Page 38

1  women who attended four U.S
2  tertiary referral centers for
3  evaluation of mesh-related
4  complications after surgery
5  for SUI and/or POP from
6  January 2006 to December
7  2010."
8      Did I read that correctly?
9  A.   Yes.
10  Q.   And if you'd just take a moment to glance
11 over the abstract. And of course, you have the right,
12 if you need to, to look at the entire article. But my
13 question is just going to be: As we discussed that
14 pyramid of epidemiological hierarchy, this is a
15 retrospective case series; wouldn't you agree?
16  A.   Yes.
17  Q.   There's no control group?
18  A.   Right.
19  Q.   There isn't any randomization. They just
20 looked at the medical records from the patients and
21 they obtained data from those medical records.
22  A.   Right.
23  Q.   And the conclusion is in the abstract:
24      "Most of the women who seek

Page 39

1  management of synthetic mesh
2  complication after POP or SUI
3  surgery have severe
4  complications that require
5  surgical intervention; a
6  significant portion require
7  greater than one surgical
8  procedure. The pattern of
9  complaints differs by index
10  procedure."
11     Did I read that correctly?
12  A.   Yes.
13  Q.   But I didn't see anywhere in your expert
14 report an opinion that's consistent with:
15      "Most of the women who seek
16  management of synthetic mesh
17  complication after POP or" --
18  tomorrow -- "SUI surgery have
19  severe complications that
20  require surgical
21  intervention."
22     Is there a reason you didn't include that in
23 your report?
24  A.   Because the definition of "severe" is a bit

Page 40

1  of a problem even in this study. Some people would
2  say that if you have to take somebody back to the
3  operating room, that that is a severe complication.
4  But if you go back to the operating room to take out a
5  small piece of mesh, I don't consider that a severe
6  complication. Not that I think that going back to the
7  operating room is no big deal. It's very important.
8  There's no such thing as a minor surgery. When it's
9  surgery, it's a surgery. I'm not trying to advocate
10 that at all. But I just think that taking someone
11 back to surgery is not necessarily a severe
12 complication. And that's where I differ as far as --
13 that's why I didn't mention it.
14  Q.   Okay. Would you agree, however, there are
15 complications that by almost any surgeon's definition
16 would be severe?
17  A.   There are situations that have -- there are
18 some bad outcomes. No doubt about that.
19  Q.   Now, as you sit here today -- and again,
20 it's not a memory test -- do you recall how these
21 authors publishing in the peer-reviewed medical
22 literature, how they define "severe complication"?
23  A.   I want to say the big number was return to
24 the OR. And that's where I differ a little bit with

Page 41

1  it. I have to look and see where I'm looking here.
2      I'm sorry. Let me have the question again.
3  I'm sorry.
4  Q.   Sure. I'm just asking if you recall or you
5  can find out from reviewing the article itself how
6  these investigators defined "severe."
7  A.   I'll have to read it. I'm sorry. I'm not
8  sure what they -- oh, wait. Here it is right here.
9  (Reading.) They had an expanded classification index
10 surgery by type 347. It looks like a grade 4 -- is
11 that right -- grade 4 is severe. It looks like they
12 said -- you know, there were no deaths, no organ
13 system failure, and the 4 was -- E was requires
14 management by an operation with general anesthesia.
15      So they defined "severe" as any time you
16 have to go back and have anesthesia.
17  Q.   Okay. Now, to move on from this article,
18 but just to put a period on it, your report does not
19 state -- or I did not see anywhere in it where it
20 states that:
21      "Most of the women who seek
22  management of synthetic mesh
23  complication after POP or SUI
24  surgery have severe

Marshall Shoemaker, M.D.

Page 42

1    complications that require
2    surgical intervention."
3    Correct?
4    MR. WALKER:  Object to the form.
5    A.    I feel like that just because they go back
6    to surgery, that is not a severe complication.
7    BY MR. RESTAINO:
8    Q.    Okay.  Now, in your General Reliance List on
9    page 46 --
10   A.    Do you need this back, sir?
11   Q.    No.
12   A.    What was that?
13   Q.    That's quite all right.  Page 46 of your
14   General Reliance List.
15   MR. WALKER:  Counsel, the ones he's looking
16   at are not numbered.
17   MR. RESTAINO:  Jordan, the ones I gave you,
18   I think I added numbers -- the pages on them.
19   MR. WALKER:  No.  (Indicating.)
20   MR. RESTAINO:  No?  Okay.
21   Q.    Do you recall -- without wasting a whole lot
22   of time, because this is just a minor point -- do you
23   recall in your General Reliance List a listing for a
24   2003 (14-Day Rabbit Study) PSE 02-0579 Stamped Copy

Page 43

1    dated March 10, 2003, R&D?
2    A.    No, I don't.
3    Q.    Do you recall reviewing a 14-day Rabbit
4    Study?
5    A.    I bet I have, but I do not remember that off
6    the top of my head.  Unless you can tell me what it's
7    referring to about the rabbit.
8    Q.    I did not pull the study.
9    A.    All right.
10   Q.    I just wanted to know if you reviewed that
11   study.
12   A.    I can't recall.
13   Q.    Have you at any time reviewed any animal,
14   such as rabbit, studies in the use of mesh?
15   A.    I have seen studies where they used mesh in
16   rats and put MSDS studies -- I've reviewed those
17   studies, some of those studies.
18   Q.    Okay.  Have you ever seen an animal study,
19   including nonhuman primates, where they have actually
20   taken the mesh and put it into the pelvis or the
21   vagina of the animal?
22   A.    I have not seen that study.
23   Q.    Would you agree with me that typically in
24   these animal studies they place the mesh on the dorsum

Page 44

1    or the back of the critter?
2    A.    Correct.
3    Q.    As an expert in gynecological surgery, would
4    you also agree that before being an expert in
5    gynecological surgery, you must become expert in the
6    anatomy and physiology of the compartment of the body
7    you're going to operate on?
8    A.    I agree with that.
9    Q.    Which is why you go to medical school first
10   and learn anatomy and physiology and all of that.  As
11   an expert in obstetrics and gynecology, would you
12   agree that the vagina is a very complex aspect of the
13   human body?
14   A.    Yes, I do.
15   Q.    And unlike the dorsum of a four-legged
16   critter -- let me strike that.
17        On the dorsum of a four-legged critter, the
18   mesh, as you and I are looking at one another, the
19   mesh is placed on the transverse plane; correct?
20   A.    I'd have to look at it.  I believe it is,
21   yes.
22   Q.    There are different planes inside the pelvis
23   of a woman; would you agree?
24   A.    Yes.

Page 45

1    Q.    Transverse, frontal, sagittal or coronal,
2    depending upon how you learned it, whether it's
3    centimeter [sen-tuh-mee-ter] or centimeter
4    [son-tuh-mee-ter]?
5    A.    Right.
6    Q.    Now, the pelvis of a woman is a dynamic
7    environment with her sitting, standing, lying on her
8    back, lying on her belly, lying on her side, walking,
9    running, climbing stairs, having sex; agreed?
10   A.    I would agree to that.
11   Q.    None of that is happening on the back of a
12   pig; right?
13   A.    Correct.
14   Q.    And in addition, the tissue in the vagina
15   and the pelvis is different tissue with different
16   hormonal responsibilities than the back of an animal;
17   would you agree?
18   A.    That's true.  And that's why the mesh that
19   we use is different than mesh that's used for hernia
20   repairs or on the dorsum of the back.
21   Q.    Now, one area in the production material
22   section of the General Reliance kind of maybe in all
23   honesty raised my eyebrow, and that would be -- I'll
24   represent to you -- counsel, of course, has the right

Marshall Shoemaker, M.D.

Page 46

1  to say no, we want to stop and count for ourselves.
2  But I'll represent to you that in the 32 production
3  materials listed -- in the production materials
4  listed, there are 32 videos.  Do you recall seeing 32
5  videos?
6     A.   I've probably seen many of them.  I did not
7  review videos in preparing this report.
8     Q.   Okay.  Because 10 of them are listed as
9  anatomy videos.
10    A.   Well, I'll tell you there are a lot of --
11 when we did the prof ed, we did see lots of videos.
12 I mean we really did.  They showed us videos.  Every
13 one was a little different.  We all got to the same
14 end point, but they would change it a little bit.
15 Sometimes they would do a little 3-D different model,
16 that kind of thing, just to review the anatomy for
17 everyone because the anatomy is complex down there,
18 down in the pelvis.  So it's important that you know
19 the anatomy well.
20       MR. WALKER:  And Counsel, just to clarify,
21 he did actually bring a few videos with him in terms
22 of the prof ed materials.
23       MR. RESTAINO:  Okay.  Thanks, Jordan.
24    Q.   Essentially my question is going to be:  Did

Page 47

1  you spend time reviewing 10 videos of female anatomy
2  and charge Ethicon?
3     A.   No, I did not.
4     Q.   Okay.  And then there's also -- well, I'll
5  represent to you it's on page 60.  So six pages from
6  the end or so there's a listing of some 70
7  depositions.  Did you read all those depositions?
8     A.   No.  I read some of them, though.  Well, I
9  read many of them.  I probably read 10 or 12 for sure
10 depositions and looked through some.  They're long.
11    Q.   These depositions, they're long.  And if you
12 have some 35 hours there plus another 30, how did you
13 review 900 medical articles, videos, depositions,
14 production material?  This looks like six months worth
15 of work.
16    A.   Right, that's right.  Well, I will say that
17 some of the depositions were the same doctors.
18    Q.   Yes.
19    A.   And so I didn't read -- you know, but I read
20 several.  I mean I read many of them.
21       MR. RESTAINO:  Okay.  I'm going to mark
22 next, just so it's in the record and I don't forget --
23 I think we're up to 7 -- the Supplemental General
24 Reliance List.

Page 48

1       (EXHIBIT 7 WAS MARKED
2         FOR IDENTIFICATION.)
3  BY MR. RESTAINO:
4     Q.   I'm going to hand this to you in one second.
5  I just want to check something.  Yes.
6       If you look at the first article in your
7  supplemental list, it's the Abbott article that was
8  number 1 on your General Reliance that we've marked as
9  an exhibit to this deposition; correct?
10    A.   Correct.
11    Q.   So what is the purpose of your Supplemental
12 General Reliance List?
13    A.   Just to review some of the things that I
14 went over to prepare this.
15       MR. WALKER:  And I will state, Counsel, that
16 he has brought with him a few of the articles that he
17 reviewed and received prior to the issuing of his
18 report that I think would be reflected on that list.
19 I don't know if you want to mark them.  But we did
20 bring some of the new materials that are not captured
21 by the report itself that he's looked at.
22       MR. RESTAINO:  Okay.
23       THE WITNESS:  This report was finished June
24 6th.  So I have looked at some newer articles since

Page 49

1  June 6th.
2  BY MR. RESTAINO:
3     Q.   So then the newer articles would go into the
4  Supplemental Reliance List?
5     A.   We can do whatever.  I just brought them
6  with me, so I haven't --
7     Q.   No.  I'm just trying to understand what the
8  supplemental list is.
9     A.   Yeah.  That would be --
10    Q.   Because when I picked it up and I looked at
11 it, I went:  The first article is the same.  And I
12 thought:  I don't want to go through these two 66-page
13 documents trying to figure out what's different.
14       So if I understand you correctly, there are
15 a few new articles that came about after you wrote
16 your expert report, and they're included in the
17 Supplemental Reliance List?
18    A.   They will be.
19       MR. WALKER:  Yeah.  I'll just state for the
20 record they are, yes.  We brought them here.
21 Dr. Shoemaker did not actually prepare the reliance
22 list itself.
23       MR. RESTAINO:  Okay.  Now we're going to
24 mark as 8 your actual expert report.

Marshall Shoemaker, M.D.

Page 50

1    (EXHIBIT 8 WAS MARKED
2        FOR IDENTIFICATION.)
3  BY MR. RESTAINO:
4    Q.   As we're going through these exhibits today
5  and tomorrow, there are going to be some that we're
6  going to go back to on occasion.  There's also going
7  to be some like that very first one, the early study
8  of Abbott, we're not going back to.  So I'll try
9  my best to say that one you might want to keep in
10  front of you.  The others, like your General Reliance
11  List, we're not going back to that, we're not going
12  back to the supplemental list.  Obviously we're going
13  to use your expert report.
14    A.   Good.  We have pages on that.  We have page
15  numbers.  Okay.  Gotcha.
16    Q.   Yes.  Good.  Now, this is the expert report
17  that's titled Expert Report of Marshall Shoemaker,
18  M.D., Gynemesh PS, Prolift, Prolift+M, and Prosima;
19  correct?
20    A.   Correct.
21    Q.   To be differentiated from the expert report
22  that we'll discuss in some detail tomorrow; correct?
23    A.   Correct.
24    Q.   However, in reading them -- which has

Page 51

1  succumbed my life for the last week --
2    A.   Lucky you.
3    Q.   Consumed my life, I should say.
4        -- there's a lot of similarities between the
5  two.  By that I mean your background, your
6  training, and then a lot of background material on
7  polypropylene that's not specific to Prolift+M versus
8  the mesh we're talking about tomorrow; agreed?
9    A.   Agreed.
10    Q.   And so what I'm proposing to do is that we
11  sort of just have today a general talk about those,
12  and probably later on this afternoon we'll get to the
13  studies that you've listed.  And then tomorrow we'll
14  limit it to the actual studies themselves regarding
15  those other meshes and not go back and have another
16  review -- I don't think we need, okay, tomorrow:  Now,
17  you went to medical school and now you did your
18  internship.  Do you agree?
19        MR. WALKER:  Correct.  That's why you've got
20  the three hours for the first depo.  You've got that.
21  And two for all the others.  Because you've got the
22  one hour today to cover the general background
23  information.
24        MR. RESTAINO:  Let's go off the record for a

Page 52

1  moment.
2        (A RECESS WAS TAKEN FROM 9:48 A.M.
3         9:55 A.M.)
4  BY MR. RESTAINO:
5    Q.   I think we left off with the expert report.
6  Now, you start off the report by writing that:
7            "This report contains my
8        opinions regarding the
9        design, safety, and efficacy
10        of the Gynecare Prolift
11        Pelvic Floor Repair System,
12        Gynecare PS Transvaginal
13        Mesh, Prolift+M, and Prosima.
14        It is my opinion that all
15        these products were safe and
16        effective and provided
17        adequate warnings and
18        instructions to doctors."
19        Did I read that correctly?
20    A.   Correct.
21    Q.   Now, is it your understanding that in or
22  about 2001 the FDA reviewed the first surgical mesh
23  indicated for repair of pelvic organ prolapse and
24  found it substantially equivalent to surgical mesh

Page 53

1  indicated for hernia repair?
2    A.   I'm not sure of the question.  Say that
3  again.
4    Q.   Is it your understanding that the mesh that
5  became available for pelvic organ prolapse was based
6  upon the safety and efficacy of the mesh used in
7  hernia repair?
8    A.   Even though it was a different kind?
9        MR. WALKER:  I just need to clarify.  Are
10  you talking about an Ethicon mesh or just in general?
11        MR. RESTAINO:  That's a good question.
12    Q.   Let's limit it to the Ethicon mesh that
13  first became available.  So when Gynemesh PS came out,
14  when you first studied it, were you given phase 1,
15  phase 2, phase 3 studies?
16    A.   I may have -- you know, I have to think
17  about that.  I may have been given that information.
18  But I know that it was different than the hernia mesh.
19    Q.   Okay.
20    A.   The idea about hernia mesh that they talked
21  about is just the fact that you get in-growth, tissue
22  in-growth and all that kind of thing.  But it's
23  always, as far as -- since I've been involved with
24  Gynemesh, it was always involved with the difference

Marshall Shoemaker, M.D.

Page 54

1 between the vagina and abdominal wall.
2    Q.   Do you have any understanding of the 510(k)
3 approval process?
4        MR. WALKER:  Object to form.
5    A.   I have read those things and I know I looked
6 through that, but I'm not familiar with the details of
7 it.
8 BY MR. RESTAINO:
9    Q.   Have you had any discussions with anyone
10 about predicate devices, meaning a device that exists
11 on the market and another device comes along that is
12 substantially similar, so therefore it does not need
13 to go through clinical testing?
14    A.   I've heard of those things.  And I think --
15 I want to say -- and I don't know, I may be --
16 "guessing" is not the right word.  But I know that
17 when the other products for mesh came on the market,
18 the other companies, they always would -- when they
19 would come to me, they would always come to me to get
20 me to try to use it.  It was always they were using
21 Gynecare's data.  They were always trying to compare
22 themselves to Gynecare.  So I know that some of theirs
23 probably got -- some of the other companies' meshes
24 got predicated by Gynecare.

Page 55

1    Q.   And do you know what Gynecare was predicated
2 upon?
3    A.   I do not know that, if it was.  I don't know
4 if it was.
5    Q.   Have you heard of -- well, we'll get to it
6 in a moment.  Can you estimate for us how many Ethicon
7 mesh devices you've implanted?
8    A.   If you look at different compartments -- you
9 want stress incontinence as well as -- you want
10 slings?
11    Q.   Yes.
12    A.   I've done 1,300 or so slings and about 700
13 anterior and posterior repairs.  Probably -- you know,
14 if you use -- I always counted -- if you do an
15 anterior and posterior, that was two.  So about 700 --
16 over 700 pelvic floor repairs and over 1,300 slings.
17    Q.   So collectively over 2,000 --
18    A.   Correct.
19    Q.   -- procedures involving the mesh?
20    A.   Correct.
21    Q.   The Ethicon mesh?
22    A.   Ethicon mesh.  99 percent Ethicon mesh.
23    Q.   Now, of any of the patients in whom you've
24 put in any of the Ethicon meshes or any mesh, for that

Page 56

1 matter, did any of them postoperatively encounter
2 excessive bleeding?
3    A.   I have had in my experience bleeding after
4 surgery.
5    Q.   It can occur with mesh?
6    A.   It can occur with surgery.
7    Q.   Yes.  When you had bleeding postoperatively
8 associated with mesh, did you report that as an
9 adverse event to the FDA?
10    A.   I did not.
11    Q.   Have you ever encountered organ damage
12 during implantation of mesh?
13    A.   I have not encountered organ damage.
14    Q.   How about nerve damage?
15    A.   Not prolonged nerve damage.  Let me rephrase
16 that.  I've had pain issues, but they resolved.  So
17 nothing permanent in my experience.
18    Q.   And when you've had the pain issues -- and
19 so the record is clear, the patient had the pain
20 issues; correct?
21    A.   Correct; the patient had the pain issues.
22    Q.   When you had the pain issues, did you make a
23 diagnosis of what was the etiology of the pain issue?
24    A.   Yes.

Page 57

1    Q.   And did you report that as an adverse event
2 to the FDA?
3    A.   No.  Because it resolved.
4    Q.   Have you had patients in whom you've placed
5 mesh who have developed post-op urinary frequency?
6    A.   Yes.
7    Q.   Did you report that to the FDA as an adverse
8 event?
9    A.   No, I did not.
10    Q.   And can you define for us your definition of
11 the word "dysuria"?
12    A.   Pain with urination.
13    Q.   And have any of your patients ever
14 encountered that postoperatively following mesh
15 implantation?
16    A.   Not that persisted.
17    Q.   It was short term?
18    A.   Short term because of the cath.
19    Q.   And how about incontinence?
20    A.   Occasionally we had failures.
21    Q.   Okay.  Did you report them to the FDA?
22    A.   No, I did not.
23    Q.   Postoperatively any patients encounter
24 urinary retention?

Marshall Shoemaker, M.D.

Page 58

1  A.  Yes.
2  Q.  And did you report that?
3  A.  No, I did not.
4  Q.  Postoperative urgency to urinate?
5  A.  Occasionally there's been some situations.
6  Q.  Did you report that to the FDA?
7  A.  No, I did not.
8  Q.  As with every surgery, patients in whom
9  you've placed mesh would experience acute
10  post-operative pain at some level; would you agree?
11  A.  I agree.
12  Q.  I can't think of any surgery that doesn't
13  involve an ow?
14  A.  Correct.
15  Q.  Ow as in ouch.  However, there's also an
16  entity known as chronic pain; would you agree?
17  A.  Yes, there are situations of chronic pain.
18  Q.  How do you define or differentiate acute
19  pain from chronic pain in a patient?
20  A.  That's a difficult question to answer.  You
21  know, it's usually a period of time.  So if someone
22  has pain for one to two weeks, that's acute pain;
23  after three to four weeks, probably chronic, could be
24  chronic pain.

Page 59

1  Q.  Have you ever had any women receiving mesh
2  who you've diagnosed or at least thought to yourself
3  she's having chronic pain?
4  A.  I have had situations where I've had to
5  remove mesh in a situation because it was placed wrong
6  by myself.  And we needed to get her pain controlled,
7  and we did.
8  Q.  Okay.  Did you report that as an adverse
9  event to the FDA?
10  MR. WALKER:  Object to the form.
11  A.  No.
12  BY MR. RESTAINO:
13  Q.  With each surgery -- I can't think of one
14  that doesn't involve it -- but the body goes through
15  healing which involves the deposition of fibrotic
16  tissue, and lay people may call that scarring;
17  correct?
18  A.  Correct.
19  Q.  Can scarring occur within the vagina and/or
20  pelvis of a woman following mesh implantation?
21  A.  You know, it's interesting you say scarring,
22  what the definition of scarring is.  One thing about
23  the wide mesh pores, you don't get -- you get
24  incorporation of the mesh and not encapsulation  of the

Page 60

1  mesh.  So it's a different type of scar.  So it
2  doesn't have the significance, in my opinion, that a
3  scarring would in another situation or in another --
4  abdominal wall mesh or something like that.
5  Q.  Even using native tissue, there is scarring
6  from surgery.
7  A.  You can get scarring any time anything
8  heals.  Scarring can occasionally incorporate local
9  Q.  Scarring can occasionally incorporate local
10  nerves resulting in a localized nerve entrapment;
11  would you agree?
12  A.  It can, yes.
13  Q.  Have you ever experienced that?  Or has a
14  patient of yours receiving mesh ever experienced that?
15  A.  I have not had a nerve entrapment problem
16  with any of my meshes.
17  Q.  Can you define for us your definition of
18  "dyspareunia"?
19  A.  Dyspareunia is when you have painful
20  intercourse.  The reasons are multifaceted.
21  Q.  And there's a term that I see bantered about
22  in the literature now called "hispareunia."  Are you
23  familiar with that?
24  A.  No.

Page 61

1  Q.  H-I-S-P-A-R-E-U-N-I-A.
2  A.  No.
3  Q.  I've seen it used in some articles where
4  they refer to the fact that dyspareunia is the pain
5  that the woman is experiencing during sexual
6  intercourse whereas his, H-I-S, is the pain that he's
7  experiencing typically from irritation of exposed
8  mesh.  Have any of your patients come back to you and
9  said not only is it hurting me but it's hurting my
10  husband?
11  A.  Usually when that occurs, it hurts the
12  husband and the patient usually does not feel it.  So
13  the pain of dyspareunia isn't necessarily related to
14  his pain as well.  I've had many times when -- if the
15  husband feels, palpates the mesh and it's
16  uncomfortable on his penis during intercourse, that
17  the wife doesn't know it.  But he complains.
18  Q.  As an adverse event, have you reported that
19  to the FDA?
20  MR. WALKER:  Object to the form.
21  A.  No, no.  I just fixed it, repaired it.
22  BY MR. RESTAINO:
23  Q.  Have you had any women into whom you've
24  placed mesh develop fistulas?

Marshall Shoemaker, M.D.

Page 62

1    A.   I have not had a patient with a fistula.
2    Q.   And how about recurrent prolapse?
3    A.   I have had failures.
4    Q.   When you have a failure, is that an adverse
5  event that you report to the FDA?
6    A.   No.  Because it was usually an occult
7  failure where we fixed one compartment and the
8  pressure on the other compartment caused a failure in
9  another compartment.
10    Q.   And have you ever made a diagnosis of a
11  woman with a mesh of a prolonged foreign body
12  response?
13    A.   I have not had a problem with foreign body
14  response, prolonged foreign body response.
15    Q.   In reviewing the medical literature, I
16  noticed several authors stating that the complication
17  rate related to vaginally placed mesh is not fully
18  known because of incomplete knowledge of the total
19  number of adverse events and the total number of
20  vaginal mesh delivery systems that have been
21  implanted.  Would you agree with that?
22    A.   That's a hard question to answer.  Because,
23  like I said, I've never reported to the FDA if I had a
24  problem with the mesh.  But these problems we were

Page 63

1  able to repair and fix without difficulty.  I also
2  can't speak to patients who didn't come back to see
3  me.  So it's easy for me to say my patients never had
4  problems.  But I don't know that necessarily.  I do
5  live in a small town, and patients do come back and
6  see me.  And I see them frequently and regularly.  So
7  I can't necessarily answer that.  But they may be
8  underreported.  Some of the data says they're
9  underreported.  There's some data that says that the
10  complications may be underreported, but I don't have
11  any firsthand knowledge of that.
12    Q.   Okay.  On your expert report at page 2 you
13  talk about where you joined the group of Parkland
14  residents in private practice in Corpus Christi,
15  Texas?
16    A.   Correct.
17    Q.   And that's when you discussed or mentioned
18  your laparoscopic Burch procedures with mesh?
19    A.   Correct.
20    Q.   And for what conditions were you utilizing
21  laparoscopic Burch procedures?
22    A.   Stress urinary incontinence.
23    Q.   And what is the benefit of laparoscopic
24  procedure over an open procedure?

Page 64

1    A.   Just less operative time and less pain
2  postoperatively and we get them back to work more
3  quickly.
4    Q.   Would you agree that regardless of the
5  anatomic location, when a patient has surgery with
6  resultant healing, that area of tissue is never quite
7  the same as Mother Nature designed it.  So there's
8  scarring.  So whether, for example, someone is having
9  a repeat carpal tunnel procedure, the fascial planes
10  are obliterated to some degree and the area is just
11  not normal.
12         MR. WALKER:  Object to the form.
13    A.   I'm not sure "normal" is the right word.  It
14  has changed.  Definitely surgery changes the tissue,
15  but it doesn't necessarily make it abnormal.
16  BY MR. RESTAINO:
17    Q.   Okay.  I understand what you're saying and
18  respect you saying that.  You've done abdominal
19  procedures before?
20    A.   Yes.
21    Q.   Would you agree there that when going
22  through the abdomen that has previously been operated
23  on, there is to some degree the obliteration of the
24  fascial planes through healing?

Page 65

1    A.   It may be more difficult to identify fascial
2  planes when you do a repeat abdominal procedure.
3    Q.   Is it your experience in pelvic
4  reconstruction surgery that repeat procedures have a
5  higher failure rate than the initial procedure for the
6  same condition?
7    A.   It depends on who did the first procedure.
8    Q.   Have you ever had patients where you've had
9  a failure and you've gone back in to correct the
10  failure from whatever cause?
11    A.   Yes.  And I have not had one that I had to
12  go a third time.
13    Q.   Okay.  In this context of what we're saying,
14  though -- and you can look at it.  It's on page 6 of
15  your report.  You write:
16         "The healing and scarring
17         caused by native tissue
18         repair does not replace or
19         add tensile strength;
20         therefore, it does not
21         restore and maintain normal
22         function."
23         Can you explain to us what you mean when you
24  write that?

Marshall Shoemaker, M.D.

Page 66

1    A.   Yes.  That's great.  That's a good question.
2  What happens is -- I'll give you an example of
3  posterior repair.  We have a defect in the posterior
4  -- in the pelvic fascia and we try to put it together.
5  In the old days before we had mesh augmentation, we
6  would try to put it together.  We'd find the defect --
7  put a finger in the rectum, find the defect, and then
8  use Ethibond permanent sutures to reapproximate that.
9  And we'd have great results for a while.  And then
10 that old tissue that's already torn would give away
11 again.  So it didn't increase the tensile strength.
12 So that's why we'd have these -- that's why the
13 failures.  And these failures were real, even though
14 we thought we did good repairs.  And the failure rate
15 was real.
16      And that's why, like I said, when I moved to
17 a small town and started doing repairs when there was
18 no one around doing them -- so I was doing them.  And
19 we were doing these repairs, and we had failures.
20 That's when I got involved and needed something for
21 augmentation.  So that's how I got involved in the
22 augmented repairs.
23    Q.   I think that's a perfect segue to my next
24 question, which is on page 3 of your report, I think

Page 67

1  it's the first sentence, you wrote:  "After that" --
2  do you see where I am?
3    A.   Yeah.  "I became interested in the vaginal
4  approach to pelvic prolapse."
5    Q.   Yes.
6    A.   The repair; right.
7    Q.   Yes.  And for the record, it states:
8         "After that, I became
9         interested in the vaginal
10        approach to pelvic prolapse
11        and realized the significance
12        for augmenting the repair
13        because of the large failure
14        rates from native tissue
15        repair."
16        Did I read that correctly?
17    A.   Yes.
18    Q.   And that's what you were just discussing?
19    A.   Correct.
20    Q.   Now, how do you define "the large failure
21 rate from native tissue repair" of POP?
22    A.   I would say most of the data that I've seen
23 is 25 to 40 percent.  And I feel like my failure rate
24 was not 25 to 40 percent, but it was still higher than

Page 68

1  I wanted.  And that's when -- that dropped
2  dramatically when I started augmenting my repairs.
3    Q.   Now, I've struggled, not being by any means
4  an expert in your world of gynecological surgery, of
5  finding a good analogy, and I failed.  The only one
6  that I can recall is through orthopedics or podiatric
7  surgery where we put the X-ray up on the X-ray box and
8  look at it and go, ooh, that doesn't look good.  And
9  you ask the patient, and they say:  No, I feel fine.
10 In that particular case we were taught you operate on
11 people, not X-rays.
12      Is there a similar situation in
13 gynecological surgery; for example, if you have an
14 anatomical prolapse but the patient says no, I don't
15 feel it, I feel great?
16    A.   This is my word to my patients, and I've
17 been saying this for 30 years.  It will never be a
18 problem to me.  When it bothers you, it bothers me,
19 and we'll talk about it.  So that's how I approach it.
20    Q.   Okay.  That was all context for when you
21 discuss the large failure rate, how are you defining
22 failure rate:  objective anatomical prolapse,
23 subjectivity saying this is bothering me, or repeat
24 operation?

Page 69

1    A.   It was absolutely -- in my situation with
2  native tissue, if they came back and complained that
3  the bulge was back, that was a failure.  And that's
4  when I augmented.
5    Q.   But if they came to you and the bulge was
6  back and they just looked at you and said I didn't
7  know that --
8    A.   Everything is fine.  And I also won't bring
9  it up.
10    Q.   Now, on page 7, paragraph F, you write that:
11 "In a 2016 Cochrane review" -- do you see where I am?
12    A.   Yes.
13    Q.   -- "Dr. Christopher Maher and
14        colleagues, the authors found
15        that, when comparing native
16        tissue repairs to repairs
17        utilizing mesh, the patients
18        receiving mesh were less
19        likely to be aware of
20        prolapse at one to three
21        years after the surgery."
22        Did I read that correctly?
23    A.   You did.
24    Q.   So this is one of the studies that I spent

Marshall Shoemaker, M.D.

Page 70

1 some time reading.  This Cochrane review -- and I
2 don't have the citation in the expert report from you
3 right there.  But I believe this is the 2013, not the
4 2016.
5    A.   Yes -- no, this is 2016 is what I have here.
6         MR. WALKER:  Hang on.  Are you referring to
7 the one you're about to hand him?
8         MR. RESTAINO:  Yes.
9         MR. WALKER:  It's 2013?
10        MR. RESTAINO:  Yes.
11        THE WITNESS:  Okay.  I'm sorry.  What I have
12 is 2016.
13 BY MR. RESTAINO:
14    Q.   You've referred to 2013 also; correct?
15    A.   Yes.
16    Q.   I think I read from 2013.
17    A.   Okay.
18    Q.   As I'm sitting here, if my memory serves me
19 correctly, it's 341 pages.  I didn't print out the
20 entire 341 pages.
21    A.   I probably did.
22    Q.   You didn't have as far to travel as I did.
23    A.   Exactly; that's right.
24    Q.   I'm going ahead and mark -- what I've done

Page 71

1 for the record to make it clear is I made a copy of
2 the front page, I skipped the many, many pages of the
3 table of contents, and then went to the abstract
4 section.  And I've got a copy of this for you, which
5 I'll give it to you in a moment.
6    A.   We're still doing '13?  I have '16, so
7 I don't need that right now.
8    Q.   Okay.  Yeah, we'll get to that later.  So
9 we'll go ahead and mark, in essence, the cover page
10 and the abstract from the 2013 Cochrane review.
11    A.   Okay.
12        MR. RESTAINO:  And this is going to be
13 Number 9.
14        (EXHIBIT 9 WAS MARKED
15          FOR IDENTIFICATION.)
16 BY MR. RESTAINO:
17    Q.   Now, on the second page under abstract --
18 it's actually the first page but after the second page
19 of the cover page -- do you see main results bolded on
20 the lower left?
21    A.   Main results, yes.
22    Q.   And they write:
23         "56 randomized controlled
24          trials were identified

Page 72

1         evaluating 5,954 women.  For
2         upper vaginal prolapse
3         (uterine or vault), abdominal
4         sacral colpopexy,
5         C-O-L-P-O-P-E-X-Y, was
6         associated with a lower rate
7         of recurrent vault prolapse
8         on examination and painful
9         intercourse than with vaginal
10        sacrospinous colpopexy.
11        These benefits must be
12        balanced against a longer
13        operating time, longer time
14        to return to activities of
15        daily living, and increased
16        cost of the abdominal
17        approach.  In single studies
18        the sacral colpopexy had a
19        higher success rate on
20        examination and lower
21        reoperation rate than high
22        vaginal uterosacral
23        suspension and transvaginal
24        polypropylene mesh."

Page 73

1         Did I read that correctly?
2    A.   Yes.
3    Q.   So in fact, according to this Cochrane
4 report that you're relying upon, the sacral colpopexy
5 has a higher success rate on examination than
6 transvaginal polypropylene mesh?
7    A.   It is not -- well, in my hands it's not
8 statistically significant.  I don't do sacral
9 colpopexies.  I did abdominal sacral colpopexies
10 before I moved here, but I don't do sacral
11 colpopexies.  So if somebody had a large vault
12 prolapse and I couldn't repair it with a mesh
13 augmentation, then I would refer those for a sacral
14 colpopexy.
15    Q.   Okay.  But for the record, your personal
16 experience is anecdotal; would you agree?
17    A.   Well, it's in my hands; correct.
18    Q.   And this is the Cochrane review, which is a
19 meta-analysis of the randomized controlled trials?
20    A.   There should be here the difference -- the
21 percentage is better.  I mean the difference in the
22 success rate should be in here.  It's not as much as
23 we think.
24    Q.   Well, okay.  While it may be -- and we can

Marshall Shoemaker, M.D.

Page 74

1  pull out the entire study during a break and you can
2  look at it -- the author is right as for the main
3  results, that the sacral colpopexy had a higher
4  success rate on examination and lower reoperation rate
5  than the transvaginal polypropylene mesh; correct?
6      A.  Okay.
7      Q.  And this is, as we discussed earlier, the
8  highest form of epidemiological evidence?
9      A.  Correct.
10     Q.  Agreed?
11     A.  Yes.
12     Q.  Now, that's not in your expert property,
13 though, is it?
14     A.  Well, everything I -- the gold standard was
15 abdominal sacral colpopexy, and the Prolift data was
16 in line with the sacral colpopexy but much less
17 invasive of a procedure.  And that's why.
18     Q.  Okay.  Then going back to what you wrote,
19 again for the record, you wrote:
20         "In a 2016 Cochrane review,
21         "Dr. Christopher Maher and
22         colleagues, the authors found
23         that, when comparing native
24         tissue repairs to repairs

Page 75

1         utilizing mesh, the patients
2         receiving mesh were less
3         likely to be aware of
4         prolapse at one to three
5         years after the surgery."
6      Correct?
7      A.  Correct.
8      Q.  And then the -- give me one moment.  I just
9  lost myself.
10         MR. RESTAINO:  I'm sorry.  Go off the record
11 for just a moment.
12         (A RECESS WAS TAKEN FROM 10:21 A.M.
13         TO 10:27 A.M.)
14 BY MR. RESTAINO:
15     Q.  Returning to the Cochrane abstract from
16 2013, if you see six lines down from the top of the
17 first paragraph, off to the left it starts with:
18         "Awareness of prolapse was
19         also higher after the
20         anterior repair as compared
21         to polypropylene mesh repair
22         (28 percent versus 18
23         percent ..."
24      And then they go through the relative risk

Page 76

1  of 1.57, 95 percent confidence interval 1.18 to 2.07.
2  And you have written that in your expert report;
3  correct?
4      A.  Yeah.  But everything I'm referring to in
5  what we're reading now is from '16.  And '16 doesn't
6  have that.  Do you see what I mean?  I'm referring to
7  the 2016 Cochrane review, and it doesn't have that.
8  It's different.
9      Q.  Okay.
10     A.  You know, rates for repeat surgery for
11 prolapse were lower with the mesh group, you know,
12 there was evidence of -- you know, it talks about
13 native recurrent prolapse on exam was less likely with
14 the mesh group.  This suggests 38 percent of women
15 have recurrent prolapse after native tissue repair,
16 between 11 and 20 for mesh.  You know, that's what I'm
17 saying.  That's what I've referred to in this
18 situation when I compared them.
19     Q.  That being said, you've referenced the 2013
20 review; correct?
21     A.  I'm trying to -- I may have, but I don't see
22 that.
23     Q.  Okay.  Then let's move on.
24     A.  I may have '13 in here.  That is '13, isn't

Page 77

1  it?  (Indicating.)
2         MR. WALKER:  No.  I think that's 2011.
3         THE WITNESS:  That's '11.
4         MR. WALKER:  There are several.  Don't worry
5  about it.
6  BY MR. RESTAINO:
7      Q.  Okay.  Give me a second here.  Where I think
8  my confusion came from is in your General Reliance
9  List under medical literature -- it's actually on page
10 26 which starts with Luo, L-U-O, at the top -- you
11 list Maher, Surgical Management of Pelvic Organ
12 Prolapse in Women, Cochrane Review 2013, as one of the
13 articles you're relying upon.
14     A.  What date?
15     Q.  It's the 26th page.  It's not your expert
16 report.  It's in the general.
17         MR. WALKER:  Fortunately we have these
18 things alphabetized here.
19         MR. RESTAINO:  I'm not sure why what I
20 printed out doesn't have the page numbers.  Is it up
21 in the upper left maybe underneath the clamp.
22         MR. WALKER:  You know what, you are correct,
23 yeah.  It was hidden.
24         MR. RESTAINO:  Okay.  Good.  Because I added

Marshall Shoemaker, M.D.

1 them when I saw the problem.

2    Q.  So looking here on page 26, you see 10 down

3 is Maher, Surgical Management of Pelvic Organ

4 Prolapse, Cochrane Review 2013.

5    A.  Right.  So I have reviewed it.  But when

6 we're talking about this information, I was referring

7 to '16.  Does that make sense?

8    Q.  Okay.  But looking at the abstract for the

9 2013, when you state that -- in your report on page 7

10 in paragraph G you wrote:

11       "Native tissue repairs

12       present the same risks as do

13       repairs augmented with

14       polypropylene mesh."

15    Do you see that?

16 A.  Exactly, yes.

17    Q.  But then looking at the Cochrane 2013 -- and

18 we're going to have to be careful to delineate that --

19 what they actually say is that -- it's in, again, the

20 first paragraph at the top, the fourth line from the

21 bottom.  It says:

22       "Blood loss (MD 64

23       millimeters, 95 percent

24       confidence interval 48 to

1 presents the same risks as do repairs augmented with

2 polypropylene mesh; would you agree?

3      MR. WALKER:  Object to form.

4    A.  Well, if you look at this specifically, it

5 may disagree.  But what my point in this sentence

6 was -- and I don't have it referenced -- was that the

7 risk of vaginal surgery is the same whether you put

8 mesh in or not except with the exception of mesh

9 exposure.

10 BY MR. RESTAINO:

11    Q.  Okay.  But in many of the studies I've seen,

12 there's increased risk of blood loss associated with

13 mesh.  Do you disagree with that?

14    A.  There are probably some studies that say

15 that.

16    Q.  Okay.  Now, again, returning to the Cochrane

17 2013, if you take a look at the very next paragraph,

18 they state:

19       "Data from three trials

20       compared native tissue

21       repairs with a variety of

22       total, anterior, or posterior

23       polypropylene kit meshes for

24       vaginal prolapse in multiple

1       81), operating time (MD 19

2       minutes, 95 percent

3       confidence interval 16 to

4       21), recurrences in apical or

5       posterior compartment

6       (relative risk 1.9, 95

7       percent confidence interval

8       1.0 to 3.4) and de novo

9       stress urinary incontinence

10       (relative risk 18, 95 percent

11       confidence interval 1.0 to

12       3.10) were significantly

13       higher with transobturator

14       meshes than for native tissue

15       anterior repair."

16    And then:

17       "Mesh erosions were reported

18       in 11.4 percent (64 out of

19       563) with surgical

20       interventions being performed

21       in 6.8 percent ...)"

22    So this Cochrane review that is in your

23 General Reliance List actually disagrees with your

24 statement when you write that native tissue repair

1       compartments.  While no

2       difference in awareness of

3       prolapse was able to be

4       identified between the groups

5       (relative risk 1.3, 95

6       percent confidence interval

7       0.6 to 1.7), the recurrence

8       rate on examination was

9       higher in the native tissue

10       repair group compared to the

11       transvaginal polypropylene

12       mesh group (relative risk

13       2.0, 95 percent confidence

14       interval 1.3 to 3.1).  The

15       mesh erosion rate was 35 out

16       of 194 (18 percent) and 18

17       out of 194 (9 percent)

18       underwent surgical correction

19       for mesh erosion.  The

20       reoperation rate after

21       transvaginal polypropylene

22       mesh repair of 22 out of 194

23       (11 percent) was higher than

24       after the native tissue

Marshall Shoemaker, M.D.

1       repair ..."
2       Did I read that correctly?
3     A.   Correct.
4     Q.   So the Cochrane review actually found no
5 difference in awareness of prolapse between the groups
6 undergoing native tissue repair versus a variety of
7 total anterior/posterior polypropylene mesh
8 compartments -- mesh in multiple compartments;
9 correct?
10     A.   Well, what they found was the reoperation
11 for mesh was high, obviously, in the mesh group
12 because there was no mesh in the native tissue group.
13 This data does support that.
14     Q.   Now, again, on page 7 of your expert report,
15 you write that: "Mesh exposure, erosion, or
16 extrusion" -- do you see where I am?
17     A.   Let's see here.  Where?
18       MR. WALKER:  (Indicating.)
19     A.   Okay.  "Mesh exposure."  Gotcha.
20 BY MR. RESTAINO:
21     Q.    -- "erosion, or extrusion does
22         not occur with native tissue
23         repairs because mesh is not
24         used, but suture exposure,

1         erosion, or extrusion can
2         occur with native tissue
3         repairs."
4       Reference number 15.
5     A.   Correct.
6     Q.   "For instance, in the optimal
7         trial, Barber and colleagues
8         found that suture exposure
9         occurred in connection with
10         15.4 percent of uterosacral
11         ligament suspensions and 17.2
12         percent of sacrospinous
13         ligament fixation 6 to 24
14         months after surgery."
15       Reference 16.
16     A.   Correct.
17     Q.   Okay.  Give me a second.  I want to pull
18 up --
19     A.   You want to get Barber?
20     Q.   Yeah.  Do you have Barber?
21     A.   Uh-huh (positive response).
22     Q.   If you can open up the study and take a look
23 at it.  Because, quite honestly, when I read it and
24 searched it, I didn't find those figures at all.  And

1 in fact, I did a word search for 15.4 percent and 17.2
2 percent, and it didn't come up.
3     A.   Here's a table.  Let's see here.  What are
4 we looking for again?  The number?
5     Q.   Well, those two numbers.  I wanted to read
6 what you were referring to.  And as I'm doing right
7 now on my computer, doing a word search of 15.4 and
8 17.2, it doesn't find either one.  So I was kind of
9 lost on where you were getting this data from.
10       We can look during one of the breaks.
11 There's no other point I'm trying to make.  It's just
12 I didn't see it.  I'm not finding that from the
13 article.
14     A.   It may have been a typographical -- I may
15 have misput it.  It may not have made it --
16       MR. WALKER:  Let's look into it at a break
17 and close the loop on the record.
18       MR. RESTAINO:  Sure.
19     Q.   Okay.  Then one of the -- when you
20 support -- for support of your expert opinion that
21 large failure rates from native tissue repair of
22 pelvic prolapse exist, you cite Benson, Benson,
23 Lucente and McClellan.  The title is Vaginal Versus
24 Abdominal Reconstructive Surgery for the Treatment of

1 Pelvic Support Defects:  A Prospective, Randomized
2 Study with Long-Term Outcome Evaluation.
3     A.   What number is that?
4     Q.   What number as in --
5     A.   What's the reference number?  I'm sorry.
6 Where are we looking?  I'm sorry.  I missed that.
7     Q.   Okay.  Give me one second and I'll find that
8 for you.  Paragraph 1 -- I'm sorry -- reference number
9 1 on page 3.
10     A.   Oh, I'm sorry.
11     Q.   On your expert report.
12     A.   Okay.  You're going back to page 3.  All
13 right.  I'm sorry.  I was still on 8.  Say that again.
14     Q.   Yeah, I flip around.  So it's reference
15 number 1 --
16     A.   Right.
17     Q.   -- of your expert report on page 3.
18     A.   This is Benson.  Gotcha.  I'm sorry.  I was
19 back on 8.  About the lifetime risk of pelvic --
20     Q.   Yeah.  You utilize that at the top of the
21 page where it's referenced and where you're writing:
22         "After that I became
23         interested in the vaginal
24         approach to pelvic prolapse

Marshall Shoemaker, M.D.

Page 86

1    and realized the significance
2    for augmenting the repair
3    because of the large failure
4    rates from native tissue
5    repair."
6       Reference number 1, which is the Benson,
7 et al., study.
8    A.   Right.
9       (EXHIBIT 10 WAS MARKED
10       FOR IDENTIFICATION.)
11 BY MR. RESTAINO:
12    Q.   So I just asked her to mark Benson as number
13 10.
14    A.   Yeah, I have it.
15    Q.   Do you recall how you found this study?
16    A.   I trained with Dr. Lucente.  That's who
17 actually taught me pelvic -- and I saw that -- he used
18 to -- when I'd go to train, he would present.  And he
19 would always present studies and data.  So he would
20 talk about this.  That's why I knew about this study.
21    Q.   Okay.  If you look at the study and on the
22 abstract the study design, it starts off by staying
23 "88 women."
24    A.   Uh-huh (positive response), cervical

Page 87

1 prolapse beyond hymen.
2    Q.   Yes.  So would you consider this a small,
3 medium-size or a large study?
4    A.   I think under 100 -- I think 88 is probably
5 a medium size.
6    Q.   Okay.  And then in the middle of that
7 paragraph it states that:
8       "Detailed pelvic examination
9       was performed postoperatively
10       by the nonsurgeon coauthor
11       yearly up to five years."
12       What is your understanding of the term
13 "nonsurgeon coauthor"?
14    A.   The RN, Elizabeth McClellan.
15    Q.   Okay.  So this was followed up for five
16 years; correct?
17    A.   Correct.
18    Q.   Now, if you'll look at table 2 on the second
19 page, Surgical Procedures Performed, and the fourth
20 one down is needle suspension urethropexy; correct?
21    A.   Yes.
22    Q.   And that's an operation traditionally used
23 for moderate to severe stress urinary incontinence;
24 would you agree?

Page 88

1    A.   It was a procedure done for stress
2 incontinence.
3    Q.   And then the next procedure performed
4 underneath that is the Burch procedure; correct?
5    A.   Right.
6    Q.   And the Burch is also used for SUIs?
7    A.   But it was done in the abdominal group, not
8 in the vaginal group.
9    Q.   What does that mean?
10    A.   The procedure was done from an abdominal
11 approach, the Burch was done.  The needle procedure
12 was done vaginally.
13    Q.   Okay.  And then there's a description of
14 autologous sling urethropexy.  Do you see that?
15    A.   Autologous sling urethropexy; right.
16    Q.   And that's also a procedure to treat SUIs;
17 correct?
18    A.   Correct.
19    Q.   And then the final one down at the bottom is
20 "other."  And we don't know what that "other" is;
21 correct?
22    A.   Correct.
23    Q.   And so we don't know if it's a prolapse
24 procedure or an SUI procedure; correct?

Page 89

1    A.   Correct; we do not know.
2    Q.   Okay.  And if you look at the table, "other"
3 is both -- in the vaginal group there's three, and in
4 the abdominal group there's seven, for a total of 10
5 other procedures.
6    A.   Correct.
7    Q.   So 10 of the 88 procedures, we don't know if
8 they're a surgery for prolapse or a surgery for SUI;
9 wouldn't you agree?
10    A.   I would agree.
11    Q.   Now, on the fourth page, which is page 1420
12 of the study, there's a comment.  And the comment is:
13       "The women in this study are
14       representative of a tertiary
15       urogynecologic referral
16       practice, reflected by the
17       magnitude of the prolapse (46
18       percent had grade 4
19       prolapse), the presence of
20       combined defects, and 56
21       percent prior failed ...
22       rate."
23       Where I was confused is you were referencing
24 this paper for your statement about the large failure

Marshall Shoemaker, M.D.

Page 90

1 rate associated with native tissue repairs; correct?

2    A.    Uh-huh (positive response).

3    Q.    But as we can see from table 2 of this

4 study, many of the procedures were for SUI and not

5 prolapse.  The needle suspension urethropexy, 20 of

6 them were 42 percent; Burch procedure, 13 -- the Burch

7 procedure; the autologous sling urethropexy, SUI and

8 then others.

9    A.    But wait a minute.  All of them had a

10 vaginal repair.  They also had slings.  They had

11 different types of stress incontinence procedures.

12 100 percent of them had sacrospinous suspension and

13 colposacral suspension, 48 and 48 in the vaginal

14 group.  So those were the vaginal repairs.  Do you see

15 what I'm saying?  So everyone had a vaginal repair.

16 They had different types --

17    Q.    In addition to the vaginal repair, they had

18 surgeries for SUIs?

19    A.    Right, correct.  So that's what these

20 other --

21    Q.    That's what the other procedures are for?

22    A.    Yes.

23    Q.    Okay.  Thank you for that.  Now, from what I

24 read on the fourth page at page 1420 in the comment,

Page 91

1 56 percent had prior failed surgery rate; correct?

2    A.    Correct.  Okay.

3    Q.    And we discussed that when there's a second

4 procedure, the failure rate is typically higher than

5 in an initial procedure.

6    A.    It may be higher.

7    Q.    It may be higher.

8    A.    It may be higher.  The question is:  Is that

9 56 percent prior failed surgery native tissue?

10    Q.    And there's no way of knowing?

11    A.    We don't know that.  But that's what I -- we

12 don't know that.

13    Q.    So without knowing that, that's a form of

14 bias in this study.  You're relying upon this study to

15 support your expert opinion of a large failure rate

16 with native tissue, but some 10 of these 88, or 11

17 percent, we don't even know what was done on them, and

18 56 percent of these women had had a prior surgery.

19       MR. WALKER:  Object to the form.

20 BY MR. RESTAINO:

21    Q.    So would you agree that this may not be a

22 great study for supporting an opinion as to the large

23 failure rate with native tissue repair?

24       MR. WALKER:  Object to the form.

Page 92

1    A.    It's a nice medium-size study.  That may be

2 one caveat that doesn't show that.  As somebody that's

3 reading this and has had experience as a vaginal

4 surgeon, I would suspect that the native tissue --

5 that the previous failure was a native tissue failure.

6 And that, I believe, is how Vince would present it.

7 But I don't have that in front of me.  As I sit here,

8 I can't document that 100 percent.

9 BY MR. RESTAINO:

10    Q.    Okay.  If you were submitting your expert

11 report or an article for publication in the

12 peer-reviewed literature discussing the study,

13 wouldn't you question the fact that 56 percent of

14 these patients had had a prior surgery?  And how does

15 that extrapolate out to women receiving native tissue

16 repair who have never had a prior surgery, so they're

17 pristine?  In epidemiology, does the term "external

18 validity" -- does this study even apply to women who

19 have not had prior surgery who then undergo native

20 tissue repair?

21       MR. WALKER:  Object to the form.

22    A.    I'm not sure -- ask that question again,

23 please.  I was looking at this.  I apologize.

24 BY MR. RESTAINO:

Page 93

1    Q.    If you were submitting a paper, your expert

2 report, for example, for publication in peer-reviewed

3 literature, would you make the comment in your paper

4 that, while there's a large failure rate here, one

5 should note that 56 percent of the participants had

6 had a prior surgery, and these results might not

7 extrapolate to a pristine group of women?

8    A.    I gotcha.  Yes, I understand your question.

9 And yes, my answer would be that the second -- the

10 second surgery doesn't necessarily mean you're going

11 to have a higher failure rate.  I couldn't put my

12 finger on a study that says that.  In my experience I

13 haven't had that situation, but -- so that would be my

14 answer.  It would be nice to know for sure what type

15 of procedure they had.

16       MR. RESTAINO:  If you would go ahead and

17 mark this now as 11.

18    (EXHIBIT 11 WAS MARKED

19       FOR IDENTIFICATION.)

20 BY MR. RESTAINO:

21    Q.    I'm going to hand you an article, Doctor.

22 It's by a Patrick Dallenbach, D-A-L-L-E-N-B-A-C-H,

23 titled To Mesh or Not To Mesh:  A Review of Pelvic

24 Organ Reconstructive Surgery.  And it appears to have

Marshall Shoemaker, M.D.

Page 94

1 been published in the International Journal of Women's
2 Health in 2015. Have you seen this article before?
3    A.   I may have. I am not familiar -- is it in
4 my list?
5         MR. WALKER: Yeah, I was going to ask
6 counsel do you know if it's on his reliance list?
7         MR. RESTAINO: I think it is. I can check
8 really quickly.
9         MR. WALKER: And I found that statistic from
10 that Barber study.
11        MR. RESTAINO: Did you? In the study
12 itself?
13        MR. WALKER: Yes.
14        MR. RESTAINO: Yeah. Okay. I'd like to see
15 that. Because I went crazy trying to find it.
16        MR. WALKER: The author's last name is
17 Dallenbach?
18        MR. RESTAINO: Yes. And it's not showing up
19 in his general.
20        MR. WALKER: I don't think it's on the
21 reliance list. It's not on your reliance list.
22        THE WITNESS: Yeah. I didn't think I had
23 seen it.
24 BY MR. RESTAINO:

Page 95

1    Q.   In doing a PubMed search for your articles
2 that you were going to rely upon, the title of this is
3 To Mesh or Not To Mesh: A Review of Pelvic Organ
4 Reconstructive Surgery.
5         Is there a reason why you didn't include
6 this?
7    A.   I did not -- it didn't come up when I
8 looked.
9    Q.   Okay. If you look at the introduction on
10 page 1, you see they start off by writing:
11        "Surgery for pelvic organ
12        prolapse (POP) is common
13        among women. The lifetime
14        risk of undergoing at least
15        one surgical intervention by
16        the age of 80 was estimated
17        to be between 6.3 and 19
18        percent, with 30 percent of
19        women requiring reoperation
20        for recurrence."
21     References 1 and 2.
22        "The prevalence of
23        reoperation after primary
24        pelvic reconstructive surgery

Page 96

1        reported in some articles was
2        even higher (43 percent to 58
3        percent)."
4        That's consistent with your expert opinion
5 regarding the large failure rates associated with
6 native tissue repair?
7    A.   It's actually a little higher --
8    Q.   Than what you stated?
9    A.   -- than what I stated.
10   Q.   In fact, consistent with what you just said,
11 on page 6 of your expert report, you wrote:
12        "Unfortunately it has been
13        associated with high
14        recurrence rates of 30 to 50
15        percent."
16   A.   Right.
17   Q.   Does that sound familiar?
18   A.   Yes.
19   Q.   Now, looking at the Dallenbach paper, if you
20 look at the final three lines underneath Introduction,
21 they write:
22        "Based on our clinical
23        experience, we found that
24        these high rates of

Page 97

1        recurrence were probably
2        overestimated. The results
3        of previous studies addressed
4        both urinary incontinence and
5        POP, thus overestimating the
6        risk of reoperation for POP
7        alone. After closer
8        examination of the references
9        cited in some of the
10       articles, we found that the
11       higher recurrence rates
12       resulted from studies
13       including genital prolapse
14       after Burch colposuspension,
15       which is not a primary POP
16       surgery but an anti-
17       incontinence procedure."
18    Reference number 9.
19       "The aim of this article was
20       to review surgical treatments
21       of POP and analyze the
22       evidence for the use of mesh
23       material in pelvic floor
24       reconstructive surgery."

Marshall Shoemaker, M.D.

1      And the discussion regarding including
2  findings from Burch colposuspension, et cetera, that's
3  exactly what we were discussing in the Benson article,
4  which included POP repair but also the SUI repair.
5      A.   Yes.
6      Q.   And so therefore the recurrence rates cannot
7  be determined with accuracy from those articles when
8  there's the combination of procedures.  Do you agree
9  with that?
10         MR. WALKER:  Object to the form.
11     A.   Yeah.  Unless they're both -- unless you're
12 comparing both, the same things.
13 BY MR. RESTAINO:
14     Q.   Correct.
15     A.   Both of them are the same.  Okay.  This is a
16 nested -- I'm not familiar with this study.  It says
17 it's a nested case control study, cohort of 1,800
18 women?  How did they come up with this data?  This is
19 new to me.
20     Q.   Well, we're going to go through it a little
21 bit and hopefully it will answer it.  You can take a
22 look at this.  As a matter of fact, they state -- the
23 next page under True Incidence and Risk Factors for
24 Reoperation of Surgically Treated POP on page 2 -- do

1  you see that?
2      A.   Yes.
3      Q.   And if you skip down six lines they write:
4          "We conducted a nested case
5          control study in a cohort of
6          1,811 women who were
7          surgically treated for POP in
8          our department over a 20-year
9          period.  We found that the
10         incidence of POP reoperation
11         was 5.1 per 1,000 women-years
12         with a cumulative incidence
13         of 5.6 percent and a mean
14         duration follow-up of more
15         than 11 years.
16     With reference 11.
17         "This is much less than the
18         30 percent to 50 percent risk
19         previously described."
20     So first, this study involves 1,811
21 patients, not 88; correct?
22     A.   Correct.
23     Q.   And it looked at the patients over a 20-year
24 period and not a five-year period like Benson;

1  correct?
2      A.   It says over 20 years, yes.  And it's all
3  the same surgeons?  That's what I don't know.  I'm not
4  familiar.  Is it the same surgeons doing the procedure
5  on all these patients?  Are these people all in
6  Switzerland?
7      Q.   That's my understanding from it.  And they
8  found a cumulative incidence of 5.6 percent, which
9  would you describe that as a large failure rate?
10     A.   5.6 percent is not a large failure rate.
11     Q.   And again, this study and this data is not
12 in your expert report?
13     A.   Correct.
14     Q.   Then if you'll look at the bottom of this
15 paragraph we've been reading, six lines up, they
16 write:
17         "Corroborating our results,
18         recent studies reported lower
19         rates (between 1.5 percent
20         and 13 percent) of
21         reoperation for surgically
22         treated POP and urinary
23         incontinence."
24     Did I read that correctly?

1      A.   Yes.
2      Q.   And then they have three references there,
3  number 3 --
4      A.   12 and 13.
5      Q.   -- 12 and 13.  Now, the first one is the
6  Clark article, which is your reference number 11 on
7  page 6.  Let's go ahead and mark this as the next, if
8  you would.
9          (EXHIBIT 12 WAS MARKED
10            FOR IDENTIFICATION.)
11 BY MR. RESTAINO:
12     Q.   There you go, sir.
13     A.   I have it.
14     Q.   You've got it?  Okay.  Now, if you'll look
15 at the abstract and the results in the abstract of the
16 Clark study, they write:
17         "36 women underwent 40 cases
18         of reoperation.  By survival
19         analysis, 13 percent ...
20         underwent reoperation by 71
21         months.  Having undergone
22         previous pelvic organ
23         prolapse and urinary
24         incontinence surgery

Marshall Shoemaker, M.D.

Page 102

1    increased the risk of
2    reoperation to 17 percent
3    compared with 12 percent for
4    women who underwent a first
5    procedure (log rank P equals
6    .04)."
7        Did I read that correctly?
8    A.    Yes.
9    Q.    Noting the increased risk of reoperation to
10   17 percent, would you agree that it would be more
11   appropriate, more scientific, to compare studies that
12   looked at only women undergoing their first procedure
13   versus only women undergoing first procedure?
14       MR. WALKER:  Object to the form.
15   A.    What do you mean?  That's apples to apples.
16   You're trying to compare apples to apples.  So first
17   surgery versus first surgery.  Because second
18   surgeries make it more difficult.
19   BY MR. RESTAINO:
20   Q.    Yes.
21   A.    That would be -- in a perfect world, that
22   would be great.  I just don't know how you could do
23   that.
24   Q.    And in this study here by Clark, which is,

Page 103

1    again, I think your reference number 11, the
2    reoperation rate was 12 percent for women who
3    underwent a first procedure; correct?
4    A.    Right.
5    Q.    So that's a lot lower than the 30 to 50
6    percent that your expert report states.
7    A.    Yes.  Tell me -- I'm confused where we're
8    going with this as far as -- can we go back to see
9    where I said 30 percent?
10   Q.    Yes, of course.
11   A.    What page are we on?
12   Q.    Page 6 of your expert report you write:
13       "Unfortunately it has been
14       associated with high
15       recurrence rates of 30 to 50
16       percent."
17   A.    Yes.  Okay.
18       "60 percent of the
19       recurrences are identified at
20       the same site.  Unmasking an
21       occult support defect causes
22       32 percent of failures."
23   Q.    So this study by Clark, which you've
24   referenced, they talk about the risk of reoperation is

Page 104

1    17 compared to 12 percent for women who underwent a
2    first procedure.
3    A.    Okay.  When did I reference Clark?  Show me
4    that.
5    Q.    I think Clark is number 11 on page 6.
6    A.    So I referenced Clark for a different
7    reason.  So I'm just seeing here.
8        "Unmasking an occult support
9        defect causes 32 percent of
10       failures."
11       That's when I referenced Clark.
12       (A DISCUSSION WAS HELD OFF THE RECORD.)
13   A.    Okay.  Where are we?  What was the question?
14   BY MR. RESTAINO:
15   Q.    So, in essence, looking at the Clark study,
16   which is your reference number 11 and which Dallenbach
17   references, their reoperation rate for seeing women is
18   12 percent.
19   A.    Right.
20   Q.    That's a lot lower than your 30 to 50
21   percent range that you have in your expert report.
22   A.    Except that there are studies that say
23   there's a 30 to 50 percent -- let's see.  Dr. Vincent,
24   the 9 -- that's where I got that, American Journal of

Page 105

1    OB-GYN in 2004.  Can we look at that?
2    Q.    Of course.  Of course.  But while there
3    are -- and I agree with you.  I've read the articles
4    that have failure rates 30 to 50 percent.
5    A.    Right.
6    Q.    But there are many articles -- and we're
7    going to get some more of them -- that show the rate
8    to be between 5 and 12 percent.  Why are those
9    articles not cited in your expert report?
10   A.    Because of my experience.  I have seen
11   more -- higher recurrence rates than 5 to 10 percent.
12   Q.    Have you had higher recurrence rates than 12
13   percent personally in your hands?
14   A.    On my native tissue repairs?  You know,
15   that's a hard question.  I don't think it's been that
16   high.  But, you know, there are some situations where
17   -- you've got to look at everybody that does native
18   tissue repair.  Some are better than others and some
19   have higher recurrence rates.  I don't feel -- I felt
20   like my recurrence rate was high enough that I needed
21   to augment my repair.  I'll say that.
22   Q.    Now, we can put Clark away.  I don't think
23   we'll come back to it.  But returning for a moment to
24   the Dallenbach study, there were three references that

Marshall Shoemaker, M.D.

Page 106

1  we looked at, number 3, number 12 and number 13.
2      A.   Gotcha.
3      Q.   And number 12 is an article by Diez,
4  D-I-E-Z - I-T-Z-A.
5      A.   Right.
6      Q.   And it's titled Risk Factors for the
7  Recurrence of Pelvic Organ Prolapse after Vaginal
8  Surgery:  A Review at Five Years after Surgery.
9      A.   That's not on my list, is it?  I don't
10  remember that study, but it may be in my list.
11      Q.   Okay.  I don't recall.  Let's go ahead and
12  mark it.
13          (EXHIBIT 13 WAS MARKED
14           FOR IDENTIFICATION.)
15  BY MR. RESTAINO:
16      Q.   No, it's not coming up in your general.
17      A.   Yeah.  I didn't think it was.
18      Q.   So if you'll just take a look at this one
19  briefly.  And if you'll turn to page 1320, they have a
20  section titled Results.  Do you see the upper right?
21  They start with Results?
22      A.   Yes.
23      Q.    "Five years after surgery, 42
24           of 134 (31.3 percent) women

Page 107

1          presented anatomical criteria
2          of failure in one or more
3          compartments.  None of the
4          patients without anatomical
5          recurrence were symptomatic.
6          Only 10 of the 134 (7.4
7          percent) had functional
8          surgical procedure."
9          Can you explain to the court what is your
10  interpretation of what the authors mean when they say
11  functional surgical failure?
12      A.   That they were not symptomatic.
13      Q.   Okay.  So in this study by Diez-Itza
14  undergoing POP surgery, there was a 92.6 percent
15  functional success rate at five years; correct?
16      A.   10 had a functional surgical failure.
17      Q.   Yeah.  So I just took the 7.4 from 100.
18      A.   Yes.
19      Q.   So that's a functional success rate at five
20  years of 92.6 percent.
21      A.   In this study I would say that's what the
22  results are, yes.
23      Q.   That's what the results state in this?
24      A.   Correct.

Page 108

1      Q.   This is a paper that's not in your expert
2  report or General Reliance List?
3      A.   I don't think it is.
4          THE WITNESS:  Jordan, I don't think it is.
5          MR. WALKER:  I didn't see it on your
6  reliance list.
7  BY MR. RESTAINO:
8      Q.   And stating the obvious, 7.4 percent is
9  lower than 30 to 50 percent; would you agree?
10      A.   Yes; you're right.  But I also talked a
11  little bit about functional recurrence.  It depends on
12  the patient's symptoms.  And, you know, that has to do
13  with interpretation.  And, you know, I don't know the
14  details, and I haven't read this study to know the
15  details of who's asking the questions.  Was it because
16  of a survey that they did or one of these repair -- I
17  can't think of the word right now off the top of my
18  head.  You know, the PISQ scores or whatever when they
19  ask these kind of questions.
20      Q.   Yes.
21      A.   Or is it somebody examining them in the
22  office and they talk about what's going on?  Or was it
23  a phone interview?  Those kinds of things.  And that's
24  what I don't -- I'm not familiar with.  Because that

Page 109

1  can sometimes -- when you talk about functional
2  repair, the way you ask a question sometimes can make
3  a difference.
4      Q.   Yes.
5      A.   I did mention previously, though, we don't
6  want to make them have a problem they don't have.
7      Q.   Understood.  But this paper, for however
8  they diagnosed functional surgical failure, they have
9  a 7.4 percent failure rate?
10      A.   That's correct.  According to this paper,
11  that's what it says.
12      Q.   Reference number 13 that Dallenbach puts to
13  support their experience with lower failure rates is a
14  paper by Price, et al.  I'll go ahead and mark this as
15  next.
16          (EXHIBIT 14 WAS MARKED
17           FOR IDENTIFICATION.)
18  BY MR. RESTAINO:
19      Q.   This paper is titled The Incidence of
20  Reoperation for Surgically Treated Pelvic Organ
21  Prolapse:  An 11-Year Experience.
22          Are you familiar with this paper?
23      A.   No.  Is it referenced?  I don't think so.
24      Q.   I don't believe so either.  If you'll look

Marshall Shoemaker, M.D.

Page 110

1  at the second page, study design, this is:
2      "An 11-year retrospective
3      audit conducted of women who
4      had undergone surgery for
5      pelvic organ prolapse between
6      1995 and 2005 at a large
7      teaching hospital in the UK."
8      Did I read that correctly?
9  A.   Yes.
10 Q.   And then in the results down below:
11     "During the study period,
12     2,099 women underwent surgery
13     for pelvic organ prolapse.
14     Of these women, 142 underwent
15     a second operation for
16     prolapse and 13 a third. The
17     overall cumulative rate of
18     reoperation following surgery
19     for pelvic organ prolapse was
20     10.8 percent at 11 years
21     following the initial
22     procedure."
23     Now, just looking at this study, comparing
24 it to the Benson study that you're relying upon, we've

Page 111

1  got 2,099 patients here; we had 88 patients there.
2  Would you agree?
3  A.   Yes.
4  Q.   And Benson had a five-year follow-up; this
5  study has an 11-year follow-up, which is more than
6  double; correct?
7  A.   Correct.
8  Q.   And if we take their failure rate,
9  subtracting from 100, this has an 89.2 percent success
10 rate; would you agree?
11 A.   Yes. I've never seen -- this is the only
12 study I've ever seen with this kind of success rate.
13 Q.   You know, this study is not in your General
14 Reliance List or your expert report.
15 A.   Correct.
16 Q.   Is there a reason why?
17 A.   I never saw it come up.
18 Q.   The last two studies showing 7.4 percent
19 reoperation rate and 10.8 percent utilizing native
20 tissue, is there a reason why this is not quoted in
21 your expert report?
22 A.   Because you've given me two studies, and
23 I've got lots more studies that show you have a lot
24 higher failure rate with native tissue.

Page 112

1  Q.   Did you cherrypick only the studies that
2  support your opinion that it's between 30 to 50?
3      MR. WALKER: Object to the form.
4  A.   I did not cherrypick. I did not have these
5  two studies.
6  BY MR. RESTAINO:
7  Q.   If you were writing your expert report for
8  publication in the peer-reviewed literature and you
9  conduct a PubMed search, knowing that these studies
10 exist, would you now include them?
11 A.   I like to get the most data I can have.
12 We're going to have studies that are outliers both
13 ways, and I think the majority of the studies need to
14 be reasonable and well done.
15 Q.   Now, we'll talk in a general sense away from
16 studies for a moment about the vagina.
17 A.   Yes.
18 Q.   Stating the obvious, as an expert
19 gynecological surgeon, you have an understanding of
20 the biomechanical forces present in the vagina;
21 correct?
22 A.   Correct.
23 Q.   Reading about this, I read that there's an
24 active and a passive component. Are they terms that

Page 113

1  you're familiar with that you utilize?
2  A.   I don't use those terms.
3  Q.   Perhaps in the context of what I was
4  using -- and if they're not terms that you use, we can
5  use your terms. Or if you say you don't understand
6  it, we'll move on.
7  A.   Gotcha.
8  Q.   But I read that the active properties of the
9  vagina are critical to maintain healthy sexual
10 function and provide structural integrity in the
11 vagina's central role in pelvic organ support. The
12 active properties require energy to function.
13     That sounds --
14 A.   That sounds like that's a good definition.
15 Q.   Okay. And this is mainly served by the
16 smooth muscle of the vagina?
17 A.   Smooth muscle? Okay. Yes.
18 Q.   The smooth muscle component.
19 A.   Right.
20 Q.   The passive properties of the vagina perform
21 in the absence of any active force generation and are
22 provided by vaginal collagen, elastin and matrix
23 proteins. Sounding familiar?
24 A.   That sounds familiar. That's fine. Filling

Marshall Shoemaker, M.D.

Page 114

1  the bladder would be a passive expansion of the
2  vagina.
3      Q.   Okay.  Now, in early 2002 it's your opinion
4  that Gynemesh PS was the best mesh available and it
5  became your mesh of choice; correct?
6      A.   Yes.  After I had failures with Pelvicol.
7      Q.   And who makes Pelvicol?
8      A.   Bard.
9      Q.   Is it still on the market?
10     A.   I think they have Pelvisoft or something
11  like that.  I had failure rates with that.  I think
12  people -- we would find -- it would disintegrate and
13  have complete failures afterwards.
14     Q.   Now, Gynemesh is a sutured mesh placement as
15  compared to the mesh kits; is that correct?
16     A.   Well, it depends.  Yes.  You would tack it
17  in sometimes, suture, sometimes we'd just lay it in
18  there without any tension.  But the mesh kits had arms
19  and straps that you were definitely without tension.
20     Q.   And you utilize Gynemesh today?
21     A.   No, I don't anymore.  Now I use a cadaver
22  fascia, allograft, Axis Dermis.  It's a coloplast
23  product.  I use that for my repairs.  I still use
24  slings.  I still use TVT and TVT-O, TVT-Exact.  And

Page 115

1  then I use a single side from coloplast called the
2  Altis sling, A-L-T-I-S.
3      Q.   Now the cadaveric mesh or cadaveric support
4  that you use, just for the court or for the lay people
5  who may be reading this, that's different from the
6  patient's own tissue, say, from the fascial lata?
7      A.   Correct.  I did not use autologous fascia.
8      Q.   So autologous comes from the patient's body?
9      A.   Gotcha.
10     Q.   Cadaveric comes from someone else's body?
11     A.   Yes.  But it is not -- it's human.
12     Q.   Yes.  Okay.  And have you conducted any type
13  of analysis as to the success rate you're experiencing
14  now with cadaveric tissue versus when you used
15  Gynemesh PS or Prolift+M?
16     A.   I don't have any data to support that.  But
17  I've had good results in the last year since they took
18  Prolift off the market.
19     Q.   Understanding that your sole data is
20  anecdotal but clinical experience is still some form
21  of evidence, are you testifying now that you've not
22  seen a big dropoff of success since you've switched to
23  the cadaveric tissue?
24     A.   I have not had big failures.  I don't feel

Page 116

1  like I've got a lot of failures.
2      Q.   Fair enough.
3      A.   And all these anecdotal things I have is all
4  I have.
5      Q.   Sure.  Now, what is your understanding when
6  the medical literature, scientific literature,
7  discusses the stiffness of mesh?
8      A.   I would say its pliability.  When you use it
9  in your hands, you can tell.  Unless you've been
10  around the mesh and know exactly, you can tell the
11  differences in the soft meshes and the medium-weight
12  and light-weight and stiff meshes.
13     Q.   Okay.  Now, do you have an opinion as to the
14  importance of the stiffness of mesh once it's placed
15  inside a woman?
16     A.   I think at least a medium-size mesh, you
17  need a soft -- it needs to be supple to use in the
18  vagina.
19     Q.   Okay.  Why is that?
20     A.   Because of the forces that change when
21  patients move, passive forces as well as active
22  forces, if we're going to use that terminology.
23     Q.   Okay.  If I'm understanding you correctly,
24  then the softer mesh would be more consistent with the

Page 117

1  normal anatomy of a woman?
2      A.   Well, it's hard to say.  I feel like you
3  don't -- that the pore size is the ticket.  And most
4  meshes with larger pore sizes are softer meshes.  The
5  narrower -- the more smaller pore size is associated
6  with a little stiffer mesh, in my opinion, feeling it.
7      Q.   Okay.  Are you familiar with the term
8  "stress shielding" as used with mesh in the body?
9      A.   No, I'm not.
10     Q.   Okay.  Are you familiar with the concept of
11  when mesh is placed -- or any structure is placed
12  against human tissue, if that stress -- I'm sorry --
13  if that mesh or structure has stronger strength than
14  the human tissue, the human tissue will be shielded
15  from forces and atrophy?
16     A.   I have not known -- I have not seen that.
17     Q.   Let me bring you back perhaps to medical
18  school and your first year of internship.  A great
19  example of what I was reading and I came up with is
20  cast atrophy.
21     A.   I see.
22     Q.   If we put a cast on a child's arm because he
23  breaks his arm playing football, or she, when you take
24  the cast off, you look at the two arms, and one is

Marshall Shoemaker, M.D.

Page 118

1 skinnier than the other.
2    A.   Right.
3    Q.   And that's because the muscle and the bone
4 has actually atrophied because the cast has shielded
5 that tissue from stress.
6    A.   I see.  I understand the concept.  The
7 difference with vaginal mesh, in my opinion,
8 especially with the larger pores, is that tissue gets
9 incorporated into the mesh and becomes -- you cannot
10 feel the mesh inside.  You cannot feel -- there's
11 not -- the vagina feels normal.  You can't tell if the
12 mesh is in there.  But it strengthens -- the prolapse
13 is gone.
14    Q.   Okay.  Now, when you were first introduced
15 to Gynemesh PS, did you ask or were you given clinical
16 trials that were conducted with controls to look at
17 the success rate of Gynemesh PS versus any other mesh
18 or native tissue?
19    A.   I was given some information that showed
20 that mesh was superior to what I was using at the
21 time, which was the porcine Pelvicol.  The problem was
22 I started putting it in incorrectly.  In those days
23 what would happen is we would dissect the posterior --
24 or anterior vagina off and we would reapproximate it

Page 119

1 in the pelvic fascia.  And then we'd lay porcine graft
2 on top of it and then cover it up.  We were not
3 getting full thickness vagina.
4       So when I started using Gynemesh, I did the
5 same thing.  I just put in Gynemesh and I had
6 exposures.  So after the first couple and I had
7 exposures, I talked to the Ethicon folks, and I said:
8 This is not acceptable.
9       So that's when I was flown to -- I went to
10 Dr. Lucente in Allentown and learned you had to have
11 full thickness and use dissection in the appropriate
12 way to place the mesh.  And after that it was all it
13 took.  And then I didn't have any exposures or minimal
14 exposures and it was much better.
15    Q.   I think that's a great example of one of my
16 favorite sayings that I used when I was a residency
17 director for three years, and I would turn to the
18 residents in teaching and explain to them or say to
19 them:  Experience is that thing you get right after
20 you needed it.
21    A.   Right, right; that's correct.
22    Q.   Okay.  So when you were given the Gynemesh
23 PS and then you talked with the representatives of
24 Ethicon and you met with Dr. Lucente, et al., did you

Page 120

1 also review the instructions for usage?
2    A.   Yes.
3    Q.   And what is that?
4    A.   The IFU?
5    Q.   Yes.
6    A.   Just the information they give on how to use
7 the mesh, how to place the mesh.
8    Q.   And you actually write in your report that
9 it's your opinion that the IFU was more than adequate
10 and helped surgeons use the devices safely; does that
11 sound familiar?
12    A.   Yes.  And I was talking more about the
13 Prolift, not just the Gynemesh.  The Gynemesh IFU, I
14 do not remember reviewing that as much.
15    Q.   Okay.  Do you know if you reviewed the
16 Gynemesh PS IFU at any time?
17    A.   I will know it if I look at it.  Seriously,
18 I don't remember.  Like I said, I was using Prolift.
19    Q.   Do you know if any of the IFUs describe mesh
20 shrinkage?
21    A.   They talk about tissue around the mesh
22 shrinking, healing, in the process of healing.  But
23 not certainly mesh shrinkage.
24    Q.   Okay.  Have you seen -- have you seen --

Page 121

1 have you been shown -- are you familiar with the name
2 Axel Arnaud, A-R-N-A-U-D?
3    A.   No.  Is he a urologist in Houston?
4    Q.   He's from Ethicon.  He's with Ethicon.  Do
5 you recall at all seeing an email dated July of 2004
6 where he suggested adding, quote, unquote, "mesh
7 shrinkage as an additional adverse reaction in the
8 Prolift IFU"?
9    A.   I do not remember that.
10    Q.   Do you recall any type of follow-up email
11 from a Sean O'Bryan from Ethicon regulatory affairs
12 who states:
13       "If mesh shrinkage is a
14       real issue, we have an
15       obligation to put it in"?
16    A.   I'm not familiar with that.
17    Q.   Would you agree that if a company selling a
18 mesh device recognizes that they have an adverse
19 event, which is mesh shrinkage, whatever is causing
20 the mesh --
21    A.   Correct.
22    Q.   Because we'll talk about it in a moment.
23 But if left alone, mesh is just an inert object.  It's
24 not going to shrink in the rain; correct?

Marshall Shoemaker, M.D.

Page 122

1    A.   Right, exactly.

2    Q.   But if scar tissue contracts and decreases

3   the length, the width -- the length and thus the area,

4   the mesh has shrunk; correct?

5        MR. WALKER:  Object to the form.

6    A.   Well, I will say if that were an issue, in

7   my personal observation, then it would have been a big

8   problem, I think.  But I did not -- I did not have

9   that experience that the mesh -- I mean we knew that

10  the skin would retract around it, but we did not know

11  anything about mesh retracting.

12  BY MR. RESTAINO:

13   Q.   No one from Ethicon discussed with you

14  that --

15   A.   You know, I went to the launch meetings for

16  Prolift and I went to lots of meetings with Prolift

17  and we talked about lots of things.  But I never

18  remember thinking that was a problem, and they never

19  brought it up as a problem that I know of, that I

20  remember.

21   Q.   And if you weren't seeing it in your own

22  hands, in your own women, then would you agree you

23  would have no basis for thinking it was a problem?

24   A.   Yeah.  I never thought it was a problem from

Page 123

1   my experience.

2    Q.   And so no one at Ethicon told you we're

3   having an issue, we're getting multiple reports of

4   mesh shrinkage, we're thinking about adding it to the

5   IFU; what do you think?

6        MR. WALKER:  Object to the form.

7    A.   They did not ask me that.  And no one came

8   to me and said:  Are you having problems with this?  I

9   could not say I had.

10  BY MR. RESTAINO:

11   Q.   And have you been shown anything from anyone

12  at Ethicon regulatory affairs saying that if the new

13  adverse reaction is added to the Prolift IFU, we will

14  have to add it to the Gynemesh PS IFU also?

15       MR. WALKER:  Object to the form.

16   A.   No.

17       MR. RESTAINO:  Okay.  Let's take a break.

18       (A RECESS WAS TAKEN FROM 11:28 A.M. TO

19   11:34 A.M.)

20  BY MR. RESTAINO:

21   Q.   Now, page 8 of your expert report at the top

22  you write:

23       "Native tissue repairs

24       present a potential risk of

Page 124

1       bleeding, organ damage (e.g.,

2       bladder, bowel, urethra,

3       ureters), nerve damage,

4       urinary frequency, dysuria,

5       incontinence, urinary

6       retention, urgency, acute

7       pain, chronic pain, scarring,

8       acute and/or chronic pain

9       with intercourse, infection,

10      neuromuscular problems, wound

11      complications, fistula

12      formation, recurrent

13      prolapse, prolapse in an

14      unrelated compartment,

15      contraction or shrinkage of

16      tissues, and a foreign body

17      response."

18       Did I read that correctly?

19   A.   That was a long sentence.

20   Q.   Now, every one of these also occurs -- can

21  occur with mesh procedures; correct?

22   A.   Any type of vaginal surgery for repair of

23  prolapse.  All these are related.  All of these are

24  possibilities.  Let's put it that way.

Page 125

1    Q.   So you're not telling the court here that

2   these complications are unique to native tissue repair

3   and that their incidences are greatly reduced by using

4   mesh?

5        MR. WALKER:  Object to the form.

6    A.   Say that again.

7   BY MR. RESTAINO:

8    Q.   That was a lousy question.  So when you

9   state here that native tissue repairs present, you're

10  not trying to tell the court look at all these

11  complications that are associated with native tissue

12  repair; they don't exist with mesh surgery?

13   A.   That's correct.  I'm not saying that.

14   Q.   Okay.  And not only can any of these occur

15  with mesh, but mesh adds the component of the

16  potential for mesh extrusion?

17   A.   Exposure.

18   Q.   Exposure?

19   A.   Don't forget my word.  Yes, mesh exposure.

20  That's exactly right.  The point is this vaginal

21  surgery has its own inherent risks.  And those risks

22  are the same.  And when mesh is added, there is a

23  potential for mesh exposure that native tissue doesn't

24  have.  Suture exposure possibly if you use permanent

Marshall Shoemaker, M.D.

Page 126

1  sutures but not mesh exposure.
2      Q.   With today's use of cadaveric -- I'm sorry.
3  Is it cadaveric fascia?
4      A.   Yes.
5      Q.   -- do all these potential complications
6  exist?
7      A.   They exist but no exposure.  I have not had
8  an exposure yet from cadaveric fascia.
9      Q.   Now, on page 24, paragraph O --
10     A.   24 of my report?
11     Q.   Of your report, yes.  I'm sorry.
12     A.   Okay.  O?
13     Q.   O.
14         "Mesh exposure is the only
15          unique complication with
16          Gynemesh PS and Prolift ..."
17         Do you see where I'm reading from?
18     A.   No.  I have L, M, N.  I don't have O for
19  some reason.
20         MR. WALKER:  What page of the report?
21         THE WITNESS:  He said 24.
22         MR. RESTAINO:  I thought it was on 24.  Let
23  me check.
24         THE WITNESS:  It's on 26.  Okay.  Here it

Page 127

1  is.  "Mesh exposure is the only unique complication."
2  Gotcha.
3  BY MR. RESTAINO:
4      Q.   Okay.
5          -- "complication with Gynemesh PS
6           and Prolift, although as
7           noted above, other
8           complications occur without
9           the use of mesh."
10     A.   Yes.  Reference 60.
11     Q.   And what do you mean when you use the word
12  "unique"?  You write it's unique --
13     A.   Because it's mesh compared to something
14  where you don't use mesh.  Native tissue doesn't use
15  mesh.  Mesh you use mesh.
16     Q.   Okay.  Then on page 39 -- hopefully I wrote
17  the page correctly -- of your report, you write that:
18         "Mesh shrinkage or
19          contraction is discussed in
20          the literature" --
21         Do you see that?
22     A.   Uh-huh (positive response).
23     Q.   -- "but is somewhat of a
24          misnomer.  Scar tissue does

Page 128

1          shrink or contract during the
2          healing process, and the scar
3          tissue that is incorporated
4          into the Gynecare pelvic
5          organ prolapse products is no
6          exception, but the mesh
7          itself does not contract or
8          shrink."
9      A.   Right.
10     Q.   So as we've discussed, you agree that any
11  surface reduction, if there is any, of the mesh is not
12  due to the mesh itself physically contracting but the
13  forces of the body contracting the mesh?
14     A.   The scar -- the patient's native tissue.
15     Q.   Okay.  And have you seen articles at all
16  that discuss the mesh experiencing as much as a 20 to
17  50 percent reduction in initial size?
18     A.   I have seen articles like that, but I have
19  not seen that clinically to be an issue.
20     Q.   You haven't seen it in your patients?
21     A.   In my patients; right.
22     Q.   But you're familiar with it?
23     A.   I'm familiar with it in that I've seen
24  articles.

Page 129

1      Q.   If in fact Ethicon as early as 2005 is aware
2  of a 20 to 50 percent contracture or shrinkage of
3  their mesh, in 2005 we're talking about --
4      A.   Just starting Prolift.
5      Q.   Don't you think that's something that they
6  should be making physicians aware of?
7          MR. WALKER:  Object to the form.
8      A.   Here's my idea about that.  It's still --
9  the mesh itself is not contracting, but the scarring
10  causes some retraction of the skin around it.  But the
11  mesh -- you can't feel the mesh inside the vagina.
12  It's not -- well, in my experience, it was not
13  clinically significant.  So I would say that the
14  company didn't need to report that unless they knew
15  for sure they had real data that could confirm that it
16  lost 50 percent, contracted 50 percent.  In other
17  words, is your vagina going to be half the size it is
18  because of contraction?  And that just does not
19  happen.
20  BY MR. RESTAINO:
21     Q.   Okay.  I'd like to show you an article that
22  we'll have marked as 15.  And this is by William Cobb,
23  et al.  It's titled The Argument for Lightweight
24  Polypropylene Mesh in Hernia Repair.

Marshall Shoemaker, M.D.

Page 130

1    (EXHIBIT 15 WAS MARKED
2       FOR IDENTIFICATION.)
3  BY MR. RESTAINO:
4    Q.   Does this article look familiar to you?
5    A.   It does not, but I've looked at lots of
6  them.  Oh, this is one that has Monocryl in it as
7  well.  This may be on my list.
8       MR. WALKER:  There it is right there.
9    A.   Yes.  And I note granuloma and porcine isn't
10 on this.
11 BY MR. RESTAINO:
12   Q.   So you've seen this article before?
13   A.   I recognize this article, yes.
14   Q.   And if you look at the top of the very first
15 page, you'll see that it was published in 2005.
16   A.   Yes.
17   Q.   And it's published in the journal Surgical
18 Innovation.  Is that a journal that you would
19 subscribe to?
20   A.   No.
21   Q.   Do you know any gynecologist who subscribes
22 to Surgical Innovation?
23   A.   Not that I know of.
24   Q.   Okay.  If you look on page 67, in the upper

Page 131

1  right there's a section titled Degree of Shrinkage.
2  And they write:
3       "One concern with the
4       long-term implantation of
5       mesh is the amount of
6       shrinkage or passive
7       compression the material
8       undergoes.  All available
9       meshes, regardless of their
10      composition, experience a 20
11      to 50 percent reduction in
12      their initial size.  Factors
13      of the mesh itself and the
14      surrounding issue of
15      inflammatory response
16      contribute to this
17      phenomenon."
18      Did I read that correctly?
19   A.   Yes.
20   Q.   So is it fair to say that in 2005, while you
21 as a gynecological surgeon may not be reading Surgical
22 Innovation, Ethicon as the manufacturer of mesh is on
23 notice that all meshes are undergoing a 20 to 50
24 percent reduction in initial size per the report from

Page 132

1  this article?
2       MR. WALKER:  Object to the form.
3    A.   You know, I see -- yes, that's exactly what
4  this says.  I would love to see how they came up with
5  these numbers.
6  BY MR. RESTAINO:
7    Q.   Okay.  And by numbers, you mean how they're
8  quantifying it?
9    A.   Yes.
10   Q.   Okay.  We're going to get to that.  Is it
11 fair to say, Doctor, that when you were a preceptor in
12 2005ish or so, that you weren't sharing with the
13 attendees that the mesh was undergoing this degree of
14 contracture because you weren't aware of that?
15      MR. WALKER:  Object to the form.
16   A.   I was not aware of 20 to 50 percent
17 reduction; correct.
18 BY MR. RESTAINO:
19   Q.   Okay.  We can put this one down for a
20 moment.  And perhaps, if I remember correctly, this
21 one will assist in quantifying the shrinkage.  If we
22 can mark this one.  This is 16, an article by Miguel
23 Angel Garcia-Urena, U-R-E-N-A, titled Differences in
24 Polypropylene Shrinkage Depending on Mesh Position in

Page 133

1  an Experimental Study Published 2007 in the American
2  Journal of Surgery.
3       (EXHIBIT 16 WAS MARKED
4          FOR IDENTIFICATION.)
5  BY MR. RESTAINO:
6    Q.   I did not find this report in your General
7  Reliance or Supplemental Reliance.  Do you recall
8  seeing this?
9    A.   I do not.
10   Q.   If you turn to page 540 of this study --
11   A.   This is the rabbit study; is that right?
12   Q.   It's a rabbit study.
13   A.   Yeah.  This is a rabbit study.  That's what
14 I meant.  I'm sorry.
15   Q.   I was confused for a minute if you meant
16 that 14-day study we talked about earlier.
17   A.   No.
18   Q.   If you turn to page 540, there's a table 3.
19 And then right underneath table 3 on the left there's
20 the first paragraph with the data in it.
21   A.   Correct.
22   Q.   And you see in table 3 they write:
23      "The two-dimensional
24      examination showed a

Marshall Shoemaker, M.D.

Page 134

1 significant shortening of the
2 mesh in length and width on
3 the 30th day" -- with the P
4 values there -- "the 60th
5 day" -- again with P
6 values -- "and the 90th
7 day" -- with P values. "The
8 implant areas were reduced by
9 25.92 percent" -- and then
10 there's differences for the
11 onlay or sublay positioning
12 in the hernia repair -- "on
13 the 30th day, by 28.67
14 percent ... on the 60th day,
15 and by 29.02 percent ... on
16 the 90th day."
17     And at the very, very last sentence of the
18 paper --
19     A.   Last sentence of the paper?
20     Q.   Of the paper. It's actually the last
21 paragraph.
22     A.   Yeah. "We conclude"?
23     Q.   "We conclude that
24         polypropylene meshes undergo

Page 135

1 an important degree of
2 shrinkage that occurs during
3 the scarring and remodeling
4 process. In this
5 experimental model, this
6 shrinkage has been smaller
7 when the biomaterials were
8 implanted in the sublay
9 retromuscular position than
10 when they were placed using
11 extrafascial onlay technique."
12     Now, did Ethicon ever share with you similar
13 experimental studies with mesh taken out of women?
14     A.   I did not see any meshes -- any reports like
15 this. But when we're talking about sublay and
16 overlay, you're talking about sublay is underneath
17 full thickness and one is extrafascial?
18     Q.   Yes.
19     A.   Sublay was better than the onlay.
20     Q.   In the hernia repair?
21     A.   In the hernia repair. Gotcha. That's what
22 I wanted to make sure it said.
23     Q.   So in just looking -- or glancing through
24 the study, they remove the mesh, and then they measure

Page 136

1 the width, length, and then -- with width and length,
2 of course, they can determine area. And they come up
3 with numbers that are just below the 30 percent that's
4 been referenced.
5     A.   The problem with it -- the only problem that
6 I can see with it -- and I'm not an expert. I'm not a
7 bench scientist. But getting the mesh out puts
8 pressure on it some to get it to -- to remove it. And
9 then to start measuring it, I think it may change it
10 some when you do that versus what it is in vivo. And
11 I've seen data where the slings were measured with
12 ultrasound data that showed that the sling didn't
13 change in length. The amount of length in the sling
14 was the same by ultrasound. So there was no shrinkage
15 in the mesh itself.
16     So that's the data I'm using. That's my
17 thinking about it. When you have to remove the mesh,
18 if it changes and gets distorted, that's a different
19 problem. It changes it up some.
20     Q.   Now, I have some questions about that later,
21 but we can jump to that right now. First, correct me
22 if I'm wrong. I thought you said that you've not
23 personally removed an entire mesh.
24     A.   No. But I've removed -- no. You're right,

Page 137

1 I haven't. I'm just saying I would think -- I've
2 removed some mesh. And when I see the mesh as I'm
3 dissecting it out, it's different than when I get it
4 out. Does that make sense? Because you have to pull
5 and tug to get it to come out. I will say it's
6 important when you talk about explanting mesh that the
7 pore sizes seem the same. When you get in there, it's
8 not like it's collapsed on itself, in my experience,
9 especially the ones I've removed that I put in. But
10 I've had to remove or explant meshes that other
11 doctors have put in, and I didn't see that either as
12 well. The pore sizes are the same. It's not that it
13 wasn't exposed, but it didn't look like it had been
14 distorted, is my opinion.
15     Q.   Okay. Now, if you can walk us through the
16 excision of the mesh. I was visualizing it that when
17 you're grabbing the tissue, you're grabbing it with
18 forceps perhaps?
19     A.   Yeah. Usually it's pretty -- you know, it's
20 incorporated in the tissue. So you're dissecting it
21 out. So you're putting tension on one side and
22 pulling on the other side.
23     Q.   So with a 10 blade or whatever you're
24 cutting with?

Marshall Shoemaker, M.D.

Page 138

1    A.   Right.  And then you're cutting, and then
2  you maybe have to use a Kelly Metzenbaum, you have to
3  use a Kelly clamp to pull to get it to separate as you
4  dissect it out.
5    Q.   Now, in deposing some of the experts for
6  Ethicon over the last couple of years, I've heard that
7  several times:  Well, we don't know if the forces from
8  excision has actually led to deformation of the mesh
9  versus the shrinkage itself.
10   A.   Correct.  I understand.
11   Q.   Now, the question that I have in that regard
12 in talking with experts on our side, have you ever
13 been able or have you read of anyone who's actually
14 quantified what the force is in excising mesh
15 comparing it to the force on that mesh from going
16 upstairs, from having sex, from riding a bicycle?
17   A.   I have not seen that.  But I just know that
18 the mesh, taking it out, is a lot more than -- excuse
19 me.  The force on the mesh taking it out is a lot more
20 than when you put it in.  Putting it in is very -- it
21 does not take much energy to put it in.  Does that
22 make sense?
23   Q.   Yes, yes.
24   A.   Especially with a cannulus and all that kind

Page 139

1  of thing.  When you use cannulus to put it in, you can
2  lay it up there very easily.  You don't have to push
3  and tug at all on the mesh.  And that's the goal,
4  that's the idea.  But when you remove it, you've got
5  to put a lot more force getting it out.  That's all
6  I'm saying.
7    Q.   Okay.  Trying to put a period then on this
8  topic, though, do you have any objective data that
9  shows that the forces associated with careful
10 dissection and excision exceed the forces on the mesh
11 that exist in vivo in the woman as she's living her
12 life?
13   A.   I don't have any data to support that.  But
14 I would think, just in my -- I'm going to make a
15 conjecture that the forces in life are less than what
16 we have to do to pull it.  Because I have experience
17 taking it out, and it's a procedure.
18        MR. RESTAINO:  Okay.  Is this a good time to
19 break for lunch?
20        MR. WALKER:  Sure.
21        (A LUNCH RECESS WAS TAKEN FROM 11:54 A.M.
22        TO 12:49 P.M.)
23 BY MR. RESTAINO:
24   Q.   Okay.  I want to now mark next -- when we

Page 140

1  left off, we were talking about mesh contraction --
2    A.   Correct.
3    Q.   -- and what was known in '05 and what was
4  shared with you as a preceptor that you could share.
5        And I'd like to have this one marked as 17.
6        (EXHIBIT 17 WAS MARKED
7         FOR IDENTIFICATION.)
8  BY MR. RESTAINO:
9    Q.   And this article, Dr. Shoemaker, is from
10 2010, Vaginal Mesh Contraction, Definition, Clinical
11 Presentation, and Management by Feiner and Maher.  Do
12 you recall seeing this article?
13   A.   I don't know.  I don't think -- is it on my
14 list?  I don't think it's on my list.  I know Maher,
15 but that's part of the Cochrane review.
16   Q.   Yeah.  I'm not finding it, and I didn't find
17 it in your General Reliance document.  And yes, I
18 noticed also that Christopher Maher is the lead author
19 of the two Cochrane studies.
20   A.   Right, right.  Okay.
21   Q.   One part about this for me -- you might
22 disagree.  If you'll look under methods of the
23 abstract, the first page:
24        "This is a case series of

Page 141

1        women who underwent surgical
2        intervention ..."
3        Stopping there only because the prior
4  article where we left off talked about, as you pointed
5  out, a rabbit study.
6    A.   Right.
7    Q.   And just wanting to obviate you turning to
8  me and saying, John, you're limiting this to rabbits,
9  I want to bring a human study into it also.
10   A.   Okay.
11   Q.   So if you would look at page 326 of this
12 article by Feiner and Maher --
13   A.   Let me say real quick this is 17 -- wait a
14 minute; is that correct?  17?
15   Q.   I believe so, yes.  So I'll go on and say,
16 one, this is a case series.  So there isn't a control
17 group.  They're looking at tissue.  And it is limited
18 to 17 women.
19   A.   Correct.
20   Q.   Okay.  With that in mind, if you'll look at
21 the first full paragraph of the left column on page
22 326, it starts:
23        "While in vivo shrinkage of
24        polypropylene mesh up to 50

Marshall Shoemaker, M.D.

Page 142

1 percent of its original size
2 has been previously
3 demonstrated both in animal
4 models and in women, the
5 clinical implication of this
6 bioclinical characteristic
7 remains undefined."
8 And the shrinkage of 50 percent original
9 size, you don't discuss that in your expert report;
10 correct?
11 MR. WALKER: Object to the form.
12 A. Right.
13 BY MR. RESTAINO:
14 Q. And I think before we left off, I either
15 thought of asking you or I did ask you that when you
16 were talking to the preceptors for the Ethicon-based
17 programs, you weren't given information regarding the
18 shrinkage rates that Ethicon was aware of at the time,
19 were you?
20 MR. WALKER: Object to the form.
21 A. I'm not sure what they were aware of, but I
22 was not told.
23 BY MR. RESTAINO:
24 Q. Okay. Now, if you look at the conclusion of

Page 143

1 the abstract of this study by Feiner and Maher, they
2 conclude that:
3 "Vaginal mesh contraction
4 is a serious complication
5 after prolapse repair with
6 armed polypropylene mesh that
7 is associated with
8 substantial morbidity,
9 frequently requiring surgical
10 intervention. Research and
11 development is urgently
12 needed for new graft
13 materials with diminished
14 shrink properties."
15 Did I read that correctly?
16 A. Yes.
17 Q. Now, was the issue with shrinkage that you
18 experienced to whatever degree in your own patients --
19 did that play any role in your going on to using
20 cadaveric grafting today?
21 A. No, not shrinkage.
22 Q. Does cadaveric fascia shrink also?
23 A. I'm not aware of any and I've not seen any
24 studies that say it does.

Page 144

1 Q. I haven't seen cadaveric fascia other than
2 that which we dissected in gross anatomy. It doesn't
3 have pores like mesh; correct?
4 A. It does not have pores.
5 Q. So now I'm just thinking out loud here. If
6 the mesh contracture is being caused by in-growth into
7 pores of tissue that then scars and contracts it, you
8 wouldn't expect that to happen with cadaveric fascia,
9 would you?
10 A. It's hard to say. It's hard to say how
11 exactly it works and what the reaction is in the scar
12 to the cadaver fascia. I have not seen it contract
13 and make the vagina smaller like I haven't with my
14 meshes as well.
15 Q. Sure. Okay. Based upon your review of the
16 literature and not the excellent results that you have
17 with your patients, do you have any objective basis to
18 disagree with Dr. Feiner and Maher when they say that:
19 "Vaginal mesh contraction
20 is a serious complication
21 after prolapse repair with
22 armed polypropylene mesh that
23 is associated with
24 substantial morbidity ..."

Page 145

1 A. I object -- I agree with the fact that in
2 these 17 patients that they studied, that was what
3 they found. I have not seen that, and I have lots of
4 literature that says we don't feel like that's the
5 case. But that's how I approached it.
6 Q. I want to take a look now at the Ellington
7 study.
8 (A DISCUSSION WAS HELD OFF THE RECORD.)
9 (EXHIBIT 18 WAS MARKED
10 FOR IDENTIFICATION.)
11 A. I may have this one. Is this on my list? I
12 don't remember Ellington, but I know Holly Richter.
13 She's in Birmingham.
14 BY MR. RESTAINO:
15 Q. It's not coming up on the General Reliance
16 List.
17 A. I want to say I've seen this somewhere, but
18 I don't remember exactly where.
19 Q. This is published in Obstetrics & Gynecology
20 International; correct?
21 A. Right.
22 Q. And this is 2013. As you can see in the
23 title, it's The Role of Vaginal Mesh Procedures In
24 Pelvic Organ Prolapse Surgery in View of Complication

Marshall Shoemaker, M.D.

Page 146

1  Risk.
2      A.   Correct.
3      Q.   If you look at page 3, they have a paragraph
4  2.3.  And there they have --
5      A.   Mesh Contracture.
6      Q.   -- Mesh Contracture.  And they write in the
7  first sentence:
8           "Another unique
9           complication that is often
10          associated with pelvic pain
11          and perhaps a more morbid
12          sequelae is mesh contraction
13          ... or reduction in the size
14          of the vaginal mesh implant
15          that may lead to mesh
16          prominences or strictures
17          within the vagina."
18          And they reference 22.
19          Did I read that correctly?
20     A.   Correct.
21     Q.   And for the judge and/or jury, what is meant
22  as a physician "morbid sequelae"?
23     A.   Well, it looks like they're referencing the
24  study we just talked about with 17 women for mesh

Page 147

1  contraction.  It may not be, but it looks like that's
2  where they're getting that data.  But morbid sequelae
3  would be something on there -- the patient exam and
4  their complaint that was causing enough discomfort
5  that they felt like they had to take her back to
6  surgery.
7      Q.   Okay.  And in fact, you are correct.  Their
8  reference is for the --
9      A.   17 patients.
10     Q.   For Feiner and Maher.
11     A.   Ellington and Maher.
12     Q.   No.  Feiner and Maher.  The one we just
13  marked previously.
14     A.   Oh, Feiner and Maher.  Sorry.  Sorry.
15  You're right.
16     Q.   While you have been -- while you and your
17  patients, especially your patients, have been
18  fortunate in your rate that you've seen of
19  contracture, would you agree as a gynecologist that
20  vaginal mesh contraction can be a serious complication
21  that can be associated with severe vaginal pain?
22     A.   If in fact the vagina has shortened or
23  shrunk, which I have not seen personally, that could
24  be a complication.

Page 148

1      Q.   And is the shortening of the vagina as a
2  result of mesh contracture from whatever cause -- can
3  it be associated with dyspareunia?
4      A.   I suppose it could.  There are lots of
5  reasons for dyspareunia.  You could have a short
6  vagina and that may cause discomfort.
7      Q.   Okay.  And can there be focal tenderness
8  over the contracted portions of the mesh?
9      A.   I'd have to do an exam to see.  I don't know
10  that.
11     Q.   Looking at the Ellington study, the
12  contracture with mesh is also a unique complication
13  that you wouldn't see with native tissue; would you
14  agree?
15     A.   Well, you can get skin retraction and
16  scarring without mesh.  But if mesh was placed and you
17  had that -- if the mesh was in place, then that could
18  be associated with -- not with the mesh but it could
19  be that the mesh is there.
20     Q.   Okay.  Because looking at the Ellington
21  study, again that paragraph 2.3, Mesh Contracture,
22  they start off by saying "another unique
23  complication."  And so do you read that as being a
24  unique complication to mesh?

Page 149

1      A.   Not necessarily.  You could actually have
2  that same complication without mesh there from a
3  scarring of the vagina.
4      Q.   Okay.  I think we're done with both of those
5  studies.
6          MR. RESTAINO:  Would you go ahead and mark
7  this as next in line.
8          (EXHIBIT 19 WAS MARKED
9           FOR IDENTIFICATION.)
10  BY MR. RESTAINO:
11     Q.   Doctor, I'm handing to you an article by
12  lead author K-A-S-Y-A-N titled Mesh-Related and
13  Intraoperative Complications of Pelvic Organ Prolapse
14  Repair.  Do you recall this study?
15     A.   I do not recognize this Russian study.
16     Q.   It is in your reliance list on page 21.
17     A.   Let me look at it.  Let me see where.
18         MR. WALKER:  No, no, no.  This is your tab
19  for what you cited in your report.  Your reliance list
20  is going to have --
21         THE WITNESS:  Gotcha.  All right.
22     A.   So it is cited in there?
23  BY MR. RESTAINO:
24     Q.   Yes, it is cited in there.

Marshall Shoemaker, M.D.

Page 150

1    A.   I don't remember.  If I look in here, I may
2  be able to tell.
3    Q.   If you look on the first page under
4  Introduction, about the ninth line down, sixth one up
5  from the bottom of the first paragraph, there's a
6  sentence that starts:  "The most frequent
7  complications" -- do you see that, sir?
8    A.   Yes.
9    Q.    -- "include vaginal mucosa
10       erosion, mesh shrinkage,
11       infections, pain, urinary
12       tract disorders, and a
13       recurrence of prolapse."
14      Did I read that correctly?
15    A.   Yes, you did.
16    Q.   So these authors are describing mesh
17  shrinkage as one of the most frequent complications
18  associated with mesh usage for POP; correct?
19    A.   That's what this sentence states, yes.
20    Q.   Do you disagree based upon your review of
21  the literature that it's one of the most common
22  complications?
23    A.   I have not seen that as one of the most
24  common.  In fact, it looks like it says here .3

Page 151

1  percent or it's 1 percent.  I'm trying to read what it
2  says.  It's a low number, it looks like.  Out of 677
3  patients, it looks like it's a low number.
4    Q.   Okay.  If you'll turn to the fourth page,
5  page 299.  And they have a paragraph there titled Mesh
6  Shrinkage.
7    A.   Uh-huh (positive response).
8    Q.   And they write that:
9       "Shrinkage of synthetic mesh
10       after implantation is one of
11       the most serious
12       complications.  It was
13       registered in five cases in
14       our study and was
15       characterized by severe
16       vaginal pain, dyspareunia,
17       vaginal shortening, urethral
18       obstruction, and prolapse
19       recurrence.  Surgical
20       intervention is often
21       required to alleviate
22       symptoms."
23      Did I read that correctly?
24    A.   Yes, you did.

Page 152

1    Q.   Now, this paper is in your reliance list.
2  But that information and the description of mesh
3  shrinkage as being one of the most serious
4  complications is nowhere in your expert report, is it?
5    A.   Correct, correct.  Because --
6      MR. WALKER:  You can explain it if you want.
7    A.   Let me explain that.  It's talking about
8  five cases in this situation.  And I'm not sure how
9  you get urethral obstruction with a mesh case that was
10  put in correctly.  And also it talks about the
11  fixation arms.  I'm not sure how this was placed that
12  it would cause this kind of situation.  Maybe if it
13  was not placed tension free, maybe that caused some of
14  the -- when it scarred, it made the contraction
15  worse -- the scarring of the vagina worse and caused
16  the pain.  Because I don't know how you get a urethral
17  obstruction from a vaginal mesh.  I just don't see how
18  that could happen, unless they put it in the urethra
19  incorrectly.  There's no way it could affect the
20  urethra, in my opinion.  In fact, the mesh shouldn't
21  be placed that far.  It should stop at the
22  urethrovesical junction, so there shouldn't be any
23  mesh near the urethra, unless it was from a sling.
24  But it doesn't mention that.

Page 153

1  BY MR. RESTAINO:
2    Q.   Okay.  Now, the Gynemesh PS mesh that you
3  started using in 2004, 2005 --
4    A.   Probably earlier than that.  Because I was
5  using it, and I had probably been to Allentown a
6  couple of times before.  And in fact, the first time I
7  went to Allentown must have been around 2002.  And
8  then I went the end of '03 or the beginning of '04
9  because he was doing Gynemesh and trying to work with
10  like doing early Prolift that they were learning from
11  France.  And then December of '04 is when they had the
12  first Prolift cadaver lab, and I was present at that
13  one.
14    Q.   Okay.  But you had already been using it for
15  some time?
16    A.   I had already been using Gynemesh for some
17  time.
18    Q.   Do you have an opinion today as to whether
19  the actual mesh itself within Gynemesh PS is a stiffer
20  mesh than some of the later meshes; for example,
21  Prolift+M?
22    A.   I think it's a mid-weight mesh, mid-weight
23  to light-weight.  It's hard to tell the difference
24  when you deal with it.

Marshall Shoemaker, M.D.

Page 154

1    Q.   Okay.  Would you describe it as high
2 stiffness?
3    A.   No.
4    Q.   I want to show you an article by Feola,
5 F-E-O-L-A.
6    A.   Are we through with this one?
7    Q.   Yes.
8      (EXHIBIT 20 WAS MARKED
9        FOR IDENTIFICATION.)
10 BY MR. RESTAINO:
11   Q.   Do you recognize that paper?
12   A.   No.
13     THE WITNESS:  Is it in my list, Jordan?
14 BY MR. RESTAINO:
15   Q.   Yes, it is.  It's on page 14.
16   A.   Yes.  Let's see.  (Reading.)
17   Q.   If you look at the abstract, the objective
18 of it is:
19      "To define the impact of
20      prolapse mesh on the
21      biomechanical properties of
22      the vagina by comparing the
23      prototype Gynemesh PS
24      (Ethicon) to two

Page 155

1      new-generation lower
2      stiffness meshes, SmartMesh
3      (Coloplast) and Ultrapro
4      (Ethicon)."
5    A.   And Ultrapro is Prolift+M; is that correct?
6 Ultrapro?
7    Q.   Now, if you'll look under results, it says:
8      "Vaginal contractility
9      decreased by 80 percent
10      following implantation with
11      the Gynemesh PS (P equals
12      0.001), 48 percent after
13      SmartMesh" -- again P
14      value -- "and 68 percent
15      after Ultrapro Parallel" --
16      P value -- "and was highly
17      variable after Ultrapro
18      Perpendicular" -- with a P
19      value.
20      Leading to conclusions being:
21      "Deterioration of the
22      mechanical properties of the
23      vagina was highest following
24      implantation with the

Page 156

1      stiffest mesh, Gynemesh PS.
2      Such a decrease associated
3      with implantation of a device
4      of increased stiffness is
5      consistent with findings from
6      other systems employing
7      prosthesis for support."
8      Did I read that correctly?
9    A.   You read it correctly.
10   Q.   Are you seeing the same type of problems now
11 in the vagina with the use of the cadaveric fascia
12 with the effect on the contractility of the vagina?
13   A.   Well, let me ask:  How do they come up with
14 vaginal contractility?  That's what I was trying to
15 see from this method.
16   Q.   Okay.  Let's take a look at the study
17 itself.
18   A.   I was trying to figure out how they
19 determined contractility, if that makes sense.
20   Q.   Yes.  And if you look under --
21   A.   It looks like it's an animal study; is that
22 correct?  Nonhuman primate model?
23   Q.   Yes.
24   A.   Rhesus monkeys.  That's why I'm not sure

Page 157

1 about how they determined the contractility.  That
2 would be a hard thing for me to assess.  I sure
3 haven't seen that in my experience.
4    Q.   Okay.  If you look under -- on the page 226,
5 as we had discussed earlier in the deposition about
6 active properties and passive, you can see they
7 describe here their methodology for determining the
8 contractility.
9    A.   Show me where does it -- I see these mesh --
10 they have two straps for anchored with sacral
11 promontory versus tension free.  So that may make a
12 difference with it.  I'm just not sure how we can
13 apply it.  I can't see how we can apply that
14 necessarily to humans in the surgery -- in the
15 experience that I have.
16   Q.   Okay.
17   A.   I'm not saying it didn't happen in this, but
18 I can't see how it applies to me, to my patients.
19   Q.   If you look at page 230, the last paragraph
20 on the left, they write -- I'm looking at -- it's
21 about the middle of the paragraph, lower left
22 paragraph, almost the middle on the right-hand side.
23 The sentence starts off with:  "The evidence."
24   A.   On the right side?

Marshall Shoemaker, M.D.

Page 158

1  Q.   It's the left column.
2  A.   Left column. Okay. "The evidence within
3  this article," yes.
4  Q.       "The evidence within this
5       article illustrates that all
6       meshes used in this study had
7       a significant negative impact
8       on the biomechanical
9       properties of the underlying
10      and incorporated vagina, but
11      the degree of negative impact
12      correlated with the weight
13      and stiffness of the
14      implanted mesh. Indeed, the
15      prototype mesh, Gynemesh PS,
16      the stiffest, heaviest mesh
17      implanted in this study, had
18      the greatest negative impact
19      on both vaginal contractile
20      (active) and passive
21      biomechanical properties
22      following implantation."
23          Now, understanding that this study is done
24  in a nonhuman primate, do you have any evidence to

Page 159

1  suggest that their findings comparing the meshes is
2  inaccurate?
3  A.   No. I think the findings regarding the
4  meshes in this study and these animals is accurate. I
5  just don't know how we can extrapolate it to humans.
6  Q.   Okay. Can you, without actually even
7  extrapolating to humans, from this can you extrapolate
8  that Gynemesh PS was the heaviest, stiffest of the
9  three meshes?
10         MR. WALKER: Object to the form.
11  A.   It is heavier. I'm not sure it's
12  necessarily the stiffest. But it is heavier than the
13  light meshes, yes, lighter-weight meshes.
14  BY MR. RESTAINO:
15  Q.   Now, when you mentioned that you were
16  invited to the cadaver lab launch of Prolift, who
17  invited you?
18  A.   Ethicon. I'm not sure exactly who -- how I
19  got chosen.
20  Q.   During the time did you teach anatomy and
21  physiology of the vagina?
22  A.   No. I was actually a participant. I was
23  not one of the -- I was at the launch cadaver lab, but
24  I was one of the ones being trained.

Page 160

1  Q.   Forgive me. Later when you became a
2  preceptor.
3  A.   Yes.
4  Q.   Then did you go around --
5  A.   And did you teach labs, yes.
6  Q.   And did you teach the younger --
7  A.   Showed them how to place them, yes.
8  Q.   Not necessarily younger but the less
9  experienced surgeons anatomy?
10  A.   Yes, I did.
11  Q.   And then how to implant it?
12  A.   Yes.
13  Q.   The indications for using Gynemesh PS?
14  A.   Yes.
15  Q.   Did you discuss at the time
16  contraindications?
17  A.   I'm sure I did.
18  Q.   Warnings and adverse events that were known
19  to you?
20  A.   Yes.
21  Q.   Do you know or do you recall if the IFU for
22  Gynemesh PS was handed out at the time?
23  A.   I'm sure it was.
24  Q.   And at that time did you know or did anyone

Page 161

1  share with you that the predicate device for Gynemesh
2  PS was Boston Scientifics' ProteGen, P-R-O-T-E-G-E-N?
3  A.   I'm not familiar with that. I mean I've
4  heard of ProteGen, but I'm not sure -- I don't know if
5  it was the predicate or not.
6  Q.   Do you know that three years after it was
7  marketed, ProteGen was removed from the market because
8  of safety concerns?
9          MR. WALKER: Object to the form.
10  A.   No.
11  BY MR. RESTAINO:
12  Q.   Now, is it fair to say that the transvaginal
13  mesh studies using -- you write:
14          "Transvaginal mesh studies
15          using Gynemesh PS began in
16          2004 and reported data at six
17          months."
18  I'm reading from page 11 of your expert
19  report.
20  A.   Okay. Page 11?
21  Q.   Yes. I think it's the last sentence of 11:
22          "Transvaginal mesh studies
23          using Gynemesh PS" --
24  A.   Let me see here. Okay. I gotcha. Okay.

Marshall Shoemaker, M.D.

Page 162

1    "Transvaginal mesh studies
2    using Gynemesh PS began in
3    2004 and reported data at six
4    months. A later study
5    presented data at one, three
6    and five years."
7       Yes.
8    Q. Now, where was this data reported?
9    A. It looks like in the International
10 Urogynecology Journal, Jacquetin. It's from the
11 French. It's the Fritz study. They did original TVM.
12   Q. Was that an abstract?
13   A. No, no. What do you mean? It was a study.
14   Q. It is a study?
15   A. Yes.
16   Q. Oh, I'm sorry. I see. You're talking
17 Jacquetin, and you quote as saying:
18       "A later study presented data
19       at one, three and five
20       years."
21   A. Right, yes.
22   Q. You first wrote:
23       "Transvaginal mesh studies
24       using Gynemesh PS began in

Page 163

1       2004 and reported data at six
2       months."
3       And I was struggling with that.
4    A. I see what you're saying. Yeah, I think
5 probably -- I'm not sure where this -- I think the
6 original Gynemesh, when he started talking about this,
7 it was originally a six-month data. And then later it
8 was presented at one, three and five years. And I
9 think it's all Jacquetin. I think it's all original
10 French studies.
11   Q. As you sit here today -- and this isn't a
12 memory test -- but do you recall where the six-month
13 data was presented?
14   A. No. But I have it somewhere. No, I don't
15 remember.
16   Q. Okay. Now, prior to the publication of the
17 Jacquetin study, which we're going to get to next, in
18 2013, would you agree, based upon your review of
19 PubMed and what you've been given, there wasn't any
20 published data on the safety and efficacy of
21 Gynemesh PS?
22   A. After when now, you said?
23   Q. Between 2004 and when Jacquetin published
24 his study.

Page 164

1    A. Yeah. Because -- well, most of the data
2 after that was on Prolift. Because now we were using
3 the mesh kits for the repair, not just plain Gynemesh.
4 I wasn't. I was using Prolift after that.
5    Q. Okay.
6       MR. WALKER: Counsel, I'm sorry to
7 interrupt. I'm just confused.
8       MR. RESTAINO: Sure.
9       MR. WALKER: Are you suggesting that there
10 were no studies reflecting data on Gynemesh PS?
11      MR. RESTAINO: Not that there weren't any
12 studies published, but the six-month data --
13      MR. WALKER: You're just asking about the
14 six-month reference?
15      MR. RESTAINO: If that's published -- if
16 that isn't published somewhere, then what data was
17 being shared with the people that were going through
18 training?
19   A. I understand. I'd have to research that.
20   Q. Okay. So let's look at Jacquetin, which was
21 published in 2013.
22   A. I think I have that here.
23      MR. WALKER: This is Exhibit what?
24      THE REPORTER: 21.

Page 165

1    (EXHIBIT 21 WAS MARKED
2       FOR IDENTIFICATION.)
3 BY MR. RESTAINO:
4    Q. So if you look here on the abstract right
5 column, do you see there they have a 16 percent mesh
6 exposure rate for which eight resections were needed
7 to be performed? Do you see that?
8    A. Yes.
9    Q. Now, this is the first time that -- strike
10 that.
11      This is the first article I've been able to
12 find preparing for your deposition where mesh exposure
13 rates associated with Gynemesh PS was published. Do
14 you have any other data?
15   A. I may have some other data. Because I know
16 that 16 percent is a high number for mesh exposure.
17 And when I was teaching it, we were not using 16
18 percent. And I'm not sure where that data is, but I
19 have it somewhere.
20   Q. Okay. Would you agree that prior to this
21 time, the IFU didn't contain this information?
22   A. The IFU did not. Well, I shouldn't say
23 that. I'd have to look to make sure. I don't know
24 that.

Marshall Shoemaker, M.D.

Page 166

1  Q.  Okay.  I haven't seen any --
2  A.  I have not seen it.  If I saw an IFU, I
3 don't know for sure.  I'd need to look at it.
4  Q.  In fact, one of the things that I was struck
5 by when I first started looking at the IFU is -- as a
6 physician and surgeon, you prescribe medications?
7  A.  Yes.
8  Q.  Now, if there's a new medication, a new
9 antibiotic or something new that comes out, do you
10 read the product insert associated with it?
11  A.  Usually.
12  Q.  Indications, contraindications?
13  A.  Sure.  Black box warnings, something like
14 that.
15  Q.  Yes.  Now, as a physician, if a new drug
16 came out for the treatment of a rather benign
17 gynecological condition and the drug under adverse
18 events indicated ovarian cancer, wouldn't you want to
19 know the incidence of ovarian cancer that they saw in
20 their clinical trials with that drug?
21  MR. WALKER:  Object to the form.
22  A.  Sure.  I understand what you're saying, yes,
23 sir.
24 BY MR. RESTAINO:

Page 167

1  Q.  Because as a physician, it could be one in a
2 billion.
3  A.  Right.
4  Q.  Or it could be one in one hundred.
5  A.  Right.
6  Q.  Now, when we went through all of the various
7 complications associated with mesh, including erosion,
8 infection, dysuria, dyspareunia, the incident rate of
9 all of them is absent in the IFU, is it not?
10  A.  I'd have to look.  But if it's not there,
11 it's not there.
12  Q.  Isn't that important to you as a physician,
13 knowing what's the incidence of an adverse event that
14 the manufacturer knows of before I use this on my
15 patient?
16  A.  We knew those -- I think we knew that
17 information.  It just wasn't necessarily in the IFU.
18 It could have been told to us.  I know in the
19 presentations that I gave, percentages were in there.
20 Because I know -- I know we didn't have a 16 percent
21 exposure rate when we gave our talks.  And we had data
22 to support that.  And I have it -- it must be --
23  THE WITNESS:  Jordan, what it could be --
24  MR. WALKER:  Are you talking about this?

Page 168

1 (Indicating.)
2  THE WITNESS:  Yeah.  The monograph.
3  A.  And I've not looked at it again, the slide
4 deck.  The PowerPoint that we gave, it would have that
5 information.  But it was an Ethicon-produced thing.
6 We weren't -- I wasn't going and looking for other
7 data to support it or not to support it.
8 BY MR. RESTAINO:
9  Q.  Do you know where Ethicon was getting that
10 data from -- let me strike that and give you a little
11 bit of -- inasmuch as Gynemesh PS received 510(k)
12 approval from the FDA based upon ProteGen, therefore
13 it didn't have to go through phase 1, phase 2, phase 3
14 studies, it was just marketed, where did Ethicon get
15 the data from?
16  A.  I can't speak for Ethicon about the data.  I
17 can research that.  And I felt like -- I mean in my
18 experience, that the data -- there was nothing that
19 would make me concerned about the adverse effects.
20  Q.  And at the same time you were relying upon
21 Ethicon to present to you accurate and true data;
22 correct?
23  MR. WALKER:  Object to the form.
24  A.  I used Ethicon but I also used my research,

Page 169

1 things that came out in my journals as well.
2 BY MR. RESTAINO:
3  Q.  Okay.  I'm sorry.  Now you added things that
4 came out in my journals.  But early on there wasn't
5 anything published on Gynemesh PS safety and efficacy;
6 correct?
7  A.  I don't know.  I'd have to see.  I know that
8 -- you know, there may be some good references in this
9 that we have over there.  I need to look at it before
10 I answer that.  (Indicating.)
11  MR. WALKER:  Yeah.  You're welcome to look
12 at it.
13  THE WITNESS:  It's not this one.  (Reading.)
14  MR. WALKER:  And counsel, I just want to
15 clarify.  The reason I interrupted you -- and I really
16 try to avoid doing this -- because I was generally
17 confused.  I'm understanding your question to be that
18 there were no studies in the literature discussing
19 Gynemesh PS.  And I --
20  MR. RESTAINO:  Prior to market approval.
21  MR. WALKER:  Of Prolift?
22  MR. RESTAINO:  Of Gynemesh PS.
23  MR. WALKER:  Prior to 2002?
24  MR. RESTAINO:  So if it went through the

Marshall Shoemaker, M.D.

Page 170

1 510(k) approval, there's no clinical trials for
2 Ethicon to publish.
3       MR. WALKER: Okay. I was understanding you
4 to be working from the premise there was no literature
5 on Gynemesh PS by the time Prolift came on the market.
6 That was my point of confusion.
7       MR. RESTAINO: Okay. If my question was
8 improperly worded, let the record denote that it was
9 based upon when Gynemesh came out, where is the safety
10 coming from.
11       MR. WALKER: That's helpful.
12       MR. RESTAINO: Just so we have as accurate a
13 record as possible.
14    A.   Here's clinical data on exposures and here
15 are these different studies. This is Prolift that we
16 were given as a prof ed and we gave to other doctors
17 that we trained. And it talks about a total exposure
18 rate of 6.2 percent and 2.6 percent here, 549 people.
19 That's only six-month data. But there's 12-month data
20 here that says 10 and 5.6.
21    Q.   And does that tell you where that data is
22 coming from?
23    A.   These are the authors of these studies.
24 (Indicating.) And these are not all Gynecare people.

Page 171

1    Q.   Okay. And does it give you the duration of
2 the studies?
3    A.   Yeah. Well, it had follow-up. These were
4 the follow-ups. This is the early data that came out
5 on Prolift.
6    Q.   Okay. All right. So let's look at
7 Jacquetin, if that's how it's pronounced. And again,
8 we mentioned the 16 percent.
9    A.   Right.
10    Q.   And that's higher than you've seen prior?
11    A.   Yeah, correct.
12    Q.   We've already discussed that. All right.
13 We've already asked these questions. We can move on.
14 We're moving along.
15       (A DISCUSSION WAS HELD OFF THE RECORD.)
16 BY MR. RESTAINO:
17    Q.   Now, on page 27 of your report you start
18 talking about the Prolift+M?
19    A.   Let me get to that.
20       MR. WALKER: I was wondering if we were ever
21 going to get there.
22       MR. RESTAINO: I'm kind of meandering.
23       THE WITNESS: There's a method.
24       MR. RESTAINO: Not really. You give me too

Page 172

1 much credit.
2       Do you have to take a call or anything?
3       THE WITNESS: No. Sorry.
4 BY MR. RESTAINO:
5    Q.   Now, the Prolift+M kit, the Prolift kit, the
6 Procima kit and the TVT-Secur kit were all removed
7 from the market by Ethicon; correct?
8    A.   Correct.
9    Q.   And Prolift M was removed from the market in
10 2012; is that correct?
11    A.   Right.
12    Q.   Has anyone representing Ethicon or from
13 Ethicon showed you correspondences between Johnson &
14 Johnson or Ethicon and the FDA about the removal of
15 Prolift+M?
16    A.   No, not officially. Just spoken word. They
17 just told me about it.
18    Q.   Do you have an understanding as to why
19 Prolift M was removed from the market?
20    A.   Well, I think they were all removed when the
21 FDA came up and wanted Ethicon to reinvent the wheel
22 with the mesh essentially and go back to -- they had
23 all this data and they weren't letting them use that
24 data. So they had to start over with their studies.

Page 173

1 So that's -- it's not that they weren't willing to
2 study it. They just thought it was cost prohibitive
3 to go back and do it.
4    Q.   Do you have an understanding of the
5 incidence rate of reporting of adverse events to the
6 MAUDE system regarding Prolift+M?
7    A.   You mean percentages?
8    Q.   Yes.
9    A.   I know about the MAUDE system, but I'm not
10 aware of the percentages at all.
11    Q.   I think earlier you pointed out that the
12 Prolift+M was based upon modifications to Ultrapro?
13    A.   Yes.
14    Q.   Ultrapro mesh?
15    A.   Yeah. Ultrapro mesh and plus M are the
16 same?
17       MR. WALKER: It's in your report.
18    A.   Yeah, it's here. I think I used that
19 interchangeably. In fact, Gynecare's Ultrapro mesh.
20 BY MR. RESTAINO:
21    Q.   In your General Reliance List, one of the
22 things you listed was the March 13, 2012 deposition
23 testimony of David Robinson of Ethicon. Does that
24 sound familiar?

Marshall Shoemaker, M.D.

Page 174

1    A.   Uh-huh (positive response).
2    Q.   Have you read his deposition?  Is that one
3  of them that you recall reading?
4    A.   I don't remember reading David's all the
5  way.  But I know David well.  I say well.  I know
6  David.
7    Q.   In there do you recall him testifying that
8  the Prolift+M was developed as a design improvement
9  over Prolift?
10    A.   I don't remember exactly those words.
11    Q.   Do you recall him testifying that the
12  Prolift+M was developed in particular, quote:
13        "To minimize the mesh load
14        given to the patient and
15        increase the flexibility of
16        the mesh that was being used
17        in the pelvis"?
18    A.   I understand it's definitely a decrease in
19  the mesh load, but I'm not sure as far as it helps
20  with the flexibility necessarily.  It was
21  definitely -- I know you don't want me to pontificate.
22  But it was definitely easier to use.  It was easy to
23  use as an instrument.  You could use it.  In your
24  hands it felt a little different.  Prolift was great,

Page 175

1  though.  They didn't have to improve it as far as I
2  was concerned.  But I did use the +M.
3    Q.   Do you recall Dr. Robinson stating the
4  expectation of the change in Prolift+M would benefit
5  the patient both from a safety and effectiveness
6  perspective?
7    A.   I don't remember that.
8    Q.    "Prolift is constructed of
9        knitted filaments of equal
10        amounts of absorbable
11        monofilament fiber and
12        nonabsorbable polypropylene
13        monofilament fiber identical
14        to the composition of
15        Ultrapro."
16        Correct?
17    A.   Yes.
18    Q.   The Prolift was developed to, quote:
19        "Overcome the weaknesses of
20        the suture-fixed transvaginal
21        grafts."
22        Correct?
23    A.   Correct.
24    Q.   And Gynemesh PS was one of those?

Page 176

1    A.   Right.
2    Q.   But you don't use that anymore?
3    A.   No.  Not because the mesh was a problem.
4  But just because we didn't like the way it was fixed.
5  It was better with the tension-free application.
6    Q.   You write on page 17, actually 17, paragraph
7  C of your expert report --
8    A.   C?
9    Q.   Yes.  "After Ethicon's launch of Prolift in
10  2005" -- do you see that?
11    A.   Uh-huh (positive response).
12    Q.    "We have seen multiple studies
13        showing a superior success
14        rate in mesh-augmented
15        repairs compared to native
16        tissue."
17        In there how are you defining "superior
18  success rate"?  Anatomic, subjective or decreased
19  reoperation rates?
20    A.   All of the above.
21    Q.   All of the above?
22    A.   Yes.
23    Q.   Now, there isn't a reference or citation for
24  multiple studies showing a superior success rate, but

Page 177

1  later in your report you start going through a number
2  of different studies.
3    A.   Right, correct.
4    Q.   Are those the studies you're alluding to?
5    A.   Right.  In 45, the next paragraph, that's my
6  pyramid.
7        MR. WALKER:  That's what he was looking for.
8    A.   That's what I was looking for at the
9  beginning.
10  BY MR. RESTAINO:
11    Q.   Okay.  Thank you.
12    A.   I knew I had it in here somewhere.
13    Q.   Now, on page 18, paragraph D, is a study by
14  Withagen.
15    A.   Uh-huh (positive response).
16    Q.   And let's take a look at that study.
17        MR. RESTAINO:  If we can mark that.
18        THE WITNESS:  I think I have it.
19        MR. WALKER:  What exhibit number?
20        MR. RESTAINO:  22.
21        (EXHIBIT 22 WAS MARKED
22         FOR IDENTIFICATION.)
23  BY MR. RESTAINO:
24    Q.   If you look under -- I'm sorry.  Are you

Marshall Shoemaker, M.D.

Page 178

1 there?

2     MR. WALKER:  Are we on the same one?

3     A.   Yes.

4 BY MR. RESTAINO:

5     Q.   If you look under results on the abstract,

6 they start off by saying:

7         "97 women underwent

8          conventional repair and 93

9          mesh repair."

10        Would you agree that's not a large study?

11    A.   No.  But it's medium size.

12    Q.   Okay.  On page 243 -- I'm trying to find it

13 exactly for you.  I didn't write it down.  They

14 discuss the fact that they underwent randomization.

15 Ah, right column, first paragraph at the top it says:

16        "After obtaining the

17         signature for the informed

18         consent, patients randomly

19         assigned per center by a

20         computer-generated schedule

21         to either conventional

22         vaginal prolapse surgery or

23         tension-free vaginal mesh.

24         Patients and surgeons were

Page 179

1         not blinded."

2         The purpose -- do you understand that the

3 purpose of randomization in a randomized controlled

4 trial is an attempt to minimize bias?

5     A.   Correct.

6     Q.   In an attempt to have the two groups as

7 equal as possible?

8     A.   Correct.

9     Q.   If you look at 246, table 1 -- and these are

10 the patient characteristics; correct?

11    A.   Yes.

12    Q.   If you look down under the fifth heading,

13 previous surgery.  And then if you slide all the way

14 down, there you see sacrocolpopexy.  Do you see that?

15    A.   No.  I see here previous incontinence

16 surgery.  Oh, previous surgery.  Sorry.  Go ahead.

17 I'm sorry.  Say it again.

18    Q.   The sacro --

19    A.   -- colpopexy, yes.

20    Q.   If you look there in the conventional group,

21 there's six that had that prior surgery, but there's

22 18 in the group that received the vaginal mesh.

23    A.   Correct.

24    Q.   And that's a statistically significant

Page 180

1 finding because of the P value of 0.1; correct?

2     A.   Right.

3     Q.   So that is, would you agree, a potential

4 source of bias?

5     A.   It could possibly change the results,

6 improve the results from one group.

7     Q.   Okay.  Let's put that aside for a moment and

8 look at another study that you discuss, and that's on

9 page 19.  You talk about Altman.

10    A.   Altman?

11    Q.   Yes.  we'll mark that as 23.

12        (EXHIBIT 23 WAS MARKED

13         FOR IDENTIFICATION.)

14 BY MR. RESTAINO:

15    Q.   In your expert report when you're talking

16 about Altman, you write that they:

17        "... reported in 2011 on the

18         results of their multicenter

19         parallel-group, randomized

20         controlled trial comparing

21         the use of Prolift and

22         traditional colporrhaphy for

23         cystocele repair in 389

24         patients."

Page 181

1     A.   Right.

2     Q.   Correct?

3     A.   Yes.

4     Q.   Now, if you go to page 1834 and their

5 table 4 --

6     A.   Got it, table 4.

7     Q.   -- these are surgical characteristics and

8 adverse events for the colporrhaphy and mesh repair

9 groups; correct?

10    A.   Correct.

11    Q.   And looking under the left under surgical

12 characteristics, for example, and sliding down,

13 there's a statistically significant increase of the

14 operation time in the mesh repair versus the

15 colporrhaphy; correct?

16    A.   Correct.  33 to 52.

17    Q.   And there's a statistically significant

18 increase in estimated blood loss?

19    A.   Correct.

20    Q.   And then down below that there's a bladder

21 perforation listed?

22    A.   Uh-huh (positive response).

23    Q.   Which more occurred in the mesh group?

24    A.   Correct.

Marshall Shoemaker, M.D.

Page 182

1    Q.   And then two in the mesh group had blood
2  loss in excess of 500 millimeters whereas none in the
3  native tissue procedure had that much blood loss;
4  correct?
5    A.   Uh-huh (positive response).
6    Q.   And 11 patients in the mesh group underwent
7  intraoperative cystoscopy as compared to one in the
8  other; correct?
9    A.   Correct.
10   Q.   Sliding further down under adverse events
11 during hospital stay, you see bladder emptying
12 difficulties?
13   A.   Uh-huh (positive response).
14   Q.   And again, I'm sliding down looking for
15 statistically significant findings.
16   A.   Right, right.
17   Q.   I'm not going to point out everything if
18 it's not statistically significant.  But 16 in the
19 mesh group as compared to six had bladder emptying
20 difficulties.  And then urinary tract infections was
21 greater in the mesh group, but it was not
22 statistically significant.
23   A.   Right.
24   Q.   So when you're reporting on -- when you were

Page 183

1  quoting Altman, you didn't put in your expert report,
2  though, that there were all these statistically
3  significant adverse events associated with Prolift as
4  compared to colporrhaphy; correct?
5    A.   Yeah.  I didn't mention those, but these are
6  pretty mild differences.  They are statistically
7  significant.  But like estimated blood loss, one is an
8  ounce and the other one is three ounces.  There's not
9  much difference.  There is a difference.  It's
10 statistically significant, but it's not a big
11 difference.  It's not going to affect the outcome.
12 And bladder perforation, obviously using meshes, it's
13 going to happen more often if you're having to put
14 instruments in versus native tissue.  But it was
15 repaired and it's not of significant consequence.
16 Doing a cystoscopy is just to make sure the ureters
17 are open and all those kinds of things.  You could
18 easily do a cystoscopy for a native tissue repair, but
19 they just elected not to do it.  So I don't see that
20 as a complication for sure.  And it sure wouldn't be
21 anything I'd mention.  It's more important with
22 recurrence rate, in my opinion.
23   Q.   Okay.  Continuing on page 19, the next study
24 you discuss is Halaska; correct?

Page 184

1    A.   Yes.
2    Q.   So let's go ahead and mark that as your
3  next.
4        (EXHIBIT 24 WAS MARKED
5         FOR IDENTIFICATION.)
6        MR. RESTAINO:  Jordan, it's 24.
7        MR. WALKER:  Thank you.
8  BY MR. RESTAINO:
9    Q.   This is titled A Multicenter, Randomized,
10 Prospective, Controlled Study Comparing Sacrospinous
11 Fixation and Transvaginal Mesh in the Treatment of
12 Post-Hysterectomy Vaginal Vault Prolapse.
13   A.   It's a mouthful.
14   Q.   It's a mouthful.
15       Published in 2012.  Here if you look under
16 results, there's 168 randomized patients, 83 of whom
17 underwent the sacrospinous fixation, 85 mesh repair.
18 Do you consider that a small, medium or large group?
19   A.   Medium.
20   Q.   "Prolapse recurrence after
21        12 months occurred in 39.4
22        percent of the SSF group and
23        in 16.9 percent of the mesh
24        group."

Page 185

1    A.   Uh-huh (positive response).
2    Q.   Did I read that correctly?
3    A.   Correct.
4    Q.   And that's what I believe you have put in
5  your expert report; correct?
6    A.   Right.
7    Q.   Now, they then state that the mesh exposure
8  rate was 20.8 percent.
9    A.   Right.  Which is high.
10   Q.   That's a high rate; right?
11   A.   Yes.
12   Q.   As a matter of fact, their conclusion here
13 in their abstract is:
14       "Mesh exposure occurrence
15        was balanced against a lower
16        prolapse recurrence rate in
17        the patients undergoing mesh
18        surgery compared to those
19        undergoing SSF."
20       Correct?
21   A.   Correct.
22   Q.   Now, if we look at table 2 on page 301.e3.
23   A.   Table 2?  Got it.
24   Q.   Now, these are the list of complications in

Marshall Shoemaker, M.D.

Page 186

1 each group, in both the SSF and total Prolift group,
2 after three and 12 months; correct?
3    A.   Correct.
4    Q.   After three months, 15.6 percent of patients
5 receiving the mesh had a mesh exposure?
6    A.   Right.
7    Q.   And at 12 months, 20.8 percent had a mesh
8 exposure?
9    A.   Right.
10   Q.   Epidemiologically speaking, that is
11 indicative of trending upward; do you agree?
12   A.   I'm not an epidemiologist necessarily.  So
13 at three months you had 15.6 and then you had another
14 -- what is that, about 5 percent that you saw at 12
15 months.  I don't think you can make that, say, at 24
16 months there was 30 percent.  I mean we can't tell.
17 We don't know that for sure.
18   Q.   Right.  We'd be speculating one way or the
19 other; agreed?
20   A.   Yes.
21   Q.   But it's trending upward?
22   A.   Those two numbers are trending upward.
23   Q.   Okay.  And this study had a 9.52 percent
24 dropout rate at the three-month period; correct?

Page 187

1    A.   Let's see here.  Is that what it says?  9
2 percent dropout rate?  And to be honest with you, I'm
3 not sure if that's considered high or low.
4    Q.   Well, if we turn to page 301.e6 --
5    A.   Do they mention it?
6    Q.   They do.  The middle paragraph.  They write:
7       "One limitation of our study
8       concerns the 9.2 percent
9       dropout rate at the
10      three-month follow-up , which
11      can be attributed to the
12      relatively large number
13      of" --
14      They lived far away.
15   A.   Yeah, I knew I had looked at that.  And
16 there was a reason that was pretty easy to explain.
17   Q.   And at the same time it reduces the power of
18 the study?
19   A.   Possibly.
20   Q.   Would you agree?
21   A.   Yes.
22   Q.   Okay.  Now, again, because I didn't want to
23 print out all 341 pages of it, this is the 2013
24 Cochrane meta-analysis with a separate page I'm going

Page 188

1 to get to.  So we'll mark it as a different exhibit.
2    A.   Are you looking somewhere where I referenced
3 it?
4    Q.   This is in your General Reliance List.
5    A.   Where I reference it but not in my report.
6 Okay.
7       (EXHIBIT 25 WAS MARKED
8        FOR IDENTIFICATION.)
9       MR. RESTAINO:  This is page 22 of the 341
10 pages.
11      THE WITNESS:  Gotcha.
12      MR. WALKER:  This is Exhibit 25?
13      MR. RESTAINO:  Yes.
14   Q.   Now, if you look at the upper right common:
15      "Native tissue versus
16      combined total, anterior or
17      posterior compartment
18      polypropylene mesh."
19      Do you see that?
20   A.   Yes.
21   Q.   They write:
22      "Data from three trials
23      (Halaska 2012; Iglesia 2010;
24      Withagen 2011) compared

Page 189

1       native tissue repairs with a
2       variety of total, anterior or
3       posterior polypropylene kit
4       meshes."
5       Do you see that?
6    A.   Yes.
7    Q.   Now, we just discussed Halaska; correct?
8    A.   Right.
9    Q.   And we discussed Withagen?
10   A.   Right.
11   Q.   The one that they don't include here is
12 Altman, which we've just discussed.  But they put in
13 Iglesia.
14   A.   Iglesia; right.
15   Q.   Now, earlier in your expert report you
16 discuss a Sokol study, S-O-K-O-L.
17   A.   Sokol, uh-huh (positive response).
18   Q.   Do you recall that briefly?
19   A.   Yes.
20   Q.   And the only reason I state that is because
21 elsewhere here in the review, they point out that
22 Sokol is the one-year update of Iglesia.
23   A.   Okay.
24   Q.   So although we didn't include Iglesia --

Marshall Shoemaker, M.D.

Page 190

1    A.   We've got Sokol.
2    Q.   -- we've got Sokol.
3    A.   Gotcha.
4    Q.   Now, for the record, these studies that
5  we're discussing now compare the native tissue repairs
6  with a variety of total anterior or posterior
7  polypropylene kit meshes, as you did in your expert
8  report; correct?
9    A.   Uh-huh (positive response).
10   Q.   They write after describing it there:
11       "While no difference in
12       awareness of prolapse was
13       able to be identified between
14       the groups (25 out of 132, 19
15       percent, versus 18 out of
16       123, or 15 percent (relative
17       risk of 1.3 ... confidence
18       interval 0.8 to 2.3)" -- and
19  then they mention it's in
20  analysis 6.1.9 -- "in two
21       trials (Iglesia and Withagen)
22       the recurrence rate on
23       examination was higher in the
24       native tissue repair group as

Page 191

1       compared to the transvaginal
2       polypropylene mesh."  Their
3       native tissue with the
4       numbers -- and you can see
5       that for yourself.
6       "Confidence interval 1.0 to
7       2."
8       Did I read that correctly?
9    A.   Yes.
10   Q.   Now, two of the studies with the extension
11  of Sokol are the studies you're relying upon for the
12  efficacy and lack of prolapse; correct?
13   A.   Correct.
14   Q.   Now, Maher here has done a meta-analysis of
15  those randomized controlled trials.
16   A.   Right.
17   Q.   Putting that together, he found no
18  statistical difference, did he?
19   A.   In the awareness.
20   Q.   Correct.
21   A.   But not in the fact that he had a defect.
22  So you had a failure, but you didn't have the
23  awareness of it.
24   Q.   Correct.  In the awareness aspect of it.  As

Page 192

1  you can see, the confidence interval we mentioned
2  there includes 1.0.  Okay.  And then if you continue
3  down, the recurrence rate on examination was higher in
4  the native group, as we mentioned, than the mesh
5  group.
6    A.   Where are we?  On this same paragraph?
7    Q.   Yes.  And then putting the data together,
8  they state:
9       "The mesh erosion rate was
10       ... 18 percent and ... 9
11       percent underwent surgical
12       correction for mesh erosion."
13   A.   Uh-huh (positive response).
14   Q.   So the 18 percent is significantly higher
15  when you put all the data for these three RCTs
16  together, isn't it?
17       MR. WALKER:  Object to the form.
18   A.   Yes.  That's a bigger number than we
19  normally see.
20  BY MR. RESTAINO:
21   Q.   "The reoperation rate after
22       native tissue repair was
23       higher after the combined
24       polypropylene mesh kits ...

Page 193

1       compared with native tissue
2       procedures ...."
3    A.   I don't understand that, the way they wrote
4  that.  The reoperation rate after native tissue repair
5  was higher?
6    Q.   Was higher.  But that's consistent with what
7  you were saying in your expert report.
8    A.   I understand that.  The wording is off for
9  me.
10       "The reoperation rate after
11       native tissue repair was
12       higher after the combined
13       polypropylene mesh kits
14       compared with native tissue
15       procedure ...."
16       The wording is just off.
17   Q.   Yes, I see --
18   A.   It looks like you were reoperating for the
19  native tissue, but you're reoperating for the mesh
20  exposure; is that correct?
21   Q.   No.  My reading about it is consistent with
22  what your expert report said, in that the operation
23  rate after native tissue repair --
24   A.   But that was for failure.

Marshall Shoemaker, M.D.

Page 194

1  Q.  -- was higher.  For failure.
2  A.  For failure.  That's what I'm saying.  I was
3 thinking for mesh exposure.
4  Q.  So in your expert report --
5  A.  The reoperation rate for failure; right.
6  Q.  -- for two of them.  And then Iglesia is the
7 continuation of Sokol.
8  A.  Right.
9  Q.  The reoperation rate, as you point out, is
10 higher in the native tissue --
11  A.  Right.
12  Q.  -- than in the mesh.
13  A.  Correct.
14  Q.  However, here when Maher puts it all
15 together in this meta-analysis, he then points out
16 while it's higher, look at the confidence interval,
17 1.00 to 1.2.  Because it includes unity at 1.0, it's
18 not statistically significant.
19      So there's three studies that you're relying
20 upon to support your opinion that the reoperation rate
21 is higher in native tissue procedures.  But when Maher
22 put all that data together, there wasn't any
23 statistically significant difference; would you agree?
24  A.  Yes.  But I mean -- that's what this data

Page 195

1 says, yes.
2  Q.  But this is, as we discussed earlier, this
3 is the gold standard meta-analysis.
4  A.  And the reoperation rate is high.  And like
5 I said, this is one meta-analysis in 2013.
6  Q.  Yes.
7  A.  And I don't think we see this in 2016.
8  Q.  We'll get there.  We're moving that way.
9 Okay.  Now, on page 20, paragraph G, is the Sokol
10 study.
11  A.  Yes.
12  Q.  Now, this is a single study, not a
13 meta-analysis; correct?
14  A.  It's an RCT comparing mesh-augmented
15 colpopexy with traditional colpopexy; right.  Results,
16 mesh exposure rate.
17  Q.  Okay.  Now, you see the results:
18      "All 65 evaluable
19      participants were followed
20      for 12 months after trial
21      stoppage for mesh exposures."
22      So 65 participants is not a large study;
23 would you agree?
24  A.  Correct.

Page 196

1  Q.  And the study was actually stopped because a
2 predetermined rate in excess of 15 percent exposure
3 rate was reached.
4  A.  But you also had to see a 15 percent apical
5 Gore-Tex suture exposure rate as well in the native
6 tissue.
7  Q.  Okay.  But they didn't stop the trial for
8 that; correct?
9  A.  No.  But they were both 15 percent.  One was
10 a little higher.
11  Q.  Yes.  So if you look at Table 2, page
12 86.e5 --
13  A.  This is in what?  Sokol?
14  Q.  Sokol.
15  A.  Let me get back to Sokol.  I've got to find
16 Sokol.
17  Q.  Here it is.  I'm sorry.  I thought I marked
18 it already.  Let's go ahead and mark that next.
19      (EXHIBIT 26 WAS MARKED
20      FOR IDENTIFICATION.)
21  A.  So where are we now?
22 BY MR. RESTAINO:
23  Q.  Let's look at table 2 on 86.e5.
24  A.  Okay.

Page 197

1  Q.  About the fifth main line down it states
2 Reoperation for Prolapse:  Mesh 32, No Mesh 33.
3      Do you see that?
4  A.  No.  Let's see here.  Vaginal caliber or
5 complications?  I'm looking at this.  Oh, you're
6 looking at the table.  Okay.
7  Q.  At the table.  I'm sorry.
8  A.  Gotcha.  Go ahead.
9  Q.  Table 2.
10  A.  Recurrent prolapse?
11  Q.  Reoperation for prolapse.  There were three
12 in the mesh group, zero in the no mesh group; correct?
13  A.  Right.
14  Q.  And then further down under Patient Global
15 Impression of Improvement, you see there under mesh
16 and no mesh the numbers also?
17  A.  Uh-huh (positive response).
18  Q.  And then all the way down, Patient Global
19 Impression of Severity, Mesh 26, No Mesh -- if you
20 look at each three of those, none of those are
21 statistically significant findings.
22  A.  Right.  I'm looking at -- according to this
23 table; right?
24  Q.  Yes.

Marshall Shoemaker, M.D.

Page 198

1    A.   But the reason I brought Sokol up was --
2  (reading.)  You're right, it was not statistically
3  significant between the two groups for a lot of
4  reasons.  That's the reason I brought it up, more for
5  dyspareunia as well, which was not statistically
6  significant as well.
7    Q.   But what was statistically significant and
8  even more importantly clinically significant is they
9  had to stop this study because of 15.6, I believe,
10  percent mesh erosion rate; correct?
11       MR. WALKER:  Object to the form.
12    A.   Yes, that's why they stopped the study.
13  BY MR. RESTAINO:
14    Q.   Now, Doctor, would you agree with me that if
15  I was a practicing gynecologist and I had a patient
16  we're considering using native tissue or the Prolift
17  at the time, I'm looking at a randomized controlled
18  trial, albeit smallish, and there's no statistically
19  significant decrease in total reoperation.  So the
20  patient is not going to really have an increased risk
21  of reoperation of native tissue.  There's no
22  statistically significant difference in patient global
23  impression of improvement between the two, and there's
24  no statistically significant difference in patient

Page 199

1  global impression of severity between the two.  But
2  with this Prolift mesh you've got a 15.6 percent risk
3  of erosion that, as we read earlier, could be severe,
4  requiring taking her back to the operating room.
5    A.   That's what this study says.  The question
6  is there are other studies that disagree with that.
7       MR. WALKER:  Object to the form to the
8  previous question.
9  BY MR. RESTAINO:
10    Q.   Now, if we turn to page 86.e6, first
11  paragraph in the middle column:
12       "Of the 33 no-mesh
13       participants, five ..." -- 15
14       percent, as you pointed
15       out -- "had apical Gore-Tex
16       suture exposures; two women
17       complained of vaginal
18       discharge and required suture
19       removal in the office at six
20       and nine months after the
21       procedure.  One asymptomatic
22       suture Gore-Tex exposure was
23       noted at six months and
24       another was noted at 12

Page 200

1       months; neither exposures
2       required intervention.
3       Another participant had a
4       mild pink discharge and was
5       found to have suture exposure
6       at 16.5 months; however, she
7       was not bothered and chose
8       not to have the suture
9       removed."
10       So I am accepting, as you pointed out, that
11  there is a 15 percent incidence of the Gore-Tex suture
12  problem, but only two of those patients needed medical
13  intervention.
14    A.   Right.
15    Q.   So just using 15 percent for Gore-Tex suture
16  erosion does not really adequately present the extent
17  of the problem for sutures; would you agree?
18    A.   Possibly.  But also the reoperation rate for
19  the mesh exposure was only three, three reoperations
20  for exposure of the mesh.
21    Q.   And I don't mean to get into word games with
22  you, but "reoperation" means bringing back to the
23  operating room under general anesthesia?
24    A.   No question.  Correct.  And I'm not saying

Page 201

1  that that's not an issue.
2    Q.   And I understand what you're saying.  Now,
3  let's look at page 86.e6.  And under the Comment
4  section, third paragraph, they write:  "The major
5  weakness of this trial" -- do you see that?
6    A.   Yes.
7    Q.   -- "was a lack of statistical
8       power for efficacy outcomes
9       because of premature stopping
10       as a result of reaching
11       predetermined mesh exposure
12       rates of greater than 15
13       percent.  Additionally, some
14       of the complication outcomes
15       may have been inevitable
16       because complications
17       resulted in termination of
18       the study."
19       Did I read that correctly?
20    A.   Yes.
21    Q.   Now, Doctor, this paper is referenced and
22  written about in your expert report, but your expert
23  report doesn't state this study was stopped because
24  the adverse event limit had been reached, does it?

Marshall Shoemaker, M.D.

Page 202

1    A.   Right; it does not.

2    Q.   And the authors themselves say this is a

3  major limitation to their study?

4        MR. WALKER:  Object to the form.

5    A.   Yes, that is.  The reason this was placed in

6  my report was more talking about the dyspareunia rates

7  versus the mesh exposure or the reoperation rate.

8  You're right, I did not mention the fact that it was

9  stopped.

10 BY MR. RESTAINO:

11   Q.   Okay.  Now, on page 21 you talk about a

12 study that I'm not even going to try to pronounce,

13 B-E-N-B-O-U-Z-I-D.

14   A.   Uh-huh (positive response).  It's a

15 four-year follow-up, four-and a half-year follow-up of

16 complications.

17   Q.   This is a retrospective study; correct?

18   A.   Yes.  Let me see.

19   Q.   I think I'm just taking this from --

20   A.   Yeah, I think I have this.

21   Q.    -- from your expert report.

22   A.   I have this, yes.

23   Q.   Retrospective study with a total of 75

24 patients?

Page 203

1    A.   Right.

2    Q.   And there's no control group?

3    A.   Correct.

4    Q.   So therefore it's a retrospective case

5  series?

6    A.   Uh-huh (positive response).

7    Q.   And one of the coauthors is Francois Haab,

8  H-A-A-B, who was a consultant for Gynecare; correct?

9    A.   Maybe.  I have to see it.  Does it say that

10 somewhere?  If it says it somewhere, then he was.

11   Q.   Under the conflict of interest disclosure,

12 it's mentioned.  But it's a minor point.

13       Now if you look at your expert report at 21.

14 At page 21 you then cite Landsheere,

15 L-A-N-D-S-H-E-E-R-E.  Surgical Intervention After

16 Transvaginal Prolift Mesh Repair:  Retrospective

17 Single Center Study Including 524 Patients with Three

18 Years Median Follow-Up."

19       Did I read that correctly?

20   A.   Yes.

21   Q.   Again, retrospective case series; correct?

22   A.   Let me see.  (Reading.)  Let me see.  51.

23 I'm sure that's what it is, but let's see here.

24       "Retrospective study of all

Page 204

1        patients who underwent

2        Prolift mesh repair between

3        2005 and 2009.  600

4        consecutive patients."

5        Okay.  Yes.

6    Q.   There's no comparative group?

7    A.   Correct.

8    Q.   There's no control group?

9    A.   Correct.

10   Q.   And there's no randomization?

11   A.   Correct.

12   Q.   Three of the -- excuse me -- several of the

13 authors are consultants for Ethicon.

14   A.   Okay.

15   Q.   If you look under the results of the

16 abstract:

17       "A total of 600 consecutive

18       patients were identified.

19       524 patients (87.3 percent)

20       were included in the study

21       with a median follow-up

22       duration of 38 months, range

23       15 to 63.  Global reoperation

24       rate was 11.6 percent."

Page 205

1        Did I read that correctly?

2    A.   Uh-huh (positive response).

3    Q.   And under the conclusion:

4        "The global reoperation rate

5        after transvaginal Prolift

6        mesh repair was 11.6 percent

7        with urinary incontinence

8        surgery being the most common

9        indication."

10       Okay.  Did I read that correctly?

11   A.   Yes.

12   Q.   So this is the mean -- the mean follow-up

13 for this study was 38 months and the range was 15 to

14 63.

15   A.   Right.

16   Q.   Now, "mean" is another word for average;

17 correct?

18   A.   Half more and half less, the mean.

19   Q.   That's medium.

20   A.   That's medium.

21   Q.   Mean is the average.

22   A.   Mean is the average.  Sorry.

23   Q.   As a matter of fact, once again, that was

24 going to be my next question.  Medium is --

Marshall Shoemaker, M.D.

Page 206

1   A.   Half and half.  I'm sorry.  Medium, yes.
2   Q.   Now, before we go on --
3   A.   But the reoperation rate in this study was
4   for incontinence, not for recurrent prolapse.
5   Q.   Okay.  I want to pull back up the Benbouzid
6   study.
7   A.   Benbouzid.  I have it.  Benbouzid.
8   Q.   Benbouzid.  Previous exhibit, Benbouzid.
9   I'm not sure what I did with my copy.
10  A.   I have it here.
11  Q.   Anyway, hopefully I wrote this properly.
12  Page 4, left column under discussion --
13  A.   Okay.
14  Q.   -- last sentence of the first paragraph.
15  A.   "As a comparison, the long-term studies"?
16  Q.   No.  I was reading:  "Our initiative is
17  further legitimized."
18  A.   I don't see that, but I may be on the wrong
19  page.
20  Q.   Well, my gut is telling me that for some
21  reason that that's not from Benbouzid but from
22  Landsheere and I just might be getting confused.  Why
23  don't we take a moment, take a break.
24  A.   Landsheere is 51.

Page 207

1        MR. WALKER:  Let's do that, go off the
2   record.
3        MR. RESTAINO:  Thank you.
4        (A RECESS WAS TAKEN FROM 2:11 P.M.
5        TO 2:15 P.M.)
6   BY MR. RESTAINO:
7   Q.   Let's go back on the record and let's look
8   at Benbouzid.  And if you go to the discussion, which
9   I believe is on page 4 --
10  A.   Yes.
11  Q.   -- and six lines down, they write:  "Our
12  initiative" --
13  A.   There it is.
14  Q.   Got that?
15  A.   Yeah.
16  Q.   -- "is further legitimized
17       by previous expert opinions,
18       underlining that two years
19       should be considered as the
20       minimal postoperative
21       follow-up for evaluating the
22       outcome of pelvic floor
23       reconstructive surgery."
24       Did I read that correctly?

Page 208

1   A.   Yes, you did.
2   Q.   Now, they have a reference there, number 22.
3   A.   Barber.
4   Q.   And 22 is Barber?
5   A.   And Brubaker and Nyegaard, yes.
6   Q.   Okay.  Now, at the Landsheere article that
7   we're looking at -- do you have that available?
8   A.   Yes.
9   Q.   On page 83.e5 --
10  A.   Yes.
11  Q.   -- they write:
12       "In our study the median time
13       of surgical intervention for
14       prolapse recurrence" --
15       Do you see that?
16  A.   No.
17  Q.   Okay.  I'll find it for you.
18  A.   "The rate of surgical intervention for
19  prolapse is 3 percent"?  I see that.
20  Q.   Page 83.e5, last sentence, right column down
21  at the bottom.
22  A.   "In our study, the median time" --
23  Q.       -- "of surgical intervention
24           for prolapse recurrence was

Page 209

1       23 months, which may suggest
2       the rate of recurrence
3       increases with longer
4       follow-ups."
5       Did I read that correctly?
6   A.   Yes, you did.
7   Q.   So as we were discussing -- and it's the
8   median time here that she's talking about now.  The
9   median time is 23 months, which means one-half of the
10  patients in this study is less than 23 months.  And as
11  Benbouzid, relying on the expert opinion of Barber,
12  points out, 24 months is the minimum for making a
13  clinically important decision; correct?
14  A.   Right.
15  Q.   And then furthermore --
16  A.   Where are we?  Furthermore where?
17  Q.   On Landsheere.
18  A.   Okay.
19  Q.   83.e.2 --
20  A.   Okay.
21  Q.   In the upper right-hand column they wrote
22  that:  "76 patients" -- so the right column, third
23  line:
24       "76 patients (12.7 percent)

Marshall Shoemaker, M.D.

Page 210

1     excluded from the study
2     included 68 patients who were
3     lost to follow-up and eight
4     patients who died."
5     Correct?
6  A.   Right.
7  Q.   Now, 12.7 percent were excluded.  As we sit
8  here today, we have no idea what the --
9  A.   Exclusion criteria was.
10  Q.   Or what the failure rate in these patients
11  was; right?
12  A.   Uh-huh (positive response).
13  Q.   So half the patients in this study came in
14  less than 23 months follow-up, and 12.7 percent were
15  lost to follow-up.  And so we don't know if 12.7
16  percent -- if all of them experienced a failure of the
17  procedure and went elsewhere for care, do we?
18       MR. WALKER:  Object to the form.
19  A.   No, we do not.  The question is, though, if
20  they had a failure before 23 months, they had a
21  failure before 23 months.  The idea is you can't --
22  those ones that they said failed before 23 months were
23  included.  My point is are you trying to say that you
24  can't evaluate failure until after 24 months?  Or are

Page 211

1  you just saying --
2  BY MR. RESTAINO:
3  Q.   Not me.
4  A.   I know.
5  Q.   Benbouzid and Barber were saying that you
6  need a minimum of 24 months in order to make a
7  determination.
8  A.   All right.  So you think that -- okay.  I
9  gotcha.  That's what it says.
10  Q.   Okay.  So the only point they're making
11  about the loss of follow-up is if those patients, 12.7
12  percent, were followed for the full 24 months, we
13  don't know how many of those would have had a failure
14  either, do we?
15       MR. WALKER:  Object to the form.
16  A.   No, we don't know.
17  BY MR. RESTAINO:
18  Q.   And that's a form of bias in the study and a
19  weakness in the study?
20  A.   Possibly.  There are some situations,
21  however, when the patient looks like a failure before
22  23 months that may resolve.
23  Q.   Which is why they're picking 24 months.
24  A.   That's right.  So it could resolve.  So that

Page 212

1  number may be smaller as well.
2  Q.   We don't know.
3  A.   Yeah.  We don't know that.
4  Q.   We don't know.  Okay.  Page 22, paragraph J,
5  you then talk about --
6  A.   Hang on.  22 is back to me?
7  Q.   Yes.  I'm sorry.  Your expert report.
8  A.   Yep.
9  Q.   This is a randomized controlled trial?
10  A.   Uh-huh (positive response).
11  Q.   Comparing colpopexy prolapse repair with and
12  without mesh; correct?
13  A.   With and without mesh; right.
14  Q.   33 patients had mesh repair, 32 patients had
15  a traditional repair.
16  A.   Uh-huh (positive response).
17  Q.   But as with the Sokol study, this study was
18  also stopped early because of a 15.6 mesh exposure
19  rate, and they saw no statistically significant
20  difference in cure rates between the two groups.
21  A.   Right.  That's what it says.  And I have
22  that.  That's what I say.
23  Q.   Okay.  Then 23 K is the real impressive
24  name.  You're going to like this one.  Dos, D-O-S, and

Page 213

1  then capital R-E-I-S, then capital B-R-A-N-D-A-O, then
2  da, D-A, and last name is S-I-L-V-E-I-R-A -- actually
3  I think that whole thing is the last name because then
4  there's the letter S -- Multicenter, Randomized Trial
5  Comparing Native Vaginal Tissue Repair and Synthetic
6  Mesh Repair for Genital Prolapse Surgical Treatment,
7  published in 2015.
8       If you look at the abstract, the multicenter,
9  randomized trial included 184 patients with POP-Q
10  stage three or four.
11       Let me get this article for you.
12  A.   I've got it.
13  Q.   You've got it.  Okay.  Well, let's go ahead
14  and mark it.
15       MR. WALKER:  You're not going to pronounce
16  the last name on the record?
17       MR. RESTAINO:  I think that was just a
18  challenge.  Simone dos Reis Brandao da Silveira.
19       THE WITNESS:  I bet that guy wouldn't stand
20  up.
21       MR. RESTAINO:  Let's mark that.
22       (EXHIBIT 27 WAS MARKED
23        FOR IDENTIFICATION.)
24  BY MR. RESTAINO:

Marshall Shoemaker, M.D.

Page 214

1    Q.    Do you have it, Doctor?
2    A.    Yes.
3    Q.    Again, if you look at the methods under
4    abstract:
5          "This multicenter,
6          randomized trial included 184
7          women with POP-Q stage 3 or
8          4."
9        Is that correct?
10   A.    Right.
11   Q.    "They were randomly assigned
12         to undergo surgical treatment
13         using native tissue repair (n
14         equals 90) or synthetic mesh
15         repair (N equals 94)."
16       And further down you can see all those that
17   underwent mesh repair received Prolift.
18   A.    Correct.
19   Q.    Then on the results on the right side:
20         "Both groups were
21         homogeneous preoperatively.
22         There were no differences
23         between the groups in
24         operative time, complications

Page 215

1          or pain.  At one year
2          follow-up, anatomical cure
3          rates were better in the mesh
4          group in the anterior
5          compartment" -- with a P
6          value.
7        Did I read that correctly?
8    A.    Correct.
9    Q.    "Conclusion:  Both techniques
10         were effective.  Anatomical
11         efficacy was superior in the
12         mesh group regarding the
13         anterior compartment; quality
14         of life changes were also
15         greater in the mesh group.
16         Complications were
17         significantly higher in the
18         mesh group."
19       Did I read that all correctly?
20   A.    Yes.
21   Q.    Now, if you go to 336 and figure 1, there's
22   a consort diagram.  Do you see that?
23   A.    Yes.
24   Q.    And I'll represent to you in the color

Page 216

1    version that those buttons are blue.
2    A.    Gotcha.
3    Q.    So if you look at the follow-up button, a
4    total of 15 patients were lost to follow-up; correct?
5    A.    Right.
6    Q.    That's 8.1 percent.
7    A.    Correct.
8    Q.    And this was one year follow-up.
9    A.    Right.
10   Q.    So this whole study is less than the two
11   years that Benbouzid and Barber say are necessary for
12   making a determination as to whether the operation is
13   successful or not.
14   A.    That's right.  That's what this status says.
15   Q.    And both techniques were effective?
16   A.    Yes.  But we had a better repair.  They were
17   both repair but a better repair for mesh, anterior
18   repair.
19   Q.    Anterior repair?
20   A.    Right.
21   Q.    At one year?
22   A.    At one year.
23   Q.    Now, if we go back to your study -- no, I'm
24   sorry.  You don't have 340 pages to your study, do

Page 217

1    you?
2    A.    It seems like it.
3    Q.    So this study, page 340 in the right column,
4    second to -- right column, second to last, 340 --
5    A.    Right column?
6    Q.    Right column, second to last, it starts off
7    with "another interesting point" -- do you see that?
8    A.    Yes.
9    Q.        -- "regarding the results
10            consists of the complication
11            and reoperation rates.
12            Despite the mesh group
13            presented a higher rate of
14            complications (treatment of
15            mesh exposure, reoperation,
16            rectum extrusion, vaginal
17            dehiscence, and even
18            recurrence), patients'
19            satisfaction was high.  On
20            the other hand, the mesh
21            repair provides a better
22            anatomical position of the
23            anterior vaginal wall, around
24            one centimeter higher than

Marshall Shoemaker, M.D.

Page 218

1    the native vaginal tissue
2    repair."
3        Did I read that correctly?
4    A.   You did.
5    Q.   Now, is the one centimeter difference in
6    anatomic results relevant for patient satisfaction?
7    A.   It can be.  It can be.  One centimeter -- if
8    the overall length of the vagina is six centimeters,
9    one centimeter is a good number.  I'm talking about at
10   rest, not when you're having intercourse.  So one out
11   of six is pretty good.
12   Q.   Okay.  Looking at this study, if a patient,
13   based upon this study alone, was going to be offered
14   the choice between native tissue and Prolift mesh,
15   then she would get the fact that the native tissue
16   procedure was safer with less complications, less
17   chance of the need for recurrent surgery, less chance
18   of recurrence, and equal chance of patient
19   satisfaction with the sole difference between there
20   may be a one-centimeter anatomical difference.  Am I
21   missing something?
22       MR. WALKER:  Object to form.
23   A.   No, you're not missing -- that is what it
24   says.  But one centimeter -- one centimeter may make a

Page 219

1    difference, especially in how she feels.  But this
2    was -- the results on both of these are still -- the
3    point of this being in there is the fact that the
4    anterior compartment was better supported with the
5    mesh group.
6    BY MR. RESTAINO:
7    Q.   Okay.  Now, on page 23 of your expert
8    report, you then discuss Svabik, S-V-A-B-I-K.
9    A.   Right.
10   Q.   Comparison of Vaginal Mesh Repair with
11   Sacrospinous Vaginal Colpopexy in the Management of
12   Vaginal Vault Prolapse After Hysterectomy in Patients
13   with Levator Ani Avulsion.
14       Correct?
15       And you write:
16       "In 2015 Svabik and
17       colleagues published the
18       results of a single-center,
19       randomized controlled trial
20       comparing Prolift use and
21       sacrospinous ligament
22       fixation to treatment post
23       hysterectomy vaginal vault
24       prolapse.  At one year

Page 220

1    follow-up, they observed a 3
2    percent rate of anatomical
3    failure in the Prolift group
4    and a 65 percent anatomical
5    failure rate in the
6    sacrospinous ligament
7    fixation group."
8        Did I read that correctly?
9    A.   Yes.
10   Q.   Again, one-year follow-up?
11   A.   One year.
12   Q.   So less than two years Benbouzid and Barber
13   write should be considered as the minimal
14   postoperative follow-up for evaluating the outcome of
15   pelvic floor reconstructive surgery; correct?
16   A.   That's what their opinion is, yes.
17   Q.   Benbouzid in the paper that we've marked as
18   an exhibit that you have actually references Barber --
19   I think it's her reference 22 -- by saying the
20   "published expert opinion of Barber."
21   A.   Of Barber, yes.
22   Q.   Do you recall that?
23   A.   Right.
24   Q.   Now, if you'll look at the abstract of the

Page 221

1    study and the results:
2        "During the study period, 142
3        patients who were
4        post-hysterectomy underwent
5        surgery for prolapse in our
6        unit; 72 of these were
7        diagnosed with an avulsion
8        injury and were offered
9        participation in the study.
10       70 patients were randomized
11       into two groups: 36 in the
12       Prolift group and 34 in the
13       SSF group."
14       SSF stands for sacrospinous fixation?
15   A.   Yes.  Where are we now?  I'm sorry.
16   Q.   Oh, I'm sorry.  I thought you were following
17   me.
18       MR. WALKER:  Did you mark this?
19       MR. RESTAINO:  This is Svabik.  Go ahead and
20   mark this.  I apologize, gentlemen.  I thought we had
21   done this already and you were following me.
22       MR. WALKER:  No.
23       THE WITNESS:  So we're doing the results?
24       MR. RESTAINO:  Right.  I'm sorry.

Marshall Shoemaker, M.D.

Page 222

1  THE WITNESS:
2      "During the study period, 142
3      patients who were
4      post-hysterectomy underwent
5      surgery for prolapse in our
6      unit."
7      Is that where we were?
8      MR. RESTAINO: Slow down. Let's give her a
9  moment to mark the exhibit.
10     THE WITNESS: I'm sorry.
11     (EXHIBIT 28 WAS MARKED
12         FOR IDENTIFICATION.)
13     MR. RESTAINO: She was giving you a look
14  that only a mother gives a child.
15     Q.  Okay. So now my apologies. Now we can go
16  back to the abstract and the results.
17     "During the study period, 142
18     patients who were
19     post-hysterectomy underwent
20     surgery for prolapse in our
21     unit; 72 of these were
22     diagnosed with an avulsion
23     injury and were offered
24     participation in the study.

Page 223

1      70 patients were randomized
2      into two groups: 36 in the
3      Prolift and 34 in the SSF
4      group."
5      Which is the sacrospinous fixation group;
6  correct?
7      A.  Correct.
8      Q.  So in this study 36 patients received mesh.
9  That's not a large study; agreed?
10     A.  Uh-huh (positive response).
11     Q.  Now, on page 367 under results, the second
12  paragraph --
13     A.  367? I've got it. Results.
14     Q.  The second paragraph:
15     "At the three-month
16     follow-up, 11 patients in the
17     Prolift group and three in
18     the SSF group were diagnosed
19     with stress urinary
20     incontinence and scheduled
21     for a TVT-O procedure
22     (chi-square P=0.02)."
23     So that was a statistically significant
24  result; correct?

Page 224

1      A.  Uh-huh (positive response).
2      Q.  So when discussing this paper, my point that
3  I wanted to make here is that you don't mention 11
4  patients in the Prolift group versus only three in the
5  SSF group were diagnosed with SUI and had to undergo
6  another procedure with another thing of mesh. That's
7  pretty significant, isn't it?
8      MR. WALKER: Object to the form.
9      A.  Well, you know, this was talking about
10  prolapse surgery. And so when you do a prolapse
11  repair, sometimes you have -- after the prolapse is
12  fixed, sometimes it puts undo pressure on the bladder
13  neck. So many times we do incidental, if you will,
14  slings in this situation to prevent this from
15  happening. So they didn't do that. They just
16  addressed the anterior compartment; didn't address the
17  bladder neck. After so long the patient started
18  having incontinence because before they were kinking
19  the urethra when they bared down; because the
20  prolapsed fixed it, they started to get symptomatic.
21  It just means the repair was good. So that's why the
22  reoperation.
23     Q.  But there were only three reoperations in
24  the SSF group, which was a statistically significant

Page 225

1  finding.
2      A.  Right. But the reason that is is because
3  they didn't repair it as well. So if the bladder is
4  not up as well, then they won't have the -- they may
5  not have the incontinence that's obvious to them. I
6  know that sounds -- I'm not trying to be confusing
7  here. But what happens is as we lift the prolapse, we
8  get better support so it puts more pressure on the
9  urethra. In the anterior native tissue, you don't get
10  the support that you would get from the Prolift, so
11  the bladder still sits a little bit lower so they
12  don't get the incontinence side of it. They'll still
13  have the symptoms of the prolapse, but they won't have
14  the incontinence that occurs.
15     Q.  Do they have to have the symptoms of the
16  prolapse or will a certain percentage have symptoms of
17  prolapse?
18     A.  I would assume for them to start -- for them
19  not to develop incontinence, that they either had a
20  previous repair or they did not -- the prolapse was
21  returning. We don't know that for sure. That can
22  explain why there's more need for a repair for the
23  stress incontinence.
24     Q.  Again, I'm trying to determine the

Marshall Shoemaker, M.D.

Page 226

1  importance of this.  If you were submitting your
2  expert report for publication in the peer-reviewed
3  literature and you were quoting this study, don't you
4  believe you would have to include in that that there
5  was a statistically significant difference in the
6  patients undergoing prolapse versus those undergoing
7  SSF and the number who then have to have a TVT-O
8  procedure performed three months later?  Do you not
9  think a peer reviewer would require you to add that?
10      MR. WALKER:  Object to the form.
11      A.   The way I would answer that -- I understand
12  the question.  It's a good question.  I just think
13  that as a pelvic reconstructive surgeon, some would
14  not be surprised by the fact that you have to go back
15  and do a sling.  So there's been a lot of data and a
16  lot of things reported about the need -- in fact, they
17  stopped a study at one time because people were not
18  doing prophylactic sling procedures during repairs.
19  And they stopped the study so that -- because they had
20  so many people that had to go back and do a sling.
21  BY MR. RESTAINO:
22      Q.   Now, because of the nature of the procedures
23  being performed, would you agree that blinding would
24  be impossible; the patients and the surgeons knew what

Page 227

1  procedure was being performed?
2      A.   Yes, that's correct.
3      Q.   And that's a source of potential bias in any
4  RCT?
5      A.   Sure.
6      Q.   And then despite the anatomical success
7  rate, the study also found a nonstatistically
8  significant difference in the post-op pelvic organ
9  prolapse distress inventory score for subjective
10  outcome.
11      Correct?
12      A.   Tell me where are we?
13      Q.   Yes.  This is Svabik.  And if you look at
14  the abstract results section on the right right above
15  conclusion -- do you have it?
16      A.   Right above conclusion?
17      Q.   Right above conclusion:
18          "The post-op POPDI (Pelvic
19          Organ Prolapse Distress
20          Inventory) score for
21          subjective outcome was 15.3
22          in the Prolift group and 21.7
23          in the SSF group (P value of
24          0.16)."

Page 228

1      So there was not even a statistical
2  difference; correct?
3      A.   Right.  There's still a difference.
4      Q.   But the difference could have been due to
5  chance?
6      A.   Possibly.
7      Q.   I mean that's the whole purpose of doing
8  statistical significant testing; correct?
9      A.   Right.
10      MR. RESTAINO:  It's 20 minutes to 3.  How
11  about if I stop and give you 15, 20 minutes today so
12  we can stop at 3 o'clock for the good doc.  Because as
13  bored as you are and as exciting as this is for me,
14  this is work.
15      MR. WALKER:  Just so we're on the same page,
16  this was noticed for Prolift+M and Prosima.  You
17  focused mostly on just Gynemesh PS and Prolift
18  literature in going through his report.  Today we'll
19  conclude the prolapse-oriented questioning.  Tomorrow
20  is TVT-Exact and TVT-O.
21      MR. RESTAINO:  Oh, okay.  See, I kind of --
22  maybe then I misunderstood you.  Because I just
23  thought that we were going to talk generalities of
24  mesh, et al., and then go through the different

Page 229

1  studies.  That's all I'm planning on doing tomorrow,
2  is just his studies, which won't take very long.  And
3  I was going to do -- there's a few on Prosima.  But if
4  you want, I'll cover them today.
5      MR. WALKER:  Let me ask you this:  I want to
6  make sure we're on the same page about the time
7  commitment, that we're going to cover everything.  I
8  know you've got five hours today, four hours tomorrow,
9  and that's going to cover both prolapse and then the
10  slings; correct?
11      MR. RESTAINO:  Yes; correct.
12      MR. WALKER:  Okay.  I'm fine if you want to
13  spend some time tomorrow finishing up with some of the
14  Prolift or prolapse-related literature just so long as
15  we're done with both of his reports
16  tomorrow.
17      MR. RESTAINO:  Oh, yeah.  Hopefully very
18  quickly.
19      MR. WALKER:  Yeah, that's fine.  That's
20  fine.
21      MR. RESTAINO:  Okay.  Then I'll just give
22  you some time today to ask your questions.
23      MR. WALKER:  That will be good.
24      Can we go off the record?

Marshall Shoemaker, M.D.

## Page 230

1      (A RECESS WAS TAKEN FROM 2:39 P.M.
2      TO 2:42 P.M.)
3      MR. WALKER:  Doctor, to save some time on
4  the record, could you go to the 2016 Cochrane --
5      THE WITNESS:  Yes.  Let's see.  Is this
6  2016?  (Indicating.)
7      MR. RESTAINO:  Surgery for Women with Apical
8  Vaginal Prolapse?
9      THE WITNESS:  Wait.  I've got it here.
10  Transvaginal mesh 2016.  Got it.  Sorry.
11      (A DISCUSSION WAS HELD OFF THE RECORD.)
12          EXAMINATION
13  BY MR. WALKER:
14      Q.   Dr. Shoemaker, I want to cover just a couple
15  of things pertaining to your background.  You were
16  asked previously by counsel about the total number of
17  mesh procedures that you've done.  And I think you
18  testified to having done over 2,000?
19      A.   Correct.
20      Q.   Sling and prolapse mesh procedures?
21      A.   Yes.
22      Q.   I just want to break that down a little bit
23  just so we have a record of approximately how many
24  you've done for each of the prolapse meshes.  And like

## Page 231

1  we talked about earlier, let's just go with your best
2  estimate --
3      A.   Sure.
4      Q.   -- for what you've done.  How many Prolift
5  procedures do you estimate you've performed?
6      A.   At least 500 to 600 mesh -- I mean Prolift
7  procedures.
8      Q.   How many Prolift+M procedures?
9      A.   Probably 100.
10      Q.   And Prosima?
11      A.   Prosima would probably be -- guided mesh
12  would probably be 75 to 100 and Prosima would probably
13  be 50, something like that, if those would add up.
14      Q.   And that's just your best estimate sitting
15  here today?
16      A.   Best estimate.
17      Q.   Is it fair to say you have extensive
18  experience implanting mesh in the pelvic floor?
19      A.   Yes.
20      Q.   And that would include different types of
21  meshes; correct?
22      A.   Correct.
23      Q.   And is it fair to say that every time you
24  treat a patient with mesh and then follow up with that

## Page 232

1  patient, you're able to assess the compatibility of
2  that mesh in terms of that patient's experience?
3      A.   Yes.  How it reacts to that patient.
4      Q.   And in your experience, have you found
5  guided mesh PS, Prolift and Prolift+M and Prosima to
6  be safe and effective medical devices for treating
7  prolapse repair?
8      A.   Very safe and effective.
9      Q.   And that's in terms of your experience.
10  What about your review of the medical literature?
11  What has that informed your opinions in terms of the
12  safety and efficacy of those products?
13      A.   I feel comfortable with the reviews that I
14  have done both while I was placing the mesh and since
15  the follow-up, the 17-year follow-up with TVT, we've
16  had good safe effective mesh.  I have no qualms with
17  using the product.
18      Q.   Let me ask you this:  There was a good bit
19  of questioning about the overall recurrence rate of
20  prolapse following surgical repair.  Do you remember
21  the various studies counsel opposite showed you
22  suggesting that there's actually a relatively low
23  recurrence rate following a native tissue repair?
24      A.   Yes, I remember that question.

## Page 233

1      Q.   In your report you cite and rely on the
2  Cochrane review; is that correct?
3      A.   Correct.
4      Q.   And that's a systematic review; correct?
5      A.   Meta-analysis, yes.
6      Q.   And do you consider that to be -- strike
7  that.
8      On the pyramid of evidence that we've talked
9  about, where does that fall?
10      A.   It's at the pinnacle.
11      Q.   Are you aware of any evidence you could rely
12  on that would be more authoritative than a systematic
13  review like the Cochrane analysis?
14      A.   Not anything more.
15      Q.   And the most recent one pertaining to
16  prolapse repair is from 2016; is that correct?
17      A.   Correct.
18      Q.   I'll direct your attention to it.  We're on
19  page 2 of the Cochrane analysis.
20      A.   Yes.
21      Q.   And I'll just direct your attention to this
22  small paragraph on page 2.  It reads:
23          "Recurrent prolapse on
24          examination was less likely

Marshall Shoemaker, M.D.

Page 234

1    after mesh repair.  This
2    suggests that if 38 percent
3    of women have recurrent
4    prolapse after native tissue
5    repair, between 11 and 20
6    percent will do so after mesh
7    repair."
8         Did I read that correctly?
9    A.   Yes.
10    Q.   And how does this inform your opinion about
11   the relative rates of recurrence following a native
12   tissue repair versus a mesh repair when treating
13   prolapse?
14    A.   A mesh repair is much more successful.
15    Q.   And there were a couple of various articles
16   that counsel opposite showed you that I don't think
17   were cited in your report.  I want to direct your
18   attention to Exhibit 17, for example.  Just because I
19   have it handy, I'm going to show you mine.
20    A.   Which one is it?
21    Q.   This is the Feiner article --
22    A.   Uh-huh (positive response).
23    Q.   -- that counsel opposite was asking you
24   questions about.  And I just want to direct your

Page 235

1    attention to the very first paragraph.  This author
2    acknowledges at the beginning of the paper that:
3         "High failure rates after
4         conventional surgeries for
5         pelvic organ prolapse have
6         led to the introduction of
7         graft materials to the field
8         of pelvic floor
9         reconstruction, aiming to
10        reinforce the native issues
11        and achieve improved
12        functional and anatomical
13        outcomes."
14        Did I read that correctly?
15    A.   That's correct.
16    Q.   Doctor, do you agree that Dr. Feiner in his
17   article is acknowledging that there is a high failure
18   rate for conventional prolapse surgery, hence the need
19   to try to augment it with graft material?
20    A.   Yes.  And I also know in my experience I
21   found the same thing.
22    Q.   And let me direct your attention to
23   Exhibit 20.  This is the monkey study by Dr. Feola
24   that counsel opposite showed you.  Do you remember

Page 236

1    that study?
2    A.   Yes.
3    Q.   And this study examined Gynemesh PS and
4    Ultrapro; correct?
5    A.   Correct.
6    Q.   But I'll note for you at the very beginning
7    of the paper in the introduction even these authors
8    write:
9         "Of these women, an estimated
10        13 percent will require a
11        repeat operation within five
12        years, and as many as 29
13        percent will undergo another
14        surgery for prolapse or a
15        related condition at some
16        point during their life."
17        Did I read that correctly?
18    A.   Correct.
19    Q.   How does this statement inform your opinion
20   regarding the relative risk of recurrent prolapse
21   following prolapse surgery?
22    A.   It confirms my opinion.
23    Q.   Doctor, you were also shown Exhibit 23.  And
24   this is the Altman study.  And I believe this is a

Page 237

1    study that you cite in your expert report; is that
2    correct?
3    A.   Yes; correct.
4    Q.   And this is a study that is reliable and
5    authoritative in your field of medicine; is that
6    correct?
7    A.   It is my opinion, yes.
8    Q.   And you were asked various questions about
9    this study.  But I want to direct your attention to
10   the conclusion.  And by the way, this is a randomized,
11   multicenter controlled trial; correct?
12    A.   Correct.
13    Q.   And in terms of evidence-based medicine,
14   where would a study like this fall on the spectrum?
15    A.   It would be like number 3, very high.
16    Q.   Relatively high?
17    A.   Very high.
18        MR. RESTAINO:  This is Feiner?  I'm sorry?
19        MR. WALKER:  No.  Now we're on Altman.
20        MR. RESTAINO:  Altman?
21        MR. WALKER:  Yeah.  I moved on, Exhibit 23.
22    Q.   So the only type of data that would
23   supersede this in terms of its level of authority
24   would be that from a systematic review or a

Page 238

1 meta-analysis; is that correct?
2    A.   Correct.
3    Q.   And these authors concluded -- and I'm just
4 going to read from the conclusion on page 1835:
5         "In summary, use of a
6         standardized trocar-guided
7         transvaginal mesh kit
8         resulted in a significantly
9         higher rate of treatment
10        success than did traditional
11        colporrhaphy for repair of
12        anterior vaginal wall
13        prolapse."
14        Did I read that correctly?
15    A.   Yes, you did.
16    Q.   And this is a conclusion in which you
17 relied on when you were forming your opinions;
18 correct?
19    A.   Absolutely.
20    Q.   And these authors in this peer-reviewed,
21 randomized controlled trial, their conclusion is
22 consistent with your opinions; correct?
23    A.   Yes.
24    Q.   You were also shown the 2013 --

Page 239

1    A.   Cochrane.
2    Q.   -- Cochrane.
3    A.   Yes.  That was 11.
4    Q.   You were shown it twice.  And what I want to
5 do is show you the second version of that.
6    A.   Here it is.  It's 13.
7    Q.   Exhibit 25 I think it is.
8    A.   No.  This is 16.  Sorry.
9    Q.   So do you remember counsel opposite asking
10 you about the fact that Cochrane is looking at the
11 Iglesia/Withagen trials?
12    A.   Yes.
13    Q.   In addition to the Halaska trial?
14    A.   Correct.  That I've quoted in there.
15    Q.   That you quote in there.  And I believe
16 counsel opposite was making the point that according
17 to Cochrane, there's no statistical significance in
18 terms of the relative rates of recurrence between
19 mesh-based prolapse repair and nonmesh prolapse
20 repair.  Do you remember those questions?
21    A.   I remember those questions, yes.
22    Q.   But is it fair to say, Doctor, that you cite
23 in your report additional studies that are not
24 included in this analysis that Cochrane was

Page 240

1 performing?
2    A.   Yes.
3    Q.   For example, the -- now it's my turn -- the
4 Reis Brandao da Silveira study?  I think he said it
5 better.
6    A.   Yeah.
7    Q.   That study is a study that you relied on and
8 cite in your report but is not a part of this Cochrane
9 analysis?
10    A.   Yes.
11    Q.   And the same would be true of 2015's Svabik
12 study; correct?
13    A.   Correct.
14    Q.   Both of those studies compared the success
15 rates following mesh and nonmesh prolapse repair;
16 correct?
17    A.   Correct.
18    Q.   And their conclusions are consistent with
19 your opinion in this case; correct?
20    A.   Correct.
21    Q.   And these are all authoritative and reliable
22 peer-reviewed, randomized controlled trials; correct?
23    A.   Correct.
24    Q.   Do you remember being asked questions about

Page 241

1 why Prolift+M was developed by Ethicon?
2    A.   Yes.
3    Q.   Very briefly, Doctor, from your review of
4 the medical literature coupled with your experience,
5 did you find there to be an actual significant
6 difference in terms of complication or success rates
7 between Prolift and Prolift+M?
8    A.   I did not find that at all.
9    Q.   Is it fair to say you found both to be safe
10 and effective products?
11    A.   Both were safe and effective.
12    Q.   And you were asked a number of questions
13 about articles that were not cited in your report or
14 were not on your reliance list.  Do you remember that?
15    A.   Yes.
16    Q.   Doctor, when you were writing your report,
17 formulating your opinions in this case, was it
18 important to you to consider the spectrum of
19 literature on the topic --
20    A.   Yes.
21    Q.   -- at hand?
22    A.   Yes.
23    Q.   And would you agree that there are going to
24 be outlier studies on both ends of the spectrum?

Marshall Shoemaker, M.D.

Page 242

1    MR. RESTAINO: Objection.
2    A.   Yes.
3 BY MR. WALKER:
4    Q.   In other words, let's take erosion rates for
5 example. You could have a 7 to 10 percent erosion
6 rate or exposure rate reported in a significant block
7 of literature, but you could also have literature that
8 shows a 1 percent rate and literature that shows a 20
9 percent rate; correct?
10   A.   Yes; correct.
11   Q.   What is the important criteria for you for
12 deciding what literature is going to guide your
13 ultimate opinions?
14   A.   I like the meta-analysis. It's strong. I
15 like the strength of the study. I also like my own
16 experience. And I like what I find clinically when I
17 do the procedure and when I see the patients and see
18 them for follow-up.
19   Q.   When you were formulating your opinions in
20 this case and writing your report, did you consider
21 medical literature that did not support your
22 conclusions?
23   A.   Yes.
24   Q.   And you read and considered literature that

Page 243

1 did; correct?
2    A.   Yes; correct.
3    Q.   So you were asked some questions about
4 whether or not the IFUs for Prolift -- well, strike
5 that.
6        You were asked some questions in general
7 about Ethicon's IFUs. Do you remember that?
8    A.   Yes.
9    Q.   Those questions pertained to whether or not
10 there was information about frequency or severity in
11 those IFUs?
12   A.   Correct. And percentages.
13   Q.   Doctor, you had extensive experience
14 teaching other doctors Ethicon prolapse procedures;
15 correct?
16   A.   Yes.
17   Q.   Approximately how many professional
18 education events did you teach?
19   A.   Probably 20.
20   Q.   Would that be all over the country?
21   A.   All over the lower -- the south. It may
22 have been more than that. I'm not sure. From 2005 to
23 probably 2008, it was at least once a month.
24       MR. WALKER: So I'm going to mark as

Page 244

1 Exhibit 29 what's called the Prolift Surgeon's
2 Resource Monograph.
3        (EXHIBIT 29 WAS MARKED
4        FOR IDENTIFICATION.)
5 BY MR. WALKER:
6    Q.   Doctor, this is a document that you're
7 familiar with; correct?
8    A.   Yes.
9    Q.   In fact, Exhibit 29 is a bound copy of the
10 monograph that you personally possess; correct?
11   A.   Correct.
12   Q.   And is it something that Ethicon provided to
13 you before you were ever involved in mesh litigation?
14   A.   Yes.
15   Q.   How did you come about obtaining this
16 document?
17   A.   They gave it to me as a preceptor.
18   Q.   And so what's the purpose of this document?
19   A.   It just -- it's to educate the educators.
20   Q.   And what type of information is contained in
21 it?
22   A.   Everything from all the complication
23 possibilities, all the risks, the patients to use it
24 on, and also the IFU.

Page 245

1    Q.   So let me back up. The IFU was part of the
2 information Ethicon would provide to doctors,
3 including yourself, at any prof ed event?
4    A.   Absolutely.
5    Q.   And so even before you were involved in the
6 litigation, you were familiar with the IFUs for the
7 prolapse products that you used?
8    A.   Yes.
9    Q.   Would that include the Gynemesh PS IFU?
10   A.   Yes, it would include that.
11   Q.   You seemed uncertain answering that question
12 earlier. Was that because you didn't read that IFU a
13 couple of months ago?
14   A.   Yes.
15   Q.   But you were familiar with it from your
16 experience in the 2000s using Gynemesh PS?
17   A.   Very much. Very much.
18   Q.   With regard to the Surgeon's Resource
19 Monograph, Doctor, is it fair to say that -- well,
20 strike that.
21       You read this; correct?
22   A.   Correct.
23   Q.   And this is something that you were familiar
24 with --

Marshall Shoemaker, M.D.

Page 246

1    A.    Yes.
2    Q.    -- before the litigation began?
3    A.    Absolutely.
4    Q.    And this discusses various potential
5  postoperative complications that can occur following
6  the use of Prolift; correct?
7    A.    Exactly, yes.
8    Q.    And this would apply to Prolift+M as well;
9  correct?
10   A.    Exactly.
11   Q.    And a surgeon would understand that;
12  correct?
13   A.    Correct.
14   Q.    And this discusses postoperative risks of
15  hemorrhage, hematoma, fistula, infection, urinary
16  retention, mesh exposure and erosion, dyspareunia and
17  vaginal pain; correct?
18   A.    Correct.
19   Q.    In addition to just discussing these risks,
20  would you agree, Doctor, that Ethicon provided
21  information to doctors like yourself about the
22  frequency and severity of those risks within the
23  monograph?
24   A.    Yes.

Page 247

1    Q.    And for example, there was some discussion
2  about the erosion rate earlier.  Do you remember that
3  discussion?
4    A.    Yes.
5    Q.    Doctor, I'll just direct your attention to
6  page 8 of the Prolift monograph.  The first sentence
7  of the last paragraph it reads:
8         "This is to be contrasted
9         with the known occurrence of
10        simple vaginal mesh exposure.
11        It occurs in approximately 3
12        to 17 percent of cases."
13        Did I read that correctly?
14   A.    You read that correctly.
15   Q.    So Ethicon is telling doctors like yourself
16  that even up to 17 percent of the time in some reports
17  you could have an exposure?
18   A.    Yes.
19   Q.    And then we'll look -- do you remember being
20  asked questions about where Ethicon was getting their
21  information?
22   A.    Yes.
23   Q.    And do you see here on pages 10 and 11 -- we
24  have a chart on page 10 that identifies various

Page 248

1  studies and exposure and success rates?
2    A.    Yes.
3    Q.    And then on page 11, Doctor, do you see we
4  have citations to 29 different studies on pages 11 and
5  12?
6    A.    Yes.
7    Q.    Do you see that, Doctor?
8    A.    Yes.
9    Q.    This is referring to peer-reviewed medical
10  literature; correct?
11   A.    Correct.
12   Q.    Like the kind that you cited in your report;
13  correct?
14   A.    Correct.  I used part of this in my report.
15   Q.    And this is information that you would have
16  been providing to other doctors as well?
17   A.    Absolutely.
18   Q.    And when you were forming your opinions
19  about the safety and efficacy of Prolift, this is
20  information that you would have been reviewing and
21  relying on?
22   A.    Yes.
23   Q.    Doctor, are all of the opinions that are
24  contained in your Gynemesh PS Prolift, Prolift+M and

Page 249

1  Prosima report held to a reasonable degree of medical
2  certainty?
3    A.    Yes.
4    Q.    Are all of the opinions in your report and
5  those that you testified to here today, are they based
6  on your experience, your education and training, and
7  your review of the medical literature?
8    A.    Yes.
9        MR. WALKER:  That's all of the questions I
10  have for now.  But I will reserve the right to follow
11  up at the end of tomorrow's deposition with some other
12  lines of questioning.
13        MR. RESTAINO:  A couple of follow-up
14  questions.  Now it gets to the point where it's like a
15  tennis match.
16             EXAMINATION
17  BY MR. RESTAINO:
18   Q.    You were asked a couple of questions about
19  the Altman study, the randomized controlled trial, and
20  you were asked about it being at the top of the
21  pyramid other than the meta-analysis.
22   A.    Correct.
23   Q.    If you need to take a look at it, can you
24  just confirm that Altman had a one-year follow-up, did

Marshall Shoemaker, M.D.

1  it not?

2  A.  I believe it's one year.

3  Q.  Are you comfortable enough testifying to

4  that or do you want to see --

5  A.  Let me look at it real quick just to make

6  sure.

7  Q.  Sure.

8  MR. WALKER:  I just had it.  Here it is.

9  Here it is.

10  A.  12 months, sorry, yes.  12 months.

11  BY MR. RESTAINO:

12  Q.  Same thing as one year?

13  MR. WALKER:  He's agreeing with you.

14  A.  I'm agreeing with you.

15  BY MR. RESTAINO:

16  Q.  I know.  I'm teasing.  It's not a one-year

17  follow-up, it's 12 months.

18  A.  Yes, 12 months, one year.

19  Q.  And then you were asked some questions about

20  the Cochrane 2016.

21  A.  Right.

22  Q.  And before we look at that, 2013 is where

23  you and I spent quite a bit of time on Halaska, and

24  Iglesia and Withagen, and opposing counsel asked you,

1  well, now, that didn't include Svabik --

2  A.  Right.

3  Q.  -- and dos Reis Brandao da Silveira;

4  correct?  Or something like that.

5  MR. WALKER:  The poor court reporter.

6  BY MR. RESTAINO:

7  Q.  If you would just take a look at both of

8  those for one moment.

9  A.  Yes.

10  Q.  We'll call them Svabik and the other one.

11  A.  Yeah.

12  Q.  What year were they published?

13  A.  Svabik was 2014 and the other was 2015.

14  Q.  So they couldn't have been included in the

15  2013 Cochrane review; correct?

16  A.  Correct.

17  Q.  Now, on the 2016 review is I think where

18  counsel asked you about it being the top and finding

19  38 percent of something, and I kind of got lost there

20  where you were.  I apologize.  I didn't want to

21  interrupt you.  But if you would turn to the Maher

22  2016, and it's what they call page 2 after the table

23  of contents.

24  A.  Yep.

1  Q.  If you look down the middle of the page, now

2  they discuss vaginal surgery with mesh versus without

3  mesh.  Do you see that?

4  A.  Biologic graft versus native tissue repair.

5  MR. WALKER:  Maybe we're on a different page

6  2.

7  BY MR. RESTAINO:

8  Q.  This is Maher, Surgery for Women with Apical

9  Vaginal Prolapse review.

10  A.  No.  No, no.  This Maher is Cochrane 2016.

11  Q.  Yeah.  So is this.

12  A.  This is Transvaginal Mesh and Grafts

13  Compared with Native Tissue Repair for Vaginal

14  Prolapse.  You gave me another that was Feiner and

15  Maher.

16  Q.  Yeah.  This one is Maher, Feiner, Baessler.

17  A.  Yeah, that's it.

18  MR. WALKER:  John, is this the same thing

19  that you're looking at?  (Indicating.)

20  MR. RESTAINO:  No.  Look at this.

21  (Indicating.)  Cochrane Review, Maher, 2016.

22  MR. WALKER:  I mean what he was citing

23  from -- I'll show it to you.  This is his page 2.  And

24  I was directing him over here.  (Indicating.)

1  BY MR. RESTAINO:

2  Q.  So apparently in the same year the authors

3  published two Cochrane reviews.  For this one there's

4  vaginal surgery with mesh versus without mesh.  And

5  they look at six randomized controlled trials.

6  A.  This is all mesh versus -- absorbable mesh

7  versus native tissue and biologic graft versus native

8  tissue.

9  Q.  Well, that's really interesting.  The

10  questions when I gave you the exhibit is this one.

11  A.  But I was using this one.

12  Q.  Okay.

13  MR. WALKER:  I didn't appreciate at the time

14  there was a difference.

15  MR. RESTAINO:  No.  Neither did I.  Because

16  this has -- when it's comparing vaginal surgery with

17  mesh versus without mesh, first is awareness of

18  prolapse.

19      "There may be little or no

20      difference between the groups

21      for this outcome.  Odds ratio

22      of 0.35 to 3.0.  The

23      confidence interval was wide,

24      suggesting if 18 percent of

Page 254

1  women are aware of prolapse

2  after surgery without mesh,

3  between 6 percent and 59

4  percent will be aware of

5  prolapse after surgery with

6  mesh."

7      Is that included in your document at all?

8      MR. WALKER:  Well, I mean it may be in this.

9  It's a very large document that we have here.  We

10  would just have to go through it to find that.

11     MR. RESTAINO:  Okay.

12     MR. WALKER:  I mean we can both do our

13  homework on this, and you can certainly follow up

14  tomorrow on this.

15     MR. RESTAINO:  Okay.  We can do that.  I'll

16  just spend a moment or two on it.  Because this is a

17  2016 Cochrane review, and it's got some other

18  conflicting data, which is what you're saying, which

19  is why I guess I was so confused.

20     MR. WALKER:  Can we go off the record?

21     (A DISCUSSION WAS HELD OFF THE RECORD.)

22     MR. RESTAINO:  I don't have any further

23  questions.

24     MR. WALKER:  Nor do I.  We'll resume

Page 255

1  tomorrow.

2      (THE DEPOSITION OF MARSHALL SHOEMAKER, M.D.,

3      WAS ADJOURNED AT APPROXIMATELY 3:13 P.M.

4      ON JULY 21, 2017.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 256

1      C E R T I F I C A T E

2

3      I do hereby certify that the foregoing

4  proceedings were taken down by me and transcribed

5  using computer-aided transcription and that the

6  foregoing is a true and correct transcript of said

7  proceedings.

8      I further certify that I am neither of

9  counsel nor of kin to any of the parties, nor am I in

10  anywise interested in the result of said cause.

11     I further certify that I have earned the

12  certifications awarded by the National Court Reporters

13  Association of RPR,RMR,RDR,CRR,CRC,RSA and am duly

14  licensed by the Alabama, Illinois, Louisiana and

15  Mississippi Boards of Court Reporting as a Certified

16  Court Reporter.

17

18

19

        _____

20     DEBRA AMOS ISBELL, CCR,RDR,CRR

        ALABAMA - ACCR #21 (expires 9/30/17)

21     ILLINOIS - CSR #084.004798 (expires 5/31/19)

        LOUISIANA - CCR #2014003 (expires 12/31/17)

22     MISSISSIPPI - CSR #1809 (expires 4/10/18)

        NCRA (expires 12/31/2017)

23     COURT REPORTER, NOTARY PUBLIC (expires 7/6/20)

        STATE OF ALABAMA AT LARGE

24

Page 257

1      CERTIFICATE OF WITNESS

2

3  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY

4  LITIGATION  2:12-M-02327

5

6      I, MARSHALL SHOEMAKER, M.D., do hereby

7  certify that on this _____ day of _____

8  2017 I have read the foregoing transcript and to the

9  best of my knowledge it constitutes a true and

10  accurate transcript of my testimony taken on oral

11  examination on July 21, 2017.

12

13

14

15

16

        _____

17     MARSHALL SHOEMAKER, M.D.

18

        DATE: _____

19

20

21

        _____

22     WITNESS TO SIGNATURE

23

24

Page 258

1       CERTIFICATE OF CHANGE

2   ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY

3   LITIGATION  2:12-M-02327

4       I, MARSHALL SHOEMAKER, M.D., the witness,

5   have read the testimony contained herein and hereby

6   request the following changes be made:

7   PAGE  LINE              CHANGE          TO

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  Subscribed and sworn to before me this _____ day of

    _____ 20___.

20

    My Commission Expires:

21

         _____

22          MARSHALL SHOEMAKER, M.D.

23

         _____

24          NOTARY PUBLIC

Page 259

1       CERTIFICATE OF CHANGE

2   ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY

3   LITIGATION  2:12-M-02327

4       I, MARSHALL SHOEMAKER, M.D., the witness,

5   have read the testimony contained herein and hereby

6   request the following changes be made:

7   PAGE  LINE              CHANGE          TO

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  Subscribed and sworn to before me this _____ day of

    _____ 20___.

20

    My Commission Expires:

21

         _____

22          MARSHALL SHOEMAKER, M.D.

23

         _____

24          NOTARY PUBLIC