# EXHIBIT E

Marshall Shoemaker, M.D.

```
 1           IN THE UNITED STATES DISTRICT COURT
 2        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                  CHARLESTON DIVISION
 4    _____
 5   IN RE:  ETHICON, INC.,   MASTER FILE NO. 2:12-MD-02327
     PELVIC REPAIR SYSTEM     MDL NO. 2327
 6   PRODUCTS LIABILITY       JOSEPH R. GOODWIN
     LITIGATION               U.S. DISTRICT JUDGE
 7
     _____
 8   THIS DOCUMENT RELATES
     TO ALL WAVE 5 AND
 9   SUBSEQUENT WAVE CASES        General re Prolift+M,
     AND PLAINTIFFS:              Prosima, TVT-O and
10                                 TVT-Exact matter
     Monnica Reyes
11   Case No. 2:12cv06141
12   Shirley Terrebonne
     Case No. 2:12cv07779
13
     Jodi Valverde
14   Case No. 2:12cv07999
     _____
15
     VOLUME II OF DEPOSITION OF MARSHALL SHOEMAKER, M.D.
16          PURSUANT TO NOTICE OF DEPOSITION
17           Taken on Behalf of Plaintiffs
18   DATE TAKEN:    July 22, 2017
     TIME:          8:07 a.m. - 11:09 a.m.
19   PLACE:         Holiday Inn Express, 19751
                    South Greeno Road, Fairhope,
20                  Alabama
21
             Examination of the witness taken before:
22
                 Lynn Robinson-Dykes, CCR
23                GOLKOW LITIGATION SERVICES
             Ph - 877-370-3377   Fax - 917-591-5672
24                   deps@golkow.com
```

Page 261

1    A P P E A R A N C E S
     FOR THE PLAINTIFFS:

2

3       RESTAINO LAW, LLC
        1011 S. Josephine St.
        Denver, CO 80209
4       303-839-8000
        BY: JOHN M. RESTAINO, JR., ESQUIRE
5       D.P.M., J.D., M.P.H.
        jrestaino@restainollc.com

6

     FOR THE DEFENDANTS:

7

        BUTLER SNOW, LLP
8       1020 Highland Colony Parkway
        P.O. Box 6010
9       Ridgeland, MS 39158-6010
        601-948-5711
10      BY: JORDAN N. WALKER, ESQUIRE
        jordan.walker@butlersnow.com

11

12

13

14

15

16

17      LYNN ROBINSON-DYKES, CCR
        COURT REPORTER

18

19

20

21

22

23

24

Page 262

1          I N D E X

2

3    DEPOSITION OF MARSHALL SHOEMAKER, M.D., 7/22/2017

4

5          EXAMINATION INDEX
6    BY MR. RESTAINO . . . . . . . . . . . . . . . 264
7    BY MR. WALKER . . . . . . . . . . . . . . . 370
8    BY MR. RESTAINO . . . . . . . . . . . . . . . 395
9

10         EXHIBIT INDEX
11   30  Maher, Cochrane 2016 study        264
     31  Milani reference: "Trocar-guided Mesh
12       Repair of Vaginal Prolapse Using Partially
         Absorbable Mesh: 1 Year Outcomes"    278
13   32  Milani reference: "Medium-Term Clinical
         Outcomes Following Trocar-Guided Mesh
14       Repair of Vaginal Prolapse Using Partially
         Absorbable Mesh"            280
15   33  Zyczynski study              291
     34  de Tayrac reference: "Basic Science and
16       Clinical Aspects of Mesh Infection in
         Pelvic Floor Reconstructive Surgery"   299
17   35  Klinge, et al. reference: "Foreign Body
         Reaction to Meshes Used for the Repair of
18       Abdominal Wall Hernias"          304
     36  Nolfi reference: "Host Response to
19       Synthetic Mesh in Women with Mesh
         Complications"              311
20   37  Thames, Ong reference: "The Myth: In Vivo
         Degradation of
21       Polypropylene-Based Meshes"       321
     38  Email: Ethicon Mesh .07226481-Ethicon
22       (Burkley) response to Clavé paper re
         degradation, March 2012        336
23   39  Brubaker: "Adverse Events Over Two Years
         after Retropubic or Transobturator
24       Midurethral Sling Surgery: Findings from

Page 263

1    Study"                342
     40  Schimpf reference: "Sling Surgery for
2    Stress Urinary Incontinence in Women: A
     Systematic Review and Metaanalysis"    360
3    41  Bjorn Holdo study: "Long-Term Clinical
     Outcomes with the Retropubic Tension-Free
4    Vaginal Tape Procedure Compared to Burch
     Colposuspension for Correcting Stress
5    Urinary Incontinence"          383
6    42  Study by Kurkijarvi: "Reoperations for
     Female Stress Urinary Incontinence, a
7    Finnish National Register Study"      384
     43  Position Statement issued by AUGS and SUFU
8    from 2016                 386

9

10

11

12

13

14

15

16        I, Lynn Robinson-Dykes, Commissioner

17   and Court Reporter, certify that on this date, as

18   provided by the Federal Rules of Civil Procedure,

19   there came before me at the Holiday Inn Express,

20   19751 Greeno Road, Fairhope, Alabama, on July 22,

21   2017, commencing at 8:07 a.m., MARSHALL

22   SHOEMAKER, M.D., witness in the above cause, for

23   oral examination, whereupon the following

24   proceedings were had:

Page 264

1    (THIS DEPOSITION WAS TAKEN PURSUANT TO THE

2    FEDERAL RULES OF CIVIL PROCEDURE. READING

3    AND SIGNING BY THE WITNESS IS RESERVED.)

4

5        MARSHALL SHOEMAKER, M.D.,

6    was previously sworn and testified as

7    follows:

8        EXAMINATION

9    BY MR. RESTAINO:

10   Q.    Okay. Good morning, Dr. --

11   A.    Good morning.

12   Q.    -- Shoemaker. Welcome back.

13        I'd like to start the day with

14   basically close to where we finished yesterday as

15   we continue to talk about prolapse, and that is

16   the Maher, Cochrane 2016 study that's titled

17   "Transvaginal Mesh or Grafts Compared with Native

18   Tissue Repair for Vaginal Prolapse (Review)," and

19   I will have this marked as next.

20        (Defendant's Exhibit Number 30 was

21        marked for identification.)

22   MR. RESTAINO:

23        30.

24   MR. WALKER:

Marshall Shoemaker, M.D.

Page 265

1    All right.
2  MR. RESTAINO:          .
3  Q.    Do you need a copy of it?
4  A.    I have it.
5  MR. RESTAINO:
6    Okay.  I just made -- and what I'm
7  making -- that's where I put it.  I just made --
8  Jordan, for the record, again, instead of
9  printing out the hundred-and-something pages,
10  what I've done is the cover page, and then I
11  realized I didn't delete two pages of the table
12  of contents, and then there is the initial page
13  with the abstract starting on the bottom and then
14  page -- they call page 2.
15  MR. WALKER:
16    Got it.
17  MR. RESTAINO:
18  Q.    And I'm really, Doctor, just going to
19  address your attention to page 2.
20  A.    Got it.
21  Q.    Now, you see right at the top of the
22  page, they talk about awareness of prolapse of
23  one to three years was less likely after mesh
24  repair?  Do you see that, sir?

Page 266

1  A.    Right.
2  Q.    And do you see that there is --
3  afterwards, they talk about the relative risks
4  and the 12 randomized controlled trials, and they
5  state moderate quality evidence?
6  A.    Yes.
7  Q.    And they do that each time, don't they?
8  They rate the evidence as to whether it's -- or
9  as they state here, moderate quality or they say
10  weak or poor in some places; correct?
11  A.    Yes.
12  Q.    Or low quality?
13    Okay.  Now, you were asked yesterday
14  about one aspect of it.  I think it's the one,
15  two, third paragraph.  Which forgive me if I'm
16  wrong, but I think you were asked by defense
17  counsel about recurrent prolapse on examination
18  was less likely after mesh repair, and there is a
19  relative risk of 0.40.  Do you see that?
20  A.    Yes.
21  Q.    Now, do you see at the end of it, it
22  states low quality evidence?
23  A.    Yes.
24  Q.    And what does that indicate to you as

Page 267

1  an expert?
2  A.    The data that -- as they quantified the
3  data, there were some criteria that made it low
4  quality.  It wasn't a big enough study -- it must
5  have not been a big enough study.  There's
6  different things that would make it low quality.
7  Q.    Okay.
8  A.    It just may not have been available
9  more than the fact that it's a bad study.
10  Q.    Okay.  And, in fact, the second to --
11  underneath absorbable mesh versus native tissue
12  repair --
13  A.    Right.
14  Q.    First of all, absorbable mesh is some
15  of the other types of mesh that we'll be talking
16  about today; is that correct?
17  A.    Right.  Yes.
18  Q.    And you see at the bottom or the one,
19  two, third sentence there again, recurrent
20  prolapse on examination was less likely in the
21  mesh group, and at the end it says low quality
22  evidence once again --
23  A.    Right.
24  Q.    -- correct?

Page 268

1  A.    Correct, and that's for absorbable
2  mesh.
3  Q.    Yes.
4  A.    Okay.
5  Q.    Now, underneath there, the authors
6  write conclusions; correct?
7  A.    Correct.
8  Q.    And you see the first paragraph says:
9  "While transvaginal permanent mesh is associated
10  with lower rates of awareness of prolapse, repeat
11  surgery for prolapse, and prolapse on examination
12  than native tissue repair, it is also associated
13  with higher rates of repeat surgery for prolapse
14  or stress urinary incontinence or mesh exposure
15  (as a composite outcome), and with higher rates
16  of bladder injury at surgery and de novo stress
17  urinary incontinence.  The risk-benefit profile
18  means that transvaginal mesh has limited utility
19  in primary surgery.  While it is possible that in
20  women with higher risk of recurrence the benefits
21  may outweigh the risks, there is currently no
22  evidence to support this position."
23    Did I read that correctly?
24  A.    Yes, you did.

Marshall Shoemaker, M.D.

Page 269

1  Q.      Now, the second to the last sentence,
2  they write: "The risk-benefit profile means that
3  transvaginal mesh has limited utility in primary
4  surgery."
5       As a gynecologist, what is primary
6  surgery?
7  A.      The first surgery that's done for
8  prolapse.
9  Q.      So if a patient came in that you
10  operated on who has a prolapse after her surgery,
11  would that be a secondary surgery?
12  A.      The second -- that would be a secondary
13  surgery.
14  Q.      Okay.  Okay.  Thank you.
15       And then the next paragraph, they
16  write: "Limited evidence suggests that
17  absorbable mesh may reduce rates of recurrent
18  prolapse on examination compared to native tissue
19  repair, but there was insufficient evidence on
20  absorbable mesh for us to draw any conclusions
21  for other outcomes.  There was also insufficient
22  evidence for us to draw any conclusions regarding
23  biological grafts compared to native tissue
24  repair."

Page 270

1       Did I read that correctly?
2  A.      Yes.
3  Q.      First, the biological grafts, what are
4  they?
5  A.      That would be either xenografts or
6  allografts.  They are either from pig fascia, pig
7  bladder.  The other one could be cadaver.  If
8  it's an allograft, it would be cadaver fascia or
9  cadaver -- usually it's cadaver fascia.
10  Q.      And you are using cadaver fascia --
11  A.      Now.
12  Q.      -- at this time?
13  A.      Now.
14  Q.      Okay.  So they are not saying that's --
15  that the mesh is better than cadaver or one way
16  or the other, they're just saying there is
17  insufficient evidence at this time?
18  A.      Correct.  And this is comparing
19  absorbable mesh, which is different than Prosima
20  or Prolift or Gynemesh.
21  Q.      Okay.  And then they finish with: "In
22  2011, many transvaginal permanent meshes were
23  voluntarily withdrawn from the market, and the
24  newer, lightweight transvaginal permanent meshes

Page 271

1  still available have not been evaluated within a
2  RCT.  In the meantime, these newer transvaginal
3  meshes should be utilized under the discretion of
4  the ethics committee."
5       Did I read that correctly?
6  A.      Yes, you did.
7  Q.      And do you have an ethics committee at
8  your hospital?
9  A.      Yes.
10  Q.      Do they advise you on what mesh you
11  should be using?
12  A.      I have not had that -- been experienced
13  -- I have not had the experience to have to talk
14  to the ethics committee about mesh.
15  Q.      Okay.  All right.  So let's move on to
16  your expert report, sir.
17  A.      Okay.
18  Q.      And --
19  MR. WALKER:
20       Are we done with Cochrane?
21  MR. RESTAINO:
22       We are.
23  A.      Are we on Prosima or where are we?
24  MR. RESTAINO:

Page 272

1  Q.      On page 27 and 28 of your report.
2  A.      Okay.  Uh-huh.  Prosima.
3  Q.      And I think it's the very last
4  sentence, which is why I made it 27, 28.
5       "The overall anatomic success rate of
6  Prolift and Prolift+M was evaluated by Sikirica
7  in 2008."
8       Do you see that?
9  A.      Uh-huh.
10  Q.      Okay.  Now, there is just a listing for
11  Sikirica 2008 in your expert report --
12  A.      Uh-huh.
13  Q.      -- correct?
14       But in your general and supplemental
15  reliance list, you refer to a Sikirica, V., et
16  al, "Treatment Outcomes of the Gynecare Prolift
17  Pelvic Floor Repair System: A Systematic
18  Literature Review."
19       Did I read that correctly?
20  A.      I'm not sure where you are.
21  Q.      I was reading from your general and --
22  reliance list.  Because --
23  A.      Oh.
24  Q.      -- your expert report just says

Marshall Shoemaker, M.D.

Page 273

1 Sikirica 2008.
2 A.      That should be here.  Sorry.
3        What this is, is responsiveness of
4 the PD and PF q months following vaginal
5 prolapse repair augmented by mesh and vaginal
6 support device.  That's Prosima information.
7 MR. WALKER:
8        That may be a typographical.
9 MR. RESTAINO:
10        Okay.  Yeah, because I'm a little
11 confused now.  Where am I getting Sikirica
12 "Treatment Outcomes of the Gynecare Prolift
13 Pelvic Floor Repair System"?
14 MR. WALKER:
15        We have the exhibits from yesterday,
16 I'm sure.  Let me grab the reliance list.
17 A.      I didn't put this together.
18 MR. RESTAINO:
19 Q.      I understand.  This happens all the
20 time.
21 MR. WALKER:
22        It may not be a typo, you're right.
23 They may have put the wrong study in when the
24 paralegals compiled this binder of your articles.

Page 274

1 A.      Right.
2        Yeah, what they put in here is a
3 Sikirica that's associated with Prosima.
4 MR. WALKER:
5        They would have pulled the wrong one,
6 then.
7 A.      Yeah.
8 MR. WALKER:
9        Yeah.
10 MR. RESTAINO:        .
11 Q.      Well --
12 A.      And I'm not going to have another one
13 in here?  Is the other one in here?
14 MR. WALKER:
15        No, they just put the wrong one in
16 there.  So we will pull it off of the --
17 MR. RESTAINO:
18 Q.      Let me -- for what you are referring to
19 or referencing, Sikirica --
20 A.      Uh-huh.
21 Q.      -- Sikirica 2008, is this it here?  And
22 I apologize for not being able to blow that up.
23 Is that your reference?
24 A.      No.  This is a -- it's -- no, this is a

Page 275

1 Sikirica, Zyczynski.
2 MR. WALKER:
3        May I see?
4 MR. RESTAINO:
5        Yes.  You can have that.
6 MR. RESTAINO:
7 Q.      So I pulled up --
8 A.      This is what they put in -- excuse me.
9 I'm sorry.
10 Q.      Okay.
11 MR. WALKER:
12        Yeah, but that's not --
13 A.      No, no.  That's not related to this.
14 They put the wrong one in.
15 MR. RESTAINO:
16 Q.      Okay.  So in your report, when you are
17 -- when you are giving a reference for the
18 overall anatomic success rate of Prolift or
19 Prolift+M, what is the reference?  Do you know?
20 A.      I will be -- it's the Sikirica, but
21 it's a different article, and I have to look at
22 it.  I don't remember the exact details.
23 Q.      Okay.  And do you know if you have it?
24 A.      I don't know if I have it in front of

Page 276

1 me.
2 Q.      Okay.
3 A.      I have seen it.
4 Q.      Let me just ask some --
5 MR. WALKER:
6        He's not going to have it if it's not
7 in his binder.
8 MR. RESTAINO:
9 Q.      What I have pulled and what you just
10 showed me were two abstracts.  Do you know if
11 what you are referring to was an abstract or an
12 actual journal article?
13 A.      I think it was an abstract.
14 Q.      Okay.  Okay.  Now, just talking about
15 abstracts for a moment, they are not a full
16 article with all the data; correct?
17 A.      Correct.
18 Q.      And they are not published like an
19 article in a medical journal?
20 A.      Not that I'm aware of.
21 Q.      And they are not peer-reviewed?
22 A.      I'm not -- I'm not sure.  I don't think
23 they are.
24 Q.      Okay.

Marshall Shoemaker, M.D.

Page 277

1  A.    But I'm not sure.
2  Q.    Next is -- in your expert report, on
3  page 28, paragraph c --
4  A.    Uh-huh.
5  Q.    -- you then write:  "In 2011, Dr.
6  Alfredo Milani and colleagues" --
7       Do you see that?
8  A.    Yes.
9  Q.    " -- including Dr. Piet Hinoul, Judi
10  Gauld, and Vanja Sikirica from Ethicon -
11  published the results of a prospective
12  multi-center cohort study involving 127 patients
13  treated with Prolift+M."
14       Why did you add that these three
15  individuals were from Ethicon, if you recall?
16  A.    Because it was part of the study.
17  Q.    Okay.  So the study itself is titled
18  "Trocar-guided Mesh Repair of Vaginal Prolapse
19  Using Partially Absorbable Mesh:  1 Year
20  Outcomes"; correct?
21  A.    Correct.
22  Q.    Okay.  Good.  We're on the same page.
23       All right.  I'll go ahead and then have
24  this marked as 31, I believe.

Page 278

1       (Defendant's Exhibit Number 31 was
2        marked for identification.)
3  A.    This is from the gray journal, American
4  Journal of OB/GYN.  We call it the gray journal.
5  It's the same thing.
6  MR. RESTAINO:
7  Q.    And you said that yesterday and I
8  forgot to ask you, why is it called the gray
9  journal?
10  A.    Because it's gray.  And there is a
11  green journal.  Which the ACOG is green.  Yeah,
12  very scientific how we came up with that.
13  MR. WALKER:
14       You ask a question, you get an answer.
15  MR. RESTAINO:
16  Q.    Okay.  So in the abstract of this
17  Milani article, the study design is a prospective
18  multicentre cohort study at 11 international
19  sites.
20  A.    Uh-huh.
21  Q.    127 patients with pelvic organ prolapse
22  stage greater than or equal to III had surgery
23  and were evaluated at 3 months and 1 year
24  postsurgery compared with baseline; correct?

Page 279

1  A.    Yes.
2  Q.    So at the 3-month period and the 1-year
3  follow-up period, are both below the 24 minimum,
4  and that was espoused by Benbouzid,
5  B-E-N-B-O-U-Z-I-D, and the published expert
6  opinions of Barber, et al.; correct?
7  A.    Less than 24 months, yes.
8  Q.    If you can turn to 28 and paragraph d
9  of your expert report.
10  A.    Uh-huh.  D, uh-huh.
11  Q.    And again there is another paper by
12  Milani, M-I-L-A-N-I; correct?
13  A.    Uh-huh.
14  Q.    This one's titled "Medium-Term Clinical
15  Outcomes Following Trocar-Guided Mesh Repair of
16  Vaginal Prolapse Using Partially Absorbable
17  Mesh"?
18  A.    Right.
19  Q.    This is published in the International
20  Urogynecological Journal; correct?
21  A.    Correct.
22  Q.    What color is that?
23  A.    I don't know.  Oh, sorry.  It doesn't
24  have a color.  I was just going to say that.

Page 280

1  Q.    Okay.  Now, I'm marking this Milani
2  reference as 32.
3       (Defendant's Exhibit Number 32 was
4        marked for identification.)
5  MR. RESTAINO:
6  Q.    This is another abstract; correct?
7  A.    Correct.  This is a follow-up on this
8  report.
9  Q.    Okay.
10  A.    Got you.
11  Q.    And as an abstract, it doesn't contain
12  all the study data; correct?
13       Let me strike that and let me ask it
14  differently.
15  A.    Yeah.
16  Q.    As you probably are aware from
17  reviewing the literature, most, if not all,
18  studies in the discussion aspect of it -- and I
19  believe yesterday you stated you start off by
20  reading conclusions and discussion and then go
21  through their tables, et al.
22  A.    Correct.
23  Q.    Many times the studies will list the
24  strengths and the weaknesses or limitations of

Marshall Shoemaker, M.D.

Page 281

1  the study; --
2  A.    Right.
3  Q.    -- correct?
4  A.    Correct.
5  Q.    In an abstract, there is not enough
6  room to do that.  So in this abstract, they don't
7  list any weaknesses or limitations of their
8  study, do they?
9  A.    Correct.
10 Q.    And as we previously discussed, the
11 abstracts do not go through the same peer-review
12 as a published article; correct?
13 A.    Correct.
14 Q.    Okay.  So, now on page 29 e, 29 of your
15 expert report, paragraph e, you talk about
16 Bhatia, B-H-A-T-I-A, writing:  "Bhatia and
17 colleagues reported on the results of a
18 retrospective cohort study measuring sexual
19 health following surgery with Prolift and
20 Prolift+M."
21 MR. WALKER:
22     You're into Prosima now.
23 MR. RESTAINO:
24     Yeah.

Page 282

1  Q.    The -- the reference is Comparison of
2  Sexual Function Outcomes 1 Year After Undergoing
3  a Transvaginal Mesh Procedure Using Polypropylene
4  Mesh Versus Hybrid Polypropylene/Poligle -- it's
5  P-O-L-I-G-L-E-C-A-P-R-O-N-E Mesh.
6     Did I read that correctly?
7  A.    You read that correctly, and that is
8  +M.
9  Q.    That is +M?
10 A.    Correct.
11 Q.    And at the end of that reference, it
12 says Oral Poster 19; correct?
13 A.    Yes.
14 Q.    Which indicates that this is an
15 abstract that was an oral poster at a meeting?
16 A.    Exactly.
17 Q.    So it's not a peer-reviewed published
18 study; correct?
19 A.    That is correct.
20 Q.    Then on 29 f of your expert report, you
21 write:  "In 2013, Dr. Salil Khandwala reported on
22 his prospective cohort study of patients treated
23 with Prolift+M."
24     Correct?

Page 283

1  A.    Yes.
2  Q.    And do you have that study?
3  A.    Yep.
4  Q.    And -- well, let me ask you, because it
5  might be from your expert report, but this is a
6  13-month follow-up study --
7  A.    Correct.
8  Q.    -- correct?
9  A.    Yes.
10 Q.    And so, once again, it would be less
11 than the 24 months espoused by Benbouzid and
12 Barber's expert opinion; correct?
13 A.    It's not 24 months.
14 Q.    Okay.  And then they report a mesh
15 exposure rate, and you put in your expert report,
16 of 2.2 percent.  Is that correct?
17 A.    Uh-huh.
18 Q.    Now, the 2.2 percent is well below that
19 that was even reported by the Cochrane group that
20 we were discussing yesterday --
21 A.    Right.
22 Q.    -- correct?
23 A.    Yes.
24 Q.    Now, we had a discussion, and defense

Page 284

1  counsel also asked you, about outliers, and you
2  indicated that you don't always include the
3  outliers, whether low or above.  Would you
4  consider this 2.2 percent mesh exposure rate to
5  be a low-ended outlier?
6  A.    It would be low.  I'm not sure it's an
7  outlier.  It's a pretty good study.  But it is
8  low.  I think that mesh -- kind of the overall
9  mesh exposure rate is about 5 to 6 percent in
10 most everything.  So 16 percent is high.  Zero is
11 low.  2 percent is probably -- there's some other
12 data -- there's some other ones that may say
13 2 percent, 2 to 3 percent.
14 Q.    Okay.  Thank you.
15     Now, on page 30 of your expert report,
16 paragraph g, you write:  "Dr. Julie Quemener and
17 colleagues reported on the results of their
18 twenty-month follow-up study of Profit+M use in
19 250 patients in 2014 in the European Journal of
20 Obstetrics & Gynecology and Reproductive
21 Biology."
22     Correct?
23 A.    Correct.
24 Q.    And if you would turn, if you have that

Marshall Shoemaker, M.D.

Page 285

1 study --
2 A.     Uh-huh.
3 Q.     -- to page 196.
4 A.     196.  Yeah.  Got it.
5 Q.     This is first a -- at page 196, on the
6 top right column --
7 A.     Uh-huh.
8 Q.     -- do you see where they write "in our
9 study, comma"?
10 A.     Yes.
11 Q.     "The global rate of reinterventions
12 after transvaginal Prolift+M mesh repair was
13 around 8 percent with a median follow-up of
14 20 months.  The rate of reinterventions for
15 recurrent prolapse was only 1.2 percent after
16 Prolift+M in our series but we must underline it,
17 is certainly underestimated as follow-up was
18 relatively short."
19        Did I read that correctly?
20 A.     Yes, you did.
21 Q.     And so she is, in essence, agreeing
22 with Benbouzid and Barber, et al., that at least
23 here, without her saying 24 months, she's saying
24 that 20 months is a relatively short follow-up

Page 286

1 period --
2 A.     Right.
3 MR. WALKER:
4        Object to the form.
5 MR. RESTAINO:
6 Q.     -- correct?
7        Now, as we discussed yesterday, she
8 says a median follow-up.  So the median means
9 half is less and half is more?
10 A.     Uh-huh.
11 Q.     So in this one study, half the studies
12 -- or half the follow-up was less than
13 20 months --
14 A.     Right.
15 Q.     -- correct?
16 A.     Correct.
17 Q.     Okay.  Now we are moving on to Prosima.
18 A.     Okay.
19 Q.     And if you would turn to page 30 of
20 your expert report.
21 A.     Yes.
22 Q.     And I apologize.  I don't know if it
23 needs to be said, but as per yesterday, if you
24 need to take a break at any time, call time out.

Page 287

1 A.     No problem.
2 Q.     Okay.  Now, Prosima is also removed
3 from the market; correct?
4 A.     Correct.
5 Q.     On page 31, paragraph b --
6 A.     Yep.
7 Q.     -- you write:  "Like Prolift, it
8 underwent many years of study with development
9 and testing of surgical technique, prototype, and
10 mesh configuration.  Studies began in 2004, and
11 the device was not introduced until more than
12 five years later."
13        Did I read that correctly?
14 A.     Yes.
15 Q.     Now, is it your understanding that
16 Prosima, like Prolift and Gynemesh PS, went
17 through the 510(k) approval process?
18 MR. WALKER:
19        I object to the form.
20 A.     I'm not sure.  We talked about this
21 yesterday a little bit.  I believe -- I don't
22 know what -- you talked about predicate before.
23 I think this went through the 510(k), yes.
24 MR. RESTAINO:

Page 288

1 Q.     So if it's approved based upon a
2 predicate, then it doesn't have to go through
3 preclinical, phase 1, phase 2, phase 3, clinical
4 trials; correct?
5 A.     Correct.
6 MR. WALKER:
7        Object to the form.
8 MR. RESTAINO:
9 Q.     So I was a little confused, then.  When
10 you write, "Studies began in 2004, and the device
11 was not introduced until more than five years
12 later," what studies are you referring to?
13 Because they're not referenced.
14 A.     I think they were doing internal
15 studies and they didn't like the results, so they
16 wanted to get more data before they put it out,
17 which was good for the company.
18 Q.     Now, I think -- as we were discussing
19 off the record yesterday, there is such a thing
20 as realtime where I could read through and I
21 could see your answer, but I think you said, I
22 think it went through internal studies.  Do you
23 know that for sure?
24 A.     I'm almost positive.  I don't know all

Marshall Shoemaker, M.D.

Page 289

1 the details about that. I've looked at that
2 before. I want to say it did. I want to say
3 they were doing internal studies and they didn't
4 like the data and they kept -- kept going on it
5 till they got -- till they felt like it was --
6 the data was complete.
7 Q.      Without beating a dead horse, it says:
8 "Like Profit, it underwent many years of study
9 with development ..."
10      Did someone from Ethicon tell you that
11 or where are you getting that from?
12 A.      I must have been told that.
13 Q.      Okay. On page 31 of your expert
14 report, still in paragraph b, you write: "The
15 12- and 24-month Prosima study results
16 demonstrated good efficacy and a positive safety
17 profile." Reference 75.
18      Correct?
19 A.      That's Zyczynski. Yes.
20 Q.      That's who?
21 A.      Zyczynski.
22 Q.      I was wondering how that was going to
23 be pronounced.
24      Okay. Let's go ahead and mark

Page 290

1 Zczynski.
2 MR. WALKER:
3      And Sayer. You are putting that 75
4 reference as two studies? I just want to make
5 sure.
6 A.      Yeah, I think I have them both.
7 MR. WALKER:
8      They put both of them in there?
9 A.      I think they did.
10 MR. RESTAINO:
11      It does, Jordan, and I have that.
12 Thank you for pointing it out.
13 MR. WALKER:
14      Zyczynski and Sayer?
15 MR. RESTAINO:
16      Right.
17 MR. WALKER:
18      I just wanted to make sure they put
19 Sayer in since it's kind of --
20 A.      Since we've got --
21 MR. RESTAINO:
22      Let me see which one of these is best.
23 This one. Let's go ahead and mark the Zyczynski
24 as next.

Page 291

1      (Defendant's Exhibit Number 33 was
2      marked for identification.)
3 MR. RESTAINO:
4 Q.      Okay. How do you pronounce that name?
5 A.      Zyczynski.
6 Q.      Zyczynski. Okay. So Zyczynski is
7 looking at data from 12 to 24 months with
8 Prosima; correct?
9 A.      Correct.
10 Q.      So, as we've now discussed with three
11 papers, less than 24 months is considered
12 short-term, and as Barber said, you cannot draw
13 concrete conclusions from that data; correct?
14 A.      Correct.
15 MR. WALKER:
16      I just want to make sure the record is
17 clear. I think Zyczynski is only looking at
18 12-month data. Sayer is looking at the longer
19 term data.
20 A.      I think it's 29 months for Sayer, too,
21 yeah.
22 MR. WALKER:
23      The Zyczynski is just 12 months.
24 MR. RESTAINO:

Page 292

1 Q.      Okay. So when --
2 A.      One-year assessment. Excuse me.
3 One-year assessment, that's right.
4 Q.      So when you write the 12- and 24-month
5 Prosima study results with reference 75, that's
6 why you have the two references?
7 A.      Correct.
8 Q.      Perfect. Thank you.
9      And, Jordan, thank you.
10      So with Zyczynski, if you look at the
11 article itself, this is a -- was this a
12 retrospective or prospective study?
13 A.      It was a prospective, I believe. Yes.
14 Q.      Okay. There is not a control group;
15 correct?
16 A.      Correct.
17 Q.      And there wasn't any blinding?
18 A.      Correct.
19 Q.      And no randomization?
20 A.      Correct.
21 Q.      With 12 months of follow-up?
22 A.      Correct.
23 Q.      Now, in looking at the Sayer study, and
24 I'm not going to mark it, but if you have it

Marshall Shoemaker, M.D.

Page 293

1 available, that is the one that you are utilizing
2 and referencing for the 24-month data?
3 A.      Correct.  It's medium-term clinical
4 outcomes.
5 Q.      Okay.  Still no randomization?
6 A.      No.  No, there is not, and it says
7 greater than two years following surgery.
8 Q.      Okay.  So it is past the 2 -- 24-month
9 mark, but no randomization, no control group and
10 no blinding --
11 A.      Correct.
12 Q.      -- correct?
13 A.      Yes.
14 Q.      Then about 10 lines down on page 31,
15 paragraph b?
16 A.      This is on my report?
17 Q.      Now back to your report.  I apologize.
18 A.      Okay.  Let me get to that.
19      All right.  31.  Go back.  I'm sorry.
20 Where are we?  31?
21 Q.      On 31 b, 10 lines down.
22 A.      Okay.
23 Q.      It's -- you write:  "There were several
24 studies of Prosima which demonstrated its

Page 294

1 efficacy and safety."
2      Do you see that?
3 A.      Yes.
4 Q.      But there's no references there;
5 correct?
6 A.      Correct.
7 Q.      Can you tell me what studies you were
8 relying upon there?
9 A.      There were just lots of ones I read,
10 and so I didn't document -- I mean, I didn't
11 document that.
12 Q.      Okay.
13      Let's go off the record for one moment.
14 Okay?
15      (Off the record.)
16 MR. RESTAINO:
17 Q.      Okay.  So we are going to go to the
18 section of your expert report now right around 31
19 or so -- I didn't write it down -- where you talk
20 about design defects.
21 MR. WALKER:
22      That's 37.
23 A.      Okay.  Got it.
24 MR. RESTAINO:

Page 295

1 Q.      And there is a section there about
2 cytotoxicity --
3 A.      Uh-huh.
4 Q.      -- correct?  And how -- in your report,
5 how are you defining cytotoxicity?
6 A.      I would say cytotoxicity would be
7 defined as breakdown of the coating of the mesh,
8 if there were any, causing problems with the
9 cells in the vagina.
10 Q.      Causing problems with the cells?  Okay.
11 Because --
12 A.      Yeah.  For whatever reason.
13 Q.      -- my definition of cytotoxicity would
14 be death of cells from something.
15 A.      Okay.  Okay.
16 Q.      And I want to make sure we are using --
17 on the same -- using --
18 A.      What I'm thinking is that that's what
19 the alleged problem is, that this breakdown of
20 the coating and whatever causes the cells to die,
21 the cytotoxicity of the cells.
22 Q.      Okay.  Okay.
23 A.      And I don't agree with that.
24 Q.      Okay.  Would you agree that with deaths

Page 296

1 -- with death of cells from any agent, including
2 bacteria, that -- well, let's use bacteria.  When
3 bacteria gets in the body and our body's
4 responding, the immune system is going to respond
5 with white blood cells, macrophages and all those
6 other critters that come crawling down in battle;
7 correct?
8 A.      Correct.
9 Q.      And in this battle, there's death of
10 bacteria, but also death of the good guys, and
11 the result of all that is pus; agreed?
12 A.      Yes.
13 Q.      Okay.  And would you agree that when
14 any foreign body gets into the body, that there
15 is some degree of a foreign body reaction?
16 A.      Yes.
17 Q.      When they transplant livers, for
18 example, they have to give medication to decrease
19 the immune system; correct?
20 A.      Correct.
21 Q.      And with any foreign body that's
22 implanted, a biofilm will be formed around it by
23 the body?
24 A.      It can.

Marshall Shoemaker, M.D.

Page 297

1  Q.    Correct?
2  A.    That's true.
3  Q.    Okay.  Now, when a foreign body such as
4  a knee implant, artificial heart, finger and toe
5  implants, are put in, those foreign bodies do not
6  have an inherent blood supply; would you agree?
7  A.    Right.
8  Q.    So, therefore, if a -- if an implant of
9  any sort becomes embedded with bacteria,
10 contaminated, even infected, it's more difficult
11 to treat because the immune system cells can't
12 get to it, antibiotics can't really get to it,
13 which is why many times infected knee implants
14 have to be taken out; correct?
15 A.    You are talking about knee implants,
16 not mesh necessarily?
17 Q.    Right now I'm talking about other
18 implants.
19 A.    Got you.  Yes, I agree.
20 Q.    Which is why, for example, individuals
21 with artificial heart valves, when they go in for
22 teeth cleaning, they have to be given
23 prophylactics, antibiotics, to hopefully prevent
24 it from becoming infected?

Page 298

1  A.    That's true.
2  Q.    Does not the same risk apply to mesh in
3  the pelvis and/or vagina?
4  A.    The difference with the mesh is that
5  the mesh has pores in it so that the blood
6  vessels can get -- the blood vessels and the
7  macro -- macrophages and the fibrin can deposit
8  and it can support it, so it becomes part of the
9  tissue.  The way I look at it, it becomes part of
10 the tissue.  It's different than a -- just an
11 inert piece that has no -- that is -- especially
12 because of the large pores.  An inert piece of
13 tissue or of a foreign body, if you will, that
14 doesn't get incorporated with the tissue.  The
15 tissue is the ticket with making mesh different
16 than any other implant.
17 Q.    Okay.  Are you saying, then, that the
18 risk of long-term infection with mesh doesn't
19 exist or is decreased?
20 A.    It's minimal.
21 Q.    Okay.  Now, I want to mark as next a
22 paper I believe you reference.  The last name is
23 d-e, and then capital T a-y-r-a-c?
24 A.    Yes, that name's familiar.  Let me see

Page 299

1  if I have it.  Ah.  Yes.  I have this.
2       (Defendant's Exhibit Number 34 was
3       marked for identification.)
4  MR. RESTAINO:
5  Q.    If you go to the last two sentences, I
6  believe it's the first paragraph, left column.
7  And he talks about chronic infections.  Did I
8  list that correctly?
9  A.    No.  Down on the first page --
10 Q.    Yeah.  You know, I didn't put the page
11 number.  I'm sorry.  Let me bring it up real
12 quick and I will find it.  I apologize.
13 A.    No problem.
14 Q.    Okay.  First of all, this -- the title
15 of this story -- of this article is "Basic
16 Science and Clinical Aspects of Mesh Infection in
17 Pelvic Floor Reconstructive Surgery"; correct?
18 A.    Correct.
19 Q.    And this is, again, in the
20 International Urogynecological Journal (2011),
21 the uncolored journal?
22 A.    Uncolored.
23 Q.    Okay.
24 A.    Rainbow.

Page 300

1  Q.    So if you'd turn to page 776.  My
2  apologies.
3  A.    Yes.  Got it.
4  Q.    Okay.  The first full paragraph on the
5  left.  The paragraph starts "In other words."
6  A.    Uh-huh.
7  Q.    Okay.  If you look down towards the
8  bottom, it's one, two, three, four sentences --
9  four lines up.  He writes "chronic infections."
10 A.    Yes.
11 Q.    Do you see that?
12 A.    Yes.
13 Q.    "Chronic infections may therefore
14 appear several months or even several years after
15 mesh implantation.  The mechanism of chronic
16 infection may also explain the low bacterial
17 density usually found on explanted meshes."
18       Did I read that correct -- correctly?
19 A.    Yes, you did.
20 Q.    And for the record, could you define
21 what is meant by an explanted mesh?
22 A.    When a mesh is removed for whatever
23 reason.  They were doing biologic studies -- I
24 mean they were doing cultures of it and they had

Marshall Shoemaker, M.D.

Page 301

1 low bacteria.
2 Q.     Okay.  You mentioned yesterday, correct
3 me if I'm wrong, that you have removed pieces of
4 mesh but never a full mesh?
5 A.     Never had to remove all the mesh.
6 Q.     Okay.  When you've removed the pieces
7 of mesh, have you sent that to the laboratory for
8 culture?
9 A.     I have not.
10 Q.     So you don't know the bacteria count in
11 those?
12 A.     I do not know my personal count, but I
13 will say, I have never seen mesh that --
14 explanted that had pus around it.
15 Q.     Or what some people would call --
16 A.     Infection.
17 Q.     -- a frank infection?
18 A.     Correct.
19 Q.     Okay.  If we return now again to your
20 expert report, page 37, VI, paragraph A.
21 A.     All right.  Now, tell me again where I
22 am.
23 MR. WALKER:
24     Page 30 -- no.  Page 37?

Page 302

1 MR. RESTAINO:
2 Q.     Page 37, VI, paragraph A.
3 A.     Okay.  Yeah, yeah, yeah.  Sorry.
4 Q.     "The clinical data demonstrates that
5 the knitted, monofilament, lightweight,
6 macroporous Prolene polypropylene mesh is
7 biocompatible, has a minimal inflammatory
8 response, and allows for adequate tissue growth,
9 the mechanism by which mesh ultimately provides
10 the necessary structural support in women with
11 pelvic organ prolapse."
12     Did I read that correctly?
13 A.     Yes.
14 Q.     Now, the mesh, as we discussed
15 yesterday, in all of these mesh devices is the
16 Prolene polypropylene mesh which got its start in
17 the hernia surgery; correct?
18 A.     Correct.
19 Q.     And I believe you -- you mentioned or
20 referenced at one point a Dr. Klinge,
21 K-L-I-N-G-E?
22 A.     Yes.
23 Q.     Do you know who he is?
24 A.     No.

Page 303

1 Q.     Did you -- have you ever read his
2 depositions in the litigation?
3 A.     I have not read his depositions.
4 Q.     I'm going to ask the court reporter to
5 mark as the next -- I think --
6     Where are we, 35, Jordan?
7     Article by Klinge, et al.  "Foreign
8 Body Reaction to Meshes Used for the Repair of
9 Abdominal Wall Hernias."
10 A.     I got you.
11 MR. WALKER:
12     Thank you.
13 MR. RESTAINO:
14     You're welcome.
15 MR. WALKER:
16     This is exhibit what?
17 MR. RESTAINO:
18     35?
19 THE COURT REPORTER:
20     35.
21 MR. WALKER:
22     So the de Tayrac is 34?
23 THE COURT REPORTER:
24     Yes.

Page 304

1 MR. RESTAINO:
2     Yes.
3     (Defendant's Exhibit Number 35 was
4     marked for identification.)
5 A.     And this was 1999.
6 MR. RESTAINO:
7 Q.     Correct.
8 A.     Got you.
9 Q.     So this was before you were even using
10 mesh --
11 A.     Correct.
12 Q.     -- down in the pelvis; correct?
13 A.     Yes.
14 Q.     If you look at the abstract, you see
15 the objective is to investigate the local tissue
16 reactions to meshes that have been removed from
17 humans; correct?
18 A.     Correct.
19 Q.     And under material:  "Samples of 17
20 nonabsorbable meshes (1 polyester, 10
21 polypropylene, 2 reduced polypropylene, and 4
22 polytetrafluorethylene, PTFE) and 1 absorbable
23 mesh (polyglactin 910) that had been implanted
24 for repair of abdominal wall defects."

Marshall Shoemaker, M.D.

Page 305

1    Did I read that correctly?
2 A.    Yes.
3 Q.    So of these studies -- or of these 17
4 meshes, 10 of them are the polypropylene which we
5 are discussing?
6 A.    Correct.
7 Q.    Or Prolene?
8    And then under interventions, he used
9 light and transmission electron microscopy,
10 immunohistochemistry, and histological
11 examination; correct?
12 A.    Yes.
13 Q.    Now, under results, he writes:  "Light
14 microscopy showed chronic inflammatory tissue
15 reaction, even after years, with pronounced
16 differences among materials.  Partial volume of
17 inflammatory cells (percentage) varied from 32 in
18 polypropylene, to 12 in expanded PTFE, 8 in
19 polyester, and 7 in reduced polypropylene."
20    Did I read that correctly?
21 A.    Yes, you did.
22 Q.    So when he's quantifying the volume of
23 inflammatory cells, the greatest percentage was
24 seen with polypropylene in this study?

Page 306

1 A.    Yes, in this study.
2 Q.    Then he writes:  "In meshes implanted
3 for long periods there were still numerous
4 macrophages at the interface between tissue and
5 polypropylene (45 percent), polyester
6 (45 percent), expanded PTFE (25 percent), and
7 reduced polypropylene (22 percent)."
8    And did I read that correctly?
9 A.    Yes.
10 Q.    And as we were discussing a little
11 while ago, macrophages are part of the body's
12 innate immune system that responds to infections
13 or foreign bodies --
14 A.    Correct.
15 Q.    -- correct?
16 A.    Yes.
17 Q.    "Conclusion:  Inflammation around
18 alloplastic materials used to repair defects in
19 the abdominal wall persists for many years.
20 There was evidence of long-term wound
21 complications as a result of persistent foreign
22 body reaction.  Further studies are required to
23 evaluate the long-term tissue response to these
24 materials."

Page 307

1    Did I read that correctly?
2 A.    Yes.
3 Q.    Now, the inflammation of a foreign body
4 many times, for some of the lay people, that's
5 the identical inflammation that someone may have
6 at the bottom of their foot if they get a
7 splinter at the boardwalk; correct?
8 A.    Yes.
9 Q.    And that's painful or can be painful?
10 A.    An acute infection can be painful, yes.
11 Q.    And have you ever had a patient that
12 was spitting a suture?
13 A.    Yes.
14 Q.    So you're familiar with that term?
15 A.    Yes, uh-huh.
16 Q.    Can you describe that term probably
17 better than I can?
18 A.    Well, where I've had patients spit
19 sutures are when we used to use -- do uterosacral
20 suspensions, and we use permanent sutures there,
21 and sometimes the suture would come out through
22 the top of the cuff.
23 Q.    And is the spitting of the suture a
24 response by the body trying to get rid of this

Page 308

1 foreign body?
2 A.    Yes.
3 Q.    And have patients complained of the
4 pain of that?
5 A.    They really didn't complain of pain.
6 In the situation of the vagina, it's more they
7 don't -- it doesn't hurt.  It's more of a --
8 usually they have a discharge or a little pink
9 discharge or something like that.
10 Q.    Have you had patients complain of
11 painful embedded sutures, for example, with -- in
12 skin incisions?
13 A.    Yes.  Yes.
14 Q.    When you are using stitches, whether
15 it's in the pelvis, vagina or skin -- let's use
16 simple sutures that are running, for example, for
17 a moment.  You tie your knot and then either
18 yourself, your assistant or the nurse cuts the
19 knot; correct?
20 A.    Correct.  Uh-huh.
21 Q.    Leaving two little tiny antennae?
22 A.    Correct.
23 Q.    This is one of those estimate
24 questions.

Marshall Shoemaker, M.D.

Page 309

1 A.    Sure.
2 Q.    If you were to take that stitch out,
3 with tiny forceps very carefully untie it --
4 A.    Okay.
5 Q.    -- can you estimate the length of that
6 stitch?
7 A.    You could.
8 Q.    And what would you say, how long was a
9 typical stitch?
10 A.    2 millimeters.
11 Q.    Okay.  2 millimeters?
12 A.    That's an estimate.
13 Q.    Sure.  2 millimeters.
14    With -- let's talk about the mesh first
15 for prolapse.
16 A.    Uh-huh.
17 Q.    Has anyone from Ethicon ever told you
18 how much mesh is -- how much polypropylene is in
19 that mesh?
20 A.    I'm not sure.
21 MR. WALKER:
22    Object to the form.
23 A.    I'm not sure.  Restate that.
24 MR. RESTAINO:

Page 310

1 Q.    Has anyone ever shared with you that
2 there are over 400 yards of stitch material --
3 A.    Oh --
4 Q.    -- in that mesh?
5 MR. WALKER:
6    Object to the form.
7 A.    I've never heard that.
8 MR. RESTAINO:
9 Q.    And stating the obvious, 400 yards is a
10 lot more than 2 millimeters; correct?
11 A.    Correct.
12 Q.    And so, therefore, if a patient is
13 going to have a foreign body reaction to a large
14 volume of material, you would expect that
15 reaction to be greater than that to a
16 2-millimeter stitch; would you agree?
17 A.    That's possible.
18 Q.    And that would be consistent with what
19 Klinge is writing about, a reaction that he has
20 seen years after the polypropylene has been taken
21 out of the abdominal wall?
22 MR. WALKER:
23    Object to the form.
24 A.    Except that these -- that polypropylene

Page 311

1 that he's talking about, the pore sites aren't as
2 big.  I think that changes a little bit with pore
3 size.  The fact that -- the way it's -- the
4 macrophages respond and all, I think it's less
5 reactive than in the 1999 study, in the pore size
6 that was used in the mesh he was talking about.
7 MR. RESTAINO:
8 Q.    I think yesterday you shared with us
9 that as the mesh was designed for use in the
10 vagina or pelvis, the pores became larger and the
11 mesh more flexible, is the word I think you used?
12 A.    Yeah.
13 Q.    Okay.
14 A.    Yes.
15 Q.    Now I'll go ahead and ask that the
16 court reporter mark as Exhibit 36 an article,
17 lead author Nolfi, N-O-L-F-I.
18    (Defendant's Exhibit Number 36 was
19    marked for identification.)
20 MR. RESTAINO:
21 Q.    Have you seen this before?
22 A.    Is it -- with reference to me, this
23 does not look familiar to me.  I'm not saying I
24 haven't seen it, but I don't recognize it.

Page 312

1 MR. WALKER:
2    Let's check your list here.  It is not
3 on your list.
4 A.    It does have Moalli in the -- I have a
5 Moalli paper in my list, but --
6 MR. RESTAINO:
7 Q.    It's not coming up in your general
8 list.
9 MR. WALKER:
10    It's not on your reliance list.
11 A.    Got you.
12 MR. RESTAINO:
13 Q.    The title of this is "Host Response to
14 Synthetic Mesh in Women with Mesh Complications."
15 Correct?
16 A.    Yes.
17 Q.    And it's published 2016 in the American
18 Journal of Obstetrics and Gynecology?
19 A.    Yes.
20 Q.    The gray journal?
21 A.    No -- yes.
22 Q.    No?
23 A.    That's correct.  Yes.  Sorry.
24 Q.    Okay.  Oh, and I'm sorry.  I actually

Marshall Shoemaker, M.D.

Page 313

1 even wrote down it's not referenced in your
2 expert report and it's not in your general
3 reliance list and it doesn't appear to be in your
4 supplemental list either.
5 A.      Correct.
6 Q.      If you look at the abstract, their
7 objective for their study was:  "The purpose of
8 this study was to define and compare the
9 macrophage response in patients who undergo mesh
10 excision surgery for the indication of pain
11 versus a mesh exposure."
12 A.      Yes.
13 Q.      As we discussed a few moments ago, the
14 macrophage is one of the cells of the innate
15 immune system that responds to infection or a
16 foreign body; correct?
17 A.      Correct.
18 Q.      "Study Design:  Patients who were
19 scheduled to undergo a surgical excision of mesh
20 for pain or exposure at Magee-Women's Hospital
21 were offered enrollment.  Twenty-seven
22 mesh-vagina complexes that were removed for the
23 primary complaint of a mesh exposure (n = 15)
24 versus pain in the absence of an exposure (n =

Page 314

1 12) were compared with 30 full-thickness vaginal
2 biopsy specimens from women who underwent benign
3 gynecologic surgery without mesh."
4        Did I read that correctly?
5 A.      Yes.
6 Q.      So in this study, they are using the
7 full-thickness vaginal biopsy specimens from
8 women who underwent benign gynecological surgery
9 as a control group --
10 A.      Correct.
11 Q.      -- agreed?
12 A.      Yes.
13 Q.      "Results:  Twenty-seven mesh-vaginal
14 tissue complexes were excised from 27 different
15 women with mesh complications:  15 incontinence
16 midurethral slings and 12 prolapse meshes."
17        So, now, the incontinence midurethral
18 slings is what we are talking about today; is
19 that correct?
20 A.      Correct.
21 Q.      And the prolapse meshes is what we
22 talked about yesterday and this morning?
23 A.      Correct.
24 Q.      "On histologic examination, macrophages

Page 315

1 surrounded each mesh fiber in both groups, with
2 predominance of the M1 subtype."
3        Did I read that correctly?
4 A.      Yes.
5 Q.      As you sit here today, without having a
6 chance to -- without reviewing this beforehand
7 and preparing for it, do you remember what the M1
8 macrophage is?
9 A.      No.
10 Q.      Okay.  Good.  Neither did I.
11        Okay.  However, the M1 macrophage is
12 listed as a proinflammatory macrophage.  They
13 write:  "A prolonged M1 response is thought to
14 result in chronic inflammation and the formation
15 of foreign body giant cells with potential for
16 ongoing tissue damage and destruction."
17        Do you see where I read that?
18 A.      Yes.
19 Q.      Now, can you tell us what a foreign
20 body giant cell is?
21 A.      Not off the top of my head.  I mean, I
22 can make a guess, but I don't know.
23 Q.      Okay.  They then write:  "M1 and M2
24 cytokines/chemokines, MMP-9 (pro- and active) and

Page 316

1 MMP-2 (active) were increased significantly in
2 mesh-vagina explants, as compared with vagina
3 without mesh.  Mesh explants that were removed
4 for exposure had 88.4 percent higher pro-MMP-9
5 (with a P value of 0.35) than those removed for
6 pain.  A positive correlation was observed
7 between the profibrotic cytokine interleukin-10
8 and the percentage of M2 cells (with r's and p
9 values) in the pain group."
10        Did I read that correctly?
11 A.      Yes.
12 Q.      And then they conclude:  "In women with
13 complications, mesh induces a pro-inflammatory
14 response that persists years after implantation.
15 The increase in MMP-9 in mesh explants that were
16 removed for exposure indicates degradation; the
17 positive association between interleukin-10 and
18 M2 macrophages in mesh explants that are removed
19 for pain is consistent with fibrosis."
20        Did I read that correctly?
21 A.      Yes.
22 Q.      So, now, unlike the Klinge study, where
23 you point out that the mesh was taken from the
24 abdomen and has the smaller pores, this is

Marshall Shoemaker, M.D.

1  actually prolapse and SUI mesh; correct?
2  A.      Correct.
3  Q.      And their data is indicating that the
4  inflammatory process, as evidenced by the MMP-9
5  and the macrophages, persists for years in some
6  patients?
7  A.      That's what this report says, and
8  without being able to study it, it does look like
9  the exposure meshes had more degradation --
10 indicates degradation, and we don't know why that
11 -- and to me, that's not clinically significant,
12 that it has more degradation.  I think it's
13 because it's exposed to skin.  I mean air and all
14 the forces inside the vagina as it's exposed,
15 versus under the skin, which is not exposed to
16 those bacteria.  So --
17 Q.      (Indicating.)
18 A.      Yeah.  The point is, the vagina that's
19 explanted -- that's exposed has different things,
20 different forces.  I mean, once it's exposed, now
21 it's exposed to everything in the vagina and that
22 kind of thing.
23 Q.      When you are saying "exposed," are you
24 using that for like erosion or extrusion?

1  A.      Yeah.
2  Q.      Okay.
3  A.      It's exposed, meaning that -- you know,
4  versus the kind for pain wasn't exposed.  They
5  just went in where there was a painful spot and
6  took it out.  That's a different -- those have
7  different forces on it is my point.
8  Q.      Okay.  With that in mind, and I
9  appreciate what you are saying, if you look back
10 at the study design in the abstract, they do
11 write:  "Patients who were scheduled to undergo a
12 surgical excision of mesh for pain or exposure."
13 A.      Right.
14 Q.      So I interpret that as meaning not all
15 of them had the mesh removed because of exposure.
16 Some of them had it removed for pain.
17 A.      Yeah, there were 12 -- 15 for pain and
18 12 for exposure.
19 Q.      Okay.  So my interpretation of this
20 article, but I'm not the expert, is that those
21 that are having it removed for pain are having a
22 large foreign body reaction as evidenced by the
23 presence of the M1 macrophages and the matrix
24 metalloproteinase-9.  Is that your interpretation

1  of what we've read so far?
2  A.      Yes, except what my point was, this
3  says the increase in MMP-9, which I'm not
4  familiar with, never heard that before, but it
5  says:  "In mesh explants that were removed for
6  exposure indicates degradation."
7          My point is, for them to make the --
8  for them to say it was degradation in the mesh is
9  -- I think you can't make that claim necessarily
10 because it's been exposed to things in the vagina
11 and that kind of thing.  It's a different
12 exposure than -- I mean, the mesh is under
13 different exposures than mesh that's under the
14 skin is my point.
15 Q.      The --
16 A.      I'm not sure of the clinical
17 significance of that.  Excuse me.  I don't mean
18 to interrupt you, but --
19 Q.      I understand.
20 A.      -- it does make a difference.  I
21 haven't had a chance -- this is the first time
22 I've looked at this.
23 Q.      Of course.  I understand.
24         We've been going for about an hour.

1  Why don't we take a break?
2  MR. WALKER:
3          Okay.
4          (Break.)
5  MR. RESTAINO:
6  Q.      Page 39 of your expert report.
7  A.      Uh-huh.
8  Q.      In your second sentence, you write:
9  "There are studies that suggest clinically
10 significant mesh degradation occurs, but there
11 are other studies that indicate that the surface
12 cracking interpreted by some as being evidence of
13 mesh degradation is actually cracking in the
14 biofield overlying the polypropylene."  And then
15 there's a reference there, number 94, with again
16 two listings; correct?
17 A.      Correct.
18 Q.      And the first is O-N-G, "The Myth:  In
19 Vivo Degradation of Polypropylene Meshes."
20 A.      Uh-huh.
21 Q.      Do you see that, sir?
22 A.      Yes.
23 Q.      Now, that again is an abstract that you
24 are listing there?

Marshall Shoemaker, M.D.

Page 321

1   A.      Right.
2   Q.      Did you -- in looking at the abstract,
3   what is the IUGA?
4   A.      Inter -- IUGA is International
5   Urogynecology Association.
6   Q.      Okay.  So is it your understanding this
7   is an abstract from that association meeting?
8   A.      I need to look at it.  I assume that's
9   what it is, yes.
10  Q.      Okay.
11  A.      I don't know that for sure, but I'm
12  pretty sure.
13  Q.      Do you know as you sit here if the
14  abstract was ever published?
15  A.      I do not know that.
16  Q.      I'm going to have the court reporter
17  mark as next -- 37 -- 37, an article titled "The
18  Myth:  In Vivo Degradation of Polypropylene-Based
19  Meshes."
20  A.      Yes.
21          (Defendant's Exhibit Number 37 was
22          marked for identification.)
23  MR. RESTAINO:
24  Q.      And if you see, the lead author is now

Page 322

1   Thames, T-H-A-M-E-S, but O-N-G, K. L., is one of
2   the authors; correct?
3   A.      Yes.  Correct.  Yes.
4   Q.      Now, prior -- before I actually get to
5   that, in your review, you do write in your expert
6   report that there are peer-reviewed articles
7   published that report on in vivo degradation, but
8   you disagree with that and you use your expert
9   report -- well, in essence you disagree with some
10  of those studies; correct?
11  A.      Correct.  Yes.
12  Q.      Now, if you look at page 286 of the
13  Thames actual publication --
14  MR. WALKER:
15          Do you have that?
16  A.      Uh-huh.
17  MR. RESTAINO:
18  Q.      -- under materials and methods --
19  A.      Yes.
20  Q.      -- you see they looked at explanted
21  Prolene meshes (N = 78)?
22  A.      Yes.
23  Q.      And these were obtained as part of
24  medicolegal proceedings?

Page 323

1   A.      Uh-huh.
2   Q.      So these individuals are actually
3   involved with litigation and they get the mesh
4   that were removed and given to them, and I
5   believe yesterday you said sometimes that you've
6   removed them and you've given mesh to lawyers?
7   A.      Correct.
8   Q.      Okay.  On page 286, the last sentence
9   in the left upper column, it writes:  "Given the
10  limitations of previous explant studies ..."
11          Do you see that?
12  A.      No.
13  Q.      Page 286.
14  A.      I've got 286, and where is it?
15  Q.      Last sentence, left upper column.
16  A.      Left?  That's the right upper column.
17  Q.      Is it?
18  A.      Oh, yeah, it's the right upper column.
19  Q.      Okay.  I'm sorry.
20  A.      Sorry.
21  Q.      "Given the limitations of previous
22  explant studies, the purpose of the present study
23  was to analyze the morphology and material
24  chemistry of explanted Prolene urogynecological

Page 324

1   meshes cleaned via a novel and effective cleaning
2   process."
3          Did I read that correctly?
4   A.      Yes.
5   Q.      And if you check on, I guess, the first
6   page of the study, this was published online
7   September 6th, 2016?
8   A.      Correct.
9   Q.      Do you see that?
10  A.      Yes.
11  Q.      So that's -- we are coming up on a
12  year?
13  A.      Right.
14  Q.      Okay.  And now they're writing there
15  that this is the first time this novel cleaning
16  process had been published within the
17  peer-reviewed medical literature; correct?
18  A.      Correct.
19  Q.      Therefore, if anyone is attempting to
20  replicate the study of this novel cleaning
21  process, they haven't even had time to do that
22  and publish it at this point?
23  MR. WALKER:
24          Object to the form.

Marshall Shoemaker, M.D.

Page 325

1  A.      As far as I can tell from this, yes.
2  MR. RESTAINO:
3  Q.      Do you recall several years ago -- I
4  think we are old enough to remember when there
5  was the report of -- cold fusion had been
6  reported?
7  A.      Yes.
8  Q.      And then all the replication studies
9  failed to replicate it.
10  A.      Got you.
11  Q.      This study has not been replicated as
12  of yet, to the best of your knowledge --
13  A.      Correct.
14  Q.      -- correct?
15  A.      Yes.
16  MR. WALKER:
17      I object to the form.
18  MR. RESTAINO:
19  Q.      So relying upon, as your expert report
20  does, the abstract of this, the novel cleaning
21  process that they report upon has not been
22  reported on by anybody else?
23  A.      Not that I'm aware of.
24  Q.      Okay.  So as you sit here today, would

Page 326

1  you agree that if it hasn't been replicated --
2  well, let me strike that.
3      In the scientific method, we go through
4  a number of steps including hypothesis, testing,
5  observation, conclusions, publication,
6  replication; correct?
7  A.      Correct.
8  Q.      This is missing the critical step of
9  replication?
10  MR. WALKER:
11      Object to the form.
12  A.      I don't know of any replicated studies.
13  MR. RESTAINO:
14  Q.      Okay.  Fair enough.
15      If it has not been replicated -- let's
16  assume for a moment it has not been replicated --
17  then the scientific method has not been
18  completely fulfilled and it wouldn't be generally
19  accepted in the world of medicine and science;
20  correct?
21  MR. WALKER:
22      Object to the form.
23  A.      Yeah, that may be possible if you had
24  five studies after that that didn't show it using

Page 327

1  the exact same method --
2  MR. RESTAINO:
3  Q.      Okay.
4  A.      -- but this is what we had.
5  Q.      Correct.
6      Now, in addition to the abstract that
7  you are relying upon in your expert report and
8  this article which I just handed to you, what
9  other peer-reviewed scientific article are you
10  relying upon that shows that polypropylene does
11  not degrade at all in vivo?
12  A.      Where did we get -- I put based on my
13  positive experience using the mesh products that
14  I do.
15  Q.      Now, would you agree that your
16  experience is anecdotal?
17  A.      Yes, it's anecdotal.
18  Q.      No control groups?
19  A.      No control groups.
20  Q.      No -- and if I recall from yesterday,
21  you've never asked for electron microscopic
22  examination of the explanted mesh?
23  A.      I have not.
24  Q.      So what are you relying upon to say

Page 328

1  that the mesh has not undergone degradation with
2  particle release if it's done at such a level
3  where the naked eye can't see it?
4  A.      Well, it's not -- I don't know whether
5  it has specifically, but I just know it has no
6  clinical significance.  In my patients that I've
7  seen, I've not seen a clinical significance.
8  Q.      Okay.  Now if we can turn to page 29 of
9  your expert report.
10  MR. WALKER:
11      You do like to jump around.
12  A.      Okay.
13  MR. RESTAINO:
14  Q.      You're talking about mechanical and
15  laser cut?
16  A.      Yes.
17  Q.      And you write:  "The material and any
18  particles would be the same Prolene polypropylene
19  material used in the mesh that as discussed above
20  is a well-tolerated, biocompatible material."
21  Correct?
22  A.      Correct.
23  Q.      But we've already discussed that in
24  some individuals, in some situations, a single

Marshall Shoemaker, M.D.

Page 329

1  stitch can result in a foreign body reaction that
2  leads to pain requiring excision; correct?
3  A.        We talked about that people spit a
4  stitch out, but not pain.  I haven't noticed
5  pain.  It's more discharge or something like
6  that.  I never had pain with it necessarily.
7  MR. WALKER:
8        I'm sorry to interrupt.
9  MR. RESTAINO:
10        Sure.
11  MR. WALKER:
12        Have you moved on to the SUI report?
13  You said page 29?
14  A.        Yeah, and I didn't see that either.
15  MR. WALKER:
16        Yeah.  What -- I'm just wondering what
17  you are referring to.
18  MR. RESTAINO:
19        Okay.
20  MR. WALKER:
21        But you are asking about laser cut.
22  MR. RESTAINO:
23        Yes.
24  MR. WALKER:

Page 330

1        That's why I made the comment about
2  jumping around because you had been on page 39 of
3  his Prolift report.
4  MR. RESTAINO:
5        Okay.  I think I'm looking at the --
6  his -- the TVT, TVT-O report.
7  MR. WALKER:
8        Okay.  So he doesn't have that in
9  front of him.
10  MR. RESTAINO:
11  Q.        Oh, my apologies.  I should have broke
12  that down.
13  A.        Are we back on that?  Do you want me to
14  get that report out?
15  Q.        Yes.
16  A.        So we are not going to need the --
17  Q.        I think we are all done with that.
18  A.        Okay.
19  Q.        I'm winding down here.
20  MR. WALKER:
21        That's why I was getting a little
22  confused.
23  MR. RESTAINO:
24        Yeah, my apologies.

Page 331

1  MR. WALKER:
2        No.  That's fine.
3  A.        So we are on 29?
4  MR. WALKER:
5        Although, page 29 is talking about
6  warnings, so I don't know.
7  MR. RESTAINO:
8        Okay.
9  MR. WALKER:
10        Maybe you meant 39.  Let's go to 39.
11  MR. RESTAINO:
12        Let's see where I got laser.
13  A.        I don't think we have 39.
14  MR. WALKER:
15        No, there is not a page 39 for that
16  one.
17  MR. RESTAINO:
18        I will bring it up right here.
19  Q.        On your -- are we back on?
20        On your -- your expert report for the
21  TVT and TVT-O, Abbreva, et al., if you go to page
22  4 of the report --
23  A.        Okay.
24  Q.        -- and the fourth line down, talking

Page 332

1  about you've implanted Ethicon's mesh products
2  which are both laser cut and mechanically cut;
3  correct?
4  A.        Correct.  Yes.
5  Q.        So let me just ask some foundational
6  questions.
7  A.        Sure.
8  Q.        And I apologize for missing this.
9  Stating -- reading this, then stating the
10  obvious, there are mesh products that are laser
11  cut and mechanically cut --
12  A.        Correct.
13  Q.        -- correct?  And do you have an opinion
14  regarding why there are two different
15  methodologies?
16  A.        I think it's just the way they make it.
17  Q.        Okay.  Do you know why they've started
18  using the laser to cut mesh?
19  A.        I think it's more just technical, just
20  the way it was in the manufacturing of it.
21  Q.        Have you seen any emails from within
22  Ethicon referring to the use of laser cut to
23  minimize particle degradation?
24  A.        I have seen some, but I'd have to look.

Marshall Shoemaker, M.D.

Page 333

1  Q.     Okay.
2  A.     Do you have one?
3  Q.     I think we will get to one of those.
4  But referring to the -- we were talking about
5  particles and being non-reactive or not -- inert.
6  You do mention in your expert report the study by
7  Clavé?
8  A.     Yes.
9  Q.     Correct?
10  A.     Yes.
11  Q.     And you have some questions regarding
12  the methodology that he utilizes?
13  A.     Okay.
14  Q.     Correct?
15  A.     Yes.  I said that.  Where are we?
16  Q.     I think we are on page 38.
17         Yes, page 38 of today's report.
18  MR. WALKER:
19         So we are back to Prolift.
20  A.     Yes.
21  MR. WALKER:
22         You can look on this.
23  MR. RESTAINO:
24  Q.     The last two sentences of the page, you

Page 334

1  write:  "In recent years ..."
2         That's the last three sentences or so.
3  A.     Okay.
4  Q.     At the bottom of page 38.
5  A.     Uh-huh.
6  Q.     "In recent years, there have been
7  concerns regarding polypropylene degradation ..."
8  A.     "In recent -- yes.  Right.
9  Q.     "By high-magnification images that show
10  meshes with 'cracked' surfaces."
11  A.     Correct.
12  Q.     Reference 93.
13         "This referenced Clavé study; there
14  were many methodological flaws."
15  A.     Right.
16  Q.     "While these purported surface changes
17  were hypothesized to lead to adverse clinical
18  outcomes, they cannot be confirmed, and there is
19  no extensive peer-review literature that support
20  this hypothesis."
21         Did I read that correctly?
22  A.     Yes.
23  Q.     Did you do a PubMed review finding
24  Clavé or were you given Clavé, if you recall?

Page 335

1  A.     I was given Clavé, I believe.  I did a
2  PubMed review on degradation.  I imagine if I saw
3  Clavé, I knew I already had it.
4  Q.     Okay.  As you sit here today, and this
5  may be something that you know or you might have
6  to estimate, do you -- with Clavé being published
7  in 2010 or some seven years ago, do you know how
8  many papers have now referenced the Clavé study?
9  A.     I'm not familiar with that.
10  Q.     Okay.  So when you state that there is
11  no extensive peer-review literature that supports
12  this hypothesis, what's the basis for that
13  statement?
14  A.     I imagine I had read that -- I had read
15  that somewhere in my review of some of the
16  literature, and I can't tell you right now off
17  the top of my head where that is.
18  Q.     Okay.  So when you say you read that,
19  are you saying that you read someone saying that
20  there is no extensive peer-review literature
21  supporting this or did you read something which
22  led you to state?
23  A.     I read something someone else had said.
24  Q.     Okay.  Do you know Dr. Henri Clavé?

Page 336

1  A.     No, I do not.
2  Q.     Okay.  Do you know that he has an
3  education position for Ethicon Europe?
4  A.     Oh, I read that, yes.
5  Q.     Did you ask, can I talk with Dr. Clavé?
6  A.     No, I did not.
7  Q.     Okay.  And I'd like to mark as next an
8  email.  It is Ethicon Mesh .07226481-Ethicon
9  (Burkley) response to Clavé paper re degradation,
10  March 2012.
11         (Defendant's Exhibit Number 38 was
12         marked for identification.)
13  MR. RESTAINO:
14  Q.     And just let me know when you are
15  finished reading.
16  MR. WALKER:
17         And, Counsel, this is not Bates
18  stamped.  Is this just an extracted paragraph
19  from an email chain?
20  MR. RESTAINO:
21         Exactly, which is why I put into the
22  record the Bates stamping from it.  It is
23  ETH.mesh.07226481, dated March 2012.  I did this
24  last night, and I realized I don't have the

Marshall Shoemaker, M.D.

1  actual email thread.
2  Q.      Did you have a chance to read this?
3  A.      I read it, uh-huh.
4  Q.      If you read underneath the title or
5  the second sentence, they state: "It is our
6  opinion that the findings published in this paper
7  were most likely the result of the complications
8  that necessitated removal of mesh implants.  It
9  is not unexpected that there will be an increase
10 in free radicals and other reactive oxygen
11 species in an infected field and/or a site of
12 chronic inflammation."
13      Did I read that correctly?
14 A.      Correct.
15 Q.      So this email from within Ethicon is
16 stating that with an infection and/or chronic
17 inflammation, the release of reactive oxygen
18 species, this would break down the polypropylene;
19 correct?
20 MR. WALKER:
21      I object to form.
22 A.      It could, but the way I read that as
23 well is the fact that this is probably, and I
24 don't know this for sure, related to an exposed

1  mesh that's been in the vagina.  So some of that
2  inflammation and infection is because it's been
3  exposed to the vagina and it has the bacteria and
4  all that to go along with that versus mesh that's
5  under the skin.
6  Q.      Now, the Clavé article is in your
7  reference list?
8  A.      Yes.  Is it?  Are you asking me?
9  Q.      Is it?  Yes.
10 A.      Yes.
11 Q.      If we can pull that up for a moment.
12 MR. WALKER:
13      Should be.  In these reliances?
14 A.      It's in my list.  I read this.  It's in
15 my list.
16 MR. WALKER:
17      Yeah, it is.
18 MR. RESTAINO:
19 Q.      If you take a look at it, can you tell
20 us the indications for the excision of the mesh?
21 A.      I'll have to get it.  I'm going to have
22 to -- it's in my -- I believe it's --
23 MR. WALKER:
24      Hang on one second.  Let's look at the

1  -- hang on a second.  Look at tab 93.  It should
2  be at tab 93.
3  A.      That's in the other report.
4  MR. WALKER:
5      No, no, no.  This is from your Prolift
6  report.
7  A.      Oh, okay.  Well, Prolift is over here.
8  MR. WALKER:
9      Yeah, let's look at that.
10 MR. RESTAINO:
11      We are off the record now.
12      (Break.)
13 MR. RESTAINO:
14 Q.      Okay.  If you would turn -- well, let's
15 go back on.  And I believe before we went off the
16 record, you were saying you're hypothesizing that
17 it could have been the exposure?
18 A.      Correct.
19 Q.      Okay.  Now, if we turn to this -- the
20 second page, bottom left column, materials and
21 methods.
22 A.      Second page, bottom left column.
23 Q.      Materials and methods?
24 A.      Oh, gosh.  Yes.

1  Q.      Sample collection?
2  A.      Yes.
3  Q.      "This prospective comparative study
4  included 100 prosthetic explants surgically
5  removed for one (or several) common -- going up
6  to the top -- complications including exposure,
7  infection, and/or shrinkage."
8  A.      Yep.
9  Q.      Did I read that correctly?
10 A.      Yes, and in the results it says that
11 46 percent were from exposures.
12 Q.      Which would leave the remainder, so
13 54 percent, 54 percent or so, that were not due
14 to exposure, so therefore not exposed to air;
15 correct?
16 A.      Except they said that it was isolated,
17 that 17 percent were isolated infections.  Only
18 14 percent were for pain.
19 Q.      And for those with pain --
20 A.      That's definitely under the skin.
21 Q.      Okay.  Now, we can move on from there.
22 A.      Okay.  You don't need Clavé anymore?
23 Q.      Don't need Clavé anymore.
24 A.      Okay.

Marshall Shoemaker, M.D.

Page 341

1  Q.      We did that.
2         If you would -- now we are going to be
3  on your expert report for today.
4  A.      Okay.
5  Q.      TVT and TVT-O, et cetera.
6  A.      I got it.
7  MR. WALKER:
8         Just give it to me.
9  A.      Damn.  Excuse me.  All right.  Let's go
10 to TVT.  Got it.
11        You're through with the email; right?
12 MR. RESTAINO:
13 Q.      Yes.
14 A.      Through with the email.  Got you.
15        Okay.  Got you.
16 Q.      I'm going through things we've already
17 discussed, so I'm skipping questions.
18        In your general and supplemental
19 reliance list, you have an article, Brubaker,
20 B-R-U-B-A-K-E-R, titled "Adverse Events Over Two
21 Years after Retropubic or Transobturator
22 Midurethral Sling Surgery:  Findings from the
23 Trial of Midurethral Sling (TOMUS) Study."
24        Do you recall that?

Page 342

1  A.      I recall the study, but I need to
2  refresh myself.  Let's see where --
3  Q.      I have a copy of it here for you if
4  you'd like.
5  A.      Great.  Thanks.
6         (Defendant's Exhibit Number 39 was
7         marked for identification.)
8  A.      Okay.
9  MR. RESTAINO:
10 Q.      Now, this paper is not referenced in
11 your expert report; correct?
12 A.      I don't know.  I don't remember.  I
13 don't remember -- I don't remember seeing this
14 off the top of my head, but --
15 Q.      Okay.  Looking at the title there,
16 TOMUS stands for the Trial of Midurethral Slings;
17 correct?
18 A.      Correct.
19 Q.      And that's what we are discussing
20 today?
21 A.      Correct.
22 Q.      And it's a randomized controlled trial?
23 A.      Yes.
24 Q.      Which, as we discussed, other than a

Page 343

1  meta-analysis, is the top of the pyramid?
2  A.      Correct.
3  Q.      As you sit here today after doing your
4  review, do you recall why you did not include
5  this randomized controlled trial in your expert
6  report of midurethral slings?
7  A.      I don't recall.  I just -- this was a
8  total of, let's see here, 597 women, which is a
9  nice size study, but I have lots of studies with
10 lots bigger numbers than that.
11 Q.      Okay.
12 A.      There is a lot of literature out there
13 included and not included, so --
14 Q.      Okay.  If you look at the abstract and
15 the objectives, they write:  "To describe
16 surgical complications in 597 women over a
17 24-month period following randomization to
18 retropubic or transobturator midurethral slings."
19        Correct?
20 A.      Yes.
21 Q.      So we've got a randomized controlled
22 trial, a long term of 24 months, and by
23 definition, randomized; correct?
24 A.      Correct.

Page 344

1  Q.      Now, on page 5, going on to page 6 of
2  the study, the last sentence --
3  A.      Page 6 of the study.
4  Q.      Page 5, going on to page 6.
5  A.      Got you.  Let's see here.
6         Okay.
7  Q.      They write:  "Two years
8  post-operatively ..."
9         Do you see that?
10 A.      Yes.
11 Q.      Okay.
12        "The retropubic procedures demonstrate
13 higher rates of voiding dysfunction and UTI,
14 while the transobturator procedures were
15 associated with higher rates of transient
16 neurological symptoms?"
17        Did I read that correctly?
18 A.      Yes.
19 Q.      So, for the record, can you tell us
20 what a UTI is?
21 A.      A bladder infection.
22 Q.      Okay.  And then when they say transient
23 neurological systems, what is meant by transient?
24 A.      It lasted -- it was not prolonged.

Marshall Shoemaker, M.D.

1 Q.      Okay.  And then if you'd look on page
2 7, and there is a table, Table 1?
3 A.      Yes.
4 Q.      If you look at the third line of the
5 table, there is a listing for bladder
6 perforation.
7 A.      Yes.
8 Q.      And what is that?
9 A.      That's when usually in a retropubic
10 sling, it's -- the trocar is placed through the
11 bladder.
12 Q.      And that would typically involve
13 urethral or suprapubic catheterization or
14 surgical correction?
15 A.      It depends.  Usually it would require
16 just prolonged catheter placement and it heals
17 itself.
18 Q.      Okay.  So for the lay person, this is a
19 hole in the bladder?
20 A.      It's a hole in the bladder by a trocar
21 that's about 5 millimeters, a very small hole.
22 Usually it's through and through and both of
23 those will heal spontaneously with bladder rest.
24 Q.      Okay.  Which is the catheter?

1 A.      Just a catheter.
2 Q.      Okay.  So in this study and this table,
3 5 percent of the patients receiving the TVT
4 retropubic device sustained a perforated bladder
5 as compared to 0 percent receiving the TVT-O
6 device; is that correct?
7 A.      That's correct.
8 Q.      And this is a statistically significant
9 finding?
10 A.      Yes.
11 Q.      Now, as you sit here today, do you know
12 if the 5 percent versus 0 percent incidence of
13 bladder perforation observed with the TVT from
14 the TOMUS randomized controlled trial is listed
15 in the IFU?
16 A.      As I sit here today, I do not know
17 that.
18 Q.      Okay.
19 A.      I would have to review the IFU.
20 Q.      The same table, midway down,
21 highlighted on the top and bottom by thick black
22 lines, there is a line titled "Voiding
23 Dysfunction Requiring Surgery (and/or Catheter
24 Use)."

1         Do you see that, sir?
2 A.      Yes.
3 Q.      Three percent of the patients receiving
4 TVT sustained this adverse event versus again
5 zero with the TVT-O?
6 A.      Yes.
7 Q.      And this was a statistically
8 significant finding?
9 A.      Correct.
10 Q.      Do you know if the 3 percent versus 0
11 percent incidence rate is listed in the IFU?
12 A.      I'm not familiar.  I would have to
13 look.
14 Q.      Okay.  Is it safe to say these
15 incidences are not listed in your expert report
16 because this study is not in your expert report?
17 Correct?
18 A.      That's safe to say.
19 Q.      Okay.  Two lines below the line
20 describing the voiding dysfunction with the TVT
21 line is a line titled "Total SAEs," small s.
22         Did I read that correctly?
23 A.      Correct.
24 Q.      So, I'm sorry.  It's capital S-A-E,

1 small s.  And do you understand SAE to stand for
2 Serious Adverse Events?
3 A.      Yes.
4 Q.      And so that's as compared to AE for an
5 adverse event; correct?
6 A.      Correct.
7 Q.      So 15.4 percent of all patients in the
8 TOMUS randomized controlled trial who received a
9 TVT sustained a serious adverse event as defined
10 by these authors; agreed?
11 A.      Yeah, that's what this says.  I'm not
12 familiar with what the serious adverse event is.
13 Q.      Okay.  And that's as compared to
14 8.7 percent of the patients in the TOMUS RCT
15 receiving the TVT-O; correct?
16 A.      Yes.
17 Q.      And I will represent to you when I use
18 my slide ruler, that there is a 77 percent
19 increased incidence of SAEs, serious adverse
20 events, with the TVT device in this randomized
21 controlled trial as compared to the TVT-O.
22 A.      How did you get 77 percent?
23 Q.      I don't remember.  I think I divided --
24 I think I divided the 8.7 by 15.4, multiplied by

Marshall Shoemaker, M.D.

Page 349

1  a 100.
2  A.      Okay.
3  Q.      You know, in case my math is wrong,
4  would you agree that there is an increased risk
5  in the --
6  A.      Yes.
7  Q.      Okay.
8  A.      I would agree with that.
9  Q.      Because, you know, slide rulers are,
10 you know, a little bit difficult to handle.
11 A.      Got you.
12 Q.      Now, this was a statistically
13 significant finding?
14 A.      Yes.
15 Q.      So therefore it's unlikely to be due to
16 chance?
17 A.      Yes.
18 Q.      Do you know the -- whatever percent
19 increased incidence of SAE associated with the
20 TVT as pointed out here, do you know if that
21 incidence is listed in the IFU for surgeons to
22 see?
23 A.      I am not -- as I sit here now, I'm not
24 sure.

Page 350

1  Q.      Okay.  We can put that down now and
2  move on to page 17 of your report.
3  A.      Yep.
4  Q.      And I apologize.  I didn't write down
5  where you write this, but you start writing:  "In
6  2015, Ford and colleagues ..."
7          Do you see that?
8  A.      Yep.
9  Q.      Okay.
10         "Published a Cochrane review on
11 midurethral slings in women.  They analyzed
12 randomized or quasi-randomized controlled trials
13 in which both trial arms involved the midurethral
14 sling, including 81 trials that evaluated 12,113
15 women?"
16         Did I read that correctly?
17 A.      You did.
18 Q.      Before moving on to that, do you --
19 what do you mean by quasi-randomized?
20 A.      That was the literature.  I mean, that
21 was -- I got -- took that from the report, that
22 they said that some of it was -- I don't know
23 exactly how they came up with quasi, but that was
24 their word, not mine.

Page 351

1  Q.      I don't know either.
2  A.      Yeah.
3  Q.      Now, the reference here is Ford, et al.
4  "Midurethral Sling Operations for Stress Urinary
5  Incontinence in Women," from the Cochrane
6  database, "a Systematic Review"; is that correct?
7  A.      Where are you seeing that?  Oh, there?
8  Q.      Yeah, the actual reference for that.
9  A.      Yep.  Here it is, number 39.
10 Q.      Okay.
11 A.      I have it.
12 Q.      Do you have that study?
13 A.      Yep.
14 MR. WALKER:
15         Hang on.
16 A.      Here it is.
17 MR. WALKER:
18         It's going to be earlier in your
19 report.
20 A.      2015, right?  This is Cochrane?
21 MR. RESTAINO:
22 Q.      2015.
23 A.      "Midurethral Sling Operations for
24 Stress Urinary Incontinence in Women, Review."

Page 352

1  Q.      Same one.
2  A.      Okay.
3  Q.      Okay.  Now, this review found the
4  slings were effective in curing incontinence at
5  least in the short and medium term with about
6  80 percent of women becoming dry, 70 percent
7  remaining so 5 years later; is that correct?
8  A.      Correct.
9  Q.      But the adverse events were different
10 in the two groups, were they not?
11 A.      Yes.  I believe they were.
12 Q.      Women who had a retropubic sling were
13 more likely to have bladder perforation --
14 A.      Correct.
15 Q.      -- at the time of surgery?
16 A.      Correct.
17 Q.      That's by the nature of the procedure?
18 A.      Correct.
19 Q.      Transobturator slings are more likely
20 to be associated with pain in the groin or leg?
21 A.      Correct.
22 Q.      Why is that?
23 A.      Because it's a different approach.  You
24 actually go through the groin to -- the

Marshall Shoemaker, M.D.

Page 353

1 retropubic approach is on either side of the
2 urethra, goes up through the symphysis pubis,
3 behind the symphysis pubis. This goes out
4 through the obturator membrane and through the
5 leg.
6 Q.      Okay. Women are less likely to develop
7 difficulty voiding with the transobturator sling,
8 but more likely to need repeat surgery because of
9 recurrent incontinence. Would you agree with
10 that?
11 A.      Yes, but those numbers are close.
12 Q.      Okay. Now, these authors wrote: "A
13 major shortcoming of the trials is that very few
14 of them reported outcomes beyond the first year."
15        Is that correct?
16 A.      Yes. I read that, yes.
17 Q.      And we've discussed that already. In
18 fact, 35 of the 84 trials included in the review
19 were conducted sufficiently long ago to have
20 provided information about long-term leakage and
21 adverse effects of five years, but only four
22 actually did so. Did you see that?
23 A.      I saw that.
24 Q.      Okay. Now --

Page 354

1 A.      Those are -- not to -- those are
2 difficult to do sometimes, to get the studies to
3 go longer, and when you are looking at so many
4 studies out there. It's a big ordeal for people
5 to -- for the people to get back with them and
6 keep reviewing and call patients and those kind
7 of things. Those are difficult sometimes to do.
8 Q.      Okay. On page 18 of your report --
9 A.      Uh-huh.
10 Q.      -- you talk about a Tommaselli,
11 T-O-M-M-A-S-E-L-L-I?
12 A.      Uh-huh.
13 Q.      Do you recall that study?
14 A.      Yes, I do. Uh-huh.
15 Q.      Do you have the Tommaselli study?
16 A.      I do. It's number 40. Yeah. Uh-huh.
17 I've got it.
18 Q.      And if you look at the second page, the
19 articles page, 1254 --
20 A.      Yep.
21 Q.      -- on the right column, they have study
22 selection?
23 A.      Correct.
24 Q.      Do you want to take a moment and open

Page 355

1 that for yourself? Do you see study selection?
2 A.      Yes.
3 Q.      And they write: "Retrospective,
4 cohort, prospective nonrandomized studies and
5 RCTs of women who had undergone RP-MUS or all
6 TO-MUS (including TVT-O and TOT) --
7 A.      Uh-huh.
8 Q.      -- "as the primary procedure for SUI
9 with a mean or median follow-up of at least
10 36 months for TO-MUS and at least 60 months for
11 RP-MUS were included."
12        Did I read that correctly?
13 A.      Yes.
14 Q.      So, now, the studies that were
15 retrospective, they would not be randomized
16 controlled trials; correct?
17 A.      Correct.
18 Q.      Now, if you turn to the third page,
19 which is page 1255 --
20 A.      Yes.
21 Q.      -- in the left column, they have the
22 results; correct?
23 A.      Correct.
24 Q.      And in the second paragraph, they

Page 356

1 write: "There were 11 RCTs."
2        Do you see that?
3 A.      Correct.
4 Q.      And then they give you the references.
5 "And 38 nonrandomized studies including
6 prospective, retrospective, and cohort studies
7 with references with a total of 6,406 patients
8 (1,200 in RCTs and 5,206 in nonrandomized
9 studies) age 19 to 89."
10        Did I read that correctly?
11 A.      Yes.
12 Q.      So, now, Tommaselli, as he states here,
13 he's reporting on -- at least with the RCTs,
14 there are 11 with a total of 1200 patients?
15 A.      Correct.
16 Q.      So while the entire study, as you point
17 out, involved a large number, there's 1200 in the
18 -- in RCTs; correct?
19 A.      Correct. Yes.
20 Q.      Now, if you'd look at table 3 on page
21 1258.
22 A.      Okay. Table 3. Got it. Uh-huh.
23 Q.      Now, if you look at the TVT-O patients
24 in the RCTs --

Marshall Shoemaker, M.D.

Page 357

1   A.      Uh-huh.
2   Q.      -- there is a --
3   A.      TVT-O.  Okay.
4   Q.      TVT-O, there's a total of 459 patients.
5   A.      Let's see.  All studies, 1300.  459,
6   right.
7   Q.      So as far as what's related to this
8   litigation with the TVT-O, even though this study
9   includes thousands of women, there's 459 with a
10  TVT-O?
11  A.      Correct.
12  Q.      Now, on the third page on 1255 in the
13  right column --
14  A.      1255?
15  Q.      1255.
16  A.      Uh-huh.
17  Q.      -- you see they have cure and success
18  rate in the second paragraph?
19  A.      Yes.  I have, uh-huh.
20  Q.      Second paragraph, they write:  "There
21  were no RCTs comparing TVT-O with TOT in which
22  objective outcomes were reported, while a single
23  study, reference 14, showed similar odds of
24  subjective cure with odds ratio and confidence

Page 358

1   interval."
2           Correct?
3   A.      Correct.
4   Q.      So the odds ratio of 1.08 shows an
5   8 percent difference; correct?
6   A.      Correct.
7   Q.      And it's not statistically significant,
8   is it?
9   A.      Correct.
10  Q.      So now if you'd turn to page 1262 of
11  the study.
12  A.      Okay.
13  Q.      The second paragraph in the right
14  column starts with the number of RCTs?
15  A.      Uh-huh.
16  Q.      "Comparing TVT-O and TOT in the medium
17  term, our limited and objective cure rates were
18  not reported in any of the studies."
19          Did I read that correctly?
20  A.      Correct.
21  Q.      So this would be lack of scientific
22  support for objective cure rates regarding the
23  TVT-O; wouldn't you agree?
24  A.      Well, let's see.  This just talks about

Page 359

1   -- this is -- TVT and TVT-O are both obturator
2   reports.  I think this is -- I thought this -- I
3   read this as comparing between the TVT-O and the
4   TOT, the different approaches, not necessarily
5   the procedure itself.  You understand what I'm
6   saying?
7   Q.      I think so, but regardless of the
8   procedures themselves, these authors are saying
9   that the -- that the number of RCTs in the medium
10  term are limited and objective cure rates were
11  not reported in any of them?
12  A.      That's what it says, yes.
13  Q.      Okay.  We can go back to your expert
14  report now.  We are close.
15  A.      Okay.  What you got?
16  Q.      Page 18.  Your last paragraph, you talk
17  about the Society of Gynecological Surgeons?
18  A.      Yes.  18, yes.
19  Q.      Page 18.
20  A.      Uh-huh.
21  Q.      You write:  "In 2014 --
22          In the last paragraph, okay?
23  A.      Right.
24  Q.      "-- the Society of Gynecologic

Page 360

1   Surgeons' Systematic Review Group published a
2   systematic review and metaanalysis of randomized
3   controlled trials with a minimum of one year of
4   follow-up comparing a sling procedure to another
5   sling procedure or a Burch procedure."
6           Did I read that correctly?
7   A.      Yes.
8   Q.      And on page 19, you list a reference
9   41, which is the Schimpf?
10  A.      Schimpf.  I got it.
11  Q.      Okay.  We will go ahead and mark
12  Schimpf.  I had a lot of trouble stapling this
13  booger.
14  MR. WALKER:
15          You sure did.
16  MR. RESTAINO:
17          Yeah.  Let me use this one for the
18  record, okay?
19          (Defendant's Exhibit Number 40 was
20           marked for identification.
21  MR. RESTAINO:
22  Q.      Looking at the Schimpf, titled "Sling
23  Surgery for Stress Urinary Incontinence in Women:
24  A Systematic Review and Metaanalysis," in the

Marshall Shoemaker, M.D.

Page 361

1 abstract under results, do you see where they
2 write:  "For midurethral slings, (MUS) vs Burch,
3 metaanalysis of objective cure showed no
4 significant difference, (OR, 1.18; 95 percent
5 confidence interval)."
6        Did I read that correctly?
7 A.     Yes, you did.
8 Q.     Now, at the top of the abstract, in the
9 right column, they write:  "For obturator slings
10 vs retropubic MUS, metaanalyses for both
11 objective (odds ratio, 1.16; 95 percent
12 confidence interval, 0.93-1.45) and subjective
13 cure (odds ratio, 1.17; 95 percent confidence
14 interval, 0.91-1.51) favored retropubic slings
15 but were not significant."
16        Correct?
17 A.     Correct.
18 Q.     And that's not significant because each
19 confidence interval includes unity or is less
20 than 1.0?
21 A.     Right.
22 Q.     So when you wrote that the -- that this
23 article coming from the Society of Gynecological
24 Surgeons' Systematic Review Group talked about

Page 362

1 the 1-year follow-up comparing a sling to another
2 sling, that would be the TVT-0 versus TVT?
3 A.     Correct.
4 Q.     And so those findings were not
5 statistically significant; correct?
6 A.     Correct.
7 Q.     And were the findings significant for
8 midurethral slings versus Burch?
9 A.     As far as cure rates, according to
10 this study, no.
11 Q.     Okay.
12 A.     They were both very successful.
13 Q.     Okay.  Now we can turn to page 20 of
14 your report.  I'm sorry.
15 A.     I'm sorry.  Page what, now?
16 Q.     Page 20 of your report.
17 A.     Okay.
18 Q.     You write: "In 2011, OGAH, O-G-A-H,
19 and colleagues published a short version Cochrane
20 review that analyzed 62 studies involving 7,101
21 women.  They found that minimally invasive
22 synthetic midurethral sling surgery appeared to
23 be as effective as traditional suburethral
24 slings, but with shorter operative time and less

Page 363

1 postoperative voiding dysfunction and de novo
2 urgency symptoms."
3        And did I read that correctly?
4 A.     Yes.
5 Q.     What are traditional suburethral
6 slings?
7 A.     Would be a rectus sling, autologous
8 sling.
9 Q.     Using the patient's own tissue?
10 A.     The patient's own tissue.
11 Q.     Okay.  So that the -- what you write is
12 that the minimally invasive synthetic midurethral
13 sling surgery appeared to be as effective as
14 these autologous slings; correct?
15 A.     Yes.
16 Q.     But with the MUS, the minimally
17 invasive midurethral slings, there was a shorter
18 operative time?
19 A.     Correct.
20 Q.     Why is that?
21 A.     Because to harvest a fascial sling, it
22 takes a long time.  It's a big incision, takes a
23 much longer period of time to do the procedure.
24 Q.     And the fascial sling comes from

Page 364

1 removal of the fascia --
2 A.     Of the abdominal fascia.  And it's from
3 the rectus fascia, so you have to make an
4 incision here, take the fascia, then make
5 incisions here and get around it.  It's a big
6 procedure.  I've done one in my life.
7 Q.     Okay.  Do you have the OGAH paper?
8 A.     Yes.
9 Q.     If we can take a look at that.
10 A.     Okay.
11 Q.     And their abstract starts with
12 background?
13 A.     Yeah.
14 Q.     Okay.  And then midway, roughly, in the
15 paragraph, they talk about results?
16 A.     Yes.  62 trials.
17 Q.     Involving 7,101 women were included;
18 correct?
19 A.     Yes.
20 Q.     The quality of evidence was moderate
21 for most trials?
22 A.     Correct.
23 Q.     Minimally invasive synthetic
24 suburethral sling operations appeared to be as

Marshall Shoemaker, M.D.

Page 365

1  effective as traditional suburethral slings.  And
2  that's the language you use in your report;
3  correct?
4  A.      Yes.
5  Q.      And there they state -- right after
6  that, they reference eight trials, and 599, risk
7  ratio of 1.03, 95 percent confidence interval of
8  0.94 to 1.3; correct?
9  A.      Correct.
10 Q.      So while the entire study involves
11 7,101, the minimally invasive synthetic
12 suburethral sling operations involved 599;
13 correct?
14 A.      Yes.
15 Q.      And the risk ratio of 1.03 would
16 indicate a 3 percent difference?
17 A.      Yes.
18 Q.      And the confidence interval includes
19 unity, so it's not even statistically
20 significant?
21 A.      It says 1.13 confidence interval, yeah.
22 Q.      0.94 to 1.3?
23 A.      Yeah.  Yeah.
24 Q.      And the 0.94 is less than 1.0 --

Page 366

1  A.      Sure.
2  Q.      -- so it's --
3  A.      Okay.
4  Q.      So chance cannot be ruled out as being
5  the cause of this finding; correct?
6  A.      Correct.
7  Q.      Then another two lines down, they
8  write:  "Minimally invasive synthetic suburethral
9  sling operations appeared to be as effective as
10 open retropubic colposuspension (subjective cure
11 rate at 12 months, relative risk, 0.96, 95
12 percent confidence interval, 0.90-1.03, and at
13 5 years, relative risk, 0.91, 95 percent
14 confidence interval, 0.74-1.2) with fewer
15 perioperative complications, less postoperative
16 voiding dysfunction, shorter operation time,
17 hospital stay, but significantly more bladder
18 perforations (6 percent versus 1 percent, a
19 relative risk of 4.124, 95 percent confidence
20 interval of 1.71 to 10.52."
21         Did I read that all correctly?
22 A.      Yes.
23 Q.      So to break it down, the minimally
24 invasive synthetic suburethral sling operations

Page 367

1  appeared to be as effective as open retropubic
2  colposuspension, but the confidence interval
3  shows us that at the short-term, it wasn't
4  statistically significant, and at 5 years, it's
5  not statistically significant?
6  A.      But the actual procedure is a lot less
7  complicated.
8  Q.      But the procedure is less complicated
9  but may be no more effective?
10 A.      May be no more effective.
11 Q.      All right.  We can turn to page 21 of
12 your report.
13 A.      Uh-huh.
14 Q.      Two pages.  And you talk about Unger,
15 Unger and colleagues?
16 A.      Yes.  Where are we?  21?
17 MR. WALKER:
18         Right here.
19 MR. RESTAINO:
20 Q.      Okay.  Yeah.
21         "Unger and colleagues reported the
22 results of their case controlled study of all
23 women who received midurethral slings for SUI
24 between January 2003 and December 10th, 2013."

Page 368

1         Correctly -- correct?
2  A.      Yes.
3  Q.      And the overall rate of sling revision
4  after midurethral sling placement was 2.72?
5  2.7 percent; correct?
6  A.      Underwent sling placement and 2.7
7  underwent sling revision for --
8  Q.      I think I -- I've got it written down,
9  but it's on the next page?
10 A.      Yeah.  Yeah.
11 Q.      The overall rate of sling revision was
12 2.7 percent?
13 A.      Correct.
14 Q.      Do you have the Unger paper?
15 A.      Yes.  Yes.
16 Q.      I will pull it up myself, now we are at
17 the end.  This is what I was doing late last
18 night and I didn't write down where I got it
19 from.
20 A.      We will find it.
21 Q.      Where did I get that?  I'm sorry.
22 Okay.  On the very last page of the Unger
23 study --
24 A.      Okay.

Marshall Shoemaker, M.D.

Page 369

1 Q.     -- there is a large paragraph there.
2 About midway down, you see the 2.7 percent
3 figure?
4 A.     Yes, uh-huh.
5 Q.     But they write:  "As a result, our
6 incidence rate of 2.7 percent may be an
7 underestimate of the true rate of revision
8 surgery after midurethral sling at our
9 institution."
10        Do you see that, sir?
11 A.     Yes.
12 Q.     So when you wrote that they have a 2.7
13 percent revision rate, your expert report doesn't
14 include that it might be an underestimation of
15 the actual rate; would you agree?
16 A.     I agree.  It does not say that.
17 Q.     Okay.  Now we are on to the very last
18 section.
19 MR. RESTAINO:
20        I don't have any more questions.
21 MR. WALKER:
22        Let's go off the record for a minute.
23        (Break.)
24             EXAMINATION

Page 370

1 BY MR. WALKER:
2 Q.     Doctor, I want to first ask you a
3 couple of follow-up questions --
4 A.     Sure.
5 Q.     -- on the issue of mesh shrinkage and
6 contraction.
7 A.     Okay.
8 Q.     Do you remember that discussion from
9 yesterday?
10 A.     Yes.
11 Q.     And, Doctor, your opinion, as you
12 articulated yesterday and in your report, is that
13 mesh itself does not contract or shrink, but it's
14 the tissue that's acting on the mesh that would
15 cause the contracture or shrinkage; is that
16 correct?
17 A.     That is my statement.
18 Q.     And is scar tissue contracture a
19 commonly known phenomenon following any type of
20 vaginal surgery?
21 A.     Yes.
22 Q.     And when I say commonly known, I mean
23 in regards to what pelvic surgeons understand?
24 A.     Absolutely.

Page 371

1 Q.     And based on your experience and your
2 discussions with your other colleagues, your
3 review of the medical literature, are doctors
4 implanting mesh familiar with this phenomenon of
5 scar tissue causing some degree of mesh
6 contracture in a patient?
7 A.     Yes.
8 Q.     And in your experience, have you seen
9 mesh shrinkage or contraction to be a clinically
10 significant problem that would cause you to
11 question the safety or efficacy of the Gynemesh
12 PS mesh or the Ultrapro mesh used in Prolift+M?
13 A.     I have not seen that in my experience.
14 Q.     And, Doctor, you were asked a number of
15 -- strike that.
16        Many times throughout yesterday and
17 today's deposition, when questioned on the
18 various pieces of medical literature, you've been
19 asked what the follow-up was on that study?
20 A.     That's correct.
21 Q.     Do you recall those questions?
22 A.     Yes.
23 Q.     And many of the pieces of medical
24 literature that you cite in your report and are

Page 372

1 on your reliance list have follow-ups that are
2 less than two years; is that fair?
3 A.     That's correct.
4 Q.     And there is also literature that you
5 cite in your report and on your reliance list
6 that shows follow-ups beyond two years as well;
7 is that correct?
8 A.     That's correct.
9 Q.     And you've relied on both sets of
10 literature in formulating your opinion; correct?
11 A.     That's correct.
12 Q.     And that would be true for both your
13 prolapse and your SUI reports?
14 A.     Yes.
15 Q.     But with regards to studies that have
16 follow-ups of less than one year, this would
17 include randomized controlled trials; correct?
18 A.     Yes.  Good studies, just not a lot of
19 follow-up.
20 Q.     And in addition to randomized
21 controlled trials, are there other types of
22 studies, prospective, retrospective studies --
23 A.     Correct.
24 Q.     -- that you've relied on?  Correct?

Marshall Shoemaker, M.D.

Page 373

1  A.      Correct.
2  Q.      And, Doctor, do experts in your field
3  routinely rely on randomized controlled trials
4  and other well-performed studies that have
5  follow-up times of less than 24 months?
6  MR. RESTAINO:
7        Objection.
8  A.      Yes, because that's what we have.
9  MR. WALKER:
10 Q.      And, Doctor, you were asked questions
11 about foreign body reactions.
12 A.      Yes.
13 Q.      Do you recall that?
14 A.      Yes.
15 Q.      And I believe it's your testimony that
16 any foreign object that's placed in the body will
17 elicit some degree of a foreign body reaction; is
18 that correct?
19 A.      That is correct.
20 Q.      And is that something that is commonly
21 understood by surgeons, regardless of what field
22 of medicine they practice in?
23 A.      Yes.
24 Q.      So, the fact that a synthetic mesh is

Page 374

1  implanted and then elicits a foreign body
2  reaction, does that mean that that mesh is
3  inherently defective in design?
4  A.      No, it does not.
5  Q.      Does it mean it's inherently unsafe
6  just because it's going to trigger a foreign body
7  reaction?
8  A.      No.
9  Q.      And, in fact, is it your opinion that
10 the mesh is designed to elicit to some degree a
11 foreign body reaction?
12 A.      Yes.
13 Q.      And, Doctor, would you agree that if
14 mesh was eliciting an excessive or problematic
15 foreign body reaction, that is something that we
16 would see across the board repeatedly both in
17 terms of patient experiences and what's reflected
18 in medical literature?
19 MR. RESTAINO:
20        Objection.
21 A.      Yes.  Yes, I agree with that.
22 MR. WALKER:
23 Q.      And have you seen that both in terms of
24 your practice and in the medical literature?

Page 375

1  A.      I have not seen it in the literature
2  and I for sure have not seen it in my medical
3  practice.
4  Q.      You were shown a few articles today.  I
5  briefly want to touch on some of these.
6  A.      Okay.
7  Q.      First, do you recall counsel
8  showed you this email pertaining to the Clavé
9  study?
10 A.      Yes.
11 Q.      And I don't have the exhibit number,
12 but you recall that?
13 A.      Yes, I do.
14 Q.      And, Doctor, you would agree that this
15 is just apparently a one-paragraph excerpt from
16 an email?
17 A.      Correct.
18 Q.      And you did not have the benefit of
19 reading or reviewing the entire email chain that
20 would have gone along with this?
21 A.      I have not seen that.
22 Q.      So the full context or conclusions of
23 that email is something that you don't have at
24 your disposal right now?

Page 376

1  A.      That's correct.
2  Q.      And were not provided by counsel?
3  A.      That's correct.
4  Q.      If you have handy Exhibit 35, the
5  article by Klinge, "Foreign Body Reaction to
6  Meshes Used" --
7  A.      Did you give me that, John?
8  Q.      Yeah.
9  A.      He did?
10 Q.      Yeah.
11 A.      Okay.
12 Q.      And you can look on mine, if you want.
13 A.      Here it is.
14 MR. RESTAINO:
15        You have it?
16 A.      I don't.  Oh, got you.  I have it, yes.
17 MR. RESTAINO:
18        You have it?
19 A.      Yes.
20 MR. WALKER:
21 Q.      All right, Doctor.  This is an article
22 from 1999; correct?
23 A.      Correct.
24 Q.      And this article is not examining

Marshall Shoemaker, M.D.

Page 377

1  meshes placed vaginally; correct?
2  A.     Correct.
3  Q.     And it's not examining meshes that were
4  deployed to treat prolapse or incontinence,
5  rather these were meshes that were used in the
6  treatment of abdominal wall hernias; correct?
7  A.     That is correct.
8  Q.     And if you look on the second page,
9  Doctor -- and I will show you where I'm going.
10 Right here.
11 A.     Got you.
12 Q.     Right column.
13 A.     Yes.
14 Q.     You see where it says:  "Except for one
15 Marlex mesh with a fistula being tested, no mesh
16 showed macroscopic signs of infection or
17 inflammation"?  Do you see that?
18 A.     Is it under morphological study?  Okay.
19 Let's see.  Yes, I see that.  Yes.
20 Q.     And then if you will turn to the next
21 page.
22 A.     Uh-huh.
23 Q.     Do you see under the results section on
24 the right-hand column?

Page 378

1  A.     Yes.
2  Q.     "This study looked at 17 different
3  nonabsorbable meshes, but only two of them were
4  Prolene meshes."
5        Do you see that?
6  A.     Yes.
7  Q.     So is it fair to say that in terms of
8  its relevance to Prolene mesh, the study only
9  examined two specimens?
10 A.     Correct.
11 Q.     And, Doctor, you understand that there
12 is, and you note in your report that there is a
13 difference between polypropylene and Prolene;
14 correct?
15 A.     Yes.
16 Q.     And you are aware that Prolene is
17 polypropylene plus additives that are added to
18 it?
19 A.     That's correct.
20 Q.     And if you will turn to page 670 of
21 this Klinge article.
22 A.     Uh-huh.
23 Q.     And do you see the very last sentence
24 on the right-hand column, where it reads:

Page 379

1  "Similar differences in foreign body reactions
2  depending on the implanted material were reported
3  by Beets, et al., who found reduced inflammation
4  with a monofilament polypropylene mesh compared
5  with a multifilament polypropylene mesh"?
6        Do you see that?
7  A.     I see that.
8  Q.     And, Doctor, you are aware that Prolene
9  is a monofilament polypropylene based suture?
10 A.     That is correct.
11 Q.     And so the mesh that is found in either
12 the TVT products or Ethicon's prolapse products
13 is comprised of monofilament suture material;
14 correct?
15 A.     Correct.
16 Q.     And Klinge is noting that monofilament
17 mesh results in a reduced inflammation compared
18 to multifilament mesh; correct?
19 A.     That's correct.
20 Q.     You were shown the Brubaker --
21 A.     Yes.
22 Q.     -- TOMUS study.  Do you recall that?
23 A.     Yes.  Uh-huh.
24 Q.     And you were asked a number of

Page 380

1  questions about the rates of different
2  complications, specifically UTI.  Do you recall
3  that?
4  A.     Correct.  Yes, I do.
5  Q.     Two questions.  Doctor, did
6  the authors of this trial conclude that
7  retropubic or transobturator midurethral slings
8  are not safe?
9  A.     They did not conclude that.
10 Q.     Did they conclude that they are not
11 effective?
12 A.     No, they did not conclude that.
13 Q.     You were shown Exhibit 36, an article
14 by Nolfi entitled "Host Response to Synthetic
15 Mesh in Women with Mesh Complications."  Do you
16 recall that?
17 A.     Yes, I do.
18 Q.     I will give you a second to pull your
19 copy.
20 A.     Yeah.  Let me find that.  Nolfi, right?
21 Q.     Yes.
22 A.     Yes.  Got it.  Uh-huh.
23 Q.     And do you see the very first sentence
24 in the abstract --

Marshall Shoemaker, M.D.

Page 381

1  A.      Uh-huh.
2  Q.      -- under background?
3  A.      Correct.
4  Q.      How it notes that polypropylene meshes
5  that are used to treat pelvic organ prolapse and
6  stress urinary incontinence have good anatomic
7  and functional outcomes?
8  A.      Yes.
9  Q.      Do you see that?
10  A.      Uh-huh.
11  Q.      And, then, Doctor, if you will look on
12  the third page of this study, table 2.
13  A.      Table 2, uh-huh.
14  Q.      Do you see how it tabulates the
15  different meshes that were examined in this
16  study?
17  A.      Correct.
18  Q.      And you see you've got different
19  manufacturers' meshes to include Ethicon's;
20  correct?
21  A.      That's correct.
22  Q.      And it's broken into two columns the
23  number of meshes that were removed due to
24  exposure and then those that were removed due to

Page 382

1  pain.  Do you see that?
2  A.      Yes.
3  Q.      And if you add up the Gynecare meshes,
4  I came up with 12 different specimens that this
5  study examined that would have been made by
6  Ethicon.
7  A.      Right.
8  Q.      Do you agree with that?
9  A.      12.  You can just count, add these
10  numbers up.
11  Q.      If you just add those figures up?
12  A.      Yes.  Uh-huh.  Yes.
13  Q.      And, Doctor, this study did not examine
14  mesh removed from patients who had no complaints
15  or complications; correct?
16  A.      Correct.  I believe this -- yes.
17  Q.      This is only looking at mesh from
18  patients that had a complication?
19  A.      That is correct.
20  Q.      Such as erosion or pain?
21  A.      Correct.
22  Q.      And can we agree, Doctor, that from
23  your experience, and more importantly, from what
24  you've read in the medical literature, that

Page 383

1  vaginal mesh, whether it's used to treat prolapse
2  or stress urinary incontinence, has been
3  successfully used in millions of patients
4  worldwide?
5  A.      I would agree to that.
6          (Defendant's Exhibit Number 41 was
7          marked for identification.)
8  MR. WALKER:
9  Q.      I'm marking as Exhibit 41 a study that
10  you brought to your deposition today, Doctor,
11  that I believe you reviewed after you wrote your
12  expert reports in this case?
13  A.      Yes.
14  Q.      And this is a study by Bjorn Holdo,
15  that's H-O-L-D-O, entitled "Long-Term Clinical
16  Outcomes with the Retropubic Tension-Free Vaginal
17  Tape Procedure Compared to Burch Colposuspension
18  for Correcting Stress Urinary Incontinence"?
19  A.      Correct.
20  Q.      And this is a study that you have
21  reviewed?
22  A.      Yes.
23  Q.      And I will just direct your attention
24  -- well, first of all, this is a study looking at

Page 384

1  retropubic TVT compared to the Burch procedure;
2  correct?
3  A.      Correct.  Yes.
4  Q.      And this is actually a study that's
5  looking at some long-term results; correct?
6  A.      Correct, uh-huh.
7  Q.      What was the follow-up in this study?
8  A.      12 years.
9  Q.      And what was the conclusion of the
10  authors in this study?
11  A.      The long-term efficacy of TVT surgery
12  was superior to that of Burch colposuspension in
13  women with stress urinary incontinence, period.
14  Q.      And is this conclusion consistent with
15  the opinions that are contained within your
16  expert report?
17  A.      Yes, it is.
18          (Defendant's Exhibit Number 42 was
19          marked for identification.)
20  MR. WALKER:
21  Q.      I'm marking as Exhibit Number 42 a
22  registry study by, and I'm going to spell the
23  last name because I have no hope of pronouncing
24  it correctly, K-U-R-K-I-J-A-R-V-I.  And it's

Marshall Shoemaker, M.D.

Page 385

1 entitled "Reoperations for Female Stress Urinary
2 Incontinence, a Finnish National Register Study."
3 That was published by the European Association of
4 Urology.  And, Doctor, this is an article that
5 you've read and reviewed; correct?
6 A.      Correct.
7 Q.      And, Doctor, can you just briefly
8 describe what the nature of the study is, what it
9 was looking at and what the follow-up was?
10 A.      It was a study in the reoperation rate
11 of incontinent surgery -- after incontinent
12 surgery with the different surgery types.  It was
13 a total of 38,500 women that were operated on
14 from 1987 to 2009, and outcome measures were
15 primary operations, reoperation rate, and patient
16 age and time until reoperation.
17 Q.      And what were the different SUI
18 surgeries that this registry looked at?
19 A.      It looked at retropubic and
20 transobturator slings as well as Burch
21 urethropexy.
22 Q.      And what was the follow-up period?
23 A.      Five years.  This was five years, but I
24 think that it's longer than that.  Sorry.

Page 386

1 10-year.  At 5- and 10-year follow-up.  Sorry.
2 Q.      And what were the conclusions of this
3 registry study?
4 A.      The reoperation rate is lower after
5 midurethral slings compared with Burch
6 colposuspension.
7 Q.      And is that data and that conclusion
8 consistent with the opinions that are found in
9 your expert report?
10 A.      Yes, it is.
11         (Defendant's Exhibit Number 43 was
12         marked for identification.)
13 MR. WALKER:
14 Q.      I'm going to mark as Exhibit Number 43
15 the Position Statement issued by AUGS and SUFU
16 from 2016.  Doctor, is this a statement that you
17 are familiar with?
18 A.      Yes, I am.
19 Q.      And you've read it; correct?
20 A.      Correct.
21 Q.      And, Doctor, what are AUGS and SUFU?
22 A.      These are reconstructive surgery and
23 urogynecology societies that are what we use as
24 -- who usually place most of the studies that we

Page 387

1 use in America as a guidance for our procedures.
2 Q.      So is it fair to say, Doctor, that
3 their position statements are something that
4 doctors in your field would rely on in their
5 practice?
6 MR. RESTAINO:
7         Objection.
8 A.      We would rely on it very strongly, and,
9 in fact, if they told us not to do something with
10 large -- with good data to support why you would
11 recommend not doing something, we would not.
12 MR. WALKER:
13 Q.      And you mentioned good data.  Just so
14 the record is clear, Doctor, would you agree that
15 there have been literally thousands of studies
16 conducted on polypropylene based midurethral
17 slings to treat stress urinary incontinence?
18 A.      Yes.  It looks like greater than 2000
19 publications.
20 Q.      And that's according to the Position
21 Statement?
22 A.      Correct.
23 Q.      All right.  And the statement doesn't
24 address prolapse, but let me just ask you this:

Page 388

1 Would you also agree that there are at least
2 hundreds of studies that have been performed
3 evaluating Prolene mesh or polypropylene mesh
4 used to repair pelvic organ prolapse?
5 A.      Yes.
6 Q.      And out of the 2000 studies that have
7 examined the slings, would you agree that there
8 have been hundreds of randomized controlled
9 trials over the years that have examined safety
10 and efficacy of midurethral slings?
11 MR. RESTAINO:
12         Objection.
13 A.      Yes.
14 MR. WALKER:
15 Q.      And we've talked about various
16 systematic reviews that have also looked at
17 midurethral slings in terms of their safety and
18 efficacy; correct?
19 A.      Yes.
20 Q.      Doctor, if you will turn to the last
21 page or next to last page of the AUGS/SUFU
22 Position Statement, you will see that there are a
23 number of additional organizations that have
24 endorsed that statement.

Marshall Shoemaker, M.D.

Page 389

1 A.     Yes.
2 Q.     And ACOG is one of them?
3 A.     Correct.  Yes.
4 Q.     And is there any significance of ACOG's
5 endorsement?
6 A.     That's very important as an
7 obstetrician and a fellow of the American College
8 of OB/GYN.  Their statement is important to us.
9 Q.     Doctor, are your opinions regarding
10 polypropylene, Prolene and the TVT products that
11 are used to treat stress urinary incontinence
12 consistent with the statements that are contained
13 in this AUGS/SUFU Position Statement?
14 A.     Yes.
15 Q.     If I could look at that, since we only
16 have one copy.
17     All right.  Doctor, do you remember you
18 were asked a series of questions about
19 cytotoxicity and degradation?
20 A.     Yes.
21 Q.     Doctor, are you aware of any randomized
22 controlled trial that has been conducted that has
23 determined that complications experienced
24 postoperatively following a mesh surgery were due

Page 390

1 to either cytotoxicity or degradation?
2 MR. RESTAINO:
3     Objection.
4 A.     Not that I'm aware of.
5 MR. WALKER:
6 Q.     And, Doctor, if Prolene mesh was
7 cytotoxic or degrading to the extent that it
8 actually would cause a clinical complication, is
9 that the sort of thing that you would expect to
10 see manifest quite frequently across the patient
11 population?
12 A.     Yes.
13 Q.     And do we see that either in terms of
14 your experience or more importantly in terms of
15 what the medical literature says?
16 A.     The medical literature and my
17 experience does concur with that.
18 Q.     Just to clarify, concurs that it's?
19 A.     That it's safe.
20 Q.     That it's safe?
21 A.     Yeah, and not cytotoxic.
22 Q.     And, Doctor, the AUGS/SUFU statement
23 we've marked as Exhibit 43, it concludes:
24 "Polypropylene material is safe and effective as

Page 391

1 a surgical implant, polypropylene material has
2 been used in most surgical specialties including
3 general surgery, cardiovascular surgery,
4 transplant surgery, ophthalmology, oto --
5     How do you say that word?
6 A.     Otolaryngology.
7 Q.     Thank you.
8     "-- gynecology and urology for over
9 5 decades in millions of patients in the U.S. and
10 the world.  As an isolated thread, polypropylene
11 is a widely used and durable suture material
12 employed in a broad range of sizes and
13 applications.  As a knitted material,
14 polypropylene mesh is the consensus graft
15 material for augmenting hernia repairs in a
16 number of areas in the human body and has
17 significantly and favorably impacted the field of
18 hernia surgery.  As a knitted implant for the
19 surgical treatment of SUI, macroporous
20 monofilament, lightweight polypropylene has
21 demonstrated long-term durability, safety, and
22 efficacy up to 17 years."
23 A.     Yes.
24 Q.     Did I read that correctly?

Page 392

1 A.     Yes, you read that correctly.
2 Q.     Do you agree with that statement?
3 A.     Yes.
4 Q.     Is that statement consistent with your
5 clinical experience?
6 A.     Yes.
7 Q.     Is that statement consistent with what
8 you have read in your review of the medical
9 literature?
10 A.     Yes, that's consistent.
11 Q.     Is that the consensus position amongst
12 the various doctors that you have interacted with
13 and had discussions with?
14 A.     Yes.
15 Q.     What does this statement tell you in
16 terms of the issues of cytotoxicity and
17 degradation?
18 A.     That it is not clinically significant
19 and that there is none reported.
20 Q.     And, Doctor, you were again asked a
21 number of times about the 2-year benchmark that
22 counsel opposite cited in regards to prolapse
23 studies.  Do you recall that?
24 A.     Yes.

Marshall Shoemaker, M.D.

Page 393

1  Q.     With regards to the TVT products that
2  you opine about in your report, TVT, TVT-O,
3  TVT-Abbrevo and TVT-Exact, you rely on and cite a
4  number of long-term studies; correct?
5  A.     Yes.
6  Q.     And I don't recall the exact number,
7  but there are around -- well, strike that.
8       You would agree that there are several
9  5 to 10, and sometimes even longer than 10-year
10  follow-up studies that have looked at both TVT
11  retropubic and TVT obturator; correct?
12  A.     Yes.
13  Q.     And your review of those studies -- in
14  your review of those studies -- strike that.
15       Does your review of those studies
16  support your opinion concerning the safety and
17  efficacy of those products?
18  A.     Yes.
19  Q.     Doctor, are all of the opinions
20  contained in your TVT general report -- that
21  again covers TVT retropubic, TVT obturator,
22  TVT-Abbrevo and TVT-Exact --
23  A.     Correct.
24  Q.     -- are all of those opinions held by

Page 394

1  you to a reasonable degree of medical certainty?
2  A.     Yes.
3  Q.     And are those opinions based on your
4  education, your training, your experience, your
5  review of the medical literature, and your
6  discussions with your colleagues?
7  A.     Yes.  As well as recommendations from
8  our societies.
9  MR. WALKER:
10       That's all I have.  Thank you.
11  A.     Can I just say one thing about this
12  AUGS report?
13  MR. WALKER:
14  Q.     Do you want it on or off the record?
15  A.     I was going to say, can I put it on the
16  record?
17  Q.     Yeah.
18  A.     Just from -- from this -- this Position
19  Statement, for someone like myself that's in the
20  trenches, seeing patients, and it reports here in
21  the -- polypropylene mesh midurethral slings are
22  a standard of care for the surgical treatment of
23  SUI and represent a great advance in the
24  treatment of this condition for our patients.  It

Page 395

1  says here over -- importantly -- over three
2  million midurethral slings have been placed
3  worldwide and a recent survey indicates that the
4  procedure is used by greater than 99 percent of
5  AUGS members.
6  Q.     And why is that important to you?
7  A.     Just because this is the treatment for
8  stress incontinence by 99 percent of AUGS
9  members.  It's the recommendation that --
10  midurethral slings are the recommendation for
11  treatment for stress incontinence.  That's all.
12       EXAMINATION
13  BY MR. RESTAINO:
14  Q.     Doctor, I've got just a few follow-up
15  questions.
16  A.     No problem.
17  Q.     Number one pertaining to the statement
18  you just made with the -- the number that you
19  just quoted.  That does not rule out the fact
20  that a percentage of women have adverse events
21  and serious adverse events secondary to the mesh;
22  correct?
23  A.     It does not address that.
24  Q.     You can pull it -- obviously, you can

Page 396

1  pull it if you would like, but you were asked
2  about the Klinge study, and you were -- if you
3  look on the -- if you look on the second page
4  under material and methods --
5  A.     Okay.  Yes.
6  Q.     -- in the right column, at the top, you
7  read -- it was read:  "Except for one Marlex mesh
8  with a fistula to the intestine, no mesh showed
9  macroscopic signs of infection or inflammation";
10  correct?
11  A.     Correct.
12  Q.     Can you define for the Court
13  macroscopic?
14  A.     When they looked at it under the
15  microscope, the pathologist looked at it under
16  the microscope.  Macroscopic.  Excuse me.  I'm so
17  sorry.  Macroscope means visual sight.  Sorry.  I
18  read that as microscopic.
19  Q.     So the fact that there weren't
20  macroscopic signs of infection or inflammation
21  does not rule out the fact that there may have
22  been microscopic signs of infection and infection
23  and inflammation including white blood cells,
24  bacteria, macrophages, giant cells, all of that;

Marshall Shoemaker, M.D.

Page 397

1 correct?
2 A.      You would only be able to see that
3 under the microscope.
4 Q.      Okay.  And then I haven't had a chance
5 to see the articles that you brought today.  But
6 if we can turn to -- if you would turn to the
7 Holdo study.
8 A.      Holdo, yes.
9 MR. WALKER:
10      Where did it go?  Hang on.  Here it is.
11 Here it is.  Did you want to look at it first?
12 MR. RESTAINO:
13 Q.      I brought that one up on PubMed.
14 A.      What you got?
15 Q.      If you'd go to the 6th page, which is
16 listed here just as page 6.  I don't see a page
17 number on it.  It's the 6th page, and then on the
18 lower right-hand column down below, it says
19 strengths and weaknesses.
20 A.      Strengths and weaknesses.
21 Q.      Okay.  Good.
22      "The strengths and weaknesses of this
23 study should be considered.  In this
24 retrospective study, data were not collected

Page 399

1 Q.      Why would mesh be removed otherwise?
2 A.      No.  Just -- it wouldn't be, yes, sir.
3 Q.      So urological, gynecologic surgeons
4 don't take mesh out of healthy people; correct?
5 A.      Correct.
6 MR. RESTAINO:
7      Okay.  That's all I have.
8 MR. WALKER:
9      We are good.
10      (THE DEPOSITION OF MARSHALL SHOEMAKER,
11      M.D., WAS CONCLUDED AT 11:09 A.M.)
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 398

1 systematically as in prospective studies, and the
2 recorded data were those documented in the
3 medical records.  Grading of symptoms and
4 complaints were based on the patients' subjective
5 descriptions and the data needs to be interpreted
6 with caution as they may vary in quality and
7 consistency."
8      Do you agree with that statement?
9 A.      This statement is -- I agree that the
10 statement is in here, yeah.
11 Q.      Okay.  Would you agree that in any or
12 in all retrospective studies where the recorded
13 data is only obtained from medical records, that
14 that data has to be interpreted with caution
15 because it may vary in quality and consistency?
16 A.      It can be -- it can be difficult.
17 Q.      Okay.  You were asked about the
18 Burbaker?
19 A.      Brubaker.
20 Q.      That one too.
21      The Brubaker study, and counsel pointed
22 out that all the mesh were removed from patients
23 with complaints; correct?
24 A.      Correct.

Page 400

1      C E R T I F I C A T E
2      I do hereby certify that the foregoing
3 proceedings were taken down by me and transcribed
4 using computer-aided transcription and that the
5 foregoing is a true and correct transcript of
6 said proceedings.
7      I further certify that I am neither of
8 counsel nor of kin to any of the parties, nor am
9 I in anywise interested in the result of said
10 cause.
11      I further certify that I am licensed by
12 the Alabama Board of Court Reporting as a
13 Certified Court Reporter.
14
15
16 _____
   LYNN ROBINSON-DYKES, CCR
17 ACCR#175 (exp. 9/30/17)
   COURT REPORTER, NOTARY PUBLIC (exp. 1/29/2020)
18
19
20
21
22
23
24

Marshall Shoemaker, M.D.

Page 401

```
 1           CERTIFICATE OF WITNESS
 2  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS
 3  LIABILITY LITIGATION 2:12-M-02327
 4
 5       I, MARSHALL SHOEMAKER, M.D., do hereby
 6  certify that on this ____ day of _____,
 7  2017, I have read the transcript and to the best
 8  of my knowledge it constitutes a true and
 9  accurate transcript of my testimony taken on oral
10  examination on July 22, 2017.
11
12
13
14
15
16       _____
         MARSHALL SHOEMAKER, M.D.
17
         DATE: _____
18
         _____
19       WITNESS TO SIGNATURE
20
21
22
23
24
```

Page 403

```
 1           CERTIFICATE OF CHANGE
    ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS
 2  LIABILITY LITIGATION 2:12-M-0227
 3       I, MARSHALL SHOEMAKER, M.D., the
 4  witness, have read the testimony contained herein
 5  and hereby request the following changes be made:
    PAGE/LINE   CHANGE          TO
 6  _____   _____   _____
 7  _____   _____   _____
 8  _____   _____   _____
 9  _____   _____   _____
10  _____   _____   _____
11  _____   _____   _____
12  _____   _____   _____
13  _____   _____   _____
14  _____   _____   _____
15  _____   _____   _____
16  _____   _____   _____
17  _____   _____   _____
18  _____   _____   _____
19  Subscribed and sworn to before me this ____ day
    of _____ 20__.
20  My Commission Expires:
21  _____
         MARSHALL SHOEMAKER, M.D.
22
23  _____
         NOTARY PUBLIC
24
```

Page 402

```
 1           CERTIFICATE OF CHANGE
 2  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS
    LIABILITY LITIGATION 2:12-M-0227
 3
 4       I, MARSHALL SHOEMAKER, M.D., the
 5  witness, have read the testimony contained herein
 6  and hereby request the following changes be made:
    PAGE/LINE   CHANGE          TO
 7  _____   _____   _____
 8  _____   _____   _____
 9  _____   _____   _____
10  _____   _____   _____
11  _____   _____   _____
12  _____   _____   _____
13  _____   _____   _____
14  _____   _____   _____
15  _____   _____   _____
16  _____   _____   _____
17  _____   _____   _____
18  _____   _____   _____
19  _____   _____   _____
20  Subscribed and sworn to before me this ____ day
    of _____ 20__.
21  My Commission Expires:
22  _____
         MARSHALL SHOEMAKER, M.D.
23
24  _____
```