# EXHIBIT H



Marshall D. Shoemaker, MD, PC
Obstetrics/Gynecology/Incontinence surgery
188 Hospital Drive Suite #304
Fairhope, Alabama 36532
(251) 990-1950

MARSHALL D. SHOEMAKER, M.D.
BOARD CERTIFIED

JESSICA L. JONES, M.D.
BOARD ELIGIBLE

HEATHER TALBOT, C.R.N.P.

CARLA CORTE, C.R.N.P.

# Curriculum Vitae



## Medical Licensure

State of Alabama #21413

## Education

University of Alabama-Bachelor of Science (1979)

Texas Tech School of Medicine-Medical Doctorate (1983)

Parkland Hospital, Dallas (U.T. Southwestern)-Internship (1983-1984)

Parkland Hospital, Dallas (U.T. Southwestern)- OBGYN Residency (1984-1987)

Chief Resident (1986-1987)

## Board Certification

American Board of Obstetrics and Gynecology (1989-present)

Fellow of the American College of Obstetrics and Gynecology (1989-present)

## Employment

Coastal Bend Women's Center in Corpus Christi Texas

    Private group practice of Obstetrics/Gynecology/Infertility/Incontinence surgery (1987-1997)

Marshall D. Shoemaker, MD, PC in Fairhope, Alabama

    Private practice of Obstetrics/Gynecology/Incontinence surgery (1998-present)

188 HOSPITAL DRIVE, SUITE 304
FAIRHOPE, AL 36532
PHONE 251-990-1950
FAX 251-990-1951

Marshall D. Shoemaker, MD, PC
Obstetrics/Gynecology/Incontinence surgery
188 Hospital Drive Suite #304
Fairhope, Alabama 36532
(251) 990-1950

MARSHALL D. SHOEMAKER, M.D.
BOARD CERTIFIED

JESSICA L. JONES, M.D.
BOARD ELIGIBLE

HEATHER TALBOT, C.R.N.P.

CARLA CORTE, C.R.N.P.

## Professional Organizations

Baldwin County Medical Society

Alabama Medical Association

Alabama American College of Obstetrics and Gynecology

American Medical Association

American Association of Gynecology Laparoscopists

American Institute of Minimally Invasive Surgery

Society of Pelvic Reconstructive Surgeons

## Professional Appointments

Bay Area Medical Center-Department of OBGYN

    Chair (1994-1995)

Bayview Hospital

    Chairman of the Board of Trustees (1993-1997)

Texas Medical Association

    Delegate (1996)

Thomas Hospital Surgery Steering Committee

    Member (1998-2000), (2006-2008), (2009-present)

Thomas Hospital –Department of Surgery

    Chairman (2001-2002)

Thomas Hospital-Department of OBGYN

    Chairman (2001-2002), (2006-2007)

Thomas Hospital-DaVinci Robot Utilization Committee

    Member (2014-present)

Gynecare Women's Health and Urology

    Preceptor: TVT-S, LSH, Prolift, Office Thermal Ablation

Coloplast Preceptor: Axis Dermis, TVT-Atlas, Exair Mesh

Marshall D. Shoemaker, MD, PC
Obstetrics/Gynecology/Incontinence surgery
188 Hospital Drive Suite #304
Fairhope, Alabama 36532
(251) 990-1950

Marshall D. Shoemaker, M.D.
Board Certified

Jessica L. Jones, M.D.
Board Eligible

Heather Talbot, C.R.N.P.

Carla Corte, C.R.N.P.

## Civic Organizations

Fairhope Education Enrichment Foundation

    Board of Directors (1999-2002)

Mayor's Golf Tournament

    Chairman (2000-2002)

Thomas Hospital Foundation

    Board Member (2001-2003)

188 Hospital Drive, Suite 304
Fairhope, AL 36532
Phone 251-990-1950
Fax 251-990-1951