# EXHIBIT A

Mays Exhibit A

| Case Name | Docket Number |
|---|---|
| Abadie, Mary J. | 2:12cv07356 |
| Aldridge, Margaret | 2:12cv05750 |
| Bell, Patricia D. & Joseph | 2:12cv06750 |
| Bethune, Susan & Ronnie Jerome | 2:12cv07852 |
| Bordelon, Jane & Frederick, III | 2:12cv07431 |
| Collins, Cynthia | 2:12cv06095 |
| Cox, Blake | 2:12cv06096 |
| Dobard, Raja | 2:12cv07493 |
| Dupont, Catherine & Richard | 2:12cv07490 |
| Frame, Patsy | 2:12cv07524 |
| Fremin, Margaret Richard | 2:12cv07523 |
| Friberg, Gloria & Henry | 2:12cv06500 |
| Glaser, Judy & Bill | 2:12cv05776 |
| Green, Patricia & Jackie | 2:12cv05688 |
| Greenwood, Kassandra & Cody | 2:12cv07889 |
| Harris, Sabrina | 2:12cv07582 |
| Harrison, Lela B. & Larry | 2:12cv06160 |
| Harvey, Anita | 2:12cv07768 |
| Heintz, Kathleen | 2:12cv07579 |
| Hoggatt, Laurie & Paul | 2:12cv05667 |
| Holley, Mary & Jimmy | 2:12cv07750 |
| Jacob, Liberty & Jack | 2:12cv06954 |
| Jaufre, Dianne | 2:12cv07573 |
| Jennings, Iris A. & Michael | 2:12cv06217 |
| Jones, Leslie & Calvin | 2:12cv07476 |
| Landeche, Mary Alice & Nolan, Jr. | 2:12cv07962 |
| Latimer, Sherry S. & James | 2:12cv07771 |
| Lee, Amy | 2:12cv07478 |
| Lenderman, Mary & James, Sr. | 2:12cv06216 |
| Lockwood, Maria | 2:12cv07649 |
| Martin, Linda A. & Henry | 2:12cv07853 |
| McCoy, Clarisa | 2:12cv07646 |
| McLain, Jamie & Travis | 2:12cv08004 |
| Miller, Joycelyn | 2:12cv07644 |
| Minter, Polly A. | 2:12cv06356 |
| Patterson, Elizabeth | 2:12cv06081 |
| Rayburn, Judy & Brian E. | 2:12cv07711 |
| Rose-Carter, Tawana & Robert | 2:12cv06301 |
| Sauer, Carol & William Conner | 2:12cv06818 |
| Shary, Maureen & Dennis M. | 2:12cv07483 |
| Shook, Maria & Peter | 2:12cv07446 |
| Smiley, Rebecca Neel | 2:12cv06798 |
| Surcey, Tammy | 2:12cv05668 |
| Sutherlin, Anita | 2:12cv07479 |
| Taylor, Bessie & William, Sr. | 2:12cv07784 |
| Terrebonne, Shirley | 2:12cv07779 |

Mays Exhibit A

| Case Name | Docket Number |
|---|---|
| Thorson, Rachel & James | 2:12cv07481 |
| Tichbourn, Loral | 2:12cv07777 |
| Underwood, Martha A. | 2:12cv06162 |
| Valverde, Jodi & Leffy | 2:12cv07999 |
| Vazquez, Yadira & Ricardo | 2:12cv07840 |
| Weaver, Karen & Victor E. | 2:12cv07769 |
| Wethal, Mary | 2:12cv07976 |
| Wilcher, Patricia | 2:12cv06573 |
| | |