**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| <br>ETHICON WAVE 5 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
JULIE DROLET, M.D. FOR WAVE 5**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion filed against Julie Drolet for Ethicon Wave 1, Dkt. 2093 (motion), 2094 (memorandum in support). Plaintiffs respectfully request that the Court exclude Julie Drolet's testimony, for the reasons expressed in the Wave 1 briefing. This notice applies to the following Wave 5 cases identified in Exhibit A attached hereto.

| | |
|---|---|
| Dated: August 14, 2017 | Respectfully submitted,<br><br>/s/  D. Renee Baggett<br>Bryan F. Aylstock, Esq.<br>Renee Baggett, Esq.<br>Aylstock, Witkin, Kreis and Overholtz, PLC<br>17 East Main Street, Suite 200<br>Pensacola, Florida  32563<br>(850) 202-1010<br>(850) 916-7449 (fax)<br>E-mail:  rbaggett@awkolaw.com<br><br>/s/ Thomas P. Cartmell<br>THOMAS P. CARTMELL<br>Wagstaff & Cartmell LLP<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>816-701-1102<br>Fax 816-531-2372<br>tcartmell@wcllp.com |

# EXHIBIT A

| Jennings, Iris | 2:12-cv-06217 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com