# Exhibit A

# LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF ROBERT D. MOORE, D.O. APPLIES

1. *Lynn Scuderi v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-06409 (TVT-O)

*Defendants reserve the right to supplement this list should any plaintiff designate Dr. Moore as a general-causation expert in MDL Wave 5.