# Exhibit C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO WAVE 2 | Master File No. 2:12-MD-02327<br><br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## RULE 26 EXPERT REPORT OF ROBERT D. MOORE, D.O.
## TVT-O

The following report is provided pursuant to Rule 26 of the Federal Rules of Civil

Procedure.  All of the opinions that I offer in this Report I hold to reasonable degree of medical

or scientific certainty.

## I.    QUALIFICATIONS

My name is Dr. Robert D. Moore.  My qualifications in regards to rendering the opinions

contained herein are self-explanatory as seen in my attached CV; however, they are also

summarized as follows:

- Board Certified in Obstetrics and Gynecology by the American Board of Obstetrics and Gynecology;

- Subspecialty Board Certified in Female Pelvic Medicine and Reconstructive Surgery by the American Board of Obstetrics and Gynecology and the American Urologic Association;

- Fellow of the American College of Obstetrics and Gynecology;

- Fellow of the American College of Surgeons;

- Fellow of the International College of Surgeons;

- Professor of Obstetrics and Gynecology (Adjunct), Emory University, Atlanta, Ga, USA;

- Assistant Clinical Professor of Ob/Gyn, Philadelphia College of Osteopathic Medicine;

- Executive Editor-in-Chief, Online Journal of Urology;

- Board of Advisors, American Association of Gynecologic Laparoscopists;

- Co-chair (w/ Professor Bruno Deval, France and Michel Cosson, France) International Urogynecology Association Laparoscopy Special Interest Group.

- Board Member, Foundation of the International Urogynecology Association, Fundraising Chair for the Foundation and the Ghana Project

I graduated summa cum laude in Biologic Sciences at the State University of New York College at Buffalo in 1988. I attended medical school and graduated Psi Sigma Alpha and first in my class at the University of New England College of Ostopathic Medicine. While at medical school I was awarded a Burrough's Welcome Research Grant/Fellowship and completed bench research and was published in the field of neuroscience and spinal cord neuroreceptors in a chronic pain model. Following medical school I did a 4 year residency in Obstetrics and Gynecology at the Maine Medical Center in Portland, Maine, at which point in time I was awarded with the Society of Laparoscopic Endoscopy Excellence in Laparoscopic Surgery Award as well as the Chief Resident Excellence in Teaching Award. Following residency, I did a two year fellowship in Radical Pelvic Surgery and Urogynecology at Northside Hospital in Atlanta, Georgia and then did another year of fellowship in Laparoscopic Urogynecology and Pelvic Reconstructive Surgery at Northside Hospital in Atlanta, Georgia under the tutelage of my current partner, Dr. John R Miklos.

I have been in the practice of Urogynecology and Pelvic Reconstructive surgery for over 16 years in Atlanta, Georgia, and I am currently the Director of Advanced Pelvic Surgery and

Co-director of Urogynecology at the Atlanta Center for Laparoscopic Urogynecology.  In 2011, I opened our satellite office in Los Angeles, California and am the Chief, Division of Female Pelvic Medicine and Reconstructive Surgery at the Beverly Hills Sunset Surgery Center in Los Angeles. I am also the Co-director and Managing partner of Atlanta Medical Research, Inc. where we are actively involved in clinical research including FDA trials. I have been very active in the continued pursuit of post-graduate education and research in the field of Female Pelvic Medicine and Reconstructive surgery by teaching medical students, residents, fellows and professionals on a regular basis. I hold teaching appointments at Emory University (Full Professor of Obstetrics and Gynecology-Adjunct) and the Philadelphia College of Osteopathic Medicine-Assistant Professor (Georgia Campus).  I am also actively involved in clinical research and have published over 180 scientific articles/abstracts/chapters in my field over my career.  I am recognized throughout the United States as well as worldwide as a leader in the field of minimally invasive Urogynecology and am asked on a regular basis to teach, present, and operate at conferences and congresses throughout the world.  I am known throughout the world as one of the leading experts in the research, development and clinical use of vaginal mesh for prolapse and incontinence. Over recent years I have been invited to present and be one of the keynote speakers and visiting professor/guest surgeon at multiple international locations including:  American Association of Gynecologic Association's International Meeting in Cape Town, S. Africa; IRCAD's Annual Advanced Laparoscopic Surgery Congress at the University of Strausberg, France; Urology/Urogynecology Congress at the University of Quito in Ecuador; and the University of Chicago Annual Update in Urogynecology Course, Faculty/Moderator of Live Mesh Sacralcolpopexy surgery at the AAGL meeting in Vancouver, Canada this past year. I have been invited as Faculty to perform Live Surgery at the International Urogynecology

Association's Annual Scientific Meeting in Cape Town, S. Africa this coming year. At all of these conferences and congresses I have been asked to lecture and give my expertise on the use of mesh in pelvic surgery and how to avoid and treat complications. I have led countless seminars and courses in the United States and abroad on the use of mesh in pelvic surgery. I was one of the leading consultants/educators for American Medical Systems and was the leading instructor in over 50 seminars/cadaver labs in the US and nternationally in the use of mesh for prolapse and incontinence. We also have surgeons travel to our centers from throughout the world on a regular basis to learn from our surgical techniques in Laparoscopic and Vaginal Reconstructive Surgery.

My partner John R. Miklos, MD and I complete approximately 400-500 urogynecologic procedures a year at our centers in Atlanta, Georgia and Los Angeles, California. I have implanted over 1,000 slings in my career and approximately 500 or more vaginal mesh implants. I have been involved with clinical research in the field of mesh use in prolapse and incontinence for over 10 years and have published extensively in this field. I was the principal investigator (along with Professor Bernard Jaquetin, Lille, France) in a prospective worldwide trial on the Monarc Transoburator Sling (American Medical Systems Sponsored). I was also the Principal Investigator of the United States Perigee Trial (AMS sponsored) and was one of the first surgeons in the US to implant the Perigee procedure and have been involved in multicenter trials involving the Apogee procedure, Anterior Elevate, and the Mini-Arc Single Incision Sling procedure (AMS sponsored). I have also published many other independent research trials and/or review papers generated from our Center alone or in conjunction with other independent research centers (such as the Cleveland Clinic and Harvard).

I have explanted many retropubic, transobturator tape and SIS slings including TVT, TVT-O and TVT Secur slings for various complications and have published scientific articles on the laparoscopic and vaginal approach for removing this class of mesh-tape slings when complications occur.  I originally trained on the Monarc TOT sling (AMS) in 2002 with Professor George Mellier at the University of Lyon, France as well as Dr. Christophe Courteau at the Sunshine Institute in Marseille, France. It was in Marseille, France in 2002 when I first observed the use of the transobturator approach to place vaginal mesh (TVM procedure) for POP. I was the principal investigator in a worldwide multicenter trial evaluating the Monarc TOT sling and presented the initial results of this trial at the International Urogynecology Association Annual Scientific Meeting in Paris, France in 2004.  From 2003 through 2008 the TOT sling was my primary mode of treatment for female SUI.  I have never implanted a Gynecare TVT-O sling as I felt that the inside-out approach was a very dangerous pass (Gynecare was the only company promoting this type of pass) as it was shown in more than one study that the inside-out needle pass caused the needle and ultimately mesh to come much closer to the Obturator neurovascular bundle than the standard outside-in approach. This put the neurovascular bundle at much higher risk of injury and ultimately causing groin pain at a higher rate compared to the outside-in approach, which was also shown in several studies.  I currently do not perform any form of TOT slings, nor have I since approximately 2009.

My partner and I have also been extensively involved in recent years in taking care of mesh complications and have also presented research at meetings such as the American Urogynecologic Society Annual Scientific Meeting, the International Urogynecology Association's Annual Meeting, and the American Association of Gynecologic Laparoscopic Surgeons (AAGL) Annual Scientific Meeting.

Over the last 4 years, my partner John R Miklos and myself, personally have removed more than 500 pieces of mesh from patients suffering from complications. We recently presented 3 abstracts at the 2014-combined American Urogynecology Society and International Urogynecology Society Meeting:

1) Miklos JR, Chinthakanan O, Moore RD et al. The IUGA/ICS Classification of synthetic mesh complications in female pelvic floor surgery: A multicenter study, AUGS/IUGA Scientific Meeting Washington DC July 2014 (accepted for publication, Int Urogynecol Jl 2016, in press)
2) Chinthakanan O, Miklos JR, Moore RD et al. Mesh removal following sling/mesh placement: a multicenter study AUGS/IUGA Scientific Meeting Washington DC July 2014
3) Chinthakanan O, Miklos JR, Moore RD, et al., Indications and surgical treatment of midurethral slings complications: a multicenter study, AUGS/IUGA Scientific Meeting Washington DC July 2014

These three studies are the largest known studies in the world on mesh complications and female reconstructive surgery. At the AUGS/IUGA meeting, the first of these three abstracts: *The IUGA/ICS Classification of synthetic mesh complications in female pelvic floor surgery. A multicenter study*, has been accepted for publication in the International Urogynecology Journal (2016). This is the largest published manuscript in the world on the subject of mesh complications and female urogenital surgery.

Since the evolution of transvaginal slings and mesh procedures my partner, John R Miklos, and I have explanted more than 700 meshes devices with more than 500 since 2010 including: Gynecare Prolift, Prolift +M, Prosima, TVT retropubic, TVT-O, and TVT – Secur slings. In our multicenter study on mesh removal noted above, we removed midurethral synthetic slings in 83.3% (373/445) of those presenting with symptomatic mesh complications. A number of the midurethral slings removed were TVT-O slings.

I have also chaired multiple seminars and courses on Vaginal Mesh Complications including chairing Post-Graduate course for the International Urogynecology Association Annual Scientific Meeting in Lake Cuomo, Italy with Michel Cosson (France). Recently, my partner and I won awards for two surgical videos in two categories at the annual AAGL Global Scientific meeting in Vancouver, Canada, including winning the Golden Laparoscope Award for the Best Surgical Video of the year. These videos focused on Mesh Surgery for Prolapse and the treatment of mesh complications.   I also have extensive experience with biologic graft use in pelvic surgery and was a preceptor/consultant and conducted research for Bard Urology in the use of Pelvicol in vaginal prolapse repair.  I was lead investigator in two clinical trials evaluating the use of Pelvicol in vaginal reconstructive surgery and published two scientific research articles regarding these studies.  I also was a preceptor and consultant for US Surgical/Tyco for the Posterior IVS procedure, however, I discontinued the use of this product after a very short time secondary to a high extrusion and infection rate being seen with this type of mesh.  I have also been a preceptor/teacher/consultant for Gynecare for the TVT sling and Caldera Medical for its TVT sling products.  My CV is attached as Exhibit A for further clarification of my expertise in the field of Female Pelvic Surgery and Reconstructive Medicine; and a complete listing of my qualifications, education, background, positions, awards and publications can be found on it.

## II.    __OPINIONS__

All of my opinions in this report I hold to a reasonable degree of medical and scientific certainty. In formulating my opinions and preparing this report, I reviewed scientific literature, corporate documents and videos from Ethicon, sample products, and depositions of Ethicon employees. The corporate documents, videos, sample products and depositions were supplied to me by counsel. A list of Ethicon corporate materials and depositions reviewed for this report is

included in Exhibit B, attached hereto.  I understand discovery is still ongoing in these cases, and I reserve my right to amend my opinions if further information is provided in any form including, but not limited, to corporate documents, depositions and the expert reports of both Plaintiff and Defense experts. In general, my expert opinions can be summarized as follows:

**A.** **The TVT-O is defectively designed.**

From the perspective of a physician who has worked closely with medical device companies in the development and analysis of pelvic repair mesh products, I expect that the manufacturer will take into account all potential risks and compare those risks to any benefits that the design of the product may provide.  This analysis must involve consideration not only of the risks themselves, but how those risks may be expected to affect the patient: how long they may last, how serious they may be, and whether and how the complication can be treated.  If the problems that are known or reasonably may be expected to be associated with a particular design can cause problems that are serious, chronic or permanent, or that can be difficult or impossible to treat and resolve, no reasonable manufacturer should put that product in the hands of doctors to put into patients unless the benefits so far outweigh the risks that it could be justified.  Stress urinary incontinence ("SUI"), the condition that TVT-O was sold to treat, is not a life-threatening condition.  SUI is a quality of life issue, but not a life-threatening one.  Particularly when there were a number of other procedures and products available to treat this non-life threatening disorder, the risks inherent in the TVT-O, which are discussed below, outweigh any claimed benefit.

As a result of the defective TVT-O design, as discussed below, it is my opinion that the TVT-O causes or increases the risk of a number of complications, including the potential for erosions that can occur during the entire time the device remains implanted; chronic and severe

- 8 -

pelvic pain; dyspareunia; nerve damage; infection; sexual dysfunction; bladder and bowel

problems; vaginal scarring; improper wound healing; injury to tissue, nerves or organs from

implantation device; and the need for multiple repair or removal surgeries, among others.

## I.     Design Defects of the TVT-O Device:

**Tendency to Cause Pain, and Bladder, Bowel, and Sexual Dysfunction Secondary to Location of Mesh in Vagina, Pelvic floor and groins.**

**TVT-O Technique**:

The TVT-O is transobturator sling (also called a TOT sling) comprised of a single strip of

polypropylene mesh that is implanted by blindly passing trocars through the obturator internus

muscle, obturator membrane, obturator externus muscle and various adductor muscles prior to

exiting in the groin.  The transobturator approach to place a mid-urethral mesh tape sling was

originally described by DeLorme in 2001 as a less invasive and safer approach compared to

passing needles and mesh blindly into the retropubic space to place the sling (TVT sling

approach). There had been major vascular injuries, bowel injuries, bladder injuries and deaths

affiliated with the TVT procedure and therefore DeLorme introduced the transobturator

technique as an alternative to pass the needles and mesh through the groins into order to place

the mesh sling under the urethra. (Delorme E (2001)) Transobturator urethral suspension: mini

invasive procedure in the treatment of stress urinary incontinence in women. (Prog Urol

11:1306–1313). Delorme originally described the technique with the incision made in the crease

of the groin (junction of the labia minora and inner thigh) at the level of the clitoral hood and the

TOT needle passed from lateral to medial into the vagina. The needle would be passed through

the incision and into the vaginal dissection with direct finger guidance to protect the bladder and

the urethra. The mesh was then attached to the needle and pulled back out of the incision on both

sides and the mesh tensioned under the mid-urethra. He described the outside-in technique in order specifically to direct the needle AWAY from the danger area of the obturator neurovascular bundle. In 2003, de Leval described the "inside-out" approach to the TOT procedure which ultimately became the Ethicon TVT-O procedure. (De Leval J (2003) Novel surgical technique for the treatment of female stress urinary incontinence: transobturator vaginal tape inside–out. Europ Urol 44:724–730).

With the TVT-O procedure, the surgeon is instructed to make one mid-vaginal incision and two incisions (more lateral in the groins compared to the outside-in TOT approach) and the TVT-O sling is implanted by blindly creating a tunnel and penetrating the obturator membrane with a pair of scissors,  then placing a  metal wing-tipped guide through this tunnel and then passing a needle with mesh attached to it from the vagina out laterally through the obturator membrane and muscles surrounding it and exiting through the groin incision. This procedure is completed on both sides with the goal of having the body of the mesh sling lying under the mid-portion of the urethra. The mesh is covered by a plastic sheath that is supposed to allow the mesh to be tensioned appropriately under the urethra. Once the tensioning is obtained, the surgeon holds a pair of scissors or other instrument between the mesh tape and the uretha and pulls the plastic sheath off each side through the groins. The mesh is designed to sit flat in a tension-free position under the mid-urethra to give it support.

**Mesh Implanted in Groin Muscles Causes Complications**

Implantation of the TVT-O requires the mesh arms to pass through the levator ani, obturator internus/externus and adductor muscles, in that order.  The levator muscles are critical to pelvic floor function including bladder and bowel function as well as sexual function, while the obturator internus, externus and adductors are key to abducting/adducting the leg and

maintaining balance. These transverse mesh arms damage the levator and obturator and adductor muscles and thus may compromise bladder/ bowel function, as well as balance, ambulation and lateral leg movement. If pain results in the levator ani region secondary to the mesh, then this causes contractions/spasms of the pelvic floor muscles which also will impact bladder/ bowel function and cause pelvic floor dyssynergia. If pain results in the obturator and adductor muscles, then leg function and balance may be compromised. Groin and thigh pain has been shown to statistically happen more often with the transobturator approach compared to the original retropubic TVT type approach. The most recent Cochrane review on mid-ureral slings demonstrated this with overall rates of groin pain higher in the TOT group (6.4% versus 1.3%; RR 4.12, 95% CI 2.71 to 6.27; 18 trials, 3221 women; moderate quality evidence). Ford AA[1], Rogerson L, Cody JD, Ogah J. Mid-urethral sling operations for stress urinary incontinence in women. Cochrane Database Syst Rev. 2015 Jul 1;7:CD006375. doi: 10.1002/14651858.CD006375.pub3

### Pain Syndromes as a Complication of the TVT-O

Perhaps the most common injury associated with the TVT-O can generally be described as "pain." This can present as groin pain, thigh pain, pelvic pain, nerve pain and in its more severe forms can be a debilitating injury transforming a woman's life. As discussed below, it was evident from the original series of cases performed by Professor de Leval in 2003, that thigh/groin/leg pain was a common occurrence with TVT-O, not rare. In addition, Ethicon did not undertake any testing to determine the cause of the pain syndromes, although it was clear that they were a result of the TVT-O procedure. Ethicon was aware of this risk, however did not include include a warning in the initial TVT-O IFU. The initial IFU stated that leg pain may be transitory and last 24-48 hours and can usually be managed with mild analgesics. They were

aware, but did not warn that the pain could be severe, chronic, life-long, debilitating pain that may not even be corrected with surgery or removal of the mesh. This was never updated in any of the TVT-O IFU's.

The first TVT-O procedures were performed by Professor de Leval at the University of Liege. Ethicon funded these cases. In his earliest procedures it became clear that the procedure led to a large and noticeable increase, over any other treatment of pain, in the leg/groin area. In fact, in the Clinical Expert Report for TVT-O, Ethicon's Medical Director, Dr. Martin Weisberg, documented that in de Leval's first 138 patients "[t]he most frequent complaint in these 138 patients was postoperative thigh pain in 26 percent of cases." ETH.MESH.00259634 at 9638 (TVT-O CER December 2003). Exactly the same percentages were found eight years later. Teo, R., et al., Randomized Trial of Tension-free Vaginal Tape and Tension-free Vaginal Tape-Obturator for Urodynamic Stress Incontinence in Women, J. Urol. 2011 Feb.; 185:1350-55.

This trial was perhaps the clearest example of the clinical and scientific impact of pain syndromes caused by the TVT-O and comes from the results of an independent study of the TVT-O that was performed by several of Ethicon's KOLs. These investigators actually **stopped the trial** because of excess pain reports in the TVT-O arm (26.4% pain reported at 6 months) and given the high rate of groin pain that was being report in the literature with the inside-out approach. The investigators concluded it was no longer ethical to use the TVT-O device given the clear negative impact on patient health. They concluded that, although efficacy at 6 months is similar, TVT-O resulted in higher levels of postoperative pain and leg pain. These findings are similar to other studies comparing retropubic and transobturator tapes. Given the comparable efficacy of the procedures, it seems preferable to recommend retropubic tape placement to avoid a high incidence of leg pain.

**They also concluded that, although the study was underpowered to detect differences in cure, the loss of equipoise from publication of results from similar trials necessitated the early termination of the study.**

This 2011 article was not the first to show TVT-O caused leg/groin/thigh pain in more than one in four women who were implanted with the device. This was shown in Ethicon's original case series from eight years earlier.

### Inside-Out Technique of TVT-O Increases Risk of Nerve Injury/Pain

The TVT-O as described by de Leval used a DIFFERENT technique of needle passage compared to the other TOT slings that were already on the market at that time. The TVT- O technique utilizes a needle passage from "inside-out" compared to "outside-in" as originally described by Delorme and since used in every TOT that has been on the market EXCEPT TVT-O. The "outside-in" technique was utilized specifically to pass the needle away from the danger point of the obturator foramen and its neurovascular bundle. The TVT-O inside-out technique actually passes the needle directly towards that region and not away from it.

In order to study the risk of damage/injury to the obturator/neurovascular bundle and the dorsal nerve of the clitoris, Achtari and others completed a cadaver study to evaluate the distances between the TVT-O device (inside-out) and Monarc device (outside-in) and the obturator canal to see if there was a difference between the two approaches. They found a distance of 27+/-4 mm from the Monarc device to the obturator canal, which was consistent with another study by Whiteside and Walters [(2004) Int Urogynecol J Pelvic Floor Dysfunct 15(4);223-6]. The TVT-O device was significantly closer to the oburator canal (19+/-3mm). They concluded that the TVT-O device was 8mm closer to the obturator foramen. In the discussion they state that leg pain has been reported by the initial TVT-O study in 16% of patients and that the cause of the

pain may be related to injury of the posterior division of the obturator nerve caused by the passage of the needle and mesh from inside to out. They also state that "The pain may also be caused by the fact that TVT-O passes through the muscular part of the adductor longus whereas Monarc passes through the tendinous insertions of these muscles".

Hinoul (an Ethicon Medical Director) et al (Int Urogyn Jl (2007)18:1201-06) tested the validity of the anatomical study that was originally done by Bonnet et al (Jl Urology 173(4);123-129), the group who invented the TVT-O. The Bonnet study concluded that "the tape is inserted in a consistent path that is highly accurate, reproducible and safe, independent of surgeon experience". This finding was challenged in the Hinoul study as they found in patients that guidelines for correct patient positioning could not be respected, and the TVT-O's needle's trajectory will differ significantly from the originally described "consistent track independent of surgeon experience" as stated by Bonnet et al.  The study also reported on the measurements between the TVT-O needle passage relative to the course of the peripheral oburator nerve's branches. The distance to the anterior obturator nerve varied from 0.5 to 2.0cm and the posterior branch from 0.1 to 1.2cm (they actually perforated the nerve in one malpositioned patient). In a similar study, Spinosa et al measured an average distance from the TVT-O needle and mesh of only 0.9 cm with a range of 0 to 1.2cm to the posterior branch of the obturator nerve. (Spinosa JP, Dubuis PY, Riederer. (2005) Transobturator surgery for female SUI; from outside to inside or from inside to outside? A comparative anatomic study. Prog Urol 15(4):700-706). Both of these studies show that the distance of the placed mesh to the obturator nerve branches can actually damage the nerve at the time of TVT-O  passage, or be close enough to it that fibrosis around the mesh and subsequent contraction could very easily cause nerve damage and pain by creating tension/pulling and/or irritation of the nerve.

- 14 -

Hinoul et al. proposed another explanation to the variability in the TVT-O's needle trajectory – that it may be secondary to being operator-dependent. They felt that if the wing-tip guide is inserted too deeply, the needle will start its angulation slightly more laterally. Because the trajectory is that of a curved needle, even a small deviation at the insertion will cause an important deflection peripherally, closer to the obturator neurovascular bundle, increasing risk of injury. Additionally, the path will be determined by the operator and the angle the needle is passed behind the pubic bone. Hinoul goes on to state in the discussion that "the suspicion that the inside-out procedure is linked to more neurological injuries was already raised in de Leval's original article in which 27 of 107 patients who underwent the TVT-O procedure reported pain in the thigh folds. A recent review of the data collected by the MAUDE database also implies more pain, neuropathy and excessive bleeding in the inside-out procedure than the outside-in procedures".

They concluded that "on the basis of our findings and those of others (Spinosa), we feel justified to caution surgeons against an excessive feeling of safety especially when applying the TVT-O technique to certain patients".

Haddad et al recently studied the relationship between BMI and three different devices used in SUI in fresh cadavers (European Jl of Obst and Gynecol 194(2015) 49-53). They studied the anatomic position of the mesh used in the TVT retropubic (TVTr), TVT-O and TVT-S. They state in the introduction "In 2003, de Leval introduced the TVT transobturator inside-out tape (TVT-O). This surgery minimizes risks of bladder, bowel and vessel perforation. However, this approach may lead to groin pain, hematoma and risk of damage to the obturator nerve and vessels (4,11, 12 in Haddad)." They went on to state in their discussion that although the TVT-O procedure was introduced to reduce complications seen with the TVTr, a review of the MAUDE

database that collects reports of complications associated with medical devices, showed that the TVT-O was associated with injuries such as obturator nerve injuries, large blood losses and ischiorectal fossa abscesses. Additionally, they state that the TVT-O is associated with an increased incidence of early groin pain which often resolves with expectant management, however chronic pain is more difficult to treat since surgical removal does not always cure pain and may exacerbate the problem.



Atassi Z. Hemorrhage and nerve damage as complications of TVT-O procedure:  case report and literature review.  Arch Gynecol Obstet 2008; 277:161-4.

A number of studies have suggested a high risk of post-operative groin pain with the 'inside-out' TVT-O treatment, with a range of 15–24%.  (e.g., Collinet P, Ciofu C, Costa P. The safety of the inside-out transobturator approach for transvaginal tape (TVT-OTM) treatment in stress urinary incontinence: French registry data on 984 patients. Int Urogyneacol J 2008;19:711–5.

Lim J, Cornish A, Carey MP. Clinical and quality of life outcomes in women treated with by the TVT-O procedure. BJOG 2006;113: 1315–20..) But et al. found the 'inside-out' TVT-O treatment to be significantly more painful than the 'outside-in' Monarc treatment during the operation, and for up to 6 hours postoperatively. The duration of pain was also higher in the 'inside-out' TVT-O group (mean 21.6 days versus 7.5 days, P = 0.033). (But I, Fagenlj M. Complications and short term results of two different transobturator techniques for surgical treatment of women with urinary incontinence: a randomized study. Int Urogynecol J 2008;19:857–61.)

Other studies have also confirmed a higher percentage of pain in the TVT-O inside out approach when compared to the pain seen with the outside-in approach that has been historically reported in the literature. Laurikainen et al (including Nilsson who was involved with development of the TVT) in a large comparative study of TVT vs. TVT-O found a rate of 16% groin pain (compared to 1.5% in the TVT group). Jaquetin et al , showed an initial rate of groin pain of 14.8% at their initial presentation at IUGA in 2006 and then in the final published paper reported a residual rate of pain of 2.7% (Collinet et al , The safety of the inside-out approach for transvaginal tape (TV-O) treatment in SUI: A French registry of 984 women. Int Urogynecol Jl (2008)19:711-15.) Recently, in a comparative trial between TVT-O and TVT-S, groin pain was found to be the most common complication of the transobturator approach at a rate of 19% compared to 2.6% in the TVT-S group. The authors stated that the cause of the pain is unclear but may be related to damage to the posterior division of the obturator nerve or adductor muscles. (Tang et al. Outcome and sexual function after TOT vs. TVT Secur: a randomized controlled trial. Menopause: Vol 21(6);641-45. ) Verma et al, found that groin pain, in 23% of patients, was the most common late post-operative complication  that occurred in their trial of the

TVT-O (Verma et al. Study of the inside-out technique of trans-obturator tape for SUI in women with utero-vaginal prolapse. J Midlife Health. 2013 Oct-Dec; 4(4):221-24.)

It is clear by these studies that the inside-out approach, when compared to historical trials of the standard outside-in approach, has a higher-risk of injury to the obturator neurovascular bundle, and that the mesh is placed more lateral in the thigh and through more of the adductor muscles which leads to an increased risk of pain.

It is inherent to the needle pass from the inside-out, and the shape or helix of the needle, that the needle and mesh will be closer to the obturator nerve. The needle and mesh also pass out further in the groin/leg and through more muscle mass compared to outside-in. This is a defect in the design of the TVT-O. Ethicon should have never released an inside-out technique, especially without any studies looking at the risk of nerve/groin pain.

Professor de Leval, the inventor of the TVT-O, expressed his opinion in meetings with Ethicon that the pain associated with the TVT-O is in part caused by a foreign body reaction of the mesh in close proximity to the obturator nerve bundle and its passage through the muscles of the leg. An internal Ethicon report discussing a meeting with Professor de Leval notes:

> He is convinced, however, that the foreign body reaction of the mesh in the trajectory outside of the obturator membrane plays a role in the development of pain…. [The mesh] sits close to the peripheral branches [of the obturator bundle]….
>
> The second source of pain comes from the presence of the tape in the adductors…. This is of specific importance in young, active and/or sportive patients.[1]

As the suburethral portion and the arms of the TVT-O mesh scar in, the tissues surrounding the mesh contract or "shrink," which can entrap nerves, deform the vagina and pelvic anatomy, and cause severe and chronic pain as the chronic inflammation and foreign body reaction to the mesh continues.[2] The TVT-O arms pull unevenly on the portion of the mesh

intended to support the urethra, which can deform the central portion and cause pain and lead to erosion or extrusion of the mesh.  As this inevitable shrinkage occurs, the TVT-O mesh arms pull on the obturator and levator ani.  This force on the pelvic sidewall muscles causes pain during routine daily life activities like sexual intercourse or defecation that exert force on the pelvis or even when simply standing or walking for periods of time in more severe pain/contraction syndromes.  When pressure is placed on the mesh during normal activities, it is transmitted to the attachments in the pelvic sidewall, which also deforms and pulls on the muscle at the attachment points, causing significant pain.  Published literature discusses these risks,[3] and Ethicon's internal documents acknowledge these serious risks associated specifically with the design of the TVT-O.[4]  In fact, Ethicon's documents indicate that the company considered modifying the TVT-O design because of reported post-operative pain, which was presumed to be secondary to the mesh arms in the adductor muscles or positioning during implantation, but these design modifications were never adopted. [5]

After reviewing additional Ethicon internal documents and literature, it is my opinion, to a reasonable degree of medical certainty, that Ethicon had a safer option for patients other than the TVT-O in the Abbrevo sling. Ethicon had an obligation to tell physicians and patients about this safer option so that they could make an informed decision about using the product. Specifically, Ethicon documents show that the Abbrevo sling has less mesh than the TVT-O, which means less foreign body response, less inflammation and less mesh left in the adductor muscle, resulting in less chronic leg, chronic groin pain and chronic pelvic pain for the patient. Internal Ethicon documents show that Ethicon had knowledge that the Abbrevo would result in less operative pain that the TVT-O as it required less dissection and a technique that unlike the TVT-O, did not require perforation of the obturator membrane.

Internal Ethicon documents show that almost immediately after the launch of the TVT-O, Ethicon became aware that there were problems with persistent leg and groin pain seen with the TVT-O. As early as March of 2004, Ethicon consulted with the inventors of the TVT-O, who advised them that modifying the TVT-O to reduce the tape length to 12 centimeters would reduce some of the problems Ethicon was seeing with the TVT-O.( ETH.MESH.02180759) However, Ethicon never made this modification until 2010 in the form of the launch of the Abbrevo sling device. The Abbrevo has a tape length of 1.1cm wide by 12 cm long, the exact length recommended by TVTO inventors Professors de Leval and Dr. Waltregny in 2004. (ETH.MESH.10150515 at 10150523)

Ethicon continues to sell the original TVT-O device with a mesh length of 45 cm, despite knowing that a shortened tape length would improve clinical outcomes in patients, including persistent pain, as early as 2004,and despite having the safer option in the Abbrevo in 2010. (ETH.MESH.10150515 at 10150522)

In 2009, during the development of the Abbrevo, Ethicon again consulted with the inventors of the original TVT-O, who advised Ethicon that the foreign body reaction of the mesh in the trajectory outside of the obturator membrane plays a role in the development of pain the in the patient.( ETH.MESH.04050265)They advised that an approach performing the traditional TVT-O with minimal dissection while not perforating the obturator membrane would result in less pain, which was the technique incorporated in the Abbrevo.( ETH.MESH.04050265) In the original study of TVT-Abbrevo, the authors stated that the original TVT-O procedure was modified with the aim of reducing the incidence of postoperative groin pain as well as the rather theoretical risk of obturator nerve injury. This modified procedure, named TVT-ABBREVO utilized a shortened, 12-cm-long polypropylene tape. In addition, perforation of the obturator

membrane with the scissors and guide was avoided in order to reduce the depth of lateral dissection, and consequently, to maximize securing of the tape within the obturator muscular/aponeurotic structures. In a comparative anatomical study, it was indeed observed that the shorter tape traversed less muscular structures (with no or only a minimal amount of tape lying in the adductor muscles) than its original counterpart, while still consistently anchoring in the obturator membrane at a similarly safe distance from the obturator canal. In a single-center randomized clinical trial, after a 3-year minimum follow-up, the modified TVT-O procedure with a shorter tape and reduced dissection was found to be as safe and efficient as the primal procedure for treating female SUI, with **less severe and frequent groin pain** in the immediate postoperative period .(Waltregny D, de Leval J. New surgical technique for treatment of stress urinary incontinence TVT-ABBREVO from development to clinical experience. Surg Technol Int. 2012 Dec;22:149-57.)

The findings of significantly less post-operative groin pain without a decrease in efficacy has been confirmed by others as well. Shaw et al at Brown University conducted a study with the objective of seeing if a decreased mesh load in the groin would decrease post-operative pain. They compared the TVT-Abbrevo to TVT-O and found significantly less groin pain in the TVT-Abbrevo compared to the TVT-O (1% vs. 9.6%) with no difference in efficacy. (Shaw JS, Jeppson PC, Rardin CR. Decreasing transobturator sling groin pain without decreasing efficacy using TVT-Abbrevo.Int Urogynecol J. 2015 Sep;26(9):1369-72. doi: 10.1007/s00192-015-2718-5. Epub 2015 Jun 2.) These findings have been confirmed by others as well (Canel et al, Int Urogyn J (2015)26:1509-1516, De Leval et al, Int Urogyn J 22(2):145-156). Riachi and Provost found that the prevalence of post-operative groin pain was reduced by 35% when using the TVT-Abbrevo. (Riachi l, Provost K, 2013 Surg Tech Int 23:176-180).

Hinoul et al (including de Leval), in an anatomic study of the modified TVT-O technique that eventually became the TVT-Abbrevo, postulated that a possible reason the TVT-Abb is associated with less pain is that the shorter inside-out tape of the TVT-Abb traverses fewer muscle structures than the original TVT-O (Hinoul et al. Int Urogyn Jl 2011, 22(8):997-1004). The TVT-O device and the length of the mesh are not the only possible explanations for the decrease in groin pain seen with the TVT-Abbrevo device. Tommaselli et al showed that surgical placement technique may also form part of the explanation. They showed a similar decrease in post-operative pain following a modification of the original TVT-O technique using the same technique used in the TVT-Abbrevo, i.e. same dissection and during placement neither scissors nor the guide would penetrate the obturator membrane. This allowed the surgeon to be able to hug the descending ischiopubic ramus during rotation of the needle which allowed exit in the groin much more medial to the pubic bone and further away from the obturator neurovascular bundle. (Tommaselli et al, Effects of a modified technique for TVT-O positioning on post-operative pain: single blind randomized study.  Int Urogynecol J (2012) Sep; 23(9):1293-9). Interestingly, this more medial exit point in the groin, that showed to have less post-operative groin pain, is the same area that the outside-in TOT procedures have always utilized for needle and mesh placement.

These studies all show that the original TVT-O device was defective in design as the procedural steps, the length of the mesh, the location of the exit point of the needles and the risk of injury (either acute or chronic) to the obturator neurovascular bundle and the location of the mesh in the adductor muscles all lead to an increased risk of post-operative groin pain, adductor, obturator and levator ani pain.  This type of pain can lead to up-regulation of the nerves to these

muscles and the remainder of the pelvic floor resulting in pelvic floor spasms, vaginal pain, pain with intercourse and bladder and bowel dysfunction.

When the Abbrevo was launched, Ethicon instructed their sales team that the TVT-O slings were associated with post-operative groin pain because the mesh passes through adductor muscles and near obturator nerves, and that the amount of mesh in traditional TVT-O devices can cause a foreign body response.(ETH.MESH.09710211, ETH.MESH.02229061) Ethicon also instructed their sales force to tell physicians that because the Abbrevo had a shorter mesh, and a modified technique, there would be less pain for the patient.(ETH.MESH.11445930) In fact, in its marketing materials, Ethicon touted the fact that the Abbrevo results in significantly less mesh being left behind in the pelvis, with 83% less mesh in the adductor muscle, and 32% less mesh overall.( ETH.MESH.09161484, ETH.MESH.13681530). Ethicon also told doctors that the Abbrevo would result is less dissection than the TVT-O, that only the helical passer penetrates the obturator membrane, and that there was no penetration from scissors or the winged guide, unlike the TVTO procedure.( ETH.MESH.13681530). Ethicon believed that reduced dissection, with less mesh adjacent to the posterior obturator nerve branches, fewer adductor muscles sustaining trauma, and less contact with the foreign body may contribute to decreased groin pain. (ETH.MESH.13739540). Ethicon's own medical director stated in 2009, before the Abbrevo was launched, that the Abbrevo may likely replace the TVT-O altogether.[25] Yet Ethicon continued to sell the TVT-O, despite having clinical evidence in early 2010 that the Abbrevo was a safer option for patients. (ETH.MESH.0990437).

An equivalence report to Ethicon, comparing TVT-O and Abbrevo in an anatomic study, states that according to the surgical community's view, there are no reasons to believe that presence of the mesh in the adductor magnus muscle contributes any additional clinically

significant holding forces of the mesh nor any impact on the mesh's efficacy in treating urinary incontinence. However passage through it may be the source of at least some of the groin pain associated with the obturator approach. (ETH.MESH.08581280).

### Defects of the Device Itself

The TVT-O is implanted using metal helical trocars (diameter 3mm) with a plastic cannula over the trocar that had a sharp tip to penetrate through the pelvic sidewall and groin muscles. The plastic cannula had a diameter of 4.2 mm and the dimension of the mesh in the TVT-O itself was 1.1cm X 45 cm (ETH.MESH.00857821)   The mesh itself is twice the width of the hole in the tissue that the needle and cannula create to pass the mesh through the obturator and adductor muscles. This immediately leads to folding and deformation of the mesh. Additionally, this narrow channel makes it harder to remove the plastic sheath over the mesh which stretches out and immediately becomes placed under tension and ropes and curls because of the resistance created while removing the plastic sheath through these tight tracts. Once the plastic sheath is removed, the mesh immediately fixates itself in-place, stretched out and under tension. It is like pulling and stretching a spring and leaving it stretched which creates a pulling and tension throughout the spring. I have witnessed this effect during placement of TVT slings in humans and TVT-O slings in fresh cadaver specimens, and I have observed the result of this phenomenon when removing TVT-O slings from the vagina and groin and seeing them visibly stretched out, roped and under tension. The deformation of the TVT-O mesh impairs the body's ability to incorporate into the material, and contributes to the excessive scarification and contraction of the mesh and resulting pain, and can also lead to complications like erosion, urinary urgency/frequency, and urinary retention.  In a report on a 2005 meeting between Ethicon and a contracted marketing firm it states that Ethicon wished to "Introduce the TVT

sheath technology". It also stated that the "Key attributes of the new sheath technology that should be highlighted are: 7x easier friction and 2cm overlap provides an ease in adjustment and pulling force during surgery". (ETH.MESH.00994928). Despite this change, I never noticed a difference in the tension required during pulling off the TVT mesh sheath and continued to note tightening of the mesh and stretching, fraying and roping of the mesh immediately. The sheath improvement project was active as early as 2001, indicating that Ethicon was aware there was an issue very early on in the use of the TVT sheath (9-ETH.MESH.12002601). The feature of reducing friction and reducing pull force is clinically relevant as noted above, as Dr. Marty Weisberg noted as well that tension exacerbates mesh fraying. (21-ETH.MESH.00541379) The phenomenon of tightening and stretching of TVT mesh (same design as the TVT-O) Dietz et al, demonstrated in a clinical trial comparing the SPARC procedure to the TVTr. The procedures are both retropubic sling procedures utilizing similar mesh tapes, however the SPARC procedure has a tensioning-suture woven through it that does NOT allow the mesh to stretch during removal of the plastic sheaths. They found that the TVT procedure compared to the SPARC resulted in higher post operative obstructive symptoms and fewer voiding dysfunction symptoms. They stated that "after actual tape adjustment, removal of the plastic sheath may elongate the TVT and therefore tension it. Tensioning or stretching the tape decreases tape elasticity due to the fact that the force elongation relationship of the wide-weave Prolene slings in non-linear. This may not occur with the SPARC, which carries a central absorbable suture to allow for later adjustment. Consequently, it may be that a 'pre-tensioning effect' is avoided which would result in the Sparc's tapes biomechanical properties and not being altered towards increased stiffness, leaving it more elastic."(Dietz HP et al. Int Urogyn J (2004) 15:129-131)

- 25 -

This same tensioning suture is seen in Monarc, the most utilized outside-in TOT sling, and therefore this same stretching of the tape during removal of the sheath is not seen.

This immediate increased tension of the mesh after sheath removal may be one of the reasons that in multiple studies, including a recent meta-analysis of mid-urethral slings, that the TVT-O causes more voiding dysfunction including urinary urgency, frequency and urge incontinence than other type of slings, including TVTr and outside-in TOT slings. Serati et al observed that onset of OAB symptoms was reported by 24% and 19.5% of patients at the 1-yr and 5-yr visits respectively with the TVT-O procedure. (Eur Jl 2013 (63)872-8) In an editorial of the same issue, Waltregny commented that was a high percentage of patients to have de novo urinary urgency and frequency symptoms. In the most recent Cochrane review evaluating mid-urethral slings, there was moderate quality evidence that voiding dysfunction was more frequent in the medial-to-lateral TO group compared to the lateral-to-medial TOT (RR 1.74, 95% CI 1.06 to 2.88; 8 trials, 1121 women; moderate quality evidence),  (Ford et al, Cochrane Database Syst Rev. 2015 Jul 1;7:CD006375). This increased in urinary dysfunction, increased urinary urgency, frequency seen in the medial-to-lateral (TVT-O) procedures is noteable because the TVT-O procedure is the only medial-to-lateral procedure on the market and therefore the increased in urgency/frequency symptoms seen with this procedure has to be secondary to inherent properties of the procedure, in this case, the stretching and increased tension immediately placed on the mesh at the time of sheath removal.

The blind passage of the trocars during implantation is unreasonably dangerous and presents the unnecessary risk of tissue damage, vascular damage, nerve damage, and internal trauma.  The helical shape of the needle itself and the original technique described leads to a much higher risk of obturator nerve injury compared to an outside-in technique. The shape of the

needle when passing it from inside the vagina to the outside, following the IFU for the TVT-O dissection and placement of the wing-tipped guide, causes the user to exit much more lateral in the leg leading to a higher risk of groin and leg pain. There is very little control of the TVT-O needle and Hinoul et al showed that a small variation in the surgeon's technique can allow the needle to come much closer to vital structures such as the obturator neurovascular bundle which can lead to injury and chronic pain syndromes that we have seen with the TVT-O procedure.

Ethicon offered both a "mechanical cut" and a "laser cut" version of the TVT-O.  The "mechanical cut" version of mesh used in certain of the TVT-O devices sold by Ethicon was known to be susceptible to fraying, where particles of the mesh would fray upon or after implantation, causing the mesh to change shape which exacerbates the inflammatory response to the material.[6]  In an April 2006 Clinical Expert Report on Laser Cut Mesh, it was suggested that the decrease in particle loss with laser cut mesh "would lead to less non-functioning material left in the tissues."[7]  In addition, the mechanically cut mesh used in the TVT-O was known to rope, curl and deform when under tension.[8]  According to Ethicon's own internal risk analysis, the risks associated with curling/roping, frayed edges, and inadequate pore size can lead to erosion, recurrence and pain.[9]  In his deposition, an Ethicon Quality Engineer, Dan Lamont, agreed that Ethicon continued to sell "mechanically cut mesh despite knowing that it had the potential for degradation, particles floating around in women's bodies, stretching, and roping…."[10]  Mr. Lamont further explained that the mesh "fraying," which he explained was "those loose ends starting to come apart," "is a defect."[11]

The laser cut mesh, on the other hand, was stiffer and less elastic than the mechanical cut mesh.  An internal memo relating to Ethicon's tensile strength testing reported that laser cut mesh was approximately three times stiffer than the mechanical cut mesh at 20% elongation.[12]

The stiffer mesh construct was associated with adverse outcomes, including difficulty achieving proper tensioning, and pain, damage or impingement to the urethra, and bladder damage.[13]Professor de Leval believed the laser cut mesh to be responsible for the extrusions he was seeing in TVT-Abbrevo and requested to have only mechanically cut mesh. (ETH.MESH.03941623)

Even though it is difficult to remove all of an armed transvaginal mesh implant like the TVT-O, I have not seen any evidence that Ethicon ever considered what should be done if the mesh caused complications and had to be removed, or how to remove the product.  Ethicon never made any attempt in either studying whether their mesh tape slings in the TVT family of products (including TVT-O) could be safely removed or studying what techniques would be the safest for this, nor held any training or published any documents concerning how to remove the mesh or the risks involved.

Any surgical attempt to remove mesh implanted transvaginally after complications arise increases the presence of scar tissue, which can cause or exacerbate the patient's pain, dyspareunia, and deformation and abnormal function of the pelvic area.  Even after undergoing removal surgery, the patient who has experienced complications may continue to suffer complications, including pain.

**B.**     **Ethicon failed to adequately warn physicians and patients about known problems with the TVT-O.**

I have reviewed and am familiar with the Instructions for Use (IFU), Physician Training materials, and sales and marketing materials prepared by Ethicon for the TVT-O.  I have also removed TVT-O mesh in my clinical practice.  I have also reviewed the IFUs for many other medical products that I have implanted and explanted in patients during the 16 years I have been practicing urogynecology and pelvic reconstructive surgery.

Along with other information that is provided by the device manufacturer in promoting products and training physicians to use those products, physicians must be able to reasonably rely upon the product IFU to make informed decisions about whether and how to use a medical device. The contents of the IFU should allow the doctors analyze all of the potential risks that are associated with a product to be able to properly consider whether a particular product is an appropriate surgical option for a given patient.

Physicians also regularly and reasonably rely on information provided by medical device manufacturers in other forms besides the IFU, such as patient brochures, physician training materials, and direct communications with sales and marketing personnel and other company employees. In order to make an informed decision as to whether to use a particular product in a given patient, a reasonable physician would expect a medical device seller to provide all pertinent information known to the company that could impact a reasonable physician's decision to use that product. Failure to provide physicians with relevant information bearing on the potential safety of a product that is known to the manufacturer prevents physicians from making informed decisions about whether to utilize the product. This failure also prevents physicians from properly counseling patients in considering whether to consent to permanent implantation of the medical device.

Additionally, in making an informed decision of whether or not to use a medical implant, the physician must be warned not only of the potential adverse events that may be associated with the product, but also the frequency, severity, duration and potential permanence of those adverse events. If a manufacturer knows that a complication can be chronic, severe or permanent, it should provide that information to the people who will be using its products or having those products implanted in their bodies. This concept is reflected in internal Ethicon

- 29 -

communications from Meng Chen, Ethicon's Associate Medical Director for Worldwide Quality, wherein she urged the company to change the IFU for TVT-O because "[o]ur post-market knowledge with these products are much more than what we have in the IFUS of all three types of TVTs,"[14] and also expressed concern that any reference in the TVT-O IFU to certain identified complications as "transitory" (or temporary) is inadequate, and stating that "from what I see each day, these patient experiences are not 'transitory' at all."[15]  As Ms. Chen explained to Ethicon's upper management, "One of the paths for a better pre-operative consent is to provide an updated IFU to the operating physicians that reflect[s] the current knowledge of the manufacturer's on the potential adverse reactions."[16]

Certain statements in the TVT-O IFU that a surgeon would rely on contradict information known or at least available to Ethicon, according to Ethicon's own documents.

Ethicon's internal documents reflect that the polypropylene material used in the TVT-O mesh was subject to degradation inside the body.[17]  This information directly contradicts the IFU statement that "[t]he material [in the TVT-O mesh] is not absorbed, nor is it subject to degradation or weakening by the action of tissue enzymes."

The IFU states that "[a]nimal studies show that implantation of PROLENE mesh elicits a minimal inflammatory reaction in tissues, which is transient…."  Contrary to this statement, however, Ethicon's documents reflect that the polypropylene material used in the TVT-O device causes an "excessive" and "chronic" foreign body reaction and "intense" and "chronic" inflammation.[18]  In fact, Ethicon's Medical Directors, Piet Hinoul and Charlotte Owens, have both testified that the chronic foreign body reaction to mesh can cause a severe inflammatory reaction, which can cause chronic pain, nerve entrapment, erosions, dyspareunia and the need for additional surgeries.[19]

The information provided to physicians and patients for the TVT-O device, including the IFU and promotional materials, did not properly warn about the risks associated with the TVT-O. Even for risks that were disclosed, the IFU and other materials provided by Ethicon did not adequately convey the frequency, severity and duration of the risks that were disclosed.   Having read and relied upon IFU's for urogynecologic medical devices used in the operating room over the past 16 years, it is my opinion that the type of information detailed below should be communicated to physicians so that they can make safe treatment choices for their patients. Even if Ethicon did not have knowledge of the information at the time of the products' launch, once this information became available, the company should have made changes to the IFU and otherwise made reasonable efforts to ensure that physicians continue to have the information necessary to make informed and safe treatment decisions for patients.  Ethicon changed or updated the IFUs for the TVT-O but never provided any of the information set forth above.  If physicians are not fully and timely informed of all of the information known to the manufacturer bearing on the safety and efficacy of the product, they cannot be expected to perform an adequate risk-benefit analysis or obtain adequate informed consent from their patients.

In the TVT-O IFU at the time of market launch, the Adverse Reactions section read as follows:

ADVERSE REACTIONS
* Punctures or lacerations of vessels, nerves, bladder or bowel may occur during needle passage and may require surgical repair.
* Transitory local irritation at the wound site and a transitory foreign body response may occur. This response could result in extrusion, erosion, fistula formation and inflammation.
* As with all foreign bodies, PROLENE Mesh may potentiate an existing infection. The plastic sheath initially covering the PROLENE Mesh is designed to minimize the risk of contamination.
* Over correction, i.e., too much tension applied to the tape may cause temporary or permanent lower urinary tract obstruction.

There were numerous serious safety risks associated with the TVT-O that, at least prior to revision apparently in 2015 (according to the TVT-O IFU now available on Ethicon's public website), were not included in the TVT-O IFU, including: voiding dysfunction; painful intercourse that may not resolve; neuromuscular problems, including acute and/or chronic pain in the groin, thigh, leg, pelvic and/or abdominal area; recurrence (of incontinence); bleeding (including hemorrhage or hematoma); one or more revision surgeries may be necessary to treat adverse reactions; the mesh is a permanent implant and significant dissection may be required if the mesh needs to be removed; urge incontinence; urinary frequency; urinary retention; adhesion formation; atypical vaginal discharge; exposed mesh may cause discomfort to a sexual partner during intercourse.  None of these risks were included in the IFU prior to apparently 2015 when the website version appears to have been changed to include all of these risks.  None of the doctors who implanted the patients in the cases that I have reviewed for purposes of this expert report received any of these warnings because all of these patients were implanted before these warnings were added to the IFU. All of these risks were well known to Ethicon prior to 2015 and despite multiple updates to the TVT-O IFU prior to 2015, none of these were included. Leg positioning, which was also known to be a critical element of safety and known to Ethicon through studies done by one of their own medical directors, Dr Piet Hinoul, was not ever included in any of the TVT-O IFU's.

When preparing the IFU, Ethicon employees questioned whether to leave pain out of the document. It was determined, however, to add pain as a "Warning" using the following language: "Transient leg pain lasting 24-48 hours may occur and can usually be managed with mild analgesics." (ETH.MESH.02340829 (TVT-O IFU)) This language, however, was inconsistent with the only results Ethicon had available to it – the de Leval data which showed it

was not rare, was not transient, was not limited to the leg and was in some instances chronic and/or severe. This trend continued after launch of the product as well. On March 22, 2004, three months after launch, Ethicon Senior personnel held a "confidential meeting" with Professor de Leval to discuss "possible modifications of TVT-O. The group discussed various device modifications that would lessen the post-operative pain associated with the TVT-O. Despite this very early knowledge of potential design changes that could decrease pain syndromes for thousands of patients, Ethicon did not make any such change for years, nor did they ever update the IFU until year 2015. (ETH.MESH.02180759)

Ethicon failed to warn that the inflammatory response to the TVT-O mesh material was directly correlated to shrinkage and pain.[20]

Although as discussed above its documents reflect that information about such risks was known or available to Ethicon, Ethicon never provided any warning to address the risks associated with the deformation of the TVT-O mesh upon and after implantation, including the curling and roping of the mesh, which could cause or exacerbate the shrinkage and associated pain.

Ethicon never warned about the existence, extent or severity of the risk of mesh/tissue contraction or shrinkage with the TVT-O, even though the contraction/shrinkage rate associated with Ethicon's pelvic repair mesh was as high as 20% to 40% (or higher), and despite the fact that Ethicon's documents reflect that this mesh shrinkage was associated with mesh deformation which can cause pain.[21]

Ethicon failed to warn that the mechanical cut TVT-O was subject to fraying and deformation, or that the laser cut TVT-O was inelastic and stiff, and otherwise never provided

any warning differentiating between the risks associated with mechanical cup versus the laser cut mesh.

Ethicon never provided any warning of the risks of nerve damage, nerve entrapment, nerve tethering or nerve severing caused by the TVT-O mesh after implantation.[22]

Despite the fact that Ethicon's internal documents acknowledge the serious risks associated with the implantation of the TVT-O mesh through and into the levator ani and obturator internus muscles, no such warning was provided.  Ethicon's documents indicate that the company considered modifying the TVT-O design because of reported post-operative pain, which was presumed to be secondary to the mesh arms in the adductor muscles or positioning during implantation, and also to modify the warnings to include the complication of nerve injury.[23]  While the TVT-O IFU contained the warning "[t]ransient leg pain lasting 24-48 hours may occur and can usually be managed with mild analgesics," this understated the true risk of severe and chronic or permanent leg pain due to nerve injury, and provides a false sense of security that this serious complication can be easily treated and resolved.  Ethicon's former Medical Director, Dr. Martin Weisberg, testified that he was aware that some of the patients from the early de Leval TVT-O clinical study had severe pain.[24]  Dr. David Robinson, Ethicon's Medical Director, inquired whether the TVT-O IFU should be amended to include the risk of bleeding/hematoma/neural pain, stating:

> I am concerned that I am seeing an occasional bleeding/hematoma/neural pain related to TVT-O. I am relatively sure this is happening … when the operator pulls the handle of the device toward him/herself as the handle is rotated and moved back toward the midline. By doing so, the exit point of the trocar moves much closer to the obturator foramen…. I am concerned that we are now aware of this information and how should it be integrated into our training and IFU for TVT-O. Do we need to include a warning/precaution?[25]

The IFU was never modified to include the risk of chronic or permanent injury, or nerve damage, until the most recent IFU appearing on Ethicon's website in 2015. The new IFU for TVT-O states that "Neuromuscular problems, including acute and/or chronic pain in the groin, thigh, leg, pelvic and/or abdominal area may occur." This information was known or should have been known to Ethicon as early as 2003 and 2004, and should have been included in the IFU.

On December 19, 2008, after Dr. Meng Chen had received a complaint from a number of patients about not being fully informed of the risks of the procedure, she recommended to senior management that the IFU be updated:

> [The patient] was given the most accurate consent for the potential adverse reaction known in 2005. However, we are in 2008 now, and there are two more TVT family products (TVTO and TVTS) on the market. Our post-market knowledge with these products are much more than what we have in the IFUs of all three types of TVTs (TVT-Abdominal, Obturator and Secur). My reason for bringing this point to you is maybe you may look into it from senior management perspective and to facilitate the IFU update for all three TVTs, particularly in the area of 'Potential Adverse Reactions'…. One of the paths for a better pre-operative consent is to provide an updated IFU to the operating physicians that reflecting the current knowledge of the manufacturer's on the potential adverse reactions." (ETH.MESH.04092868).

In a January 29, 2009 email, Meng Chen wrote again that the IFU should be updated to make it clear that the irritation and foreign body response were a result of the tape itself and that this "could result in tape extrusion, tape erosion, fistula formation or inflammation." ETH.MESH.04094863 (e-mail from Dr. Meng Chen to Bryan Lisa, Jan. 29, 2009). When working on the Mini-O/Abbrevo IFU, Ethicon employees noted that the older IFU's should be updated. Dr. Aaron Kirkemo wrote:

> I would agree from the meeting today that now that we have 12+ years of experience with TVT classic that learnings from the field would probably drive a relook at the TVT Classic IFU as reflected by some of your comments in this document."

In response, Dr. Robinson asked: "has there been agreement re: a project to revise TVT and TVTO?" There was indeed agreement at upper management – there would be no revision to incorporate what they had learned: "Per Scott C and Stale, they just want to "look forward" with this project. Their plans are to leave TVT Classic [and TVT-O] as is. Aaron." (ETH.MESH.01239065 at 9066 (July 14, 2009 email from Aaron Kirkemo MD to Piet Hinoul MD and David Robinson MD).)

Interestingly, in 2008, 2011 and 2012, Ethicon added numerous adverse reactions and risks to its Patient Brochures that have never been disclosed in previous versions of the Patient Brochures. These adverse reactions and risk have never been disclosed in the TVT-O IFUs even at present time. These risks are as follows:

**From Patient Brochures (never in IFU)**
2008
Difficulty urinating Pain
Scarring
Mesh Exposure requiring treatment
2011
Mesh exposure into the vaginal canal
Mesh exposure associated with pain during intercourse for the patient and partner
Mesh exposure which may require removal of exposed mesh in office or operating room
2012
Pelvic Pain
Development of Urinary Incontinence
Voiding Difficulties 73
Hemorrhage or hematoma
Urinary tract infection
Wound healing problems
Injury to ureters
Pelvic abscess formation
Risk of infection
Vaginal scarring
Mesh contracture (mesh shortening due to scar tissue)

Some of these risks have been disclosed in Ethicon's other PROLENE mesh IFUs. For example, Ethicon's IFU for PROLENE hernia mesh states as follows: "The use of PROLENE

Mesh in contaminated wounds should be with the understanding that subsequent infection may require removal of the material." (ETH.MESH.02342102).

Ethicon did not adequately warn that the blind insertion of trocars and mesh into and through muscle and other tissue created the risk of nerve damage and tissue injury upon implantation.

Ethicon failed to convey an adequate warning that the surgical approach of the TVT-O presented the risk for leg pain in patients.[26]

Ethicon failed to warn about the difficulty to remove the TVT-O mesh in its entirety once it is implanted.

Ethicon failed to provide any instruction or direction as to how to address complications, or what to do in the event mesh removal was necessary.  In fact, before the TVT-O was sold, Ethicon's internal documents reflect concern that providing instruction or direction regarding removal of their mesh would cause physicians to worry that mesh removal could be necessary, and indicate concern that "over-information" about mesh removal would be "digging my own grave."[27]  This "head in the sand" approach runs counter to the duty that a responsible medical device manufacturer has to warn patients and doctors of all risks known to be associated with its product, regardless of how that may affect consumer attitudes towards the product.

Ethicon did not provide any warning to physicians or patients that the surgical procedures necessary to remove mesh can themselves cause serious, long-term complications.

According to the TVT-O IFU, the only restricted patient populations for the TVT-O were patients on anti-coagulation therapy and patients with urinary tract infections.  Therefore, a reasonable physician would conclude that the use of TVT-O in other patients outside of these two groups was appropriate.  If Ethicon knew or had reason to believe that its devices could not

be safely used in any segment of its patient population, it was obligated to make reasonable efforts to warn and instruct physicians regarding a restriction for those patients.

In addition to adequate warnings about the products risks and adverse events, physicians also rely on device manufacturers to provide adequate instruction on how to safely use the product so as to avoid unnecessary risks. It is my opinion that the instructions for implantation of the TVT-O were inadequate, and created even greater potential for complications.

One issue with the implantation instructions contained in the TVT-O IFU was the failure to instruct physicians regarding the proper patient positioning to maximize safety and minimize complications. Prior to launch of the TVT-O, doctors expressed concern to Ethicon that doctors be properly instructed regarding the proper patient positioning during implantation, which could lead to nerve impingement, and it was suggested that a diagram be included in the IFU to illustrate the proper degree of flexion required.[28] Despite these concerns and suggestions, no diagram was included in the IFU. Dr. Aaron Kirkemo, who later became Ethicon's Medical Director, testified that proper leg positioning during implantation is important to avoid nerve injury, leg pain, hip injury and hip pain.[29] After the TVT-O went to market, independent investigators conducted studies that showed improper patient positioning could lead to significant differences in trocar trajectory, which could result in damage obturator and pudendal nerves and blood vessels.[30]

Although Ethicon later released other devices for treatment of SUI that included diagrams for proper positioning during implantation, no such diagram was included in the TVT-O IFU, which Dr. Kirkemo testified could potentially leave patients at risk for nerve injury, leg pain, and hip pain, particularly patients with arthritis or elderly patients.[31]

**Inadequate physician training for implantation of TVT-O**

Before the TVT-O was marketed, Ethicon's internal documents reflect that special training was necessary for the safe and effective use of the TVT-O device,[32] and further that sales representatives could not be expected to adequately train physicians.[33]  Despite this knowledge, Ethicon documents reflect that the company later intended to have sales representatives train physicians – particularly "average" surgeons – on the TVT-O procedure, specifically for the purpose of increasing revenues.  As stated in an April 13, 2005 internal e-mail forwarded to Ethicon sales personnel by Ethicon's Director of Professional Education & Relations, Marianne Kaminski, who called the message "excellent":

> To me the biggest progress we can make is to reinforce the reps in "training" themselves on TVT-Os, specially the "average" obgyns: they can sit down with them for 45 minutes, go through the procedure (cd rom and leaflets), discuss the anatomy and use a sample on a [pelvic floor] model.
>
> There can still be a need for official Preceptorship after that but may be not always.  In any cases it would help the Preceptorship to be more valuable and more importantly, it would create a stronger and deeper relationship between the doc and the rep. Otherwise you know that the risk is that our competitors also offer a Preceptorship and we lose any competitive advantages.
>
> It is also much more rewarding for us and our people
> If the need is to have credential, may be a dinner with presentation would be enough (I do not know that for sure but...)
> Be creative!
>
> The more we improve our ProfEd processes and ways of thinking, the more we will increase our ROI, the more money we will get: logic and discipline, right?[34]

**D.      Clinical Trials Demonstrated Unacceptable Complications with TVT-O.**

I have participated in numerous clinical trials and helped design many trials.

As Ethicon's internal documents relative to the TVT-O design history indicate, Ethicon made a decision to launch TVT-O in "record time" without conducting a clinical study in order

to avoid losing market share to competing products already on the market.  Shortly after the

launch of TVT-O, Ethicon's Dan Smith wrote:

> The [TVT-O] project was created in response to competition in France using trans obturator devices and rapidly stealing our TVT retropubic sales at an alarming rate…. The original product plan was estimated to be 24 months, which was honed to 18 months with a break through goal of 12 months. Upon chartering and increased market pressure eroding TVT base business the board issued a revised edict of <9 months or Y/E 2003. Unaware of how this goal would or even could be achieved, the team set out to do what was thought to be an impossible task regardless of resources or money…. Speed to Market: This project was completed in less than 9 months! A new record for Gynecare.[35]

The Ethicon Board made the decision "to take the risk of not requiring a clinical trial…."[36] One of Ethicon's marketing personnel stated:

> At end of 2003 in the US, at this time we do not know how important it will be to launch in US immediately to if we will have time to wait until we have 3-6 months of US data. To protect our market share, we need to be ready to launch -- so the development process should not require clinicals.[37]

One Key Opinion Leader physician questioned whether Ethicon was doing everything it should to properly develop the TVT-O:

> I have a feeling that Gynecare is being pressured to get something out to market as soon as possible. Since the obturator approach has been described since 1999 why are you "now" looking at it? The R is coming after the D (R&D).[38]

In an independent study of TVT-O performed by several Ethicon Key Opinion Leaders,

the investigators halted the trial because of excess reports of pain with the TVT-O (26.4% pain

reported at 6 months in their trial and others).[39]  The investigators concluded that it was no

longer ethical to use the TVT-O device given the adverse health effects, concluding as follows:

> Concluding message
> Although efficacy at 6 months is similar, TVT-O results in higher levels of postoperative pain and leg pain.

These findings are similar to other studies comparing retropubic and

transobturator tapes.  Given the comparable efficacy of these procedures, it seems

preferable to recommend retropubic tape placement to avoid a high incidence of leg pain.

Teo et al also concluded that:

> Although the study was underpowered to detect differences in cure, the loss of equipoise from publication of results from similar trials necessitated early termination of the study.

Dr. de Leval noted a similar percentage of postoperative thigh pain (26%) in his TVT-O clinical study conducted eight years earlier.[40]

Although she testified that she had advised physicians who reported postoperative pain with the TVT-O that the complication was "rare," Ethicon's Medical Director Charlotte Owens testified in light of Dr. de Leval's initial study showing 26% pain, "I don't think it sounds rare, no…."[41] Dr. Owens testified that she was unaware of the results of de Leval's study, or that Prof. de Leval and others believed that modifications to the TVT-O design might prevent the pain associated with TVT-O.[42]

I have read and studied and authored peer-reviewed urogynecological articles and participated in urogynecological clinical studies. Based upon the articles and abstracts regarding the TVT-O products, what I have observed when I have removed TVT-O mesh, and what I have learned from my review of Ethicon's internal documents and testimony, it is my opinion that the risks of implanting the TVT-O far outweighed any perceived benefits, with unacceptable rates of mesh exposures, nerve damage, leg pain, erosions, dyspareunia, chronic pelvic pain, permanent pain, painful mesh/tissue contraction, revisions and re-operations in an attempt to address these complications, and reoccurrences of incontinence following mesh removal surgeries.

## III.    DATA CONSIDERED IN FORMING MY OPINIONS

I considered the documents identified in the body and the footnotes of this report, as well as those listed in Exhibit B attached hereto.

## IV. EXHIBITS WHICH I PLAN TO USE AS A SUMMARY OF OR IN SUPPORT OF MY OPINIONS

I may use documents that I reviewed and which are identified above, female pelvic floor models and illustrations, samples of the TVT-O, and summaries of literature that I may prepare.

## V. COMPENSATION FOR MY REVIEW, STUDY AND TESTIMONY

I charge $1,000 per hour for review and study of records. I charge a 50% premium on records that must be reviewed within 30 days. Deposition fees are $4,000 per half day and $8,000 per full day. Court appearances are $12,000 per day.

## VI. OTHER CASES IN WHICH I HAVE TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION IN THE LAST FOUR YEARS

a. Teague v. Boston Scientific (Deposition 9/9/2014);

b. Bulthuis v. C.R. Bard (Deposition 9/12/2014);

c. Crawford v. C.R. Bard (Deposition 10/29/2014);

d. Earles v. C.R. Bard (Deposition 10/29/2014);

e. Laychak-Lyons v. C.R. Bard (Deposition 10/29/2014);

f. Richards v. C.R. Bard (Deposition 10/29/2014);

g. Devries v. C.R. Bard (Deposition 11/03/2014);

h. Franco v. Boston Scientific (Deposition 12/12/2014);

i. Allen v. Boston Scientific (Deposition 12/12/2014).

DR. ROBERT D. MOORE, DO, FPMRS, FACOG  FACS

[1] ETH.MESH.04050265 (1/23/09 internal memorandum reporting discussions with Professor de Leval, inventor of TVT-O).

[2] Smith T, et al., Pathologic Evaluation of Explanted Vaginal Mesh:  Interdisciplinary Experience from a Referral Center.  Female Pelvic Med Reconstr Surg 2013; 19:238-41; Klosterhalfen, et al., The Lightweight and Large Porous Mesh Concept for Hernia Repair. Expert Rev. Med. Devices 2(1) 2005; Castellanas ME et al., Pudendal Neuralgia After Posterior Vaginal Wall Repair with Mesh Kits:  An Anatomical Study and Case Series.  Journ Minimally Invasive Gynecol 19 (2012) S72. 73); Heise, C. P., et al. (1998). Mesh inguinodynia: a new clinical syndrome after inguinal herniorrhaphy? Journal Of The American College Of Surgeons, 187(5), 514-518; Demirer, S., et al. (2006). The effect of polypropylene mesh on ilioinguinal nerve in open mesh repair of groin hernia. The Journal Of Surgical Research, 131(2), 175-181.

[3] Rogo-Gupta, L., et al., Pain Complications of Mesh Surgery, Complications of Female Incontinence and Pelvic Reconstructive Surgery, Current Clinical Urology, H.B. Goldman (ed.), 87-105; Ross, S., et al., Transobturator Tape Compared With Tension-Free Vaginal Tape for Stress Incontinence, A Randomized Controlled Trial, Obstet
Gynecol 2009; 114(6), 1287-1294; Cholhan HJ, et al., Dyspareunia associated with paraurethral banding in the transobturator sling. Am J Obstet Gynecol 2010;202:481.e1-5; Petri, E., et al., Comparison of late complications of retropubic and transobturator slings in stress urinary incontinence. Int Urogynecol J (2012) 23:321–325; Wang, W., et al., Transobturator tape procedure versus tension-free vaginal tape treatment for stress urinary incontinence. Int Gynecol & Obstet J 104(2009), 113-116; Parnell, B., et al., Genitofemoral and Perineal Neuralgia After Transobturator Midurethral Sling. Obstet Gynecol (2012;119) 428–431.

[4] ETH.MESH.01202102 – (1/07/2009 internal e-mail): Ethicon Medical Director Piet Hinoul states: "I feel that patients after a TVT-O do have more pain than after Monarc," and "I am personally convinced that, having published on the vicinity of the nerve branches of the obturator to the tape's [sic] trajectory, that the presence of this foreign body will induce more pain and will be responsible for some of the chronic pains syndromes."); ETH.MESH.04050265 (1/23/09 internal memorandum reporting discussions with Professor de Leval, inventor of TVT-O) (Prof. de Leval "is convinced…that the foreign body reaction of the mesh in the trajectory outside of the obturator membrane plays a role in the development of pain," and discussing proposed new product design to address damage to obturator nerve branches and presence of tape in adductors); ETH.MESH.08581280 (3/25/10 internal document) – "According to the surgical community's view, there are no reasons to believe that presence of the mesh in the adductor magnus muscle contributes any additional clinically significant holding forces of the mesh nor any impact on the mesh's efficacy in treating urinary incontinence. However, passage through it may be the source of at least some of the groin pain associated with the obturator approach.").

[5] ETH.MESH.03803462 (8/08/03 internal e-mail discussing TVT-O) (discussing potential changes to technique and/or IFU to address leg pain associated with TVT-O, but not associated with competitor's product); ETH.MESH.02180759 (3/29/2004 internal e-mail summarizing "confidential meeting held in Miami on the 22nd of March, and which relates to possible

modifications of TVT-O" - "Removal of the segment of the tape that passes through the adductor muscles (possibly causing post-operative pain?).").

[6] ETH.MESH.03904451 (6/06/00 internal memo), p. 4454 – "Disadvantages [of Prolene/Gynemesh]: "releases particles when cut….", p. 4466 – "small particles are released that migrate through the vaginal wall causing pain during intercourse"); HMESH_ETH_00958017 - "It is true that fraying is inherent with the current [TVT] construction."); HMESH_ETH_00958313 - "Attached please find the report and data files from a comparative investigation of the release of particulate from clear and blue mesh. The report indicates that the amount of particulate released is the same for the clear and blue mesh."); ETH.MESH.06212843 – "first, if it does not fray, we should say so. If it splits and splinters, would that appear as a fray? Why have we received all these reports of Prolene fraying if it does not fray?"); ETH.MESH.00541379 – Memo from Gynecare Sr. Med. Director stating, in part: "Fraying is inherent in the design and construction of the [TVT] product. The application of tension exacerbates this issue. When the mesh frays, several events occur: the mesh elongates in places; the mesh narrows in places; and small particles of Prolene might break off."); ETH.MESH.00863391 – internal e-mail addressing complaints of mesh particles and embrittlement, Ethicon employee states: "This is not new, and was exactly the original issue that stopped TVT blue for months... I believe that the board has to set a directive that can be filtered down to the reps, saying its OK and its not an issue, same as TVT clear except you can see it... This is not going away anytime soon and competition will have a field day, major damage control offensive needs to start to educate the reps and surgeons UPFRONT that they will see BLUE shit and it is OK. This is why I wanted to launch TVTO in clear!!!!!.").

[7] ETH.MESH.00167104, p. 7109.

[8] ETH.MESH.08334245 (internal Ethicon presentation containing photographs showing particle loss, roping and mesh deformation with mechanically-cut mesh when compared with laser-cut mesh).

[9] ETH.MESH.01218019 (2006 Ethicon dFMEA).

[10] Lamont depo. (9/11/13), 30:18-24.

[11] Id., 15:16-16:10.

[12] Robinson depo. (7/25/13), 507:18-508:1; Id., 509:6-21. See also, ETH.MESH.00302181 (March 2006 internal testing results showing less elasticity of laser cut mesh: "MCM meshes stretch between 55.8% and 33.4%. The LCM meshes stretch between, 39.5% and 32.1%.").

[13] ETH.MESH.04048515, p. 8516 (7/1/08 KOL interview with Carl G. Nilsson (founder of TVT) stating he "will not use Laser-cut mesh!!" because it "does not have the same stretch profile of Mechanical-cut mesh."); ETH.MESH.01218019 (dFMEA for Laser Cut Mesh) (noting if mesh too stiff, it can lead to "Harm: Pain, Damage to Urethra, Urethral Impingement, Damage to Bladder.").

---

[14] ETH.MESH.04092868 (12/19/08 internal e-mail).

[15] ETH.MESH.04094863 (1/29/09 internal e-mail).

[16] ETH.MESH.04092868.

[17] ETH.MESH.00870467 ETH.MESH.02017153 (3/06/07 Minutes from an Ethicon Expert Meeting) – "Prof. Cosson questions if Polypropylene is the best material as fractures are observed in pp [sic] after time."); HMESH_ETH_02860031 (7/06/07 internal e-mail from Ethicon Research Fellow regarding "dog" study) – "I recall the long-term dog study did show some 'fibrillation' of PROLENE suture where none was observed for PRONOVA suture. My polymer colleagues tell me that PP has the potential to do this because of its molecular structure."); ETH.MESH.05588123 (7/09/07 internal memo responding to mesh degradation literature) – "There have been a number of anecdotal reports that PP mesh shows some changes in the surface with time. The Aachen group, who has so far collected more than 1000 explanted meshes, showed examples many years back…. We did different tests in-house with accelerated aging, too, and found microscopic changes in the surface of mesh fibres."); HMESH_ETH_00228962 (2/17/10 internal e-mail chain discussing polypropylene degradation literature) – "[W]e know from literature that polyester and even polypropylene tend to alter over time in the body…. [H]ow has the general surgery group responded to this [degradation literature]?...[W]e proposed for several new product developments...to use PVDF or PRONOVA as a more stable filament, however Senior Management decided to go ahead with PP as a standard." (HMESH_ETH_00228961)); ETH.MESH.10578304 (1/18/11 Minutes of PA Consulting Group Meeting regarding Mesh Erosion) – "PP meshes degrade over time following implant; this is observed at very high magnification (using electron microscopy) as 'fractures' in the surface of the extruded fibres which cause particulates of PP to be produced which can break away from the main fibre."); ETH.MESH.14445346 (1/17/12 PowerPoint), Slide 11 (comparing Polypropylene to PVDF) – "PP – Stress cracking after 2 years of implantation [citing Mary article from 1998]… PP – In vivo degradation of PP [citing Clave article from 2009]."); ETH.MESH.07726993 (3/12/12 Ethicon internal memo in response to article reporting polypropylene mesh degradation) – "In an infected field and/or a site of chronic inflammation, it is not unexpected that there will be an increase in free radicals and other reactive oxygen species. Polymers may be subject to surface degradation by these reactive species, the impact of which has not been clinically assessed.").

[18] ETH.MESH.05455879 (1/18/03 notes from Surgeon Panel Meeting) - "Polypropylene - initial acute inflammation then chronic foreign body reaction."); ETH.MESH.02017153 (3/06/07 Minutes from an Ethicon Expert Meeting) ("Polypropylene meshes might not be improvable in terms of shrinkage, we may need a completely new material…."); ETH.MESH.00271215 (10/29/08 internal e-mail) – Polypropylene is "the best of a bad lot re integration/retraction" and "there is a need to develop grafts that mimic the human tissue mechanical properties."); ETH.MESH.0680021 (11/12/08 internal e-mail) – "Polypropylene creates an intense inflammatory response that results in rapid and dense incorporation into the surrounding tissue. The excessive inflammatory reaction caused by heavyweight meshes tends to form a scar plate

around the prosthetic that results in a firm and contracted mesh."); ETH.MESH.03722384
(9/17/09 internal e-mail) – "We're seeing a lot of work published that indicates that
polypropylene produces an ongoing, chronic inflammatory reaction…Might be better off
working with something that is less reactive, like PVDF."); ETH.MESH.01238483 (4/27/09
internal memo) – "Vaginal discomfort is the most troublesome complication of transvaginal
mesh and mostly determined by ... Host interaction with the mesh as it relates to chronic
inflammation, excessive fibrosis and 'stiffness' from scar plating creating nerve entrapment and
or nerve tethering.'"); ETH.MESH.05237872 (Nov. 3-4, 2010 "Mesh and Textile Summit") –
PowerPoint addressing downsides of "old fashioned" (i.e., polypropylene mesh): "Excessive
foreign body reaction; Chronic inflammation; Decreased fibrocollagenous ingrowth; Scar plate
formation; Shrinkage from bridging fibrosis.").

[19] Hinoul depo. (4/5/12), 99:09-25; (4/6/12), 518:14-520:20; (6/26/13), 175:1-176:17; 184:18-22;
328:10-24; Owens depo. (9/12/12), 98:11-99:07.

[20] ETH.MESH.03906525 (1/27/06 internal PowerPoint by Ethicon's European Medical
Director), Slide 30 ("Mesh must not shrink.  Rationale: to preserve the vaginal anatomy and to
avoid recurrences.  Theory: The scar tissue naturally shrinks up to 70% in the wound area during
the healing process.  Physiological wound contraction increases with the extent of inflammation.
Shrinkage could be minimized by reducing the inflammatory reaction: well tolerated material,
large pores."). ETH.MESH.01752532 (9/18/06 internal e-mail) - "As soon as meshes are
considered as a prosthesis in the pelvic floor region, the biomechanical consequences of
implantable meshes are not without concern. The body generates an inflammatory response to
the prosthetic that results in more or less sever scar plate formation, increased tissue stiffness and
possible shrinkage of the mesh."); ETH.MESH.02247342 (1/21/09 internal PowerPoint)
"Importance of Pore Size.  Polypropylene creates an intense inflammatory response that results
in rapid and dense incorporation into the surrounding tissue.  The excessive inflammatory
reaction to heavyweight Polypropylene tends to form a scar plate around the prosthetic that
results in a firm and contracted mesh…Bridging occurs in all mesh modifications with a
granuloma size around each mesh fiber exceeding more than half to the pore size of the mesh.
Desirable pore size >1mm. [citing literature from 2005 and 2006].").

[21] ETH.MESH.03910418 (11/25/02 internal e-mail regarding, inter alia, mesh shrinkage in TVT)
– "As we discussed the shrinkage rate is influenced by many parameters as the degree of fibrotic
reaction is dependent on the mesh material/weave/width etc.  I remember that Axel [Arnaud,
Ethicon's European Medical Director] was using 30% shrinkage as a rule of thumb….");
(ETH.MESH.00584846 (5/10/04 internal e-mail) – "Their [consulting physicians'] main
concern is now the shrinkage of the mesh which may lead to pain, dyspareunia…Indeed now that
they have tremendously improved the technique and lowered the erosion rate what needs to be
improved is the shrinkage of the mesh (in this case gynemesh soft)."); ETH.MESH.00681364
(9/07/04 internal report) – "GYNEMESH PS today has a 'swirling effect' causing what doctors
have expressed as 'shrinkage or contraction of the mesh'. It isn't the mesh that's contracting, it's
the tissue that seems to be 'bunching' up resulting in the desire to have a more 'tension-free'
fixation."); ETH.MESH.05246528 (3/10/05 report discussing areas impacting clinical outcomes
with mesh) – "Tissue contraction (20-40%), Scar formation = recurrence or

dyspareunia…Erosions - potentially address through technique."); ETH.MESH.04020138
(4/13/05 e-mail from Ethicon engineer) – "In pelvic floor repair even with the PSM, we have
seen some scar contracture which translates into procedural complications… [S]urgeons who are
our consultants on the ProLift product are asking for a mesh which is better than PSM in this
area." (Id.). "The surgeons attribute these conditions [recurrence of prolapse, pain, stiffness,
erosion and discomfort during sex] to scar contracture."); ETH.MESH.03906579 (6/09/05
interview with Ethicon European Medical Director, Axel Arnaud) – "Shrinkage is due to an
excessive scarring process...in a few cases it led to vaginal distortion impacting the sexual life.
Thus, the procedure must be used cautiously in sexually active women."); ETH.MESH.05243265
(1/24/06 e-mail discussing meeting with consulting physicians in Europe) – "Their [physicians']
main concern is the believe that the Prolene Soft material over time contracts. Thus creating the
potential for failures and/our erosions."); ETH.MESH.03906525 (1/27/06 internal PowerPoint by
Ethicon's European Medical Director), Slide 30 ("Mesh must not shrink.  Rationale: to preserve
the vaginal anatomy and to avoid recurrences.  Theory: The scar tissue naturally shrinks up to
70% in the wound area during the healing process.  Physiological wound contraction increases
with the extent of inflammation.  Shrinkage could be minimized by reducing the inflammatory
reaction: well tolerated material, large pores."); ETH.MESH.00870466 (6/2/06 Expert Meeting
Memo) ("Shrinkage of 20% means reduction of mesh area to 64%."); ETH.MESH.10511708
(12/12/06 internal R&D PowerPoint "State of Knowledge in Mesh Shrinkage") – "'Shrinking
meshes' are a topic of discussion and concern among hernia surgeons. It is believed that mesh
shrinkage may lead to patients' discomfort, chronic pain or hernia recurrence…. Mesh shrinkage
was evaluated at different time points and the reduction of the calculated area was 12% at one
month, 24% at 3 months, 29% at 6 month and 34% at 12 month. [citing 2006 literature]");
ETH.MESH.02017153 (3/06/07 Minutes from an Ethicon Expert Meeting) ("Polypropylene
meshes might not be improvable in terms of shrinkage, we may need a completely new
material… Unmet clinical needs: No shrinkage/no long term contraction… Severe contraction →
Dyspareunia → sexual function ↓."); ETH.MESH.00821702 (9/26/07 internal memo reporting
results of 2004 European clinical study of Prolift), Slide 23 – ("Functional results: painful mesh
shrinkage.  Painful mesh shrinkage (at vaginal examination) – 21 patients (19.6%)…. Correlation
between painful mesh shrinkage and dyspareunia but not systematic."); ETH.MESH.01818382
(12/20/07 Ethicon Mesh Contraction preclinical study) (27% shrinkage (measured
radiographically) and 23% (measured by image analysis), as well as fibrotic bridging, folding,
rippling and distortion, for Prolene Soft in the subcutaneous model after 13 weeks implantation);
ETH.MESH.00836975 (3/28/08 internal e-mail from Ethicon Worldwide Medical Director
responding to question about how to identify and complications associated with mesh shrinkage)
– "First, the mesh doesn't shrink.  As collagen grows into the mesh, the entire mass contracts….
In the patient, it can be noted with stiffening of the vaginal wall (causing dyspareunia) or
bunching of the Prolift straps (which can cause pain).  All patients getting mesh get
contraction."); ETH.MESH.01238483 (4/27/09 internal memo) – "Vaginal discomfort is the
most troublesome complication of transvaginal mesh and mostly determined by ... Host
interaction with the mesh as it relates to chronic inflammation, excessive fibrosis and 'stiffness'
from scar plating creating nerve entrapment and or nerve tethering."); ETH.MESH.02227282
(11/14/09 PowerPoint), p. 7 – "Folding of mesh is one cause for erosion and pain.");
ETH.MESH.05479695 (Nov. 3-4, 2010 Mesh and Textile Summit PowerPoint) – "There is no
place for a 'Heavyweight Mesh' in modern pelvic floor repair… Polypropylene Mesh – Small

pore size (<1 mm)… Issues with small pore meshes –…Increased inflammatory response results in rigid scar plate formation – Scar plate responsible for shrinkage of mesh up to 40% [citing published literature from 2002 and 2004].”); ETH.MESH.05479717 (3/1/11 Boris Batke Presentation Ethicon Polypropylene Mesh Technology indicating heavier-weight polypropylene mesh results in mesh contraction up to 33%).

[22] ETH.MESH.00870466 (6/20/06 notes re: Ethicon Expert Meeting) – “Meshes can cause Nerve damage due to mechanical irritation (mesh bears on nerve)….  Vaginal pain after implantation of meshes is rare, but feared, since there is not real treatment option”); HMESH_ETH_01800994 (10/11/06 internal e-mail chain discussing mesh pain/shrinkage literature) (“The take home message from the article was that chronic pain can be associated with placement of a mesh device…. [The author] continues to point out that neuropathy-related complaints after intraoperative damage of nerve fibers is associated with pain immediately after surgery, however, the onset of chronic pain as a consequence of the ‘foreign body reaction’ is typically more than one year after the hernia repair. He goes on to point out that patients that reported chronic pain demonstrated nerve fibers and fascicles in the interface of the mesh upon examination upon removal.”); ETH.MESH.01238483 (4/27/09 internal memo) – "Vaginal discomfort is the most troublesome complication of transvaginal mesh and mostly determined by ... Host interaction with the mesh as it relates to chronic inflammation, excessive fibrosis and 'stiffness' from scar plating creating nerve entrapment and or nerve tethering.”); See also, Corona R., et al., Tension-free Vaginal Tapes and Pelvic Nerve Neuropathy, J Min Invas Gynecol 2008, 15:3 262-267; Parnell, B.A., et al., Genitofemoral and Perineal Neuralgia after Transobturator Midurethral Sling, Obstet Gynecol 2012, 119:428-31.

[23]  ETH.MESH.03803462 (8/08/03 internal e-mail discussing TVT-O) (discussing potential changes to technique and/or IFU to address leg pain associated with TVT-O, but not associated with competitor’s product); ETH.MESH.00632022 (11/16/04 internal e-mail discussing potential IFU change to address nerve injury) (“The latest TVT complications report includes another nerve injury and 2 bladder perfs with TVT-O…. Should we plan to update the statement of complications and/or communicate to the preceptors?”); ETH.MESH.01202102 – (1/07/2009 internal e-mail): Ethicon Medical Director Piet Hinoul states: "I feel that patients after a TVT-O do have more pain than after Monarc," and "I am personally convinced that, having published on the vicinity of the nerve branches of the obturator to the tape’s [sic] trajectory, that the presence of this foreign body will induce more pain and will be responsible for some of the chronic pains syndromes.”); ETH.MESH.04050265 (1/23/09 internal memorandum reporting discussions with TVT-O inventor, Prof. de Leval) (Prof. de Leval “is convinced…that the foreign body reaction of the mesh in the trajectory outside of the obturator membrane plays a role in the development of pain,” and discussing proposed new product design to address damage to obturator nerve branches and presence of tape in adductors); ETH.MESH.08581280 (3/25/10 internal document) – "According to the surgical community's view, there are no reasons to believe that presence of the mesh in the adductor magnus muscle contributes any additional clinically significant holding forces of the mesh nor any impact on the mesh's efficacy in treating urinary incontinence. However, passage through it may be the source of at least some of the groin pain associated with the obturator approach.").

[24] Weisberg depo. (5/30/13), 197:17-198:7.

[25] ETH.MESH.00846523.

[26] ETH.MESH.00174793 (10/9/09 sales training brochure on how to handle physician complaints regarding leg pain due to surgical approach of TVT-O) – "Acknowledge that we are aware of the leg pain….").

[27] ETH.MESH.08167452 (10/3/00 internal e-mail in response to e-mail from physician consultant regarding instructions for TVT removal procedure) – "Theoretically, I can envisage no need for TVT explant. And I agree…that if we, in any way, publish such an information, we start giving the reason to believe that explant of the TVT may be needed in some circumstances. Frankly, I do not want to dig my own grave...!"…"In my opinion, we must be very careful in avoiding 'overinformation'").

[28] ETH.MESH.00260739.

[29] Kirkemo depo. (1/7/14), 434:9-15 ("Q. [T]he positioning can be critical to whether or not the patient suffers a nerve injury or if the patient has leg pain, hip injury, hip pain; correct? A. It's one of the mitigation strategies, yes.").

[30] Hinoul P, et al. Anatomical variability in the trajectory of the inside-out transobturator vaginal tape technique (TVT-O). Int Urogynecol J Pelvic Floor Dysfunct 2007; 18 (10): 1201-6; Hazewinkel MH, et al. Persistent groin pain following a trans-obturator sling procedure for stress urinary incontinence: a diagnostic and therapeutic challenge. Int Urogynecol J Pelvic Floor Dysfunct 2009; 20 (3): 363-5; Zahn CM, et al. Anatomic comparison of two transobturator tape procedures. Obstet Gynecol 2007; 109 (3): 701-6; Spinosa JP, et al. Transobturator surgery for female stress incontinence: a comparative anatomical study of outside-in vs. inside-out techniques BJU Int. 2007; 100 (5): 1097-102; Atassi Z, et al. Haemorrhage and nerve damage as complications of TVT-O procedure: case report and literature review. Arch Gynecol Obstet 2008; 277 (2): 161-4; Park AJ, et al. Transient obturator neuropathy due to local anesthesia during transobturator sling placement. Int Urogynecol J Pelvic Floor Dysfunct 2009; 20 (2): 247-9; Paulson JD, Baker J. De novo pudendal neuropathy after TOT-O surgery for stress urinary incontinence. JSLS. 2011; 15 (3): 326-30.

[31] Kirkemo depo. (1/7/14), 363:3-365:1; 437:4-440:16.

[32] ETH.MESH.00259047, p. 9431 ("Is special training needed for the safe and effective use of the [TVT-O] device? Yes."); ETH.MESH.00864085, p. 4086 (internal e-mail) ("[W]e should not expect them to be able to do the [TVT-O] procedure just by reading the IFU, since we do require formal training as well.").

[33] ETH.MESH.00030098 (internal e-mail prior to launch of TVT-O) ("By having your physician 'formally' trained, it minimizes the potential for legal liability for all parties involved: the

practicing physician, the company representative, and the company. It is a GYNECARE policy that a representative should not be the sole trainer of a physician on the procedures involving GYNECARE TVT.").

[34] ETH.MESH.05795322, p. 5324.

[35] ETH.MESH.06892214 (2/25/04 internal e-mail).

[36] ETH.MESH.00858080; See also, ETH.MESH.00858110 (4/10/03 meeting minutes from Project Leader Dan Smith: "[C]linicals will not be required for either Europe or USA" in order to meet "lofty break-through goal.").

[37] ETH.MESH.00260591 (4/14/03 internal e-mail to Project Leader Dan Smith).

[38] ETH.MESH.00864132.

[39] Teo, R., et al., Randomized Trial of Tension-free Vaginal Tape and Tension-free Vaginal Tape-Obturator for Urodynamic Stress Incontinence in Women, J. Urol. 2011 Feb.; 185:1350-55.

[40] ETH.MESH.00259634, p. 9638 (December 2003 TVT-O Clinical Expert Report).

[41] Owens depo. (6/20/13), 444:6-445:2; 446:24-449:8.

[42] Id., 453:24-460:19.