# Exhibit D

Robert D. Moore, D.O.

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., ) | Master File No. |
| PELVIC REPAIR SYSTEM ) | 2:12-MD-02327 |
| PRODUCTS LIABILITY ) | MDL 2327 |
| LITIGATION ) | |
| ) | JOSEPH R. GOODWIN |
| ) | U.S. DISTRICT JUDGE |
| ) | |
| THIS DOCUMENT RELATES TO ) | |
| THE FOLLOWING CASES IN ) | |
| WAVE 1 OF MDL 200: ) | |

Angela Coleman, et al. v. )
Ethicon, Inc., et al. )
Civil Action No. )
2:12-cv-01267 )
)
Mary F. Cone v. )
Ethicon, Inc., et al. ) DEPOSITION OF
Civil Action No. ) ROBERT D. MOORE, D.O.
2:12-cv-00261 )
)
Teresa Georgilakis, et al. )
v. Ethicon, Inc., et al. )
Civil Action No. )
2:12-cv-00829 ) April 15, 2016
)
Dawna Hankins v. Ethicon, )
Inc., et al. )
Civil Action No. )
2:12-cv-00369 )
)
Margaret Kirkpatrick v. )
Ethicon, Inc., et al. )
Civil Action No. )
2:12-cv-00746 )
)
Carrie Smith v. Ethicon, )
Inc., et al. )
Civil Action No. )
2:12-cv-00258 )

Robert D. Moore, D.O.

---

**Page 2**

1    Isabel Swint v. Ethicon,  )
     Inc., et al.            )
2    Civil Action No.        )
     2:12-cv-00786           )
3                            )
4
5
6
          DEPOSITION OF ROBERT D. MOORE, D.O.
7
8
9              April 15, 2016
10
               9:42 a.m.
11
12
13
14
15
16              Suite 1560
            3575 Piedmont Road, N.E.
17           15 Piedmont Center
             Atlanta, Georgia
18
19
20
21
22
23
     Reported by:  F. Renee Finkley, RPR, RMR, CRR, CLR,
24   CCR-B-2289

---

**Page 3**

1          APPEARANCES OF COUNSEL
2
3    On behalf of the Defendants
     Ethicon, Inc. and Johnson & Johnson:
4        RITA A. MAIMBOURG, ESQ.
         Tucker Ellis, LLP
5        Suite 1100
         950 Main Avenue
6        Cleveland, Ohio 44113
         (216) 592-5000
7        rita.maimbourg@tuckerellis.com
8
9    On behalf of the Plaintiffs:
         BRITTANY T. MARIGLIANO, ESQ.
10       Blasingame, Burch, Garrard & Ashley, P.C.
         440 College Avenue
11       Suite 320
         Athens, Georgia 30601
12       (706) 354-4000
         btm@bbgbalaw.com
13
14
15
16
17
18
19
20
21
22
23
24

---

**Page 4**

1                 CONTENTS
2    THE WITNESS:  ROBERT D. MOORE, D.O.
3    EXAMINATION                       Page
4        By Ms. Maimbourg                6
5
6                 EXHIBITS
7
     Exhibit      Description            Page
8
9    Exhibit 1    Report of Robert Moore      6
10   Exhibit 2    Notice of deposition       15
11   Exhibit 3    Curriculum vitae attached to
                  report                     18
12
13   Exhibit 4    Curriculum vitae brought by Moore  18
14   Exhibit 5    Updated list of cases with Moore
                  depositions                 8
15   Exhibit 6*   Thumb drive                17
16   Exhibit 7    Reliance list              20
17   Exhibit 8    Chart labeled Potential Risks of
                  Non-Mesh SUI Surgery       41
18
19   Exhibit 9    Document titled Potential Risks
                  of Non-Mesh and Mesh SUI
                  Surgeries                  49
20
21   Exhibit 10   Abstract presented at American
                  Urogynecology Society meeting,
22                2014                       51
23   Exhibit 11   Sub-analysis of data from
24                abstract                   51

---

**Page 5**

1                 EXHIBITS
2    Exhibit      Description            Page
3
4    Exhibit 12   Study classifying patients with
                  mesh complications         52
5    Exhibit 13   Website page from International
                  Center For Laparoscopic
6                 Urogynecology              53
7    Exhibit 14   ACOG and AUGS Practice Bulletin
                  on Urinary Incontinence in Women,
8                 dated November 5th, 2015   62
9    Exhibit 15   Document titled Position
                  Statement on Mesh Midurethral
10                Slings For Stress Urinary
                  Incontinence               66
11
12   Exhibit 16   Document titled Frequently Asked
                  Questions By Providers,
13                Midurethral Slings For Stress
                  Urinary Incontinence       68
14   Exhibit 17   Document regarding trial by Teo   82
15   Exhibit 18   Article by Hinoul          95
16   Exhibit 19   Article by Collinet       101
17   Exhibit 20   Weisberg memo             120
18                *(Exhibit 6 was retained by counsel for
19   Defendants.)
20
21
22
23
24

---

Robert D. Moore, D.O.

1    (Exhibit 1 was marked for
2    identification.)
3        ROBERT D. MOORE, D.O.,
4    having been first duly sworn, was examined and
5    testified as follows:
6        EXAMINATION
7    BY MS. MAIMBOURG:
8    Q.   Good morning, Doctor.  Could you state
9    your name?
10    A.   Robert D. Moore.
11    Q.   And, Dr. Moore, I have marked as Exhibit 1
12    a copy of the report that was served on us in this
13    case, and I'd like you to take a look at it and
14    identify it as the report you have prepared for this
15    litigation?
16    A.   Yes, it appears to be.
17    Q.   And that your signature on page 42?
18    A.   Yes, it is.
19    Q.   Dated January 21st of 2016?
20    A.   Yes.
21    Q.   Doctor, the purpose of the deposition
22    today is for me to get a full understanding of your
23    opinions as stated in your report.  Do you understand
24    that that's why we're here?

1    A.   Yes.
2    Q.   Are you prepared to do that?
3    A.   Yes.
4    Q.   What did you do to prepare for the
5    deposition?
6    A.   Reviewed my report, reviewed pertinent
7    internal documents from Ethicon that I reviewed,
8    depositions, reviewed the literature, as well met
9    with Jim Matthews on two occasions.  Once last week
10    for about two hours, once this week for about an
11    hour, and then also just met with Brittany this
12    morning for about a half-hour.
13    Q.   In connection with preparing this report
14    that's marked as Exhibit 1, did you look at the
15    medical records of any plaintiff making claims
16    against Ethicon?
17    A.   Not for this report, no.
18    Q.   So if your report was served in seven
19    cases, and I won't name them, because they're on the
20    notice, would it be fair to say that you have no
21    opinions about any of the alleged injuries of those
22    plaintiffs?
23    A.   Correct.
24    Q.   On your report, specifically on page 42,

1    where your signature is, you have a list of nine
2    cases where you have given depositions, correct?
3    A.   Yes, and we've given you an updated
4    version of that right there (indicating).
5        (Exhibit 5 was marked for
6    identification.)
7    Q.   (By Ms. Maimbourg)  And I've marked that
8    as Exhibit 5.  Is that what you brought today with
9    you?
10    A.   Yes.
11    Q.   I haven't looked at it closely, but the
12    nine cases that are on Exhibit 1, I believe are also
13    on Exhibit 5?
14    A.   Yes, they should be.
15    Q.   In these -- let's just stick to the nine
16    cases that were in your report.  Those were cases in
17    which you were designated as an expert witness?
18    A.   Yes.  One of them may have been a treating
19    physician.  Ms. Teague might have been a treating
20    physician.
21    Q.   As to the other eight, though, you believe
22    you were identified as an expert?
23    A.   Yes.
24    Q.   And in those depositions, did you testify

1    that the plaintiffs injuries were caused by the
2    various mesh implants that these plaintiffs had?
3    A.   Yes.
4    Q.   Did you testify in any of those cases, the
5    eight cases we're talking about, that the devices
6    implanted were defective in some way?
7    A.   Yes, I believe I did.
8    Q.   Now, in terms of depositions or trial
9    testimony since 2013, which is basically where this
10    list ends, Exhibit 5 would include all of those,
11    right?
12    A.   Yes.
13    Q.   And it looks like since 2014 -- and I
14    apologize, I can't show this to you while I'm looking
15    at it, you've given -- looks like another eight
16    depositions in cases at the request of the Potts Law
17    Firm; does that sound right?
18    A.   Yes mand I don't think -- some of those
19    were combined depositions, so there were -- you know,
20    there may have been two depositions to cover those
21    particular patients.  Multiple patients were in like,
22    for example, one deposition.
23    Q.   Would those be in the Mentor cases or the
24    Bard cases?

3  (Pages 6 to 9)

Robert D. Moore, D.O.

1      A.   Mentor cases, as well the Bard cases.
2      Q.   What does it mean when you have here 30 Q
3  deposition?
4      A.   So there was a couple patients that the
5  judge deemed that -- I think it was a second wave or
6  a third wave -- that the deposition was going to be
7  by question and answer, written questions and
8  answers.  So the questions were just posed, and then
9  I had to answer those questions in a deposition type
10  of a situation.
11      Q.   In a written --
12      A.   It wasn't written, no.  They gave us the
13  written questions ahead of time.  Then we showed up
14  and we just answered those 30 questions.
15      Q.   Sounds interesting.
16           MS. MARIGLIANO:  That was wave 3 of the
17  Bard cases.
18           THE WITNESS:  Answered the same questions
19  over and over again for each patient.  It
20  was --
21      Q.   (By Ms. Maimbourg)  So in all of these
22  cases, whether on Exhibit 1 or Exhibit 5, if Bard is
23  named, or Mentor is named, or Boston Scientific is
24  named, in those cases, other than the Teague case,

1  where you may have just been a treater, you were
2  always testifying as an expert witness?
3      A.   Yes.
4      Q.   Do you know which of them involved a sling
5  product?  And feel free to look at 5 and 1.
6      A.   So the Teague was a sling, and then the
7  ones that say Align -- I don't know if the
8  combinations -- so the ones that say just Align on
9  The Potts Law Firm, Crawford, Earles, Laychak,
10  Richard, that was sling product.  Bambi Teague was
11  Obtryx; that was a sling.  The Boston Scientific both
12  were -- one was -- one was a combo case of a sling
13  and a prolapse, and one was just a sling.
14      Q.   Were any of the products transobturator
15  slings?  Is Align a transobturator?
16      A.   No, Align was not.
17      Q.   How about Obtryx?
18      A.   Obtryx is, yes.
19      Q.   So you've testified in at least one case
20  where Obtryx was at issue or more than one?
21      A.   One was a treating physician, and then
22  one, it appears, was a -- was as an expert.
23      Q.   And the name of that case is what?
24      A.   That was Allen versus Boston Scientific.

1      Q.   Any of those other cases involve TOT
2  slings?
3      A.   In the remaining of these cases, I don't
4  know if they had a TOT sling or not at the time of
5  the procedure.  The rest of them definitely had
6  prolapse products as well.
7      Q.   Have you ever testified in a case where
8  the plaintiff alleged medical malpractice?
9      A.   As an expert, yes.  Wait a minute, yes.
10      Q.   How long ago was that?
11      A.   Just a few weeks ago.
12      Q.   Okay.  What was the issue in that case?
13      A.   The issue -- I was defending a physician.
14  And the issue was a complication after a TVT sling.
15      Q.   What was the complication?
16      A.   Complication was a large hematoma that
17  occurred after the sling and subsequent pain from
18  that.
19      Q.   And what's the name of that plaintiff?
20      A.   I can get that for you.  Let me think one
21  second.  Ball versus Kumar.
22      Q.   Kumar is K-U-M-A-R?
23      A.   Yes.
24      Q.   Where is that pending?

1      A.   It was just settled in Florida.
2      Q.   They settled it after your deposition?
3      A.   Yes.
4      Q.   You were testifying on behalf of the
5  physician?
6      A.   Yes.
7      Q.   Was the gist of your opinion that this
8  complication was a known risk?
9      A.   Yes.
10      Q.   And your further opinion was, is that
11  because it was a known risk, and he met the standard
12  of care, there was no liability?
13      A.   Correct.  And it was a "she."
14      Q.   Sorry.  Gender bias.  In terms of your
15  compensation for your medical/legal work, on page 42
16  of your report, you list what your charges are.  Are
17  those accurate?
18      A.   Yes.
19      Q.   So is a three-hour deposition a half day?
20      A.   Yes.
21      Q.   Your report is quite lengthy and detailed.
22  Would you agree with me?
23      A.   Yes.
24      Q.   Did you use a research assistant?

Robert D. Moore, D.O.

Page 14

1    A.  No.
2    Q.  How did you put it together?
3    A.  I've written many reports in the previous
4  cases that I've been involved with, so I used those
5  as somewhat of a skeleton framework.  And then just
6  went through step by step with reviewing the
7  literature, reviewing internal documents, reviewing
8  depositions, and that sort of thing to ultimately put
9  it together.
10   Q.  How many hours did you spend preparing
11  your general report?
12   A.  I would estimate a couple hundred.
13   Q.  Does that mean 200 or more?
14   A.  200 or more, yeah.
15   Q.  And you charged for that $1,000 per hour?
16   A.  Yes.
17   Q.  And since my math is really bad, is
18  that -- you've charged at least $200,000 for
19  preparing this report?
20   A.  I haven't charged anything yet.  I have
21  not invoiced anything yet, but I will, yes.
22   Q.  When do you plan to invoice it?
23   A.  Probably within the next few weeks.
24   Q.  Do you have an arrangement where you are

Page 15

1  paid a contingency?
2    A.  No.
3    Q.  It's a straight hourly arrangement, right?
4    A.  Yes.
5    Q.  And who do you have that arrangement with?
6    A.  Jim Matthews.
7    Q.  Do you have a written contract?
8    A.  No.
9    Q.  So you've been paid nothing as of today's
10  date for the preparation of this report?
11   A.  Correct.
12   Q.  Once you invoice Mr. Matthews, are you
13  willing to provide a copy of your invoice to me?
14   A.  Certainly.
15      (Exhibit 2 was marked for
16  identification.)
17   Q.  (By Ms. Maimbourg)  Doctor, I'm going to
18  hand you Exhibit 2, which is the notice of
19  deposition.  Have you seen this before today?
20   A.  Yes.
21   Q.  And you understand that it asks you to
22  bring certain documents, right?
23   A.  Yes.
24   Q.  And it looks like you did bring some

Page 16

1  things, so before we started, Brittany handed me a
2  couple of your articles.  These were the abstracts
3  and then your publication called the IUGA/ICS
4  classification, et cetera, et cetera.  You brought
5  those three --
6    A.  Yes.
7    Q.  -- right?  And then you brought two
8  binders, and I don't care whether Brittany or you
9  explain what's in them on the record, but I just want
10  to know on the record what they are.
11   A.  Sure.  These are just all of the
12  references, basically, throughout the report.
13   Q.  And they include both internal documents
14  and medical literature?
15   A.  Yes.
16   Q.  If I asked you to find a particular
17  article when we're going through the deposition
18  today, how easy is it going to be for you, because I
19  notice there's not an index?
20   A.  Well, they are -- these are indexed, and I
21  know what's in this, so relatively easily, yes.
22   Q.  I'm not going to do it a lot, but there
23  may be a few that I'm going to ask you to reference?
24   A.  It should just take a minute.

Page 17

1    Q.  And it looks like you brought a copy of
2  your reliance list, right?
3    A.  Yes.
4    Q.  We're going to mark that.  Is there -- and
5  you brought this list of testimony.  Is there
6  anything else you brought, other than this thumb
7  drive?
8    A.  No, I don't think so.
9       MS. MARIGLIANO:  He brought a copy of his
10  report, but --
11   Q.  (By Ms. Maimbourg)  And the CV?
12   A.  Yes.
13      MS. MARIGLIANO:  And the CV.
14      MS. MAIMBOURG:  Okay.  So we're going to
15  mark this thumb drive as Exhibit 6, but I'm only
16  going to do it in a virtual way, and ask you to
17  identify what Exhibit 6 is.
18      (Exhibit 6 was marked for
19  identification.)
20      THE WITNESS:  There's a thumb drive that
21  has everything that Jim Matthews and the law
22  firm sent to me.
23      MS. MAIMBOURG:  And, Brittany, is it --
24  can you agree that I may take this with me and

Robert D. Moore, D.O.

Page 18

1    not give it to the court reporter?
2         MS. MARIGLIANO:  Yes, that's fine.  Thank
3    you.
4         Q.  (By Ms. Maimbourg)  All right.  So I'm
5    just going to ask very few question about the notice
6    of deposition.  You were asked to bring information
7    about your billing, and we've already talked about
8    that, you haven't invoiced yet, right?
9         A.  Correct.
10        (Exhibit 3 and Exhibit 4 were marked
11    for identification.)
12        Q.  (By Ms. Maimbourg)  In terms of your CV,
13    I'm going to mark -- well, I've marked -- this is the
14    CV, Exhibit 3, that was attached to your report as
15    Exhibit A.  And then today, you've brought what I've
16    marked as Exhibit 4.  And can you tell me if there's
17    any significant difference between the two of those?
18        A.  I don't think so, but I just wanted to
19    make sure that we had the most recent one.  I think I
20    noticed this one was updated December 2015, at least
21    it's noted that, but when I talked to my assistant,
22    she thought she probably had updated it more
23    recently, but didn't change -- or wasn't sure, but
24    didn't change the date, so I said give me the one

Page 19

1    that's -- that we have as the most recent.
2         Q.  You do a lot of speaking and publishing,
3    so I assume your CV is updated --
4         A.  Yes.
5         Q.  -- quite often?
6         A.  Yes.  So I don't think there's anything
7    different on this one than the one you have, but I
8    just wanted to bring --
9         Q.  Why don't you hand me the two CVs.  I'm
10    going to stick them in this stack right here.  I may
11    get back to those later.  And then in terms of the
12    notice, Number 5 asked you to bring a complete list
13    of the cases in which you testified, and we've
14    already discussed that, right?
15        A.  Yes.
16        Q.  Schedule -- the schedule to this
17    paragraph 16 asks you to bring documents relating any
18    communication involving you and any of the
19    plaintiffs' other experts.  Do you have any such
20    documents?
21        A.  I do not.
22        Q.  Have you read any of the general experts'
23    reports that have been proffered at any time in this
24    MDL by plaintiffs against defendants?

Page 20

1         A.  In the -- this Ethicon MDL?
2         Q.  Yes.
3         A.  I believe I just read one.  I think I read
4    Neeraj Kohli's after they were all submitted.
5         Q.  Do you know Dr. Kohli?
6         A.  I do.
7         Q.  Did you say you read it after all the
8    reports were submitted?
9         A.  Yes.
10        Q.  Why is it that you read that one?
11        A.  Because it was a TVT-O document.
12        Q.  Anything in there that you remember or
13    that you agree with or disagree with?
14        A.  I do not -- I don't remember.  I don't
15    think there was anything that I didn't agree or
16    disagreed with.
17        (Exhibit 7 was marked for
18    identification.)
19        Q.  (By Ms. Maimbourg)  Doctor, I've marked
20    Exhibit 7, and this is -- was part of your report and
21    this essentially is your reliance list; is that true?
22        A.  Yes.
23        Q.  And how, specifically, was that prepared?
24        MS. MARIGLIANO:  My office prepared this,

Page 21

1    the list.
2         MS. MAIMBOURG:  You mean typed it?
3         MS. MARIGLIANO:  Yes.
4         MS. MAIMBOURG:  So -- thank you.
5         Q.  (By Ms. Maimbourg)  The F mesh documents,
6    meaning the internal Ethicon documents here, they
7    were provided to you by the plaintiffs' firm, right?
8         A.  Yes.
9         Q.  By Mr. Matthews' firm?
10        A.  Yes.
11        Q.  Did you list here everything that they
12    sent you?
13        A.  I believe so, yes.  They listed -- they
14    prepared this and --
15        MS. MARIGLIANO:  I will represent to you
16    that it's my understanding that all of the
17    Ethicon documents that we sent to him are listed
18    in this document.
19        MS. MAIMBOURG:  Okay.  Thanks.
20        Q.  (By Ms. Maimbourg)  Doctor, do you
21    recognize that by relying on internal documents
22    selected by somebody else, that you may not have a
23    totally objective view of certain things?
24        MS. MARIGLIANO:  Object to the form.

6 (Pages 18 to 21)

Robert D. Moore, D.O.

Page 22

1      THE WITNESS:  I'm not sure I understand
2   the question.
3      Q.   (By Ms. Maimbourg)  Okay.  So you did not
4   ask for or obtain access to Ethicon's entire global
5   production, have you?
6      A.   No, I did not.
7      Q.   Have you read every single deposition of
8   every Ethicon employee taken in the MDL?  I hope not.
9      A.   No, I don't believe I have.
10      Q.   So to be fair, your review of the Ethicon
11   story, which is contained in the depositions and
12   documents that you were provided, is not a complete
13   story.  Would you agree with that?
14      MS. MARIGLIANO:  Object to the form.
15      THE WITNESS:  I would agree that there's
16   documents that I've not seen from either
17   internal documents or depositions, as you've
18   said.  So I've relied on -- the only internal
19   documents I've seen, I've relied on the law firm
20   providing me that, yes.
21      Q.   (By Ms. Maimbourg)  So you're relying on a
22   law firm representing plaintiffs who claim they are
23   injured to provide you with documents to form your
24   opinions?

Page 23

1      A.   Correct, a portion of those.
2      Q.   Right, 'cause right now we're talking
3   about the internal documents, we're not talking about
4   the literature?
5      A.   Correct, or -- yeah, literature, my
6   experience.
7      Q.   Right.  So as to the literature, how did
8   literature get on this reliance list?  In other
9   words, was literature given to you by Mr. Matthews
10   and then put on the list, or did you give him
11   literature, or was it a combination, or what was it?
12   This is an open-ended question.
13      A.   It was a combination.  They gave me some
14   literature, but I also added a lot of literature to
15   that as well.
16      Q.   How long did the process take of putting
17   that literature together?  And I guess let me strike
18   that question and ask a different one.
19      When were you first contacted by
20   Mr. Matthews to be an expert witness on behalf of
21   plaintiffs against Ethicon?
22      A.   I think it was back in either late October
23   or early November of 2014 -- not 2014, I'm sorry,
24   2015.

Page 24

1      Q.   2015.  When did the process start of you
2   reviewing documents, depositions, and medical
3   literature for purposes of writing your report?
4      A.   Right in November.
5      Q.   In terms of putting the literature
6   together, did that process start with Mr. Matthews
7   giving you a list of literature and you adding to it?
8      A.   They initially sent some papers, journal
9   manuscripts, that sort of thing.  And then I also,
10   you know, did my own literature review and --
11   literature review and search and put things together
12   myself as well, yes.
13      Q.   And I assume that with respect to
14   Exhibit 7, it's unlikely you'd be able to say today
15   which of these articles were given to you and which
16   you put on the list?
17      A.   Right.  There's a combination of things in
18   there.
19      Q.   In terms of the notice of deposition,
20   which was marked as Exhibit 2, back to that, you have
21   brought your complete file in this case?
22      A.   Yes.
23      Q.   Is there anything you didn't bring?
24      A.   No.

Page 25

1      Q.   One of the categories, Number 31, asks for
2   communication between you and counsel for the
3   plaintiff, to the extent that those communications
4   either relate to your compensation, identify facts or
5   data provided to you that you used, and assumptions
6   that you were asked to make.  Is there any such
7   correspondence or documentation?
8      A.   No, I don't believe so.
9      Q.   Has all of your communication with
10   Mr. Matthews and others in his firm been on the
11   phone?
12      A.   Yes.  And they sent some e-mails for
13   Dropbox files to obtain these files electronically.
14      MS. MAIMBOURG:  Off the record.
15      (Discussion off the record.)
16      Q.   (By Ms. Maimbourg)  All right.  From
17   reading your report and looking at your CV, it's my
18   understanding that your current practice is at the
19   Atlanta Center For Laparoscopic Urogynecology and the
20   Beverly Hills Sunset Surgery Center; is that true?
21      A.   Yes.
22      Q.   Does that also go by the name of the
23   International Laparoscopic Center, or words to that
24   effect?

7  (Pages 22 to 25)

Robert D. Moore, D.O.

Page 26

1    A.   We've had kind of several names throughout
2  the years.  It also goes under the name, yes,
3  International Urogynecology Associates, as well
4  Miklos & Moore Urogynecology.
5    Q.   Is there some reason for all those names?
6    A.   As we've expanded our practice to a
7  satellite office in Beverly Hills, and now in Dubai,
8  we've just kind of added satellite office names, and
9  then changed the name to International.  And then
10 finally figured out we should just call it Miklos &
11 Moore Urogynecology.
12   Q.   I know for the Atlanta Center, you are the
13 director of advanced pelvic surgery or the
14 co-director of urogynecology.  How many people or
15 physicians are in the group?
16   A.   There's just my partner, myself as
17 partners.  And we have an associate gynecologist that
18 has her own practice.  She's a gynecologist, not a
19 urogynecologist.
20   Q.   Does she work at the Atlanta Center For
21 Laparoscopic Urogynecology?
22   A.   She does.  She has her own practice there,
23 her own separate business, but she is -- we're
24 involved with that business, so she works with us,

Page 27

1  yes.
2    Q.   But she's not your employee?
3    A.   Not -- she's an employee of her own
4  business.
5    Q.   And so when you say you're the co-director
6  of urogynecology at the Atlanta Center, that's you
7  and Dr. Miklos who are the only partners are the
8  co-directors?
9    A.   Yes.
10   Q.   And in terms of the Beverly Hills Sunset
11 Surgery Center, your title there is chief of the
12 division of female pelvic medicine and reconstructive
13 surgery?
14   A.   Yes.
15   Q.   Is that just you and Dr. Miklos there?
16   A.   Currently, yes.
17   Q.   One other thing on your CV or your report
18 that caught my eye was, you list Atlanta Medical
19 Research, Inc., where you are the co-director and
20 managing partner; is that true?
21   A.   Yes.
22   Q.   What is that entity?
23   A.   That's a business that we run out of our
24 practice and office as well here that we do research

Page 28

1  trials.
2    Q.   What are you currently doing a research
3  trial on?
4    A.   We've got several trials that we're doing
5  right now.  One is a medication to -- it's an FDA
6  trial for medication to treat fibroids, and try to
7  shrink fibroids without going to surgery.  Another is
8  an interstitial cystitis medication.  Another is an
9  overactive bladder medication.  And I think that's
10 the current trials that are being run right now.
11   Q.   Have you --
12   A.   One more.  We're also doing a trial with
13 radiofrequency to treat urinary incontinence.
14   Q.   Would that be considered a device?
15   A.   Yes.
16   Q.   Are those clinical trials listed on your
17 CV?
18   A.   They should be.  If not, we can get you
19 the --
20   Q.   And how long has Atlanta Medical Research,
21 Inc. been in existence?
22   A.   Since I joined the practice, so at least
23 2001.  Not sure when it was actually started by our
24 partner before that.

Page 29

1    Q.   Besides that research that you do and your
2  practice, can you identify other significant
3  professional activities that you are involved?
4    A.   Besides just my -- I've got roles in the
5  International Urogynecology Association, as far as
6  being on committees, and a couple different
7  committees.  The Laparoscopic Special Interest Group,
8  which takes some work to get involved -- to be ready
9  for the meeting and present and getting some
10 different things ready for training and that sort of
11 thing for the -- that special interest group.
12       I'm also involved -- I was on the public
13 relations committee as well for the International
14 Urogynecology Association, which again, fair amount
15 of work in getting things together for them.  And now
16 I'm on the -- I'm on the board for the Foundation of
17 the International Urogynecology Association, which is
18 a foundation that supports the work that they do in
19 Ghana.
20   Q.   So you practice medicine in maybe three
21 locations?
22   A.   Yes.
23   Q.   That would be Atlanta, Beverly Hills, and
24 Dubai?

8  (Pages 26 to 29)

Robert D. Moore, D.O.

Page 30

1    A.   Dubai is just starting, yes.
2    Q.   And you do research and you're pretty
3  involved with IUGA?
4    A.   Yes, and I've been involved with other
5  organizations throughout the years, but primarily
6  involved with IUGA right now.
7    Q.   How recent is the Dubai part of your
8  business?
9    A.   We just did the grand opening, I think
10  about late last -- no, I think it was earlier this
11  year.  And then our first patients are actually going
12  to be this summer?
13    Q.   The summer of 2016?
14    A.   Yes.
15    Q.   What was your motivation to go to Dubai?
16    A.   They requested us to come there.  One of
17  our associates from our office out in Los Angeles has
18  been working there for several years.  And they did
19  not have a urogynecology division at the hospital
20  where he was working.  So he was kind of the one that
21  spearheaded the movement to see -- to get us invited
22  to come there as visiting surgeons.
23    Q.   This is a colleague of yours in Beverly
24  Hills?

Page 31

1    A.   Yes, David Matlock.
2    Q.   Does he work with you at the surgery
3  center there?
4    A.   No, he owns the surgery center.  So I
5  mean, we work with him in that regards, but no, we
6  don't do surgeries with him, we don't share patients
7  with him, per se.
8    Q.   Do you expect that you'll be doing any
9  surgery on women who have had gentle mutilation
10  surgery -- or not -- I guess it's not considered
11  surgery -- genital mutilation?
12    A.   I don't know.  There's a possibility of
13  that, yes.
14    Q.   Taking all of these professional
15  activities into account, can you tell me, if you can
16  estimate the percentage involved in patient care
17  including surgery?
18    A.   I would say 80 percent of my time
19  is -- and you want to separate out Atlanta research?
20    Q.   Right, 'cause that's not really patient
21  care, unless you define it as such?
22    A.   Yeah.  I mean, it -- to me, it almost is,
23  because we -- you know, these are -- these are
24  typically, you know, patient clinical trials.  So we

Page 32

1  see patients as part of that.  But I mean, if you
2  wanted to say -- I would say 75 percent of my time is
3  patient, clinically oriented.
4    Q.   And what percentage of that is in Atlanta
5  versus Beverly Hills?
6    A.   We're in Beverly Hills for about a week
7  every four to six weeks.
8    Q.   And you actually use the term "we," and I
9  was sort of talking about you.  So do you travel with
10  Dr. Miklos?
11    A.   Yes, typically, we cover the Beverly Hills
12  office together, yes.
13    Q.   So when you're in Atlanta, he's in
14  Atlanta.  When you're in Beverly Hills, he's in
15  Beverly Hills, unless you're at meetings or something
16  like that?
17    A.   Yes.
18    Q.   How long have you been a partner with him?
19    A.   Since 2001.
20    Q.   In terms of the surgery that you do, if
21  you can tell me what percentage is for treatment of
22  SUI, stress urinary incontinence?
23    A.   Typically, about 80 percent of our patient
24  population is urogynecology in nature, which is

Page 33

1  prolapse incontinence.  A majority of those patients
2  have incontinence.  So I would say 60 to 75 percent
3  of those patients that have prolapse also have
4  incontinence issues that are treated surgically.
5    Q.   So it's a significant part of your
6  practice?
7    A.   Yes.
8    Q.   And you do, I would assume by virtue of
9  your last answer, do treat prolapse in your women
10  patients?
11    A.   Yes.
12    Q.   And you do cosmetic surgery?
13    A.   Yes.
14    Q.   And one of those cosmetic surgeries is
15  labiaplasty?
16    A.   Yes.
17    Q.   How big of a part of your practice is
18  that?
19    A.   The cosmetic side of things, which would
20  include both what we term kind of functional surgery
21  or reconstruction or rejuvenation for sexual function
22  after childbirth trauma, as well as labiaplasty or
23  cosmetic side of things, that's kind of considered
24  both elective and cosmetic.  That's about 20 percent

9 (Pages 30 to 33)

Robert D. Moore, D.O.

Page 34

1  of the practice. Twenty percent of my surgical
2  practice.
3      Q.  So if someone wants to have their vagina
4  tightened up so that they have better sex, you
5  would -- you consider that cosmetic surgery?
6      A.  Well, I don't consider it cosmetic
7  surgery, but insurance companies consider it cosmetic
8  surgery.
9      Q.  And I know -- how many times have you
10  recreated a hymen?
11      A.  Probably maybe 40.
12      Q.  Is there any medical reason to recreate a
13  hymen?
14      A.  There's social reasons to do that, and
15  it's a patient choice reason to do it.  And one would
16  say from their aspect, from the woman's aspect, that
17  there may be a medical need for it to prevent them
18  from being harmed physically for not having an intact
19  hymen.
20      Q.  Who would be harmed physically?  Do you
21  mean people who are perhaps of a certain faith?
22      A.  It's not necessarily a faith or religion,
23  it's a cultural issue that women in certain cultures
24  and certain countries, if they don't have an intact

Page 35

1  hymen or bleed per se on their wedding night, that
2  they can be harmed physically, mentally, thrown out
3  of their family, abused in that fashion, so yes.
4      Q.  Are all of the hymens that you've
5  recreated been under those circumstances?
6      A.  I would say 99 percent.
7      Q.  And then the 1 percent actually got on TV,
8  right?
9      A.  Yes.
10      Q.  Has there been more than one hymen that
11  you've created just for sexual pleasure -- or not
12  sexual pleasure, for recreating a honeymoon?
13      A.  There may have been one other woman who
14  was -- she was coming in for reconstruction
15  vaginally.  She had been raped by her husband or
16  partner the day she came home from delivering her
17  baby, so she got completely traumatized.  And the
18  vagina completely torn open and ripped open and took
19  her many years to kind of get over that.
20          And then ultimately with her
21  reconstruction, had met a new partner and was getting
22  married and wanted her hymen reconstructed at the
23  time of that procedure to basically give her the
24  control -- these are her words -- give her the

Page 36

1  control and the power back to have the choice of who
2  was going to kind of take that from her per se, so
3  that was the one other one.
4      Q.  Is there any other surgery that you do
5  that takes up any significant part of your time, you
6  know, we've talked about SUI, prolapse, cosmetic.  Is
7  there any other category I might have missed?
8      A.  No, I don't believe so.
9      Q.  In terms of surgery to correct or treat
10  stress urinary incontinence, what procedures did you
11  learn in your residency and fellowship?  And that
12  would have spanned 1994 through the year 2000?
13      A.  I learned the Burch procedure, pubovaginal
14  sling, midurethral slings, which would have included
15  at that point in time just the retropubic
16  tension-free vaginal tape slings -- the retropubic
17  midurethral slings, including the -- at that point in
18  time, it would have been the TVT, the tension-free
19  vaginal tape sling, as well as injectable agents.
20  Periurethral bulking agents.
21      Q.  Did you learn the MMK?
22      A.  No, at that point in time, it was really
23  kind of going out of vogue, secondary to
24  the -- increased risk of pubic osteomyelitis that was

Page 37

1  occurring after the MMK, so I learned the Burch
2  procedure.
3      Q.  Did you learn it abdominally and
4  laparoscopically?
5      A.  I learned it abdominally in residency and
6  laparoscopically in fellowship, yes.
7      Q.  And you did say you were trained to
8  implant both the pubovaginal sling and the
9  polypropylene midurethral slings?
10      A.  Yes.
11      Q.  Where did you do your fellowship?
12      A.  I did my fellowship at Northside Hospital
13  here in Atlanta.
14      Q.  When you completed your training in 2000
15  and up through the present, so that would be the last
16  15 plus years, have you continued to do all of those
17  procedures?
18      A.  I don't -- I haven't done a pubovaginal
19  sling in many years, but all the other procedures,
20  yes.
21      Q.  How frequently do you do a Burch?
22      A.  Now it seems to be mostly our primary
23  procedure to treat stress urinary incontinence.  So I
24  do probably two a week.

10  (Pages 34 to 37)

Robert D. Moore, D.O.

Page 38

1    Q.   Do you do them laparoscopically?
2    A.   Yes.
3    Q.   Only?
4    A.   Yes.
5    Q.   And are you still implanting midurethral
6  slings?
7    A.   Yes.
8    Q.   What is the midurethral sling that you
9  currently implant?
10    A.   I've been utilizing the RetroArc, which is
11  the Sparc procedure that's done from below once they
12  release that.  And was utilizing the AMS Mini-Arc,
13  Mini sling.  Those are no longer available to me, so
14  I will have to take a look and see what products that
15  I will use in the future for midurethral slings.
16    Q.   So just so the record is clear, the Sparc
17  is a midurethral sling, was manufactured by AMS and
18  it's a retropubic?
19    A.   Yes.
20    Q.   And the Mini-Arc is a single incision
21  sling that was manufactured by AMS?
22    A.   Yes.
23    Q.   And your reference to not having those
24  available is a reference to the fact that AMS has

Page 39

1  decided to get out of that business?
2    A.   Yes.
3    Q.   Are those off the shelves?
4    A.   They are at our hospital, yes.
5    Q.   Just because you've run out?
6    A.   No, because I think once they called a
7  halt to their business, I think March 31st, the
8  hospital took them off the shelves.
9    Q.   There was not a concern of safety or
10  efficacy of those products when that company decided
11  to stop marketing them, was there?
12         MS. MARIGLIANO:  Object to the form.
13         THE WITNESS:  No, not that I believe.
14    Q.   (By Ms. Maimbourg)  And if you had them
15  today, you would be using them?
16    A.   Yes.
17    Q.   At some point in time, you did use the TVT
18  retropubic; is that true?
19    A.   Yes.
20    Q.   When was that?
21    A.   That would have been probably up until
22  about two years ago, when the RetroArc became
23  available.
24    Q.   Why did you make the change?

Page 40

1    A.   Because I always liked the device sling
2  technology of the Sparc procedure.  I wasn't
3  comfortable doing it from above, was more comfortable
4  doing the procedure from below.  However, I liked the
5  fact that in their sling and mesh, they had what was
6  called a tensioning suture in place, so that as the
7  plastic sheath was taken off over the mesh, the mesh
8  itself wouldn't stretch out or get what's called a
9  bounce back effect.
10         So for many years, I was kind of on them
11  to get us a procedure that we could do from below
12  with the Sparc tape to benefit from that tensioning
13  sling.
14    Q.   And when you say below, you mean making an
15  incision in the vagina and then going out the
16  abdomen?
17    A.   Correct.
18    Q.   And the Sparc is -- goes in the abdomen
19  and out the vagina?
20    A.   Correct.  It's a -- what would be called a
21  top-down versus a bottom-up approach.
22    Q.   And what is TVT?
23    A.   It's a bottom-up approach.
24    Q.   You did not stop using TVT retropubic

Page 41

1  because of any concern about safety or efficacy, did
2  you?
3    A.   I did not.  I had to modify the procedure,
4  though, so to eliminate kind of some of the issues I
5  was having with when I was pulling the sheath off,
6  and getting that bounce-back effect that was
7  tensioning the sling too tight right off the bat.  So
8  I'd have to modify my technique in order to overcome
9  that issue.
10    Q.   And that issue that you're describing with
11  the sheath technology that -- from -- if I'm
12  understanding your answer, was a concern from
13  tensioning.  And therefore, you wouldn't want to
14  tension it too much because then the woman might have
15  retention?
16    A.   Retention, urinary obstructive type
17  symptoms, urgency, frequency, increased risks of
18  basically contracture of the slings and the pore
19  sizes that ultimately can lead to roping and
20  contraction and those sort of phenomenons that we've
21  seen.
22    Q.   We'll hopefully get to all of that.
23         (Exhibit 8 was marked for
24         identification.)

11  (Pages 38 to 41)

Robert D. Moore, D.O.

Page 42

1    Q.   (By Ms. Maimbourg) Doctor, I'm handing
2  you Exhibit 8, if you'll just take a look at it.  Let
3  me know when you're done.
4    A.   Uh-huh.
5    Q.   All right.  This document is a chart, and
6  it's labeled Potential Risks of Non-Mesh SUI Surgery
7  at the top, right?
8    A.   Yes.
9    Q.   And among -- I mean, this would include
10 Burch procedures, pubovaginal sling procedures, and I
11 suppose the MMK, if someone wanted to do an MMK,
12 right?
13   A.   Yes.
14   Q.   Do you agree that this list contains or
15 includes potential risks of non-mesh SUI surgery?
16   A.   Yes.
17   Q.   And if any of these risks actually
18 developed, do you agree the effect on the patient
19 could be temporary or chronic?
20       MS. MARIGLIANO:  Object to the form.
21       THE WITNESS:  Yes.
22   Q.   (By Ms. Maimbourg)  And if these risks
23 developed, do you agree that the effect on the
24 patient could be mild, moderate, or severe?

Page 43

1    A.   Yes.
2    Q.   In order to do non-mesh SUI surgery, do
3  you believe that doctors should be aware of these
4  risks?
5    A.   Yes.
6    Q.   As to slings, and specifically I think you
7  said in your report that you had implanted -- on page
8  4, you said you've implanted more than a thousand.
9  You can look at your report if that helps remind you.
10   A.   Yes.
11   Q.   Does this include the period of your
12 residency and fellowship?
13   A.   I mean, that's a small portion of my
14 training, so I didn't implant any mesh slings during
15 my residency.  It would have been during my
16 fellowship.  So the majority of those were after my
17 training.
18   Q.   And then on page 5, you say, from 2003 to
19 2008, somewhere in the middle, you say that you used
20 transobturator slings with an outside-in approach,
21 correct?
22   A.   Yes, correct.
23   Q.   And was that the Monarc?
24   A.   Yes.

Page 44

1    Q.   And that was manufactured by AMS?
2    A.   Yes.
3    Q.   Were you a preceptor for AMS?
4    A.   Yes.
5    Q.   And that means you were teaching other
6  physicians how to implant?
7    A.   Yes.
8    Q.   Were you acting in any other consultancy
9  capacity with AMS?
10   A.   Yes, I was a consult -- I mean, I was a
11 consultant, I was a speaker for them, I was a
12 preceptor, I did research trials with them.
13   Q.   Did you do any research trials on pelvic
14 mesh devices?
15   A.   Yes.
16   Q.   Which ones?
17   A.   Monarc, Mini-Arc, Apogee, Perigee and
18 Elevate.
19   Q.   Is AMS -- well, let's say, was AMS a
20 competitor of Ethicon for slings and prolapse
21 devices?
22   A.   Yes.
23   Q.   Why did you stop implanting the Monarc?
24   A.   Because I felt the risks outweighed the

Page 45

1  benefit of a transobturator approach and having mesh
2  in the groins, when there were alternatives that were
3  available at that point in time to avoid that.
4    Q.   Is that when you started using the
5  retropubic sling manufactured by AMS, or is that when
6  you went to TVT?
7    A.   No, I had always used the retropubic sling
8  from AMS as a procedure that typically would be used
9  in patients that have failed other procedures, or had
10 severe ISD, which is intrinsic sphincter deficiency
11 or basically a urethra that just doesn't work very
12 well.  The retropubic slings had always been shown to
13 be more efficacious in those type of procedures,
14 which was probably overall only about 5 percent of
15 the incontinence patients that I dealt with.
16       And again, as I stated earlier, AMS didn't
17 have a bottom-up type of an approach with their mesh,
18 and I was not comfortable with, nor felt that we
19 could get as good results from the top-down,
20 therefore, I utilized the TVT sling at that time.  I
21 think I also utilized the Caldera sling, which is a
22 little bit stiffer in nature, and I liked the fact
23 that that particular sling, again, did not stretch or
24 become tensioned during the sheath removal.

12  (Pages 42 to 45)

Robert D. Moore, D.O.

Page 46

1    Q.   And that again was something that impacted
2  efficacy, not safety?
3           MS. MARIGLIANO:  Object to the form.
4           THE WITNESS:  I mean, I would say that it
5       impacted efficacy, but safety in the fact that
6       ultimately safety -- not during the procedure
7       itself, but ultimately, could increase risk of
8       complications later.
9    Q.   (By Ms. Maimbourg)  I thought -- my
10  understanding was, is that this tensioning issue had
11  to do with retention or overactive bladder symptoms
12  or things like that after the procedure.  Did I
13  misunderstand you?
14          MS. MARIGLIANO:  Object to the form.  Go
15      ahead.
16          THE WITNESS:  No, you didn't misunderstand
17      me, but I guess, you know, when we talk about --
18      if you talk about safety of the procedure during
19      the procedure itself, then, no, I don't think it
20      impacted that.
21   Q.   (By Ms. Maimbourg)  I actually wasn't
22  talking about during the procedure, I was talking
23  about -- well, strike it.  It's not worth it to go
24  into, given the limited amount of time we have.

Page 47

1           Have you, to this date, ever implanted an
2  Abbrevo?
3    A.   No.
4    Q.   Have you implanted an Exact?
5    A.   Yes.
6    Q.   When?
7    A.   Again, that was the last product I think
8  that was available from kind of the TVT retropubic
9  Align, before I started using the RetroArc.
10   Q.   So if I get -- my understanding is from
11  2003 to 2008, you used the Monarc sling.  You then
12  felt the risks outweighed the benefits, so you
13  stopped doing that, and you went to retropubic
14  slings, either the TVT, the Caldera, or the Exact.
15  And then at some point in time, you went to this AMS
16  product because they developed a bottom-up.  Is that
17  true?
18   A.   No.
19   Q.   Okay.  What's wrong with that scenario?
20   A.   So throughout that time frame that I was
21  utilizing Monarc, I was also utilizing a retropubic
22  sling for more complex patients, failures, ISD,
23  et cetera, which is probably only about 5 percent of
24  my incontinent population.  Monarc was the primary

Page 48

1  procedure during that time frame.
2           However, during that time frame, I was
3       still also utilizing retropubic slings.  Once we had
4       access to the Mini-Arc, at that point in time, that's
5       when I stopped utilizing the Monarc.  And then
6       Mini-Arc kind of took over Monarc's place, in the
7       same amount of time frame, the retropubic sling was
8       still being utilized in my hands, 5 to 10 percent of
9       the time.
10   Q.   If a patient came in tomorrow, and you saw
11  her for surgical treatment of SUI, what sling devices
12  would you be able to offer her?
13   A.   I would be able to offer her a retropubic
14  sling approach by any manufacturer that still has one
15  on the market, as well as laparoscopic Burch
16  procedure, or a Mini sling that any company still has
17  on the market.
18   Q.   Are you doing more Burch procedures than
19  slings now?
20   A.   Yes.
21   Q.   And for how long has that been?
22   A.   That has been probably over the
23  last -- it's been slowly occurring over the last two
24  years.

Page 49

1    Q.   Have you ever been a consultant for
2  Ethicon?
3    A.   For a very short period of time, right
4  when I was done with fellowship, I think in the time
5  frame of 2001, 2002 time frame.
6    Q.   And you acted at that time as a preceptor
7  for the TVT retropubic?
8    A.   My partner was one of the initial four or
9  five to kind of bring TVT slings to this country, so
10  he was their primary preceptor.  I helped him,
11  assisted him, because again, I was young and new to
12  the practice.  And then I was involved with a couple
13  labs that I instructed at, cadaver labs for Ethicon.
14  So I wouldn't say -- I was never a primary preceptor
15  that they sent people to.  They would send them to my
16  partner.
17   Q.   But if Ethicon's records listed you as
18  being a preceptor at two different cadaver labs, and
19  at an advanced training session, you would have no
20  reason to doubt that, if it was in the 2002 time
21  frame?
22   A.   No, I wouldn't have a reason to doubt it.
23          (Exhibit 9 was marked for
24      identification.)

13  (Pages 46 to 49)

Robert D. Moore, D.O.

1      Q.   (By Ms. Maimbourg) Doctor, I've handed
2   you what has been marked as Exhibit 9, and it's
3   entitled Potential Risks of Non-Mesh and Mesh SUI
4   Surgeries.  Just take a look at it and let me know
5   when you're done.
6      A.   Okay.
7      Q.   So just with respect to the column on the
8   right that's entitled Mesh, do you agree that the
9   right -- that this column lists the risks of mesh
10  surgeries?
11         MS. MARIGLIANO:  Object to the form.
12         THE WITNESS:  Yes, I do.
13     Q.   (By Ms. Maimbourg) And do you agree that
14  any -- if any of these risks develop, that the effect
15  on the patient could be temporary or chronic?
16     A.   Yes.
17     Q.   And do you agree that if any of these
18  risks developed, the effect on the patient could be
19  mild, moderate, or severe?
20     A.   Yes, I do.  Relative risks aren't listed
21  certainly here on this chart, so that would be one
22  issue that I'd have with the chart, just listing out
23  complications without putting down actually the
24  relative risks of the different complications.

1      Q.   Okay.  If we have time, we'll go back over
2   that.  You know what?  Before we move on, I do want
3   to mark three articles that you brought with you
4   today, and I'm just going to have you identify them
5   for the record.  What is Exhibit 10, Doctor?
6          (Exhibit 10 was marked for
7   identification.)
8          THE WITNESS:  This is an abstract that we
9   presented at the American Urogynecology Society
10  meeting in 2014 on Indication of Surgical
11  Treatment of Midurethral Sling Complications, a
12  Multicenter Study.
13     Q.   (By Ms. Maimbourg) Is that -- was that
14  mentioned in your report?
15     A.   Yes.
16     Q.   And then Exhibit 11 is also the same data
17  presented at a different time?
18         (Exhibit 11 was marked for
19  identification.)
20         THE WITNESS:  No, it's basically just a
21  sub-analysis of the data that this first one
22  that we talked about, Exhibit 10, is just about
23  slings.  This one is talking about specifically
24  either slings or pelvic organ prolapse

1   indications for removal, and then --
2          (Exhibit 12 was marked for
3   identification.)
4      Q.   (By Ms. Maimbourg) And then Exhibit 12,
5   you also brought this?
6      A.   Exhibit 12 is kind of the main study that
7   actually classifies every patient that came in with a
8   mesh complication, utilizing the IUGA/ICS
9   classification of synthetic mesh complications of all
10  of these patients.  So the first one is just
11  classifying the different complications via the
12  official IUGA/ICS classification system.
13     Q.   When you said the first one, you were
14  actually holding Exhibit 12?
15     A.   Exhibit 12, yes.
16     Q.   Right.  So are all of these -- and I
17  apologize, 'cause I didn't have those first two
18  abstracts before today.  Is the data in 10 and 11
19  also in 12?  No, is that -- partially?
20     A.   Yes, I would say all of the patients --
21  it's the same patient population from three centers,
22  our center, Emory University, and Cleveland Clinic,
23  Florida.  All the patients, all the mesh
24  complications are the same in each of these papers.

1   However, 12, which is really the main paper -- 10 and
2   11, Exhibit 10 and 11 are sub-analysis of this data.
3      Q.   That helps a lot.  Keep those there,
4   because I will ask some questions about 12.  Just
5   stick them up there.  All right.
6          (Exhibit 13 was marked for
7   identification.)
8      Q.   (By Ms. Maimbourg) I'm going to mark as
9   Exhibit 13 --
10         (Discussion off the record.)
11     Q.   (By Ms. Maimbourg) Doctor, this was
12  printed on April 12th of 2016, if you could see that
13  date on the top left of this document.  Could you
14  identify what this is?
15     A.   This looks like a page from one of our
16  websites.
17     Q.   And actually, it's the International
18  Center For Laparoscopic Urogynecology, right?
19     A.   Yes.
20     Q.   And that is one of the names of your
21  practice?
22     A.   Yes.
23     Q.   So in this section on TVT sling
24  complications, the first sentence says, Although the

Robert D. Moore, D.O.

1  TVT sling is considered the standard of care,
2  complications can still occur.  That's what it says,
3  right?
4       A.   Yes.
5       Q.   And are you referring to any particular
6  type of sling in that sentence that you say TVT?
7       A.   I mean, we're using it more generically as
8  a retropubic midurethral sling.
9       Q.   Would a standard -- strike that.
10          The second sentence says, It is very
11  important to note that it may not be the mesh itself
12  or the procedure that is the cause of the
13  complication.  It may be how the mesh is placed or
14  how the body heals around the mesh that may be part
15  of the underlying cause.  That's on the -- your
16  website page today, right?
17       A.   This is actually -- I guess it's still
18  available.  I mean, this is an older version of our
19  website, but if you just printed it April 12th, I
20  guess it's still out there and available, so --
21       Q.   Well, is this still your opinion today?
22       A.   Yes, I think we've updated it on our new
23  website as well to say as well, that it certainly
24  depends not only on those factors, but also the

1  particular make-up of the mesh itself, meaning, you
2  know, the type of mesh that it is, and certainly
3  that's a factor in addition to these factors right
4  here.
5       Q.   What website would I look to, if I wanted
6  to find that updated information?
7       A.   Miklos & Moore Urogynecology.
8       Q.   Does --
9       A.   And it actually says that right here, too.
10  Of course, the qualities and properties of a
11  particular brand or type of mesh used may also play
12  role in complications.
13       Q.   All right.  So what you just mentioned
14  that's on your website, the Miklos & Moore, is also
15  here?
16       A.   Yes.
17       Q.   On this website, the International Center,
18  or on Miklos & Moore, or any of your other websites,
19  do you have any statement cautioning patients against
20  having a sling that is implanted via an obturator
21  approach?
22       A.   Yes.
23       Q.   Where does it say that?
24       A.   It would be underneath the TOT sling

1  section of the website.
2       Q.   Which website?
3       A.   Miklos & Moore.
4       Q.   Since I don't have that before me right
5  now, what does it say?
6          MS. MARIGLIANO:  Object to the form.  Go
7  ahead.
8          THE WITNESS:  It says while -- and again,
9  I can't quote it.  We'd have to take a look at
10  it to quote the exact statement, but the gist of
11  the statement says that -- it describes what a
12  transobturator tape sling is, it describes and
13  states that they still are available on the
14  market today, and surgeons utilize them.
15  However, we, meaning my partner and myself,
16  don't perform the procedures any longer.  We
17  don't feel that they should be performed.  We
18  feel that the risks outweigh the benefit for the
19  procedure, and that there are safer alternatives
20  that are just as efficacious.
21       Q.   (By Ms. Maimbourg)  How long has that
22  statement been on your website?
23       A.   I don't know if it was in this version or
24  not.  You'd have to take a look at the TOT sling

1  portion of that website, but this -- our new website
2  has been in the makings for at least a year.
3       Q.   In terms of mesh removal, which you
4  describe on page 6 of your report, you have a couple
5  different numbers there, and I just wanted to clarify
6  in my own mind.
7          MS. MARIGLIANO:  I'm sorry, what page?
8          MS. MAIMBOURG:  Six.
9       Q.   (By Ms. Maimbourg)  Are you there?
10       A.   Yes.
11       Q.   So if you go down to the bottom, it says,
12  My partner and I have explanted more than 700 mesh
13  devices, with more than 500 since 2010?
14       A.   Uh-huh.
15       Q.   And then up above, on the very first part,
16  you said, More than 500 pieces in the last four
17  years.  And since four years would actually be 2011
18  through 2015, I just wanted to clarify what the
19  accurate numbers are.
20       A.   I would say the accurate numbers are this
21  down here below, because we know -- you know,
22  basically, we've got very good numbers based from the
23  study from the years 2011 to 2013, in which there was
24  500 pieces of meshes explanted in this trial.  We did

Robert D. Moore, D.O.

Page 58

1    75 percent of those from the three centers, so that
2    was over 300, we've explanted in the last two years.
3    Approximately about a hundred to 120 each year.  And
4    so then, prior to 2010, from 2002 through 2010, you
5    know, there was least 200.  I don't have those exact
6    numbers.
7        Q.   Of the ones that you've removed, you list
8    here that they've included Gynecare Prolift, Prolift
9    Plus M, Prosima, TVT retropubic, TVT-O, and TVT-Secur
10   slings.  I just want to make sure that you are not
11   saying the only mesh devices you've removed are those
12   products; is that true?
13       A.   That is true.
14       Q.   So you've just listed the Ethicon
15   products, but you've also removed products of other
16   manufacturers, true?
17       A.   Yes.
18           MS. MARIGLIANO:  Can we take a break, if
19   you're at a good stopping point?
20           MS. MAIMBOURG:  Sure.  Yeah, let's take a
21   break.  We've been going about an hour.
22           (A recess was taken.)
23       Q.   (By Ms. Maimbourg)  Doctor, we're back on
24   the record.  I've asked you to look at your

Page 59

1    Exhibit 12, which is the data you were referring to,
2    I think, in one of your last answers.  So this
3    multi-center study, you already identified the three
4    institutions.  You and your partner removed 373
5    slings, right?
6        A.   Yes.
7        Q.   And that's actually on page 2, you have
8    that data.  And in this article, you do not breakdown
9    the type of slings by number, correct?
10       A.   Correct.
11       Q.   And I take that that you removed
12   retropubic single incision TOT inside-out and TOT
13   outside-in?
14       A.   Correct.
15       Q.   Do you have that data somewhere?
16       A.   It's actually in that -- one of those
17   abstracts that we talked about earlier, that's
18   specifically on mesh itself.  I believe if you take a
19   break at it, what we've broken down --
20       Q.   Let me ask you this.  Does it include a
21   breakdown of how many TOT slings were inside-out
22   versus outside-in in this study?
23       A.   It does not.
24       Q.   Is that data somewhere back at Atlanta

Page 60

1    Research, Inc.?
2        A.   If it's available, yes.
3        Q.   Do you believe it's available?
4        A.   I don't know how many numbers of patients
5    that we actually have identified inside-out versus
6    outside-in.
7        Q.   In this article, you do not draw any
8    conclusions about pain being worse in the patients
9    with TOT inside-out compared to any other sling, do
10   you?
11       A.   No, we do not.
12       Q.   You also do not reach any conclusion to a
13   reasonable degree of certainty as to how the mesh was
14   causing pain, correct?
15       A.   In this particular study?
16       Q.   Yes.
17       A.   No.
18       Q.   In terms of conflict of interest
19   information on the last page, you say, none, right?
20       A.   Correct.
21       Q.   What is the purpose of the conflict of
22   interest provision in medical literature?
23       A.   To provide readers any potential bias that
24   may be involved.

Page 61

1        Q.   Did you disclose here that you had
2    testified at least nine times for plaintiffs alleging
3    injuries from pelvic mesh, including slings?
4        A.   No.
5        Q.   Do you believe that a reader of this
6    article is entitled to know that you have been and
7    are continuing to be an expert for the plaintiffs
8    suing mesh manufacturers?
9            MS. MARIGLIANO:  Object to the form.
10           THE WITNESS:  It's not part of the
11   requirements as far as they bring you through a
12   very stringent bias -- or not bias, but
13   disclosure and conflict of interest form.  And
14   it's not part of the disclosure process of this
15   journal, or any other journal that I know of
16   right now.
17       Q.   (By Ms. Maimbourg)  So you don't believe
18   that it would be important, regardless of the process
19   you went through with this journal, you don't believe
20   it's important for readers of this article to know
21   that you're testifying on behalf of plaintiffs in
22   pelvic mesh litigation involving the very products
23   you are studying?
24           MS. MARIGLIANO:  Object to the form.

16  (Pages 58 to 61)

Robert D. Moore, D.O.

Page 62

1    THE WITNESS: I think for this particular
2    article, it's irrelevant. It's just a
3    classification of the numbers of patients that
4    came through that were -- that the types of
5    complications that they had, and the
6    classifications of them.
7    Q.   (By Ms. Maimbourg)  You are a member of, I
8    think, 12 different societies -- I looked at your
9    CV -- including ACOG and AUGS; is that true?
10   A.   Yes.
11        (Exhibit 14 was marked for
12   identification.)
13   Q.   (By Ms. Maimbourg)  I'm handing you
14   Exhibit 14. Have you seen this before?
15   A.   No, I have not.
16   Q.   So this is the ACOG and AUGS Practice
17   Bulletin on Urinary Incontinence in Women, dated
18   November 5th, 2015. Did I say that correctly?
19   A.   Yes.
20        MS. MARIGLIANO: What exhibit number? I'm
21   sorry.
22        MS. MAIMBOURG: I'm sorry, it's 15 -- no,
23   14. Did I say it wrong? If I did, I apologize.
24   It's 14.

Page 63

1    Q.   (By Ms. Maimbourg)  Doctor, on page E 74,
2    I'm going to direct you to a couple statements -- or
3    actually, just probably one. You see the page
4    numbers?
5    A.   Yes.
6    Q.   Over on the right-hand column, it says,
7    There are substantial safety and efficacy data that
8    support the role of synthetic mesh midurethral slings
9    as a primary surgical treatment option for stress
10   urinary incontinence in women. Did I read that
11   correctly?
12        MS. MARIGLIANO: I don't see where you're
13   at.
14        MS. MAIMBOURG: Right here (indicating).
15   Q.   (By Ms. Maimbourg)  So it's on the
16   right-hand column, last full paragraph.
17        MS. MARIGLIANO: I'm going to object. You
18   didn't read the sentence in its entirety.
19        MS. MAIMBOURG: I'm not done. I'm just
20   going one sentence at a time.
21        MS. MARIGLIANO: I said you didn't read
22   the sentence in its entirety.
23   Q.   (By Ms. Maimbourg)  Oh, I'll read the
24   sentence in the entirety. You're even -- you

Page 64

1    want to find it, E 74?
2    A.   Yeah, I'm on E 74.
3    Q.   The paragraph that begins, Although
4    controversy?
5    A.   Okay.
6    Q.   Are you there?
7    A.   Yes.
8    Q.   Okay. I'm going to read it again:
9    Although controversy exists about the role of
10   synthetic mesh used in the vaginal repair of pelvic
11   organ prolapse -- and we're not here talking about
12   pelvic organ prolapse, right?
13   A.   Correct.
14   Q.   There are substantial safety and efficacy
15   data that support the role of synthetic mesh
16   midurethral slings as a primary surgical treatment
17   option for stress urinary incontinence in women. Do
18   you agree with that?
19        MS. MARIGLIANO: Object to the form. Go
20   ahead.
21        THE WITNESS: I agree that that's what
22   they state here, and I agree with the statement.
23   However, they don't break it down into which
24   particular slings and midurethral slings they're

Page 65

1    talking about. So for an overall global
2    statement, I think that it needs to specify
3    retropubic Mini slings, and exclude TOT slings,
4    in my opinion.
5    Q.   (By Ms. Maimbourg)  The next sentence
6    says, For this reason, and to clarify uncertainty for
7    patients and practitioners, the American
8    Urogynecologic Society and the Society of
9    Urodynamics, Female Pelvic Medicine & Urogenital
10   Reconstruction published a position statement
11   recognizing polypropylene mesh midurethral slings as
12   the standard of care in the surgical treatment of
13   stress urinary incontinence.
14        So my question to you first is, are you
15   aware that AUGS and SUFU published a position
16   statement recognizing polypropylene mesh midurethral
17   slings as the standard of care?
18   A.   Yes, as a standard of care.
19   Q.   And do you agree that midurethral slings
20   are considered the standard of care in treating SUI?
21        MS. MARIGLIANO: Object to the form.
22        THE WITNESS: No, I don't as a global
23   statement of midurethral slings. I believe, in
24   my opinion, they need to be subclassified into

17 (Pages 62 to 65)

Robert D. Moore, D.O.

Page 66

1    each particular type of midurethral sling.
2        Q.    (By Ms. Maimbourg)  Have you ever
3    communicated that to AUGS?
4        A.    Not officially, no.
5        Q.    Have you communicated it to ACOG?
6        A.    No.
7            (Exhibit 15 was marked for
8        identification.)
9        Q.    (By Ms. Maimbourg)  I'm going to mark
10   Exhibit 15.  Doctor, this is entitled Position
11   Statement on Mesh Midurethral Slings For Stress
12   Urinary Incontinence, and it's an AUGS/SUFU
13   statement, correct?
14       A.    Yes.
15       Q.    And due to the short time here, I'm just
16   going to go to page 3, under the conclusion.  Are you
17   there?
18       A.    Yes.
19       Q.    And to give this context, this position
20   statement is talking about all mesh midurethral
21   slings, correct?
22       A.    This, again, gives a global classification
23   of midurethral slings that they are including, yes.
24       Q.    And I understand that you think it should

Page 67

1    probably be broken out, but under the conclusion,
2    does AUGS and SUFU say, last sentence, This
3    procedure, meaning midurethral slings, is probably
4    the most important advancement in the treatment of
5    stress urinary incontinence in the last 50 years, and
6    has the full support of our organizations which are
7    dedicated to improving the lives of women with
8    urinary incontinence.  Does it say that?
9        A.    It does say that.
10       Q.    And do you agree with that?
11       A.    Again, I don't agree with the statement as
12   stated, with a global kind of all catch one,
13   midurethral slings, retropubic, TOT, single incision
14   slings.  I believe that it needs to be separated out,
15   because I don't believe that the TOT slings have
16   globally improved the lives of women with urinary
17   incontinence.  I believe it's caused too many
18   complication, and there are safer alternatives.
19       Q.    And Abbrevo is a safer alternative, right?
20       MS. MARIGLIANO:  Object to the form.
21       THE WITNESS:  Yes.
22       Q.    And Abbrevo is a midurethral sling?
23       A.    It's a type of midurethral sling, yes.
24       Q.    Do you agree with the general proposition

Page 68

1    that midurethral slings have been an important
2    advancement in the treatment of stress urinary
3    incontinence in women?
4        MS. MARIGLIANO:  Object to the form.
5        THE WITNESS:  I believe that some forms of
6        midurethral slings have been an advancement in
7        the treatment of women with urinary
8        incontinence.
9            (Exhibit 16 was marked for
10       identification.)
11       Q.    (By Ms. Maimbourg)  Doctor, I've placed
12   before you Exhibit 16 entitled Frequently Asked
13   Questions By Providers, Midurethral Slings For Stress
14   Urinary Incontinence.  And again, this is an AUGS and
15   SUFU document.  Have you seen this before?
16       A.    Yes.
17       Q.    And on the bottom of page 1, there's a
18   question, Does the MUS mesh made of polypropylene
19   degrade over time?
20           I'd like you to read that to yourself,
21   that answer.  Do you agree with the answer?
22       A.    I don't agree or disagree.  I mean, this
23   is -- we can read it as such as they state this, but
24   I really don't have an opinion on whether or not this

Page 69

1    is true or not.
2        Q.    And this paragraph has to do with the
3    question of whether polypropylene degrades over time,
4    right?
5        A.    Correct.
6        Q.    In terms of your report marked as
7    Exhibit 1, is this the only report you have written
8    in the Ethicon mesh litigation?
9        A.    I've written three case-specific reports
10   as well, patient-specific reports.
11       Q.    Is that with respect to the MDL or outside
12   of the MDL?
13       A.    That's with respect to the MDL.
14       Q.    Did you examine those women?
15       A.    Yes.
16       Q.    Do you know if they are wave 1 cases?
17       A.    I do not.
18       MS. MARIGLIANO:  They are.
19       Q.    (By Ms. Maimbourg)  Have you been deposed
20   in those cases?
21       A.    No.
22       MS. MAIMBOURG:  Has that been requested?
23   Do you know?
24       MS. MARIGLIANO:  It's not been requested.

18  (Pages 66 to 69)

Robert D. Moore, D.O.

Page 70

1    Q.   (By Ms. Maimbourg)  Do you know the names
2    of any of those patients?
3    A.   I don't -- I don't off the top of my head,
4    no.
5    Q.   Does Exhibit 1 -- would you like to
6    correct anything in your report, before we start
7    looking at it in detail?
8    A.   No, I don't believe so.
9    Q.   I actually have a question to you about
10   it.  You are identified as an M.D. on the front page
11   and, in fact, you are not an M.D.; is that true?
12   A.   Oh, I would like to correct that.
13   Q.   You're a D.O.
14   A.   I didn't even notice that.
15   Q.   And when you signed it, though, you were
16   confirming it was accurate, and that these were the
17   opinions that you were going to give at the trial of
18   this -- any of these cases, to a reasonable degree of
19   medical certainty, right?
20   A.   Yes.
21   Q.   On page 8 of your report, you state that
22   you have worked closely with medical device companies
23   in the development and analysis of pelvic repair mesh
24   products.  Was that with reference to AMS and what

Page 71

1    you already previously described?
2    A.   Yes.
3    Q.   Have you worked with any other company in
4    that way?
5    A.   I did some work early on with Tyco --
6    U.S. Surgical Tyco with the IBS product, did a little
7    bit of work with Caldera, really mostly as a
8    preceptor.  And the work we talked about, small
9    amount of work with Gynecare early on as well with
10   TVT.
11   Q.   In terms of product development, what can
12   you specifically tell me you did?
13   A.   During the different phases of product
14   development with American Medical Systems, looked at
15   different early prototypes, tested early prototypes,
16   gave feedback on improvements, both in incontinence
17   and prolapse procedures.
18   Q.   Is that with respect to the obturator
19   product or retropubic product or both?
20   A.   I was involved with both.
21   Q.   How about the Mini sling for them?
22   A.   Yes.
23   Q.   Did you ever have any involvement in
24   consulting with them as to the content of the

Page 72

1    Instructions For Use?
2    A.   Yes, I believe I did, but mostly for a
3    foreign country, which I think was Japan.
4    Q.   What was the unique thing about that?  I
5    mean, why would you only do that?
6    A.   They just asked -- because I was involved
7    with -- they wanted the initial Monarc trials.  I
8    believe Japan has different regulations that look
9    very closely at the different trials, so they just
10   wanted my input on getting clearance in Japan, and
11   also helping kind of check those, the IFU, and that
12   sort of thing.
13   Q.   Did you ever draft language for any of the
14   IFUs, in terms of adverse reactions or warnings or
15   precautions?
16   A.   No, I don't believe so.
17   Q.   When you were a consultant with AMS, did
18   you draft any professional education materials?
19   A.   No, I had input into some of the different
20   professional education programs, as far as worked
21   with them on presentations and slide presentations
22   and that sort of thing, but they were -- they were
23   the authors, they developed them.
24   Q.   In terms of your opinions, now starting on

Page 73

1    page 9, which you have labeled number 1, design
2    defects.  The first thing you say in your heading is,
3    Tendency to cause pain, and bladder, bowel, and
4    sexual dysfunction secondary to location of mesh.
5    What is it about the location of the mesh
6    that creates this tendency?  And if you could be
7    brief, I would appreciate it.
8    MS. MARIGLIANO:  Object to the form.
9    Answer as completely as you need to.
10   THE WITNESS:  Well, as briefly as, or as
11   elongated as it may be, specifically, with the
12   transobturator sling or location of the mesh in
13   the periurethral tissues extending out through
14   the obturator muscles, the adductor longus
15   muscles themselves, specifically with the TVT-O
16   having more mesh in the adductor muscles
17   themselves, with that type of placement of the
18   mesh, it's been noted over time that with
19   contraction -- with contraction, ultimately,
20   that can cause pain.
21   It then causes pelvic floor dysfunction,
22   because of dyssynergia and spasms throughout the
23   muscles that can affect bowel, bladder function,
24   and sexual function throughout the vagina and

19 (Pages 70 to 73)

Robert D. Moore, D.O.

Page 74

1    the pelvis.
2        Q.   (By Ms. Maimbourg)  So my question was
3    only about the location.  So you told me your whole
4    opinion, right?
5        MS. MARIGLIANO:  Object to the form.
6        THE WITNESS:  Yes, but the location of the
7    mesh in the periurethral tissues, as well
8    extending out into specifically with the TOT and
9    TVT-O, obturator internus, externus adductor
10   muscles.
11       Q.   (By Ms. Maimbourg)  So in other words, as
12   I understand that, it's where the mesh is lying, and
13   it's the technique of getting it there that you are
14   calling here as a defect?
15       A.   Yes, it's not only where the mesh is
16   lying, but also how it's placed specifically with the
17   TVT-O device, which includes the needles and the mesh
18   itself.
19       Q.   In these two pages, and I'm basically
20   going through this the way you have set it up.
21       A.   Okay.
22       Q.   So in these two pages, subsection A, am I
23   correct that you cite nothing for the proposition
24   that the location of the mesh has a tendency to cause

Page 75

1    pain, bladder, bowel and sexual dysfunction?
2        MS. MARIGLIANO:  You're just saying in
3    subsection A, you're asking if he said that or
4    if he --
5        MS. MAIMBOURG:  Correct.
6        MS. MARIGLIANO:  -- didn't include that?
7        MS. MAIMBOURG:  That's exactly what I'm
8    asking, in these two pages.
9        MS. MARIGLIANO:  I'm just going to object
10   to the form.
11       THE WITNESS:  What I'm describing is
12   the -- in those two pages, and it gets into
13   specifics as far as where the mesh is implanted
14   and how it causes complications at the bottom of
15   page 10, and subset of B.  In A itself, it's
16   just describing the placement of the initial
17   TOT, and then the subsequent development of the
18   TVT-O, and how that is placed itself.
19       Q.   (By Ms. Maimbourg)  So in these two pages
20   under subsection A, you don't cite any medical
21   literature for the proposition.  You cite that in
22   other parts of your report?
23       A.   Yes.
24       MS. MARIGLIANO:  Well --

Page 76

1        Q.   (By Ms. Maimbourg)  So B --
2        MS. MARIGLIANO:  Object to the form.
3        Q.   (By Ms. Maimbourg)  B is entitled, Mesh
4    Implanted in Groin Muscles Causes Complications, and
5    it's essentially one paragraph, right?
6        A.   Yes.
7        Q.   And you say here that the mesh -- bottom
8    of 10 -- these transverse mesh arms damage the
9    levator and obturator and adductor muscles.  And so
10   I'm going to stop there, and ask you, what is your
11   support for that statement that the arms damage those
12   muscles?
13       A.   The subsequent papers and literature that
14   have been -- that have described patients that have
15   prolonged groin pain, thigh pain, vaginal pain,
16   dyspareunia from the mesh arms lying within these
17   muscle groups themselves.
18       Q.   Can you identify those articles?
19       A.   Sure.  I mean, as far as if we want to
20   take a look at long-term complications, meaning at
21   least pain of any kind of subsequent nature, or
22   having pain, then we can start with some of the
23   initial trials, the de Leval initial trials that
24   basically they relied upon, who's the inventor of the

Page 77

1    product, 26 percent groin pain.  They didn't really
2    track that out.
3        And then as the papers started coming out
4    in the literature, including Laurikainen's original
5    paper, I think was 2007 in the Green Journal of
6    OB/GYN, groin pains of 16 percent at a year,
7    5 percent persistent groin pain, which is still
8    significantly impacting women at that point in time.
9    And then we can list Yik Lim and Marcus Carey, the
10   same amount -- actually, 24 percent short-term pain,
11   4 percent long-term pain.
12       Q.   You know what?  We'll get into -- are
13   these all cited in your report, 'cause --
14       A.   They are.
15       Q.   -- we'll probably get into some of them.
16       A.   They are.
17       Q.   Do you mind if I move on, and we can talk
18   about them as they come up?
19       A.   Sure.
20       Q.   All right.  I wanted to ask you, though,
21   with respect to the definition of prolonged pain,
22   which that's the term you used in your answer, could
23   you tell me your understanding of what that is versus
24   what is postoperative pain?  And in your mind, is

20  (Pages 74 to 77)

Robert D. Moore, D.O.

Page 78

1  there a difference in this analysis?
2      A.  Yes, I mean, I think really any type of
3  postoperative pain should be resolved by six weeks
4  and 12 weeks, probably at the latest.  Anything that
5  is beyond that, I believe becomes more of a prolonged
6  pain issue.  And certainly something that's going
7  beyond six months to one year is more of a persistent
8  type of pain issue.
9      Q.  So at the top of page 11, you say, If pain
10  results in the levator ani region secondary to the
11  mesh -- what did you mean, secondary to the mesh?
12      A.  Specifically, if there's a mesh arm in
13  that muscle creating contraction, creating fibrosis,
14  a chronic inflammatory reaction, that creates
15  shrinkage of the mesh in the surrounding tissues that
16  creates nerve entrapment or pain for any of those
17  reasons, then that's going to ultimately affect the
18  muscles throughout the pelvic floor.
19      Q.  Now, in this paragraph, same paragraph
20  where we're talking, you do cite the Cochrane review
21  showing -- you say, overall rates of groin pain
22  higher in the TOT group, right?
23      A.  Yes.
24      Q.  You cite the Cochrane review.  Now, does

Page 79

1  the Cochrane review give a probable explanation or
2  reason for this, or is it just reporting the
3  statistics?
4      A.  The Cochrane review is considered probably
5  the kind of leading authority on data analysis from
6  high level studies, evaluating all of the literature
7  that's been reported.
8      Q.  So is it just reporting the statistics or
9  is it giving a probable explanation?
10      A.  It reports the statistics.
11      Q.  So can you cite to me any article -- and
12  again, we can maybe get into this, but as you sit
13  here right now, in this part of the deposition, can
14  you cite to me any article that has verified, through
15  a scientific process, your previous answer about how
16  the mesh arms in the muscle cause pain through
17  various mechanisms, where that has been proven?
18      A.  I mean, there's many, many articles that
19  describe chronic pain in this region secondary to
20  TVT-O slings, and many come up with scientific
21  reasoning behind it.  So I'm not sure really what
22  your -- what your question is, as far as to how you
23  can specifically state the kind of scientific
24  reasoning behind that.

Page 80

1      Q.  Well, I'll explain to you what I mean.
2  Many of the articles you cite here, which I've read,
3  refer to possibilities.  They use the word "may,"
4  they use the word "can," and I have not found in any
5  of the articles on your reliance list that you cite,
6  where an author in a scientific publication has said,
7  to a reasonable degree of medical probability, or
8  similar words, that the mesh arms in the muscles are
9  causing the type of contraction and scarring that you
10  believe, in your opinion, causes the pain.  Have I
11  missed something, is there an article that does that?
12      MS. MARIGLIANO:  Object to the form.
13      THE WITNESS:  Well, I think that basically
14  journal articles, and journals themselves, the
15  verbiage that is required is different.  That is
16  what that particular author is stating.  They
17  also would state that if the mesh wasn't there,
18  certainly the patient wouldn't have pain in that
19  specific location.
20      So there's been multiple studies that have
21  looked at anatomical directions of this mesh,
22  where it's going, the TVT-O in relationship to
23  the obturator nerves.  Also saying why are these
24  patients in the TVT-Os having more groin pain

Page 81

1  than those that don't have mesh in that specific
2  area.
3      And so although they may say "may" or
4  "perhaps" or "theoretically," which is verbiage
5  that journals, medical journals require, it's in
6  my opinion, to a medical degree of certainty,
7  that this is what's causing these complications.
8      Q.  (By Ms. Maimbourg)  And what is your
9  personal opinion based on?
10      A.  My personal opinion is based on the -- my
11  medical training, my experience, my taking care of
12  patients with these type of complications, implanting
13  and doing research trials on every type of avenue
14  that you can with midurethral slings.  And knowing
15  that we don't see groin pain in patients that have a
16  retropubic sling that is similar to this type of a
17  pain, when the mesh is in the muscle or irritating
18  the nerve directly.
19      Q.  Doctor, on page 12 of your report, when
20  we're talking about pain syndromes, one of the
21  articles you cite several times in your report is
22  Teo.  Did I say that right?  Is it -- it's T-E-O?
23      A.  Correct.  I'm not sure of the
24  pronunciation.

21  (Pages 78 to 81)

Robert D. Moore, D.O.

Page 82

1    Q.   I was wondering if we could go off the
2    record for a minute, so you could locate that in your
3    binder?
4         MS. MARIGLIANO:  We can -- it's -- oh,
5    it's in there.
6         THE WITNESS:  No, it's right here.
7         MS. MAIMBOURG:  I don't how long it's
8    going to take.
9         (Discussion off the record.)
10   Q.   (By Ms. Maimbourg)  What is the
11   publication date on the bottom, to the right?
12   A.   2011.
13   Q.   No, the month?
14   A.   April.
15   Q.   All right, so -- 'cause you have February
16   cited here, and I wanted to make sure that I have the
17   same article.  Let me see yours, just to make sure
18   it's the same as mine.  Yes, it is.  Okay.  Doctor,
19   I'm actually going to mark my copy, so you can put
20   yours back in your notebook?
21        (Exhibit 17 was marked for
22   identification.)
23   Q.   (By Ms. Maimbourg)  And you describe on
24   page 12 of your report that this trial by Teo -- do

Page 83

1    you think that's how he pronounces it?  T-E-O?  How
2    would you pronounce that?  You don't know?
3    A.   I would have say Teo.
4    Q.   Teo.  All right.  So you say in your
5    report on page 12, This trial -- I believe you're
6    talking about this trial, Teo -- was perhaps the
7    clearest example of the clinical and scientific
8    impact of pain syndromes caused by the TVT-O, and
9    comes from the results of an independent study that
10   was performed by several of Ethicon's KOLs.  So
11   that's what you're referring to, Teo, right?
12   A.   Yes.
13   Q.   Now, you say in your report that the
14   investigators stopped the trial, because of excess
15   pain reports in the TVT-O arm, and you put in
16   parentheses, 26.4 percent pain reported at six
17   months, right?
18   A.   Yes.
19   Q.   And I think you actually referred to that
20   in one of your previous answers.  So I'd like you to
21   go to page 1351 of the article, under the section
22   that's entitled, Results.  Are you there?  Results,
23   1351?
24   A.   Yes.

Page 84

1    Q.   The second paragraph that says, during
2    recruitment?  Are you there?
3    A.   Uh-huh.
4    Q.   This paragraph says, During recruitment, a
5    few studies were published showing similar cure rates
6    for the two procedures, meaning obturator and
7    retropubic, but a high incidence of leg pain in
8    patients after receiving a transobturator tape.
9    After discussing these data at an investigator
10   meeting, we decided to stop recruitment before the
11   full calculated sample was recruited, since it was
12   deemed that clinical equipoise had been lost?
13   A.   Correct.
14   Q.   So the study was not stopped, as you
15   state, because of excess pain reports in the TVT-O
16   arm; is that true?
17   A.   I believe it was due to the pain that they
18   were seeing as well as the discussion they had based
19   on that, and the literature that was in the -- that
20   had been being published.
21   Q.   Well, in fact, that's not what that
22   paragraph says under Results, does it?
23   A.   No, but I believe in the discussion, they
24   talk about that as well.

Page 85

1    Q.   And then you say in your report that the
2    authors concluded it was no longer ethical to use the
3    TVT-O device, given the clear negative impact on
4    patient health.  And if you look at the Results
5    section, where we just were a minute ago -- you're
6    there, you're on the right page.
7    A.   Okay.
8    Q.   It says, We believed it was no longer
9    ethical to randomize women to the TVT-O arm, in light
10   of these published studies --
11   A.   Correct.
12   Q.   -- but data on women already recruited
13   would be of value, right?  Those two sentences are
14   different, are they not?
15   A.   They're saying that those -- that it would
16   still be of value, that they were already -- that
17   those patients were already implanted and
18   certainly -- but they're not going to implant
19   anymore, they're not going to recruit anymore.  So I
20   don't know whether or not these patients had already
21   been implanted or not.
22   Q.   I guess it would be an unfair reading of
23   your report for anyone to believe that you were
24   saying here that the authors of this article believed

Robert D. Moore, D.O.

Page 86

1    it was unethical to use the TVT-O device, that would
2    be an unfair reading of your statement.
3            MS. MARIGLIANO:  Object to the form.
4        Q.   (By Ms. Maimbourg)  Right?
5        A.   I think that what the authors are saying
6    is that they believe that it's unethical to implant
7    and/or recruit any more patients to continue this
8    patient trial, and implant anymore TVT-Os.  And that
9    based on their review of the literature and their
10   initial findings of a very high amount of groin pain
11   in those patients.
12       Q.   All right.  In the conclusion of the
13   article, on page 1355, the authors state, Short-term
14   cure rates at six months are similar for the two
15   procedures.  TVT-O results in a higher level of
16   postoperative and leg pain, although these problems
17   are transient.  And then it says, The two procedures
18   have a high cure rate with a low rate of
19   complications, right?  Right?
20       A.   Yes, that's what it states.
21       Q.   All right.  So you, in your report,
22   several times quote a concluding message that I
23   cannot find in this article.  And that concluding
24   message says, in your report, page 12, Given the

Page 87

1    comparable efficacy of the procedures, it seems
2    preferable to recommend retropubic tape placement to
3    avoid a high incidence of leg pain.  Can you tell me
4    where in the article it says that?
5            MS. MARIGLIANO:  I'm going to object.
6    He's not saying he's quoting that.
7        Q.   (By Ms. Maimbourg)  Well, can you tell me,
8    even if you're not quoting it, can you tell me where
9    in the article, the authors state, it seems
10   preferable to recommend retropubic tape placement, or
11   is that your conclusion, your own concluding message?
12       A.   I mean, I'd have to go through this, you
13   know, kind of line by line to take a look at
14   the -- the last paragraph -- to take a look at, you
15   know, their exact verbiage throughout the thing.  I
16   don't know if I'm quoting them, if you're saying you
17   don't see those exact words throughout there, I'll
18   take your word on that.  But if -- that was my
19   conclusion as well as their summaries of their
20   discussion and their results.
21       Q.   (By Ms. Maimbourg)  So if you quote
22   something usually in your report, you would have it
23   as a single-spaced indented quote, right?
24           MS. MARIGLIANO:  Object to the form.

Page 88

1            THE WITNESS:  It may be, or it's in
2    quotations.
3        Q.   (By Ms. Maimbourg)  Well, take a look at
4    page 40 of your report, where you also quote this
5    article by Teo, the concluding message?
6        A.   Okay.
7        Q.   Are you on page 40 looking at it?
8        A.   Uh-huh.
9        Q.   Does that look like a quote to you?  The
10   way it's set off, single-spaced indented?
11       A.   Again, I don't know specifically if this
12   paragraph was supposed to be a quote directly from
13   the article.
14       Q.   In terms of the leg pain, you say here,
15   this -- we're on page 13 in your report, This article
16   was not the first to show that TVT-O caused leg,
17   groin, thigh pain in more than one in four women who
18   were implanted, right?
19       A.   Yes.
20       Q.   And this study that we've been talking
21   about, the Teo study, involved 127 women.  And, in
22   fact, if you look at the page 1354, they do say that
23   leg pain was experienced by 26.4 percent of women in
24   the TVT-O group, right?

Page 89

1        A.   Yes.
2        Q.   And the article also says, The problem
3    resolves spontaneously within three months, right?
4        A.   Correct.
5        Q.   And that would be within the postoperative
6    period that you previously defined?
7        A.   Yes, in their particular study.
8        Q.   So this study, in particular, does not
9    support your statement, or your claim that this leg
10   and groin pain can be severe, chronic, life-long, and
11   debilitating, does it?
12           MS. MARIGLIANO:  Object to the form.
13           THE WITNESS:  Not the particular study,
14   but if you continue on in the discussion, they
15   do have verbiage that does talk about those
16   concerns.  And actually, a couple of the papers
17   we just talked about, including Laurikainen, as
18   well as Yik Lim, as well as the Latthe meta
19   analysis as well.
20       Q.   (By Ms. Maimbourg)  This study does not
21   give any support for your claim that it's the
22   proximity of the sling to nerves that is responsible
23   for causing the pain, does it?
24           MS. MARIGLIANO:  Object to the form.

23  (Pages 86 to 89)

Robert D. Moore, D.O.

Page 90

1        THE WITNESS:  This study basically shows
2    that when you place mesh tape into the groin
3    muscles, it can cause a significant amount of
4    albeit postoperative pain in this particular
5    patient population, but also lead to longer
6    periods of pain that's been shown in other
7    studies.
8        Q.   (By Ms. Maimbourg)  The purpose of this
9    study was not to prove that, and it doesn't show it,
10   right?
11       MS. MARIGLIANO:  Object to the form.
12       THE WITNESS:  Well, the purpose of this
13   study may have been to prove it, and take a
14   look, but they stopped the study, and didn't
15   look at patients beyond six months.
16       Q.   (By Ms. Maimbourg)  I'm not talking -- my
17   last question, I apologize if it was not clear, but I
18   really wasn't talking about longevity.  I was talking
19   about mechanism.
20       A.   Okay.
21       Q.   And, you know, the authors of this article
22   talk about possibilities, and they don't talk
23   about -- they don't give an opinion in this article,
24   and they don't prove an opinion as to what is causing

Page 91

1    this postoperative pain, is that true?
2        MS. MARIGLIANO:  Object to the form.
3        Q.   (By Ms. Maimbourg)  The only statements
4    are on page -- at the top of 1355, talk -- talks in
5    terms of possibilities?
6        A.   Yeah, and they -- but they do go on to say
7    that cadaveric studies have revealed that the tape
8    passes much closer to the obturator nerve using the
9    inside-out than the outside technique.  This could
10   possibly cause the obturator nerve to be more
11   susceptible to damage, inflammation and edema,
12   resulting in pain.  Neuropathy resulting in gait
13   abnormality and numbness has also been reported, and
14   seems to be associated more with the inside-out
15   technique.
16       So I think they are giving their opinions
17   as to what the cause of pain is in this TVT-O
18   procedure.
19       Q.   So they're talking about possibilities
20   here, correct?  That's the word they use?
21       A.   They are certainly talking about
22   possibilities and utilizing their expertise in being
23   researchers, clinicians, experts in urogynecology to
24   say what is the potential cause of this pain.

Page 92

1        Q.   So researcher -- researchers are
2    fundamentally scientists, right?
3        A.   Yes.
4        Q.   And they deal in possibilities and
5    probabilities?
6        A.   They do.  And when they're writing for --
7        Q.   I didn't have a question.
8        A.   Okay.
9        Q.   And, in fact, in your report, you say your
10   opinions you hold to a reasonable degree of medical
11   certainty, I think you used the term, right?
12       A.   Yes.
13       Q.   And you're not giving opinions to
14   possibilities, right?
15       A.   I'm giving opinions, based on a reasonable
16   degree of medical certainty, which in this instance,
17   we're taking a look at risk versus benefits, and
18   risks outweighing benefits with the TVT-O procedure.
19   And some of these journals hold a higher degree of
20   probability and require that to be able to say
21   certain verbiage.  So this is why investigators will
22   say these types of -- utilize this type of language
23   in their studies.
24       Q.   So maybe if these authors had put in the

Page 93

1    word probable, their article may not have been
2    accepted, because it would not have passed the
3    peer-review process, because it's bad science, right?
4        MS. MARIGLIANO:  I'm going to object to
5    the form.  You're confusing legal verbiage with
6    verbiage that's using medical in articles.
7        MS. MAIMBOURG:  You're not allowed to make
8    speaking objections, I'm sorry.
9        MS. MARIGLIANO:  So that's my objection.
10       THE WITNESS:  Well, we don't know that.
11       Q.   (By Ms. Maimbourg)  We don't know that.
12   We would be speculating, right?
13       A.   Yes.
14       Q.   So let's move on to page 13 through 24 of
15   your report, which is the next section, quite long.
16   And it's entitled, Inside-Out Technique of TVT-O
17   Increases Risk of Nerve Injury/Pain.  So when I look
18   at this section, particularly page 14, and I'm
19   looking kind of down here at the bottom, I think what
20   you're saying here is that the technique of inserting
21   the TVT-O puts it too close to certain nerves, which
22   could actually damage the nerve at implantation or be
23   close enough, so that fibrosis around the mesh could
24   very easily cause nerve damage and pain.  Does that

24 (Pages 90 to 93)

Robert D. Moore, D.O.

Page 94

1   sort of summarize what you're saying about this
2   inside-out technique?
3        MS. MARIGLIANO:  I'm just going to object
4   to the form.
5        THE WITNESS:  It's -- yes, it's talking
6   about one aspect of the -- of the pain.
7        Q.   (By Ms. Maimbourg)  And this defect has to
8   do with the technique of implanting the product.  And
9   in this particular part of your opinion, you're not
10  talking about the product itself, you're talking
11  about the technique of implanting?
12       A.   Well, I'm talking about the product,
13  because the product involves the implantation process
14  of going from the inside-out.  It's part of the
15  product, it's part of the device as all -- all of the
16  different components of it are.
17       Q.   So you're defining the technique as the
18  same as the product?
19       A.   The technique is part of the product.
20  This particular product was the only one that was
21  developed to go from inside to outside.  And
22  specifically, the way that it's placed, including all
23  of the components of the product, including the metal
24  wing tip guide, the needles, the mesh, the sheath are

Page 95

1   all part of the procedure.
2        Q.   Right, but you're -- the title of this
3   section of your report is, The Technique of TVT-O
4   Increases Risk of Nerve Injury/Pain, right?  That's
5   how you titled it?
6        A.   Correct.
7        Q.   All right.  And in part of this section,
8   you quote an article by Piet Hinoul, and I believe
9   you say on page 15 -- well, take a look at what you
10  say there.  Are you there in the report?
11       A.   Yes.
12       MS. MARIGLIANO:  I'm not there.  Oh,
13  you're talking about on page 15, okay, I see.
14       Q.   (By Ms. Maimbourg)  So you quote him
15  to -- that he states that, The suspicion that the
16  inside-out procedure is linked to more neurological
17  injuries was already raised in de Leval's original
18  article.  A recent review of the data collected by
19  the MAUDE database also implies more pain, et cetera,
20  et cetera, right?
21       A.   Yes.
22       (Exhibit 18 was marked for
23  identification.)
24       Q.   (By Ms. Maimbourg)  I'm handing you that

Page 96

1   article that you've quoted, and I'd like you to go to
2   page 1205, so we can read the rest of the quote.
3   Could you go to page 1205, I'm sorry.
4        A.   1205 is the first page.
5        MS. MARIGLIANO:  Look up here
6   (indicating).
7        THE WITNESS:  Okay.  Got it.  Okay.
8        Q.   (By Ms. Maimbourg)  The column on the
9   left, I'm going to show you mine.  See this green,
10  that's where you quoted?
11       A.   Okay.
12       Q.   Okay.  And I'm going go to after that
13  quote.  After the quote about the MAUDE database,
14  Dr. Hinoul says that the MAUDE database needs to be
15  interpreted cautiously, so no incidence rate can be
16  derived from them, and reporting bias cannot be
17  accounted for.
18       Do you agree with that, with respect to
19  the MAUDE database?
20       A.   I would agree that incident rate cannot be
21  derived from them, and reporting bias also cannot be
22  accounted for.
23       Q.   And then he goes on to cite an article by
24  Debodinance that was a non-randomized prospective

Page 97

1   study compared outside-in Monarc to inside-out TVT-O,
2   and found no difference in thigh pain between both
3   groups, right?
4        A.   He did.
5        Q.   And that -- and that article would be
6   contrary to your opinions in this case that the
7   inside-out approach causes an increase of pain over
8   the outside-in, right?
9        MS. MARIGLIANO:  Object to the form.
10       THE WITNESS:  Not necessarily.  I mean,
11  there's one study that he quotes, and there's
12  probably a couple more that show the same amount
13  of groin pain in the inside-out versus the
14  outside-in.  However, there's multiple -- more
15  studies that also show an increased amount of
16  pain with the inside-out versus the outside-in.
17       So he's quoting one particular study and
18  there may be a couple more, but I can probably
19  quote more studies overall that show a higher
20  rate of pain with inside-out TVT-O versus
21  outside-in approach.
22       Q.   (By Ms. Maimbourg)  You did not choose to
23  put the Debodinance article in your report, because
24  it doesn't support your opinions, right?

25 (Pages 94 to 97)

Robert D. Moore, D.O.

Page 98

1    MS. MARIGLIANO:  Object to the form.
2        THE WITNESS:  The Debodinance article is
3    part of the list of papers that's in
4    my -- that's in -- that's in my reliance list.
5    Q.   (By Ms. Maimbourg)  Was that one that you
6    put there, or did the plaintiffs give it to you?
7    A.   The Debodinance?  I don't know.
8    Q.   You also talk about the Haddad article on
9    page 15 and 16?
10   A.   Yes.
11   Q.   You have a lot of quotes from there.  I'll
12   pull it out and mark it, but -- if you want.  It
13   seems to me that all the quotes that you have here
14   are merely the author's regurgitation of certain
15   articles, and do not scientifically establish the
16   truth of anything they're saying.
17       MS. MARIGLIANO:  Object to the form.
18       THE WITNESS:  Well, I wouldn't say --
19   again, I mean, we're getting into these
20   discussions about what's science and what's
21   truth, and what's a reasonable degree of
22   certainty.  That's the verbiage that's used in
23   literature and journals versus the degree of
24   certainty of what they -- they might have

Page 99

1    opinions on.  What they're doing here is showing
2    all of the different literature supporting their
3    findings and their views as well, and discussing
4    these issues and complications.
5    Q.   (By Ms. Maimbourg)  Doctor, that article
6    had to do with BMI, and it didn't even reach
7    statistical significance, right?
8    A.   I don't know that per se, as far as the
9    statistical significance.
10   Q.   And all of these statements actually had
11   nothing to do with their -- the purpose of their
12   study, they were just giving background right?
13       MS. MARIGLIANO:  Object to the form.
14       THE WITNESS:  Again, correct, they were
15   talking about -- you said they were just
16   regurgitating other papers, but not saying
17   anything scientifically.  I think that they're
18   supporting -- when one writes a discussion to a
19   paper, they're supporting either their theories
20   or other theories with different papers in the
21   literature.
22   Q.   (By Ms. Maimbourg)  So on the next page,
23   when you talk about -- well, we're on 16 and 17.  I
24   didn't mean to skip too far ahead.  You cite two

Page 100

1    articles, Collinet and Lim, L-I-M, in support of your
2    statement that a number of studies have suggested a
3    high-risk of postoperative groin pain with the
4    inside-out treatment.
5        When you use the term, postoperative groin
6    pain here, are you referring to that six to 12-week
7    period after implant?
8    A.   I am here, but these particular papers
9    also are ones that show a higher rate of long-term
10   groin pain up to a year.
11   Q.   So the Collinet paper only went through 12
12   weeks, right?
13   A.   No, the Collinet paper is the French
14   registry of, I think, 985 patients that reported on
15   one-year pain rates of 3 percent.  Actually, this is
16   wrong, it's 4.7.  That should be 2.7, which I
17   think --
18   Q.   It should be 2.7, right?
19   A.   It's 2.7 percent, right.  Yeah, and that's
20   quoted later, so that's a typo there.
21   Q.   And when you're saying there, what page
22   are you referring to?
23   A.   Page 17, about halfway down, residual rate
24   of pain of 2.7 percent.

Page 101

1        (Exhibit 19 was marked for
2    identification.)
3    Q.   (By Ms. Maimbourg)  So if we look at the
4    Collinet article, which I've placed before you as
5    Exhibit 19, this study did not look at long-term
6    pain, as far as I know, because if you look on page
7    713, they're talking about four to 12 weeks.  Maybe I
8    missed something, but this does not appear to be a
9    long-term pain article.
10   A.   Residual pain of 2.7 percent.
11   Q.   It says, up above, postoperative
12   complications occurring immediately after surgery, or
13   by the first follow-up visit, four to 12 weeks, are
14   shown in table 3.  And table 3, residual pain,
15   2.7 percent.  So the Collinet article is not about
16   long-term pain.
17   A.   Right, they quote residual pain at 12
18   weeks, yes.
19   Q.   On page 18, of your report -- are you
20   there?
21   A.   Yes.
22   Q.   Right about here (indicating), Ethicon
23   should never have released an inside-out technique?
24   A.   Okay.

26 (Pages 98 to 101)

Robert D. Moore, D.O.

Page 102

1    Q.  Do you see that?  That that's your
2  opinion, right?
3    A.  Yes.
4    Q.  And this is what we've been talking about
5  here, they should never have released a -- this
6  technique, right?
7    A.  The inside-out technique is the TVT-O, so
8  that's what I'm referring to.
9    Q.  Now, you cite to Doctor -- or Professor
10  de Leval's supposed statements on page 18.  And just
11  to be clear, you're citing an internal report, where
12  someone is reporting what Dr. de Leval said, right?
13    A.  Yes.
14    Q.  Is that what it appears to be?
15    A.  Yes.
16    Q.  And you have this in single-spaced
17  paragraph indented, which would imply it's a quote.
18  Did you mean to imply it was a quote?
19    A.  Yes.
20    Q.  And do you practice evidence-based
21  medicine in your job as a urogynecologist and
22  surgeon?
23    A.  Yes, I try to.
24    Q.  Do you consider internal company documents

Page 103

1  and e-mails to be a part of evidence-based machine?
2    A.  I think that it's a part of good medicine
3  to know all the information that you can know, so it
4  may ultimately become part of evidence-base medicine.
5    Q.  You've implanted devices, other than
6  pelvic mesh?
7    A.  Yes.
8    Q.  Can you give me an example?
9    A.  The InterStim device.
10    Q.  Okay, that's a good one.  Let's talk about
11  InterStim.  Either before implanting your first one,
12  or at any time in your practice, have you ever asked
13  the manufacturer the InterStim to give you their
14  internal memos and e-mails regarding the development
15  of the product?
16    A.  No, but we expect the representatives of
17  that company to be forthright and forthcoming with
18  any and all information that they may have about
19  their product, pluses or minuses, negatives or
20  positives.
21    Q.  When you were a consultant to AMS
22  regarding Monarc, did you ever tell the people you
23  were working with that they should distribute their
24  internal company e-mails and their internal

Page 104

1  memorandums to sales reps and to doctors, did you
2  ever tell them to do that?
3    A.  I think they did distribute a lot to sales
4  reps, probably not to doctors.  And I think I would
5  tell them, and did tell them that anything that they
6  had in their internal documents that pertained to
7  patient safety or information that doctors could
8  utilize or needed to utilize, that they should be
9  forthright and forthcoming with all of that
10  information.
11    Q.  Is there anything you, in particular,
12  remember that -- content-wise, that you thought they
13  should have taken from their internal e-mails and
14  distributed to doctors?
15    A.  No, not specifically.
16    MS. MARIGLIANO:  When you get to a decent
17    stopping point -- I can wait a little while,
18    just want to give a heads up.
19    MS. MAIMBOURG:  We'll finish one more
20    section.
21    Q.  (By Ms. Maimbourg)  On page 18 and 19, I'm
22  going to ask you various questions about these
23  statements here, and ask what the support is for
24  them, okay?

Page 105

1    A.  Okay.
2    Q.  So you say, As the suburethral portion and
3  the arms of the TVT-O mesh scar in, the tissues
4  surrounding the mesh contract or shrink, which can
5  entrap nerves, deform the vagina and pelvic anatomy,
6  and cause severe chronic pain as the chronic
7  inflammation and foreign body reaction to the mesh
8  continues.
9    And you have a footnote 2 -- end note, I
10  guess I'd call that.  Is all of -- everything that
11  you believe supports that statement, is that in that
12  footnote?
13    MS. MARIGLIANO:  Object to the form.
14    Q.  (By Ms. Maimbourg)  Or do you want to add
15  anything?
16    A.  No, I mean, I think that you also have to
17  add the breadth of literature that's done primarily
18  on mesh contraction, scar plating, foreign body
19  reaction, fibrosis, nerve entrapment, the works of
20  Cobb, Kling , Klosterhalfen, and all of that body of
21  work.  That's a portion of that body of work that's
22  quoted and referenced there, but certainly it's not
23  all of it.
24    Q.  The second statement that says, the TVT-O

27 (Pages 102 to 105)

Robert D. Moore, D.O.

Page 106

1    arms pull unevenly, what is your support for that?
2        A.    That's based just on my -- you know, my
3    clinical experience, as well as taking care of
4    patients with complications, and seeing contraction
5    more on one side or the other that seems to cause
6    undue amount of pain on that side.  And also in
7    patients that have extrusions and erosions in that
8    area, it seems to have been in those instances
9    pulling unevenly on that side.
10       Q.    And I don't think I ever asked you.  You
11   have never implanted a TVT-O in a live patient,
12   right?
13       A.    I have not.
14       Q.    The third sentence says, As this
15   inevitable shrinkage occurs, the TVT-O mesh arms pull
16   on the obturator and levator ani.  Is that also based
17   on your clinical experience?
18       A.    That's based on my clinical experience, as
19   well as multiple papers in the literature describing
20   different pain syndromes in patients that have
21   transobturator slings or transobturator approach to
22   pelvic floor meshes, with arms going through same
23   exact tract as the transobturator slings, and
24   describing things like actually syndromes, mesh

Page 107

1    contraction syndromes that cause exactly this.
2        Q.    So you use those -- because those women in
3    those studies have a transobturator sling, and they
4    have a transobturator sling, and they have leg pain,
5    you are making a causal connection between the two?
6        MS. MARIGLIANO:  Object to the form.
7        THE WITNESS:  Well, this isn't just
8    talking about leg pain as well.  This is talking
9    about pain contraction syndromes throughout the
10   pelvic floor musculature and levator ani.
11       Q.   (By Ms. Maimbourg) Right, but the
12   connection you're making, I want to just understand
13   your opinions, is these women have a transobturator
14   sling that went inside-out, and they have pain, and
15   therefore, you are connecting the two.
16       MS. MARIGLIANO:  Object to the form.
17       Q.   (By Ms. Maimbourg) Right?
18       A.   I am connecting the two, yes.
19       Q.   And then you say, this force on the pelvic
20   sidewall muscles causes pain during routine daily
21   life activities, like sexual intercourse or
22   defecation.  Is that -- what is that based on?
23       A.   Again, it's based on my clinical
24   experience of dealing with hundreds of patients with

Page 108

1    these types of complications, as well as multiple
2    reports and papers in the literature describing the
3    exact type of syndromes that -- that women with
4    transobturator approach slings, meshes that suffer
5    pain from are -- are under growing.
6        Q.    Can you name one of those articles?
7        A.    Yeah, Bruce Finer and Chris Maher talk
8    specifically about the mesh contraction syndrome,
9    sidewall to sidewall.
10       Q.    Is that in your reliance materials?
11       A.    I'm not sure it is.
12       Q.    All right.  I'll check it on the break.
13   And then the next sentence, and this is the last one
14   before we take a break, it says, When pressure is
15   placed on the mesh during normal activities, it is
16   transmitted to the attachments in the pelvic
17   sidewall, which also deforms and pulls on the muscle
18   at the attachment points, causing significant pain.
19   Would that be that Maher and Fine -- Fine --
20       MS. MARIGLIANO:  Finer.
21       Q.   (By Ms. Maimbourg)  Finer article, or is
22   there your personal experience, or what is that based
23   on?
24       A.    Again, it's not only just my personal

Page 109

1    experience, it's not only the Maher, Finer, you know,
2    published report, it's also Mickey Karram's paper on
3    mesh complications, it's Sandip Vasavada from the
4    Cleveland Clinic talking about mesh complications in
5    patients they're seeing, it's Hillary Cholhan's
6    paper, which I know that's referenced in here that
7    talks about transobturator slings causing an
8    increased amount of pain versus a retropubic
9    approach, because of this banding periurethrally
10   sidewall to sidewall muscles pulling on the muscles
11   in women that ultimately suffer from that.  That was
12   majority of the findings that they had in patients as
13   well.
14       MS. MAIMBOURG:  All right, let's take a
15   break.
16       (A recess was taken.)
17       Q.   (By Ms. Maimbourg)  So we're back on the
18   record.  Doctor, in your report, you have identified
19   Abbrevo as a safer option to the TVT-O, right?
20       A.    Yes.
21       Q.    And why is that your opinion?
22       A.    It's my opinion based on, again, clinical
23   experience with smaller mesh tape slings, meaning a
24   shorter amount of mesh, and dealing with the various

28 (Pages 106 to 109)

Robert D. Moore, D.O.

Page 110

1    type of different slings. So basically, my clinical
2    background, as well as studies in the literature, as
3    well as Ethicon's own internal documents, basically
4    confirming that there's less risk of groin pain and
5    issues with the sling that does not go all the way
6    through the groin muscles.
7        Q.   The studies in the literature, would those
8    be studies that show what -- what particular studies
9    in the literature? Are they all cited here in your
10   report?
11       A.   They should be. I mean, specifically,
12   there's been several studies that have been
13   comparative trials with Abbrevo versus TVT-O. And
14   all showing various amounts of decreased risk of
15   groin pain, both in short-term and some in the
16   long-term. Specifically, the paper from Brown, and
17   Shaw and Rardin showing the fact that you have 9
18   percent rate of groin pain with the TVT-O versus
19   1 percent in Abbrevo. And 25 percent of those
20   patients that had groin pain in the TVT-O required a
21   groin dissection. So I mean, you weigh those
22   risk/benefits and clearly the TVT-O -- Abbrevo looks
23   like that it's a much safer alternative.
24       Q.   From your extensive review of the Ethicon

Page 111

1    documents provided to you, do you know when the
2    product went into development?
3        A.   The product initially was basically
4    Professor de Leval --
5        Q.   I'm looking for a date.
6        A.   The first time that it was brought up was
7    2004.
8        Q.   When was it cleared by the FDA?
9        A.   I believe 2009.
10       Q.   The date I have is July 1st, 2010?
11       A.   Okay.
12       Q.   Would you perhaps accept my
13   representation?
14       A.   Sure.
15       Q.   Do you agree that Abbrevo could not have
16   been implanted before it was cleared by FDA?
17       A.   I do. I believe as well, though, that it
18   could have been developed and approved a whole lot
19   before 2009.
20       Q.   Do you agree that -- understanding what
21   you're saying, you're saying that Ethicon should have
22   put it into development sooner, but would you agree
23   that if one of these plaintiffs in a case in which
24   you've been identified as a general expert was

Page 112

1    implanted before July 1 of 2010, that Abbrevo was not
2    a safer option for her because the product was not
3    cleared?
4        A.   Correct.
5        Q.   Since it's your opinion that Abbrevo is a
6    safer option than TVT-O, I would assume that you have
7    no criticism of its design; is that true?
8        A.   I still am critical of passing needles
9    through the groin. I still believe that a Mini sling
10   that does not have to be passed -- anything passed
11   through the groin, including needles, would be a
12   safer alternative, as long as the clinical efficacy
13   and the safety is there as well with that procedure.
14   So I'm not sure if I would go as far as I don't have
15   any criticisms of the design of the Abbrevo.
16       Q.   Well, might you show up in a case
17   criticizing Abbrevo, where a plaintiff is claiming
18   injuries? I mean, would it go that far?
19            MS. MARIGLIANO: Object to the form. Go
20   ahead.
21            THE WITNESS: At this point in time, no, I
22   don't believe that would be the case.
23       Q.   (By Ms. Maimbourg) Do you have any
24   criticisms of the polypropylene mesh that is used in

Page 113

1    the Abbrevo?
2            MS. MARIGLIANO: Object to the form.
3            THE WITNESS: I believe any criticism that
4    I have of the mesh of TVT-O would be the same
5    criticisms that I would have of it for the
6    Abbrevo. I believe that since it's not as long,
7    that there's a potential for less contraction
8    and less kind of stretching out and curling and
9    roping of the sling, which would be a positive
10   for Abbrevo.
11       Q.   (By Ms. Maimbourg) So when you were
12   implanting the AMS devices, before they were removed
13   from the market, they are polypropylene mesh slings,
14   right?
15       A.   Correct.
16       Q.   And you didn't have any safety concerns
17   about implanting that polypropylene mesh, did you?
18       A.   No.
19       Q.   Do you know anything about the difference
20   between the polypropylene in -- in that Sparc sling
21   and the polypropylene in any of the Ethicon products?
22       A.   No.
23       Q.   Now, in terms of the Abbrevo being a safer
24   option, I know you relied on certain company

Robert D. Moore, D.O.

Page 114

1   documents that you cite here. Is any one of them
2   more important to you than another, as you sit here?
3       A.   What pages are we on now, or was it
4   included -- or where are we going through?
5       Q.   Actually, I don't know. You know what,
6   I'm going to withdraw that question. We don't have
7   the time.
8       A.   Okay.
9       Q.   Let's look at page 22. You see on the
10  bottom, you say -- last paragraph, you say, these
11  studies all show?
12      A.   Yes.
13      Q.   That paragraph, or that first sentence, is
14  that kind of like a good summary of your opinions?
15  You can just read it to yourself.
16          MS. MARIGLIANO: I'm going to object to
17      the form.
18      Q.   (By Ms. Maimbourg) Well, only one of your
19  opinions. In other words -- I'll ask a different
20  question.
21          You're saying here that the studies you've
22  quoted show that the original TVT-O device was
23  defective in design as to its procedural steps, the
24  length of the mesh, the location of the exit point of

Page 115

1   the needles, and the risk of injury to the obturator
2   and location of the mesh, right?
3       A.   Yes.
4       Q.   These lead, in your opinion, to an
5   increased risk of postoperative groin pain, which you
6   have defined as within the first six to 12 weeks,
7   right?
8       A.   Postoperative time frame, yes.
9       Q.   And then also adductor, obturator, and
10  levator ani pain. And you say, This type of pain can
11  lead to up-regulation of the nerves to these muscles
12  and the remainder of the pelvic floor resulting in
13  spasms, vaginal pain, pain with intercourse, and
14  bladder and bowel dysfunction. What is the basis for
15  your opinion on that regard?
16      A.   Again, the same basis of my opinions that
17  we talked about on the previous issues with the
18  contraction of the mesh from sidewall to sidewall,
19  creating banding, creating pain, creating contraction
20  of the muscles, and ultimately, creating this sort of
21  dysfunction as well. So it has to do with all of
22  those studies that we've already talked about.
23      Q.   On page 22, you state, Ethicon continued
24  to sell, despite evidence that Abbrevo was safer.

Page 116

1   And my question to you is -- I guess I'll find that
2   -- oh, it's on 23, bottom of the first paragraph.
3   You see that sentence?
4       A.   Yes.
5       Q.   When you use the word, safer, I just want
6   to make sure I understand what you mean by that. Do
7   you mean less long-term pain or less postoperative
8   pain, or both?
9       A.   Both.
10      Q.   And that would be with respect to the
11  comparative studies you already talked about today,
12  at least one of the bases for that, right?
13      A.   Yes.
14      Q.   So the next section is about the defects
15  of the device itself, and you talk about the mesh
16  being twice the width of the hole in the tissue that
17  the needle and cannula create to pass the mesh
18  through the obturator and adductor muscles, right?
19      A.   Yes.
20      Q.   And you say that this causes folding and
21  deformation of the mesh?
22      A.   Yes.
23      Q.   Does it cause that folding and deformation
24  of the mesh, in your opinion, throughout the length

Page 117

1   of the mesh?
2       A.   It at least does upon it's entry into the
3   muscles and through the muscles in the leg itself.
4       Q.   Is that -- is it -- is that the only
5   place? I didn't -- I can't remember what you said in
6   the beginning, you said at least at that point.
7       A.   Well, minimally, it does at that point,
8   because it could ultimately lead to the mesh not
9   lying flat under the urethra as well, but initially,
10  minimally, yes, it's going to roll and curl upon
11  itself from the point of entry into the muscle all
12  the way through the leg.
13      Q.   And you base this on the fact that you
14  have implanted TVT slings, and you have implanted
15  TVT-O slings in fresh cadaver specimens, right?
16      A.   Yes.
17      Q.   And how many cadaver specimens were
18  involved in what you did?
19      A.   Probably three or four.
20      Q.   Where did you get the measurements?
21      A.   Which measurements?
22      Q.   The ones you quote, about the cannula and
23  the hole in the tissue?
24      A.   I believe these were internal documents

Robert D. Moore, D.O.

Page 118

1    from Ethicon.
2        Q.   Would this same defect also be present in
3    Abbrevo?
4        A.   Yes, but again, not -- for a very much
5    shorter distance, though.
6        Q.   And when you were implanting Monarc, and
7    you were a consultant for AMS, did you know those
8    dimensions?  In other words, did you know the size,
9    the width of the mesh compared to the needle holes?
10       A.   No, not the exact width -- or not the
11   exact width of the needle, or they also had a
12   dilating tip on their mesh as well, that was designed
13   to kind of try to prevent some of that, to actually
14   dilate the tract, so that the mesh would lie flatter.
15       Q.   After you implant a sling, are you able to
16   detect through your examination with your finger if
17   the mesh is lying flat?
18       A.   Under the urethra, yes.
19       Q.   And I think you say later in this section
20   that this deformation causes scarification and
21   contraction.  Would your support for that be the same
22   articles you just told me about?
23       A.   Yes, and looking at evidence of
24   contraction and scarring and fibrosis.

Page 119

1        Q.   On page 25, you talk about -- you call
2    this sheath technology?
3        A.   Yes.
4        Q.   You know what I'm referring to when I say
5    that?
6        A.   Yes.
7        Q.   And I think you say it's clinically
8    relevant, right?
9        A.   Yes.
10       Q.   And it's clinically relevant to what,
11   causing pain?
12       A.   I think causing pain, causing urinary
13   obstructive symptoms, creating immediate tension that
14   one would not desire at the time of the procedure,
15   that ultimately could lead to some of these different
16   issues.
17       Q.   And are you, by citing to Marty Weisberg's
18   memo here, are you suggesting that Marty Weisberg has
19   confirmed that this sheath technology issue is
20   clinically relevant?
21            MS. MARIGLIANO:  Object to the form.
22            THE WITNESS:  I believe that that was --
23   actually came out of an e-mail from him, stating
24   that it was clinically relevant, secondary to

Page 120

1    those reasons.
2            (Exhibit 20 was marked for
3    identification.)
4        Q.   (By Ms. Maimbourg)  Doctor, I've marked as
5    Exhibit 20, the Weisberg memo that you referred to in
6    your report.  Just take a quick look at it.  So this
7    memo, and I don't mean to interrupt you if you're not
8    done, has to do with fraying.  Is this what you're
9    suggesting that this sheath technology does, it frays
10   the mesh?  That's what you said, right?
11       A.   This is specifically talking about fraying
12   itself.  I don't know if it's talking about sheath
13   technology.  It's talking about stretching the tape
14   and the amount of stretch that it requires to fray.
15       Q.   Well, you say in your report, Dr. Marty
16   Weisberg noted as well that tension exacerbates mesh
17   fraying?
18       A.   Right.
19       Q.   And then Marty Weisberg also says that
20   there is no reason to expect that the fraying of the
21   mesh or the particles generated would create any
22   safety risks?
23       A.   Right, it's clinically relevant, as noted
24   above, meaning that if the sheath was not pulling off

Page 121

1    correctly and stretching the tape and having
2    increased friction as the tape -- as the sheath was
3    trying to be pulled off the tape, that would cause it
4    to stretch and cause it to fray.  So that's the
5    relation to it being clinically relevant.
6        Q.   But Marty Weisberg is not saying it's
7    clinically relevant?
8            MS. MARIGLIANO:  Object to the form.
9            THE WITNESS:  Marty Weisberg is saying
10   that if you stretch the tape, it frays out.
11       Q.   (By Ms. Maimbourg)  But he's not saying
12   it's clinically relevant, is he?
13       A.   Correct.
14            MS. MARIGLIANO:  What are you saying is
15   "it," the fraying?
16            MS. MAIMBOURG:  Right.
17       Q.   (By Ms. Maimbourg)  I mean, I asked you
18   why you cited this, and I'm just exploring it.  So
19   let's move on.  Can you cite any medical literature
20   for why this sheath technology, which you say causes
21   stretching, fraying, and roping, why it's clinically
22   relevant?
23       A.   Yes, and I think I do down here just a
24   little bit, which was the Dietz paper that took a

31 (Pages 118 to 121)

Robert D. Moore, D.O.

Page 122

1    look at postoperative urinary obstructive type
2    symptoms between the Sparc and TVT procedure.  Again,
3    the Sparc procedure has a tensioning suture
4    throughout it.  I believe there's another study by
5    Moalli that looked at the different stretch
6    properties of the different meshes.  The TVT mesh is
7    the one that stretches the most.  It deforms the
8    most, it elongates, and it stays elongated.
9        So if that's happening during that time
10   frame, then it's going to cause increased obstructive
11   type symptoms, which Dietz showed in his paper, as
12   well if it's been shown before as well with the
13   folding, the curling, and that sort of thing, and
14   mesh being contracted like that, that it can lead to
15   increased risk of extrusion, erosion, and those
16   issues as well.
17       Q.   Does the Dietz article talk about pain?
18       A.   It does not.
19       Q.   On page 26 of your report, at the bottom,
20   you say, The blind passage of the trocars is
21   unreasonably dangerous.  Do you use those terms,
22   unreasonably dangerous, in your every day practice?
23       A.   I wouldn't say that I wouldn't use them,
24   so yeah, there's times that I would use those words,

Page 123

1    yes.
2        Q.   And you say, It presents the unnecessary
3    risk of tissue damage, vascular damage, nerve damage,
4    and internal trauma.  What is the support for that
5    statement?
6        A.   Again, that statement is based on my
7    clinical experience, my education, my training, my
8    years of doing research on midurethral tape slings,
9    and seeing and treating complications of patients
10   with those types of complications.
11       Q.   Your next statement says, The helical
12   shape of the needle itself and the original technique
13   described leads to a much higher risk of obturator
14   nerve injury compared to an outside-in technique.
15   And your support for that is what?
16       A.   Again, all of the different articles in
17   the literature that we've reviewed that we've taken a
18   look at, that talk about increased risk of
19   postoperative and long-term pain, as well as the
20   different anatomic studies that were done that are
21   quoted in my report as well, talking about the
22   reproducibility of passing the TVT-O needle and
23   various risks to the obturator nerve branches, even
24   following the IFU guidelines, including one done by

Page 124

1    Piet Hinoul prior to him joining Gynecare.
2        Q.   Is that the study we talked about earlier?
3        A.   Yes.
4        Q.   Are you talking about, in this sentence,
5    injury upon implantation or later nerve injury due to
6    fibrosis?
7        A.   Both.
8        Q.   So your next statement about the shape of
9    the needle and passing it causes the user to exit
10   much more lateral in the leg, you can't be basing
11   that on your personal experience, because you haven't
12   implanted in a patient, right?
13       MS. MARIGLIANO:  Object to the form.
14       THE WITNESS:  Not in a live patient, but
15   in a fresh frozen cadaver specimen, I have in
16   direct comparison to outside-in needles.  So I
17   do have experience passing these type of
18   needles, and it was the reason why I decided
19   never to perform a TVT-O in a live patient.
20       Q.   (By Ms. Maimbourg)  And when did you do
21   those cadavers?
22       A.   Back in the 2005/'6 time frame.
23       Q.   What was the circumstance?
24       A.   It was a cadaver lab at the AMS facility,

Page 125

1    training.
2        Q.   So you were, as an AMS preceptor and
3    consultant, comparing a competitor product to your
4    own?
5        A.   It wasn't my own product.  And again, if
6    you take a look at the products that I used
7    throughout the year -- throughout the years, I didn't
8    use the Sparc product.  When they didn't have a
9    retropubic sling, I used a retropubic TVT sling.  So
10   what I wanted to do, at any point in time in my
11   career, is if there were new products out, I wanted
12   to be able to utilize and take a look at them, and
13   utilize my own judgment to see if this is something
14   that I should be doing instead of an outside-in
15   approach.
16       So it had nothing to do with -- with them
17   saying, can you look at this and find negativities in
18   it compared to our sling.  It was for my own good to
19   say, okay, what are the pluses and negatives of an
20   alternative approach, because if you've got something
21   better, then I'm going to use that.
22       Q.   Was this just you, or was it a group of
23   docs?
24       A.   I'm not sure who was there.  It wasn't a

32 (Pages 122 to 125)

Robert D. Moore, D.O.

Page 126

1  training session per se, so I think there may have
2  been a few different physicians there, trying
3  different products.
4      Q.   Was it more an R&D?
5      A.   I think there was some R&D folks there,
6  yeah.
7      Q.   And since it was held by AMS, certainly
8  the purpose of it was not to talk about the virtues
9  of TVT-O and the inside-out approach.
10        MS. MARIGLIANO:  Object to the form.
11     Q.   (By Ms. Maimbourg)  Right?
12     A.   I think that -- I wouldn't say that.  I
13  would say that I think AMS, as a company as well,
14  wanted to look into all competitive products to see,
15  are they missing something.  This is the only
16  company, Gynecare, that was going from the inside to
17  the outside with the TVT-O.
18        I think they also wanted to know
19  internally, is there advantages to this, and let's
20  get our experts take a look at it, and tell us
21  whether it is or not.  My personal reasons for
22  wanting to do that was what I explained before.
23     Q.   All right.  And so were you one of those
24  experts who were called in by AMS to decide if this

Page 127

1  was something they should look into?  Is that what
2  you're representing that meeting to be?
3      A.   No.  I think you have to understand during
4  different cadaver lab sessions, whether it was for --
5  to have consultants there to look at their products,
6  new products, whether there was a training going on.
7  They also had access to other products and
8  competitive products, and so you had the opportunity
9  to take a look at these things.
10     Q.   Okay.  On page 27 and 28 of your report,
11  you talk about mechanical cut and laser cut mesh?
12     A.   Yes.
13     Q.   In summary, both are bad, right?
14  According to your report, both are bad?
15     A.   Well, I mean, I think that with the laser
16  cut, I think the thought was, we can make the mesh
17  stiffer, we can help prevent the stretching and the
18  immediate fraying, and the immediate kind of roping
19  of the mesh.  However, with the laser cut, it also
20  showed that there was higher rates of extrusions in
21  certain products that had that in.  So I think they,
22  you know, both had negative aspects to them.
23     Q.   Well, you outlined for both, the negative
24  aspects, right?

Page 128

1      A.   Right.  I mean, my personal preference
2  would be to have mechanically cut mesh that is not
3  going to stretch out during implantation or removal
4  of the sheath.  And a tensioning suture in that mesh
5  helps prevent that.  I don't even know -- the
6  interesting thing is that it's -- until I was made
7  aware of some of these things about laser cut versus
8  mechanical cut, I was never informed of any of these
9  changes that they had made through this in TVT, and
10  that both were available, and we might have one
11  version versus another version at our hospital.
12     Q.   So it's your belief that TVT was offered
13  both as mechanical and laser cut?
14     A.   I believe it is.
15     Q.   Do you know which is used in Abbrevo?
16     A.   I do not.
17     Q.   So when you decided that Abbrevo was a
18  safer option to TVT-O, it didn't really matter to you
19  whether the mesh was laser cut or mechanical cut?
20     A.   I think it's a less of issue for Abbrevo
21  for the reasons we've described before as well.  It's
22  a much smaller piece of mesh.  It's much less apt
23  to -- you don't have to pull that mesh through as
24  much tissue.  There's 85 percent less mesh, so you're

Page 129

1  going to get less issues with stretching, curling,
2  and putting on tension immediately.
3      Q.   Do you believe in medical innovation?
4      A.   Yes, I do.
5      Q.   That's why you do clinical trials
6  probably, right?
7      A.   Yes.
8      Q.   In terms of your failure to warn opinions
9  that begin on page 48, are all of the TVT-O training
10  materials that you reference there on your reliance
11  list?
12     A.   I believe so, yes.
13     Q.   You said here, I have also reviewed IFUs
14  for many other medical products.  Which ones?
15     A.   Well, I mean, those would be products that
16  I've utilized throughout the years, so all those AMS
17  products we've talked about, other products that I've
18  implanted.
19     Q.   Are there any that you reviewed for
20  purposes of becoming a consultant in this litigation?
21     A.   No.  Well, not for this one, but I've
22  reviewed IFUs for the Bard litigation.
23     Q.   So you became familiar with the Bard IFU
24  as you worked as a consultant?

33 (Pages 126 to 129)

Robert D. Moore, D.O.

Page 130

1     A.   Yes, unless I had implanted any of those
2  products.
3     Q.   Had you?
4     A.   The Avaultas, no.  Nor the sling.
5     Q.   How about the Boston Scientific products,
6  I think you had said you -- had you implanted an
7  Obtryx?
8     A.   No.
9     Q.   So you became familiar with Boston
10  Scientific's IFU for a sling through your work as a
11  medical/legal consultant?
12     A.   Yes.
13     Q.   And you became familiar with the TVT-O IFU
14  because of your work as a medical consultant --
15  medical/legal consultant?
16     A.   Yes.
17     Q.   On page 29 of your report, you say,
18  Physicians must be able to reasonably rely upon
19  product IFUs to make informed decisions.  That's your
20  belief and opinion, right?
21     A.   Yes, I believe it's one of the things
22  that -- that you need to make an informed decision,
23  yes.
24     Q.   Right, so you'll agree the IFU is not an

Page 131

1  exclusive source of information about medical devices
2  for doctors who are going to implant them?
3     A.   No, it's not exclusive device or -- but
4  it's an important one.
5     Q.   You meant exclusive source?
6     A.   Yes, I'm sorry.
7     Q.   Doctors, before they implant a medical
8  device, they should read the pertinent medical
9  literature, should they not?
10     A.   Yes, they should.
11     Q.   And they should achieve competency before
12  they implant a device?
13     A.   Yes.
14     Q.   Doctors also have sources of information,
15  such as product training offered by manufacturers,
16  right?
17     A.   Yes, if it's offered.
18     Q.   And they can go to CMEs to learn about the
19  area of medicine in which they practice, and most
20  CMEs may touch on devices, right?
21     A.   Yes.
22     Q.   And certainly, doctors can rely on their
23  own experience in learning about a medical device?
24     A.   Yes.

Page 132

1     Q.   Do you agree that a manufacturer does not
2  need to tell a surgeon about the basics of sterile
3  technique when doing surgery?
4     A.   No, that would be inherent to their
5  training.
6     Q.   So we don't -- and Ethicon doesn't have to
7  tell surgeons to wash their hands, because if they
8  don't, it could cause a fatal infection, right?
9     A.   Correct.
10     Q.   And manufacturers don't have to tell
11  surgeons that they need to consider the type of
12  anesthesia that the patient has to have before
13  surgery?
14     A.   Correct.
15     Q.   And a manufacturer doesn't have to tell a
16  surgeon about the different risks of different
17  surgical positions a patient could be put in?
18     A.   No, I disagree with that one, because
19  specifically if the position is critical for
20  placement of that product or procedure that is going
21  to make it safer or decrease risk of complications,
22  then yes, they are -- they should be responsible for
23  relaying that information to physicians.
24     Q.   You state in your report that a physician

Page 133

1  must be warned of a frequent -- of the frequency,
2  severity, duration, and potential permanence of
3  adverse events by a manufacturer.  That is your
4  opinion, correct?
5     A.   Yes.
6     Q.   What is the basis for your opinion that a
7  manufacturer should warn of frequency, severity,
8  duration, and potential permanence?
9     A.   I think it's the surgeon's right to have
10  that information at their hands, to be able to offer
11  treatments and be forthcoming and forthright to their
12  own patients, so that the patients can understand the
13  risks and complications of any procedure they may be
14  undergoing.  So if that information is available to a
15  manufacturer, then certainly it needs to be relayed
16  to the physician and patients.
17     Q.   When you were a consultant for AMS, did
18  you advocate that position to them?
19     A.   Yes.
20     Q.   And did they put frequency, severity,
21  duration, and potential permanence into their IFU?
22        MS. MARIGLIANO:  Object to the form.
23        THE WITNESS:  I don't know about that.  I
24  know during any type of professional education

34 (Pages 130 to 133)

Robert D. Moore, D.O.

Page 134

1     training that I did for them, we certainly
2     relayed all of that information to the
3     physicians.
4         Q.   (By Ms. Maimbourg) Right, so a
5     manufacturer can pass on information in ways other
6     than in the IFU, right?
7         A.   Sure, but you weren't asking me initially
8     whether it was just in the IFU.  You said, should
9     they give this information.
10        Q.   Okay.  My fault.  So just so I'm clear
11    you're not saying that the IFU, to be adequate, must
12    include frequency, severity, duration, and potential
13    permanence of adverse events?
14        A.   I am saying, yes, it should be included in
15    the IFU.
16        Q.   All right.  And my question to you, then,
17    is, when you were at -- when you were assisting AMS
18    as a consultant, are you aware of whether AMS ever
19    included that type of this information in the IFUs
20    for its sling products?
21        A.   I'm not aware specifically.  I don't
22    recall the IFU details specifically.
23        Q.   And since you've read all the literature
24    in that big binder before you, what should those

Page 135

1     numbers in the IFU be today for, let's say, the TVT
2     retropubic as to the frequency of anything you want
3     to pick right now, any adverse event?
4         MS. MARIGLIANO:  Object to the form.
5         THE WITNESS:  I think that it needs to be
6     basically consistent with what's in the
7     literature, what's in -- within the Cochrane
8     reviews, the meta analysis, their own internal
9     studies, their own documents.  They've got
10    internal studies that haven't been published
11    before.
12        So whatever information they have, they
13    should produce that, risk of mesh extrusion for
14    the retropubic TVT seems to be generally in the
15    range of 1 to 2.5 percent.  That should be
16    listed.  So any of that information that's
17    there, it should be in there.
18        Q.   (By Ms. Maimbourg) You would agree,
19    though, that the literature is quite varied as to
20    how -- strike that.
21        You would agree with me that if you were
22    going to go look for the frequency of a particular
23    adverse event in the medical literature, you would
24    find a variety of numbers?

Page 136

1         A.   Sure.  So they probably should include a
2     variety of numbers, from 1 percent to 30 percent.
3         Q.   That's your opinion?
4         A.   Yes.
5         Q.   Is it your opinion that the Instructions
6     For Use should include a statement about mesh
7     degradation?
8         MS. MARIGLIANO:  Object to the form.
9         MS. MAIMBOURG:  Can you tell me how I can
10    cure that objection?
11        MS. MARIGLIANO:  You said how -- number
12    one, I don't think he's offering any opinions
13    about degradation.
14        MS. MAIMBOURG:  Okay.  If he's not, then
15    that's swell.
16        Q.   (By Ms. Maimbourg) Are you offering any
17    opinions about degradation?
18        A.   No.
19        Q.   Are you offering any opinions about
20    excessive and chronic foreign body reaction?
21        A.   Where are we looking at right now, or are
22    we?
23        Q.   I'm just asking, in general, are you going
24    to give expert opinions about polypropylene mesh used

Page 137

1     in TVT-O, causing excessive and chronic foreign body
2     reaction?
3         A.   Only in relation to any type of chronic
4     inflammatory effects, scarring, that occurs that
5     would ultimately create pain from nerve or muscle
6     damage.
7         Q.   Are you saying that should be in the IFU?
8         A.   I think if they have evidence of a chronic
9     inflammatory response, and not a transitory
10    inflammatory response, then that should be included
11    in the IFU, yes.
12        Q.   And based on everything you've reviewed,
13    did Ethicon have that evidence?
14        A.   Yes.
15        Q.   And is what -- the evidence they had, is
16    it included in your report at page 30?
17        A.   Yes.  Or actually, probably, I think it's
18    on the next page as well.
19        Q.   So you're quoting testimony from Piet
20    Hinoul and Charlotte Owens.  Is there anything else
21    that you're relying on for your opinion?
22        A.   I think that if you get to like tab number
23    20, on page 33, it gets into more of some of the
24    different studies that were both in their internal

Robert D. Moore, D.O.

Page 138

1    documents, as well as meetings with Klosterhalfen,
2    who Professor Klosterhalfen was one of their
3    consultants, but did a lot of publishing in the
4    literature about chronic inflammatory reactions, mesh
5    contraction, and subsequent issues with pain and
6    nerve entrapment.
7        Q.   On page 32, you talking about the 2015
8    Instructions For Use?
9        A.   Yes.
10       Q.   With respect to TVT-O, correct?  And you
11   say, all of these risks were known to Ethicon before
12   2015?
13       A.   Uh-huh.
14       Q.   Is that a yes?
15       A.   I'm sorry, yes.
16       Q.   Can you say that these risks were not
17   known to doctors before 2015, can you say that?
18            MS. MARIGLIANO:  Object to the form.
19            THE WITNESS:  I can say that some of these
20   risks were probably not known to some or many
21   doctors.
22       Q.   (By Ms. Maimbourg)  Some doctors knew them
23   all, right?
24            MS. MARIGLIANO:  Object to the form.

Page 139

1            THE WITNESS:  Yes.
2        Q.   (By Ms. Maimbourg)  You knew them all
3    before they were put in the IFU, right?
4        A.   Yes.
5        Q.   Have you done any surveys of doctors, or
6    do you have any kind of base of knowledge to know
7    what doctors who are implanting slings know or don't
8    know?
9        A.   Only based upon my experience of training
10   and professional education of hundreds of doctors at
11   various levels, in talking with them, and figuring
12   out what they know and don't know, but no formal
13   surveys, no.
14       Q.   Is the 2015 IFU for TVT-O adequate, in
15   your opinion?
16       A.   I think the only thing that I would add to
17   this would be the fact that it talks about needing
18   multiple surgeries to remove the mesh, but it doesn't
19   talk about the fact that it could be impossible to
20   remove all the mesh, and that should be noted.
21       Q.   Anything else to make it adequate?
22       A.   I would also say the mesh is a permanent
23   implant, significant dissection may be -- as a
24   continuation of the -- the line that says, the mesh

Page 140

1    is a permanent implant, and significant dissection
2    may be required if the mesh needs to be removed.
3    That could cause -- that this could cause, you know,
4    permanent -- even more permanent, more pain, and more
5    nerve damage that's permanent to the leg.  In
6    addition, saying that there's no guarantee that all
7    the mesh can be removed, or any of the complications
8    caused by the mesh would be reversed by some -- a
9    major operation like that.
10       Q.   Anything else?
11       A.   I don't believe so.
12       Q.   So in this section of the report, you have
13   many things that -- and I don't have the time to
14   actually go through every one of them, that Ethicon
15   should have warned about.  And I want to be clear,
16   are you saying that warning should have come in the
17   Instructions For Use?
18       A.   Yes.
19       Q.   And if a doctor had gone through Ethicon
20   training, and had learned it in training, but it was
21   not in the IFU, would you feel that Ethicon had met
22   its duty to warn?
23            MS. MARIGLIANO:  Object to the form.
24            THE WITNESS:  No, because not all

Page 141

1    physicians went through training.  And Gynecare
2    didn't require that training to be done through
3    them.  So somehow those risks have to be put out
4    to the physicians, whether it's in an IFU,
5    whether they're there at professional education,
6    whether they're risks or complications that are
7    occurring that they're finding out about after
8    launch, a letter to physicians to -- for
9    notification.  So somehow, that has to get out.
10       Q.   (By Ms. Maimbourg)  On some of these
11   warnings, on page 32 and 33, so bottom of 32, top of
12   33, you're referring to the de Leval data.  And
13   you're saying that that data showed that it was, in
14   some instances, chronic and severe.  And the de Leval
15   data that you had cited earlier was not long-term
16   data, so I'm wondering, what was it that you were
17   relying on for that opinion?
18       A.   What page are we looking at?
19       Q.   Bottom of 32, top of 33.  You say, the
20   de Leval data which showed it, leg pain?
21       A.   Right.
22       Q.   Was not rare, was not transient, was not
23   limited to the leg, and was, in some instances,
24   chronic and/or severe?

36 (Pages 138 to 141)

Robert D. Moore, D.O.

Page 142

1    A.  I mean, it was shown later in his trial
2  with Waltregny that it wasn't transient, it was
3  severe in some cases.  So I believe that's what I was
4  referring to.
5    Q.  And again, chronic means what to you?
6    A.  Chronic means lasting longer than six
7  months.
8    Q.  When you were implanting the Monarc sling,
9  what were the complications you were seeing in your
10 patients?
11    MS. MARIGLIANO:  Object to the form.
12    THE WITNESS:  We saw complications of mesh
13 extrusion, urinary obstruction, urinary urgency
14 frequency, dyspareunia, or pain with
15 intercourse.  Luckily, I didn't have any of my
16 own patients that suffered from groin pain, so
17 that wasn't really an issue.  So those were the
18 major complications.
19    Q.  (By Ms. Maimbourg) With respect to the
20 Sparc sling that you're using now, what have been the
21 complications that you're seeing in your own
22 patients?
23    MS. MARIGLIANO:  Object to the form.
24    THE WITNESS:  The RetroArc.

Page 143

1    Q.  (By Ms. Maimbourg) Did I say that wrong?
2    A.  You said the Sparc.  Sparc means top-down.
3  RetroArc means the same sling from bottom-up.
4    Q.  Then I apologize, and I meant the
5  RetroArc?
6    A.  The same.
7    Q.  The same that you just listed?
8    A.  Yes.
9    Q.  Any groin pain?
10    A.  No.
11    Q.  Do you believe that the IFU for the
12 RetroArc is adequate?
13    A.  I haven't looked at it critically.
14    Q.  Would you hold this same opinion as to all
15 of the warnings that you say should have been in the
16 Ethicon TVT-O IFU -- let me strike that, and ask a
17 different question.
18    Putting the groin pain aside, you have a
19 lot of opinions here about different things that
20 should have been in the TVT-O IFU, would you agree
21 with me?
22    A.  Yes.
23    Q.  Do you agree that those same warnings
24 ought to be in the RetroArc IFU?

Page 144

1    A.  Yes.
2    Q.  They ought to be in every IFU for every
3  sling, right?
4    A.  Yes.
5    Q.  On the inadequate physician training
6  issue, on page 39, you -- it's a short section, but
7  you talk about the e-mail from Marianne Kaminski?
8    A.  Uh-huh.
9    Q.  Right?  Yes?
10    A.  Yes.
11    Q.  And so I guess to sum it up, this message
12 is perhaps -- well, let me see what you say.  The
13 company intended to have sales representatives train
14 physicians on the TVT-O procedure, right?  That's
15 what you say?
16    A.  Yes.
17    Q.  Do you know for a fact that sales reps
18 trained doctors how to implant TVT-O?
19    A.  Yes.
20    Q.  Who is that?
21    A.  I don't know specific -- I mean, I just
22 know in discussions from reps that I've known that
23 have -- that have utilized -- you know, worked in
24 this field, discussions with them, discussions with a

Page 145

1  rep that used to work for Gynecare, that he did end
2  up, you know, training physicians, yes.
3    Q.  So I'm not interested in the sales reps
4  for any other company, but I do want to know the name
5  or names of any Gynecare rep that you are relying on
6  for this statement?
7    A.  Marquel Fleetwood.
8    Q.  Mark?
9    A.  Marquel.
10    Q.  Is that M-A-R --
11    A.  Q-U-E-L.
12    Q.  And what's his last name?
13    A.  Fleetwood.
14    Q.  And he was a Gynecare rep?
15    A.  He was.
16    Q.  He was your rep?
17    A.  Yeah, I believe he was for a period of
18 time.  He's worked with different companies, but he
19 started with Gynecare, yes.
20    Q.  And he told you, just so I'm clear when I
21 interview him, you're saying under oath that he told
22 you that he trained doctors how to implant TVT-Os
23 himself?
24    A.  Yes.

37  (Pages 142 to 145)

Robert D. Moore, D.O.

Page 146

1    Q.   How many times did he do it?
2    A.   I don't know.
3    Q.   And he -- you didn't misinterpret what he
4  said, because he wasn't saying that he sent them to
5  training, you're saying he trained them?
6         MS. MARIGLIANO:  Object to the form.
7         THE WITNESS:  I'm saying that he went to a
8  physician's operating room who had never done a
9  TVT-O before, and walked them through it, or a
10 TVT procedure, yes.
11   Q.   (By Ms. Maimbourg)  Was it TVT or TVT-O?
12   A.   I don't know which -- which it was.
13   Q.   And you know the credentialing for
14 procedures is done by hospitals, not by medical
15 device manufacturers?
16   A.   Correct.
17   Q.   And that's across the board in the
18 United States, right?
19   A.   Yes.
20   Q.   So that physician obviously was
21 credentialed by his or her hospital to do that
22 procedure?
23   A.   He should have been, yes.
24        MS. MARIGLIANO:  I think you have about

Page 147

1  four or five minutes.
2    Q.   (By Ms. Maimbourg)  I think I'm just about
3  at the end of my time, so I'm going to ask a general
4  question.  You know, obviously, this is a long
5  report, and I had a limited amount of time.  I tried
6  to hit the big points.  Okay.
7    A.   Okay.
8    Q.   I guess I'd like to ask you if there is
9  any major opinion that I missed, or any major paper
10 that you're going to rely on, or any particular
11 document that I should spend my last four minutes on?
12        MS. MARIGLIANO:  I'm just going to object
13 to the form of that question.
14        THE WITNESS:  I don't believe so.
15   Q.   (By Ms. Maimbourg)  Okay.  Would you like
16 to read the transcript, or would you like to waive
17 your right to read the transcript?
18   A.   Read it, please.
19        MS. MARIGLIANO:  We'll read it.
20        MS. MAIMBOURG:  Okay.  So we're done.
21        MS. MARIGLIANO:  This deposition is
22 concluded.
23        (Deposition concluded at 1:00 p.m.)
24

Page 148

1         - - - - - -
              E R R A T A
2         - - - - - -
3
4  PAGE  LINE  CHANGE
5  ____ ____ _____
6         REASON: _____
7  ____ ____ _____
8         REASON: _____
9  ____ ____ _____
10        REASON: _____
11 ____ ____ _____
12        REASON: _____
13 ____ ____ _____
14        REASON: _____
15 ____ ____ _____
16        REASON: _____
17 ____ ____ _____
18        REASON: _____
19 ____ ____ _____
20        REASON: _____
21 ____ ____ _____
22        REASON: _____
23 ____ ____ _____
24        REASON: _____

Page 149

1
2         ACKNOWLEDGMENT OF DEPONENT
3
4         I,_____, do
5  hereby certify that I have read the
6  foregoing pages, and that the same is
7  a correct transcription of the answers
8  given by me to the questions therein
9  propounded, except for the corrections or
10 changes in form or substance, if any,
11 noted in the attached Errata Sheet.
12
13
14 _____
15    ROBERT D. MOORE, D.O.        DATE
16
17
18 Subscribed and sworn
   to before me this
19 _____ day of_____, 20____.
20 My commission expires:_____
21
22 _____
   Notary Public
23
24

38  (Pages 146 to 149)

Robert D. Moore, D.O.

## Page 150

D I S C L O S U R E

STATE OF GEORGIA    )    DEPOSITION OF

CLAYTON COUNTY    )    ROBERT D. MOORE, D.O.

Pursuant to Article 10.B of the Rules and
Regulations of the Board of Court Reporting of the
Judicial Council of Georgia, I make the following
disclosure:
        I am a Georgia Certified Court Reporter.  I am
here as a representative of Golkow Technologies.

        Golkow Technologies was contacted by the offices
of Tucker Ellis to provide court reporting services
for this deposition.  Golkow Technologies will not be
taking this deposition under any contract that is
prohibited by O.C.G.A. 9-11-28 (c).

        Golkow Technologies has no contract or agreement
to provide court reporting services with any party to
the case, or any reporter or reporting agency from
whom a referral might have been made to cover the
deposition.

        Golkow Technologies will charge its usual and
customary rates to all parties in the case, and a
financial discount will not be given to any party in
this litigation.

        F. Renee Finkley, RPR, RMR, CRR, CLR
        Georgia CCR-B-2289

## Page 151

C E R T I F I C A T E
STATE OF GEORGIA:
COUNTY OF CLAYTON:

        I, F. Renee Finkley, a Certified Court
Reporter in and for the State of Georgia, do hereby
Certify:
        That prior to being examined, the witness
named in the foregoing deposition was by me duly
sworn to testify to the truth, the whole truth, and
nothing but the truth.
        That said deposition was taken before me
at the time and place set forth and was taken down by
me in shorthand and thereafter reduced to
computerized transcription under my direction and
supervision, and I hereby certify the foregoing
deposition is a full, true and correct transcript of
my shorthand notes so taken.
        I further certify that I am not of kin or
counsel to the parties in the case, and I am not in
the regular employ of counsel for any of the said
parties, nor am I in any way financially interested
in the result of said case.
        IN WITNESS WHEREOF, I have hereunto
subscribed my name this 15th day of April, 2016.

        _____
        F. Renee Finkley, RPR, RMR, CRR, CLR
        Georgia CCR-B-2289

39  (Pages 150 to 151)

## A

**a.m** 2:10
**Abbrevo** 47:2
  67:19,22 109:19
  110:13,19,22
  111:15 112:1,5,15
  112:17 113:1,6,10
  113:23 115:24
  118:3 128:15,17
  128:20
**abdomen** 40:16,18
**abdominally** 37:3,5
**able** 24:14 48:12,13
  92:20 118:15
  125:12 130:18
  133:10
**abnormality** 91:13
**abstract** 4:20,23
  51:8
**abstracts** 16:2
  52:18 59:17
**abused** 35:3
**accept** 111:12
**accepted** 93:2
**access** 22:4 48:4
  127:7
**account** 31:15
**accounted** 96:17,22
**accurate** 13:17
  57:19,20 70:16
**achieve** 131:11
**ACKNOWLED...**
  149:2
**ACOG** 5:7 62:9,16
  66:5
**acted** 49:6
**acting** 44:8
**Action** 1:10,13,15
  1:18,20,23 2:2
**activities** 29:3
  31:15 107:21
  108:15
**add** 105:14,17
  139:16
**added** 23:14 26:8
**adding** 24:7

**addition** 55:3 140:6
**adductor** 73:14,16
  74:9 76:9 115:9
  116:18
**adequate** 134:11
  139:14,21 143:12
**advanced** 26:13
  49:19
**advancement** 67:4
  68:2,6
**advantages** 126:19
**adverse** 72:14
  133:3 134:13
  135:3,23
**advocate** 133:18
**affect** 73:23 78:17
**agency** 150:13
**agents** 36:19,20
**ago** 12:10,11 39:22
  85:5
**agree** 13:22 17:24
  20:13,15 22:13,15
  42:14,18,23 50:8
  50:13,17 64:18,21
  64:22 65:19 67:10
  67:11,24 68:21,22
  96:18,20 111:15
  111:20,22 130:24
  132:1 135:18,21
  143:20,23
**agreement** 150:12
**ahead** 10:13 46:15
  56:7 64:20 99:24
  112:20
**al** 1:9,10,12,14,15
  1:17,20,22 2:1
**albeit** 90:4
**Align** 11:7,8,15,16
  47:9
**alleged** 7:21 12:8
**alleging** 61:2
**Allen** 11:24
**allowed** 93:7
**alternative** 67:19
  110:23 112:12
  125:20

**alternatives** 45:2
  56:19 67:18
**American** 4:20
  51:9 65:7 71:14
**amount** 29:14
  46:24 48:7 71:9
  77:10 86:10 90:3
  97:12,15 106:6
  109:8,24 120:14
  147:5
**amounts** 110:14
**AMS** 38:12,17,21
  38:24 44:1,3,9,19
  44:19 45:5,8,16
  47:15 70:24 72:17
  103:21 113:12
  118:7 124:24
  125:2 126:7,13,24
  129:16 133:17
  134:17,18
**analysis** 70:23 78:1
  79:5 89:19 135:8
**anatomic** 123:20
**anatomical** 80:21
**anatomy** 105:5
**and/or** 86:7 141:24
**anesthesia** 132:12
**Angela** 1:9
**Angeles** 30:17
**ani** 78:10 106:16
  107:10 115:10
**answer** 10:7,9 33:9
  41:12 68:21,21
  73:9 77:22 79:15
**answered** 10:14,18
**answers** 10:8 59:2
  83:20 149:7
**anymore** 85:19,19
  86:8
**Apogee** 44:17
**apologize** 9:14
  52:17 62:23 90:17
  143:4
**appear** 101:8
**APPEARANCES**
  3:1

**appears** 6:16 11:22
  102:14
**appreciate** 73:7
**approach** 40:21,23
  43:20 45:1,17
  48:14 55:21 97:7
  97:21 106:21
  108:4 109:9
  125:15,20 126:9
**approved** 111:18
**Approximately**
  58:3
**April** 1:16 2:9
  53:12 54:19 82:14
  151:14
**apt** 128:22
**area** 81:2 106:8
  131:19
**arm** 78:12 83:15
  84:16 85:9
**arms** 76:8,11,16
  79:16 80:8 105:3
  106:1,15,22
**arrangement** 14:24
  15:3,5
**article** 5:15,16
  16:17 59:8 60:7
  61:6,20 62:2
  79:11,14 80:11
  82:17 83:21 85:24
  86:13,23 87:4,9
  88:5,13,15 89:2
  90:21,23 93:1
  95:8,18 96:1,23
  97:5,23 98:2,8
  99:5 101:4,9,15
  108:21 122:17
  150:5
**articles** 16:2 24:15
  51:3 76:18 79:18
  80:2,5,14 81:21
  93:6 98:15 100:1
  108:6 118:22
  123:16
**Ashley** 3:10
**aside** 143:18

**asked** 5:11 16:16
  18:6 19:12 25:6
  58:24 68:12 72:6
  103:12 106:10
  121:17
**asking** 75:3,8 134:7
  136:23
**asks** 15:21 19:17
  25:1
**aspect** 34:16,16
  94:6
**aspects** 127:22,24
**assistant** 13:24
  18:21
**assisted** 49:11
**assisting** 134:17
**associate** 26:17
**associated** 91:14
**associates** 26:3
  30:17
**Association** 29:5,14
  29:17
**assume** 19:3 24:13
  33:8 112:6
**assumptions** 25:5
**Athens** 3:11
**Atlanta** 2:17 25:19
  26:12,20 27:6,18
  28:20 29:23 31:19
  32:4,13,14 37:13
  59:24
**attached** 4:11
  18:14 149:11
**attachment** 108:18
**attachments**
  108:16
**AUGS** 5:7 62:9,16
  65:15 66:3 67:2
  68:14
**AUGS/SUFU** 66:12
**author** 80:6,16
**author's** 98:14
**authority** 79:5
**authors** 72:23 85:2
  85:24 86:5,13
  87:9 90:21 92:24

available 38:13,24
   39:23 45:3 47:8
   54:18,20 56:13
   60:2,3 128:10
   133:14
Avaultas 130:4
avenue 3:5,10
   81:13
avoid 45:3 87:3
aware 43:3 65:15
   128:7 134:18,21

**B**

B 75:15 76:1,3
baby 35:17
back 19:11 23:22
   24:20 36:1 40:9
   51:1 58:23 59:24
   82:20 109:17
   124:22
background 99:12
   110:2
bad 14:17 93:3
   127:13,14
Ball 12:21
Bambi 11:10
banding 109:9
   115:19
Bard 9:24 10:1,17
   10:22 129:22,23
base 117:13 139:6
based 57:22 81:9
   81:10 84:18 86:9
   92:15 106:2,16,18
   107:22,23 108:22
   109:22 123:6
   137:12 139:9
bases 116:12
basically 9:9 16:12
   35:23 41:18 45:11
   51:20 57:22 74:19
   76:24 80:13 90:1
   110:1,3 111:3
   135:6
basics 132:2
basing 124:10

basis 115:14,16
   133:6
bat 41:7
becoming 129:20
beginning 117:6
begins 64:3
behalf 3:3,9 13:4
   23:20 61:21
belief 128:12
   130:20
believe 8:12,21 9:7
   20:3 21:13 22:9
   25:8 36:8 39:13
   43:3 59:18 60:3
   61:5,17,19 65:23
   67:14,15,17 68:5
   70:8 72:2,8,16
   78:5 80:10 83:5
   84:17,23 85:23
   86:6 95:8 105:11
   111:9,17 112:9,22
   113:3,6 117:24
   119:22 122:4
   128:14 129:3,12
   130:21 140:11
   142:3 143:11
   145:17 147:14
believed 85:8,24
benefit 40:12 45:1
   56:18
benefits 47:12
   92:17,18
better 34:4 125:21
Beverly 25:20 26:7
   27:10 29:23 30:23
   32:5,6,11,14,15
beyond 78:5,7
   90:15
bias 13:14 60:23
   61:12,12 96:16,21
big 33:17 134:24
   147:6
billing 18:7
binder 82:3 134:24
binders 16:8
bit 45:22 71:7

121:24
bladder 28:9 46:11
   73:3,23 75:1
   115:14
Blasingame 3:10
bleed 35:1
blind 122:20
BMI 99:6
board 29:16 146:17
   150:6
body 54:14 105:7
   105:18,20,21
   136:20 137:1
Boston 10:23 11:11
   11:24 130:5,9
bottom 57:11 68:17
   75:14 76:7 82:11
   93:19 114:10
   116:2 122:19
   141:11,19
bottom-up 40:21
   40:23 45:17 47:16
   143:3
bounce 40:9
bounce-back 41:6
bowel 73:3,23 75:1
   115:14
branches 123:23
brand 55:11
breadth 105:17
break 58:18,21
   59:19 64:23
   108:12,14 109:15
breakdown 59:8,21
brief 73:7
briefly 73:10
bring 15:22,24 18:6
   19:8,12,17 24:23
   49:9 61:11
Brittany 3:9 7:11
   16:1,8 17:23
broken 59:19 67:1
brought 4:12 8:8
   16:4,7 17:1,5,6,9
   18:15 24:21 51:3
   52:5 111:6

Brown 110:16
Bruce 108:7
btm@bbgbalaw....
   3:12
bulking 36:20
Bulletin 5:7 62:17
Burch 3:10 36:13
   37:1,21 42:10
   48:15,18
business 26:23,24
   27:4,23 30:8 39:1
   39:7

**C**

c 150:1,11 151:1,1
cadaver 49:13,18
   117:15,17 124:15
   124:24 127:4
cadaveric 91:7
cadavers 124:21
calculated 84:11
Caldera 45:21
   47:14 71:7
call 26:10 105:10
   119:1
called 16:3 39:6
   40:6,8,20 126:24
calling 74:14
cannula 116:17
   117:22
capacity 44:9
care 13:12 16:8
   31:16,21 54:1
   65:12,17,18,20
   81:11 106:3
career 125:11
Carey 77:9
Carrie 1:22
case 6:13 10:24
   11:12,19,23 12:7
   12:12 24:21 97:6
   111:23 112:16,22
   150:13,16 151:12
   151:13
case-specific 69:9
cases 1:7 4:13 7:19

8:2,12,16,16 9:4,5
   9:16,23,24 10:1,1
   10:17,22,24 12:1
   12:3 14:4 19:13
   69:16,20 70:18
   142:3
catch 67:12
categories 25:1
category 36:7
caught 27:18
causal 107:5
cause 23:2 31:20
   52:17 54:12,15
   73:3,20 74:24
   77:13 79:16 82:15
   90:3 91:10,17,24
   93:24 105:6 106:5
   107:1 116:23
   121:3,4 122:10
   132:8 140:3,3
caused 9:1 67:17
   83:8 88:16 140:8
causes 73:21 75:14
   76:4 80:10 97:7
   107:20 116:20
   118:20 121:20
   124:9
causing 60:14 80:9
   81:7 89:23 90:24
   108:18 109:7
   119:11,12,12
   137:1
cautioning 55:19
cautiously 96:15
CCR-B-2289 2:24
   150:21 151:20
center 2:17 5:5
   25:19,20,23 26:12
   26:20 27:6,11
   31:3,4 52:22
   53:18 55:17
centers 52:21 58:1
certain 15:22 21:23
   34:21,23,24 92:21
   93:21 98:14
   113:24 127:21

certainly 15:14
50:21 54:23 55:2
78:6 80:18 85:18
91:21 105:22
126:7 131:22
133:15 134:1
certainty 60:13
70:19 81:6 92:11
92:16 98:22,24
Certified 150:8
151:4
certify 149:5 151:5
151:10,11
cetera 16:4,4 47:23
95:19,20
change 18:23,24
39:24 148:4
changed 26:9
changes 128:9
149:10
charge 150:15
charged 14:15,18
14:20
charges 13:16
CHARLESTON
1:2
Charlotte 137:20
chart 4:17 42:5
50:21,22
check 72:11 108:12
chief 27:11
childbirth 33:22
choice 34:15 36:1
Cholhan's 109:5
choose 97:22
Chris 108:7
chronic 42:19
50:15 78:14 79:19
89:10 105:6,6
136:20 137:1,3,8
138:4 141:14,24
142:5,6
circumstance
124:23
circumstances 35:5
cite 74:23 75:20,21

78:20,24 79:11,14
80:2,5 81:21
96:23 99:24 102:9
114:1 121:19
cited 77:13 82:16
110:9 121:18
141:15
citing 102:11
119:17
Civil 1:10,13,15,18
1:20,23 2:2
claim 22:22 89:9,21
claiming 112:17
claims 7:15
clarify 57:5,18 65:6
classification 16:4
52:9,12 62:3
66:22
classifications 62:6
classifies 52:7
classifying 5:3
52:11
CLAYTON 150:3
151:2
clear 38:16 85:3
90:17 102:11
134:10 140:15
145:20
clearance 72:10
cleared 111:8,16
112:3
clearest 83:7
clearly 110:22
Cleveland 3:6
52:22 109:4
Clinic 52:22 109:4
clinical 28:16 31:24
83:7 84:12 106:3
106:17,18 107:23
109:22 110:1
112:12 123:7
129:5
clinically 32:3
119:7,10,20,24
120:23 121:5,7,12
121:21

clinicians 91:23
close 93:21,23
closely 8:11 70:22
72:9
closer 91:8
CLR 2:23 150:21
151:19
CMEs 131:18,20
co-director 26:14
27:5,19
co-directors 27:8
Cobb 105:20
Cochrane 78:20,24
79:1,4 135:7
Coleman 1:9
colleague 30:23
collected 95:18
College 3:10
Collinet 5:16 100:1
100:11,13 101:4
101:15
column 50:7,9 63:6
63:16 96:8
combination 23:11
23:13 24:17
combinations 11:8
combined 9:19
combo 11:12
come 30:16,22
77:18 79:20
140:16
comes 83:9
comfortable 40:3,3
45:18
coming 35:14 77:3
commission 149:20
committee 29:13
committees 29:6,7
communicated
66:3,5
communication
19:18 25:2,9
communications
25:3
companies 34:7
70:22 145:18

company 39:10
48:16 71:3 102:24
103:17,24 113:24
126:13,16 144:13
145:4
comparable 87:1
comparative
110:13 116:11
compared 60:9
97:1 118:9 123:14
125:18
comparing 125:3
comparison 124:16
compensation
13:15 25:4
competency 131:11
competitive 126:14
127:8
competitor 44:20
125:3
complete 19:12
22:12 24:21
completed 37:14
completely 35:17
35:18 73:9
complex 47:22
complication 12:14
12:15,16 13:8
52:8 54:13 67:18
complications 5:4
46:8 50:23,24
51:11 52:9,11,24
53:24 54:2 55:12
62:5 75:14 76:4
76:20 81:7,12
86:19 99:4 101:12
106:4 108:1 109:3
109:4 123:9,10
132:21 133:13
140:7 141:6 142:9
142:12,18,21
components 94:16
94:23
computerized
151:9
concern 39:9 41:1

41:12
concerns 89:16
113:16
concluded 85:2
147:22,23
concluding 86:22
86:23 87:11 88:5
conclusion 60:12
66:16 67:1 86:12
87:11,19
conclusions 60:8
Cone 1:12
confirmed 119:19
confirming 70:16
110:4
conflict 60:18,21
61:13
confusing 93:5
connecting 107:15
107:18
connection 7:13
107:5,12
consider 34:5,6,7
102:24 132:11
considered 28:14
31:10 33:23 54:1
65:20 79:4
consistent 135:6
consult 44:10
consultancy 44:8
consultant 44:11
49:1 72:17 103:21
118:7 125:3
129:20,24 130:11
130:14,15 133:17
134:18
consultants 127:5
138:3
consulting 71:24
contacted 23:19
150:9
contained 22:11
contains 42:14
content 71:24
content-wise
104:12

**CONTENTS** 4:1
**context** 66:19
**contingency** 15:1
**continuation**
    139:24
**continue** 86:7
    89:14
**continued** 37:16
    115:23
**continues** 105:8
**continuing** 61:7
**contract** 15:7 105:4
    150:11,12
**contracted** 122:14
**contraction** 41:20
    73:19,19 78:13
    80:9 105:18 106:4
    107:1,9 108:8
    113:7 115:18,19
    118:21,24 138:5
**contracture** 41:18
**contrary** 97:6
**control** 35:24 36:1
**controversy** 64:4,9
**copy** 6:12 15:13
    17:1,9 82:19
**correct** 7:23 8:2
    13:13 15:11 18:9
    23:1,5 36:9 40:17
    40:20 43:21,22
    59:9,10,14 60:14
    60:20 64:13 66:13
    66:21 69:5 70:6
    70:12 74:23 75:5
    81:23 84:13 85:11
    89:4 91:20 95:6
    99:14 112:4
    113:15 121:13
    132:9,14 133:4
    138:10 146:16
    149:7 151:10
**corrections** 149:9
**correctly** 62:18
    63:11 121:1
**correspondence**
    25:7

**cosmetic** 33:12,14
    33:19,23,24 34:5
    34:6,7 36:6
**Council** 150:6
**counsel** 3:1 5:18
    25:2 151:12,12
**countries** 34:24
**country** 49:9 72:3
**COUNTY** 150:3
    151:2
**couple** 10:4 14:12
    16:2 29:6 49:12
    57:4 63:2 89:16
    97:12,18
**course** 55:10
**court** 1:1 18:1
    150:6,8,10,13
    151:4
**cover** 9:20 32:11
    150:14
**Crawford** 11:9
**create** 116:17
    120:21 137:5
**created** 35:11
**creates** 73:6 78:14
    78:16
**creating** 78:13,13
    115:19,19,19,20
    119:13
**credentialed**
    146:21
**credentialing**
    146:13
**critical** 112:8
    132:19
**critically** 143:13
**criticism** 112:7
    113:3
**criticisms** 112:15
    112:24 113:5
**criticizing** 112:17
**CRR** 2:23 150:21
    151:19
**cultural** 34:23
**cultures** 34:23
**cure** 84:5 86:14,18

    136:10
**curl** 117:10
**curling** 113:8
    122:13 129:1
**current** 25:18
    28:10
**currently** 27:16
    28:2 38:9
**Curriculum** 4:11
    4:12
**customary** 150:16
**cut** 127:11,11,16,19
    128:2,7,8,13,19
    128:19
**CV** 17:11,13 18:12
    18:14 19:3 25:17
    27:17 28:17 62:9
**CVs** 19:9
**cystitis** 28:8

**D**

**D** 1:13 2:6 4:2 6:3
    6:10 149:15 150:1
    150:3
**D.O** 1:13 2:6 4:2
    6:3 70:13 149:15
    150:3
**daily** 107:20
**damage** 76:8,11
    91:11 93:22,24
    123:3,3,3 137:6
    140:5
**dangerous** 122:21
    122:22
**data** 4:22 25:5
    51:16,21 52:18
    53:2 59:1,8,15,24
    63:7 64:15 79:5
    84:9 85:12 95:18
    141:12,13,15,16
    141:20
**database** 95:19
    96:13,14,19
**date** 15:10 18:24
    47:1 53:13 82:11
    111:5,10 149:15

**dated** 5:8 6:19
    62:17
**David** 31:1
**Dawna** 1:17
**day** 13:19 35:16
    122:22 149:19
    151:14
**de** 76:23 95:17
    102:10,12 111:4
    141:12,14,20
**deal** 92:4
**dealing** 107:24
    109:24
**dealt** 45:15
**debilitating** 89:11
**Debodinance** 96:24
    97:23 98:2,7
**December** 18:20
**decent** 104:16
**decide** 126:24
**decided** 39:1,10
    84:10 124:18
    128:17
**decision** 130:22
**decisions** 130:19
**decrease** 132:21
**decreased** 110:14
**dedicated** 67:7
**deemed** 10:5 84:12
**defecation** 107:22
**defect** 74:14 94:7
    118:2
**defective** 9:6
    114:23
**defects** 73:2 116:14
**defendants** 3:3
    5:19 19:24
**defending** 12:13
**deficiency** 45:10
**define** 31:21
**defined** 89:6 115:6
**defining** 94:17
**definitely** 12:5
**definition** 77:21
**deform** 105:5
**deformation**

    116:21,23 118:20
**deforms** 108:17
    122:7
**degradation** 136:7
    136:13,17
**degrade** 68:19
**degrades** 69:3
**degree** 60:13 70:18
    80:7 81:6 92:10
    92:16,19 98:21,23
**delivering** 35:16
**depends** 54:24
**DEPONENT** 149:2
**deposed** 69:19
**deposition** 1:12 2:6
    4:10 6:21 7:5
    9:22 10:3,6,9 13:2
    13:19 15:19 16:17
    18:6 22:7 24:19
    79:13 147:21,23
    150:2,10,11,14
    151:6,8,10
**depositions** 4:14
    7:8 8:2,24 9:8,16
    9:19,20 14:8
    22:11,17 24:2
**derived** 96:16,21
**describe** 57:4 79:19
    82:23
**described** 71:1
    76:14 123:13
    128:21
**describes** 56:11,12
**describing** 41:10
    75:11,16 106:19
    106:24 108:2
**Description** 4:7 5:2
**design** 73:1 112:7
    112:15 114:23
**designated** 8:17
**designed** 118:12
**desire** 119:14
**despite** 115:24
**detail** 70:7
**detailed** 13:21
**details** 134:22

Robert D. Moore, D.O.

detect 118:16
develop 50:14
developed 42:18,23
  47:16 50:18 72:23
  94:21 111:18
development 70:23
  71:11,14 75:17
  103:14 111:2,22
device 28:14 40:1
  70:22 74:17 85:3
  86:1 94:15 103:9
  114:22 116:15
  131:3,8,12,23
  146:15
devices 9:5 44:14
  44:21 48:11 57:13
  58:11 103:5
  113:12 131:1,20
Dietz 121:24
  122:11,17
difference 18:17
  78:1 97:2 113:19
different 19:7
  23:18 29:6,10
  49:18 50:24 51:17
  52:11 57:5 62:8
  71:13,15 72:8,9
  72:19 80:15 85:14
  94:16 99:2,20
  106:20 110:1
  114:19 119:15
  122:5,6 123:16,20
  126:2,3 127:4
  132:16,16 137:24
  143:17,19 145:18
dilate 118:14
dilating 118:12
dimensions 118:8
direct 63:2 124:16
direction 151:9
directions 80:21
directly 81:18
  88:12
director 26:13
disagree 20:13
  68:22 132:18

disagreed 20:16
disclose 61:1
disclosure 61:13,14
  150:7
discount 150:16
discussed 19:14
discussing 84:9
  99:3
discussion 25:15
  53:10 82:9 84:18
  84:23 87:20 89:14
  99:18
discussions 98:20
  144:22,24,24
dissection 110:21
  139:23 140:1
distance 118:5
distribute 103:23
  104:3
distributed 104:14
DISTRICT 1:1,1,6
division 27:12
  30:19
docs 125:23
doctor 6:8,21 15:17
  20:19 21:20 42:1
  50:1 51:5 53:11
  58:23 63:1 66:10
  68:11 81:19 82:18
  99:5 102:9 109:18
  120:4 140:19
doctors 43:3 104:1
  104:4,7,14 131:2
  131:7,14,22
  138:17,21,22
  139:5,7,10 144:18
  145:22
document 1:7 4:18
  5:9,11,14 20:11
  21:18 42:5 53:13
  68:15 147:11
documentation
  25:7
documents 7:7 14:7
  15:22 16:13 19:17
  19:20 21:5,6,17

21:21 22:12,16,17
  22:19,23 23:3
  24:2 102:24 104:6
  110:3 111:1 114:1
  117:24 135:9
  138:1
doing 28:2,4,12
  31:8 40:3,4 47:13
  48:18 81:13 99:1
  123:8 125:14
  132:3
doubt 49:20,22
Dr 6:11 20:5 27:7
  27:15 32:10 96:14
  102:12 120:15
draft 72:13,18
draw 60:7
drive 4:15 17:7,15
  17:20
Dropbox 25:13
Dubai 26:7 29:24
  30:1,7,15
due 66:15 84:17
  124:5
duly 6:4 151:6
duration 133:2,8
  133:21 134:12
duty 140:22
dysfunction 73:4
  73:21 75:1 115:14
  115:21
dyspareunia 76:16
  142:14
dyssynergia 73:22

E
E 63:1 64:1,2 148:1
  150:1 151:1,1
e-mail 119:23
  144:7
e-mails 25:12 103:1
  103:14,24 104:13
Earles 11:9
earlier 30:10 45:16
  59:17 124:2
  141:15

early 23:23 71:5,9
  71:15,15
easily 16:21 93:24
easy 16:18
edema 91:11
education 72:18,20
  123:7 133:24
  139:10 141:5
effect 25:24 40:9
  41:6 42:18,23
  50:14,18
effects 137:4
efficacious 45:13
  56:20
efficacy 39:10 41:1
  46:2,5 63:7 64:14
  87:1 112:12
eight 8:21 9:5,15
either 22:16 23:22
  25:4 47:14 51:24
  99:19 103:11
elective 33:24
electronically
  25:13
Elevate 44:18
eliminate 41:4
Ellis 3:4 150:10
elongated 73:11
  122:8
elongates 122:8
Emory 52:22
employ 151:12
employee 22:8 27:2
  27:3
ends 9:10
entire 22:4
entirety 63:18,22
  63:24
entitled 50:3,8 61:6
  66:10 68:12 76:3
  83:22 93:16
entity 27:22
entrap 105:5
entrapment 78:16
  105:19 138:6
entry 117:2,11

equipoise 84:12
erosion 122:15
erosions 106:7
Errata 149:11
ESQ 3:4,9
essentially 20:21
  76:5
establish 98:15
estimate 14:12
  31:16
et 1:9,10,12,14,15
  1:17,20,22 2:1
  16:4,4 47:23
  95:19,20
ethical 85:2,9
Ethicon 1:3,10,12
  1:15,17,20,22 2:1
  3:3 7:7,16 20:1
  21:6,17 22:8,10
  23:21 44:20 49:2
  49:13 58:14 69:8
  101:22 110:24
  111:21 113:21
  115:23 118:1
  132:6 137:13
  138:11 140:14,19
  140:21 143:16
Ethicon's 22:4
  49:17 83:10 110:3
evaluating 79:6
event 135:3,23
events 133:3
  134:13
evidence 115:24
  118:23 137:8,13
  137:15
evidence-base
  103:4
evidence-based
  102:20 103:1
exacerbates 120:16
exact 47:4,14 56:10
  58:5 87:15,17
  106:23 108:3
  118:10,11
exactly 75:7 107:1

**examination** 4:3
  6:6 118:16
**examine** 69:14
**examined** 6:4 151:6
**example** 9:22 83:7
  103:8
**excess** 83:14 84:15
**excessive** 136:20
  137:1
**exclude** 65:3
**exclusive** 131:1,3,5
**exhibit** 4:7,9,10,11
  4:12,13,15,16,17
  4:18,20,22 5:2,3,5
  5:7,9,11,14,15,16
  5:17,18 6:1,11
  7:14 8:5,8,12,13
  9:10 10:22,22
  15:15,18 17:15,17
  17:18 18:10,10,14
  18:15,16 20:17,20
  24:14,20 41:23
  42:2 49:23 50:2
  51:5,6,16,18,22
  52:2,4,6,14,15
  53:2,6,9 59:1
  62:11,14,20 66:7
  66:10 68:9,12
  69:7 70:5 82:21
  95:22 101:1,5
  120:2,5
**EXHIBITS** 4:6 5:1
**existence** 28:21
**exists** 64:9
**exit** 114:24 124:9
**expanded** 26:6
**expect** 31:8 103:16
  120:20
**experience** 23:6
  81:11 106:3,17,18
  107:24 108:22
  109:1,23 123:7
  124:11,17 131:23
  139:9
**experienced** 88:23
**expert** 8:17,22 11:2

  11:22 12:9 23:20
  61:7 111:24
  136:24
**expertise** 91:22
**experts** 19:19 91:23
  126:20,24
**experts'** 19:22
**expires** 149:20
**explain** 16:9 80:1
**explained** 126:22
**explanation** 79:1,9
**explanted** 57:12,24
  58:2
**exploring** 121:18
**extending** 73:13
  74:8
**extensive** 110:24
**extent** 25:3
**externus** 74:9
**extrusion** 122:15
  135:13 142:13
**extrusions** 106:7
  127:20
**eye** 27:18

**F**

**F** 1:12 2:23 21:5
  150:21 151:1,4,19
**facility** 124:24
**fact** 38:24 40:5
  45:22 46:5 70:11
  84:21 88:22 92:9
  110:17 117:13
  139:17,19 144:17
**factor** 55:3
**factors** 54:24 55:3
**facts** 25:4
**failed** 45:9
**failure** 129:8
**failures** 47:22
**fair** 7:20 22:10
  29:14
**faith** 34:21,22
**familiar** 129:23
  130:9,13
**family** 35:3

**far** 29:5 61:11
  72:20 75:13 76:19
  79:22 99:8,24
  101:6 112:14,18
**fashion** 35:3
**fatal** 132:8
**fault** 134:10
**FDA** 28:5 111:8,16
**February** 82:15
**feedback** 71:16
**feel** 11:5 56:17,18
  140:21
**fellowship** 36:11
  37:6,11,12 43:12
  43:16 49:4
**felt** 44:24 45:18
  47:12
**female** 27:12 65:9
**fibroids** 28:6,7
**fibrosis** 78:13
  93:23 105:19
  118:24 124:6
**field** 144:24
**figured** 26:10
**figuring** 139:11
**file** 1:3 24:21
**files** 25:13,13
**finally** 26:10
**financial** 150:16
**financially** 151:13
**find** 16:16 55:6
  64:1 86:23 116:1
  125:17 135:24
**finding** 141:7
**findings** 86:10 99:3
  109:12
**fine** 18:2 108:19,19
**Finer** 108:7,20,21
  109:1
**finger** 118:16
**finish** 104:19
**Finkley** 2:23
  150:21 151:4,19
**firm** 9:17 11:9
  17:22 21:7,9
  22:19,22 25:10

**first** 6:4 23:19
  30:11 51:21 52:10
  52:13,17 53:24
  57:15 65:14 73:2
  88:16 96:4 101:13
  103:11 111:6
  114:13 115:6
  116:2
**five** 49:9 147:1
**flat** 117:9 118:17
**flatter** 118:14
**Fleetwood** 145:7,13
**floor** 73:21 78:18
  106:22 107:10
  115:12
**Florida** 13:1 52:23
**folding** 116:20,23
  122:13
**folks** 126:5
**follow-up** 101:13
**following** 1:7
  123:24 150:6
**follows** 6:5
**footnote** 105:9,12
**force** 107:19
**foregoing** 149:6
  151:6,10
**foreign** 72:3 105:7
  105:18 136:20
  137:1
**form** 21:24 22:14
  22:23 39:12 42:20
  46:3,14 50:11
  56:6 61:9,13,24
  64:19 65:21 67:20
  68:4 73:8 74:5
  75:10 76:2 80:12
  86:3 87:24 89:12
  89:24 90:11 91:2
  93:5 94:4 97:9
  98:1,17 99:13
  105:13 107:6,16
  112:19 113:2
  114:17 119:21
  121:8 124:13
  126:10 133:22

  135:4 136:8
  138:18,24 140:23
  142:11,23 146:6
  147:13 149:10
**formal** 139:12
**forms** 68:5
**forth** 151:8
**forthcoming**
  103:17 104:9
  133:11
**forthright** 103:17
  104:9 133:11
**found** 80:4 97:2
**foundation** 29:16
  29:18
**four** 32:7 49:8
  57:16,17 88:17
  101:7,13 117:19
  147:1,11
**frame** 47:20 48:1,2
  48:7 49:5,5,21
  115:8 122:10
  124:22
**framework** 14:5
**fray** 120:14 121:4
**fraying** 120:8,11,17
  120:20 121:15,21
  127:18
**frays** 120:9 121:10
**free** 11:5
**French** 100:13
**frequency** 41:17
  133:1,7,20 134:12
  135:2,22 142:14
**frequent** 133:1
**frequently** 5:11
  37:21 68:12
**fresh** 117:15
  124:15
**friction** 121:2
**front** 70:10
**frozen** 124:15
**full** 6:22 63:16 67:6
  84:11 151:10
**function** 33:21
  73:23,24

**functional** 33:20
**fundamentally** 92:2
**further** 13:10
  151:11
**future** 38:15

**G**

**gait** 91:12
**Garrard** 3:10
**Gender** 13:14
**general** 14:11
  19:22 67:24
  111:24 136:23
  147:3
**generally** 135:14
**generated** 120:21
**generically** 54:7
**genital** 31:11
**gentle** 31:9
**Georgia** 2:17 3:11
  150:2,6,8,21
  151:2,4,20
**Georgilakis** 1:14
**getting** 29:9,15
  35:21 41:6 72:10
  74:13 98:19
**Ghana** 29:19
**gist** 13:7 56:10
**give** 18:1,24 23:10
  35:23,24 66:19
  70:17 79:1 89:21
  90:23 98:6 103:8
  103:13 104:18
  134:9 136:24
**given** 8:2,3 9:15
  23:9 24:15 46:24
  85:3 86:24 149:8
  150:16
**gives** 66:22
**giving** 24:7 79:9
  91:16 92:13,15
  99:12
**global** 22:4 65:1,22
  66:22 67:12
**globally** 67:16

**go** 25:22 30:15
  46:14,23 51:1
  56:6 57:11 64:19
  66:16 82:1 83:21
  87:12 91:6 94:21
  96:1,3,12 110:5
  112:14,18,19
  131:18 135:22
  140:14
**goes** 26:2 40:18
  96:23
**going** 10:6 15:17
  16:17,18,22,23
  17:4,14,16 18:5
  18:13 19:10 28:7
  30:11 36:2,23
  40:15 51:4 53:8
  58:21 63:2,17,20
  64:8 66:9,16
  70:17 74:20 75:9
  76:10 78:6,17
  80:22 82:8,19
  85:18,19 87:5
  93:4 94:3,14 96:9
  96:12 104:22
  106:21 114:4,6,16
  117:10 122:10
  125:21 126:16
  127:6 128:3 129:1
  131:2 132:20
  135:22 136:23
  147:3,10,12
**Golkow** 150:8,9,10
  150:12,15
**good** 6:8 45:19
  57:22 58:19 103:2
  103:10 114:14
  125:18
**GOODWIN** 1:5
**grand** 30:9
**green** 77:5 96:9
**groin** 76:4,15 77:1
  77:6,7 78:21
  80:24 81:15 86:10
  88:17 89:10 90:2
  97:13 100:3,5,10

110:4,6,15,18,20
110:21 112:9,11
115:5 142:16
143:9,18
**groins** 45:2
**group** 26:15 29:7
  29:11 78:22 88:24
  125:22
**groups** 76:17 97:3
**growing** 108:5
**guarantee** 140:6
**guess** 23:17 31:10
  46:17 54:17,20
  85:22 105:10
  116:1 144:11
  147:8
**guide** 94:24
**guidelines** 123:24
**Gynecare** 58:8 71:9
  124:1 126:16
  141:1 145:1,5,14
  145:19
**gynecologist** 26:17
  26:18

**H**

**Haddad** 98:8
**half** 13:19
**half-hour** 7:12
**halfway** 100:23
**halt** 39:7
**hand** 15:18 19:9
**handed** 16:1 50:1
**handing** 42:1 62:13
  95:24
**hands** 48:8 132:7
  133:10
**Hankins** 1:17
**happening** 122:9
**harmed** 34:18,20
  35:2
**head** 70:3
**heading** 73:2
**heads** 104:18
**heals** 54:14
**health** 85:4

**held** 126:7
**helical** 123:11
**help** 127:17
**helped** 49:10
**helping** 72:11
**helps** 43:9 53:3
  128:5
**hematoma** 12:16
**hereunto** 151:14
**high** 79:6 84:7
  86:10,18 87:3
**high-risk** 100:3
**higher** 78:22 86:15
  92:19 97:19 100:9
  123:13 127:20
**Hillary** 109:5
**Hills** 25:20 26:7
  27:10 29:23 30:24
  32:5,6,11,14,15
**Hinoul** 5:15 95:8
  96:14 124:1
  137:20
**hit** 147:6
**hold** 92:10,19
  143:14
**holding** 52:14
**hole** 116:16 117:23
**holes** 118:9
**home** 35:16
**honeymoon** 35:12
**hope** 22:8
**hopefully** 41:22
**hospital** 30:19
  37:12 39:4,8
  128:11 146:21
**hospitals** 146:14
**hour** 7:11 14:15
  58:21
**hourly** 15:3
**hours** 7:10 14:10
**hundred** 14:12
  58:3
**hundreds** 107:24
  139:10
**husband** 35:15
**hymen** 34:10,13,19

35:1,10,22
**hymens** 35:4

**I**

**IBS** 71:6
**identification** 6:2
  8:6 15:16 17:19
  18:11 20:18 41:24
  49:24 51:7,19
  52:3 53:7 62:12
  66:8 68:10 82:22
  95:23 101:2 120:3
**identified** 8:22 59:3
  60:5 70:10 109:18
  111:24
**identify** 6:14 17:17
  25:4 29:2 51:4
  53:14 76:18
**IFU** 72:11 123:24
  129:23 130:10,13
  130:24 133:21
  134:6,8,11,15,22
  135:1 137:7,11
  139:3,14 140:21
  141:4 143:11,16
  143:20,24 144:2
**IFUs** 72:14 129:13
  129:22 130:19
  134:19
**immediate** 119:13
  127:18,18
**immediately**
  101:12 129:2
**impact** 83:8 85:3
**impacted** 46:1,5,20
**impacting** 77:8
**implant** 37:8 38:9
  43:14 44:6 85:18
  86:6,8 100:7
  118:15 131:2,7,12
  139:23 140:1
  144:18 145:22
**implantation** 93:22
  94:13 124:5 128:3
**implanted** 9:6 43:7
  43:8 47:1,4 55:20

75:13 76:4 85:17
85:21 88:18 103:5
106:11 111:16
112:1 117:14,14
124:12 129:18
130:1,6
**implanting** 38:5
44:23 81:12 94:8
94:11 103:11
113:12,17 118:6
139:7 142:8
**implants** 9:2
**implies** 95:19
**imply** 102:17,18
**important** 54:11
61:18,20 67:4
68:1 114:2 131:4
**impossible** 139:19
**improved** 67:16
**improvements**
71:16
**improving** 67:7
**inadequate** 144:5
**incidence** 84:7 87:3
96:15
**incident** 96:20
**incision** 38:20
40:15 59:12 67:13
**include** 9:10 16:13
33:20 42:9 43:11
59:20 75:6 134:12
136:1,6
**included** 36:14
58:8 114:4 134:14
134:19 137:10,16
**includes** 42:15
74:17
**including** 31:17
36:17 61:3 62:9
66:23 77:4 89:17
94:22,23 112:11
123:24
**incontinence** 5:7,10
5:13 28:13 32:22
33:1,2,4 36:10
37:23 45:15 62:17

63:10 64:17 65:13
66:12 67:5,8,17
68:3,8,14 71:16
**incontinent** 47:24
**increase** 46:7 97:7
**increased** 36:24
41:17 97:15 109:8
115:5 121:2
122:10,15 123:18
**Increases** 93:17
95:4
**indented** 87:23
88:10 102:17
**independent** 83:9
**index** 16:19
**indexed** 16:20
**indicating** 8:4
63:14 96:6 101:22
**Indication** 51:10
**indications** 52:1
**inevitable** 106:15
**infection** 132:8
**inflammation**
91:11 105:7
**inflammatory**
78:14 137:4,9,10
138:4
**information** 18:6
55:6 60:19 103:3
103:18 104:7,10
131:1,14 132:23
133:10,14 134:2,5
134:9,19 135:12
135:16
**informed** 128:8
130:19,22
**inherent** 132:4
**initial** 49:8 72:7
75:16 76:23,23
86:10
**initially** 24:8 111:3
117:9 134:7
**injectable** 36:19
**injured** 22:23
**injuries** 7:21 9:1
61:3 95:17 112:18

**injury** 115:1
123:14 124:5,5
**Injury/Pain** 93:17
95:4
**innovation** 129:3
**input** 72:10,19
**inserting** 93:20
**inside** 94:21 126:16
**inside-out** 59:12,21
60:5,9 91:9,14
93:16 94:2,14
95:16 97:1,7,13
97:16,20 100:4
101:23 102:7
107:14 126:9
**instance** 92:16
**instances** 106:8
141:14,23
**institutions** 59:4
**instructed** 49:13
**Instructions** 72:1
136:5 138:8
140:17
**insurance** 34:7
**intact** 34:18,24
**intended** 144:13
**intercourse** 107:21
115:13 142:15
**interest** 29:7,11
60:18,22 61:13
**interested** 145:3
151:13
**interesting** 10:15
128:6
**internal** 7:7 14:7
16:13 21:6,21
22:17,18 23:3
102:11,24 103:14
103:24,24 104:6
104:13 110:3
117:24 123:4
135:8,10 137:24
**internally** 126:19
**International** 5:5
25:23 26:3,9 29:5
29:13,17 53:17

55:17
**internus** 74:9
**interpreted** 96:15
**interrupt** 120:7
**InterStim** 103:9,11
103:13
**interstitial** 28:8
**interview** 145:21
**intrinsic** 45:10
**inventor** 76:24
**investigator** 84:9
**investigators** 83:14
92:21
**invited** 30:21
**invoice** 14:22 15:12
15:13
**invoiced** 14:21 18:8
**involve** 12:1
**involved** 11:4 14:4
26:24 29:3,8,12
30:3,4,6 31:16
49:12 60:24 71:20
72:6 88:21 117:18
**involvement** 71:23
**involves** 94:13
**involving** 19:18
61:22
**irrelevant** 62:2
**irritating** 81:17
**Isabel** 2:1
**ISD** 45:10 47:22
**issue** 11:20 12:12
12:13,14 34:23
41:9,10 46:10
50:22 78:6,8
119:19 128:20
142:17 144:6
**issues** 33:4 41:4
99:4 110:5 115:17
119:16 122:16
129:1 138:5
**IUGA** 30:3,6
**IUGA/ICS** 16:3
52:8,12

_____

**J**

**January** 6:19
**Japan** 72:3,8,10
**Jim** 7:9 15:6 17:21
**job** 102:21
**Johnson** 3:3,3
**joined** 28:22
**joining** 124:1
**JOSEPH** 1:5
**journal** 24:8 61:15
61:15,19 77:5
80:14
**journals** 80:14 81:5
81:5 92:19 98:23
**judge** 1:6 10:5
**judgment** 125:13
**Judicial** 150:6
**July** 111:10 112:1

_____

**K**

**K-U-M-A-R** 12:22
**Kaminski** 144:7
**Karram's** 109:2
**Keep** 53:3
**kin** 151:11
**kind** 26:1,8 30:20
33:20,23 35:19
36:2,23 40:10
41:4 47:8 48:6
49:9 52:6 67:12
72:11 76:21 79:5
79:23 87:13 93:19
113:8 114:14
118:13 127:18
139:6
**Kirkpatrick** 1:19
**Kling** 105:20
**Klosterhalfen**
105:20 138:1,2
**knew** 138:22 139:2
**know** 9:19 11:4,7
12:4 16:10,21
20:5 24:10 26:12
31:12,23,24 34:9
36:6 42:3 46:17
50:4 51:2 55:2
56:23 57:21,21

58:5 60:4 61:6,15
61:20 69:16,23
70:1 77:12 83:2
85:20 87:13,15,16
88:11 90:21 93:10
93:11 98:7 99:8
101:6 103:3,3
106:2 109:1,6
111:1 113:19,24
114:5,5 118:7,8
119:4 120:12
126:18 127:22
128:5,15 133:23
133:24 139:6,7,8
139:12,12 140:3
144:17,21,22,23
145:2,4 146:2,12
146:13 147:4
**knowing** 81:14
**knowledge** 139:6
**known** 13:8,11
138:11,17,20
144:22
**Kohli** 20:5
**Kohli's** 20:4
**KOLs** 83:10
**Kumar** 12:21,22

L

**L** 150:1
**L-I-M** 100:1
**lab** 124:24 127:4
**labeled** 4:17 42:6
73:1
**labiaplasty** 33:15
33:22
**labs** 49:13,13,18
**language** 72:13
92:22
**laparoscopic** 5:5
25:19,23 26:21
29:7 48:15 53:18
**laparoscopically**
37:4,6 38:1
**large** 12:16
**laser** 127:11,15,19

128:7,13,19
**lasting** 142:6
**late** 23:22 30:10
**lateral** 124:10
**latest** 78:4
**Latthe** 89:18
**launch** 141:8
**Laurikainen** 89:17
**Laurikainen's** 77:4
**law** 9:16 11:9 17:21
22:19,22
**Laychak** 11:9
**lead** 41:19 90:5
115:4,11 117:8
119:15 122:14
**leading** 79:5
**leads** 123:13
**learn** 36:11,21 37:3
131:18
**learned** 36:13 37:1
37:5 140:20
**learning** 131:23
**left** 53:13 96:9
**leg** 84:7 86:16 87:3
88:14,16,23 89:9
107:4,8 117:3,12
124:10 140:5
141:20,23
**legal** 93:5
**length** 114:24
116:24
**lengthy** 13:21
**let's** 8:15 44:19
58:20 93:14
103:10 109:14
114:9 121:19
126:19 135:1
**letter** 141:8
**Leval** 76:23 102:12
111:4 141:12,14
141:20
**Leval's** 95:17
102:10
**levator** 76:9 78:10
106:16 107:10
115:10

**level** 79:6 86:15
**levels** 139:11
**liability** 1:4 13:12
**lie** 118:14
**life** 107:21
**life-long** 89:10
**light** 85:9
**liked** 40:1,4 45:22
**Lim** 77:9 89:18
100:1
**limited** 46:24
141:23 147:5
**line** 87:13,13
139:24 148:4
**linked** 95:16
**list** 4:13,16 8:1 9:10
13:16 17:2,5
19:12 20:21 21:1
21:11 23:8,10
24:7,16 27:18
42:14 58:7 77:9
80:5 98:3,4
129:11
**listed** 21:13,17
28:16 49:17 50:20
58:14 135:16
143:7
**listing** 50:22
**lists** 50:9
**literature** 7:8 14:7
16:14 23:4,5,7,8,9
23:11,14,14,17
24:3,5,7,10,11
60:22 75:21 76:13
77:4 79:6 84:19
86:9 98:23 99:2
99:21 105:17
106:19 108:2
110:2,7,9 121:19
123:17 131:9
134:23 135:7,19
135:23 138:4
**litigation** 1:5 6:15
61:22 69:8 129:20
129:22 150:17
**little** 45:22 71:6

104:17 121:24
**live** 106:11 124:14
124:19
**lives** 67:7,16
**LLP** 3:4
**locate** 82:2
**location** 73:4,5,12
74:3,6,24 80:19
114:24 115:2
**locations** 29:21
**long** 12:10 23:16
28:20 32:18 48:21
56:21 82:7 93:15
112:12 113:6
147:4
**long-term** 76:20
77:11 100:9 101:5
101:9,16 110:16
116:7 123:19
141:15
**longer** 38:13 56:16
85:2,8 90:5 142:6
**longevity** 90:18
**longus** 73:14
**look** 6:13 7:14 11:5
38:14 42:2 43:9
50:4 55:5 56:9,24
58:24 72:8 76:20
85:4 87:13,14
88:3,9,22 90:14
90:15 92:17 93:17
95:9 96:5 101:3,5
101:6 114:9 120:6
122:1 123:18
125:6,12,17
126:14,20 127:1,5
127:9 135:22
**looked** 8:11 62:8
71:14 80:21 122:5
143:13
**looking** 9:14 25:17
70:7 88:7 93:19
111:5 118:23
136:21 141:18
**looks** 9:13,15 15:24
17:1 53:15 110:22

**Los** 30:17
**lost** 84:12
**lot** 16:22 19:2
23:14 53:3 98:11
104:3 111:18
138:3 143:19
**low** 86:18
**Luckily** 142:15
**lying** 74:12,16
76:16 117:9
118:17

M

**M** 58:9
**M-A-R** 145:10
**M.D** 70:10,11
**machine** 103:1
**Maher** 108:7,19
109:1
**Maimbourg** 3:4 4:4
6:7 8:7 10:21
15:17 17:11,14,23
18:4,12 20:19
21:2,4,5,19,20
22:3,21 25:14,16
39:14 42:1,22
46:9,21 50:1,13
51:13 52:4 53:8
53:11 56:21 57:8
57:9 58:20,23
61:17 62:7,13,22
63:1,14,15,19,23
65:5 66:2,9 68:11
69:19,22 70:1
74:2,11 75:5,7,19
76:1,3 81:8 82:7
82:10,23 86:4
87:7,21 88:3
89:20 90:8,16
91:3 93:7,11 94:7
95:14,24 96:8
97:22 98:5 99:5
99:22 101:3
104:19,21 105:14
107:11,17 108:21
109:14,17 112:23

113:11 114:18
120:4 121:11,16
121:17 124:20
126:11 134:4
135:18 136:9,14
136:16 138:22
139:2 141:10
142:19 143:1
146:11 147:2,15
147:20
**main** 3:5 52:6 53:1
**major** 140:9 142:18
147:9,9
**majority** 33:1
43:16 109:12
**make-up** 55:1
**making** 7:15 40:14
107:5,12
**makings** 57:2
**malpractice** 12:8
**managing** 27:20
**mand** 9:18
**manufactured**
38:17,21 44:1
45:5
**manufacturer**
48:14 103:13
132:1,15 133:3,7
133:15 134:5
**manufacturers**
58:16 61:8 131:15
132:10 146:15
**manuscripts** 24:9
**March** 39:7
**Marcus** 77:9
**Margaret** 1:19
**Marianne** 144:7
**MARIGLIANO**
3:9 10:16 17:9,13
18:2 20:24 21:3
21:15,24 22:14
39:12 42:20 46:3
46:14 50:11 56:6
57:7 58:18 61:9
61:24 62:20 63:12
63:17,21 64:19

65:21 67:20 68:4
69:18,24 73:8
74:5 75:2,6,9,24
76:2 80:12 82:4
86:3 87:5,24
89:12,24 90:11
91:2 93:4,9 94:3
95:12 96:5 97:9
98:1,17 99:13
104:16 105:13
107:6,16 108:20
112:19 113:2
114:16 119:21
121:8,14 124:13
126:10 133:22
135:4 136:8,11
138:18,24 140:23
142:11,23 146:6
146:24 147:12,19
147:21
**mark** 17:4,15 18:13
51:3 53:8 66:9
82:19 98:12 145:8
**marked** 6:1,11 7:14
8:5,7 15:15 17:18
18:10,13,16 20:17
20:19 24:20 41:23
49:23 50:2 51:6
51:18 52:2 53:6
62:11 66:7 68:9
69:6 82:21 95:22
101:1 120:2,4
**market** 48:15,17
56:14 113:13
**marketing** 39:11
**Marquel** 145:7,9
**married** 35:22
**Marty** 119:17,18
120:15,19 121:6,9
**Mary** 1:12
**Master** 1:3
**materials** 72:18
108:10 129:10
**math** 14:17
**Matlock** 31:1
**matter** 128:18

**Matthews** 7:9 15:6
15:12 17:21 23:9
23:20 24:6 25:10
**Matthews'** 21:9
**MAUDE** 95:19
96:13,14,19
**MDL** 1:4,8 19:24
20:1 22:8 69:11
69:12,13
**mean** 10:2 14:13
21:2 31:5,22 32:1
34:21 40:14 42:9
43:13 44:10 46:4
54:7,18 68:22
72:5 76:19 78:2
78:11 79:18 80:1
87:12 97:10 98:19
99:24 102:18
105:16 110:11,21
112:18 116:6,7
120:7 121:17
127:15 128:1
129:15 142:1
144:21
**meaning** 21:6 55:1
56:15 67:3 76:20
84:6 109:23
120:24
**means** 44:5 142:5,6
143:2,3
**meant** 131:5 143:4
**measurements**
117:20,21
**mechanical** 127:11
128:8,13,19
**mechanically** 128:2
**mechanism** 90:19
**mechanisms** 79:17
**medical** 7:15 12:8
16:14 24:2 27:18
28:20 34:12,17
60:22 70:19,22
71:14 75:20 80:7
81:5,6,11 92:10
92:16 93:6 121:19
129:3,14 130:14

131:1,7,8,23
135:23 146:14
**medical/legal** 13:15
130:11,15
**medication** 28:5,6
28:8,9
**medicine** 27:12
29:20 65:9 102:21
103:2,4 131:19
**meeting** 4:21 29:9
51:10 84:10 127:2
**meetings** 32:15
138:1
**member** 62:7
**memo** 5:17 119:18
120:5,7
**memorandums**
104:1
**memos** 103:14
**mentally** 35:2
**mentioned** 51:14
55:13
**Mentor** 9:23 10:1
10:23
**merely** 98:14
**mesh** 4:19 5:4,9 9:2
21:5 40:5,7,7
43:14 44:14 45:1
45:17 50:3,8,9
52:8,9,23 54:11
54:13,14 55:1,2
55:11 57:3,12
58:11 59:18 60:13
61:3,8,22 63:8
64:10,15 65:11,16
66:11,20 68:18
69:8 70:23 73:4,5
73:12,16,18 74:7
74:12,15,17,24
75:13 76:3,7,8,16
78:11,11,12,15
79:16 80:8,17,21
81:1,17 90:2
93:23 94:24 103:6
105:3,4,7,18
106:15,24 108:8

108:15 109:3,4,23
109:24 112:24
113:4,13,17
114:24 115:2,18
116:15,17,21,24
117:1,8 118:9,12
118:14,17 120:10
120:16,21 122:6
122:14 127:11,16
127:19 128:2,4,19
128:22,23,24
135:13 136:6,24
138:4 139:18,20
139:22,24 140:2,7
140:8 142:12
**meshes** 57:24
106:22 108:4
122:6
**message** 86:22,24
87:11 88:5 144:11
**met** 7:8,11 13:11
35:21 140:21
**meta** 89:18 135:8
**metal** 94:23
**Mickey** 109:2
**middle** 43:19
**midurethral** 5:9,12
36:14,17 37:9
38:5,8,15,17
51:11 54:8 63:8
64:16,24 65:11,16
65:19,23 66:1,11
66:20,23 67:3,13
67:22,23 68:1,6
68:13 81:14 123:8
**Miklos** 26:4,10
27:7,15 32:10
55:7,14,18 56:3
**mild** 42:24 50:19
**mind** 57:6 77:17,24
**mine** 82:18 96:9
**Mini** 38:13 48:16
65:3 71:21 112:9
**Mini-Arc** 38:12,20
44:17 48:4,6
**minimally** 117:7,10

minuses 103:19
minute 12:9 16:24
  82:2 85:5
minutes 147:1,11
misinterpret 146:3
missed 36:7 80:11
  101:8 147:9
missing 126:15
misunderstand
  46:13,16
MMK 36:21 37:1
  42:11,11
Moalli 122:5
moderate 42:24
  50:19
modify 41:3,8
Monarc 43:23
  44:17,23 47:11,21
  47:24 48:5 72:7
  97:1 103:22 118:6
  142:8
Monarc's 48:6
month 82:13
months 78:7 83:17
  86:14 89:3 90:15
  142:7
Moore 1:13 2:6 4:2
  4:9,12,13 6:3,10
  6:11 26:4,11 55:7
  55:14,18 56:3
  149:15 150:3
morning 6:8 7:12
motivation 30:15
move 51:2 77:17
  93:14 121:19
movement 30:21
multi-center 59:3
Multicenter 51:12
multiple 9:21 80:20
  97:14 106:19
  108:1 139:18
MUS 68:18
muscle 76:17 78:13
  79:16 81:17
  108:17 117:11
  137:5

muscles 73:14,15
  73:16,23 74:10
  76:4,9,12 78:18
  80:8 90:3 107:20
  109:10,10 110:6
  115:11,20 116:18
  117:3,3
musculature
  107:10
mutilation 31:9,11

N

N.E 2:16
name 6:9 7:19
  11:23 12:19 25:22
  26:2,9 108:6
  145:4,12 151:14
named 10:23,23,24
  151:6
names 26:1,5,8
  53:20 70:1 145:5
nature 32:24 45:22
  76:21
necessarily 34:22
  97:10
need 34:17 65:24
  73:9 130:22 132:2
  132:11
needed 104:8
needing 139:17
needle 116:17
  118:9,11 123:12
  123:22 124:9
needles 74:17 94:24
  112:8,11 115:1
  124:16,18
needs 65:2 67:14
  96:14 133:15
  135:5 140:2
Neeraj 20:4
negative 85:3
  127:22,23
negatives 103:19
  125:19
negativities 125:17
nerve 78:16 81:18

91:8,10 93:17,22
  93:24 95:4 105:19
  123:3,14,23 124:5
  137:5 138:6 140:5
nerves 80:23 89:22
  93:21 105:5
  115:11
neurological 95:16
Neuropathy 91:12
never 49:14 101:23
  102:5 106:11
  124:19 128:8
  146:8
new 35:21 49:11
  54:22 57:1 125:11
  127:6
night 35:1
nine 8:1,12,15 61:2
non-mesh 4:17,19
  42:6,15 43:2 50:3
non-randomized
  96:24
normal 108:15
Northside 37:12
Notary 149:22
note 54:11 105:9
notebook 82:20
noted 18:21 73:18
  120:16,23 139:20
  149:11
notes 151:11
notice 4:10 7:20
  15:18 16:19 18:5
  19:12 24:19 70:14
noticed 18:20
notification 141:9
November 5:8
  23:23 24:4 62:18
number 19:12 25:1
  59:9 62:20 73:1
  100:2 136:11
  137:22
numbers 57:5,19
  57:20,22 58:6
  60:4 62:3 63:4
  135:1,24 136:2

numbness 91:13

O

O 150:1
O.C.G.A 150:11
oath 145:21
OB/GYN 77:6
object 21:24 22:14
  39:12 42:20 46:3
  46:14 50:11 56:6
  61:9,24 63:17
  64:19 65:21 67:20
  68:4 73:8 74:5
  75:9 76:2 80:12
  86:3 87:5,24
  89:12,24 90:11
  91:2 93:4 94:3
  97:9 98:1,17
  99:13 105:13
  107:6,16 112:19
  113:2 114:16
  119:21 121:8
  124:13 126:10
  133:22 135:4
  136:8 138:18,24
  140:23 142:11,23
  146:6 147:12
objection 93:9
  136:10
objections 93:8
objective 21:23
obstruction 142:13
obstructive 41:16
  119:13 122:1,10
obtain 22:4 25:13
Obtryx 11:11,17,18
  11:20 130:7
obturator 55:20
  71:18 73:14 74:9
  76:9 80:23 84:6
  91:8,10 106:16
  115:1,9 116:18
  123:13,23
obviously 146:20
  147:4
occasions 7:9

occur 54:2
occurred 12:17
occurring 37:1
  48:23 101:12
  141:7
occurs 106:15
  137:4
October 23:22
offer 48:12,13
  133:10
offered 128:12
  131:15,17
offering 136:12,16
  136:19
office 20:24 26:7,8
  27:24 30:17 32:12
offices 150:9
official 52:12
officially 66:4
oh 63:23 70:12 82:4
  95:12 116:2
Ohio 3:6
okay 12:12 17:14
  21:19 22:3 47:19
  50:6 51:1 64:5,8
  74:21 82:18 85:7
  88:6 90:20 92:8
  95:13 96:7,7,11
  96:12 101:24
  103:10 104:24
  105:1 111:11
  114:8 125:19
  127:10 134:10
  136:14 147:7,15
  147:20
older 54:18
once 7:9,10 15:12
  38:11 39:6 48:3
one-year 100:15
ones 11:7,8 44:16
  58:7 100:9 117:22
  129:14
open 35:18,18
open-ended 23:12
opening 30:9
operating 146:8

operation 140:9
opinion 13:7,10
  54:21 65:4,24
  68:24 74:4 80:10
  81:6,9,10 90:23
  90:24 94:9 102:2
  109:21,22 112:5
  115:4,15 116:24
  130:20 133:4,6
  136:3,5 137:21
  139:15 141:17
  143:14 147:9
opinions 6:23 7:21
  22:24 70:17 72:24
  91:16 92:10,13,15
  97:6,24 99:1
  107:13 114:14,19
  115:16 129:8
  136:12,17,19,24
  143:19
opportunity 127:8
option 63:9 64:17
  109:19 112:2,6
  113:24 128:18
order 41:8 43:2
organ 51:24 64:11
  64:12
organizations 30:5
  67:6
oriented 32:3
original 77:4 95:17
  114:22 123:12
osteomyelitis 36:24
ought 143:24 144:2
outlined 127:23
outside 69:11 91:9
  94:21 126:17
outside-in 43:20
  59:13,22 60:6
  97:1,8,14,16,21
  123:14 124:16
  125:14
outweigh 56:18
outweighed 44:24
  47:12
outweighing 92:18

overactive 28:9
  46:11
overall 45:14 65:1
  78:21 97:19
overcome 41:8
Owens 137:20
owns 31:4

P

P.C 3:10
p.m 147:23
page 4:3,7 5:2,5
  6:17 7:24 13:15
  43:7,18 53:15
  54:16 57:4,7 59:7
  60:19 63:1,3
  66:16 68:17 70:10
  70:21 73:1 75:15
  78:9 81:19 82:24
  83:5,21 85:6
  86:13,24 88:4,7
  88:15,22 91:4
  93:14,18 95:9,13
  96:2,3,4 98:9
  99:22 100:21,23
  101:6,19 102:10
  104:21 114:9
  115:23 119:1
  122:19 127:10
  129:9 130:17
  137:16,18,23
  138:7 141:11,18
  144:6 148:4
pages 74:19,22
  75:8,12,19 114:3
  149:6
paid 15:1,9
pain 12:17 60:8,14
  73:3,20 75:1
  76:15,15,15,21,22
  77:1,7,10,11,21
  77:24 78:3,6,8,9
  78:16,21 79:16,19
  80:10,18,24 81:15
  81:17,20 83:8,15
  83:16 84:7,15,17

86:10,16 87:3
88:14,17,23 89:10
89:23 90:4,6 91:1
91:12,17,24 93:24
94:6 95:19 97:2,7
97:13,16,20 100:3
100:6,10,15,24
101:6,9,10,14,16
101:17 105:6
106:6,20 107:3,4
107:8,9,14,20
108:5,18 109:8
110:4,15,18,20
115:5,10,10,13,13
115:19 116:7,8
119:11,12 122:17
123:19 137:5
138:5 140:4
141:20 142:14,16
143:9,18
pains 77:6
paper 53:1 77:5
  99:19 100:11,13
  109:2,6 110:16
  121:24 122:11
  147:9
papers 24:8 52:24
  76:13 77:3 89:16
  98:3 99:16,20
  100:8 106:19
  108:2
paragraph 19:17
  63:16 64:3 69:2
  76:5 78:19,19
  84:1,4,22 87:14
  88:12 102:17
  114:10,13 116:2
parentheses 83:16
part 20:20 30:7
  32:1 33:5,17 36:5
  54:14 57:15 61:10
  61:14 79:13 94:9
  94:14,15,19 95:1
  95:7 98:3 103:1,2
  103:4
partially 52:19

particles 120:21
particular 9:21
  16:16 45:23 54:5
  55:1,11 60:15
  62:1 64:24 66:1
  80:16 89:7,8,13
  90:4 94:9,20
  97:17 100:8
  104:11 110:8
  135:22 147:10
particularly 93:18
parties 150:16
  151:12,13
partner 26:16
  27:20 28:24 32:18
  35:16,21 49:8,16
  56:15 57:12 59:4
partners 26:17
  27:7
parts 75:22
party 150:13,16
pass 116:17 134:5
passage 122:20
passed 93:2 112:10
  112:10
passes 91:8
passing 112:8
  123:22 124:9,17
patient 10:19 31:16
  31:20,24 32:3,23
  34:15 42:18,24
  48:10 50:15,18
  52:7,21 80:18
  85:4 86:8 90:5
  104:7 106:11
  124:12,14,19
  132:12,17
patient-specific
  69:10
patients 5:3 9:21
  9:21 10:4 30:11
  31:6 32:1 33:1,3
  33:10 45:9,15
  47:22 52:10,20,23
  55:19 60:4,8 62:3
  65:7 70:2 76:14

80:24 81:12,15
84:8 85:17,20
86:7,11 90:15
100:14 106:4,7,20
107:24 109:5,12
110:20 123:9
133:12,12,16
142:10,16,22
peer-review 93:3
pelvic 1:4 26:13
  27:12 44:13 51:24
  61:3,22 64:10,12
  65:9 70:23 73:21
  78:18 103:6 105:5
  106:22 107:10,19
  108:16 115:12
pelvis 74:1
pending 12:24
people 26:14 34:21
  49:15 103:22
percent 31:18 32:2
  32:23 33:2,24
  34:1 35:6,7 45:14
  47:23 48:8 58:1
  77:1,6,7,10,11
  83:16 88:23
  100:15,19,24
  101:10,15 110:18
  110:19,19 128:24
  135:15 136:2,2
percentage 31:16
  32:4,21
perform 56:16
  124:19
performed 56:17
  83:10
Perigee 44:17
period 43:11 49:3
  89:6 100:7 145:17
periods 90:6
periurethral 36:20
  73:13 74:7
periurethrally
  109:9
permanence 133:2
  133:8,21 134:13

**permanent** 139:22
140:1,4,4,5
**persistent** 77:7
78:7
**personal** 81:9,10
108:22,24 124:11
126:21 128:1
**pertained** 104:6
**pertinent** 7:6 131:8
**phases** 71:13
**phenomenons**
41:20
**phone** 25:11
**physically** 34:18,20
35:2
**physician** 8:19,20
11:21 12:13 13:5
132:24 133:16
144:5 146:20
**physician's** 146:8
**physicians** 26:15
44:6 126:2 130:18
132:23 134:3
141:1,4,8 144:14
145:2
**pick** 135:3
**piece** 128:22
**pieces** 57:16,24
**Piedmont** 2:16,17
**Piet** 95:8 124:1
137:19
**place** 40:6 48:6
90:2 117:5 151:8
**placed** 54:13 68:11
74:16 75:18 94:22
101:4 108:15
**placement** 73:17
75:16 87:2,10
132:20
**plaintiff** 7:15 12:8
12:19 25:3 112:17
**plaintiffs** 3:9 7:22
9:1,2 19:24 22:22
23:21 61:2,7,21
98:6 111:23
**plaintiffs'** 19:19

21:7
**plan** 14:22
**plastic** 40:7
**plating** 105:18
**play** 55:11
**please** 147:18
**pleasure** 35:11,12
**plus** 37:16 58:9
**pluses** 103:19
125:19
**point** 36:15,17,22
39:17 45:3 47:15
48:4 58:19 77:8
104:17 112:21
114:24 117:6,7,11
125:10
**points** 108:18 147:6
**polypropylene** 37:9
65:11,16 68:18
69:3 112:24
113:13,17,20,21
136:24
**population** 32:24
47:24 52:21 90:5
**pore** 41:18
**portion** 23:1 43:13
57:1 105:2,21
**posed** 10:8
**position** 5:9 65:10
65:15 66:10,19
132:19 133:18
**positions** 132:17
**positive** 113:9
**positives** 103:20
**possibilities** 80:3
90:22 91:5,19,22
92:4,14
**possibility** 31:12
**possibly** 91:10
**postoperative**
77:24 78:3 86:16
89:5 90:4 91:1
100:3,5 101:11
115:5,8 116:7
122:1 123:19
**potential** 4:17,18

42:6,15 50:3
60:23 91:24 113:7
133:2,8,21 134:12
**Potts** 9:16 11:9
**power** 36:1
**practice** 5:7 25:18
26:6,18,22 27:24
28:22 29:2,20
33:6,17 34:1,2
49:12 53:21 62:16
102:20 103:12
122:22 131:19
**practitioners** 65:7
**precautions** 72:15
**preceptor** 44:3,12
49:6,10,14,18
71:8 125:2
**preferable** 87:2,10
**preference** 128:1
**preparation** 15:10
**prepare** 7:4
**prepared** 6:14 7:2
20:23,24 21:14
**preparing** 7:13
14:10,19
**present** 29:9 37:15
118:2
**presentations**
72:21,21
**presented** 4:20
51:9,17
**presents** 123:2
**pressure** 108:14
**pretty** 30:2
**prevent** 34:17
118:13 127:17
128:5
**previous** 14:3
79:15 83:20
115:17
**previously** 71:1
89:6
**primarily** 30:5
105:17
**primary** 37:22
47:24 49:10,14

63:9 64:16
**printed** 53:12
54:19
**prior** 58:4 124:1
151:6
**probabilities** 92:5
**probability** 80:7
92:20
**probable** 79:1,9
93:1
**probably** 14:23
18:22 34:11 37:24
39:21 45:14 47:23
48:22 63:3 67:1,3
77:15 78:4 79:4
97:12,18 104:4
117:19 129:6
136:1 137:17
138:20
**problem** 89:2
**problems** 86:16
**procedural** 114:23
**procedure** 12:5
35:23 36:13 37:2
37:23 38:11 40:2
40:4,11 41:3 45:8
46:6,12,18,19,22
48:1,16 54:12
56:19 67:3 91:18
92:18 95:1,16
112:13 119:14
122:2,3 132:20
133:13 144:14
146:10,22
**procedures** 36:10
37:17,19 42:10,10
45:9,13 48:18
56:16 71:17 84:6
86:15,17 87:1
146:14
**process** 23:16 24:1
24:6 61:14,18
79:15 93:3 94:13
**produce** 135:13
**product** 11:5,10
47:7,16 71:6,11

71:13,19,19 77:1
94:8,10,12,13,15
94:18,19,20,23
103:15,19 111:2,3
112:2 125:3,5,8
130:19 131:15
132:20
**production** 22:5
**products** 1:4 11:14
12:6 38:14 39:10
58:12,15,15 61:22
70:24 113:21
125:6,11 126:3,14
127:5,6,7,8,21
129:14,15,17,17
130:2,5 134:20
**professional** 29:3
31:14 72:18,20
133:24 139:10
141:5
**Professor** 102:9
111:4 138:2
**proffered** 19:23
**programs** 72:20
**prohibited** 150:11
**prolapse** 11:13
12:6 33:1,3,9 36:6
44:20 51:24 64:11
64:12 71:17
**Prolift** 58:8,8
**prolonged** 76:15
77:21 78:5
**pronounce** 83:2
**pronounces** 83:1
**pronunciation**
81:24
**properties** 55:10
122:6
**proposition** 67:24
74:23 75:21
**propounded** 149:9
**Prosima** 58:9
**prospective** 96:24
**prototypes** 71:15
71:15
**prove** 90:9,13,24

Robert D. Moore, D.O.

Page 165

**proven** 79:17
**provide** 15:13
  22:23 60:23
  150:10,13
**provided** 21:7
  22:12 25:5 111:1
**Providers** 5:12
  68:13
**providing** 22:20
**provision** 60:22
**proximity** 89:22
**pubic** 36:24
**public** 29:12
  149:22
**publication** 16:3
  80:6 82:11
**published** 65:10,15
  84:5,20 85:10
  109:2 135:10
**publishing** 19:2
  138:3
**pubovaginal** 36:13
  37:8,18 42:10
**pull** 98:12 106:1,15
  128:23
**pulled** 121:3
**pulling** 41:5 106:9
  109:10 120:24
**pulls** 108:17
**purpose** 6:21 60:21
  90:8,12 99:11
  126:8
**purposes** 24:3
  129:20
**Pursuant** 150:5
**put** 14:2,8 23:10
  24:11,16 82:19
  83:15 92:24 97:23
  98:6 111:22
  132:17 133:20
  139:3 141:3
**puts** 93:21
**putting** 23:16 24:5
  50:23 129:2
  143:18

**Q**

**Q-U-E-L** 145:11
**qualities** 55:10
**question** 10:7 18:5
  22:2 23:12,18
  65:14 68:18 69:3
  70:9 74:2 79:22
  90:17 92:7 114:6
  114:20 116:1
  134:16 143:17
  147:4,13
**questions** 5:12 10:7
  10:8,9,13,14,18
  53:4 68:13 104:22
  149:8
**quick** 120:6
**quite** 13:21 19:5
  93:15 135:19
**quotations** 88:2
**quote** 56:9,10
  86:22 87:21,23
  88:4,9,12 95:8,14
  96:2,13,13 97:19
  101:17 102:17,18
  117:22
**quoted** 96:1,10
  100:20 105:22
  114:22 123:21
**quotes** 97:11 98:11
  98:13
**quoting** 87:6,8,16
  97:17 137:19

**R**

**R** 1:5 148:1,1 150:1
  151:1
**R&D** 126:4,5
**radiofrequency**
  28:13
**raised** 95:17
**randomize** 85:9
**range** 135:15
**raped** 35:15
**Rardin** 110:17
**rare** 141:22
**rate** 86:18,18 96:15

  96:20 97:20 100:9
  100:23 110:18
**rates** 78:21 84:5
  86:14 100:15
  127:20 150:16
**reach** 60:12 99:6
**reaction** 78:14
  105:7,19 136:20
  137:2
**reactions** 72:14
  138:4
**read** 19:22 20:3,3,7
  20:10 22:7 63:10
  63:18,21,23 64:8
  68:20,23 80:2
  96:2 114:15 131:8
  134:23 147:16,17
  147:18,19 149:5
**reader** 61:5
**readers** 60:23
  61:20
**reading** 25:17
  85:22 86:2
**ready** 29:8,10
**really** 14:17 31:20
  36:22 53:1 68:24
  71:7 77:1 78:2
  79:21 90:18
  128:18 142:17
**reason** 26:5 34:12
  34:15 49:20,22
  65:6 79:2 120:20
  124:18 148:6,8,10
  148:12,14,16,18
  148:20,22,24
**reasonable** 60:13
  70:18 80:7 92:10
  92:15 98:21
**reasonably** 130:18
**reasoning** 79:21,24
**reasons** 34:14
  78:17 120:1
  126:21 128:21
**recall** 134:22
**receiving** 84:8
**recess** 58:22 109:16

**recognize** 21:21
**recognizing** 65:11
  65:16
**recommend** 87:2
  87:10
**reconstructed**
  35:22
**reconstruction**
  33:21 35:14,21
  65:10
**reconstructive**
  27:12
**record** 16:9,10
  25:14,15 38:16
  51:5 53:10 58:24
  82:2,9 109:18
**records** 7:15 49:17
**recreate** 34:12
**recreated** 34:10
  35:5
**recreating** 35:12
**recruit** 85:19 86:7
**recruited** 84:11
  85:12
**recruitment** 84:2,4
  84:10
**reduced** 151:9
**refer** 80:3
**reference** 16:23
  38:23,24 70:24
  129:10
**referenced** 105:22
  109:6
**references** 16:12
**referral** 150:14
**referred** 83:19
  120:5
**referring** 54:5 59:1
  83:11 100:6,22
  102:8 119:4
  141:12 142:4
**regard** 115:15
**regarding** 5:14
  103:14,22
**regardless** 61:18
**regards** 31:5

**recognize** 78:10 79:19
**region** 78:10 79:19
**registry** 100:14
**regular** 151:12
**regulations** 72:8
  150:6
**regurgitating**
  99:16
**regurgitation**
  98:14
**rejuvenation** 33:21
**relate** 25:4
**RELATES** 1:7
**relating** 19:17
**relation** 121:5
  137:3
**relations** 29:13
**relationship** 80:22
**relative** 50:20,24
**relatively** 16:21
**relayed** 133:15
  134:2
**relaying** 132:23
**release** 38:12
**released** 101:23
  102:5
**relevant** 119:8,10
  119:20,24 120:23
  121:5,7,12,22
**reliance** 4:16 17:2
  20:21 23:8 80:5
  98:4 108:10
  129:10
**relied** 22:18,19
  76:24 113:24
**religion** 34:22
**rely** 130:18 131:22
  147:10
**relying** 21:21 22:21
  137:21 141:17
  145:5
**remainder** 115:12
**remaining** 12:3
**remember** 20:12,14
  104:12 117:5
**remind** 43:9
**removal** 45:24 52:1

Robert D. Moore, D.O.

57:3 128:3
**remove** 139:18,20
**removed** 58:7,11
  58:15 59:4,11
  113:12 140:2,7
**Renee** 2:23 150:21
  151:4,19
**rep** 145:1,5,14,16
**repair** 1:4 64:10
  70:23
**report** 4:9,11 6:12
  6:14,23 7:6,13,17
  7:18,24 8:16
  13:16,21 14:11,19
  15:10 16:12 17:10
  18:14 20:20 24:3
  25:17 27:17 43:7
  43:9 51:14 57:4
  69:6,7 70:6,21
  75:22 77:13 81:19
  81:21 82:24 83:5
  83:13 85:1,23
  86:21,24 87:22
  88:4,15 92:9
  93:15 95:3,10
  97:23 101:19
  102:11 109:2,18
  110:10 120:6,15
  122:19 123:21
  127:10,14 130:17
  132:24 137:16
  140:12 147:5
**reported** 2:23 79:7
  83:16 91:13
  100:14
**reporter** 18:1 150:8
  150:13 151:4
**reporting** 79:2,8
  96:16,21 102:12
  150:6,10,13,13
**reports** 14:3 19:23
  20:8 69:9,10
  79:10 83:15 84:15
  108:2
**represent** 21:15
**representation**

57:3 128:3 (col2 top)
111:13
**representative**
  150:8
**representatives**
  103:16 144:13
**representing** 22:22
  127:2
**reproducibility**
  123:22
**reps** 104:1,4 144:17
  144:22 145:3
**request** 9:16
**requested** 30:16
  69:22,24
**require** 81:5 92:20
  141:2
**required** 80:15
  110:20 140:2
**requirements**
  61:11
**requires** 120:14
**research** 13:24
  27:19,24 28:2,20
  29:1 30:2 31:19
  44:12,13 60:1
  81:13 123:8
**researcher** 92:1
**researchers** 91:23
  92:1
**residency** 36:11
  37:5 43:12,15
**residual** 100:23
  101:10,14,17
**resolved** 78:3
**resolves** 89:3
**respect** 24:13 50:7
  69:11,13 71:18
  77:21 96:18
  116:10 138:10
  142:19
**response** 137:9,10
**responsible** 89:22
  132:22
**rest** 12:5 96:2
**result** 151:13
**resulting** 91:12,12

115:12
**results** 45:19 78:10
  83:9,22,22 84:22
  85:4 86:15 87:20
**retained** 5:18
**retention** 41:15,16
  46:11
**RetroArc** 38:10
  39:22 47:9 142:24
  143:3,5,12,24
**retropubic** 36:15
  36:16 38:18 39:18
  40:24 45:5,7,12
  47:8,13,21 48:3,7
  48:13 49:7 54:8
  58:9 59:12 65:3
  67:13 71:19 81:16
  84:7 87:2,10
  109:8 125:9,9
  135:2,14
**revealed** 91:7
**reversed** 140:8
**review** 22:10 24:10
  24:11 78:20,24
  79:1,4 86:9 95:18
  110:24
**reviewed** 7:6,6,7,8
  123:17 129:13,19
  129:22 137:12
**reviewing** 14:6,7,7
  24:2
**reviews** 135:8
**Richard** 11:10
**right** 8:4 9:11,17
  15:3,22 16:7 17:2
  18:4,8 19:10,14
  21:7 23:2,2,7 24:4
  24:17 25:16 28:5
  28:10 30:6 31:20
  35:8 41:7 42:5,7
  42:12 49:3 50:8,9
  52:16 53:5,18
  54:3,16 55:3,9,13
  56:4 59:5 60:19
  61:16 63:14 64:12
  67:19 69:4 70:19

74:4 76:5 77:20
  78:22 79:13 81:22
  82:6,11,15 83:4
  83:11,17 85:6,13
  86:4,12,19,21
  87:23 88:18,24
  89:3 90:10 92:2
  92:11,14 93:3,12
  95:2,4,7,20 97:3,8
  97:24 99:7,12
  100:12,18,19
  101:17,22 102:2,6
  102:12 106:12
  107:11,17 108:12
  109:14,19 113:14
  115:2,7 116:12,18
  117:15 119:8
  120:10,18,23
  121:16 124:12
  126:11,23 127:13
  127:24 128:1
  129:6 130:20,24
  131:16,20 132:8
  133:9 134:4,6,16
  135:3 136:21
  138:23 139:3
  141:21 144:3,9,14
  146:18 147:17
**right-hand** 63:6,16
**ripped** 35:18
**risk** 13:8,11 36:24
  46:7 92:17 93:17
  95:4 110:4,14
  115:1,5 122:15
  123:3,13,18
  132:21 135:13
**risk/benefits**
  110:22
**risks** 4:17,18 41:17
  42:6,15,17,22
  43:4 44:24 47:12
  50:3,9,14,18,20
  50:24 56:18 92:18
  120:22 123:23
  132:16 133:13
  138:11,16,20

141:3,6
**RITA** 3:4
**rita.maimbourg...**
  3:7
**RMR** 2:23 150:21
  151:19
**Road** 2:16
**Robert** 1:13 2:6 4:2
  4:9 6:3,10 149:15
  150:3
**role** 55:12 63:8
  64:9,15
**roles** 29:4
**roll** 117:10
**room** 146:8
**roping** 41:19 113:9
  121:21 127:18
**routine** 107:20
**RPR** 2:23 150:21
  151:19
**Rules** 150:5
**run** 27:23 28:10
  39:5

**S**

**S** 150:1,1
**safer** 56:19 67:18
  67:19 109:19
  110:23 112:2,6,12
  113:23 115:24
  116:5 128:18
  132:21
**safety** 39:9 41:1
  46:2,5,6,18 63:7
  64:14 104:7
  112:13 113:16
  120:22
**sales** 104:1,3
  144:13,17 145:3
**sample** 84:11
**Sandip** 109:3
**satellite** 26:7,8
**saw** 48:10 142:12
**saying** 58:11 75:2
  80:23 85:15,24
  86:5 87:6,16

93:20 94:1 98:16
99:16 100:21
111:21,21 114:21
121:6,9,11,14
125:17 134:11,14
137:7 140:6,16
141:13 145:21
146:4,5,7
**says** 53:24 54:2,10
55:9 56:8,11
57:11 63:6 65:6
84:1,4,22 85:8
86:17,24 87:4
89:2 96:14 101:11
105:24 106:14
108:14 120:19
123:11 139:24
**scar** 105:3,18
**scarification**
118:20
**scarring** 80:9
118:24 137:4
**scenario** 47:19
**schedule** 19:16,16
**science** 93:3 98:20
**scientific** 10:23
11:11,24 79:15,20
79:23 80:6 83:7
130:5
**Scientific's** 130:10
**scientifically** 98:15
99:17
**scientists** 92:2
**se** 31:7 35:1 36:2
99:8 126:1
**search** 24:11
**second** 10:5 12:21
54:10 84:1 105:24
**secondary** 36:23
73:4 78:10,11
79:19 119:24
**section** 53:23 56:1
83:21 85:5 93:15
93:18 95:3,7
104:20 116:14
118:19 140:12

144:6
**see** 30:21 32:1
38:14 53:12 63:3
63:12 81:15 82:17
87:17 95:13 96:9
102:1 114:9 116:3
125:13 126:14
144:12
**seeing** 84:18 106:4
109:5 123:9 142:9
142:21
**seen** 15:19 22:16,19
41:21 62:14 68:15
**selected** 21:22
**sell** 115:24
**send** 49:15
**sent** 17:22 21:12,17
24:8 25:12 49:15
146:4
**sentence** 53:24 54:6
54:10 63:18,20,22
63:24 65:5 67:2
106:14 108:13
114:13 116:3
124:4
**sentences** 85:13
**separate** 26:23
31:19
**separated** 67:14
**served** 6:12 7:18
**services** 150:10,13
**session** 49:19 126:1
**sessions** 127:4
**set** 74:20 88:10
151:8
**settled** 13:1,2
**seven** 7:18
**severe** 42:24 45:10
50:19 89:10 105:6
141:14,24 142:3
**severity** 133:2,7,20
134:12
**sex** 34:4
**sexual** 33:21 35:11
35:12 73:4,24
75:1 107:21

**shape** 123:12 124:8
**share** 31:6
**Shaw** 110:17
**sheath** 40:7 41:5,11
45:24 94:24 119:2
119:19 120:9,12
120:24 121:2,20
128:4
**Sheet** 149:11
**shelves** 39:3,8
**short** 49:3 66:15
144:6
**short-term** 77:10
86:13 110:15
**shorter** 109:24
118:5
**shorthand** 151:9,11
**show** 9:14 88:16
90:9 96:9 97:12
97:15,19 100:9
110:8 112:16
114:11,22
**showed** 10:13
122:11 127:20
141:13,20
**showing** 78:21 84:5
99:1 110:14,17
**shown** 45:12 90:6
101:14 122:12
142:1
**shows** 90:1
**shrink** 28:7 105:4
**shrinkage** 78:15
106:15
**side** 33:19,23 106:5
106:6,9
**sidewall** 107:20
108:9,9,17 109:10
109:10 115:18,18
**signature** 6:17 8:1
**signed** 70:15
**significance** 99:7,9
**significant** 18:17
29:2 33:5 36:5
90:3 108:18
139:23 140:1

**significantly** 77:8
**similar** 80:8 81:16
84:5 86:14
**single** 22:7 38:20
59:12 67:13
**single-spaced**
87:23 88:10
102:16
**sit** 79:12 114:2
**situation** 10:10
**six** 32:7 57:8 78:3,7
83:16 86:14 90:15
100:6 115:6 142:6
**size** 118:8
**sizes** 41:19
**skeleton** 14:5
**skip** 99:24
**slide** 72:21
**sling** 11:4,6,10,11
11:12,13 12:4,14
12:17 36:14,19
37:8,19 38:8,13
38:17,21 40:1,5
40:13 41:7 42:10
45:5,7,20,21,23
47:11,22 48:7,11
48:14,16 51:11
53:23 54:1,6,8
55:20,24 56:12,24
60:9 66:1 67:22
67:23 71:21 73:12
81:16 89:22 107:4
107:14 110:5
112:9 113:9,20
118:15 125:9,9,18
130:4,10 134:20
142:8,20 143:3
144:3
**slings** 5:10,12
11:15 12:2 36:14
36:16,17 37:9
38:6,15 41:18
43:6,14,20 44:20
45:12 47:14 48:3
48:19 49:9 51:23
51:24 58:10 59:5

59:9,21 61:3 63:8
64:16,24,24 65:3
65:3,11,17,19,23
66:11,21,23 67:3
67:13,14,15 68:1
68:6,13 79:20
81:14 106:21,23
108:4 109:7,23
110:1 113:13
117:14,15 123:8
139:7
**slowly** 48:23
**small** 43:13 71:8
**smaller** 109:23
128:22
**Smith** 1:22
**social** 34:14
**societies** 62:8
**Society** 4:21 51:9
65:8,8
**somebody** 21:22
**somewhat** 14:5
**sooner** 111:22
**sorry** 13:14 23:23
57:7 62:21,22
93:8 96:3 131:6
138:15
**sort** 14:8 24:9
29:10 32:9 41:20
72:12,22 94:1
115:20 122:13
**sound** 9:17
**Sounds** 10:15
**source** 131:1,5
**sources** 131:14
**SOUTHERN** 1:1
**spanned** 36:12
**Sparc** 38:11,16
40:2,12,18 113:20
122:2,3 125:8
142:20 143:2,2
**spasms** 73:22
115:13
**speaker** 44:11
**speaking** 19:2 93:8
**spearheaded** 30:21

Robert D. Moore, D.O.

special 29:7,11
specific 80:19 81:1
   144:21
specifically 7:24
   20:23 43:6 51:23
   59:18 71:12 73:11
   73:15 74:8,16
   78:12 79:23 88:11
   94:22 104:15
   108:8 110:11,16
   120:11 132:19
   134:21,22
specifics 75:13
specify 65:2
specimen 124:15
specimens 117:15
   117:17
speculating 93:12
spend 14:10 147:11
sphincter 45:10
spontaneously 89:3
stack 19:10
standard 13:11
   54:1,9 65:12,17
   65:18,20
start 24:1,6 70:6
   76:22
started 16:1 28:23
   45:4 47:9 77:3
   145:19
starting 30:1 72:24
state 6:8 64:22
   68:23 70:21 79:23
   80:17 84:15 86:13
   87:9 115:23
   132:24 150:2
   151:2,4
stated 6:23 45:16
   67:12
statement 5:9
   55:19 56:10,11,22
   64:22 65:2,10,16
   65:23 66:11,13,20
   67:11 76:11 86:2
   89:9 100:2 105:11
   105:24 123:5,6,11

124:8 136:6 145:6
statements 63:2
   91:3 99:10 102:10
   104:23
states 1:1 56:13
   86:20 95:15
   146:18
stating 80:16
   119:23
statistical 99:7,9
statistics 79:3,8,10
stays 122:8
step 14:6,6
steps 114:23
sterile 132:2
stick 8:15 19:10
   53:5
stiffer 45:22 127:17
stop 39:11 40:24
   44:23 76:10 84:10
stopped 47:13 48:5
   83:14 84:14 90:14
stopping 58:19
   104:17
story 22:11,13
straight 15:3
stress 5:10,12
   32:22 36:10 37:23
   63:9 64:17 65:13
   66:11 67:5 68:2
   68:13
stretch 40:8 45:23
   120:14 121:4,10
   122:5 128:3
stretches 122:7
stretching 113:8
   120:13 121:1,21
   127:17 129:1
strike 23:17 46:23
   54:9 135:20
   143:16
stringent 61:12
studies 79:6 80:20
   84:5 85:10 90:7
   91:7 92:23 97:15
   97:19 100:2 107:3

110:2,7,8,8,12
114:11,21 115:22
116:11 123:20
135:9,10 137:24
study 5:3 51:12
52:6 57:23 59:3
59:22 60:15 83:9
84:14 88:20,21
89:7,8,13,20 90:1
90:9,13,14 97:1
97:11,17 99:12
101:5 122:4 124:2
studying 61:23
sub-analysis 4:22
51:21 53:2
subclassified 65:24
submitted 20:4,8
subscribed 149:18
151:14
subsection 74:22
75:3,20
subsequent 12:17
75:17 76:13,21
138:5
subset 75:15
substance 149:10
substantial 63:7
64:14
suburethral 105:2
suffer 108:4 109:11
suffered 142:16
SUFU 65:15 67:2
68:15
suggested 100:2
suggesting 119:18
120:9
SUI 4:17,19 32:22
36:6 42:6,15 43:2
48:11 50:3 65:20
suing 61:8
Suite 2:16 3:5,11
sum 144:11
summaries 87:19
summarize 94:1
summary 114:14
127:13

summer 30:12,13
Sunset 25:20 27:10
supervision 151:10
support 63:8 64:15
67:6 76:11 89:9
89:21 97:24 100:1
104:23 106:1
118:21 123:4,15
supporting 99:2,18
99:19
supports 29:18
105:11
suppose 42:11
supposed 88:12
102:10
sure 16:11 18:19,23
22:1 28:23 58:10
58:20 76:19 77:19
79:21 81:23 82:16
82:17 108:11
111:14 112:14
116:6 125:24
134:7 136:1
surgeon 102:22
132:2,16
surgeon's 133:9
surgeons 30:22
56:14 132:7,11
surgeries 4:19 31:6
33:14 50:4,10
139:18
surgery 4:17 25:20
26:13 27:11,13
28:7 31:2,4,9,10
31:11,17 32:20
33:12,20 34:5,7,8
36:4,9 42:6,15
43:2 101:12 132:3
132:13
surgical 34:1 48:11
51:10 63:9 64:16
65:12 71:6 132:17
surgically 33:4
surrounding 78:15
105:4
surveys 139:5,13

susceptible 91:11
suspicion 95:15
suture 40:6 122:3
128:4
swell 136:15
Swint 2:1
sworn 6:4 149:18
151:7
symptoms 41:17
46:11 119:13
122:2,11
syndrome 108:8
syndromes 81:20
83:8 106:20,24
107:1,9 108:3
synthetic 52:9 63:8
64:10,15
system 1:4 52:12
Systems 71:14

---

**T**

T 3:9 148:1 151:1,1
T-E-O 81:22 83:1
tab 137:22
table 101:14,14
take 6:13 16:24
17:24 23:16 36:2
38:14 42:2 50:4
56:9,24 58:18,20
59:11,18 76:20
82:8 87:13,14,18
88:3 90:13 95:9
108:14 109:14
120:6 125:6,12
126:20 127:9
taken 22:8 40:7
58:22 104:13
109:16 123:17
151:8,8,11
takes 29:8 36:5
talk 46:17,18 77:17
84:24 89:15 90:22
90:22 91:4 98:8
99:23 103:10
108:7 116:15
119:1 122:17

123:18 126:8
127:11 139:19
144:7
**talked** 18:7,21 36:6
51:22 59:17 71:8
89:17 115:17,22
116:11 124:2
129:17
**talking** 9:5 23:2,3
32:9 46:22,22
51:23 64:11 65:1
66:20 78:20 81:20
83:6 88:20 90:16
90:18,18 91:19,21
94:5,10,10,12
95:13 99:15 101:7
102:4 107:8,8
109:4 120:11,12
120:13 123:21
124:4 138:7
139:11
**talks** 91:4 109:7
139:17
**tape** 36:16,19 40:12
56:12 84:8 87:2
87:10 90:2 91:7
109:23 120:13
121:1,2,3,10
123:8
**teaching** 44:5
**Teague** 8:19 10:24
11:6,10
**technique** 41:8
74:13 91:9,15
93:16,20 94:2,8
94:11,17,19 95:3
101:23 102:6,7
123:12,14 132:3
**Technologies** 150:8
150:9,10,12,15
**technology** 40:2
41:11 119:2,19
120:9,13 121:20
**tell** 18:16 31:15
32:21 71:12 77:23
87:3,7,8 103:22

104:2,5,5 126:20
132:2,7,10,15
136:9
**temporary** 42:19
50:15
**tendency** 73:3,6
74:24
**tension** 41:14
119:13 120:16
129:2
**tension-free** 36:16
36:18
**tensioned** 45:24
**tensioning** 40:6,12
41:7,13 46:10
122:3 128:4
**Teo** 5:14 81:22
82:24 83:3,4,6,11
88:5,21
**Teresa** 1:14
**term** 32:8 33:20
77:22 92:11 100:5
**terms** 9:8 13:14
18:12 19:11 24:5
24:19 27:10 32:20
36:9 57:3 60:18
69:6 71:11 72:14
72:24 88:14 91:5
113:23 122:21
129:8
**tested** 71:15
**testified** 6:5 11:19
12:7 19:13 61:2
**testify** 8:24 9:4
151:7
**testifying** 11:2 13:4
61:21
**testimony** 9:9 17:5
137:19
**thank** 18:2 21:4
**Thanks** 21:19
**theoretically** 81:4
**theories** 99:19,20
**thigh** 76:15 88:17
97:2
**thing** 14:8 24:9

27:17 29:11 72:4
72:12,22 73:2
87:15 122:13
128:6 139:16
**things** 16:1 21:23
24:11,17 29:10,15
33:19,23 46:12
106:24 127:9
128:7 130:21
140:13 143:19
**think** 9:18 10:5
12:20 17:8 18:18
18:19 19:6 20:3
20:15 23:22 28:9
30:9,10 39:6,7
43:6 45:21 46:19
47:7 49:4 54:22
59:2 62:1,8 65:2
66:24 72:3 77:5
78:2 80:13 83:1
83:19 86:5 91:16
92:11 93:19 99:17
100:14,17 103:2
104:3,4 105:16
106:10 118:19
119:7,12 121:23
126:1,5,12,13,18
127:3,15,16,21
128:20 130:6
133:9 135:5
136:12 137:8,17
137:22 139:16
146:24 147:2
**third** 10:6 106:14
**thought** 18:22 46:9
104:12 127:16
**thousand** 43:8
**three** 16:5 29:20
51:3 52:21 58:1
59:3 69:9 89:3
117:19
**three-hour** 13:19
**thrown** 35:2
**thumb** 4:15 17:6,15
17:20
**tight** 41:7

**tightened** 34:4
**time** 10:13 12:4
19:23 31:18 32:2
35:23 36:5,15,18
36:22 39:17 45:3
45:20 46:24 47:15
47:20 48:1,2,4,7,9
49:3,4,5,6,20 51:1
51:17 63:20 66:15
68:19 69:3 73:18
77:8 103:12 111:6
112:21 114:7
115:8 119:14
122:9 124:22
125:10 140:13
145:18 147:3,5
151:8
**times** 34:9 61:2
81:21 86:22
122:24 146:1
**tip** 94:24 118:12
**tissue** 116:16
117:23 123:3
128:24
**tissues** 73:13 74:7
78:15 105:3
**title** 27:11 95:2
**titled** 4:18 5:9,11
95:5
**today** 6:22 8:8
15:19 16:18 18:15
24:14 39:15 51:4
52:18 54:16,21
56:14 116:11
135:1
**today's** 15:9
**told** 74:3 118:22
145:20,21
**tomorrow** 48:10
**top** 42:7 53:13 70:3
78:9 91:4 141:11
141:19
**top-down** 40:21
45:19 143:2
**torn** 35:18
**TOT** 12:1,4 55:24

56:24 59:12,12,21
60:9 65:3 67:13
67:15 74:8 75:17
78:22
**totally** 21:23
**touch** 131:20
**track** 77:2
**tract** 106:23 118:14
**train** 144:13
**trained** 37:7 144:18
145:22 146:5
**training** 29:10
37:14 43:14,17
49:19 81:11 123:7
125:1 126:1 127:6
129:9 131:15
132:5 134:1 139:9
140:20,20 141:1,2
144:5 145:2 146:5
**transcript** 147:16
147:17 151:10
**transcription** 149:7
151:9
**transient** 86:17
141:22 142:2
**transitory** 137:9
**transmitted** 108:16
**transobturator**
11:14,15 43:20
45:1 56:12 73:12
84:8 106:21,21,23
107:3,4,13 108:4
109:7
**transverse** 76:8
**trauma** 33:22
123:4
**traumatized** 35:17
**travel** 32:9
**treat** 28:6,13 33:9
36:9 37:23
**treated** 33:4
**treater** 11:1
**treating** 8:18,19
11:21 65:20 123:9
**treatment** 32:21
48:11 51:11 63:9

64:16 65:12 67:4
68:2,7 100:4
**treatments** 133:11
**trial** 5:14 9:8 28:3,6
28:12 57:24 70:17
82:24 83:5,6,14
86:8 142:1
**trials** 28:1,4,10,16
31:24 44:12,13
72:7,9 76:23,23
81:13 110:13
129:5
**tried** 147:5
**trocars** 122:20
**true** 20:21 25:20
27:20 39:18 47:17
58:12,13,16 62:9
69:1 70:11 84:16
91:1 112:7 151:10
**truth** 98:16,21
151:7,7,7
**try** 28:6 102:23
118:13
**trying** 121:3 126:2
**Tucker** 3:4 150:10
**TV** 35:7
**TVT** 12:14 36:18
39:17 40:22,24
45:6,20 47:8,14
49:7,9 53:23 54:1
54:6 58:9 71:10
117:14 122:2,6
125:9 128:9,12
135:1,14 146:10
146:11
**TVT-O** 20:11 58:9
73:15 74:9,17
75:18 79:20 80:22
83:8,15 84:15
85:3,9 86:1,15
88:16,24 91:17
92:18 93:16,21
95:3 97:1,20
102:7 105:3,24
106:11,15 109:19
110:13,18,20,22

112:6 113:4
114:22 117:15
123:22 124:19
126:9,17 128:18
129:9 130:13
137:1 138:10
139:14 143:16,20
144:14,18 146:9
146:11
**TVT-Os** 80:24 86:8
145:22
**TVT-Secur** 58:9
**Twenty** 34:1
**twice** 116:16
**two** 7:9,10 9:20
16:7 18:17 19:9
37:24 39:22 48:23
49:18 52:17 58:2
74:19,22 75:8,12
75:19 84:6 85:13
86:14,17 99:24
107:5,15,18
**Tyco** 71:5,6
**type** 10:9 41:16
45:13,17 54:6
55:2,11 59:9 66:1
67:23 73:17 78:2
78:8 80:9 81:12
81:13,16 92:22
108:3 110:1
115:10 122:1,11
124:17 132:11
133:24 134:19
137:3
**typed** 21:2
**types** 62:4 92:22
108:1 123:10
**typically** 31:24
32:11,23 45:8
**typo** 100:20

**U**

**U** 150:1
**U.S** 1:6 71:6
**Uh-huh** 42:4 57:14
84:3 88:8 138:13

144:8
**ultimately** 14:8
35:20 41:19 46:6
46:7 73:19 78:17
103:4 109:11
115:20 117:8
119:15 137:5
**uncertainty** 65:6
**undergoing** 133:14
**underlying** 54:15
**underneath** 55:24
**understand** 6:23
15:21 22:1 66:24
74:12 107:12
116:6 127:3
133:12
**understanding**
6:22 21:16 25:18
41:12 46:10 47:10
77:23 111:20
**undue** 106:6
**unethical** 86:1,6
**unevenly** 106:1,9
**unfair** 85:22 86:2
**unique** 72:4
**United** 1:1 146:18
**University** 52:22
**unnecessary** 123:2
**unreasonably**
122:21,22
**up-regulation**
115:11
**updated** 4:13 8:3
18:20,22 19:3
54:22 55:6
**urethra** 45:11
117:9 118:18
**urgency** 41:17
142:13
**urinary** 5:7,10,13
28:13 32:22 36:10
37:23 41:16 62:17
63:10 64:17 65:13
66:12 67:5,8,16
68:2,7,14 119:12
122:1 142:13,13

**Urodynamics** 65:9
**Urogenital** 65:9
**Urogynecologic**
65:8
**urogynecologist**
26:19 102:21
**urogynecology**
4:21 5:6 25:19
26:3,4,11,14,21
27:6 29:5,14,17
30:19 32:24 51:9
53:18 55:7 91:23
**use** 13:24 32:8
38:15 39:17 72:1
80:3,4 85:2 86:1
91:20 100:5 107:2
116:5 122:21,23
122:24 125:8,21
136:6 138:8
140:17
**user** 124:9
**usual** 150:15
**usually** 87:22
**utilize** 56:14 92:22
104:8,8 125:12,13
**utilized** 45:20,21
48:8 129:16
144:23
**utilizing** 38:10,12
47:21,21 48:3,5
52:8 91:22

**V**

**v** 1:9,12,15,17,19
1:22 2:1
**vagina** 34:3 35:18
40:15,19 73:24
105:5
**vaginal** 36:16,19
64:10 76:15
115:13
**vaginally** 35:15
**value** 85:13,16
**varied** 135:19
**variety** 135:24
136:2

**various** 9:2 79:17
104:22 109:24
110:14 123:23
139:11
**Vasavada** 109:3
**vascular** 123:3
**verbiage** 80:15
81:4 87:15 89:15
92:21 93:5,6
98:22
**verified** 79:14
**version** 8:4 54:18
56:23 128:11,11
**versus** 11:24 12:21
32:5 40:21 59:22
60:5 77:23 92:17
97:13,16,20 98:23
109:8 110:13,18
128:7,11
**view** 21:23
**views** 99:3
**VIRGINIA** 1:1
**virtual** 17:16
**virtue** 33:8
**virtues** 126:8
**visit** 101:13
**visiting** 30:22
**vitae** 4:11,12
**vogue** 36:23

**W**

**wait** 12:9 104:17
**waive** 147:16
**walked** 146:9
**Waltregny** 142:2
**want** 16:9 31:19
41:13 51:2 58:10
64:1 76:19 98:12
104:18 105:14
107:12 116:5
135:2 140:15
145:4
**wanted** 18:18 19:8
32:2 35:22 42:11
55:5 57:5,18 72:7
72:10 77:20 82:16

125:10,11 126:14
126:18
**wanting** 126:22
**wants** 34:3
**warn** 129:8 133:7
140:22
**warned** 133:1
140:15
**warning** 140:16
**warnings** 72:14
141:11 143:15,23
**wash** 132:7
**wasn't** 10:12 18:23
40:2 46:21 80:17
90:18 125:5,24
142:2,17 146:4
**wave** 1:8 10:5,6,16
69:16
**way** 9:6 17:16 71:4
74:20 88:10 94:22
110:5 117:12
151:13
**ways** 134:5
**we'll** 41:22 51:1
77:12,15 104:19
147:19
**we're** 6:24 9:5
16:17 17:4,14
23:2,3 26:23 28:4
28:12 32:6 54:7
58:23 64:11 78:20
81:20 88:15 92:17
98:19 99:23
109:17 147:20
**we've** 8:3 18:7
19:13 26:1,6,8
28:4 36:6 41:20
54:22 57:22 58:2
58:21 59:19 88:20
102:4 115:22
123:17,17 128:21
129:17
**website** 5:5 54:16
54:19,23 55:5,14
55:17 56:1,2,22
57:1,1

**websites** 53:16
55:18
**wedding** 35:1
**week** 7:9,10 32:6
37:24
**weeks** 12:11 14:23
32:7 78:3,4
100:12 101:7,13
101:18 115:6
**weigh** 110:21
**Weisberg** 5:17
119:18 120:5,16
120:19 121:6,9
**Weisberg's** 119:17
**went** 14:6 45:6
47:13,15 61:19
100:11 107:14
111:2 141:1 146:7
**weren't** 134:7
**WEST** 1:1
**WHEREOF**
151:14
**width** 116:16 118:9
118:10,11
**willing** 15:13
**wing** 94:24
**withdraw** 114:6
**witness** 4:2 8:17
10:18 11:2 17:20
22:1,15 23:20
39:13 42:21 46:4
46:16 50:12 51:8
51:20 56:8 61:10
62:1 64:21 65:22
67:21 68:5 73:10
74:6 75:11 80:13
82:6 88:1 89:13
90:1,12 93:10
94:5 96:7 97:10
98:2,18 99:14
107:7 112:21
113:3 119:22
121:9 124:14
133:23 135:5
138:19 139:1
140:24 142:12,24

146:7 147:14
151:6,14
**woman** 35:13 41:14
**woman's** 34:16
**women** 5:7 31:9
33:9 34:23 62:17
63:10 64:17 67:7
67:16 68:3,7
69:14 77:8 85:9
85:12 88:17,21,23
107:2,13 108:3
109:11
**wondering** 82:1
141:16
**word** 80:3,4 87:18
91:20 93:1 116:5
**words** 23:9 25:23
35:24 74:11 80:8
87:17 114:19
118:8 122:24
**work** 13:15 26:20
29:8,15,18 31:2,5
45:11 71:5,7,8,9
105:21,21 130:10
130:14 145:1
**worked** 70:22 71:3
72:20 129:24
144:23 145:18
**working** 30:18,20
103:23
**works** 26:24 105:19
**worse** 60:8
**worth** 46:23
**wouldn't** 40:8
41:13 49:14,22
80:18 98:18
122:23,23 126:12
**writes** 99:18
**writing** 24:3 92:6
**written** 10:7,11,12
10:13 14:3 15:7
69:7,9
**wrong** 47:19 62:23
100:16 143:1

**X**

**Y**

**yeah** 14:14 23:5
31:22 58:20 64:2
91:6 100:19 108:7
122:24 126:6
145:17
**year** 30:11 36:12
57:2 58:3 77:6
78:7 100:10 125:7
**years** 26:2 30:5,18
35:19 37:16,19
39:22 40:10 48:24
57:17,17,23 58:2
67:5 123:8 125:7
129:16
**Yik** 77:9 89:18
**young** 49:11

**Z**

**0**

**1**

**1** 1:8 4:9 6:1,11
7:14 8:12 10:22
11:5 35:7 68:17
69:7,16 70:5 73:1
110:19 112:1
135:15 136:2
**1,000** 14:15
**1:00** 147:23
**10** 4:20 48:8 51:5,6
51:22 52:18 53:1
53:2 75:15 76:8
**10.B** 150:5
**101** 5:16
**11** 4:22 51:16,18
52:18 53:2,2 78:9
**1100** 3:5
**12** 5:3 52:2,4,6,14
52:15,19 53:1,4
59:1 62:8 78:4
81:19 82:24 83:5
86:24 100:11
101:7,13,17 115:6
**12-week** 100:6

**120** 5:17 58:3
**1205** 96:2,3,4
**127** 88:21
**12th** 53:12 54:19
**13** 5:5 53:6,9 88:15
93:14
**1351** 83:21,23
**1354** 88:22
**1355** 86:13 91:4
**14** 5:7 62:11,14,23
62:24 93:18
**15** 1:16 2:9,17 4:10
5:9 37:16 62:22
66:7,10 95:9,13
98:9
**1560** 2:16
**15th** 151:14
**16** 5:11 19:17 68:9
68:12 77:6 98:9
99:23
**17** 4:15 5:14 82:21
99:23 100:23
**18** 4:11,12 5:15
95:22 101:19
102:10 104:21
**19** 5:16 101:1,5
104:21
**1994** 36:12
**1st** 111:10

**2**

**2** 4:10 15:15,18
24:20 59:7 105:9
**2.5** 135:15
**2.7** 100:16,18,19,24
101:10,15
**2:12-cv-00258** 1:23
**2:12-cv-00261** 1:13
**2:12-cv-00369** 1:18
**2:12-cv-00746** 1:21
**2:12-cv-00786** 2:2
**2:12-cv-00829** 1:16
**2:12-cv-01267** 1:11
**2:12-MD-02327** 1:4
**20** 4:16 5:17 33:24
120:2,5 137:23

Robert D. Moore, D.O.

149:19
**200** 1:8 14:13,14
    58:5
**200,000** 14:18
**2000** 36:12 37:14
**2001** 28:23 32:19
    49:5
**2002** 49:5,20 58:4
**2003** 43:18 47:11
**2004** 111:7
**2005/'6** 124:22
**2007** 77:5
**2008** 43:19 47:11
**2009** 111:9,19
**2010** 57:13 58:4,4
    111:10 112:1
**2011** 57:17,23
    82:12
**2013** 9:9 57:23
**2014** 4:21 9:13
    23:23,23 51:10
**2015** 5:8 18:20
    23:24 24:1 57:18
    62:18 138:7,12,17
    139:14
**2016** 1:16 2:9 6:19
    30:13 53:12
    151:14
**216** 3:6
**21st** 6:19
**22** 114:9 115:23
**23** 116:2
**2327** 1:4
**24** 77:10 93:14
**25** 110:19 119:1
**26** 77:1 122:19
**26.4** 83:16 88:23
**27** 127:10
**28** 127:10
**29** 130:17

_____
### 3
**3** 4:11 10:16 18:10
    18:14 66:16
    100:15 101:14,14
**30** 10:2,14 136:2

137:16
**300** 58:2
**30601** 3:11
**31** 25:1
**31st** 39:7
**32** 138:7 141:11,11
    141:19
**320** 3:11
**33** 137:23 141:11
    141:12,19
**354-4000** 3:12
**3575** 2:16
**373** 59:4
**39** 144:6

_____
### 4
**4** 4:12 18:10,16
    43:8 77:11
**4.7** 100:16
**40** 34:11 88:4,7
**41** 4:17
**42** 6:17 7:24 13:15
**440** 3:10
**44113** 3:6
**48** 129:9
**49** 4:19

_____
### 5
**5** 4:13 8:5,8,13 9:10
    10:22 11:5 19:12
    43:18 45:14 47:23
    48:8 77:7
**50** 67:5
**500** 57:13,16,24
**51** 4:21,23
**52** 5:4
**53** 5:6
**592-5000** 3:6
**5th** 5:8 62:18

_____
### 6
**6** 4:4,9,15 5:18
    17:15,17,18 57:4
**60** 33:2
**62** 5:8
**66** 5:10
**68** 5:13

_____
### 7
**7** 4:16 20:17,20
    24:14
**700** 57:12
**706** 3:12
**713** 101:7
**74** 63:1 64:1,2
**75** 32:2 33:2 58:1

_____
### 8
**8** 4:14,17 41:23
    42:2 70:21
**80** 31:18 32:23
**82** 5:14
**85** 128:24

_____
### 9
**9** 4:18 49:23 50:2
    73:1 110:17
**9-11-28** 150:11
**9:42** 2:10
**95** 5:15
**950** 3:5
**985** 100:14
**99** 35:6