## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 5 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF HARRY JOHNSON, M.D. FOR WAVE 5

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion filed against Harry Johnson for Ethicon Waves 3 and 4, Dkts. 3273 and 3650 (motions), 3274 and 3661 (memorandums in support). Plaintiffs respectfully request that the Court exclude Harry Johnson's testimony, for the reasons expressed in the Waves 3 and 4 briefing. This notice applies to the following Wave 5 cases identified in Exhibit A attached hereto.

Dated: August 15, 2017              Respectfully submitted,

/s/ D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail: rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

1

# EXHIBIT A

| Patterson, Elizabeth | 2:12-cv-06081 |
| --- | --- |
| Bybel, Celeste | 2:12-cv-07495 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        /s/ D. Renee Baggett_____
                                        D. RENEE BAGGETT
                                        Aylstock, Witkin, Kreis and Overholtz, PLC
                                        17 E. Main Street, Suite 200
                                        Pensacola, FL 32563
                                        850-202-1010
                                        850-916-7449
                                        Rbaggett@awkolaw.com