**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR       Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                MDL 2327
LITIGATION

--------------------------------------------------------
ETHICON WAVE 5 CASES LISTED IN
EXHIBIT A                          JOSEPH R. GOODWIN U.S. DISTRICT
                                              JUDGE

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF**
**THOMAS C. WRIGHT, M.D. FOR WAVE 5**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion filed against Thomas C. Wright for Ethicon Wave 1, Dkt. 1986 (motion), 1988

(memorandum in support).  Plaintiffs respectfully request that the Court exclude Thomas C.

Wright's testimony, for the reasons expressed in the Wave 1 briefing.  This notice applies to the

following Wave 5 cases identified in Exhibit A attached hereto.

Dated: August 15, 2017             Respectfully submitted,

                                      /s/  Bryan F. Aylstock
                                      Bryan F. Aylstock, Esq.
                                      Renee Baggett, Esq.
                                      Aylstock, Witkin, Kreis and Overholtz, PLC
                                      17 East Main Street, Suite 200
                                      Pensacola, Florida  32563
                                      (850) 202-1010
                                      (850) 916-7449 (fax)
                                      E-mail:  rbaggett@awkolaw.com

                                      /s/ Thomas P. Cartmell
                                      THOMAS P. CARTMELL
                                      Wagstaff & Cartmell LLP
                                      4740 Grand Avenue, Suite 300
                                      Kansas City, MO 64112
                                      816-701-1102
                                      Fax 816-531-2372
                                      tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Murray, Sharon | 2:12-cv-07705 |
| Jarrell, Kimberly | 2:12-cv-07422 |
| Bybel, Celeste | 2:12-cv-07495 |
| Bell, Tammy | 2:12-cv-06474 |
| Clowe, Paula Carole | 2:12-cv-06893 |
| Dynes, Donna | 2:12-cv-06104 |
| Clowe, Paula Carole | 2:12-cv-06893 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2017, I electronically filed the foregoing document

with the Clerk of the court using CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.


/s/ Bryan F. Aylstock
Bryan F. Aylstock
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com