# EXHIBIT A

# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Teresa & Giuseppe Sciumbata | 2:12-cv-07037 |