# EXHIBIT D

Robert Shull, M.D.

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

Master File No. 2:12-MD-02327
MDL 2327

JOSEPH R. GOODWIN
U.S. DISTRICT JUDGE

------------------------------------------§
IN RE:  ETHICON, INC. PELVIC              §
REPAIR SYSTEM PRODUCTS                    §
LIABILITY LITIGATION                      §
                                          §
------------------------------------------§
                                          §
Ana Ruebel v. Ethicon, Inc. et al.       §
Civil Case No. 2:12cv00663               §
                                          §
Harriet Beach v. Ethicon, Inc. et al.    §
Civil Case No. 2:12cv00476               §
                                          §
Carol Jean Dimock v. Ethicon, Inc. et al. §
Civil Case No. 2:12cv00401               §
                                          §
------------------------------------------§

- - -

MARCH 10, 2016

- - -

     Video deposition of Robert Shull, M.D.,
held at Beck Redden, LLP, 515 Congress,
Suite 1900, Austin, Texas 78701, commencing
at 9:54 a.m., digitally recorded at the date
and time aforesaid and transcribed by
Danielle Coleman, Court Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Robert Shull, M.D.

## Page 2

1  APPEARANCES:
2  Counsel for the Plaintiff:
3     DOUGLAS B. CANNON, ESQUIRE
   Fabian VanCott, P.A.
4     215 South State Street, Suite 1200
   Salt Lake City, Utah 84111
5     (801) 323-2227
   dcannon@fabianvancott
6
   Counsel for Ethicon, Inc., and Johnson & Johnson:
7
   TRACY J. VAN STEENBURGH, ESQUIRE
8     Nilan Johnson Lewis, P.A.
   120 South 6th Street
9     Minneapolis, Minnesota 55402
   (612) 305-7521
10     tvan@nilanjohnson.com
11  Also present:
12     PETER ZIERLIEN, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24

## Page 3

1             - - -
         I N D E X
2             - - -
  Testimony of:  ROBERT SHULL, M.D.      PAGE
3
   DIRECT EXAMINATION BY MS. VAN STEENBURGH.....4
4             - - -
5          E X H I B I T S
6  DEPOSITION                PAGE
7  EXHIBIT NO. 1    NOTICE OF TAKING DEPOSITION    5
8  (Retained by Ms. Van Steenburgh)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

## Page 4

1       THE VIDEOGRAPHER:  We are now on the record.
2  My name is Peter Zierlien.  I'm a videographer for
3  Golkow Technologies.  Today's date is March 10th,
4  2016.  The time is 9:54 a.m.  This video deposition
5  is being held in Austin, Texas, in the matter of
6  Carol Jean Dimock versus Ethicon, Inc., for the
7  United states District Court, Southern District of
8  West Virginia at Charleston.  The deponent is
9  Dr. Robert Shull.
10       Will counsel please identify yourselves for
11  the record?
12       MR. CANNON:  Doug Cannon appearing on behalf
13  of the plaintiff.
14       MS. VAN STEENBURGH:  Tracy Van Steenburgh on
15  behalf of the defendants.
16       THE VIDEOGRAPHER:  Will you raise your right
17  hand, sir?  Do you swear or affirm that the
18  testimony you give here today will be the truth,
19  the whole truth, and nothing but the truth?
20       THE WITNESS:  I do.
21       ROBERT SHULL, called as a witness by the
22  Defendants, having been first duly sworn, testified as
23  follows:
24

## Page 5

1         DIRECT EXAMINATION
2  BY MS. VAN STEENBURGH:
3    Q.  Good morning, Dr. Shull.
4    A.  Good morning.
5    Q.  We met off the record, but I'll introduce
6  myself again.  I'm Tracy Van Steenburgh and I represent
7  the defendants in a lawsuit brought by Carol Jean
8  Dimock, and we are here today to ask you some questions
9  about your expert opinion relative to Ms. Dimock's case.
10  You've had your deposition taken before, I take it?
11    A.  Yes, I have.
12    Q.  I will not go through all of the rigmarole in
13  terms of what we're going to be doing and the logistics
14  of it, then.  The only thing that I do like to say is I
15  fancy myself as being somewhat articulate, but if I am
16  not and you don't understand a question that I've asked,
17  please ask me to rephrase it, ask it in a different
18  way; otherwise, I'll just assume you understood the
19  question when you answer it.  Fair enough?
20    A.  Yes.
21    (Exhibit No. 1 was marked for identification.)
22    Q.  All right.  Doctor, I'm showing you what's
23  been marked as Deposition Exhibit 1.  I'll represent to
24  you that that is a notice of taking deposition in

Robert Shull, M.D.

Page 6

1  connection with the Dimock case along with a couple of
2  other cases you're going to sit for today, and as part
3  of the notice of taking deposition, you were asked to
4  some bring some materials with me -- with you.  Did you
5  bring some today?
6      A.  Yes, I did.
7      Q.  Okay.  And what did you bring with you as
8  materials?
9      A.  I have a current copy of my curriculum vitae.
10     Q.  Okay.
11     A.  I have the notice that you have referred to
12  previously.
13     Q.  Thank you.
14     A.  I have the schedule of time I've spent in
15  preparation and the billing for the preparation.  I
16  have the records, which are adjacent in a file box
17  which you can see at the end of the table.  I have
18  the case-specific opinion from Dr. Shoemaker and the
19  medical evaluation when Dr. Shoemaker examined
20  Mrs. Dimock, and I have a chronology of records
21  relating to her care, which was provided to me by
22  Mr. Cannon's law firm to summarize the chronology of
23  events.  I have a copy of the office visit Ms. Dimock
24  made when she saw me on the 25th of November, 2015.

Page 7

1      Q.  With respect to the medical records that you
2  brought with you today, I noticed that some of them were
3  tabbed.  Was there a rhyme or reason for the tabs that
4  you attached to the medical --
5      A.  Only because the volume of records was so
6  great that it is impossible to get back to something
7  meaningful without having some type of a marker.
8      Q.  With respect to the chronology that was
9  provided to you by Mr. Cannon's office, if you wouldn't
10  mind letting me take a look at that real quick.
11     A.  (Witness complies.)
12     Q.  Thank you.  And it looks like this is a
13  chronology that has a date, the name of the provider,
14  the occurrence or treatment, and then a reference to
15  certain Bates numbers.  This was prepared by counsel and
16  provided to you; is that right?
17     A.  Yes.
18     Q.  All right.  And the -- some of the entries are
19  highlighted in yellow.  Was that done before you got the
20  chronology?
21     A.  You know, it's possible some of them were.
22  They are also notes of mine in when I was reading them,
23  so I highlighted some things and have some handwritten
24  notes in the margins.

Page 8

1      Q.  And that's what I was going to ask, there was
2  some handwritten notes here, and I take it those are
3  your handwritten notes, correct?
4      A.  Yes.
5      Q.  All right.  And then with respect to you had
6  mentioned that you had made some notes at or about the
7  time that you visited with and examined Ms. Dimock, and
8  that is contained in a transcribed set of progress
9  notes; is that right?
10     A.  It is, and that has my own markings, because I
11  highlighted and excerpted from that for the final
12  report.  I didn't include everything that I had dictated
13  and I wanted to highlight the areas I wanted to include.
14     Q.  Okay.  And just so I am clear, you examined
15  Ms. Dimock in Texas?
16     A.  Yes.
17     Q.  All right.
18     A.  She came to my office in November of 2015.
19     Q.  And your -- and you followed your normal
20  procedure, which was to conduct an examination and do a
21  dictation of your -- the history and the findings at or
22  about that same time?
23     A.  On the same day.
24     Q.  On the same day.  Okay.  And then those are

Page 9

1  transcribed by somebody else and put into a final
2  report?
3      A.  Yes.  They are dictated and another person
4  transcribes them and then I validate them.
5      Q.  Okay.  In addition to the chronology and your
6  notes, I also note there are some documents in the
7  notebook that look like there maybe is an operative
8  report, and that contains some of the notes that you --
9      A.  Yes.
10     Q.  -- had as well?
11     A.  Yes.
12     Q.  Is that right?
13     A.  Yes.
14     Q.  And that appears to be the operative report
15  from the date of implant by Dr. Housel; is that right?
16     A.  I think there are several operative reports --
17     Q.  Okay.
18     A.  -- because she's had several procedures.
19     Q.  All right.  And you prepared an expert report
20  in connection with Ms. Dimock's case, correct?
21     A.  Yes, I did.
22     Q.  All right.  And what is the date of that
23  report, if you don't mind, if you know?
24     A.  It would be -- I don't know the exact date.

3 (Pages 6 to 9)

Robert Shull, M.D.

Page 10

1    It would be the last week of January of 2016, and it's
2    possible that I -- that Mr. Cannon's office has the
3    date which it was received. It was prior to February
4    the 1st, and it would have been one of those last few
5    days of January, 25th or 6th possibly. I don't remember
6    that for certain.
7        Q.  And I don't know if this may help you, you
8    gave me a copy of your billing statement, and it looks
9    like you had prepared a draft and that you may have had
10   a final call with Mr. Cannon on or about the 26th of
11   January?
12       A.  That's correct.
13       Q.  So using that as the date, when were you first
14   asked to get involved in connection with the claims by
15   Ms. Dimock?
16       A.  I believe the first correspondence I had with
17   Mr. Cannon's office was in the fall of 2015. I don't
18   remember the exact month. I don't have that letter with
19   me.
20       Q.  Okay. And that was a direct contact from
21   Mr. Cannon's office to you, or is it through somebody
22   else?
23       A.  It was through his paralegal originally.
24       Q.  Okay.

Page 11

1        A.  And then he and I corresponded. I emailed him
2    and/or called him to get information to decide if this
3    was something that fell into an area I had an interest
4    in and knowledge enough to be of assistance.
5        Q.  And what kinds of -- I mean, did you ask him
6    for materials in order to review it to assess that?
7        A.  No. I asked him mainly about the patient
8    herself, what the possible concerns are, and what were
9    his expectations. Did he simply want me to review the
10   record and contact him? Did he want me to write a
11   case-specific report, simply to see her in consultation?
12   I wasn't clear in the beginning what he was asking me to
13   do.
14       Q.  Okay. And I noticed in some of the materials
15   that you brought with you there are some handwritten
16   notes. I'll strike that. It looks like these are from
17   something else.
18           What was it that Mr. Cannon asked you to do in
19   connection with the Dimock case?
20       A.  Eventually, what he asked me to do, would I
21   see her for a medical evaluation, would I evaluate her
22   prior records, her current exam, and be willing to write
23   a case-specific report about her, I guess, fact sheet
24   would be the right word. I'm not sure I saw it at the

Page 12

1    time, what was contained in the fact sheet about her
2    injuries associated with the product that had been
3    implanted in her.
4        Q.  And prior to that, you and Mr. Cannon had
5    talked about her case, and that was so that you could
6    assess whether this was something within your area of
7    expertise?
8        A.  Yes. And to find out what he actually
9    expected someone to do, because I -- did it fit in a
10   calendar that I could do it? Was it something I was
11   knowledgeable about?
12       Q.  And what was the nature of the scope of the
13   engagement, besides seeing her for evaluation,
14   evaluating her records; more specifically, were you
15   asked to provide some kind of opinion as to whether
16   there was a cause-and-effect relationship between the
17   implant and her injuries?
18       A.  Yes.
19       Q.  Okay. Now, were you asked as part of the
20   scope of your engagement to determine whether -- well,
21   let me strike that.
22           In your review, Ms. Dimock received a Prolift
23   device as part of her procedure that Dr. Housel
24   performed back in 2008, correct?

Page 13

1        A.  That's accurate.
2        Q.  And Dr. Housel also implanted something called
3    a TVTO vaginal sling, correct?
4        A.  Yes.
5        Q.  All right. Were you asked to provide an
6    opinion as to whether the Prolift device caused the
7    injuries that Ms. Dimock claims she now suffers?
8        A.  I was.
9        Q.  Okay. Were you asked to provide an opinion as
10   to whether the TVTO device caused any of the injuries
11   that Ms. Dimock claims she has suffered?
12       A.  He asked if I was interested in that. I told
13   him I was not likely to be prepared to do that on the
14   TVT.
15       Q.  All right. And why is that?
16       A.  Because, one, we have a long record of
17   knowledge about TVT. We are reasonably familiar with
18   its success, with the side effects, and potential
19   complications. It's accepted as a method of treatment
20   for urinary incontinence. I, in fact -- I don't use a
21   TVTO. I do use a retropubic TVT, so I feel as if I'm
22   knowledgeable about that.
23           Prolift has a much shorter history with less
24   objective information about its indications,

Robert Shull, M.D.

## Page 14

1    complications, and potential problems, and the truth is
2    that some of her physical findings could only be related
3    to the Prolift because of the areas in the vaginal canal
4    where the exposure is identified.
5        Q.  So just so that we are clear, you are not here
6    today and have not prepared any report or are prepared
7    to give an opinion as to whether the TVTO in any way
8    caused any injury to Ms. Dimock; is that right?
9        A.  That's accurate.
10       Q.  Okay.  Did you look at the records relative to
11   the implantation of the TVTO and her subsequent medical
12   treatment?
13       A.  Yes, I did.
14       Q.  Okay.  And do you believe that the TVTO was
15   effective for her stress urinary incontinence?
16       A.  To the best of my knowledge, it was helpful
17   for her stress urinary incontinence.  She still had
18   urinary complaints.  Probably not stress incontinence
19   but symptoms compatible with urgency incontinence or
20   overactive bladder.
21       Q.  Okay.  And urinary incontinence and overactive
22   bladder are usually not treated with a device such as a
23   TVTO; is that correct?
24       A.  That wouldn't be a standard method of therapy

## Page 15

1    for those complaints.
2        Q.   Okay.  And are you here today to provide any
3    opinions relative to any urinary incontinence issues
4    that Ms. Dimock might be currently experiencing?
5        A.  Well, if you ask me questions about her
6    symptoms, if I can answer them appropriately, I will.
7        Q.  Okay.  And the question, I guess, more
8    specifically is have you been asked to provide any
9    opinions relative to whether Prolift has caused any of
10   the issues that Ms. Dimock currently experiences with
11   urinary incontinence?
12       A.  Not with her current complaints.  When I
13   looked at the records, there were some concerns possibly
14   related to urethral obstruction associated with the
15   Prolift and Dr. Norton's preoperative and intraoperative
16   notes indicate some of that, so I feel comfortable
17   answering questions about that if you ask about them.
18       Q.  Okay.  And with respect to Dr. Norton's
19   findings in her notes, there was never any finding of
20   any kind of urethral obstruction with Ms. Dimock; is
21   that right?
22       A.  There was no objective evidence that she could
23   not empty her bladder effectively, for example.
24       Q.  Okay.  There are references in her record to

## Page 16

1    some experience with urinary retention.  Do you remember
2    seeing that?
3        A.  Yes.  What I don't remember, and maybe you
4    have that, but I don't remember seeing it, the
5    documentation of a continued what are called postvoid
6    residual volumes, elevated postvoid residual volumes.
7    There may be something.  I don't recall that off the top
8    of my head.
9        Q.  Okay.  Well, the reason I ask is there are
10   some references in there to some of the medications that
11   she was taking that one of the side effects is urinary
12   retention.  I don't recall if you saw that or not?
13       A.  Yes.
14       Q.  Okay.
15       A.  She was taking some antispasmodics, and some
16   antispasmodics relax the bladder, and one of the
17   potential side effects is it may either take longer to
18   void or you may have incomplete voiding.
19       Q.  Okay.  Doctor, your report that you prepared
20   in connection with Ms. Dimock's case is based in part on
21   your review of her medical records, correct?
22       A.  Yes.
23       Q.  And is it also based in part on your medical
24   examination of Ms. Dimock?

## Page 17

1        A.  Yes.
2        Q.  And then it's also based in part on your
3    clinical experience?
4        A.  Yes.
5        Q.  And also your review of the literature?
6        A.  Yes.
7        Q.  Okay.  Did you review Ms. Dimock's medical
8    records prior to performing a medical examination of
9    Ms. Dimock?
10       A.  I had access to some of her records that had
11   been given to me in advance, not the entire record, and
12   even if I had received all of those records, it would
13   have been impossible to review them before I saw her.
14   And then I spoke to her directly before examining her
15   about her own knowledge of the history of her
16   obstetrical history, surgical history, and her current
17   complaints.
18       Q.  And I guess more specifically, when you said
19   you had received some records, do you recall, did you in
20   fact review some of her medical records prior to meeting
21   with her?
22       A.  I cannot tell you for certain which ones, but
23   I believe that I had access to her operative note from
24   2008 and to at least some, if not all, of her explant

5 (Pages 14 to 17)

Robert Shull, M.D.

## Page 18

1    procedures following that.
2         Q.   Okay.  And those would have been procedures
3    primarily performed by Dr. Norton?
4         A.   Yes.
5         Q.   Okay.
6         A.   Normally, I would like to have those when
7    someone is being seen for evaluation after having had
8    prior surgery.  It's helpful to see the operative notes
9    because in general they are more informative than the
10   history is.
11        Q.   With respect to the medical records, how did
12   you decide which medical records to reference in your
13   report?
14        A.   What I wanted to do was understand something
15   about her history before she had surgical management in
16   Utah.  So there were some things in her record that I
17   could see, but that came in part from simply
18   interviewing her about her past surgical history when
19   she was living in California.  And then in the remainder
20   of the records what happened now is when you, for
21   example, request a record or someone sends me a record,
22   it would be an exhaustive copying of every conceivable
23   thing, including in-hospital stays, a lot of nursing
24   documentation, which is appropriate for nurses to know

## Page 19

1    about.  It isn't necessarily something that would be
2    helpful in understanding the details of how the patient
3    feels or about the surgical procedure.  So what I've
4    tried to do is find the parts of the record that
5    actually involve a face-to-face encounter with one of
6    the health-care providers, either in the outpatient
7    clinic or in the operating room or the recovery period,
8    as opposed to documentation for all of the other things.
9         Also with electronic medical records, many things
10   are repeated over and over and over again.  I'm sure
11   you've seen that, so once you've read that particular
12   entry one time, it normally isn't necessary to read it
13   on every other time that it's repeated in the medical
14   record.
15        Q.   Now, your report includes a summary of certain
16   medical records and also includes a -- your summary of
17   your examination of Ms. Dimock, correct?
18        A.   That's accurate.
19        Q.   All right.  So let's talk a little bit about
20   the format.  I'd like to talk about the examination and
21   when she came down to meet with you.
22        A.   Yes.
23        Q.   That was in November of 2015, correct?
24        A.   November the 25th, 2015.

## Page 20

1         Q.   Okay.  And where did the examination take
2    place?
3         A.   In my office in Temple, Texas.
4         Q.   Okay.  And was anyone else present?
5         A.   No, not with her.  She came by herself, and I
6    inquired when she came if I were free to share her
7    information with Mr. Cannon, and she gave me permission
8    to do that.  He wasn't there, but she was comfortable
9    letting me either copy him the records or -- I can't
10   remember if I spoke to him, quite honestly, but he had
11   access to the information in the record.
12        Q.   Prior to the examination, did you talk with
13   any of Ms. Dimock's physicians?
14        A.   No.  And I haven't since.
15        Q.   Okay.
16        A.   I haven't spoken to anyone else about it.
17        Q.   And the same question as to any of her family
18   members?
19        A.   I haven't met anyone.  I think she is single
20   and she has one child whom I've never met and never
21   spoken to.
22        Q.   All right.  How long did the examination take?
23        A.   Her visit, I would say it was probably 45
24   minutes to an hour from the time I saw her, interviewed

## Page 21

1    her, examined her, then she would get dressed and come
2    back to my office, and we sat down to discuss her
3    history, the physical exam, answer her questions, and I
4    tried to give her as much information as I had about
5    what I thought I saw and felt and what some options for
6    her would be regarding management of her pain complaints
7    primarily.
8         Q.   And the recommendations or what you thought
9    about how to manage her pain complaints, are those
10   contained in your report?
11        A.   Yes, they are.  And they're --
12        Q.   Was there anything else you shared with her
13   that is not in your report with respect to
14   recommendations on treatment?
15        A.   No.  And my expert report has a condensed
16   version of my entire outpatient recording, but the
17   entire outpatient encounter is in the records that I
18   have here.
19        Q.   And just so that I am clear, the examination
20   you said was 45 minutes to an hour, and then after-
21   wards she came to your office and spent more time --
22        A.   That was --
23        Q.   -- or the whole --
24        A.   -- the entire visit.

6  (Pages 18 to 21)

Robert Shull, M.D.

Page 22

1    Q.  The entire visit --
2    A.  Yes.
3    Q.  -- was between 45 minutes and an hour?
4    A.  Right.
5    Q.  Okay.  And with respect to the history that
6  you took from Ms. Dimock, did that occur at the
7  beginning, before the physical examination, or
8  afterwards?
9    A.  It's before.
10   Q.  Okay.
11   A.  So normally, what I would do is introduce
12 myself to someone, particularly someone I've never met
13 previously, discuss the history in as much detail as
14 possible.  Then after I've obtained the history, then
15 the patients prepare for -- I leave the room.  The
16 patients prepare for an exam.  I come back and examine
17 her.  After the exam, she then gets dressed and after
18 she's dressed and comfortable, then she would come to
19 the office and we would discuss it.
20   Q.  Very good.  Thank you.  And just so I'm clear
21 on logistics.  During the time that you are taking the
22 history and doing the examination, are you
23 contemporaneously dictating?
24   A.  No.

Page 23

1    Q.  Okay.
2    A.  What happens now with electronic medical
3  records, you can enter all of those things while you're
4  interviewing the patient.  I don't do that.  I interview
5  them, discuss everything with them, and when they leave,
6  then I document the electronic records and dictate the
7  encounter.
8    Q.  If -- do you have a copy of your report?
9    A.  Yes.  Of the expert report?
10   Q.  Yes.
11   A.  Yes, I do.
12   Q.  There is a section in the ex report that
13 starts at Page 8 where it indicates you personally
14 interviewed and examined Ms. Dimock on November 25,
15 2015.  If you would turn to it.
16   A.  I see it.
17   Q.  Okay.  I want to make sure that I understand
18 the format.  It looks as though you took the history and
19 have recorded the history that goes through Page 10 to
20 the bottom, where then you describe the examination; am
21 I correct on that?
22   A.  It looks as if that's the case.
23   Q.  Okay.  Did you prepare this report yourself?
24   A.  Yes.

Page 24

1    Q.  And then on Page 11, there is a section that
2  starts in the middle of the page saying "Diagnosis"?
3    A.  Yes.
4    Q.  And that would be a diagnosis that you -- was
5  based on your taking the history and your examination
6  and evaluation; is that right?
7    A.  Yes.  That's still a continuation of her
8  personal visit with me on the 25th of November.
9    Q.  Okay.  And then on Page 12, starting at the
10 top, it looks to be the area where you start providing
11 information regarding your differential diagnosis and
12 your opinions relative to Ms. Dimock's injuries; is that
13 right?
14   A.  Yes.
15   Q.  All right.  I'd like to ask you a few
16 questions relative to the history, so that I understand
17 what you were asking and what Ms. Dimock was telling
18 you, and this is kind of a question-and-answer kind of
19 format; is that right?
20   A.  Sure.
21   Q.  I mean, not here, but when you were talking to
22 Ms. Dimock?
23   A.  Yes.
24   Q.  Yes.  All right.

Page 25

1    A.  That's correct.
2    Q.  And were you restricted in any way from asking
3  her any questions that --
4    A.  Not to the best of my knowledge.
5    Q.  Okay.  So on Page 8, it refers to the fact
6  that she had a hysterectomy and an oophorectomy in the
7  mid-'90s.  Do you recall whether that was a total
8  hysterectomy or a laparoscopic hysterectomy?
9    A.  I don't know the answer to that.
10   Q.  Okay.  Would that make a difference to you in
11 terms of any of your opinions in the case?
12   A.  No.
13   Q.  Okay.  Now, it also looks on Page 9 that she
14 said she'd never had any symptoms of fibromyalgia,
15 correct?
16   A.  That's accurate.
17   Q.  And was it that -- she reported she'd had no
18 history of chronic pain prior to having the mesh
19 surgery; is that right?
20   A.  That's accurate.
21   Q.  Okay.  So how do you define chronic pain --
22   A.  I would --
23   Q.  -- as you have written it here?
24   A.  In the history?

7 (Pages 22 to 25)

Robert Shull, M.D.

Page 26

1    Q. Right.
2    A. Well, I would ask a patient very specifically,
3  "Do you have a history of fibromyalgia, yes or no? Do
4  you have a history of migraine headaches, chronic joint
5  disease, rheumatoid arthritis, lupus, anything that
6  could be associated with chronic pain?"
7    Q. Okay.
8    A. And her response to that was she had no
9  history of any of those things prior to her surgery,
10  and, in fact, I'm not sure she even has a current
11  history of any of them, to be quite honest.
12    Q. Okay. In taking her history, did you talk
13  with her about any history of previous pelvic pain that
14  she had experienced?
15    A. In the past, I talked to her about
16  hysterectomy. It's not uncommon when a woman has a
17  hysterectomy that among whatever the reasons are, pelvic
18  pain may be one of the reasons, it may be associated
19  with menstruation, with ovulation, with poor support.
20  So it's reasonably common in a woman who has had a
21  hysterectomy that one of the complaints would have
22  been painful menstruation or painful ovulation.
23    Q. Did Ms. Dimock tell you that she had been
24  treated for pelvic pain syndrome in the past?

Page 27

1    A. I'm not aware that she had chronic treatment
2  for that. She may have had -- sometimes when she
3  developed abdominal or pelvic pain, it was seen
4  intermittently, but I'm not aware that was a chronic
5  issue with her.
6    Q. Okay. And just so you and I are on the same
7  page, when you say not a chronic issue, how would you
8  define that, that it's an ongoing -- well, you define it
9  for me?
10    A. Well, it'd be -- usually chronic means lasting
11  six months or longer, or is recurrent, maybe
12  intermittent over a period of years with the same signs
13  and symptoms.
14    Q. So to the best of her recollection in response
15  to your -- well, strike that.
16       Based upon the history that she provided to
17  you, you did not understand that she had had chronic
18  pelvic pain in the past, prior to the mesh surgery; is
19  that right?
20    A. That's correct.
21    Q. Okay. In the history, it looks like she told
22  you that prior to her surgery in 2008, she had engaged
23  in a relationship where she had had sex on a regular
24  basis, is that right, and never had -- sorry -- and not

Page 28

1  had complaints associated with sexual intercourse; is
2  that right?
3    A. Not -- that's accurate.
4    Q. Okay. And she told you that for about a year
5  prior to the surgery, which was in 2008, she had not had
6  any sexual intercourse; is that correct?
7    A. Yes.
8    Q. Is it your understanding based on talking with
9  her that from the mesh surgery to the time that you
10  examined her, she had not engaged in sexual intercourse?
11    A. That's correct.
12    Q. Now, in the history, it says approximately
13  three to six months before seeing Dr. Norton in 2010 she
14  developed complaints with what she calls pulling,
15  ripping, and a sense of stabbing pain in the pelvis.
16  There's a reference to her working with a bicycle pump?
17    A. I presume what she was doing is blowing up a
18  tire or bicycle tire or a ball or something that
19  required you -- if she had used one the way you or I
20  probably would, she would be moving up and down with her
21  hands to pump something.
22    Q. Okay. Did you talk with her any more
23  specifically than the fact that she had been working
24  with a bicycle pump at the time?

Page 29

1    A. No.
2    Q. All right. But was it your impression based
3  on what she told you that she recalls the onset of the
4  pain based upon that activity that she was engaged in in
5  using the bicycle pump; is that right?
6    A. She at least -- she mentioned that.
7    Q. Okay.
8    A. It's not uncommon sometimes for people to date
9  an important medical activity to something.
10    Q. Absolutely. And then she also told you it was
11  approximately three to six months before she saw
12  Dr. Norton in 2010 that she began to develop the
13  complaints of pulling and ripping and that stabbing
14  pain?
15    A. Yes.
16    Q. Okay. Did you see in the records that she
17  told Dr. Norton that it had been that way since the mesh
18  surgery itself?
19       MR. CANNON: I'll just object. I think it
20  mischaracterizes the record.
21       MS. VAN STEENBURGH: All right.
22    A. I think I would have to see that note.
23    Q. Okay.
24    A. I mean, I can't remember that right off the

8 (Pages 26 to 29)

Robert Shull, M.D.

Page 30

1    top of my head, but I'd be glad to look at the reference
2    if you would like me to do that.
3        Q.   We'll -- I'll bring those out in a bit.  On
4    Page 10, Doctor, it looks like you are indicating that
5    at your examination there were no signs of any vaginal
6    bleeding, correct?
7        A.   That's accurate.
8        Q.   And there was a reference to her having used
9    estrogen intermittently following her surgery in 2008.
10   Was that something that she reported to you or something
11   you gathered from the records?
12       A.   Well, it's -- it became clear in the interview
13   I had with her that she had used estrogen part of the
14   time.  She also later developed breast cancer, and I
15   think she stopped her estrogen temporarily at least
16   during the time she had the diagnosis in early
17   management of her breast cancer.
18           It isn't uncommon for me to see people who may
19   be on any number of medical regiments where their
20   persistence in taking something on a regular basis waxes
21   and wanes.
22       Q.   And my question merely was the extent to which
23   you talked with her about what her estrogen history had
24   been.  Do you have any more detail other than that she had

Page 31

1    used it intermittently following the surgery?
2        A.   Not in this note, I don't.  There are
3    -- there's information in the various outpatient visits
4    she had with Dr. Sharp, with I think Dr. Summers was the
5    doctor treating her infections, so there are multiple
6    comments in Drs. Norton, Sharp, and Summers' note
7    regarding advice to use estrogen and whether she was
8    currently using it or not.
9        Q.   Do you recall seeing in her records that from
10   the time of her hysterectomy until approximately the
11   time that she saw Dr. Norton, she was taking estrogen
12   via injection?
13       A.   I don't have that documented.
14       Q.   Does that refresh your recollection at all, my
15   asking that question?
16       A.   No.
17       Q.   Okay.  Do you recall seeing anything in the
18   records that she was taken off of estrogen and -- by
19   Dr. Norton?
20       A.   No.
21       Q.   The injectable?  Okay.
22       A.   Oh, the injectable?  No.  She may have
23   transitioned to the topical estrogen.  I don't remember
24   the exact comment about that, but that would be a

Page 32

1    logical thing to do in someone in whom you want to
2    treat specifically the vaginal tissue is ask them to
3    use topical estrogen.
4        Q.   Do you recall seeing anything in Ms. Dimock's
5    records regarding any withdrawal she was having from no
6    longer taking estrogen via injection?
7        A.   No.
8        Q.   Okay.  Now, in the next paragraph, she
9    indicates to you that she has no sense of any tissue
10   bulging outside the vagina, correct?
11       A.   That's accurate.
12       Q.   And when you report that she says that she
13   feels as if she is imploding on the inside of the
14   vaginal canal, can you be any more specific as to how
15   she was describing her feeling there --
16       A.   Well --
17       Q.   -- or is that -- are those just words that she
18   used and you wrote them down?
19       A.   Those are her words, which I would take to
20   mean that's not a normal feeling and is not a pleasant
21   feeling, and then subsequently described pain.  So I
22   don't normally have patients use that particular word.
23   I didn't ask her to expand on it --
24       Q.   All right.

Page 33

1        A.   -- any more than she did.
2        Q.   And when she said that she describes pain as
3    to her seat bones, do you know what she was referring to
4    when she said "her seat bones"?
5        A.   Oh, I think she means when she was sitting
6    down, probably on what she wouldn't know would either be
7    her ischial tuberosities or the lower part of her sacrum
8    or coccyx, but in fact in that area there are also
9    muscles and other tissues which would be related to
10   sitting and hurting.
11       Q.   The next paragraph describes a little bit
12   about her issues with incontinence, correct?
13       A.   Yes.
14       Q.   And this is what she reported to you, that
15   Dr. Norton had asked her to reduce her fluid intake
16   because there might be a connection between her urge
17   incontinence and the amount of fluid she was taking in?
18       A.   Yes.
19       Q.   All right.  And, again, if you drop down a
20   couple of paragraphs, she describes the pain in her seat
21   bones and in the back part of the vagina, correct?
22       A.   Yes.
23       Q.   Was it your understanding that this is a
24   constant pain that she experiences?

Robert Shull, M.D.

Page 34

1      A.  I believe she had told me.  My later -- the
2  last sentence in that paragraph said that there has not
3  been a day or a week or a month where she's been
4  pain-free since her surgery in 2008.  That would lead me
5  to think that she has pain on a regular basis, and it
6  varies in intensity on a scale of zero to 10 between a
7  four and a seven, and depending on what level it is, she
8  may use aspirin or ibuprofen.  Sometimes she would use
9  Percocet, which has a synthetic codeine in it.
10      Q.  So as far as you can tell, this is a constant
11  pain as opposed to an intermittent pain that she
12  experiences?
13      A.  I think she has a constant level of pain and
14  intermittently it changes.
15      Q.  Okay.  In terms of the --
16      A.  She has a baseline pain component with
17  intermittent changes in the intensity of the pain.
18      Q.  All right.  And her report is that she's had
19  that constant or baseline pain since the surgery in
20  2008; is that right?
21      A.  Yes.
22      Q.  All right.  Now, with respect to the
23  examination that you performed, you note that external
24  genitalia, Bartholin, Skene's, and urethra area are

Page 35

1  remarkable in that she has puncture sites from her prior
2  trocar placement of the mesh products, correct?
3      A.  Yes.
4      Q.  Did you notice anything -- she had a procedure
5  involving the Bartholin gland.  Were you aware of that?
6      A.  Yes.
7      Q.  All right.  And is one of the puncture sites
8  related to that procedure, or are you saying that
9  they're all related to use of the pelvic mesh product?
10      A.  It would be highly unlikely they would have
11  been related to Bartholin's gland, unless someone made
12  an incision in an unusual area.
13      In order to deploy the mesh arms, there's a
14  need to have puncture sites on the outside of the vulva,
15  in what's called the perianal area.  Those puncture sites
16  sometimes heal where frankly it's quite difficult to see
17  where the puncture was, and sometimes it's easier to see
18  that.  That could vary depending on wound healing or
19  individual characteristics of a patient.  It could in
20  the case of early after surgery, it could be a
21  reflection of infection in the wound site.
22      The areas that I saw and commented on, I
23  didn't see any acute signs of infection, and I couldn't
24  expel anything from these puncture sites.  They simply

Page 36

1  were there.
2      Q.  Okay.  And with respect to any of your
3  opinions regarding Ms. Dimock's injuries, are you going
4  to provide an opinion that her injuries were due in any
5  part to the use and placement of a trocar for insertion
6  of the device in this case?
7      A.  Yes.
8      Q.  And what's your opinion?
9      A.  About the trocar use, you mean?
10      Q.  Yes.
11      A.  Trocars, in order to be used in the case of
12  a transvaginally placed mesh, have to traverse a number
13  of tissue planes, depending on whether the trocar goes
14  outside to inside or inside to outside, but the trocars
15  traverse the skin; the external skin; the underlying
16  fatty tissue, what's called fascia; muscles; the
17  connective tissue of the vagina; and the skin of the
18  vagina.  So in one way or the other, the trocars
19  traverse all of those tissue layers and those tissue
20  layers contain vessels, nerves, and areas where
21  lymphatic drainage, for example, which you cannot see by
22  simply looking at the skin any more than you could look
23  at my hand and see everything underneath.  It just
24  doesn't work that way.

Page 37

1      So the trocars are passed in an area where
2  presumably it's safe in terms of not injuring a major
3  artery, a major vein, or a major nerve, but when the
4  trocars are introduced, the mesh arms then are deployed.
5  In general, the trocars themselves have a smaller
6  diameter than the width of the synthetic product.  So
7  the trocar creates a passageway and when the arms are
8  deployed, the arms are not going to look the same as
9  they do when they come out of the package, for example;
10  and depending on where the trocars traverse, it's
11  entirely possible that there are going to be small
12  nerves, small vessels, possibly larger nerves or vessels
13  that could be injured because the trocars are passed not
14  under direct visualization but by palpation.  That's the
15  nature of using them for anything, so it's not possible
16  to see everything.
17      So in the case of the Prolift, which requires
18  multiple trocar passages, every time one is passed,
19  there is an opportunity for something to happen that you
20  wouldn't have anticipated, or every time an arm is
21  deployed, there is an opportunity for that arm of the
22  mesh product to lie adjacent to a nerve, a sensory
23  nerve, a muscle nerve.  And then because of the
24  placement of these arms, the configuration invariably is

10  (Pages 34 to 37)

Robert Shull, M.D.

Page 38

1  going to be different than it is when the arm is simply
2  lying out and hasn't passed through any tissue. So the
3  trocars in this particular circumstance are important,
4  because she required multiple trocar passages in order
5  to deploy the arms in the mesh.
6      Q. Well, let me ask you a question, because I
7  heard a couple of things there. One, is it your opinion
8  that the trocar -- the trocar is used with respect to
9  the Prolift product itself, the trocars themselves
10  injured Ms. Dimock? Because I heard you say something
11  about the trocars, but also when the mesh arms were
12  deployed, that the placement of the arms could lie
13  adjacent to a nerve, so I wanted to make sure I
14  understood the difference between the two of those.
15      A. In the case of an immediate injury from the
16  trocar itself, what we would expect to see is the mesh
17  is deployed into the rectum, the bladder, or the
18  urethra. There is no evidence that the trocars actually
19  passed into the rectum or into the bladder or into the
20  urethra, so that would be one possibility, where the
21  trocar itself could have created an injury. There is
22  nothing to suggest that. The trocars could penetrate a
23  large blood vessel and there could be hemorrhage
24  associated with the trocar placement. There is nothing

Page 39

1  in the record to indicate that there was an immediate
2  hemorrhage.
3      The trocars could be placed so that instead of
4  the mesh being deployed under the vaginal skin, the mesh
5  could be deployed through the vaginal skin, and there is
6  no evidence in the record to suggest that happened. The
7  trocars do pass through innervated tissue with blood
8  vessels in it in order to create a path to bring the arm
9  back out. So in the sense that the trocars are
10  important, they create the pathway for the arms to be
11  deployed, and could they injure small nerves, small
12  vessels, impede the -- by direct trauma? The answer is
13  yes, they could.
14      So let's presume that there isn't any mesh
15  product, but you simply took a group of women and took a
16  trocar as big as basically a pencil and stuck it six
17  times into the vaginal canal and out through the outside
18  of the pelvis, could someone be injured from that, and
19  the answer is yes.
20      In her case, she didn't have the trocar go
21  through the bladder, urethra, or rectum. She didn't
22  have excessive bleeding, but she in fact could have had
23  trauma to those other structures, which could cause her
24  to have pain. In that case, would the pain be chronic

Page 40

1  or would it be self-limiting? In all likelihood in the
2  absence of actually severing a larger nerve, which could
3  happen, but there is no evidence that happened here,
4  trauma from the trocar passage itself is more likely to
5  have a self-limiting period where there is bruising,
6  swelling, and tenderness, but the trocar then brings the
7  mesh product into that same pathway, and the product is
8  there forever. So the issue, then, is could you get the
9  product there without the trocar, and you can't. That's
10  why they are trocar-based.
11      Q. So the question I had was -- I think the
12  answer is no, if I hear you -- that there was not any
13  immediate injury by virtue of using the trocar itself,
14  correct?
15      A. There is no evidence of that.
16      Q. No evidence of that. And that's a possibility,
17  but there is no evidence in this case, correct?
18      A. There is no evidence.
19      Q. All right.
20      A. We would see that if someone saw the trocar in
21  the bladder, felt it in the rectum --
22      Q. Right.
23      A. -- saw it in the urethra, saw it in the
24  vaginal tissue. I'm talking about through the vaginal

Page 41

1  skin. If we saw that, you could say, "Yes. The trocar
2  was in the wrong place and it did something it
3  shouldn't have done."
4      Q. And your opinion here is that the mesh itself
5  was the cause of the pain and other injuries that
6  Ms. Dimock suffered, not the trocars themselves,
7  correct?
8      A. The trocar in and of itself isn't. The
9  trocar -- the mesh couldn't have been deployed without
10  the trocar.
11      Q. Understood.
12      A. So however you separate that out.
13      Q. Okay. Is it possible during a native tissue
14  repair for there to be some kind of damage to any of the
15  nerves or tissue?
16      A. Yes, it is.
17      Q. Okay. With respect to your pelvic exam, I
18  note that the vaginal canal measures approximately seven
19  centimeters deep.
20      A. Yes.
21      Q. Is that within a normal range based upon your
22  experience?
23      A. It is. You know, everything is an average,
24  just sort of whether you're tall or short or heavy or

11 (Pages 38 to 41)

Robert Shull, M.D.

## Page 42

1  thin. There is an average somewhere. Not everybody is
2  on the average. So seven centimeters for vaginal depth
3  would probably be on the lower end of normal as opposed
4  to a woman who has a vaginal depth that's 10 or 11
5  centimeters, for example; but it still would fall within
6  a range that's considered normal.
7      Q. And the reason I ask that is there are some
8  references in the record to different measurements for
9  Ms. Dimock's vaginal canal. Do you remember seeing
10  those in the record?
11      A. Yes, I did.
12      Q. And they range some place between three
13  centimeters and 10 centimeters, if I recall correctly?
14      A. Well, different parts are being measured.
15  There is a system for measurement of specific areas of
16  the pelvis. The acronym is POPQ, but the term is pelvic
17  organ prolapse quantification. That system was created
18  and published in 1966 -- 1996. I was on the committee
19  who helped to design this objective way to measure
20  things in the vaginal canal.
21      So we measure what's called the anterior
22  compartment, the posterior compartment, the depth of the
23  vagina, the vaginal opening, the perineal body. There
24  are a variety of things that can be measured and

## Page 43

1  documented in a grid form. Several of her reports from
2  Dr. Norton have that grid; others simply indicate the
3  depth of the vaginal canal.
4      Q. And your measurement here was the depth of the
5  vaginal canal; is that right?
6      A. Yes.
7      Q. All right. Now, are you going to give an
8  opinion in this case that Ms. Dimock's vaginal canal was
9  foreshortened by virtue of the fact that she had the
10  Prolift device?
11      A. I don't think I said that anywhere.
12      Q. I don't think you did either. I just wanted
13  to make sure.
14      A. No.
15      Q. The answer is no?
16      A. No, I'm not going to do that.
17      Q. All right. When you did the pelvic
18  examination, you noticed that she had atrophy. What is
19  atrophy?
20      A. Atrophy in the vaginal canal is tissue that
21  has reduced or no estrogen stimulation.
22      Q. And what does that do to the tissue? Does it
23  make it thinner --
24      A. In general --

## Page 44

1      Q. -- if there's no estrogen? I'm sorry.
2      A. In general, women who have atrophy of the
3  vaginal canal may have the tissue be thinner, less
4  lubricated, and if you were to be able to do a
5  microscopic examination, there is reduced blood supply
6  to the tissue in the vaginal canal.
7      Q. Okay.
8      A. The tissue then becomes less soft or
9  distensible.
10      Q. Less elastic?
11      A. That could be a term.
12      Q. Okay. Then you say she has greatly increased
13  pelvic floor muscle tone. What does that mean?
14      A. That means in general when a woman has a
15  pelvic exam, if you ask her, she can relax the muscles
16  that -- in the vaginal canal, what are called the
17  levator muscles. Many woman can relax that on request.
18  People who have chronic pain frequently cannot do that
19  because they anticipate something is going to hurt, and
20  human nature is to withdraw, and withdrawal usually
21  means contraction of the muscles.
22      Q. And you note that initially you could only do
23  a digital exam using your index finger, but it sounds
24  like later on she was able to relax her muscles, and

## Page 45

1  you were able to do a two fingerbreadth exam?
2      A. I did. And then I took the speculum, which I
3  use. Instead of using the top and the bottom of the
4  speculum, I was able to use the bottom part only, so I
5  could retract the area between the rectum and the vagina
6  and look at the top part of the vaginal canal, the area
7  under the bladder. Then I could turn that around and
8  look at the area between the rectum and the vagina. So
9  she allowed me to do that, but it was only after those
10  muscles relaxed some.
11      Q. Okay.
12      A. That's not -- that would happen with people
13  that have pain. They have increased muscle tone.
14      Q. Well, and people who have a certain amount of
15  anxiety about examinations may tighten their muscles; is
16  that --
17      A. They may.
18      Q. -- true?
19      A. They may.
20      Q. All right.
21      A. And maybe because it hurts them. They may be
22  anxious because it hurts.
23      Q. Well, when she was able to relax the muscles,
24  you did an examination, and where did you find

12 (Pages 42 to 45)

Robert Shull, M.D.

1    tenderness, if at all?
2        A.   There were several things I found on exam.
3    One, on the anterior part of the vaginal canal, by the
4    urethra and bladder, I could feel a small area that had
5    a different consistency.  My note indicates it was about
6    four centimeters inside the vaginal opening.  There was
7    a well-defined area that could be scar tissue, could be
8    a foreign body.  By touch, it was not necessary -- you
9    couldn't possibly tell for sure which one it is, but I
10   described it as about the size of a small bean, and she
11   was tender in that area.
12       Q.   So when you palpated that, was it something
13   that moved under your touch, or was it a fixed feeling?
14       A.   It had minimal movement.
15       Q.   Okay.
16       A.   And then she was more tender, actually, to
17   palpation on the opposite side of the vaginal canal near
18   the top of the vagina on her left side.
19       Q.   Okay.
20       A.   And on that side, I didn't feel this, whatever
21   that was, whether it was scarring or foreign body or
22   induration.  I didn't feel that on the left side, but
23   she was tender.
24       Q.   And as we sit here today, you don't know what

1    the small, bean-sized object consists of, correct?
2        A.   That's accurate.
3        Q.   All right.  Are you going to speculate as to
4    what you think it might be?
5        A.   Well, I could tell you it's likely one of
6    several things.  It could be scar tissue.  It could be a
7    small piece of mesh that's there.
8        Q.   Okay.
9        A.   It could be something we didn't anticipate
10   that is not scar tissue or not a piece of a foreign
11   body, but that's not a likely thing to happen.  There is
12   no way to know it until it's actually excised and
13   someone looks at it.
14       Q.   I was going to say -- right.  As you sit here
15   today, you don't know, correct?
16       A.   That's accurate.
17       Q.   All right.  And then on the rectal exam you
18   say you noted some banding of tissue near the ischial
19   spines on both sides.
20       A.   Yes.
21       Q.   When you say "banding," what do you mean?
22       A.   That means normally when someone has a pelvic
23   exam, including a rectal exam, there isn't any
24   definitive three-dimensional structure that feels the

1    same as -- for example, I'll give you my hand as an
2    example, So -- and my finger, index finger and thumb
3    are like this.  This tissue is very soft.  If I do that,
4    that feels entirely different.  That would -- to me,
5    that would feel like a band.
6            So in examining her on rectal examination,
7    what I felt near these landmarks, all the ischial
8    spines, are these areas that were tighter and more tense
9    and usually you don't feel that.
10       Q.   Okay.
11       A.   So that's not what you would find on most
12   people's exam.  That could be scarring.  That could be a
13   foreign body.  It would be most likely one of those two
14   things.
15       Q.   And your examination, you did not find any
16   erosion of the mesh, correct?
17       A.   That's accurate.
18           MS. VAN STEENBURGH:  All right.  Can we go off
19   the record for a second?
20           THE VIDEOGRAPHER:  Going of the record.  The
21   time is 10:51.
22   (Recess was taken from 10:51 a.m. until 10:57 a.m.)
23           THE VIDEOGRAPHER:  Back on the record.  The
24   time is 10:57.

1    BY MS. VAN STEENBURGH:
2        Q.   Doctor, I'd like to make sure that we are on
3    the same page with respect to Ms. Dimock.  What were the
4    procedures that Dr. Housel or Housel performed in 2008
5    relative to Ms. Dimock?
6        A.   Ms. Dimock had previously had a hysterectomy.
7    When he saw her for evaluation, he identified cystocele,
8    rectocele, urinary incontinence.  The procedures he did
9    basically were placement of the anterior and posterior
10   Prolift and placement of a transobturator tension-free
11   vaginal tape.
12           His note details several procedures, including
13   cystocele repair, rectocele repair, enterocele repair,
14   and sacrospinous ligament suspension, and paravaginal
15   repair.  My interpretation of the note would be that he
16   identified the cystocele, rectocele, enterocele,
17   paravaginal defect, and the repair of those was
18   accomplished using the anterior and posterior Prolift.
19   In addition to that, he did the transobturator
20   tension-free tape and performed cystoscopy.
21       Q.   So is it your interpretation of his operative
22   note that he did not do a sacrospinous ligament
23   suspension?
24       A.   I do not -- let me just read that note one

13 (Pages 46 to 49)

Robert Shull, M.D.

Page 50

1    more time.
2    Q.  Sure.
3    A.  I do not see in the operative note that he
4    specifically exposed the sacrospinous ligament and
5    placed any sutures in that ligament to secure the
6    top of the vaginal canal or the graft, either one
7    really.
8    Q.  And so the absence of a description in his
9    operative note is what leads you to believe he did not
10   perform the sacrospinous ligament suspension?
11   A.  It would lead me to believe he didn't document
12   it if he did it.
13   Q.  So it's possible he did perform it but did --
14   his documentation is less than perfect?
15   A.  Well, I don't know that.
16   Q.  Well, I don't know that either, but I'm --
17   we're trying to get to the bottom of what he really did
18   do here.
19   A.  He didn't include a description of the
20   dissection to do a sacrospinous ligament fixation.  Now,
21   whether he did it or not is a different issue.
22   Q.  All right.  And he refers to -- there's a
23   reference to a anterior and posterior colporrhaphy.
24   That was -- that can be done with a native tissue

Page 51

1    repair, correct?
2    A.  Yes, it can.
3    Q.  All right.  And in this case, it's your
4    understanding in interpreting his operative note that he
5    used the Prolift device on the anterior and also on the
6    posterior, correct?
7    A.  That's accurate.
8    Q.  All right.  And when there is reference in his
9    operative report to repair of the enterocele via vaginal
10   approach, what do you understand that to entail?
11   A.  What he describes, an enterocele or the
12   enterocele was identified.  An enterocele is a type of
13   hernia.  It normally occurs between the tissue that
14   should support the top of the vaginal canal and the
15   rectum.
16        He says he identified an enterocele, and he
17   plicated that with zero Ethibond purse-string suture,
18   which would imply that he saw a hernia sac with the
19   peritoneal surface between him and the inside of the
20   abdominal cavity, and what he choose to do was take a
21   nonabsorbable suture and take a circular stitch around
22   this hernia sack.  When he tied the suture, it should
23   have obliterated the sac.  And the reason he used
24   purse-string, it would be very similar to the strings or

Page 52

1    cords on a coin purse, for example, where someone would
2    pull the ends of that and close the top of the purse.
3    So his enterocele repair was using that one suture to
4    reduce the size of the peritoneal sac that he saw.
5    Q.  And based upon your experience, are you aware
6    as to whether Ethibond sutures ever erode to the
7    surface?
8    A.  They may.
9    Q.  Okay.
10   A.  I use them quite regularly, actually, so I am
11   familiar with that.  In general, what happens with an
12   Ethibond suture or anything similar that is not
13   absorbable, you would like it to be underneath any skin
14   incision, ideally with another layer of tissue between
15   the skin and it, so that the skin and the soft tissue
16   heal and the stitch is under it.
17        Sometimes what will happen is people will
18   still react to that and at some time in the future, that
19   stitch may be obvious on physical exam that it has been
20   exposed through the skin incision.
21   Q.  And have you been able to eliminate the
22   possible exposure of the Ethibond suture in connection
23   with any of the procedures that Dr. Norton--strike that.
24        Have you been able to eliminate erosion of the

Page 53

1    Ethibond suture in the case of Ms. Dimock?
2    A.  Well, it's a single stitch that he used.
3    There is no evidence in any of the descriptions that
4    someone saw a single suture and removed it.  The
5    Ethibond usually will have some color to it.  It could
6    be a -- it could be white.  It could have a color to it,
7    but there is no description of a specific stitch being
8    removed, so I didn't consider that as the problem
9    because no one said they saw it, and it wouldn't have
10   been placed in the location where the different mesh
11   exposures were seen.  So I think that's highly unlikely.
12   Q.  But the best person to answer that question
13   would be Dr. Norton probably, yes?
14   A.  Yes.  Well, if you ask her personally.  Her
15   notes don't reflect that, and she has thorough notes.
16   Q.  Understood.  Now, your opinions as I
17   understand them is that Ms. Dimock's acute and chronic
18   pelvic pain and acute and chronic vaginal pain are the
19   result of Prolift, correct?
20   A.  Are you referring to a specific place in my
21   report now?
22   Q.  Yeah.  I'm looking at Page 12, and I want to
23   make sure I understand your opinion.
24   A.  Okay.

14 (Pages 50 to 53)

Robert Shull, M.D.

Page 54

1    Q.  So I'm actually going to repeat that so that I
2  split those two up.  Are you offering an opinion in this
3  case that Ms. Dimock suffered an onset of acute pelvic
4  pain as a result of the Prolift?
5    A.  Well, she -- in her history, which I obtained,
6  she had no pre-existing history of chronic pelvic pain,
7  fibromyalgia, or the other things we've reviewed.  In my
8  history, she says that she began to develop pain
9  complaints following her surgery.  Now, for something to
10  be acute, she may have had an acute onset of some pain
11  complaints, but acute implies that the pain or whatever
12  other symptom or sign it is, if it's acute, it would
13  occur, and then the implication is it would be resolved
14  some way or the other.  So her issue really is chronic
15  pain.
16    Q.  Okay.
17    A.  Even though she may have had acute pain to
18  begin with, the issue is it evolved into a chronic
19  concern, which has interfered with her quality of life.
20    Q.  All right.  So just to make sure I understand.
21  Your opinion is that Ms. Dimock has experienced chronic
22  pelvic pain, which was caused by the anterior and
23  posterior Prolift; is that right?
24    A.  Yes.

Page 55

1    Q.  All right.  And your opinion also is that she
2  has experienced and suffered from chronic vaginal pain
3  caused by the anterior and posterior Prolift?
4    A.  Well, when you say pelvic pain --
5    Q.  Well, you have pelvic and vaginal here.
6    A.  I understand.
7    Q.  Okay.
8    A.  Pelvic pain can be a variety of things.  It
9  can be muscle pain, for example, in the vaginal canal --
10  or in the -- not in the -- muscles not in the vagina.
11  It could be muscles in the pelvis, vaginal -- or it
12  could be chronic bladder pain, for example, and there's
13  a typical history for chronic bladder pain.
14       It could be chronic bowel complaints.  There's
15  a history for chronic -- I don't mean she has the
16  history.  There are histories for chronic bladder pain.
17  There are histories for chronic bowel pain, which are
18  different than her complaints.
19       Then vaginal pain, most women would describe
20  vaginal pain as a sensation that they may have either
21  with having something placed in the vaginal canal, like
22  a speculum or a tampon or a sex toy, or to have sexual
23  intercourse, so vaginal pain usually implies something
24  inside the vaginal canal, and pelvic pain is more likely

Page 56

1  to be considered in the nerves, the connective tissue,
2  the muscles of the pelvis.  And even though she may
3  describe her complaints as shooting pain in the vagina,
4  I don't doubt that she has them, so that could be
5  classified as vaginal pain or pelvic pain, either one.
6    Q.  All right.  So I just want to make sure that I
7  was understanding what your opinions are.  So one
8  opinion that you are going to offer in this case is that
9  she, Ms. Dimock, suffers from chronic pelvic pain caused
10  by the anterior and posterior Prolift, correct?
11    A.  Yes.
12    Q.  All right.  Are you also going to offer an
13  opinion that she suffers from chronic vaginal pain
14  caused by the anterior and posterior Prolift based on
15  your definition of vaginal pain?
16    A.  Yes.
17    Q.  All right.  You are also going to offer an
18  opinion that she experienced repeated episodes of mesh
19  exposure that were caused by the anterior and posterior
20  Prolift, correct?
21    A.  Yes.
22    Q.  All right.  So let me ask you a couple of
23  questions and let's start with erosion.  Ms. Dimock
24  underwent surgical procedures to remove eroded mesh on

Page 57

1  more than one occasion, correct?
2    A.  That's correct.
3    Q.  And if my notes are correct, she underwent
4  that in four instances?
5    A.  Yes.
6    Q.  And as far as you know, there have been no
7  other instances where she has undergone any kind of
8  excision or surgical procedure for erosion of the mesh
9  since 2014, correct?
10    A.  She did not describe it to me, and I didn't
11  see anything in her records to indicate that.
12    Q.  All right.  In some of the procedures where
13  she underwent excision of the mesh, also involved lysing
14  adhesions or releasing the mesh arms, correct?
15    A.  That's accurate.
16    Q.  All right.  Now, with respect to erosion, is
17  it your opinion that every erosion of mesh constitutes a
18  serious complication?
19    A.  In our literature there is an ongoing
20  discussion about the proper term to use to describe,
21  Is it mesh exposure?  Is it something eroded or not?  So
22  in the case of mesh exposure, what may happen, as I
23  understand it, is the patient herself may see or feel
24  the mesh outside the vaginal incision in the canal, or

15 (Pages 54 to 57)

Robert Shull, M.D.

## Page 58

1    the doctor may see it, and then they respond to topical
2    estrogen treatment.  They may respond to observation.
3    It may respond to excising a small amount of mesh in the
4    examination room in the office, for example.
5         Erosion, in my mind, usually means something
6    that occurs at a later time away from the index surgery,
7    frequently involves bleeding, spotting, discharge, could
8    involve pain for the sexual partner, for example, and it
9    could involve pain for the patient.
10        Erosions possibly could respond to topical
11   estrogen.  Depending on the surface area of the erosion
12   and a variety of other things, that may be a reasonable
13   thing to offer a patient.  And then if they respond well
14   to that, that may be the end of it, but in the case
15   where that doesn't, the patient doesn't respond, then
16   excision of the mesh is the only other therapeutic
17   option.
18        Some doctors advocate removing only the part
19   of the mesh that's visible and closing the skin edges
20   over it.  There are a few surgeons who recommend
21   attempting to remove all of the mesh, which has been
22   implanted.  Most surgeons feel that trying to remove all
23   of the mesh, particularly when mesh arms have been
24   deployed, has a potential to create its own set of

## Page 59

1    complications.
2         Q.  And, Doctor, I appreciate that.  I think we're
3    getting a little off topic, and I only have a limited
4    amount of time, so the question was whether you consider
5    the mesh exposure here for Ms. Dimock as you've
6    described in your report as a serious complication?
7         A.  Well, it's serious enough that when we report
8    on complications following surgery, a complication
9    requires -- something with an operative intervention is
10   a high-level complication.
11        There are scales for complications, the Dindo
12   scale, for example.  So some things require observation,
13   some require medicine, some require something, but
14   surgery, surgery moves up the scale of the significance
15   of a complication.
16        Q.  Right.
17        A.  Because it requires an anesthetic, a recovery,
18   and the whole works.
19        Q.  All right.  So in your mind, a serious
20   complication involving exposure would be one that
21   requires surgical intervention, as opposed to topical
22   treatment with estrogen, for example, correct?
23        A.  That's accurate.
24        Q.  Or what about someone who the mesh exposure is

## Page 60

1    trimmed in an in-office procedure, would that be a
2    serious complication?
3         A.  That would fall on the lower level of
4    significance.
5         Q.  Okay.  Now, with respect to your opinion here,
6    how is it -- in summary form, without going into long
7    detail, you say the Prolift itself caused the exposure.
8    Can you tell me what the basis of that opinion is?
9         A.  Yes.
10        Q.  And what is that?
11        A.  She has a foreign body implanted in the vagina
12   that has a significant surface area.  The product itself
13   and the package has a significant surface area.
14        In the case of Mrs. Dimock, she had an inter-
15   val after her surgery that could have been 18 months or
16   20 months where the mesh was not exposed, and then her
17   complaints with pain increased.  She had evidence of
18   the exposure, and what I think most likely happened is
19   the mesh product itself became shorter, either through
20   scar contracture or contracture of the mesh product,
21   and as it became shorter, there are fixed arms of
22   the mesh that have gone through the muscles, nerves,
23   and tissue in the vaginal canal, and those arms rarely
24   move in terms of becoming looser.  So the arms became

## Page 61

1    tighter in much the way this becomes tight, and when the
2    arms became tight, the central portion also became
3    taught, interfered with blood supply to the skin, erodes
4    through the skin, and then the skin is not able to heal
5    over that.  And the treatment and surgery for skin
6    drainage, skin erosion, infection, and there is a
7    foreign body, the treatment is to remove the foreign
8    body, and in this case, the Prolift is the foreign body.
9         Q.  Right.  And we're talking about erosion, so as
10   I understand your -- the basis for your opinion is that
11   the Prolift product, either through scar tissue or
12   because of the product itself, becomes more taught,
13   closer to the surface, and then eventually the mesh then
14   goes through the skin surface and is exposed; is that
15   what I heard you say?
16        A.  Yes, you did.
17        Q.  All right.  So did you take into consideration
18   at all the -- this patient's characteristics in your
19   opinion that it was the Prolift that caused the erosion?
20        A.  Do you have a specific question about the
21   patient characteristics?
22        Q.  Sure.  She's a smoker, right?
23        A.  Yes.
24        Q.  And she's been a smoker for 40 years, correct?

16  (Pages 58 to 61)

Robert Shull, M.D.

Page 62

1    A.  Yes.
2    Q.  What does smoking do to tissue?
3    A.  Smoking affects estrogen metabolism.  So the
4  way smoking affects tissue in the vaginal canal is when
5  women, primarily, make estrogen and it's metabolized in
6  the body and they don't smoke, the estrogen metabolize
7  to something that may have a significant amount of
8  biological activity.
9       Smoking changes the metabolic pathway so that
10  the estrogen metabolism pathway then results in an
11  estrogen that is less biologically active.  So if you
12  see someone, for example, a woman, particularly who is a
13  chronic smoker, frequently her skin will show that, the
14  skin in her face.  But the skin in the vaginal canal
15  will more likely have reduced blood supply and the thin
16  and dry.
17    Q.  And so could her vaginal tissue be a
18  contributing factor to the mesh erosion in her case?
19    A.  It's possible.
20    Q.  All right.  How about the fact that Ms. Dimock
21  engaged in self-examinations of her vaginal canal?  Did
22  you see that in the medical records?
23    A.  I did.
24    Q.  Could self-examination have contributed to any

Page 63

1  mesh erosion?
2    A.  I think that would be extremely unlikely.  It
3  would be less likely, for example, in a woman who is
4  having intravaginal intercourse or a woman who wears a
5  tampon or a woman who has a speculum exam, so I think
6  that would be a highly unlikely scenario unless you're
7  dealing with someone who does self-mutilation.  There is
8  no evidence she does that.
9    Q.  The erosion is a potential adverse consequence
10  of using mesh, is it not?
11    A.  Yes, it is.
12    Q.  And that's something that Ethicon warned about
13  it its IFU?
14    A.  In the most general terms, not in very
15  specific terms.
16    Q.  Well, it did identify that as a potential
17  consequence that might result in further surgical
18  procedures, did it not?
19       MR. CANNON:  I'll just object; argumentative.
20    A.  Without quantifying when and how many times.
21    Q.  And did you read Dr. Housel's deposition?
22    A.  I did.
23    Q.  And he was aware that erosion was a potential
24  consequence, correct?

Page 64

1    A.  I think everyone knows superficially that it's
2  possible.  What people -- including, I would say, the
3  majority of doctors and probably all patients.  They
4  don't understand that that event could occur at any time
5  in the future and may or may not require multiple
6  interventions to resolve.
7    Q.  And when you say that, have you done a study
8  that forms the basis of that opinion?
9    A.  No.  I've read literature that would form the
10  basis.
11    Q.  Okay.  And what literature are you relying on
12  for that?
13    A.  The literature -- well, part of it comes from
14  the University of Utah, for example, in evaluating women
15  who were referred for mesh exposure and mesh
16  complications, and on average, women required at least
17  two and frequently more procedures to resolve the
18  current issue.  And the potential concern about that is
19  you don't know in the future how many of those people
20  are going to come back again, so that's a snapshot in
21  time.
22       There's a report from the Cleveland Clinic,
23  Mayo Clinic, University of Michigan, so there are
24  multiple reports on the requirement for requiring more

Page 65

1  than one intervention to resolve these issues.
2    Q.  And intervention, are you referring to
3  specifically a surgical intervention --
4    A.  Yes.
5    Q.  -- as opposed to an in-office procedure or
6  topical treatment?
7    A.  It could be any or all of those, but
8  specifically surgery.
9    Q.  All right.
10    A.  But it could include other things also.
11    Q.  Doctor, with respect to your opinion regarding
12  the chronic pelvic pain that you -- that Ms. Dimock
13  claims to experience, your opinion is that the chronic
14  pelvic pain was caused by the Prolift, correct?
15    A.  Yes.
16    Q.  All right.  And what is the cause of that
17  pain?  What is the mechanism as you understand it?
18    A.  Okay.  In her particular circumstance, what I
19  believe transpired with her, she had the product placed.
20  I've already indicated to you the trocar passage in and
21  of itself is a traumatic event.  Surgery is traumatic.
22  So trocar passage is traumatic, and she may have had
23  some of her earlier complaints related to multiple
24  trocar passages with an expectation that's reasonable

17 (Pages 62 to 65)

Robert Shull, M.D.

Page 66

1  that that's going to improve.
2       The fact is she acquired a set of complaints
3  which haven't improved, despite several different
4  attempts at therapy.  And I believe the pathophysiology
5  of what's happened is the mesh was put in place, may
6  have been placed with relatively little tension, for
7  example, and may not have bothered her for 18 months,
8  particularly.  I mean, it may have had some low level
9  concern, but didn't come to her attention.
10       But as time goes on, the mesh contracts.
11  There's degradation of the mesh.  There's a chronic
12  inflammatory response.  There are nerves that grow into
13  the mesh product.  Those nerves can be sensory nerves,
14  carrying pain, and they -- the product goes through
15  muscle.  It goes through the skin of the -- through the
16  skin outside the pelvis and it goes underneath the
17  vaginal skin, so there are any number of places where
18  nerves could be entrapped and chronically irritated.
19       Q.  Well, let me ask you this:  Doctor, is the
20  cause of the pain, you know, as you say nerves are
21  entrapped, you said the mesh contracts, is it the mesh
22  that contracts, or is it the tissue around the mesh that
23  contracts?
24       A.  Well, there is evidence to show the mesh

Page 67

1  itself contracts.  There is literature to demonstrate
2  that, but it could be a combination of scar tissue and
3  mesh.  But the fact is it's highly unlikely to see
4  someone who doesn't have mesh products put in place to
5  have these ongoing chronic pain problems that require
6  multiple surgical interventions.  That's a --
7       Q.  Well, let me ask you this.  You attribute all
8  of her chronic pelvic pain issues to the Prolift
9  product, correct?
10       A.  I think that's likely, yes.
11       Q.  Okay.  Did you -- when you were considering
12  whether it was due to the Prolift product, did you take
13  into consideration other procedures she had had?
14       A.  Such as?
15       Q.  The hysterectomy.
16       A.  I did, but there is no reason to think that
17  would be related to her current complaints.
18       Q.  Well, I mean, you said any surgery is
19  traumatic, and there could be a development of scar
20  tissue relative to a hysterectomy; is that true?
21       A.  Not the complaints she has.
22       Q.  Okay.  How about the -- you're aware that she
23  had a wedge resection in 1972, correct?
24       A.  Of her ovaries?

Page 68

1       Q.  Yes.
2       A.  Yes.
3       Q.  And, in fact, those procedures were
4  discontinued because of the high rate of adhesions
5  that occurred afterwards; is that right?
6       A.  Related to fertility, not pain.
7       Q.  Well, as a matter of fact, Ms. Dimock here,
8  did she not make complaints about ovarian pain in her
9  pelvis as part of the procedure when she was seeing
10  Dr. Norton?
11       A.  She may have said it seems similar to ovarian
12  pain.
13       Q.  And so can you eliminate the fact that there
14  may have been some adhesional -- adhesions relative to
15  the wedge resection, and that was causing some of the
16  pelvic pain?
17       A.  Well, the only way to be certain that someone
18  has adhesions in the abdomen at all, whether they have
19  pain or not, the only way to be certain of that is to
20  look surgically, and no one looked in her abdomen
21  surgically to see.
22       Q.  Right.  And I'm just trying -- I mean, you
23  have come to the conclusion that all of her chronic
24  pelvic pain is due to the fact that she had the Prolift

Page 69

1  device and I wanted to understand whether you considered
2  other alternatives?
3       A.  Oh, yes, I did.  But let's just use that
4  specific example.  So 40 years ago she had wedge
5  resection of her ovaries and didn't have the current
6  complaints she has now.  In 2008, she had the Prolift
7  implanted and she's acquired these complaints.  So just
8  thinking about it logically, why would she have had a
9  surgery 40 years ago that didn't bother her until she
10  had the Prolift put in?
11       Q.  And so she had an additional surgical
12  procedure that could, in fact, have affected the
13  adhesions from the wedge resection possibly?  Yes?
14       A.  That would be highly unlikely because the
15  surgery that she had done in 2008 did not involve
16  entering the abdominal cavity.
17       In Dr. Housel's note where you asked me about
18  the enterocele, he specifically didn't enter the
19  abdominal cavity, so if she had adhesions following the
20  wedge resection, which it's possible she had them,
21  they're inside the abdomen.  That would be similar to
22  this case to the four of us who are in this room and
23  there is somebody out there.  So could she have
24  adhesions out there, but we're talking about everybody

18 (Pages 66 to 69)

Robert Shull, M.D.

Page 70

1   in here?  That's conceivable, but that's not a logical
2   conclusion to draw.
3       Q.  Are you making a distinction between the
4   pelvis and the abdomen in terms of your --
5       A.  In terms of --
6       Q.  You said the adhesions relative to the wedge
7   resection would appear in her abdomen --
8       A.  Yes.
9       Q.  -- as opposed to her pelvis?
10      A.  That's correct.
11      Q.  Okay.
12      A.  Through the abdominal cavity.
13      Q.  All right.
14      A.  No.  That is correct.  It would be what is
15  called "intraperitoneal."
16      Q.  All right.
17      A.  Now, does the peritoneal cavity go down into
18  the pelvis?  It does, but those adhesions would be in-
19  side the peritoneal cavity, and none of the procedures
20  she had done entered the peritoneal cavity, so it would
21  be -- I guess anything is possible -- that would be so
22  unlikely that there'd be something inside her abdomen
23  which is exaggerated by what was done here, unless a
24  trocar was passed inadvertently into her abdomen and

Page 71

1   injured her bowel.  Could that happen?  It could, and
2   if that were to happen, the patient would be sick.
3       Q.  All right.  You didn't see evidence of that
4   here?
5       A.  No.  She didn't --
6       Q.  Let me --
7       A.  She didn't report any of it.  She would have
8   been sick, sick, sick if that happened.
9       Q.  Let me ask you this just very briefly.
10      A.  Uh-huh.
11      Q.  She underwent a wedge resection, correct?
12      A.  That's -- yes.
13      Q.  And a hysterectomy, correct?
14      A.  Yes.
15      Q.  And an appendectomy, correct?
16      A.  Yes.
17      Q.  And she's also complained of pelvic plain
18  issues related to GI issues, correct?
19      A.  Right.
20      Q.  And she's been diagnosed with diverticulitis?
21      A.  In 2013.
22      Q.  Okay.
23      A.  Not in 2008 or '09 or '10.
24      Q.  Well, and she's previously had abdominal pain

Page 72

1   for which she has undergone examination and treatment in
2   the past, prior to 2008, correct?
3       A.  She has, that's accurate.
4       Q.  Yes.  A left lower quadrant pain, some right
5   lower quadrant pain; is that right?
6       A.  That's accurate.
7       Q.  All right.  And Dr. Housel's procedure, was
8   there any potential by virtue of the fact that he
9   engaged in surgery that there may have been a potential
10  for scarring?
11      A.  From the pelvic reconstructive surgery, you
12  mean, in the vaginal canal?
13      Q.  Other than the Prolift, he also performed --
14  it's a little questionable in your mind as to whether he
15  performed the ligament suspension, correct?
16      A.  Yes.
17      Q.  All right.
18      A.  And in general, if someone does sacrospinous
19  ligament suspension, in general, that is done on either
20  the left or the right side.  Since his note doesn't
21  describe what he did anyway, we don't know if he did
22  left side, right side, or both sides, so --
23      Q.  But can you eliminate that procedure as a
24  possible source of any pelvic pain she might have?

Page 73

1       A.  Well, the natural history of pain following
2   sacrospinous ligament suspension is when that operation
3   is performed in America, it normally is performed on the
4   patient's right side usually.  It could be the left, but
5   usually the right, and of the women who have
6   sacrospinous ligament suspension, what may happen is in
7   the early recovery and for the first eight or 10 weeks
8   after surgery, maybe one out of 10 or one out of eight
9   patients may say they hurt some on the side of the
10  suspension.
11          The natural history is that pain goes away.
12  So there aren't any syndromes described that I'm
13  familiar with that says a person who has sacrospinous
14  ligament suspension and then 18 months, 24 months, some
15  time in the future, they acquire these unremitting pain
16  complaints.
17      Q.  Can you eliminate that, then, as a source of
18  her pain complaints?
19      A.  I wouldn't have considered it as the source of
20  chronic pain complaints, and I don't think anyone who is
21  knowledgeable about the procedure would.
22      Q.  How about the plication procedure that he
23  engaged in with respect to the enterocele?
24      A.  I think that --

19 (Pages 70 to 73)

Robert Shull, M.D.

Page 74

1    Q. Can you eliminate that as a possible source of
2  pelvic pain?
3    A. That is so highly unlikely it would like being
4  hit by lightning.
5    Q. Can you eliminate it as a possibility?
6    A. I would.
7    Q. Okay. Can you eliminate any patient
8  characteristics involving Ms. Dimock as a factor in her
9  chronic pain?
10    MR. CANNON: I'll just object; ambiguous.
11    A. Specifically?
12    Q. Sure. Dr. Norton refers to Ms. Dimock's
13  patient characteristics specifically about the fact that
14  she has unusual scarring. Do you remember seeing that?
15    A. Uh-huh.
16    Q. And do you agree with Dr. Norton's statement
17  in the medical records that some patients are not as
18  suited as others for use of the Prolift device?
19    A. I think that's probably true. It may be no
20  one is suited for it. How's that?
21    Q. Well, she also said that some people have
22  successfully undergone surgery using the device and
23  others have not. Do you agree with that?
24    A. I --

Page 75

1    MR. CANNON: Well, I just -- if we've
2  got the record, I think that's the best thing to
3  look at.
4    MS. VAN STEENBURGH: Sure.
5    A. Do I agree that some people have had the
6  procedure and they haven't presented with complaints? I
7  feel sure that's the case.
8    Q. Okay.
9    A. Now, what I don't know is what's going to
10  happen to those women in the future, and no one knows
11  the answer to that.
12    Q. Well, that's true with surgery as well with
13  using native tissue, is it not?
14    A. It's much less likely true, because we have
15  a hundred-year history of native tissue, 150 since
16  anesthesia, and we have a -- in this particular case, we
17  have a 10-year history, so they aren't the same.
18    Q. Doctor, would you agree with me that Ethicon
19  warned about adhesion formation and contracture in its
20  IFU?
21    A. I understand from reading the IFU that in very
22  general terms there was a laundry list of things that
23  were listed.
24    Q. The question was --

Page 76

1    A. Yes.
2    Q. Yes. Okay. Thank you. So let me make sure
3  that I understand the basis for your opinion with
4  respect to her pelvic pain. Doctor, it's your opinion
5  that her chronic pelvic pain, which she claims to
6  currently experience, is the result of a combination of
7  the contraction of the mesh and contraction of scar
8  tissue; is that right?
9    A. I'm sure they're associated with one other.
10    Q. Okay.
11    A. That the mesh incites inflammation, incites
12  scar tissue, the mesh contracts, the wound contracts,
13  nerves are irritated, the vascular supply is modified.
14  They're all -- yes, they all go together.
15    Q. Okay.
16    A. Incited by having a foreign body in the
17  pelvis.
18    Q. Well, as a matter of fact, any time you put a
19  foreign body into a human, there is some kind of foreign
20  body reaction, is there not?
21    A. There could be. This one happens to be one
22  with a great surface area and then placed in a
23  contaminated part of your body, which flies in the face
24  of all surgical principles.

Page 77

1    Q. Doctor, in your -- and you may be asked this
2  in a more general way, are you relying on some
3  particular literature that -- for the opinion that
4  there's a greater chance of inflammation and chronic
5  inflammation by virtue of the fact that this is placed
6  in the contaminated area of the body?
7    A. Yes.
8    Q. Okay. And what's that literature?
9    A. Well, it's all -- it's the history of medicine
10  and surgery that placing a foreign body in a
11  contaminated field is poor surgical judgment.
12    Now, do we do that sometimes? When we operate
13  through the vaginal canal, yes, because the vaginal
14  canal is never sterile. So when we operate through the
15  vaginal canal and we use whatever procedures we use,
16  suture material, let's say, we're putting it into a
17  contaminated field. What happens, then, part of the
18  time and in many cases, the suture material dissolves,
19  so in a period of, let's say, 90 days or less, for all
20  practical purposes, that suture material has been
21  metabolized and is gone.
22    Sometimes -- and I do this -- I may use
23  nonabsorbable sutures, pieces of suture, to accomplish
24  part of the surgery, and occasionally some of those

20  (Pages 74 to 77)

Robert Shull, M.D.

Page 78

1  sutures will be exposed in the vaginal canal, and I can
2  see them and I can remove them in the office or I may
3  treat someone to estrogen hormone.
4      The thing that is different here is there is a
5  significant surface area of material that is not only
6  placed in the vaginal canal, but by virtue of using the
7  trocars, that same material is brought out through
8  multiple tissue layers in the bony and muscular pelvis.
9  So the product, then, is exposed to all of this
10 contamination in the vagina, in the muscles of the
11 pelvis, it just is. That's what happens.
12     Q. Well, Doctor, is there a difference between
13 infection and inflammation?
14     A. Inflammation --
15     Q. Is there a difference?
16     A. Yeah, there could be, yes.
17     Q. Okay. And are you talking with contamination
18 and bacteria, are you talking about infection or
19 inflammation?
20     A. Well, I'm talking about both actually
21 because --
22     Q. Do we have any evidence here that Ms. Dimock
23 suffered from a chronic infection as a result of having
24 the Prolift?

Page 79

1      A. Well, you -- in the path reports are the
2  foreign-body giant cells, so you see chronic
3  inflammation which leads to pain, for example.
4      Q. Let me ask you the question, though. Is there
5  any evidence of any kind of chronic infection with
6  Ms. Dimock that you've been able to identify?
7      A. Well, let me look at the path reports. I'm
8  going to see exactly what they said. I'll read what the
9  pathologist said. Did she have -- to answer your
10 question: Did she have an abscess in the pelvis? Did
11 she require hospitalization for treatment of high
12 temperature elevated white blood count? No, she didn't.
13     Q. So you indicate that the path reports show --
14     A. No. I'm going to read the path report here.
15     Q. I'm sorry.
16     A. If I find it.
17     Q. I thought you were answering my question about
18 infection.
19     A. Well, I am. I just wanted to find the path
20 report and see what the pathologist said.
21     Q. Okay.
22     A. Okay. This is from February 2010. The
23 pathologist says, "Foreign material with adherent
24 benign squamous mucosa exhibiting chronic inflammation

Page 80

1  and foreign-body giant cell reaction."
2      Q. That doesn't mean infection, correct?
3      A. It means inflammation.
4      Q. Right. And inflammation, with any foreign
5  body, you would expect some of that reaction, would you
6  not?
7      A. Yes.
8      Q. Okay.
9      A. And that would be why you would take the
10 foreign body out. So if you stuck a splinter in your
11 finger, you wouldn't leave it there.
12     Q. So if I had a heart valve and there is
13 inflammation around the heart valve, you'd take it out?
14     A. That's different. But the answer may be yes,
15 but the difference is the heart valve is placed in a
16 noncontaminated area of the body. These meshes are
17 placed in a contaminated part of the body.
18     Q. And contamination, in your definition, that's
19 bacterial contamination, correct?
20     A. In the vaginal canal, yes.
21     Q. All right. That's all.
22     A. The path report from October 2010, chronic
23 inflammation.
24     Q. Again, no sign of infection, correct?

Page 81

1      A. Not on those two. I will see if I can find
2  the rest of them. The path report from 2014, the
3  pathologist did not see mesh on that one. I think we
4  knew that -- you knew that already.
5      Q. Right.
6      A. And then there is one other path report that I
7  don't have in front of me so -- but I have those three,
8  two showed chronic inflammation and one showed just scar
9  tissue.
10     Q. And none of them showed any kind of infection,
11 correct?
12     A. Not acute infection.
13     Q. All right. Doctor, do you remember seeing a
14 reference in the medical records to the fact that
15 Ms. Dimock was noticing -- let me see if I can get it
16 correct -- staples in her pelvis?
17     A. She may have described that.
18     Q. And Dr. Norton talked to her about that,
19 correct?
20     A. Uh-huh. But there weren't any staples in her
21 pelvis, not in her vagina. People use different terms
22 to describe things, so patients by and large --
23     Q. That's okay. You don't have to go on. I was
24 just asking the question. There is a reference in the

21 (Pages 78 to 81)


correct

Robert Shull, M.D.

Page 82

1  records to a permanent suture from the Bartholin gland
2  repair, though, correct?
3      A.  Right.
4      Q.  All right.  Doctor, are you claiming that pain
5  Ms. Dimock expresses relative to her levator ani muscles
6  is related to the Prolift device?
7      A.  Yes.
8      Q.  And how is it related?
9      A.  Well, chronic inflammation, irritation incites
10 a reaction in the tissues, and those trocars go through
11 muscle.  That's what they do.  They go through levator
12 muscles.  That's what they're designed to do, and then
13 they deploy mesh in there, and then the muscles heal the
14 tract.  The mesh gets smaller.  It gets inflamed.  The
15 muscles contract.  There are nerve fibers.
16      This isn't a giant leap to presume that if I
17 stuck something as big as a pencil in you six times and
18 put a product and pull it out six times that it's going
19 to hurt somewhere.
20      Q.  And so it's your opinion that any pain that
21 she has experienced in her levator ani muscles is
22 directly the result of having had the trocar passed
23 through those muscles?
24      A.  And deploy the mesh.  It's both of those.

Page 83

1  It's not one or the other.
2      Q.  And have you --
3      A.  It's deploying that mesh through those
4  muscles.
5      Q.  Okay.
6      A.  And the trocar is the way to do it.
7      Q.  And have you eliminated Ms. -- Ms. Dimock
8  underwent physical therapy for her levator ani muscles,
9  correct?
10     A.  Yes, she did.
11     Q.  And in fact she improved, did she not?
12     A.  Yes.
13     Q.  All right.  And have you eliminated her own
14 anxiety and her -- well, as a possible reason for the
15 muscle issues relating to her levator ani pain?
16     A.  What I would -- my interpretation of that is
17 that she acquired the complaints with pain and whatever
18 anxiety, if any, she had before would have been
19 exaggerated by virtue of the fact that it has now been
20 almost eight years since she had surgery and six
21 years since her first explant.  So it's a reasonable
22 thing to acquire complaints with anxiety if you hurt
23 all the time.  So do I think preexisting anxiety made
24 her hurt?  No.  Do I think she's anxious?  I probably

Page 84

1  would be too if I had six years of hurting.
2      Q.  Well, in connection with your opinions in this
3  case, did you take into consideration any of the
4  personality characteristics of Ms. Dimock relative to
5  anxiety or PTSD or any other psychological condition
6  she's been diagnosed with?
7      A.  I'm cognizant of it.  PTSD has nothing in the
8  to world to do with the exposed mesh that she has had
9  removed.  The operations --
10     Q.  How about the anxiety and the pain?
11     A.  Well, it may have something to do with being
12 anxious.  I don't doubt that.  I mean, that's a disorder
13 which I'm not personally familiar with, but it isn't
14 shocking that someone with PTSD would be anxious.
15     Q.  Did you take into consideration notes in her
16 file relative to Ms. -- assessment of Ms. Dimock that
17 she needs to be dramatic in order to focus?
18     A.  I asked her about that.
19     Q.  And what did she say?  She denied it?
20     A.  No.  She didn't deny it.  Some people are.
21     Q.  Okay.  And do you think --
22     A.  Some people are dramatic.
23     Q.  And do you think some people --
24     A.  That doesn't mean that they're going to have

Page 85

1  mesh exposed in their vagina.  Some people don't say
2  anything.
3      Q.  I'm not asking about mesh exposure.  We're
4  talking about the pelvic pain and the vaginal pain.
5      A.  Right.
6      Q.  Do you think that sometimes the issues with
7  respect to anxiety or being dramatic may increase issues
8  with respect to pain in any particular patient?
9      A.  Is it possible?  If she had no surgery, if she
10 had no product implanted, and she walked in off the
11 street and said that "I hurt," and I found nothing in
12 her surgical history, nothing on physical exam, nothing
13 in her medical history, and she said, "You know, I'm a
14 pretty dramatic person and I need to do that to get
15 attention," but nothing had ever happened to her before,
16 then I would be thinking, well, maybe that's an
17 attention-getting device.  I don't think that in this
18 woman.  That's not the case with her.
19      She specifically had something done that
20 required deployment of these products in her vagina and
21 whether she had PTSD or any other thing is unrelated to
22 putting a product in her, unless someone knows that
23 people with PTSD shouldn't have these procedures done.
24     Q.  Can those diagnoses in any way -- forget the

22 (Pages 82 to 85)

Robert Shull, M.D.

Page 86

1  product --
2     A.  Uh-huh.
3     Q.  Can they be in any way related to the
4  complaints of pain?
5     A.  I suspect without knowing it for a fact that
6  if you or I had PTSD and we were responding to anything
7  under the sun, a nightmare, a dream, a loud noise, it
8  would be different than someone who doesn't have it.
9  So I'm sure it affects how people respond to things.
10    Q.  And, now, are you aware that Ms. -- Ms. Dimock
11  told you she had not had sex since before the implant,
12  correct?
13    A.  For one year, before.
14    Q.  Right.  Did you ask her why there were
15  notations in her medical records where she indicated
16  that she was having dyspareunia?
17    A.  No.  I think that wouldn't be her
18  responsibility.  That would have been the person
19  documenting the record's responsibility for entering
20  that, because she was very clear to me and I suspect to
21  everybody else that she didn't have a sexual partner.
22    Q.  So Dr. Norton would be wrong if Dr. Norton
23  noted that she was experiencing dyspareunia?
24    A.  What the patient could have said --

Page 87

1     Q.  Well, you know, the question is whether
2  Dr. Norton was wrong.
3     A.  Well, if you don't have --
4        MR. CANNON:  I'll just object.  I think we're
5  getting argumentative.
6     A.  Well, what I'll say is I don't know about
7  Dr. Norton's being wrong.  What I would say is
8  dyspareunia is pain with intercourse.
9     Q.  Okay.  How about when Dr. Sharp, did you see
10  the record where he said that Ms. Dimock reported to him
11  that she was having pain with sexual intercourse?
12    A.  Well --
13    Q.  Would that have been an incorrect record as
14  far as you know?
15    A.  Well, what she told me was she hadn't had
16  intercourse since the year before.
17    Q.  Okay.
18    A.  I wasn't there when she gave a history to
19  Drs. Norton and Sharp, so God only knows what she
20  told them.
21    Q.  Did you ask her about whether -- I guess you
22  did ask her, and she said she had not had intercourse,
23  correct?
24    A.  Yes.

Page 88

1     Q.  All right.
2     A.  And I didn't -- the time I saw her, I hadn't
3  reviewed all of those records.
4     Q.  Okay.
5     A.  So that would have required me getting on the
6  phone and saying, "You know, I saw you in November.
7  When did you tell them?"  I didn't --  she didn't give
8  me that history.
9     Q.  All right.  So at the time that you examined
10  her, you had not reviewed any records where there had
11  been a report of dyspareunia; is that what you're
12  saying?
13    A.  That's accurate.
14    Q.  All right.  Ms. Dimock has had some issues
15  with constipation and bowel movements, correct?
16    A.  Yes.
17    Q.  And did you eliminate those issues as a
18  possible source of any pelvic pain in connection with
19  your opinion that the pain she experiences is strictly
20  related to the Prolift device?
21    A.  Well, could she have pain with the
22  constipation?  She could.  Would she have chronic pain
23  with the physical findings that she has and the history
24  she has and constipation be the primary source of her

Page 89

1  complaint?  And the answer is no.
2     Q.  Now, Doctor, you are of the opinion that
3  Ms. Dimock would not have experienced the issues she
4  did, specifically mesh erosion and chronic pain, had she
5  had a native tissue repair; is that correct?
6     A.  Yes.
7     Q.  All right.  So with respect to mesh erosion,
8  that's because in a native tissue repair, there is no
9  mesh used, correct?
10    A.  That's accurate.
11    Q.  All right.  Do you have an opinion as to
12  whether -- are you going to express an opinion as to
13  whether a native tissue repair in the case of Ms. Dimock
14  would have been more effective?
15    A.  The information that we have about native
16  tissue repairs -- I'll use rectocele.  So the information
17  we have about native tissue repair for rectocele,
18  depending on the patient's complaints in advance, the
19  patient could have complaints of a bulge, they could
20  have complaints of inability to empty the distal rectum,
21  they could have complaints of discomfort with
22  intercourse, or they could have no complaints, falls in
23  those four categories.
24        With native tissue surgery, what we know is

23 (Pages 86 to 89)

Robert Shull, M.D.

Page 90

1    seven out of 10 women will have improvement in their
2    bowel function, and nine out of 10 will have reduction
3    of the bulge, not a hundred percent in either one. We
4    know that. We know that some women may have
5    postoperative pain complaints. It is highly unlikely
6    they would be chronic.
7        Q. Okay.
8        A. What we know about mesh products and the
9    posterior vaginal canal for rectocele, there are no
10   reports that indicate improved outcomes in rectocele
11   repair with mesh. None.
12       Q. I understand that. The question I had is:
13   Are you going to issue or render an opinion or testify
14   at trial that, in fact, a native tissue repair in the
15   case of Ms. Dimock would have been more effective than
16   the use of mesh in this particular patient?
17       A. Well, what do you mean by more effective?
18       Q. That there would have been -- the chance of a
19   recurrence would have been -- is higher and was higher,
20   and that if she had had a native tissue repair, the
21   chance of a recurrence would have been lower. Can you
22   say that with any definitive --
23       A. What I can say in her particular circumstance
24   if she had a native tissue repair, she wouldn't have had

Page 91

1    these four extra surgeries.
2        Q. I understand the four extra surgeries have to
3    do with the mesh.
4        A. Right.
5        Q. Lysing the mesh arms and the erosion. But the
6    question is efficacy. Would there have been a
7    difference? And you can just say to me, "I'm not going
8    to say that I have an opinion one way or the other as to
9    whether a native tissue repair would have been more
10   effective." I don't care. I just want to make sure I
11   understand what you're going to say.
12       A. What I'm going to say is there is no
13   literature that documents that using a mesh product is
14   better, is more effective. So if there is nothing to
15   say that it's more effective, then what you're left is
16   are they equal, or is one inferior to the other? So
17   could a mesh product be equal in resolving the anatomic
18   abnormality, the bulge?
19       Q. Right.
20       A. They could be equal. One is not better than
21   the other.
22       Q. All right.
23       A. But the issue, if that's all you look at, then
24   you could say the anatomic outcomes may be similar, but

Page 92

1    that isn't all we look at.
2        Q. I understand that, but that was my question.
3    So now we'll get to the second question, which is your
4    opinion is had she had a native tissue repair, being
5    an anterior or posterior colporrhaphy --
6        A. Right.
7        Q. -- your opinion is that would have been a
8    safer procedure, because there would be fewer
9    complications, correct?
10       A. That's accurate.
11       Q. All right. Now, I want to make sure that I
12   understand, though. With any surgery, with a native
13   tissue repair, there is a chance or there is a
14   possibility that there can be pelvic pain, correct?
15       A. What I would say is perfect doesn't exist.
16       Q. Right. There is no surgical procedure that's
17   perfect; is that right?
18       A. That's accurate.
19       Q. All right. And with an anterior or posterior
20   colporrhaphy, if there were existing adhesions from some
21   other procedure, that wouldn't make a difference in
22   terms of Ms. Dimock's outcome; is that right?
23       A. Well, I'm going to be a little bit more
24   specific. There could be findings in the vaginal canal,

Page 93

1    and that would be very specific to a woman who has had
2    radiation therapy in the vagina. So for some diseases
3    of the pelvis, cancer of the cervix or cancer of the
4    lining of the uterus, some women are treated with
5    radiation in the vagina causing scarring, and there
6    could be problems with vaginal surgery associated with
7    that.
8            When the adhesions are inside the abdomen,
9    which would happen after abdominal hysterectomy or ovary
10   surgery or whatnot, when adhesions are inside the
11   abdomen and the surgery is done through the vaginal
12   canal without entering the abdomen, there shouldn't be
13   anything done vaginally that would be an
14   intra-abdominal problem.
15       Q. And to go back -- strike that.
16           MR. CANNON: Let's go off the record for a
17   second.
18           THE VIDEOGRAPHER: Going off the record. The
19   time is 11:55.
20   (Recess was taken from 11:55 a.m. until 12:02 p.m.)
21           THE VIDEOGRAPHER: Back on the record. The
22   time is 12:02.
23   BY MS. VAN STEENBURGH:
24       Q. Dr. Shull, a couple of follow-up questions.

24 (Pages 90 to 93)

Robert Shull, M.D.

Page 94

1    One, I believe that you testified that they're -- with
2    respect to Ms. Dimock, either the mesh itself
3    contracting or the scar tissue formed around the mesh
4    contracting is a source of Ms. Dimock's chronic pelvic
5    pain, correct?
6       A.  That's accurate.
7       Q.  All right.  And have you looked at literature
8    regarding scarring in connection with the Prolift
9    device?
10      A.  Yes, I have.
11      Q.  Is there anything different reported in the
12   literature than what you see here with respect to
13   Ms. Dimock?
14      A.  You mean on her clinical exam?
15      Q.  Right.  Either on the clinical exam when you
16   did it or anything in her medical records that would
17   indicate the scarring or adhesions in her particular
18   case are different from what you have seen in the
19   literature relative to the Prolift device?
20      A.  My impression is her history is compatible
21   with the chronology of what can happen with patients is
22   that they can have an interval where they're relatively
23   pain free followed by an interval of progressive chronic
24   pain because of these changes in the mesh, the

Page 95

1    shrinkage, the contraction, the degradation, the chronic
2    inflammation, so I think her history actually fits what
3    some people are -- in fact do experience.
4       Q.  How about the type of scarring here in this
5    particular situation described by Dr. Norton, is that
6    different or is that consistent with what you have seen
7    reported in the literature as to scarring that occurs
8    with a Prolift device?
9       A.  It's similar to what I've read about and it's
10   similar to what I have seen personally in revising mesh
11   in patients who have required it.
12      Q.  Is it different in some way?  You say it's
13   similar, but is there a difference in some way?
14      A.  Well, I think every patient is different, so
15   the surgical dissection by her description is tedious,
16   difficult in developing tissue planes between the
17   bladder, the bowel, the vaginal skin, difficulty in
18   exposing the mesh through the scar, so those things are
19   all --
20      Q.  So does it sound like it's --
21      A.  -- characteristics I've observed when I've
22   done mesh explanation myself, and there are things that
23   are described in the literature that the surgery is
24   technically difficult to do.  And that's exactly what

Page 96

1    Dr. Norton's note describes.  She describes banding,
2    bunching, tissue being taught, difficulty in developing
3    tissue planes, so those are all various characteristics.
4       Q.  There is a reference in Dr. Norton's notes to
5    the scarring in this particular case with Ms. Dimock
6    being unusual based upon Dr. Norton's experience.  Did
7    you note that?
8       A.  Well, I think she probably means it's
9    unusually tedious to take care of it is what she --
10      Q.  Well, you don't know what she means, correct?
11      A.  No.  I would think she means it's unusually
12   difficult to do.
13      Q.  Well, in terms of if we are describing the
14   adhesions themselves, would you agree or disagree that
15   they are unusual based upon what is generally reported
16   in the literature?
17         MR. CANNON:  I'll object; speculation.
18      A.  I don't think I can say that I know that.
19      Q.  Okay.  And when you say that it's consist with
20   what you have experienced or what you've seen in the
21   literature, you're talking about the difficulty of
22   removing the mesh?
23      A.  That's accurate.  Identifying it, dissecting
24   it out, and protecting the surrounding structures so you

Page 97

1    don't injure the bowel, the bladder, the urethra, the
2    vaginal skin.
3       Q.  Okay.  Are you're not talking about the actual
4    adhesion constitution itself; is that right?
5       A.  That's correct.
6          MS. VAN STEENBURGH:  Let's just go off the
7    record for a second.  I want to ask Doug something.
8          THE VIDEOGRAPHER:  Going off the record.  The
9    time is 12:07.
10   (Recess was taken from 12:07 p.m. until 12:09 p.m.)
11         THE VIDEOGRAPHER:  Back on the record.  The
12   time is 12:09.
13   BY MS. VAN STEENBURGH:
14      Q.  Doctor, other than the opinions expressed in
15   your expert witness report and those that you have
16   described today, are there any other opinions that you
17   intend to give at the trial of this matter of
18   Ms. Dimock?
19      A.  I'm not aware of it.
20      Q.  All right.  And have you been asked to
21   supplement your report at all?
22      A.  No.
23         MS. VAN STEENBURGH:  Okay.  And to the extent
24   you do, we will ask for a further deposition on

25 (Pages 94 to 97)

Robert Shull, M.D.

Page 98

1    that.  That's all I have.  Thank you.
2        THE WITNESS:  Thank you.
3        THE VIDEOGRAPHER:  This concludes the
4    deposition of Dr. Shull in the Dimock case.  Going
5    off the record.  The time is 12:09.
6        (The digital recording ended at 12:09 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 99

1            CERTIFICATE OF REPORTER
2
3
4
5
6        I, Danielle C. Coleman, Stenographic Shorthand
7    Reporter, do hereby certify that I was authorized to and
8    did transcribe the foregoing proceedings from digital
9    recording, and that the transcript, pages 1 through 98,
10   is a true and correct record.
11
12       Dated this 15th day of March, 2016.
13
14
15       _____
             Danielle C. Coleman
16
17           Stenographic Shorthand Reporter
18
19
20
21
22
23
24

| A |
|---|
| **abdomen** 68:18 |
| 68:20 69:21 |
| 70:4,7,22,24 |
| 93:8,11,12 |
| **abdominal** 27:3 |
| 51:20 69:16,19 |
| 70:12 71:24 |
| 93:9 |
| **able** 44:4,24 |
| 45:1,4,23 |
| 52:21,24 61:4 |
| 79:6 |
| **abnormality** |
| 91:18 |
| **abscess** 79:10 |
| **absence** 40:2 |
| 50:8 |
| **absolutely** 29:10 |
| **absorbable** |
| 52:13 |
| **accepted** 13:19 |
| **access** 17:10,23 |
| 20:11 |
| **accomplish** |
| 77:23 |
| **accomplished** |
| 49:18 |
| **accurate** 13:1 |
| 14:9 19:18 |
| 25:16,20 28:3 |
| 30:7 32:11 |
| 47:2,16 48:17 |
| 51:7 57:15 |
| 59:23 72:3,6 |
| 88:13 89:10 |
| 92:10,18 94:6 |
| 96:23 |
| **acquire** 73:15 |
| 83:22 |
| **acquired** 66:2 |
| 69:7 83:17 |
| **acronym** 42:16 |
| **active** 62:11 |
| **activity** 29:4,9 |
| 62:8 |

**actual** 97:3
**acute** 35:23
53:17,18 54:3
54:10,10,11,12
54:17 81:12
**addition** 9:5
49:19
**additional** 69:11
**adherent** 79:23
**adhesion** 75:19
97:4
**adhesional**
68:14
**adhesions** 57:14
68:4,14,18
69:13,19,24
70:6,18 92:20
93:8,10 94:17
96:14
**adjacent** 6:16
37:22 38:13
**advance** 17:11
89:18
**adverse** 63:9
**advice** 31:7
**advocate** 58:18
**affirm** 4:17
**aforesaid** 1:19
**ago** 69:4,9
**agree** 74:16,23
75:5,18 96:14
**al** 1:9,11,12
**allowed** 45:9
**alternatives**
69:2
**ambiguous**
74:10
**america** 73:3
**amount** 33:17
45:14 58:3
59:4 62:7
**ana** 1:9
**anatomic** 91:17
91:24
**anesthesia** 75:16
**anesthetic** 59:17

**ani** 82:5,21 83:8
83:15
**answer** 5:19
15:6 21:3 25:9
39:12,19 40:12
43:15 53:12
75:11 79:9
80:14 89:1
**answering** 15:17
79:17
**anterior** 42:21
46:3 49:9,18
50:23 51:5
54:22 55:3
56:10,14,19
92:5,19
**anticipate** 44:19
47:9
**anticipated**
37:20
**antispasmodics**
16:15,16
**anxiety** 45:15
83:14,18,22,23
84:5,10 85:7
**anxious** 45:22
83:24 84:12,14
**anyway** 72:21
**appear** 70:7
**appearances** 2:1
**appearing** 4:12
**appears** 9:14
**appendectomy**
71:15
**appreciate** 59:2
**approach** 51:10
**appropriate**
18:24
**appropriately**
15:6
**approximately**
28:12 29:11
31:10 41:18
**area** 11:3 12:6
24:10 33:8
34:24 35:12,15

37:1 45:5,6,8
46:4,7,11
58:11 60:12,13
76:22 77:6
78:5 80:16
**areas** 8:13 14:3
35:22 36:20
42:15 48:8
**arent** 73:12
75:17
**argumentative**
63:19 87:5
**arm** 37:20,21
38:1 39:8
**arms** 35:13 37:4
37:7,8,24 38:5
38:11,12 39:10
57:14 58:23
60:21,23,24
61:2 91:5
**artery** 37:3
**arthritis** 26:5
**articulate** 5:15
**asked** 5:16 6:3
10:14 11:7,18
11:20 12:15,19
13:5,9,12 15:8
33:15 69:17
77:1 84:18
97:20
**asking** 11:12
24:17 25:2
31:15 81:24
85:3
**aspirin** 34:8
**assess** 11:6 12:6
**assessment**
84:16
**assistance** 11:4
**associated** 12:2
15:14 26:6,18
28:1 38:24
76:9 93:6
**assume** 5:18
**atrophy** 43:18
43:19,20 44:2

**attached** 7:4
**attempting**
58:21
**attempts** 66:4
**attention** 66:9
85:15
**attentiongetting**
85:17
**attribute** 67:7
**austin** 1:18 4:5
**authorized** 99:7
**average** 41:23
42:1,2 64:16
**aware** 27:1,4
35:5 52:5
63:23 67:22
86:10 97:19

| B |
|---|
| **b** 2:3 3:5 |
| **back** 7:6 12:24 |
| 21:2 22:16 |
| 33:21 39:9 |
| 48:23 64:20 |
| 93:15,21 97:11 |
| **bacteria** 78:18 |
| **bacterial** 80:19 |
| **ball** 28:18 |
| **band** 48:5 |
| **banding** 47:18 |
| 47:21 96:1 |
| **bartholin** 34:24 |
| 35:5 82:1 |
| **bartholins** 35:11 |
| **based** 16:20,23 |
| 17:2 24:5 |
| 27:16 28:8 |
| 29:2,4 41:21 |
| 52:5 56:14 |
| 96:6,15 |
| **baseline** 34:16 |
| 34:19 |
| **basically** 39:16 |
| 49:9 |
| **basis** 27:24 |
| 30:20 34:5 |

60:8 61:10
64:8,10 76:3
**bates** 7:15
**beach** 1:11
**bean** 46:10
**beansized** 47:1
**beck** 1:18
**becoming** 60:24
**began** 29:12
54:8
**beginning** 11:12
22:7
**behalf** 4:12,15
**believe** 10:16
14:14 17:23
34:1 50:9,11
65:19 66:4
94:1
**benign** 79:24
**best** 14:16 25:4
27:14 53:12
75:2
**better** 91:14,20
**bicycle** 28:16,18
28:24 29:5
**big** 39:16 82:17
**billing** 6:15 10:8
**biological** 62:8
**biologically**
62:11
**bit** 19:19 30:3
33:11 92:23
**bladder** 14:20
14:22 15:23
16:16 38:17,19
39:21 40:21
45:7 46:4
55:12,13,16
95:17 97:1
**bleeding** 30:6
39:22 58:7
**blood** 38:23 39:7
44:5 61:3
62:15 79:12
**blowing** 28:17
**body** 42:23 46:8

46:21 47:11
48:13 60:11
61:7,8,8 62:6
76:16,19,20,23
77:6,10 80:5
80:10,16,17
**bones** 33:3,4,21
**bony** 78:8
**bother** 69:9
**bothered** 66:7
**bottom** 23:20
45:3,4 50:17
**bowel** 55:14,17
71:1 88:15
90:2 95:17
97:1
**box** 6:16
**breast** 30:14,17
**briefly** 71:9
**bring** 6:4,5,7
30:3 39:8
**brings** 40:6
**brought** 5:7 7:2
11:15 78:7
**bruising** 40:5
**bulge** 89:19 90:3
91:18
**bulging** 32:10
**bunching** 96:2

― **C** ―
**c** 99:6,15
**calendar** 12:10
**california** 18:19
**call** 10:10
**called** 4:21 11:2
13:2 16:5
35:15 36:16
42:21 44:16
70:15
**calls** 28:14
**canal** 14:3 32:14
39:17 41:18
42:9,20 43:3,5
43:8,20 44:3,6
44:16 45:6

46:3,17 50:6
51:14 55:9,21
55:24 57:24
60:23 62:4,14
62:21 72:12
77:13,14,15
78:1,6 80:20
90:9 92:24
93:12
**cancer** 30:14,17
93:3,3
**cannon** 2:3 4:12
4:12 10:10
11:18 12:4
20:7 29:19
63:19 74:10
75:1 87:4
93:16 96:17
**cannons** 6:22
7:9 10:2,17,21
**cant** 20:9 29:24
40:9
**care** 6:21 91:10
96:9
**carol** 1:12 4:6
5:7
**carrying** 66:14
**case** 1:10,11,13
5:9 6:1 9:20
11:19 12:5
16:20 23:22
25:11 35:20
36:6,11 37:17
38:15 39:20,24
40:17 43:8
51:3 53:1 54:3
56:8 57:22
58:14 60:14
61:8 62:18
69:22 75:7,16
84:3 85:18
89:13 90:15
94:18 96:5
98:4
**cases** 6:2 77:18
**casespecific** 6:18

11:11,23
**categories** 89:23
**cause** 39:23 41:5
65:16 66:20
88:24
**causeandeffect**
12:16
**caused** 13:6,10
14:8 15:9
54:22 55:3
56:9,14,19
60:7 61:19
65:14
**causing** 68:15
93:5
**cavity** 51:20
69:16,19 70:12
70:17,19,20
**cell** 80:1
**cells** 79:2
**centimeters**
41:19 42:2,5
42:13,13 46:6
**central** 61:2
**certain** 7:15
10:6 17:22
19:15 45:14
68:17,19
**certificate** 99:1
**certify** 99:7
**cervix** 93:3
**chance** 77:4
90:18,21 92:13
**changes** 34:14
34:17 62:9
94:24
**characteristics**
35:19 61:18,21
74:8,13 84:4
95:21 96:3
**charleston** 1:2
4:8
**child** 20:20
**choose** 51:20
**chronic** 25:18
25:21 26:4,6

27:1,4,7,10,17
39:24 44:18
53:17,18 54:6
54:14,18,21
55:2,12,13,14
55:15,16,17
56:9,13 62:13
65:12,13 66:11
67:5,8 68:23
73:20 74:9
76:5 77:4
78:23 79:2,5
79:24 80:22
81:8 82:9
88:22 89:4
90:6 94:4,23
95:1
**chronically**
66:18
**chronology** 6:20
6:22 7:8,13,20
9:5 94:21
**circular** 51:21
**circumstance**
38:3 65:18
90:23
**city** 2:4
**civil** 1:10,11,13
**claiming** 82:4
**claims** 10:14
13:7,11 65:13
76:5
**classified** 56:5
**clear** 8:14 11:12
14:5 21:19
22:20 30:12
86:20
**cleveland** 64:22
**clinic** 19:7 64:22
64:23
**clinical** 17:3
94:14,15
**close** 52:2
**closer** 61:13
**closing** 58:19
**coccyx** 33:8

Robert Shull, M.D.

**codeine** 34:9
**cognizant** 84:7
**coin** 52:1
**coleman** 1:20
  99:6,15
**color** 53:5,6
**colporrhaphy**
  50:23 92:5,20
**com** 1:24 2:10
**combination**
  67:2 76:6
**come** 21:1 22:16
  22:18 37:9
  64:20 66:9
  68:23
**comes** 64:13
**comfortable**
  15:16 20:8
  22:18
**commencing**
  1:18
**comment** 31:24
**commented**
  35:22
**comments** 31:6
**committee** 42:18
**common** 26:20
**compartment**
  42:22,22
**compatible**
  14:19 94:20
**complained**
  71:17
**complaint** 89:1
**complaints**
  14:18 15:1,12
  17:17 21:6,9
  26:21 28:1,14
  29:13 54:9,11
  55:14,18 56:3
  60:17 65:23
  66:2 67:17,21
  68:8 69:6,7
  73:16,18,20
  75:6 83:17,22
  86:4 89:18,19

89:20,21,22
  90:5
**complication**
  57:18 59:6,8
  59:10,15,20
  60:2
**complications**
  13:19 14:1
  59:1,8,11
  64:16 92:9
**complies** 7:11
**component**
  34:16
**conceivable**
  18:22 70:1
**concern** 54:19
  64:18 66:9
**concerns** 11:8
  15:13
**concludes** 98:3
**conclusion**
  68:23 70:2
**condensed** 21:15
**condition** 84:5
**conduct** 8:20
**configuration**
  37:24
**congress** 1:18
**connection** 6:1
  9:20 10:14
  11:19 16:20
  33:16 52:22
  84:2 88:18
  94:8
**connective**
  36:17 56:1
**consequence**
  63:9,17,24
**consider** 53:8
  59:4
**consideration**
  61:17 67:13
  84:3,15
**considered** 42:6
  56:1 69:1
  73:19

**considering**
  67:11
**consist** 96:19
**consistency** 46:5
**consistent** 95:6
**consists** 47:1
**constant** 33:24
  34:10,13,19
**constipation**
  88:15,22,24
**constitutes**
  57:17
**constitution**
  97:4
**consultation**
  11:11
**contact** 10:20
  11:10
**contain** 36:20
**contained** 8:8
  12:1 21:10
**contains** 9:8
**contaminated**
  76:23 77:6,11
  77:17 80:17
**contamination**
  78:10,17 80:18
  80:19
**contemporane...**
  22:23
**continuation**
  24:7
**continued** 16:5
**contract** 82:15
**contracting** 94:3
  94:4
**contraction**
  44:21 76:7,7
  95:1
**contracts** 66:10
  66:21,22,23
  67:1 76:12,12
**contracture**
  60:20,20 75:19
**contributed**
  62:24

**contributing**
  62:18
**copy** 6:9,23 10:8
  20:9 23:8
**copying** 18:22
**cords** 52:1
**correct** 8:3 9:20
  10:12 12:24
  13:3 14:23
  16:21 19:17,23
  23:21 25:1,15
  27:20 28:6,11
  30:6 32:10
  33:12,21 35:2
  40:14,17 41:7
  47:1,15 48:16
  51:1,6 53:19
  56:10,20 57:1
  57:2,3,9,14
  59:22 61:24
  63:24 65:14
  67:9,23 70:10
  70:14 71:11,13
  71:15,18 72:2
  72:15 80:2,19
  80:24 81:11,16
  81:19 82:2
  83:9 86:12
  87:23 88:15
  89:5,9 92:9,14
  94:5 96:10
  97:5 99:10
**correctly** 42:13
**corresponded**
  11:1
**correspondence**
  10:16
**couldn't** 35:23
  41:9 46:9
**counsel** 2:2,6
  4:10 7:15
**count** 79:12
**couple** 6:1 33:20
  38:7 56:22
  93:24
**court** 1:1,20 4:7

**create** 39:8,10
  58:24
**created** 38:21
  42:17
**creates** 37:7
**current** 6:9
  11:22 15:12
  17:16 26:10
  64:18 67:17
  69:5
**currently** 15:4
  15:10 31:8
  76:6
**curriculum** 6:9
**cystocele** 49:7
  49:13,16
**cystoscopy**
  49:20

**D**

**d** 1:17 3:1,2
**damage** 41:14
**danielle** 1:20
  99:6,15
**date** 1:19 4:3
  7:13 9:15,22
  9:24 10:3,13
  29:8
**dated** 99:12
**day** 8:23,24 34:3
  99:12
**days** 10:5 77:19
**dcannon** 2:5
**dealing** 63:7
**decide** 11:2
  18:12
**deep** 41:19
**defect** 49:17
**defendants** 4:15
  4:22 5:7
**define** 25:21
  27:8,8
**definition** 56:15
  80:18
**definitive** 47:24
  90:22

degradation
66:11 95:1
demonstrate
67:1
denied 84:19
deny 84:20
depending 34:7
35:18 36:13
37:10 58:11
89:18
deploy 35:13
38:5 82:13,24
deployed 37:4,8
37:21 38:12,17
39:4,5,11 41:9
58:24
deploying 83:3
deployment
85:20
deponent 4:8
deposition 1:17
3:6,7 4:4 5:10
5:23,24 6:3
63:21 97:24
98:4
deps 1:24
depth 42:2,4,22
43:3,4
describe 23:20
55:19 56:3
57:10,20 72:21
81:22
described 32:21
46:10 59:6
73:12 81:17
95:5,23 97:16
describes 33:2
33:11,20 51:11
96:1,1
describing 32:15
96:13
description 50:8
50:19 53:7
95:15
descriptions
53:3

design 42:19
designed 82:12
despite 66:3
detail 22:13
30:24 60:7
details 19:2
49:12
determine 12:20
develop 29:12
54:8
developed 27:3
28:14 30:14
developing
95:16 96:2
development
67:19
device 12:23
13:6,10 14:22
36:6 43:10
51:5 69:1
74:18,22 82:6
85:17 88:20
94:9,19 95:8
diagnosed 71:20
84:6
diagnoses 85:24
diagnosis 24:2,4
24:11 30:16
diameter 37:6
dictate 23:6
dictated 8:12
9:3
dictating 22:23
dictation 8:21
didnt 8:12 32:23
35:23 39:20,21
46:20,22 47:9
50:11,19 53:8
57:10 66:9
69:5,9,18 71:3
71:5,7 79:12
84:20 86:21
88:2,7,7
difference 25:10
38:14 78:12,15
80:15 91:7

92:21 95:13
different 5:17
38:1 42:8,14
46:5 48:4
50:21 53:10
55:18 66:3
78:4 80:14
81:21 86:8
94:11,18 95:6
95:12,14
differential
24:11
difficult 35:16
95:16,24 96:12
difficulty 95:17
96:2,21
digital 44:23
98:6 99:8
digitally 1:19
dimock 1:12 4:6
5:8 6:1,20,23
8:7,15 10:15
11:19 12:22
13:7,11 14:8
15:4,10,20
16:24 17:9
19:17 22:6
23:14 24:17,22
26:23 38:10
41:6 49:3,5,6
53:1 54:3,21
56:9,23 59:5
60:14 62:20
65:12 68:7
74:8 78:22
79:6 81:15
82:5 83:7 84:4
84:16 86:10
87:10 88:14
89:3,13 90:15
94:2,13 96:5
97:18 98:4
dimocks 5:9
9:20 16:20
17:7 20:13
24:12 32:4

36:3 42:9 43:8
53:17 74:12
92:22 94:4
dindo 59:11
direct 3:3 5:1
10:20 37:14
39:12
directly 17:14
82:22
disagree 96:14
discharge 58:7
discomfort
89:21
discontinued
68:4
discuss 21:2
22:13,19 23:5
discussion 57:20
disease 26:5
diseases 93:2
disorder 84:12
dissecting 96:23
dissection 50:20
95:15
dissolves 77:18
distal 89:20
distensible 44:9
distinction 70:3
district 1:1,1,5
4:7,7
diverticulitis
71:20
doctor 5:22
16:19 30:4
31:5 49:2 58:1
59:2 65:11
66:19 75:18
76:4 77:1
78:12 81:13
82:4 89:2
97:14
doctors 58:18
64:3
document 23:6
50:11
documentation

16:5 18:24
19:8 50:14
documented
31:13 43:1
documenting
86:19
documents 9:6
91:13
doesnt 36:24
58:15,15 67:4
72:20 80:2
84:24 86:8
92:15
doing 5:13 22:22
28:17
dont 5:16 9:23
9:24 10:5,7,17
10:18 13:20
16:3,4,7,12
23:4 25:9 31:2
31:13,23 32:22
43:11,12 46:24
47:15 48:9
50:15,16 53:15
55:15 56:4
62:6 64:4,19
72:21 73:20
75:9 81:7,23
84:12 85:1,17
87:3,6 91:10
96:10,18 97:1
doubt 56:4
84:12
doug 4:12 97:7
douglas 2:3
dr 4:9 5:3 6:18
6:19 9:15
12:23 13:2
15:15,18 18:3
28:13 29:12,17
31:4,4,11,19
33:15 43:2
49:4 52:23
53:13 63:21
68:10 69:17
72:7 74:12,16

81:18 86:22,22
87:2,7,9 93:24
95:5 96:1,4,6
98:4
**draft** 10:9
**drainage** 36:21
61:6
**dramatic** 84:17
84:22 85:7,14
**draw** 70:2
**dream** 86:7
**dressed** 21:1
22:17,18
**drop** 33:19
**drs** 31:6 87:19
**dry** 62:16
**due** 36:4 67:12
68:24
**duly** 4:22
**dyspareunia**
86:16,23 87:8
88:11

**E**
**e** 3:1,5
**earlier** 65:23
**early** 30:16
35:20 73:7
**easier** 35:17
**edges** 58:19
**effective** 14:15
89:14 90:15,17
91:10,14,15
**effectively** 15:23
**effects** 13:18
16:11,17
**efficacy** 91:6
**eight** 73:7,8
83:20
**either** 16:17
19:6 20:9 33:6
43:12 50:6,16
55:20 56:5
60:19 61:11
72:19 90:3
94:2,15

**elastic** 44:10
**electronic** 19:9
23:2,6
**elevated** 16:6
79:12
**eliminate** 52:21
52:24 68:13
72:23 73:17
74:1,5,7 88:17
**eliminated** 83:7
83:13
**emailed** 11:1
**empty** 15:23
89:20
**encounter** 19:5
21:17 23:7
**ended** 98:6
**ends** 52:2
**engaged** 27:22
28:10 29:4
62:21 72:9
73:23
**engagement**
12:13,20
**entail** 51:10
**enter** 23:3 69:18
**entered** 70:20
**entering** 69:16
86:19 93:12
**enterocele** 49:13
49:16 51:9,11
51:12,12,16
52:3 69:18
73:23
**entire** 17:11
21:16,17,24
22:1
**entirely** 37:11
48:4
**entrapped** 66:18
66:21
**entries** 7:18
**entry** 19:12
**episodes** 56:18
**equal** 91:16,17
91:20

**erode** 52:6
**eroded** 56:24
57:21
**erodes** 61:3
**erosion** 48:16
52:24 56:23
57:8,16,17
58:5,11 61:6,9
61:19 62:18
63:1,9,23 89:4
89:7 91:5
**erosions** 58:10
**esquire** 2:3,7
**estrogen** 30:9,13
30:15,23 31:7
31:11,18,23
32:3,6 43:21
44:1 58:2,11
59:22 62:3,5,6
62:10,11 78:3
**et** 1:9,11,12
**ethibond** 51:17
52:6,12,22
53:1,5
**ethicon** 1:6,9,11
1:12 2:6 4:6
63:12 75:18
**evaluate** 11:21
**evaluating** 12:14
64:14
**evaluation** 6:19
11:21 12:13
18:7 24:6 49:7
**event** 64:4 65:21
**events** 6:23
**eventually** 11:20
61:13
**everybody** 42:1
69:24 86:21
**evidence** 15:22
38:18 39:6
40:3,15,16,17
40:18 53:3
60:17 63:8
66:24 71:3
78:22 79:5

**evolved** 54:18
**ex** 23:12
**exact** 9:24 10:18
31:24
**exactly** 79:8
95:24
**exaggerated**
70:23 83:19
**exam** 11:22 21:3
22:16,17 41:17
44:15,23 45:1
46:2 47:17,23
47:23 48:12
52:19 63:5
85:12 94:14,15
**examination** 3:3
5:1 8:20 16:24
17:8 19:17,20
20:1,12,22
21:19 22:7,22
23:20 24:5
30:5 34:23
43:18 44:5
45:24 48:6,15
58:4 72:1
**examinations**
45:15
**examine** 22:16
**examined** 6:19
8:7,14 21:1
23:14 28:10
88:9
**examining** 17:14
48:6
**example** 15:23
18:21 36:21
37:9 42:5 48:1
48:2 52:1 55:9
55:12 58:4,8
59:12,22 62:12
63:3 64:14
66:7 69:4 79:3
**excerpted** 8:11
**excessive** 39:22
**excised** 47:12
**excising** 58:3

**excision** 57:8,13
58:16
**exhaustive**
18:22
**exhibit** 3:7 5:21
5:23
**exhibiting** 79:24
**exist** 92:15
**existing** 92:20
**expand** 32:23
**expect** 38:16
80:5
**expectation**
65:24
**expectations**
11:9
**expected** 12:9
**expel** 35:24
**experience** 16:1
17:3 41:22
52:5 65:13
76:6 95:3 96:6
**experienced**
26:14 54:21
55:2 56:18
82:21 89:3
96:20
**experiences**
15:10 33:24
34:12 88:19
**experiencing**
15:4 86:23
**expert** 5:9 9:19
21:15 23:9
97:15
**expertise** 12:7
**explant** 17:24
83:21
**explantation**
95:22
**exposed** 50:4
52:20 60:16
61:14 78:1,9
84:8 85:1
**exposing** 95:18
**exposure** 14:4

Robert Shull, M.D.

52:22 56:19
57:21,22 59:5
59:20,24 60:7
60:18 64:15
85:3
**exposures** 53:11
**express** 89:12
**expressed** 97:14
**expresses** 82:5
**extent** 30:22
97:23
**external** 34:23
36:15
**extra** 91:1,2
**extremely** 63:2

**F**

**fabian** 2:3
**fabianvancott**
2:5
**face** 62:14 76:23
**facetoface** 19:5
**fact** 11:23 12:1
13:20 17:20
25:5 26:10
28:23 33:8
39:22 43:9
62:20 66:2
67:3 68:3,7,13
68:24 69:12
72:8 74:13
76:18 77:5
81:14 83:11,19
86:5 90:14
95:3
**factor** 62:18
74:8
**fair** 5:19
**fall** 10:17 42:5
60:3
**falls** 89:22
**familiar** 13:17
52:11 73:13
84:13
**family** 20:17
**fancy** 5:15

**far** 34:10 57:6
87:14
**fascia** 36:16
**fatty** 36:16
**fax** 1:23
**february** 10:3
79:22
**feel** 13:21 15:16
46:4,20,22
48:5,9 57:23
58:22 75:7
**feeling** 32:15,20
32:21 46:13
**feels** 19:3 32:13
47:24 48:4
**fell** 11:3
**felt** 21:5 40:21
48:7
**fertility** 68:6
**fewer** 92:8
**fibers** 82:15
**fibromyalgia**
25:14 26:3
54:7
**field** 77:11,17
**file** 1:3 6:16
84:16
**final** 8:11 9:1
10:10
**find** 12:8 19:4
45:24 48:11,15
79:16,19 81:1
**finding** 15:19
**findings** 8:21
14:2 15:19
88:23 92:24
**finger** 44:23
48:2,8 80:11
**fingerbreadth**
45:1
**firm** 6:22
**first** 4:22 10:13
10:16 73:7
83:21
**fit** 12:9
**fits** 95:2

**fixation** 50:20
**fixed** 46:13
60:21
**flies** 76:23
**floor** 44:13
**fluid** 33:15,17
**focus** 84:17
**followed** 8:19
94:23
**following** 18:1
30:9 31:1 54:9
59:8 69:19
73:1
**follows** 4:23
**followup** 93:24
**foregoing** 99:8
**foreign** 46:8,21
47:10 48:13
60:11 61:7,7,8
76:16,19,19
77:10 79:23
80:4,10
**foreignbody**
79:2 80:1
**foreshortened**
43:9
**forever** 40:8
**forget** 85:24
**form** 43:1 60:6
64:9
**format** 19:20
23:18 24:19
**formation** 75:19
**formed** 94:3
**forms** 64:8
**found** 46:2
85:11
**four** 34:7 46:6
57:4 69:22
89:23 91:1,2
**frankly** 35:16
**free** 20:6 94:23
**frequently** 44:18
58:7 62:13
64:17
**front** 81:7

**function** 90:2
**further** 63:17
97:24
**future** 52:18
64:5,19 73:15
75:10

**G**

**gathered** 30:11
**general** 18:9
37:5 43:24
44:2,14 52:11
63:14 72:18,19
75:22 77:2
**generally** 96:15
**genitalia** 34:24
**getting** 59:3
87:5 88:5
**gi** 71:18
**giant** 79:2 80:1
82:16
**give** 4:18 14:7
21:4 43:7 48:1
88:7 97:17
**given** 17:11
**glad** 30:1
**gland** 35:5,11
82:1
**go** 5:12 39:20
48:18 70:17
76:14 81:23
82:10,11 93:15
93:16 97:6
**god** 87:19
**goes** 23:19 36:13
61:14 66:10,14
66:15,16 73:11
**going** 5:13 6:2
8:1 36:3 37:8
37:11 38:1
43:7,16 44:19
47:3,14 48:20
54:1 56:8,12
56:17 60:6
64:20 66:1
75:9 79:8,14

82:18 84:24
89:12 90:13
91:7,11,12
92:23 93:18
97:8 98:4
**golkow** 1:23,24
4:3
**good** 5:3,4 22:20
**goodwin** 1:4
**graft** 50:6
**great** 7:6 76:22
**greater** 77:4
**greatly** 44:12
**grid** 43:1,2
**group** 39:15
**grow** 66:12
**guess** 11:23 15:7
17:18 70:21
87:21

**H**

**h** 3:5
**hadnt** 87:15
88:2
**hand** 4:17 36:23
48:1
**hands** 28:21
**handwritten**
7:23 8:2,3
11:15
**happen** 37:19
40:3 45:12
47:11 52:17
57:22 71:1,2
73:6 75:10
93:9 94:21
**happened** 18:20
39:6 40:3
60:18 66:5
71:8 85:15
**happens** 23:2
52:11 76:21
77:17 78:11
**harriet** 1:11
**hasnt** 38:2
**havent** 20:14,16

20:19 66:3
75:6
**head** 16:8 30:1
**headaches** 26:4
**heal** 35:16 52:16
61:4 82:13
**healing** 35:18
**healthcare** 19:6
**hear** 40:12
**heard** 38:7,10
61:15
**heart** 80:12,13
80:15
**heavy** 41:24
**held** 1:18 4:5
**help** 10:7
**helped** 42:19
**helpful** 14:16
18:8 19:2
**hemorrhage**
38:23 39:2
**hernia** 51:13,18
51:22
**high** 68:4 79:11
**higher** 90:19,19
**highlevel** 59:10
**highlight** 8:13
**highlighted** 7:19
7:23 8:11
**highly** 35:10
53:11 63:6
67:3 69:14
74:3 90:5
**histories** 55:16
55:17
**history** 8:21
13:23 17:15,16
17:16 18:10,15
18:18 21:3
22:5,13,14,22
23:18,19 24:5
24:16 25:18,24
26:3,4,9,11,12
26:13 27:16,21
28:12 30:23
54:5,6,8 55:13

55:15,16 73:1
73:11 75:15,17
77:9 85:12,13
87:18 88:8,23
94:20 95:2
**hit** 74:4
**honest** 26:11
**honestly** 20:10
**hormone** 78:3
**hospitalization**
79:11
**hour** 20:24
21:20 22:3
**housel** 9:15
12:23 13:2
49:4,4
**housels** 63:21
69:17 72:7
**hows** 74:20
**human** 44:20
76:19
**hundred** 90:3
**hundredyear**
75:15
**hurt** 44:19 73:9
82:19 83:22,24
85:11
**hurting** 33:10
84:1
**hurts** 45:21,22
**hysterectomy**
25:6,8,8 26:16
26:17,21 31:10
49:6 67:15,20
71:13 93:9

**I**

**ibuprofen** 34:8
**id** 19:20 24:15
30:1 49:2
**ideally** 52:14
**identification**
5:21
**identified** 14:4
49:7,16 51:12
51:16

**identify** 4:10
63:16 79:6
**identifying**
96:23
**ifu** 63:13 75:20
75:21
**ill** 5:5,18,23
11:16 29:19
30:3 48:1
63:19 74:10
79:8 87:4,6
89:16 96:17
**im** 4:2 5:6,22
11:24 13:21
19:10 22:20
26:10 27:1,4
40:24 43:16
44:1 50:16
53:22 54:1
68:22 73:12
76:9 78:20
79:7,14,15
84:7,13 85:3
85:13 86:9
91:7,12 92:23
97:19
**immediate**
38:15 39:1
40:13
**impede** 39:12
**implant** 9:15
12:17 86:11
**implantation**
14:11
**implanted** 12:3
13:2 58:22
60:11 69:7
85:10
**implication**
54:13
**implies** 54:11
55:23
**imploding** 32:13
**imply** 51:18
**important** 29:9
38:3 39:10

**impossible** 7:6
17:13
**impression** 29:2
94:20
**improve** 66:1
**improved** 66:3
83:11 90:10
**improvement**
90:1
**inability** 89:20
**inadvertently**
70:24
**incision** 35:12
52:14,20 57:24
**incited** 76:16
**incites** 76:11,11
82:9
**include** 8:12,13
50:19 65:10
**includes** 19:15
19:16
**including** 18:23
47:23 49:12
64:2
**incomplete**
16:18
**incontinence**
13:20 14:15,17
14:18,19,21
15:3,11 33:12
33:17 49:8
**incorrect** 87:13
**increase** 85:7
**increased** 44:12
45:13 60:17
**index** 44:23 48:2
58:6
**indicate** 15:16
39:1 43:2
57:11 79:13
90:10 94:17
**indicated** 65:20
86:15
**indicates** 23:13
32:9 46:5
**indicating** 30:4

**indications**
13:24
**individual** 35:19
**induration**
46:22
**infection** 35:21
35:23 61:6
78:13,18,23
79:5,18 80:2
80:24 81:10,12
**infections** 31:5
**inferior** 91:16
**inflamed** 82:14
**inflammation**
76:11 77:4,5
78:13,14,19
79:3,24 80:3,4
80:13,23 81:8
82:9 95:2
**inflammatory**
66:12
**information**
11:2 13:24
20:7,11 21:4
24:11 31:3
89:15,16
**informative**
18:9
**inhospital** 18:23
**initially** 44:22
**injectable** 31:21
31:22
**injection** 31:12
32:6
**injure** 39:11
97:1
**injured** 37:13
38:10 39:18
71:1
**injuries** 12:2,17
13:7,10 24:12
36:3,4 41:5
**injuring** 37:2
**injury** 14:8
38:15,21 40:13
**innervated** 39:7

inoffice 60:1
65:5
inquired 20:6
insertion 36:5
inside 32:13
36:14,14 46:6
51:19 55:24
69:21 70:22
93:8,10
instances 57:4,7
intake 33:15
intend 97:17
intensity 34:6,17
inter 60:14
intercourse 28:1
28:6,10 55:23
63:4 87:8,11
87:16,22 89:22
interest 11:3
interested 13:12
interfered 54:19
61:3
intermittent
27:12 34:11,17
intermittently
27:4 30:9 31:1
34:14
interpretation
49:15,21 83:16
interpreting
51:4
interval 94:22
94:23
intervention
59:9,21 65:1,2
65:3
interventions
64:6 67:6
interview 23:4
30:12
interviewed
20:24 23:14
interviewing
18:18 23:4
intraabdominal
93:14

intraoperative
15:15
intraperitoneal
70:15
intravaginal
63:4
introduce 5:5
22:11
introduced 37:4
invariably 37:24
involve 19:5
58:8,9 69:15
involved 10:14
57:13
involves 58:7
involving 35:5
59:20 74:8
irritated 66:18
76:13
irritation 82:9
ischial 33:7
47:18 48:7
isnt 19:1,12
30:18 39:14
41:8 47:23
82:16 84:13
92:1
issue 27:5,7 40:8
50:21 54:14,18
64:18 90:13
91:23
issues 15:3,10
33:12 65:1
67:8 71:18,18
83:15 85:6,7
88:14,17 89:3
itd 27:10
ive 5:16 6:14
19:3 20:20
22:12,14 64:9
65:20 95:9,21
95:21

**J**

j 2:7
january 10:1,5

10:11
jean 1:12 4:6 5:7
johnson 2:6,6,8
joint 26:4
joseph 1:4
judge 1:5
judgment 77:11

**K**

kind 12:15
15:20 24:18,18
41:14 57:7
76:19 79:5
81:10
kinds 11:5
knew 81:4,4
know 7:21 9:23
9:24 10:7
18:24 25:9
33:3,6 41:23
46:24 47:12,15
50:15,16 57:6
64:19 66:20
72:21 75:9
85:13 87:1,6
87:14 88:6
89:24 90:4,4,8
96:10,18
knowing 86:5
knowledge 11:4
13:17 14:16
17:15 25:4
knowledgeable
12:11 13:22
73:21
knows 64:1
75:10 85:22
87:19

**L**

lake 2:4
landmarks 48:7
laparoscopic
25:8
large 38:23
81:22

larger 37:12
40:2
lasting 27:10
laundry 75:22
law 6:22
lawsuit 5:7
layer 52:14
layers 36:19,20
78:8
lead 34:4 50:11
leads 50:9 79:3
leap 82:16
leave 22:15 23:5
80:11
left 46:18,22
72:4,20,22
73:4 91:15
letter 10:18
letting 7:10 20:9
levator 44:17
82:5,11,21
83:8,15
level 34:7,13
60:3 66:8
lewis 2:8
liability 1:7
lie 37:22 38:12
life 54:19
ligament 49:14
49:22 50:4,5
50:10,20 72:15
72:19 73:2,6
73:14
lightning 74:4
likelihood 40:1
limited 59:3
lining 93:4
list 75:22
listed 75:23
literature 17:5
57:19 64:9,11
64:13 67:1
77:3,8 91:13
94:7,12,19
95:7,23 96:16
96:21

litigation 1:7
little 19:19
33:11 59:3
66:6 72:14
92:23
living 18:19
llp 1:18
location 53:10
logical 32:1 70:1
logically 69:8
logistics 5:13
22:21
long 13:16 20:22
60:6
longer 16:17
27:11 32:6
look 7:10 9:7
14:10 30:1
36:22 37:8
45:6,8 68:20
75:3 79:7
91:23 92:1
looked 15:13
68:20 94:7
looking 36:22
53:22
looks 7:12 10:8
11:16 23:18,22
24:10 25:13
27:21 30:4
47:13
looser 60:24
lot 18:23
loud 86:7
low 66:8
lower 33:7 42:3
60:3 72:4,5
90:21
lubricated 44:4
lupus 26:5
lying 38:2
lymphatic 36:21
lysing 57:13
91:5

**M**

**m** 1:17,19 3:2
  4:4 48:22,22
  93:20,20 97:10
  97:10 98:6
**major** 37:2,3,3
**majority** 64:3
**making** 70:3
**manage** 21:9
**management**
  18:15 21:6
  30:17
**march** 1:16 4:3
  99:12
**margins** 7:24
**marked** 5:21,23
**marker** 7:7
**markings** 8:10
**master** 1:3
**material** 77:16
  77:18,20 78:5
  78:7 79:23
**materials** 6:4,8
  11:6,14
**matter** 4:5 68:7
  76:18 97:17
**mayo** 64:23
**mdl** 1:3
**mean** 11:5 24:21
  29:24 32:20
  36:9 44:13
  47:21 55:15
  66:8 67:18
  68:22 72:12
  80:2 84:12,24
  90:17 94:14
**meaningful** 7:7
**means** 27:10
  33:5 44:14,21
  47:22 58:5
  80:3 96:8,10
  96:11
**measure** 42:19
  42:21
**measured** 42:14
  42:24
**measurement**

42:15 43:4
**measurements**
  42:8
**measures** 41:18
**mechanism**
  65:17
**medical** 6:19 7:1
  7:4 11:21
  14:11 16:21,23
  17:7,8,20
  18:11,12 19:9
  19:13,16 23:2
  29:9 30:19
  62:22 74:17
  81:14 85:13
  86:15 94:16
**medications**
  16:10
**medicine** 59:13
  77:9
**meet** 19:21
**meeting** 17:20
**members** 20:18
**menstruation**
  26:19,22
**mentioned** 8:6
  29:6
**merely** 30:22
**mesh** 25:18
  27:18 28:9
  29:17 35:2,9
  35:13 36:12
  37:4,22 38:5
  38:11,16 39:4
  39:4,14 40:7
  41:4,9 47:7
  48:16 53:10
  56:18,24 57:8
  57:13,14,17,21
  57:22,24 58:3
  58:16,19,21,23
  58:23 59:5,24
  60:16,19,20,22
  61:13 62:18
  63:1,10 64:15
  64:15 66:5,10

66:11,13,21,21
  66:22,24 67:3
  67:4 76:7,11
  76:12 81:3
  82:13,14,24
  83:3 84:8 85:1
  85:3 89:4,7,9
  90:8,11,16
  91:3,5,13,17
  94:2,3,24
  95:10,18,22
  96:22
**meshes** 80:16
**met** 5:5 20:19,20
  22:12
**metabolic** 62:9
**metabolism** 62:3
  62:10
**metabolize** 62:6
**metabolized**
  62:5 77:21
**method** 13:19
  14:24
**michigan** 64:23
**microscopic**
  44:5
**mid90s** 25:7
**middle** 24:2
**migraine** 26:4
**mind** 7:10 9:23
  58:5 59:19
  72:14
**mine** 7:22
**minimal** 46:14
**minneapolis** 2:9
**minnesota** 2:9
**minutes** 20:24
  21:20 22:3
**mischaracteri...**
  29:20
**modified** 76:13
**month** 10:18
  34:3
**months** 27:11
  28:13 29:11
  60:15,16 66:7

73:14,14
**morning** 5:3,4
**move** 60:24
**moved** 46:13
**movement** 46:14
**movements**
  88:15
**moves** 59:14
**moving** 28:20
**mucosa** 79:24
**multiple** 31:5
  37:18 38:4
  64:5,24 65:23
  67:6 78:8
**muscle** 37:23
  44:13 45:13
  55:9 66:15
  82:11 83:15
**muscles** 33:9
  36:16 44:15,17
  44:21,24 45:10
  45:15,23 55:10
  55:11 56:2
  60:22 78:10
  82:5,12,13,15
  82:21,23 83:4
  83:8
**muscular** 78:8

**N**

**n** 3:1
**name** 4:2 7:13
**native** 41:13
  50:24 75:13,15
  89:5,8,13,15
  89:17,24 90:14
  90:20,24 91:9
  92:4,12
**natural** 73:1,11
**nature** 12:12
  37:15 44:20
**near** 46:17
  47:18 48:7
**necessarily** 19:1
**necessary** 19:12
  46:8

**need** 35:14
  85:14
**needs** 84:17
**nerve** 37:3,22,23
  37:23 38:13
  40:2 82:15
**nerves** 36:20
  37:12,12 39:11
  41:15 56:1
  60:22 66:12,13
  66:13,18,20
  76:13
**never** 15:19
  20:20,20 22:12
  25:14 27:24
  77:14
**nightmare** 86:7
**nilan** 2:8
**nilanjohnson**
  2:10
**nine** 90:2
**noise** 86:7
**nonabsorbable**
  51:21 77:23
**noncontamina...**
  80:16
**normal** 8:19
  32:20 41:21
  42:3,6
**normally** 18:6
  19:12 22:11
  32:22 47:22
  51:13 73:3
**norton** 18:3
  28:13 29:12,17
  31:6,11,19
  33:15 43:2
  53:13 68:10
  74:12 81:18
  86:22,22 87:2
  87:19 95:5
**nortons** 15:15
  15:18 74:16
  87:7 96:1,4,6
**nortonstrike**
  52:23

notations 86:15
note 9:6 17:23
 29:22 31:2,6
 34:23 41:18
 44:22 46:5
 49:12,15,22,24
 50:3,9 51:4
 69:17 72:20
 96:1,7
notebook 9:7
noted 47:18
 86:23
notes 7:22,24
 8:2,3,6,9 9:6,8
 11:16 15:16,19
 18:8 53:15,15
 57:3 84:15
 96:4
notice 3:7 5:24
 6:3,11 35:4
noticed 7:2
 11:14 43:18
noticing 81:15
november 6:24
 8:18 19:23,24
 23:14 24:8
 88:6
number 30:19
 36:12 66:17
numbers 7:15
nurses 18:24
nursing 18:23

**O**

object 29:19
 47:1 63:19
 74:10 87:4
 96:17
objective 13:24
 15:22 42:19
obliterated
 51:23
observation
 58:2 59:12
observed 95:21
obstetrical

17:16
obstruction
 15:14,20
obtained 22:14
 54:5
obvious 52:19
occasion 57:1
occasionally
 77:24
occur 22:6 54:13
 64:4
occurred 68:5
occurrence 7:14
occurs 51:13
 58:6 95:7
october 80:22
offer 56:8,12,17
 58:13
offering 54:2
office 6:23 7:9
 8:18 10:2,17
 10:21 20:3
 21:2,21 22:19
 58:4 78:2
oh 31:22 33:5
 69:3
okay 6:7,10 8:14
 8:24 9:5,17
 10:20,24 11:14
 12:19 13:9
 14:10,14,21
 15:2,7,18,24
 16:9,14,19
 17:18:2,5
 20:1,4,15 22:5
 22:10 23:1,17
 23:23 24:9
 25:5,10,13,21
 26:7,12 27:6
 27:21 28:4,22
 29:7,16,23
 31:17,21 32:8
 34:15 36:2
 41:13,17 44:7
 44:12 45:11
 46:15,19 47:8

48:10 52:9
 53:24 54:16
 55:7 60:5
 64:11 65:18
 67:11,22 70:11
 71:22 74:7
 75:8 76:2,10
 76:15 77:8
 78:17 79:21,22
 80:8 81:23
 83:5 84:21
 87:9,17 88:4
 90:7 96:19
 97:3,23
once 19:11
ones 17:22
ongoing 27:8
 57:19 67:5
onset 29:3 54:3
 54:10
oophorectomy
 25:6
opening 42:23
 46:6
operate 77:12
 77:14
operating 19:7
operation 73:2
operations 84:9
operative 9:7,14
 9:16 17:23
 18:8 49:21
 50:3,9 51:4,9
 59:9
opinion 5:9 6:18
 12:15 13:6,9
 14:7 36:4,8
 38:7 41:4 43:8
 53:23 54:2,21
 55:1 56:8,13
 56:18 57:17
 60:5,8 61:10
 61:19 64:8
 65:11,13 76:3
 76:4 77:3
 82:20 88:19

89:2,11,12
 90:13 91:8
 92:4,7
opinions 15:3,9
 24:12 25:11
 36:3 53:16
 56:7 84:2
 97:14,16
opportunity
 37:19,21
opposed 19:8
 34:11 42:3
 59:21 65:5
 70:9
opposite 46:17
option 58:17
options 21:5
order 11:6 35:13
 36:11 38:4
 39:8 84:17
organ 42:17
originally 10:23
outcome 92:22
outcomes 90:10
 91:24
outpatient 19:6
 21:16,17 31:3
outside 32:10
 35:14 36:14,14
 39:17 57:24
 66:16
ovarian 68:8,11
ovaries 67:24
 69:5
ovary 93:9
overactive 14:20
 14:21
ovulation 26:19
 26:22

**P**

p 2:3,8 93:20
 97:10,10 98:6
package 37:9
 60:13
page 3:2,6 23:13

23:19 24:1,2,9
 25:5,13 27:7
 30:4 49:3
 53:22
pages 99:9
pain 21:6,9
 25:18,21 26:6
 26:13,18,24
 27:3,18 28:15
 29:4,14 32:21
 33:2,20,24
 34:5,11,11,13
 34:16,17,19
 39:24,24 41:5
 44:18 45:13
 53:18,18 54:4
 54:6,8,10,11
 54:15,17,22
 55:2,4,8,9,12
 55:13,16,17,19
 55:20,23,24
 56:3,5,5,9,13
 56:15 58:8,9
 60:17 65:12,14
 65:17 66:14,20
 67:5,8 68:6,8
 68:12,16,19,24
 71:24 72:4,5
 72:24 73:1,11
 73:15,18,20
 74:2,9 76:4,5
 79:3 82:4,20
 83:15,17 84:10
 85:4,4,8 86:4
 87:8,11 88:18
 88:19,21,22
 89:4 90:5
 92:14 94:5,23
 94:24
painfree 34:4
painful 26:22,22
palpated 46:12
palpation 37:14
 46:17
paragraph 32:8
 33:11 34:2

Robert Shull, M.D.

**paragraphs**
  33:20
**paralegal** 10:23
**paravaginal**
  49:14,17
**part** 6:2 12:19
  12:23 16:20,23
  17:2 18:17
  30:13 33:7,21
  36:5 45:4,6
  46:3 58:18
  64:13 68:9
  76:23 77:17,24
  80:17
**particular** 19:11
  32:22 38:3
  65:18 75:16
  77:3 85:8
  90:16,23 94:17
  95:5 96:5
**particularly**
  22:12 58:23
  62:12 66:8
**partner** 58:8
  86:21
**parts** 19:4 42:14
**pass** 39:7
**passage** 40:4
  65:20,22
**passages** 37:18
  38:4 65:24
**passageway**
  37:7
**passed** 37:1,13
  37:18 38:2,19
  70:24 82:22
**path** 39:8 79:1,7
  79:13,14,19
  80:22 81:2,6
**pathologist** 79:9
  79:20,23 81:3
**pathophysiolo...**
  66:4
**pathway** 39:10
  40:7 62:9,10
**patient** 11:7

19:2 23:4 26:2
  35:19 57:23
  58:9,13,15
  61:21 71:2
  74:7,13 85:8
  86:24 89:19
  90:16 95:14
**patients** 22:15
  22:16 32:22
  61:18 64:3
  73:4,9 74:17
  81:22 89:18
  94:21 95:11
**pelvic** 1:6 26:13
  26:17,24 27:3
  27:18 35:9
  41:17 42:16
  43:17 44:13,15
  47:22 53:18
  54:3,6,22 55:4
  55:5,8,24 56:5
  56:9 65:12,14
  67:8 68:16,24
  71:17 72:11,24
  74:2 76:4,5
  85:4 88:18
  92:14 94:4
**pelvis** 28:15
  39:18 42:16
  55:11 56:2
  66:16 68:9
  70:4,9,18
  76:17 78:8,11
  79:10 81:16,21
  93:3
**pencil** 39:16
  82:17
**penetrate** 38:22
**people** 29:8
  30:18 44:18
  45:12,14 52:17
  64:2,19 74:21
  75:5 81:21
  84:20,22,23
  85:1,23 86:9
  95:3

**peoples** 48:12
**percent** 90:3
**percocet** 34:9
**perfect** 50:14
  92:15,17
**perform** 50:10
  50:13
**performed**
  12:24 18:3
  34:23 49:4,20
  72:13,15 73:3
  73:3
**performing** 17:8
**perianal** 35:15
**perineal** 42:23
**period** 19:7
  27:12 40:5
  77:19
**peritoneal** 51:19
  52:4 70:17,19
  70:20
**permanent** 82:1
**permission** 20:7
**persistence**
  30:20
**person** 9:3 53:12
  73:13 85:14
  86:18
**personal** 24:8
**personality** 84:4
**personally** 23:13
  53:14 84:13
  95:10
**peter** 2:12 4:2
**ph** 1:23
**phone** 88:6
**physical** 14:2
  21:3 22:7
  52:19 83:8
  85:12 88:23
**physicians**
  20:13
**piece** 47:7,10
**pieces** 77:23
**place** 20:2 41:2
  42:12 53:20

66:5 67:4
**placed** 36:12
  39:3 50:5
  53:10 55:21
  65:19 66:6
  76:22 77:5
  78:6 80:15,17
**placement** 35:2
  36:5 37:24
  38:12,24 49:9
  49:10
**places** 66:17
**placing** 77:10
**plain** 71:17
**plaintiff** 2:2
  4:13
**planes** 36:13
  95:16 96:3
**pleasant** 32:20
**please** 4:10 5:17
**plicated** 51:17
**plication** 73:22
**poor** 26:19
  77:11
**popq** 42:16
**portion** 61:2
**possibility** 38:20
  40:16 74:5
  92:14
**possible** 7:21
  10:2 11:8
  22:14 37:11,15
  41:13 50:13
  52:22 62:19
  64:2 69:20
  70:21 72:24
  74:1 83:14
  85:9 88:18
**possibly** 10:5
  15:13 37:12
  46:9 58:10
  69:13
**posterior** 42:22
  49:9,18 50:23
  51:6 54:23
  55:3 56:10,14

56:19 90:9
  92:5,19
**postoperative**
  90:5
**postvoid** 16:5,6
**potential** 13:18
  14:1 16:17
  58:24 63:9,16
  63:23 64:18
  72:8,9
**practical** 77:20
**preexisting** 54:6
  83:23
**preoperative**
  15:15
**preparation**
  6:15,15
**prepare** 22:15
  22:16 23:23
**prepared** 7:15
  9:19 10:9
  13:13 14:6,6
  16:19
**present** 2:11
  20:4
**presented** 75:6
**presumably**
  37:2
**presume** 28:17
  39:14 82:16
**pretty** 85:14
**previous** 26:13
**previously** 6:12
  22:13 49:6
  71:24
**primarily** 18:3
  21:7 62:5
**primary** 88:24
**principles** 76:24
**prior** 10:3 11:22
  12:4 17:8,20
  18:8 20:12
  25:18 26:9
  27:18,22 28:5
  35:1 72:2
**probably** 14:18

20:23 28:20
33:6 42:3
53:13 64:3
74:19 83:24
96:8
**problem** 53:8
93:14
**problems** 14:1
67:5 93:6
**procedure** 8:20
12:23 19:3
35:4,8 57:8
60:1 65:5 68:9
69:12 72:7,23
73:21,22 75:6
92:8,16,21
**procedures** 9:18
18:1,2 49:4,8
49:12 52:23
56:24 57:12
63:18 64:17
67:13 68:3
70:19 77:15
85:23
**proceedings**
99:8
**product** 12:2
35:9 37:6,22
38:9 39:15
40:7,7,9 60:12
60:19,20 61:11
61:12 65:19
66:13,14 67:9
67:12 78:9
82:18 85:10,22
86:1 91:13,17
**products** 1:7
35:2 67:4
85:20 90:8
**progress** 8:8
**progressive**
94:23
**prolapse** 42:17
**prolift** 12:22
13:6,23 14:3
15:9,15 37:17

38:9 43:10
49:10,18 51:5
53:19 54:4,23
55:3 56:10,14
56:20 60:7
61:8,11,19
65:14 67:8,12
68:24 69:6,10
72:13 74:18
78:24 82:6
88:20 94:8,19
95:8
**proper** 57:20
**protecting** 96:24
**provide** 12:15
13:5,9 15:2,8
36:4
**provided** 6:21
7:9,16 27:16
**provider** 7:13
**providers** 19:6
**providing** 24:10
**psychological**
84:5
**ptsd** 84:5,7,14
85:21,23 86:6
**published** 42:18
**pull** 52:2 82:18
**pulling** 28:14
29:13
**pump** 28:16,21
28:24 29:5
**puncture** 35:1,7
35:14,15,17,24
**purposes** 77:20
**purse** 52:1,2
**pursestring**
51:17,24
**put** 9:1 66:5
67:4 69:10
76:18 82:18
**putting** 77:16
85:22

---

**Q**

**quadrant** 72:4,5

**quality** 54:19
**quantification**
42:17
**quantifying**
63:20
**question** 5:16,19
15:7 20:17
30:22 31:15
38:6 40:11
53:12 59:4
61:20 75:24
79:4,10,17
81:24 87:1
90:12 91:6
92:2,3
**questionable**
72:14
**questionanda...**
24:18
**questions** 5:8
15:5,17 21:3
24:16 25:3
56:23 93:24
**quick** 7:10
**quite** 20:10
26:11 35:16
52:10

---

**R**

**r** 1:4
**radiation** 93:2,5
**raise** 4:16
**range** 41:21
42:6,12
**rarely** 60:23
**rate** 68:4
**react** 52:18
**reaction** 76:20
80:1,5 82:10
**read** 19:11,12
49:24 63:21
64:9 79:8,14
95:9
**reading** 7:22
75:21
**real** 7:10

**really** 50:7,17
54:14
**reason** 7:3 16:9
42:7 51:23
67:16 83:14
**reasonable**
58:12 65:24
83:21
**reasonably**
13:17 26:20
**reasons** 26:17
26:18
**recall** 16:7,12
17:19 25:7
31:9,17 32:4
42:13
**recalls** 29:3
**received** 10:3
12:22 17:12,19
**recess** 48:22
93:20 97:10
**recollection**
27:14 31:14
**recommend**
58:20
**recommendati...**
21:8,14
**reconstructive**
72:11
**record** 4:1,11
5:5 11:10
13:16 15:24
17:11 18:16,21
18:21 19:4,14
20:11 29:20
39:1,6 42:8,10
48:19,20,23
75:2 87:10,13
93:16,18,21
97:7,8,11 98:5
99:10
**recorded** 1:19
23:19
**recording** 21:16
98:6 99:9
**records** 6:16,20

7:1,5 11:22
12:14 14:10
15:13 16:21
17:8,10,12,19
17:20 18:11,12
18:20 19:9,16
20:9 21:17
23:3,6 29:16
30:11 31:9,18
32:5 57:11
62:22 74:17
81:14 82:1
86:15,19 88:3
88:10 94:16
**recovery** 19:7
59:17 73:7
**rectal** 47:17,23
48:6
**rectocele** 49:8
49:13,16 89:16
89:17 90:9,10
**rectum** 38:17,19
39:21 40:21
45:5,8 51:15
89:20
**recurrence**
90:19,21
**recurrent** 27:11
**redden** 1:18
**reduce** 33:15
52:4
**reduced** 43:21
44:5 62:15
**reduction** 90:2
**reference** 7:14
18:12 28:16
30:1,8 50:23
51:8 81:14,24
96:4
**references** 15:24
16:10 42:8
**referred** 6:11
64:15
**referring** 33:3
53:20 65:2
**refers** 25:5

Robert Shull, M.D.

50:22 74:12
**reflect** 53:15
**reflection** 35:21
**refresh** 31:14
**regarding** 21:6
24:11 31:7
32:5 36:3
65:11 94:8
**regiments** 30:19
**regular** 27:23
30:20 34:5
**regularly** 52:10
**related** 14:2
15:14 33:9
35:8,9,11
65:23 67:17
68:6 71:18
82:6,8 86:3
88:20
**relating** 6:21
83:15
**relationship**
12:16 27:23
**relative** 5:9
14:10 15:3,9
24:12,16 49:5
67:20 68:14
70:6 82:5 84:4
84:16 94:19
**relatively** 66:6
94:22
**relax** 16:16
44:15,17,24
45:23
**relaxed** 45:10
**releasing** 57:14
**relying** 64:11
77:2
**remainder**
18:19
**remarkable**
35:1
**remember** 10:5
10:18 16:1,3,4
20:10 29:24
31:23 42:9

74:14 81:13
**remove** 56:24
58:21,22 61:7
78:2
**removed** 53:4,8
84:9
**removing** 58:18
96:22
**render** 90:13
**repair** 1:7 41:14
49:13,13,13,15
49:17 51:1,9
52:3 82:2 89:5
89:8,13,17
90:11,14,20,24
91:9 92:4,13
**repairs** 89:16
**repeat** 54:1
**repeated** 19:10
19:13 56:18
**rephrase** 5:17
**report** 8:12 9:2
9:8,14,19,23
11:11,23 14:6
16:19 18:13
19:15 21:10,13
21:15 23:8,9
23:12,23 32:12
34:18 51:9
53:21 59:6,7
64:22 71:7
79:14,20 80:22
81:2,6 88:11
97:15,21
**reported** 25:17
30:10 33:14
87:10 94:11
95:7 96:15
**reporter** 1:20
99:1,7,17
**reports** 9:16
43:1 64:24
79:1,7,13
90:10
**represent** 5:6,23
**request** 18:21

44:17
**require** 59:12,13
59:13 64:5
67:5 79:11
**required** 28:19
38:4 64:16
85:20 88:5
95:11
**requirement**
64:24
**requires** 37:17
59:9,17,21
**requiring** 64:24
**resection** 67:23
68:15 69:5,13
69:20 70:7
71:11
**residual** 16:6,6
**resolve** 64:6,17
65:1
**resolved** 54:13
**resolving** 91:17
**respect** 7:1,8 8:5
15:18 18:11
21:13 22:5
34:22 36:2
38:8 41:17
49:3 57:16
60:5 65:11
73:23 76:4
85:7,8 89:7
94:2,12
**respond** 58:1,2,3
58:10,13,15
86:9
**responding** 86:6
**response** 26:8
27:14 66:12
**responsibility**
86:18,19
**rest** 81:2
**restricted** 25:2
**result** 53:19
54:4 63:17
76:6 78:23
82:22

**results** 62:10
**retained** 3:8
**retention** 16:1
16:12
**retract** 45:5
**retropubic**
13:21
**review** 11:6,9
12:22 16:21
17:5,7,13,20
**reviewed** 54:7
88:3,10
**revising** 95:10
**rheumatoid**
26:5
**rhyme** 7:3
**right** 4:16 5:22
7:16,18 8:5,9
8:17 9:12,15
9:19,22 11:24
13:5,15 14:8
15:21 19:19
20:22 22:4
24:6,13,15,19
24:24 25:19
26:1 27:19,24
28:2 29:2,5,21
29:24 32:24
33:19 34:18,20
34:22 35:7
40:19,22 43:5
43:7,17 45:20
47:3,14,17
48:18 50:22
51:3,8 54:20
54:23 55:1
56:6,12,17,22
57:12,16 59:16
59:19 61:9,17
61:22 62:20
65:9,16 68:5
68:22 70:13,16
71:3,19 72:4,5
72:7,17,20,22
73:4,5 76:8
80:4,21 81:5

81:13 82:3,4
83:13 85:5
86:14 88:1,9
88:14 89:7,11
91:4,19,22
92:6,11,16,17
92:19,22 94:7
94:15 97:4,20
**rigmarole** 5:12
**ripping** 28:15
29:13
**robert** 1:17 3:2
4:9,21
**room** 19:7 22:15
58:4 69:22
**ruebel** 1:9

**S**

**s** 1:5 3:5
**sac** 51:18,23
52:4
**sack** 51:22
**sacrospinous**
49:14,22 50:4
50:10,20 72:18
73:2,6,13
**sacrum** 33:7
**safe** 37:2
**safer** 92:8
**salt** 2:4
**sat** 21:2
**saw** 6:24 11:24
16:12 17:13
20:24 21:5
29:11 31:11
35:22 40:20,23
40:23 41:1
49:7 51:18
52:4 53:4,9
88:2,6
**saying** 24:2 35:8
88:6,12
**says** 28:12 32:12
51:16 54:8
73:13 79:23
**scale** 34:6 59:12

Robert Shull, M.D.

59:14
scales 59:11
scar 46:7 47:6
47:10 60:20
61:11 67:2,19
76:7,12 81:8
94:3 95:18
scarring 46:21
48:12 72:10
74:14 93:5
94:8,17 95:4,7
96:5
scenario 63:6
schedule 6:14
scope 12:12,20
seat 33:3,4,20
second 48:19
92:3 93:17
97:7
section 23:12
24:1
secure 50:5
see 6:17 11:11
11:21 18:8,17
23:16 29:16,22
30:18 35:16,17
35:23 36:21,23
37:16 38:16
40:20 50:3
57:11,23 58:1
62:12,22 67:3
68:21 71:3
78:2 79:2,8,20
81:1,3,15 87:9
94:12
seeing 12:13
16:2,4 28:13
31:9,17 32:4
42:9 68:9
74:14 81:13
seen 18:7 19:11
27:3 53:11
94:18 95:6,10
96:20
selfexamination
62:24

selfexaminatio...
62:21
selflimiting 40:1
40:5
selfmutilation
63:7
sends 18:21
sensation 55:20
sense 28:15 32:9
39:9
sensory 37:22
66:13
sentence 34:2
separate 41:12
serious 57:18
59:6,7,19 60:2
set 8:8 58:24
66:2
seven 34:7 41:18
42:2 90:1
severing 40:2
sex 27:23 55:22
86:11
sexual 28:1,6,10
55:22 58:8
86:21 87:11
share 20:6
shared 21:12
sharp 31:4,6
87:9,19
shed 25:14,17
sheet 11:23 12:1
shes 9:18 22:18
34:3,18 61:22
61:24 69:7
71:17,20,24
83:24 84:6
shocking 84:14
shoemaker 6:18
6:19
shooting 56:3
short 41:24
shorter 13:23
60:19,21
shorthand 99:6
99:17

shouldnt 41:3
85:23 93:12
show 62:13
66:24 79:13
showed 81:8,8
81:10
showing 5:22
shrinkage 95:1
shull 1:17 3:2
4:9,21 5:3
93:24 98:4
sick 71:2,8,8,8
side 13:18 16:11
16:17 46:17,18
46:20,22 70:19
72:20,22,22
73:4,9
sides 47:19
72:22
sign 54:12 80:24
significance
59:14 60:4
significant
60:12,13 62:7
78:5
signs 27:12 30:5
35:23
similar 51:24
52:12 68:11
69:21 91:24
95:9,10,13
simply 11:9,11
18:17 35:24
36:22 38:1
39:15 43:2
single 20:19
53:2,4
sir 4:17
sit 6:2 46:24
47:14
site 35:21
sites 35:1,7,14
35:15,24
sitting 33:5,10
situation 95:5
six 27:11 28:13

29:11 39:16
82:17,18 83:20
84:1
size 46:10 52:4
skenes 34:24
skin 36:15,15,17
36:22 39:4,5
41:1 52:13,15
52:15,20 58:19
61:3,4,4,5,6,14
62:13,14,14
66:15,16,17
95:17 97:2
sling 13:3
small 37:11,12
39:11,11 46:4
46:10 47:1,7
58:3
smaller 37:5
82:14
smoke 62:6
smoker 61:22,24
62:13
smoking 62:2,3
62:4,9
snapshot 64:20
soft 44:8 48:3
52:15
somebody 9:1
10:21 69:23
somewhat 5:15
sorry 27:24 44:1
79:15
sort 41:24
sound 95:20
sounds 44:23
source 72:24
73:17,19 74:1
88:18 94:4
south 2:4,8
southern 1:1 4:7
specific 32:14
42:15 53:7,20
61:20 63:15
69:4 92:24
93:1

specifically
12:14 15:8
17:18 26:2
28:23 32:2
50:4 65:3,8
69:18 74:11,13
85:19 89:4
speculate 47:3
speculation
96:17
speculum 45:2,4
55:22 63:5
spent 6:14 21:21
spines 47:19
48:8
splinter 80:10
split 54:2
spoke 17:14
20:10
spoken 20:16,21
spotting 58:7
squamous 79:24
stabbing 28:15
29:13
standard 14:24
staples 81:16,20
start 24:10
56:23
starting 24:9
starts 23:13 24:2
state 2:4
statement 10:8
74:16
states 1:1 4:7
stays 18:23
steenburgh 2:7
3:3,8 4:14,14
5:2,6 29:21
48:18 49:1
75:4 93:23
97:6,13,23
stenographic
99:6,17
sterile 77:14
stimulation
43:21

Robert Shull, M.D.

stitch 51:21
  52:16,19 53:2
  53:7
stopped 30:15
street 2:4,8
  85:11
stress 14:15,17
  14:18
strictly 88:19
strike 11:16
  12:21 27:15
  93:15
strings 51:24
structure 47:24
structures 39:23
  96:24
stuck 39:16
  80:10 82:17
study 64:7
subsequent
  14:11
subsequently
  32:21
success 13:18
successfully
  74:22
suffered 13:11
  41:6 54:3 55:2
  78:23
suffers 13:7 56:9
  56:13
suggest 38:22
  39:6
suite 1:18 2:4
suited 74:18,20
summarize 6:22
summary 19:15
  19:16 60:6
summers 31:4,6
sun 86:7
superficially
  64:1
supplement
  97:21
supply 44:5 61:3
  62:15 76:13

support 26:19
  51:14
sure 11:24 19:10
  23:17 24:20
  26:10 38:13
  43:13 46:9
  49:2 50:2
  53:23 54:20
  56:6 61:22
  74:12 75:4,7
  76:2,9 86:9
  91:10 92:11
surface 51:19
  52:7 58:11
  60:12,13 61:13
  61:14 76:22
  78:5
surgeons 58:20
  58:22
surgeries 91:1,2
surgery 18:9
  25:19 26:9
  27:18,22 28:5
  28:9 29:18
  30:9 31:1 34:4
  34:19 35:20
  54:9 58:6 59:8
  59:14,14 60:15
  61:5 65:8,21
  67:18 69:9,15
  72:9,11 73:8
  74:22 75:12
  77:10,24 83:20
  85:9 89:24
  92:12 93:6,10
  93:11 95:23
surgical 17:16
  18:15,18 19:3
  56:24 57:8
  59:21 63:17
  65:3 67:6
  69:11 76:24
  77:11 85:12
  92:16 95:15
surgically 68:20
  68:21

surrounding
  96:24
suspect 86:5,20
suspension
  49:14,23 50:10
  72:15,19 73:2
  73:6,10,14
suture 51:17,21
  51:22 52:3,12
  52:22 53:1,4
  77:16,18,20,23
  82:1
sutures 50:5
  52:6 77:23
  78:1
swear 4:17
swelling 40:6
sworn 4:22
symptom 54:12
symptoms 14:19
  15:6 25:14
  27:13
syndrome 26:24
syndromes
  73:12
synthetic 34:9
  37:6
system 1:7 42:15
  42:17

——————
        T
——————
t 3:5
tabbed 7:3
table 6:17
tabs 7:3
take 5:10 7:10
  8:2 16:17 20:1
  20:22 32:19
  51:20,21 61:17
  67:12 80:9,13
  84:3,15 96:9
taken 5:10 31:18
  48:22 93:20
  97:10
talk 19:19,20
  20:12 26:12

28:22
talked 12:5
  26:15 30:23
  81:18
talking 24:21
  28:8 40:24
  61:9 69:24
  78:17,18,20
  85:4 96:21
  97:3
tall 41:24
tampon 55:22
  63:5
tape 49:11,20
taught 61:3,12
  96:2
technically
  95:24
technologies
  1:23 4:3
tedious 95:15
  96:9
tell 17:22 26:23
  34:10 46:9
  47:5 60:8 88:7
telling 24:17
temperature
  79:12
temple 20:3
temporarily
  30:15
tender 46:11,16
  46:23
tenderness 40:6
  46:1
tense 48:8
tension 66:6
tensionfree
  49:10,20
term 42:16
  44:11 57:20
terms 5:13 25:11
  34:15 37:2
  60:24 63:14,15
  70:4,5 75:22
  81:21 92:22

96:13
testified 4:22
  94:1
testify 90:13
testimony 3:2
  4:18
texas 1:18 4:5
  8:15 20:3
thank 6:13 7:12
  22:20 76:2
  98:1,2
thats 8:1 10:12
  13:1 14:9
  19:18 23:22
  24:7 25:1,16
  25:20 27:20
  28:3,11 30:7
  32:11,20 37:14
  40:9,16 42:4,6
  45:12 47:2,7
  47:11,16 48:11
  48:17 51:7
  53:11 57:2,15
  58:19 59:23
  63:12 64:20
  65:24 66:1
  67:6,10 70:1,1
  70:10 71:12
  72:3,6 74:19
  75:2,7,12
  78:11 80:14,18
  80:21 81:23
  82:11,12 84:12
  85:16,18 88:13
  89:8,10 91:23
  92:10,16,18
  94:6 95:24
  96:23 97:5
  98:1
therapeutic
  58:16
therapy 14:24
  66:4 83:8 93:2
thered 70:22
theres 28:16
  31:3 35:13

Robert Shull, M.D.

| | | | | |
|---|---|---|---|---|
| 44:1 50:22 | 29:11 42:12 | 94:3 95:16 | 36:15,19 37:10 | 48:13 54:2 |
| 55:12,14 64:22 | 81:7 | 96:2,3 | **treat** 32:2 78:3 | 64:17 81:1,8 |
| 66:11,11 77:4 | **threedimensio...** | **tissues** 33:9 | **treated** 14:22 | **type** 7:7 51:12 |
| **theyre** 21:11 | 47:24 | 82:10 | 26:24 93:4 | 95:4 |
| 35:9 69:21 | **thumb** 48:2 | **today** 4:18 5:8 | **treating** 31:5 | **typical** 55:13 |
| 76:9,14 82:12 | **tied** 51:22 | 6:2,5 7:2 14:6 | **treatment** 7:14 | |
| 84:24 94:1,22 | **tight** 61:1,2 | 15:2 46:24 | 13:19 14:12 | **U** |
| **thin** 42:1 62:15 | **tighten** 45:15 | 47:15 97:16 | 21:14 27:1 | **u** 1:5 |
| **thing** 5:14 18:23 | **tighter** 48:8 61:1 | **todays** 4:3 | 58:2 59:22 | **uhhuh** 71:10 |
| 32:1 47:11 | **time** 1:19 4:4 | **told** 13:12 27:21 | 61:5,7 65:6 | 74:15 81:20 |
| 58:13 75:2 | 6:14 8:7,22 | 28:4 29:3,10 | 72:1 79:11 | 86:2 |
| 78:4 83:22 | 12:1 19:12,13 | 29:17 34:1 | **trial** 90:14 97:17 | **uncommon** |
| 85:21 | 20:24 21:21 | 86:11 87:15,20 | **tried** 19:4 21:4 | 26:16 29:8 |
| **things** 7:23 | 22:21 28:9,24 | **tone** 44:13 45:13 | **trimmed** 60:1 | 30:18 |
| 18:16 19:8,9 | 30:14,16 31:10 | **top** 16:7 24:10 | **trocar** 35:2 36:5 | **undergone** 57:7 |
| 23:3 26:9 38:7 | 31:11 37:18,20 | 30:1 45:3,6 | 36:9,13 37:7 | 72:1 74:22 |
| 42:20,24 46:2 | 48:21,24 50:1 | 46:18 50:6 | 37:18 38:4,8,8 | **underlying** |
| 47:6 48:14 | 52:18 58:6 | 51:14 52:2 | 38:16,21,24 | 36:15 |
| 54:7 55:8 | 59:4 64:4,21 | **topic** 59:3 | 39:16,20 40:4 | **underneath** |
| 58:12 59:12 | 66:10 73:15 | **topical** 31:23 | 40:6,9,13,20 | 36:23 52:13 |
| 65:10 75:22 | 76:18 77:18 | 32:3 58:1,10 | 41:1,8,9,10 | 66:16 |
| 81:22 86:9 | 83:23 88:2,9 | 59:21 65:6 | 65:20,22,24 | **understand** 5:16 |
| 95:18,22 | 93:19,22 97:9 | **total** 25:7 | 70:24 82:22 | 18:14 23:17 |
| **think** 9:16 20:19 | 97:12 98:5 | **touch** 46:8,13 | 83:6 | 24:16 27:17 |
| 29:19,22 30:15 | **times** 39:17 | **toy** 55:22 | **trocarbased** | 51:10 53:17,23 |
| 31:4 33:5 34:5 | 63:20 82:17,18 | **tract** 82:14 | 40:10 | 54:20 55:6 |
| 34:13 40:11 | **tire** 28:18,18 | **tracy** 2:7 4:14 | **trocars** 36:11,14 | 57:23 61:10 |
| 43:11,12 47:4 | **tissue** 32:2,9 | 5:6 | 36:18 37:1,4,5 | 64:4 65:17 |
| 53:11 59:2 | 36:13,16,17,19 | **transcribe** 99:8 | 37:10,13 38:3 | 69:1 75:21 |
| 60:18 63:2,5 | 36:19 38:2 | **transcribed** 1:19 | 38:9,11,18,22 | 76:3 90:12 |
| 64:1 67:10,16 | 39:7 40:24 | 8:8 9:1 | 39:3,7,9 41:6 | 91:2,11 92:2 |
| 73:20,24 74:19 | 41:13,15 43:20 | **transcribes** 9:4 | 78:7 82:10 | 92:12 |
| 75:2 81:3 | 43:22 44:3,6,8 | **transcript** 99:9 | **true** 45:18 67:20 | **understanding** |
| 83:23,24 84:21 | 46:7 47:6,10 | **transitioned** | 74:19 75:12,14 | 19:2 28:8 |
| 84:23 85:6,17 | 47:18 48:3 | 31:23 | 99:10 | 33:23 51:4 |
| 86:17 87:4 | 50:24 51:13 | **transobturator** | **truth** 4:18,19,19 | 56:7 |
| 95:2,14 96:8 | 52:14,15 56:1 | 49:10,19 | 14:1 | **understood** 5:18 |
| 96:11,18 | 60:23 61:11 | **transpired** | **trying** 50:17 | 38:14 41:11 |
| **thinking** 69:8 | 62:2,4,17 | 65:19 | 58:22 68:22 | 53:16 |
| 85:16 | 66:22 67:2,20 | **transvaginally** | **tuberosities** 33:7 | **underwent** |
| **thinner** 43:23 | 75:13,15 76:8 | 36:12 | **turn** 23:15 45:7 | 56:24 57:3,13 |
| 44:3 | 76:12 78:8 | **trauma** 39:12,23 | **tvan** 2:10 | 71:11 83:8 |
| **thorough** 53:15 | 81:9 89:5,8,13 | 40:4 | **tvt** 13:14,17,21 | **united** 1:1 4:7 |
| **thought** 21:5,8 | 89:16,17,24 | **traumatic** 65:21 | **tvto** 13:3,10,21 | **university** 64:14 |
| 79:17 | 90:14,20,24 | 65:21,22 67:19 | 14:7,11,14,23 | 64:23 |
| **three** 28:13 | 91:9 92:4,13 | **traverse** 36:12 | **two** 38:14 45:1 | **unrelated** 85:21 |

unremitting 73:15
unusual 35:12 74:14 96:6,15
unusually 96:9 96:11
urethra 34:24 38:18,20 39:21 40:23 46:4 97:1
urethral 15:14 15:20
urge 33:16
urgency 14:19
urinary 13:20 14:15,17,18,21 15:3,11 16:1 16:11 49:8
use 13:20,21 31:7 32:3,22 34:8,8 35:9 36:5,9 45:3,4 52:10 57:20 69:3 74:18 77:15,15,22 81:21 89:16 90:16
usually 14:22 27:10 44:20 48:9 53:5 55:23 58:5 73:4,5
utah 2:4 18:16 64:14
uterus 93:4

V

v 1:9,11,12
vagina 32:10 33:21 36:17,18 42:23 45:5,8 46:18 55:10 56:3 60:11 78:10 81:21 85:1,20 93:2,5
vaginal 13:3

14:3 30:5 32:2 32:14 39:4,5 39:17 40:24,24 41:18 42:2,4,9 42:20,23 43:3 43:5,8,20 44:3 44:6,16 45:6 46:3,6,17 49:11 50:6 51:9,14 53:18 55:2,5,9,11,19 55:20,21,23,24 56:5,13,15 57:24 60:23 62:4,14,17,21 66:17 72:12 77:13,13,15 78:1,6 80:20 85:4 90:9 92:24 93:6,11 95:17 97:2
vaginally 93:13
val 60:15
validate 9:4
valve 80:12,13 80:15
van 2:7 3:3,8 4:14,14 5:2,6 29:21 48:18 49:1 75:4 93:23 97:6,13 97:23
vancott 2:3
varies 34:6
variety 42:24 55:8 58:12
various 31:3 96:3
vary 35:18
vascular 76:13
vein 37:3
version 21:16
versus 4:6
vessel 38:23
vessels 36:20 37:12,12 39:8

39:12
video 1:17 4:4
videographer 2:12 4:1,2,16 48:20,23 93:18 93:21 97:8,11 98:3
virginia 1:1 4:8
virtue 40:13 43:9 72:8 77:5 78:6 83:19
visible 58:19
visit 6:23 20:23 21:24 22:1 24:8
visited 8:7
visits 31:3
visualization 37:14
vitae 6:9
void 16:18
voiding 16:18
volume 7:5
volumes 16:6,6
vulva 35:14

W

walked 85:10
wanes 30:21
want 11:9,10 23:17 32:1 53:22 56:6 91:10 92:11 97:7
wanted 8:13,13 18:14 38:13 43:12 69:1 79:19
wards 21:21
warned 63:12 75:19
wasnt 11:12 20:8 87:18
waxes 30:20
way 5:18 14:7 25:2 28:19

29:17 36:18,24 42:19 47:12 54:14 61:1 62:4 68:17,19 77:2 83:6 85:24 86:3 91:8 95:12,13
wears 63:4
wedge 67:23 68:15 69:4,13 69:20 70:6 71:11
week 10:1 34:3
weeks 73:7
welldefined 46:7
west 1:1 4:8
weve 54:7 75:1
whatnot 93:10
whats 5:22 35:15 36:8,16 42:21 66:5 75:9 77:8
white 53:6 79:12
width 37:6
willing 11:22
withdraw 44:20
withdrawal 32:5 44:20
witness 4:20,21 7:11 97:15 98:2
woman 26:16,20 42:4 44:14,17 62:12 63:3,4,5 85:18 93:1
women 39:15 44:2 55:19 62:5 64:14,16 73:5 75:10 90:1,4 93:4
word 11:24 32:22
words 32:17,19
work 36:24
working 28:16 28:23

works 59:18
world 84:8
wouldnt 7:9 14:24 33:6 37:20 53:9 73:19 80:11 86:17 90:24 92:21
wound 35:18,21 76:12
write 11:10,22
written 25:23
wrong 41:2 86:22 87:2,7
wrote 32:18

X

x 3:1,5

Y

yeah 53:22 78:16
year 28:4 86:13 87:16
years 27:12 61:24 69:4,9 83:20,21 84:1
yellow 7:19
youd 80:13
youre 6:2 23:3 41:24 63:6 67:22 88:11 91:11,15 96:21 97:3
youve 5:10 19:11,11 59:5 79:6 96:20

Z

zero 34:6 51:17
zierlien 2:12 4:2

0

02 93:20,22
07 97:9,10
09 71:23 97:10 97:12 98:5,6

Robert Shull, M.D.

---

**1**

**1** 3:7 5:21,23
99:9
**10** 1:16 23:19
30:4 34:6 42:4
42:13 48:21,22
48:22,24 71:23
73:7,8 90:1,2
**10th** 4:3
**10year** 75:17
**11** 24:1 42:4
93:19,20
**12** 24:9 53:22
93:20,22 97:9
97:10,10,12
98:5,6
**120** 2:8
**1200** 2:4
**12cv00401** 1:13
**12cv00476** 1:11
**12cv00663** 1:10
**12md02327** 1:3
**150** 75:15
**15th** 99:12
**18** 60:15 66:7
73:14
**1900** 1:18
**1966** 42:18
**1972** 67:23
**1996** 42:18
**1st** 10:4

---

**2**

**2** 1:3,10,11,13
**20** 60:16
**2008** 12:24
17:24 27:22
28:5 30:9 34:4
34:20 49:4
69:6,15 71:23
72:2
**2010** 28:13
29:12 79:22
80:22
**2013** 71:21
**2014** 57:9 81:2

**2015** 6:24 8:18
10:17 19:23,24
23:15
**2016** 1:16 4:4
10:1 99:12
**215** 2:4
**2327** 1:3
**24** 73:14
**25** 23:14
**25th** 6:24 10:5
19:24 24:8
**26th** 10:10

---

**3**

**3057521** 2:9
**3232227** 2:5
**3377** 1:23
**370** 1:23

---

**4**

**4** 3:3
**40** 61:24 69:4,9
**45** 20:23 21:20
22:3

---

**5**

**5** 3:7
**51** 48:21,22
**515** 1:18
**54** 1:19 4:4
**55** 93:19,20
**55402** 2:9
**5672** 1:23
**57** 48:22,24
**591** 1:23

---

**6**

**612** 2:9
**6th** 2:8 10:5

---

**7**

**78701** 1:18

---

**8**

**8** 23:13 25:5
**801** 2:5
**84111** 2:4

**877** 1:23

---

**9**

**9** 1:19 4:4 25:13
**90** 77:19
**917** 1:23
**98** 99:9

Golkow Technologies, Inc. - 1.877.370.DEPS