# EXHIBIT E

Bobby Lewis Shull, M.D.

Page 1

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT
OF WEST VIRGINIA AT CHARLESTON

---

| | |
|---|---|
| IN RE:  ETHICON, INC., | )   Master File |
| PELVIC REPAIR SYSTEM | )   2:12-MD-0237 |
| PRODUCTS LIABILITY | )   MDL 2327 |
| LITIGATION | ) |
| ——————————————— | )   Joseph R. Goodwin, |
| | )   U.S. District Judge |
| CAROL JEAN DIMOCK | ) |
| | )   Case No. |
|     Plaintiff, | )   2:12-cv-00401 |
| | ) |
|   vs. | )   Videotaped |
| | )   Deposition of: |
| ETHICON, INC., et al., | ) |
| | )   BOBBY LEWIS SHULL, M.D. |
|     Defendant. | ) |

---

March 15, 2016

9:02 a.m.


Location:  Beck Redden, LLP

515 Congress Avenue, Suite 1900

Austin, Texas 78701


Reporter:  Steven Stogel

Certified LiveNote Reporter, Texas CSR

Bobby Lewis Shull, M.D.

**Page 2**

```
 1            A P P E A R A N C E S
 2
 3   MOTLEY RICE, LLC
 4   By Margaret Thompson, Esq.
 5   10 Hale Street, Suite 403
 6   Charleston, West Virginia 25301
 7   (304) 344-1100
 8   mthompsonmd@gmail.com
 9   For the Plaintiff.
10
11   BECK REDDEN, LLP
12   By W. Curt Webb, Esq.
13   1221 McKinney Street, Suite 4500
14   Houston, Texas 77010
15   (713) 951-6206
16   cwebb@beckredden.com
17   For Defendants, Johnson & Johnson and Ethicon.
18
19   ALSO PRESENT: MR. PETER ZIERLEIN, Videographer
20
21
22
23
24
25
```

**Page 3**

```
 1               I N D E X
 2   Deposition of:            Examination
 3   BOBBY LEWIS SHULL, M.D.
 4   By Mr. Webb              4
 5   By Ms. Thompson          168
 6   By Mr. Webb              176
 7
 8
 9               E X H I B I T S
10   No.                      Page
11   1  Notice of Deposition              4
12   2  Curriculum Vitae of Bobby Lewis
        Shull, M.D.                      5
13
     3  Check Stub and Invoices from Dr. Shull   6
14
     4  Article Entitled "Tension-free Vaginal
15      Tape Bowel Perforation"          37
16   5  Rule 26 Expert Report of Bob Shull, M.D.  100
17   6  Check Stub and Invoices from Dr. Shull   101
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1            P R O C E E D I N G S
 2            (Exhibit No. 1 marked)
 3            THE VIDEOGRAPHER:  We are now on the
 4   record.  My name is Peter Zierlein.  I'm a videographer
 5   for Golkow Technologies.
 6            Today's date is March 15th, 2016, and the
 7   time is 9:02 a.m.  This video deposition is being held
 8   in Austin, Texas, in the matter of Carol Jean Dimock
 9   versus Ethicon, Inc., for the United States District
10   Court, Southern District of West Virginia at Charleston.
11            The deponent is Dr. Shull.  Will counsel
12   please identify yourselves for the record?
13            MS. THOMPSON:  Margaret Thompson for the
14   MDL plaintiffs.
15            MR. WEBB:  Curt Webb for Ethicon.
16            THE VIDEOGRAPHER:  The court reporter is
17   Steve Stogel and will now swear in the witness.
18            BOBBY LEWIS SHULL,
19   having been first duly sworn, testified as follows:
20            EXAMINATION
21   BY MR. WEBB:
22      Q.  Would you state your full name for the record,
23   please?
24      A.  Bobby Lewis Shull.
25      Q.  Dr. Shull, my name is Curt Webb.  We've met
```

**Page 5**

```
 1   before.  Correct?
 2      A.  Yes, we have.
 3      Q.  And I'm here to take your deposition today in
 4   regard to, this morning, two products, Prolift and
 5   Prolift+M.  Do you understand that?
 6      A.  Yes, I do.
 7      Q.  Okay.  I'm going to show you what's been
 8   marked as Exhibit No. 1, which is the notice of your
 9   deposition.  And once again, you can ignore the Robert
10   on there.  But other than that, have you seen this
11   notice before?
12      A.  Yes, sir.
13      Q.  Okay.  Dr. Shull, have you brought any
14   documents today responsive to the subpoena duces
15   tecum that's attached to the notice of deposition?
16      A.  Yes, sir.
17            MS. THOMPSON:  And just for the record,
18   we filed objections to the duces tecum request.
19      A.  Yes, sir.  I have an updated curriculum vitae.
20   The one which, I believe, was appended to the record you
21   received did not have a list of all my publications, and
22   this one has corrected that omission.
23            (Exhibit No. 2 marked)
24      Q.  (BY MR. WEBB)  So this is an updated current
25   CV that you've given me which I've marked as Exhibit
```

2 (Pages 2 to 5)

Bobby Lewis Shull, M.D.

Page 6

1  No. 2 to your deposition.  Is that correct?
2      A.  Yes, sir.
3      Q.  All right.
4      A.  I have the general report for Prolift and
5  Prolift+M, and I have a copy of the invoice submitted
6  for the work in preparation for Prolift and Prolift+M.
7      Q.  The Rule 26 expert report that you gave me
8  related to Prolift and Prolift+M, has it changed any
9  since the one that was filed with the Court?
10     A.  No, sir, I don't think it has.
11     Q.  Okay.  You've handed me what I'm going to mark
12  as Exhibit No. 3 to your deposition.
13          (Exhibit No. 3 marked)
14     Q.  (BY MR. WEBB)  And this is a three-page
15  document.  It looks like the top is a check stub.  The
16  second is an invoice.  The third is some handwritten
17  notes related to the billing that you've done for the
18  Prolift and Prolift+M general report.  Is that correct,
19  sir?
20     A.  Yes, sir.
21     Q.  Would it be fair to state, according to this
22  invoice and the handwritten notes, you had worked a
23  total of just a little bit under nine hours at $650 an
24  hour for a total of 5,740?
25     A.  Yes, sir.

Page 7

1      Q.  Okay.  This invoice runs through January 23rd,
2  2016.  Have you done any work since then?
3      A.  Yes, sir.
4      Q.  How much?
5      A.  I don't know the exact time, but I had
6  preparation for today's deposition, and that required
7  reading my general report again to be familiar with the
8  content and references, and I spoke with Dr. Thompson
9  yesterday about my preparation for today's presentation.
10     Q.  All right.  Let's go through that.  First off,
11  you read -- in preparation for today's deposition, you
12  read through your general report and just
13  re-familiarized yourself.  Is that correct?
14     A.  Yes, sir.
15     Q.  Did you go through any of the medical
16  literature, articles that were referenced in your
17  report?
18     A.  Yes, sir.
19     Q.  And did you read all the ones that are
20  referenced in your report, or did you just read the
21  abstracts, or what did you do?
22     A.  I have a folder that has the information which
23  has been referenced with articles, and I have reviewed
24  each of those articles again, and I have a box to my
25  left which has other documents which were provided to me

Page 8

1  with correspondences and with information about Prolift
2  in general, and many, if not all of those, are
3  referenced in the general report.
4      Q.  So you have a binder --
5          MR. WEBB:  And has this information been
6  provided to us by the --
7          MS. THOMPSON:  Yes.  And I also have, on
8  a thumb drive, documents provided to Dr. Shull.
9          MR. WEBB:  And does the thumb drive have
10  everything that he's referenced here?
11         MS. THOMPSON:  I believe so.
12         MR. WEBB:  Okay.  Well, we'll run --
13         MS. THOMPSON:  Certainly with regard to
14  Ethicon documents it does.  He may have some literature
15  of his own.  I'm not sure.
16     Q.  (BY MR. WEBB)  So you've got a binder that has
17  medical literature?
18     A.  Yes, sir.
19     Q.  Would that be correct?
20     A.  Yes, sir.
21     Q.  And then you have a box of documents --
22     A.  Yes, sir.
23     Q.  -- that were provided to you regarding -- that
24  were Ethicon documents?
25     A.  Yes, sir.  And they're here if you would like

Page 9

1  to see those.
2      Q.  I'll look at them at the first break.
3      A.  Okay.
4      Q.  Did you meet with anyone in preparation for
5  this deposition today?
6      A.  Yes, sir.  I met with Dr. Thompson yesterday
7  afternoon in my home, and I met with her briefly this
8  morning before we arrived for the deposition.
9      Q.  Tell me how long you spent with Dr. Thompson
10  yesterday.
11     A.  Approximately two hours.
12     Q.  And what did you go over?
13     A.  We discussed the format.  She wanted to be
14  comfortable that I was prepared and I was knowledgeable
15  about the subject matter to be covered, so we discussed
16  that.  We looked at my general report again to confirm
17  that it was accurate.
18     Q.  Anything else in those two hours?
19     A.  Only that we were going to meet here this
20  morning if possible and have breakfast before we came
21  for the deposition.
22     Q.  And did you do that?
23     A.  Yes, sir.
24     Q.  What time did you meet this morning?
25     A.  Probably just a few minutes before 8:00.

3 (Pages 6 to 9)

Bobby Lewis Shull, M.D.

### Page 10

1    Q.  All right.  Did you discuss anything this
2 morning of a substantive matter?
3    A.  No, sir.  Only that we should be here in a
4 timely fashion, and I should have the information that I
5 have supplied to you.  She wanted to confirm that I
6 brought that with me.
7    Q.  Anything else that you've done since the
8 invoicing that you've been -- let me just run through
9 this.  Exhibit No. 3 has -- it looks to be a check stub.
10 Have you been paid for the $5,740 that you had
11 invoiced -- well, the invoice just says to Margaret.
12    A.  It should have said to Margaret Thompson, and
13 it comes from -- I believe that it states that it was
14 for work done for Prolift.  I think it does, but I'm not
15 sure that it does.  The stub, I'm talking about.
16    Q.  Well, let me run through them.  Exhibit No. 3,
17 you've got a check stub that talks about -- a check stub
18 for 5,740, and there's an invoice dated February 7th,
19 2016.  It says, "Prolift and Prolift+M general report."
20        The first entry is, "Read draft."
21        Explain to me why your first entry would
22 be "read draft."
23    A.  I think it must have been -- oh, to read,
24 you're talking about -- I believe the reason it says
25 that is because I had drafted a general report for her

### Page 11

1 regarding another product in the past, and I wanted to
2 familiarized myself with the format for what was
3 required to put into a draft.
4    Q.  And what product had you prepared a draft
5 report for her -- or had prepared a general report for
6 her in the past?
7    A.  You know, I don't have the exact product name,
8 but I believe it was one for Boston Scientific.  But I
9 don't remember the exact product name presently.
10    Q.  I'm just going to read into the record what
11 the invoice says.  It says, "January 18, 2016:  Read
12 draft, 50 minutes.  January 21st:  Made corrections, 65
13 minutes.  January 21st:  Read reference articles, 190
14 minutes.  January 22nd:  Revise general report to
15 reflect supporting articles, 90 minutes.  January 22nd:
16 Phone call with Margaret and Meghan, 45 minutes.
17 January 23rd:  Confirm accuracy of cited articles and
18 final draft, 90 minutes."
19        It's a total of 530 minutes, eight hours
20 50 minutes, a total due -- fee, $650 an hour.  Total
21 due, $5,740.
22        Does that summarize the work that you
23 were doing in regard to preparing a general report for
24 Prolift and Prolift+M?
25    A.  Yes, sir.

### Page 12

1    Q.  Tell me, if you will, how many general reports
2 on how many different products have you prepared in
3 regard to this mesh litigation?
4    A.  I will tell you that I don't know that for
5 certain, but I think there have been two previous
6 general reports, if I'm not mistaken, one on a Boston
7 Scientific product -- and forgive me if I don't remember
8 exactly who made the product, because I may have this
9 incorrectly stated.  And I believe that I have done
10 one -- I've done one on Avaulta.  Now, I'm trying to
11 remember who the manufacturer for Avaulta is, quite
12 honestly.
13    Q.  So prior to preparing a general report for the
14 Prolift and Prolift+M, you had prepared, you think, two
15 previous general reports?
16    A.  I think that's correct.  I know I did Avaulta.
17    Q.  And --
18    A.  I may have done another.
19    Q.  Okay.  Who else did you -- who did you work
20 with in preparing those general reports for the two --
21 the two previous general reports that you think that you
22 prepared?
23    A.  Dr. Thompson, primarily.
24    Q.  We're here today to talk about, in this
25 deposition, the -- your opinions with respect to Prolift

### Page 13

1 and Prolift+M.  Correct?
2    A.  Yes, sir.
3    Q.  You've given opinions in the past with respect
4 to Prolift and Prolift+M, haven't you?
5        MS. THOMPSON:  Object to form.
6    A.  In a general report?  Are you asking me about
7 that?
8    Q.  (BY MR. WEBB)  In depositions for these
9 products.
10        MS. THOMPSON:  Same objection.
11    A.  I gave depositions last week with you for two
12 women who had had Prolift products.
13    Q.  (BY MR. WEBB)  Okay.  Is there anything about
14 the prior testimony, after reviewing the report and
15 reviewing the literature, that you want to correct for
16 the depositions that we gave regarding Prolift and
17 Prolift+M?
18    A.  No, sir, I can't think of any.
19    Q.  You also have prepared a general report on
20 another product -- Ethicon product, Prosima?
21    A.  Yes, sir.
22    Q.  And as we walk through these reports today,
23 your opinions are mostly identical for each of these
24 products -- Prolift, Prolift+M, and Prosima -- except
25 that where you characterized them differently in the

4 (Pages 10 to 13)

Bobby Lewis Shull, M.D.

Page 14

1  report.  For example, there will be paragraphs that are
2  identical as we walk through these reports.  Is that
3  correct?
4      A.  Some things will be similar and some will vary
5  depending on -- excuse me -- the scientific literature.
6  Some of the internal documents will be the same, and
7  some of the descriptions of my concerns will be the
8  same.
9      Q.  Okay.  Do you have any kind of a written
10  agreement between Ms. Thompson and yourself about -- or
11  the law firm that she represents or the various law
12  firms about what you will do as far as the work that
13  you'll be doing in this mesh litigation?
14      A.  No, sir.  Everything has been oral.
15      Q.  Are you required to bill anyone else for
16  general work that you do on these products other than
17  Ms. Thompson?
18      A.  No, sir.
19      Q.  Is the totality of the universe of which
20  you've reviewed the medical literature that you have in
21  front of you and the box of documents -- the Ethicon
22  documents that you have?
23          MS. THOMPSON:  Object to form.
24      A.  These articles that I have in my own
25  possession that I've used previously for work, for

Page 15

1  journal club, and for teaching and whatnot may not be in
2  this binder.  And I have read those in preparation for
3  today, not specifically for one deposition or the other,
4  but I read them in general.  So here are three articles
5  which I brought.
6          And I'm not sure -- one of them may
7  already be in the binder.  I'm not positive that all
8  three are.
9      Q.  (BY MR. WEBB) The material in the binder, did
10  you locate this material yourself, these medical
11  articles, or were they given to you?
12      A.  It was a -- this binder was given to me, but
13  of these things that are in the binder, I would say the
14  vast majority I was familiar with already in my role as
15  a teacher and participant in various things.  So this
16  was organized and sent to me.
17      Q.  Okay.  And it was sent to you by plaintiffs'
18  counsel?
19      A.  Yes, sir.
20      Q.  All right.  So you've given me three articles,
21  the top one labeled "Functional and anatomical outcome
22  of anterior and posterior vaginal prolapse repair with
23  Prolene mesh," which was in "BJOG" -- "BJOG: An
24  International Journal of Obstetrics & Gynaecology" dated
25  January of 2005.  And it's marked up and has handwritten

Page 16

1  notes on those.
2          Are those your notes?
3      A.  Yes, sir.
4      Q.  Okay.  The second one is "Defining success
5  after surgery for pelvic organ prolapse," and it's in
6  "Obstetrics and Gynecology," Volume 114, No. 3,
7  September of 2009, and once again has handwritten notes
8  and markups on it.
9          Are those your handwritten notes and
10  markups?
11      A.  Yes, sir.
12      Q.  The final is an article titled "Host response
13  after reconstruction of abdominal wall defects with
14  porcine dermal collagen in a rat model", American
15  Journal of Obstetrics and Gynecologist," 2004.  And once
16  again, it has highlighting and markups on the document.
17          Are those your highlighting and markups?
18      A.  Yes, sir.
19      Q.  And these are articles that generally you had
20  in your possession that you used for your own education
21  and or for -- to teach.  Is that correct?
22      A.  Yes, sir.
23          MR. WEBB:  Let's go off the record for a
24  minute.
25          THE VIDEOGRAPHER:  Going off the record,

Page 17

1  the time is 9:22.
2          (Recess from 9:22 a.m. to 9:34 a.m.)
3          THE VIDEOGRAPHER:  Back on the record,
4  the time is 9:34.
5      Q.  (BY MR. WEBB) Dr. Shull, you told me you've
6  got a binder that's in front of you.
7      A.  Yes, sir.
8      Q.  If you could hold that up just so it will be
9  on the screen.
10          That's a binder that was provided to you
11  that has the articles -- the medical articles that were
12  sent to you by plaintiffs' counsel for you to review in
13  preparation for making your general report for the
14  Prolift and the Prolift+M, correct?
15          MS. THOMPSON:  Object to form.
16      A.  Yes, I used these articles in the preparation.
17      Q.  (BY MR. WEBB) And to your left there's a box
18  that has a number of folders in it that contain
19  documents that were produced by Ethicon.  Do you
20  understand that to be what those are?
21      A.  Yes, sir.
22      Q.  And in that box, there is everything from
23  medical articles to email correspondence to marketing
24  materials, just a variety of different materials.  Is
25  that correct?

5  (Pages 14 to 17)

Bobby Lewis Shull, M.D.

Page 18

1    A.  Yes, sir.
2    Q.  And I would say it's not quite a box full,
3  maybe about half a box.  Would you say that's about --
4    A.  Yes.
5    Q.  -- right?
6    A.  Yes, sir.
7    Q.  A banker's box.  If I look at your bill -- and
8  this is the only bill that you submitted for Prolift and
9  Prolift+M in preparation of your general report.  Is
10  that correct?
11    A.  Yes, sir.
12    Q.  And so it would basically entail all the time
13  you spent reading all the articles, going through all
14  the documents, and preparing your general report and
15  working with plaintiffs' counsel in order to finalize
16  that general report?
17    A.  Yes, sir.
18    Q.  Okay.  So the first entry, 50 minutes of
19  reading draft, you think that may be a prior general
20  report that you did just to get the format down?
21    A.  I think that's part -- excuse me.  I'm losing
22  my voice.  It's part of it, to get my thoughts organized
23  about what is expected in a report by looking at
24  something that had been done previously and organizing
25  my notes on what I could do on this particular report.

Page 19

1    Q.  There is an entry for read referenced
2  articles, 190 minutes.  Does that entail both the binder
3  full of medical literature that's in front of you and
4  the box of Ethicon documents?
5    A.  I would have to look at that and see if there
6  was anything else mentioned.  I actually didn't commit
7  this to memory.  Yes, sir, I think so.
8    Q.  Tell me how many medical articles are in that
9  binder that are in front of you.
10    A.  I didn't count them, but I can do that.
11    Q.  Just a rough estimate, as you look at them.
12    A.  20 or 25.
13    Q.  As I went through the box with the Ethicon
14  documents in them, those are not documents you
15  requested.  Those are documents that were forwarded to
16  you that plaintiffs' counsel thought might be helpful in
17  preparing your general report.  Would that be a fair
18  statement?
19    A.  Yes, sir.
20    Q.  Did you go through those documents and request
21  other documents based upon what you saw in the documents
22  that had been sent to you?
23    A.  I don't recall requesting another document.
24    Q.  As I went through, for example, I noticed that
25  there were some handwritten notes in pen and there was

Page 20

1  some highlighting.  Did you go through and make those
2  handwritten notes and highlighting as you looked through
3  the documents?
4    A.  Yes, sir.
5    Q.  There were at least four folders that had
6  portions of deposition transcripts.  Did you request
7  those deposition transcripts, or were they sent to you
8  by plaintiffs' counsel?
9    A.  They were sent to me by plaintiffs' counsel.
10    Q.  For example, I have one here that's the
11  transcript of deposition of Giselle -- is it Bonet,
12  B-O-N-E-T?
13    A.  Yes, sir, that may be the way you pronounce
14  it.  I don't know that.
15    Q.  All right.  Taken March 5th, 2012, and
16  there's -- that's the cover page.  There's one other
17  page here in this, and it's Page 102.  Was that -- for
18  the portions of depositions that were given to you, was
19  that all that was given was just selected portions of
20  those depositions?
21    A.  Yes, sir.
22    Q.  Did you ask for the full transcript of the
23  deposition in order to put them in context?
24    A.  No, sir.
25    Q.  So, for example, in this deposition, for

Page 21

1  whatever reason, you were given one page, Page 102, out
2  of however many pages were in this deposition?
3    A.  Yes, sir.
4    Q.  And the reason that you have it marked is
5  there's a handwritten note that said, "Kit not studied."
6  What does that mean?
7    A.  May I see it?
8    Q.  Sure.
9    A.  And I'll tell you.
10        At the top of Page 102 in the deposition,
11  Giselle Bonet, the question was, "At the time the
12  Prolift, which is trademarked, was launched, the Prolift
13  itself had not been studied in clinical studies,
14  correct, meaning the actual packaged product with the
15  preformed mesh and the instruments had not been studied
16  clinically?"
17        So the person doing the deposition asked
18  that question of Giselle Bonet, and her response was,
19  "That's correct.  The kit had not been studied."
20        So the reason I made this note is to
21  remind me that Prolift was marketed without any clinical
22  testing.
23    Q.  Do you know whether or not there was any
24  discussion of any other clinical testing anywhere in
25  this deposition?  Do you have any idea?

Bobby Lewis Shull, M.D.

Page 22

1    A.  No, sir.
2    Q.  So all you know is based upon the one page
3  that you were provided out of whatever number of pages
4  that was in that transcript?
5    A.  For that particular folder, that's correct.
6    Q.  The next folder we're going to look at is a
7  folder marked "Kirkemo, Aaron," of a deposition taken
8  April 18th, 2012, and it entails one, two -- six pages
9  of a deposition, and it's highlighted.
10      Did you look at this deposition and make
11  the highlighting that's on the deposition portions of
12  the deposition that were provided to you?
13    A.  Yes, sir, I did.
14    Q.  Okay.  Once again, did you ask for these
15  portions to be sent to you, or was that just sent to you
16  by plaintiffs' counsel?
17    A.  This was sent to me by plaintiffs' counsel.
18    Q.  Did you request the entire deposition so you
19  could read it all and put it in context?
20    A.  No, sir, I did not.
21    Q.  Page 1 is the cover page.  The next labeled
22  page is 135, 136, 137, 138, and then it skips to 150.
23      Do you have any idea how long this
24  deposition was?
25    A.  No, sir.

Page 23

1    Q.  The next deposition, the name on it is Hinoul,
2  H-I-N-O-U-L, P-I-E-T, dated April 6, 2012.
3      Once again, was this portion of a
4  deposition transcript provided to you by plaintiffs'
5  counsel?
6    A.  Yes, sir.
7    Q.  Did you ask for the entire deposition so you
8  could put it into context?
9    A.  No, sir.
10    Q.  It has two pages, the first page is
11  Volume 2 -- or it's a cover page for Volume 2, which is
12  marked Page 351, and the one page actually has four
13  pages from the deposition on this one-page transcript --
14  from the transcript.  Those are labeled Page 504, 505,
15  506, and 507.
16      Did you ask for the entire deposition in
17  order to put this in context?
18    A.  No, sir.
19    Q.  And the final one that I found in the box that
20  you had that had been provided by plaintiffs' counsel is
21  a deposition taken of Scott Hamilton Jones dated
22  January 25th, 2012.  This is Volume 3, Page 654, and
23  there are three actual pages of deposition testimony
24  from Page 727, 728, and 729.
25      Did you request these pages specifically?

Page 24

1    A.  No, sir.
2    Q.  Did you ask for the entire deposition so you
3  could put it into context and see if there was anything
4  else that was significant?
5    A.  No, sir.
6    Q.  Were you given any complete transcript of any
7  deposition that's been taken in any of the mesh
8  litigation by plaintiffs' counsel in preparation for
9  doing your general report for Prolift and Prolift+M?
10    A.  No, sir.
11    Q.  Have you ever made any request for any Ethicon
12  documents that have not been provided to you?
13    A.  No, sir.
14    Q.  One of the things that we asked in the
15  subpoena duces tecum was a list of the cases.  Have you
16  provided a list of all the cases that you have --
17    A.  Yes, sir.  I thought that was appended.  If it
18  isn't appended to that --
19    Q.  Appended to your general report?
20    A.  Yes, sir.  If it isn't appended to that --
21  this is for later when you ask me about Prosima.  I
22  actually thought both of them had something, but maybe
23  that one doesn't have it.  It wouldn't be behind my
24  curriculum vitae.  It would be behind the general
25  report.  But this would be the one that would be similar

Page 25

1  for both of them.  Yes, sir.
2    Q.  Okay.  And the request -- what I have for you,
3  other than the depositions that were taken last week in
4  case-specific matters, does this list that's appended to
5  your expert report, your general report, is it a
6  complete list other than the ones we had last week?
7    A.  The only thing I see differently, now that
8  you've asked me specifically about it, is last week when
9  you deposed me, I told you there was one person's name
10  on the list, Mrs. Rabiola, R-A-B-I-O-L-A, and I was
11  deposed because I was a treating physician for her.  I
12  wasn't deposed --
13    Q.  As an expert?
14    A.  No, sir.
15    Q.  Testifying expert?
16    A.  No, sir.  Josephine Rabiola.  And I just see
17  that this isn't on this, and I'm not certain why.  But
18  you and I talked about that last week, that I was a
19  treating physician for her.
20    Q.  When were you first contacted by anyone in
21  regard to giving expert testimony in regard to Prolift
22  and Prolift+M products?
23    A.  I don't have the exact date, but it would have
24  been sometime in the last quarter of 2015.  I believe
25  that would be correct.  I was asked if I would do it,

Bobby Lewis Shull, M.D.

Page 26

1   and I was given a potential window of time that the work
2   would need to be performed, but it wasn't immediate at
3   the time that I discussed it with Dr. Thompson.
4        Q.   Was she the individual that contacted you?
5        A.   Yes, sir.
6        Q.   And when you say Dr. Thompson, are you
7   referring also to the lawyer that is presenting you for
8   deposition today?
9        A.   Yes, sir, Dr. Margaret Thompson, who is also
10  an attorney.
11       Q.   What did she ask you to do?
12       A.   She asked me to work with her on preparing a
13  general report about the products Prolift and Prosima.
14       Q.   Any other work that she asked you to do?
15       A.   Not specifically at that time, no, sir.
16       Q.   Okay.  Give me a ballpark, if you will, on how
17  much you've earned in this litigation since you were
18  first contacted by Dr. Thompson up to the current -- and
19  I understand you haven't invoiced for everything.  You
20  invoiced for individual cases.  But just generally give
21  me an idea if you can, Doctor.
22       A.   Well, I think -- yes, sir.
23            MS. THOMPSON:  Object to form.
24       A.   Yes, sir.  I think last week on the
25  case-specific report, I submitted the invoices to you.

Page 27

1   Honestly, I don't know the exact amount, but I would say
2   it was approximately -- it may have been 26 or $28,000.
3   I don't know that.  Maybe that's high.  I don't remember
4   that exactly, to be quite honest with you.  There were
5   three cases -- that's not correct.  It probably was 15
6   or $20,000, actually.
7            What I told you was incorrect because
8   there were three case specifics.  And I think each was
9   five or so thousand dollars, so it was probably 15 or so
10  thousand dollars.
11       Q.   (BY MR. WEBB)  So would you say -- if we tried
12  to approximate not only the case-specific work that
13  you've done, but also the work on Prolift and Prosima,
14  that -- generally we could say it's under $50,000,
15  roughly?
16       A.   Yes, sir.
17       Q.   Okay.
18       A.   At this point, it's probably closer to 25 or
19  $30,000.
20       Q.   Okay.  So 25 or 30 would be a better estimate
21  in your mind --
22       A.   That would be the two general reports and the
23  three case-specific reports.
24       Q.   And does not include the time that you spent
25  that you didn't invoice for for last week for the

Page 28

1   depositions and the preparation and deposition time
2   today?
3        A.   Yes, sir, that's correct.
4        Q.   When you have a patient that comes in that has
5   a mesh product already implanted in that patient, do you
6   inform them that you are a plaintiff -- that you're an
7   expert for the plaintiffs in this mesh litigation?
8        A.   I don't think that's ever come up, no, sir.
9        Q.   When you draft these reports, were you given a
10  template to go by in order to lay out the format that
11  you should prepare your expert report in?
12            MS. THOMPSON:  Objection to questions
13  about the drafting of the reports.
14       A.   Well, I have to --
15            MS. THOMPSON:  And anything that goes too
16  much beyond this, I'm going to instruct him not to
17  answer.
18       A.   I have to have some idea about what is
19  reasonable from a legal standpoint, because that's not
20  in my normal area of knowledge, so I have to have some
21  guidance about how to construct a report, if that's what
22  you're asking me.  I've spoken with Dr. Thompson about
23  what would be a reasonable format to present that is a
24  fair assessment of my own observations and is something
25  that would be expected in a legal proceeding.

Page 29

1        Q.   (BY MR. WEBB)  Prior to getting involved in
2   this mesh litigation, had you ever prepared an expert
3   report for any expert testimony that you had given in
4   any litigation?
5        A.   No, sir.
6        Q.   As we go through your expert report, which we
7   will do, there are medical literature that are
8   summarized -- would that be a fair statement -- in your
9   expert report?
10       A.   Yes, sir.
11       Q.   Do all of these articles that are listed in
12  your expert report for Prolift and Prolift+M, did they
13  come out of that binder that was provided to you by
14  plaintiffs' counsel?
15            MS. THOMPSON:  Object to form.
16       A.   I believe that's correct.
17       Q.   (BY MR. WEBB)  Did --
18       A.   I believe that's accurate.
19       Q.   Okay.  Did you put in any article or any
20  abstract that you found on your own that was not
21  provided to you by plaintiffs' counsel?
22            MS. THOMPSON:  Object to form.
23       A.   That is referenced in the general report?  Is
24  that what you're asking?
25       Q.   (BY MR. WEBB)  Correct.

8 (Pages 26 to 29)

Bobby Lewis Shull, M.D.

Page 30

1    A. To the best of my knowledge, I did not.
2    Q. Did you go do a review of the medical
3  literature to see if there were articles that showed
4  different results from the articles that you -- were
5  given to you by plaintiffs' counsel?
6        MS. THOMPSON: Object to form.
7    A. Well, if you're asking me is this the only
8  literature I'm familiar with, the answer is, no, it
9  isn't.
10       And are there articles that I have read
11  that aren't in this? And there are.
12       My -- part of my responsibility in
13  reviewing the available articles is to look at the
14  scientific approach that was taken and then review the
15  conclusions because, in many articles, there are --
16  there would be more than one way to interpret the
17  outcome.
18       So my job is to look at that and try to
19  determine is there some other message in these articles
20  that might be helpful in reaching a decision about
21  the -- in this case, the products which are being
22  reviewed, Prolift and Prolift+M.
23       MR. WEBB: Object to responsiveness of
24  the answer.
25    Q. (BY MR. WEBB) The question I asked: Did you

Page 31

1  do any independent research and go find any other
2  medical articles other than the ones that were provided
3  to you by plaintiffs' counsel?
4    A. Yes.
5        MS. THOMPSON: Object to form.
6    A. Yes, sir. I subscribe to multiple journals
7  and review them on a regular basis, and not everything I
8  reviewed is in here.
9    Q. (BY MR. WEBB) No. The question is: Did you
10  go do -- when you were preparing your general report for
11  Prolift and Prolift+M, did you go find any article and
12  use that article and abstract it or summarize it in your
13  general report other than the ones that were provided to
14  you in that binder?
15       MS. THOMPSON: Object to form.
16    A. I don't think I found any different than what
17  I have. I think everything I have is here.
18    Q. (BY MR. WEBB) Dr. Shull, the question is:
19  Did you go do any independent research and pull any
20  other article other than the ones that had been provided
21  to you for use in preparing your general report?
22       MS. THOMPSON: Object to form.
23    A. Well, I think what was provided is what I
24  asked for. So part of what I asked for would be in
25  here. I don't know how to answer that any more clearly.

Page 32

1    Q. (BY MR. WEBB) Listen to the question, then.
2  My question is: Did you go and do some independent
3  research and pull an article from a medical journal and
4  use it in your general report other than the articles
5  that were prepared and sent to you by plaintiffs'
6  counsel?
7        MS. THOMPSON: Object to form, now asked
8  and answered.
9    A. Well, I will answer that. These came partly
10  from my request and partly what was given, so I asked
11  for part of these. So the answer is I didn't have
12  anything that isn't in here, but these weren't all
13  spontaneously given to me. I requested some of these.
14  And I gave you copies of a couple of things otherwise
15  that aren't in here that specifically I did look for. I
16  mean, at the beginning, I gave you those, for example.
17    Q. (BY MR. WEBB) The three articles that you
18  gave me before, are any of those three articles
19  summarized in your general report on Prolift or
20  Prolift+M?
21    A. No, sir. The background knowledge of it is,
22  though. The concepts are. For example, what is a
23  successful outcome of surgery, which is one of the ones
24  I think that's on the top -- or is in that stack of
25  three, how do you assess the outcomes of surgery.

Page 33

1    Q. And that's fair for your general background
2  knowledge that you used to develop an expert opinion,
3  but you actually went through and abstracted or
4  summarized articles in --
5    A. Yes, sir.
6    Q. -- your general report. Are any of these
7  three articles abstracted or summarized in your general
8  report?
9    A. No, sir.
10    Q. You state in your expert report on Prolift and
11  Prolift+M that you have seen -- you have personally
12  examined, diagnosed, and treated approximately 100
13  patients with mesh complications and removed some mesh
14  from at least 70 women. Is that correct?
15    A. Yes, sir.
16    Q. Have you prepared any type of formal report or
17  summary of the complications you have seen? Have you
18  submitted it to any peer-reviewed medical journal for
19  publication?
20       MS. THOMPSON: Object to form.
21    A. The one that's --
22       MR. WEBB: Wait a minute. What's the
23  problem with that?
24       MS. THOMPSON: It was compound.
25       MR. WEBB: Read the question.

Bobby Lewis Shull, M.D.

Page 34

1     MS. THOMPSON: "Have you prepared any
2   type of formal report or summary of the complications
3   that you've seen?  Have you submitted it to any
4   peer-reviewed medical journal for publication?"
5     MR. WEBB: You think that's compound?
6     MS. THOMPSON: Well, I think there are
7   three questions in there.
8     MR. WEBB: All right.  Let's break it
9   down.
10    Q.  (BY MR. WEBB)  Have you prepared any kind of
11  formal report based upon the summary -- based upon your
12  examination and treatment of these 100 patients?
13    A.  I have one case report.  I don't have a
14  summary of all of them.
15    Q.  Okay.  Have you prepared any kind of article
16  and submitted it to any medical journal summarizing the
17  treatment of these patients that you've treated?
18    A.  No, sir.  Only the one that was a case report.
19    Q.  And have you submitted any complaints or made
20  any complaints to the FDA about any of the products that
21  you saw in these patients who you have treated?
22    A.  We have a fellowship program, so we educate
23  other people who are going to have skills in the subset
24  of female pelvic medicine, reconstructive surgery.  So
25  our fellows have reported a few of these, but certainly

Page 35

1   not all of them.  But I personally have not done that.
2   They've done it at my request.
3     Q.  You've reported complications that you've seen
4   in patients to the FDA not personally, but you've had
5   some of your fellows make those reports?
6     A.  Yes, sir.
7     Q.  Okay.  Have you -- were those reports made
8   prior to you signing on as an expert for the plaintiffs
9   in this mesh litigation or after?
10    A.  It was before.  This was early on -- excuse
11  me.  This was early in our experience.
12    Q.  When did you first start seeing patients that
13  had complications with mesh?  You said you've seen about
14  100?
15    A.  Yes, sir.
16    Q.  When would have been the first one?
17    A.  You know, I don't know the exact date, but I'm
18  going to say in the neighborhood of 2004 or '5.
19    Q.  Okay.
20    A.  Because when I say I've seen complications, it
21  has meant suburethral slings, it has meant mesh
22  implanted for prolapse, it has meant abdominal
23  sacrocolpopexy.  So it's all of those things, including
24  mesh for transvaginal reconstructive surgery.  So
25  somewhere in the range of 2004, 2005.

Page 36

1     Q.  And what you're telling me is this is a range
2   of all mesh products over a period of -- when is the
3   last time you saw someone that had a problem?
4     A.  You know, probably in the end of calendar year
5   2015.
6     Q.  So roughly, you would say, a ten-year period?
7     A.  Yes, sir, more or less.
8     Q.  And in that ten-year period, you've seen
9   approximately 100 women who you say had a variety of
10  different products across the spectrum of the surgeries
11  that use gynecological mesh for repair of various
12  problems?
13    A.  Yes, sir.
14    Q.  Okay.  How many of that 100 were either
15  Prolift or Prolift+M?
16    A.  You know, I don't know the exact answer to
17  that because some patients don't know for certain which
18  product was used, and we don't have the operative note.
19  In some of them I did know that for a fact.
20      So some of them, including the case
21  report we gave, which is in my bibliography, is
22  specifically Prolift.  Yes, sir.  And this would be the
23  tension-free vaginal tape, the article you've referenced
24  here.
25    Q.  Is that the case report you're talking about?

Page 37

1     A.  Yes, sir.  There is -- no, sir.  This is not
2   the one I was referring to.  This is one using
3   tension-free vaginal tape for urinary incontinence.
4       The article I was referencing is one on
5   erosion of a Prolift into the rectum, and one of our
6   fellows reported on one other patient -- Dr. Chris Chung
7   reported on a patient, and I'm not sure if that's in my
8   bibliography or not, because some of the things the
9   fellows do I would have participated in the publication,
10  and some of them I wouldn't have.
11      (Exhibit No. 4 marked)
12    Q.  (BY MR. WEBB)  I've marked as Exhibit No. 4 a
13  case report titled "Tension-free vaginal tape bowel
14  perforation."
15    A.  Yes, sir.
16    Q.  And this is in the International
17  Urogynecological Journal of 2010.  Is that right?
18    A.  Yes, sir.
19    Q.  And you were one of the authors on this case
20  report?
21    A.  Yes, sir, that's correct.
22    Q.  This case report has nothing to do with either
23  Prolift or Prolift+M, does it?
24      MS. THOMPSON: Object to form.
25    A.  It does not.

10  (Pages 34 to 37)

Bobby Lewis Shull, M.D.

Page 38

1    Q.  (BY MR. WEBB)  And, in fact, in this case
2  report what you're actually reporting on is a problem
3  where there was a perforation of the bowel due to the
4  technique of the physician?
5        MS. THOMPSON:  Object to form.
6    A.  This article on tension-free vaginal tape
7  bowel perforation refers to a technical issue with
8  placement of a retropubic tension-free vaginal tape, and
9  the bowel was perforated by the trocar.
10    Q.  (BY MR. WEBB)  And actually the tape was
11  actually placed through the bowel.  Is that correct?
12    A.  Yes, sir, that's correct.
13    Q.  You told me that you think that some of the
14  100 women that you saw had Prolift or Prolift+M.  Can
15  you give me an approximation of how many of those
16  patients had Prolift or Prolift+M?
17    A.  I can --
18        MS. THOMPSON:  Objection; asked and
19  answered.
20    A.  Yes, sir, I could do that, but I can't
21  validate it.
22        I know there have been -- I know for a
23  fact there have been at least two patients -- because I
24  remember them -- who knew the product, and it was
25  Prolift.  There may be others, but I didn't go back in

Page 39

1  preparation for today to look at that and try to
2  abstract that information from the records.
3    Q.  (BY MR. WEBB)  Did you do a specific
4  literature search -- medical literature search for
5  either complications related to Prolift or complications
6  related to Prolift+M products?
7    A.  In preparation for this general report, you're
8  asking?
9    Q.  For any reason at all, but especially in
10  representation for this general report?
11    A.  Well, not specifically in preparation for this
12  report.  I've looked at that previously, but, no, I
13  didn't for this.
14    Q.  When did you look at it?
15    A.  Oh, I can't give you a specific date.  Again,
16  in the education of other people, it's a part of what we
17  do is to review literature and discuss it.  So I don't
18  have the exact date for that.
19    Q.  Have you ever personally used either Prolift
20  or Prolift+M in any type of surgery?
21    A.  No, sir.
22    Q.  Have any of your people that work in your
23  practice, the other physicians that are in your
24  practice, do they either use Prolift or Prolift+M for
25  surgery?

Page 40

1    A.  There are four of us -- excuse me -- in our
2  department who see women with disorders of the pelvic
3  floor.  Two of us, I feel certain, have not used Prolift
4  products.  I know that I haven't, and I believe that
5  Dr. Paul Yandell has not.
6        We have two other colleagues who received
7  as part of their education and/or practiced elsewhere
8  before they came to work for us, and these two
9  individuals, I could not tell you whether or not they've
10  ever used Prolift or Prolift+M elsewhere.
11        To the best of my knowledge, they have
12  not used it while working in our department.
13    Q.  When you do training, do you -- have you ever
14  done any training with Prolift or Prolift+M products?
15    A.  You mean in being taught myself or in teaching
16  someone else?
17    Q.  Both.
18    A.  No, sir.
19    Q.  Have you ever involve -- been involved in any
20  clinical study involving pelvic mesh products in
21  general?
22        MS. THOMPSON:  Object to form.
23    A.  No clinic study.  Our research group studied
24  Pelvicol in an animal model, but we haven't had a
25  clinical study of any product.

Page 41

1    Q.  (BY MR. WEBB)  If we go through your
2  bibliography, have you written articles on urinary
3  incontinence?
4    A.  Yes, sir.
5    Q.  And pelvic organ prolapse?
6    A.  Yes, sir.
7    Q.  Any articles on surgical mesh?
8    A.  Only these case reports and an editorial.  But
9  I didn't do a scientific report on mesh, but there's an
10  editorial with Dr. Linda Brubaker.  I believe it was
11  published in either 2011 or 2012.
12    Q.  Have you ever written any kind of scientific
13  report or medical article in the peer-reviewed
14  literature related -- about how to remove pelvic mesh
15  products?
16    A.  No, sir.
17    Q.  When you did any explantation of any mesh
18  product, have you done -- has all the mesh product that
19  you have had explanted been sent to pathologists for
20  review?
21    A.  Yes, sir, to the best of my knowledge, it has
22  been.  I mean, it's entirely possible that I removed --
23  let's use, for an example, a piece of a midurethral
24  sling that was visible and I could measure it and
25  comment on it, and there was no gross evidence of

11 (Pages 38 to 41)

Bobby Lewis Shull, M.D.

Page 42

1  anything other than it was exposed, I may not have sent
2  that to pathology, but I wouldn't know how to go back
3  and learn exactly how often that would have happened.
4     Q.  Has there been any evidence in any of the
5  pathology reports that you received that indicated any
6  type of degradation or breakdown of any of the surgical
7  mesh?
8     A.  In our particular organization, what we would
9  normally receive as a report is a confirmation that a
10  sample had been submitted.  Usually the dimensions would
11  be included in number of centimeters in length and
12  width.  Sometimes it's just a gross description that the
13  pathologist confirmed that we submitted something that
14  was a particular size and it had other tissue attached
15  to it.
16        Sometimes it would be a microscopic
17  evaluation, but not always.  And the microscopic
18  examinations, I think it would be exceptional that I
19  would have received a report that commented on
20  degradation.
21     Q.  Can you remember, as you sit here today, ever
22  receiving a report that commented on degradation?
23     A.  I'm not sure that I have.  If I had to guess,
24  I would say I probably have not.
25     Q.  Do you believe it's below the standard of care

Page 43

1  to use transvaginal mesh implants?
2        MS. THOMPSON:  Object to form.
3     A.  Surgery is a job, and it is like, I think,
4  practically every job else, there are more -- there is
5  more than one way to accomplish what you are going to
6  do.  I personally have chosen not to use mesh products
7  for transvaginal repair for prolapse.  Other people do,
8  and I'm not suggesting that's below the standard of
9  care, but it's an option.  It's an option that I haven't
10  chosen.
11     Q.  (BY MR. WEBB)  You've done some rabbit
12  studies?
13     A.  Yes, sir, the people in my research group.  I
14  don't think my name was on the article, but they
15  implanted Pelvicol in the vaginal canal of rabbits and
16  reported on the response to the Pelvicol.
17     Q.  Does it have anything to do -- that bears
18  directly on this litigation?
19     A.  No --
20        MS. THOMPSON:  Object to form.
21     A.  There was no comparison with Prolene, for
22  example, so we did not use a Prolene product.
23        THE REPORTER:  A Prolene what?
24        THE WITNESS:  A Prolene product.
25        THE REPORTER:  Thank you.

Page 44

1     Q.  (BY MR. WEBB)  From your review of the Ethicon
2  literature, what stages of pelvic organ prolapse would
3  Prolift and Prolift+M be used to treat?
4        MS. THOMPSON:  Object to form.
5     A.  When I --
6        MR. WEBB:  On what basis?
7        MS. THOMPSON:  "Ethicon literature."
8  Does that mean Ethicon sponsored?  Ethicon published?
9        MR. WEBB:  Forget it.
10     Q.  (BY MR. WEBB)  Go ahead.
11        MS. THOMPSON:  I just don't understand --
12        MR. WEBB:  Forget it.
13        MS. THOMPSON:  -- "Ethicon literature,"
14  what that means.
15     Q.  (BY MR. WEBB)  Do you understand what "Ethicon
16  literature" means?
17     A.  If you mean the information for users, for
18  example, I think I can comment on that.
19     Q.  Can you also comment on all the Ethicon
20  documents that you were provided in the emails -- the
21  general -- any question about any Ethicon document or
22  literature that you reviewed, can you tell me, based
23  upon that, what stages of POP would use either Prolift
24  or Prolift+M to treat?
25     A.  I would say, in general, what I think I can

Page 45

1  glean from that is if the patient were symptomatic, and
2  that then doesn't lend itself to a quantification of any
3  kind, but if a woman has symptomatic -- excuse me --
4  pelvic organ prolapse, they may be a candidate.
5        But in terms of assigning that to a
6  particular stage or grade or degree of prolapse, I don't
7  believe that I have seen that in any of the literature.
8     Q.  Based upon prior depositions and your opinions
9  that you provided, you prefer the use of native tissue
10  in your surgeries for prolapse.  Is that correct?
11     A.  Yes, sir.
12     Q.  You belong to a number of different
13  professional societies that specialize in this area.
14  Would that be a fair statement?
15     A.  Yes, sir.
16     Q.  And as any specialist, there's a limited
17  horizon of people that both have the experience and
18  belong to those professional societies.  Would you agree
19  with that?
20     A.  Yes, sir.
21     Q.  Is there any consensus among the specialists
22  in these gynecological societies that you belong to, or
23  urogynecological societies that you belong to, about
24  whether there are benefits that outweigh the risks or
25  risks that outweigh the benefits of the use of

Bobby Lewis Shull, M.D.

Page 46

1  transvaginal mesh?
2        MS. THOMPSON:  Object to form.
3        A.  When I -- excuse me -- referred to the article
4  that I handed you by Dr. Barber and his associates about
5  assessing the outcomes of surgery, in -- I want to apply
6  it to these groups.
7             So the groups that I belong to who are
8  interested in caring for women with pelvic organ
9  prolapse have been looking primarily for an improvement
10  in the anatomical outcomes of surgery for poor support.
11             And as I understand it, I believe there
12  is a consensus that surgery of any kind doesn't work for
13  all people all the time.  And if we could do something
14  to reduce the failure with anatomical outcomes, that
15  would be desirable.
16             And one of the thoughts about using any
17  product, whether it's biological or synthetic or
18  autologous or xenograft is to try to improve on those
19  anatomical outcomes.
20             So in that broad context, I think people
21  agree that that's a laudable goal.  And then the
22  question where their ideas diverge is how do you go
23  about learning about that.
24             So once -- I think under ideal
25  circumstances, most people would say, "We would like to

Page 47

1  have as much scientific information as we can that
2  something is not only effective but that we know about
3  the other parameters, including possible injuries or
4  side effects associated with it."
5             So that's what people would like to
6  know.  I think everyone would like to know those things.
7             In terms of which method of approach for
8  surgery, as I alluded to earlier, surgery is a job, and
9  not everyone is going to choose to do the same thing.
10  For example, some people are very technically skilled
11  with abdominal sacrocolpopexy, and that may be their
12  operation of choice.  Other people may be very skilled
13  vaginally, and that may be their operation of choice.
14             And there's another group of people who
15  may be skilled in either one of those who feels that
16  maybe using a mesh -- synthetic mesh complement to their
17  surgery would be beneficial.  So we certainly fall into
18  those different groups.  And once we get to there, I
19  don't think there's a consensus.
20        Q.  (BY MR. WEBB)  Okay.  You will agree that
21  there are good doctors on both sides of this debate --
22  or all sides of this debate?
23        MS. THOMPSON:  Object to form.
24        A.  I believe that there are honest people raising
25  these questions and wanting to do what's best for the

Page 48

1  patient.
2        Q.  (BY MR. WEBB)  In your report on Prolift
3  products, you cite a recent report by Stanford stating
4  that most studies shows an anatomic success rate of
5  about 92 percent for mesh.  Do you remember that --
6        A.  Yes, sir.
7        Q.  -- statement?
8        A.  Yes, sir.
9        Q.  Do you agree with that statistic you cited?
10        A.  Well, I have the article here referenced in
11  front of me, and I believe in his assessment of the
12  literature that there are varying reports on the
13  anatomical outcome.
14             So when anatomy is the primary endpoint
15  of the outcome, that's a fairly well defined issue.
16  The -- I'll just say in general, the area of confusion
17  about anatomy is not that it's evaluated, but we don't
18  know what is a reasonable anatomical outcome to expect
19  in a woman of various ages.
20             For example, women who are 18 or 20 who
21  have never had a baby or have never been traumatized in
22  any way may have one set of physical exams which we
23  could describe, and under ideal circumstances, maybe we
24  could recreate that with surgery, but that isn't what
25  most people have.  So that may not be a realistic

Page 49

1  anatomic outcome.
2             What is -- I believe most doctors have
3  now come to a consensus about is a good anatomical
4  outcome is one in which no compartment of the vaginal
5  canal, either anterior or posterior, prolapses outside
6  the hymen, the opening to the vaginal canal.  When we
7  use that as an endpoint, all of the surgical outcomes
8  appear to be better.
9             When we're more rigid -- whether it's
10  mesh or not mesh, when we're more rigid, the
11  unsatisfactory outcomes from the standpoint of just
12  looking at the anatomy are greater.
13             What Dr. Barber's article points out is
14  it isn't only anatomy.  It's also the patient's
15  perception of what's going on, and it's did they require
16  more intervention.  So he has those three parameters.
17             And when you look at all three of those
18  parameters, each of these authors, I believe, would
19  report that the outcomes of surgery are better than when
20  you have rigid anatomic outcomes.  That's been an
21  evolution in our reporting system -- actually, a good
22  evolution.
23        Q.  Are you personally critical of all uses of a
24  polypropylene mesh for pelvic reconstruction?
25        A.  I haven't chosen to use it.  If you're asking

13 (Pages 46 to 49)

Bobby Lewis Shull, M.D.

Page 50

1  me am I critical of using it for everybody under every
2  circumstance, that's an individual decision for each
3  doctor and patient to make.
4          In my own personal experience, I am not
5  convinced that given my ability to accomplish what I
6  want to accomplish technically, that the benefits of
7  adding a polypropylene mesh is greater than the side
8  effect. So in my own hands, I have chosen not to do
9  that.
10         Q.  You have associates in your own practice,
11 though, who perform sacrocolpopexy using polypropylene
12 mesh. Right?
13         A.  Yes, sir. Through the abdomen, they do. And
14 we use it in the suburethral slings. So each of us have
15 used these midurethral slings, which are made of
16 polypropylene.
17         The area where I think we are less likely
18 and perhaps haven't used mesh in our institution is for
19 transvaginal repair of prolapse.
20         Q.  And the product that your associates use and
21 the product that you use for the suburethral slings is
22 usually an Ethicon product?
23         A.  Yes, sir. And some of that depends on what
24 the organizational purchase is, because all
25 organizations now are trying to bring standardization to

Page 51

1  the purchases. So we have used some other products, but
2  I would say the preponderance of what we use has been
3  from Gynecare, J&J. I'm sorry. My voice is --
4          MR. WEBB:  Let's take a little break,
5  give you a chance to get some water.
6          MS. THOMPSON:  I was just --
7          THE VIDEOGRAPHER:  Going off the
8  record --
9          THE WITNESS:  Thank you.
10         THE VIDEOGRAPHER:  Going off the record,
11 the time is 10:26.
12         (Recess from 10:26 a.m. to 10:43 a.m.)
13         THE VIDEOGRAPHER:  Back on the record.
14 This marks the beginning of Disc No. 2. The time is
15 10:43.
16         Q.  (BY MR. WEBB)  I'm going to walk through some
17 of the opinions that you expressed related to the
18 Prolift and Prolift+M devices --
19         A.  Yes, sir.
20         Q.  -- for pelvic organ prolapse.
21         Your first opinion is, "At the time of
22 introduction, there was insufficient scientific evidence
23 supporting the implantation of the Prolift and Prolift+M
24 devices for pelvic organ prolapse."
25         What type of scientific evidence are you

Page 52

1  referring to here?
2          A.  I found no evidence that the product
3  consisting of the mesh with the attached trocars had
4  been used in women in a systematic fashion with
5  information collected about the morbidity, the anatomic
6  outcomes, and the potential for risk associated with
7  this specific kit of the Gynecare mesh, Gynemesh, and
8  the trocars, which is how Prolift was marketed.
9          Q.  The individual mesh had been on the market for
10 other uses for a number of years. Would you agree with
11 that?
12         A.  Yes, sir.
13         Q.  The trocars, were there anything unique or
14 special or brand new about those?
15         MS. THOMPSON:  Object to form.
16         A.  The trocars in and of themselves, to the best
17 of my knowledge, are not unique. The use of the trocars
18 to penetrate spaces in the pelvis and then to deploy the
19 mesh arms into those spaces, in fact, was a new concept.
20         Q.  (BY MR. WEBB)  So it's not the complaint about
21 the kit being unique or special. It's the technique
22 that was used to place the mesh in the woman's body. Is
23 that correct?
24         MS. THOMPSON:  Object to form.
25         A.  As I understand it, from my review of the

Page 53

1  literature, Prolift used the Gynemesh, which you
2  indicated had been on the market previously. What was
3  new was the concept of a product using the trocars and
4  deploying the mesh arms into muscle, connective tissue,
5  through the skin of the vagina and the external skin in
6  living people. That was a new concept. And I could not
7  find any information that there had been an objective
8  trial of that before the product was actually used.
9          Q.  (BY MR. WEBB)  Do you know whether or not --
10 when you say an objective trial, do you know what the
11 company had done as far as working with surgeons,
12 working with providing -- learning the techniques that
13 need to be used and teaching those techniques to
14 physicians prior to it being implemented for commercial
15 use?
16         MS. THOMPSON:  Object to form.
17         A.  What I understand or what I glean from the
18 literature is Dr. Jacquetin in France and Dr. Cossan,
19 C-O-S-S-A-N, and a group of French surgeons worked to
20 develop the concept of an American product being
21 deployed into the pelvis, and a lot of the original
22 observations were made with that French total vaginal
23 mesh group. So I did see that.
24         Q.  (BY MR. WEBB)  Well, do you know what kind of
25 protocols or what kind of scientific basis that the

14  (Pages 50 to 53)

Bobby Lewis Shull, M.D.

Page 54

1  initial users of the product had or put in place before
2  they started using this product in patients?
3           MS. THOMPSON:  Object to form.
4       A.  What I know is they evaluate the patients for
5  prolapse in advance of surgery, what site in the pelvis
6  had poor support, and what degree of poor support that
7  those sites had.  And they then looked at the technical
8  feasibility of placing the trocars into the pelvis and
9  deploying the mesh, and subsequently followed some of
10  the patients for a period of time to look at the
11  anatomic outcomes.
12           They then solicited opinions,
13  observations from clinicians on concerns about the
14  technical aspects of using the product, unknown concerns
15  that these physicians had heard from their patients
16  regarding either favorable or unfavorable outcomes from
17  the use of the product.
18       Q.  (BY MR. WEBB)  And is this, in your opinion, a
19  deviation from the norms in how you develop a new
20  product for use in patients?
21           MS. THOMPSON:  Object to form.
22       A.  Well, in this particular circumstance,
23  counseling a group of patients to participate in a
24  scientific trial and informing them of the risks and
25  benefits would be a helpful thing to do, understanding

Page 55

1  that it's not possible to give full disclosure because
2  the trial is intended to learn about the potential
3  benefits and risks of the surgery.
4           So that would have been a helpful thing
5  to do.  And then limiting the use of this product to a
6  defined group of people until there was adequate
7  information to make, if necessary, modifications in the
8  indications and use of the product to learn how to avoid
9  complications when possible and to learn how to manage
10  them if and when complications occur.
11           So that would have been an ideal set of
12  circumstances in a defined group of physicians and
13  surgeons and a defined group of patients, followed by a
14  long enough time period to be able to provide that
15  information.
16       Q.  (BY MR. WEBB)  Do you know whether or not the
17  patients in this initial group that were -- the French
18  surgeons used were provided -- what kind of informed
19  consent they were provided?
20       A.  Some of them -- I don't know all of them.
21  Some of them actually were provided information that
22  they were collecting data on the -- on this technique.
23       Q.  Do you know whether or not those physicians
24  followed these patients long term?
25       A.  Well, initially they could only have followed

Page 56

1  them for -- in some cases, some of the earlier reports
2  were a matter of three to six months.  Some were
3  perioperative injuries, some were one-year outcomes,
4  some were three-year outcomes.  It's variable depending
5  on -- there were various stages of reporting.
6       Q.  Do you know whether or not those patients have
7  been followed longer than that even though you haven't
8  seen any reports about it?
9       A.  I'm not aware of it.  By the time that the
10  product was available to be marketed, I'm not aware they
11  had been followed for a long enough time to provide
12  information so the surgeons and the patients could be
13  well informed about what to expect.
14       Q.  You have an opinion that Prolift and Prolift+M
15  devices represent a significant departure from
16  traditional surgical procedures.  What traditional
17  surgical procedures are you saying they are a
18  significant departure from?
19       A.  Primarily various types of native tissue
20  repair.  In some cases there had been reports on the use
21  of mesh in reconstructive surgery transvaginally, but
22  the early reports on mesh with transvaginal surgery did
23  not involve the use of a trocar.
24           The mesh either would have been placed
25  without a trocar, it may have been sutured in place --

Page 57

1  those are for the synthetic meshes.  For the -- for the
2  synthetic permanent meshes.
3           For the absorbable meshes, those were
4  almost always applied as an applique.  So the
5  traditional surgery -- excuse me -- was performed and
6  then, for lack of a better term, a patch of a synthetic
7  product was placed over that, and then the skin was
8  closed.  But none of those required the use of trocars
9  to deploy the product.
10       Q.  So the most significant departure that you're
11  identified for me is the use of a trocar?
12           MS. THOMPSON:  Object to form.
13       Q.  (BY MR. WEBB)  Or use of trocars?
14           MS. THOMPSON:  Object to form.
15       A.  The significant deviation from what we were
16  accustomed to previously is deploying these arms into
17  muscle, connective tissue, and through the skin, and as
18  it turns out, really the only reasonable way to do that
19  is to use a trocar.
20           So the real deviation was having the mesh
21  arms through these tissue structures, and in order to
22  put them in those places, it was necessary to use a
23  trocar.
24       Q.  (BY MR. WEBB)  You say, "The vagina is a
25  different environment from the abdominal wall.

15 (Pages 54 to 57)

Bobby Lewis Shull, M.D.

Page 58

1  Maintenance of vaginal compliance and distensibility is
2  essential for bowel, bladder, and sexual function."
3          Had there been a transvaginal surgery to
4  repair pelvic organ prolapse prior to the introduction
5  of Prolift and Prolift+M devices?
6      A.  Excuse me.  Historically, the most common way
7  to repair prolapse fell into two categories; one,
8  obliterate the vaginal canal; or, one -- or, two,
9  reconstruct the vaginal canal, ideally with a goal of
10  having some degree of normal size of the vaginal canal
11  and normal function of the bowel, bladder, and the
12  vagina as a sexual organ.
13          So obliteration of the vaginal canal is
14  an option in a very select subgroup of women, usually
15  not very many of them, but for some.  And that normally
16  would only use suture materials, and that has been
17  described as long ago as approximately 1850.
18          Reconstructing the vaginal canal to try
19  to be more normal required a different level of
20  anesthesia, and surgery -- general anesthesia only
21  became safe in the mid to late 1800s.  So reconstructive
22  surgery is limited by the ability to have safe either
23  regional or general anesthesia.  So that began in the
24  late 1800s.
25          And for all practical purposes, that was

Page 59

1  what was used unless a doctor took the patient's own
2  tissue, called fascia, to reinforce the repair.  That
3  would be called an autologous repair.  So that happened
4  in the early 1900s and later on during that century.
5          The concept of using mesh didn't really
6  take hold until -- in gynecology, for example, until
7  about the time a doctor in Wisconsin began -- he
8  reported on using mesh for the anterior compartment
9  without the use of trocars.  Dr. Tom Julian did that,
10  and he noticed that in his evaluation of these women,
11  that anatomically they had improvement, but he also
12  noticed that there was an issue about erosion or
13  exposure of the vaginal mesh.
14      Q.  You say that insertion of the mesh device
15  containing arms and involving the blind passage of
16  trocars presents specific risk and is inconsistent with
17  sound pelvic reconstructive surgical principles.  Is
18  that correct?
19      A.  Yes, sir.
20      Q.  Is it -- if a surgeon chooses to use the
21  Prolift or Prolift+M in using blind passage of trocars,
22  is that below the standard of care if a surgeon chooses
23  to do that?
24          MS. THOMPSON:  Object to form.
25      A.  When a surgeon chooses to use the blind

Page 60

1  passage of trocars in deployment of a mesh arm, what
2  happens in this specific case is the trocars are passed
3  through tissue planes through which we normally never do
4  surgery, and those tissue planes of connective tissue
5  and muscle, primarily, have a vascular supply and a
6  nerve supply which is variable.
7          All anatomy is variable from one
8  individual to another, and when we pass these
9  instruments without being able to see where they are
10  going, we are using what we presume would be safe spots
11  to place the trocar, place the trocar.
12          And the potential dilemma with that is
13  that, in fact, for some people that may be a safe space
14  to put something.  Surgery is very operator dependent.
15  And when I say "operator," I don't really mean surgeon.
16  I'm talking about whoever's doing it.  It is very -- the
17  execution and the outcomes of surgery are dependent on
18  the technical execution of an operation.
19          So let's use a trocar, for example.  I
20  don't have one here, but I have a pen.  So when I'm
21  using something like this to either sew with or to put
22  into a tissue plane, I have the best control where I can
23  begin the use of the instrument and see it.  If I'm
24  using a needle, for example, I have good control of
25  where that needle goes in, but where the needle comes

Page 61

1  out, the control isn't as predictable.
2          On a bigger scale, when you have
3  instruments that are curved, what happens is when you
4  think you are going into a particular plane, all the
5  movement out here exaggerates the movement at the end of
6  that instrument.  So it's magnified.
7          So I think something is going in a
8  particular spot, but depending on how I manage this part
9  out here, that can deviate up or down or front or back,
10  and I don't have that good of control over it.  So
11  that's one issue.
12          The second issue, the anatomy is
13  variable.  So even if I go where I think a place is
14  safe, I can't see it, in fact.  And you might ask,
15  "Well, how is that different than, let's say, a
16  suburethral sling, a midurethral sling, which uses a
17  trocar," which is a reasonable question.
18          With midurethral slings, we're operating
19  in spaces that surgeons, urologists, and gynecologists
20  have operated on for hundreds of years.  And if you need
21  to see exactly what happened, you can make an incision
22  in the abdomen or use a kind of instrument and see
23  specifically where the trocar went or where the mesh
24  went.
25          You can't do that with these products

16 (Pages 58 to 61)

Bobby Lewis Shull, M.D.

Page 62

1  that go through the muscles of the pelvis.  Technically
2  it isn't possible to do that, so that's a big departure.
3       MR. WEBB:  Objection, nonresponsive.
4       Q.  (BY MR. WEBB)  I was asking:  Is it below the
5  standard of care for a surgeon to use Prolift or
6  Prolift+M with a procedure that is recommended for the
7  use of those products?
8       MS. THOMPSON:  Object to form.
9       A.  I don't think I said that in my general
10 report.  I don't believe I indicated that.  So the
11 answer is --
12      Q.  (BY MR. WEBB)  So what you said in your
13 general report is insertion of a mesh device containing
14 arms involving the blind passage of trocars present
15 specific risk and is inconsistent with sound pelvic
16 reconstructive surgical principals.  And if it's
17 inconsistent with sound pelvic reconstructive surgical
18 principals, is it below the standard of care for a
19 physician to do it?
20      A.  I didn't say that.  I said exactly what's
21 there.  And in my opinion, I would not use these
22 products.  Other people feel differently, that they can
23 safely use them, and the risks are less than the
24 benefit.
25      Q.  Have you actually developed a medical device

Page 63

1  yourself and presented it to a company or developed it
2  yourself?
3       A.  No, sir.
4       Q.  Okay.  Do you consider yourself an expert in
5  biomaterials?
6       A.  From a -- excuse me.  I'm losing my voice.
7            From a clinical standpoint, I feel I'm an
8  expert on evaluating people who have had biomaterials
9  put in.  From a laboratory standpoint, have I looked at
10 these products under laboratory experimental conditions?
11 I haven't done that.
12      Q.  Do you have any experience in the
13 manufacturing process of medical devices?
14      A.  No, sir.
15      Q.  Do you consider yourself an expert in
16 toxicology?
17      A.  No, sir.
18      Q.  Do you consider yourself an expert in
19 regulatory affairs or the FDA regulatory process
20 considering medical devices?
21      A.  I consider myself knowledgeable about what we
22 are provided that meets the letter of the law, so I do
23 consider myself knowledgeable about that.
24           Now, whether I agree that that's all the
25 information we ought to have is a different issue, and I

Page 64

1  don't agree with that, but I haven't submitted anything
2  for approval by a government agency.
3       Q.  Do you know the process that any medical
4  device manufacturer goes through in order to get
5  approval, whether it be by the 510(k), or whether it be
6  by any other method to have a product approved?
7       A.  I think I'm --
8       MS. THOMPSON:  Object to form.
9       A.  I think I'm familiar with the 510(k) in that
10 the individual or the company who wants approval or
11 clearance through the 510(k) process is required to
12 provide certain documents, including is there a
13 predicate device, and was a predicate device cleared
14 before, and is the product that is being requested to
15 receive clearance similar to the predicate device.
16           And then there's a governmental agency
17 that makes a decision on that, yes or no.  So I know
18 that part of the mechanism.
19      Q.  (BY MR. WEBB)  Do you consider yourself an
20 expert in that process?
21      MS. THOMPSON:  Object to form, asked and
22 answered.
23      A.  I'm conversant with it.  I don't know what it
24 requires to be an expert about it.
25      Q.  (BY MR. WEBB)  Well, whether you're conversant

Page 65

1  or not, do you consider yourself an expert in that?
2       MS. THOMPSON:  Object to form, asked and
3  answered.
4       A.  Well, I don't know what you're asking me about
5  being an expert.  I'm knowledgeable enough to know that
6  there is a process that has to take place and companies
7  are -- companies actually make their own decisions about
8  asking for 510(k) approval, if I'm not mistaken.  And
9  then once they get in the system, there are parameters
10 that have to be provided, and then there is a government
11 agency group that either asks for clarification on the
12 information that's been requested, which has happened
13 with Ethicon and J&J, and then the company has an
14 opportunity to respond to that and can -- they come to a
15 consensus on what is the adequate amount of information
16 that's necessary before approval is given.
17           So I know those aspects of how --
18      Q.  (BY MR. WEBB)  Have you ever served on an FDA
19 approval panel?
20      A.  No, sir.
21      Q.  Have you ever testified or been asked to give
22 expert testimony in front of an FDA panel?
23      A.  No, sir.  Excuse me.  No, sir.
24      Q.  Do you know what the standard is by which the
25 FDA will either approve or disapprove of any medical

17 (Pages 62 to 65)

Bobby Lewis Shull, M.D.

Page 66

1  device that's submitted for approval?
2       MS. THOMPSON:  Object to form.
3       A.  Well, in the case of a new product, they would
4  require information about the technical -- let's use
5  something in the pelvis, for example -- about the
6  technical qualities, the description of what it is, what
7  its intended purposes are, and if it -- if we have
8  information about how this, in this case, product
9  behaves in the laboratory, for example.
10       If they're -- if you're requesting based
11  on similarity to a predicate product, then the person
12  requesting clearance has to say that their newer product
13  is substantially equivalent from the predicate device
14  that was previously approved and provide the information
15  to document that.
16       Q.  (BY MR. WEBB)  You talked a little bit about
17  the process.  You didn't tell me what the standard is
18  that the FDA looks at.
19       MS. THOMPSON:  Object to form.
20       A.  I don't know that I can articulate the
21  standard.
22       Q.  (BY MR. WEBB)  Have you ever studied the
23  properties of polypropylene mesh in the laboratory?
24       A.  No, sir.
25       Q.  Have you ever looked at any mesh, Prolift or

Page 67

1  Prolift+M, under a microscope, even?
2       A.  No, sir.
3       Q.  Ever done any degradation testing on
4  polypropylene mesh?
5       A.  Excuse me.  No, sir.
6       Q.  Any elasticity studies?
7       A.  In that standpoint, only in the clinical
8  aspects of palpating products that have been placed in
9  someone in making my own clinical assessment of whether
10  or not those tissues are tightly stretched out or not.
11  So from a clinical standpoint, I've done that.
12       Q.  Have you ever quantified that, or is that a
13  subjective test according to your --
14       A.  I'm not aware there's a -- with the exception
15  of looking at ultrasound, which, actually, I don't think
16  measures elasticity anyway, there is not an objective
17  way -- all the other reports I'm familiar with are a
18  clinical assessment.
19       Q.  Have you ever done any shrinkage studies to
20  see -- personally done any shrinkage studies to see if
21  there's any shrinkage of polypropylene mesh?
22       A.  Not in the laboratory.  Again, I would rely on
23  my clinical observations.  And one of the ways that I
24  have observed clinically about shrinkage is in the case
25  of midurethral slings where I, in fact, have placed the

Page 68

1  sling myself and I may later operate on the woman
2  because she has a reason for reoperation.  Excuse me.
3       In identifying the sling product, I can,
4  in that circumstance, make the observation that that
5  sling is more tightly applied than it was when I did the
6  surgery previously, if that surgery was a week ago or
7  years ago, which could have been the case, that it
8  doesn't have the same freedom of lack of tension that it
9  had when it was originally placed.
10       And then the presumption would be that
11  that is -- that the mesh is -- the dimensions are
12  getting smaller through the wound healing, scar
13  formation, or some intrinsic product -- some intrinsic
14  characteristic of the product itself.
15       Q.  Do you --
16       A.  So I have seen that in my own patients.
17       Q.  Using a -- what is generally considered to be
18  a cure rate of -- for surgeons in your practice, what
19  would you say the cure rate is, roughly, for the
20  patients that you have used polypropylene mesh in for
21  the years that you've been practicing and using that
22  mesh?
23       MS. THOMPSON:  Object to form.
24       A.  For the treat -- excuse me.  For the treatment
25  of urinary incontinence?

Page 69

1       Q.  (BY MR. WEBB)  Yes, sir.
2       A.  Yes, sir.  My observation is from the time I
3  began my work in 1975 where I am right now, until about
4  2001 or '2, so that would have been 25 years, more or
5  less, I did surgery for urinary incontinence using
6  native tissue only.
7       And the clinical outcomes of the patients
8  that I used native tissue for compared to the women in
9  whom I used the midurethral sling following 2000 and
10  2001 -- that became my operation I did more
11  frequently -- I would say the absence of symptoms of
12  incontinence were similar with both of those, so -- in
13  everybody who's tested it.
14       So I haven't reported on that.  But the
15  people who do report on it, the conclusions are that the
16  outcomes of cure of incontinence are very similar with
17  the synthetic midurethral sling as with the previous
18  operations which didn't require sling material.  So I
19  think there is a consensus about that.
20       Q.  And what is the percentage that you would say?
21       A.  It's -- it's time related.  So the earlier
22  after the procedure the patient is evaluated, the more
23  likely they're to be cured.  And the cure rate is a
24  function of time, so the longer you follow someone, the
25  cure rate has a certain deterioration every year.

18  (Pages 66 to 69)

Bobby Lewis Shull, M.D.

Page 70

1    But in the first year or so, the patients
2  are counseled that approximately 80 percent are going to
3  be satisfied with bladder control, coughing, laughing,
4  straining, and sneezing.
5    Depending on how stringent the
6  requirements are for objective proof, the cure rate
7  isn't that high.  But practically speaking, most doctors
8  are going to use the patient satisfaction issue, and
9  about 80 or 85 percent are going to satisfied.
10   Q.  Have you ever followed a patient who had a
11 Prolift product in order to quantify any shrinkage or
12 degradation or anything that you would follow over a
13 long period of time?
14   A.  I think there are several groups of patients.
15 I have seen some patients, and I believe they've had
16 Prolift, but if you ask me to prove that, I don't --
17 can't prove it today.  But I have seen patients who had,
18 for example, posterior Prolift, who have come to me for
19 concerns about pain in the vaginal canal or pain with
20 bowel function because the mesh itself isn't
21 distensible, and when their bowel works, the mesh can
22 create a delay in bowel emptying.
23   So in some of those women, I've examined
24 them and said, yes, I think this product has more
25 tension on it than was ever intended, but I didn't put

Page 71

1  it in, and I suspect it's tighter than it was before.
2  And the patient may choose not to have anything done,
3  and I may see her back for evaluation later, and she
4  still may not have symptoms for her that warrant another
5  operation.  So I've seen people like that.
6    I've seen some people who have had
7  anterior Prolift, and they don't have a complaint about
8  anything.  They want to be seen, frankly, because
9  they're curious, is there something the matter with me
10 because I've had this product.  And I may examine them,
11 and I may say, "No.  I think presently you're okay," and
12 I wouldn't do anything, and I would -- just be followed
13 periodically.
14   So there's a subset of people who, for
15 all practical purposes, when I've seen them are
16 clinically doing well, and there's no reason to
17 recommend doing anything.
18   Q.  Have you ever personally observed any
19 degradation of any Prolift product?
20   A.  Well, that's a microscopic diagnosis, and the
21 answer is no.
22   Q.  Has anybody ever reported to you when you sent
23 something to a pathologist of any degradation of any
24 Prolift product?
25   A.  You know, on my specific patients, our

Page 72

1  pathologists haven't.  Now, it's possible that some of
2  the patients that I've operated on have had specimens
3  sent elsewhere for evaluation.
4    Because periodically what will happen,
5  I'll operate on someone to revise or explant graft
6  material, and the request from the patient and her legal
7  counsel is to forward that tissue on to someone else, in
8  which case I don't think I ever received a report on
9  that.  We follow their request and submit it to someone,
10 but I'm not in the loop where I would get a report back
11 to observe that.
12   Q.  Are you aware of any studies in the medical
13 literature in the 2000 to 2005 timeframe that found good
14 results with the use of transvaginal mesh kits?
15   A.  I'll have to look specifically about -- about
16 the year.  Just a moment.
17   The -- did you ask me mesh kit?  Is that
18 what you asked me, or mesh?
19   Q.  Mesh kits.
20   A.  Mesh kit.  I don't remember what -- excuse
21 me -- in that timeframe, and when I look -- excuse me.
22   When I look in the bibliography of an
23 article by a Dr. Jacquetin, who developed Prolift -- and
24 this is a report in 2009 on the total vaginal mesh
25 technique.  When I look at his bibliography, I don't see

Page 73

1  any reference to something published using a mesh kit
2  during that time period from 2000 to 2005.  He
3  referenced Dr. Julian, whom I spoke about earlier, and
4  that article was -- was reported in 1996, and it was a
5  mesh applique.
6    So I don't know about reports on the mesh
7  kit before 2005.
8    Q.  How did you reach the conclusion that Ethicon
9  did not provide doctors and patients with complete and
10 accurate information regarding the complications
11 associated with Prolift and Prolift+M devices and their
12 management?
13   A.  Because some of the information we only learn
14 as time goes by about long-term outcomes.  That's a
15 variety of things that we do.  And I'll use abdominal
16 sacrocolpopexy, which has been an operation around since
17 1950 or so.
18   Some of the concerns about abdominal
19 sacrocolpopexy in terms of mesh erosion or exposure only
20 are evident years after the original repair or some of
21 the other complications regarding adhesion and bowel
22 perforation.  So we know from another pelvic
23 reconstructive procedure that the true story unfolds
24 over a time period.
25   And the reason I don't think people were

19 (Pages 70 to 73)

Bobby Lewis Shull, M.D.

Page 74

1  provided adequate information is, one, there wasn't
2  enough time to go by to find out have we seen the bulk
3  of these issues or what is the natural history of these
4  women?  That's one thing.
5          And then the second thing is it isn't
6  clear that that objective of some of these early studies
7  was really to look at, for example, quality of life or
8  effects on pain or sexual function.  The early studies
9  were primarily on anatomical outcomes and the
10 perioperative morbidity.  And that's why I think it
11 would be hard for me to counsel someone based on the
12 information that was available in 2004 or '5 or '6 or
13 '7.  The information just wasn't available.
14 Q.  Well, it's not that Ethicon held it back.
15 It's just that it wasn't available.  Is that what you're
16 saying?
17 A.  Well --
18         MS. THOMPSON:  Object to form.
19 A.  Well, certain information clearly wasn't
20 available, and then whether or not there was
21 knowledge -- and there was knowledge about some of the
22 things regarding exposure rate and pain, for example.
23 It's hard -- you can say that someone has pain, for
24 example, and that can be disclosed in the information
25 for use document, but it doesn't necessarily go into

Page 75

1  detail about the severity of the pain, how frequently it
2  occurs, and how long it occurs.
3          So I could say that, well, I knew there
4  could be pain associated with it, and maybe the patient
5  knew there was pain, but in my opinion, it wasn't the
6  full extent of what someone would want to know about the
7  outcome of surgery.  I don't think we had all the
8  information.
9  Q.  You don't think Ethicon had all that
10 information?
11 A.  I don't think that --
12         MS. THOMPSON:  Object to form.
13 A.  I don't think they had all of it, because not
14 all of the trials were designed to collect that
15 information.  Plus not enough time had gone by.
16 Q.  (BY MR. WEBB)  You say Ethicon failed to
17 disclose the lack of benefit of pelvic organ prolapse
18 surgery using Prolift and Prolift+M devices to
19 physicians and patients.
20         What do you base that opinion on?
21 A.  Well -- excuse me.  Again, it's a question of
22 time and how you report the information.
23         I'll give you an example.  This article
24 by Dr. Jacquetin published in 2010 was called, "Total
25 transvaginal mesh technique for treatment of pelvic

Page 76

1  organ prolapse, a three-year prospective follow-up
2  study."
3          Dr. Jacquetin and his colleagues were and
4  are the most knowledgeable about the technical aspects
5  of the procedure, and I would presume they are very
6  knowledgeable about patient selection.
7          So this is the group who conceived of the
8  idea, who have the most skill associated with it, and at
9  three years after surgery, one out of five women had an
10 anatomical failure rate, and one out of seven had mesh
11 exposure.
12         So when I say "benefit," the benefit is
13 80 percent of people got better, 20 percent had an
14 anatomical failure.  That's not appreciably different
15 than someone who had native tissue surgery.
16         I reported on my own experience
17 previously, ten years before that, using native tissue,
18 and there's no appreciable benefit to -- in my patients
19 to using the product when you look at anatomical
20 outcomes, for example.  And I didn't have one out of
21 seven patients with mesh exposure.
22         So that's what I mean when I say I don't
23 think patients were fully informed of the benefit.  So
24 you might -- if you ask me specific benefits, besides
25 anatomy, then I'll try to respond to that.  But in the

Page 77

1  absence of that, these trials, these reports are based
2  primarily on anatomy.
3          And that was the concept to begin with.
4  Surgery doesn't have as good an anatomic outcome as it
5  should; i.e., we need to do something different to try
6  to improve it.
7  Q.  Your opinion that removal of mesh is always a
8  complex surgery, is it your personal experience that
9  every removal surgery is complex?
10 A.  It can be.  I think you have to be aware of
11 that.  Now, again, I'll say surgery is like every job.
12 Sometimes you start the job, and technically it's easier
13 than what you anticipate, but sometimes the converse of
14 that is true.  You think this will be not particularly
15 difficult, and it actually is.
16         So you have to be prepared that it can be
17 difficult, and, in fact, some of the explant procedures
18 are technically very challenging.  Not all of them are.
19 Q.  What's your basis for saying that Ethicon
20 lacks scientific rigor in testing and reporting of its
21 pelvic floor products?
22 A.  I think I've alluded to it before.  Under a
23 circumstance which would have been better is there would
24 have been, sequentially, the concept of what ought to be
25 done, and after the concept, then is it practical to do

Bobby Lewis Shull, M.D.

Page 78

1  what conceptually you have in mind to do.
2              And if what you want to do has a proposed
3  benefit, you have to be very clear about what that
4  benefit is as well as articulating what the possible
5  risk could be.  So if you do this, whatever it is, have
6  in mind what -- the possible adverse events that could
7  occur, and we need to monitor those.
8              And then in order to say, "I'll use this
9  group of Dr. Jacquetin" -- and I'm using him because
10  he's knowledgeable about this.  So if Dr. Jacquetin has
11  worked on a way to have better outcomes from surgery,
12  the real way to know that is he would have to compare
13  this innovation to what he was previously doing in a
14  fashion that is ideally not biased, and then in a period
15  of time he could look at that and say they're equal or
16  they aren't equal, and they're not equal for whatever
17  the reasons are.  I don't see that as having transpired.
18              I see it as having recruited a number of
19  women to undergo a procedure and then make longitudinal
20  observations about them as opposed to comparing it with
21  something done, which under ideal circumstances is how
22  it would work.
23      Q.  So this is another one of your opinions that
24  criticizes the lack of a clinical study with the
25  parameters that you would expect to have in a clinical

Page 79

1  study.  And because of the critique that you have, you
2  feel that Ethicon failed to do proper studies to show
3  the safety and the effect -- the efficiency or the
4  efficacy of this product?
5      A.  Yes, sir.
6      Q.  Have you personally ever put together a
7  scientific clinical study that has been used for any
8  medical device or any drug?
9      A.  The one -- excuse me.  We have done two
10  relating to the Gynecare TVT.  And one of them was in an
11  effort to minimize the likelihood of getting a bladder
12  infection following the procedure.  We had a randomized
13  trial where women who were going to undergo a TVT were
14  either given an antibiotic for a defined time period or
15  not.
16              And then we had another with a retropubic
17  sling, looking at injecting the retropubic space with
18  what's called hydrodissection -- that's part of the
19  IFU -- with hydrodissection with the use of saline
20  versus the use of a local anesthetic agent to see if
21  that affected the amount of pain medication that a
22  patient would have in the recovery period.
23              So we didn't design a product.  We did
24  look at two randomized trials where patients were
25  approved -- the Institutional Review Board approved the

Page 80

1  protocol, and patients were informed they were in a
2  trial to try to learn the best way to effect the
3  procedure, to minimize pain, and minimize urinary
4  leak -- urinary infections.
5      Q.  So they were approved by your Institutional
6  Review Board?
7      A.  Yes, sir.
8      Q.  Were they approved by the FDA?
9      A.  No, sir.
10          MS. THOMPSON:  Object to form.
11      A.  No, sir.
12      Q.  (BY MR. WEBB)  Were they ever submitted to the
13  FDA?
14      A.  No, sir.  It wasn't required.
15      Q.  Did you ever -- do you know whether or not any
16  of the testing done by any of the doctors using Prolift
17  or Prolift+M was approved by Institutional Review
18  Boards?
19      A.  Yes, sir, I do.  In France, I believe that
20  some of those were approved.  And some of those that
21  were multicenter.  I'm not sure that every center in
22  every country required that, but, yes, I know for a fact
23  some of them were.
24      Q.  Do you know whether or not they were approved
25  by the regulatory bodies in the individual countries?

Page 81

1          MS. THOMPSON:  Object to form.
2      A.  No, sir, I don't know that.
3      Q.  (BY MR. WEBB)  The two randomized studies that
4  you -- or trials that you worked on, did you publish the
5  results of those trials?
6      A.  Yes, sir.
7      Q.  And were they submitted to a scientific
8  journal or a medical literature journal?
9      A.  Yes, sir.  They were presented in a scientific
10  meeting, and the authors were fellows of ours, and the
11  one on antibiotics was a multicenter one with a group
12  from the University of Missouri, as well as from us, and
13  the one on the local anesthetic was in our organization
14  only.
15      Q.  Was it a poster presentation?  Was it an
16  abstract?  Was it actually an article submitted to
17  peer-reviewed literature and published?
18      A.  I know for a fact one of them was an oral
19  presentation.  The one that had the primary author from
20  the University of Missouri, I don't know if that was
21  oral, but it's been published.  And the one that
22  Dr. Jessica Bracken did, who works in our organization,
23  presented it, and to the best of my knowledge it's
24  published, but I can confirm that if you give me -- at
25  least -- it may not be in my CV, but she's the primary

21 (Pages 78 to 81)

Bobby Lewis Shull, M.D.

Page 82

1  author for it.
2     Q.  You have some criticism in Opinion No. 13 that
3  Ethicon did not exercise due diligence in the design and
4  development of Prolift and Prolift+M devices.
5          Have you ever designed or developed any
6  medical device yourself?
7     A.  Excuse me.  No, sir.
8     Q.  Did you ask for and receive all the Ethicon
9  documents that referred to the design and development of
10 the Prolift and Prolift+M devices?
11    A.  I didn't ask for them.  I doubt seriously I
12 received all of them.
13    Q.  In the half banker box of documents that we
14 have that are sitting here on the table that you were
15 provided by plaintiffs' counsel, did you see any
16 documents in there related to the design and development
17 of the Prolift and Prolift+M devices?
18          MS. THOMPSON:  Object to form.
19    A.  No, sir.
20    Q.  (BY MR. WEBB)  What's the basis, then, of your
21 opinion that Ethicon did not exercise due diligence in
22 the design and development of the Prolift and Prolift+M
23 devices?
24    A.  The clinical outcomes.  The patients --
25 patients have been harmed.

Page 83

1     Q.  You understand that the FDA has required as
2  its standard that a medical device must be safe and
3  efficient -- it needs to be effective -- safe and
4  effectively for its intended use.  Do you understand
5  that?
6          MS. THOMPSON:  Object to form.
7     A.  I know that -- excuse me.  I know there are
8  different levels of clearance for approval for products,
9  and some require a lesser amount of documentation than
10 others.
11          And initially, the 510(k) for these
12 products required a lower level of substantiating
13 information than is currently being requested by the
14 FDA.
15    Q.  (BY MR. WEBB)  In order for a medical device
16 to remain on the market, it must be safe and effective
17 for its intended use.  Correct?
18          MS. THOMPSON:  Object to form.
19    A.  I don't know the answer to that.
20    Q.  (BY MR. WEBB)  Would you agree that if the FDA
21 feels that a medical device is neither safe nor
22 effective -- not safe or not effective, that it should
23 be removed from the market?
24          MS. THOMPSON:  Object to form.
25    A.  I would presume that would be the case.

Page 84

1     Q.  (BY MR. WEBB)  Do you know if the FDA has ever
2  requested that Prolift or Prolift+M be removed from the
3  market because they were not safe or effective for their
4  intended use?
5          MS. THOMPSON:  Object to form.
6     A.  What I know is that the FDA hasn't removed --
7  not only their products, the other products -- but the
8  products -- most of the products are no longer sold.
9  And the companies have made that decision themselves.
10 So the FDA wasn't obliged to make that decision.
11    Q.  (BY MR. WEBB)  Well, the question I asked you:
12 Has the FDA ever said that the Prolift or Prolift+M
13 products are neither safe or effective and must be
14 removed from the market?
15          MS. THOMPSON:  Object to form.
16    A.  What the FDA has said is that the companies
17 will continue to make the products.  There's a different
18 level of documentation that has to be submitted,
19 including further trials of safety and efficacy, and for
20 some product for some companies, they're attempting to
21 do that.
22          For other products, including these
23 products, that hasn't been done, and the products aren't
24 available.  But the FDA didn't take them off the market.
25 The company chose to quit selling them.

Page 85

1     Q.  (BY MR. WEBB)  You say that the -- Ethicon did
2  not heed the warnings from the hernia and gynecologic
3  literature regarding the use of polypropylene mesh.
4  What are you talking about there?
5     A.  Well, in hernia repair, which is what my
6  report is generally about, there have been warnings
7  about using a synthetic product in an infected wound,
8  for example.  So let's use the case of abdominal or
9  inguinal hernia repair, general surgical principles,
10 which we referred to earlier, would say that you
11 wouldn't put a synthetic product in an infected wound.
12          The vagina -- the vaginal canal is never
13 sterile.  It's what's referred to in medical terms as a
14 clean contaminated field.  So a hernia surgery isn't in
15 a sterile field.  A vaginal surgery is in a clean
16 contaminated field.
17          There is evidence in other literature
18 that -- in the general surgery literature and the
19 pathologic literature that mesh, in fact, does contract
20 in animal models as well as in humans when used for
21 hernia surgery, and there are people who had pain
22 complaints.
23          So when -- this specific reference that
24 you gave that I have in my general report is, in my
25 opinion, those issues weren't adequately addressed

22 (Pages 82 to 85)

Bobby Lewis Shull, M.D.

Page 86

1  before the company marketed a product -- synthetic
2  polypropylene mesh to put in a clean contaminated field,
3  which is what the vaginal canal is.
4          In some of the articles in the folder
5  which I have given you -- and I'd have to look them
6  up -- that issue is actually highlighted, the vaginal
7  canal is not the abdominal cavity or abdominal wall,
8  either one.
9    Q.  Ethicon inappropriately marketed the Prolift
10  and Prolift+M products to all physicians and did not
11  properly train these physicians in the unique aspects of
12  patient selection and patient counseling of long-term
13  sequelae of trocar-based mesh kits.
14          Does a company like Ethicon have the
15  right to tell a physician they cannot use a medical
16  device that's been approved by the FDA?
17          MS. THOMPSON:  Object to form.
18    A.  My -- my reasoning for that comment is in the
19  Ethicon study group, the transvaginal mesh group, highly
20  educated, highly skilled, highly experienced with a
21  level of complications I've already referred to,
22  20 percent failure rate at three years, one out of seven
23  with mesh exposure, and these were people who had
24  extensive experience in monitoring.
25          When the product was available for sale,

Page 87

1  physicians could request training if they wanted it, and
2  Ethicon may provide it.
3          Is it reasonable based on the knowledge
4  that was obtained from the early studies to say that
5  someone should have training before a product is used?
6  In my opinion, that's a reasonable thing to do, because
7  the truth is not everyone is equally capable of doing
8  these procedures, and, in general, when people who are
9  advocates of using this particular mesh product comment
10  on complications, one of the variables that's pointed
11  out is the surgeon's technical skills are involved in
12  the complication.
13          MR. WEBB:  Objection, nonresponsive.
14    Q.  (BY MR. WEBB)  The question I asked you:  Does
15  Ethicon have the right or ability to tell a physician
16  they cannot use a product that's been approved by the
17  FDA?
18          MS. THOMPSON:  Object to form.
19    A.  I don't know that they would.  I'm sure they
20  could.
21    Q.  (BY MR. WEBB)  So your testimony is that a
22  company could tell a physician that they cannot use an
23  approved medical device, even if they refuse training,
24  that they're using it inappropriately, but a company
25  like Ethicon could refuse to sell to that physician?

Page 88

1          MS. THOMPSON:  Asked and answered.
2    A.  Well, you're asking, I think, a hypothetical
3  situation, that could the company do it or is it legal.
4  I mean, I think those are two separate issues.  Could
5  the company do it, and then the physician or
6  physicians say, then, "You're restraining my practice of
7  medicine," and then it becomes a legal issue about
8  that -- I suspect that's probably what would happen.
9          I don't -- when you ask me can Ethicon do
10  that, I don't know the legal requirements for that.
11    Q.  (BY MR. WEBB)  You expressed an opinion that
12  said that Ethicon inappropriately marketed the Prolift
13  and Prolift+M products to all physicians.
14          Does Ethicon have the right to deny the
15  use of their products by a properly licensed physician?
16          MS. THOMPSON:  Object to form, asked and
17  answered.
18    A.  I think there's -- that's not a binary
19  question.  There is nothing that I know of that says
20  there's a minimum skill set required to use this
21  product.  That would be a reasonable thing to have done,
22  to say, "In order to use this properly, you should have
23  this amount of knowledge to use the product I am making
24  and use it successfully."
25          That's an opinion.  So you asked my

Page 89

1  opinion, and that's mine.
2    Q.  (BY MR. WEBB)  Okay.  And so what's the basis
3  of that opinion?
4    A.  Patient safety.
5    Q.  If a physician refuses to be trained in the
6  unique aspects of patient selection, patient counseling,
7  is there anything that Ethicon can do if they refuse to
8  be trained in the use of the products?
9          MS. THOMPSON:  Object to form.
10    A.  I don't know the -- excuse me.  I don't know
11  legally if Ethicon could do anything about that or not.
12  Ethicon, by the way, doesn't sell to individuals, I
13  don't believe.  I think they sell to hospitals, but I
14  may be wrong about that.
15          In our case, the hospital buys the
16  product, because it's a hospital-based procedure.  In
17  other areas, it's possible that individual physicians
18  can purchase it, but I don't know that.
19    Q.  (BY MR. WEBB)  Well, how in the world is
20  Ethicon even supposed to know the level of expertise or
21  competence of physicians if they're selling it to the
22  hospital, whether or not those hospitals are allowing
23  physicians who are not competent to use the product?
24          MS. THOMPSON:  Object to form.
25    A.  I don't know the answer to that.

23 (Pages 86 to 89)

Bobby Lewis Shull, M.D.

Page 90

1    Q.  (BY MR. WEBB)  Is it your opinion that Ethicon
2    did not have a system in place to monitor their product
3    or evaluate physician feedback on the products?
4        A.  If they had one, it wasn't obvious to the
5    physicians who were using the products.
6        Q.  Do you know whether or not the FDA requires
7    that there be adverse event monitoring on all approved
8    medical devices?
9            MS. THOMPSON:  Object to form.
10       A.  There is the MAUDE database which people can
11   use.  I don't know that the FDA can require a physician
12   to report adverse effects.
13           MR. WEBB:  Nonresponsive.  Objection;
14   nonresponsive.
15           THE WITNESS:  I'm sorry.  I didn't
16   understand your question.
17       Q.  (BY MR. WEBB)  Does the FDA require that there
18   be an adverse event database maintained for any approved
19   medical device?
20           MS. THOMPSON:  Object to form.
21       A.  I believe that depends on the level at which
22   the device -- in terms of the potential injury, you
23   know, Level 1, 2, or 3.
24           So the greater the potential for risk,
25   then there may be a requirement for that, but I don't

Page 91

1    know that for sure.
2        Q.  (BY MR. WEBB)  In any of the Ethicon devices
3    that you use in your practice, did you receive training
4    by any sales personnel?
5        A.  No, sir.  I saw the products demoed at
6    meetings, but there wasn't a non-physician
7    representative teaching me how to use the product, if
8    that's your question.
9        Q.  They were demonstrated at medical meetings by
10   other physicians who were using the product?
11           MS. THOMPSON:  Object to form.
12       A.  That's one way.  And then at the medical
13   meetings, at the scientific exhibits and the commercial
14   exhibits, various companies, regardless of what they're
15   selling, will have part of their sales force present to
16   inform people about what they're selling, and they may
17   or may not have a physician available to talk about the
18   physician aspects of it.
19           So early on in the introduction of the
20   retropubic slings, for example, it was common at
21   meetings to have a physician or more than one physician
22   present discussing the use of a product, and it would be
23   common to have a representative of the company there to
24   answer questions or to ask if you needed more
25   information, publications and whatnot.

Page 92

1    Q.  (BY MR. WEBB)  There's also sales literature,
2    and there's also, sometimes, videos or CDs?
3        A.  Yes, sir, there frequently are.
4        Q.  In your expert report, there's a section about
5    examples of Ethicon documents supporting these opinions.
6    Are all these Ethicon documents that you have placed in
7    the report, are they documents that were provided to you
8    by plaintiffs' counsel and came out of the banker box
9    that we have here?
10       A.  Yes.  Excuse me.  Yes, sir.
11       Q.  Okay.  And as you read through those
12   documents, did you request other documents because you
13   saw something referenced and you wanted to see if there
14   was any follow-up?  For example, if there was an email
15   chain, did you ask what happened after this issue was
16   raised?
17       A.  To the best of my knowledge -- excuse me -- I
18   did not do that.
19       Q.  In one of the Ethicon documents they report
20   that Professor Jacquetin is the inventor of the pelvic
21   floor repair technique Gynecare will be marketing this
22   year.
23           Do you know whether Ethicon worked with
24   Dr. Jacquetin or whether it was something he came up
25   with on his own and then approached the company?

Page 93

1            MS. THOMPSON:  Object to form.
2        A.  I don't know that for a fact.  I know him, and
3    I was present when he did one of these mesh kit
4    procedures in Italy before the product was commercially
5    available because he and I were doing live surgery at a
6    surgical course outside of Milan, Italy.
7            And I know that he worked with his group
8    on the concept, but I don't -- to the best of my
9    knowledge, Ethicon or J&J did not approach him to
10   develop a concept, if that's the question.  I believe
11   the idea was his and his group.
12       Q.  (BY MR. WEBB)  Some of the documents you
13   reviewed are actually presentations that were made
14   either in-house or externally by Ethicon.  Is that
15   correct?
16       A.  Yes, sir.
17       Q.  And you've identified some of the problems
18   that they were discussing both internally and what they
19   were discussing in -- outside the company in some of
20   these documents that you've included in your report.
21   Correct?
22       A.  Yes.  Excuse me.  Yes, sir.
23       Q.  Will you agree with the concept that on any
24   medical device, the longer it's in use, the more we
25   understand both the risks and benefits of any medical

24  (Pages 90 to 93)

Bobby Lewis Shull, M.D.

Page 94

1   device?
2         MS. THOMPSON: Object to form.
3      A.  I would say generally that's true.
4      Q.  (BY MR. WEBB)  Have you talked -- or read any
5   depositions in which the documents that you have
6   included, the Ethicon documents you included in your
7   expert report are discussed or explained?
8      A.  I don't believe I have.  Excuse me.  I don't
9   think so.
10     Q.  On some of these documents, did you just take
11  portions of the document to include it in your expert
12  report?
13     A.  I'm sorry.  I don't -- can you give me an
14  example of that?
15     Q.  For example, if you go to Page 44 of your
16  report.
17     A.  I gave you my only copy of the report.  I'm
18  sorry.
19     Q.  Okay.  Did you take out paragraphs or excerpts
20  sometimes in order to make the point that you wanted to
21  make but didn't include the entire document?
22     A.  I'm sure that's possible that I did.
23     Q.  Were you aware that in some of your past
24  general reports, some of your opinions have been
25  excluded by the federal court for various reasons?

Page 95

1      A.  I -- excuse me.  I haven't seen the detailed
2   comments on that, but in general, yes, sir, I understand
3   that's true.
4      Q.  Would you agree with the statement that
5   experience as a surgeon alone does not translate into
6   experience with or knowledge of the appropriate testing
7   a medical device manufacturer should undertake when
8   preparing a device for the market?
9      A.  Is that something I said in my report?
10     Q.  No.  I'm asking whether you agree with the
11  concept.
12     A.  I'm sorry.  Would you repeat that again?
13     Q.  Sure.  Experience as a surgeon alone does not
14  translate into experience with or knowledge about the
15  appropriate testing a medical device manufacturer should
16  undertake when preparing a device for the market?
17     A.  It may not encompass everything, but
18  experience of the surgeon would certainly incorporate
19  some of the things that would be appropriate to look
20  for.
21     Q.  Do you feel that you have additional
22  experience with product testing or clinical trials that
23  sets you aside from an average pelvic surgeon related to
24  the transvaginal mesh?
25     A.  I wouldn't normally say this about myself.  I

Page 96

1   know a lot about pelvic surgery because that's what I
2   do.
3         So I know a lot about it, and other
4   people recognize that because I see people and offer
5   them options for non-surgical, medical, or surgical
6   therapy, and I follow them up.  And I've seen people who
7   have been treated with various other surgical techniques
8   that I may not personally use, and not all of them are
9   patients who have a problem.
10        But the truth is I do see women who have
11  had problems, and I feel, as an experienced,
12  knowledgeable person, that I am more knowledgeable than
13  the average person doing pelvic surgery.  That's what
14  you asked me.  I think I am.
15     Q.  Do you consider yourself to be knowledgeable
16  and trained and have experience with the design of
17  clinical trials?
18     A.  Yes, sir, because I told you that we did
19  several.
20     Q.  Have you ever done one on a testing of a
21  medical device, not the -- the two that you talked to me
22  about were actually not testing a medical device but
23  testing the protocols about using a medical device in
24  certain circumstances?
25     A.  That's correct.

Page 97

1         MS. THOMPSON:  Object to form.
2      A.  You're accurate about that.  And then I
3   referred to one other, which doesn't have any name on
4   it, which was the animal model looking at Pelvicol.  But
5   have I done a study looking at a specific pelvic -- or a
6   specific device in surgery from a clinical standpoint in
7   humans, and the answer is no.
8      Q.  (BY MR. WEBB)  Do you consider yourself an
9   expert in the regulations or standards that govern IFUs?
10     A.  I'm not in a position to be involved in the
11  regulations.  I'm in a position as a user to know what
12  would be reasonable for me to know about.  So in that
13  sense, I do feel I'm an expert on the receiver end.  I'm
14  not an expert on the development end.
15     Q.  Have you ever advised a company on how to
16  design or word an IFU?
17     A.  No.
18     Q.  Are you familiar with the industry process
19  governing IFUs?
20     A.  I do not know the process.
21     Q.  Have you ever performed a literature search
22  relating to IFUs?
23     A.  You know, actually, I have read about IFUs.
24  That was several years ago, and I don't have it in my
25  report, but the truth is I have looked at that and

25 (Pages 94 to 97)

Bobby Lewis Shull, M.D.

Page 98

1    looked at the fact that there are certain requirements,
2    but -- so I've read about it. I don't -- I haven't
3    participated in developing an IFU.
4         When I read the 510(k) application for
5    these products, part of the exchange with the agency and
6    the company was what to include in the IFU, and part of
7    the correspondence is -- which you have as documents
8    from Ethicon -- discussed whether or not the IFU ought
9    to be modified to include other information.
10        MR. WEBB: That's all I have.
11        MS. THOMPSON: I'll have a few questions,
12   but I'll just reserve them until the end of both
13   depositions, if we can agree that they apply to both.
14        MR. WEBB: That's fine with me.
15        MS. THOMPSON: All righty.
16        THE VIDEOGRAPHER: This concludes the
17   deposition of Dr. Shull. Going off the record, the time
18   is 12:00.
19        (Recess from 12:00 p.m. to 1:01 p.m.)
20        THE VIDEOGRAPHER: Back on the record.
21   This marks the beginning of Disc No. 3. The time is
22   1:01.
23   Q.  (BY MR. WEBB) Dr. Shull, we took a break, and
24   this morning we were talking about Prolift and
25   Prolift+M, and you -- we went through your expert

Page 99

1    report, your general report about those products. Is
2    that correct?
3    A.  Yes. Yes, sir.
4    Q.  Okay. And you have a separate expert report
5    that you have prepared for the Prosima product. Is that
6    correct?
7    A.  Yes.
8    Q.  And as we walk through, it appears, when I
9    compare your expert report for the Prolift and Prolift+M
10   to the Prosima expert report, there's a lot of it that's
11   very similar in some general details. Would that be a
12   fair statement?
13   A.  Yes, sir.
14   Q.  All right. And what I will do is I may just
15   ask you questions and say, "Would your answers be the
16   same about Prosima on these areas that are identical to
17   the Prolift and Prolift+M," and then you can either
18   agree with me or tell me how they differ. Is that a
19   fair way to approach it?
20   A.  That's fine.
21   Q.  All right. You have prepared -- and by the
22   way, is there any substantial difference in your mind
23   between the Prolift and the Prolift+M?
24        MS. THOMPSON: Object to form.
25   A.  The Prolift -- the original product was

Page 100

1    entirely non-absorbable. The Prolift+M was different in
2    that a portion of the graft material is absorbable.
3    That's the primary difference.
4         To the best of my knowledge, the delivery
5    system itself was basically the same.
6    Q.  (BY MR. WEBB) And we had some discussion this
7    morning when you were talking about absorbable material
8    when we were walking through the Prolift and Prolift+M.
9    Is that correct?
10   A.  Yes.
11        (Exhibit No. 5 marked)
12   Q.  (BY MR. WEBB) In your mind, is there any
13   substantial advantages or disadvantages to either a
14   Prolift or the Prolift+M?
15   A.  I don't know that any advantages were
16   documented. The presumption was that by making a
17   portion of the Prolift absorbable by replacing the
18   nonabsorbable portion with Monocryl, that there would be
19   less mesh product left in the patient, and a variety of
20   problems could be minimized.
21        As I understand it, that was the
22   rationale for developing the Prolift+M. I don't know
23   that that's ever been proven to be the case.
24   Q.  Have you seen any literature that would prove
25   it one way or the other?

Page 101

1    A.  No, sir.
2    Q.  I'm going to show you what we've marked as
3    Exhibit No. 5, which is basically your expert report on
4    Prosima. Do you have -- that's actually -- just giving
5    you back your Prolift one there.
6    A.  I beg your pardon?
7    Q.  And you have with you a copy of -- and what
8    I've done is just marked a copy I have of your expert
9    report.
10   A.  This is the Prosima -- you have my updated
11   curriculum vitae, and here is the time sheet for working
12   on the Prosima report.
13   Q.  Okay. The -- so Exhibit No. 5 is the Rule 26
14   expert report of Bob Shull regarding Prosima. Is that
15   correct, sir?
16   A.  Yes, sir.
17   Q.  Okay. And what you've given me is a time
18   sheet related to the time spent in reviewing documents,
19   researching, and preparing your report on Prosima.
20   Would that be a fair statement?
21   A.  Yes. Yes, sir.
22        (Exhibit No. 6 marked)
23   Q.  (BY MR. WEBB) The top page of Exhibit No. 6
24   looks like to be a check stub that was sent to you for
25   $7,637.50, which matches an invoice dated February 7th,

Bobby Lewis Shull, M.D.

Page 102

1  2016 that was sent to -- once again, you just have it
2  listed as Margaret on the invoice?
3      A.  Yes.  I sent it to her to distribute to the
4  appropriate individuals because she had the contact
5  addresses and whatnot.
6      Q.  And that's Margaret Thompson.  Right?
7      A.  Yes, sir.
8      Q.  Okay.  You list review documents and
9  literature for 180 minutes.  Finish review -- discussed
10  with Margaret and Breanne draft report, 365 minutes.
11  Revise and -- review and revise draft, 100.  And final
12  report -- or phone call with Breanne and final report,
13  60, for a total of 705 minutes, or 11 hours and
14  45 minutes at $650 an hour, which was $7,637.50.
15          Is that correct, sir?
16      A.  Yes, sir.
17      Q.  Okay.  Let me ask you generally:  Were you
18  provided separate documents for the Prosima -- separate
19  Ethicon documents for the Prosima product?
20      A.  Yes, sir.  They're in this binder that I have.
21  These -- frankly, I can't remember why I have them out
22  separately, but I do.  They relate to the Prosima, and I
23  don't believe I took them out of here -- and they may be
24  duplicated in here, but I have everything that I used in
25  this binder and in the -- or in the back of the front

Page 103

1  page.
2          MR. WEBB:  Margaret, does the thumb drive
3  that you gave me earlier, does it cover this also?
4          MS. THOMPSON:  It has both Prolift and
5  Prosima documents, yeah.
6          MR. WEBB:  All right.
7      Q.  (BY MR. WEBB)  In the Prosima binder that you
8  gave me, there is a series of articles at the front, and
9  I'll just read them into the record.  There's only five,
10  I think.
11          The first one is "Vaginal surgery for
12  pelvic organ prolapse using mesh and a vaginal support
13  device," published in the "BJOG:  An Interventional
14  Journal of Obstetrics & Gynecology," and it's dated
15  2008 -- accepted October 23rd, 2007.
16          Then there's the -- an article,
17  urogynecology, "One year clinical outcomes after
18  prolapse surgery with nonanchored mesh and vaginal
19  support device," the "American Journal of Obstetrics and
20  Gynecology," December 2010.
21          "Medium-term clinical outcomes following
22  surgical repair for vaginal prolapse with tension-free
23  mesh and vaginal support device."  It looks to be the
24  "International Urogynecological Journal," published
25  online December 6th, 2011.

Page 104

1          "Anatomical study of prolapse surgery
2  with nonanchored mesh and a vaginal support device," the
3  "American Journal of Obstetrics and Gynecology," 2010.
4          "Case report:  Internal pudendal artery
5  injury during prolapse surgery using nonanchored mesh,"
6  the "Journal of Minimally Invasive Gynecology," and
7  accepted for publication June 23rd, 2011.
8          Are these the articles that specifically
9  relate to Prosima that you -- Prosima that you relied
10  upon in preparing your report, Dr. Shull?
11      A.  Yes, sir.
12      Q.  Why did you understand that it was potentially
13  desirable to have a vaginal support device when you're
14  doing a surgical procedure for pelvic organ prolapse?
15      A.  The way I understand the evolution of this
16  type of surgical procedure is that the authors hoped to
17  avoid the use of trocar placement for the arms or the
18  straps of the Gynemesh.
19          They understood that if the arms weren't
20  fixed either by trocars penetrating tissue spaces or by
21  stitching them in place, that there would need to be an
22  alternate way to keep the mesh approximated to the
23  anatomic spots where they were placed at the time of the
24  surgery.
25          I don't recall if the authors had tried

Page 105

1  using glue of some sort to hold the straps in place.
2  It's possible they did, but I don't remember that.
3          The mechanism they chose to use was to
4  place the mesh straps into defined spaces, and then for
5  a time period in the recovery, use an object -- excuse
6  me -- which could fill the vaginal canal and minimize
7  the likelihood that the mesh arms or the mesh central
8  portion would either move or be displaced, and that
9  while the vaginal support device was in place, wound
10  healing would begin and perhaps keep the tissue in its
11  desired location.
12      Q.  When was this product placed on the market?
13      A.  I believe the product was actually sold
14  beginning in 2009.
15      Q.  And when was it withdrawn from the market?
16      A.  I believe that it was no longer available for
17  sale sometime in 2012.
18      Q.  What is your understanding about the success
19  rate of this product?
20          MS. THOMPSON:  Object to form.
21      A.  In my review of the literature, the primary
22  physicians who developed the concept of vaginal support
23  device and the nonanchored mesh were Dr. Marcus Carey
24  and Dr. Mark Slack.
25          And Dr. Carey published an article -- or

27 (Pages 102 to 105)

Bobby Lewis Shull, M.D.

Page 106

1  he began to recruit patients into a study that compared
2  patients who had the nonanchored mesh to patients who
3  had traditional surgery so he could have a baseline to
4  determine what kind of success is obtained with standard
5  surgery.  Then he hoped to be able to improve on the
6  anatomical outcomes using the vaginal support device.
7          And as he developed this product, he did
8  a study, in fact -- and that's involved in the articles
9  I have -- as the first step toward justification for
10  advancing on to a study using the device which
11  ultimately became Prosima.
12     Q.  (BY MR. WEBB)  And is the study you're talking
13  about the one that's entitled "Vaginal surgery for
14  pelvic organ prolapse using mesh and a vaginal support
15  device"?
16     A.  This is not the first study.  Actually, the
17  first group of patients recruited -- I believe that
18  article was reported in 2009, actually.  It may be the
19  first one in the binder which I gave you there.
20          This is a subsequent group of patients
21  that -- for whom Dr. Carey, who is from the United
22  Kingdom, was the primary author.  Dr. Slack was the
23  primary author on the patients who were recruited
24  initially for the comparison of --
25     Q.  Does that look like it's the same article to

Page 107

1  you?
2     A.  Let me just look at the next one.
3          Yes, sir, it is the same one.  I'm sorry.
4  I'm sorry.  It is the same one.  But there's another one
5  which was published a little later.  I just have to find
6  it.  Maybe I have it in here.
7          Well, actually, there's another one I
8  recall, which I referenced in my report, but I can't
9  find it right here, as a matter of fact.  May I see my
10  general report just a moment?
11          Okay.  I do have the other article.  It's
12  the one-year clinical outcomes.  I beg your pardon.  I
13  have that.
14          Ask me the question again, would you,
15  please?  I started looking, and I forgot exactly what
16  you asked me.
17     Q.  I think the question was whether or not the
18  article that I handed you was the same as --
19     A.  Yes, sir.
20     Q.  -- the article that's the first article in
21  your binder?
22     A.  Yes, sir, it is.  And I think what I must have
23  done, I must have copied these articles and just taken
24  them out separately, because this binder has other
25  information, and I wanted to be able to just work with

Page 108

1  these.  I thought that they may be different, but
2  they're not.
3     Q.  And were these articles in the information in
4  the binder that was provided to you by plaintiffs'
5  counsel?
6     A.  Yes, they were.
7     Q.  The five articles that I read the names into
8  the record, were those provided by plaintiffs' counsel,
9  or was that something you found in your own independent
10  research?
11     A.  They were provided by counsel.
12     Q.  Okay.  It appears there's also some internal
13  Ethicon documents?
14     A.  Yes, sir, there are.
15     Q.  And some product literature related to
16  Prosima?
17     A.  Yes, that's correct.
18     Q.  Does it appear that Dr. Carey's research was
19  an attempt to address some of the issues that you had
20  reported or that you had opined about this morning
21  regarding the use of trocars when using the Prolift and
22  the Prolift+M products?
23     A.  Yes, sir.  Excuse me.  And the other thing he
24  did is before doing that, he reported -- and that's the
25  article that is actually in the British Journal of

Page 109

1  Obstetrics & Gynecology in 2009.  Dr. Carey took a group
2  of patients that he himself recruited and operated on
3  doing mesh with standard surgery so he would have a
4  baseline to know in his own experience what the
5  anatomical outcomes were using mesh alone or using no
6  mesh.
7          He did that first, and then he worked on
8  the vaginal support device in an effort, as you pointed
9  out, to see if not using trocars would minimize or
10  eliminate some of the initial complications with using a
11  mesh product.
12     Q.  Do you have a complaint -- looking through
13  your report, it's not clear to me.  Do you have a
14  complaint about the vaginal support device itself, or
15  are your complaints related to the use of mesh in the
16  type of surgery that the Prosima is used in separate and
17  apart from the vaginal support device?
18     A.  Well, the vaginal support device had as its
19  predicate a device called Silimed, which was cleared to
20  use in women having radiation therapy on the pelvis or
21  having pelvic -- creation of a new vagina.  The Silimed
22  was used to try to maintain the caliber of the vaginal
23  canal.
24          In this particular use of it, there's a
25  different indication for the use because these women

28 (Pages 106 to 109)

Bobby Lewis Shull, M.D.

Page 110

1  were having reconstructive surgery using a synthetic
2  product. The Silimed hadn't been used for that
3  previously. The thing that it did do, it avoided the
4  passage of trocars.
5       So does the Silimed in and of itself have
6  any potential adverse effect? We don't know that
7  because, to the best of my knowledge, there was not a
8  group of women who had surgery without a product who had
9  the support device only. So we don't have any
10  information to say the vaginal support device is likely
11  to be associated with any specific problems. It's just
12  the predicate was used for a different reason.
13  Q. Well, and, in fact, one of the documents you
14  were provided was the FDA Department of Health and Human
15  Services approval letter dated August 5th of 1998 in
16  which Silimed, LLC was approved under 510(k) as a
17  Class II device, and it was determined it was
18  substantially equivalent to the devices marketed in
19  interstate commerce prior to May 28, 1976, the enactment
20  date of the medical device amendments, and, therefore,
21  it was subject to the general controls provision of the
22  food -- federal food, drug, and cosmetic act.
23       So there were requirements for annual
24  registration, listing of devices, good manufacturing
25  practice, labeling, and prohibitions against misbranding

Page 111

1  and adulteration.
2       So do you have any complaints as we --
3  I'm trying to parse this to see what we have to discuss.
4  Do you have any complaints about the Prosima or
5  Prosima -- the vaginal support device portion of the
6  Prosima device?
7       MS. THOMPSON: Object to form.
8  A. I have -- excuse me. I have no knowledge that
9  the device in and of itself created a problem, because
10  we don't have any information that the device was used
11  without mesh. So I'm not -- I don't believe I'm opining
12  about the support device as a standalone issue. It's
13  simply used in association with a mesh product.
14  Q. (BY MR. WEBB) Did you see any reports of any
15  adverse events or adverse reactions when it's used in
16  conjunction with the mesh but that could be attributed
17  directly to only the vaginal support device?
18  A. No, sir.
19  Q. I'm going to try to compare the opinions you
20  have Prosima against the opinions you expressed in
21  regard to Prolift and Prolift+M.
22       Your No. 1 opinion, "At the time of this
23  introduction, there was insufficient scientific evidence
24  supporting the implantation of the Prosima devices for
25  pelvic organ prolapse."

Page 112

1       That is the exact same wording except you
2  have replaced Prolift and Prolift+M devices with the
3  Prosima devices. Is that correct?
4  A. Yes, sir.
5  Q. And would your -- are we talking about
6  separate timeframes here for when the Prolift and the
7  Prolift+M devices came on the market compared to the
8  Prosima?
9  A. They're -- excuse me. They're different
10  timeframes. Excuse me. Gynemesh received 510(k)
11  clearance before either of these, and then in the
12  timeline, the next product that was developed was the
13  Prolift without the M. It was Prolift.
14       So Prolift was developed, and then
15  subsequent to that, the Prolift+M was a modification,
16  and subject to that modification was the Prosima. And
17  they were all separated by at least a year or more in
18  between. So the Prosima was the last in that sequence
19  of events.
20  Q. All right. Did the Prolift, the Prolift+M,
21  and the Prosima all use the same Gynemesh?
22  A. They did -- with the exception of the
23  Prolift+M, had a portion of the mesh that was
24  absorbable. And the shorter name for the absorbable
25  part is Monocryl, M-O-N-O-C-R-Y-L. There's a chemical

Page 113

1  name, which is longer.
2       But the Prolift+M had the Monocryl, and
3  that dissolved after a period of several months, and you
4  were left with a smaller amount of the Gynemesh
5  permanently implanted in someone.
6  Q. Did you see any -- let's compare the three.
7  The complaints you had about the Prolift, did the
8  Prolift+M relieve any of those complaints?
9  A. We don't have any information to indicate that
10  that's true because the thing that's considerably
11  different about the Prolift and Prolift+M is that
12  they're both trocar based, and the product -- the arms
13  that go with the Prolift and Prolift+M are still
14  anchored in muscle.
15       The main difference with the Prosima is
16  instead of arms, they have what are referred to as
17  straps, and the straps are actually put into place, but
18  the device that puts them in place does not penetrate
19  the same muscle group in the pelvis. So it's a
20  non-trocar based system using the same mesh. It just is
21  placed in a different way, and it just doesn't end up
22  with the mesh arms -- excuse me -- going through muscle
23  spaces.
24  Q. Did you actually -- have you seen any
25  comparison in the reported complications between the

29 (Pages 110 to 113)

Bobby Lewis Shull, M.D.

Page 114

1  Prolift, the Prolift+M, and the Prosima? I mean, is
2  there any difference in the complication rates? Are
3  there different complications associated with the
4  products?
5      A.  I think the general categories are similar.
6  The idea behind the use of the Prosima is to eliminate
7  the trocar use, and let's presume that part of the
8  pelvic pain complaints are related to the mesh arms on
9  the Prolift and Prolift+M going through a series of
10 tissues, including muscle, and being left there and
11 being exposed to vessels and nerves.  And if that
12 product then changes configuration, it may cause pain
13 where the muscle has been penetrated, and it becomes
14 very difficult to remove.
15         So as I understand it, the concept was to
16 eliminate that portion of the procedure and simply lay
17 the product against a structure in the pelvis and not
18 penetrate a structure, because the Prolift and Prolift+M
19 actually penetrated muscles and nerves in the pelvis.
20         And theoretically, there should not be
21 the same type of complaints in terms of the mesh arms,
22 but it doesn't eliminate or perhaps even reduce a
23 likelihood of mesh exposure or mesh being approximated
24 to structures and getting smaller and then pulling on
25 structures that are innervated and resulting in pain or

Page 115

1  in distortion of the vaginal canal.  So those things
2  still could happen.
3      Q.  Did you do a comparison of the reported
4  complication rates for each of these products compared
5  to the others?
6      A.  Not side by side.
7      Q.  Off the top of your head, is there one that
8  has less complications than the other, or do they all
9  kind of fall into the same category as far as --
10     A.  They are generally -- they're generally the
11 same in the sense that both of -- both the Prosima and
12 the Prolift and Prolift+M are both associated with mesh
13 exposures.  Both are associated with the surface area,
14 the mesh, becoming smaller and causing contraction or
15 scarification and banding, which can be associated with
16 pain and alteration of the vaginal canal size.  So those
17 things are similar.
18     Q.  Would you agree with the statement that any
19 foreign body that's introduced in the body is going to
20 cause some reaction, whether it's inflammation or
21 scarring or collagen deposition or contracture?
22         MS. THOMPSON:  Object to form.
23     A.  By and large, all foreign bodies are going to
24 create some type of response.
25         Under ideal circumstances, we could use a

Page 116

1  product for a variety of things in the body -- it could
2  be the eye, it could be the heart, it could be the
3  pelvis -- that is totally inert and doesn't stimulate
4  any excess reaction in terms of inflammation or scarring
5  or anything else.  That would be the ideal impact that
6  almost never happens anywhere.
7      Q.  (BY MR. WEBB)  Well, in fact, it does not
8  happen.  There is no material that's completely inert.
9  Correct?
10         MS. THOMPSON:  Object to form.
11     A.  Once it's implanted in the body, you would
12 think it -- stainless steel, for example, you would
13 think would be inert, but the truth is there still is a
14 response because surgery, in and of itself, requires
15 incisions and repair, and when the incisions heal,
16 there's a cascade of events that occur, including, at
17 least temporarily, inflammation.
18     Q.  (BY MR. WEBB)  Your second opinion about the
19 Prosima device is the exact same opinion that you had
20 about Prolift and Prolift+M, that they do not represent
21 a significant departure -- they do represent a
22 significant departure from traditional surgical
23 procedures performed by -- for pelvic organ prolapse,
24 and that they offer no advantage over a traditional
25 repair.  Would you agree with that?

Page 117

1      A.  Yes, sir.
2      Q.  And we already talked about the -- what you
3  consider traditional surgical procedures, and those
4  would have been procedures that had been performed prior
5  to 2000?
6      A.  By and large, that would be correct.  Some in
7  2000 -- or beg your pardon, 1996.  Dr. Julian had
8  reported on his use with Marlex, which is a synthetic
9  wrap.  So because his report was in 1996, obviously he
10 began recruiting patients earlier than that, but he
11 first reported it in 1996, but that was the exception.
12 Not very many people were doing that.
13     Q.  Do you consider that to be traditional
14 surgical procedure or --
15     A.  Without use of mesh products, yes, sir.
16     Q.  Was that product -- or is that product still
17 on the market today?
18         MS. THOMPSON:  Object to form.
19     A.  Well, the Marlex, which Dr. Julian used, may
20 be on the market.  I actually don't know that.  I don't
21 believe that anyone uses it in any gynecological
22 surgery, but could it be used for something else?  It's
23 possible.  I wouldn't know that.
24     Q.  (BY MR. WEBB)  That was the sheep material.
25 Correct?

Bobby Lewis Shull, M.D.

Page 118

1      A.   Marlex is another synthetic sling.  So it's
2   not a biomaterial.  There are biomaterials -- when I
3   talked about Pelvicol earlier, Pelvicol is a
4   biomaterial, and that morphed into several different
5   things by a different company, but those came from
6   animals.  They're basically what's called a xenograft.
7   Marlex was one of the early synthetic fibers that was
8   made, and I don't know that anybody uses that in
9   medicine anymore.
10      Q.   No. 3, "The vagina is a different environment
11   from the abdominal wall.  Maintenance of vaginal
12   compliance and distensibility is essential for bowel,
13   bladder, and sexual function."
14           That's the same opinion that you
15   expressed relating to the Prolift and Prolift+M.
16   Correct?
17      A.   Yes, sir, and that's because, again, the
18   vaginal canal cannot be sterilized.  That's one of the
19   key differences.  Plus, there were other qualities about
20   the vaginal tissue that were important.
21      Q.   And you discussed those earlier today, didn't
22   you?
23      A.   Yes, sir.  Flexibility, distensibility, and
24   sensitivity, and -- all those things.  Excuse me.
25      Q.   No. 4, "Insertion of the device containing

Page 119

1   polypropylene mesh straps presents specific risk and is
2   inconsistent with sound pelvic reconstructive surgical
3   procedures."
4           That's different than the opinion that
5   you had related to Prolift and Prolift+M.
6           "Insertion of a mesh device containing
7   arms involving the blind passage of trocars presents
8   specific risks and is inconsistent."
9           So Prolift and Prolift+M, you had the
10   insertion of a medical device with -- by using trocars.
11   You don't use trocars with the Prosima.  Right?
12      A.   Yes, sir, that's correct.
13      Q.   And tell me what specific risks are associated
14   with using a polypropylene mesh with straps rather than
15   the ones with arms and the trocars.
16      A.   I think there are several possibilities.
17   Excuse me.  One is in the dissection, getting into the
18   proper space in the pelvis to place the straps, and that
19   requires a sophisticated level of knowledge of anatomy
20   and dissection.  So getting to the desirable spaces to
21   place the graft is one thing.
22           The second thing is once these spaces are
23   dissected and the material is placed into the spaces and
24   wound healing begins, access to those spaces is not as
25   easy as it was the first time, and we know, as we

Page 120

1   discussed earlier, foreign bodies invoke an inflammatory
2   response.  So even though there isn't a trocar, the
3   local inflammatory response still occurs, and in these
4   spaces which are developed, there still are vessels and
5   nerves, and it's entirely possible that the mesh straps
6   could form scar -- scar tissue in these pockets.
7           And if the mesh then shrinks, the mesh is
8   going to pull on this area that's innervated,
9   vascularized, whatnot.  It may be a little different
10   than going all the way through the muscle, but it
11   doesn't avoid that all together.
12      Q.   Have you, in your clinical practice, ever seen
13   a patient that had Prosima?
14      A.   Yes, sir.  I've done an explant surgery, and
15   when I gave you my earlier times that I acted either as
16   a treating physician or an expert or a general report,
17   the patient in whom the -- I was asked to be deposed as
18   a treating physician of someone who had been treated
19   with Prosima.
20      Q.   That was Rabiola?
21      A.   Yes, sir.
22      Q.   Okay.  And is that the one time that you've
23   seen a patient with Prosima?
24      A.   Well --
25           MS. THOMPSON:  Object to form.

Page 121

1      A.   I know that for certain.  There could be
2   others.
3           What happens from a practical standpoint
4   is we don't always have the opportunity to note, and the
5   patients may or may not recall exactly what was done,
6   and they may remember that something sounds like it
7   began with a certain letter.
8           So let's say Prosima and Prolift start
9   with the same letter, or something that sounds like it,
10   Apogee or -- so patients get confused about that, and we
11   actually don't know exactly what happened.
12           And you would say, "Well, couldn't you
13   ask them about did they have puncture sites externally,"
14   which would help you decide that.  And I do ask them
15   that.  And there are people who don't remember if they
16   had a puncture site somewhere or not.  They just don't
17   remember that.
18           So I didn't have the operative note on a
19   lot of these people.  I know I had the one patient,
20   Mrs. Rabiola, and I may have had others.  It's just I
21   can't tell you for sure how many.
22      Q.   (BY MR. WEBB)  And refresh my memory if I
23   already asked you this, but did you -- you've identified
24   at least some patients who had Prolift.  Do you know of
25   any that had Prolift+M?

31 (Pages 118 to 121)

Bobby Lewis Shull, M.D.

Page 122

1   A.  No, sir, I don't know that.  That was a later
2  iteration of the product, and I would say without the
3  operative note, practically no patient would remember
4  that.  If they remember Prolift, that would be great --
5  or the name of anything else, as far as that goes, not
6  just Prolift.
7   Q.  Did you see any medical literature that talked
8  about the adverse events or the problems associated with
9  the Prosima or Prosima product?
10   A.  Yes, sir, two things.  The one-year clinical
11  follow-up -- or outcomes after prolapse surgery, which
12  was published in 2010 in the American Journal of
13  Obstetrics and Gynecology, Dr. Halina Zyczynski.  So
14  they looked primarily at vaginal support, so that's one.
15  Their primary goal was not to look at other things, but,
16  in fact, they did record other things about pain with
17  balloon removal and pain after surgery.  So they did
18  look at other factors.
19   And in their discussion -- these are the
20  authors themselves discussing their own manuscript,
21  which most authors do, by the way.  Most authors will
22  look at their -- the strengths and weaknesses of their
23  manuscript.  That's one of the expectations that you
24  would do.
25   And these authors said that the absence

Page 123

1  of a comparator group -- which means someone had a
2  similar surgery, same group of people -- they didn't
3  have one of those, so it's hard to know how the outcomes
4  in terms of pain and other issues compare to what they
5  would normally do without mesh.
6   But they didn't have -- another outcome
7  that was reported by Dr. Sayer, S-A-Y-E-R, as the
8  primary physician, and included Dr. Slack, who was one
9  of the earlier users, all a part of what's called a
10  Prosima study group, and they looked at outcomes of
11  surgery.  And it was designed to evaluate women who had
12  to have at least two years of follow-up.
13   And that's what they wanted to report on.
14  They describe the type of people they operated on, the
15  product that they used, and then looking at anatomical
16  outcomes, that was their primary outcome measure, which
17  is what most authors have had, quite frankly.
18   Then they looked at mesh exposures and
19  need to be reoperated for recurrent prolapse.  So that
20  was at a minimum of two years after surgery, and these
21  authors referred to that as medium term -- we had spoken
22  earlier about long-term outcomes.  So two years or more
23  is actually much better than six months or 12 months.
24  It's still referred to as medium term.
25   And the other thing I think the authors

Page 124

1  pointed out is with these -- with this procedure they're
2  specifically referring to, there's a learning curve,
3  and, in fact, that happens with all surgery.  There's a
4  learning curve that goes along with it.
5   And again, they comment on their own
6  study saying that their major concern is they don't have
7  a control group who was operated on without using either
8  the support device or the mesh.
9   So all the authors recognize that, and
10  the truth is what they're primarily looking at is a
11  group of women who have the -- this case, the Prosima,
12  which is the mesh and the support device, and they're
13  looking primarily at do they get better anatomical
14  outcomes.
15   And when you and I talked this morning,
16  one of the stimuli for wanting to find something helpful
17  is to reduce the likelihood that a woman will have
18  surgery for poor support and not have the best
19  opportunity to get that poor support corrected.  So all
20  of them want to improve the anatomical outcomes.  That's
21  the goal of all of these things.
22   Q.  And does it appear that they did have more
23  success with the anatomical results?
24   A.  Yes.  It depends again on how strictly someone
25  defines "success."  They had really rigid criteria for

Page 125

1  anatomical outcomes.  The success rate isn't as high as
2  if they use a more clinically applicable outcome.
3   And in general -- this applies to these
4  authors, and in general to most authors.  What they find
5  is that if you use anatomy in what's called the treated
6  compartments -- so if it's by the bladder or the rectum
7  and you treat those -- use anatomy in the treated
8  department, as a generalization, the anatomical outcomes
9  are equal to or better than not using mesh.  So that's
10  one outcome variable.
11   What has become apparent in these
12  different products that have been used, two things.  One
13  is the untreated compartment.  So let's say there are
14  two or three places in the pelvis that could require
15  surgery, but today the woman really needs surgery in one
16  compartment.
17   What we are learning is that that one
18  compartment is treated with a mesh product, that the
19  longer you follow her, the more likely the untreated
20  area may prolapse out, or something adjacent to where
21  the product is may prolapse.  So that was sort of --
22  that was not necessarily anticipated.  So that's one
23  thing.
24   And the other thing that they are looking
25  for is not just anatomical success.  It's how many

Bobby Lewis Shull, M.D.

Page 126

1    people have erosion, bleeding, with a mesh product.
2        So when they report outcomes, in general,
3    authors are going to say that if you use anatomy as the
4    endpoint, that mesh products in the anterior compartment
5    specifically have a better anatomical outcome than
6    non-mesh. The follow-up -- the extension of that is the
7    quality of life in patient subjective satisfaction is
8    generally equal in mesh and non-mesh product surgeries.
9        The third area they look at is
10   requirement for reoperation for any reason. And almost
11   universally what all authors find is the need for repeat
12   surgery is greater in the women who have mesh than the
13   women who don't.
14       And the indication for repeat surgery
15   could be recurrence of the prolapse. It could be pain.
16   It could be exposure of the mesh. But in the aggregate,
17   women who have mesh end up having more likelihood to
18   have surgery than someone who didn't.
19       So then what some people look at is they
20   say, well, since the anatomy is better, how do we
21   quantify what we would have to do in order to say that
22   it's really a good idea to use the mesh product?
23       And if you said you used mesh products on
24   everyone, for example, what you would find is that for
25   prolapse, for example, you would have to put mesh in

Page 127

1    anywhere between six and 19 additional people from what
2    you're currently doing, six to 19, to reduce the
3    likelihood that one person would have more surgery. In
4    other words, one out of six would be 15 percent. One
5    out of 19 would be 5 percent. So you'd have to treat a
6    lot of extra people with mesh to minimize the likelihood
7    that if they didn't have it, that they would get
8    recurrent surgery.
9        So I don't think anybody -- this is my
10   assessment of it. You asked me earlier, I think, about
11   if I look at the literature. I don't believe that
12   anyone is disputing that in the anterior compartment of
13   a vagina, mesh can offer a better anatomical support.
14       In the posterior compartment, in the top
15   of the vaginal canal, that is probably not true. It is
16   probably not better than. So with the anterior
17   compartment, the anatomical outcomes may be better.
18       What we also know is exposure occurs in
19   the anterior compartment, or the posterior, either one.
20   So we know there's mesh exposure, and we know that for
21   almost all authors, the reoperation rate is greater when
22   you use mesh, global reoperation rate.
23       So for some women, there are benefits.
24   Other women, the cost of having it is greater than the
25   benefit.

Page 128

1        Q. Item 5, "There were no studies prior to the
2    introduction of the Prosima device demonstrating safety
3    and efficacy of the vaginal support device - balloon
4    assembly."
5        Do you know what kind of studies were
6    performed on the Silimed vaginal stent?
7        A. Not by itself. I'm not sure -- excuse me. I
8    don't know if there were any efficacy studies on
9    Silimed, quite frankly, because it was indicated for
10   such a defined group of women that it would be -- it's
11   possible, but I'm not aware of it, that someone would be
12   able to look at a group of women who were treated with
13   and without the Silimed device. I don't know that, and
14   I don't ever remember hearing that discussed anywhere.
15       Q. Your Item 6 is the same opinion, "Traditional
16   surgical repairs are effective. The medical literature
17   does not show improved outcomes with the use of the
18   Prosima device or any other transvaginally placed mesh."
19       That's the same opinion you had with
20   Prolift and Prolift+M?
21       A. Yes, sir. Dr. Carey himself actually showed
22   that.
23       Q. Well, you say it does not show improved
24   outcome. Does it show comparable outcomes?
25       A. I think in the aggregate, if you look at the

Page 129

1    anatomy, they're probably very comparable. If you look
2    at reoperation rate, which I mentioned before, they're
3    not comparable, because in any women who has mesh placed
4    in the vagina, there is an almost irreversibly low
5    likelihood that she will get mesh erosion and require
6    either medical treatment or excision of the mesh.
7        So in that sense, the anatomy could be
8    similar, but the reoperation rate is going to be higher,
9    and that's been reported by all authors in women who
10   have mesh. Excuse me.
11       Q. What about other complaints like dyspareunia?
12       A. The other complaints are not easy to
13   determine, and there are reasons for that. For one
14   thing, unless the author has set up a prospective study
15   looking for a lot of variables, women who have any kind
16   of surgery, with or without mesh -- so if you ask them
17   about their pain complaints after surgery, pain with
18   intercourse, pain with surgery, pain with anything, it
19   doesn't really make any difference -- if you didn't have
20   a baseline for that same variable and have an answer for
21   it before the operation, then what happens is called
22   recall bias.
23       So if someone were to ask me what
24   happened three months ago, I may or may not remember
25   that. If they ask me a year ago, I'm less likely to

33 (Pages 126 to 129)

Bobby Lewis Shull, M.D.

1  remember. So all that information needs to be collected
2  prospectively, and, in fact, it generally isn't.
3          There are one or two articles that were
4  in that previous report on Prolift from Dr. Anne Weber,
5  who was at the Cleveland Clinic, who tried to look
6  prospectively at the specific sexual complaints before
7  and after surgery, but it wasn't in the context of using
8  mesh.
9          I think all of us agree that women can
10  have pain following surgery. The issue is, partly, how
11  can you manage that pain and what seems to be associated
12  with it in the absence of a mesh product. You're
13  dealing with a certain set of issues. It could be a
14  trigger point. It could be a scar is tender. It could
15  be a variety of things.
16          Once the mesh is introduced, the mesh
17  itself may be associated with the pain instead of a
18  local inflammatory reaction. So it wouldn't necessarily
19  be that a woman would have no pain if they didn't have
20  mesh. I don't think anybody says that. It would be
21  they have a different kind of pain, and the management
22  of it is potentially much more problematic.
23      Q. List for me what severe life-changing
24  complications that are not seen with traditional pelvic
25  reconstructive surgery that you find with mesh, unless

1  you've already gone through them.
2      A. No, sir. I haven't answered that for you. In
3  the referenced articles, which are in my Prolift report,
4  there are two reports from the University of Utah, and
5  Dr. Ingrid Nygaard is one of the authors on both of
6  those reports in our professional journals, and one of
7  them provide free text, so women are allowed to describe
8  what's happened to their lives when they develop these
9  complaints.
10          So the life-altering ones that are in one
11  of her articles says that women who acquire these
12  complaints fall into three categories. One category is
13  they acquire pain, they see someone, they're managed,
14  and for all practical purposes, they don't have
15  significant complaints after that.
16          There's another group of women who
17  acquire pain complaints, and they're treated, and their
18  complaints don't go away, but they acquire a new sort of
19  baseline activity in their lives that is reduced --
20  their quality of life is reduced from before, but it's
21  more or less stable.
22          And there's a third group of women in
23  whom they acquire pain complaints and they have an
24  intervention, and they are caught in what this group has
25  called a downward spiral of their health, or the other

1  term they use is their life has been spoiled by pain,
2  and that's what the patients describe. They can't do
3  their normal activities. And once that happens, there's
4  a whole cascade of events that affect their
5  relationships with their sexual partners, their family,
6  their job, their everything.
7          So there are those people that have this
8  downward cascade. There are those that reset to a lower
9  baseline. And this isn't the same thing, so I'm not
10  purporting that it is. But my personal observation of
11  that in my own family -- not with mesh, but I'll tell
12  you who how people reset a baseline. My wife who died
13  had rheumatoid arthritis, and in order to function
14  normally, she had to reset a baseline of how to work.
15  Because you can't expect to do everything you did
16  before. You're going to be disappointed. You have to
17  reset what you're capable of doing.
18          And in this case, that's what some of the
19  women with mesh have done. They've reset their baseline
20  at a lower level than before.
21          That's when I say life altering. That's
22  what I mean by that.
23      Q. Give me an approximation of the sizes of these
24  groups, these three groups you're talking about.
25      A. In this group that was reported from the

1  University of Utah, I want to say that the ones who
2  responded and felt better and the ones who reset their
3  baseline were more or less equal. So I'm going to make
4  these percentages up, because I don't remember the exact
5  percentage, but it's close to accurate -- that about
6  40 percent fell into each of those, and there's in the
7  neighborhood of 20 percent who have this continuing
8  spiral of they hurt, they feel bad, it affects their
9  job, their relationship, and all those things.
10      Q. Okay.
11      A. That's a selective group of people who have
12  come specifically because they have had complication of
13  their prior surgery. I'm not suggesting that 40 percent
14  of all women who have the products have pain and get
15  better and 40 percent reset and 10 percent are on a
16  downward spiral. I'm referring to the group of people
17  who were bothered enough to come to the doctor to seek
18  intervention because of their pain complaints.
19      Q. Any other life-changing complications that you
20  have not described earlier?
21      A. Well, the -- one of the things I would
22  consider to be life changing is the requirement for
23  multiple interventions, and the interventions could be
24  physical therapy, for example.
25          Well, how does that change your life?

34 (Pages 130 to 133)

Bobby Lewis Shull, M.D.

Page 134

1  Well, it means -- depending on what you're capable of
2  doing, you have to get transportation to and from
3  wherever you're going and spend a certain amount of time
4  there.  So there's a time commitment to that over an
5  extended time period.  That's at one level.
6        Another level is the multiple surgeries,
7  and the multiple surgeries involve everything that could
8  go the matter with surgery, including anesthesia, the
9  recovery, the expense, the time lost for wages, however
10 you calculate all those things.  But if you have one
11 surgical intervention, there's a certain level of time
12 away and cost associated with it, but if you have -- in
13 the case as of some of these people, multiple -- when I
14 say "multiple," I mean more than two -- where they have
15 multiple times where they are having to have surgery and
16 miss work and recovery and whatnot.  That's life
17 altering.
18        The other one which affects people in
19 general is their relationship with their spouse or their
20 partner, so -- all those things happen that really --
21 they change the dynamic in someone's life.
22    Q.  Well, it sounds to me like what you've just
23 described is going to be case specific to each patient.
24        MS. THOMPSON:  Object to form.
25    A.  Well, I think part of the point is what you've

Page 135

1  said.  People respond differently to different things,
2  and we are learning more about that as we -- as people
3  learning about diseases become more sophisticated, that
4  we may not all respond the same way to some particular
5  event in our lives.
6        In the future, we may be able to do that,
7  but we don't now.  So you may say in the case of surgery
8  of any kind that someone may respond and do beautifully
9  and have very few complaints regardless of whatever the
10 surgery is, and other people are at greater risk for
11 having an adverse outcome from surgery.
12        We can't -- we -- we know that
13 transpires.  How do we go about picking them out?  There
14 are some clinical clues, so -- we know there are
15 clinical clues to that.
16    Q.  (BY MR. WEBB)  Mesh removal surgery being
17 complex, is there any difference between Prolift,
18 Prolift+M, and Prosima?
19    A.  Yes, sir, there is.  When the mesh arms go
20 through either what's called the sacrospinous ligament
21 or the muscles in the pelvis and the wound heals,
22 getting all of that mesh product out really requires,
23 for lack of a better term, injury to those structures
24 again.  Because you have to incise and cut into the
25 structures where the mesh arms have been implanted.

Page 136

1        From a technical standpoint, that would
2  be on a scale that's more difficult than someone who has
3  a product lying against a surface area.  There still is
4  the difficulty of the dissection to identify the
5  product, but when it's adjacent to something and you
6  don't have to go into the structure to get it out, the
7  degree of technical difficulty in general should be
8  less.
9    Q.  Okay.  Characteristics of polypropylene mesh
10 when implanted vaginally for pelvic organ prolapse
11 include chronic inflammation.
12        Was chronic inflammation warned about in
13 the product warnings?
14    A.  You know, I don't remember if the specific
15 term "inflammation" was used or not.  I know that it
16 says the mesh can erode, they can have pain or
17 infection.  I'm not -- I don't remember clearly if it
18 says "inflammation."  I don't know that.
19    Q.  How about foreign body reaction, or do you
20 think it's even necessary to warn about foreign body
21 reaction?
22        MS. THOMPSON:  Object to form.
23    A.  Well, you asked earlier, well, am I an expert
24 on product information and whatnot.  I am not an expert
25 on that, but I would say, in general, patients would be

Page 137

1  looking for something that's much more in their own
2  vocabulary than "foreign body reaction" or
3  "granulation."
4    Q.  (BY MR. WEBB)  For example, it could cause
5  pain?
6    A.  Painful, inflamed.  Most people know what
7  inflamed -- so that's not the same as inflammation, but
8  around -- in one sense, it's very similar.
9        Where those products are, the tissue
10 around it is inflamed, or inflammation, maybe, is the
11 best term.  I don't know that.
12        But in the people I deal with, in general
13 what has been shown is for all educational things that
14 you and I do, whatever -- whatever it is, it doesn't
15 make it any difference -- you would like to have it at a
16 level so somebody who is in the 8th grade could
17 understand it, and currently that's not a very
18 sophisticated level.
19    Q.  Do you get fibrosis and scarring with the
20 implantation of any medical device?
21        MS. THOMPSON:  Object to form.
22    A.  I am -- do you get scarring with any?  Anytime
23 there has to be an entry point to do something, yes,
24 there will be a scar formed.
25        So if you have to puncture it, cut it, do

35 (Pages 134 to 137)

Bobby Lewis Shull, M.D.

Page 138

1  something to it, the body's reaction is to heal through
2  scar formation. So, yes, that would happen, whether
3  it's an accident or it's a planned surgical
4  intervention, either one.
5      Q. (BY MR. WEBB) You're not saying that every
6  patient is going to have every one of these
7  characteristics, are you?
8      A. No, sir. And I'm saying that some patients
9  won't have any of them.
10         There's a -- the way clinical follow-up
11 appears to occur, the authors who report on adverse
12 events by and large are subspecialists working in
13 referral areas, such as I do, or such as the group at
14 Utah or the group in Cincinnati or Ann Arbor, Michigan.
15 It's generally a referral group.
16         And what we see in them is, in general,
17 women who have an adverse outcome are more likely to go
18 to another doctor than they are to the doctor who
19 performed the original or the index surgery.
20         What that does, then, is once the
21 patients either self-select or perhaps are even referred
22 by the treating doctor -- it doesn't make any
23 difference. But when they self-select, doctors who are
24 in the practice such as I have are more likely to see
25 someone who isn't happy with the outcome, and the

Page 139

1  doctors who like to use whatever the technique is may
2  only see a patient or I don't see my own patient --
3  they may not see the ones who have had an adverse
4  outcome. And then the impression is reinforced that
5  actually this works better than most people say because
6  I don't see my patients back complaining.
7          The caveat on that is just because you
8  don't see a patient or I don't see my own patient --
9  just because I don't see them doesn't mean that there
10 isn't an issue. And we know from reports in the
11 literature that between 60 and 80 percent of women who
12 have adverse outcomes are more likely to go see someone
13 who did not do the primary surgery.
14     Q. Ethicon did not provide doctors and patients
15 with complete and accurate information regarding the
16 efficacy, safety, and complications associated with the
17 Prosima devices and their management.
18         That's the same complaint that you had
19 about Prolift and Prolift+M. Is that correct?
20     A. Yes, sir, that's accurate, because there was
21 not a way to do that. The duration of follow-up had not
22 lasted long enough. The factors that were getting
23 followed were relatively narrow in terms of anatomical
24 outcomes and perioperative morbidity, so it wouldn't be
25 practical to collect enough information in those

Page 140

1  circumstances to be well informed enough to tell either
2  the implanting doctor or the patient who is receiving
3  the product exactly what to expect.
4      Q. And these are the same complaints that you
5  made earlier about the Prolift and the Prolift+M?
6      A. Yes, sir.
7      Q. And let me try to summarize it. You complain
8  about the lack and the length of comprehensive study of
9  the patients?
10     A. Yes, sir.
11         MS. THOMPSON: Object to form.
12     A. So the way I interpret what you're commenting
13 on is there wasn't a plan put in place to investigate
14 enough of the variables that relate to -- this is
15 antecedent to the surgery -- who is a good candidate for
16 the surgery, who is the best candidate for the surgery,
17 who is not a candidate for the surgery.
18         The information given and the information
19 for the users is very limited on contraindications. So
20 what's become obvious to the majority of clinicians that
21 isn't in the IFU, for example, or certainly wasn't, is
22 there a group of people that are outside what was in
23 the IFU. There are people that are older than 18 or 21,
24 that are not pregnant, they're not going to be pregnant,
25 they don't have an active infection. Those are the

Page 141

1  things in the IFU.
2          What they do have, they have a history of
3  fibromyalgia. They smoke excessively. They have
4  diabetes mellitus. They have a variety of other pain
5  complaints, and none of those were isolated out as a
6  potential contraindication to the use of the predict.
7          And I would say that currently, even the
8  most avid advocates of using the products, presuming
9  they were all still available, would come to some
10 consensus that there's a group of women that can be
11 identified by their history who are at high risk for
12 being unhappy with the product, and that those people
13 justifiably need to be advised to consider something
14 else. So that's in the selection criteria. That's not
15 the follow-up.
16         The other thing that has been almost
17 nothing written about is not do you have a complication,
18 it is how do you manage a complication. What's the best
19 way to manage a complication and, ideally, to avoid?
20         So it's a preoperative selection process
21 or elimination for people who are not candidates. It's
22 the identification of a person who is most likely the
23 benefit. So let's presume there are people who do get
24 better. The obligation, then, is let's identify those
25 people. Then we can sit down and have a conversation

Bobby Lewis Shull, M.D.

Page 142

1   with them and feel comfortable that we could say, you
2   know, based on what we know, you actually are a better
3   than average candidate to have this done, but even
4   though you're better than average, these are the things
5   you might expect, and if it occurs, I am capable of
6   managing certain of these things with some degree of
7   knowledge about how likely you are to get better, and we
8   don't have that.
9            In addition to, some of the things that
10  are problematic, which were unintended, don't show up
11  immediately, and once you have a foreign body in you,
12  you're at risk for that event to occur for the
13  foreseeable future.
14           And I can say that in seeing my own
15  patients now -- because I do have a clinical practice of
16  medicine -- is that there are a group of people who are
17  anxious to know, "What can I expect?  Today perhaps I
18  don't really have a complaint, but I know that people
19  have had them, and can you counsel me on what's going to
20  happen?"
21           People want to know that.  And that would
22  have been a helpful thing.
23           Saying that someone has pain is one way
24  to say if you have the surgery, you can have pain.
25  Saying that you may have pain that is lifelong and

Page 143

1   affects the quality of your life and it's practically
2   impossible to manage is a whole different issue.
3            And, in fact, we do see there are people
4   that fall into that category.  I'm not suggesting
5   everyone does.  I don't think anybody suggests that, but
6   there are enough that when you pick up the literature,
7   the group in Cincinnati had 300 patients, the group in
8   Michigan had a hundred and something, the group in
9   Idaho -- or Utah had a hundred and something.
10           So there really are a lot of people who
11  have sought attention from experts, and I have no
12  earthly idea, frankly, if any of them or any percentage
13  of them have actually sought legal counsel because of --
14  they're coming to a doctor because they're -- they need
15  some advice on how to get better.
16  Q.  (BY MR. WEBB)  Well, you also know that there
17  are women who have gone to lawyers and then go to
18  doctors after they've been to lawyers?
19  A.  Yes, sir.
20           MS. THOMPSON:  Object to form.
21  Q.  (BY MR. WEBB)  Have some of your patients been
22  those type of women, who were referred to you by
23  lawyers?
24  A.  There have been some women whom I have seen
25  who before they come for a visit, there has been a

Page 144

1   request sent to me that if they have explant surgery,
2   could the explant material be provided to a lawyer or a
3   particular hospital or somebody for an evaluation.  So I
4   have seen patients like that.
5            And they may, in fact, have consulted
6   with somebody in advance.  I don't know how many do
7   that, but, yes, some people do that.
8   Q.  And do you have any idea, out of the 100
9   patients that you have seen with mesh, how many were
10  referred to you by lawyers?
11           MS. THOMPSON:  Object to form.
12  A.  Actually, I don't know that.  I would say my
13  practice is primarily a referral practice, and that's
14  based on a lot of things, almost the least important of
15  which is being referred by a lawyer.  It normally is for
16  other reasons.  Either they have someone they know that
17  I've cared for or their doctor is someone that I've
18  worked with or know or they've read about it somewhere
19  or another.
20           So the exceptional one would be the one
21  who says that my lawyer asked and gave me your name
22  among, whatever, maybe one name or several names, to be
23  seen.
24  Q.  (BY MR. WEBB)  Ethicon failed to disclose the
25  lack of benefit of pelvic organ prolapse surgery using

Page 145

1   the Prosima device to physicians and patients.
2            For any medical -- well, for any surgery,
3   there's risks and benefits that have to be analyzed on a
4   patient-by-patient basis.  Would you agree with that?
5   A.  I do.
6   Q.  Do you think that the risk with Prosima
7   outweighed the benefits for most patients?
8   A.  Yes, sir.
9   Q.  And have any of your fellow practitioners in
10  your practice used the Prosima device?
11  A.  No, sir, not that I know of.  I will say that
12  in general, when I counsel a patient -- and I've already
13  told you I don't use mesh products for reconstructive
14  surgery.  We do an abdominal sacrocolpopexy.
15           When I counsel a patient, it isn't that I
16  tell them that what I can do is magic.  I try to point
17  out a reasonable set of expectations.  And an example I
18  would use -- and I use it frequently, particularly when
19  I'm lecturing somewhere -- that one of the easiest
20  hernias in the world to fix is in the inguinal canal.
21  So if you or I or anybody in the room or your child or
22  somebody has an inguinal hernia, that's among the
23  easiest operations to do technically.
24           It doesn't work all the time.  It will
25  never work all the time.  And the only goals for that

37 (Pages 142 to 145)

Bobby Lewis Shull, M.D.

Page 146

1   surgery, primarily, are to fix the hernia and, unless
2   the man wants it, don't remove the testicle or tie off
3   the vas deferens. So don't do those things unless they
4   request it.
5           So, from that standpoint, there are very
6   specific outcome parameters, and it doesn't work all the
7   time. And the two biggest variables outside surgical
8   diagnostic skill and technical skill -- so let's presume
9   they're equal -- the two biggest variables to outcome
10  are how big was the hernia at the beginning, and how
11  long do you follow the patient. So the bigger it was,
12  the more you'll follow them, the more likely they're
13  going to have a recurrence.
14          In women who have problems with the
15  pelvic floor, the issues are considerably more complex.
16  Their bladder may not work. The bowel may not work.
17  Their muscles may be injured. Their nerves may not
18  work. The connective tissue may not work. And they may
19  want all of that to be okay, and for a lot of people,
20  that's a reasonable expectation.
21          There isn't anything that works all the
22  time for every person, and I think all of us recognize
23  that. And everyone recognizes we would like to be able
24  to do better in the context of not causing harm.
25          So we want to do better. We don't want

Page 147

1   someone to be harmed, and all these issues that I have
2   in the general report which you asked me about relate to
3   the fact that there wasn't enough knowledge acquired
4   and/or shared to be able to tell someone, "Not only are
5   you likely to get better, but what is the likelihood
6   that you could be harmed? And if you are, what's the
7   likelihood we can help you with that?"
8           Those are reasonable things that people
9   would -- I would want to know that. You would want to
10  know that. So those are reasonable things, but we don't
11  have the information on that. That's the -- that's my
12  primary concern.
13      Q.  Describe for me a scientific clinical trial
14  demonstrating the safety of the Prosima device that
15  should have been done before its introduction to the
16  commercial market.
17          MS. THOMPSON: Object to form.
18      A.  My thought about what would have been helpful
19  to be done is to describe a group of people --
20      Q.  (BY MR. WEBB) How big a group? How big a
21  group?
22      A.  There's something called a power analysis that
23  can be done. So the power analysis determines, based on
24  what you think the outcomes are -- for example, if an
25  operation fails 20 percent of the time -- so whatever

Page 148

1   the failure is, whatever we call failure, if it fails
2   20 percent of the time and you want to be able to reduce
3   that failure rate by 10 percent -- I'm sorry, by
4   50 percent, so instead of failing 20 percent of the
5   time, it fails 10 percent of the time.
6           So if that's your goal, there is
7   something called a power analysis that can be calculated
8   to tell you that to learn that, presuming 20 percent of
9   the people have an adverse outcome, and you're going to
10  have some people you treat one way and some the other
11  way, you will have to recruit -- I'm making this up, but
12  I'm going to give an example -- you'll have to recruit
13  200 women, because if you recruit 200, actually 20 won't
14  qualify or won't agree. So you'll end up with 180.
15          Now those 180, you get that 90 in each
16  group, and then you have the power to make a statistical
17  assessment of are those operations similar or not. And
18  depending on the number of variabilities you have, that
19  would determine how long you would have to follow those
20  patients.
21          In my patients -- in an article in 2000,
22  for example, which was not randomized, and I recognize
23  that, it was a group of women I followed, basically 300
24  women, and I had in mind certain variables, but one of
25  the variables which was really important to me -- and it

Page 149

1   is to this whole issue -- is how durable is an
2   operation?
3           So if I agree to be operated on, how long
4   can I expect my -- my knee's replaced. How long can I
5   expect it to work? Is it a year? We know what
6   happens -- actually, it's a function of time, so the
7   longer you go, the more likely it isn't going to do
8   whatever you wanted it to do.
9           But until we reported that in this
10  special statistical analysis called a Kaplan-Meier
11  table, it really hasn't been reported in reconstructive
12  surgery. Now, almost everyone uses it to say, "This is
13  the durability of the surgery." That's one important
14  issue.
15          The other thing we've looked at -- and
16  we've learned this as time has gone by -- there are
17  going to be adverse events with surgery. There is no
18  way to avoid that.
19          My mother died after an operation, so I'm
20  acutely aware of that. There are adverse events after
21  surgery. What I want to know, can I avoid it, and if I
22  can't avoid it, how can I identify it and correct it?
23  So we are learning about that.
24          And what I do, I know that there is a
25  little group of women who will acquire a pain complaint

38 (Pages 146 to 149)

Bobby Lewis Shull, M.D.

Page 150

1   they did not have before surgery, and it is specific to
2   what I do, and I know when it shows up, and I know the
3   presenting characteristics, and I know how to take care
4   of it.
5           So if I talk to someone about that, I can
6   say, one woman out of 100, about, will have this very
7   specific adverse event, which I can recognize and I can
8   tell you how to manage it, but I cannot avoid it.  I
9   cannot avoid it all the time.  It's not possible to do
10  that.
11          And when the patients know that, even
12  when they have the adverse outcome, they have the
13  knowledge that that's something I really do know about,
14  and if it bothers them, I can manage it.  That's a
15  comfort to the doctor and to the patient.  And in these
16  circumstances, the thing that's different is these are
17  complications that in general are different than what
18  we've seen before and, frankly, doctors are still
19  working out how to manage them most effectively.
20          There's a whole spectrum of thought on
21  that.  If you have pain after mesh, some doctors
22  advocate taking out the entire mesh.  Well, the truth is
23  there's a tiny group of people technically skilled
24  enough to do that without really creating a problem.
25  And even if they are skilled enough to do it, there

Page 151

1   still is a risk that what they do will make the patient
2   worse than they already are.
3           So we are still working on how to
4   identify and manage it, and that's the dilemma.  And I
5   don't think I'm suggesting that that was a conscious
6   decision on anyone's part to say, you know, we're going
7   to hurt people.  I don't believe that.  I don't think
8   anyone wants to do that.  But the unintended consequence
9   is people were hurt and could you -- could, not you
10  personally -- could people have anticipated that?
11  Frankly, probably not eliminated, but done everything
12  possible to make that less likely to occur.  And if it
13  were to occur, to have a strategy to manage it.
14          And this is something I know a lot about
15  because I see these people, and, frankly, the people I
16  see almost never have come to me saying, "I want to sue
17  someone."
18          That's the exception.  They come to me
19  with their spouse because their life has been changed.
20          MR. WEBB:  Objection; nonresponsive.
21  Q.  (BY MR. WEBB)  Tell me the length of this
22  hypothetical clinical trial that Ethicon should have put
23  in place --
24  A.  Well --
25  Q.  -- to demonstrate the safety -- let me finish

Page 152

1   my question before you start.
2   A.  I'm sorry.
3   Q.  Tell me the length of this hypothetical
4   clinical trial demonstrating the safety of the Prosima
5   device that should have gone on before its introduction
6   to the commercial market.
7   A.  Depending on the outcome variables, it's
8   possible to understand the perioperative complications
9   very quickly.  So then you just have to decide how many
10  people do you need to recruit to do it.  So the
11  perioperative complications can be done quickly.
12          The issue about picking the right patient
13  and have comparable groups -- so you've used the same
14  selection criteria, and then if you're looking for the
15  onset of anatomic failure, most of the anatomical
16  failures that are not technically related -- that means
17  the operation wasn't executed well or was
18  underdiagnosed -- so if you eliminate the immediate
19  postoperative failures -- so somebody is in surgery
20  today and a week from now or a month from now the
21  surgery hasn't worked.  So let's eliminate those.
22          Now it's somebody who had initially a
23  good response but have a recurrence.  That takes at
24  least one year, and even that probably isn't right.
25  Several years, depending on what people -- that's for

Page 153

1   the anatomy.
2           Then because some of the problems are
3   actually not known about -- they may be anticipated but
4   you don't know them, pain complaints, contraction of the
5   mesh, and if it contracts, how long does it take to
6   create a problem -- you can't really know that until you
7   set an arbitrary time limit, and that could be one year
8   or two years.  But what most doctors would then do who
9   are involved in a trial, they would say, "Well, I'm
10  going to follow these patients later because what I may
11  find out is all of the problems came up in the first six
12  months, then after six months, there really is nothing,"
13  or, "What I really found out is some of them came up at
14  six months or a year, but, you know, really, the longer
15  we followed them, there's some other things."
16          So that's not practical, to follow
17  somebody indefinitely, but somewhere between 12 and
18  24 months would be a reasonable start on that, along
19  with strict criteria on the patients for whom you can
20  use the procedure.
21          Currently, when I read these reports in
22  both the Prosima and the Prolift, it could have been for
23  a woman who has had prior surgery and failed, a woman
24  who has had no prior surgery, a woman who has a
25  hysterectomy, a women who doesn't have a hysterectomy, a

Bobby Lewis Shull, M.D.

Page 154

1  woman -- so the variables just mount and mount up, and
2  one of the issues which these documents have shown is:
3  That's important to know, are they going to have a
4  hysterectomy and, what kind of incision?  That was
5  learned on the fly, sort of.
6          So there are so many variables to look
7  at, but if you just pick a few of them -- selection,
8  avoiding complications, managing complications,
9  anatomical outcome, acquisition of complaints -- that
10  would take at least, for recruitment -- the recruitment
11  would take at least a year.  The follow-up would take at
12  least a year.  And then, depending on how you do the
13  power analysis, the recruitment could take longer.
14          That's one of the issues now with these
15  522 things that some companies are going to do is the
16  power analysis tells them they have to recruit so many
17  people, that one surgeon can't be -- can't do it.  It
18  has to be a multicenter study to do it.  Those things
19  all add complexity and expense to it.
20      Q.  Out of the 100 patients that you've seen who
21  have had complications with mesh, how many of them do
22  you think are surgeon's technique problems?
23      A.  I wouldn't allocate the technique problem,
24  frankly, to any of them with the following exceptions.
25  If I see someone -- or someone I operate on, let's

Page 155

1  say -- so I'm not always pointing -- to say somebody
2  else did it.  I could be the one who does that.
3          For example, this one article you asked
4  me to confirm earlier today about placing a TVT in the
5  bowel, that was my patient.  So it wasn't somebody
6  else's patient.  It was my patient.
7          So the surgeon contribution to the
8  problem frequently is identified immediately.  The
9  product is put in the wrong place, in the bladder or in
10  the bowel.  When I say "immediately," either right then
11  or within the next day or two.  So there can be a
12  surgeon error.  There's no doubt about it.
13          The other thing that's much more subtle,
14  which this anatomic report in the Prosima, where they
15  took a group of people and took them to the anatomy lab,
16  that's much more subtle because you are having a surgeon
17  operate in a space where you cannot see what they're
18  doing.
19          And I taught cadaver labs, and I've
20  operated on thousands of people.  A cadaver lab and
21  operating on real people have some similarities, but
22  doing vaginal reconstructive surgery on a cadaver -- and
23  some of these cadavers are 90 years old or 92 years
24  old -- that is extremely difficult to -- not only to do,
25  but for a teacher to watch someone else and effectively

Page 156

1  teach them what to do, that's challenging.
2          MR. WEBB:  Objection; nonresponsive.
3      Q.  (BY MR. WEBB)  You said you personally have
4  examined, diagnosed, and treated approximately 100
5  patients with mesh complications and removed some mesh
6  from at least 70 women.
7          How many out of those patients are -- do
8  you think are directly related to physician technique?
9      A.  What I tried --
10          MS. THOMPSON:  Asked and answered.
11      A.  I'm sorry.  What I tried to explain is what I
12  think would be a physician error, and the ones that I
13  know are physician errors, I haven't seen them, where
14  the mesh was put into something.
15      Q.  (BY MR. WEBB)  So you're saying zero out of
16  the 100.  Is that what you're saying?
17      A.  No, sir.  What I'm saying is --
18      Q.  I'm asking you for a number, Doctor.  If you
19  can give me a number, say it.  If you can't, just say
20  you can't give me a number.
21          MS. THOMPSON:  Objection.
22      Q.  (BY MR. WEBB)  We're going to be here until
23  9:00 at the rate we're going.
24      A.  I don't --
25          MS. THOMPSON:  Objection to that --

Page 157

1      A.  I don't know.  I'm sorry.
2          MS. THOMPSON:  -- comment.
3          MR. WEBB:  Well, there's a point when if
4  he's just going to sit there and just -- you know, just
5  blabber and not answer the question, then I'm going to
6  cut him off.  Do you understand?
7          MS. THOMPSON:  I think you can cut him
8  off, but we're not going to be here until 9:00
9  regardless.
10          MR. WEBB:  Let's put it this way, then --
11          MS. THOMPSON:  We're going to be here --
12          MR. WEBB:  -- I'm going to keep going
13  until the maximum time, then, if that's --
14          MS. THOMPSON:  Okay.  Well, you've got --
15          MR. WEBB:  -- the way we're going to play
16  the game.
17          MS. THOMPSON:  -- two hours, and we'll go
18  the two hours.
19          MR. WEBB:  No.  I've got three hours is
20  what I've got on each one of these.
21          MS. THOMPSON:  No.  You have three hours
22  on the first and two hours on the second.
23          MR. WEBB:  Okay.  Well, I -- we'll go
24  until every minute of it is gone if that's the way --
25          MS. THOMPSON:  Okay.

40  (Pages 154 to 157)

Bobby Lewis Shull, M.D.

Page 158

1    MR. WEBB: -- you're going to play it.
2    MS. THOMPSON: All right. You've got
3  about --
4    THE WITNESS: I'm comfortable -- if I'm
5  not answering effectively, tell me. I'm fine to stop
6  and try to answer it. I'm not trying to avoid your
7  question. So I'm happy to try to respond, and just ask
8  me to do that.
9    Q.  (BY MR. WEBB) Tell me why Ethicon did not
10 exercise due diligence in the design and development of
11 the Prosima mesh.
12    A.  I think it's the things we've mentioned
13 already about the unknown, putting something in these
14 spaces and leaving them there and what the potential
15 benefit or non-benefit is to putting a support device in
16 it.
17    Q.  Tell my why Ethicon lacked scientific rigor in
18 the testing and reporting of its pelvic floor products,
19 including the use of Gynemesh.
20    A.  Because we don't have the information about
21 prospective clinical trials on how the products behaved
22 in people.
23    Q.  Ethicon did not heed the warnings from the
24 hernia and gynecologic literature relating to the use of
25 polypropylene mesh?

Page 159

1    A.  The hernia wall -- the abdominal wall or the
2  inguinal canal are sterile areas, and mesh is used in a
3  sterile area. And if it -- if it's wound infection,
4  mesh isn't used in those areas. And the vaginal canal
5  isn't sterile. It's contaminated.
6    So those are major differences. And
7  there have been reported incidences of mesh shrinking in
8  the abdomen and pain associated with it.
9    Q.  If Ethicon had properly tested its products,
10 certain problems and complications would have been
11 identified before they were used in a clinical setting.
12    Tell me, if you haven't already, what
13 problems and what complications would have been
14 identified before they were used in a clinical setting.
15    A.  Well, from a clinical use, so the clinical --
16 the evaluation before clinicians in general used them
17 would be more knowledge about erosion rates, pain,
18 contraction, and possible effects on bowel and bladder
19 function. And in the case of exposure in the vaginal
20 canal, possible injury to the sexual partner or new
21 onset pain complaints.
22    Q.  "Ethicon inappropriately marketed its prolapse
23 mesh products to all physicians."
24    Is this the same answer that you would
25 give me as you did on the Prolift and Prolift+M?

Page 160

1    A.  Yes, sir. People have varying skill levels to
2  use -- and this is a sophisticated operation, and there
3  are varying skill levels, and people, frankly, don't
4  have the skill to do that.
5    Q.  And you said earlier -- this says, "Ethicon
6  inappropriately marketed its prolapse mesh products to
7  all physicians."
8    Yet you told me that the hospitals were
9  the ones that bought the products. Is that correct?
10    A.  Yes, sir.
11    Q.  And --
12    A.  I beg your pardon. The hospital may buy it at
13 the request of the physician, for example. I just -- I
14 don't think there's a direct transaction between the
15 doctor and --
16    Q.  Well, and it also may be that hospitals enter
17 into contracts and they tell you what products are going
18 to be made available to you. Correct?
19    A.  That's entirely true.
20    Q.  "After the products were used in a general
21 clinical setting, Ethicon did not systematically monitor
22 their products for safety or efficacy or evaluate
23 physician feedback."
24    What do you base that statement on?
25    A.  I didn't see any documents to indicate that.

Page 161

1    Q.  Did you ask for any documents on that?
2    A.  No, sir.
3    Q.  Were -- did you ask the plaintiffs' lawyer,
4  who provided documents to you, to give you documents
5  specifically about Ethicon's monitoring of the products
6  for safety or efficacy or evaluate physician feedback?
7    A.  No, sir.
8    Q.  The problems associated with the Prosima
9  device are inherent in the concept and design and occur
10 even when the device is placed properly.
11    Is this the same complaints that you had
12 about the Prolift and the Prolift+M?
13    A.  It's similar because it uses the same mesh
14 product. The -- the placement is different, but it's
15 still the same mesh product.
16    Q.  Is there anything about the placement that
17 would be different about the Prolift or Prolift+M?
18    A.  Yes, sir. Theoretically, it would be a safer
19 placement for Prosima.
20    Q.  Why do you say, "In Carey's randomized trial
21 comparing traditional anterior and posterior surgery
22 with the Prosima precursor, the authors failed to
23 demonstrate any improvement in the treatment of
24 prolapse"?
25    A.  Those are his conclusions. Well, I mean, when

41 (Pages 158 to 161)

Bobby Lewis Shull, M.D.

Page 162

1  you look at the data, that's -- that's what it showed.
2  He showed approximately a 20 percent persistent
3  anatomical defect in both groups of patients.
4        So there were -- it was a randomized
5  trial in which it didn't show that one was appreciably
6  better than the other.
7        THE REPORTER:  I'm sorry.  It didn't --
8        THE WITNESS:  It was a randomized trial
9  which did not show that one was appreciably better than
10  the other.
11        THE REPORTER:  Try to keep your voice up
12  for me, please.  I'm sorry.
13    Q.  (BY MR. WEBB)  You make a statement saying
14  that, "During implantation, tension is placed on the
15  mesh as the instruments are placed in the pockets of the
16  straps, not only during implantation, but after the
17  Prosima straps are put under some tension, which may
18  ultimately lead to mesh bunching, wrinkling,
19  deformation."
20        Do you know whether or not that actually
21  happens?
22    A.  I don't know --
23        MS. THOMPSON:  Object to form.
24    A.  I don't know that it happens every time, but I
25  know from the standpoint of, for example, using a

Page 163

1  midurethral sling, which I've done hundreds of times,
2  that it -- what you intend to do doesn't always go
3  exactly the way you want to do it.  So the mesh may lay
4  flat temporarily and it may not, and you have to
5  manipulate it to get it into position.
6        So it isn't -- it doesn't always lie
7  exactly in the position you would like it to be, and
8  when you work with it in a space where it's actually
9  remote from where you can see, you have to put some
10  degree of tension on it in order to try to flatten it or
11  straighten it out.
12    Q.  (BY MR. WEBB)  Have you actually read the
13  Prosima IFU?
14    A.  Yes, sir.
15    Q.  When did you read the Prosima IFU?
16    A.  I read it twice.  I read it sometime back in
17  January, and I read it again over the weekend.
18    Q.  Is it in the documents that you provided us
19  today?
20    A.  I thought it was, but it may not be.  I may
21  have taken it out, actually, and failed to put it back
22  in there.  But the answer is, yes, I did read it and I
23  highlighted it, and I thought that I had put it in here,
24  and what may have happened is it may be in my study at
25  home.

Page 164

1        So it's possible I -- I apologize.  I
2  didn't look specifically for that, but I did read it.
3  There was information for use, which I highlighted and
4  used that in preparing the report.
5    Q.  What did the IFU say about the use of this
6  product in women with a history of chronic pelvic pain?
7    A.  I'm not sure it said anything.  It said do not
8  use it in women with vaginal infections.  It said that
9  the product stays soft and pliable.  I don't recall that
10  it said anything about the use in women with chronic
11  pelvic pain.
12        It commented on using the product in
13  women who have certain degrees of pelvic organ prolapse,
14  but that degree wasn't specifically quantified, nor the
15  reference point for its -- what was it, for the POP-Q
16  stage, or was it something else -- which people would
17  use in common language to know which candidates are
18  best.
19        MR. WEBB:  Let's take a short break.
20        THE VIDEOGRAPHER:  Going off the record,
21  the time is 2:49.
22        (Recess from 2:49 p.m. to 2:56 p.m.)
23        THE VIDEOGRAPHER:  Back on the record.
24  This marks the beginning of Disc No. 4.  The time is
25  2:56.

Page 165

1    Q.  (BY MR. WEBB)  Dr. Shull, the time that you
2  spent with an attorney representing the plaintiffs, did
3  you include the time that you were talking about Prosima
4  in that time?  Was that total time?
5    A.  Is that on the time sheet that I gave you
6  there, or is that for other patients the other day?
7    Q.  No.  I'm talking about the time you spent
8  yesterday and today.  Was there separate --
9    A.  Yes.
10    Q.  -- time that you spent discussing just Prolift
11  and Prolift+M that you told me about and separate time
12  for just Prosima, or was it just all together?
13    A.  It was in the aggregate.
14    Q.  Are there any complications using native
15  tissue that you do not have with vaginal mesh?
16    A.  There could be the way I do it.  For example,
17  in the specific technique that I use with uterosacral
18  ligaments, entrapping a nerve near one of the ligaments
19  on one side of the pelvis occurs about one time out of
20  100, and I think -- I know that is specific to the
21  technique that I use.  I don't know that that occurs
22  with either the Prolift or the Prosima.  So that may be
23  one difference.
24        Another difference is when I do the
25  reconstructive surgery transvaginally, I frequently use

Bobby Lewis Shull, M.D.

Page 166

1   some sutures which do not dissolve -- not all, but I use
2   some Ethibond sutures.  Those may end up being exposed
3   in the vaginal tissue at a time after a normally
4   expected recovery interval of six to 12 weeks.  So a
5   patient could come back in months or, frankly, even in
6   several years or more and say they have some vaginal
7   spotting, and I may see a suture exposed through the
8   vaginal skin, which almost always can be removed in the
9   office.
10          There are a few exceptions where it's so
11  high in the vaginal canal that it's better to do it with
12  what's called local MAC anesthesia, where somebody
13  inhales something and gets some IV sedation.  So that
14  occurs occasionally.  And that's a consequence of my
15  intentional decision to use sutures that don't dissolve.
16      Q.  Have you ever reviewed any animal testing
17  either on Prolift, Prolift+M, or Prosima?
18          MS. THOMPSON:  Object to form.
19      A.  Have I personally used it?
20      Q.  (BY MR. WEBB)  Have you personally reviewed
21  any animal testing on Prolift, Prolift+M, or Prosima?
22      A.  I don't think so.
23      Q.  Would you expect a product to look different
24  after implantation than it did when it is explanted?
25      A.  Excuse me.  Would I expect it to look

Page 167

1   different?
2       Q.  Would you expect a product that's been
3   implanted to be -- to look different than that when
4   you -- when it's explanted from the body?
5       A.  Yes, sir.
6       Q.  Especially something with mesh that's designed
7   to have ingrowth into the mesh?
8       A.  Yes, sir.  It may look different from
9   several -- for several reasons.  One of them could be
10  adjacent tissue.  One could be a change in the geometry
11  or the surface area of the product.
12      Q.  Do you consider it the responsibility of a
13  surgeon to keep current on the medical literature in
14  their area of expertise or their area of practice?
15      A.  Yes, sir.
16      Q.  Did Ethicon tell the doctors in the
17  instructions for use document for Prosima that training
18  on the use of Prosima was recommended and available?
19      A.  I believe the wording would be you could
20  request it -- yes, it was available if you wanted it.  I
21  don't think it was indicated it was required, but it
22  was -- if you wanted it, it was available.
23          MR. WEBB:  I'll pass the witness.
24
25

Page 168

1               EXAMINATION
2   BY MS. THOMPSON:
3       Q.  I have a few questions, Dr. Shull.
4           When you asked for the literature
5   regarding Prolift and Prolift+M, did you ask for all of
6   the literature available?
7       A.  Yes, I did.
8       Q.  And is the same true for Prosima?
9       A.  Yes, I did.
10      Q.  And did you personally review and critically
11  assess this literature?
12      A.  Yes, I did.
13      Q.  Were you aware of any kind of screening
14  process that was used to select the articles that we --
15  were sent to you?
16      A.  No, I'm not.  I wasn't.
17      Q.  And did the literature that you reviewed and
18  critically assessed, did it include literature that, at
19  least from the author's conclusions, were both favorable
20  and unfavorable to your opinions?
21      A.  Yes.  I think in every one I read, the authors
22  found something positive to say about the products, and
23  in every one I read, particularly in the discussions,
24  there was information to say there -- there needed to be
25  longer follow-up, and there are other items that could

Page 169

1   be learned about.
2       Q.  You were asked questions about your experience
3   with mesh complications.  Are your colleagues and the
4   fellows at Scott & White also seeing patients with mesh
5   complications?
6           MR. WEBB:  Objection.
7       A.  Yes, they are.
8       Q.  (BY MS. THOMPSON)  And are you aware,
9   generally, of the mesh complications that are being seen
10  in your department by others?
11      A.  In general, that's true.  We have what's
12  called an M&M conference every month, and we may talk
13  about specific issues.  They could be related to mesh
14  exposure, or when we look at the operative schedule, we
15  frequently discuss what the day is like, and we'll know
16  that someone is going to be working on a mesh
17  explantation, for example.
18      Q.  And your colleagues are also removing mesh
19  devices at Scott & White?
20      A.  Yes.
21          MR. WEBB:  Objection; form.
22      A.  That's correct.
23      Q.  (BY MS. THOMPSON)  You were asked questions
24  about whether you considered yourself an expert in
25  certain fields.  Do you remember that line of

43 (Pages 166 to 169)

Bobby Lewis Shull, M.D.

Page 170

1  questioning?
2      A.  Yes, I do.
3      Q.  As a clinician, do you have familiarity with
4  the medical literature relating to the material and
5  chemical properties of polypropylene mesh and their
6  clinical significance?
7      A.  I think I do.
8      Q.  And are many of those articles cited in your
9  report as providing some basis for your opinions?
10     A.  Certainly the background information provides
11 informed -- information for me to come to a conclusion,
12 and I would have to look specifically at the references.
13 Do you have one particular one in mind?  I'd be glad to
14 look at it.
15     Q.  No.  I was just speaking generally.  But let's
16 look at the -- let's look at your Prolift report, if you
17 have that handy.
18     A.  Well, I have the articles, including the -- I
19 think I had some separate articles this morning.  Did I
20 leave some other articles with you this morning?  May I
21 see those just a moment -- or maybe from after lunch?
22 Thank you.
23          These three articles, to ask -- to answer
24 your question, at least in part, this article published
25 in 2004 on "Host response after reconstruction of

Page 171

1  abdominal wall defects with a porcine dermal collagen in
2  a rat model" -- I beg your pardon -- that animal also
3  had -- in addition to Pelvicol, had Prolene.  So the
4  investigators looked at a xenograft and a synthetic
5  material and looked at a variety of microscopic
6  parameters that could be evaluated, including
7  inflammatory response and how fast the inflammatory
8  response went away, and it looked at collagen
9  deposition.  So that would be in an animal model, not a
10 human.
11     Q.  And looking at footnotes, for example, 10, 11,
12 12, 13, 14 -- I'm just looking at the titles of those
13 articles.  That would be Page 7 of your report.  And I
14 see articles relating to bacterial colonization, to
15 shrinkage, to contraction, to lightweight and large
16 porous concepts, the material's characterization of
17 explant polypropylene hernia meshes, the pathology of --
18 pathological findings of transvaginal polypropylene
19 slings.
20          Are those just examples of literature
21 that discusses the material properties of polypropylene
22 and their clinical consequences?
23          MR. WEBB:  Objection; form.
24     A.  Yes.
25     Q.  (BY MS. THOMPSON)  Do you, as part of your

Page 172

1  clinical practice, review IFUs or instructions for use
2  for various products?
3      A.  Yes, ma'am, particularly on the ones I use.
4      Q.  And is the information contained in the IFU,
5  including the warnings section, important to you and
6  other physicians in making treatment decisions?
7      A.  It's important in knowing globally what to
8  expect, and ideally it should be in patient selection,
9  for example.
10     Q.  And is the information contained in the IFU,
11 including the warnings, important to you and other
12 physicians when you are obtaining an informed consent
13 from patients?
14     A.  Yes.
15     Q.  Do you have an opinion as to whether the
16 Prolift and Prolift+M devices are defective from a
17 clinical standpoint?
18          MR. WEBB:  Objection; form.
19     A.  Well, from a clinical standpoint, what I see
20 is the consequence of mesh that is -- after implantation
21 becomes reduced in area with tight bands or exposure or
22 tenderness to palpation, leading to clinical
23 consequences of pain, exposure, and other issues.
24          So from that standpoint, I feel that I
25 have a level of expertise for being able to obtain the

Page 173

1  history, do the exam, and correlate the exam and the
2  historical information.
3      Q.  (BY MS. THOMPSON)  And are those problems with
4  the Prolift and Prolift+M devices discussed in your
5  report?
6      A.  Yes.
7      Q.  And are they based on the -- your knowledge
8  and review of the peer-reviewed medical literature as
9  well as your experience?
10     A.  That's correct.
11     Q.  And would the same be true for the Prosima
12 device?
13     A.  In the patients in whom I have seen -- and for
14 certain the one I've operated on -- and I don't know if
15 I've operated on more -- yes, I have personal experience
16 in listening to, evaluating, and managing an explant in
17 someone with Prosima.
18     Q.  And do the Prolift and Prolift+M devices and
19 the Prosima behave similarly to other transvaginal
20 polypropylene mesh kits that you're familiar with and
21 that are reported in the medical literature?
22          MR. WEBB:  Objection; form.
23     A.  To the best of my knowledge, they're similar.
24     Q.  (BY MS. THOMPSON)  So literature describing
25 complications of transvaginally placed prolapse mesh in

44 (Pages 170 to 173)

Bobby Lewis Shull, M.D.

## Page 174

1   general would also apply to Ethicon's products?
2           MR. WEBB:  Objection; form.
3       A.  For the --
4       Q.  (BY MS. THOMPSON)  Is that true?
5       A.  For the trocar-based devices, I believe that's
6   true.  For the non-trocar based, I'm not familiar that
7   there is a another product that is similar to Prosima.
8   There may be, but I'm not familiar with it.
9       Q.  You were asked some questions about Ethicon's
10  marketing to physicians.  Did Ethicon market -- even if
11  it didn't sell to physicians, did Ethicon market its
12  products to physicians based on your review of the
13  Ethicon documents and your knowledge of attending
14  meetings and dealing with sales representatives of
15  companies?
16          MR. WEBB:  Objection; form.
17      A.  I think I can answer it two ways.  In review
18  of the information obtained in the documents I have, it
19  looks as if there were presentations prepared and
20  reviewed to be able to discuss with potential customers,
21  the doctors.
22          And when I go to scientific meetings,
23  this is -- in general, whether it's an international
24  meeting or a state or a domestic American meeting,
25  there -- frequently, if not always, there are exhibits

## Page 175

1   that are sponsored by various companies in industry to
2   let the registrants know what is available to be
3   purchased.
4           And depending on what the product is,
5   there may be videos.  There may be demonstrations on a
6   model of some sort, and that's particularly true of
7   products that require surgical implantation.
8           In addition to having 3D models and
9   samples of the product available for people to work with
10  and the videos, there may be one or more physicians who
11  have used that particular product and may lead a
12  discussion and/or show a demonstration about how to use
13  the products.
14          So I would say that those aren't -- those
15  demonstration aren't limited to a certain segment of the
16  people who register for the meeting -- let's use the
17  American College of Obstetricians and Gynecologists, for
18  example.  So anyone can participate in listening to
19  and/or perhaps even trying, on the model, different
20  things that are being shown.
21          MS. THOMPSON:  I have no further
22  questions.
23          MR. WEBB:  Let me have a follow-up here.
24
25

## Page 176

1               EXAMINATION
2   BY MR. WEBB:
3       Q.  You said that -- you were asked some questions
4   about colleagues at Scott & White who are also removing
5   mesh devices.  Do you remember that question?
6       A.  Yes, sir, I do.
7       Q.  Do you also have colleagues at Scott & White
8   that are implanting mesh devices?
9           MS. THOMPSON:  Object to form.
10      A.  I can answer that in two ways.  I have
11  associates who do abdominal sacrocolpopexy, and they'll
12  use a synthetic mesh for the abdominal sacrocolpopexy.
13          I have colleagues both in urology and GYN
14  who may do that.  I have colleagues in urology and GYN
15  who use midurethral slings, and they're mesh products.
16  So in those two categories, the answer is, yes, there
17  are people who work with me who are doing that.
18          I don't -- to the best of my knowledge, I
19  don't have anyone in our department who is using mesh
20  kits transvaginally, or even the mesh applique, for
21  prolapse.  I don't think our urology group currently
22  has.
23          I believe that our urology group, for
24  which I really don't have any input on anything about it
25  particularly -- I believe they previously had one member

## Page 177

1   who did use transvaginal mesh, but I don't know how
2   frequently, and I don't believe that particular person
3   works with us anything longer.
4           MR. WEBB:  That's all I have.
5           THE WITNESS:  Thank you.
6           THE VIDEOGRAPHER:  This concludes the
7   deposition of Dr. Bob Shull.  Going off the record, the
8   time is 3:15.
9           (Whereupon the deposition concluded at
10  3:15 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Bobby Lewis Shull, M.D.

Page 178

1  ACKNOWLEDGMENT OF DEPONENT
2
3      I, _____, do hereby
   certify that I have read the foregoing pages, and that
   the same is a correct transcription of the answers given
4  by me to the questions therein propounded, except for
   the corrections or changes in form or substance, if any,
5  noted in the attached Errata Sheet.
6
7

   _____
8  BOBBY LEWIS SHULL, M.D.            DATE
9
10
11
12
13
14

   Subscribed and sworn to before me this _____ day of
15 _____, 20___.
16 My commission expires:_____
17
18 _____
   Notary Public
19
20
21
22
23
24
25

Page 179

1          CERTIFICATE
2
3      I, Steven Stogel, a Certified Shorthand Reporter in
4  and for the State of Texas, do hereby certify that BOBBY
5  LEWIS SHULL, M.D., the witness whose deposition is
6  hereinbefore set forth, was duly sworn by me and that
7  such deposition is a true record of the testimony given
8  by the witness.
9      I further certify that I am neither related to or
10 employed by any of the parties in or counsel to this
11 action, nor am I financially interested in the outcome
12 of this action.
13     In witness whereof, I have hereunto set my hand and
14 seal this 18th day of March, 2016.
15
16
17
18          STEVEN STOGEL
19
20
21
22
23
24
25

Page 180

1          - - - - - -
            E R R A T A
2          - - - - - -
3  PAGE  LINE  CHANGE
4  ____ ____ _____
5     REASON: _____
6  ____ ____ _____
7     REASON: _____
8  ____ ____ _____
9     REASON: _____
10 ____ ____ _____
11    REASON: _____
12 ____ ____ _____
13    REASON: _____
14 ____ ____ _____
15    REASON: _____
16 ____ ____ _____
17    REASON: _____
18 ____ ____ _____
19    REASON: _____
20 ____ ____ _____
21    REASON: _____
22 ____ ____ _____
23    REASON: _____
24 ____ ____ _____
25    REASON: _____

Page 181

1          LAWYER'S NOTES
2  PAGE LINE
3  ____ ____ _____
4  ____ ____ _____
5  ____ ____ _____
6  ____ ____ _____
7  ____ ____ _____
8  ____ ____ _____
9  ____ ____ _____
10 ____ ____ _____
11 ____ ____ _____
12 ____ ____ _____
13 ____ ____ _____
14 ____ ____ _____
15 ____ ____ _____
16 ____ ____ _____
17 ____ ____ _____
18 ____ ____ _____
19 ____ ____ _____
20 ____ ____ _____
21 ____ ____ _____
22 ____ ____ _____
23 ____ ____ _____
24 ____ ____ _____
25 ____ ____ _____

46 (Pages 178 to 181)

**A**

**aaron** 22:7
**abdomen** 50:13
  61:22 159:8
**abdominal** 16:13
  35:22 47:11 57:25
  73:15,18 85:8
  86:7,7 118:11
  145:14 159:1
  171:1 176:11,12
**ability** 50:5 58:22
  87:15
**able** 55:14 60:9
  106:5 107:25
  128:12 135:6
  146:23 147:4
  148:2 172:25
  174:20
**absence** 69:11 77:1
  122:25 130:12
**absorbable** 57:3
  100:2,7,17 112:24
  112:24
**abstract** 29:20
  31:12 39:2 81:16
**abstracted** 33:3,7
**abstracts** 7:21
**accepted** 103:15
  104:7
**access** 119:24
**accident** 138:3
**accomplish** 43:5
  50:5,6
**accuracy** 11:17
**accurate** 9:17
  29:18 73:10 97:2
  133:5 139:15,20
**accustomed** 57:16
**acknowledgment**
  178:1
**acquire** 131:11,13
  131:17,18,23
  149:25
**acquired** 147:3
**acquisition** 154:9
**act** 110:22

**acted** 120:15
**action** 179:11,12
**active** 140:25
**activities** 132:3
**activity** 131:19
**actual** 21:14 23:23
**acutely** 149:20
**add** 154:19
**adding** 50:7
**addition** 142:9
  171:3 175:8
**additional** 95:21
  127:1
**address** 108:19
**addressed** 85:25
**addresses** 102:5
**adequate** 55:6
  65:15 74:1
**adequately** 85:25
**adhesion** 73:21
**adjacent** 55:20
  136:5 167:10
**adulteration** 111:1
**advance** 54:5 144:6
**advancing** 106:10
**advantage** 116:24
**advantages** 100:13
  100:15
**adverse** 78:6 90:7
  90:12,18 110:6
  111:15,15 122:8
  135:11 138:11,17
  139:3,12 148:9
  149:17,20 150:7
  150:12
**advice** 143:15
**advised** 97:15
  141:13
**advocate** 150:22
**advocates** 87:9
  141:8
**affairs** 63:19
**affect** 132:4
**afternoon** 9:7
**agency** 64:2,16
  65:11 98:5

**agent** 79:20
**ages** 48:19
**aggregate** 126:16
  128:25 165:13
**ago** 58:17 68:6,7
  97:24 129:24,25
**agree** 45:18 46:21
  47:20 48:9 52:10
  63:24 64:1 83:20
  93:23 95:4,10
  98:13 99:18
  115:18 116:25
  130:9 145:4
  148:14 149:3
**agreement** 14:10
**ahead** 44:10
**al** 1:9
**allocate** 154:23
**allowed** 131:7
**allowing** 89:22
**alluded** 47:8 77:22
**alteration** 115:16
**altering** 132:21
  134:17
**alternate** 104:22
**amendments**
  110:20
**american** 16:14
  53:20 103:19
  104:3 122:12
  174:24 175:17
**amount** 27:1 65:15
  79:21 83:9 88:23
  113:4 134:3
**analysis** 147:22,23
  148:7 149:10
  154:13,16
**analyzed** 145:3
**anatomic** 48:4 49:1
  49:20 52:5 54:11
  77:4 104:23
  152:15 155:14
**anatomical** 15:21
  46:10,14,19 48:13
  48:18 49:3 74:9
  76:10,14,19 104:1

**106:6 109:5**
  123:15 124:13,20
  124:23 125:1,8,25
  126:5 127:13,17
  139:23 152:15
  154:9 162:3
**anatomically** 59:11
**anatomy** 48:14,17
  49:12,14 60:7
  61:12 76:25 77:2
  119:19 125:5,7
  126:3,20 129:1,7
  153:1 155:15
**anchored** 113:14
**anesthesia** 58:20,20
  58:23 134:8
  166:12
**anesthetic** 79:20
  81:13
**animal** 40:24 85:20
  97:4 166:16,21
  171:2,9
**animals** 118:6
**ann** 138:14
**anne** 130:4
**annual** 110:23
**answer** 28:17 30:8
  30:24 31:25 32:9
  32:11 36:16 62:11
  71:21 83:19 89:25
  91:24 97:7 129:20
  157:5 158:6
  159:24 163:22
  170:23 174:17
  176:10,16
**answered** 32:8
  38:19 64:22 65:3
  88:1,17 131:2
  156:10
**answering** 158:5
**answers** 99:15
  178:3
**antecedent** 140:15
**anterior** 15:22 49:5
  59:8 71:7 126:4
  127:12,16,19

**161:21**
**antibiotic** 79:14
**antibiotics** 81:11
**anticipate** 77:13
**anticipated** 125:22
  151:10 153:3
**anxious** 142:17
**anybody** 71:22
  118:8 127:9
  130:20 143:5
  145:21
**anymore** 118:9
**anyones** 151:6
**anytime** 137:22
**anyway** 67:16
**apart** 109:17
**apogee** 121:10
**apologize** 164:1
**apparent** 125:11
**appear** 49:8 108:18
  124:22
**appears** 99:8
  108:12 138:11
**appended** 5:20
  24:17,18,19,20
  25:4
**applicable** 125:2
**application** 98:4
**applied** 57:4 68:5
**applies** 125:3
**applique** 57:4 73:5
  176:20
**apply** 46:5 98:13
  174:1
**appreciable** 76:18
**appreciably** 76:14
  162:5,9
**approach** 30:14
  47:7 93:9 99:19
**approached** 92:25
**appropriate** 95:6
  95:15,19 102:4
**approval** 64:2,5,10
  65:8,16,19 66:1
  83:8 110:15
**approve** 65:25

Bobby Lewis Shull, M.D.

approved 64:6
    66:14 79:25,25
    80:5,8,17,20,24
    86:16 87:16,23
    90:7,18 110:16
approximate 27:12
approximated
    104:22 114:23
approximately
    9:11 27:2 33:12
    36:9 58:17 70:2
    156:4 162:2
approximation
    38:15 132:23
april 22:8 23:2
arbitrary 153:7
arbor 138:14
area 28:20 45:13
    48:16 50:17
    115:13 120:8
    125:20 126:9
    136:3 159:3
    167:11,14,14
    172:21
areas 89:17 99:16
    138:13 159:2,4
arent 30:11 32:15
    78:16 84:23
    175:14,15
arm 60:1
arms 52:19 53:4
    57:16,21 59:15
    62:14 104:17,19
    105:7 113:12,16
    113:22 114:8,21
    119:7,15 135:19
    135:25
arrived 9:8
artery 104:4
arthritis 132:13
article 3:14 16:12
    29:19 31:11,12,20
    32:3 34:15 36:23
    37:4 38:6 41:13
    43:14 46:3 48:10
    49:13 72:23 73:4

75:23 81:16
    103:16 105:25
    106:18,25 107:11
    107:18,20,20
    108:25 148:21
    155:3 170:24
articles 7:16,23,24
    11:13,15,17 14:24
    15:4,11,20 16:19
    17:11,11,16,23
    18:13 19:2,8
    29:11 30:3,4,10
    30:13,15,19 31:2
    32:4,17,18 33:4,7
    41:2,7 86:4 103:8
    104:8 106:8
    107:23 108:3,7
    130:3 131:3,11
    168:14 170:8,18
    170:19,20,23
    171:13,14
articulate 66:20
articulating 78:4
aside 95:23
asked 21:17 24:14
    25:8,25 26:12,14
    30:25 31:24,24
    32:7,10 38:18
    64:21 65:2,21
    72:18 84:11 87:14
    88:1,16,25 96:14
    107:16 120:17
    121:23 127:10
    136:23 144:21
    147:2 155:3
    156:10 168:4
    169:2,23 174:9
    176:3
asking 13:6 28:22
    29:24 30:7 39:8
    49:25 62:4 65:4,8
    88:2 95:10 156:18
asks 65:11
aspects 54:14 65:17
    67:8 76:4 86:11
    89:6 91:18

assembly 128:4
assess 32:25 168:11
assessed 168:18
assessing 46:5
assessment 28:24
    48:11 67:9,18
    127:10 148:17
assigning 45:5
associated 47:4
    52:6 73:11 75:4
    76:8 110:11 114:3
    115:12,13,15
    119:13 122:8
    130:11,17 134:12
    139:16 159:8
    161:8
associates 46:4
    50:10,20 176:11
association 111:13
attached 5:15
    42:14 52:3 178:5
attempt 108:19
attempting 84:20
attending 174:13
attention 143:11
attorney 26:10
    165:2
attributed 111:16
august 110:17
austin 1:18 4:8
author 81:19 82:1
    106:22,23 129:14
authors 37:19
    49:18 81:10
    104:16,25 122:20
    122:21,21,25
    123:17,21,25
    124:9 125:4,4
    126:3,11 127:21
    129:9 131:5
    138:11 161:22
    168:19,21
autologous 46:18
    59:3
available 30:13
    56:10 74:12,13,15

74:20 84:24 86:25
    91:17 93:5 105:16
    141:9 160:18
    167:18,20,22
    168:6 175:2,9
avaulta 12:10,11
    12:16
avenue 1:17
average 95:23
    96:13 142:3,4
avid 141:8
avoid 55:8 104:17
    120:11 141:19
    149:18,21,22
    150:8,9 158:6
avoided 110:3
avoiding 154:8
aware 56:9,10
    67:14 72:12 77:10
    94:23 128:11
    149:20 168:13
    169:8

──────
B
──────
b 3:9
baby 48:21
back 17:3 38:25
    42:2 51:13 61:9
    71:3 72:10 74:14
    98:20 101:5
    102:25 139:2,6
    163:16,21 164:23
    166:5
background 32:21
    33:1 170:10
bacterial 171:14
bad 133:8
balloon 122:17
    128:3
ballpark 26:16
banding 115:15
bands 172:21
banker 82:13 92:8
bankers 18:7
barber 46:4
barbers 49:13

base 75:20 160:24
based 19:21 22:2
    34:11,11 44:22
    45:8 66:10 74:11
    77:1 87:3 113:12
    113:20 142:2
    144:14 147:23
    173:7 174:6,12
baseline 106:3
    109:4 129:20
    131:19 132:9,12
    132:14,19 133:3
basically 18:12
    100:5 101:3 118:6
    148:23
basis 31:7 44:6
    53:25 77:19 82:20
    89:2 145:4 170:9
bears 43:17
beautifully 135:8
beck 1:16 2:11
beckredden 2:16
becoming 115:14
beg 101:6 107:12
    117:7 160:12
    171:2
began 58:23 59:7
    69:3 106:1 117:10
    121:7
beginning 32:16
    51:14 98:21
    105:14 146:10
    164:24
begins 119:24
behave 173:19
behaved 158:21
behaves 66:9
believe 5:20 8:11
    10:13,24 11:8
    12:9 25:24 29:16
    29:18 40:4 41:10
    42:25 45:7 46:11
    47:24 48:11 49:2
    49:18 62:10 70:15
    80:19 89:13 90:21
    93:10 94:8 102:23

105:13,16 106:17
111:11 117:21
127:11 151:7
167:19 174:5
176:23,25 177:2
**belong** 45:12,18,22
45:23 46:7
**beneficial** 47:17
**benefit** 62:24 75:17
76:12,12,18,23
78:3,4 127:25
141:23 144:25
158:15
**benefits** 45:24,25
50:6 54:25 55:3
76:24 93:25
127:23 145:3,7
**best** 30:1 40:11
41:21 47:25 52:16
60:22 80:2 81:23
92:17 93:8 100:4
110:7 124:18
137:11 140:16
141:18 164:18
173:23 176:18
**better** 27:20 49:8
49:19 57:6 76:13
77:23 78:11
123:23 124:13
125:9 126:5,20
127:13,16,17
133:2,15 135:23
139:5 141:24
142:2,4,7 143:15
146:24,25 147:5
162:6,9 166:11
**beyond** 28:16
**bias** 129:22
**biased** 78:14
**bibliography** 36:21
37:8 41:2 72:22
72:25
**big** 62:2 146:10
147:20,20
**bigger** 61:2 146:11
**biggest** 146:7,9

**bill** 14:15 18:7,8
**billing** 6:17
**binary** 88:18
**binder** 8:4,16 15:2
15:7,9,12,13 17:6
17:10 19:2,9
29:13 31:14
102:20,25 103:7
106:19 107:21,24
108:4
**biological** 46:17
**biomaterial** 118:2
118:4
**biomaterials** 63:5,8
118:2
**bit** 6:23 66:16
**bjog** 15:23,23
103:13
**blabber** 157:5
**bladder** 58:2,11
70:3 79:11 118:13
125:6 146:16
155:9 159:18
**bleeding** 126:1
**blind** 59:15,21,25
62:14 119:7
**board** 79:25 80:6
**boards** 80:18
**bob** 3:16 101:14
177:7
**bobby** 1:10 3:3,12
4:18,24 178:8
179:4
**bodies** 80:25
115:23 120:1
**body** 52:22 115:19
115:19 116:1,11
136:19,20 137:2
142:11 167:4
**bodys** 138:1
**bonet** 20:11,12
21:11,18
**boston** 11:8 12:6
**bothered** 133:17
**bothers** 150:14
**bought** 160:9

**bowel** 3:15 37:13
38:3,7,9,11 58:2
58:11 70:20,21,22
73:21 118:12
146:16 155:5,10
159:18
**box** 7:24 8:21 14:21
17:17,22 18:2,3,7
19:4,13 23:19
82:13 92:8
**bracken** 81:22
**brand** 52:14
**break** 9:2 34:8 51:4
98:23 164:19
**breakdown** 42:6
**breakfast** 9:20
**breanne** 102:10,12
**briefly** 9:7
**bring** 50:25
**british** 108:25
**broad** 46:20
**brought** 5:13 10:6
15:5
**brubaker** 41:10
**bulk** 74:2
**bunching** 162:18
**buy** 160:12
**buys** 89:15

─────────────
**C**
─────────────
**c** 2:1 4:1
**cadaver** 155:19,20
155:22
**cadavers** 155:23
**calculate** 134:10
**calculated** 148:7
**calendar** 36:4
**caliber** 109:22
**call** 11:16 102:12
148:1
**called** 59:2,3 75:24
79:18 109:19
118:6 123:9 125:5
129:21 131:25
135:20 147:22
148:7 149:10

166:12 169:12
**canal** 43:15 49:5,6
58:8,9,10,13,18
70:19 85:12 86:3
86:7 105:6 109:23
115:1,16 118:18
127:15 145:20
159:2,4,20 166:11
**candidate** 45:4
140:15,16,17
142:3
**candidates** 141:21
164:17
**cant** 13:18 38:20
39:15 61:14,25
70:17 102:21
107:8 121:21
132:2,15 135:12
149:22 153:6
154:17,17 156:19
156:20
**capable** 87:7
132:17 134:1
142:5
**care** 42:25 43:9
59:22 62:5,18
150:3
**cared** 144:17
**carey** 105:23,25
106:21 109:1
128:21
**careys** 108:18
161:20
**caring** 46:8
**carol** 1:6 4:8
**cascade** 116:16
132:4,8
**case** 1:7 27:8 30:21
34:13,18 36:20,25
37:13,19,22 38:1
41:8 60:2 66:3,8
67:24 68:7 72:8
83:25 85:8 89:15
100:23 104:4
124:11 132:18
134:13,23 135:7

159:19
**cases** 24:15,16
26:20 27:5 56:1
56:20
**casespecific** 25:4
26:25 27:12,23
**categories** 58:7
114:5 131:12
176:16
**category** 115:9
131:12 143:4
**caught** 131:24
**cause** 114:12
115:20 137:4
**causing** 115:14
146:24
**caveat** 139:7
**cavity** 86:7
**cds** 92:2
**center** 80:21
**centimeters** 42:11
**central** 105:7
**century** 59:4
**certain** 12:5 25:17
36:17 40:3 64:12
69:25 74:19 96:24
98:1 121:1,7
130:13 134:3,11
142:6 148:24
159:10 164:13
169:25 173:14
175:15
**certainly** 8:13
34:25 47:17 95:18
140:21 170:10
**certificate** 179:1
**certified** 1:21 179:3
**certify** 178:3 179:4
179:9
**chain** 92:15
**challenging** 77:18
156:1
**chance** 51:5
**change** 133:25
134:21 167:10
180:3

changed 6:8 151:19
changes 114:12
  178:4
changing 133:22
characteristic
  68:14
characteristics
  136:9 138:7 150:3
characterization
  171:16
characterized
  13:25
charleston 1:1 2:6
  4:10
check 3:13,17 6:15
  10:9,17,17 101:24
chemical 112:25
  170:5
child 145:21
choice 47:12,13
choose 47:9 71:2
chooses 59:20,22
  59:25
chose 84:25 105:3
chosen 43:6,10
  49:25 50:8
chris 37:6
chronic 136:11,12
  164:6,10
chung 37:6
cincinnati 138:14
  143:7
circumstance 50:2
  54:22 68:4 77:23
circumstances
  46:25 48:23 55:12
  78:21 96:24
  115:25 140:1
  150:16
cite 48:3
cited 11:17 48:9
  170:8
clarification 65:11
class 110:17
clean 85:14,15 86:2
clear 74:6 78:3

109:13
clearance 64:11,15
  66:12 83:8 112:11
cleared 64:13
  109:19
clearly 31:25 74:19
  136:17
cleveland 130:5
clinic 40:23 130:5
clinical 21:13,21,24
  40:20,25 63:7
  67:7,9,11,18,23
  69:7 78:24,25
  79:7 82:24 95:22
  96:17 97:6 103:17
  103:21 107:12
  120:12 122:10
  135:14,15 138:10
  142:15 147:13
  151:22 152:4
  158:21 159:11,14
  159:15,15 160:21
  170:6 171:22
  172:1,17,19,22
clinically 21:16
  67:24 71:16 125:2
clinician 170:3
clinicians 54:13
  140:20 159:16
close 133:5
closed 57:8
closer 27:18
club 15:1
clues 135:14,15
collagen 16:14
  115:21 171:1,8
colleagues 40:6
  76:3 169:3,18
  176:4,7,13,14
collect 75:14
  139:25
collected 52:5
  130:1
collecting 55:22
college 175:17
colonization

171:14
com 2:8,16
come 28:8 29:13
  49:3 65:14 70:18
  133:12,17 141:9
  143:25 151:16,18
  166:5 170:11
comes 10:13 28:4
  60:25
comfort 150:15
comfortable 9:14
  142:1 158:4
coming 143:14
comment 41:25
  44:18,19 86:18
  87:9 124:5 157:2
commented 42:19
  42:22 164:12
commenting
  140:12
comments 95:2
commerce 110:19
commercial 53:14
  91:13 147:16
  152:6
commercially 93:4
commission 178:16
commit 19:6
commitment 134:4
common 58:6
  91:20,23 164:17
companies 65:6,7
  84:9,16,20 91:14
  154:15 174:15
  175:1
company 53:11
  63:1 64:10 65:13
  84:25 86:1,14
  87:22,24 88:3,5
  91:23 92:25 93:19
  97:15 98:6 118:5
comparable 128:24
  129:1,3 152:13
comparator 123:1
compare 78:12
  99:9 111:19 113:6

123:4
compared 69:8
  106:1 112:7 115:4
comparing 78:20
  161:21
comparison 43:21
  106:24 113:25
  115:3
compartment 49:4
  59:8 125:13,16,18
  126:4 127:12,14
  127:17,19
compartments
  125:6
competence 89:21
competent 89:23
complain 140:7
complaining 139:6
complaint 52:20
  71:7 109:12,14
  139:18 142:18
  149:25
complaints 34:19
  34:20 85:22
  109:15 111:2,4
  113:7,8 114:8,21
  129:11,12,17
  130:6 131:9,12,15
  131:17,18,23
  133:18 135:9
  140:4 141:5 153:4
  154:9 159:21
  161:11
complement 47:16
complete 24:6 25:6
  73:9 139:15
completely 116:8
complex 77:8,9
  135:17 146:15
complexity 154:19
compliance 58:1
  118:12
complication 87:12
  114:2 115:4
  133:12 141:17,18
  141:19

complications
  33:13,17 34:2
  35:3,13,20 39:5,5
  55:9,10 73:10,21
  86:21 87:10
  109:10 113:25
  114:3 115:8
  130:24 133:19
  139:16 150:17
  152:8,11 154:8,8
  154:21 156:5
  159:10,13 165:14
  169:3,5,9 173:25
compound 33:24
  34:5
comprehensive
  140:8
conceived 76:7
concept 52:19 53:3
  53:6,20 59:5 77:3
  77:24,25 93:8,10
  93:23 95:11
  105:22 114:15
  161:9
concepts 32:22
  171:16
conceptually 78:1
concern 124:6
  147:12
concerns 14:7
  54:13,14 70:19
  73:18
concluded 177:9
concludes 98:16
  177:6
conclusion 73:8
  170:11
conclusions 30:15
  69:15 161:25
  168:19
conditions 63:10
conference 169:12
configuration
  114:12
confirm 9:16 10:5
  11:17 81:24 155:4

Bobby Lewis Shull, M.D.

confirmation 42:9
confirmed 42:13
confused 121:10
confusion 48:16
congress 1:17
conjunction 111:16
connective 53:4
　57:17 60:4 146:18
conscious 151:5
consensus 45:21
　46:12 47:19 49:3
　65:15 69:19
　141:10
consent 55:19
　172:12
consequence 151:8
　166:14 172:20
consequences
　171:22 172:23
consider 63:4,15,18
　63:21,23 64:19
　65:1 96:15 97:8
　117:3,13 133:22
　141:13 167:12
considerably
　113:10 146:15
considered 68:17
　169:24
considering 63:20
consisting 52:3
construct 28:21
consulted 144:5
contact 102:4
contacted 25:20
　26:4,18
contain 17:18
contained 172:4,10
containing 59:15
　62:13 118:25
　119:6
contaminated
　85:14,16 86:2
　159:5
content 7:8
context 20:23 22:19
　23:8,17 24:3

46:20 130:7
　146:24
continue 84:17
continuing 133:7
contract 85:19
contraction 115:14
　153:4 159:18
　171:15
contracts 153:5
　160:17
contracture 115:21
contraindication
　141:6
contraindications
　140:19
contribution 155:7
control 60:22,24
　61:1,10 70:3
　124:7
controls 110:21
conversant 64:23
　64:25
conversation
　141:25
converse 77:13
convinced 50:5
copied 107:23
copies 32:14
copy 6:5 94:17
　101:7,8
correct 5:1 6:1,18
　7:13 8:19 12:16
　13:1,15 14:3
　16:21 17:14,25
　18:10 21:14,19
　22:5 25:25 27:5
　28:3 29:16,25
　33:14 37:21 38:11
　38:12 45:10 52:23
　59:18 83:17 93:15
　93:21 96:25 99:2
　99:6 100:9 101:15
　102:15 108:17
　112:3 116:9 117:6
　117:25 118:16
　119:12 139:19

149:22 160:9,18
　169:22 173:10
　178:3
corrected 5:22
　124:19
corrections 11:12
　178:4
correlate 173:1
correspondence
　17:23 98:7
correspondences
　8:1
cosmetic 110:22
cossan 53:18,19
cost 127:24 134:12
coughing 70:3
couldnt 121:12
counsel 4:11 15:18
　17:12 18:15 19:16
　20:8,9 22:16,17
　23:5,20 24:8
　29:14,21 30:5
　31:3 32:6 72:7
　74:11 82:15 92:8
　108:5,8,11 142:19
　143:13 145:12,15
　179:10
counseled 70:2
counseling 54:23
　86:12 89:6
count 19:10
countries 80:25
country 80:22
couple 32:14
course 93:6
court 1:1 4:10,16
　6:9 94:25
cover 20:16 22:21
　23:11 103:3
covered 9:15
create 70:22 115:24
　153:6
created 111:9
creating 150:24
creation 109:21
criteria 124:25

141:14 152:14
　153:19
critical 49:23 50:1
critically 168:10,18
criticism 82:2
criticizes 78:24
critique 79:1
csr 1:21
cure 68:18,19
　69:16,23,25 70:6
cured 69:23
curious 71:9
current 5:24 26:18
　167:13
currently 83:13
　127:2 137:17
　141:7 153:21
　176:21
curriculum 3:12
　5:19 24:24 101:11
curt 2:12 4:15,25
curve 124:2,4
curved 61:3
customers 174:20
cut 135:24 137:25
　157:6,7
cv 5:25 81:25
cwebb 2:16

D
d 1:10 3:1,3,12,16
　4:1 178:8 179:5
data 55:22 162:1
database 90:10,18
date 4:6 25:23
　35:17 39:15,18
　110:20 178:8
dated 10:18 15:24
　23:2,21 101:25
　103:14 110:15
day 155:11 165:6
　169:15 178:14
　179:14
deal 137:12
dealing 130:13
　174:14

141:14 152:14
debate 47:21,22
december 103:20
　103:25
decide 121:14
　152:9
decision 30:20 50:2
　64:17 84:9,10
　151:6 166:15
decisions 65:7
　172:6
defect 162:3
defective 172:16
defects 16:13 171:1
defendant 1:10
defendants 2:17
deferens 146:3
defined 48:15 55:6
　55:12,13 79:14
　105:4 128:10
defines 124:25
defining 16:4
deformation
　162:19
degradation 42:6
　42:20,22 67:3
　70:12 71:19,23
degree 45:6 54:6
　58:10 136:7 142:6
　163:10 164:14
degrees 164:13
delay 70:22
delivery 100:4
demoed 91:5
demonstrate
　151:25 161:23
demonstrated 91:9
demonstrating
　128:2 147:14
　152:4
demonstration
　175:12,15
demonstrations
　175:5
deny 88:14
department 40:2
　40:12 110:14

125:8 169:10
176:19
**departure** 56:15,18
57:10 62:2 116:21
116:22
**dependent** 60:14
60:17
**depending** 14:5
56:4 61:8 70:5
134:1 148:18
152:7,25 154:12
175:4
**depends** 50:23
90:21 124:24
**deploy** 52:18 57:9
**deployed** 53:21
**deploying** 53:4
54:9 57:16
**deployment** 60:1
**deponent** 4:11
178:1
**deposed** 25:9,11,12
120:17
**deposition** 1:9 3:2
3:11 4:7 5:3,9,15
6:1,12 7:6,11 9:5
9:8,21 12:25 15:3
20:6,7,11,23,25
21:2,10,17,25
22:7,9,10,11,12
22:18,24 23:1,4,7
23:13,16,21,23
24:2,7 26:8 28:1
98:17 115:21
171:9 177:7,9
179:5,7
**depositions** 13:8,11
13:16 20:18,20
25:3 28:1 45:8
94:5 98:13
**dermal** 16:14 171:1
**describe** 48:23
123:14 131:7
132:2 147:13,19
**described** 58:17
133:20 134:23

**describing** 173:24
**description** 42:12
66:6
**descriptions** 14:7
**design** 79:23 82:3,9
82:16,22 96:16
97:16 158:10
161:9
**designed** 75:14
82:5 123:11 167:6
**desirable** 46:15
104:13 119:20
**desired** 105:11
**detail** 75:1
**detailed** 95:1
**details** 99:11
**deterioration** 69:25
**determine** 30:19
106:4 129:13
148:19
**determined** 110:17
**determines** 147:23
**develop** 33:2 53:20
54:19 93:10 131:8
**developed** 62:25
63:1 72:23 82:5
105:22 106:7
112:12,14 120:4
**developing** 98:3
100:22
**development** 82:4
82:9,16,22 97:14
158:10
**deviate** 61:9
**deviation** 54:19
57:15,20
**device** 59:14 62:13
62:25 64:4,13,13
64:15 66:1,13
79:8 82:6 83:2,15
83:21 86:16 87:23
90:19,22 93:24
94:1 95:7,8,15,16
96:21,22,23 97:6
103:13,19,23
104:2,13 105:9,23

106:6,10,15 109:8
109:14,17,18,19
110:9,10,17,20
111:5,6,9,10,12
111:17 113:18
116:19 118:25
119:6,10 124:8,12
128:2,3,13,18
137:20 145:1,10
147:14 152:5
158:15 161:9,10
173:12
**devices** 51:18,24
56:15 58:5 63:13
63:20 73:11 75:18
82:4,10,17,23
90:8 91:2 110:18
110:24 111:24
112:2,3,7 139:17
169:19 172:16
173:4,18 174:5
176:5,8
**diabetes** 141:4
**diagnosed** 33:12
156:4
**diagnosis** 71:20
**diagnostic** 146:8
**didnt** 19:6,10 27:25
32:11 38:25 39:13
41:9 59:5 62:20
66:17 69:18 70:25
76:20 79:23 82:11
84:24 90:15 94:21
118:21 121:18
123:2,6 126:18
127:7 129:19
130:19 160:25
162:5,7 164:2
174:11
**died** 132:12 149:19
**differ** 99:18
**difference** 99:22
100:3 113:15
114:2 129:19
135:17 137:15
138:23 165:23,24

**differences** 118:19
159:6
**different** 12:2
17:24 30:4 31:16
36:10 45:12 47:18
57:25 58:19 61:15
63:25 76:14 77:5
83:8 84:17 100:1
108:1 109:25
110:12 112:9
113:11,21 114:3
118:4,5,10 119:4
120:9 125:12
130:21 135:1
143:2 150:16,17
161:14,17 166:23
167:1,3,8 171:25
**differently** 13:25
25:7 62:22 135:1
**difficult** 77:15,17
114:14 136:2
155:24
**difficulty** 136:4,7
**dilemma** 60:12
151:4
**diligence** 82:3,21
158:10
**dimensions** 42:10
68:11
**dimock** 1:6 4:8
**direct** 160:14
**directly** 43:18
111:17 156:8
**disadvantages**
100:13
**disappointed**
132:16
**disapprove** 65:25
**disc** 51:14 98:21
164:24
**disclose** 75:17
144:24
**disclosed** 74:24
**disclosure** 55:1
**discuss** 10:1 39:17
111:3 169:15

174:20
**discussed** 9:13,15
26:3 94:7 98:8
102:9 118:21
120:1 128:14
173:4
**discusses** 171:21
**discussing** 91:22
93:18,19 122:20
165:10
**discussion** 21:24
100:6 122:19
175:12
**discussions** 168:23
**diseases** 135:3
**disorders** 40:2
**displaced** 105:8
**disputing** 127:12
**dissected** 119:23
**dissection** 119:17
119:20 136:4
**dissolve** 166:1,15
**dissolved** 113:3
**distensibility** 58:1
118:12,23
**distensible** 70:21
**distortion** 115:1
**distribute** 102:3
**district** 1:1,1,6 4:9
4:10
**diverge** 46:22
**doctor** 26:21 50:3
59:1,7 133:17
138:18,18,22
140:2 143:14
144:17 150:15
156:18 160:15
**doctors** 47:21 49:2
70:7 73:9 80:16
138:23 139:1,14
143:18 150:18,21
153:8 167:16
174:21
**document** 6:15
16:16 19:23 44:21
66:15 74:25 94:11

Bobby Lewis Shull, M.D.

94:21 167:17
**documentation**
83:9 84:18
**documented**
100:16
**documents** 5:14
7:25 8:8,14,21,24
14:6,21,22 17:19
18:14 19:4,14,14
19:15,20,21,21
20:3 24:12 44:20
64:12 82:9,13,16
92:5,6,7,12,12,19
93:12,20 94:5,6
94:10 98:7 101:18
102:8,18,19 103:5
108:13 110:13
154:2 160:25
161:1,4,4 163:18
174:13,18
**doesnt** 24:23 45:2
46:12 68:8 74:25
77:4 89:12 97:3
113:21 114:22
116:3 120:11
129:19 137:14
138:22 139:9
145:24 146:6
153:25 163:2,6
**doing** 11:23 14:13
21:17 24:9 60:16
71:16,17 78:13
87:7 93:5 96:13
104:14 108:24
109:3 117:12
127:2 132:17
134:2 155:18,22
176:17
**dollars** 27:9,10
**domestic** 174:24
**dont** 6:10 7:5 11:7
11:9 12:4,7 19:23
20:14 25:23 27:1
27:3,3 28:8 31:16
31:25 34:13 35:17
36:16,17,18 39:17

43:14 44:11 45:6
47:19 48:17 55:20
60:15,20 61:10
62:9,10 64:1,23
65:4 66:20 67:15
70:16 71:7 72:8
72:20,25 73:6,25
75:7,9,11,13
76:22 78:17 81:2
81:20 83:19 87:19
88:9,10 89:10,10
89:13,18,25 90:11
90:25 93:2,8 94:8
94:8,13 97:24
98:2 100:15,22
102:23 104:25
105:2 110:6,9
111:10,11 113:9
117:20,20 118:8
119:11 121:4,11
121:15,16 122:1
124:6 126:13
127:9,11 128:8,13
128:14 130:20
131:14,18 133:4
135:7 136:6,14,17
136:18 137:11
139:6,8,8,9
140:25 142:8,10
142:18 143:5
144:6,12 145:13
146:2,3,25 147:10
151:5,7,7 153:4
156:24 157:1
158:20 160:3,14
162:22,24 164:9
165:21 166:15,22
167:21 173:14
176:18,19,21,24
177:1,2
**doubt** 82:11 155:12
**downward** 131:25
132:8 133:16
**dr** 3:13,17 4:11,25
5:13 7:8 8:8 9:6,9
12:23 17:5 26:3,6

26:9,18 28:22
31:18 37:6 40:5
41:10 46:4 49:13
53:18,18 59:9
72:23 73:3 75:24
76:3 78:9,10
81:22 92:24 98:17
98:23 104:10
105:23,24,25
106:21,22 108:18
109:1 117:7,19
122:13 123:7,8
128:21 130:4
131:5 165:1 168:3
177:7
**draft** 10:20,22 11:3
11:4,12,18 18:19
28:9 102:10,11
**drafted** 10:25
**drafting** 28:13
**drive** 8:8,9 103:2
**drug** 79:8 110:22
**duces** 5:14,18
24:15
**due** 11:20,21 38:3
82:3,21 158:10
**duly** 4:19 179:6
**duplicated** 102:24
**durability** 149:13
**durable** 149:1
**duration** 139:21
**dynamic** 134:21
**dyspareunia**
129:11

------

**E**
**e** 2:1,1 3:1,9 4:1,1
77:5 180:1
**earlier** 47:8 56:1
69:21 73:3 85:10
103:3 117:10
118:3,21 120:1,15
123:9,22 127:10
133:20 136:23
140:5 155:4 160:5
**early** 35:10,11

56:22 59:4 74:6,8
87:4 91:19 118:7
**earned** 26:17
**earthly** 143:12
**easier** 77:12
**easiest** 145:19,23
**easy** 119:25 129:12
**editorial** 41:8,10
**educate** 34:22
**educated** 86:20
**education** 16:20
39:16 40:7
**educational** 137:13
**effect** 50:8 79:3
80:2 110:6
**effective** 47:2 83:3
83:16,22,22 84:3
84:13 128:16
**effectively** 83:4
150:19 155:25
158:5
**effects** 47:4 74:8
90:12 159:18
**efficacy** 79:4 84:19
128:3,8 139:16
160:22 161:6
**efficiency** 79:3
**efficient** 83:3
**effort** 79:11 109:8
**eight** 11:19
**either** 36:14 37:22
39:5,19,24 41:11
44:23 47:15 49:5
54:16 56:24 58:22
60:21 65:11,25
79:14 86:8 93:14
99:17 100:13
104:20 105:8
112:11 120:15
124:7 127:19
129:6 135:20
138:4,21 140:1
144:16 155:10
165:22 166:17
**elasticity** 67:6,16
**eliminate** 109:10

114:6,16,22
152:18,21
**eliminated** 151:11
**elimination** 141:21
**elses** 155:6
**email** 17:23 92:14
**emails** 44:20
**employed** 179:10
**emptying** 70:22
**enactment** 110:19
**encompass** 95:17
**endpoint** 48:14
49:7 126:4
**entail** 18:12 19:2
**entails** 22:8
**enter** 160:16
**entire** 22:18 23:7
23:16 24:2 94:21
150:22
**entirely** 41:22
100:1 120:5
160:19
**entitled** 3:14
106:13
**entrapping** 165:18
**entry** 10:20,21
18:18 19:1 137:23
**environment** 57:25
118:10
**equal** 78:15,16,16
125:9 126:8 133:3
146:9
**equally** 87:7
**equivalent** 66:13
110:18
**erode** 136:16
**erosion** 37:5 59:12
73:19 126:1 129:5
159:17
**errata** 178:5
**error** 155:12
156:12
**errors** 156:13
**especially** 39:9
167:6
**esq** 2:4,12

Bobby Lewis Shull, M.D.

**essential** 58:2
  118:12
**estimate** 19:11
  27:20
**et** 1:9
**ethibond** 166:2
**ethicon** 1:3,9 2:17
  4:9,15 8:14,24
  13:20 14:21 17:19
  19:4,13 24:11
  44:1,7,8,8,13,15
  44:19,21 50:22
  65:13 73:8 74:14
  75:9,16 77:19
  79:2 82:3,8,21
  85:1 86:9,14,19
  87:2,15,25 88:9
  88:12,14 89:7,11
  89:12,20 90:1
  91:2 92:5,6,19,23
  93:9,14 94:6 98:8
  102:19 108:13
  139:14 144:24
  151:22 158:9,17
  158:23 159:9,22
  160:5,21 167:16
  174:10,11,13
**ethicons** 161:5
  174:1,9
**evaluate** 54:4 90:3
  123:11 160:22
  161:6
**evaluated** 48:17
  69:22 171:6
**evaluating** 63:8
  173:16
**evaluation** 42:17
  59:10 71:3 72:3
  144:3 159:16
**event** 90:7,18 135:5
  142:12 150:7
**events** 78:6 111:15
  112:19 116:16
  122:8 132:4
  138:12 149:17,20
**everybody** 50:1

69:13
**evidence** 41:25
  42:4 51:22,25
  52:2 85:17 111:23
**evident** 73:20
**evolution** 49:21,22
  104:15
**exact** 7:5 11:7,9
  25:23 27:1 35:17
  36:16 39:18 112:1
  116:19 133:4
**exactly** 12:8 27:4
  42:3 61:21 62:20
  107:15 121:5,11
  140:3 163:3,7
**exaggerates** 61:5
**exam** 173:1,1
**examination** 3:2
  4:20 34:12 168:1
  176:1
**examinations**
  42:18
**examine** 71:10
**examined** 33:12
  70:23 156:4
**example** 14:1 19:24
  20:10,25 32:16,22
  41:23 43:22 44:18
  47:10 48:20 59:6
  60:19,24 66:5,9
  70:18 74:7,22,24
  75:23 76:20 85:8
  91:20 92:14 94:14
  94:15 116:12
  126:24,25 133:24
  137:4 140:21
  145:17 147:24
  148:12,22 155:3
  160:13 162:25
  165:16 169:17
  171:11 172:9
  175:18
**examples** 92:5
  171:20
**exams** 48:22
**exception** 67:14

112:22 117:11
  151:18
**exceptional** 42:18
  144:20
**exceptions** 154:24
  166:10
**excerpts** 94:19
**excess** 116:4
**excessively** 141:3
**exchange** 98:5
**excision** 129:6
**excluded** 94:25
**excuse** 14:5 18:21
  35:10 40:1 45:3
  46:3 57:5 58:6
  63:6 65:23 67:5
  68:2,24 72:20,21
  75:21 79:9 82:7
  83:7 89:10 92:10
  92:17 93:22 94:8
  95:1 105:5 108:23
  111:8 112:9,10
  113:22 118:24
  119:17 128:7
  129:10 166:25
**executed** 152:17
**execution** 60:17,18
**exercise** 82:3,21
  158:10
**exhibit** 4:2 5:8,23
  5:25 6:12,13 10:9
  10:16 37:11,12
  100:11 101:3,13
  101:22,23
**exhibits** 91:13,14
  174:25
**expect** 48:18 56:13
  78:25 132:15
  140:3 142:5,17
  149:4,5 166:23,25
  167:2 172:8
**expectation** 146:20
**expectations**
  122:23 145:17
**expected** 18:23
  28:25 166:4

**expense** 134:9
  154:19
**experience** 35:11
  45:17 50:4 63:12
  76:16 77:8 86:24
  95:5,6,13,14,18
  95:22 96:16 109:4
  169:2 173:9,15
**experienced** 86:20
  96:11
**experimental** 63:10
**expert** 3:16 6:7
  25:5,13,15,21
  28:7,11 29:2,3,6,9
  29:12 33:2,10
  35:8 63:4,8,15,18
  64:20,24 65:1,5
  65:22 92:4 94:7
  94:11 97:9,13,14
  98:25 99:4,9,10
  101:3,8,14 120:16
  136:23,24 169:24
**expertise** 89:20
  167:14 172:25
**experts** 143:11
**expires** 178:16
**explain** 10:21
  156:11
**explained** 94:7
**explant** 72:5 77:17
  120:14 144:1,2
  171:17 173:16
**explantation** 41:17
  169:17
**explanted** 41:19
  166:24 167:4
**exposed** 42:1
  114:11 166:2,7
**exposure** 59:13
  73:19 74:22 76:11
  76:21 86:23
  114:23 126:16
  127:18,20 159:19
  169:14 172:21,23
**exposures** 115:13
  123:18

**expressed** 51:17
  88:11 111:20
  118:15
**extended** 134:5
**extension** 126:6
**extensive** 86:24
**extent** 75:6
**external** 53:5
**externally** 93:14
  121:13
**extra** 127:6
**extremely** 155:24
**eye** 116:2

**F**
**fact** 36:19 38:1,23
  52:19 60:13 61:14
  67:25 77:17 80:22
  81:18 85:19 93:2
  98:1 106:8 107:9
  110:13 116:7
  122:16 124:3
  130:2 143:3 144:5
  147:3
**factors** 122:18
  139:22
**failed** 75:16 79:2
  144:24 153:23
  161:22 163:21
**failing** 148:4
**fails** 147:25 148:1,5
**failure** 46:14 76:10
  76:14 86:22 148:1
  148:1,3 152:15
**failures** 152:16,19
**fair** 6:21 19:17
  28:24 29:8 33:1
  45:14 99:12,19
  101:20
**fairly** 48:15
**fall** 47:17 115:9
  131:12 143:4
**familiar** 7:7 15:14
  30:8 64:9 67:17
  97:18 173:20
  174:6,8

Bobby Lewis Shull, M.D.

**familiarity** 170:3
**familiarized** 11:2
**family** 132:5,11
**far** 14:12 53:11
  115:9 122:5
**fascia** 59:2
**fashion** 10:4 52:4
  78:14
**fast** 171:7
**favorable** 54:16
  168:19
**fda** 34:20 35:4
  63:19 65:18,22,25
  66:18 80:8,13
  83:1,14,20 84:1,6
  84:10,12,16,24
  86:16 87:17 90:6
  90:11,17 110:14
**feasibility** 54:8
**february** 10:18
  101:25
**federal** 94:25
  110:22
**fee** 11:20
**feedback** 90:3
  160:23 161:6
**feel** 40:3 62:22 63:7
  79:2 95:21 96:11
  97:13 133:8 142:1
  172:24
**feels** 47:15 83:21
**fell** 58:7 133:6
**fellow** 145:9
**fellows** 34:25 35:5
  37:6,9 81:10
  169:4
**fellowship** 34:22
**felt** 133:2
**female** 34:24
**fibers** 118:7
**fibromyalgia** 141:3
**fibrosis** 137:19
**field** 85:14,15,16
  86:2
**fields** 169:25
**file** 1:3

**filed** 5:18 6:9
**fill** 105:6
**final** 11:18 16:12
  23:19 102:11,12
**finalize** 18:15
**financially** 179:11
**find** 31:1,11 53:7
  74:2 107:5,9
  124:16 125:4
  126:11,24 130:25
  153:11
**findings** 171:18
**fine** 98:14 99:20
  158:5
**finish** 102:9 151:25
**firm** 14:11
**firms** 14:12
**first** 4:19 7:10 9:2
  10:20,21 18:18
  23:10 25:20 26:18
  35:12,16 51:21
  70:1 103:11 106:9
  106:16,17,19
  107:20 109:7
  117:11 119:25
  153:11 157:22
**five** 27:9 76:9 103:9
  108:7
**fix** 145:20 146:1
**fixed** 104:20
**flat** 163:4
**flatten** 163:10
**flexibility** 118:23
**floor** 40:3 77:21
  92:21 146:15
  158:18
**fly** 154:5
**folder** 7:22 22:5,6,7
  86:4
**folders** 17:18 20:5
**follow** 69:24 70:12
  72:9 96:6 125:19
  146:11,12 148:19
  153:10,16
**followed** 54:9
  55:13,24,25 56:7

56:11 70:10 71:12
  139:23 148:23
  153:15
**following** 69:9
  79:12 103:21
  130:10 154:24
**follows** 4:19
**followup** 76:1
  92:14 122:11
  123:12 126:6
  138:10 139:21
  141:15 154:11
  168:25 175:23
**food** 110:22,22
**footnotes** 171:11
**force** 91:15
**foregoing** 178:3
**foreign** 115:19,23
  120:1 136:19,20
  137:2 142:11
**foreseeable** 142:13
**forget** 44:9,12
**forgive** 12:7
**forgot** 107:15
**form** 13:5 14:23
  17:15 26:23 29:15
  29:22 30:6 31:5
  31:15,22 32:7
  33:20 37:24 38:5
  40:22 43:2,20
  44:4 46:2 47:23
  52:15,24 53:16
  54:3,21 57:12,14
  59:24 62:8 64:8
  64:21 65:2 66:2
  66:19 68:23 74:18
  75:12 80:10 81:1
  82:18 83:6,18,24
  84:5,15 86:17
  87:18 88:16 89:9
  89:24 90:9,20
  91:11 93:1 94:2
  97:1 99:24 105:20
  111:7 115:22
  116:10 117:18
  120:6,25 134:24

136:22 137:21
  140:11 143:20
  144:11 147:17
  162:23 166:18
  169:21 171:23
  172:18 173:22
  174:2,16 176:9
  178:4
**formal** 33:16 34:2
  34:11
**format** 9:13 11:2
  18:20 28:10,23
**formation** 68:13
  138:2
**formed** 137:24
**forth** 179:6
**forward** 72:7
**forwarded** 19:15
**found** 23:19 29:20
  31:16 52:2 72:13
  108:9 153:13
  168:22
**four** 20:5 23:12
  40:1
**france** 53:18 80:19
**frankly** 71:8
  102:21 123:17
  128:9 143:12
  150:18 151:11,15
  154:24 160:3
  166:5
**free** 131:7
**freedom** 68:8
**french** 53:19,22
  55:17
**frequently** 69:11
  75:1 92:3 145:18
  155:8 165:25
  169:15 174:25
  177:2
**front** 14:21 17:6
  19:3,9 48:11 61:9
  65:22 102:25
  103:8
**full** 4:22 18:2 19:3
  20:22 55:1 75:6

**fully** 76:23
**function** 58:2,11
  69:24 70:20 74:8
  118:13 132:13
  149:6 159:19
**functional** 15:21
**further** 84:19
  175:21 179:9
**future** 135:6
  142:13

—————————
**G**
—————————

**g** 4:1
**game** 157:16
**general** 6:4,18 7:7
  7:12 8:2,3 9:16
  10:19,25 11:5,14
  11:23 12:1,6,13
  12:15,20,21 13:6
  13:19 14:16 15:4
  17:13 18:9,14,16
  18:19 19:17 24:9
  24:19,24 25:5
  26:13 27:22 29:23
  31:10,13,21 32:4
  32:19 33:1,6,7
  39:7,10 40:21
  44:21,25 48:16
  58:20,23 62:9,13
  85:9,18,24 87:8
  94:24 95:2 99:1
  99:11 107:10
  110:21 114:5
  120:16 125:3,4
  126:2 134:19
  136:7,25 137:12
  138:16 145:12
  147:2 150:17
  159:16 160:20
  169:11 174:1,23
**generalization**
  125:8
**generally** 16:19
  26:20 27:14 68:17
  85:6 94:3 102:17
  115:10,10 126:8

130:2 138:15
169:9 170:15
**geometry** 167:10
**getting** 29:1 68:12
79:11 114:24
119:17,20 135:22
139:22
**giselle** 20:11 21:11
21:18
**give** 26:16,20 38:15
39:15 51:5 55:1
65:21 75:23 81:24
94:13 132:23
148:12 156:19,20
159:25 161:4
**given** 5:25 13:3
15:11,12,20 20:18
20:19 21:1 24:6
26:1 28:9 29:3
30:5 32:10,13
50:5 65:16 79:14
86:5 101:17
140:18 178:3
179:7
**giving** 25:21 101:4
**glad** 170:13
**glean** 45:1 53:17
**global** 127:22
**globally** 172:7
**glue** 105:1
**gmail** 2:8
**go** 7:10,15 9:12
16:23 19:20 20:1
28:10 29:6 30:2
31:1,10,11,19
32:2 38:25 41:1
42:2 44:10 46:22
61:13 62:1 74:2
74:25 94:15
113:13 131:18
134:8 135:13,19
136:6 138:17
139:12 143:17
149:7 157:17,23
163:2 174:22
**goal** 46:21 58:9

122:15 124:21
148:6
**goals** 145:25
**goes** 28:15 60:25
64:4 73:14 122:5
124:4
**going** 5:7 6:11 9:19
11:10 16:25 18:13
22:6 28:16 34:23
35:18 43:5 47:9
49:15 51:7,10,16
60:10 61:4,7 70:2
70:8,9 79:13
98:17 101:2
111:19 113:22
114:9 115:19,23
120:8,10 126:3
129:8 132:16
133:3 134:3,23
138:6 140:24
142:19 146:13
148:9,12 149:7,17
151:6 153:10
154:3,15 156:22
156:23 157:4,5,8
157:11,12,12,15
158:1 160:17
164:20 169:16
177:7
**golkow** 4:5
**good** 47:21 49:3,21
60:24 61:10 72:13
77:4 110:24
126:22 140:15
152:23
**goodwin** 1:5
**govern** 97:9
**governing** 97:19
**government** 64:2
65:10
**governmental**
64:16
**grade** 45:6 137:16
**graft** 72:5 100:2
119:21
**granulation** 137:3

**great** 122:4
**greater** 49:12 50:7
90:24 126:12
127:21,24 135:10
**gross** 41:25 42:12
**group** 40:23 43:13
47:14 53:19,23
54:23 55:6,12,13
55:17 65:11 76:7
78:9 81:11 86:19
86:19 93:7,11
106:17,20 109:1
110:8 113:19
123:1,2,10 124:7
124:11 128:10,12
131:16,22,24
132:25 133:11,16
138:13,14,15
140:22 141:10
142:16 143:7,7,8
147:19,20,21
148:16,23 149:25
150:23 155:15
176:21,23
**groups** 46:6,7
47:18 70:14
132:24,24 152:13
162:3
**guess** 42:23
**guidance** 28:21
**gyn** 176:13,14
**gynaecology** 15:24
**gynecare** 51:3 52:7
79:10 92:21
**gynecologic** 85:2
158:24
**gynecological**
36:11 45:22
117:21
**gynecologist** 16:15
**gynecologists** 61:19
175:17
**gynecology** 16:6
59:6 103:14,20
104:3,6 109:1
122:13

**gynemesh** 52:7
53:1 104:18
112:10,21 113:4
158:19

---

## H

**h** 3:9
**hadnt** 110:2
**hale** 2:5
**half** 18:3 82:13
**halina** 122:13
**hamilton** 23:21
**hand** 179:13
**handed** 6:11 46:4
107:18
**hands** 50:8
**handwritten** 6:16
6:22 15:25 16:7,9
19:25 20:2 21:5
**handy** 170:17
**happen** 72:4 88:8
115:2 116:8
134:20 138:2
142:20
**happened** 42:3
59:3 61:21 65:12
92:15 121:11
129:24 131:8
163:24
**happens** 60:2 61:3
116:6 121:3 124:3
129:21 132:3
149:6 162:21,24
**happy** 138:25
139:2 158:7
**hard** 74:11,23
123:3
**harm** 146:24
**harmed** 82:25
147:1,6
**hasnt** 84:6,23
149:11 152:21
**havent** 13:4 26:19
40:4,24 43:9
49:25 50:18 56:7
63:11 64:1 69:14

72:1 95:1 98:2
131:2 156:13
159:12
**head** 115:7
**heal** 116:15 138:1
**healing** 68:12
105:10 119:24
**heals** 135:21
**health** 110:14
131:25
**heard** 54:15
**hearing** 128:14
**heart** 116:2
**heed** 85:2 158:23
**held** 4:7 74:14
**help** 121:14 147:7
**helpful** 19:16 30:20
54:25 55:4 124:16
142:22 147:18
**hereinbefore** 179:6
**hereunto** 179:13
**hernia** 85:2,5,9,14
85:21 145:22
146:1,10 158:24
159:1 171:17
**hernias** 145:20
**hes** 8:10 78:10
157:4
**high** 27:3 70:7
125:1 141:11
166:11
**higher** 129:8
**highlighted** 22:9
86:6 163:23 164:3
**highlighting** 16:16
16:17 20:1,2
22:11
**highly** 86:19,20,20
**hinoul** 23:1,2
**historical** 173:2
**historically** 58:6
**history** 74:3 141:2
141:11 164:6
173:1
**hold** 17:8 59:6
105:1

Bobby Lewis Shull, M.D.

**home** 9:7 163:25
**honest** 27:4 47:24
**honestly** 12:12 27:1
**hoped** 104:16 106:5
**horizon** 45:17
**hospital** 89:15,22
   144:3 160:12
**hospitalbased**
   89:16
**hospitals** 89:13,22
   160:8,16
**host** 16:12 170:25
**hour** 6:24 11:20
   102:14
**hours** 6:23 9:11,18
   11:19 102:13
   157:17,18,19,21
   157:22
**houston** 2:14
**human** 110:14
   171:10
**humans** 85:20 97:7
**hundred** 143:8,9
**hundreds** 61:20
   163:1
**hurt** 133:8 151:7,9
**hydrodissection**
   79:18,19
**hymen** 49:6
**hypothetical** 88:2
   151:22 152:3
**hysterectomy**
   153:25,25 154:4

**I**

**id** 86:5 170:13
**idaho** 143:9
**idea** 21:25 22:23
   26:21 28:18 76:8
   93:11 114:6
   126:22 143:12
   144:8
**ideal** 46:24 48:23
   55:11 78:21
   115:25 116:5
**ideally** 58:9 78:14

**ideas** 46:22
**identical** 13:23
   14:2 99:16
**identification**
   141:22
**identified** 57:11
   93:17 121:23
   141:11 155:8
   159:11,14
**identify** 4:12 136:4
   141:24 149:22
   151:4
**identifying** 68:3
**ifu** 79:19 97:16
   98:3,6,8 140:21
   140:23 141:1
   163:13,15 164:5
   172:4,10
**ifus** 97:9,19,22,23
   172:1
**ignore** 5:9
**ii** 110:17
**ill** 9:2 21:9 48:16
   72:5,15 73:15
   75:23 76:25 77:11
   78:8 98:11,12
   103:9 132:11
   167:23
**im** 4:4 5:3,7 6:11
   8:15 10:14,15
   11:10 12:6,10
   15:6,7 18:21
   25:17 28:16 30:8
   35:17 37:7 42:23
   43:8 51:3,16 56:9
   56:10 60:16,20,23
   63:6,7 64:7,9,23
   65:5,8 67:14,17
   72:10 78:9 80:21
   87:19 90:15 94:13
   94:17,22 95:10,12
   97:10,11,13,13
   101:2 107:3,4
   111:3,11,11,19
   128:7,11 129:25

**incision** 61:21
   154:4
**incisions** 116:15,15
**include** 27:24 94:11
   94:21 98:6,9
   136:11 165:3
   168:18
**included** 42:11
   93:20 94:6,6
   123:8
**including** 35:23
   36:20 47:3 64:12
   84:19,22 114:10
   116:16 134:8
   158:19 170:18
   171:6 172:5,11
**inconsistent** 59:16
   62:15,17 119:2,8
**incontinence** 37:3
   41:3 68:25 69:5
   69:12,16
**incorporate** 95:18
**incorrect** 27:7
**incorrectly** 12:9
**indefinitely** 153:17
**independent** 31:1
   31:19 32:2 108:9
**index** 138:19
**indicate** 113:9
   160:25
**indicated** 42:5 53:2
   62:10 128:9
   167:21
**indication** 109:25
   126:14
**indications** 55:8
**individual** 26:4,20
   50:2 52:9 60:8
   64:10 80:25 89:17
**individuals** 40:9
   89:12 102:4
**industry** 97:18
   175:1
**inert** 116:3,8,13
**infected** 85:7,11
**infection** 79:12

**132:9 133:3,13,16
   136:17 138:8
   143:4 145:19
   148:3,11,12
   149:19 151:5
   152:2 153:9 155:1
   156:11,17,18
   157:1,5,12 158:4
   158:4,5,6,7 162:7
   162:12 164:7
   165:7 168:16
   171:12 174:6,8
**immediate** 26:2
   152:18
**immediately**
   142:11 155:8,10
**impact** 116:5
**implantation** 51:23
   111:24 137:20
   162:14,16 166:24
   172:20 175:7
**implanted** 28:5
   35:22 43:15 113:5
   116:11 135:25
   136:10 167:3
**implanting** 140:2
   176:8
**implants** 43:1
**implemented** 53:14
**important** 118:20
   144:14 148:25
   149:13 154:3
   172:5,7,11
**impossible** 143:2
**impression** 139:4
**improve** 46:18 77:6
   106:5 124:20
**improved** 128:17
   128:23
**improvement** 46:9
   59:11 161:23
**inappropriately**
   86:9 87:24 88:12
   159:22 160:6
**incidences** 159:7
**incise** 135:24

   136:17 140:25
   159:3
**infections** 80:4
   164:8
**inflamed** 137:6,7
   137:10
**inflammation**
   115:20 116:4,17
   136:11,12,15,18
   137:7,10
**inflammatory**
   120:1,3 130:18
   171:7,7
**inform** 28:6 91:16
**information** 7:22
   8:1,5 10:4 39:2
   44:17 47:1 52:5
   53:7 55:7,15,21
   56:12 63:25 65:12
   65:15 66:4,8,14
   73:10,13 74:1,12
   74:13,19,24 75:8
   75:10,15,22 83:13
   91:25 98:9 107:25
   108:3 110:10
   111:10 113:9
   130:1 136:24
   139:15,25 140:18
   140:18 147:11
   158:20 164:3
   168:24 170:10,11
   172:4,10 173:2
   174:18
**informed** 55:18
   56:13 76:23 80:1
   140:1 170:11
   172:12
**informing** 54:24
**ingrid** 131:5
**ingrowth** 167:7
**inguinal** 85:9
   145:20,22 159:2
**inhales** 166:13
**inherent** 161:9
**inhouse** 93:14
**initial** 54:1 55:17

Bobby Lewis Shull, M.D.

109:10
**initially** 55:25
  83:11 106:24
  152:22
**injecting** 79:17
**injured** 146:17
**injuries** 47:3 56:3
**injury** 90:22 104:5
  135:23 159:20
**innervated** 114:25
  120:8
**innovation** 78:13
**input** 176:24
**insertion** 59:14
  62:13 118:25
  119:6,10
**institution** 50:18
**institutional** 79:25
  80:5,17
**instruct** 28:16
**instructions** 167:17
  172:1
**instrument** 60:23
  61:6,22
**instruments** 21:15
  60:9 61:3 162:15
**insufficient** 51:22
  111:23
**intend** 163:2
**intended** 55:2 66:7
  70:25 83:4,17
  84:4
**intentional** 166:15
**intercourse** 129:18
**interested** 46:8
  179:11
**internal** 14:6 104:4
  108:12
**internally** 93:18
**international** 15:24
  37:16 103:24
  174:23
**interpret** 30:16
  140:12
**interstate** 110:19
**interval** 166:4

**intervention** 49:16
  131:24 133:18
  134:11 138:4
**interventional**
  103:13
**interventions**
  133:23,23
**intrinsic** 68:13,13
**introduced** 115:19
  130:16
**introduction** 51:22
  58:4 91:19 111:23
  128:2 147:15
  152:5
**invasive** 104:6
**inventor** 92:20
**investigate** 140:13
**investigators** 171:4
**invoice** 6:5,16,22
  7:1 10:11,18
  11:11 27:25
  101:25 102:2
**invoiced** 10:11
  26:19,20
**invoices** 3:13,17
  26:25
**invoicing** 10:8
**invoke** 120:1
**involve** 40:19 56:23
  134:7
**involved** 29:1 40:19
  87:11 97:10 106:8
  153:9
**involving** 40:20
  59:15 62:14 119:7
**irreversibly** 129:4
**isnt** 24:18,20 25:17
  30:9 32:12 48:24
  49:14 61:1 62:2
  70:7,20 74:5 75:5
  85:14 120:2 125:1
  130:2 132:9
  138:25 139:10
  140:21 145:15
  146:21 149:7
  152:24 159:4,5

163:6
**isolated** 141:5
**issue** 38:7 48:15
  59:12 61:11,12
  63:25 70:8 86:6
  88:7 92:15 111:12
  130:10 139:10
  143:2 149:1,14
  152:12
**issues** 74:3 85:25
  88:4 108:19 123:4
  130:13 146:15
  147:1 154:2,14
  169:13 172:23
**italy** 93:4,6
**item** 128:1,15
**items** 168:25
**iteration** 122:2
**iv** 166:13
**ive** 5:25 12:10
  14:25 28:22 35:20
  37:12 39:12 67:11
  70:23 71:5,6,10
  71:15 72:2 77:22
  86:21 96:6 98:2
  101:8 120:14
  144:17,17 145:12
  155:19 157:19,20
  163:1 173:14,15

**J**

**j** 51:3,3 65:13,13
  93:9,9
**jacquetin** 53:18
  72:23 75:24 76:3
  78:9,10 92:20,24
**january** 7:1 11:11
  11:12,13,14,15,17
  15:25 23:22
  163:17
**jean** 1:6 4:8
**jessica** 81:22
**job** 30:18 43:3,4
  47:8 77:11,12
  132:6 133:9
**johnson** 2:17,17

**jones** 23:21
**joseph** 1:5
**josephine** 25:16
**journal** 15:1,24
  16:15 32:3 33:18
  34:4,16 37:17
  81:8,8 103:14,19
  103:24 104:3,6
  108:25 122:12
**journals** 31:6 131:6
**judge** 1:6
**julian** 59:9 73:3
  117:7,19
**june** 104:7
**justifiably** 141:13
**justification** 106:9

**K**

**k** 64:5,9,11 65:8
  83:11 98:4 110:16
  112:10
**kaplanmeier**
  149:10
**keep** 104:22 105:10
  157:12 162:11
  167:13
**key** 118:19
**kind** 14:9 34:10,15
  41:12 45:3 46:12
  53:24,25 55:18
  61:22 106:4 115:9
  128:5 129:15
  130:21 135:8
  154:4 168:13
**kingdom** 106:22
**kirkemo** 22:7
**kit** 21:5,19 52:7,21
  72:17,20 73:1,7
  93:3
**kits** 72:14,19 86:13
  173:20 176:20
**knees** 149:4
**knew** 38:24 75:3,5
**know** 7:5 11:7 12:4
  12:16 20:14 21:23
  22:2 27:1,3 31:25

35:17,17 36:4,16
  36:16,17,19 38:22
  38:22 40:4 42:2
  47:2,6,6 48:18
  53:9,10,24 54:4
  55:16,20,23 56:6
  64:3,17,23 65:4,5
  65:17,24 66:20
  71:25 73:6,22
  75:6 78:12 80:15
  80:22,24 81:2,18
  81:20 83:7,7,19
  84:1,6 87:19
  88:10,19 89:10,10
  89:18,20,25 90:6
  90:11,23 91:1
  92:23 93:2,2,7
  96:1,3 97:11,12
  97:20,23 100:15
  100:22 109:4
  110:6 117:20,23
  118:8 119:25
  121:1,11,19,24
  122:1 123:3
  127:18,20,20
  128:5,8,13 135:12
  135:14 136:14,15
  136:18 137:6,11
  139:10 142:2,2,17
  142:18,21 143:16
  144:6,12,16,18
  145:11 147:9,10
  149:5,21,24 150:2
  150:2,3,11,13
  151:6,14 153:4,6
  153:14 154:3
  156:13 157:1,4
  162:20,22,24,25
  164:17 165:20,21
  169:15 173:14
  175:2 177:1
**knowing** 172:7
**knowledge** 28:20
  30:1 32:21 33:2
  40:11 41:21 52:17
  74:21,21 81:23

87:3 88:23 92:17
93:9 95:6,14
100:4 110:7 111:8
119:19 142:7
147:3 150:13
159:17 173:7,23
174:13 176:18
**knowledgeable**
9:14 63:21,23
65:5 76:4,6 78:10
96:12,12,15
**known** 153:3

## L

**lab** 155:15,20
**labeled** 15:21 22:21
23:14
**labeling** 110:25
**laboratory** 63:9,10
66:9,23 67:22
**labs** 155:19
**lack** 57:6 68:8
75:17 78:24
135:23 140:8
144:25
**lacked** 158:17
**lacks** 77:20
**language** 164:17
**large** 115:23 117:6
138:12 171:15
**lasted** 139:22
**late** 58:21,24
**laudable** 46:21
**laughing** 70:3
**launched** 21:12
**law** 14:11,11 63:22
**lawyer** 26:7 144:2
144:15,21 161:3
**lawyers** 143:17,18
143:23 144:10
181:1
**lay** 28:10 114:16
163:3
**lead** 162:18 175:11
**leading** 172:22
**leak** 80:4

**learn** 42:3 55:2,8,9
73:13 80:2 148:8
**learned** 149:16
154:5 169:1
**learning** 46:23
53:12 124:2,4
125:17 135:2,3
149:23
**leave** 170:20
**leaving** 158:14
**lecturing** 145:19
**left** 7:25 17:17
100:19 113:4
114:10
**legal** 28:19,25 72:6
88:3,7,10 143:13
**legally** 89:11
**lend** 45:2
**length** 42:11 140:8
151:21 152:3
**lesser** 83:9
**letter** 63:22 110:15
121:7,9
**level** 58:19 83:12
84:18 86:21 89:20
90:21,23 119:19
132:20 134:5,6,11
137:16,18 172:25
**levels** 83:8 160:1,3
**lewis** 1:10 3:3,12
4:18,24 178:8
179:5
**liability** 1:4
**licensed** 88:15
**lie** 163:6
**life** 74:7 126:7
131:20 132:1,21
133:22,25 134:16
134:21 143:1
151:19
**lifealtering** 131:10
**lifechanging**
130:23 133:19
**lifelong** 142:25
**ligament** 135:20
**ligaments** 165:18

165:18
**lightweight** 171:15
**likelihood** 79:11
105:7 114:23
124:17 126:17
127:3,6 129:5
147:5,7
**limit** 153:7
**limited** 45:16 58:22
140:19 175:15
**limiting** 55:5
**linda** 41:10
**line** 169:25 180:3
181:2
**list** 5:21 24:15,16
25:4,6,10 102:8
130:23
**listed** 29:11 102:2
**listen** 32:1
**listening** 173:16
175:18
**listing** 110:24
**literature** 7:16 8:14
8:17 13:15 14:5
14:20 19:3 29:7
30:3,8 39:4,4,17
41:14 44:2,7,13
44:16,22 45:7
48:12 53:1,18
72:13 81:8,17
85:3,17,18,19
92:1 97:21 100:24
102:9 105:21
108:15 122:7
127:11 128:16
139:11 143:6
158:24 167:13
168:4,6,11,17,18
170:4 171:20
173:8,21,24
**litigation** 1:5 12:3
14:13 24:8 26:17
28:7 29:2,4 35:9
43:18
**little** 6:23 51:4
66:16 107:5 120:9

149:25
**live** 93:5
**livenote** 1:21
**lives** 131:8,19
135:5
**living** 53:6
**llc** 2:3 110:16
**llp** 1:16 2:11
**local** 79:20 81:13
120:3 130:18
166:12
**locate** 15:10
**location** 1:16
105:11
**long** 9:9 22:23
55:14,24 56:11
58:17 70:13 75:2
139:22 146:11
148:19 149:3,4
153:5
**longer** 56:7 69:24
84:8 93:24 105:16
113:1 125:19
149:7 153:14
154:13 168:25
177:3
**longitudinal** 78:19
**longterm** 73:14
86:12 123:22
**look** 9:2 18:7 19:5
19:11 22:6,10
30:13,18 32:15
39:1,14 49:17
54:10 72:15,21,22
72:25 74:7 76:19
78:15 79:24 86:5
95:19 106:25
107:2 122:15,18
122:22 126:9,19
127:11 128:12,25
129:1 130:5 154:6
162:1 164:2
166:23,25 167:3,8
169:14 170:12,14
170:16,16
**looked** 9:16 20:2

39:12 54:7 63:9
66:25 97:25 98:1
122:14 123:10,18
149:15 171:4,5,8
**looking** 18:23 46:9
49:12 67:15 79:17
97:4,5 107:15
109:12 123:15
124:10,13 125:24
129:15 137:1
152:14 171:11,12
**looks** 6:15 10:9
66:18 101:24
103:23 174:19
**loop** 72:10
**losing** 18:21 63:6
**lost** 134:9
**lot** 53:21 96:1,3
99:10 121:19
127:6 129:15
143:10 144:14
146:19 151:14
**low** 129:4
**lower** 83:12 132:8
132:20
**lunch** 170:21
**lying** 136:3

## M

**m** 1:10,14 3:3,12,16
4:7 5:5 6:5,6,8,18
10:19 11:24 12:14
13:1,4,17,24 17:2
17:2,14 18:9 24:9
25:22 29:12 30:22
31:11 32:20 33:11
36:15 37:23 38:14
38:16 39:6,20,24
40:10,14 44:3,24
51:12,12,18,23
56:14 58:5 59:21
62:6 67:1 73:11
75:18 80:17 82:4
82:10,17,22 84:2
84:12 86:10 88:13
98:19,19,25 99:9

99:17,23 100:1,8
100:14,22 108:22
111:21 112:2,7,13
112:15,20,23
113:2,8,11,13
114:1,9,18 115:12
116:20 118:15
119:5,9 121:25
128:20 135:18
139:19 140:5
159:25 161:12,17
164:22,22 165:11
166:17,21 168:5
169:12,12 172:16
173:4,18 177:10
178:8 179:5
**maam** 172:3
**mac** 166:12
**magic** 145:16
**magnified** 61:6
**main** 113:15
**maintain** 109:22
**maintained** 90:18
**maintenance** 58:1
118:11
**major** 124:6 159:6
**majority** 15:14
140:20
**making** 17:13 67:9
88:23 100:16
148:11 172:6
**man** 146:2
**manage** 55:9 61:8
130:11 141:18,19
143:2 150:8,14,19
151:4,13
**managed** 131:13
**management** 73:12
130:21 139:17
**managing** 142:6
154:8 173:16
**manipulate** 163:5
**manufacturer**
12:11 64:4 95:7
95:15
**manufacturing**

63:13 110:24
**manuscript** 122:20
122:23
**march** 1:13 4:6
20:15 179:14
**marcus** 105:23
**margaret** 2:4 4:13
10:11,12 11:16
26:9 102:2,6,10
103:2
**mark** 6:11 105:24
**marked** 4:2 5:8,23
5:25 6:13 15:25
21:4 22:7 23:12
37:11,12 100:11
101:2,8,22
**market** 52:9 53:2
83:16,23 84:3,14
84:24 95:8,16
105:12,15 112:7
117:17,20 147:16
152:6 174:10,11
**marketed** 21:21
52:8 56:10 86:1,9
88:12 110:18
159:22 160:6
**marketing** 17:23
92:21 174:10
**marks** 51:14 98:21
164:24
**markups** 16:8,10
16:16,17
**marlex** 117:8,19
118:1,7
**master** 1:3
**matches** 101:25
**material** 15:9,10
69:18 72:6 100:2
100:7 116:8
117:24 119:23
144:2 170:4 171:5
171:21
**materials** 17:24,24
58:16 171:16
**matter** 4:8 9:15
10:2 56:2 71:9

107:9 134:8
**matters** 25:4
**maude** 90:10
**maximum** 157:13
**mckinney** 2:13
**mdl** 1:4 4:14
**mean** 21:6 32:16
40:15 41:22 44:8
44:17 60:15 76:22
88:4 114:1 132:22
134:14 139:9
161:25
**meaning** 21:14
**means** 44:14,16
123:1 134:1
152:16
**meant** 35:21,21,22
**measure** 41:24
123:16
**measures** 67:16
**mechanism** 64:18
105:3
**medical** 7:15 8:17
14:20 15:10 17:11
17:23 19:3,8 29:7
30:2 31:2 32:3
33:18 34:4,16
39:4 41:13 62:25
63:13,20 64:3
65:25 72:12 79:8
81:8 82:6 83:2,15
83:21 85:13 86:15
87:23 90:8,19
91:9,12 93:24,25
95:7,15 96:5,21
96:22,23 110:20
119:10 122:7
128:16 129:6
137:20 145:2
167:13 170:4
173:8,21
**medication** 79:21
**medicine** 34:24
88:7 118:9 142:16
**medium** 123:21,24
**mediumterm**

103:21
**meet** 9:4,19,24
**meeting** 81:10
174:24,24 175:16
**meetings** 91:6,9,13
91:21 174:14,22
**meets** 63:22
**meghan** 11:16
**mellitus** 141:4
**member** 176:25
**memory** 19:7
121:22
**mentioned** 19:6
129:2 158:12
**mesh** 12:3 14:13
15:23 21:15 24:7
28:5,7 29:3 33:13
33:13 35:9,13,21
35:24 36:2,11
40:20 41:7,9,14
41:17,18 42:7
43:1,6 46:1 47:16
47:16 48:5 49:10
49:10,24 50:7,12
50:18 52:3,7,9,19
52:22 53:4,23
54:9 56:21,22,24
57:20 59:5,8,13
59:14 60:1 61:23
62:13 66:23,25
67:4,21 68:11,20
68:22 70:20,21
72:14,17,18,19,20
72:24 73:1,5,6,19
75:25 76:10,21
77:7 85:3,19 86:2
86:13,19,23 87:9
93:3 95:24 100:19
103:12,18,23
104:2,5,22 105:4
105:7,7,23 106:2
106:14 109:3,5,6
109:11,15 111:11
111:13,16 112:23
113:20,22 114:8
114:21,23,23

115:12,14 117:15
119:1,6,14 120:5
120:7,7 123:5,18
124:8,12 125:9,18
126:1,4,8,12,16
126:17,22,23,25
127:6,13,20,22
128:18 129:3,5,6
129:10,16 130:8
130:12,16,16,20
130:25 132:11,19
135:16,19,22,25
136:9,16 144:9
145:13 150:21,22
153:5 154:21
156:5,5,14 158:11
158:25 159:2,4,7
159:23 160:6
161:13,15 162:15
162:18 163:3
165:15 167:6,7
169:3,4,9,13,16
169:18 170:5
172:20 173:20,25
176:5,8,12,15,19
176:20 177:1
**meshes** 57:1,2,3
171:17
**message** 30:19
**met** 4:25 9:6,7
**method** 47:7 64:6
**michigan** 138:14
143:8
**microscope** 67:1
**microscopic** 42:16
42:17 71:20 171:5
**mid** 58:21
**midurethral** 41:23
50:15 61:16,18
67:25 69:9,17
163:1 176:15
**milan** 93:6
**mind** 27:21 78:1,6
99:22 100:12
148:24 170:13
**mine** 89:1

**minimally** 104:6
**minimize** 79:11
80:3,3 105:6
109:9 127:6
**minimized** 100:20
**minimum** 88:20
123:20
**minute** 16:24 33:22
157:24
**minutes** 9:25 11:12
11:13,14,15,16,18
11:19,20 18:18
19:2 102:9,10,13
102:14
**misbranding**
110:25
**missouri** 81:12,20
**mistaken** 12:6 65:8
**model** 16:14 40:24
97:4 171:2,9
175:6,19
**models** 85:20 175:8
**modification**
112:15,16
**modifications** 55:7
**modified** 98:9
**moment** 72:16
107:10 170:21
**monitor** 78:7 90:2
160:21
**monitoring** 86:24
90:7 161:5
**monocryl** 100:18
112:25,25 113:2
**month** 152:20
169:12
**months** 56:2 113:3
123:23,23 129:24
153:12,12,14,18
166:5
**morbidity** 52:5
74:10 139:24
**morning** 5:4 9:8,20
9:24 10:2 98:24
100:7 108:20
124:15 170:19,20

**morphed** 118:4
**mother** 149:19
**motley** 2:3
**mount** 154:1,1
**move** 105:8
**movement** 61:5,5
**mthompsonmd** 2:8
**multicenter** 80:21
81:11 154:18
**multiple** 31:6
133:23 134:6,7,13
134:14,15
**muscle** 53:4 57:17
60:5 113:14,19,22
114:10,13 120:10
**muscles** 62:1
114:19 135:21
146:17

**N**

**n** 2:1 3:1 4:1
**name** 4:4,22,25
11:7,9 23:1 25:9
43:14 97:3 112:24
113:1 122:5
144:21,22
**names** 108:7
144:22
**narrow** 139:23
**native** 45:9 56:19
69:6,8 76:15,17
165:14
**natural** 74:3
**near** 165:18
**necessarily** 74:25
125:22 130:18
**necessary** 55:7
57:22 65:16
136:20
**need** 26:2 53:13
61:20 77:5 78:7
79:22 104:21
123:19 126:11
141:13 143:14
152:10
**needed** 91:24

168:24
**needle** 60:24,25,25
**needs** 83:3 125:15
130:1
**neighborhood**
35:18 133:7
**neither** 83:21 84:13
179:9
**nerve** 60:6 165:18
**nerves** 114:11,19
120:5 146:17
**never** 48:21,21
60:3 85:12 116:6
145:25 151:16
**new** 52:14,19 53:3
53:6 54:19 66:3
109:21 131:18
159:20
**newer** 66:12
**nine** 6:23
**nonabsorbable**
100:1,18
**nonanchored**
103:18 104:2,5
105:23 106:2
**nonbenefit** 158:15
**nonmesh** 126:6,8
**nonphysician** 91:6
**nonresponsive** 62:3
87:13 90:13,14
151:20 156:2
**nonsurgical** 96:5
**nontrocar** 113:20
174:6
**normal** 28:20 58:10
58:11,19 132:3
**normally** 42:9
58:15 60:3 95:25
123:5 132:14
144:15 166:3
**norms** 54:19
**notary** 178:18
**note** 21:5,20 36:18
121:4,18 122:3
**noted** 178:5
**notes** 6:17,22 16:1

16:2,7,9 18:25
19:25 20:2 181:1
**notice** 3:11 5:8,11
5:15
**noticed** 19:24 59:10
59:12
**number** 17:18 22:3
42:11 45:12 52:10
78:18 148:18
156:18,19,20
**nygaard** 131:5

**O**

**o** 4:1
**object** 13:5 14:23
17:15 26:23 29:15
29:22 30:6,23
31:5,15,22 32:7
33:20 37:24 38:5
40:22 43:2,20
44:4 46:2 47:23
52:15,24 53:16
54:3,21 57:12,14
59:24 62:8 64:8
64:21 65:2 66:2
66:19 68:23 74:18
75:12 80:10 81:1
82:18 83:6,18,24
84:5,15 86:17
87:18 88:16 89:9
89:24 90:9,20
91:11 93:1 94:2
97:1 99:24 105:5
105:20 111:7
115:22 116:10
117:18 120:25
134:24 136:22
137:21 140:11
143:20 144:11
147:17 162:23
166:18 176:9
**objection** 13:10
28:12 38:18 62:3
87:13 90:13
151:20 156:2,21
156:25 169:6,21

171:23 172:18
173:22 174:2,16
**objections** 5:18
**objective** 53:7,10
67:16 70:6 74:6
**obligation** 141:24
**obliged** 84:10
**obliterate** 58:8
**obliteration** 58:13
**observation** 68:4
69:2 132:10
**observations** 28:24
53:22 54:13 67:23
78:20
**observe** 72:11
**observed** 67:24
71:18
**obstetricians**
175:17
**obstetrics** 15:24
16:6,15 103:14,19
104:3 109:1
122:13
**obtain** 172:25
**obtained** 87:4
106:4 174:18
**obtaining** 172:12
**obvious** 90:4
140:20
**obviously** 117:9
**occasionally**
166:14
**occur** 55:10 78:7
116:16 138:11
142:12 151:12,13
161:9
**occurs** 75:2,2 120:3
127:18 142:5
165:19,21 166:14
**october** 103:15
**offer** 96:4 116:24
127:13
**office** 166:9
**oh** 10:23 39:15
**okay** 5:7,13 6:11
7:1 8:12 9:3

12:19 13:13 14:9
15:17 16:4 18:18
22:14 25:2 26:16
27:17,20 29:19
34:15 35:7,19
36:14 47:20 63:4
71:11 89:2 92:11
94:19 99:4 101:13
101:17 102:8,17
107:11 108:12
120:22 133:10
136:9 146:19
157:14,23,25
**old** 155:23,24
**older** 140:23
**omission** 5:22
**once** 5:9 16:7,15
22:14 23:3 46:24
47:18 65:9 102:1
116:11 119:22
130:16 132:3
138:20 142:11
**onepage** 23:13
**ones** 7:19 25:6 31:2
31:13,20 32:23
119:15 131:10
133:1,2 139:3
156:12 160:9
172:3
**oneyear** 56:3
107:12 122:10
**online** 103:25
**onset** 152:15
159:21
**opening** 49:6
**operate** 68:1 72:5
154:25 155:17
**operated** 61:20
72:2 109:2 123:14
124:7 149:3
155:20 173:14,15
**operating** 61:18
155:21
**operation** 47:12,13
60:18 69:10 71:5
73:16 129:21

147:25 149:2,19
152:17 160:2
**operations** 69:18
145:23 148:17
**operative** 36:18
121:18 122:3
169:14
**operator** 60:14,15
**opined** 108:20
**opining** 111:11
**opinion** 33:2 51:21
54:18 56:14 62:21
75:5,20 77:7 82:2
82:21 85:25 87:6
88:11,25 89:1,3
90:1 111:22
116:18,19 118:14
119:4 128:15,19
172:15
**opinions** 12:25
13:3,23 45:8
51:17 54:12 78:23
92:5 94:24 111:19
111:20 168:20
170:9
**opportunity** 65:14
121:4 124:19
**opposed** 78:20
**option** 43:9,9 58:14
**options** 96:5
**oral** 14:14 81:18,21
**order** 18:15 20:23
23:17 28:10 57:21
64:4 70:11 78:8
83:15 88:22 94:20
126:21 132:13
163:10
**organ** 16:5 41:5
44:2 45:4 46:8
51:20,24 58:4,12
75:17 76:1 103:12
104:14 106:14
111:25 116:23
136:10 144:25
164:13
**organization** 42:8

81:13,22
**organizational**
50:24
**organizations**
50:25
**organized** 15:16
18:22
**organizing** 18:24
**original** 53:21
73:20 99:25
138:19
**originally** 68:9
**ought** 63:25 77:24
98:8
**outcome** 15:21
30:17 32:23 48:13
48:15,18 49:1,4
75:7 77:4 123:6
123:16 125:2,10
126:5 128:24
135:11 138:17,25
139:4 146:6,9
148:9 150:12
152:7 154:9
179:11
**outcomes** 32:25
46:5,10,14,19
49:7,11,19,20
52:6 54:11,16
56:3,4 60:17 69:7
69:16 73:14 74:9
76:20 78:11 82:24
103:17,21 106:6
107:12 109:5
122:11 123:3,10
123:16,22 124:14
124:20 125:1,8
126:2 127:17
128:17,24 139:12
139:24 147:24
**outside** 49:5 93:6
93:19 140:22
146:7
**outweigh** 45:24,25
**outweighed** 145:7

**P**

**p** 2:1,1 4:1 98:19,19
164:22,22 177:10
**packaged** 21:14
**page** 3:10 20:16,17
20:17 21:1,1,10
22:2,21,21,22
23:10,11,12,12,14
23:22,24 94:15
101:23 103:1
171:13 180:3
181:2
**pages** 21:2 22:3,8
23:10,13,23,25
178:3
**paid** 10:10
**pain** 70:19,19 74:8
74:22,23 75:1,4,5
79:21 80:3 85:21
114:8,12,25
115:16 122:16,17
123:4 126:15
129:17,17,18,18
130:10,11,17,19
130:21 131:13,17
131:23 132:1
133:14,18 136:16
137:5 141:4
142:23,24,25
149:25 150:21
153:4 159:8,17,21
164:6,11 172:23
**painful** 137:6
**palpating** 67:8
**palpation** 172:22
**panel** 65:19,22
**paragraphs** 14:1
94:19
**parameters** 47:3
49:16,18 65:9
78:25 146:6 171:6
**pardon** 101:6
107:12 117:7
160:12 171:2
**parse** 111:3
**part** 18:21,22 30:12

31:24 32:11 39:16
40:7 61:8 64:18
79:18 91:15 98:5
98:6 112:25 114:7
123:9 134:25
151:25 170:24
171:25
**participant** 15:15
**participate** 54:23
175:18
**participated** 37:9
98:3
**particular** 18:25
22:5 42:8,14 45:6
54:22 61:4,8 87:9
109:24 135:4
144:3 170:13
175:11 177:2
**particularly** 77:14
145:18 168:23
172:3 175:6
176:25
**parties** 179:10
**partly** 32:9,10
130:10
**partner** 134:20
159:20
**partners** 132:5
**pass** 60:8 167:23
**passage** 59:15,21
60:1 62:14 110:4
119:7
**passed** 60:2
**patch** 57:6
**pathologic** 85:19
**pathological**
171:18
**pathologist** 42:13
71:23
**pathologists** 41:19
72:1
**pathology** 42:2,5
171:17
**patient** 28:4,5 37:6
37:7 45:1 48:1
50:3 69:22 70:8

70:10 71:2 72:6
75:4 76:6 79:22
86:12,12 89:4,6,6
100:19 120:13,17
120:23 121:19
122:3 126:7
134:23 138:6
139:8,8 140:2
145:12,15 146:11
150:15 151:1
152:12 155:5,6,6
166:5 172:8
**patientbypatient**
145:4
**patients** 33:13
34:12,17,21 35:4
35:12 36:17 38:16
38:23 49:14 54:2
54:4,10,15,20,23
55:13,17,24 56:6
56:12 59:1 68:16
68:20 69:7 70:1
70:14,15,17 71:25
72:2 73:9 75:19
76:18,21,23 79:24
80:1 82:24,25
96:9 106:1,2,2,17
106:20,23 109:2
117:10 121:5,10
121:24 132:2
136:25 138:8,21
139:2,6,14 140:9
142:15 143:7,21
144:4,9 145:1,7
148:20,21 150:11
153:10,19 154:20
156:5,7 162:3
165:6 169:4
172:13 173:13
**paul** 40:5
**peerreviewed**
33:18 34:4 41:13
81:17 173:8
**pelvic** 1:4 16:5
34:24 40:2,20
41:5,14 44:2 45:4

46:8 49:24 51:20
51:24 58:4 59:17
62:15,17 73:22
75:17,25 77:21
92:20 95:23 96:1
96:13 97:5 103:12
104:14 106:14
109:21 111:25
114:8 116:23
119:2 130:24
136:10 144:25
146:15 158:18
164:6,11,13
**pelvicol** 40:24
43:15,16 97:4
118:3,3 171:3
**pelvis** 52:18 53:21
54:5,8 62:1 66:5
109:20 113:19
114:17,19 116:3
119:18 125:14
135:21 165:19
**pen** 19:25 60:20
**penetrate** 52:18
113:18 114:18
**penetrated** 114:13
114:19
**penetrating** 104:20
**people** 34:23 39:16
39:22 43:7,13
45:17 46:13,20,25
47:5,10,12,14,24
48:25 53:6 55:6
60:13 62:22 63:8
69:15 71:5,6,14
73:25 76:13 85:21
86:23 87:8 90:10
91:16 96:4,4,6
117:12 121:15,19
123:2,14 126:1,19
127:1,6 132:7,12
133:11,16 134:13
134:18 135:1,2,10
137:6,12 139:5
140:22,23 141:12
141:21,23,25

142:16,18,21
143:3,10 144:7
146:19 147:8,19
148:9,10 150:23
151:7,9,10,15,15
152:10,25 154:17
155:15,20,21
158:22 160:1,3
164:16 175:9,16
176:17
**percent** 48:5 70:2,9
76:13,13 86:22
127:4,5 133:6,7
133:13,15,15
139:11 147:25
148:2,3,4,4,5,8
162:2
**percentage** 69:20
133:5 143:12
**percentages** 133:4
**perception** 49:15
**perforated** 38:9
**perforation** 3:15
37:14 38:3,7
73:22
**perform** 50:11
**performed** 26:2
57:5 97:21 116:23
117:4 128:6
138:19
**period** 36:2,6,8
54:10 55:14 70:13
73:2,24 78:14
79:14,22 105:5
113:3 134:5
**periodically** 71:13
72:4
**perioperative** 56:3
74:10 139:24
152:8,11
**permanent** 57:2
**permanently** 113:5
**persistent** 162:2
**person** 21:17 66:11
96:12,13 127:3
141:22 146:22

177:2
**personal** 50:4 77:8
132:10 173:15
**personally** 33:11
35:1,4 39:19 43:6
49:23 67:20 71:18
79:6 96:8 151:10
156:3 166:19,20
168:10
**personnel** 91:4
**persons** 25:9
**peter** 2:19 4:4
**phone** 11:16 102:12
**physical** 48:22
133:24
**physician** 25:11,19
38:4 62:19 86:15
87:15,22,25 88:5
88:15 89:5 90:3
90:11 91:17,18,21
91:21 120:16,18
123:8 156:8,12,13
160:13,23 161:6
**physicians** 39:23
53:14 54:15 55:12
55:23 75:19 86:10
86:11 87:1 88:6
88:13 89:17,21,23
90:5 91:10 105:22
145:1 159:23
160:7 172:6,12
174:10,11,12
175:10
**pick** 143:6 154:7
**picking** 135:13
152:12
**piece** 41:23
**piet** 23:2
**place** 52:22 54:1
56:25 60:11,11
61:13 65:6 90:2
104:21 105:1,4,9
113:17,18 119:18
119:21 140:13
151:23 155:9
**placed** 38:11 56:24

57:7 67:8,25 68:9
92:6 104:23
105:12 113:21
119:23 128:18
129:3 161:10
162:14,15 173:25
**placement** 38:8
104:17 161:14,16
161:19
**places** 57:22 125:14
**placing** 54:8 155:4
**plaintiff** 1:7 2:9
28:6
**plaintiffs** 4:14
15:17 17:12 18:15
19:16 20:8,9
22:16,17 23:4,20
24:8 28:7 29:14
29:21 30:5 31:3
32:5 35:8 82:15
92:8 108:4,8
161:3 165:2
**plan** 140:13
**plane** 60:22 61:4
**planes** 60:3,4
**planned** 138:3
**play** 157:15 158:1
**please** 4:12,23
107:15 162:12
**pliable** 164:9
**plus** 75:15 118:19
**pockets** 120:6
162:15
**point** 27:18 94:20
130:14 134:25
137:23 145:16
157:3 164:15
**pointed** 87:10
109:8 124:1
**pointing** 155:1
**points** 49:13
**polypropylene**
49:24 50:7,11,16
66:23 67:4,21
68:20 85:3 86:2
119:1,14 136:9

158:25 170:5
171:17,18,21
173:20
**poor** 46:10 54:6,6
124:18,19
**pop** 44:23
**popq** 164:15
**porcine** 16:14
171:1
**porous** 171:16
**portion** 23:3 100:2
100:17,18 105:8
111:5 112:23
114:16
**portions** 20:6,18,19
22:11,15 94:11
**position** 97:10,11
163:5,7
**positive** 15:7
168:22
**possession** 14:25
16:20
**possibilities** 119:16
**possible** 9:20 41:22
47:3 55:1,9 62:2
72:1 78:4,6 89:17
94:22 105:2
117:23 120:5
128:11 150:9
151:12 152:8
159:18,20 164:1
**poster** 81:15
**posterior** 15:22
49:5 70:18 127:14
127:19 161:21
**postoperative**
152:19
**potential** 26:1 52:6
55:2 60:12 90:22
90:24 110:6 141:6
158:14 174:20
**potentially** 104:12
130:22
**power** 147:22,23
148:7,16 154:13
154:16

**practical** 58:25
71:15 77:25 121:3
131:14 139:25
153:16
**practically** 43:4
70:7 122:3 143:1
**practice** 39:23,24
50:10 68:18 88:6
91:3 110:25
120:12 138:24
142:15 144:13,13
145:10 167:14
172:1
**practiced** 40:7
**practicing** 68:21
**practitioners** 145:9
**precursor** 161:22
**predicate** 64:13,13
64:15 66:11,13
109:19 110:12
**predict** 141:6
**predictable** 61:1
**prefer** 45:9
**preformed** 21:15
**pregnant** 140:24,24
**preoperative**
141:20
**preparation** 6:6 7:6
7:9,11 9:4 15:2
17:13,16 18:9
24:8 28:1 39:1,7
39:11
**prepare** 28:11
**prepared** 9:14 11:4
11:5 12:2,14,22
13:19 29:2 32:5
33:16 34:1,10,15
77:16 99:5,21
174:19
**preparing** 11:23
12:13,20 18:14
19:17 26:12 31:10
31:21 95:8,16
101:19 104:10
164:4
**preponderance**

51:2
**present** 2:19 28:23
62:14 91:15,22
93:3
**presentation** 7:9
81:15,19
**presentations**
93:13 174:19
**presented** 63:1
81:9,23
**presenting** 26:7
150:3
**presently** 11:9
71:11
**presents** 59:16
119:1,7
**presume** 60:10
76:5 83:25 114:7
141:23 146:8
**presuming** 141:8
148:8
**presumption** 68:10
100:16
**previous** 12:5,15
12:21 69:17 130:4
**previously** 14:25
18:24 39:12 53:2
57:16 66:14 68:6
76:17 78:13 110:3
176:25
**primarily** 12:23
46:9 56:19 60:5
74:9 77:2 122:14
124:10,13 144:13
146:1
**primary** 48:14
81:19,25 100:3
105:21 106:22,23
122:15 123:8,16
139:13 147:12
**principals** 62:16,18
**principles** 59:17
85:9
**prior** 12:13 13:14
18:19 29:1 35:8
45:8 53:14 58:4

110:19 117:4
128:1 133:13
153:23,24
**probably** 9:25 27:5
27:9,18 36:4
42:24 88:8 127:15
127:16 129:1
151:11 152:24
**problem** 33:23 36:3
38:2 96:9 111:9
150:24 153:6
154:23 155:8
**problematic** 130:22
142:10
**problems** 36:12
93:17 96:11
100:20 110:11
122:8 146:14
153:2,11 154:22
159:10,13 161:8
173:3
**procedure** 62:6
69:22 73:23 76:5
78:19 79:12 80:3
89:16 104:14,16
114:16 117:14
124:1 153:20
**procedures** 56:16
56:17 77:17 87:8
93:4 116:23 117:3
117:4 119:3
**proceeding** 28:25
**process** 63:13,19
64:3,11,20 65:6
66:17 97:18,20
141:20 168:14
**produced** 17:19
**product** 11:1,4,7,9
12:7,8 13:20,20
21:14 28:5 36:18
38:24 40:25 41:18
41:18 43:22,24
46:17 50:20,21,22
52:2 53:3,8,20
54:1,2,14,17,20
55:5,8 56:10 57:7

57:9 60:11 64:6
64:14 66:3,8,11
66:12 68:3,13,14
70:11,24 71:10,19
71:24 76:19 79:4
79:23 84:20 85:7
85:11 86:1,25
87:5,9,16 88:21
88:23 89:16,23
90:2 91:7,10,22
93:4 95:22 99:5
99:25 100:19
102:19 105:12,13
105:19 106:7
108:15 109:11
110:2,8 111:13
112:12 113:12
114:12,17 116:1
117:16,16 122:2,9
123:15 125:18,21
126:1,8,22 130:12
135:22 136:3,5,13
136:24 140:3
141:12 155:9
161:14,15 164:6,9
164:12 166:23
167:2,11 174:7
175:4,9,11
**products** 1:4 5:4
12:2 13:9,12,24
14:16 25:22 26:13
30:21 34:20 36:2
36:10 39:6 40:4
40:14,20 41:15
43:6 48:3 51:1
61:25 62:7,22
63:10 67:8 77:21
83:8,12 84:7,7,8,8
84:13,17,22,23,23
86:10 88:13,15
89:8 90:3,5 91:5
98:5 99:1 108:22
114:4 115:4
117:15 125:12
126:4,23 133:14
137:9 141:8

145:13 158:18,21
159:9,23 160:6,9
160:17,20,22
161:5 168:22
172:2 174:1,12
175:7,13 176:15
**professional** 45:13
45:18 131:6
**professor** 92:20
**program** 34:22
**prohibitions**
110:25
**prolapse** 15:22
16:5 35:22 41:5
43:7 44:2 45:4,6
45:10 46:9 50:19
51:20,24 54:5
58:4,7 75:17 76:1
103:12,18,22
104:1,5,14 106:14
111:25 116:23
122:11 123:19
125:20,21 126:15
126:25 136:10
144:25 159:22
160:6 161:24
164:13 173:25
176:21
**prolapses** 49:5
**prolene** 15:23
43:21,22,23,24
171:3
**prolift** 5:4,5 6:4,5,6
6:6,8,8,18,18 8:1
10:14,19,19 11:24
11:24 12:14,14,25
13:1,4,4,12,16,17
13:24,24 17:14,14
18:8,9 21:12,12
21:21 24:9,9
25:21,22 26:13
27:13 29:12,12
30:22,22 31:11,11
32:19,20 33:10,11
36:15,15,22 37:5
37:23,23 38:14,14

38:16,16,25 39:5
39:6,19,20,24,24
40:3,10,10,14,14
44:3,3,23,24 48:2
51:18,18,23,23
52:8 53:1 56:14
56:14 58:5,5
59:21,21 62:5,6
66:25 67:1 70:11
70:16,18 71:7,19
71:24 72:23 73:11
73:11 75:18,18
80:16,17 82:4,4
82:10,10,17,17,22
82:22 84:2,2,12
84:12 86:9,10
88:12,13 98:24,25
99:9,9,17,17,23
99:23,25 100:1,8
100:8,14,14,17,22
101:5 103:4
108:21,22 111:21
111:21 112:2,2,6
112:7,13,13,14,15
112:20,20,23
113:2,7,8,11,11
113:13,13 114:1,1
114:9,9,18,18
115:12,12 116:20
116:20 118:15,15
119:5,5,9,9 121:8
121:24,25 122:4,6
128:20,20 130:4
131:3 135:17,18
139:19,19 140:5,5
153:22 159:25,25
161:12,12,17,17
165:10,11,22
166:17,17,21,21
168:5,5 170:16
172:16,16 173:4,4
173:18,18
**pronounce** 20:13
**proof** 70:6
**proper** 79:2 119:18
**properly** 86:11

88:15,22 159:9
161:10
**properties** 66:23
170:5 171:21
**proposed** 78:2
**propounded** 178:4
**prosima** 13:20,24
24:21 26:13 27:13
99:5,10,16 101:4
101:10,12,14,19
102:18,19,22
103:5,7 104:9,9
106:11 108:16
109:16 111:4,5,6
111:20,24 112:3,8
112:16,18,21
113:15 114:1,6
115:11 116:19
119:11 120:13,19
120:23 121:8
122:9,9 123:10
124:11 128:2,18
135:18 139:17
145:1,6,10 147:14
152:4 153:22
155:14 158:11
161:8,19,22
162:17 163:13,15
165:3,12,22
166:17,21 167:17
167:18 168:8
173:11,17,19
174:7
**prospective** 76:1
129:14 158:21
**prospectively**
130:2,6
**protocol** 80:1
**protocols** 53:25
96:23
**prove** 70:16,17
100:24
**proven** 100:23
**provide** 55:14
56:11 64:12 66:14
73:9 87:2 131:7

139:14
**provided** 7:25 8:6,8
8:23 17:10 22:3
22:12 23:4,20
24:12,16 29:13,21
31:2,13,20,23
44:20 45:9 55:18
55:19,21 63:22
65:10 74:1 82:15
92:7 102:18 108:4
108:8,11 110:14
144:2 161:4
163:18
**provides** 170:10
**providing** 53:12
170:9
**provision** 110:21
**public** 178:18
**publication** 33:19
34:4 37:9 104:7
**publications** 5:21
91:25
**publish** 81:4
**published** 41:11
44:8 73:1 75:24
81:17,21,24
103:13,24 105:25
107:5 122:12
170:24
**pudendal** 104:4
**pull** 31:19 32:3
120:8
**pulling** 114:24
**puncture** 121:13,16
137:25
**purchase** 50:24
89:18
**purchased** 175:3
**purchases** 51:1
**purporting** 132:10
**purposes** 58:25
66:7 71:15 131:14
**put** 11:3 20:23
22:19 23:8,17
24:3 29:19 54:1
57:22 60:14,21

63:9 70:25 79:6
85:11 86:2 113:17
126:25 140:13
151:22 155:9
156:14 157:10
162:17 163:9,21
163:23
**puts** 113:18
**putting** 158:13,15

---

## Q

**qualify** 148:14
**qualities** 66:6
118:19
**quality** 74:7 126:7
131:20 143:1
**quantification** 45:2
**quantified** 67:12
164:14
**quantify** 70:11
126:21
**quarter** 25:24
**question** 21:11,18
30:25 31:9,18
32:1,2 33:25
44:21 46:22 61:17
75:21 84:11 87:14
88:19 90:16 91:8
93:10 107:14,17
152:1 157:5 158:7
170:24 176:5
**questioning** 170:1
**questions** 28:12
34:7 47:25 91:24
98:11 99:15 168:3
169:2,23 174:9
175:22 176:3
178:4
**quickly** 152:9,11
**quit** 84:25
**quite** 12:11 18:2
27:4 123:17 128:9

---

## R

**r** 1:5 2:1 4:1 180:1
180:1

**rabbit** 43:11
**rabbits** 43:15
**rabiola** 25:10,10,16
  120:20 121:20
**radiation** 109:20
**raised** 92:16
**raising** 47:24
**randomized** 79:12
  79:24 81:3 148:22
  161:20 162:4,8
**range** 35:25 36:1
**rat** 16:14 171:2
**rate** 48:4 68:18,19
  69:23,25 70:6
  74:22 76:10 86:22
  105:19 125:1
  127:21,22 129:2,8
  148:3 156:23
**rates** 114:2 115:4
  159:17
**rationale** 100:22
**reach** 73:8
**reaching** 30:20
**reaction** 115:20
  116:4 130:18
  136:19,21 137:2
  138:1
**reactions** 111:15
**read** 7:11,12,19,20
  10:20,22,23 11:10
  11:11,13 15:2,4
  19:1 22:19 30:10
  33:25 92:11 94:4
  97:23 98:2,4
  103:9 108:7
  144:18 153:21
  163:12,15,16,16
  163:17,22 164:2
  168:21,23 178:3
**reading** 7:7 18:13
  18:19
**real** 57:20 78:12
  155:21
**realistic** 48:25
**really** 57:18 59:5
  60:15 74:7 124:25

125:15 126:22
129:19 134:20
135:22 142:18
143:10 148:25
149:11 150:13,24
153:6,12,13,14
176:24
**reason** 10:24 21:1,4
  21:20 39:9 68:2
  71:16 73:25
  110:12 126:10
  180:5,7,9,11,13
  180:15,17,19,21
  180:23,25
**reasonable** 28:19
  28:23 48:18 57:18
  61:17 87:3,6
  88:21 97:12
  145:17 146:20
  147:8,10 153:18
**reasoning** 86:18
**reasons** 78:17
  94:25 129:13
  144:16 167:9
**recall** 19:23 104:25
  107:8 121:5
  129:22 164:9
**receive** 42:9 64:15
  82:8 91:3
**received** 5:21 40:6
  42:5,19 72:8
  82:12 112:10
**receiver** 97:13
**receiving** 42:22
  140:2
**recess** 17:2 51:12
  98:19 164:22
**recognize** 96:4
  124:9 146:22
  148:22 150:7
**recognizes** 146:23
**recommend** 71:17
**recommended** 62:6
  167:18
**reconstruct** 58:9
**reconstructing**

58:18
**reconstruction**
  16:13 49:24
  170:25
**reconstructive**
  34:24 35:24 56:21
  58:21 59:17 62:16
  62:17 73:23 110:1
  119:2 130:25
  145:13 149:11
  155:22 165:25
**record** 4:4,12,22
  5:17,20 11:10
  16:23,25 17:3
  51:8,10,13 98:17
  98:20 103:9 108:8
  122:16 164:20,23
  177:7 179:7
**records** 39:2
**recovery** 79:22
  105:5 134:9,16
  166:4
**recreate** 48:24
**recruit** 106:1
  148:11,12,13
  152:10 154:16
**recruited** 78:18
  106:17,23 109:2
**recruiting** 117:10
**recruitment** 154:10
  154:10,13
**rectum** 37:5 125:6
**recurrence** 126:15
  146:13 152:23
**recurrent** 123:19
  127:8
**redden** 1:16 2:11
**reduce** 46:14
  114:22 124:17
  127:2 148:2
**reduced** 131:19,20
  172:21
**refamiliarized** 7:13
**reference** 11:13
  73:1 85:23 164:15
**referenced** 7:16,20

7:23 8:3,10 19:1
29:23 36:23 48:10
73:3 92:13 107:8
131:3
**references** 7:8
  170:12
**referencing** 37:4
**referral** 138:13,15
  144:13
**referred** 46:3 82:9
  85:10,13 86:21
  97:3 113:16
  123:21,24 138:21
  143:22 144:10,15
**referring** 26:7 37:2
  52:1 124:2 133:16
**refers** 38:7
**reflect** 11:15
**refresh** 121:22
**refuse** 87:23,25
  89:7
**refuses** 89:5
**regard** 5:4 8:13
  11:23 12:3 25:21
  25:21 111:21
**regarding** 8:23
  11:1 13:16 54:16
  73:10,21 74:22
  85:3 101:14
  108:21 139:15
  168:5
**regardless** 91:14
  135:9 157:9
**regional** 58:23
**register** 175:16
**registrants** 175:2
**registration** 110:24
**regular** 31:7
**regulations** 97:9,11
**regulatory** 63:19
  63:19 80:25
**reinforce** 59:2
**reinforced** 139:4
**relate** 102:22 104:9
  140:14 147:2
**related** 6:8,17 39:5

39:6 41:14 51:17
69:21 82:16 95:23
101:18 108:15
109:15 114:8
119:5 152:16
156:8 169:13
179:9
**relating** 79:10
  97:22 118:15
  158:24 170:4
  171:14
**relationship** 133:9
  134:19
**relationships** 132:5
**relatively** 139:23
**relied** 104:9
**relieve** 113:8
**rely** 67:22
**remain** 83:16
**remember** 11:9
  12:7,11 27:3
  38:24 42:21 48:5
  72:20 102:21
  105:2 121:6,15,17
  122:3,4 128:14
  129:24 130:1
  133:4 136:14,17
  169:25 176:5
**remind** 21:21
**remote** 163:9
**removal** 77:7,9
  122:17 135:16
**remove** 41:14
  114:14 146:2
**removed** 33:13
  41:22 83:23 84:2
  84:6,14 156:5
  166:8
**removing** 169:18
  176:4
**reoperated** 123:19
**reoperation** 68:2
  126:10 127:21,22
  129:2,8
**repair** 1:4 15:22
  36:11 43:7 50:19

Bobby Lewis Shull, M.D.

56:20 58:4,7 59:2
59:3 73:20 85:5,9
92:21 103:22
116:15,25
**repairs** 128:16
**repeat** 95:12
126:11,14
**replaced** 112:2
149:4
**replacing** 100:17
**report** 3:16 6:4,7
6:18 7:7,12,17,20
8:3 9:16 10:19,25
11:5,5,14,23
12:13 13:6,14,19
14:1 17:13 18:9
18:14,16,20,23,25
19:17 24:9,19,25
25:5,5 26:13,25
28:11,21 29:3,6,9
29:12,23 31:10,13
31:21 32:4,19
33:6,8,10,16 34:2
34:11,13,18 36:21
36:25 37:13,20,22
38:2 39:7,10,12
41:9,13 42:9,19
42:22 48:2,3
49:19 62:10,13
69:15 72:8,10,24
75:22 85:6,24
90:12 92:4,7,19
93:20 94:7,12,16
94:17 95:9 97:25
99:1,1,4,9,10
101:3,9,12,14,19
102:10,12,12
104:4,10 107:8,10
109:13 117:9
120:16 123:13
126:2 130:4 131:3
138:11 147:2
155:14 164:4
170:9,16 171:13
173:5
**reported** 34:25

35:3 37:6,7 43:16
59:8 69:14 71:22
73:4 76:16 106:18
108:20,24 113:25
115:3 117:8,11
123:7 129:9
132:25 149:9,11
159:7 173:21
**reporter** 1:20,21
4:16 43:23,25
162:7,11 179:3
**reporting** 38:2
49:21 56:5 77:20
158:18
**reports** 12:1,6,15
12:20,21 13:22
14:2 27:22,23
28:9,13 35:5,7
41:8 42:5 48:12
56:1,8,20,22
67:17 73:6 77:1
94:24 111:14
131:4,6 139:10
153:21
**represent** 56:15
116:20,21
**representation**
39:10
**representative** 91:7
91:23
**representatives**
174:14
**representing** 165:2
**represents** 14:11
**request** 5:18 19:20
20:6 22:18 23:25
24:11 25:2 32:10
35:2 72:6,9 87:1
92:12 144:1 146:4
160:13 167:20
**requested** 19:15
32:13 64:14 65:12
83:13 84:2
**requesting** 19:23
66:10,12
**require** 49:15 66:4

69:18 83:9 90:11
90:17 125:14
129:5 175:7
**required** 7:6 11:3
14:15 57:8 58:19
64:11 80:14,22
83:1,12 88:20
167:21
**requirement** 90:25
126:10 133:22
**requirements** 70:6
88:10 98:1 110:23
**requires** 64:24 90:6
116:14 119:19
135:22
**research** 31:1,19
32:3 40:23 43:13
108:10,18
**researching** 101:19
**reserve** 98:12
**reset** 132:8,12,14
132:17,19 133:2
133:15
**respect** 12:25 13:3
**respond** 65:14
76:25 135:1,4,8
158:7
**responded** 133:2
**response** 16:12
21:18 43:16
115:24 116:14
120:2,3 152:23
170:25 171:7,8
**responsibility**
30:12 167:12
**responsive** 5:14
**responsiveness**
30:23
**restraining** 88:6
**resulting** 114:25
**results** 30:4 72:14
81:5 124:23
**retropubic** 38:8
79:16,17 91:20
**review** 17:12 30:2
30:14 31:7 39:17

41:20 44:1 52:25
79:25 80:6,17
102:8,9,11 105:21
168:10 172:1
173:8 174:12,17
**reviewed** 7:23
14:20 30:22 31:8
44:22 93:13
166:16,20 168:17
174:20
**reviewing** 13:14,15
30:13 101:18
**revise** 11:14 72:5
102:11,11
**rheumatoid** 132:13
**rice** 2:3
**right** 6:3 7:10 10:1
15:20 18:5 20:15
34:8 37:17 50:12
69:3 86:15 87:15
88:14 99:14,21
102:6 103:6 107:9
112:20 119:11
152:12,24 155:10
158:2
**righty** 98:15
**rigid** 49:9,10,20
124:25
**rigor** 77:20 158:17
**risk** 52:6 59:16
62:15 78:5 90:24
119:1 135:10
141:11 142:12
145:6 151:1
**risks** 45:24,25
54:24 55:3 62:23
93:25 119:8,13
145:3
**robert** 5:9
**role** 15:14
**room** 145:21
**rough** 19:11
**roughly** 27:15 36:6
68:19
**rule** 3:16 6:7
101:13

**run** 8:12 10:8,16
**runs** 7:1
___
**S**
**s** 1:6 2:1 3:9 4:1
**sacrocolpopexy**
35:23 47:11 50:11
73:16,19 145:14
176:11,12
**sacrospinous**
135:20
**safe** 58:21,22 60:10
60:13 61:14 83:2
83:3,16,21,22
84:3,13
**safely** 62:23
**safer** 161:18
**safety** 79:3 84:19
89:4 128:2 139:16
147:14 151:25
152:4 160:22
161:6
**sale** 86:25 105:17
**sales** 91:4,15 92:1
174:14
**saline** 79:19
**sample** 42:10
**samples** 175:9
**satisfaction** 70:8
126:7
**satisfied** 70:3,9
**saw** 19:21 34:21
36:3 38:14 91:5
92:13
**sayer** 123:7,7
**saying** 56:17 74:16
77:19 124:6 138:5
138:8 142:23,25
151:16 156:15,16
156:17 162:13
**says** 10:11,19,24
11:11,11 88:19
130:20 131:11
136:16,18 144:21
160:5
**scale** 61:2 136:2

Bobby Lewis Shull, M.D.

scar 68:12 120:6,6
    130:14 137:24
    138:2
scarification
    115:15
scarring 115:21
    116:4 137:19,22
schedule 169:14
scientific 11:8 12:7
    14:5 30:14 41:9
    41:12 47:1 51:22
    51:25 53:25 54:24
    77:20 79:7 81:7,9
    91:13 111:23
    147:13 158:17
    174:22
scott 23:21 169:4
    169:19 176:4,7
screen 17:9
screening 168:13
seal 179:14
search 39:4,4 97:21
second 6:16 16:4
    61:12 74:5 116:18
    119:22 157:22
section 92:4 172:5
sedation 166:13
see 9:1 19:5 21:7
    24:3 25:7,16 30:3
    40:2 53:23 60:9
    60:23 61:14,21,22
    67:20,20 71:3
    72:25 78:17,18
    79:20 82:15 92:13
    96:4,10 107:9
    109:9 111:3,14
    113:6 122:7
    131:13 138:16,24
    139:2,3,6,8,8,9,12
    143:3 151:15,16
    154:25 155:17
    160:25 163:9
    166:7 170:21
    171:14 172:19
seeing 35:12 142:14
    169:4

seek 133:17
seen 5:10 33:11,17
    34:3,17 35:3,13
    35:20 36:8 45:17
    56:8 68:16 70:15
    70:17 71:5,6,8,15
    74:2 95:1 96:6
    100:24 113:24
    120:12,23 130:24
    143:24 144:4,9,23
    150:18 154:20
    156:13 169:9
    173:13
segment 175:15
select 58:14 168:14
selected 20:19
selection 76:6
    86:12 89:6 141:14
    141:20 152:14
    154:7 172:8
selective 133:11
selfselect 138:21,23
sell 87:25 89:12,13
    174:11
selling 84:25 89:21
    91:15,16
sense 97:13 115:11
    129:7 137:8
sensitivity 118:24
sent 15:16,17 17:12
    19:22 20:7,9
    22:15,15,17 32:5
    41:19 42:1 71:22
    72:3 101:24 102:1
    102:3 144:1
    168:15
separate 88:4 99:4
    102:18,18 109:16
    112:6 165:8,11
    170:19
separated 112:17
separately 102:22
    107:24
september 16:7
sequelae 86:13
sequence 112:18

sequentially 77:24
series 103:8 114:9
seriously 82:11
served 65:18
services 110:15
set 48:22 55:11
    88:20 129:14
    130:13 145:17
    153:7 179:6,13
sets 95:23
setting 159:11,14
    160:21
seven 76:10,21
    86:22
severe 130:23
severity 75:1
sew 60:21
sexual 58:2,12 74:8
    118:13 130:6
    132:5 159:20
shared 147:4
sheep 117:24
sheet 101:11,18
    165:5 178:5
shes 81:25
short 164:19
shorter 112:24
shorthand 179:3
show 5:7 79:2
    101:2 128:17,23
    128:24 142:10
    162:5,9 175:12
showed 30:3
    128:21 162:1,2
shown 137:13
    154:2 175:20
shows 48:4 150:2
shrinkage 67:19,20
    67:21,24 70:11
    171:15
shrinking 159:7
shrinks 120:7
shull 1:10 3:3,12,13
    3:16,17 4:11,18
    4:24,25 5:13 8:8
    17:5 31:18 98:17

98:23 101:14
    104:10 165:1
    168:3 177:7 178:8
    179:5
side 47:4 50:7
    115:6,6 165:19
sides 47:21,22
significance 170:6
significant 24:4
    56:15,18 57:10,15
    116:21,22 131:15
signing 35:8
silimed 109:19,21
    110:2,5,16 128:6
    128:9,13
similar 14:4 24:25
    64:15 69:12,16
    99:11 114:5
    115:17 123:2
    129:8 137:8
    148:17 161:13
    173:23 174:7
similarities 155:21
similarity 66:11
similarly 173:19
simply 111:13
    114:16
sir 5:12,16,19 6:2
    6:10,19,20,25 7:3
    7:14,18 8:18,20
    8:22,25 9:6,23
    10:3 11:25 13:2
    13:18,21 14:14,18
    15:19 16:3,11,18
    16:22 17:7,21
    18:1,6,11,17 19:7
    19:19 20:4,13,21
    20:24 21:3 22:1
    22:13,20,25 23:6
    23:9,18 24:1,5,10
    24:13,17,20 25:1
    25:14,16 26:5,9
    26:15,22,24 27:16
    28:3,8 29:5,10
    31:6 32:21 33:5,9
    33:15 34:18 35:6

35:15 36:7,13,22
    37:1,1,15,18,21
    38:12,20 39:21
    40:18 41:4,6,16
    41:21 43:13 45:11
    45:15,20 48:6,8
    50:13,23 51:19
    52:12 59:19 63:3
    63:14,17 65:20,23
    65:23 66:24 67:2
    67:5 69:1,2 79:5
    80:7,9,11,14,19
    81:2,6,9 82:7,19
    91:5 92:3,10
    93:16,22 95:2
    96:18 99:3,13
    101:1,15,16,21
    102:7,15,16,20
    104:11 107:3,19
    107:22 108:14,23
    111:18 112:4
    117:1,15 118:17
    118:23 119:12
    120:14,21 122:1
    122:10 128:21
    131:2 135:19
    138:8 139:20
    140:6,10 143:19
    145:8,11 156:17
    160:1,10 161:2,7
    161:18 163:14
    167:5,8,15 176:6
sit 42:21 141:25
    157:4
site 54:5 121:16
sites 54:7 121:13
sitting 82:14
situation 88:3
six 22:8 56:2
    123:23 127:1,2,4
    153:11,12,14
    166:4
size 42:14 58:10
    115:16
sizes 132:23
skill 76:8 88:20

Bobby Lewis Shull, M.D.

146:8,8 160:1,3,4
**skilled** 47:10,12,15
  86:20 150:23,25
**skills** 34:23 87:11
**skin** 53:5,5 57:7,17
  166:8
**skips** 22:22
**slack** 105:24
  106:22 123:8
**sling** 41:24 61:16
  61:16 68:1,3,5
  69:9,17,18 79:17
  118:1 163:1
**slings** 35:21 50:14
  50:15,21 61:18
  67:25 91:20
  171:19 176:15
**smaller** 68:12
  113:4 114:24
  115:14
**smoke** 141:3
**sneezing** 70:4
**societies** 45:13,18
  45:22,23
**soft** 164:9
**sold** 84:8 105:13
**solicited** 54:12
**somebody** 137:16
  144:3,6 145:22
  152:19,22 153:17
  155:1,5 166:12
**someones** 134:21
**sophisticated**
  119:19 135:3
  137:18 160:2
**sorry** 51:3 90:15
  94:13,18 95:12
  107:3,4 148:3
  152:2 156:11
  157:1 162:7,12
**sort** 105:1 125:21
  131:18 154:5
  175:6
**sought** 143:11,13
**sound** 59:17 62:15
  62:17 119:2

**sounds** 121:6,9
  134:22
**southern** 1:1 4:10
**space** 60:13 79:17
  119:18 155:17
  163:8
**spaces** 52:18,19
  61:19 104:20
  105:4 113:23
  119:20,22,23,24
  120:4 158:14
**speaking** 70:7
  170:15
**special** 52:14,21
  149:10
**specialist** 45:16
**specialists** 45:21
**specialize** 45:13
**specific** 39:3,15
  52:7 59:16 60:2
  62:15 71:25 76:24
  85:23 97:5,6
  110:11 119:1,8,13
  130:6 134:23
  136:14 146:6
  150:1,7 165:17,20
  169:13
**specifically** 15:3
  23:25 25:8 26:15
  32:15 36:22 39:11
  61:23 72:15 104:8
  124:2 126:5
  133:12 161:5
  164:2,14 170:12
**specifics** 27:8
**specimens** 72:2
**spectrum** 36:10
  150:20
**spend** 134:3
**spent** 9:9 18:13
  27:24 101:18
  165:2,7,10
**spiral** 131:25 133:8
  133:16
**spoiled** 132:1
**spoke** 7:8 73:3

**spoken** 28:22
  123:21
**sponsored** 44:8
  175:1
**spontaneously**
  32:13
**spot** 61:8
**spots** 60:10 104:23
**spotting** 166:7
**spouse** 134:19
  151:19
**stable** 131:21
**stack** 32:24
**stage** 45:6 164:16
**stages** 44:2,23 56:5
**stainless** 116:12
**standalone** 111:12
**standard** 42:25
  43:8 59:22 62:5
  62:18 65:24 66:17
  66:21 83:2 106:4
  109:3
**standardization**
  50:25
**standards** 97:9
**standpoint** 28:19
  49:11 63:7,9 67:7
  67:11 97:6 121:3
  136:1 146:5
  162:25 172:17,19
  172:24
**stanford** 48:3
**start** 35:12 77:12
  121:8 152:1
  153:18
**started** 54:2 107:15
**state** 4:22 6:21
  33:10 174:24
  179:4
**stated** 12:9
**statement** 19:18
  29:8 45:14 48:7
  95:4 99:12 101:20
  115:18 160:24
  162:13
**states** 1:1 4:9 10:13

**stating** 48:3
**statistic** 48:9
**statistical** 148:16
  149:10
**stays** 164:9
**steel** 116:12
**stent** 128:6
**step** 106:9
**sterile** 85:13,15
  159:2,3,5
**sterilized** 118:18
**steve** 4:17
**steven** 1:20 179:3
  179:18
**stimulate** 116:3
**stimuli** 124:16
**stitching** 104:21
**stogel** 1:20 4:17
  179:3,18
**stop** 158:5
**story** 73:23
**straighten** 163:11
**straining** 70:4
**straps** 104:18 105:1
  105:4 113:17,17
  119:1,14,18 120:5
  162:16,17
**strategy** 151:13
**street** 2:5,13
**strengths** 122:22
**stretched** 67:10
**strict** 153:19
**strictly** 124:24
**stringent** 70:5
**structure** 114:17
  114:18 136:6
**structures** 57:21
  114:24,25 135:23
  135:25
**stub** 3:13,17 6:15
  10:9,15,17,17
  101:24
**studied** 21:5,13,15
  21:19 40:23 66:22
**studies** 21:13 43:12
  48:4 67:6,19,20

72:12 74:6,8 79:2
  81:3 87:4 128:1,5
  128:8
**study** 40:20,23,25
  76:2 78:24 79:1,7
  86:19 97:5 104:1
  106:1,8,10,12,16
  123:10 124:6
  129:14 140:8
  154:18 163:24
**subgroup** 58:14
**subject** 9:15 110:21
  112:16
**subjective** 67:13
  126:7
**submit** 72:9
**submitted** 6:5 18:8
  26:25 33:18 34:3
  34:16,19 42:10,13
  64:1 66:1 80:12
  81:7,16 84:18
**subpoena** 5:14
  24:15
**subscribe** 31:6
**subscribed** 178:14
**subsequent** 106:20
  112:15
**subsequently** 54:9
**subset** 34:23 71:14
**subspecialists**
  138:12
**substance** 178:4
**substantial** 99:22
  100:13
**substantially** 66:13
  110:18
**substantiating**
  83:12
**substantive** 10:2
**subtle** 155:13,16
**suburethral** 35:21
  50:14,21 61:16
**success** 16:4 48:4
  105:18 106:4
  124:23,25 125:1
  125:25

Bobby Lewis Shull, M.D.

successful 32:23
successfully 88:24
sue 151:16
suggesting 43:8
133:13 143:4
151:5
suggests 143:5
suite 1:17 2:5,13
summarize 11:22
31:12 140:7
summarized 29:8
32:19 33:4,7
summarizing 34:16
summary 33:17
34:2,11,14
supplied 10:5
supply 60:5,6
support 46:10 54:6
54:6 103:12,19,23
104:2,13 105:9,22
106:6,14 109:8,14
109:17,18 110:9
110:10 111:5,12
111:17 122:14
124:8,12,18,19
127:13 128:3
158:15
supporting 11:15
51:23 92:5 111:24
supposed 89:20
sure 8:15 10:15
15:6 21:8 37:7
42:23 80:21 87:19
91:1 94:22 95:13
121:21 128:7
164:7
surface 115:13
136:3 167:11
surgeon 59:20,22
59:25 60:15 62:5
95:5,13,18,23
154:17 155:7,12
155:16 167:13
surgeons 53:11,19
55:13,18 56:12
61:19 68:18 87:11

154:22
surgeries 36:10
45:10 126:8 134:6
134:7
surgery 16:5 32:23
32:25 34:24 35:24
39:20,25 43:3
46:5,10,12 47:8,8
47:17 48:24 49:19
54:5 55:3 56:21
56:22 57:5 58:3
58:20,22 60:4,14
60:17 68:6,6 69:5
75:7,18 76:9,15
77:4,8,9,11 78:11
85:14,15,18,21
93:5 96:1,13 97:6
103:11,18 104:1,5
104:24 106:3,5,13
109:3,16 110:1,8
116:14 117:22
120:14 122:11,17
123:2,11,20 124:3
124:18 125:15,15
126:12,14,18
127:3,8 129:16,17
129:18 130:7,10
130:25 133:13
134:8,15 135:7,10
135:11,16 138:19
139:13 140:15,16
140:16,17 142:24
144:1,25 145:2,14
146:1 149:12,13
149:17,21 150:1
152:19,21 153:23
153:24 155:22
161:21 165:25
surgical 41:7 42:6
49:7 56:16,17
59:17 62:16,17
85:9 93:6 96:5,7
103:22 104:14,16
116:22 117:3,14
119:2 128:16
134:11 138:3

146:7 175:7
suspect 71:1 88:8
suture 58:16 166:7
sutured 56:25
sutures 166:1,2,15
swear 4:17
sworn 4:19 178:14
179:6
symptomatic 45:1
45:3
symptoms 69:11
71:4
synthetic 46:17
47:16 57:1,2,6
69:17 85:7,11
86:1 110:1 117:8
118:1,7 171:4
176:12
system 1:4 49:21
65:9 90:2 100:5
113:20
systematic 52:4
systematically
160:21

---

## T

t 3:9 180:1
table 82:14 149:11
take 5:3 51:4 59:6
65:6 84:24 94:10
94:19 150:3 153:5
154:10,11,11,13
164:19
taken 20:15 22:7
23:21 24:7 25:3
30:14 107:23
163:21
takes 152:23
talk 12:24 91:17
150:5 169:12
talked 25:18 66:16
94:4 96:21 117:2
118:3 122:7
124:15
talking 10:15,24
36:25 60:16 85:4

98:24 100:7
106:12 112:5
132:24 165:3,7
talks 10:17
tape 3:15 36:23
37:3,13 38:6,8,10
taught 40:15
155:19
teach 16:21 156:1
teacher 15:15
155:25
teaching 15:1 40:15
53:13 91:7
technical 38:7 54:7
54:14 60:18 66:4
66:6 76:4 87:11
136:1,7 146:8
technically 47:10
50:6 62:1 77:12
77:18 145:23
150:23 152:16
technique 38:4
52:21 55:22 72:25
75:25 92:21 139:1
154:22,23 156:8
165:17,21
techniques 53:12
53:13 96:7
technologies 4:5
tecum 5:15,18
24:15
tell 9:9 12:1,4 19:8
21:9 40:9 44:22
66:17 86:15 87:15
87:22 99:18
119:13 121:21
132:11 140:1
145:16 147:4
148:8 150:8
151:21 152:3
158:5,9,17 159:12
160:17 167:16
telling 36:1
tells 154:16
template 28:10
temporarily 116:17

163:4
ten 76:17
tender 130:14
tenderness 172:22
tension 68:8 70:25
162:14,17 163:10
tensionfree 3:14
36:23 37:3,13
38:6,8 103:22
tenyear 36:6,8
term 55:24 57:6
123:21,24 132:1
135:23 136:15
137:11
terms 45:5 47:7
73:19 85:13 90:22
114:21 116:4
123:4 139:23
test 67:13
tested 69:13 159:9
testicle 146:2
testified 4:19 65:21
testifying 25:15
testimony 13:14
23:23 25:21 29:3
65:22 87:21 179:7
testing 21:22,24
67:3 77:20 80:16
95:6,15,22 96:20
96:22,23 158:18
166:16,21
texas 1:18,21 2:14
4:8 179:4
text 131:7
thank 43:25 51:9
170:22 177:5
thats 5:15 12:16
17:6,10 18:3,21
19:3 20:10,16
21:19 22:5,11
24:7 25:4 27:3,5
28:3,8,19,21
29:16,18 32:24
33:1,21 34:5 37:7
37:21 38:12 43:8
46:21 47:5 48:15

Golkow Technologies, Inc. - 1.877.370.DEPS

49:20 50:2 61:11
62:2 63:24 65:12
65:16 66:1 71:20
73:14 74:4,10
76:14,22 79:18
86:16 87:6,10,16
88:8,18,25 89:1
91:8,12 93:10
94:3,22 95:3 96:1
96:13,25 98:10,14
99:10,20 100:3,23
101:4 102:6 106:8
106:13 107:20
108:17,24 113:10
113:10 115:19
116:8 118:14,17
118:18 119:4,12
120:8 122:14,23
123:13 124:20
125:9,22 128:19
129:9 132:2,18,21
132:21 133:11
134:5,16 136:2
137:1,7,17 139:18
139:20 141:14,14
144:13 145:22
146:20 147:11,11
148:6 149:13
150:13,14,16
151:4,18 152:25
153:16 154:3,14
155:13,16 156:1
157:13,24 160:19
162:1,1 166:14
167:2,6 169:11,22
173:10 174:5
175:6 177:4
**theoretically**
114:20 161:18
**therapy** 96:6
109:20 133:24
**theres** 10:18 17:17
20:16,16 21:5
41:9 45:16 47:14
47:19 64:16 67:14
67:21 71:14,16

76:18 84:17 88:18
88:20 92:1,2,4
99:10 103:9,16
107:4,7 108:12
109:24 112:25
116:16 124:2,3
127:20 131:16,22
132:3 133:6 134:4
134:11 138:10
141:10 145:3
147:22 150:20,23
153:15 155:12
157:3 159:3
160:14
**theyll** 176:11
**theyre** 8:25 66:10
69:23 71:9 78:15
78:16 84:20 87:24
89:21 91:14,16
102:20 108:2
112:9,9 113:12
115:10 118:6
124:1,10,12 129:1
129:2 131:13,17
140:24 143:14,14
146:9,12 155:17
173:23 176:15
**theyve** 35:2 40:9
70:15 132:19
143:18 144:18
**thing** 25:7 47:9
54:25 55:4 74:4,5
87:6 88:21 108:23
110:3 113:10
119:21,22 123:25
125:23,24 129:14
132:9 141:16
142:22 149:15
150:16 155:13
**things** 14:4 15:13
15:15 24:14 32:14
35:23 37:8 47:6
73:15 74:22 95:19
115:1,17 116:1
118:5,24 122:10
122:15,16 124:21

125:12 130:15
133:9,21 134:10
134:20 135:1
137:13 141:1
142:4,6,9 144:14
146:3 147:8,10
153:15 154:15,18
158:12 175:20
**think** 6:10 10:14,23
12:5,14,16,21
13:18 18:19,21
19:7 26:22,24
27:8 28:8 31:16
31:17,23 32:24
34:5,6 38:13
42:18 43:3,14
44:18,25 46:20,24
47:6,19 50:17
61:4,7,13 62:9
64:7,9 67:15
69:19 70:14,24
71:11 72:8 73:25
74:10 75:7,9,11
75:13 76:23 77:10
77:14,22 88:2,4
88:18 89:13 94:9
96:14 103:10
107:17,22 114:5
116:12,13 119:16
123:25 127:9,10
128:25 130:9,20
134:25 136:20
143:5 145:6
146:22 147:24
151:5,7 154:22
156:8,12 157:7
158:12 160:14
165:20 166:22
167:21 168:21
170:7,19 174:17
176:21
**third** 6:16 126:9
131:22
**thompson** 2:4 3:5
4:13,13 5:17 7:8
8:7,11,13 9:6,9

10:12 12:23 13:5
13:10 14:10,17,23
17:15 26:3,6,9,18
26:23 28:12,15,22
29:15,22 30:6
31:5,15,22 32:7
33:20,24 34:1,6
37:24 38:5,18
40:22 43:2,20
44:4,7,11,13 46:2
47:23 51:6 52:15
52:24 53:16 54:3
54:21 57:12,14
59:24 62:8 64:8
64:21 65:2 66:2
66:19 68:23 74:18
75:12 80:10 81:1
82:18 83:6,18,24
84:5,15 86:17
87:18 88:1,16
89:9,24 90:9,20
91:11 93:1 94:2
97:1 98:11,15
99:24 102:6 103:4
105:20 111:7
115:22 116:10
117:18 120:25
134:24 136:22
137:21 140:11
143:20 144:11
147:17 156:10,21
156:25 157:2,7,11
157:14,17,21,25
158:2 162:23
166:18 168:2
169:8,23 171:25
173:3,24 174:4
175:21 176:9
**thought** 19:16
24:17,22 108:1
147:18 150:20
163:20,23
**thoughts** 18:22
46:16
**thousand** 27:9,10
**thousands** 155:20

**three** 15:4,8,20
23:23 27:5,8,23
32:17,18,25 33:7
34:7 49:16,17
56:2 76:9 86:22
113:6 125:14
129:24 131:12
132:24 157:19,21
170:23
**threepage** 6:14
**threeyear** 56:4 76:1
**thumb** 8:8,9 103:2
**tie** 146:2
**tight** 172:21
**tighter** 71:1
**tightly** 67:10 68:5
**time** 4:7 5:9 9:24
17:1,4 18:12
21:11 26:1,3,15
27:24 28:1 36:3
46:13 51:11,14,21
54:10 55:14 56:9
56:11 59:7 69:2
69:21,24 70:13
73:2,14,24 74:2
75:15,22 78:15
79:14 98:17,21
101:11,17,18
104:23 105:5
111:22 119:25
120:22 134:3,4,5
134:9,11 145:24
145:25 146:7,22
147:25 148:2,5,5
149:6,16 150:9
153:7 157:13
162:24 164:21,24
165:1,3,4,5,7,10
165:11,19 166:3
177:8
**timeframe** 72:13
72:21
**timeframes** 112:6
112:10
**timeline** 112:12
**timely** 10:4

Bobby Lewis Shull, M.D.

**times** 120:15
134:15 163:1
**tiny** 150:23
**tissue** 42:14 45:9
53:4 56:19 57:17
57:21 59:2 60:3,4
60:4,22 69:6,8
72:7 76:15,17
104:20 105:10
118:20 120:6
137:9 146:18
165:15 166:3
167:10
**tissues** 67:10
114:10
**titled** 16:12 37:13
**titles** 171:12
**today** 5:3,14 9:5
12:24 13:22 15:3
26:8 28:2 39:1
42:21 70:17
117:17 118:21
125:15 142:17
152:20 155:4
163:19 165:8
**todays** 4:6 7:6,9,11
**told** 17:5 25:9 27:7
38:13 96:18
145:13 160:8
165:11
**tom** 59:9
**top** 6:15 15:21
21:10 32:24
101:23 115:7
127:14
**total** 6:23,24 11:19
11:20,20 53:22
72:24 75:24
102:13 165:4
**totality** 14:19
**totally** 116:3
**toxicology** 63:16
**trademarked** 21:12
**traditional** 56:16
56:16 57:5 106:3
116:22,24 117:3

117:13 128:15
130:24 161:21
**train** 86:11
**trained** 89:5,8
96:16
**training** 40:13,14
87:1,5,23 91:3
167:17
**transaction** 160:14
**transcript** 20:11,22
22:4 23:4,13,14
24:6
**transcription** 178:3
**transcripts** 20:6,7
**translate** 95:5,14
**transpired** 78:17
**transpires** 135:13
**transportation**
134:2
**transvaginal** 35:24
43:1,7 46:1 50:19
56:22 58:3 72:14
75:25 86:19 95:24
171:18 173:19
177:1
**transvaginally**
56:21 128:18
165:25 173:25
176:20
**traumatized** 48:21
**treat** 44:3,24 68:24
125:7 127:5
148:10
**treated** 33:12 34:21
96:7 120:18 125:5
125:7,18 128:12
131:17 156:4
**treating** 25:11,19
120:16,18 138:22
**treatment** 34:12,17
68:24 75:25 129:6
161:23 172:6
**trial** 53:8,10 54:24
55:2 79:13 80:2
147:13 151:22
152:4 153:9

161:20 162:5,8
**trials** 75:14 77:1
79:24 81:4,5
84:19 95:22 96:17
158:21
**tried** 27:11 104:25
130:5 156:9,11
**trigger** 130:14
**trocar** 38:9 56:23
56:25 57:11,19,23
60:11,19 61:17,23
104:17 113:12
114:7 120:2
**trocarbased** 86:13
174:5
**trocars** 52:3,8,13
52:16,17 53:3
54:8 57:8,13 59:9
59:16,21 60:1,2
62:14 104:20
108:21 109:9
110:4 119:7,10,11
119:15
**true** 73:23 77:14
94:3 95:3 113:10
127:15 160:19
168:8 169:11
173:11 174:4,6
175:6 179:7
**truth** 87:7 96:10
97:25 116:13
124:10 150:22
**try** 30:18 39:1
46:18 58:18 76:25
77:5 80:2 109:22
111:19 140:7
145:16 158:6,7
162:11 163:10
**trying** 12:10 50:25
111:3 158:6
175:19
**turns** 57:18
**tvt** 79:10,13 155:4
**twice** 163:16
**two** 5:4 9:11,18
12:5,14,20,21

13:11 22:8 23:10
27:22 38:23 40:3
40:6,8 58:7,8 79:9
79:24 81:3 88:4
96:21 122:10
123:12,20,22
125:12,14 130:3
131:4 134:14
146:7,9 153:8
155:11 157:17,18
157:22 174:17
176:10,16
**type** 33:16 34:2
39:20 42:6 51:25
104:16 109:16
114:21 115:24
123:14 143:22
**types** 56:19

---
## U

**u** 1:6
**ultimately** 106:11
162:18
**ultrasound** 67:15
**underdiagnosed**
152:18
**undergo** 78:19
79:13
**understand** 5:5
17:20 26:19 44:11
44:15 46:11 52:25
53:17 83:1,4
90:16 93:25 95:2
100:21 104:12,15
114:15 137:17
152:8 157:6
**understanding**
54:25 105:18
**understood** 104:19
**undertake** 95:7,16
**unfavorable** 54:16
168:20
**unfolds** 73:23
**unhappy** 141:12
**unintended** 142:10
151:8

**unique** 52:13,17,21
86:11 89:6
**united** 1:1 4:9
106:21
**universally** 126:11
**universe** 14:19
**university** 81:12,20
131:4 133:1
**unknown** 54:14
158:13
**unsatisfactory**
49:11
**untreated** 125:13
125:19
**updated** 5:19,24
101:10
**urinary** 37:3 41:2
68:25 69:5 80:3,4
**urogynecological**
37:17 45:23
103:24
**urogynecology**
103:17
**urologists** 61:19
**urology** 176:13,14
176:21,23
**use** 31:12,21 32:4
36:11 39:24 41:23
43:1,6,22 44:23
45:9,25 49:7,25
50:14,20,21 51:2
52:17 53:15 54:17
54:20 55:5,8
56:20,23 57:8,11
57:13,19,22 58:16
59:9,20,25 60:19
60:23 61:22 62:5
62:7,21,23 66:4
70:8 72:14 73:15
74:25 78:8 79:19
79:20 83:4,17
84:4 85:3,8 86:15
87:16,22 88:15,20
88:22,23,24 89:8
89:23 90:11 91:3
91:7,22 93:24

Bobby Lewis Shull, M.D.

96:8 104:17 105:3
105:5 108:21
109:15,20,24,25
112:21 114:6,7
115:25 117:8,15
119:11 125:2,5,7
126:3,22 127:22
128:17 132:1
139:1 141:6
145:13,18,18
153:20 158:19,24
159:15 160:2
164:3,5,8,10,17
165:17,21,25
166:1,15 167:17
167:18 172:1,3
175:12,16 176:12
176:15 177:1
**user** 97:11
**users** 44:17 54:1
123:9 140:19
**uses** 49:23 52:10
61:16 117:21
118:8 149:12
161:13
**usually** 42:10 50:22
58:14
**utah** 131:4 133:1
138:14 143:9
**uterosacral** 165:17

**V**

**vagina** 53:5 57:24
58:12 85:12
109:21 118:10
127:13 129:4
**vaginal** 3:14 15:22
36:23 37:3,13
38:6,8 43:15 49:4
49:6 53:22 58:1,8
58:9,10,13,18
59:13 70:19 72:24
85:12,15 86:3,6
103:11,12,18,22
103:23 104:2,13
105:6,9,22 106:6

106:13,14 109:8
109:14,17,18,22
110:10 111:5,17
115:1,16 118:11
118:18,20 122:14
127:15 128:3,6
155:22 159:4,19
164:8 165:15
166:3,6,8,11
**vaginally** 47:13
136:10
**validate** 38:21
**variabilities** 148:18
**variable** 56:4 60:6
60:7 61:13 125:10
129:20
**variables** 87:10
129:15 140:14
146:7,9 148:24,25
152:7 154:1,6
**variety** 17:24 36:9
73:15 100:19
116:1 130:15
141:4 171:5
**various** 14:11
15:15 36:11 48:19
56:5,19 91:14
94:25 96:7 172:2
175:1
**vary** 14:4
**varying** 48:12
160:1,3
**vas** 146:3
**vascular** 60:5
**vascularized** 120:9
**vast** 15:14
**versus** 4:9 79:20
**vessels** 114:11
120:4
**video** 4:7
**videographer** 2:19
4:3,4,16 16:25
17:3 51:7,10,13
98:16,20 164:20
164:23 177:6
**videos** 92:2 175:5

175:10
**videotaped** 1:8
**virginia** 1:1 2:6
4:10
**visible** 41:24
**visit** 143:25
**vitae** 3:12 5:19
24:24 101:11
**vocabulary** 137:2
**voice** 18:22 51:3
63:6 162:11
**volume** 16:6 23:11
23:11,22
**vs** 1:8

**W**

**w** 2:12
**wages** 134:9
**wait** 33:22
**walk** 13:22 14:2
51:16 99:8
**walking** 100:8
**wall** 16:13 57:25
86:7 118:11 159:1
159:1 171:1
**want** 13:15 46:5
50:6 71:8 75:6
78:2 124:20 133:1
142:21 146:19,25
146:25 147:9,9
148:2 149:21
151:16 163:3
**wanted** 9:13 10:5
11:1 87:1 92:13
94:20 107:25
123:13 149:8
167:20,22
**wanting** 47:25
124:16
**wants** 64:10 146:2
151:8
**warn** 136:20
**warned** 136:12
**warnings** 85:2,6
136:13 158:23
172:5,11

**warrant** 71:4
**wasnt** 25:12 26:2
74:1,13,15,19
80:14 84:10 90:4
91:6 130:7 140:13
140:21 147:3
152:17 155:5
164:14 168:16
**watch** 155:25
**water** 51:5
**way** 20:13 30:16
43:5 48:22 57:18
58:6 67:17 78:11
78:12 80:2 89:12
91:12 99:19,22
100:25 104:15,22
113:21 120:10
122:21 135:4
138:10 139:21
140:12 141:19
142:23 148:10,11
149:18 157:10,15
157:24 163:3
165:16
**ways** 67:23 174:17
176:10
**weaknesses** 122:22
**webb** 2:12 3:4,6
4:15,15,21,25
5:24 6:14 8:5,9,12
8:16 13:8,13 15:9
16:23 17:5,17
27:11 29:1,17,25
30:23,25 31:9,18
32:1,17 33:22,25
34:5,8,10 37:12
38:1,10 39:3 41:1
43:11 44:1,6,9,10
44:12,15 47:20
48:2 51:4,16
52:20 53:9,24
54:18 55:16 57:13
57:24 62:3,4,12
64:19,25 65:18
66:16,22 69:1
75:16 80:12 81:3

82:20 83:15,20
84:1,11 85:1
87:13,14,21 88:11
89:2,19 90:1,13
90:17 91:2 92:1
93:12 94:4 97:8
98:10,14,23 100:6
100:12 101:23
103:2,6,7 106:12
111:14 116:7,18
117:24 121:22
135:16 137:4
138:5 143:16,21
144:24 147:20
151:20,21 156:2,3
156:15,22 157:3
157:10,12,15,19
157:23 158:1,9
162:13 163:12
164:19 165:1
166:20 167:23
169:6,21 171:23
172:18 173:22
174:2,16 175:23
176:2 177:4
**weber** 130:4
**week** 13:11 25:3,6
25:8,18 26:24
27:25 68:6 152:20
**weekend** 163:17
**weeks** 166:4
**went** 19:13,24 33:3
61:23,24 98:25
171:8
**west** 1:1 2:6 4:10
**weve** 4:25 101:2
149:15,16 150:18
158:12
**whatnot** 15:1 91:25
102:5 120:9
134:16 136:24
**whats** 5:7 33:22
47:25 49:15 62:20
77:19 79:18 82:20
85:13 89:2 118:6
123:9 125:5 131:8

135:20 140:20
141:18 142:19
147:6 166:12
169:11
**whereof** 179:13
**white** 169:4,19
176:4,7
**whoevers** 60:16
**whos** 69:13
**width** 42:12
**wife** 132:12
**window** 26:1
**wisconsin** 59:7
**withdrawn** 105:15
**witness** 4:17 43:24
51:9 90:15 158:4
162:8 167:23
177:5 179:5,8,13
**woman** 45:3 48:19
68:1 124:17
125:15 130:19
150:6 153:23,23
153:24 154:1
**womans** 52:22
**women** 13:12 33:14
36:9 38:14 40:2
46:8 48:20 52:4
58:14 59:10 69:8
70:23 74:4 76:9
78:19 79:13 96:10
109:20,25 110:8
123:11 124:11
126:12,13,17
127:23,24 128:10
128:12 129:3,9,15
130:9 131:7,11,16
131:22 132:19
133:14 138:17
139:11 141:10
143:17,22,24
146:14 148:13,23
148:24 149:25
153:25 156:6
164:6,8,10,13
**wont** 138:9 148:13
148:14

**word** 97:16
**wording** 112:1
167:19
**words** 127:4
**work** 6:6 7:2 10:14
11:22 12:19 14:12
14:16,25 26:1,12
26:14 27:12,13
39:22 40:8 46:12
69:3 78:22 107:25
132:14 134:16
145:24,25 146:6
146:16,16,18,18
149:5 163:8 175:9
176:17
**worked** 6:22 53:19
78:11 81:4 92:23
93:7 109:7 144:18
152:21
**working** 18:15
40:12 53:11,12
101:11 138:12
150:19 151:3
169:16
**works** 70:21 81:22
139:5 146:21
177:3
**world** 89:19 145:20
**worse** 151:2
**wouldnt** 24:23
37:10 42:2 71:12
85:11 95:25
117:23 130:18
139:24 154:23
**wound** 68:12 85:7
85:11 105:9
119:24 135:21
159:3
**wrap** 117:9
**wrinkling** 162:18
**written** 14:9 41:2
41:12 141:17
**wrong** 89:14 155:9

_____

**X**

**x** 3:1,9

**xenograft** 46:18
118:6 171:4

_____

**Y**

**yandell** 40:5
**yeah** 103:5
**year** 36:4 69:25
70:1 72:16 92:22
103:17 112:17
129:25 149:5
152:24 153:7,14
154:11,12
**years** 52:10 61:20
68:7,21 69:4
73:20 76:9,17
86:22 97:24
123:12,20,22
152:25 153:8
155:23,23 166:6
**yesterday** 7:9 9:6
9:10 165:8
**youd** 127:5
**youll** 14:13 146:12
148:12,14
**youre** 10:24 28:6
28:22 29:24 30:7
36:1,25 38:2 39:7
49:25 57:10 64:25
65:4 66:10 71:11
74:15 88:2,6 97:2
104:13 106:12
127:2 130:12
132:16,17,24
134:1,3 138:5
140:12 142:4,12
148:9 152:14
156:15,16 158:1
173:20
**youve** 5:25 6:11,17
8:16 10:7,8,17
13:3 14:20 15:20
17:5 25:8 26:17
27:13 34:3,17
35:3,3,4,13 36:8
36:23 43:11 68:21
93:17,20 101:17

120:22 121:23
131:1 134:22,25
152:13 154:20
157:14 158:2

_____

**Z**

**zero** 156:15
**zierlein** 2:19 4:4
**zyczynski** 122:13

_____

**0**

**00** 9:25 98:18,19
156:23 157:8
**000** 27:2,6,14,19
**01** 98:19,22
**02** 1:14 4:7

_____

**1**

**1** 3:11 4:2 5:8 22:21
90:23 98:19,22
111:22
**10** 2:5 51:11,12,12
51:15 133:15
148:3,5 171:11
**100** 3:16 33:12
34:12 35:14 36:9
36:14 38:14
102:11 144:8
150:6 154:20
156:4,16 165:20
**101** 3:17
**102** 20:17 21:1,10
**11** 102:13 171:11
**114** 16:6
**12** 98:18,19 123:23
153:17 166:4
171:12
**1221** 2:13
**12cv00401** 1:7
**12md0237** 1:4
**13** 82:2 171:12
**135** 22:22
**136** 22:22
**137** 22:22
**138** 22:22
**14** 171:12
**15** 1:13 27:5,9

127:4 177:8,10
**150** 22:22
**15th** 4:6
**168** 3:5
**176** 3:6
**18** 11:11 48:20
140:23
**180** 102:9 148:14
148:15
**1800s** 58:21,24
**1850** 58:17
**18th** 22:8 179:14
**19** 127:1,2,5
**190** 11:13 19:2
**1900** 1:17
**1900s** 59:4
**1950** 73:17
**1975** 69:3
**1976** 110:19
**1996** 73:4 117:7,9
117:11
**1998** 110:15

_____

**2**

**2** 1:4,7 3:12 5:23
6:1 23:11,11
51:14 69:4 90:23
164:21,22,22,25
**20** 19:12 27:6 48:20
76:13 86:22 133:7
147:25 148:2,4,8
148:13 162:2
178:15
**200** 148:13,13
**2000** 69:9 72:13
73:2 117:5,7
148:21
**2001** 69:4,10
**2004** 16:15 35:18
35:25 74:12
170:25
**2005** 15:25 35:25
72:13 73:2,7
**2007** 103:15
**2008** 103:15
**2009** 16:7 72:24

Bobby Lewis Shull, M.D.

105:14 106:18
109:1
**2010** 37:17 75:24
103:20 104:3
122:12
**2011** 41:11 103:25
104:7
**2012** 20:15 22:8
23:2,22 41:11
105:17
**2015** 25:24 36:5
**2016** 1:13 4:6 7:2
10:19 11:11 102:1
179:14
**21** 140:23
**21st** 11:12,13
**22** 17:1,2
**22nd** 11:14,15
**2327** 1:4
**23rd** 7:1 11:17
103:15 104:7
**24** 153:18
**25** 19:12 27:18,20
69:4
**25301** 2:6
**25th** 23:22
**26** 3:16 6:7 27:2
51:11,12 101:13
**28** 27:2 110:19

─────────
**3**
**3** 3:13 6:12,13 10:9
10:16 16:6 23:22
90:23 98:21
118:10 177:8,10
**30** 27:19,20
**300** 143:7 148:23
**304** 2:7
**34** 17:2,4
**3441100** 2:7
**351** 23:12
**365** 102:10
**37** 3:15
**3d** 175:8

─────────
**4**

**4** 3:4,11,14 37:11
37:12 118:25
164:24
**40** 133:6,13,15
**403** 2:5
**43** 51:12,15
**44** 94:15
**45** 11:16 102:14
**4500** 2:13
**49** 164:21,22

─────────
**5**
**5** 3:12,16 6:24
10:10,18 11:21
35:18 74:12
100:11 101:3,13
127:5 128:1
**50** 11:12,20 18:18
27:14 101:25
102:14 148:4
**504** 23:14
**505** 23:14
**506** 23:15
**507** 23:15
**510** 64:5,9,11 65:8
83:11 98:4 110:16
112:10
**515** 1:17
**522** 154:15
**530** 11:19
**56** 164:22,25
**5th** 20:15 110:15

─────────
**6**
**6** 3:13,17 23:2
74:12 101:22,23
128:15
**60** 102:13 139:11
**637** 101:25 102:14
**65** 11:12
**650** 6:23 11:20
102:14
**654** 23:22
**6th** 103:25

─────────
**7**

**7** 74:13 101:25

102:14 171:13
**70** 33:14 156:6
**705** 102:13
**713** 2:15
**727** 23:24
**728** 23:24
**729** 23:24
**740** 6:24 10:10,18
11:21
**77010** 2:14
**78701** 1:18
**7th** 10:18 101:25

─────────
**8**
**8** 9:25
**80** 70:2,9 76:13
139:11
**85** 70:9
**8th** 137:16

─────────
**9**
**9** 1:14 4:7 17:1,2,2
17:4 156:23 157:8
**90** 11:15,18 148:15
155:23
**92** 48:5 155:23
**9516206** 2:15