# EXHIBIT A

Michaels Exhibit A

| Case Name | Docket Number |
|---|---|
| Adams, Lesa | 2:12cv07658 |
| Bailey, Jane | 2:12cv07952 |
| Barone, Deborah & August | 2:12cv06802 |
| Bybel, Celeste P. | 2:12cv07495 |
| Campbell, Lisa O. | 2:12cv07659 |
| Eason, Carla & Edward Lester, Jr. | 2:12cv07909 |
| Glaser, Judy & Bill | 2:12cv05776 |
| Mendiola, Rosario | 2:12cv07805 |
| Minter, Polly A. | 2:12cv06356 |
| Morrison, Ella | 2:12cv07935 |
| Nethercott, Betty | 2:12cv05802 |
| Palmer, Teresa | 2:12cv07902 |
| Prestage, Robin | 2:12cv07936 |
| Smiley, Rebecca Neel | 2:12cv06798 |
| Thompson, Rebecca Marie | 2:12cv07802 |