# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 5 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF STEVEN MACLEAN, PH.D. FOR WAVE 5

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion filed against Steven MacLean for Ethicon Waves 1 and 3, Dkts. 2205 and 2825 (motions), 2206 and 2826 (memorandums in support). Plaintiffs respectfully request that the Court exclude Steven MacLean's testimony, for the reasons expressed in the Waves 1 and 3 briefing. This notice applies to the following Wave 5 cases identified in Exhibit A attached hereto.

Dated: August 15, 2017        Respectfully submitted,

/s/ D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail: rbaggett@awkolaw.com


/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102

1

Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| DuBois, Virginia L. | 2:12-cv-08070 |
| Jennings, Iris | 2:12-cv-06217 |
| Ball, Sammie Marie | 2:12-cv-07415 |
| Dawes, Glenda | 2:12-cv-08048 |
| Platt, Mary Lee | 2:12-cv-07420 |
| Duchene, Margaret | 2:12-cv-07968 |
| Adams, Lesa | 2:12-cv-07658 |
| Bybel, Celeste | 2:12-cv-07495 |
| Gray, Ora Kay | 2:12-cv-07251 |
| McCumber, Betty | 2:12-cv-08083 |
| Santana, Santa | 2:12-cv-07849 |
| Sciumbata, Teresa | 2:12-cv-07037 |
| Greenwood, Kassandra | 2:12-cv-07889 |
| Callahan, Sonja | 2:12-cv-06387 |
| Paschke, Anna | 2:12-cv-06399 |
| Hoggatt, Laurie | 2:12-cv-05667 |
| Dynes, Donna | 2:12-cv-06104 |
| Washburn, Suzanne | 2:12-cv-06248 |
| Green, Patricia | 2:12-cv-05688 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com