# EXHIBIT A

# EXHIBIT A

| Case Name | Case Number |
| --- | --- |
| Margaret Aldridge | 2:12-cv-05750 |
| Rita M. & Charles E. Appleton | 2:12-cv-07872 |
| Debbie & Jack Avant | 2:12-cv-07413 |
| Sammie Marie Ball | 2:12-cv-07415 |
| Cathy & Peter Balura | 2:12-cv-07854 |
| Deborah & August Barone | 2:12-cv-06802 |
| Patricia D. & Joseph Bell | 2:12-cv-06750 |
| Chantel Bohne | 2:12-cv-07417 |
| Phyllis Clark | 2:12-cv-06481 |
| Paula Carole & Audie L. Pope Clowe | 2:12-cv-06893 |
| JoAnn Clowes | 2:12-cv-05749 |
| Rosa M. Crawford (Inactive) | 2:12-cv-06181 |
| Glenda & Marvin, Sr. Dawes | 2:12-cv-08048 |
| Margaret L. & Ralph Duchene | 2:12-cv-07968 |
| Carla & Edward Lester, Jr. Eason | 2:12-cv-07909 |
| Lula F. Fender (Inactive) | 2:12-cv-06182 |
| Connie & Charles Foy | 2:12-cv-06589 |
| Glorida & Henry Friberg | 2:12-cv-06500 |
| Patricia & Jackie Green | 2:12-cv-05688 |
| Lela B. & Larry Harrison | 2:12-cv-06160 |
| Mary & Jimmy Holley | 2:12-cv-07750 |
| Patricia Hosbrook | 2:12-cv-07843 |

2

| | |
|---|---|
| Kimberly & Stevie Lee Jarrell | 2:12-cv-07422 |
| Hema & Padma Kaviratna | 2:12-cv-08019 |
| Sherrie Leith | 2:12-cv-08079 |
| Betty Linton McCumber | 2:12-cv-08083 |
| Sharon & Robert Murray | 2:12-cv-07705 |
| Betty Nethercott | 2:12-cv-05802 |
| Teresa Palmer | 2:12-cv-07902 |
| Teresa L. Phelps | 2:12-cv-05790 |
| Mary Lee & Clair Platt | 2:12-cv-07420 |
| Beverly Sampson | 2:12-cv-07424 |
| Santa Santana | 2:12-cv-07849 |
| Carol & William Conner Sauer | 2:12-cv-06818 |
| Genevieve S. Schwartz (Inactive) | 2:12-cv-06184 |
| Cassandra Scott | 2:12-cv-07846 |
| Maria & Peter Shook | 2:12-cv-07446 |
| Anna M. Thompson (Inactive) | 2:12-cv-06179 |
| Stephanie & Larry Wells | 2:12-cv-06438 |