# EXHIBIT I

**Notice of FDA Warning regarding the use of vaginal mesh:**

The U.S. Food and Drug Administration (FDA) has issued several safety communications about the use of mesh for pelvic organ prolapse (POP). However, this AUA guideline reviews the current literature regarding SUI alone, and covers neither POP nor mini-incision slings. The FDA warning does not apply to biologicals used in POP. Based on continuing adverse event reports that have been received by the FDA since their initial warning in 2008, the FDA has stated that serious complications associated with surgical mesh in transvaginal POP repairs are not rare.

The AUA will continue to monitor the FDA's alerts and notices and will update the guideline as additional warnings or alerts regarding this device are issued. Informed consent requires that patients be advised of the risks of vaginal mesh.

The FDA will provide updates on its Web page:
http://www.fda.gov/MedicalDevices/ProductsandMedicalProcedures/ImplantsandProsthetics/UroGynSurgicalMesh/default.htm.

# Guideline for the Surgical Management of Female Stress Urinary Incontinence: 2009 Update

**Female Stress Urinary Incontinence Guideline Update Panel:**

Rodney A. Appell, MD, Chair
Roger R, Dmochowski, MD, Facilitator
Jerry M. Blaivas, MD
E. Ann Gormley, MD
Mickey M. Karram, MD
Saad Juma, MD
Deborah J. Lightner, MD
Karl M. Luber, MD
Eric Scott Rovner, MD
David R. Staskin, MD
J. Christian Winters, MD

**Consultants:**

Hanan S. Bell, PhD
Patrick M. Florer
Linda Whetter, DVM, PhD

**AUA Staff:**

Heddy Hubbard, PhD, MPH
Edith Budd
Suzanne Pope, MBA
Michael Folmer
Katherine Moore
Cynthia Janus, MLS
Kadiatu Kebe



American Urological Association
Education and Research, Inc.

## Rodney Alan Appell, MD, FACS

### 1948 – 2009



Dr. Rodney Appell served as Professor of Urology and Gynecology and Chief, Division of Voiding Dysfunction and Female Urology, at Baylor College of Medicine and held a large private practice in Houston, Texas. He was a highly respected surgeon in female urology and an active member of the American Urological Association (AUA), serving on the Practice Guidelines Committee and the Special Women's Issues in Urology Committee.

At the time of his death, he was Chair of the expert Panel that developed the Stress Urinary Incontinence Clinical Guideline. Directing the Panel members through the painstaking and analytical challenge of systematically reviewing clinical studies so that appropriate practice recommendations could be made was an undertaking at which Dr. Appell excelled. In remembering him, the current guideline Chair, Roger R. Dmochowski, M.D., Professor, Dept of Urologic Surgery, Vanderbilt University, speaking for the Panel, remarked that "Rodney will be missed by us all. His vision of mentorship was the inspiration for a whole generation of residents and fellows. Those of us who knew him will treasure the memory of his unique insight and clinical expertise."

After receiving his medical degree from Jefferson Medical College, Dr. Appell completed his surgical residency at George Washington University Medical Center and residency in urology at Yale University. Since that time and until his death he achieved extensive accomplishments in his field through research, clinical practice, and education activities. Consistently included in the publication *The Best Doctors in America*, Dr. Appell published over 100 full papers or editorials in peer-reviewed journals, authored several book chapters, was invited to participate in more than 200 lectureships and symposia, and delivered over 800 educational talks and presentations both across the United States and around the world.  He served on the editorial boards of many publications, including the AUA Journal of Urology.  In February 2008, he was awarded the Lifetime Achievement Award by the Society for Urodynamics and Female Urology and was named Continence Care Champion by the National Association for Continence.

Dr. Appell's leadership and expertise will be missed by all who knew him. The Stress Urinary Incontinence Guidelines Panel dedicates this Clinical Guideline to his memory.

2

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

## *Table of Contents*

Introduction .................................................................................................................5

Definitions ..................................................................................................................6

Index patient ..............................................................................................................7

Methodology ..............................................................................................................7

      PROBLEM DEFINITION ...........................................................................................8
      LITERATURE SEARCH AND DATA EXTRACTION ..................................................9
      EVIDENCE COMBINATION .....................................................................................9
      PATIENT GROUPS ...............................................................................................10
      EFFICACY ANALYSIS ..........................................................................................10
      COMPLICATIONS ...............................................................................................11
      GUIDELINE GENERATION AND APPROVALS .......................................................12
      DISSEMINATION ................................................................................................13

Diagnostic Evaluation of the Index Patient ..........................................................13

      TO CONFIRM THE DIAGNOSIS AND CHARACTERIZE SUI ....................................13
      TO ASSESS DIFFERENTIAL DIAGNOSIS AND COMORBIDITIES .............................14
      TO AID IN PROGNOSIS AND SELECTION OF TREATMENT ....................................15

Diagnostic Guidelines for the Index Patient .........................................................16

Therapeutic Options ................................................................................................18

      NONSURGICAL TREATMENT ...............................................................................18
      SURGICAL TREATMENT ......................................................................................18

Outcomes Analysis ...................................................................................................18

      EFFICACY ..........................................................................................................18
      COMPLICATIONS ...............................................................................................19

Surgical Treatments Analyzed - Descriptions and Outcomes ...........................20

      RETROPUBIC SUSPENSIONS ..............................................................................20
      SLINGS  22
            *Autologous Fascial Slings*..........................................................22
            *Cadaveric Slings*........................................................................23
            *Synthetic Slings*.........................................................................25
      INJECTABLE AGENTS .........................................................................................28
      ARTIFICIAL URINARY SPHINCTERS ....................................................................29

Treatment Guidelines for the Index Patient .........................................................30

Recommendations for Future Research and Reporting .......................................33

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

RECOMMENDATIONS TO EDITORS AND REVIEWERS ........................................................... 33
TRANSOBTURATOR TAPE PROCEDURES ....................................................................... 35

Conflict of Interest Disclosures ....................................................................... 36

Acknowledgments and Disclaimers ............................................................... 37

References ........................................................................................................ 43

Abbreviations and Acronyms ......................................................................... 46

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

4

## *Introduction*

Stress urinary incontinence (SUI) has a significant impact on the quality of life for many women, although estimates of prevalence vary widely due to inconsistencies in the definitions of SUI and differences in populations studied.[1] A large meta-analysis reported an estimated prevalence for urinary incontinence of 30% in women aged 30 to 60 years, with approximately half of the cases attributed to SUI;[2] another study reported the prevalence of SUI was 5% to 30% in European women.[3]  Many women in the United States (U.S.) elect to have a surgical procedure for management of their SUI symptoms each year. The first Female Stress Urinary Incontinence Clinical Guidelines Panel reviewed literature available up to January 1994 and published its report in 1997.[4] Since that time, a new body of literature has emerged on primarily novel surgical interventions for the treatment of SUI. For these reasons, the American Urological Association (AUA) has elected to update the initial report on the Surgical Management of Stress Urinary Incontinence. The literature search used in this analysis had a conclusion date of June 2005; it is recognized that this guideline will likely change in response to new information and further developments in the field.

In the 1997 guideline, the index patient was an otherwise healthy female patient with SUI without significant pelvic organ prolapse. It has become apparent since the prior guideline that many women with SUI also have pelvic organ prolapse and that these two issues may be addressed concurrently. Therefore, in constructing this guideline update, the index patient is defined as an otherwise healthy female patient who has elected surgical therapy for the correction of SUI as in the previous guideline.  An additional index patient defined by the panel is an otherwise healthy female patient with SUI and prolapse who elects to have treatment of her

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

SUI along with surgical correction of prolapse. The current Female Stress Urinary Incontinence Guideline Update Panel (the Panel) was selected by the Panel chair and approved by the Practice Guidelines Committee (PGC) of the AUA. The Panel members are representative of different medical specialties and geographic regions of the U.S. and are from both academic and private institutions.

This report describes an analysis of efficacy and safety outcomes for surgical procedures for use in treatment of SUI and provides a guideline based on review of these data and/or panel consensus. It also offers a discussion about the diagnostic evaluation of the index patient and recommendations for outcomes reporting and future research.

## *Definitions*

Stress urinary incontinence is a symptom that refers to leakage of urine during events that result in increased abdominal pressure such as sneezing, coughing, physical exercise, lifting, bending and even changing positions. There are two principle causes of this symptom – SUI and the rarer stress-induced detrusor overactivity (involuntary detrusor contractions that are caused by sudden increases in abdominal pressure). The distinction between these two can be determined by (in order of increasing specificity) patient history, physical examination (e.g., urinary loss after a stress event) and urodynamic studies.  For the purposes of this guideline, it is assumed that patients in the extracted studies had surgical management of SUI.

Urgency refers to a sudden, compelling desire to pass urine which is difficult to defer[5] or a strong need to pass urine for fear of leakage.[6] Urge urinary incontinence is defined as

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

6

involuntary leakage accompanied by or immediately preceded by urgency.[5]  Mixed incontinence

refers to SUI that occurs in combination with urge urinary incontinence.


## *Index patient*

The index patient is defined as an otherwise healthy female patient who has elected

surgical therapy for the correction of SUI as in the previous guideline.  An additional

index patient defined by the panel is an otherwise healthy female patient with SUI and

pelvic organ prolapse who elects to have treatment of her SUI along with surgical

correction of pelvic organ prolapse. Either index patient may be untreated or

previously surgically-treated and may have urethral hypermobility and/or intrinsic

sphincter deficiency. Urethral hypermobility was defined by the author; no uniform

definition was used.


## *Methodology*

This guideline included analysis of those relevant factors (perceived risks and outcomes of the

interventions, patient preferences and relative priorities of the interventions given limited health

care resources) used to choose among alternative treatment interventions.[7] The peer-reviewed

medical literature was meta-analyzed to estimate outcomes of treatment modalities, and Panel

members themselves served as proxies for patients in considering preferences. The steps taken to

develop this guideline, further detailed in Chapter 2, included problem definition, literature

search, data extraction, systematic evidence combination, guideline generation, approval and

dissemination. The Panel did not review needle suspensions or anterior colporrhaphy in

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

developing this guideline update.  Since development of the 1997 guideline, very limited new data has been published addressing these procedures, and there is a lack of current use or interest in them as well.  Though these operations may still be performed in isolated circumstances by some surgeons, the Panel believes that they are largely of historical interest only and no longer considers these procedures contemporary treatments for SUI.

## Problem Definition

This guideline update was based on the original AUA Guideline on the Surgical Management of Female Stress Urinary Incontinence published in 1997 using a similar methodology. The analysis was likewise limited to surgical treatments but included new procedures and those considered the most efficacious as determined by the previous analysis. Unlike the 1997 guideline, outcomes of surgical therapies for prolapse were also included.

Surgical efficacy was defined in three parts:  1) the resolution and lack of recurrence of SUI and urgency; 2) the resolution of prolapse and the lack of recurrence or new onset of prolapse; and 3) the incidence and severity of adverse events of these treatments. Urgency (resolution and de novo) was included as an efficacy outcome due to its significant impact on patient quality of life.  The treatments included in the analysis were retropubic suspensions, slings, injection therapy and artificial sphincters; the analysis excluded those procedures not generally available in the U.S. or not expected to be approved at the time of publication. Anterior repairs for prolapse reduction in conjunction with other surgical treatments for incontinence were included as prolapse surgeries. Procedures used to correct prolapse included hysterectomy in conjunction with or as a component of surgical treatment of SUI and site-specific repairs.

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

## Literature Search and Data Extraction

A database was generated that included articles retrieved for the previous guideline and those resulting from a series of four MEDLINE® searches beginning in December 2002 and concluding in June 2005. The searches were limited to papers involving human subjects and published in the English language on or after 1990 which included the MeSH term "female." The MeSH headings used were "urinary incontinence, stress," "stress incontinence" and "urinary incontinence" in any field. A total of 7,111 citations and abstracts were reviewed for relevance by the panel chairs, of which 1,302 citations entered the extraction process. Panel members extracted data from the articles which were then entered into a Microsoft Access® (Microsoft, Redmond, WA) database. In person and via conference calls, the Panel collectively reviewed the extracted data. A total of 436 articles were suitable for inclusion in the meta-analysis; an additional 155 articles were deemed suitable only for their complications data due to an insufficient follow-up duration for the efficacy outcomes analysis.

## Evidence Combination

To generate outcomes tables, estimates of the probabilities and/or magnitudes of the outcomes are required for each intervention. Ideally, these come from a synthesis or combination of the evidence. Combination can be performed in a variety of ways depending on the nature and quality of the evidence. For this guideline, the panel used the confidence profile method,[8, 9] which provides methods for meta-analyzing data from studies that are not randomized controlled trials (RCTs). Meta-analysis was performed using the Fast*Pro software to combine individual arms from controlled trials and clinical series where similar patients were similarly treated. Although a number of RCTs were found through the literature search, there were insufficient numbers on any one topic to warrant an independent meta-analysis of RCTs. The results of

9

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

certain trials are discussed where relevant. Frequently, published series used in a combined analysis showed very divergent results implying site-to-site variations, variability in patient populations, in the performance of the intervention, the skill of the surgeon or normal statistical variation. Given these differences, a random-effects, or hierarchical, model was used to combine the studies.

## Patient Groups

While stratifying outcomes based on patient characteristics such as type of incontinence, previous treatment(s), presence of prolapse, prior pregnancy and severity of incontinence would be most instructive, in most cases the outcomes data were not fully or consistently identified by these criteria. Therefore, analysis was limited to two patient groups; one in which no patient received concomitant surgical treatment for prolapse (comparable to the previous guideline) and another in which some or all patients received concomitant treatment for prolapse. Very few published studies included all of the SUI patients receiving concomitant prolapse treatment, therefore, the analysis was based mainly on data from studies that included some patients with prolapse treatment. This did not permit a clear distinction to be made between these groups in the analysis. An attempt to stratify the outcomes of SUI surgical interventions by the presence of prolapse was thwarted by insufficient data since few published studies stratified results in this manner.

## Efficacy Analysis

The efficacy outcomes analyzed included two levels of continence: cured/dry and cured/dry/improved; these are reported percentages and credible intervals (Bayesian confidence intervals [CIs]). Allocation to the previously mentioned categories was determined by author definition of continence. For the analysis of postoperative urgency, patients were divided into

10

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

three categories: without pre-existing urgency, with pre-existing urgency, and unknown or uncertain pre-existing urgency. Postoperative urgency categories included urge incontinence, urge symptoms and unspecified. Again, the results are reported as the percent of the relevant patient group having each outcome. Abbreviated tables summarizing the cured/dry and resolution or urge incontinence for the time interval of 12-23 months for patients with or without concurrent prolapse treatment are provided with this document (see Tables 1–3); for a complete set of data tables see Appendices A7-A16.

## Complications

Complications were analyzed similarly to the efficacy outcomes. However, because of the wide variety of ways authors name and describe complications, the panel attempted to group complications together that represented the same or related outcomes.  As discussed in Chapter 2, this could result in some inaccuracies in the resultant estimates.  Appendix A-17 shows how the panel grouped outcomes.  Certain complication outcomes such as pain and de novo urgency were tabulated as defined by the author, and no further analysis was performed based upon the limitations of data reporting.  After grouping the complications for analysis, the grouped complications were then put into general categories for display and discussion.  Outcomes tables were developed for each group of complications.  Separate tables were again created for patients with and without prolapse treatment.  The format of the tables is the same as the efficacy tables. An abbreviated table summarizing retention data for patients with or without concurrent prolapse treatment is provided with this document (see Table 4); for a complete set of data tables see Appendices A7 – A16.

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

**Guideline Generation and Approvals**

After the evidence was combined and outcome tables were produced, the Panel reviewed the results and identified anomalies, updated the outcomes tables based on the problems identified, and based on evidence from the outcome tables and expert opinion, the Panel drafted the treatment guideline. Based on 24 peer reviewer comments, the Panel revised the document. The guideline was submitted for approval to the PGC of the AUA and the Board of Directors for final approval.

As in the previous guideline, the present statements are graded with respect to the degree of flexibility in application. Although the terminology has changed slightly, the current three levels are essentially the same as in the previous guideline. A "standard" has the least flexibility as a treatment policy. A "recommendation" has significantly more flexibility, and an "option" is even more flexible. These terms are defined as follows:

1.  **Standard**: A guideline statement is a standard if (1) the health outcomes of the alternative interventions are sufficiently well known to permit meaningful decisions, and (2) there is virtual unanimity about which intervention is preferred.

2.  **Recommendation**: A guideline statement is a recommendation if (1) the health outcomes of the alternative interventions are sufficiently well known to permit meaningful decisions, and (2) an appreciable, but not unanimous majority agrees on which intervention is preferred.

3.  **Option**: A guideline statement is an option if (1) the health outcomes of the interventions are not sufficiently well known to permit meaningful decisions, or (2) preferences are unknown or equivocal.

12

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

**Dissemination**

The guideline is published on the web site for the AUA and can be found at

http://www.auanet.org.  A version of Chapter 1 will be published in the *Journal of Urology.*


## *Diagnostic Evaluation of the Index Patient*

The purpose of diagnostic evaluation is three-fold: 1) to document and characterize SUI; 2) to assess differential diagnosis and comorbidities; and 3) to prognosticate and aid in the selection of treatment.

**To confirm the diagnosis and characterize SUI**

Stress urinary incontinence may be characterized by the following:

- demonstration of leakage with increasing abdominal pressure (see below)

- frequency of incontinence episodes (diagnosed by history, questionnaire, bladder diary)

- severity (the volume of urine leakage diagnosed by history, questionnaire, bladder diary, pad test)

- degree of bother (diagnosed by history, bladder diary, questionnaire)

- sphincter function (diagnosed by examination, Valsalva leak point pressure, urethral pressure profile)

- degree of urethral mobility (diagnosed by estimation at time of physical examination, cotton-swab test, or imaging)

On the basis of a focused history and physical examination with a comfortably full bladder, the diagnosis of SUI is fairly straightforward in the index patient. The *sine-qua-non* for a definitive diagnosis is for the examiner to witness involuntary urine loss from the urethral meatus

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

coincident with increased abdominal pressure (positive stress test) such as those occurring during coughing and straining; a standing position may facilitate the diagnosis. Once the increase in abdominal pressure has subsided, flow through the urethra should subside. Rarely, one may witness urine loss after increases in intra-abdominal pressure. In this scenario, one should suspect that the incontinence is, at least in part, due to an abnormal detrusor contraction (stress-induced detrusor overactivity).

**To assess differential diagnosis and comorbidities**

The differential diagnosis of stress incontinence includes detrusor overactivity, low bladder compliance, overflow incontinence, stress-induced detrusor overactivity, urethral diverticulum, urinary fistula and ectopic ureter. Overflow incontinence is a clinical diagnosis, whereas detrusor overactivity, low bladder compliance, and stress-induced detrusor overactivity are essentially urodynamic diagnoses while urethral diverticulum and urinary fistula can be sometimes be confirmed on the basis of history and exam but may in some instances require urinary tract imaging or other procedures for confirmation. Various imaging techniques for urethral diverticula may be used. Urinary fistula and ectopic ureter may be diagnosed by examination, cystoscopy and upper and lower urinary tract imaging.

Certain comorbidities relating to coexisting conditions might affect the outcome of treatment and influence surgical technique and the specifics of patient counseling. For example, a patient with mixed and stress incontinence who has a large post-void residual volume and impaired detrusor contractility might be counseled that her urge symptoms are more likely than usual to persist and that urinary retention is more likely. Further, the technique of surgery might be tailored such that a mid urethral, rather than bladder neck, sling is performed and it might be placed a bit looser than otherwise. These comorbidities include:

14

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

- urinary urgency and urge incontinence (diagnosed by history, questionnaire, bladder diary);

- anatomic features such as pelvic organ prolapse (diagnosed by history, exam); urethral mobility and other urethral abnormalities such as intrinsic stricture disease (diagnosed by cystoscopy, cotton-swab test, ultrasound);

- the number and location of ureteral orifices  e.g. ectopic (diagnosed by cystoscopy); and/or

- the presence of detrusor overactivity, urethral obstruction, low bladder compliance and impaired or absent detrusor contractility (diagnosed by uroflow, postvoid residual volume determination, urodynamics).

**To aid in prognosis and selection of treatment**

There are few facts and many opinions about predicting the outcome of surgery based on the comorbidities described above, though few would disagree that operations for SUI should be confined to those who actually have demonstrable SUI, including occult SUI demonstrable only after reduction of pelvic organ prolapse. There is no standardized way to reduce a prolapse to unmask stress incontinence, and this patient falls outside the index patient identified by the panel.  Nevertheless, an understanding of the specific comorbidities allows for individualized treatment planning, for informed consent and for the surgeon's estimate of a successful outcome and the potential occurrence of complications such as incomplete bladder emptying, persistent or de novo urgency/urge incontinence and recurrent sphincter incontinence. Urodynamic evaluation may be of assistance in elucidating complex presentations of incontinence.

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

## *Diagnostic Guidelines for the Index Patient*

Amendments to 1997 Standards, Recommendations and Options are indicated (words that are in italics denote changes from the 1997 guideline document to improve clarity).

**Standard: The evaluation of the index patient should include the following components:**

- *Focused* history

- *Focused* physical examination

- **Objective demonstration of SUI**

- *Assessment of postvoid residual urine volume*

- **Urinalysis, and culture if indicated**

[Based on Panel consensus]

**Recommendation: Elements of the history should include the following:**

- **Characterization of incontinence (stress, urge, etc.)**

- **Frequency, bother and severity of incontinence episodes**

- **Impact of symptoms on lifestyle**

- **Patient's expectations of treatment**

[Based on Panel consensus]

**Recommendation: Additional diagnostic studies can be performed to assess the integrity and function of the lower urinary tract.**

- **Pad testing and/or voiding diary**

- **Urodynamics**

16

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

- **Cystoscopy**

- **Imaging**

[Based on Panel consensus]

**Recommendation: Indications for further testing include the following:**

- **An inability to make a definitive diagnosis based on symptoms and the initial evaluation**

- **Concomitant overactive bladder symptoms**

- **Prior lower urinary tract surgery, including failed anti-incontinence procedures**

- **Known or suspected neurogenic bladder**

- **Negative stress test**

- **Abnormal urinalysis such as unexplained hematuria or pyuria**

- **Excessive residual urine volume**

- **Grade III or greater pelvic organ prolapse**

- **Any evidence for dysfunctional voiding**

[Based on Panel consensus]

The need for further evaluation of any given patient depends on a number of other factors including the degree of certainty and comfort that the physician has about the diagnosis, the impact that further studies will have on diagnosis, treatment options and treatment risks and likely outcomes as well as the desire and willingness of the patient to undergo further studies.

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

## *Therapeutic Options*

### Nonsurgical Treatment

Management of SUI includes the option of nonsurgical therapies. The Panel did not review nonsurgical therapies because they are outside the scope of this report.

### Surgical Treatment

The outcomes analyzed fell into two general categories: efficacy outcomes and complications. The results of the analysis are provided under each treatment below. For a more detailed discussion of the outcomes, see Chapter 3. Comparative results of the meta-analysis of efficacy and complications are shown in the tables and graphs in Chapter 3.

## *Outcomes Analysis*

### Efficacy

The primary efficacy outcome was the resolution of stress incontinence as measured two ways— patients who were completely dry (cured/dry) or patients who showed improvement (cured/dry/improved). The cured/dry/improved measure may include patients who were completely dry. Secondary efficacy outcomes dealt with changes in urgency as described in the methodology section above.  Data were accepted as reported except when described in terms that conflicted with the definition in the methodology. For example, if a study reported any patients with minimal persistent incontinence as cured, these data were included only in the cured/dry/improved category.

Outcomes were analyzed separately based on whether the continence evaluation was subjective or objective; only results that were clearly based on subjective or objective criteria

18

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

were included in their respective analyses. An additional category was created (defined as "any" method of evaluation) to include all studies irrespective of the method of assessment used.  For studies reporting both subjective and objective results, the subjective results for the study were included in the "any" category.

Outcomes also were analyzed separately according to the postsurgical interval of the final assessment of continence, with a minimum period of follow-up of 12 months. Three intervals were analyzed: 12 to 23 months, 24 to 47 months and greater than 48 months. If a study reported data at multiple times during one of these intervals, the time point closest to 18 months, 36 months and 60 months were used for the three time ranges, respectively.

**Complications**

In order to facilitate the analysis of complications for the various SUI surgical procedures and because of the lack of standardized complications nomenclature in the literature the Panel grouped the reported complications into the following classes:

- Urinary retention
- Gastrointestinal
- Infectious
- Perioperative genitourinary
- Vascular
- General medical
- Delayed genitourinary
- Neurological
- Death

Details of these groups are described in Chapter 3. Appendix A-17 lists the specific complications that were included in each of the above classes. Subjective complications (pain, sexual dysfunction, and voiding dysfunction) were also included as a separate category. Important complications for specific treatments are discussed below under the relevant treatment.

19

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

## *Surgical Treatments Analyzed - Descriptions and Outcomes*

The surgical treatments analyzed fell into four categories: retropubic suspensions, slings, injectable agents and artificial urinary sphincters (AUS). Within each class, modifications of these treatments were analyzed where appropriate. For some categories, only minimal data were available. As noted in the methods section, definitions of cured, dry and improved were those of the authors.

In this section, brief descriptive results are provided for outcomes.  The complete results are provided in Chapter 3 and Appendices A7-A16.

### Retropubic Suspensions

Although the techniques for performing retropubic suspensions were essentially unchanged since the 1997 Guideline, the Panel elected to determine if there were any new studies since that analysis that would result in significantly different outcomes. Data from three categories of retropubic suspensions were analyzed: 1) open suspensions regardless of type (including Burch suspensions); 2) open Burch suspensions alone; and 3) laparoscopic suspensions.

The Panel's meta-analysis estimated cured/dry rates at 12 to 23 months based on 1,085 patients for open suspensions with no concomitant prolapse treatment to be 82% (CI:  74%-87%) while cured/dry rates for laparoscopic suspensions were 69% (368 patients; CI:  52%-84%) (Table 1). At 24 to 47 months, the cured/dry rates were similar among all procedures, ranging from 74% to 76%. At 48 months or longer, cured/dry rates for all open procedures were 73%. No data were available for laparoscopic procedures. These rates are similar to those reported for retropubic suspensions in the previous Guideline, in which estimated cured/dry rates were 84% at all time points.[4]

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

The meta-analysis estimate of postoperative urge incontinence was 14% from data from 186 patients (CI: 6%-25%) with pre-existing urge incontinence when treated with open retropubic suspensions, while de novo urge incontinence and "unspecified" urge incontinence was estimated in 8% (713 patients; CI: 5%-12%) and 41% of patients (305 patients; CI: 30%-54%), respectively (Table 3). Of patients undergoing laparoscopic retropubic suspensions, the meta-analytic results indicate that an estimated 5% of patients (CI: 1%-14%) will experience de novo urge incontinence and approximately 6% (CI: 1%-14%) will have "unspecified" urge incontinence. There were few data available for laparoscopic retropubic suspensions or for longer term outcomes of open retropubic suspensions (for longer term outcomes on urge incontinence, see Chapter 3). Based on 1,154 patients in 18 studies, retention could occur in 3% to 4% of patients (Table 4). The most common complications and estimated rates of occurrence for open retropubic suspensions determined in the meta-analysis (see Chapter 3) were febrile complications (8%), urinary tract infection (13%), bladder injury (4%) and voiding dysfunction (9%). Laparoscopic suspensions appeared to have a lower overall risk of febrile complications (0% reported) and urinary tract infection (2%), although these estimates were based on limited data. Ureteral injury was estimated to occur in 4-11% of patients receiving laparoscopic retropubic suspensions (see later discussion in Chapter 3), but only 1% of patients receiving open suspensions. Again, these estimates were based on a very small number of patients.

For patients with concomitant prolapse treatment, the estimated cured/dry rates for open retropubic suspensions, Burch suspensions and laparoscopic suspensions were all 88% at 12 to 23 months and 83% to 85% at 24 to 47 months (Table 2). The cured/dry rate was estimated to be 67% (1,072 patients; CI: 56%-76%) for all open retropubic suspensions at 48 months or longer, and data were insufficient for an approximation of efficacy for laparoscopic therapy at 48 months

21

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

or longer. The postoperative urge incontinence rate was based on 143 patients with pre-existing urge incontinence who were treated with open retropubic suspensions with concurrent prolapse repair; the rate of occurrence was approximately 22% (CI: 4%-56%). Further, the analysis estimates 14% of patients (457 patients; CI: 8%-21%) may experience de novo urge incontinence and 13% of patients (256 patients; CI: 7%-22%) may report "unspecified" urge incontinence (Table 3). By comparison, the results estimate that 11% of patients treated with laparoscopic suspensions will have de novo urge incontinence (344 patients; CI: 6%-17%); data were unavailable or insufficient for the other urge incontinent outcomes with laparoscopic retropubic suspensions (for longer term outcomes on urge incontinence, see Chapter 3). Retention was estimated in 1% to 2% of patients (Table 4).

## Slings

### Autologous Fascial Slings

Efficacy data were available for a variety of types of autologous fascial slings, including suprapubic slings with bone anchors, autologous vaginal wall slings with or without bone anchors and the general category of autologous fascial slings without bone anchors (detailed outcomes for the different types of autologous fascial slings are provided in Chapter 3).

Most of the available studies described patients treated with autologous slings without bone anchors. For patients without concurrent prolapse treatment, the estimated cured/dry rates ranged between 90% at 12 to 23 months and 82% at 48 months or longer (Table 1). The Panel's meta-analysis estimated rates of postsurgical urge incontinence were 33% in patients with pre-existing urge incontinence and de novo urge incontinence in 9% of patients without pre-existing urge incontinence (Table 3). The estimated rate of retention was 8% (Table 4). Complications estimates for autologous fascial slings without bone anchors were generally infrequent and

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

included urinary tract infection (11%), bladder injury (4%) and wound complications (8%).
There were also a few studies published between 2001 and 2003 reporting data on a small
number of patients who received autologous fascial vaginal wall slings with or without bone
anchors.  Complete data are provided in Chapter 3.

For patients treated with autologous slings without bone anchors and a concurrent
prolapse treatment, cured/dry rates ranged from 85% to 92%, although these estimates were
based on a very small number of patients (Table 2). Based on the results of the meta-analysis,
approximately 10% of patients could experience de novo urge incontinence, and an estimated 5%
of patients will be subject to retention (Table 3).

**Cadaveric Slings**

Cadaveric slings came into wide use following a report by Handa et al.,[10] and other authors have
since reported favorable results using this procedure.[11, 12] However, the long-term durability of
these procedures has been questioned,[13, 14] with reports of graft failure[15, 16] and declining success
rates over time[17, 18] (for a more complete discussion on the use of cadaveric slings, see Chapter
3).  The use of these materials has dramatically declined over time as a result of these concerns,
thus severely limiting data available for analysis.

Based on the limited data available for analysis, the estimated cured/dry rate for patients
undergoing cadaveric slings without bone anchors and no concomitant prolapse treatment was
74% at 12 to 23 months and 80% at 24 to 47 months (Table 1). There were no data for longer
term efficacy (48 months or longer) for cadaveric slings, and few studies reported data on
retention, urge incontinence or complications.

For patients with concomitant prolapse treatment, the Panel's meta-analysis estimates  of
cure/dry rates were 82% (234 patients CI:  77%-86%) at 12 to 23 months using a cadaveric sling

23

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

with bone anchors, whereas the rate was 58% based on patients from three studies totaling 133 patients (CI:  36%-78%) where bone anchors were not utilized (Table 2). Despite the fact that these confidence intervals barely overlap, the consensus of the Panel is that these represent statistical aberrations inherent in evidence combination and are likely not representative of a true difference in outcomes.  There were no data for bone-anchored slings beyond two years.  At 24 to 47 months, for patients undergoing a cadaveric sling procedure without bone anchors in addition to prolapse treatment, the cured/dry rate was 64%, and at > 48 months based on 13 patients, only an estimated 31% receiving a cadaveric sling without bone anchor will be cured/dry.

Little is known about the graft-host relationship and possible mechanisms of graft degradation for cadaveric materials. In addition, processing and storage of these materials is variable, which could account for the disparity of results as reflected by the wide CIs in our analysis. There were insufficient data to assess the long-term efficacy of these procedures, with very few studies reporting results at 48 months or longer. Furthermore, the risks of disease transmission with these materials remain unknown. Traces of genetic material have been isolated from commercially available cadaveric sling materials[19] although there have been no reports of disease transmission related to cadaveric grafts in the urologic literature.

There were few complications reported in the literature for procedures using cadaveric sling materials. Vaginal extrusion was reported in one study,[20] but erosion of cadaveric materials into the urinary tract was not identified in this meta-analysis. Other reported complications were similar to other procedures for the surgical correction of SUI.  When these materials have been used with concomitant prolapse repair, complications such as infection and graft extrusion have been reported.[21]

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

24

**Synthetic Slings**

Efficacy data were available for synthetic slings placed at the bladder neck and synthetic slings

placed at the midurethra. Outcomes are discussed separately for each of these procedures.


**Synthetic Slings at the Bladder Neck**

Efficacy data were available for synthetic slings at the bladder neck with or without bone

anchors; most of the data came from studies involving synthetic slings without bone anchors.

With this procedure, the estimated cured/dry rate based on 349 patients in nine studies without

prolapse treatment was 73% (CI:  64%-80%) at 24 to 47 months; longer term data were not

available (Table 1). De novo urgency was approximated at 12% of patients (132 patients; CI:

6%-20%) at 12 to 23 months; there were limited data on other urge incontinence outcomes

(Table 3). The retention rate was an estimated 9% (360 patients; CI:  5%-15%) (Table 4). The

most common complications occurring with synthetic slings at the bladder neck without bone

anchors (provided in Chapter 3) were urinary tract infection (10%) and erosion/extrusion (5% for

urethral/bladder, 8% for vaginal and 17% for unknown). However, because only studies that

report a given complication were included in the analysis and many of these studies were small

case series, these percentages may represent an overestimation of the risk of these complications.

Despite these limitations, these data suggest an increased probability of urinary tract erosion

following synthetic slings placed at the bladder neck.

For those treated with synthetic slings at the bladder neck with concurrent prolapse

treatment, the meta-analysis estimated cured/dry rates of 73% to 75% at 24 months and longer

(Table 2). Estimates of postoperative urge incontinence based on 119 patients with pre-existing

urge incontinence in three studies was 29% (CI:  16%-46%), and estimates suggested that only

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

15% of patients (150 patients; CI:  5%-31%) will experience de novo urge incontinence (Table 3). The estimated retention rate was 10% (422 patients; CI:  5%-18%) (Table 4).

**Synthetic Slings at the Midurethra**

Since the publication of the 1997 guideline, there has been a proliferation of new modifications to the pubovaginal sling that have largely replaced the retropubic suspension and the autologous sling as the primary procedures for SUI. In these procedures the synthetic sling is placed at the midurethra as opposed to the bladder neck. These procedures are performed using one of two techniques –transvaginal/retropubic or transobturator.  In the retropubic technique, trocars or long needles are passed at the midurethra through the retropubic space from the vagina to the abdomen or from the abdomen to the vagina. In the transobturator technique, the slings are passed with a curved trocar from the vagina behind the ischium (inside-out) or from the ischium to the vagina (outside-in). At the time of this analysis, data on the transobturator technique was limited, with insufficient numbers of patients having long-term follow-up to reach any conclusions regarding efficacy (see final section of this document for further discussion of these procedures).

For the transvaginal/retropubic technique, the Panel's meta-analysis estimated cured/dry rates in patients without prolapse treatment ranging from 81% to 84% at all time points (Table 1), which is comparable to the medium-term results for the Burch suspensions and autologous fascial slings. De novo urge incontinence was projected in 6% of patients (323 patients; CI:  3%-10%) (Table 3) while retention estimates were 3% of patients (2119 patients; CI:  2%-4%) (Table 4); insufficient data were available for an estimate of resolution of pre-existing urgency, with only 1 group of 25 patients providing data. Complication rates (see Chapter 3) included bladder injury as defined by the study authors (6%), urinary tract infection (11%) and extrusions

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

26

(7% for vaginal extrusions and 1% for unknown).  Wound complications were also reported in the literature.  Thirteen case reports identified the complications of urethral or bladder erosion of mesh into the urinary tract which occurred in over half of a cohort of 33 patients.  Unfortunately, the probability of urinary tract erosion was unable to be calculated precisely from the database as all of these were reports of individual cases or small case series which would result in an overestimation of the risk of these complications. Similar efficacy results were found for those treated with midurethral synthetic slings with concurrent prolapse treatment.

**Mesh in pelvic floor surgery\*\*:**

Recently, the U.S. Food and Drug Administration (FDA) released a warning position statement concerning the use of mesh materials in stress incontinence surgery and pelvic organ prolapse surgery. They noted over 1,000 reported complications of vaginal and urinary erosion as well as bowel and vascular injuries (http://www.fda.gov/cdrh/safety/102008-surgicalmesh.html).  This data has been extracted from the FDA Manufacturer and User Facility Device Experience Database (MAUDE) database, which promotes voluntary reporting of complications. The Panel has reviewed this statement and the results of this meta-analysis. Based on this review, the Panel has reached the following conclusions:

1) In this meta-analysis, the midurethral slings had an efficacy comparable to autologous slings in the surgical treatment of SUI.

2) Several "versions" of the midurethral sling procedures do not have similar long-term efficacy data.

\*\*The FDA issued an updated warning in July 2011 regarding the use of vaginal mesh. Please read the alert on the cover of this guideline.

27

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

3) There are complications that may occur that are unique to specific mesh materials; however, these complications appear to be rare.  Intraoperative use of cystoscopy can be performed to minimize the risk of urinary tract injury or erosion.

4) The midurethral sling is an alternative in the management of SUI.  The incidence and implications of these complications along with the more rapid recovery and more efficient return to normal voiding after surgery should be discussed with patients before surgery.

**Injectable Agents**

Injectable agents may provide immediate relief for some patients and are an option for patients who do not wish to undergo more invasive surgery and who understand that both efficacy and duration are inferior to surgery. Other possible indications for the use of injectable agents include patients who are elderly, those who are at high anesthetic risk or those willing to accept an improvement in their incontinence without necessarily achieving dryness.

For this analysis, injectable agents were subdivided into collagen (bovine gluteraldehyde cross-linked) and other nondegradable synthetic agents. The literature reviewed for this guideline offered minimal new data, with sufficient data available for an analysis of only collagen. The anticipated efficacy for patients treated with collagen without concomitant prolapse treatment declined over time, from 48% at 12 to 23 months to 32% at 24 to 47 months (Table 1). The estimated rates of de novo and unspecified urge incontinence as well as the rates of complications were low.

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

28

Very limited information is available for the other injectable agents with the exception of the multicenter trials that won approval for these agents by the U.S. FDA. These include carbon-coated zirconium beads in beta-glucan gel[22] and calcium hydroxylapatite.[23] Data regarding newer agents under FDA review or not yet in the literature were not included. There were limited data with which to assess the long-term safety and efficacy of injectable agents.  These agents are an option for women who require or prefer a minimally invasive procedure under local anesthesia.

**Artificial Urinary Sphincters**

In the U.S., use of the AUS is generally restricted to children with nonfunctioning urethras (i.e., those with spina bifida), in adults with nonfunctioning urethras secondary to trauma to the nerves of the pelvis such as following automobile accidents or in male adults with postprostatectomy incontinence. Data on use of the AUS in the index patient are limited. It is occasionally used in a patient with severe intrinsic sphincteric deficiency who has failed other surgical procedures, or patients with significant SUI and poor bladder contractility such as those with diabetes or back injury. Although limited, available data on the AUS in over a decade of use demonstrate that it can be a valuable therapy with a high degree of effectiveness. Erosion, infection and device malfunction are potential complications. Based on the only recent study on complications, an anticipated erosion/extrusion rate was computed to be 28%.[24] With respect to the index patient, the AUS might be useful in the Valsalva-voiding woman who must abdominally strain to empty the bladder. When the cuff is opened for voiding, the AUS is likely nonobstructive to the bladder in contrast to slings where straining may cause obstruction to the flow of urine. The Panel feels that the role of the AUS is limited.

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

### *Treatment Guidelines for the Index Patient*

The Panel updated existing guideline statements and developed new statements. Amendments to 1997 Standards, Recommendations and Options are indicated (words that are in italics denote changes from the 1997 guideline document to improve clarity).

**Standard: The patient should be counseled regarding the surgical and nonsurgical options including both benefits and risks. Choice of the procedure should be made as a collaborative effort between the surgeon and patient and should consider both patient preferences and the surgeon's experience and judgment.**

[Based on Panel consensus]

**Standard: Patients with urge incontinence without stress incontinence should not be offered a surgical procedure for stress incontinence.** The index patient has stress urinary incontinence with or without prolapse. The use of a prophylactic anti-incontinence procedure in the patient with occult incontinence with high grade prolapse is not the guideline index patient and the panel does not have an opinion about prophylactic incontinence surgery.

[Based on Panel consensus]

**Recommendation: Synthetic sling surgery is contraindicated in stress incontinent patients with a concurrent urethrovaginal fistula, urethral erosion, intraoperative urethral injury and/or urethral diverticulum.**

[Based on Panel consensus]

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

Although there is no peer-reviewed literature that specifically evaluates these uncommon conditions, the Panel believes that using synthetic material in these circumstances may place the patient at higher risk for subsequent urethral erosion, vaginal extrusion, urethrovaginal fistula and foreign body granuloma formation. In such patients, the Panel believes that autologous fascial and alternative biologic slings are an option in the treatment of concomitant stress incontinence. The decision to use these materials should be based on the judgment of the surgeon and made in the best interests of the patient.

**Standard: Intraoperative cystourethroscopy should be performed in all patients undergoing sling surgery.**

[Based on Panel consensus]

For detection of potential intraoperative complications, the bladder and urethra should be inspected either with a rigid or flexible cystoscope prior to the conclusion of the procedure. A short beak rigid cystoscope or flexible fiberoptic cystoscope provides optimal visualization of the female urethra.

**Option: The five major types of procedures (injectables, laparoscopic suspensions, midurethral slings, pubovaginal slings and retropubic suspensions), although not equivalent, may be considered for the index patient.**

[Based on Panel consensus]

Newer techniques and materials for the surgical treatment of stress incontinence such as midurethral synthetic slings have been developed. For the index patient, the Panel believes that these techniques, materials and accompanying physician expertise and

31

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

experience offer a number of advantages that include shorter operative time, shorter recovery time and less short-term morbidity; however, urethral erosion and vaginal extrusion of the synthetic material may occur, which can be very difficult to treat. In addition, perforation of bowel and blood vessels, which pose a life-threatening risk, may result from this procedure. Longer term follow-up is needed before any definitive statements regarding the long-term efficacy and life-long risk of erosion with these procedures can be made.

**Option:  The artificial urinary sphincter may be indicated in certain circumstances.**

[Based on evidence and Panel opinion]

The Panel considers the use of the AUS in the index patient as an option, with a role limited to patients not amenable to treatment with other procedures.

**Option: Stress incontinence procedures may be considered for patients with mixed incontinence with a significant stress incontinence component.**

[Based on review of the data and Panel consensus]

Ample support exists for the role of surgery in mixed incontinence[25] The meta-analysis estimate of postoperative urge incontinence was 14% from data from 186 patients (CI: 6% - 25%) with pre-existing urge incontinence when treated with open retropubic suspensions while others have reported disparate outcomes.[26]

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

**Recommendation: Surgical procedures for SUI and prolapse may be safely performed concomitantly in appropriately selected women. Tensioning of any sling should not be performed until prolapse surgery is completed.**

[Based on Panel consensus]

## *Recommendations for Future Research and Reporting*

### Recommendations to Editors and Reviewers

Although more than a decade has passed since the recommendations for improving the quality of data from clinical trials and studies were proposed by Leach et al.,[4] very little progress has been made by editors and reviewers in instituting these recommendations.[27] Furthermore, the FDA has not altered the approval process as discussed below. Thus, again, the Panel members were extremely disappointed in data available for meta-analysis. In addition to the specific data outlined by Leach et al.[4] in the original Panel report, editors and their reviewers should require:

- Defined outcome measures obtained preoperatively and followed postoperatively
  - validated questionnaires
  - bladder diary
  - pad test
  - exam with full bladder
- A minimum follow-up of at least 12 months of all surgically treated patients for reporting of efficacy data
- A grading of the degree of prolapse (anterior, posterior, apical) as determined by preoperative pelvic examination recorded on all patients

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

For adverse event data, complications should be categorized as occurring intraoperatively or postoperatively. It is essential to report the following adverse event data:

- Overactive bladder symptoms, which should include persistent overactivity (already present preoperatively) or de novo overactivity (occurring as a complication of the surgery)
- Persistent or de novo other lower urinary tract symptoms
- Urinary retention of greater than four weeks and/or requiring intervention
- Infection (reported as wound infection, vaginal infection, symptomatic urinary tract infection, pelvic abscess, etc.)
- Fever (sepsis)
- Postoperative pain, bleeding, thromboembolus formation (lower extremity, pulmonary or other)
- Lower urinary tract or vaginal injury or erosion
- Refractory pain
- Other serious complications, including vascular or bowel injury, death

The profession at large and the individual physician should insure the safety and efficacy of any new device or sling.  If safety and efficacy has not been shown with reasonable certainty, the new treatment should only be performed as part of clinical research studies and/or with informed consent recognizing that safety and/or efficacy has not been demonstrated.

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

**Transobturator Tape Procedures**

As previously discussed, modifications to the pubovaginal sling since the 1997 guideline include development of two minimally invasive procedures for the surgical treatment of SUI:  the tension-free vaginal tape  procedure introduced in 1996,[28] and the transobturator technique, introduced in 2001.[29-31]

In the development of this guideline, the Panel established June 2005 as a cut-off date for literature review.  At that time, the transobturator was a novel procedure with limited information available in the published literature, precluding inclusion of the procedure in the data analyses. Since that deadline, numerous articles have been published in the peer-reviewed literature regarding the transobturator procedure. The Panel is very aware of the importance of the transobturator procedure in the current practice of urology and urogynecology.

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

### *Conflict of Interest Disclosures*

All panel members completed Conflict of Interest disclosures. Those marked with (C) indicate that compensation was received; relationships designated by (U) indicate no compensation was received.

**Consultant or Advisor:** Rodney Appell, Boston Scientific (C), Allergan (C), Astellas (C), Bayer, Schering-Plough (C), Pfizer (C), American Medical Systems (C); Roger R. Dmochowski, Novartis (C), Pfizer (C), Astellas (C), Watson Pharmaceuticals (C), Lilly (C); Mickey M. Karram, Astellas (C), Cooper Surgical (C), EWH&U (C); Karl M. Luber, Watson Pharmaceuticals (C), Indevus (C), Pfizer (C), Astella (C); David R. Staskin, Pfizer (C), GlaxoSmithKline (C), Astellas (C), Watson (C), Allergan (C), American Medical Systems (C); Saad Juma, Coloplast corporation (C), Contura (C); J. Christian Winters, Astellas (C); Jerry G. Blaivas, Navasys Medical (C), Bayer (C), Pfizer (C), Endogun (C); Eric Scott Rovner, Pfizer (C), Allergan (C), Astellas (C), Tengion (C). **Investigator:** Rodney Appell, Solace, Inc. (C), Novasys Medical, Inc. (C); Roger R. Dmochowski, Allergan (C); Saad Juma, Solace Therapeutics (C), Contura (C), Bioform (C); Eric Scott Rovner, Pfizer (C). **Scientific Study or Trial:** Eric Scott Rovner, Pfizer, (C), Solace, (C), Contura (C); J. Christian Winters, Solace Thera (U). **Meeting Participant or Lecturer:** Eric Scott Rovner, Allergan (C); **Other:** Rodney Appell, American Medical Systems (C), Boston Scientific Corporation (C); Jerry G. Blaivas, HDH (U); Mickey M. Karram, E-Medsco (C), Ethicon Women's Health & Urology(C), Cooper Surgical (C), Astella (C); Linda E. Whetter, Zola Associates (C).

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

1 *Acknowledgments and Disclaimers: Guidelines for the Management*
2 *of Female Stress Urinary Incontinence:  2009 Update*

3 This document was written by the Female Stress Urinary Incontinence Update Panel of the

4 American Urological Association Education and Research, Inc., which was created in 2002. The

5 PGC of the AUA selected the committee chair. Panel members were selected by the chair.

6 Membership of the committee included urologists and gynecologists with specific expertise on

7 this disorder. The mission of the committee was to develop recommendations that are analysis-

8 based or consensus-based, depending on Panel processes and available data, for optimal clinical

9 practices in the diagnosis and surgical treatment of female SUI. This document was submitted

10 for peer review to 76 urologists and other healthcare professionals. After the final revisions were

11 made, based upon the peer review process, the document was submitted to and approved by the

12 PGC and the Board of Directors of the AUA. Funding of the committee was provided by the

13 AUA. Committee members received no remuneration for their work. Each member of the

14 committee provided a conflict of interest disclosure to the AUA.

15        This report is intended to provide medical practitioners with a consensus of principles

16 and strategies for the surgical treatment of female stress urinary incontinence. The report is based

17 on current professional literature, clinical experience and expert opinion. It does not establish a

18 fixed set of rules or define the legal standard of care, and it does not preempt physician judgment

19 in individual cases.

37

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

| Table 1. Cured/dry analysis – No concurrent prolapse treatment* | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **12-23 months** | | | **24-47 months** | | | **≥48 months** | | |
| | **G/P** | **Median%** **(CI 2.5% - 97.5%)** | | **G/P** | **Median %** **(CI 2.5% - 97.5%)** | | **G/P** | **Median %** **(CI 2.5% - 97.5%)** | |
| **Suspensions** | | | | | | | | | |
| All Open Retropubic | 15/1085 | 82% | (74 - 87)% | 13/803 | 76% | (68 - 82)% | 17/1259 | 73% | (64 - 77)% |
| Burch | 14/1070 | 81% | (73 - 87)% | 12/775 | 76% | (68 - 83)% | 13/1065 | 73% | (65 - 80)% |
| Laparoscopic | 9/368 | 69% | (52 - 84)% | 4/172 | 74% | (61 - 85)% | | | |
| **Slings** | | | | | | | | | |
| Autologous fascial | | | | | | | | | |
| without bone anchors | 4/342 | 90% | (76 - 98)% | 6/232 | 81% | (72 - 88)% | 4/368 | 82% | (67 - 93)% |
| vaginal wall slings w/without bone anchors | 1/39 | 79% | (65 - 90)% | | | | 1/29 | 96% | (85 - 100)% |
| vaginal wall slings with bone anchors | | | | 1/58 | 79% | (68 - 88)% | | | |
| Cadaveric without bone anchors | 1/104 | 74% | (65 - 82)% | 2/71 | 80% | (43 - 98)% | | | |
| Synthetic at bladder neck | | | | | | | | | |
| with bone anchors | 2/34 | 88% | (71 - 97)% | | | | 1/27 | 92% | (78 - 98)% |
| without bone anchors | | | | 9/349 | 73% | (64 - 80)% | | | |
| Synthetic at midurethra | 14/1215 | 84% | (78 - 89)% | 7/483 | 81% | (72 - 88)% | 3/199 | 84% | (77 - 89)% |
| **Injectables** | | | | | | | | | |
| Collagen | 7/340 | 48% | (41 - 55)% | 4/210 | 32% | (24 - 42)% | 1/40 | 30% | (18 - 45)% |

G=number of groups/arms in analysis; P=number of patients in analysis

*By any evaluation method, including subjective and objective

38

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

| Table 2. Cured/dry analysis:  ANY patient in the group/arm receiving concurrent prolapse treatment* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **12-23 months** | | | **24-47 months** | | | **≥48 months** | |
| | **G/P** | **Median% (CI 2.5% - 97.5%)** | | **G/P** | **Median % (CI 2.5% - 97.5%)** | | **G/P** | **Median % (CI 2.5% - 97.5%)** |
| **Suspensions** | | | | | | | | |
| All Open Retropubic | 9/517 | 88% | (83 - 92)% | 9/403 | 83% | (75 - 90)% | 13/1072 | 67% | (56 - 76)% |
| Burch | 9/517 | 88% | (83 - 92)% | 7/333 | 85% | (75 - 93)% | 12/954 | 65% | (53 - 74)% |
| Laparoscopic | 12/564 | 88% | (85 - 91)% | 7/359 | 83% | (73 - 91)% | 1/34 | 88% | (74 - 96)% |
| **Slings** | | | | | | | | |
| Autologous fascial | | | | | | | | |
| without bone anchors | 3/78 | 92% | (82 - 97)% | 1/80 | 85% | (76 - 92)% | | | |
| vaginal wall slings w/without bone anchors | 1/20 | 70% | (48 - 86)% | 2/60 | 89% | (64 - 99)% | 1/82 | 95% | (89 - 98)% |
| vaginal wall slings with bone anchors, suprapubic | 1/19 | 99% | (88 - 100)% | 1/9 | 87% | (59 - 99)% | | | |
| Cadaveric | | | | | | | | |
| with bone anchors -transvaginal | 1/234 | 82% | (77 - 86)% | | | | | | |
| without bone anchors | 3/133 | 58% | (36 - 78)% | 2/92 | 64% | (21 - 95)% | 1/13 | 31% | (11 - 58)% |
| Homologous dermis without bone anchors | | | | 1/19 | 89% | (70 - 98)% | | | |
| Synthetic at bladder neck | | | | | | | | |
| with bone anchors-suprapubic | | | | | | | 1/49 | 85% | (74 - 93)% |
| with bone anchors- transvaginal | | | | 1/32 | 81% | (65 - 92)% | | | |
| without bone anchors | 1/20 | 94% | (79 - 99)% | 3/184 | 75% | (56 - 90)% | 3/182 | 73% | (62 - 82)% |
| Synthetic at midurethra | 14/1089 | 85% | (80 – 89)% | 11/881 | 87% | (81 - 91)% | 2/101 | 76% | (64 - 85)% |
| Other Sling | 1/126 | 92% | (86 - 96)% | | | | | | |

G=number of groups/arms in analysis; P=number of patients in analysis

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

39

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

| Table 3. Urge incontinence outcomes at 12-23 months | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **No Prolapse Treatment** | | | | | | | |
| | **De Novo** | | | **Pre-Existing** | | | **Unspecified** | |
| | **G/P** | **Median%** **(CI 2.5% - 97.5%)** | | **G/P** | **Median %** **(CI 2.5% - 97.5%)** | | **G/P** | **Median %** **(CI 2.5% - 97.5%)** |
| **Suspensions** | | | | | | | | |
| All Open Retropubic | 10/713 | 8% | (5 - 12)% | 5/186 | 14% | (6 - 25)% | 4/305 | 41% (30 - 54)% |
| Burch | 9/695 | 8% | (5 - 11)% | 3/108 | 17% | (4 - 40)% | 4/305 | 41% (30 - 54)% |
| Laparoscopic | 2/112 | 5% | (1 - 14)% | | | | 2/100 | 6% (1 - 14)% |
| **Slings** | | | | | | | | |
| Autologous fascial | | | | | | | | |
| without bone anchors | 4/329 | 9% | (6 - 13)% | 4/358 | 33% | (28 - 40)% | | |
| vaginal wall slings w/without bone anchors | | | | 1/13 | 9% | (1 - 31)% | | |
| vaginal wall slings with bone anchors | | | | | | | | |
| Cadaveric without bone anchors | 1/25 | 28% | (13 - 47)% | 1/38 | 21% | (10 - 36)% | | |
| Synthetic at bladder neck with bone anchors | | | | 1/6 | 96% | (67 - 100)% | | |
| Synthetic at bladder neck without bone anchors | 4/132 | 12% | (6 - 20)% | 1/24 | 17% | (6 - 35)% | | |
| Synthetic at midurethra | 7/323 | 6% | (3 - 10)% | 1/25 | 44% | (26 - 63)% | 2/532 | 22% (3 - 58)% |
| Other Sling | | | | | | | | |
| **Injectables** | | | | | | | | |
| Collagen | 1/337 | 13% | (10 - 17)% | | | | 1/50 | 8% (3 – 18)% |
| | **Any Prolapse Treatment\*** | | | | | | | |
| **Suspensions** | | | | | | | | |
| All Open Retropubic | 10/457 | 14% | (8 - 21)% | 2/143 | 22% | (4 - 56)% | 2/256 | 13% (7 - 22)% |
| Burch | 9/417 | 14% | (8 - 22)% | 1/25 | 48% | (30 - 67)% | 2/256 | 13% (7 - 22)% |
| Laparoscopic | 5/344 | 11% | (6 - 17)% | | | | 1/32 | 4% (0 - 14)% |
| **Slings** | | | | | | | | |
| Autologous fascial | | | | | | | | |

40

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| without bone anchors | 2/97 | 10% | (4 - 19)% | | | | | | |
| vaginal wall slings w/without bone anchors | 3/65 | 13% | (2 - 36)% | 2/15 | 47% | (21 - 75)% | | | |
| vaginal wall slings with bone anchors suprapubic | 1/9 | 13% | (1 - 41)% | | | | | | |
| Cadaveric with bone anchors - transvaginal | 1/238 | 6% | (3 - 9)% | | | | | | |
| Homologous tissue (dermis) without bone anchors | 1/5 | 22% | (2 - 63)% | | | | | | |
| Synthetic at bladder neck without bone anchors | 4/150 | 15% | (5 - 31)% | 3/119 | 29% | (16 - 46)% | | | |
| Synthetic at midurethra | 11/805 | 11% | (7 - 16)% | 5/107 | 52% | (38 - 66)% | 2/174 | 9% | (1 - 38)% |

G=number of groups/arms in analysis; P=number of patients in analysis

**By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

41

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

**Table 4. Retention\***

|  | No prolapse treatment | | | Any prolapse treatment\*\* | | |
|---|---|---|---|---|---|---|
|  | G/P | Median%<br>(CI 2.5%- 97.5%) | | G/P | Median %<br>(CI 2.5% - 97.5%) | |
| **Suspensions** | | | | | | |
| All Open Retropubic | 8/619 | 4% | (1 - 8)% | 13/851 | 1% | (1 - 3)% |
| Burch | 5/347 | 3% | (1 - 7)% | 10/710 | 1% | (1 - 3)% |
| Laparoscopic | 5/188 | 4% | (1 - 8)% | 11/482 | 2% | (1 - 4)% |
| **Slings** | | | | | | |
| Autologous fascial | | | | | | |
| without bone anchors | 8/480 | 8% | (4 - 15)% | 3/301 | 5% | (2 - 11)% |
| vaginal wall slings w/without bone anchors | 2/68 | 2% | (0 - 8)% | 3/142 | 5% | (1 - 17)% |
| Suprapubic | | | | 1/25 | 1% | (0 - 9)% |
| Cadaveric without bone anchors | | | | 1/26 | 1% | (0 - 10)% |
| Synthetic at bladder neck | | | | | | |
| with bone anchors - suprapubic | | | | 1/49 | 4% | (1 - 12)% |
| with bone anchors - transvaginal | | | | 2/99 | 1% | (0 - 6)% |
| without bone anchors | 4/360 | 9% | (5 - 15)% | 7/422 | 10% | (5 - 18)% |
| Synthetic at midurethra | 17/2119 | 3% | (2 - 4)% | 11/1107 | 3% | (2 - 5)% |
| **Injectables** | | | | | | |
| Collagen | 2/104 | 1% | (0 - 5)% | | | |

G=number of groups/arms in analysis; P=number of patients in analysis

\* Duration greater than 28 days or requiring intervention

\*\*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

42

©2009 American Urological Association, Inc.
©2012 Revised. American Urological Association Education & Research, Inc.

## References

1.  Luber KM: The definition, prevalence, and risk factors for stress urinary incontinence. Rev Urol 2004; **6**: S3.

2.  Hampel C, Weinhold D, Benken N et al: Definition of overactive bladder and epidemiology of urinary incontinence. Urology 1997; **50**: 4.

3.  Hampel C, Artibani W, Espuña Pons M et al: Understanding the burden of stress urinary incontinence in Europe:  a qualitative review of the literature. Eur Urol 2004; **46**: 15.

4.  Leach GE, Dmochowski RR, Appell RA et al: Female Stress Urinary Incontinence Clinical Guidelines Panel summary report on surgical management of female stress urinary incontinence. The American Urological Association. J Urol 1997; **158**: 875.

5.  Abrams P, Cardozo L, Fall M et al: The standardisation of terminology of lower urinary tract function:  report from the Standardisation Sub-committee of the International Continence Society. Neurourol Urodyn 2002; **21**: 167.

6.  Weber AM, Abrams P, Brubaker L et al: The Standardization of Terminology for Researchers in Female Pelvic Floor Disorders. Int Urogynecol J 2001; **12**: 178.

7.  Eddy DM. (1992). *A manual for assessing health practices & designing practice policies: the explicit approach*. Philadelphia (AP): American College of Physicians.1992; 55.

8.  Eddy DM: The confidence profile method:  a Bayesian method for assessing health technologies. Oper Res 1989; **37**: 210.

9.  Eddy DM, Hasselblad V and Schachter R: A Bayesian method for synthesizing evidence: the confidence profile method. Int J Technol Assess Health Care 1990; **6**: 31.

10. Handa VL, Jensen JK, Germain MM et al: Banked human fascia lata for the suburethral sling procedure:  a preliminary report. Obstet Gynecol 1996; **88**: 1045.

11. Elliott DS and Boone TB: Is fascia lata allograft material trustworthy for pubovaginal sling repair? Urology 2000; **56**: 772.

12. Flynn BJ and Yap WT: Pubovaginal sling using allograft fascia lata versus autograft fascia for all types of stress urinary incontinence:  2-year minimum followup. J Urol 2002; **167**: 608.

13. Fitzgerald MP, Mollenhauer J, Bitterman P et al: Functional failure of fascia lata allografts. Am J Obstet & Gynecol 1999; **181**: 1339.

14. Huang Y, Lin A, Chen K et al: High failure rate using allograft fascia lata in pubovaginal sling surgery for female stress urinary incontinence. Urology 2001; **58**: 943.

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

15.     Carbone JM, Kavaler E, Hu JC et al: Pubovaginal sling using cadaveric fascia and bone anchors:  disappointing early results. J Urol 2001; **165**: 1605.

16.     Fitzgerald MP, Mollenhauer J and Brubaker L: Failure of allograft suburethral slings. BJU Int 1999; **84**: 785.

17.     Owens DC and Winters JC: Pubovaginal sling using Duraderm graft:  intermediate follow-up and patient satisfaction. Neurourol Urodyn 2004; **23**: 115.

18.     O'Reilly KJ and Govier FE: Intermediate term failure of pubovaginal slings using cadaveric fascia lata:  a case series. J Urol 2002; **167**: 1356.

19.     Hathaway JK and Choe JM: Intact Genetic material is present in commercially processed cadaver allografts used for pubovaginal slings. J Urol 2002; **168**: 1040.

20.     Clemens JQ, DeLancey JO, Faerber GJ et al: Urinary tract erosions after synthetic pubovaginal slings: diagnosis and management strategy. Urology 2000; **56**: 589.

21.     Chung SV, Franks M, Smith CP et al: Technique of combined pubovaginal sling and cystocele repair using a single piece of cadaveric dermal graft. Urology 2002; **59**: 538.

22.     Lightner, D., Calvosa, C., Andersen, R., et al. A new injectable bulking agent for treatment of stress urinary incontinence: results of a multicenter, randomized, controlled, double-blind study of Durasphere. Urol, **58**:12-15, 2001

23.     Mayer RD, Dmochowski RR, Appell RA et al: Multicenter prospective randomized 52-week trial of calcium hydroxyl apatite versus bovine dermal collagen for treatment of stress urinary incontinence. J Urol 2007; **69:** 876.

24.     Costa, P., Motett, N., Rabut, B., et al.  The use of an artificial urinary sphincter in women with type III incontinence and a negative Marshall test. JUrol **165**: 1172-6, 2001

25.     Chou EC, Flisser AJ, Panappoulos G et al: Effective treatment for mixed urinary incontinence with a pubovaginal sling. J Urol 2003; **170**: 494.

26.     Anger JT and Rodriguez LV: Mixed incontinence:  stressing about urge. Curr Urol Rep 2004; **5**: 427.

27.     Rovner ES, Wright CJ and Messer H: Adherence to the 1997 AUA Guidelines for the surgical treatment of stress urinary incontinence. Urology 2008; **71**: 239.

28.     Ulmsten U, Henriksson L, Johnson P et al: An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 1996; **7**: 81.

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

29.     Delorme E: Transobturator urethral suspension:  mini-invasive procedure in the treatment of stress urinary incontinence in women. Prog Urol 2001; **11**: 1306-13.

30.     Delorme E, Droupy S, de Tayrac Ret al: Transobturator tape (Uratape).  A new minimally invasive method in the treatment of urinary incontinence in women. Prog Urol 2003; **13**: 656-9.

31.     Delorme E, Droupy S, de Tayrac Ret al: Transobturator tape (Uratape):  a new minimally-invasive procedure to treat female urinary incontinence. Eur Urol 2003; **45**: 203-7.

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

45

## *Abbreviations and Acronyms*

| | | |
|---|---|---|
| AUA | = | American Urological Association |
| AUS | = | artificial urinary sphincter |
| CI | = | confidence interval |
| etc. | = | et cetera; and the rest |
| et al. | = | and others |
| FDA | = | Food and Drug Administration |
| G | = | groups |
| i.e. | = | that is |
| P | = | patients |
| PGC | = | Practice Guidelines Committee |
| RCT | = | randomized controlled trial |
| sine qua non | = | an essential or indispensable element or condition |
| SUI | = | stress urinary incontinence |
| U.S. | = | United States |
| w/ | = | with |

*©2009 American Urological Association, Inc.*
*©2012 Revised. American Urological Association Education & Research, Inc.*

# Chapter 2.  Methodology

## Table of Contents

Problem Definition................................................................................................................ 2

Literature Search and Data Extraction ................................................................................. 3

Evidence Combination.......................................................................................................... 4

Patient Groups....................................................................................................................... 6

Treatments............................................................................................................................. 7

  Efficacy Analysis.............................................................................................................. 7

  Complications ................................................................................................................... 8

Guideline Generation and Approvals.................................................................................... 9

Dissemination ..................................................................................................................... 10

References............................................................................................................................ 11

This guideline used an explicit approach to address the relevant factors for choosing among alternative interventions.[1]  These factors include outcomes of the interventions, patient preferences, and the relative priorities of interventions given limited health care resources. In developing the guideline, the Panel used scientific evidence to estimate outcomes of treatment modalities as accurately as possible. Panel members themselves served as proxies for patients in considering preferences with regard to health and economic outcomes.

    The steps taken to develop this guideline are summarized in Chapter 1 and described in detail in the present Chapter. Steps included problem definition, literature search, data extraction, systematic evidence combination, guideline generation, approval, and dissemination.

## Problem Definition

This update guideline was based on the original AUA guideline on the Surgical Management of Female Stress Urinary Incontinence published in 1997.  The methodology was similar to that used in the previous guideline. Like the previous guideline, the analysis was limited to surgical treatments. Non-surgical therapies such as biofeedback, pessaries, and pelvic floor exercises were not examined.  Unlike the previous guideline, the update includes an analysis of patients who also received surgical therapy for prolapse although it doesn't attempt to compare their efficacy. This update is also restricted to therapies introduced since the last guidelines report and to the therapies that appeared to be the most efficacious in the previous guideline.

Like the previous guideline, the intention was to determine the impact of the various available treatments on the outcomes of importance to patients.  The efficacy outcomes examined were resolution, improvement, and recurrence of incontinence and urgency.  The panel also examined the impact of treatment on prolapse resolution, and post-operative recurrence or new onset.  However, insufficient usable information was available to make meaningful estimates for these prolapse outcomes.  The panel also attempted to estimate the occurrence of side effects and complications of treatments. Incontinence treatments analyzed included retropubic suspensions, slings, injection therapy, and artificial sphincters.   The panel excluded treatments that were not generally available in the US and were not expected to be approved for general use by the time of the release of the guideline. The panel also decided not to update outcomes for treatments that were covered in the previous guideline, namely anterior repairs and transvaginal suspensions, but were no longer considered contemporary surgical treatments. Anterior repairs for prolapse reduction in conjunction with other surgical treatments for incontinence were included as prolapse surgeries. A wide variety of procedures were used

correct prolapse including hysterectomy, and position specific repairs (e.g. anterior, posterior, enterocele, and apical).

## Literature Search and Data Extraction

The review of the evidence began with a literature search and data extraction. Articles were selected from a database, based on articles retrieved for the previous guideline and a series of four Medline searches beginning in December 2002 and concluding in June 2005. The searches were limited to human subjects, English language, publication date on or after 1990, and the mesh term "female".  Searches were containing the mesh heading "urinary incontinence, stress". Additional searches were done using the terms "urinary incontinence, stress", "stress incontinence", and "urinary-incontinence" in any field.   A total of 7,111 citations and abstracts were reviewed for relevance. The abstracts were reviewed by the panel chairs and articles were selected for data extraction if any chair felt it might have useful data.  In total 1302 citations entered the extraction process. A data extraction form was developed, tested and revised (see appendix A4. The panel was trained in data extraction.  After double review and quality control of the initial extractions, single panel members extracted data from the articles with over 25% cross checked by another panel member.  The final versions of the extracted data were entered into a Microsoft Access® (Microsoft, Redmond, WA) database. The Panel met in person and via conference calls to review the extracted data. Inconsistencies in data recording were reconciled, extraction errors were corrected, and some articles were excluded. Reasons for excluding articles from further analysis were as follows:

1.  The article did not provide usable data on the outcomes of interest.

©2009 American Urological Association, Inc.          3

2. The article did not deal with stress incontinence, e.g. articles that dealt with patients who only had prolapse.

3. The article dealt only with basic science or epidemiology.

4. The treatments used were not current or were not the focus of the analysis.

5. The article was a review article or reported data reported elsewhere.

6. The treatment discussed was not available in the US or expected to be available when the guideline was scheduled for release.

A total of 436 of the articles were accepted.  An additional 155 articles were accepted for complications data only.  These 155 articles were otherwise acceptable but had insufficient follow-up for efficacy outcomes.  Articles were only accepted for efficacy data if there was a minimum follow-up of at least 1 year.  A complete list of the articles used is in Appendix A5, ordered by primary author, and in Appendix A6, ordered by reference number. Note that some articles excluded from evidence combination remained candidates for discussion in the text of the guideline.

## Evidence Combination

The analytic goals were expanded from the previous guideline.  However, as mentioned above two patient groups were analyzed, one where no patients received treatment for prolapse, and another where some or all received prolapse repairs.  To generate an outcome table, estimates of the probabilities and/or magnitudes of the outcomes are required for each intervention. Ideally, these come from a synthesis or combination of the evidence. Such a combination can be performed in a variety of ways depending on the nature and quality of the evidence. For example, if there is one good randomized controlled trial, the results of that trial alone may be used in the outcome table while findings of other studies of lesser quality are

©2009 American Urological Association, Inc.          4

ignored. Alternatively, if there are no studies of satisfactory quality for certain outcome table cells or if available studies are not commensurable, expert opinion may be used to complete those cells. Finally, if a number of studies have some degree of relevance to a particular cell or cells, then meta-analytic mathematical methods may be used.

A variety of specific meta-analytic methods are available, and selection of a particular method depends on the nature of the evidence. For this *guideline,* the panel elected to use the confidence profile method,[2,3] which provides methods for analyzing data from studies that are not randomized controlled trials. The Fast*Pro computer software[4] was used in the analysis.

Although a number of randomized controlled trials were uncovered in the literature search, there were insufficient numbers on the same topic to warrant meta-analysis.  Discussions of the results of some of these trials are included where relevant in the text of this document.   Meta-analysis was performed using the individual arms of the controlled trials and the clinical series where similar patients were similarly treated.   The Fast*Pro software was used to perform the meta-analyses.  Series that were combined frequently showed very different results implying site-to-site variations that may have resulted from differences in patient populations, in how the intervention was performed, or in the skill of those performing the intervention. Given these differences, a random-effects, or hierarchical, model was used to combine the studies.

A random-effects model assumes that there is an underlying true rate for the outcome being assessed for each site. It further assumes that this underlying rate varies from site to site. This site-to-site variation in the true rate is assumed to be normally distributed. The method of meta-analysis used in analyzing the data attempts to determine this underlying distribution.

The results of the confidence-profile method are probability distributions that are described using the median of the distribution with a confidence interval. In this case, the 95% confidence

©2009 American Urological Association, Inc.          5

interval indicates that the probability (Bayesian) of the true value being outside the interval is 5%. These Bayesian confidence intervals are sometimes called credible intervals.

The Bayesian method of computation assumes a "prior" distribution that reflects knowledge about the probability of the outcome before the results of any experiments are known. The prior distributions selected for this analysis are among a class of "noninformative" prior distributions, which means that they correspond to little or no prior knowledge. The existence of such a prior distribution can cause small changes in results, particularly for small studies. The prior distribution for all probability parameters is Jefferey's prior (beta distribution with both parameters set to 0.5). The prior for the variance for the underlying normal distribution is gamma distributed with both parameters set to 0.5.

In addition to the outcomes table, some graphs showing the results were developed to visually show some treatment differences.

It is important to note that, for certain outcomes, more data were reported for one or another treatment modality. While resulting confidence intervals reflect available data, the probabilities for certain outcomes can vary widely from study to study within one treatment modality. For example, differences in patient selection may have had more weight in analyses than differing treatment effects. Nevertheless, the results obtained reflect the best outcome estimates presently available.

## Patient Groups

The panel attempted to evaluate outcomes based on a variety of patient characteristics including type of incontinence, previous treatment, presence of prolapse, prior pregnancy and severity of incontinence.  However, in most cases, the outcomes data were not fully or consistently stratified by these conditions. Ultimately, patient groups were divided into 2

categories: groups where no patients received treatment for prolapse (comparable to the previous guideline) and groups where some or all patients received treatment for prolapse.  Note that the distinction is based on treatment received, not on whether the women in the groups demonstrated prolapse.  The panel desired to analyze the data based on whether or not patients had only stress incontinence or also evidenced prolapse.  The data could not be analyzed in that manner since few studies stratified results in that manner.  It was also not possible to find many groups of patients where all patients received prolapse treatment to enable a clean distinction between no prolapse treatment and those receiving incontinence treatment plus prolapse treatment.

## Treatments

The panel considered a wide variety of treatments (see extraction form, appendix A4).  As mentioned above, treatments shown to be less efficacious by the previous guideline were not extracted and analyzed (anterior repairs and trans-vaginal needle suspensions). However, limited data were available for many of the treatments of interest.  In some articles, patients were treated by a variety of treatments but the outcomes weren't stratified by treatment.  These articles were ultimately rejected.

## Efficacy Analysis

The outcomes analyzed for efficacy included two levels of continence: cured/dry and cured/dry/improved.  The first level includes patients reported as dry or totally cured.  The second level also includes patients reported as improved.  The percent of patients with each

©2009 American Urological Association, Inc.          7

condition were meta-analyzed.  Credible intervals (Bayesian confidence intervals) were produced as well.

Urgency was also analyzed.  Since not all patients had pre-operative urgency, an attempt was made to estimate urgency based on whether a patient had urgency prior to treatment.  Patients were divided into three categories: 1) without pre-existing urgency, 2) with pre-existing urgency, and 3) unknown or uncertain pre-existing urgency.  These categories are labeled 1) new onset, 2) pre-existing, and 3) unspecified in the outcomes tables.  Urgency was further subdivided by type of post-operative urgency.  The categories are 1) urge incontinence, 2) urge symptoms, and 3) unspecified for patients who have actual urge incontinence, urge symptoms alone, or unknown or unspecified urgency respectively. Again, the results are reported as the percent of the relevant patient group having each outcome.

The panel desired to estimate the impact of treatment on prolapse, both the resolution of existing prolapse and the development of new prolapse.  However, the data extracted were insufficient to allow a meaningful analysis of these outcomes.

**Complications**

Different studies report complications grouped differently.  They also use different names for similar complications. The panel grouped complications to try to include all similar complications.  Only studies that specifically reported data concerning occurrences of complications were included in the analysis of complications. The panel did not assume that the lack of reporting implied the lack of occurrence of any specific complication.  Although investigators may not have reported complications that did not occur, combining complications reduces the possibility of overestimating the complication rate. The probability that a patient will have a complication probably is still overstated slightly because some patients experience multiple complications. Thus, the result of the meta-analysis is best interpreted as the mean

number of complications the patient may experience rather than as the probability of having a complication. There were insufficient data to permit meaningful meta-analyses of patient deaths. The estimates of death rates provided in the guideline are the Panel's expert opinion based on the limited data available.

Retention was given special attention by the panel. A special section of the extraction form was dedicated to assessing retention and its duration. Unfortunately, there was some confusion during the extraction process. Retention data were not extracted in some cases where the follow-up for efficacy outcomes was less than 1 year. This was discovered too late in the process to go back and extract the additional data. In order to be consistent and avoid bias, data were only included in the analysis from studies with 1 year or greater follow-up. The panel examined the possibility of trying to estimate the probability of retention lasting various lengths of time. Insufficient data were available to analyze retention duration in any substantial way. The panel finally decided to estimate the probability that a patient had significant retention. Significant retention was defined as retention lasting 4 weeks or longer or retention requiring treatment (e.g. cutting a sling or otherwise modifying the original operation).

## Guideline Generation and Approvals

After the evidence was combined and outcome tables were produced, the Panel met to review the results and identify anomalies. Additional teleconferences were held to review updates to the outcomes tables based on the problems identified. From the evidence in the outcome tables and expert opinion, the Panel drafted the treatment guideline. The draft was sent to 76 peer reviewers of whom 24 provided comments; the Panel revised the document based on the comments received. The guideline was submitted for approval first to the Practice Guidelines Committee of the AUA. Then it was forwarded to the Boards of Directors for final approval.

## Dissemination

The guideline is published on the web site for the American Urological Association. A version of Chapter 1 will be published in the *Journal of Urology*.

## References

1.  Eddy DM. A manual for assessing health practices & designing practice policies: the explicit approach. Philadelphia (AP): American College of Physicians; 1992, p 126.

2.  Eddy DM. The confidence profile method: a Bayesian method for assessing health technologies. Oper Res 1989; **37**: 210.

3.  Eddy DM, Hasselblad V and Shachter R.  A Bayesian method for synthesizing evidence:  the confidence profile method. Int J Technol Assess Health Care 1990; **6**: 31.

4.  Eddy DM, Hasselblad V. Fast*Pro. Software for meta-analysis by the confidence profile method. San Diego: Academic Press, Inc. Harcourt Brace Jovanovich;   1992, p 196.

*©2009 American Urological Association, Inc.*          *11*

# Chapter 3: Outcomes Analysis for the Surgical Management of Stress Urinary Incontinence

## Table of Contents

Introduction ........................................................................................................................... 2

Efficacy Outcomes ................................................................................................................ 3

    Resolution of Stress Incontinence .................................................................................... 3

    Urgency ............................................................................................................................. 4

Complications ....................................................................................................................... 7

    Retention ........................................................................................................................... 8

    Genitourinary Complications ............................................................................................ 9

    Intraoperative complications ............................................................................................. 9

    Other complications........................................................................................................... 10

    General Medical Complications ........................................................................................ 13

    Operative Complications ................................................................................................... 14

        Gastrointestinal complications ...................................................................................... 14

        Vascular complications ................................................................................................. 15

        Neurologic complications............................................................................................. 15

        Infectious complications............................................................................................... 16

    Death ................................................................................................................................. 16

REFERENCES ...................................................................................................................... 19

Table 1. Patients experiencing postoperative urgency or urge incontinence.................... 21

Table 2. Estimated perioperative mortality for SUI and urogynecologic surgical

procedures ............................................................................................................................. 22

*©2009 American Urological Association, Inc.*

# Introduction

This chapter provides the results of the Panel's review of the literature and analysis, presented in outcomes tables, as well as discussions of the outcomes. Two sets of outcomes tables are provided including one set for patients who were treated only for stress incontinence and another set for patients who received treatment for both stress incontinence and some form of pelvic organ prolapse. Since some reports did not segregate patient data accordingly, for the purposes of this analysis if any patient in a group received concomitant prolapse surgery the entire group was included in the category.

Outcomes estimates are presented in two cells for each estimate; the first contains the number of groups of patients followed by the total number of patients (G/P) included in the meta-analysis. A group of patients usually represents the patients in a single study that the received indicated treatment(s). However, if a study had multiple groups with varying factors (e.g. degree of incontinence, details of the procedure used) these patients were analyzed as a separate group in the meta-analysis. In the second cell, the bolded percentage indicates the best estimate of the rate of occurrence of an outcome (median of the Bayesian posterior from the meta-analysis) followed by the 95% credible interval (Bayesian confidence interval) for that estimate. These numbers represent the best estimates that can be made from the existing data and served as the primary basis for the guideline statements presented in Chapter 1.

2

©2009 American Urological Association, Inc.

# Efficacy Outcomes

## Resolution of Stress Incontinence

The main efficacy outcome was the resolution of the stress incontinence. Cured and dry (cure/dry) was defined by the Panel as the complete resolution of symptoms with no residual leakage under normal and stress situations. Patients reported as having incomplete improvement were considered cure/dry/improved. There were inconsistencies in the reporting of these outcomes in the literature, with some authors distinguishing cured patients from improved patients and others reporting only those cured or improved/cured. The Panel accepted the author's representation (i.e. if a report indicated that a group of patients was cured they were counted as cured) but it is likely that not all patients counted in the cure/dry category were truly dry. If the author defined cured to include some degree of leakage, the patients were counted in the cure/dry/improved category only.

The outcomes were analyzed separately according to the method of incontinence assessment; the "subjective" outcome category included primarily patient reports and diaries and the "objective" outcome category included a variety of formal tests including urodynamics. A separate category ("any") was created for studies that didn't clearly specify how an outcome was assessed or for those using a mixed collection of measures. To make this "any" category complete, outcomes from all studies were included. If a study reported both subjective and objective outcomes, then the subjective outcomes were included in the "any" analysis. If a study reported outcomes from a variety of subjective measures, the one with the highest number of patients was used for both the subjective and "any" analyses.

*3*

*©2009 American Urological Association, Inc.*

The outcomes were analyzed by time of last assessment with the following intervals: 12–23 months, 24–47 months, and 48 months or more. If a study reported results for multiple times within one of these ranges, reports closest to 18, 36, and 60 months respectively were used. In this analysis, only studies that had a 12 month minimum follow-up were included; this is in contrast to the 1997 guideline[1] in which studies with a follow-up of less than 12 months were included if the minimum of the range was at least 12 months or the mean or average follow-up was at least 24 months.

Appendices A12-A16 show the results for patients who had no concomitant prolapse surgery for the time intervals 12–23 months, 24–47 months, and greater than 48 months, respectively. Appendices A7 – A11 are arranged similarly and show data for patient groups in which some or all of the patients had concomitant prolapse treatment. Treatments with no available data in are excluded from the tables; thus, not all treatments are presented in all tables.

## Urgency

The Panel recognizes the importance of the relationship between surgery for SUI, the complaint of involuntary leakage on effort, exertion, sneezing or coughing (as defined by the International Continence Society [ICS])[2] or with physical exertion (as defined by the National Institutes of Health)[3] and other lower urinary tract symptoms (LUTS; defined as storage, voiding, and postmicturition symptoms by the ICS). OAB syndrome is comprised of the main storage symptoms of LUTS and is defined by the ICS as urgency (the complaint of a sudden, compelling desire to pass urine which is difficult to defer or a strong need to pass urine for fear of leakage (NIH), with or without urgency urinary

©2009 American Urological Association, Inc.

incontinence (UUI; involuntary leakage accompanied by or immediately preceded by urgency), usually with frequency and nocturia, in the absence of pathologic or metabolic factors that would explain these symptoms.[2]

The Panel accepted the author's use of "urge", "urge incontinence" or "urgency" with or without "incontinence" without requiring specific adherence to these definitions. The Panel attempted to distinguish those patients having urge incontinence from those having symptoms of urgency alone in the absence of urge incontinence. However, this distinction was not always reported. Three categories of studies were analyzed: 1) those that included patients with urge incontinence alone; 2) those that included patients with urgency symptoms alone; and 3) those that included patients with unspecified urgency or that combined patients with incontinence and urgency symptoms. Because urgency can occur with stress incontinence and is often resolved with treatment of stress incontinence, the data for urgency are listed in the efficacy section of this chapter; however, urgency occurring de novo after incontinence surgery could also be considered a complication of the treatment. A third category was analyzed for studies not reporting the preoperative urgency status of patients with postoperative urgency and those in which patients with and without preoperative urgency were combined.

Appendix A15 provides the results of the Panel's analyses of urge incontinence, urgency symptoms alone, and unspecified urgency for patients who did not receive concomitant prolapse surgery. Appendix A10 provides the same outcomes in the group of patients where some or all had concurrent prolapse repair. Each table contains three data sets corresponding to 1) continuing urgency in patients with pre-existing urgency; 2) de

5

©2009 American Urological Association, Inc.

novo urgency in patients who did not have preoperative urgency, and 3) unspecified or mixed cases. The format of each entry is the same as for stress incontinence resolution.

The success of surgery for decreased outlet resistance is intimately related to preoperative and postoperative storage and emptying function. The interrelationship of the individual symptoms comprising LUTS (storage and emptying), OAB or urgency/urgency incontinence and of the LUTS to the results of surgery is complex. Patients with SUI may experience no other LUTS or may develop one or more symptoms postoperatively. Alternatively, patients with one or more preoperative LUTS may have symptoms that independently improve, persist, or worsen. In addition, the de novo development, improvement or worsening of symptoms may be acute (temporary) or chronic (permanent).  These symptoms may also increase (aging of population, comorbidities) or decrease (resolution of perioperative alterations) over time.

The Panel recognizes the symptoms of "urgency" and "urgency urinary incontinence" as the most commonly reported and most representative of pre-existing or de novo lower urinary tract storage symptoms. Although preoperative cystometry was performed in some studies, postoperative urodynamics were rarely performed in patients regardless of symptoms; thus, patient results are almost universally reported based on symptoms. It is recognized that the symptoms of urgency or UUI may or may not correlate with the urodynamic (cystometric) finding of detrusor overactivity. Additionally, patients may experience detrusor overactivity that is provoked by effort or exertion, or may experience detrusor overactivity without sensation, further confounding the diagnosis and therapy.

6

©2009 American Urological Association, Inc.

Table 1 provides data on patients experiencing postoperative urgency or urge incontinence from the 1997 review[1] and from the current analysis, although these data aren't directly comparable in that the 1997 analysis examined the correlations between urgency and detrusor instability. As mentioned above, the present analysis focused on the development of de novo urgency and urge incontinence and separately analyzed the resolution of these symptoms patients with the presence of urgency and urge incontinence.

OAB is common in women with SUI, occurring in 30%–50% of cases[4], with surgical treatment of SUI often offering resolution of OAB.[5,6] Unfortunately, persistence of OAB after SUI surgery has been reported in up to 40% of patients.[7,8] Persistent OAB has been reported to complicate 8%–25% of all sling procedures,[9] as well as 7.6%–12% of TVT procedures and 1.4%–16.6% of retropubic urethropexies.[10-12] In the present analysis, persistence of urgency occurred in approximately 15% of those receiving suspension procedures and about 30% of those receiving sling procedures. Moreover in 7%–21% of cases, de novo OAB may occur.[7,13-16] Possible risk factors for de novo OAB include undiagnosed preoperative OAB, increased bladder wall thickness (induced by or associated with resultant changes in bladder afferent and/or efferent neuromuscular behavior), bladder neck dissection, greater patient age, and postoperative urethral obstruction.[14]

## Complications

Complications were analyzed similarly to the efficiacy outcomes. Because of the wide variation in terms used to describe complications, the Panel grouped complications

7

©2009 American Urological Association, Inc.

together that represented similar or related outcomes (See Appendix A17 for complications groupings). As discussed in Chapter 2, this could result in some inaccuracies in the resultant estimates. Outcomes tables were developed for each group of complications, with separate tables created for the population of patients receiving or not receiving concurrent prolapse treatment. The format of the tables is the same as for the efficacy tables, but the layout is reversed. The treatments are across the top for complications and down the left side for the others.

## Retention

The Panel defined retention as catheter-dependency for greater than 28 days postoperatively and/or the need to undergo an intervention to correct retention following surgery. Using these definitions, retention estimates ranged from 1%–9% in the population without prolapse treatment and from 1%–10% in the population with concurrent prolapse treatment (Appendices A9 and A14). As a group, those undergoing retropubic procedures had retention estimates of 4% for the non-prolapse group and 1% for the prolapse group. Patients undergoing sling procedures were more likely to experience retention with the highest rates observed in those undergoing synthetic slings at the bladder neck without bone anchors. In these groups, the estimates were 9% and 10% for the non-prolapse treatment and the prolapse treatment populations, respectively. The lack of a standardized definition of retention and the failure of many studies to provide data regarding postoperative urinary retention were limitations to this analysis. Yet, from the present analysis it may be concluded that retention affects 1%–10% of

©2009 American Urological Association, Inc.

women postsurgically and varies by procedure, with sling procedures having higher rates of retention than retropubic procedures.

## Genitourinary Complications

With regard to genitourinary complications, the Panel analyzed these events as intraoperative complications (events occurring during the surgical procedure or in the immediate perioperative period) or other complications (events occurring after the immediate perioperative period). The purpose of this distinction was to identify complications that may be unique to the technical aspects of a particular procedure or complications that may be related to the consequences of or materials utilized in the procedure.

## Intraoperative complications

Bladder injury was reported with 3%–8% of procedures (Appendices A11 and A16). Although the overall incidence was low, it appeared that bladder injury was more frequent in patients receiving SUI procedures with concomitant prolapse repair. This trend may be the result of the more extensive dissection needed when doing a simultaneous prolapse repair, however the trend did not reach significance and therefore may be not representative of actual experience as well. In addition, the risk of bladder injury was somewhat higher (not statistically significant) in procedures utilizing synthetic materials at the midurethra, particularly when compared to autologous slings and retropubic suspensions. This finding may have been a result of more stringent data recording in the use of synthetic materials or possibly related to technical aspects of

9

©2009 American Urological Association, Inc.

certain midurethral slings. Trocar placement into the retropubic space in the absence of advanced mobilization of the bladder and urethra may predispose to a higher incidence of bladder and urethral injury. Urethral injury was only identified in association with synthetic slings placed at the midurethra or laparoscopic retropubic suspensions. This may be related to technical aspects of the midurethral sling procedure that may predispose to these types of injuries. However, the small cohort of patients did not allow a direct comparison with other procedures. Ureteral injuries occurred during less than 5% of the procedures in most series; however, they were reported in 4%–11% of laparoscopic suspensions, which seemed to the Panel to be higher than expected based on their experience. Many of the reported cases of laparoscopic suspensions reflected the early experiences of surgeons and perhaps this could explain the increased risk of laparoscopic suspensions when compared with other procedures.

## Other complications

 With the many different techniques and materials utilized in the surgical correction of SUI, surgeons must remain diligent in obtaining long-term outcomes data to understand the effects of these techniques and materials on quality-of-life and potential complications. Of major contemporary concern is the resurgence of the use of mesh materials in the surgical correction of SUI, particularly with the recent emergence of the tension-free midurethral sling procedures using synthetic materials. Early experience with synthetic mesh materials in pubovaginal sling and prolapse surgeries was associated with a considerable risk of mesh complications. Erosion rates of 20%–30% were reported in patients following implantation of Dacron™, Mersilene™, and Marlex™ mesh

10

©2009 American Urological Association, Inc.

materials.[17-19] In these early procedures, larger incisions with more extensive dissection may have increased the potential for bacterial exposure, and increased tension may have promoted tissue ischemia. The woven, multifilamentous nature of these mesh materials may have limited the ingrowth of host tissue, leading to erosions, draining sinuses, and fistulas. These early experiences forced many surgeons to abandon the use of synthetic material in pelvic reconstructive surgery.

The success of the TVT procedure introduced surgeons to several principles that have seemingly facilitated the safe use of synthetic material in pelvic reconstruction. The use of small incisions and minimal dissection decreases the potential for bacterial exposure. The avoidance of tension on the mesh material limits local tissue ischemia while the use of macroporous monofilament mesh materials promotes host tissue ingrowth and biocompatibility. Incorporating these principles, the synthetic tension-free slings have become one of the more commonly used procedures in the surgical management of SUI. The reported incidence of mesh erosions and complications with these procedures appears quite low, although the true incidence is not known. A recent report analyzing the United States Food and Drug Administration Manufacturer and User Facility Device Experience database (U.S. FDA MAUDE)[20] which collects data on U.S. FDA approved medical devices, suggests that these complications are indeed underreported.[21] In addition to mesh materials, permanent suture materials, tacking devices and laparoscopic instrumentation may also be associated with lower urinary tract or vaginal injuries.

Erosions and extrusions may also occur with the use of foreign materials such as mesh. For the purposes of this review, the Panel has defined erosion as the presence of a

*©2009 American Urological Association, Inc.*

foreign body in the lumen of the urinary tract (bladder, urethra or ureter) whereas extrusion was defined as the exposure of mesh in the vagina. Urinary tract erosion has been reported subsequent to all SUI procedures, but overall this does not appear to be a common event. In this meta-analysis (Appendices A11 and A16), erosion into the urethra and bladder occurred following 2%–4% of vaginal sling procedures. Erosions appear to occur more frequently following synthetic sling procedures; however, the method of reporting varies widely. Some authors have reported that "erosions" occurred but were not specific as to location and type. For example, 17% of erosions resulting from synthetic slings placed at the bladder neck were not classified. The incidence of urethral and bladder erosions appears to be higher following placement of synthetic slings at the bladder neck when compared to autologous slings. These data might suggest that synthetic slings have a higher rate of erosion than autologous or cadaveric slings. Based on these findings, the Panel believes that discussion of urinary tract erosion should be part of the informed consent process, particularly when selecting synthetic slings. The Panel also concludes that urinary tract erosion is a risk of any surgical procedure used in the treatment of SUI, with the risk appearing highest for synthetic slings, particularly when placed at the bladder neck.

Vaginal extrusion occurred in 1-8% of cases following synthetic slings. In this meta-analysis, the unexpectedly high risk of vaginal extrusion associated with cadaveric slings (23%) probably represents an anomaly resulting from the fact that few studies of cadaveric slings mentioned extrusion and the one study reporting this complication was small. Since the small number of series may affect the overall data reporting and incidence rates, this result is likely artifactual.

©2009 American Urological Association, Inc.

## General Medical Complications

General medical complications captured in this analysis included cardiovascular, dermatologic, febrile, infectious (local, systemic, and urinary tract), neurologic, and pulmonary complications as well as subjective complications such as pain and sexual dysfunction (Appendices A11 and A16). In addition, transfusion was analyzed as a separate category. There was variable and limited reporting of most general medical complications, with many authors not reporting any complications data. These findings reinforce the need for standardized reporting of complications, particularly as related to general medical complications.

Urinary tract infections were the most commonly reported infectious complication, with estimates following retropubic surgery of 13% for those not undergoing concurrent prolapse procedures and 17% for those receiving such procedures. Patients undergoing sling procedures were less likely to experience urinary tract infection, with estimates of 4%–16% for the no prolapse treatment groups and 1%–9% for the prolapse-treatment group. However, the majority of authors did not report specifically on the presence or absence of urinary tract infections and caution must be used in interpreting these data.

There was very little uniformity in reporting other infectious complications. Febrile morbidity estimates were between 0%–14% of patients depending upon the procedure. The highest estimates were noted in the retropubic groups with rates of 8%–11% for the non-prolapse and prolapse treatment groups, respectively. Patients undergoing sling procedures were less likely to have a febrile morbidity reported and this

©2009 American Urological Association, Inc.

was true for both treatment groups. The reported estimates of febrile morbidity ranged in those populations between 2%–8%.

Dermatologic complications were reported only in patients receiving injectable collagen, with an estimate of 5%. The estimates for sexual dysfunction were 4% for retropubic suspensions and 8% for autologous fascial slings. However, the definitions and reporting methods for identifying sexual dysfunction remain extremely variable in the evidence as assessed. Therefore the rates reported may not be representative of the true incidence of this outcome. Standardization of reporting indices is critically needed for a better understanding of the true rates of sexual dysfunction arising from interventions for stress incontinence and pelvic organ prolapse.

## Operative Complications

### Gastrointestinal complications

All procedures performed adjacent to the peritoneal lining and its contents are associated with risks of injury to the bowel and such injuries have been reported with open, laparoscopic and "minimally invasive" procedures. "Minimally invasive" synthetic-based retropubic procedures had the highest reported risk of bowel complications, with estimates of 1% for synthetic midurethral slings performed without concomitant prolapse repair (see Appendix A16). There were too few reports of bowel injuries resulting from the other procedures for a meaningful comparison.

©2009 American Urological Association, Inc.

## Vascular complications

Vascular complications were defined as any reported iatrogenic intraoperative injury to a specific major or significant blood vessel not including intraoperative or postoperative bleeding or hematomas. The estimates for vascular complications are found in Appendices A11 and A16. There were no reported vascular complications in over 400 articles reviewed for this meta-analysis involving an anti-incontinence procedure with or without pelvic organ prolapse repair in approximately 40,000 patients. Yet, it is well known that major vascular injuries including iliac, femoral, obturator, and epigastric vessel injury have been reported with the TVT procedure in the FDA MAUDE database.[20] The Panel believes that the risk of serious vascular complications with TVT procedures is very low; but nevertheless surgeons should bear this risk in mind when performing this technique.

## Neurologic complications

Neurologic complications occurring in association with SUI surgery are rare (see Appendices A11 and A16). A total of five cerebrovascular accidents (CVA) were reported. CVA occurred more frequently in patients undergoing retropubic suspensions (n=3) versus pubovaginal slings (n=1) or midurethral slings (n=1), although the small numbers of these events preclude statistical analysis. No patient required additional surgery as a result of a CVA but CVA was the cause of death in three patients. While all of the CVAs may be attributable to the patient having had an anesthetic and/or surgery, one must take into consideration the age and other comorbidities of patients who elect surgical correction of SUI.

©2009 American Urological Association, Inc.

Twelve nerve injuries were reported. In some cases these were listed only as "nerve injury" whereas in other reports they were described by the resulting deficit or as an injury to a discrete nerve. The most common nerve injury cited was to the obturator nerve, which occurred in three patients. There were nerve injuries described with the use of midurethral synthetic slings (n=5); however, none of these patients required additional surgical procedures. Two patients required additional surgical procedures to treat complications related to nerve entrapment. One patient had removal of a suture and a second patient underwent removal of a bone anchor using a hammer and osteotome.

**Infectious complications**

The panel elected to divide infectious complications into multiple subsets to accommodate the various definitions presented in the literature; these included infection (undefined), infection with local extension, abscess, and osteomyelitis (see Appendices A11 and A16). Osteomyelitis, rarely reported, was observed in procedures with and without bone anchors.

**Death**

The risk of perioperative mortality following surgical treatment of SUI is very low, although a precise estimate is difficult to achieve due to the paucity of studies that specifically evaluate mortality, compounded by the fact that published studies represent only a tiny fraction of all surgical procedures performed. To gain an estimate of perioperative mortality in the SUI patient population, a combined approach was taken: 1) the raw data from the current analysis were assessed; 2) a Medline search was performed

16

*©2009 American Urological Association, Inc.*

using the term "perioperative mortality" and reports were obtained for all surgical procedures in the U.S. and also for surgical procedures thought to be of comparable risk to SUI surgery; and 3) reports were obtained that specifically dealt with surgical procedures for SUI and urogynecology (shown in Table 2[22-29]). Finally, an estimate was determined for the added perioperative mortality from the special circumstances of vascular or bowel injury due passage of trocars from midurethral sling kits.

In contemporary series, overall perioperative mortality for all surgical procedures ranged from 0.02%–1.8% (Table 2). In the Medline search on which this review was based, there were three deaths out of 39,019 patients, for a mortality rate of 0.008%. Waetjen et al[26] reported an unadjusted mortality rate of 0.01% in a survey of 135,000 women undergoing incontinence surgery in the U.S. in 1998. However, in that series pubovaginal slings accounted for less that 15% of the procedures; nearly three-quarters had either retropubic suspension or anterior repair. This is probably an underestimation of mortality due to bowel or vascular injury from trocars. No other reports that dealt specifically with mortality after incontinence surgery were identified. Sung et al[29] reported an unadjusted risk of death following all urogynecologic procedures of 0.04% and noted that mortality rate increased with age. For women less than 60 years of age, the mortality rate was 0.01%; for those more than 80 years of age it rose to 0.28%. The authors noted that elderly women had a 13-fold increase in the risk of death and a 33% higher risk of suffering postoperative complications compared with younger women, irrespective of their co-morbidities.[29] Brown et al[27] reported a perioperative mortality of 0.03% after pelvic organ prolapse surgery. In a study of surgical mortality, Pine et al[28] reported mortality rates for various surgical procedures. The Panel selected those that

*17*

©2009 American Urological Association, Inc.

were the most comparable to incontinence surgery for a comparison of perioperative mortality data. The unadjusted mortality rates were 0.11%, 0.41% and 0.20% for hysterectomy, herniorraphy, and prostatectomy, respectively (Table 2).

Finally, the Panel estimated the minimal mortality after the TVT procedure by accessing the US FDA MAUDE Database[20] (now known as MedWatch) using the terms "TVT," "transvaginal tape," "sling," "pubovaginal sling," and "suburethral sling" which yielded incident reports that included six deaths. Three of the deaths were associated with bowel perforations and one each resulted from hemorrhage, myocardial infarction and pulmonary embolism. In addition, Panel members have documented at least two other deaths due to vascular injury.

In summary, perioperative mortality after sling surgery in the index patient is low; the Panel estimates it at between 0.01%–0.09%. However, mortality increases with advancing age and comorbidities, with mortality nearly three per 10,000 in patients over 80 years of age. Blind passage of trocars into the retropubic space potentially increases the possibility of bowel or vascular injury that could lead to mortality.

©2009 American Urological Association, Inc.

# REFERENCES

1.  Leach GE, Dmochowski RR, Appell RA *et al:* Female Stress Urinary Incontinence Clinical Guidelines Panel summary report on surgical management of female stress urinary incontinence. J Urol 1997; **158**: 875.

2.  Abrams P, Cardozo L, Fall M et al: The standardisation of terminology of lower urinary tract function: report from the standardisation sub-committee of the International Continence Society. Neurourol Urodyn 2002**; 21**: 167.

3.  Weber AM, Abrams P, Brubaker L et al : The standardization of terminology for researchers in female pelvic floor disorders.  Int Urogynecol Pelvic Floor Dysfunct  2001; **12**: 178.

4.  Swami SK and Abrams P: Urge incontinence. Urol Clin North Am 1996; **23**: 417.

5.  Griffiths D: Clinical aspects of detrusor instability and the value of urodynamics: a review of the evidence. Eur Urol 1998; **34** Suppl 1:13.

6.  Morgan TO, Westney OL and McGuire EJ: Pubovaginal sling: 4-year outcome analysis and quality of life assessment. J Urol 2000; **163**: 1845.

7.  Langer R, Ron-El R, Newman M et al: Detrusor instability following colposuspension for urinary stress incontinence. Br J Obstet Gynaecol 1988; **95**: 607.

8.  Sand PK, Bowen LW, Ostergard DR et al: The effect of retropubic urethropexy on detrusor stability. Obstet Gynecol 1988; **71**: 818.

9.  Weinberger MW and Ostergard DR: Long term clinical and urodynamic evaluation of the polytetrafluoroethylene sub-urethral sling for treatment of genuine stress incontinence. Obstet Gynecol 1995; **86**: 92.

10. Alcalay M, Monga A and Stanton SL: Burch colposuspension: a 10-20 year follow up. Br J Obstet Gynaecol 1995; **102**: 740.

11. Langer R, Lipshitz Y, Halperin R *et al:* Long-Term (10-15 years) follow-up after Burch colposuspension for urinary stress incontinence. Int Urogynecol J 2001; **12**: 323.

12. Demirci F, Yucel O, Eren S et al: Long-term results of Burch colposuspension Gynecol Obstet Invest 2001; **51**: 243.

13. Lose G, Jorgensen L, Mortensen SO et al: Voiding difficulties after colposuspension. Obstet Gynecol 1987; **69**: 33.

14. Bombieri L, Freeman RM, Perkins EP et al: Why do women have voiding dysfunction and de novo detrusor instability after colposuspension? Br J Obstet Gynaecol 2002; **109**(4): 402.

15. Cardozo LD, Stanton SL and Williams JE: Detrusor instability following surgery for genuine stress incontinence. Br J Urol 1979; **51**: 204.

*©2009 American Urological Association, Inc.*

16. Hilton P;A clinical and urodynamic study comparing the Stamey bladder neck suspension and suburethral sling procedures in the treatment of genuine stress incontinence. Br J Obstet Gynaecol 1989; **96**: 213.

17. Julian TM: The efficacy of Marlex mesh in the repair of severe recurrent vaginal prolapse of the anterior mid vaginal wall. Am J Obstet Gynecol 1996; **175**: 1472.

18. Debodinance P, Cosson M and Burlet G: Tolerance of synthetic tissues in touch with vaginal scar: review to the point of 287 cases. Eur J Obstet Gynecol Rep Biol 1999; **87**: 23.

19. Cosson M, Vinatier D, Rajabally R et al: Rejection of stapled prosthetic mesh after laparoscopic sacropexy. Int Urogynecol J 1999; **10**: 349.

20. US Food and Drug Administration Manufacturer and User Facility Device Experience database: www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/search.cfm.

21. Deng D, Rutman M, Raz S et al: Presentation and management of major complications of midurethral slings: Are complications under-reported? Neurourol Urodyn 2007; **26**: 46.

22. Davies JM and Strunin L: Anesthesia in 1984: how safe is it? Can Med Assoc J 1984; **131**: 437.

23. Lagasse RS: Anesthesia safety: Model or myth? Anesthesiology 2002; **97**: 1609.

24. Keats AS: Anesthesia mortality in perspective. Anesth Analg 1990; **71**: 113.

25. Maaloe R, Hansen CL and Pedersen T: Death under anesthesia. Ugeskr Laeger 1995; **157**(47): 6561.

26. Waetjen LE, Subak LL, Shen H et al: Stress urinary incontinence surgery in the United States. Obstet Gynecol 2003; **101**: 671.

27. Brown JS, Waetjen LE, Subak LL et al: Pelvic organ prolapse surgery in the United States, 1997. Am J Obstet Gynecol 2002; **186**: 712.

28. Pine M, Holt KD and Lou YB: Surgical mortality and type of anesthesia provider. AANA J 2003; **71**(2): 109.

29. Sung VW, Weitzen S, Sokol ER et al: Effect of patient age on increasing morbidity and mortality following urogynecologic surgery. Am J Obstet Gynecol 2006; **194**: 1411.

©2009 American Urological Association, Inc.

1    **Table 1. Patients experiencing postoperative urgency or**
2    **urge incontinence**

|  | Retropubic Suspensions | | Transvaginal Suspensions | | Sling Procedures | |
|---|---|---|---|---|---|---|
|  | G/P | Median CI (2.5-97.5%) | G/P | Median CI (2.5-97.5%) | G/P | Median CI (2.5-97.5%) |
| *Prior Analysis* | | | | | | |
| Urgency | | | | | | |
| + urgency/+DI* | 6/78 | 66 (50–79) | 6/33 | 54 (35–73) | 4/45 | 46 (24–68) |
| + urgency/–DI* | 6/319 | 36 (22–52) | | | 5/110 | 34 (13–61) |
| – urgency/+DI* | 1/6 | 4 (0–33) | 1/3 | 7 (0–54) | 4/36 | 20 (5–45) |
| – urgency/–DI* | 8/241 | 11 (8–16) | 6/150 | 5 (3–10) | 7/140 | 7 (3–11) |
| *Current Analysis* | | | | | | |
| Urge Urinary Incontinence | | | | | | |
| New Onset | | 10-14 | | | | 11-22 |
| Pre-existing | | 22-48 | | | | 29-52 |
| Urgency | | | | | | |
| New Onset | | 9-11 | | | | 13 (Grade>1) |
| Pre-existing | | 40 (Grade<1) | | | | 21 (Grade>1) |

3    * Preoperative status

4    Abbreviations: CI, confidence interval; DI, detrusor instability; G/P, number of groups and number of

5    patients per treatment arm

21

©2009 American Urological Association, Inc.

1    **Table 2. Estimated perioperative mortality for SUI and**
2    **urogynecologic surgical procedures**
3

| Surgical procedure | Mortality rate |
|---|---|
| Overall perioperative mortality[22-25,28] | 0.02 – 1.8% |
| Stress incontinence[26] | 0.01% |
| Urogynecology[29] | 0.04% |
| < 60 years | 0.01% |
| 61 – 69 years | 0.05% |
| 70 – 79 years | 0.09% |
| > 80 years | 0.28% |
| Hysterectomy[28] | 0.11% |
| Pelvic organ prolapse[27] | 0.03% |
| Herniorraphy[28] | 0.41% |
| Prostatectomy[28] | 0.20% |

4

©2009 American Urological Association, Inc.

## Appendix A1: *Female Stress Urinary Incontinence Clinical Guidelines Panel, Consultants and Data Extractors (1997)*

**Members:**

Gary E. Leach, MD (Panel Chair)
University of California, Los Angeles
Los Angeles, CA

Roger R. Dmochowski, MD (Panel Facilitator)
University of Tennessee Medical Center
Memphis, TN

Rodney A. Appell, MD
Cleveland Clinic Foundation
Cleveland, OH

Jerry G. Blaivas, MD
New York Hospital/Cornell Medical Center
New York, New York

H. Roger Hadley, MD
Loma Linda University Medical Center
Loma Linda, CA

Karl M. Luber, MD
Southern California Permanente Medical Group
San Diego, CA

Jacek L. Mostwin, MD
Johns Hopkins Hospital
Baltimore, MD

Pat D. O'Donnell, MD
University of Arkansas
Fayetteville, AR

**Consultants:**

Claus G. Roehrborn, MD
Hanan S. Bell, PhD
Patrick M. Florer
Curtis Colby

**Data Extraction:**

Jeffrey Csiszar, MD
Jill Gerspach, MD
Steven Kurtz, MD
Susan Martins-Levy, MD
Hetal Patel, MD
Lisa Stout, MD

© 2009 American Urological Association, Inc. All rights reserved.

## Appendix A2:  *Female Stress Urinary Incontinence Guideline Update Panel and Consultants (2009)*

**Members:**

Rodney A. Appell, MD (Chair)
Baylor College of Medicine
Houston, TX

Roger R. Dmochowski, MD (Facilitator)
Vanderbilt University
Nashville, TN

E. Ann Gormley, MD
Dartmouth-Hitchcock Medical Center
Lebanon, NH

Mickey M. Karram, MD
Good Samaritan Hospital
Cincinnati, OH

Deborah J. Lightner, MD
Mayo Clinic
Rochester, MN

David R. Staskin, MD
Weill-Cornell Medical School
New York, New York

J. Christian Winters, MD
Louisiana State University Health Sciences Center
Baton Rouge, LA

Saad Juma, MD
Incontinence Research Institute
Encinitas, CA

Eric Scott Rovner, MD
Medical University of South Carolina
Charleston, SC

Jerry G. Blaivas, MD
New York, New York

© 2009 American Urological Association, Inc. All rights reserved.

**Consultants:**

Hanan Bell, PhD
Linda E. Whetter, PhD, DVM
Patrick Florer
Kirsten H. Aquino

© 2009 American Urological Association, Inc. All rights reserved.

**Appendix A3 - Article Staus Report**                                    **November-09**
**American Urological Association, Inc.**
**SUI Guidelines Update Panel**

| Literature Search | Articles Retrieved | Selected for Extraction | % of Lit Search / Total |
|---|---|---|---|
| Original Guideline | 1,069 | 101 | 9% |
| December, 2002 | 4,943 | 942 | 19% |
| May, 2004 | 787 | 162 | 21% |
| December, 2004 | 134 | 60 | 45% |
| Jun, 2005 | 176 | 37 | 21% |
| | 7,109 | 1,302 | 18% |

| Data Entry | Articles | % Selected for Extraction |
|---|---|---|
| Entered | 1,302 | 100% |
| in Process | 0 | 0% |
| | 1,302 | 100% |

| Article Status | Articles | % Data Entered |
|---|---|---|
| Accepted | 436 | 33% |
| CX data only | 155 | 12% |
| Rejected | 866 | 67% |

| Reasons for Rejection | Articles | % Total Rejected |
|---|---|---|
| No Data | 292 | 34% |
| Insufficient Efficacy F/U | 282 | 33% |
| RX not Current | 124 | 14% |
| Not about RX | 100 | 12% |
| Basic Science | 12 | 1% |
| Epidemiology | 4 | 0% |
| Other | 40 | 5% |
| Prolapse only | 40 | 5% |
| Other Exclusion | 264 | 30% |
| Duplicates | 5 | 1% |
| Panel Rejects | 0 | 0% |

**Analysis of Study Designs**

| Accepted Articles | Articles | Overall Number of Patients |
|---|---|---|
| Case Series/Report | 373 | 30,166 |
| unknown at this time | 16 | 4,295 |
| Controlled Trial | 31 | 2,833 |
| Case-control study | 9 | 1,061 |
| Cohort Study | 5 | 449 |
| Opinion or Testimony | 1 | 154 |
| Letter | 1 | 61 |
| Total: | 436 | 39,019 |

| Rejected Articles | Articles |
|---|---|
| not captured | 730 |
| Case Series/Report | 75 |
| Review/Policy | 26 |
| Letter | 16 |
| Opinion or Testimony | 6 |
| Controlled Trial | 4 |
| Meta-analysis | 4 |
| Other | 2 |
| Case-control study | 1 |
| Cohort Study | 1 |
| Database or Surveillance | 1 |
| Total: | 866 |

© 2009 American Urological Association, Inc. All rights reserved.

**Appendix A4- Extraction Form**
**American Urological Association, Inc.**  Reference # _____
SUI Guidelines Panel

# Stress Urinary Incontinence
## Cover Sheets

Citation:

Extractor A: _____ Date: _____

Extractor B: _____ Date: _____

Reconciliation Date: _____

### _____ ACCEPTED and Extracted

___ Insufficient treatment efficacy follow-up
Complications data only extracted

_____ Needs Panel Review

### _____ REJECTED and not Extracted

Article REJECTED due to (check all that apply):
___ No relevant outcomes or complications data
___ Insufficient treatment efficacy follow-up (must be > 12 months)
___ Treatments not current (Stamey, etc.)
___ Doesn't deal with treatment:
    ___ Basic Science    ___ Epidemiology    ___ Other
___ Purely Prolapse paper
___ Other reason for exclusion:
    specify: _____

**1. Study Design**
____ Case Series/Report
____ Controlled trial
____ Review/policy
____ Case-control study
____ Cohort Study
____ Meta-analysis
____ Data base or surveillance
____ Letter: Ref._____
____ Opinion or testimony
____ Other: spec._____

Study Features (check all that apply)
___ Retrospective
___ Prospective
___ Randomized
___ Patient blinded
___ Provider blinded
___ Outcome evaluator blinded
___ Cross-over

**2.** Are there particular difficulties with this study that make it less useful for our purposes (include study flaws and items that cause the study interventions or population not to match our needs)?
___ Serious design flaws (specify_____)
___ Randomization failure                    ___ Blinding failure or insufficient
___ Confounders present                       ___ Compliance problems (intensity)
___ Selection bias                            ___ Cross-over problems
___ Patient population not relevant           ___ Atypical intervention
___ Incomplete or biased statistics/data
Other: (describe)

**3.** Are there other data or points in this article that would be relevant that are not covered elsewhere?

© 2009 American Urological Association, Inc. All rights reserved.

**Appendix A4- Extraction Form**
**American Urological Association, Inc.**                    **Reference # _____**
**SUI Guidelines Panel**

# Stress Urinary Incontinence
## Cover Sheets

**4. Study**:          Total Patients enrolled: _____ (N)

          Country: _____ ___ Check if multi-center/location

          Study Dates: _____ through _____ (leave blank if not specified)

**5. Group Definitions**:

| Group ID | Patients | Definition |
|----------|----------|------------|
|          |          |            |
|          |          |            |
|          |          |            |
|          |          |            |
|          |          |            |
|          |          |            |
|          |          |            |
|          |          |            |
|          |          |            |
|          |          |            |

**6.** Comments:

**7.** Total time completing this extraction: _____ minutes.

© 2009 American Urological Association, Inc. All rights reserved.

**American Urological Association, Inc.**                    Reference # _____
SUI Guidelines Panel                    Group Number: _____

# Stress Urinary Incontinence
## Group Characteristics

**8. Group Characteristics**

Patients:  N = _____        Age:        Mean: _____    Med: _____    Min: _____    Max: _____

**9. Coexistent Conditions**

|  | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Cystocele  B-W    I |  |  |  |  |
| II |  |  |  |  |
| III |  |  |  |  |
| IV |  |  |  |  |
| Cystocele unspecified |  |  |  |  |
| Rectocele |  |  |  |  |
| Enterocele |  |  |  |  |
| Uterine Prolapse |  |  |  |  |
| Vaginal Vault Prolapse |  |  |  |  |
| Neurogenic Bladder |  |  |  |  |
| Urethrovaginal Fistula |  |  |  |  |
| Urethral Diverticulum |  |  |  |  |
| Other |  |  |  |  |
| Other |  |  |  |  |

**10. Other Patient Characteristics**

|  | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Pts. With Prior Incont. Surgery |  |  |  |  |
| Mean Procedures/Pt. |  |  |  |  |
| Hyst Unspecified |  |  |  |  |
| Vag Hyst |  |  |  |  |
| TAH |  |  |  |  |
| TAH+BSO |  |  |  |  |
| TV BNS |  |  |  |  |
| RP BNS |  |  |  |  |
| Previous Prolapse Repair - unspecified |  |  |  |  |
| Cystocele - unspecified |  |  |  |  |
| A. Anterior Repair |  |  |  |  |
| B. Paravaginal Repair |  |  |  |  |
| Rectocele |  |  |  |  |
| Enterocele |  |  |  |  |
| Uterine Prolapse |  |  |  |  |
| Vault Prolapse |  |  |  |  |
| Pts. With prior Surgery (notspec.) |  |  |  |  |
| Parity:  Parous |  |  |  |  |
| Mean Parity |  |  |  |  |
| Min Parity |  |  |  |  |
| Max Parity |  |  |  |  |
| Mean Deliveries/Pt. |  |  |  |  |
| Nulliparous |  |  |  |  |

© 2009 American Urological Association, Inc. All rights reserved.

**American Urological Association, Inc.**       Reference # _____

**SUI Guidelines Panel**       Group Number: _____

# Stress Urinary Incontinence
## Group Characteristics

**10. Other Patient Characteristics (cont.)**

|  | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Obesity |  |  |  |  |
| Pre-Menopausal |  |  |  |  |
| With Estrogen |  |  |  |  |
| Post-Menopausal |  |  |  |  |
| With Estrogen |  |  |  |  |

**11. Methods of Evaluation**

| Subjective | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Pt. Interview |  |  |  |  |
| Voiding Diary/Log |  |  |  |  |
| MD Perception |  |  |  |  |
| Chart Review |  |  |  |  |
| Rating Form |  |  |  |  |
| QOL Rating |  |  |  |  |
| Analog Scale |  |  |  |  |
| Questionnaire |  |  |  |  |
| Other |  |  |  |  |
| Unspecified |  |  |  |  |

| Objective | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Physical Exam |  |  |  |  |
| Stress Test |  |  |  |  |
| BN Evaluation |  |  |  |  |
| Q-tip |  |  |  |  |
| Pad Test |  |  |  |  |
| Pads/Diapers |  |  |  |  |
| Baden-Walker |  |  |  |  |
| POP-Q |  |  |  |  |
| VCUG |  |  |  |  |
| Urodynamics |  |  |  |  |
| Video-Urodynamics |  |  |  |  |
| Barrier Testing |  |  |  |  |
| Other |  |  |  |  |

© 2009 American Urological Association, Inc. All rights reserved.

**American Urological Association, Inc.**  Reference # _____
**SUI Guidelines Panel**  Group Number: _____

# Stress Urinary Incontinence
## Group Characteristics

**12. Diagnostic Findings**  ☐ **Symptoms only**  ☐ **Stress test**  ☐ **Urodynamics**

| | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| SUI | | | | |
| ISD | | | | |

| Grade | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Mild | | | | |
| Mod | | | | |
| Severe | | | | |

| | Mean | Median | Min | Max | Check | % | Num | Comments/Definition |
|---|---|---|---|---|---|---|---|---|
| Pads | | | | | | | | |
| Diapers | | | | | | | | |

| | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Urodynamically proven motor DO | | | | |
| Urgency symptoms | | | | |
| Mixed (SUI/motor DO or Urgency) | | | | |

**13. Comments on Group Characteristics**

© 2009 American Urological Association, Inc. All rights reserved.

**American Urological Association, Inc.**　　　　**Reference # _____**
**SUI Guidelines Panel**　　　　　　　　　　　**Group Number: _____**

# Stress Urinary Incontinence
## Treatments

**14. Treatments**

SUI handled before or after Prolapse repair or sling:  before / after    (circle one)

**A.  Treatments for Incontinence**

| Suspensions | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Open Retropubic Suspensions | | | | |
| Laparoscopic Suspension | | | | |
| Transvaginal Cooper's Ligament Suspension | | | | |
| Burch Suspension | | | | |
| Other Suspensions (specify) | | | | |

| Slings | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Autologous fascia w/o bone anchors | | | | |
| Autologous fascia with bone anchors | | | | |
|       transvaginal | | | | |
|       suprapubic | | | | |
| Autologous vaginal wall slings w/o bone anchors | | | | |
| Autologous vaginal wall slings with bone anchors | | | | |
|       transvaginal | | | | |
|       suprapubic | | | | |
| Cadaveric w/o bone anchors | | | | |
| Cadaveric with bone anchors | | | | |
|       transvaginal | | | | |
|       suprapubic | | | | |
| Xenograft w/o bone anchors | | | | |
| Xenograft with bone anchors | | | | |
|       transvaginal | | | | |
|       suprapubic | | | | |
| Synthetic at bladder neck w/o bone anchors | | | | |
| Synthetic at bladder neck with bone anchors | | | | |
|       transvaginal | | | | |
|       suprapubic | | | | |
| Synthetic at midurethra | | | | |
| Homologous tissue (dermis) w/o bone anchors | | | | |
| Homologous tissue (dermis) with bone anchors | | | | |
|       transvaginal | | | | |
|       suprapubic | | | | |
| Cooper's ligament sling (all sling materials) | | | | |
| Other Sling (specify) | | | | |

| | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| **Artificial Sphincter** | | | | |

| Injectables | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Collagen | | | | |
| Other degradable materials | | | | |
| Other non-degradable synthetics | | | | |
| Other Injectables (specify) | | | | |

© 2009 American Urological Association, Inc. All rights reserved.

**American Urological Association, Inc.**     Reference # _____
SUI Guidelines Panel                                    Group Number: _____

# Stress Urinary Incontinence
### Treatments

**14B.  Treatments for Prolapse**

| Anterior compartment repairs | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Plication (colporrhapy) | | | | |
| Paravaginal | | | | |
| Abdominal approach | | | | |
| Vaginal approach | | | | |
| Interposition graft | | | | |
| Combination (specify) | | | | |
| Other (specify) | | | | |
| Not Stated | | | | |

| Apical Repair | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| McCall Procedure | | | | |
| Uterosacral Suspension (plication) | | | | |
| Levator myorraphy | | | | |
| Iliococcygeus repair | | | | |
| Sacrocolpopexy | | | | |
| Sacrospinous fixation | | | | |
| Other (specify) | | | | |
| Not Stated | | | | |

| Posterior Compartment Repairs | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Site specific | | | | |
| Plication | | | | |
| Interposition graft | | | | |
| Combination repair | | | | |
| Other (specify) | | | | |
| Not Stated | | | | |

| Enterocele repair | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Culdoplasty (specify) | | | | |
| Plication | | | | |
| Other, Transvaginal Repair | | | | |
| Other, Abdominal Repair | | | | |

**C.  Other Treatments**

| | Check | % | Num | Comments/Definition |
|---|---|---|---|---|
| Abdominal hysterectomy | | | | |
| Vaginal hysterectomy | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**15. Comments about treatments for this group:**

© 2009 American Urological Association, Inc. All rights reserved.

**American Urological Association, Inc.**　　　　　　**Reference # _____**
**SUI Guidelines Panel**　　　　　　　　　　　　　　**Group Number: _____**

# Stress Urinary Incontinence
## Group Outcomes

**16. Patients w. Follow-up:  N= _____**
　　　**Follow-up (mo):**　　　　　　Mean: _____　Median: _____　Min: _____　Max: _____

**17. Outcome Assessment Tools:**

| Subjective | Check | % | Num | Comments/Definition of Success/Failure |
|---|---|---|---|---|
| Pt. Interview | | | | |
| Voiding Diary/Log | | | | |
| MD Perception | | | | |
| Chart Review | | | | |
| Rating Form | | | | |
| QOL Rating | | | | |
| Analog Scale | | | | |
| Questionnaire | | | | |
| Other | | | | |
| Unspecified | | | | |

| Objective | Check | % | Num | Comments/ Definition of Success/Failure |
|---|---|---|---|---|
| Physical Exam | | | | |
| Stress Test | | | | |
| BN Evaluation | | | | |
| Q-tip | | | | |
| Pad Test | | | | |
| Pads/Diapers | | | | |
| Baden-Walker | | | | |
| POP-Q | | | | |
| VCUG | | | | |
| Urodynamics | | | | |
| Video-Urodynamics | | | | |
| Barrier Testing | | | | |
| Other | | | | |

**18. Outcomes in Regard to Continence Status only**

| 1st | ___Subj | ___Obj | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| _____ Months | | Cure/Dry | | | | |
| _____ Mean Mos | | Improved | | | | |
| _____ Median Mos | | Failure | | | | |
| _____ Min Mos | | Retreatment | | | | |
| _____ Max Mos | | | | | | |
| _____ SE Mos | | | | | | |
| _____ STDev Mos | | | | | | |
| _____% CI, _____ to _____ Mos | | | | | | |

© 2009 American Urological Association, Inc. All rights reserved.

**American Urological Association, Inc.**  **Reference # _____**
**SUI Guidelines Panel**  **Group Number: _____**

# Stress Urinary Incontinence
## Group Outcomes

**18. Outcomes in Regard to Continence Status only (cont.)**

| 2nd | ___Subj ___Obj | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|
| _____ Months | Cure/Dry | | | | |
| _____ Mean Mos | Improved | | | | |
| _____ Median Mos | Failure | | | | |
| _____ Min Mos | Retreatment | | | | |
| _____ Max Mos | | | | | |
| _____ SE Mos | | | | | |
| _____ STDev Mos | | | | | |
| _____% CI, _____ to _____ Mos | | | | | |

| 3rd | ___Subj ___Obj | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|
| _____ Months | Cure/Dry | | | | |
| _____ Mean Mos | Improved | | | | |
| _____ Median Mos | Failure | | | | |
| _____ Min Mos | Retreatment | | | | |
| _____ Max Mos | | | | | |
| _____ SE Mos | | | | | |
| _____ STDev Mos | | | | | |
| _____% CI, _____ to _____ Mos | | | | | |

**19. Management of Bladder:**

| Method of Bladder Drainage | Check | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|
| Foley Catheter | | | | | |
| Suprapubic Catheter | | | | | |
| Self Catheterization | | | | | |

**Author's Definition of Retention:** _____

| Patients in Retention | @Days | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|
| ___ @ Discharge | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Days in Retention | Mean | Median | Min | Max | SE | STDev | | %CI |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Secondary Procedures for Patients in Retention | @ Mo | Num | Prev. |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

© 2009 American Urological Association, Inc. All rights reserved.

**American Urological Association, Inc.**  Reference # _____
**SUI Guidelines Panel**  Group Number: _____

# Stress Urinary Incontinence
## Group Outcomes

**20. Complications (Peri-operative and during Follow-Up)**

| | Time | Check | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| None (per Author) | | | | | | |
| Transfusion | | | | | | |
| Acute Bleeding | | | | | | |
| Hematoma | | | | | | |
| Death | | | | | | |
| Infection | | | | | | |
| Local Extension | | | | | | |
| Systemic | | | | | | |
| Wound | | | | | | |
| UTI | | | | | | |
| Wound | | | | | | |
| Vaginal | | | | | | |
| Major | | | | | | |
| Minor | | | | | | |
| Abdominal | | | | | | |
| Major | | | | | | |
| Minor | | | | | | |
| Removal of For. Body- other | | | | | | |
| Stitches | | | | | | |
| Pledget | | | | | | |
| PE/DVT | | | | | | |
| MI | | | | | | |
| CVA | | | | | | |
| Pulmonary | | | | | | |
| Bladder Injury | | | | | | |
| Bowel Injury | | | | | | |
| Vascular Injury | | | | | | |
| Rectal Injury | | | | | | |
| Fistula | | | | | | |
| Dysuria | | | | | | |
| Sexual Dysfunction | | | | | | |
| Urethral Erosion | | | | | | |
| Other Complications | | | | | | |
| Other Complications | | | | | | |
| Other Complications | | | | | | |
| Other Complications | | | | | | |

**21. Bleeding**      Mean: _____   Median: _____   Min: _____   Max: _____

*V3.0  05/17/2004*  *© American Urological Association, Inc.*  *Page 10*

© 2009 American Urological Association, Inc. All rights reserved.

**American Urological Association, Inc.**          Reference # _____
SUI Guidelines Panel                              Group Number: _____

# Stress Urinary Incontinence
### Group Outcomes

**22. Urgency and Urge Incontinence**

| | Time | Check | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| Urge Incontinence – New onset | | | | | | |
| Pre-existing | | | | | | |
| Unspecified | | | | | | |
| Urgency symptoms – New onset | | | | | | |
| Pre-existing | | | | | | |
| Unspecified | | | | | | |
| Unspecified urgency–New onset | | | | | | |
| Pre-existing | | | | | | |
| Unspecified | | | | | | |

**23. Prolapse Outcomes**
   **A. Cystocele**

| | Time | Check | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| Recurrence | | | | | | |
| Failure | | | | | | |
| New Prolapse | | | | | | |
| Post-op (unspecified) | | | | | | |
| Other (specify) | | | | | | |

   **B. Rectocele**

| | Time | Check | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| Recurrence | | | | | | |
| Failure | | | | | | |
| New Prolapse | | | | | | |
| Post-op (unspecified) | | | | | | |
| Other (specify) | | | | | | |

   **C. Enterocele**

| | Time | Check | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| Recurrence | | | | | | |
| Failure | | | | | | |
| New Prolapse | | | | | | |
| Post-op (unspecified) | | | | | | |
| Other (specify) | | | | | | |

   **D. Uterine Prolapse**

| | Time | Check | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| Recurrence | | | | | | |
| Failure | | | | | | |
| New Prolapse | | | | | | |
| Post-op (unspecified) | | | | | | |
| Other (specify) | | | | | | |

© 2009 American Urological Association, Inc. All rights reserved.

**American Urological Association, Inc.**                     Reference # _____

**SUI Guidelines Panel**                                      Group Number: _____

# Stress Urinary Incontinence
## Group Outcomes

**E. Vault Prolapse**

|  | Time | Check | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| Recurrence |  |  |  |  |  |  |
| Failure |  |  |  |  |  |  |
| New Prolapse |  |  |  |  |  |  |
| Post-op (unspecified) |  |  |  |  |  |  |
| Other (specify) |  |  |  |  |  |  |

**F. Other/unspecified/total  (_____)**

|  | Time | Check | % | Num | Denom | Comments\Definition |
|---|---|---|---|---|---|---|
| Recurrence |  |  |  |  |  |  |
| Failure |  |  |  |  |  |  |
| New Prolapse |  |  |  |  |  |  |
| Post-op (unspecified) |  |  |  |  |  |  |
| Other (specify) |  |  |  |  |  |  |

**24. Comments**   (regarding this group only)

© 2009 American Urological Association, Inc. All rights reserved.

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

sorted by Primary Author and Title

---

40746    24th annual meeting of the International Urogynecological Association (IUGA). A joint meeting with the International Continence Society (ICS) and the International Children's Continence Society (ICCS). August 23-26, 1999, Denver, Colorado, USA. Abstracts. Int Urogynecol J Pelvic Floor Dysfunct. 1999 Aug; 10 Suppl 1: S1-194

50760    Abstracts of the 28th Annual meeting of the International Urogynecological Association. Buenos Aires, Argentina, 28-31 October 2003. Int Urogynecol J Pelvic Floor Dysfunct. 2003; 14 Suppl 1: S1-S81

11406    ACOG criterial set. Surgery for genuine stress incontinence due to urethral hypermobility. American College of Obstetricians and Gynecologists Committee on Quality Assessment. Int J Gynaecol Obstet. 1996 Feb; 52: 211-2

41280    Assessment and treatment of urinary incontinence. Scientific Committee of the First International Consultation on Incontinence. Lancet. 2000 Jun 17; 355: 2153-8

56530    Behavior therapy and urge incontinence. Mayo Clin Health Lett. 2003 May; 21: 4

40106    Bibliography. Current world literature. Voiding dysfunction and female urology. Curr Opin Urol. 2002 Jul; 12: 363-9

41187    Bibliography. Current world literature. Voiding dysfunction and female urology. Curr Opin Urol. 2000 Sep; 10: 499-508

42009    Biofeedback, exercise for urge incontinence. Health News. 1999 Jan 5; 5: 7

42829    Bladder control. J Pract Nurs. 1997 Mar; 47: 9-11

41928    Case records of the Massachusetts General Hospital. Weekly clinicopathological exercises. Case 11-1999. A 60-year-old woman with epidural and paraspinal masses. N Engl J Med. 1999 Apr 15; 340: 1188-96

40406    Controlling urinary incontinence. Aust Fam Physician. 2002 Jan; 31: 88-93

44561    Demand for urological devices increases among aging population. Front Med Biol Eng. 1992; 4: 65-6

44211    Diagnostic and therapeutic technology assessment. Use of Teflon preparations for urinary incontinence and vesicoureteral reflux. JAMA. 1993 Jun 16; 269: 2975-80

59231    Early symptoms of ovarian cancer exist but may not be recognized. Mayo Clin Womens Healthsource. 2005 Apr; 9: 3

44145    Effects of terodiline on urinary incontinence among older non- institutionalized women. Terodiline in the Elderly American Multicenter Study Group. J Am Geriatr Soc. 1993 Sep; 41: 915-22

3535    Efficacy and morbidity of. Urology. 1991 Dec; 38: 526-528

57120    Executive summary: a look at the proceedings of the symposium, 'The State of the Science on Urinary Incontinence.'. Am J Nurs. 2003 Mar; Suppl: 4-8

41196    Falls and incontinence: a missing link?. Health News. 2000 Sep; 6: 6

10133    Female stress urinary incontinence facts. Urol Nurs. 2001 Apr; 21: 134

59068    Gaining control of urinary stress incontinence. Johns Hopkins Med Lett Health After 50. 2004 Aug; 17: 3, 7

11109    GAX collagen for genuine stress incontinence. Drug Ther Bull. 1997 Nov; 35: 86-8

43830    Goals in continence training. Prof Nurse. 1994 Sep; 9: 783

44430    Gynecologic urology. Curr Opin Obstet Gynecol. 1992 Aug; 4: 627-31

11962    Gynecologic urology. Curr Opin Obstet Gynecol. 1991 Aug; 3: 610-3

54760    Identifying and treating reversible causes of urinary incontinence. Ostomy Wound Manage. 2003 Dec; 49: 28-33

43563    Incontinence. Causes, management and provision of services. A Working Party of the Royal College of Physicians. J R Coll Physicians Lond. 1995 Jul-Aug; 29: 272-4

42461    Incontinence. Ways to help you stay dry. Mayo Clin Health Lett. 1998 Jan; 16: 1-3

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

| | |
|---|---|
| 55700 | Incontinence: the engineering challenge. Proceedings of a seminar sponsored by the Continence Foundation, the Engineering and Physical Sciences Research Council and the Association of Institutions concerned with Medical Engineering. 2001. Proc Inst Mech Eng [H]. 2003; 217: i-ii; 233-321 |
| 52090 | Managing postpartum stress urinary incontinence. Drug Ther Bull. 2003 Jun; 41: 46-8 |
| 40256 | Market research on urinary incontinence offers insightful findings. Urol Nurs. 2001 Dec; 21: 413 |
| 41308 | Menopause and beyond. Advances in medicine, understanding, shift focus from an ending to a beginning. Mayo Clin Health Lett. 1999 Oct; Suppl: 1-8 |
| 42440 | More ways to stay dry. Harv Womens Health Watch. 1998 Mar; 5: 2-3 |
| 11048 | New solutions for urinary stress incontinence. Johns Hopkins Med Lett Health After 50. 1998 Mar; 10: 4-6 |
| 44397 | New studies, new treatments, new organization discussed at national NP symposium. Nurse Pract. 1992 Oct; 17: 66-8 |
| 11869 | Non-surgical treatment of stress incontinence. Lancet. 1992 Sep 12; 340: 643-4 |
| 40916 | Optimizing quality of care and cost effectiveness in the treatment of overactive bladder. Am J Manag Care. 2001 Mar; 7: S43-5 |
| 41657 | Overactive bladder. Harv Womens Health Watch. 1999 Oct; 7: 6 |
| 41428 | Overactive Bladder and Its Treatments Consensus Conference. London, United Kingdom, July 4, 1999. Urology. 2000 May; 55: 1-84 |
| 54350 | Overactive bladder. Relief for urgency, frequency and incontinence. Mayo Clin Womens Healthsource. 2004 Mar; 8: 1-2 |
| 40901 | Page for patients. Menopause. Prev Med. 2001 Mar; 32: 207-8 |
| 41177 | Pelvic floor electrical stimulation in the treatment of adult urinary incontinence. Tecnologica MAP Suppl. 2000 Apr; : 15-7 |
| 59159 | Pelvic floor exercise can reduce stress incontinence. Health News. 2005 Apr; 11: 11 |
| 41488 | Prevalent urinary incontinence as a correlate of pregnancy, vaginal childbirth and obstetric techniques. J Wound Ostomy Continence Nurs. 1999 May; 26: 28A-29A |
| 43546 | Products and services: continence/incontinence. Ostomy Wound Manage. 1995 Jul; 41: 19-22, 24-30, 32 passim |
| 43765 | Professional development. Promoting continence: knowledge for practice (continuing education credit). Nurs Times. 1994 Nov 2-8; 90: suppl 1-4 |
| 43763 | Promoting continence. Part II. The role of the nurse. Nurs Times. 1994 Nov 9-15; 90: suppl 5-8 |
| 52320 | Radio waves treat stress incontinence. Health News. 2003 Jun; 9: 8-9 |
| 41259 | Reports from the Swedish Council on Technology Assessment in Health Care (SBU). Urinary incontinence. Int J Technol Assess Health Care. 2000 Spring; 16: 722-6 |
| 42140 | RU3: making a difference for women. AWHONN's continence research reveals preliminary findings. AWHONN Lifelines. 1998 Aug; 2: 55-6 |
| 41125 | Sacral nerve stimulation for the treatment of urinary urgency/frequency. Tecnologica MAP Suppl. 2000 Jun; : 12-5 |
| 43876 | Science of urinary incontinence. Report of a meeting of Physicians and Scientists, University College London. Lancet. 1994 Jul 30; 344: 311-5 |
| 40407 | Sexuality and reproductive issues. Aust Fam Physician. 2002 Jan; 31: 102-5 |
| 40047 | Simpler solutions for incontinence. Health News. 2002 Sep; 8: 9 |

# American Urological Association, Inc.

## SUI Guidelines Panel

| | |
|---|---|
| 42162 | Statements of the committees of the WHO consensus conference, 20 August 1997. 1st International Conference on Urinary Incontinence in the Elderly. Bonn, Germany, 20-21 August 1997. World J Urol. 1998; 16 Suppl 1: S1-73 |
| 59253 | Stem cells may cure urinary incontinence. In this experimental treatment, a patient's own cells can stop leaks in as little as one day. Health News. 2005 Mar; 11: 4-5 |
| 59204 | Summaries for patients. Factors associated with acute kidney infections in healthy women. Ann Intern Med. 2005 Jan 4; 142: I34 |
| 3955 | Taking the. Med J Aust. 1990 Sep 3; 153: 245-247 |
| 43612 | The chief scientist reports .... 'Incontinence research--the way ahead'. Health Bull (Edinb). 1995 May; 53: 174-9 |
| 3195 | The geriatric. J Am Geriatr Soc. 1993 Jan; 41: 78-84 |
| 42886 | The Scandinavian opinion on assessment of female urinary incontinence. Proceedings of a meeting. Copenhagen, Denmark, 1995. Acta Obstet Gynecol Scand Suppl. 1997; 166: 1-60 |
| 56520 | The state of the science of urinary incontinence. Urol Nurs. 2003 Apr; 23: 101-5 |
| 57030 | The state of the science on urinary incontinence. Am J Nurs. 2003 Mar; 103: 45-9 |
| 41988 | Towards continence. Nurs Stand. 1998 Dec 9-15; 13: 33-4 |
| 59305 | Trospium chloride (Sanctura): another anticholinergic for overactive bladder. Obstet Gynecol. 2005 Feb; 105: 431-2 |
| 59065 | Trospium chloride (Sanctura): another anticholinergic for overactive bladder. Med Lett Drugs Ther. 2004 Aug 2; 46: 63-4 |
| 3446 | Two incontinence management devices: the benefits of the. Ostomy Wound Manage. 1992 Mar; 38: 28-35 |
| 58070 | Urinary incontinence. Harv Mens Health Watch. 2002 Oct; 7: 6-7 |
| 44668 | Urinary incontinence among hospitalized persons aged 65 years and older- -United States, 1984-1987. MMWR Morb Mortal Wkly Rep. 1991 Jul 5; 40: 433-6 |
| 44576 | Urinary incontinence in adults. Agency for Health Care Policy and Research. Clin Pract Guidel Quick Ref Guide Clin. 1992; : QR1-27 |
| 43370 | Urinary incontinence. Number 213--October 1995 (replaces No. 100, January 1987. Committee on Technical Bulletins of the American College of Obstetricians and Gynecologists. Int J Gynaecol Obstet. 1996 Jan; 52: 75-86 |
| 41929 | Urinary incontinence. Putting an end to the embarrassment. Harv Health Lett. 1999 May; 24: 6-7 |
| 11789 | Urogynecology. Curr Opin Obstet Gynecol. 1993 Aug; 5: 535-8 |
| 40912 | What is urinary incontinence?. Health News. 2001 Mar; 7: 3 |
| 41344 | Women's health literaturewatch. J Womens Health Gend Based Med. 1999 May; 8: 559-68 |
| 42237 | Your article on incontinence did not mention collagen injections. Can you tell me something about them?. Johns Hopkins Med Lett Health After 50. 1998 Sep; 10: 8 |
| 10868 | Aanestad, O., Flink, R. Urinary stress incontinence. A urodynamic and quantitative electromyographic study of the perineal muscles. Acta Obstet Gynecol Scand. 1999 Mar; 78: 245-53 |
| 10182 | Aaron, R., Muliyil, J., Abraham, S. Medico-social dimensions of menopause: a cross-sectional study from rural south India. Natl Med J India. 2002 Jan-Feb; 15: 14-7 |
| 10103 | Abbas Shobeiri, S., Garely, A. D., Chesson, R. R., Nolan, T. E. Recognition of occult bladder injury during the tension-free vaginal tape procedure. Obstet Gynecol. 2002 Jun; 99: 1067-72 |
| 51600 | Abbas Shobeiri, S., Gasser, R. F., Chesson, R. R., Echols, K. T. The anatomy of midurethral slings and dynamics of neurovascular injury. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 185-90; discussion 190 |

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

**3276**    Abbott, D. Objective assessment ensures improved diagnosis. Principles and techniques of urodynamics. Prof Nurse. 1992 Aug; 7: 738,740-2

**41893**    Abd-El-Gawad, G., Abrahamsson, K., Hanson, E., Norlen, L., Sillen, U., Sixt, R., Hjalmas, K. Early and late metabolic alterations in children and adolescents with a kock urinary reservoir. BJU Int. 1999 Feb; 83: 285-9

**41753**    Abd-el-Gawad, G., Abrahamsson, K., Hanson, E., Norlen, L., Sillen, U., Sixt, R., Hjalmas, K. Evaluation of Kock urinary reservoir function in children and adolescents at 3-10 years' follow-up. Scand J Urol Nephrol. 1999 Jun; 33: 149-55

**41691**    Abd-el-Gawad, G., Abrahamsson, K., Hanson, E., Norlen, L., Sillen, U., Stokland, E., Hjalmas, K. Kock urinary reservoir maturation in children and adolescents: consequences for kidney and upper urinary tract. Eur Urol. 1999 Nov; 36: 443-9

**40258**    Abdelghany, S., Hughes, J., Lammers, J., Wellbrock, B., Buffington, P. J., Shank, R. A., 3rd Biofeedback and electrical stimulation therapy for treating urinary incontinence and voiding dysfunction: one center's experience. Urol Nurs. 2001 Dec; 21: 401-5, 410

**59187**    Abdel-Hady,, el-S, Constantine, G. Outcome of the use of tension-free vaginal tape in women with mixed urinary incontinence, previous failed surgery, or low valsalva pressure. J Obstet Gynaecol Res. 2005 Feb; 31: 38-42

**10935**    Abdel-Mageed, A. B., Ghoniem, G. M. Potential role of rel/nuclear factor-kappaB in the pathogenesis of interstitial cystitis. J Urol. 1998 Dec; 160: 2000-3

**57230**    Abes, M., Sarihan, H., Madenci, E. Evaluation of bone mineral density with dual x-ray absorptiometry for osteoporosis in children with bladder augmentation. J Pediatr Surg. 2003 Feb; 38: 230-2

**59302**    Abeygunasekera, A. M. Clean intermittent catheterisation. Ceylon Med J. 2004 Dec; 49: 107-9

**10910**    Aboseif, S. R., Borirakchanyavat, S., Lue, T. F., Carroll, P. R. Continence mechanism of the ileal neobladder in women: a urodynamics study. World J Urol. 1998; 16: 400-4

**10077**    Aboseif, S., Tamaddon, K., Chalfin, S., Freedman, S., Kaptein, J. Sacral neuromodulation as an effective treatment for refractory pelvic floor dysfunction. Urology. 2002 Jul; 60: 52-6

**59081**    Abouassaly, R., Steinberg, J. R., Lemieux, M., Marois, C., Gilchrist, L. I., Bourque, J. L., Tu le, M., Corcos, J. Complications of tension-free vaginal tape surgery: a multi-institutional review. BJU Int. 2004 Jul; 94: 110-3

**4098**    Aboulafia, D.M., Saxton, E.H., Koga, H., Diagne, A., and Rosenblatt, J.D. A patient with progressive myelopathy and antibodies to human T-cell leukemia virus type I and human immunodeficiency virus type 1 in serum and cerebrospinal fluid. Arch Neurol. 1990 Apr; 47: 477-479

**59128**    Abramov, Y., Sand, P. K., Gandhi, S., Botros-Brey, S., Goldberg, R. P. Chronic pelvic actinomycosis following a bone anchored sling procedure. J Urol. 2004 Jun; 171: 2381

**42906**    Abrams, P. Identifying and evaluating urinary incontinence in a female population. Eur Urol. 1997; 32 Suppl 2: 1-2

**41978**    Abrams, P. Urodynamics and the International Continence Society come of age. Br J Urol. 1993 Nov; 72: 527-33

**57140**    Abrams, P., Blaivas, J. G., Fowler, C. J., Fourcroy, J. L., Macdiarmid, S. A., Siegel, S. W., Van Kerrebroeck, P. The role of neuromodulation in the management of urinary urge incontinence. BJU Int. 2003 Mar; 91: 355-9

**40962**    Abrams, P., Kelleher, C. J., Kerr, L. A., Rogers, R. G. Overactive bladder significantly affects quality of life. Am J Manag Care. 2000 Jul; 6: S580-90

**43320**    Abrams, P., Klevmark, B. Frequency volume charts: an indispensable part of lower urinary tract assessment. Scand J Urol Nephrol Suppl. 1996; 179: 47-53

**41102**    Abrams, P., Wein, A. Recent advances: urology. BMJ. 2000 Dec 2; 321: 1393-6

**40897**    Abu, J., Wong, M. Y., Foo, K. T., Yu, S. L. A case report on vesico-uterine fistula: a very rare complication of the lower caesarean section. Singapore Med J. 2000 Nov; 41: 554-6

**11681**    Abu-Heija, A. T. Long-term results of colposuspension operation for genuine stress incontinence. Asia Oceania J Obstet Gynaecol. 1994 Jun; 20: 179-81

---

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

**2993** Acheson, L.S., Danner, S.C. Postpartum care and breast-feeding. Prim Care. 1993 Sep; 20: 729-747

**10059** Adamiak, A., Milart, P., Skorupski, P., Kuchnicka, K., Nestorowicz, A., Jakowicki, J., Rechberger, T. The efficacy and safety of the tension-free vaginal tape procedure do not depend on the method of analgesia. Eur Urol. 2002 Jul; 42: 29-33

**11686** Adams, C., Lorish, C., Cushing, C., Willis, E., Jackson, J., Walter, J. Anatomical urinary stress incontinence in women with rheumatoid arthritis: its frequency and coping strategies. Arthritis Care Res. 1994 Jun; 7: 97-103

**41329** Adams, D., Samuel, D., Goulon-Goeau, C., Nakazato, M., Costa, P. M., Feray, C., Plante, V., Ducot, B., Ichai, P., Lacroix, C., Metral, S., Bismuth, H., Said, G. The course and prognostic factors of familial amyloid polyneuropathy after liver transplantation. Brain. 2000 Jul; 123 ( Pt 7): 1495-504

**51800** Adams, I., Onwude, J. Secondary colposuspension: results of a prospective study from a tertiary centre. BJOG. 2003 Aug; 110: 785; author reply 785

**11338** Adams, J. B., 2nd, Micali, S., Moore, R. G., Babayan, R. K., Kavoussi, L. R. Complications of extraperitoneal balloon dilation. J Endourol. 1996 Aug; 10: 375-8

**43408** Addington-Hall, J., Lay, M., Altmann, D., McCarthy, M. Symptom control, communication with health professionals, and hospital care of stroke patients in the last year of life as reported by surviving family, friends, and officials. Stroke. 1995 Dec; 26: 2242-8

**10548** Addison, R. Assessment of stress incontinence--1. Nurs Times. 1999 Nov 10-17; 95: suppl 1-2

**10513** Addison, R. Assessment of stress incontinence--2. Nurs Times. 1999 Nov 17-23; 95: suppl 1-2

**41486** Addison, R. Catheter valves: a special focus on the Bard Flip-Flo catheter. Br J Nurs. 1999 May 13-26; 8: 576-80

**41103** Addison, R., Lavender, R. Vaginal examination--2 and teaching pelvic muscle exercises. Nurs Times. 1999 Dec 1-7; 95: suppl 1-2

**40308** Addison, R., Roberts, J. Female devices: are your patients missing out?. Nurs Times. 2001 Feb 8-14; 97: III-V

**40734** Ade-Ajayi, N., Wilcox, D. T., Duffy, P. G., Ransley, P. G. Upper pole heminephrectomy: is complete ureterectomy necessary?. BJU Int. 2001 Jul; 88: 77-9

**51630** Adekanmi, O. A., Freeman, R. M., Bombieri, L. How colposuspensions are performed in the UK: a survey of gynecologists' practice. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 151-9; discussion 159

**53200** Adekanmi, O. A., Freeman, R. M., Reed, H., Bombieri, L. Improving the diagnosis of genuine stress incontinence in symptomatic women with negative cough stress test: the Distal Urethral Electrical Conductance test (DUEC) revisited. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 9-12; discussion 12

**53500** Adeyoju, A. A., Lupton, E. W. Thimble-assisted Burch colposuspension. Ann R Coll Surg Engl. 2002 Nov; 84: 433

**54230** Adin, C. A., Farese, J. P., Cross, A. R., Provitola, M. K., Davidson, J. S., Jankunas, H. Urodynamic effects of a percutaneously controlled static hydraulic urethral sphincter in canine cadavers. Am J Vet Res. 2004 Mar; 65: 283-8

**42821** Adkins, V. K., Mathews, R. M. Prompted voiding to reduce incontinence in community-dwelling older adults. J Appl Behav Anal. 1997 Spring; 30: 153-6

**41366** Agarwal, V. Urinary incontinence with risperidone. J Clin Psychiatry. 2000 Mar; 61: 219

**10047** Agarwala, N., Liu, C. Y. Minimally invasive management of urinary incontinence. Curr Opin Obstet Gynecol. 2002 Aug; 14: 429-33

**41270** Aggazzotti, G., Pesce, F., Grassi, D., Fantuzzi, G., Righi, E., De Vita, D., Santacroce, S., Artibani, W. Prevalence of urinary incontinence among institutionalized patients: a cross-sectional epidemiologic study in a midsized city in northern Italy. Urology. 2000 Aug 1; 56: 245-9

**41766** Aghaji, A. E., Odoemene, C. Ureteric injuries in Enugu, Nigeria. East Afr Med J. 1999 Apr; 76: 184-8

**44032** Aguiar, P. H., Andrioli, M. S., Cabrera, H. N., Cabral, N. D., Scaff, M. Management of hydrocephalus in Paget's disease. Case report. Zentralbl Neurochir. 1994; 55: 60-2

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**40410**   Agut, A., Fernandez del Palacio, M. J., Laredo, F. G., Murciano, J., Bayon, A., Soler, M. Unilateral renal agenesis associated with additional congenital abnormalities of the urinary tract in a Pekingese bitch. J Small Anim Pract. 2002 Jan; 43: 32-5

**44691**   Ahlering, T. E., Weinberg, A. C., Razor, B. Modified Indiana pouch. J Urol. 1991 Jun; 145: 1156-8

**44771**   Ahlering, T. E., Weinberq, A. C., Razor, B. The modified Indiana pouch. Acta Urol Belg. 1991; 59: 135-45

**3697**   Ahlering, T.E., Weinberg, A.C., and Razor, B. Modified Indiana pouch. J Urol. 1991 Jun; 145: 1156-1158

**3894**   Ahlstrom, K., Sandahl, B., Sjoberg, B., Ulmsten, U., Stormby, N., and Lindskog, M. Effect of combined treatment with phenylpropanolamine and estriol, compared with estriol treatment alone, in postmenopausal women with stress urinary incontinence. Gynecol Obstet Invest. 1990; 30: 37-43

**12112**   Ahlstrom, K., Sandahl, B., Sjoberg, B., Ulmsten, U., Stormby, N., Lindskog, M. Effect of combined treatment with phenylpropanolamine and estriol, compared with estriol treatment alone, in postmenopausal women with stress urinary incontinence. Gynecol Obstet Invest. 1990; 30: 37-43

**59208**   Ahmad, S., Nishtar, A., Hafeez, G. A., Khan, Z. Management of vesico-vaginal fistulas in women. Int J Gynaecol Obstet. 2005 Jan; 88: 71-5

**43159**   Ahmed, S., Fouda-Neel, K., Borghol, M. Continence after bladder-neck reconstruction in patients with bladder exstrophy and pubic diastasis. Br J Urol. 1996 Jun; 77: 896-9

**44374**   Ahmed, S., Morris, L. L., Byard, R. W. Ectopic ureter with complete ureteric duplication in the female child. J Pediatr Surg. 1992 Nov; 27: 1455-60

**3188**   Ahmed, S., Morris, L.L., and Byard, R.W. Ectopic ureter with complete ureteric duplication in the female child. J Pediatr Surg. 1992 Nov; 27: 1455-1460

**42416**   Ahmed, S., Sen, S. The Mitrofanoff procedure in paediatric urinary tract reconstruction. Aust N Z J Surg. 1998 Mar; 68: 199-202

**59292**   Akbal, C., Genc, Y., Burgu, B., Ozden, E., Tekgul, S. Dysfunctional voiding and incontinence scoring system: quantitative evaluation of incontinence symptoms in pediatric population. J Urol. 2005 Mar; 173: 969-73

**10623**   Akpinar, H., Cetinel, B., Demirkesen, O., Tufek, I., Yaycioglu, O., Solok, V. Long-term results of Burch colposuspension. Int J Urol. 2000 Apr; 7: 119-25

**51880**   Aksac, B., Aki, S., Karan, A., Yalcin, O., Isikoglu, M., Eskiyurt, N. Biofeedback and pelvic floor exercises for the rehabilitation of urinary stress incontinence. Gynecol Obstet Invest. 2003; 56: 23-7

**52060**   Al-Badr, A., Ross, S., Soroka, D., Drutz, H. P. What is the available evidence for hormone replacement therapy in women with stress urinary incontinence?. J Obstet Gynaecol Can. 2003 Jul; 25: 567-74

**51520**   Al-Badr, A., Ross, S., Soroka, D., Minassian, V. A., Karahalios, A., Drutz, H. P. Voiding patterns and urodynamics after a tension-free vaginal tape procedure. J Obstet Gynaecol Can. 2003 Sep; 25: 725-30

**11861**   Albala, D. M., Schuessler, W. W., Vancaillie, T. G. Laparoscopic bladder suspension for the treatment of stress incontinence. Semin Urol. 1992 Nov; 10: 222-6

**3179**   Albala, D.M., Schuessler, W.W., and Vancaillie, T.G. Laparoscopic bladder suspension for the treatment of stress incontinence. Semin Urol. 1992 Nov; 10: 222-226

**43601**   Albers, P., Foster, R. S., Bihrle, R., Adams, M. C., Keating, M. A. Ectopic ureters and ureteroceles in adults. Urology. 1995 May; 45: 870-4

**43151**   Albo, M., Dupont, M. C., Raz, S. Transvaginal correction of pelvic prolapse. J Endourol. 1996 Jun; 10: 231-9

**11526**   Alcalay, M., Monga, A., Stanton, S. L. Burch colposuspension: a 10-20 year follow up. Br J Obstet Gynaecol. 1995 Sep; 102: 740-5

**41061**   Alcalay, M., Thompson, P. K., Boone, T. B. Ball urethroplasty combined with Marshall-Marchetti-Krantz urethropexy versus suburethral sling in patients with intrinsic sphincter deficiency and urethral hypermobility. Am J Obstet Gynecol. 2000 Dec; 183: 1348-53; discussion 1353-4

**American Urological Association, Inc.**

SUI Guidelines Panel

57410   Alessi, C. A., Josephson, K. R., Harker, J. O., Pietruszka, F. M., Hoyl, M. T., Rubenstein, L. Z. The yield, reliability, and validity of a postal survey for screening community-dwelling older people. J Am Geriatr Soc. 2003 Feb; 51: 194-202

56340   Alessi, C. A., Ouslander, J. G., Maldague, S., Al-Samarrai, N. R., Saliba, D., Osterweil, D., Beck, J. C., Schnelle, J. F. Incidence and costs of acute medical conditions in long-stay incontinent nursing home residents. J Am Med Dir Assoc. 2003 Mar-Apr; 4: S4-S18

43458   Alessi, C. A., Schnelle, J. F., MacRae, P. G., Ouslander, J. G., al-Samarrai, N., Simmons, S. F., Traub, S. Does physical activity improve sleep in impaired nursing home residents?. J Am Geriatr Soc. 1995 Oct; 43: 1098-102

43556   Alessi, C. A., Schnelle, J. F., Traub, S., Ouslander, J. G. Psychotropic medications in incontinent nursing home residents: association with sleep and bed mobility. J Am Geriatr Soc. 1995 Jul; 43: 788-92

41808   Alessi, C. A., Yoon, E. J., Schnelle, J. F., Al-Samarrai, N. R., Cruise, P. A. A randomized trial of a combined physical activity and environmental intervention in nursing home residents: do sleep and agitation improve?. J Am Geriatr Soc. 1999 Jul; 47: 784-91

58020   Alewijnse, D., Mesters, I. E., Metsemakers, J. F., van den Borne, B. H. Program development for promoting adherence during and after exercise therapy for urinary incontinence. Patient Educ Couns. 2002 Oct -Nov; 48: 147-60

40835   Alewijnse, D., Mesters, I., Metsemakers, J., Adriaans, J., van den Borne, B. Predictors of intention to adhere to physiotherapy among women with urinary incontinence. Health Educ Res. 2001 Apr; 16: 173-86

55210   Alewijnse, D., Mesters, I., Metsemakers, J., van den Borne, B. Predictors of long-term adherence to pelvic floor muscle exercise therapy among women with urinary incontinence. Health Educ Res. 2003 Oct; 18: 511-24

52240   Alewijnse, D., Metsemakers, J. F., Mesters, I. E., van den Borne, B. Effectiveness of pelvic floor muscle exercise therapy supplemented with a health education program to promote long-term adherence among women with urinary incontinence. Neurourol Urodyn. 2003; 22: 284-95

30112   Al-Hadithi, H., Tincello, D. G., Vince, G. S., Richmond, D. H. Leukocyte populations in interstitial cystitis and idiopathic reduced bladder storage. Urology. 2002 Jun; 59: 851-5

10644   Alhasso, A., Bryden, A. A., Neilson, D. Lithium toxicity after urinary diversion with ileal conduit. BMJ. 2000 Apr 15; 320: 1037

52280   Alhasso, A., Glazener, C. M., Pickard, R., N'Dow, J. Adrenergic drugs for urinary incontinence in adults. Cochrane Database Syst Rev. 2003; : CD001842

 4070   Aliabadi, H., Gonzalez, R. Success of the artificial urinary sphincter after failed surgery for incontinence. J Urol. 1990 May; 143: 987-990

41566   Ali-El-Dein, B., El-Demerdash, R., Kock, N. G., Ghoneim, M. A. A magnetic device for increasing the urethral resistance to flow: an experimental study in female dogs. BJU Int. 2000 Jan; 85: 150-4

10833   Ali-el-Dein, B., el-Sobky, E., Hohenfellner, M., Ghoneim, M. A. Orthotopic bladder substitution in women: functional evaluation. J Urol. 1999 Jun; 161: 1875-80

40621   Ali-El-Dein, B., Ghoneim, M. A. Effects of selective autonomic and pudendal denervation on the urethral function and development of retention in female dogs. J Urol. 2001 Oct; 166: 1549-54

 4010   Ali-Khan, S., Washecka, R.M., DAgostino, J., and Siddharth, P. Operative prostatomy: an aid to urethral anastomosis. A preliminary report. Scand J Urol Nephrol. 1990; 24: 89-90

59026   Allahdin, S., McKinley, C. A. Tension free vaginal tape: a procedure for all ages. Acta Obstet Gynecol Scand. 2004 Oct; 83: 937-40

55980   Allahdin, S., McKinley, C. A., Mahmood, T. A., Lyth, D. Vaginal wall erosion of the tension-free vaginal tape procedure: an unusual complication. J Obstet Gynaecol. 2003 Jul; 23: 443

59042   Allahdin, S., McKinley, C., Mahmood, T. A., Lyth, D. Tension-free vaginal tape: 162 cases in a district general hospital. J Obstet Gynaecol. 2004 Aug; 24: 539-41

 4051   Allen, F.J., de-Kock, M.L. Asymmetrical bilateral genital ureteric ectopy. Br J Urol. 1990 Mar; 65: 300-301

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A5: Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

| | |
|---|---|
| 12042 | Allen, R. E., Hosker, G. L., Smith, A. R., Warrell, D. W. Pelvic floor damage and childbirth: a neurophysiological study. Br J Obstet Gynaecol. 1990 Sep; 97: 770-9 |
| 3220 | Allen, S. Continence. Undercover trials unfair [letter]. Nurs Times. 1992 Oct 28-Nov 3; 88: 74 |
| 44917 | Allen-Mersh, T. G., Turner, M. J., Mann, C. V. Effect of abdominal Ivalon rectopexy on bowel habit and rectal wall. Dis Colon Rectum. 1990 Jul; 33: 550-3 |
| 4001 | Allen-Mersh, T.G., Turner, M.J., and Mann, C.V. Effect of abdominal Ivalon rectopexy on bowel habit and rectal wall. Dis Colon Rectum. 1990 Jul; 33: 550-553 |
| 10558 | Alling Moller, L., Lose, G., Jorgensen, T. Risk factors for lower urinary tract symptoms in women 40 to 60 years of age. Obstet Gynecol. 2000 Sep; 96: 446-51 |
| 54260 | Almeida, F. G., Bruschini, H., Srougi, M. Urodynamic and clinical evaluation of 91 female patients with urinary incontinence treated with perineal magnetic stimulation: 1-year followup. J Urol. 2004 Apr; 171: 1571-4; discussion 1574-5 |
| 3519 | Almog, S., Winkler, E., Amitai, Y., Dani, S., Shefi, M., Tirosh, M., and Shemer, J. Acute pyridostigmine overdose: a report of nine cases. Isr J Med Sci. 1991 Nov-Dec; 27: 659-663 |
| 44612 | Almog, S., Winkler, E., Amitai, Y., Dani, S., Shefi, M., Tirosh, M., Shemer, J. Acute pyridostigmine overdose: a report of nine cases. Isr J Med Sci. 1991 Nov-Dec; 27: 659-63 |
| 10091 | Al-Mulhim, A. A., Al-Gazzar, S. A., Bahnassy, A. A. Conservative treatment of idiopathic detrusor instability in elderly women. Saudi Med J. 2002 May; 23: 543-5 |
| 10367 | Alnaif, B., Drutz, H. P. The prevalence of urinary and fecal incontinence in Canadian secondary school teenage girls: questionnaire study and review of the literature. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 134-137; discussion138 |
| 10229 | Alper, T., Cetinkaya, M., Okutgen, S., Kokcu, A., Malatyalioglu, E. Evaluation of urethrovesical angle by ultrasound in women with and without urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 308-11 |
| 40882 | Al-Qutob, R. Menopause-associated problems: types and magnitude. A study in the Ain Al-Basha area, Jordan. J Adv Nurs. 2001 Mar; 33: 613-20 |
| 3836 | al-Rifaei, M.A., Gaafar, S., and Abdel-Rahman, M. Management of posterior urethral strictures secondary to pelvic fractures in children. J Urol. 1991 Feb; 145: 353-356 |
| 41722 | Al-Shammari, S. A., Al-Subaie, A. Prevalence and correlates of depression among Saudi elderly. Int J Geriatr Psychiatry. 1999 Sep; 14: 739-47 |
| 54650 | Altman, A. U. Lessening the burden. Rehab Manag. 2003 Dec; 16: 16-20 |
| 3566 | Alvarez, O.M., Childs, E.J. Pressure ulcers. Physical, supportive, and local aspects of management. Clin Podiatr Med Surg. 1991 Oct; 8: 869-890 |
| 42692 | Alvi, T., Reza, H. Neuroleptic induced incontinence--case report. J Pak Med Assoc. 1997 Jul; 47: 195-6 |
| 41536 | Al-Waili, N. S. Carbamazepine to treat primary nocturnal enuresis: double-blind study. Eur J Med Res. 2000 Jan 26; 5: 40-4 |
| 52900 | Amarenco, G., Arnould, B., Carita, P., Haab, F., Labat, J. J., Richard, F. European psychometric validation of the CONTILIFE: a Quality of Life questionnaire for urinary incontinence. Eur Urol. 2003 Apr; 43: 391-404 |
| 10154 | Amarenco, G., Bayle, B., Ismael, S. S., Kerdraon, J. Bulbocavernosus muscle responses after suprapubic stimulation: analysis and measurement of suprapubic bulbocavernosus reflex latency. Neurourol Urodyn. 2002; 21: 210-3 |
| 56540 | Amarenco, G., Ismael, S. S., Even-Schneider, A., Raibaut, P., Demaille-Wlodyka, S., Parratte, B., Kerdraon, J. Urodynamic effect of acute transcutaneous posterior tibial nerve stimulation in overactive bladder. J Urol. 2003 Jun; 169: 2210-5 |

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

59216  Amarenco, G., Ismael, S. S., Lagauche, D., Raibaut, P., Rene-Corail, P., Wolff, N., Thoumie, P., Haab, F. Cough anal reflex: strict relationship between intravesical pressure and pelvic floor muscle electromyographic activity during cough. Urodynamic and electrophysiological study. J Urol. 2005 Jan; 173: 149-52

3378  Amark, P., Beck, O. Effect of phenylpropanolamine on incontinence in children with neurogenic bladders. A double-blind crossover study. Acta Paediatr. 1992 Apr; 81: 345-350

42252  Amark, P., Bussman, G., Eksborg, S. Follow-up of long-time treatment with intravesical oxybutynin for neurogenic bladder in children. Eur Urol. 1998 Aug; 34: 148-53

42056  Amark, P., Eksborg, S., Juneskans, O., Bussman, G., Palm, C. Pharmacokinetics and effects of intravesical oxybutynin on the paediatric neurogenic bladder. Br J Urol. 1998 Dec; 82: 859-64

51560  Amaro, J. L., Oliveira Gameiro, M. O., Padovani, C. R. Treatment of urinary stress incontinence by intravaginal electrical stimulation and pelvic floor physiotherapy. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 204-8; discussion 208

10711  Amaye-Obu, F. A., Drutz, H. P. Surgical management of recurrent stress urinary incontinence: A 12-year experience. Am J Obstet Gynecol. 1999 Dec; 181: 1296-307; discussion 1307-9

3914  Amdur, R.J., Parsons, J.T., Fitzgerald, L.T., and Million, R.R. Adenocarcinoma of the prostate treated with external-beam radiation therapy: 5-year minimum follow-up. Radiother Oncol. 1990 Jul; 18: 235-246

11578  Ames, D., Hastie, I. R. Urinary incontinence. Postgrad Med J. 1995 Apr; 71: 195-7

40242  Ammini, A. C., Gupta, R., Kapoor, A., Karak, A., Kriplani, A., Gupta, D. K., Kucheria, K. Etiology, clinical profile, gender identity and long-term follow up of patients with ambiguous genitalia in India. J Pediatr Endocrinol Metab. 2002 Apr; 15: 423-30

50800  Amna, M. B., Randrianantenaina, A., Michel, F. Colic perforation as a complication of tension-free vaginal tape procedure. J Urol. 2003 Dec; 170: 2387

52830  Amundsen, C. L., Flynn, B. J., Webster, G. D. Anatomical correction of vaginal vault prolapse by uterosacral ligament fixation in women who also require a pubovaginal sling. J Urol. 2003 May; 169: 1770-4

52300  Amundsen, C. L., Flynn, B. J., Webster, G. D. Urethral erosion after synthetic and nonsynthetic pubovaginal slings: differences in management and continence outcome. J Urol. 2003 Jul; 170: 134-7; discussion 137

10597  Amundsen, C. L., Guralnick, M. L., Webster, G. D. Variations in strategy for the treatment of urethral obstruction after a pubovaginal sling procedure. J Urol. 2000 Aug; 164: 434-7

10505  Amundsen, C. L., Visco, A. G., Ruiz, H., Webster, G. D. Outcome in 104 pubovaginal slings using freeze-dried allograft fascia lata from a single tissue bank. Urology. 2000 Dec 4; 56: 2-8

57570  Amundsen, C. L., Webster, G. D. Sacral neuromodulation in an older, urge-incontinent population. Am J Obstet Gynecol. 2002 Dec; 187: 1462-5; discussion 1465

10834  Amundsen, C., Lau, M., English, S. F., McGuire, E. J. Do urinary symptoms correlate with urodynamic findings?. J Urol. 1999 Jun; 161: 1871-4

42208  Amuzu, B. J. Nonsurgical therapies for urinary incontinence. Clin Obstet Gynecol. 1998 Sep; 41: 702-11

41507  Ana, J. N., Gana, B. M. Extra-urethral urinary incontinence after incompetent vaginal obstetrics. BJU Int. 2000 Jan; 85: 172-3

45037  Anand, K. B., Wolf-Klein, G. P., Silverstone, F. A., Foley, C. J. Demographic changes and their financial implications. Clin Geriatr Med. 1990 Feb; 6: 1-12

4185  Anand, K.B., Wolf-Klein, G.P., Silverstone, F.A., and Foley, C.J. Demographic changes and their financial implications. Clin Geriatr Med. 1990 Feb; 6: 1-12

41925  Anders, K. Bladder retraining. Prof Nurse. 1999 Feb; 14: 334-6

41283  Anders, K. Coping strategies for women with urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 355-61

---

Appendix A5 Bibliography sorted by Primary Author
Case 2:12-md-02327 Document 564-13 Filed 05/06/14 Page 106 of 800 PageID #: 146181

American Urological Association, Inc.                                    Master Bibliography

SUI Guidelines Panel                                        sorted by Primary Author and Title

| | |
|---|---|
| 59317 | Anders, K. Devices for continence and prolapse. BJOG. 2004 Dec; 111 Suppl 1: 61-6 |
| 43319 | Andersen, J. T., Sander, P. Minimal care--a new concept for the management of urinary incontinence in an open access, interdisciplinary incontinence clinic. The way ahead?. Scand J Urol Nephrol Suppl. 1996; 179: 55-60 |
| 43789 | Anderson, C. S., Jamrozik, K. D., Broadhurst, R. J., Stewart-Wynne, E. G. Predicting survival for 1 year among different subtypes of stroke. Results from the Perth Community Stroke Study. Stroke. 1994 Oct; 25: 1935-44 |
| 3336 | Anderson, C.L., Hughes, E. The maximizing urinary functioning program: an innovative approach to managing incontinence in long term care. Perspectives. 1992 Summer; 16: 6-11 |
| 3964 | Anderson, M. Continence. Painting a new picture. Nurs Times. 1990 Aug 15-21; 86: 74 |
| 12001 | Anderson, P. A., Rickwood, A. M. Detrusor hyper-reflexia as a factor in spontaneous perforation of augmentation cystoplasty for neuropathic bladder. Br J Urol. 1991 Feb; 67: 210-2 |
| 40120 | Anderson, R. C., Grant, J. J., de la Paz, R., Frucht, S., Goodman, R. R. Volumetric measurements in the detection of reduced ventricular volume in patients with normal-pressure hydrocephalus whose clinical condition improved after ventriculoperitoneal shunt placement. J Neurosurg. 2002 Jul; 97: 73-9 |
| 41883 | Anderson, R. U., Mobley, D., Blank, B., Saltzstein, D., Susset, J., Brown, J. S. Once daily controlled versus immediate release oxybutynin chloride for urge urinary incontinence. OROS Oxybutynin Study Group. J Urol. 1999 Jun; 161: 1809-12 |
| 10587 | Andersson, K. E. Drug therapy for urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 291-313 |
| 42332 | Andersson, S. H., Lindgren, A., Postlind, H. Biotransformation of tolterodine, a new muscarinic receptor antagonist, in mice, rats, and dogs. Drug Metab Dispos. 1998 Jun; 26: 528-35 |
| 4174 | Andrew, J. Adult aqueductal stenosis representing with double incontinence [letter; comment]. Surg Neurol. 1990 Feb; 33: 158-159 |
| 42057 | Andrews, H. O., Shah, P. J. Surgical management of urethral damage in neurologically impaired female patients with chronic indwelling catheters. Br J Urol. 1998 Dec; 82: 820-4 |
| 11217 | Ang, L. P., Tay, K. P., Lim, P. H., Chng, H. C. Endoscopic injection of collagen for the treatment of female urinary stress incontinence. Int J Urol. 1997 May; 4: 254-8 |
| 59226 | Anger, J. T., Rodriguez, L. V. Mixed incontinence: stressing about urge. Curr Urol Rep. 2004 Dec; 5: 427-31 |
| 59047 | Ankardal, M., Ekerydh, A., Crafoord, K., Milsom, I., Stjerndahl, J. H., Engh, M. E. A randomised trial comparing open Burch colposuspension using sutures with laparoscopic colposuspension using mesh and staples in women with stress urinary incontinence. BJOG. 2004 Sep; 111: 974-81 |
| 4112 | Anon. A.C.A. Continence. Nurs Times. 1990 Feb 14-20; 86: 65-76 |
| 3714 | Anon. An integral theory of female urinary incontinence. Experimental and clinical considerations. Acta Obstet Gynecol Scand Suppl. 1990; 153: 1-78 |
| 3967 | Anon. Continence. Nurs Times. 1990 Aug 15-21; 86: 62-76 |
| 3117 | Anon. Continence. Providing an informed service. Nurs Times. 1992 Mar 25-31; 88: 88 |
| 3966 | Anon. Continence. Reforming plans [editorial]. Nurs Times. 1990 Aug 15-21; 86: 65 |
| 4069 | Anon. Continence: turning the tide [editorial]. Nurs Times. 1990 Apr 18-24; 86: 63 |
| 3552 | Anon. Continence--whose responsibility?. Nurs Times. 1991 Oct 30-Nov 5; 87: 68 |
| 3390 | Anon. Demand for urological devices increases among aging population [news]. Front Med Biol Eng. 1992; 4: 65-66 |
| 3075 | Anon. Diagnostic and therapeutic technology assessment. Use of Teflon preparations for urinary incontinence and vesicoureteral reflux. Jama. 1993 Jun 16; 269: 2975-2980 |
| 3751 | Anon. Evaluation and treatment of urinary incontinence. Urol Clin North Am. 1991 May; 18: 175-407 |

**Appendix A5. Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 3283 | Anon. Gynecologic urology. Curr Opin Obstet Gynecol. 1992 Aug; 4: 627-631 |
| 3617 | Anon. Gynecologic urology. Curr Opin Obstet Gynecol. 1991 Aug; 3: 610-613 |
| 3411 | Anon. High quality long-term care for elderly people. A summary of a report of the Royal College of Physicians and the British Geriatrics Society. J R Coll Physicians Lond. 1992 Apr; 26: 130-133 |
| 3635 | Anon. Incontinence. Comment--setting the sights. Nurs Times. 1991 Aug 7-13; 87: 72 |
| 3014 | Anon. International Continence Society. 23rd annual meeting, Rome, Italy, 8-11 September 1993. Abstracts. Neurourol Urodyn. 1993; 12: 303-440 |
| 3349 | Anon. Medical audit in general practice. I: Effects on doctors' clinical behaviour for common childhood conditions. North of England Study of Standards and Performance in General Practice. Bmj. 1992 Jun 6; 304: 1480-1484 |
| 4158 | Anon. National Institutes of Health Consensus Development Conference on Urinary Incontinence in Adults. Bethesda, Maryland, October 3-5, 1988. Proceedings. J Am Geriatr Soc. 1990 Mar; 38: 263-386 |
| 3907 | Anon. Neurobiology of incontinence. A symposium. London, 11-13 October 1989. Proceedings. Ciba Found Symp. 1990; 151: 1-322 |
| 3256 | Anon. New studies, new treatments, new organization discussed at national NP symposium [news]. Nurse Pract. 1992 Oct; 17: 66-68 |
| 3277 | Anon. Non-surgical treatment of stress incontinence [editorial]. Lancet. 1992 Sep 12; 340: 643-644 |
| 3595 | Anon. Terodiline and torsades de pointes [letter; comment]. Bmj. 1991 Aug 31; 303: 519-520 |
| 3642 | Anon. Urinary incontinence. J ET Nurs. 1991 Jul-Aug; 18: 136-140 |
| 3676 | Anon. Urinary incontinence among hospitalized persons aged 65 years and older--United States, 1984-1987. MMWR Morb Mortal Wkly Rep. 1991 Jul 5; 40: 433-436 |
| 5237 | Anon. Urinary incontinence in adults. Agency for Health Care Policy and Research. Clin Pract Guidel Quick Ref Guide Clin. 1992; 2: QR1-Q27 |
| 5238 | Anon. Urinary incontinence in adults. Agency for Health Care Policy and Research. Clin Pract Guidel. 1992 Mar; 2: 1-125 |
| 3172 | Anon. Urinary incontinence in adults: quick reference guide for clinicians. Agency for Health Care Policy and Research. J ET Nurs. 1992 Nov-Dec; 19: 216-224 |
| 3374 | Anon. Urinary incontinence in children -- focusing on daytime wetting. Proceedings of a workshop. Beaune, France, 11 April 1991. Scand J Urol Nephrol Suppl. 1992; 141: 1-139 |
| 57160 | Ansari, M. S., Gupta, N. P., Kriplani, A. Ectopic ureter with urinary incontinence. An unusual presentation of Mayer-Rokitansky-Kuster-Hauser syndrome. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 64-6 |
| 55290 | Ansari, M. S., Hemal, A. K., Gupta, N. P., Dogra, P. N. Laparoscopy for the diagnosis and treatment of radiologically occult but symptomatic hypoplastic kidneys. Urology. 2003 Oct; 62: 627-31 |
| 56430 | Antonakos, C. L., Miller, J. M., Sampselle, C. M. Indices for studying urinary incontinence and levator ani function in primiparous women. J Clin Nurs. 2003 Jul; 12: 554-61 |
| 45028 | Appeldoorn, A., Lemmens, P., Schrauwen, E. Urinary incontinence due to urovagina. Vet Rec. 1990 Feb 3; 126: 121 |
| 10556 | Appell, R. A. Argument for sling surgery to replace bladder suspension for stress urinary incontinence. Urology. 2000 Sep 1; 56: 360-3 |
| 42565 | Appell, R. A. Clinical efficacy and safety of tolterodine in the treatment of overactive bladder: a pooled analysis. Urology. 1997 Dec; 50: 90-6; discussion 97-9 |
| 43990 | Appell, R. A. Collagen injection therapy for urinary incontinence. Urol Clin North Am. 1994 Feb; 21: 177-82 |
| 10555 | Appell, R. A. In situ vaginal wall sling. Urology. 2000 Sep 1; 56: 499-503 |

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A5: Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

11513    Appell, R. A. Injectables in the treatment of female stress incontinence. Curr Opin Obstet Gynecol. 1995 Oct; 7: 393-6

10920    Appell, R. A. Primary slings for everyone with genuine stress incontinence? The argument for... Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 249-51

10085    Appell, R. A. Surgery or collagen for the treatment of female stress urinary incontinence: results of a multicenter, randomized trial supports either as first line of treatment. Curr Urol Rep. 2001 Oct; 2: 343

10882    Appell, R. A. Teloscopy. J Am Assoc Gynecol Laparosc. 1998 Nov; 5: 445-6

11148    Appell, R. A. The use of bone anchoring in the surgical management of female stress urinary incontinence. World J Urol. 1997; 15: 300-5

11675    Appell, R. A. Urinary incontinence. J Urol. 1994 Jul; 152: 103-4

11370    Appell, R. A., Rackley, R. R., Dmochowski, R. R. Vesica percutaneous bladder neck stabilization. J Endourol. 1996 Jun; 10: 221-5

10391    Appell, R. A., Sand, P., Dmochowski, R., Anderson, R., Zinner, N., Lama, D., Roach, M., Miklos, J., Saltzstein, D., Boone, T., Staskin, D. R., Albrecht, D. Prospective randomized controlled trial of extended-release oxybutynin chloride and tolterodine tartrate in the treatment of overactive bladder: results of the OBJECT Study. Mayo Clin Proc. 2001 Apr; 76: 358-63

3164    Appell, R., Baum, N. Treatment of urinary incontinence in the elderly. J La State Med Soc. 1992 Dec; 144: 581-585

3240    Appell, R.A., Baum, N. Evaluation of urinary incontinence in the elderly. J La State Med Soc. 1992 Nov; 144: 517-522

5277    Appell, R.A., McGuire, E.J., DeRidder, P.A., Bennett, A.H., and Webster, G.D. Results of the multicenter study using injectable GAX-collagen in females. J Urol. 1991; 145: 225A

59398    Appendino, G., De Petrocellis, L., Trevisani, M., Minassi, A., Daddario, N., Moriello, A. S., Gazzieri, D., Ligresti, A., Campi, B., Fontana, G., Pinna, C., Geppetti, P., Di Marzo, V. Development of the first ultra-potent 'capsaicinoid' agonist at transient receptor potential vanilloid type 1 (TRPV1) channels and its therapeutic potential. J Pharmacol Exp Ther. 2005 Feb; 312: 561-70

10861    Appleby, S. Stress urinary incontinence: issues and answers for women. Ostomy Wound Manage. 1999 Jan; 45: 44-8, 50-3

43615    Appleby, S. L. A home health perspective on the management of urinary incontinence. J Wound Ostomy Continence Nurs. 1995 May; 22: 145-52

3293    Aprikian, A., Berardinucci, G., Pike, J., and Kiruluta, G. Experience with the AS-800 artificial urinary sphincter in myelodysplastic children. Can J Surg. 1992 Aug; 35: 396-400

43707    Aragona, F., Artibani, W. Re: Periurethral injection of autologous fat for the treatment of sphincteric incontinence. J Urol. 1995 Jan; 153: 162-3

41795    Arai, Y., Okubo, K., Konami, T., Kin, S., Kanba, T., Okabe, T., Hamaguchi, A., Okada, Y. Voiding function of orthotopic ileal neobladder in women. Urology. 1999 Jul; 54: 44-9

43843    Arai, Y., Shichiri, Y., Miyakawa, M., Ueda, T., Terai, A., Terachi, T., Takeuchi, H., Yoshida, O. Evolving experience with continent urinary diversion using the Indiana pouch. Int J Urol. 1994 Sep; 1: 241-5

41472    Araki, I., Kuno, S. Assessment of voiding dysfunction in Parkinson's disease by the international prostate symptom score. J Neurol Neurosurg Psychiatry. 2000 Apr; 68: 429-33

55340    Araki, I., Zakoji, H., Komuro, M., Furuya, Y., Fukasawa, M., Takihana, Y., Takeda, M. Lower urinary tract symptoms in men and women without underlying disease causing micturition disorder: a cross-sectional study assessing the natural history of bladder function. J Urol. 2003 Nov; 170: 1901-4

3988    Araki, T., Takamoto, H., Hara, T., Fujimoto, H., Yoshida, M., and Katayama, Y. The loop-loosening procedure for urination difficulties after Stamey suspension of the vesical neck [see comments]. J Urol. 1990 Aug; 144: 319-22;discussion322-3

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

**12052**  Araki, T., Takamoto, H., Hara, T., Fujimoto, H., Yoshida, M., Katayama, Y. The loop-loosening procedure for urination difficulties after Stamey suspension of the vesical neck. J Urol. 1990 Aug; 144: 319-22; discussion 322-3

**42389**  Arango, O. The use of salivary stimulant pastilles to improve compliance in women taking oxybutinin hydrochloride for detrusor instability. Br J Urol. 1998 Apr; 81: 652

**41614**  Arena, F., Romeo, C., Cruccetti, A., Antonuccio, P., Basile, M., Romeo, G. The neonatal management and surgical correction of urinary hydrometrocolpos caused by a persistent urogenital sinus. BJU Int. 1999 Dec; 84: 1063-8

**44565**  Arena, M. G., Di Rosa, A. E., Arcudi, L., Ruello, C., Magaudda, A., Meduri, M. Voiding disorders in patients with cerebrovascular disease. Funct Neurol. 1992 Jan-Feb; 7: 47-9

**3416**  Arena, M.G., Di-Rosa, A.E., Arcudi, L., Ruello, C., Magaudda, A., and Meduri, M. Voiding disorders in patients with cerebrovascular disease. Funct Neurol. 1992 Jan-Feb; 7: 47-49

**41794**  Arikan, N., Soygur, T., Selcuki, M., Erden, I., Gogus, O. Role of magnetic resonance imaging in children with voiding dysfunction: retrospective analysis of 81 patients. Urology. 1999 Jul; 54: 157-60; discussion 160-1

**40176**  Armstrong, D. N., Frankum, C., Schertzer, M. E., Ambroze, W. L., Orangio, G. R. Harmonic scalpel hemorrhoidectomy: five hundred consecutive cases. Dis Colon Rectum. 2002 Mar; 45: 354-9

**44883**  Arnold, M. W., Stewart, W. R., Aguilar, P. S. Rectocele repair. Four years' experience. Dis Colon Rectum. 1990 Aug; 33: 684-7

**43215**  Arnold, S., Hubler, M., Lott-Stolz, G., Rusch, P. Treatment of urinary incontinence in bitches by endoscopic injection of glutaraldehyde cross-linked collagen. J Small Anim Pract. 1996 Apr; 37: 163-8

**43552**  Aronovitch, S. A. A descriptive study of the career mobility of ET nurses. J Wound Ostomy Continence Nurs. 1995 Jul; 22: 166-72

**11487**  Aronson, M. P., Bates, S. M., Jacoby, A. F., Chelmow, D., Sant, G. R. Periurethral and paravaginal anatomy: an endovaginal magnetic resonance imaging study. Am J Obstet Gynecol. 1995 Dec; 173: 1702-8; discussion 1708-10

**44335**  Arpa Gutierrez, J., Morales, C., Lara, M., Munoz, C., Garcia-Rojo, M., Caminero, A., Gutierrez, M. Type I familial amyloid polyneuropathy and pontine haemorrhage. Acta Neuropathol (Berl). 1993; 86: 542-5

**43857**  Arrowsmith, S. D. Genitourinary reconstruction in obstetric fistulas. J Urol. 1994 Aug; 152: 403-6

**31358**  Arrowsmith, S., Hamlin, E. C., Wall, L. L. Obstructed labor injury complex: obstetric fistula formation and the multifaceted morbidity of maternal birth trauma in the developing world. Obstet Gynecol Surv. 1996 Sep; 51: 568-74

**59257**  Artibani, W., Cerruto, M. A. The role of imaging in urinary incontinence. BJU Int. 2005 Apr; 95: 699-703

**56820**  Arunkalaivanan, A. S., Barrington, J. W. Questionnaire-based survey on obstetricians and gynaecologists' attitudes towards the surgical management of urinary incontinence in women during their childbearing years. Eur J Obstet Gynecol Reprod Biol. 2003 May 1; 108: 85-93

**53180**  Arunkalaivanan, A. S., Barrington, J. W. Randomized trial of porcine dermal sling (Pelvicol implant) vs. tension-free vaginal tape (TVT) in the surgical treatment of stress incontinence: a questionnaire-based study. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 17-23; discussion 21-2

**10259**  Arvonen, T., Fianu-Jonasson, A., Tyni-Lenne, R. Effectiveness of two conservative modes of physical therapy in women with urinary stress incontinence. Neurourol Urodyn. 2001; 20: 591-9

**40484**  Arya, L. A., Jackson, N. D., Myers, D. L., Verma, A. Risk of new-onset urinary incontinence after forceps and vacuum delivery in primiparous women. Am J Obstet Gynecol. 2001 Dec; 185: 1318-23; discussion 1323-4

**41333**  Arya, L. A., Myers, D. L., Jackson, N. D. Dietary caffeine intake and the risk for detrusor instability: a case-control study. Obstet Gynecol. 2000 Jul; 96: 85-9

**10356**  Arya, L. A., Myers, D. L., Jackson, N. D. Office screening test for intrinsic urethral sphincter deficiency: pediatric Foley catheter test. Obstet Gynecol. 2001 Jun; 97: 885-9

Case 2:16-md-02740-JTM-MBN Document 6119-5 Filed 02/08/19 Page 110 of 800 PageID #: 146185

**Appendix A5  Bibliography sorted by Primary Author**

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

**sorted by Primary Author and Title**

---

**41352**  Asanuma, H., Nakai, H., Shishido, S., Tajima, E., Kawamura, T., Kawamura, T. Congenital vesicovaginal fistula. Int J Urol. 2000 May; 7: 195-8

**41838**  Asbury, N. Mines of information. Nurs Times. 1999 May 5-11; 95: 85-6

**3981**  Ashervath, J., Kizakipunner, K. Achieving continence in the confused elderly. Adv Clin Care. 1990 Jul-Aug; 5: 37-40

**12093**  Ashken, M. H. Follow-up results with the Stamey operation for stress incontinence of urine. Br J Urol. 1990 Feb; 65: 168-9

**10347**  Ashton-Miller, J. A., Howard, D., DeLancey, J. O. The functional anatomy of the female pelvic floor and stress continence control system. Scand J Urol Nephrol Suppl. 2001; : 1-7; discussion 106-25

**44158**  Ashworth, P. D., Hagan, M. T. The meaning of incontinence: a qualitative study of non-geriatric urinary incontinence sufferers. J Adv Nurs. 1993 Sep; 18: 1415-23

**50960**  Aslan, E., Beji, N. K., Coskun, A., Yalcin, O. An assessment of the importance of pad testing in stress urinary incontinence and the effects of incontinence on the life quality of women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 316-9; discussion 320

**11242**  Aslan, P., Woo, H. H. Ureteric injury following laparoscopic colposuspension. Br J Obstet Gynaecol. 1997 Feb; 104: 266-8

**10931**  Atahan, O., Kayigil, O., Metin, A. Modified four corner bladder neck suspension in anatomical stress incontinence with moderate cystocele. Int Urol Nephrol. 1998; 30: 439-44

**41953**  Atala, A. Future perspectives in reconstructive surgery using tissue engineering. Urol Clin North Am. 1999 Feb; 26: 157-65, ix-x

**59048**  Atala, A. What's new in urology. J Am Coll Surg. 2004 Sep; 199: 446-61

**44422**  Atala, A., Bauer, S. B., Dyro, F. M., Shefner, J., Shillito, J., Sathi, S., Scott, R. M. Bladder functional changes resulting from lipomyelomeningocele repair. J Urol. 1992 Aug; 148: 592-4

**3300**  Atala, A., Bauer, S.B., Dyro, F.M., Shefner, J., Shillito, J., Sathi, S., and Scott, R.M. Bladder functional changes resulting from lipomyelomeningocele repair. J Urol. 1992 Aug; 148: 592-594

**11126**  Atalan, G., Holt, P. E., Barr, F. J. Relationships between urethrovesical angles and urinary incontinence due to urethral sphincter mechanism incompetence in bitches. J Small Anim Pract. 1997 Dec; 38: 551-3

**42340**  Atalan, G., Holt, P. E., Barr, F. J. Ultrasonographic assessment of bladder neck mobility in continent bitches and bitches with urinary incontinence attributable to urethral sphincter mechanism incompetence. Am J Vet Res. 1998 Jun; 59: 673-9

**10625**  Atan, A., Basar, M. M. A multicenter study of tension-free vaginal tape (TVT) for surgical treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 130-2

**41745**  Atan, A., Konety, B. R., Erickson, J. R., Yokoyama, T., Kim, D. Y., Chancellor, M. B. Tolterodine for overactive bladder: time to onset of action, preferred dosage, and 9-month follow-up. Tech Urol. 1999 Jun; 5: 67-70

**41697**  Atan, A., Konety, B. R., Nangia, A., Chancellor, M. B. Advantages and risks of ileovesicostomy for the management of neuropathic bladder. Urology. 1999 Oct; 54: 636-40

**10786**  Athanasiou, S., Khullar, V., Boos, K., Salvatore, S., Cardozo, L. Imaging the urethral sphincter with three-dimensional ultrasound. Obstet Gynecol. 1999 Aug; 94: 295-301

**52120**  Athanasopoulos, A., Barlas, P., Perimenis, P., Dimitrakopoulos, S., Markou, S., Gianitsas, K., Gyftopoulos, K., Hatzipapas, J., Barbalias, G. Long-term results of transvaginal colposuspension for the treatment of genuine stress incontinence combined with vaginal hysterectomy. Urol Int. 2003; 71: 41-4

**11443**  Athanassopoulos, A., Barbalias, G. Burch colposuspension versus stamey endoscopic bladder neck suspension: a urodynamic appraisal. Urol Int. 1996; 56: 23-7

---

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A5: Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

11732    Athanassopoulos, A., Melekos, M. D., Speakman, M., Perimenis, P., Markou, S., Barbalias, G. A. Stamey endoscopic vesical neck suspension in female urinary stress incontinence: results and changes in various urodynamic parameters. Int Urol Nephrol. 1994; 26: 293-9

11750    Athanassopoulos, A., Melekos, M., Perimenis, P., Markou, S., Speakman, M., Barbalias, G. Evaluation of urodynamic parameters following Burch colposuspension. Urol Int. 1994; 53: 150-4

11623    Athanassopoulos, A., Perimenis, P., Markou, S., Melekos, M., Barbalias, G. Prognostic factors for the operative correction of stress urinary incontinence. Int Urol Nephrol. 1995; 27: 43-9

10490    Atherton, M. J., Stanton, S. L. A comparison of bladder neck movement and elevation after tension-free vaginal tape and colposuspension. BJOG. 2000 Nov; 107: 1366-70

41234    Atkinson, M. Decisions on euthanasia. Vet Rec. 2000 Jul 15; 147: 82

42059    Augsburger, H. R., Cruz-Orive, L. M. Influence of ovariectomy on the canine striated external urethral sphincter (M. urethralis): a stereological analysis of slow and fast twitch fibres. Urol Res. 1998; 26: 417-22

43693    Augsburger, H. R., Cruz-Orive, L. M. Stereological analysis of the urethra in sexually intact and spayed female dogs. Acta Anat (Basel). 1995; 154: 135-42

59019    Aukee, P., Immonen, P., Laaksonen, D. E., Laippala, P., Penttinen, J., Airaksinen, O. The effect of home biofeedback training on stress incontinence. Acta Obstet Gynecol Scand. 2004 Oct; 83: 973-7

53560    Aukee, P., Immonen, P., Penttinen, J., Laippala, P., Airaksinen, O. Increase in pelvic floor muscle activity after 12 weeks' training: a randomized prospective pilot study. Urology. 2002 Dec; 60: 1020-3; discussion 1023-4

52760    Aukee, P., Penttinen, J., Airaksinen, O. The effect of aging on the electromyographic activity of pelvic floor muscles. A comparative study among stress incontinent patients and asymptomatic women. Maturitas. 2003 Apr 25; 44: 253-7

50630    Aungst, M., Wagner, M. Foley balloon to tamponade bleeding in the retropubic space. Obstet Gynecol. 2003 Nov; 102: 1037-8

42672    Austin, P. F., DeLeary, G., Homsy, Y. L., Persky, L., Lockhart, J. L. Long-term metabolic advantages of a gastrointestinal composite urinary reservoir. J Urol. 1997 Nov; 158: 1704-7; discussion 1707-8

10352    Austin, P. F., Westney, O. L., Leng, W. W., McGuire, E. J., Ritchey, M. L. Advantages of rectus fascial slings for urinary incontinence in children with neuropathic bladders. J Urol. 2001 Jun; 165: 2369-71; discussion 2371-2

42793    Austin, P., Spyropoulos, E., Arango, H., Fiorica, J., Homsy, Y., Lockhart, J. The failed anti-incontinence mechanism: a flap valve or cecal wrap for surgical reconstruction. J Urol. 1997 May; 157: 1638-41

11374    Austin, P., Spyropoulos, E., Lotenfoe, R., Helal, M., Hoffman, M., Lockhart, J. L. Urethral obstruction after anti-incontinence surgery in women: evaluation, methodology, and surgical results. Urology. 1996 Jun; 47: 890-4

44038    Autret, E., Jonville, A. P., Dutertre, J. P., Bertiere, M. C., Robert, M., Averous, M., Couet, W. Plasma levels of oxybutynin chloride in children. Eur J Clin Pharmacol. 1994; 46: 83-5

10015    Autry, M. G., Davis, J. W., Sanders, R. Type III stress urinary incontinence: response to interdisciplinary pelvic physiotherapy. Urol Nurs. 2002 Aug; 22: 251-5

43210    Avanoglu, A., Ulman, I., Herek, O., Ozok, G., Gokdemir, A. Posterior urethral injuries in children. Br J Urol. 1996 Apr; 77: 597-600

59074    Avery, J. C., Gill, T. K., MacLennan, A. H., Chittleborough, C. R., Grant, J. F., Taylor, A. W. The impact of incontinence on health-related quality of life in a South Australian population sample. Aust N Z J Public Health. 2004 Apr; 28: 173-9

11050    Awad, S. A., Al-Zahrani, H. M., Gajewski, J. B., Bourque-Kehoe, A. A. Long-term results and complications of augmentation ileocystoplasty for idiopathic urge incontinence in women. Br J Urol. 1998 Apr; 81: 569-73

11910    Awad, S. A., Gajewski, J. B., Katz, N. O., Acker-Roy, K. Final diagnosis and therapeutic implications of mixed symptoms of urinary incontinence in women. Urology. 1992 Apr; 39: 352-7

# Appendix A5  Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

**3447**  Awad, S.A., Gajewski, J.B., Katz, N.O., and Acker-Roy, K. Final diagnosis and therapeutic implications of mixed symptoms of urinary incontinence in women. Urology. 1992 Apr; 39: 352-357

**40668**  Ayan, S., Gokce, G., Kilicarslan, H., Kaya, K., Gultekin, E. Y. An unusual cause of incontinence: urethral coitus. Scand J Urol Nephrol. 2001 Jun; 35: 254

**41649**  Aygen, E. M., Ekmekcioglu, O., Basbug, M. The menopause and bladder weight. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 316-20

**40846**  Aylett, V., Lynch, O. Catheterisation in elderly women is no 'easy' option. BMJ. 2001 Apr 21; 322: 997

**40880**  Azam, U., Castleden, M., Turner, D. Economics of lower urinary tract symptoms (LUTS) in older people. Drugs Aging. 2001; 18: 213-23

**10314**  Azam, U., Frazer, M. I., Kozman, E. L., Ward, K., Hilton, P., Rane, A. The tension-free vaginal tape procedure in women with previous failed stress incontinence surgery. J Urol. 2001 Aug; 166: 554-6

**10527**  Baba, T., Koizumi, M., Tanaka, R., Yamashita, S., Noda, M., Yamanaka, I., Suzuki, T., Ito, E., Kudo, R. Surgical management of genital prolapse: is chain cystourethrography useful for evaluating anatomical corrections and urinary symptoms after surgery?. J Obstet Gynaecol Res. 2000 Aug; 26: 289-94

**11483**  Bachmann, G. The estradiol vaginal ring--a study of existing clinical data. Maturitas. 1995 Dec; 22 Suppl: S21-9

**43392**  Bachmann, G. Urogenital ageing: an old problem newly recognized. Maturitas. 1995 Dec; 22 Suppl: S1-S5

**53040**  Bachmann, G., Wiita, B. External occlusive devices for management of female urinary incontinence. J Womens Health (Larchmt). 2002 Nov; 11: 793-800

**4019**  Bachor, R., Frohneberg, D., Miller, K., Egghart, G., and Hautmann, R. Continence after total bladder replacement: urodynamic analysis of the ileal neobladder. Br J Urol. 1990 May; 65: 462-466

**31900**  Backer, M. H.,  Jr Success with sacrospinous suspension of the prolapsed vaginal vault. Surg Gynecol Obstet. 1992 Nov; 175: 419-20

**59077**  Bader, A. A., Tamussino, K. F., Winter, R. Placement of a retropubic drain with the tension-free vaginal tape operation. Eur J Obstet Gynecol Reprod Biol. 2004 Jul 15; 115: 101-3

**10173**  Bae, J. H., Moon, D. G., Lee, J. G. The effects of a selective noradrenaline reuptake inhibitor on the urethra: an in vitro and in vivo study. BJU Int. 2001 Nov; 88: 771-5

**55260**  Baessler, K., Schuessler, B. Childbirth-induced trauma to the urethral continence mechanism: review and recommendations. Urology. 2003 Oct; 62: 39-44

**59135**  Baessler, K., Stanton, S. L. Does Burch colposuspension cure coital incontinence?. Am J Obstet Gynecol. 2004 Apr; 190: 1030-3

**59173**  Bafghi, A., Benizri, E. I., Trastour, C., Benizri, E. J., Michiels, J. F., Bongain, A. Multifilament polypropylene mesh for urinary incontinence: 10 cases of infections requiring removal of the sling. BJOG. 2005 Mar; 112: 376-8

**11768**  Bagi, P., Thind, P., Colstrup, H. In vivo evaluation of visco-elasticity in a biological tube. Part 1. Stress relaxation in the female urethra studied by cross-sectional area and pressure measurements. Med Biol Eng Comput. 1993 Nov; 31: 576-9

**59280**  Bahl, R., Strachan, B., Murphy, D. J. Pelvic floor morbidity at 3 years after instrumental delivery and cesarean delivery in the second stage of labor and the impact of a subsequent delivery. Am J Obstet Gynecol. 2005 Mar; 192: 789-94

**42500**  Bahnson, R. R. Urology. J Am Coll Surg. 1998 Feb; 186: 241-6

**51180**  Bai, S. W., Chung, K. A., Rha, K. H., Kim, S. U., Kim, S. K., Park, K. H. Correlation between urodynamic test results, perineal ultrasound and degree of stress urinary incontinence. J Reprod Med. 2003 Sep; 48: 718-22

**10034**  Bai, S. W., Jeon, M. J., Kim, J. Y., Chung, K. A., Kim, S. K., Park, K. H. Relationship between stress urinary incontinence and pelvic organ prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 256-60; discussion 260

---

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**52690**   Bai, S. W., Jung, B. H., Chung, B. C., Kim, S. U., Kim, J. Y., Rha, K. H., Cho, J. S., Park, Y. W., Park, K. H. Relationship between urinary profile of the endogenous steroids and postmenopausal women with stress urinary incontinence. Neurourol Urodyn. 2003; 22: 198-205

**53110**   Bai, S. W., Kang, S. H., Kim, S. K., Kim, J. Y., Park, K. H. The effect of pelvic organ prolapse on lower urinary tract function. Yonsei Med J. 2003 Feb; 44: 94-8

**59044**   Bai, S. W., Kim, B. J., Kim, S. K., Park, K. H. Comparison of outcomes between Burch colposuspension with and without concomitant abdominal hysterectomy. Yonsei Med J. 2004 Aug 31; 45: 665-70

**59133**   Bai, S. W., Lee, J. W., Shin, J. S., Park, J. H., Kim, S. K., Park, K. H. The predictive values of various parameters in the diagnosis of stress urinary incontinence. Yonsei Med J. 2004 Apr 30; 45: 287-92

**53080**   Bai, S. W., Roh, J. L., Kim, J. Y., Chung, K. A., Kim, S. K., Park, K. H. Outcomes and surgical therapeutic index of Burch colposuspension in stress urinary incontinence. J Reprod Med. 2003 Feb; 48: 102-6

**41810**   Baines, S. J., Speakman, A. J., Williams, J. M., Cheeseman, M. T. Genitourinary dysplasia in a cat. J Small Anim Pract. 1999 Jun; 40: 286-90

**10102**   Bakas, P., Liapis, A., Creatsas, G. Q-tip test and tension-free vaginal tape in the management of female patients with genuine stress incontinence. Gynecol Obstet Invest. 2002; 53: 170-3

**10395**   Bakas, P., Liapis, A., Karandreas, A., Creatsas, G. Pudendal nerve terminal motor latency in women with genuine stress incontinence and prolapse. Gynecol Obstet Invest. 2001; 51: 187-90

**43579**   Baker, D. I., Bice, T. W. The influence of urinary incontinence on publicly financed home care services to low-income elderly people. Gerontology. 1995 Jun; 35: 360-9

**43270**   Baker, J., Norton, P. Evaluation of absorbent products for women with mild to moderate urinary incontinence. Appl Nurs Res. 1996 Feb; 9: 29-33

**11909**   Baker, K. R., Drutz, H. P. Age as a risk factor in major genitourinary surgery. Can J Surg. 1992 Apr; 35: 188-91

**42709**   Balcom, A. H., Wiatrak, M., Biefeld, T., Rauen, K., Langenstroer, P. Initial experience with home therapeutic electrical stimulation for continence in the myelomeningocele population. J Urol. 1997 Sep; 158: 1272-6

**11238**   Baldwin, D. D., Hadley, H. R. Epithelial inclusion cyst formation after free vaginal wall swing sling procedure for stress urinary incontinence. J Urol. 1997 Mar; 157: 952

**54110**   Bale, S., Tebble, N., Jones, V., Price, P. The benefits of implementing a new skin care protocol in nursing homes. J Tissue Viability. 2004 Apr; 14: 44-50

**11198**   Ball, T. P., Jr, Teichman, J. M., Sharkey, F. E., Rogenes, V. J., Adrian, E. K., Jr Terminal nerve distribution to the urethra and bladder neck: considerations in the management of stress urinary incontinence. J Urol. 1997 Sep; 158: 827-9

**59151**   Ballagh, S. A. Vaginal hormone therapy for urogenital and menopausal symptoms. Semin Reprod Med. 2005 May; 23: 126-40

**10782**   Ballanger, P., Rischmann, P. Female urinary incontinence. An overview of a report presented to the French Urological Association. Eur Urol. 1999 Sep; 36: 165-74

**54890**   Balmforth, J., Cardozo, L. Assessment of urinary incontinence. J Br Menopause Soc. 2003 Sep; 9: 111-6

**51230**   Balmforth, J., Cardozo, L. D. Trends toward less invasive treatment of female stress urinary incontinence. Urology. 2003 Oct; 62: 52-60

**3826**   Bander, N.H. Initial results with slightly modified Kock pouch. Urology. 1991 Feb; 37: 100-105

**41264**   Banerjee, N., Deka, D., Roy, K. K., Takkar, D. Vesicocervical fistula: an unusual presentation. Aust N Z J Obstet Gynaecol. 2000 May; 40: 219-20

**44752**   Banks, S. E., Fleming, I. R., Browning, T. N. Urinary incontinence in a bitch caused by vaginoureteral fistulation. Vet Rec. 1991 Feb 2; 128: 108

**American Urological Association, Inc.**                    Master Bibliography

SUI Guidelines Panel                                    sorted by Primary Author and Title

---

43697    Baradnay, G., Kiss, A., Scultety, A. The results and failures of creating a pelvic reservoir in oncology (surgery, urology). Acta Chir Hung. 1995-96; 35: 119-27

44681    Baraldi, M., Zanoli, P., Truzzi, C., Paro, M., Italiano, G., Prosdocimi, M. Urine retention due to intra-spinal cord injection of colchicine in rats: improved recovery of bladder function by monosialoganglioside GM1 and nerve growth factor administration. Funct Neurol. 1991 Jul-Sep; 6: 235-8

43655    Baram, D. A. Hypnosis in reproductive health care: a review and case reports. Birth. 1995 Mar; 22: 37-42

11043    Barbalias, G. A., Liatsikos, E. N., Athanasopoulos, A. Gore-Tex sling urethral suspension in type III female urinary incontinence: clinical results and urodynamic changes. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 344-50

42327    Barbalias, G. A., Nikiforidis, G., Liatsikos, E. N. Vesicourethral dysfunction associated with multiple sclerosis: clinical and urodynamic perspectives. J Urol. 1998 Jul; 160: 106-11

11273    Barbalias, G., Liatsikos, E., Barbalias, D. Use of slings made of indigenous and allogenic material (Goretex) in type III urinary incontinence and comparison between them. Eur Urol. 1997; 31: 394-400

40481    Barber, M. D., Kuchibhatla, M. N., Pieper, C. F., Bump, R. C. Psychometric evaluation of 2 comprehensive condition-specific quality of life instruments for women with pelvic floor disorders. Am J Obstet Gynecol. 2001 Dec; 185: 1388-95

10200    Barber, M. D., Visco, A. G., Wyman, J. F., Fantl, J. A., Bump, R. C. Sexual function in women with urinary incontinence and pelvic organ prolapse. Obstet Gynecol. 2002 Feb; 99: 281-9

10626    Barbic, M., Kralj, B. Effect of intra-abdominal position of the bladder neck and stability of its supporting structures on pressure transmission ratio after colposuspension. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 97-102

52250    Barbic, M., Kralj, B., Cor, A. Compliance of the bladder neck supporting structures: importance of activity pattern of levator ani muscle and content of elastic fibers of endopelvic fascia. Neurourol Urodyn. 2003; 22: 269-76

42853    Bardoux, N., Leroi, A. M., Touchais, J. Y., Weber, J., Denis, P. Difficult defaecation and/or faecal incontinence as a presenting feature of neurologic disorders in four patients. Neurogastroenterol Motil. 1997 Mar; 9: 13-8

59075    Bardsley, A. Key trends in the management and treatment of stress urinary incontinence. Prof Nurse. 2004 Jun; 19: 30-2

4084    Barer, D.H. The influence of visual and tactile inattention on predictions for recovery from acute stroke. Q J Med. 1990 Jan; 74: 21-32

43652    Barger, M., Woolner, B. Primary care for women. Assessment and management of genitourinary tract disorders. J Nurse Midwifery. 1995 Mar-Apr; 40: 231-45

10433    Barker, G. K. It is possible to perform a sacrospinous colpopexy via the incision of an anterior vaginal repair alone if a posterior repair is not required. Aust N Z J Obstet Gynaecol. 2000 Nov; 40: 477

11453    Barlas, P., Hatzipapas, J., Bias, A., Athanasopoulos, A. Transvaginal colposuspension for the treatment of genuine stress incontinence combined with vaginal hysterectomy: a preliminary report. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 20-3

10111    Barnes, N. M., Dmochowski, R. R., Park, R., Nitti, V. W. Pubovaginal sling and pelvic prolapse repair in women with occult stress urinary incontinence: effect on postoperative emptying and voiding symptoms. Urology. 2002 Jun; 59: 856-60

41313    Barnes, T. R., McPhillips, M. A. Critical analysis and comparison of the side-effect and safety profiles of the new antipsychotics. Br J Psychiatry Suppl. 1999; : 34-43

11792    Barnick, C. G., Cardozo, L. D. A comparison of bioelectrical and mechanical activity of the female urethra. Br J Obstet Gynaecol. 1993 Aug; 100: 754-7

11793    Barnick, C. G., Cardozo, L. D. Denervation and re-innervation of the urethral sphincter in the aetiology of genuine stress incontinence: an electromyographic study. Br J Obstet Gynaecol. 1993 Aug; 100: 750-3

10538    Barranger, E., Fritel, X., Kadoch, O., Liou, Y., Pigne, A. Results of transurethral injection of silicone micro-implants for females with intrinsic sphincter deficiency. J Urol. 2000 Nov; 164: 1619-22

---

          © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

**Master Bibliography**

### SUI Guidelines Panel

**sorted by Primary Author and Title**

---

**44140**   Barrett, D. M., Parulkar, B. G., Kramer, S. A. Experience with AS 800 artificial sphincter in pediatric and young adult patients. Urology. 1993 Oct; 42: 431-6

**44356**   Barrett, J. A., Banks, A., Roe, B. Urodynamic investigation in elderly women. BMJ. 1992 Dec 5; 305: 1438

**3177**   Barrett, J.A., Banks, A., and Roe, B. Urodynamic investigation in elderly women [letter]. Bmj. 1992 Dec 5; 305: 1438

**3682**   Barrett, J.A., Oldham, J.A. Physiotherapy for stress urinary incontinence [letter; comment]. Bmj. 1991 May 18; 302: 1208

**59041**   Barrington, J. W., Abdel-Fattah, M., Arunkalaivanan, A. S., Austin, S., Isaacs, J. Longitudinal study of Pelvicol pubovaginal slings using magnetic resonance imaging. J Obstet Gynaecol. 2004 Aug; 24: 542-6

**10051**   Barrington, J. W., Arunkalaivanan, A. S., Swart, M. Post-colposuspension syndrome following a tension-free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 187-8

**10541**   Barrington, J. W., Edwards, G. Posthysterectomy vault prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 241-5

**10057**   Barrington, J. W., Edwards, G., Arunkalaivanan, A. S., Swart, M. The use of porcine dermal implant in a minimally invasive pubovaginal sling procedure for genuine stress incontinence. BJU Int. 2002 Aug; 90: 224-7

**11604**   Barrington, J. W., Roberts, A. Burch colposuspension facilitated by means of the Ferguson speculum. Br J Urol. 1995 Feb; 75: 242-3

**50330**   Barroso, J. C., Ramos, J. G., Martins-Costa, S., Sanches, P. R., Muller, A. F. Transvaginal electrical stimulation in the treatment of urinary incontinence. BJU Int. 2004 Feb; 93: 319-23

**41983**   Barroso, U., Jr, Duel, B., Barthold, J. S., Gonzalez, R. Orthotopic urethral substitution in female patients using the mitrofanoff principle. J Urol. 1999 Jan; 161: 251-3

**40658**   Barroso, U., Jr, Jednak, R., Barthold, J. S., Gonzalez, R. Outcome of ureteral reimplantation in children with the urge syndrome. J Urol. 2001 Sep; 166: 1031-5

**3272**   Barrows, B., Bavendam, T., and Leach, G.E. Ectopically draining dysplastic kidney associated with genuine stress urinary incontinence: unusual combined cause of incontinence. Urology. 1992 Sep; 40: 283-285

**11872**   Barrows, B., Bavendam, T., Leach, G. E. Ectopically draining dysplastic kidney associated with genuine stress urinary incontinence: unusual combined cause of incontinence. Urology. 1992 Sep; 40: 283-5

**42999**   Bartels, R. H., de Vries, J. Hemi-cauda equina syndrome from herniated lumbar disc: a neurosurgical emergency?. Can J Neurol Sci. 1996 Nov; 23: 296-9

**42825**   Bartels, R. H., van Overbeeke, J. J. Lumbar cerebrospinal fluid drainage for symptomatic sacral nerve root cysts: an adjuvant diagnostic procedure and/or alternative treatment? Technical case report. Neurosurgery. 1997 Apr; 40: 861-4; discussion 864-5

**59335**   Barth, A., Reichler, I. M., Hubler, M., Hassig, M., Arnold, S. Evaluation of long-term effects of endoscopic injection of collagen into the urethral submucosa for treatment of urethral sphincter incompetence in female dogs: 40 cases (1993-2000). J Am Vet Med Assoc. 2005 Jan 1; 226: 73-6

**40229**   Barthet, M., Bellon, P., Abou, E., Portier, F., Berdah, S., Lesavre, N., Orsoni, P., Bouvier, M., Grimaud, J. C. Anal endosonography for assessment of anal incontinence with a linear probe: relationships with clinical and manometric features. Int J Colorectal Dis. 2002 Mar; 17: 123-8

**11354**   Bartholomew, B., Grimaldi, T. Collagen injection therapy for type III stress urinary incontinence. AORN J. 1996 Jul; 64: 75-83, 85-6

**41896**   Bartholomew, J. District nursing. What they really, really want. Nurs Times. 1999 Mar 24-30; 95: 30-1

**40417**   Barton, D. L., Loprinzi, C., Gostout, B. Current management of menopausal symptoms in cancer patients. Oncology (Huntingt). 2002 Jan; 16: 67-72, 74; discussion 75-6, 79-80

**42907**   Basar, H., Aydoganli, L., Yuksel, M., Basar, M., Akdemir, G., Kaptanoglu, E. The outcome of urological findings in operated tethered cord patients. Int Urol Nephrol. 1997; 29: 167-71

---

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 40213 | Baseman, A. G., Baseman, J. G., Zimmern, P. E., Lemack, G. E. Effect of 6F urethral catheterization on urinary flow rates during repeated pressure-flow studies in healthy female volunteers. Urology. 2002 Jun; 59: 843-6 |
| 10079 | Baseman, A. G., Lemack, G. E. Practical outcome measures for assessing efficacy of incontinence procedures. Curr Urol Rep. 2001 Oct; 2: 407-12 |
| 10600 | Bash, K. L. Review of vaginal pessaries. Obstet Gynecol Surv. 2000 Jul; 55: 455-60 |
| 55170 | Basinski, C., Fuller, E., Brizendine, E. J., Benson, J. T. Bladder-anal reflex. Neurourol Urodyn. 2003; 22: 683-6 |
| 40153 | Baskerville, J. R., McAninch, S. A. Focal lingual dystonia, urinary incontinence, and sensory deficits secondary to low voltage electrocution: case report and literature review. Emerg Med J. 2002 Jul; 19: 368-71 |
| 42129 | Baskin, L. S. Case no. 2. Right-sided single system ureterocele. Tech Urol. 1998 Sep; 4: 152-3 |
| 11987 | Bass, J. S., Leach, G. E. Surgical treatment of concomitant urethral diverticulum and stress incontinence. Urol Clin North Am. 1991 May; 18: 365-73 |
| 40854 | Bass, J., Rubin, S. Z., Walton, J. M., Cada, M. Combined posterior sagittal and three-flap anoplasty in the repair of anorectal anomalies. J Pediatr Surg. 2001 May; 36: 711-4 |
| 41319 | Bassili, A., Zaki, A., Zaher, S. R., El-Sawy, I. H., Ahmed, M. H., Omar, M., Omar, T., Bedwani, R. N., Davies, C., Tognoni, G. Quality of care of children with chronic diseases in Alexandria, Egypt: the models of asthma, type I diabetes, epilepsy, and rheumatic heart disease. Egyptian-Italian Collaborative Group on Pediatric Chronic Diseases. Pediatrics. 2000 Jul; 106: E12 |
| 3205 | Bassiouny, I.E. Continent urinary reservoir in exstrophy/epispadias complex. Br J Urol. 1992 Nov; 70: 558-562 |
| 57920 | Bates, F. Assessment of the female patient with urinary incontinence. Urol Nurs. 2002 Oct; 22: 305-13, 317; quiz 314 |
| 57280 | Bates-Jensen, B. M., Alessi, C. A., Al-Samarrai, N. R., Schnelle, J. F. The effects of an exercise and incontinence intervention on skin health outcomes in nursing home residents. J Am Geriatr Soc. 2003 Mar; 51: 348-55 |
| 10522 | Batislam, E., Germiyanoglu, C., Erol, D. Simplification of laparoscopic extraperitoneal colposuspension: results of two-port technique. Int Urol Nephrol. 2000; 32: 47-51 |
| 43475 | Batista, J. E., Bauer, S. B., Shefner, J. M., Kelly, M. D., Darbey, M. D., Siroky, M. B. Urodynamic findings in children with spinal cord ischemia. J Urol. 1995 Sep; 154: 1183-7 |
| 42289 | Batista, J. E., Caffaratti, J., Arano, P., Regalado, R., Garat, J. M. The reliability of cysto-urethrographic signs in the diagnosis of detrusor instability in children. Br J Urol. 1998 Jun; 81: 900-4 |
| 11120 | Batra, A. K., Mathews, R., Lopresti, A. Initial experience with the modified vaginal wall sling in the treatment of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 209-12 |
| 12094 | Battcock, T. M., Castleden, C. M. Pharmacological treatment of urinary incontinence. Br Med Bull. 1990 Jan; 46: 147-55 |
| 40816 | Bau, M. O., Younes, S., Aupy, A., Bernuy, M., Rouffet, M. J., Yepremian, D., Lottmann, H. B. The Malone antegrade colonic enema isolated or associated with urological incontinence procedures: evaluation from patient point of view. J Urol. 2001 Jun; 165: 2399-403 |
| 55640 | Bauer, S. B. The management of the myelodysplastic child: a paradigm shift. BJU Int. 2003 Oct; 92 Suppl 1: 23-8 |
| 3646 | Baum, N., Suarez, G., and Appell, R.A. Urinary incontinence. Not a 'normal' part of aging [see comments]. Postgrad Med. 1991 Aug; 90: 99-102,107-9 |
| 44659 | Baum, N., Suarez, G., Appell, R. A. Urinary incontinence. Not a 'normal' part of aging. Postgrad Med. 1991 Aug; 90: 99-102, 107-9 |
| 54950 | Baumgarten, M., Margolis, D., Gruber-Baldini, A. L., Zimmerman, S., German, P., Hebel, J. R., Magaziner, J. Pressure ulcers and the transition to long-term care. Adv Skin Wound Care. 2003 Nov; 16: 299-304 |
| 42847 | Bavendam, T. G. Female incontinence. J Urol. 1997 Mar; 157: 828-9 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**11471** Bavendam, T. G. Incontinence--lower urinary tract dysfunction and urodynamic evaluations. J Urol. 1996 Jan; 155: 286-7

**12082** Bavendam, T. G. Stress urinary incontinence in women. J Enterostomal Ther. 1990 Mar-Apr; 17: 57-66

**44022** Bax, M. Bladder and bowel. Dev Med Child Neurol. 1994 Jan; 36: 1-2

**3997** Bax, M. Managing incontinence [editorial]. Dev Med Child Neurol. 1990 Jun; 32: 471-472

**41197** Bayles, K. A., Tomoeda, C. K., Cruz, R. F., Mahendra, N. Communication abilities of individuals with late-stage Alzheimer disease. Alzheimer Dis Assoc Disord. 2000 Jul-Sep; 14: 176-81

**40351** Bayliss, V., Cherry, M., Locke, R., Salter, L. Pathways for continence care: background and audit. Br J Nurs. 2000 May 11-24; 9: 590-2, 594, 596

**40574** Bayraktar, Z., Sevin, G., Gurbuz, G., Tasci, A. I. Ileal orthotopic neobladder in women: the first experiences from Turkey and our modifications. Int Urol Nephrol. 2001; 32: 371-5

**4067** Beadle, J., de-Laine, C., and Morgan, S. Continence: a new regional model. Nurs Times. 1990 Apr 18-24; 86: 71-73

**57240** Bean, J. F., Kiely, D. K., Cairns, K. D., Morris, J. N. Influence of poststroke urinary incontinence on disability: the nursing home setting. Am J Phys Med Rehabil. 2003 Mar; 82: 175-81

**42773** Bear, M., Dwyer, J. W., Benveneste, D., Jett, K., Dougherty, M. Home-based management of urinary incontinence: a pilot study with both frail and independent elders. J Wound Ostomy Continence Nurs. 1997 May; 24: 163-71

**11690** Beck, R. O., Betts, C. D., Fowler, C. J. Genitourinary dysfunction in multiple system atrophy: clinical features and treatment in 62 cases. J Urol. 1994 May; 151: 1336-41

**11933** Beck, R. P., McCormick, S., Nordstrom, L. A 25-year experience with 519 anterior colporrhaphy procedures. Obstet Gynecol. 1991 Dec; 78: 1011-8

**3572** Beck, R.P. Detrusor instability: diagnosis and therapy. Curr Opin Obstet Gynecol. 1990 Aug; 2: 591-598

**3555** Beck, R.P., McCormick, S., and Nordstrom, L. A 25-year experience with 519 anterior colporrhaphy procedures. Obstet Gynecol. 1991 Dec; 78: 1011-1018

**40584** Beck, S. D., Koch, M. O. Spiral ileal neobladder substitution with orthotopic ureteral reimplantation: early results. Tech Urol. 2001 Sep; 7: 223-8

**43810** Becker, K., Enck, P., Wilhelm, K., Fischer, H., Lubke, H. J. Colonic and anorectal dysfunction in a patient with the tethered cord syndrome. Am J Gastroenterol. 1994 Sep; 89: 1564-8

**11892** Beckingham, I. J., Wemyss-Holden, G., Lawrence, W. T. Long-term follow-up of women treated with perurethral Teflon injections for stress incontinence. Br J Urol. 1992 Jun; 69: 580-3

**3309** Beckingham, I.J., Wemyss-Holden, G., and Lawrence, W.T. Long-term follow-up of women treated with perurethral Teflon injections for stress incontinence. Br J Urol. 1992 Jun; 69: 580-583

**11428** Beco, J. Functional sonography of the lower urinary tract. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 270-3

**43594** Beco, J. Reducing uncertainty for vesico-urethral sonography in women. Acta Urol Belg. 1995 May; 63: 13-29

**11741** Beco, J., Leonard, D., Lambotte, R. Study of the artefacts induced by linear array transvaginal ultrasound scanning in urodynamics. World J Urol. 1994; 12: 329-32

**11018** Beco, J., Leonard, D., Leonard, F. Study of the female urethra's submucous vascular plexus by color Doppler. World J Urol. 1998; 16: 224-8

**40387** Beer-Gabel, M., Teshler, M., Barzilai, N., Lurie, Y., Malnick, S., Bass, D., Zbar, A. Dynamic transperineal ultrasound in the diagnosis of pelvic floor disorders: pilot study. Dis Colon Rectum. 2002 Feb; 45: 239-45; discussion 245-8

# Appendix A5. Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 42852 | Beguin, A. M., Combes, T., Lutzler, P., Laffond, G., Belmin, J. Health education improves older subjects' attitudes toward urinary incontinence and access to care: a randomized study in sheltered accommodation centers for the aged. J Am Geriatr Soc. 1997 Mar; 45: 391-2 |
| 42074 | Beheshti, P., Fonteyn, M. Role of the advanced practice nurse in continence care in the home. AACN Clin Issues. 1998 Aug; 9: 389-95 |
| 43982 | Beier-Holgersen, R., Kirkeby, L. T., Nordling, J. 'Clam' ileocystoplasty. Scand J Urol Nephrol. 1994 Mar; 28: 55-8 |
| 11395 | Beizer, J. L. Urinary incontinence in women: a review for the pharmacist. J Am Pharm Assoc (Wash). 1996 Mar; NS36: 196-202 |
| 51370 | Beji, N. K., Yalcin, O., Erkan, H. A. The effect of pelvic floor training on sexual function of treated patients. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 234-8; discussion 238 |
| 11202 | Belair, G., Tessier, J., Bertrand, P. E., Schick, E. Retropubic cystourethropexy: is it an obstructive procedure?. J Urol. 1997 Aug; 158: 533-8 |
| 4131 | Bellin, C. Relocating adult day care: its impact on persons with dementia. J Gerontol Nurs. 1990 Mar; 16: 11-14 |
| 11038 | Bellin, P., Smith, J., Poll, W., Bogojavlensky, S., Knoll, D., Childs, S., Tuttle, J., Barada, J., Dann, J. Results of a multicenter trial of the CapSure (Re/Stor) Continence shield on women with stress urinary incontinence. Urology. 1998 May; 51: 697-706 |
| 41918 | Bellina, J., Kelly, R., Sartin, B. A unique cause of unconscious urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 36-8 |
| 3187 | Belloli, G., Campobasso, P., and Mercurella, A. Neuropathic urinary incontinence in pediatric patients: management with artificial sphincter. J Pediatr Surg. 1992 Nov; 27: 1461-1464 |
| 44373 | Belloli, G., Campobasso, P., Mercurella, A. Neuropathic urinary incontinence in pediatric patients: management with artificial sphincter. J Pediatr Surg. 1992 Nov; 27: 1461-4 |
| 42865 | Belmin, J. Urine sampling methods in the elderly. Drugs Aging. 1997 Feb; 10: 167 |
| 44111 | Belmin, J., Hervias, Y., Avellano, E., Oudart, O., Durand, I. Reliability of sampling urine from disposable diapers in elderly incontinent women. J Am Geriatr Soc. 1993 Nov; 41: 1182-6 |
| 44352 | Belville, W. D., Swierzewski, S. J.,  3rd, Wedemeyer, G., McGuire, E. J. Fiberoptic microtransducer pressure technology: urodynamic implications. Neurourol Urodyn. 1993; 12: 171-8 |
| 52210 | Bemelmans, B. L., Chapple, C. R. Are slings now the gold standard treatment for the management of female urinary stress incontinence and if so which technique?. Curr Opin Urol. 2003 Jul; 13: 301-7 |
| 41356 | Bemelmans, B. L., Kiemeney, L. A., Debruyne, F. M. Low-dose oxybutynin for the treatment of urge incontinence: good efficacy and few side effects. Eur Urol. 2000 Jun; 37: 709-13 |
| 3123 | Benarroch, E.E., Chang, F.L. Central autonomic disorders. J Clin Neurophysiol. 1993 Jan; 10: 39-50 |
| 12114 | Benassayag, E. Simple surgical procedure for urinary stress incontinence. Eur Urol. 1990; 18: 68-70 |
| 3537 | Benbow, S., Sangster, G., and Barer, D. Incontinence after stroke [letter; comment]. Lancet. 1991 Dec 21-28; 338: 1602-1603 |
| 43229 | Ben-Chaim, J., Jeffs, R. D., Reiner, W. G., Gearhart, J. P. The outcome of patients with classic bladder exstrophy in adult life. J Urol. 1996 Apr; 155: 1251-2 |
| 3210 | Bender, P. Deceptive distress in the elderly. Am J Nurs. 1992 Oct; 92: 28-32 |
| 11629 | Benderev, T. V. A modified percutaneous outpatient bladder neck suspension system. J Urol. 1994 Dec; 152: 2316-20 |
| 11864 | Benderev, T. V. Anchor fixation and other modifications of endoscopic bladder neck suspension. Urology. 1992 Nov; 40: 409-18 |

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**59125**  Benedetti-Panici, P., Zullo, M. A., Plotti, F., Manci, N., Muzii, L., Angioli, R. Long-term bladder function in patients with locally advanced cervical carcinoma treated with neoadjuvant chemotherapy and type 3-4 radical hysterectomy. Cancer. 2004 May 15; 100: 2110-7

**11313**  Benizri, E. J., Volpe, P., Pushkar, D., Chevallier, D., Amiel, J., Sanian, H., Toubol, J. A new vaginal procedure for cystocele repair and treatment of stress urinary incontinence. J Urol. 1996 Nov; 156: 1623-5

**10682**  Benjamin, C. R., Hearon, C. M. Urinary continence in women during centrifuge exposure to high +Gz. Aviat Space Environ Med. 2000 Feb; 71: 131-6

**11473**  Bennett, C. J. The evolving importance of neurourology and urodynamics. J Urol. 1996 Jan; 155: 275-6

**43607**  Bennett, C. J., Young, M. N., Adkins, R. H., Diaz, F. Comparison of bladder management complication outcomes in female spinal cord injury patients. J Urol. 1995 May; 153: 1458-60

**42819**  Bennett, J. K., Foote, J. E., King, T. L. Treating urinary incontinence in the elderly population: accepting the challenge. J Med Assoc Ga. 1997 Apr; 86: 97-100

**11478**  Bennett, J. K., Green, B. G., Foote, J. E., Gray, M. Collagen injections for intrinsic sphincter deficiency in the neuropathic urethra. Paraplegia. 1995 Dec; 33: 697-700

**42404**  Bennett, R. G., Baran, P. J., DeVone, L. V., Bacetti, H., Kristo, B., Tayback, M., Greenough, W. B., 3rd Low airloss hydrotherapy versus standard care for incontinent hospitalized patients. J Am Geriatr Soc. 1998 May; 46: 569-76

**11033**  Benshushan, A., Brzezinski, A., Shoshani, O., Rojansky, N. Periurethral injection for the treatment of urinary incontinence. Obstet Gynecol Surv. 1998 Jun; 53: 383-8

**55840**  Benson, D. The importance of a thorough continence assessment. Nurs Times. 2003 Jul 22-28; 99: 53-4

**10073**  Benson, J. T. New therapeutic options for urge incontinence. Curr Womens Health Rep. 2001 Aug; 1: 61-6

**41018**  Benson, J. T. Sacral nerve stimulation results may be improved by electrodiagnostic techniques. Int Urogynecol J Pelvic Floor Dysfunct. 2000  Dec; 11: 352-7

**12073**  Benson, J. T., Agosta, A., McClellan, E. Evaluation of a minimal-incision pubovaginal suspension as an adjunct to other pelvic-floor surgery. Obstet Gynecol. 1990 May; 75: 844-7

**42975**  Benson, J. T., Lucente, V., McClellan, E. Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: a prospective randomized study with long-term outcome evaluation. Am J Obstet Gynecol. 1996 Dec; 175: 1418-21; discussion 1421-2

**44151**  Benson, J. T., McClellan, E. The effect of vaginal dissection on the pudendal nerve. Obstet Gynecol. 1993 Sep; 82: 387-9

**44700**  Benson, J. T., Sumners, J. E., Pittman, J. S. Definition of normal female pelvic floor anatomy using ultrasonographic techniques. J Clin Ultrasound. 1991 Jun; 19: 275-82

**4087**  Benson, J.T., Agosta, A., and McClellan, E. Evaluation of a minimal-incision pubovaginal suspension as an adjunct to other pelvic-floor surgery. Obstet Gynecol. 1990 May; 75: 844-847

**3640**  Benson, J.T., Sumners, J.E., and Pittman, J.S. Definition of normal female pelvic floor anatomy using ultrasonographic techniques. JCU J Clin Ultrasound. 1991 Jun; 19: 275-282

**12065**  Bent, A. E. Management of recurrent genuine stress incontinence. Clin Obstet Gynecol. 1990 Jun; 33: 358-66

**10273**  Bent, A. E., Foote, J., Siegel, S., Faerber, G., Chao, R., Gormley, E. A. Collagen implant for treating stress urinary incontinence in women with urethral hypermobility. J Urol. 2001 Oct; 166: 1354-7

**10885**  Bent, A. E., McLennan, M. T. Surgical management of urinary incontinence. Obstet Gynecol Clin North Am. 1998 Dec; 25: 883-906

**44120**  Bent, A. E., Ostergard, D. R., Zwick-Zaffuto, M. Tissue reaction to expanded polytetrafluoroethylene suburethral sling for urinary incontinence: clinical and histologic study. Am J Obstet Gynecol. 1993 Nov; 169: 1198-204

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**10445**    Bent, A. E., Tutrone, R. T., McLennan, M. T., Lloyd, L. K., Kennelly, M. J., Badlani, G. Treatment of intrinsic sphincter deficiency using autologous ear chondrocytes as a bulking agent. Neurourol Urodyn. 2001; 20: 157-65

**11733**    Bercovich, E., Manferrari, F., Fiore, F. A new device for self-adjustment of colposuspension. Eur Urol. 1994; 26: 189-92

**40631**    Bergamaschi, R., Berzuini, C., Romani, A., Cosi, V. Predicting secondary progression in relapsing-remitting multiple sclerosis: a Bayesian analysis. J Neurol Sci. 2001 Aug 15; 189: 13-21

**40170**    Berghmans, B., van Waalwijk van Doorn, E., Nieman, F., de Bie, R., van den Brandt, P., Van Kerrebroeck, P. Efficacy of physical therapeutic modalities in women with proven bladder overactivity. Eur Urol. 2002 Jun; 41: 581-7

**11461**    Berghmans, L. C., Frederiks, C. M., de Bie, R. A., Weil, E. H., Smeets, L. W., van Waalwijk van Doorn, E. S., Janknegt, R. A. Efficacy of biofeedback, when included with pelvic floor muscle exercise treatment, for genuine stress incontinence. Neurourol Urodyn. 1996; 15: 37-52

**10984**    Berghmans, L. C., Hendriks, H. J., Bo, K., Hay-Smith, E. J., de Bie, R. A., van Waalwijk van Doorn, E. S. Conservative treatment of stress urinary incontinence in women: a systematic review of randomized clinical trials. Br J Urol. 1998 Aug; 82: 181-91

**41524**    Berghmans, L. C., Hendriks, H. J., De Bie, R. A., van Waalwijk van Doorn, E. S., Bo, K., van Kerrebroeck, P. E. Conservative treatment of urge urinary incontinence in women: a systematic review of randomized clinical trials. BJU Int. 2000 Feb; 85: 254-63

**11246**    Berglund, A. L., Eisemann, M., Lalos, A., Lalos, O. Predictive factors of the outcome of primary surgical treatment of stress incontinence in women. Scand J Urol Nephrol. 1997 Feb; 31: 49-55

**11360**    Berglund, A. L., Eisemann, M., Lalos, A., Lalos, O. Social adjustment and spouse relationships among women with stress incontinence before and after surgical treatment. Soc Sci Med. 1996 Jun; 42: 1537-44

**11656**    Berglund, A. L., Eisemann, M., Lalos, O. Personality characteristics of stress incontinent women: a pilot study. J Psychosom Obstet Gynaecol. 1994 Sep; 15: 165-70

**11359**    Berglund, A. L., Fugl-Meyer, K. S. Some sexological characteristics of stress incontinent women. Scand J Urol Nephrol. 1996 Jun; 30: 207-12

**11399**    Berglund, A. L., Lalos, O. The pre- and postsurgical nursing of women with stress incontinence. J Adv Nurs. 1996 Mar; 23: 502-11

**3760**    Berglund, A.L., Fugl-Meyer, K.S. Sexual problems in women with urinary incontinence. A retrospective study of medical records. Scand J Caring Sci. 1991; 5: 13-16

**12059**    Bergman, A., Bader, K. Reliability of the patient's history in the diagnosis of urinary incontinence. Int J Gynaecol Obstet. 1990 Jul; 32: 255-9

**11553**    Bergman, A., Elia, G. Three surgical procedures for genuine stress incontinence: five-year follow-up of a prospective randomized study. Am J Obstet Gynecol. 1995 Jul; 173: 66-71

**11727**    Bergman, A., Elia, G., Cheung, D., Perelman, N., Nimni, M. E. Biochemical composition of collagen in continent and stress urinary incontinent women. Gynecol Obstet Invest. 1994; 37: 48-51

**12097**    Bergman, A., Karram, M. M., Bhatia, N. N. Changes in urethral cytology following estrogen administration. Gynecol Obstet Invest. 1990; 29: 211-3

**4008**    Bergman, A., Karram, M.M., and Bhatia, N.N. Changes in urethral cytology following estrogen administration. Gynecol Obstet Invest. 1990; 29: 211-213

**12000**    Bergman, A., Koonings, P. P., Ballard, C. A. The Ball-Burch procedure for stress incontinence with low urethral pressure. J Reprod Med. 1991 Feb; 36: 137-40

**3769**    Bergman, A., Koonings, P.P., and Ballard, C.A. The Ball-Burch procedure for stress incontinence with low urethral pressure. J Reprod Med. 1991 Feb; 36: 137-140

**44596**    Bergman, A., Stanczyk, F. Z., Lobo, R. A. The role of prostaglandins in detrusor instability. Am J Obstet Gynecol. 1991 Dec; 165: 1833-6

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5. Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**3527**    Bergman, A., Stanczyk, F.Z., and Lobo, R.A. The role of prostaglandins in detrusor instability. Am J Obstet Gynecol. 1991 Dec; 165: 1833-1836

**10700**    Bergman, J., Elia, G. Effects of the menstrual cycle on urodynamic work-up: should we change our practice?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 375-7

**59116**    Bergman, J., Robertson, J. R., Elia, G. Effects of a magnetic field on pelvic floor muscle function in women with stress urinary incontinence. Altern Ther Health Med. 2004 May-Jun; 10: 70-2

**10115**    Bergmark, K., Avall-Lundqvist, E., Dickman, P. W., Henningsohn, L., Steineck, G. Patient-rating of distressful symptoms after treatment for early cervical cancer. Acta Obstet Gynecol Scand. 2002 May; 81: 443-50

**56460**    Bergquist, S. Pressure ulcer prediction in older adults receiving home health care: implications for use with the OASIS. Adv Skin Wound Care. 2003 May-Jun; 16: 132-9

**41499**    Bergstrom, K., Carlsson, C. P., Lindholm, C., Widengren, R. Improvement of urge- and mixed-type incontinence after acupuncture treatment among elderly women - a pilot study. J Auton Nerv Syst. 2000 Mar 15; 79: 173-80

**59084**    Berkowitz, L. R. Case records of the Massachusetts General Hospital. Weekly clinicopathological exercises. Case 20-2004. A 46-year-old woman with pelvic-floor relaxation after a second vaginal delivery. N Engl J Med. 2004 Jun 24; 350: 2699-706

**41857**    Berlowitz, D. R., Brand, H. K., Perkins, C. Geriatric syndromes as outcome measures of hospital care: can administrative data be used?. J Am Geriatr Soc. 1999 Jun; 47: 692-6

**11286**    Berman, C. J., Kreder, K. J. Comparative cost analysis of collagen injection and fascia lata sling cystourethropexy for the treatment of type III incontinence in women. J Urol. 1997 Jan; 157: 122-4

**54770**    Berman, M. L., Truong, T. H., DiSaia, P. J., Chan, J. K. Modified technique for suprapubic catheter insertion that avoids urinary leakage. Am J Obstet Gynecol. 2003 Dec; 189: 1670-1

**43932**    Bernard, M. A. Urinary incontinence in elderly females. J Okla State Med Assoc. 1994 May; 87: 217-24

**44379**    Berned Muller, E., Nordwall, A., von Wendt, L. The influence of scoliosis brace treatment on function in children with myelomeningocele. Acta Paediatr. 1992 Nov; 81: 925-8

**3208**    Berned-Muller, E., Nordwall, A., and von-Wendt, L. The influence of scoliosis brace treatment on function in children with myelomeningocele. Acta Paediatr. 1992 Nov; 81: 925-928

**57250**    Bernier, F. Applying Orem's Self-Care Deficit Theory of Nursing to continence care: Part 2. Urol Nurs. 2002 Dec; 22: 384-90

**57260**    Bernier, F. Relationship of a pelvic floor rehabilitation program for urinary incontinence to Orem's Self-Care Deficit Theory of Nursing: Part 1. Urol Nurs. 2002 Dec; 22: 378-83, 390; quiz 391

**11594**    Bernier, F., Harris, L. Treating stress incontinence with the bladder neck support prosthesis. Urol Nurs. 1995 Mar; 15: 5-9

**42605**    Bernier, F., Jenkins, P. The role of vaginal estrogen in the treatment of urogenital dysfunction in postmenopausal women. Urol Nurs. 1997 Sep; 17: 92-5

**10982**    Bernier, P. A., Zimmern, P. E. Bone anchor removal after bladder neck suspension. Br J Urol. 1998 Aug; 82: 302-3

**42663**    Bernier, P. A., Zimmern, P. E., Saboorian, M. H., Chassagne, S. Female outlet obstruction after repeated collagen injections. Urology. 1997 Oct; 50: 618-21

**11270**    Bernstein, I. T. The pelvic floor muscles: muscle thickness in healthy and urinary- incontinent women measured by perineal ultrasonography with reference to the effect of pelvic floor training. Estrogen receptor studies. Neurourol Urodyn. 1997; 16: 237-75

**44773**    Bernstein, I. T., Bennicke, K., Rordam, P., Klarskov, P., Iversen, H. G. Bricker's ileal conduit urinary diversion with a simple non-refluxing uretero ileal anastomosis. Scand J Urol Nephrol. 1991; 25: 29-33

# American Urological Association, Inc.

**SUI Guidelines Panel**

| | |
|---|---|
| 43343 | Bernstein, I., Sejr, T., Able, I., Andersen, J. T., Fischer-Rasmussen, W., Klarskov, P., Lose, G., Madsen, H., Mortensen, S., Tetzschner, T., Walter, S. Assessment of lower urinary tract symptoms in women by a self-administered questionnaire: test-retest reliability. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 37-47 |
| 3678 | Bernstein, I.T., Bennicke, K., Rordam, P., Klarskov, P., and Iversen, H.G. Bricker's ileal conduit urinary diversion with a simple non-refluxing uretero ileal anastomosis. Scand J Urol Nephrol. 1991; 25: 29-33 |
| 3716 | Bethell, C. Pre-school and adolescent incontinence [letter]. N Z Nurs J. 1991 Apr; 84: 4-5 |
| 51460 | Betson, L. H., Siddiqui, G., Bhatia, N. N. Intrinsic urethral sphincteric deficiency: critical analysis of various diagnostic modalities. Curr Opin Obstet Gynecol. 2003 Oct; 15: 411-7 |
| 10063 | Bewley, S., Cockburn, J. II. The unfacts of 'request' caesarean section. BJOG. 2002 Jun; 109: 597-605 |
| 40830 | Beyersdorff, D., Schiemann, T., Taupitz, M., Kooijman, H., Hamm, B., Nicolas, V. Sectional depiction of the pelvic floor by CT, MR imaging and sheet plastination: computer-aided correlation and 3D model. Eur Radiol. 2001; 11: 659-64 |
| 10248 | Bezerra, C. A., Bruschini, H. Suburethral sling operations for urinary incontinence in women. Cochrane Database Syst Rev. 2001; : CD001754 |
| 10583 | Bezerra, C. A., Bruschini, H. Suburethral sling operations for urinary incontinence in women. Cochrane Database Syst Rev. 2000; : CD001754 |
| 10624 | Bezerra, C. A., Sadi, M. V. Comparison of vaginal wall sling and modified vaginal wall sling for stress urinary incontinence. Sao Paulo Med J. 2000 May 4; 118: 63-8 |
| 41448 | Bhandarkar, A. D., Raju, A. M., Rao, M. S. Single unilateral ectopic bifid ureter with contralateral orthotopic quadrufid ureter--a rare combination. J Postgrad Med. 1997 Oct-Dec; 43: 104-5 |
| 10753 | Bhatia, N. N. A vaginal approach to Burch's retropubic urethropexy. Curr Opin Obstet Gynecol. 1999 Oct; 11: 473-6 |
| 10509 | Bhatia, N. N. Dynamics of voiding in women. Curr Opin Obstet Gynecol. 2000 Oct; 12: 383-6 |
| 10545 | Bhatia, N. N. Transvaginal approach to Cooper's ligament during incontinence surgery. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 201-3 |
| 10206 | Bhatnagar, V., Dave, S., Agarwala, S., Mitra, D. K. Augmentation colocystoplasty in bladder exstrophy. Pediatr Surg Int. 2002 Jan; 18: 43-9 |
| 41847 | Bhatnagar, V., Lal, R., Agarwala, S., Mitra, D. K. Bladder-neck repair in urinary bladder exstrophy. Pediatr Surg Int. 1999; 15: 290-3 |
| 11331 | Bhattacharya, S., Mollison, J., Pinion, S., Parkin, D. E., Abramovich, D. R., Terry, P., Kitchener, H. C. A comparison of bladder and ovarian function two years following hysterectomy or endometrial ablation. Br J Obstet Gynaecol. 1996 Sep; 103: 898-903 |
| 10507 | Bidmead, J., Cardozo, L. Genuine stress incontinence: colpocystourethropexy versus sling procedures. Curr Opin Obstet Gynecol. 2000 Oct; 12: 421-6 |
| 10261 | Bidmead, J., Cardozo, L. Retropubic urethropexy (Burch colposuspension). Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 262-5 |
| 10604 | Bidmead, J., Cardozo, L. Short cut to continence?. Lancet. 2000 Jun 24; 355: 2183-4 |
| 10678 | Bidmead, J., Cardozo, L. Sling techniques in the treatment of genuine stress incontinence. BJOG. 2000 Feb; 107: 147-56 |
| 10675 | Bidmead, J., Cardozo, L., Khullar, V., Toozs-Hobson, P. The pubofascial anchor sling procedure for recurrent genuine urinary stress incontinence. BJU Int. 2000 Jan; 85: 171-2 |
| 10401 | Bidmead, J., Cardozo, L., McLellan, A., Khullar, V., Kelleher, C. A comparison of the objective and subjective outcomes of colposuspension for stress incontinence in women. BJOG. 2001 Apr; 108: 408-13 |

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

**10431** Bidmead, J., Toozs-Hobson, P., Cardozo, L., Robinson, D., Bailey, J. Randomised comparison of Burch colposuspension versus anterior colporrhaphy for patients with stress urinary incontinence. BJOG. 2001 Jan; 108: 128-9

**3353** Bierwirth, W.W. Which pad is for you?. Urol Nurs. 1992 Jun; 12: 75-77

**43653** Biesecker, J. E., Edlich, R. F., Thomas, H. L., Jr, Steers, W. D. Recent advances in absorbent products for the incontinent patient with burns. J Burn Care Rehabil. 1995 Mar-Apr; 16: 146-53; discussion 145

**42734** Bigio, E. H., Weiner, M. F., Bonte, F. J., White, C. L. Familial dementia due to adult polyglucosan body disease. Clin Neuropathol. 1997 Jul-Aug; 16: 227-34

**10661** Bignell, V. Alleviating the distress of urinary incontinence. Community Nurse. 1999 Oct; 5: 19-20, 22

**40959** Bignell, V. Using charts to assess urinary incontinence. Community Nurse. 1999 Dec; 5: 23-4

**42622** Bihrle, R. The Indiana pouch continent urinary reservoir. Urol Clin North Am. 1997 Nov; 24: 773-9

**12088** Bihrle, W., 3rd, Tarantino, A. F. Complications of retropubic bladder neck suspension. Urology. 1990 Mar; 35: 213-4

**5267** Bihrle, W., Tarantino, A.F. Complications of retropubic bladder neck suspension. Urology. 1990 Mar; 35: 213-214

**41576** Billington, A. Incontinence in older women. Elder Care. 1999 Nov; 11: 32-3

**43245** Billington, A. Workplace continence awareness. Occup Health (Lond). 1996 Mar; 48: 96

**41534** Bingol, A., Yucemen, N., Meco, O. Medically treated intraspinal 'Brucella' granuloma. Surg Neurol. 1999 Dec; 52: 570-6

**3125** Binnie, F. Incontinent patients take part in test. N Z Nurs J. 1993 Feb; 86: 12-14

**44842** Binstock, M. A., Semrad, N., Dubow, L., Watring, W. Combined vesicovaginal-ureterovaginal fistulas associated with a vaginal foreign body. Obstet Gynecol. 1990 Nov; 76: 918-21

**3915** Binstock, M.A., Semrad, N., Dubow, L., and Watring, W. Combined vesicovaginal-ureterovaginal fistulas associated with a vaginal foreign body. Obstet Gynecol. 1990 Nov; 76: 918-921

**58000** Birch, C., Fynes, M. M. The role of synthetic and biological prostheses in reconstructive pelvic floor surgery. Curr Opin Obstet Gynecol. 2002 Oct; 14: 527-35

**42630** Bird, M. R., Hii, S., McCrory, P. R., Donnan, G. A. Urinary incontinence in elderly patients with acute stroke and hip fracture. Med J Aust. 1997 Oct 20; 167: 415

**50370** Birnbaum, H. G., Leong, S. A., Oster, E. F., Kinchen, K., Sun, P. Cost of stress urinary incontinence: a claims data analysis. Pharmacoeconomics. 2004; 22: 95-105

**50620** Birnbaum, H., Leong, S., Kabra, A. Lifetime medical costs for women: cardiovascular disease, diabetes, and stress urinary incontinence. Womens Health Issues. 2003 Nov-Dec; 13: 204-13

**44416** Bishop, K. R., Dougherty, M., Mooney, R., Gimotty, P., Williams, B. Effects of age, parity, and adherence on pelvic muscle response to exercise. J Obstet Gynecol Neonatal Nurs. 1992 Sep-Oct; 21: 401-6

**3261** Bishop, K.R., Dougherty, M., Mooney, R., Gimotty, P., and Williams, B. Effects of age, parity, and adherence on pelvic muscle response to exercise. J Obstet Gynecol Neonatal Nurs. 1992 Sep-Oct; 21: 401-406

**4103** Bitsch, M., Nerstrom, H., Nordling, J., and Hald, T. Upper urinary tract deterioration after implantation of artificial urinary sphincter. Scand J Urol Nephrol. 1990; 24: 31-34

**45056** Bitsch, M., Nerstrom, H., Nordling, J., Hald, T. Upper urinary tract deterioration after implantation of artificial urinary sphincter. Scand J Urol Nephrol. 1990; 24: 31-4

**42081** Biyani, C. S., Upsdell, S. M. An unusual foreign body in the bladder 7 years after a Stamey endoscopic bladder neck suspension. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 303-4

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

---

**59217**   Bjelic-Radisic, V., Dorfer, M., Tamussino, K., Greimel, E. Psychometric properties and validation of the German-language King's Health Questionnaire in women with stress urinary incontinence. Neurourol Urodyn. 2005; 24: 63-8

**11094**   Bjornsdottir, L. T., Geirsson, R. T., Jonsson, P. V. Urinary incontinence and urinary tract infections in octogenarian women. Acta Obstet Gynecol Scand. 1998 Jan; 77: 105-9

**11030**   Black, N. A., Bowling, A., Griffiths, J. M., Pope, C., Abel, P. D. Impact of surgery for stress incontinence on the social lives of women. Br J Obstet Gynaecol. 1998 Jun; 105: 605-12

**11317**   Black, N. A., Downs, S. H. The effectiveness of surgery for stress incontinence in women: a systematic review. Br J Urol. 1996 Oct; 78: 497-510

**11291**   Black, N. A., Griffiths, J. M., Pope, C., Stanley, J., Bowling, A., Abel, P. D. Sociodemographic and symptomatic characteristics of women undergoing stress incontinence surgery in the UK. Br J Urol. 1996 Dec; 78: 847-55

**11434**   Black, N., Griffiths, J., Pope, C. Development of a symptom severity index and a symptom impact index for stress incontinence in women. Neurourol Urodyn. 1996; 15: 630-40

**11141**   Black, N., Griffiths, J., Pope, C., Bowling, A., Abel, P. Impact of surgery for stress incontinence on morbidity: cohort study. BMJ. 1997 Dec 6; 315: 1493-8

**4042**   Black, P.A. Urinary incontinence: a many faceted problem. Prof Nurse. 1990 Apr; 5: 378-384

**11054**   Black, S. A., Goodwin, J. S., Markides, K. S. The association between chronic diseases and depressive symptomatology in older Mexican Americans. J Gerontol A Biol Sci Med Sci. 1998 May; 53: M188-94

**50310**   Blackwell, A. L., Yoong, W., Moore, K. H. Criterion validity, test-retest reliability and sensitivity to change of the St George Urinary Incontinence Score. BJU Int. 2004 Feb; 93: 331-5

**43333**   Bladou, F., Houvenaeghel, G., Delpero, J. R., Monges, G., Serment, G., Guerinel, G. Construction of a urinary sphincter by means of an electrically stimulated striated muscle: experimental procedure and urodynamic results on canine model. Int Surg. 1996 Jan-Mar; 81: 94-8

**42015**   Blair, K. A., White, N. Are older women offered adequate health care?. J Gerontol Nurs. 1998 Oct; 24: 39-44

**11088**   Blaivas, J. G. Female urology. J Urol. 1998 Apr; 159: 1202

**42532**   Blaivas, J. G. 'If you build it, they will come'. Neurourol Urodyn. 1998; 17: 1-2

**42484**   Blaivas, J. G. Outcome measures for urinary incontinence. Urology. 1998 Feb; 51: 11-9

**53550**   Blaivas, J. G. The Emperor's new clothes. Neurourol Urodyn. 2003; 22: 1

**42923**   Blaivas, J. G., Appell, R. A., Fantl, J. A., Leach, G., McGuire, E. J., Resnick, N. M., Raz, S., Wein, A. J. Standards of efficacy for evaluation of treatment outcomes in urinary incontinence: recommendations of the Urodynamic Society. Neurourol Urodyn. 1997; 16: 145-7

**50280**   Blaivas, J. G., Flisser, A. J., Tash, J. A. Treatment of primary bladder neck obstruction in women with transurethral resection of the bladder neck. J Urol. 2004 Mar; 171: 1172-5

**41191**   Blaivas, J. G., Groutz, A. Bladder outlet obstruction nomogram for women with lower urinary tract symptomatology. Neurourol Urodyn. 2000; 19: 553-64

**11404**   Blaivas, J. G., Heritz, D. M. Vaginal flap reconstruction of the urethra and vesical neck in women: a report of 49 cases. J Urol. 1996 Mar; 155: 1014-7

**31608**   Blaivas, J. G., Heritz, D. M., Romanzi, L. J. Early versus late repair of vesicovaginal fistulas: vaginal and abdominal approaches. J Urol. 1995 Apr; 153: 1110-2; discussion 1112-3

**11978**   Blaivas, J. G., Jacobs, B. Z. Pubovaginal fascial sling for the treatment of complicated stress urinary incontinence. J Urol. 1991 Jun; 145: 1214-8

**4150**   Blaivas, J.G. Diagnostic evaluation of incontinence in patients with neurologic disease. J Am Geriatr Soc. 1990 Mar; 38: 306-310

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 5282 | Blaivas, J.G. Surgical treatment of urinary incontinence in 223 consecutive women. Neurourology and Urodynamics. 1990; 9: 401-402 |
| 3739 | Blaivas, J.G. Treatment of female incontinence secondary to urethral damage or loss. Urol Clin North Am. 1991 May; 18: 355-363 |
| 41279 | Blakeman, P. J., Hilton, P., Bulmer, J. N. Oestrogen and progesterone receptor expression in the female lower urinary tract, with reference to oestrogen status. BJU Int. 2000 Jul; 86: 32-8 |
| 43029 | Blakeman, P., Hilton, P. Cellular and molecular biology in urogynaecology. Curr Opin Obstet Gynecol. 1996 Oct; 8: 357-60 |
| 56200 | Bland, D. R., Dugan, E., Cohen, S. J., Preisser, J., Davis, C. C., McGann, P. E., Suggs, P. K., Pearce, K. F. The effects of implementation of the Agency for Health Care Policy and Research urinary incontinence guidelines in primary care practices. J Am Geriatr Soc. 2003 Jul; 51: 979-84 |
| 41593 | Bland, D. R., Earle, B. B., Vitolins, M. Z., Burke, G. Use of the Pelvic Organ Prolapse staging system of the International Continence Society, American Urogynecologic Society, and Society of Gynecologic Surgeons in perimenopausal women. Am J Obstet Gynecol. 1999 Dec; 181: 1324-7; discussion 1327-8 |
| 10842 | Blander, D. S., Carpiniello, V. L., Harryhill, J. F., Malloy, T. R., Rovner, E. S. Extraperitoneal laparoscopic urethropexy with Marlex mesh. Urology. 1999 May; 53: 985-9 |
| 44640 | Blandy, J. P., Badenoch, D. F., Fowler, C. G., Jenkins, B. J., Thomas, N. W. Early repair of iatrogenic injury to the ureter or bladder after gynecological surgery. J Urol. 1991 Sep; 146: 761-5 |
| 3628 | Blandy, J.P., Badenoch, D.F., Fowler, C.G., Jenkins, B.J., and Thomas, N.W. Early repair of iatrogenic injury to the ureter or bladder after gynecological surgery. J Urol. 1991 Sep; 146: 761-765 |
| 40362 | Blanes, L., Pinto Rde, C., Santos, V. L. Urinary incontinence knowledge and attitudes in Sao Paulo. Ostomy Wound Manage. 2001 Dec; 47: 43-51 |
| 3482 | Blannin, J. Continence--breaking point. Nurs Times. 1992 Jan 29-Feb 4; 88: 61-64 |
| 3432 | Bliss, M.R. Stroke [letter]. Lancet. 1992 May 2; 339: 1113 |
| 57460 | Bloch, J., Vernet, O., Aube, M., Villemure, J. G. Non-obstructive hydrocephalus associated with intracranial schwannomas: hyperproteinorrhachia as an etiopathological factor?. Acta Neurochir (Wien). 2003 Jan; 145: 73-8 |
| 57680 | Block, C. A., Cooper, C. S., Hawtrey, C. E. Long-term efficacy of periurethral collagen injection for the treatment of urinary incontinence secondary to myelomeningocele. J Urol. 2003 Jan; 169: 327-9 |
| 43376 | Blok, C. Re: Extensive urodynamic investigation: interaction among diuresis, detrusor instability, urethral relaxation, incontinence and complaints in women with a history of urge incontinence. J Urol. 1996 Jan; 155: 290-1 |
| 3138 | Blomerth, P.R. Normal pressure hydrocephalus. J Manipulative Physiol Ther. 1993 Feb; 16: 104-106 |
| 10226 | Blonski, J. Is tolterodine (Detrol) or oxybutynin (Ditropan) the best for treatment of urge urinary incontinence?. J Fam Pract. 2001 Dec; 50: 1017 |
| 43514 | Bloom, D. A., Faerber, G., Bomalaski, M. D. Urinary incontinence in girls. Evaluation, treatment, and its place in the standard model of voiding dysfunctions in children. Urol Clin North Am. 1995 Aug; 22: 521-38 |
| 50590 | Blue, D. R., Daniels, D. V., Gever, J. R., Jett, M. F., O'Yang, C., Tang, H. M., Williams, T. J., Ford, A. P. Pharmacological characteristics of Ro 115-1240, a selective alpha1A/1L-adrenoceptor partial agonist: a potential therapy for stress urinary incontinence. BJU Int. 2004 Jan; 93: 162-70 |
| 42341 | Blute, M. L., Gburek, B. M. Continent orthotopic urinary diversion in female patients: early Mayo Clinic experience. Mayo Clin Proc. 1998 Jun; 73: 501-7 |
| 11603 | Bo, K. Adherence to pelvic floor muscle exercise and long-term effect on stress urinary incontinence. A five-year follow-up study. Scand J Med Sci Sports. 1995 Feb; 5: 36-9 |
| 10976 | Bo, K. Effect of electrical stimulation on stress and urge urinary incontinence. Clinical outcome and practical recommendations based on randomized controlled trials. Acta Obstet Gynecol Scand Suppl. 1998; 168: 3-11 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5  Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

---

**51050**  Bo, K. Pelvic floor muscle strength and response to pelvic floor muscle training for stress urinary incontinence. Neurourol Urodyn. 2003; 22: 654-8

**11709**  Bo, K. Reproducibility of instruments designed to measure subjective evaluation of female stress urinary incontinence. Scand J Urol Nephrol. 1994 Mar; 28: 97-100

**11601**  Bo, K. Vaginal weight cones. Theoretical framework, effect on pelvic floor muscle strength and female stress urinary incontinence. Acta Obstet Gynecol Scand. 1995 Feb; 74: 87-92

**41427**  Bo, K., Berghmans, L. C. Nonpharmacologic treatments for overactive bladder-pelvic floor exercises. Urology. 2000 May; 55: 7-11; discussion 14-6

**10247**  Bo, K., Borgen, J. S. Prevalence of stress and urge urinary incontinence in elite athletes and controls. Med Sci Sports Exerc. 2001 Nov; 33: 1797-802

**51010**  Bo, K., Finckenhagen, H. B. Is there any difference in measurement of pelvic floor muscle strength in supine and standing position?. Acta Obstet Gynecol Scand. 2003 Dec; 82: 1120-4

**10257**  Bo, K., Finckenhagen, H. B. Vaginal palpation of pelvic floor muscle strength: inter-test reproducibility and comparison between palpation and vaginal squeeze pressure. Acta Obstet Gynecol Scand. 2001 Oct; 80: 883-7

**30453**  Bo, K., Lilleas, F., Talseth, T., Hedland, H. Dynamic MRI of the pelvic floor muscles in an upright sitting position. Neurourol Urodyn. 2001; 20: 167-74

**11441**  Bo, K., Maanum, M. Does vaginal electrical stimulation cause pelvic floor muscle contraction? A pilot study. Scand J Urol Nephrol Suppl. 1996; 179: 39-45

**59283**  Bo, K., Sherburn, M. Evaluation of female pelvic-floor muscle function and strength. Phys Ther. 2005 Mar; 85: 269-82

**11627**  Bo, K., Stien, R., Kulseng-Hanssen, S., Kristofferson, M. Clinical and urodynamic assessment of nulliparous young women with and without stress incontinence symptoms: a case-control study. Obstet Gynecol. 1994 Dec; 84: 1028-32

**11256**  Bo, K., Talseth, T. Change in urethral pressure during voluntary pelvic floor muscle contraction and vaginal electrical stimulation. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 3-6; discussion 6-7

**11414**  Bo, K., Talseth, T. Long-term effect of pelvic floor muscle exercise 5 years after cessation of organized training. Obstet Gynecol. 1996 Feb; 87: 261-5

**10877**  Bo, K., Talseth, T., Holme, I. Single blind, randomised controlled trial of pelvic floor exercises, electrical stimulation, vaginal cones, and no treatment in management of genuine stress incontinence in women. BMJ. 1999 Feb 20; 318: 487-93

**10575**  Bo, K., Talseth, T., Vinsnes, A. Randomized controlled trial on the effect of pelvic floor muscle training on quality of life and sexual problems in genuine stress incontinent women. Acta Obstet Gynecol Scand. 2000 Jul; 79: 598-603

**42329**  Bochner, B. H., Figueroa, A. J., Skinner, E. C., Lieskovsky, G., Petrovich, Z., Boyd, S. D., Skinner, D. G. Salvage radical cystoprostatectomy and orthotopic urinary diversion following radiation failure. J Urol. 1998 Jul; 160: 29-33

**10836**  Bodden-Heidrich, R., Beckmann, M. W., Libera, B., Rechenberger, I., Bender, H. G. Psychosomatic aspects of urinary incontinence. Arch Gynecol Obstet. 1999; 262: 151-8

**10092**  Bodelsson, G., Henriksson, L., Osser, S., Stjernquist, M. Short term complications of the tension free vaginal tape operation for stress urinary incontinence in women. BJOG. 2002 May; 109: 566-9

**11213**  Bodis, J., Domany, B., Torok, A., Buzogany, I., Gotz, F. Modified Gittes's needle colposuspension method complemented with the laparoscopic ventrosuspension of the uterus for the treatment of stress incontinence associated with stage III or IV pelvic organ prolapse. Am J Obstet Gynecol. 1997 Jun; 176: 1394-5

**40286**  Boemers, T. M. Urinary incontinence and vesicourethral dysfunction in pediatric surgical conditions. Semin Pediatr Surg. 2002 May; 11: 91-9

**43177**  Boemers, T. M., de Jong, T. P., van Gool, J. D., Bax, K. M. Urologic problems in anorectal malformations. Part 2: functional urologic sequelae. J Pediatr Surg. 1996 May; 31: 634-7

---

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

**59234**   Boemers, T. M., Schimke, C. M. Colpo-wrap: a new continence procedure. BJU Int. 2005 May; 95: 1063-4

**43254**   Boemers, T. M., Soorani-Lunsing, I. J., de Jong, T. P., Pruijs, H. E. Urological problems after surgical treatment of scoliosis in children with myelomeningocele. J Urol. 1996 Mar; 155: 1066-9

**11752**   Boemers, T. M., van Gool, J. D., de Jong, T. P. Displacement of incontinence device into the bladder. Br J Urol. 1993 Dec; 72: 985

**40321**   Bogner, H. R., Gallo, J. J., Sammel, M. D., Ford, D. E., Armenian, H. K., Eaton, W. W. Urinary incontinence and psychological distress in community-dwelling older adults. J Am Geriatr Soc. 2002 Mar; 50: 489-95

**11160**   Bogren, M. A., Hvarfwen, E., Fridlund, B. Urinary incontinence among a 65-year old Swedish population: medical history and psychosocial consequences. Vard Nord Utveckl Forsk. 1997; 17: 21-4

**11108**   Bogren, M. A., Hvarfwen, E., Fridlund, B. Urinary incontinence among a 65-year old Swedish population: medical history and psychosocial consequences. Vard Nord Utveckl Forsk. 1997 Winter; 17: 14-7

**11819**   Bohm-Velez, M., Mendelson, E. B. Transperineal ultrasound assists in GU diagnoses. Diagn Imaging (San Franc). 1993 Apr; Suppl: 48-53, 64

**57870**   Bolduc, S., Capolicchio, G., Upadhyay, J., Bagli, D. J., Khoury, A. E., McLorie, G. A. The fate of the upper urinary tract in exstrophy. J Urol. 2002 Dec; 168: 2579-82; discussion 2582

**57130**   Bolduc, S., Upadhyay, J., Payton, J., Bagli, D. J., McLorie, G. A., Khoury, A. E., Farhat, W. The use of tolterodine in children after oxybutynin failure. BJU Int. 2003 Mar; 91: 398-401

**55880**   Bollard, R. C., Gardiner, A., Duthie, G. S., Lindow, S. W. Anal sphincter injury, fecal and urinary incontinence: a 34-year follow-up after forceps delivery. Dis Colon Rectum. 2003 Aug; 46: 1083-8

**11416**   Bomalaski, M. D., Bloom, D. A., McGuire, E. J., Panzl, A. Glutaraldehyde cross-linked collagen in the treatment of urinary incontinence in children. J Urol. 1996 Feb; 155: 699-702

**10120**   Bombier, L., Freeman, R. M., Perkins, E. P., Williams, M. P., Shaw, S. R. Why do women have voiding dysfunction and de novo detrusor instability after colposuspension?. BJOG. 2002 Apr; 109: 402-12

**59192**   Bombieri, L. Is there a role for colposuspension?. BJOG. 2004 Dec; 111 Suppl 1: 46-8

**53120**   Bombieri, L., Freeman, R. M. Do bladder neck position and amount of elevation influence the outcome of colposuspension?. BJOG. 2003 Feb; 110: 197-200

**11022**   Bombieri, L., Freeman, R. M. Recurrence of stress incontinence after vault suspension: can it be prevented?. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 58-60

**10121**   Bombieri, L., Freeman, R. M., Perkins, E. P., Williams, M. P., Shaw, S. R. Objective assessment of bladder neck elevation and urethral compression at colposuspension. BJOG. 2002 Apr; 109: 395-401

**59168**   Bonnet, P., Waltregny, D., Reul, O., de Leval, J. Transobturator vaginal tape inside out for the surgical treatment of female stress urinary incontinence: anatomical considerations. J Urol. 2005 Apr; 173: 1223-8

**11908**   Bonney, W. Voiding dysfunction and incontinence. Iowa Med. 1992 Apr; 82: 173-5

**42749**   Bonney, W. W., Gupta, S., Hunter, D. R., Arndt, S. Bladder dysfunction in schizophrenia. Schizophr Res. 1997 Jun 20; 25: 243-9

**44423**   Boone, T. B., Roehrborn, C. G., Hurt, G. Transurethral intravesical electrotherapy for neurogenic bladder dysfunction in children with myelodysplasia: a prospective, randomized clinical trial. J Urol. 1992 Aug; 148: 550-4

**3301**   Boone, T.B., Roehrborn, C.G., and Hurt, G. Transurethral intravesical electrotherapy for neurogenic bladder dysfunction in children with myelodysplasia: a prospective, randomized clinical trial. J Urol. 1992 Aug; 148: 550-554

**3259**   Boone, T.B., Wilson, W.T., and Husmann, D.A. Postpubertal genitourinary function following posterior urethral disruptions in children. J Urol. 1992 Oct; 148: 1232-1234

**3226**   Borenstein, R., Elchalal, U., Goldchmit, R., Rosenman, D., Ben-Hur, H., and Katz, Z. The importance of the endopelvic fascia repair during vaginal hysterectomy. Surg Gynecol Obstet. 1992 Dec; 175: 551-554

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

11858    Borenstein, R., Elchalal, U., Goldchmit, R., Rosenman, D., Ben-Hur, H., Katz, Z. The importance of the endopelvic fascia repair during vaginal hysterectomy. Surg Gynecol Obstet. 1992 Dec; 175: 551-4

42455    Borer, J. G., Bauer, S. B., Peters, C. A., Diamond, D. A., Decter, R. M., Shapiro, E. A single-system ectopic ureter draining an ectopic dysplastic kidney: delayed diagnosis in the young female with continuous urinary incontinence. Br J Urol. 1998 Mar; 81: 474-8

44237    Borer, J. G., Corgan, F. J., Krantz, R., Gordon, D. H., Maiman, M., Glassberg, K. I. Unilateral single vaginal ectopic ureter with ipsilateral hypoplastic pelvic kidney and bicornuate uterus. J Urol. 1993 May; 149: 1124-7

3093    Borer, J.G., Corgan, F.J., Krantz, R., Gordon, D.H., Maiman, M., and Glassberg, K.I. Unilateral single vaginal ectopic ureter with ipsilateral hypoplastic pelvic kidney and bicornuate uterus. J Urol. 1993 May; 149: 1124-1127

40201    Borrie, M. J., Bawden, M., Speechley, M., Kloseck, M. Interventions led by nurse continence advisers in the management of urinary incontinence: a randomized controlled trial. CMAJ. 2002 May 14; 166: 1267-73

40385    Borrie, M. J., Valiquette, L. Managing adults with urinary incontinence. Clinical practice guidelines. Can Fam Physician. 2002 Jan; 48: 114-6

3298    Borrie, M.J., Davidson, H.A. Incontinence in institutions: costs and contributing factors. Can Med Assoc J. 1992 Aug 1; 147: 322-328

3510    Borstad, E., Skrede, M., and Rud, T. Failure to predict and attempts to explain urinary stress incontinence following vaginal repair in continent women by using a modified lateral urethrocystography. Acta Obstet Gynecol Scand. 1991; 70: 501-506

12014    Borstad, E., Skrede, M., Rud, T. Failure to predict and attempts to explain urinary stress incontinence following vaginal repair in continent women by using a modified lateral urethrocystography. Acta Obstet Gynecol Scand. 1991; 70: 501-6

11758    Bortel, D. T. Candida osteomyelitis pubis following a Marshall-Marchetti procedure. Orthopedics. 1993 Dec; 16: 1353-5

10685    Bortolotti, A., Bernardini, B., Colli, E., Di Benedetto, P., Giocoli Nacci, G., Landoni, M., Lavezzari, M., Pagliarulo, A., Salvatore, S., von Heland, M., Parazzini, F., Artibani, W. Prevalence and risk factors for urinary incontinence in Italy. Eur Urol. 2000 Jan; 37: 30-5

10113    Borup, K., Nielsen, J. B. Results in 32 women operated for genuine stress incontinence with the pubovaginal sling procedure ad modum Ed McGuire. Scand J Urol Nephrol. 2002; 36: 128-33

44359    Borzi, P. A., Bruce, J., Gough, D. C. Continent cutaneous diversions in children: experience with the Mitrofanoff procedure. Br J Urol. 1992 Dec; 70: 669-73

3005    Borzi, P., Gough, D.C. Pedicled gastric tube as a catheterising conduit. Eur Urol. 1993; 24: 103-105

3176    Borzi, P.A., Bruce, J., and Gough, D.C. Continent cutaneous diversions in children: experience with the Mitrofanoff procedure. Br J Urol. 1992 Dec; 70: 669-673

41336    Bosch, J. L. The contemporary role of the artificial urinary sphincter. Curr Opin Urol. 2000 May; 10: 219-23

42317    Bosch, J. L., Groen, J. Neuromodulation: urodynamic effects of sacral (S3) spinal nerve stimulation in patients with detrusor instability or detrusor hyperflexia. Behav Brain Res. 1998 May; 92: 141-50

43526    Bosch, J. L., Groen, J. Sacral (S3) segmental nerve stimulation as a treatment for urge incontinence in patients with detrusor instability: results of chronic electrical stimulation using an implantable neural prosthesis. J Urol. 1995 Aug; 154: 504-7

41461    Bosch, J. L., Groen, J. Sacral nerve neuromodulation in the treatment of patients with refractory motor urge incontinence: long-term results of a prospective longitudinal study. J Urol. 2000 Apr; 163: 1219-22

41302    Bosch, J. L., Klijn, A. J., Schroder, F. H., Hop, W. C. The artificial urinary sphincter in 86 patients with intrinsic sphincter deficiency: satisfactory actuarial adequate function rates. Eur Urol. 2000 Aug; 38: 156-60

44663    Bosco, P. J., Bauer, S. B., Colodny, A. H., Mandell, J., Retik, A. B. The long-term results of artificial sphincters in children. J Urol. 1991 Aug; 146: 396-9

---

    © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A5. Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

**3655**   Bosco, P.J., Bauer, S.B., Colodny, A.H., Mandell, J., and Retik, A.B. The long-term results of artificial sphincters in children. J Urol. 1991 Aug; 146: 396-399

**11843**   Bosman, G., Vierhout, M. E., Huikeshoven, F. J. A modified Raz bladder neck suspension operation. Results of a one to three years follow-up investigation. Acta Obstet Gynecol Scand. 1993 Jan; 72: 47-9

**3145**   Bosman, G., Vierhout, M.E., and Huikeshoven, F.J. A modified Raz bladder neck suspension operation. Results of a one to three years follow-up investigation. Acta Obstet Gynecol Scand. 1993 Jan; 72: 47-49

**53770**   Boublil, V., Ciofu, C., Traxer, O., Sebe, P., Haab, F. Complications of urethral sling procedures. Curr Opin Obstet Gynecol. 2002 Oct; 14: 515-20

**11650**   Boulet, M. J., Oddens, B. J., Lehert, P., Vemer, H. M., Visser, A. Climacteric and menopause in seven South-east Asian countries. Maturitas. 1994 Oct; 19: 157-76

**43434**   Boulter, P. Increasing independence. Nurs Stand. 1995 Oct 18-24; 10: 18-20

**43871**   Bourcier, A. P. Physical therapy for female pelvic floor disorders. Curr Opin Obstet Gynecol. 1994 Aug; 6: 331-5

**11539**   Bourcier, A. P., Juras, J. C. Nonsurgical therapy for stress incontinence. Urol Clin North Am. 1995 Aug; 22: 613-27

**10144**   Boustead, G. B. The tension-free vaginal tape for treating female stress urinary incontinence. BJU Int. 2002 May; 89: 687-93

**40529**   Bower, W. F., Moore, K. H., Adams, R. D. A pilot study of the home application of transcutaneous neuromodulation in children with urgency or urge incontinence. J Urol. 2001 Dec; 166: 2420-2

**42118**   Bower, W. F., Moore, K. H., Adams, R. D., Shepherd, R. A urodynamic study of surface neuromodulation versus sham in detrusor instability and sensory urgency. J Urol. 1998 Dec; 160: 2133-6

**42651**   Bower, W. F., Moore, K. H., Adams, R. D., Shepherd, R. B. Frequency-volume chart data from incontinent children. Br J Urol. 1997 Oct; 80: 658-62

**3652**   Boyd, G. Terodiline for treating detrusor instability in elderly people [letter; comment]. Bmj. 1991 Jul 13; 303: 124

**3547**   Boyd, S.D., Lieskovsky, G., and Skinner, D.G. Kock pouch bladder replacement. Urol Clin North Am. 1991 Nov; 18: 641-648

**10543**   Boyington, A. R., Dougherty, M. C. Pelvic muscle exercise effect on pelvic muscle performance in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 212-8

**51190**   Boyington, A. R., Dougherty, M. C., Liao, Y. M. Analysis of interactive continence health information on the Web. J Wound Ostomy Continence Nurs. 2003 Sep; 30: 280-6

**41579**   Boyington, A. R., Tomlinson, B. U., Dougherty, M. C. Using a relational database to support nursing research. Comput Nurs. 1999 Nov-Dec; 17: 269-74; quiz 275-7

**50360**   Boyles, S. H., Weber, A. M., Meyn, L. Ambulatory procedures for urinary incontinence in the United States, 1994-1996. Am J Obstet Gynecol. 2004 Jan; 190: 33-6

**57450**   Boyles, S. H., Weber, A. M., Meyn, L. Procedures for pelvic organ prolapse in the United States, 1979-1997. Am J Obstet Gynecol. 2003 Jan; 188: 108-15

**56060**   Boyles, S. H., Weber, A. M., Meyn, L. Procedures for urinary incontinence in the United States, 1979-1997. Am J Obstet Gynecol. 2003 Jul; 189: 70-5

**3119**   Bozier, K. Continence. Part of the problem. Nurs Times. 1992 Mar 25-31; 88: 84-86

**42554**   Bozorgi, F., Connolly, L. P., Bauer, S. B., Neish, A. S., Tan, P. E., Schofield, D., Treves, S. T. Hypoplastic dysplastic kidney with a vaginal ectopic ureter identified by technetium-99m-DMSA scintigraphy. J Nucl Med. 1998 Jan; 39: 113-5

**44006**   Brading, A. F., Turner, W. H. The unstable bladder: towards a common mechanism. Br J Urol. 1994 Jan; 73: 3-8

**50420**   Bradley, C. S., Rovner, E. S. Urodynamically defined stress urinary incontinence and bladder outlet obstruction coexist in women. J Urol. 2004 Feb; 171: 757-60; discussion 760-1

# American Urological Association, Inc.

## SUI Guidelines Panel

**59184** Bradley, C. S., Rovner, E. S., Morgan, M. A., Berlin, M., Novi, J. M., Shea, J. A., Arya, L. A. A new questionnaire for urinary incontinence diagnosis in women: development and testing. Am J Obstet Gynecol. 2005 Jan; 192: 66-73

**43461** Bradley, M., Ferris, W., Barr, O. Continence promotion in adults with learning disabilities. Nurs Times. 1995 Sep 27-Oct 3; 91: 38-9

**59161** Bradshaw, H. D., Radley, S. C., Rosario, D. J., Chapple, C. R. Towards a better understanding of involuntary detrusor activity. BJU Int. 2005 Apr; 95: 799-803

**51870** Bradway, C. Urinary incontinence among older women. Measurement of the effect on health-related quality of life. J Gerontol Nurs. 2003 Jul; 29: 13-9

**10381** Brady, C. M., Ahmed, I., Drumm, J., Flood, H. D. A prospective evaluation of the efficiency of early postoperative bladder emptying after the Stamey procedure or pubovaginal sling for stress urinary incontinence. J Urol. 2001 May; 165: 1601-4

**43745** Branch, L. G., Walker, L. A., Wetle, T. T., DuBeau, C. E., Resnick, N. M. Urinary incontinence knowledge among community-dwelling people 65 years of age and older. J Am Geriatr Soc. 1994 Dec; 42: 1257-62

**42878** Brandeis, G. H., Baumann, M. M., Hossain, M., Morris, J. N., Resnick, N. M. The prevalence of potentially remediable urinary incontinence in frail older people: a study using the Minimum Data Set. J Am Geriatr Soc. 1997 Feb; 45: 179-84

**43953** Brandeis, G. H., Ooi, W. L., Hossain, M., Morris, J. N., Lipsitz, L. A. A longitudinal study of risk factors associated with the formation of pressure ulcers in nursing homes. J Am Geriatr Soc. 1994 Apr; 42: 388-93

**44349** Brandell, R. A., Brock, J. W., 3rd Common problems in pediatric urology. Compr Ther. 1993; 19: 11-6

**3026** Brandell, R.A., Brock, J.W., 3d. Common problems in pediatric urology. Compr Ther. 1993; 19: 11-16

**41452** Brandt, F. T., Albuquerque, C. D., Lorenzato, F. R., Amaral, F. J. Perineal assessment of urethrovesical junction mobility in young continent females. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 18-22

**44080** Braslis, K. G., Stephens, D. A. Uretero-fallopian fistula: an unusual complication of open ureterolithotomy. J Urol. 1993 Dec; 150: 1900-2

**10973** Bratt, H., Salvesen, K. A., Eriksen, B. C., Kulseng-Hanssen, S. Long-term effects ten years after maximal electrostimulation of the pelvic floor in women with unstable detrusor and urge incontinence. Acta Obstet Gynecol Scand Suppl. 1998; 168: 22-4

**41681** Braun, P. M., Boschert, J., Bross, S., Scheepe, J. R., Alken, P., Juenemann, P. Tailored laminectomy: a new technique for neuromodulator implantation. J Urol. 1999 Nov; 162: 1607-9

**40086** Braverman, A. S., Tallarida, R. J., Ruggieri, M. R., Sr Interaction between muscarinic receptor subtype signal transduction pathways mediating bladder contraction. Am J Physiol Regul Integr Comp Physiol. 2002 Sep; 283: R663-8

**42629** Braverman, D. L., Lachmann, E. A., Tunkel, R., Nagler, W. Multiple sclerosis presenting as a spinal cord tumor. Arch Phys Med Rehabil. 1997 Nov; 78: 1274-6

**3846** Braverman, R.M., Lebowitz, R.L. Occult ectopic ureter in girls with urinary incontinence: diagnosis by using CT. AJR Am J Roentgenol. 1991 Feb; 156: 365-366

**40429** Brazzelli, M., Shirran, E., Vale, L. Absorbent products for containing urinary and/or fecal incontinence in adults. J Wound Ostomy Continence Nurs. 2002 Jan; 29: 45-54

**11366** Breda, G., Silvestre, P., Gherardi, L., Xausa, D., Tamai, A., Giunta, A. Correction of stress urinary incontinence: laparoscopy combined with vaginal suturing. J Endourol. 1996 Jun; 10: 251-3

**11138** Breen, J. M., Geer, B. E., May, G. E. The fascia lata suburethral sling for treating recurrent urinary stress incontinence. Am J Obstet Gynecol. 1997 Dec; 177: 1363-5; discussion 1365-6

**3860** Breitenbucher, R.B. Minimizing urinary incontinence in the nursing home. Geriatrics. 1990 Dec; 45: 32-40

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 55300 | Bremer, R. E., Barber, M. D., Coates, K. W., Dolber, P. C., Thor, K. B. Innervation of the levator ani and coccygeus muscles of the female rat. Anat Rec. 2003 Nov; 275A: 1031-41 |
| 3389 | Brendler, C., Schlegel, P., Dowd, J., Kirby, R., and Zattoni, F. Surgical treatment for benign prostatic hyperplasia. Cancer. 1992 Jul 1; 70: 371-373 |
| 3330 | Brendler, C.B., Walsh, P.C. The role of radical prostatectomy in the treatment of prostate cancer. CA Cancer J Clin. 1992 Jul-Aug; 42: 212-222 |
| 40179 | Brennan, M. L., Evans, A. Why catheterize?: audit findings on the use of urinary catheters. Br J Nurs. 2001 May 10-23; 10: 580-90 |
| 11393 | Brenner, B. Colposuspension: a comparison of Stamey and laparoscopic Burch procedures. N Z Med J. 1996 Mar 8; 109: 84 |
| 10377 | Brenner, B. Comparing the laparoscopic Burch colposuspension and the suburethral sling. N Z Med J. 2001 Mar 23; 114: 146 |
| 11142 | Brenner, B. Expert system technology: a new aid for the gynaecologist in managing stress urinary incontinence. N Z Med J. 1997 Nov 14; 110: 425 |
| 11599 | Brenner, B. Is the Stamey colposuspension feasible as a day stay procedure?. N Z Med J. 1995 Feb 8; 108: 43 |
| 42977 | Brenner, H. Measures of differential diagnostic value of diagnostic procedures. J Clin Epidemiol. 1996 Dec; 49: 1435-39 |
| 44039 | Breza, J., Alemayehu, H. M., Hornak, M., Zvara, V. Advantages of converting incontinent to continent urinary diversion. Int Urol Nephrol. 1994; 26: 447-53 |
| 43702 | Breza, J., Hornak, M., Bardos, A., Zvara, P. Transformation of the Bricker to a continent urinary reservoir to eliminate severe complications of uretero-ileostomy performed in eight patients among 200 Bricker. Ann Urol (Paris). 1995; 29: 227-31 |
| 11123 | Brieger, G. M., Mongelli, M., Hin, L. Y., Chung, T. K. The epidemiology of urinary dysfunction in Chinese women. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 191-5 |
| 11408 | Brieger, G. M., Yip, S. K., Fung, Y. M., Chung, T. Genital prolapse: a legacy of the West?. Aust N Z J Obstet Gynaecol. 1996 Feb; 36: 52-4 |
| 11298 | Brieger, G. M., Yip, S. K., Hin, L. Y., Chung, T. K. The prevalence of urinary dysfunction in Hong Kong Chinese women. Obstet Gynecol. 1996 Dec; 88: 1041-4 |
| 11606 | Brieger, G., Ditton, J., Korda, A. Insertion of a permanent electrode for intractable detrusor instability. Aust N Z J Obstet Gynaecol. 1995 Feb; 35: 107-8 |
| 11918 | Brieger, G., Korda, A. The effect of obesity on the outcome of successful surgery for genuine stress incontinence. Aust N Z J Obstet Gynaecol. 1992 Feb; 32: 71-2 |
| 44534 | Briggs, M., Williams, E. S. Urinary incontinence. BMJ. 1992 Jan 25; 304: 255 |
| 3477 | Briggs, M., Williams, E.S. Urinary incontinence [letter; comment]. Bmj. 1992 Jan 25; 304: 255 |
| 11427 | Briggs, T. P., Shah, P. J., Rickards, D. Newer surgical techniques in urology. Chir Ital. 1996; 48: 5-6 |
| 3904 | Brindley, G.S. Treatment of urinary and faecal incontinence by surgically implanted devices. Ciba Found Symp. 1990; 151: 267-74;discussion274-82 |
| 3852 | Brindley, G.S., Rushton, D.N. Long-term follow-up of patients with sacral anterior root stimulator implants. Paraplegia. 1990 Oct; 28: 469-475 |
| 43769 | Brink, C. A., Wells, T. J., Sampselle, C. M., Taillie, E. R., Mayer, R. A digital test for pelvic muscle strength in women with urinary incontinence. Nurs Res. 1994 Nov-Dec; 43: 352-6 |
| 4136 | Brink, C.A. Absorbent pads, garments, and management strategies. J Am Geriatr Soc. 1990 Mar; 38: 368-373 |
| 10585 | Brink, D. M. Bowel injury following insertion of tension-free vaginal tape. S Afr Med J. 2000 May; 90: 450, 452 |

**Appendix A5 Bibliography sorted by Primary Author**

## American Urological Association, Inc.

### SUI Guidelines Panel

| | |
|---|---|
| 10715 | Brink, D. M., de Jong, P. R. New thoughts in the understanding of female urinary incontinence. S Afr Med J. 1999 Oct; 89: 1059-60 |
| 10594 | Bristow, S. E., Hasan, S. T., Neal, D. E. TENS: a treatment option for bladder dysfunction. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 185-90 |
| 41288 | Bristow, S. E., Hilton, P. Assessment and investigations for urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 227-49 |
| 3169 | Brito, C.G., Mulcahy, J.J., Mitchell, M.E., and Adams, M.C. Use of a double cuff AMS800 urinary sphincter for severe stress incontinence. J Urol. 1993 Feb; 149: 283-285 |
| 3636 | Britton, B. Continence. Marketing forces. Nurs Times. 1991 Aug 7-13; 87: 68,70 |
| 44261 | Brocklehurst, J. C. Urinary incontinence in the community--analysis of a MORI poll. BMJ. 1993 Mar 27; 306: 832-4 |
| 4133 | Brocklehurst, J.C. Professional and public education about incontinence. The British experience. J Am Geriatr Soc. 1990 Mar; 38: 384-386 |
| 3896 | Brocklehurst, J.C. Urinary incontinence in old age: helping the general practitioner to make a diagnosis. Gerontology. 1990; 36 Suppl 2: 3-7 |
| 3083 | Brocklehurst, J.C. Urinary incontinence in the community--analysis of a MORI poll [see comments]. Bmj. 1993 Mar 27; 306: 832-834 |
| 11874 | Brodak, P. P., Juma, S., Raz, S. Levator hernia. J Urol. 1992 Sep; 148: 872-3 |
| 43773 | Brodak, P. P., Scherz, H. C., Packer, M. G., Kaplan, G. W. Is urinary tract screening necessary for patients with cerebral palsy?. J Urol. 1994 Nov; 152: 1586-7 |
| 3278 | Brodak, P.P., Juma, S., and Raz, S. Levator hernia. J Urol. 1992 Sep; 148: 872-873 |
| 40701 | Brolmann, H. A., Vervest, H. A., Heineman, M. J. Declining trend in major gynaecological surgery in The Netherlands during 1991-1998. Is there an impact on surgical skills and innovative ability?. BJOG. 2001 Jul; 108: 743-8 |
| 41429 | Brook, I., Frazier, E. H. Aerobic and anaerobic microbiology of wound infection following spinal fusion in children. Pediatr Neurosurg. 2000 Jan; 32: 20-3 |
| 59062 | Brookes, S. T., Donovan, J. L., Wright, M., Jackson, S., Abrams, P. A scored form of the Bristol Female Lower Urinary Tract Symptoms questionnaire: data from a randomized controlled trial of surgery for women with stress incontinence. Am J Obstet Gynecol. 2004 Jul; 191: 73-82 |
| 43480 | Brooks, M. J. Assessment and nursing management of homebound clients with urinary incontinence. Home Healthc Nurse. 1995 Sep-Oct; 13: 11-6; quiz 17-9 |
| 3002 | Brooks, M.J. Urinary incontinence: assessment, treatment, and reimbursement. Home Healthc Nurse. 1993 Jul-Aug; 11: 41-46 |
| 41309 | Broome, B. A. Development and testing of a scale to measure self-efficacy for pelvic muscle exercises in women with urinary incontinence. Urol Nurs. 1999 Dec; 19: 258-68 |
| 40260 | Broome, B. A. Psychometric analysis of the Broome Pelvic Muscle Self-Efficacy Scale in African-American women with incontinence. Urol Nurs. 2001 Aug; 21: 289-97 |
| 10082 | Brophy, M. M., Klutke, J. J., Klutke, C. G. A review of the tension-free vaginal tape procedure: outcomes, complications, and theories. Curr Urol Rep. 2001 Oct; 2: 364-9 |
| 44323 | Broseta, E., Osca, J. M., Morera, J., Martinez-Agullo, E., Jimenez-Cruz, J. F. Urological manifestations of herpes zoster. Eur Urol. 1993; 24: 244-7 |
| 2996 | Broseta, E., Osca, JM., Morera, J., Martinez-Agullo, E., and Jimenez-Cruz, J.F. Urological manifestations of herpes zoster. Eur Urol. 1993; 24: 244-247 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

**SUI Guidelines Panel**

---

**10979** Brown, C. Pelvic floor rehabilitation: conservative treatment for incontinence. Ostomy Wound Manage. 1998 Jun; 44: 72-6

**11668** Brown, J. B., Copas, P. R., McDonald, T. W. Urodynamic studies before and after radical hysterectomy. J Tenn Med Assoc. 1994 Aug; 87: 332-4

**40202** Brown, J. S. Epidemiology and changing demographics of overactive bladder: a focus on the postmenopausal woman. Geriatrics. 2002 May; 57 Suppl 1: 6-12

**10813** Brown, J. S., Grady, D., Ouslander, J. G., Herzog, A. R., Varner, R. E., Posner, S. F. Prevalence of urinary incontinence and associated risk factors in postmenopausal women. Heart & Estrogen/Progestin Replacement Study (HERS) Research Group. Obstet Gynecol. 1999 Jul; 94: 66-70

**40963** Brown, J. S., McGhan, W. F., Chokroverty, S. Comorbidities associated with overactive bladder. Am J Manag Care. 2000 Jul; 6: S574-9

**56930** Brown, J. S., McNaughton, K. S., Wyman, J. F., Burgio, K. L., Harkaway, R., Bergner, D., Altman, D. S., Kaufman, J., Kaufman, K., Girman, C. J. Measurement characteristics of a voiding diary for use by men and women with overactive bladder. Urology. 2003 Apr; 61: 802-9

**56230** Brown, J. S., Nyberg, L. M., Kusek, J. W., Burgio, K. L., Diokno, A. C., Foldspang, A., Fultz, N. H., Herzog, A. R., Hunskaar, S., Milsom, I., Nygaard, I., Subak, L. L., Thom, D. H. Proceedings of the National Institute of Diabetes and Digestive and Kidney Diseases International Symposium on Epidemiologic Issues in Urinary Incontinence in Women. Am J Obstet Gynecol. 2003 Jun; 188: S77-88

**41764** Brown, J. S., Posner, S. F., Stewart, A. L. Urge incontinence: new health-related quality of life measures. J Am Geriatr Soc. 1999 Aug; 47: 980-8

**41249** Brown, J. S., Sawaya, G., Thom, D. H., Grady, D. Hysterectomy and urinary incontinence: a systematic review. Lancet. 2000 Aug 12; 356: 535-9

**43189** Brown, J. S., Seeley, D. G., Fong, J., Black, D. M., Ensrud, K. E., Grady, D. Urinary incontinence in older women: who is at risk? Study of Osteoporotic Fractures Research Group. Obstet Gynecol. 1996 May; 87: 715-21

**42011** Brown, J. S., Subak, L. L., Gras, J., Brown, B. A., Kuppermann, M., Posner, S. F. Urge incontinence: the patient's perspective. J Womens Health. 1998 Dec; 7: 1263-9

**40472** Brown, J. S., Vittinghoff, E., Kanaya, A. M., Agarwal, S. K., Hulley, S., Foxman, B. Urinary tract infections in postmenopausal women: effect of hormone therapy and risk factors. Obstet Gynecol. 2001 Dec; 98: 1045-52

**10596** Brown, J. S., Vittinghoff, E., Wyman, J. F., Stone, K. L., Nevitt, M. C., Ensrud, K. E., Grady, D. Urinary incontinence: does it increase risk for falls and fractures? Study of Osteoporotic Fractures Research Group. J Am Geriatr Soc. 2000 Jul; 48: 721-5

**40289** Brown, J. S., Waetjen, L. E., Subak, L. L., Thom, D. H., Van den Eeden, S., Vittinghoff, E. Pelvic organ prolapse surgery in the United States, 1997. Am J Obstet Gynecol. 2002 Apr; 186: 712-6

**3762** Brown, J., Thomas, E., McCallum, A., and White, H. Campaigning for continence. Nurs Times. 1991 Apr 3-9; 87: 66,68

**44724** Brown, J., Thomas, E., McCallum, A., White, H. Campaigning for continence. Nurs Times. 1991 Apr 3-9; 87: 66, 68

**3653** Brown, J., Thomas, E., White, H., and McCallum, A. An incontinence helpline service. Nurs Stand. 1991 Jun 12-18; 5: 25-27

**44683** Brown, J., Thomas, E., White, H., McCallum, A. An incontinence helpline service. Nurs Stand. 1991 Jun 12-18; 5: 25-7

**4092** Brown, J.P. A practical approach to teaching self-catheterization to children with myelomeningocele. J Enterostomal Ther. 1990 Mar-Apr; 17: 54-56

**42365** Brown, K., Hilton, P. Ambulatory monitoring. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 369-76

**10721** Brown, K., Hilton, P. The incidence of detrusor instability before and after colposuspension: a study using conventional and ambulatory urodynamic monitoring. BJU Int. 1999 Dec; 84: 961-5

---

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5  Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 10534 | Brown, S. L., Govier, F. E. Cadaveric versus autologous fascia lata for the pubovaginal sling: surgical outcome and patient satisfaction. J Urol. 2000 Nov; 164: 1633-7 |
| 42474 | Brown, S., Lumley, J. Maternal health after childbirth: results of an Australian population based survey. Br J Obstet Gynaecol. 1998 Feb; 105: 156-61 |
| 41157 | Brown, S., Lumley, J. Physical health problems after childbirth and maternal depression at six to seven months postpartum. BJOG. 2000 Oct; 107: 1194-201 |
| 40347 | Brown, W. J., Miller, Y. D. Too wet to exercise? Leaking urine as a barrier to physical activity in women. J Sci Med Sport. 2001 Dec; 4: 373-8 |
| 10855 | Browne, D. S. Re: The sign of stress incontinence--should we believe what we see?. Aust N Z J Obstet Gynaecol. 1999 Feb; 39: 139-40 |
| 12034 | Browne, D. S., Frazer, M. I. Abdominoperineal urethral suspension: a report of 20 cases. Aust N Z J Obstet Gynaecol. 1990 Nov; 30: 366-9 |
| 54310 | Browning, A. Prevention of residual urinary incontinence following successful repair of obstetric vesico-vaginal fistula using a fibro-muscular sling. BJOG. 2004 Apr; 111: 357-61 |
| 42373 | Brownlee, R. D., Clark, A. W., Sevick, R. J., Myles, S. T. Symptomatic hamartoma of the spinal cord associated with neurofibromatosis type 1. Case report. J Neurosurg. 1998 Jun; 88: 1099-103 |
| 41426 | Brubaker, L. Electrical stimulation in overactive bladder. Urology. 2000 May; 55: 17-23; discussion 31-2 |
| 40216 | Brubaker, L. Postpartum urinary incontinence. BMJ. 2002 May 25; 324: 1227-8 |
| 11488 | Brubaker, L. Sacrocolpopexy and the anterior compartment: support and function. Am J Obstet Gynecol. 1995 Dec; 173: 1690-5; discussion 1695-6 |
| 11515 | Brubaker, L. Suburethral sling release. Obstet Gynecol. 1995 Oct; 86: 686-8 |
| 50220 | Brubaker, L. Surgical treatment of urinary incontinence in women. Gastroenterology. 2004 Jan; 126: S71-6 |
| 10904 | Brubaker, L. Vaginal delivery and the pelvic floor. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 363-4 |
| 11184 | Brubaker, L., Benson, J. T., Bent, A., Clark, A., Shott, S. Transvaginal electrical stimulation for female urinary incontinence. Am J Obstet Gynecol. 1997 Sep; 177: 536-40 |
| 51470 | Brubaker, L., Cundiff, G., Fine, P., Nygaard, I., Richter, H., Visco, A., Zyczynski, H., Brown, M. B., Weber, A. A randomized trial of colpopexy and urinary reduction efforts (CARE): design and methods. Control Clin Trials. 2003 Oct; 24: 629-42 |
| 44161 | Brubaker, L., Kotarinos, R. Kegel or cut? Variations on his theme. J Reprod Med. 1993 Sep; 38: 672-8 |
| 44095 | Brubaker, L., Retzky, S., Smith, C., Saclarides, T. Pelvic floor evaluation with dynamic fluoroscopy. Obstet Gynecol. 1993 Nov; 82: 863-8 |
| 4031 | Brubaker, L., Sand, P.K. Cystometry, urethrocystometry, and videocystourethrography. Clin Obstet Gynecol. 1990 Jun; 33: 315-324 |
| 10760 | Bruce, R. G., El-Galley, R. E., Galloway, N. T. Paravaginal defect repair in the treatment of female stress urinary incontinence and cystocele. Urology. 1999 Oct; 54: 647-51 |
| 42168 | Bruce, R. G., McRoberts, J. W. Cecoappendicovesicostomy: conduit-lengthening technique for use in continent urinary reconstruction. Urology. 1998 Oct; 52: 702-4 |
| 10272 | Brune, M. E., O'Neill, A. B., Gauvin, D. M., Katwala, S. P., Altenbach, R. J., Brioni, J. D., Hancock, A. A., Sullivan, J. P. Comparison of alpha 1-adrenoceptor agonists in canine urethral pressure profilometry and abdominal leak point pressure models. J Urol. 2001 Oct; 166: 1555-9 |
| 40274 | Bryant, C. M., Dowell, C. J., Fairbrother, G. Caffeine reduction education to improve urinary symptoms. Br J Nurs. 2002 Apr 25-May 8; 11: 560-5 |
| 4102 | Bryant, J.E., Bueschen, A.J., Cohn, J.H., and Nading, A.M. Transurethral prostatectomy: analysis and comparison of four clinical series. South Med J. 1990 Apr; 83: 386-389 |

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

---

**42343**  Brylewski, J. E., Wiggs, L. A questionnaire survey of sleep and night-time behaviour in a community- based sample of adults with intellectual disability. J Intellect Disabil Res. 1998 Apr; 42 ( Pt 2): 154-62

**41479**  Buccimazza, S., Molteno, C., Dunne, T. Pre-school follow-up of a cohort of children with myelomeningocele in Cape Town, South Africa. Ann Trop Paediatr. 1999 Sep; 19: 245-52

**57780**  Buchanan, R. J., Choi, M., Wang, S., Huang, C. Analyses of nursing home residents in hospice care using the minimum data set. Palliat Med. 2002 Nov; 16: 465-80

**40696**  Buchanan, R. J., Wang, S., Huang, C., Graber, D. Profiles of nursing home residents with multiple sclerosis using the minimum data set. Mult Scler. 2001 Jun; 7: 189-200

**57730**  Buchanan, R. J., Wang, S., Ju, H. Analyses of the minimum data set: comparisons of nursing home residents with multiple sclerosis to other nursing home residents. Mult Scler. 2002 Dec; 8: 512-22

**10048**  Buchsbaum, G. M., Chin, M., Glantz, C., Guzick, D. Prevalence of urinary incontinence and associated risk factors in a cohort of nuns. Obstet Gynecol. 2002 Aug; 100: 226-9

**42479**  Buffa, P., Di Rovasenda, E., Scarsi, P. L., Granata, C., Podesta, E., Ciardi, M. R., Cama, A. Vesico sphincteric function in spinal lipomas. Review of 80 cases. Eur J Pediatr Surg. 1997 Dec; 7 Suppl 1: 59-60

**57290**  Buffa, P., Torre, M., Scarsi, P. L., De Gennaro, M., Battaglino, F., Beseghi, U., Di Lorenzo, F., Cama, A. Caudal regression syndrome: an online multicentre survey. Urological long-term results. Eur J Pediatr Surg. 2002 Dec; 12 Suppl 1: S26-8

**40523**  Bug, G. J., Kiff, E. S., Hosker, G. A new condition-specific health-related quality of life questionnaire for the assessment of women with anal incontinence. BJOG. 2001 Oct; 108: 1057-67

**55510**  Bugg, C. E.,  Jr, Joseph, D. B. Bladder neck cinch for pediatric neurogenic outlet deficiency. J Urol. 2003 Oct; 170: 1501-3; discussion 1503-4

**41638**  Bugg, G., Hosker, G., Kiff, E. Prevalence of faecal incontinence among women with urinary incontinence. Br J Obstet Gynaecol. 1999 Nov; 106: 1233-4

**44623**  Bull, E., Chilton, C. P., Gould, C. A., Sutton, T. M. Single-blind, randomised, parallel group study of the Bard Biocath catheter and a silicone elastomer coated catheter. Br J Urol. 1991 Oct; 68: 394-9

**3567**  Bull, E., Chilton, C.P., Gould, C.A., and Sutton, T.M. Single-blind, randomised, parallel group study of the Bard Biocath catheter and a silicone elastomer coated catheter. Br J Urol. 1991 Oct; 68: 394-399

**10571**  Buller, J. L., Cundiff, G. W. Laparoscopic surgeries for urinary incontinence. Clin Obstet Gynecol. 2000 Sep; 43: 604-18

**40547**  Bulmer, P. J., James, M., Ellis-Jones, J., Smith, D., Timoney, A. G., Donovan, J. A randomized trial comparing the effectiveness and preference of a touch-screen computer system with a leaflet for providing women with information on urinary symptoms suggestive of detrusor instability. BJU Int. 2001 Oct; 88: 532-5

**40015**  Bump, R. C. Advising prospective mothers about the maternal morbidity of vaginal childbirth. Am J Obstet Gynecol. 2002 Oct; 187: 823

**11824**  Bump, R. C. Racial comparisons and contrasts in urinary incontinence and pelvic organ prolapse. Obstet Gynecol. 1993 Mar; 81: 421-5

**41431**  Bump, R. C. The urethrodetrusor facilitative reflex in women: results of urethral perfusion studies. Am J Obstet Gynecol. 2000 Apr; 182: 794-802; discussion 802-4

**11194**  Bump, R. C., Coates, K. W., Cundiff, G. W., Harris, R. L., Weidner, A. C. Diagnosing intrinsic sphincteric deficiency: comparing urethral closure pressure, urethral axis, and Valsalva leak point pressures. Am J Obstet Gynecol. 1997 Aug; 177: 303-10

**11534**  Bump, R. C., Elser, D. M., Theofrastous, J. P., McClish, D. K. Valsalva leak point pressures in women with genuine stress incontinence: reproducibility, effect of catheter caliber, and correlations with other measures of urethral resistance. Continence Program for Women Research Group. Am J Obstet Gynecol. 1995 Aug; 173: 551-7

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

10925   Bump, R. C., Hurt, W. G., Addison, W. A., Fantl, J. A., McClish, D. K. Reliability and correlation of measurements during and after bladder neck surgery. The Continence Program for Women Research Group. Br J Urol. 1998 Nov; 82: 628-33

10743   Bump, R. C., Hurt, W. G., Elser, D. M., Theofrastous, J. P., Addison, W. A., Fantl, J. A., McClish, D. K. Understanding lower urinary tract function in women soon after bladder neck surgery. Continence Program for Women Research Group. Neurourol Urodyn. 1999; 18: 629-37

44658   Bump, R. C., Hurt, W. G., Fantl, J. A., Wyman, J. F. Assessment of Kegel pelvic muscle exercise performance after brief verbal instruction. Am J Obstet Gynecol. 1991 Aug; 165: 322-7; discussion 327-9

11341   Bump, R. C., Hurt, W. G., Theofrastous, J. P., Addison, W. A., Fantl, J. A., Wyman, J. F., McClish, D. K. Randomized prospective comparison of needle colposuspension versus endopelvic fascia plication for potential stress incontinence prophylaxis in women undergoing vaginal reconstruction for stage III or IV pelvic organ prolapse. The Continence Program for W. Am J Obstet Gynecol. 1996 Aug; 175: 326-33; discussion 333-5

11863   Bump, R. C., McClish, D. K. Cigarette smoking and urinary incontinence in women. Am J Obstet Gynecol. 1992 Nov; 167: 1213-8

11714   Bump, R. C., McClish, D. M. Cigarette smoking and pure genuine stress incontinence of urine: a comparison of risk factors and determinants between smokers and nonsmokers. Am J Obstet Gynecol. 1994 Feb; 170: 579-82

42020   Bump, R. C., Norton, P. A. Epidemiology and natural history of pelvic floor dysfunction. Obstet Gynecol Clin North Am. 1998 Dec; 25: 723-46

52080   Bump, R. C., Norton, P. A., Zinner, N. R., Yalcin, I. Mixed urinary incontinence symptoms: urodynamic findings, incontinence severity, and treatment response. Obstet Gynecol. 2003 Jul; 102: 76-83

11881   Bump, R. C., Sugerman, H. J., Fantl, J. A., McClish, D. K. Obesity and lower urinary tract function in women: effect of surgically induced weight loss. Am J Obstet Gynecol. 1992 Aug; 167: 392-7; discussion 397-9

3634   Bump, R.C., Hurt, W.G., Fantl, J.A., and Wyman, J.F. Assessment of Kegel pelvic muscle exercise performance after brief verbal instruction. Am J Obstet Gynecol. 1991 Aug; 165: 322-7;discussion327-9

3295   Bump, R.C., Sugerman, H.J., Fantl, J.A., and McClish, D.K. Obesity and lower urinary tract function in women: effect of surgically induced weight loss. Am J Obstet Gynecol. 1992 Aug; 167: 392-7;discussion397-9

44225   Bunyaratavej, P., La-ornual, S., Kongkanand, A., Prasopsanti, K., Vajarapongse, R. Ten years' experience with enterocystoplasty. J Med Assoc Thai. 1993 Jun; 76: 327-33

10029   Burch, J. C. Cooper's ligament urethrovesical suspension for stress incontinence. Nine years' experience -- results, complications, techniques. 1968. Am J Obstet Gynecol. 2002 Aug; 187: 512, discussion 513

12113   Burgio, K. L. Behavioral training for stress and urge incontinence in the community. Gerontology. 1990; 36 Suppl 2: 27-34

57600   Burgio, K. L. Influence of behavior modification on overactive bladder. Urology. 2002 Nov; 60: 72-6; discussion 77

44595   Burgio, K. L., Burgio, L. D., McCormick, K. A., Engel, B. T. Assessing toileting skills and habits in an adult day care center. J Gerontol Nurs. 1991 Dec; 17: 32-5

11182   Burgio, K. L., Goode, P. S. Behavioral interventions for incontinence in ambulatory geriatric patients. Am J Med Sci. 1997 Oct; 314: 257-61

50650   Burgio, K. L., Goode, P. S., Locher, J. L., Richter, H. E., Roth, D. L., Wright, K. C., Varner, R. E. Predictors of outcome in the behavioral treatment of urinary incontinence in women. Obstet Gynecol. 2003 Nov; 102: 940-7

40001   Burgio, K. L., Goode, P. S., Locher, J. L., Umlauf, M. G., Roth, D. L., Richter, H. E., Varner, R. E., Lloyd, L. K. Behavioral training with and without biofeedback in the treatment of urge incontinence in older women: a randomized controlled trial. JAMA. 2002 Nov 13; 288: 2293-9

43995   Burgio, K. L., Ives, D. G., Locher, J. L., Arena, V. C., Kuller, L. H. Treatment seeking for urinary incontinence in older adults. J Am Geriatr Soc. 1994 Feb; 42: 208-12

10636   Burgio, K. L., Locher, J. L., Goode, P. S. Combined behavioral and drug therapy for urge incontinence in older women. J Am Geriatr Soc. 2000 Apr; 48: 370-4

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

sorted by Primary Author and Title

---

**42070** Burgio, K. L., Locher, J. L., Goode, P. S., Hardin, J. M., McDowell, B. J., Dombrowski, M., Candib, D. Behavioral vs drug treatment for urge urinary incontinence in older women: a randomized controlled trial. JAMA. 1998 Dec 16; 280: 1995-2000

**40957** Burgio, K. L., Locher, J. L., Roth, D. L., Goode, P. S. Psychological improvements associated with behavioral and drug treatment of urge incontinence in older women. J Gerontol B Psychol Sci Soc Sci. 2001 Jan; 56: P46-51

**11451** Burgio, K. L., Locher, J. L., Zyczynski, H., Hardin, J. M., Singh, K. Urinary incontinence during pregnancy in a racially mixed sample: characteristics and predisposing factors. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 69-73

**11941** Burgio, K. L., Matthews, K. A., Engel, B. T. Prevalence, incidence and correlates of urinary incontinence in healthy, middle-aged women. J Urol. 1991 Nov; 146: 1255-9

**54930** Burgio, K. L., Zyczynski, H., Locher, J. L., Richter, H. E., Redden, D. T., Wright, K. C. Urinary incontinence in the 12-month postpartum period. Obstet Gynecol. 2003 Dec; 102: 1291-8

**41762** Burgio, K., Ouslander, J. G. Effects of urge urinary incontinence on quality of life in older people. J Am Geriatr Soc. 1999 Aug; 47: 1032-3

**3513** Burgio, K.L., Burgio, L.D., McCormick, K.A., and Engel, B.T. Assessing toileting skills and habits in an adult day care center. J Gerontol Nurs. 1991 Dec; 17: 32-35

**4144** Burgio, K.L., Engel, B.T. Biofeedback-assisted behavioral training for elderly men and women. J Am Geriatr Soc. 1990 Mar; 38: 338-340

**3562** Burgio, K.L., Matthews, K.A., and Engel, B.T. Prevalence, incidence and correlates of urinary incontinence in healthy, middle-aged women. J Urol. 1991 Nov; 146: 1255-1259

**45054** Burgio, L. D., Engel, B. T., Hawkins, A., McCormick, K., Scheve, A., Jones, L. T. A staff management system for maintaining improvements in continence with elderly nursing home residents. J Appl Behav Anal. 1990 Spring; 23: 111-8

**43975** Burgio, L. D., McCormick, K. A., Scheve, A. S., Engel, B. T., Hawkins, A., Leahy, E. The effects of changing prompted voiding schedules in the treatment of incontinence in nursing home residents. J Am Geriatr Soc. 1994 Mar; 42: 315-20

**4057** Burgio, L.D., Engel, B.T., Hawkins, A., McCormick, K., Scheve, A., and Jones, L.T. A staff management system for maintaining improvements in continence with elderly nursing home residents. J Appl Behav Anal. 1990 Spring; 23: 111-118

**40940** Burkhart, K. S. Urinary incontinence in women: assessment and management in the primary care setting. Nurse Pract Forum. 2000 Dec; 11: 192-204

**3068** Burn, J., Sandercock, P. Predicting the outcome of acute stroke. J Neurol Neurosurg Psychiatry. 1993 May; 56: 576

**3180** Burnet, C., Carter, H., and Gorman, D. Urinary incontinence: a survey of knowledge, working practice and training needs of nursing staff in Fife. Health-Bull (Edinb). 1992 Nov; 50: 448-452

**11364** Burney, T. L., Badlani, G. H. Rationale and treatment results with bioinjectables. J Endourol. 1996 Jun; 10: 273-7

**3941** Burns, A., Jacoby, R., and Levy, R. Psychiatric phenomena in Alzheimer's disease. IV: Disorders of behaviour. Br J Psychiatry. 1990 Jul; 157: 86-94

**44910** Burns, A., Jacoby, R., Levy, R. Psychiatric phenomena in Alzheimer's disease. IV: Disorders of behaviour. Br J Psychiatry. 1990 Jul; 157: 86-94

**11803** Burns, P. A., Pranikoff, K., Nochajski, T. H., Hadley, E. C., Levy, K. J., Ory, M. G. A comparison of effectiveness of biofeedback and pelvic muscle exercise treatment of stress incontinence in older community-dwelling women. J Gerontol. 1993 Jul; 48: M167-74

**12090** Burns, P. A., Pranikoff, K., Nochajski, T., Desotelle, P., Harwood, M. K. Treatment of stress incontinence with pelvic floor exercises and biofeedback. J Am Geriatr Soc. 1990 Mar; 38: 341-4

---

**Appendix A5 Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**3381** Burns, P.A., Nochajski, T.H., and Pranikoff, K. Factors discriminating between genuine stress and mixed incontinence. J Am Acad Nurse Pract. 1992 Jan-Mar; 4: 15-21

**4143** Burns, P.A., Pranikoff, K., Nochajski, T., Desotelle, P., and Harwood, M.K. Treatment of stress incontinence with pelvic floor exercises and biofeedback. J Am Geriatr Soc. 1990 Mar; 38: 341-344

**3050** Burns, P.A., Pranikoff, K., Nochajski, T.H., Hadley, E.C., Levy, K.J., and Ory, M.G. A comparison of effectiveness of biofeedback and pelvic muscle exercise treatment of stress incontinence in older community-dwelling women. J Gerontol. 1993 Jul; 48: M167-M174

**10884** Busacchi, P., De Giorgio, R., Santini, D., Bellavia, E., Perri, T., Oliverio, C., Paradisi, R., Corinaldesi, R., Flamigni, C. A histological and immunohistochemical study of neuropeptide containing somatic nerves in the levator ani muscle of women with genitourinary prolapse. Acta Obstet Gynecol Scand. 1999 Jan; 78: 2-5

**42399** Busby-Whitehead, J. M., Johnson, T. M. Urinary incontinence. Clin Geriatr Med. 1998 May; 14: 285-96

**40255** Bush, T. A., Castellucci, D. T., Phillips, C. Exploring women's beliefs regarding urinary incontinence. Urol Nurs. 2001 Jun; 21: 211-8

**57000** But, I. Conservative treatment of female urinary incontinence with functional magnetic stimulation. Urology. 2003 Mar; 61: 558-61

**59070** But, I. Re: Surgical intervention for complications of the tension-free vaginal tape procedure. J Urol. 2004 Aug; 172: 777

**59230** But, I., Bratus, D., Faganelj, M. Prolene tape in the bladder wall after TVT procedure--intramural tape placement or secondary tape migration?. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 75-6

**59246** But, I., Faganelj, M., Sostaric, A. Functional magnetic stimulation for mixed urinary incontinence. J Urol. 2005 May; 173: 1644-6

**41458** Butera, J. A., Antane, M. M., Antane, S. A., Argentieri, T. M., Freeden, C., Graceffa, R. F., Hirth, B. H., Jenkins, D., Lennox, J. R., Matelan, E., Norton, N. W., Quagliato, D., Sheldon, J. H., Spinelli, W., Warga, D., Wojdan, A., Woods, Design and SAR of novel potassium channel openers targeted for urge urinary incontinence. 1. N-Cyanoguanidine bioisosteres possessing in vivo bladder selectivity. J Med Chem. 2000 Mar 23; 43: 1187-202

**40267** Butler, L., Downe-Wamboldt, B., Marsh, S., Bell, D., Jarvi, K. Behind the scenes: partners' perceptions of quality of life post radical prostatectomy. Urol Nurs. 2000 Aug; 20: 254-8

**41754** Butler, R. N., August, P., Ferdinand, K. C., Phillips, R. A., Roccella, E. J. Hypertension: how comorbid disease influences the choice of therapy. Part 4 of a roundtable discussion. Geriatrics. 1999 Aug; 54: 34, 39-44

**43771** Butler, R. N., Lewis, M. I., Hoffman, E., Whitehead, E. D. Love and sex after 60: how to evaluate and treat the sexually-active woman. Geriatrics. 1994 Nov; 49: 33-4, 37-8, 41-2

**41655** Butler, R. N., Maby, J. I., Montella, J. M., Young, G. P. Urinary incontinence: keys to diagnosis of the older woman.1. Geriatrics. 1999 Oct; 54: 22-6, 29-30

**41619** Butler, R. N., Maby, J. I., Montella, J. M., Young, G. P. Urinary incontinence: primary care therapies for the older woman. Geriatrics. 1999 Nov; 54: 31-4, 39-40, 43-4

**10706** Butler, R. N., Maby, J. I., Montella, J. M., Young, G. P. Urinary incontinence: when to refer for procedural therapies. Geriatrics. 1999 Dec; 54: 49-54, 56

**3437** Butt, J. Incontinence. Practical products. Nurs Elder. 1991 Jul-Aug; 3: 14-15

**40863** Buttar, A., Blaum, C., Fries, B. Clinical characteristics and six-month outcomes of nursing home residents with low activities of daily living dependency. J Gerontol A Biol Sci Med Sci. 2001 May; 56: M292-7

**42462** Button, D., Roe, B., Webb, C., Frith, T., Colin-Thome, D., Gardner, L. Consensus guidelines for the promotion and management of continence by primary health care teams: development, implementation and evaluation. NHS Executive Nursing Directorate. J Adv Nurs. 1998 Jan; 27: 91-9

**44971** Butturini, E. Pants are back in style!. N Z Health Hospital. 1990 May-Jun; 42: 14, 19

**3884** Butturini, E. Pants for incontinence patients. N Z Nurs J. 1990 Oct; 83: 26

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

11636    Byck, D. B., Varner, R. E., Clough, C. Urinary complaints after modified Burch urethropexy: an analysis. Am J Obstet Gynecol. 1994 Dec; 171: 1460-2; discussion 1462-4

43551    Byers, P. H., Ryan, P. A., Regan, M. B., Shields, A., Carta, S. G. Effects of incontinence care cleansing regimens on skin integrity. J Wound Ostomy Continence Nurs. 1995 Jul; 22: 187-92

59401    Byles, J. E., Chiarelli, P., Hacker, A. H., Bruin, C., Cockburn, J., Parkinson, L. An evaluation of three community-based projects to improve care for incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 29-38; discussion 38

3691    Byrne, P., Morris, J., Mordey, S., and Condie, R. Physiotherapy for stress incontinence of urine [letter]. Bmj. 1991 May 4; 302: 1084

11981    Byrne, P., Morris, J., Mordey, S., Condie, R. Physiotherapy for stress incontinence of urine. BMJ. 1991 May 4; 302: 1084

12024    Cabrera, J. A., Szekely, Z., Ospitia, J. A. Suprapubic or vaginal procedure. Am J Obstet Gynecol. 1990 Dec; 163: 2025-6

3856    Cabrera, J.A., Szekely, Z., and Ospitia, J.A. Suprapubic or vaginal procedure [letter]. Am J Obstet Gynecol. 1990 Dec; 163: 2025-2026

11368    Cadeddu, J. A., Kavoussi, L. R. Correction of stress urinary incontinence: transperitoneal approach. J Endourol. 1996 Jun; 10: 241-5

11728    Caffrey, R. Continence. A personal plan. Nurs Times. 1994 Jan 26-Feb 1; 90: 84-6

41677    Cain, M. P., Casale, A. J., King, S. J., Rink, R. C. Appendicovesicostomy and newer alternatives for the Mitrofanoff procedure: results in the last 100 patients at Riley Children's Hospital. J Urol. 1999 Nov; 162: 1749-52

41005    Cain, M. P., Rink, R. C. Vaginal stenosis and hydrometrocolpos: late complication of inadvertent perivaginal placement of an artificial urinary sphincter in prepubertal girls(1). Urology. 1999 Nov; 54: 923

55500    Cain, M. P., Wu, S. D., Austin, P. F., Herndon, C. D., Rink, R. C. Alpha blocker therapy for children with dysfunctional voiding and urinary retention. J Urol. 2003 Oct; 170: 1514-5; discussion 1516-7

40027    Caione, P., Capozza, N. Endoscopic treatment of urinary incontinence in pediatric patients: 2- year experience with dextranomer/hyaluronic acid copolymer. J Urol. 2002 Oct; 168: 1868-71

45090    Caione, P., De Gennaro, M., Zaccara, A., Capozza, N. Female incontinence in childhood: aetiopathogenetic assessment and therapeutic approach. Int Urol Nephrol. 1990; 22: 543-51

3700    Caione, P., De-Gennaro, M., Zaccara, A., and Capozza, N. Female incontinence in childhood: aetiopathogenetic assessment and therapeutic approach. Int Urol Nephrol. 1990; 22: 543-551

44188    Caione, P., Lais, A., de Gennaro, M., Capozza, N. Glutaraldehyde cross-linked bovine collagen in exstrophy/epispadias complex. J Urol. 1993 Aug; 150: 631-3

3041    Caione, P., Lais, A., de-Gennaro, M., and Capozza, N. Glutaraldehyde cross-linked bovine collagen in exstrophy/epispadias complex. J Urol. 1993 Aug; 150: 631-633

41732    Caione, P., Nappo, S., De Castro, R., Prestipino, M., Capozza, N. Low-dose desmopressin in the treatment of nocturnal urinary incontinence in the exstrophy-epispadias complex. BJU Int. 1999 Aug; 84: 329-34

43664    Caione, P., Silveri, M., Capitanucci, M. L., Capozza, N., De Gennaro, M. Urinary continence in Mullerian duct anomalies. Panminerva Med. 1995 Mar; 37: 14-7

42665    Callahan, E. H., Paris, B. Midlife periodic health exam in the primary care practice. Geriatrics. 1997 Oct; 52: 60-1, 65-6, 69-71 passim; quiz 79

3613    Callan, B., Chance, R. Incontinence. Aids and appliances. Nursing (Lond). 1991 Jul 25-Aug 21; 4: 18-20

42326    Callsen-Cencic, P., Mense, S. Abolition of cystitis-induced bladder instability by local spinal cord cooling. J Urol. 1998 Jul; 160: 236-41

---

**Appendix A5. Bibliography sorted by Primary Author**

## American Urological Association, Inc.

**SUI Guidelines Panel**

41613  Callsen-Cenic, P., Mense, S. Control of the unstable urinary bladder by graded thermoelectric cooling of the spinal cord. BJU Int. 1999 Dec; 84: 1084-92

43586  Cammu, H. Female incontinence. Clinical examination by the gynecologist. Acta Urol Belg. 1995 May; 63: 9

11077  Cammu, H., Van Nylen, M. Pelvic floor exercises versus vaginal weight cones in genuine stress incontinence. Eur J Obstet Gynecol Reprod Biol. 1998 Mar; 77: 89-93

11070  Cammu, H., Van Nylen, M. Pelvic floor muscle exercises in genuine urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 297-300

11616  Cammu, H., Van Nylen, M. Pelvic floor muscle exercises: 5 years later. Urology. 1995 Jan; 45: 113-7; discussion 118

10645  Cammu, H., Van Nylen, M., Amy, J. J. A 10-year follow-up after Kegel pelvic floor muscle exercises for genuine stress incontinence. BJU Int. 2000 Apr; 85: 655-8

11953  Cammu, H., Van Nylen, M., Derde, M. P., DeBruyne, R., Amy, J. J. Pelvic physiotherapy in genuine stress incontinence. Urology. 1991 Oct; 38: 332-7

3521  Cammu, H., Van-Nylen, M., Derde, M.P., DeBruyne, R., and Amy, J.J. Pelvic physiotherapy in genuine stress incontinence. Urology. 1991 Oct; 38: 332-337

10486  Campbell, D. J., Tenis, N., Rosamilia, A., Clements, J. A., Dwyer, P. L. Urinary levels of substance P and its metabolites are not increased in interstitial cystitis. BJU Int. 2001 Jan; 87: 35-8

44589  Campbell, E. B., Knight, M., Benson, M., Colling, J. Effect of an incontinence training program on nursing home staff's knowledge, attitudes, and behavior. Gerontologist. 1991 Dec; 31: 788-94

3461  Campbell, E.B., Knight, M., Benson, M., and Colling, J. Effect of an incontinence training program on nursing home staff's knowledge, attitudes, and behavior. Gerontologist. 1991 Dec; 31: 788-794

3865  Campbell, H., Crawford, V., and Stout, R.W. The impact of private residential and nursing care on statutory residential and hospital care of elderly people in south Belfast. Age Ageing. 1990 Sep; 19: 318-324

3074  Campbell, J.M., Dowd, T.T. Capturing scarce resources: documentation and communication. Nurs Econ. 1993 Mar-Apr; 11: 103-106

3541  Campbell, J.M., Dowd, T.T. Promoting clinical research through collegial relationships. Nursingconnections. 1991 Fall; 4: 39-45

55910  Campos-Sousa, R. N., Quagliato, E., da Silva, B. B., de Carvalho, R. M.,  Jr, Ribeiro, S. C., de Carvalho, D. F. Urinary symptoms in Parkinson's disease: prevalence and associated factors. Arq Neuropsiquiatr. 2003 Jun; 61: 359-63

43581  Campostrini, F., Garusi, G., Donati, E. A practical technique for conformal simulation in radiation therapy of pelvic tumors. Int J Radiat Oncol Biol Phys. 1995 May 15; 32: 355-65

43122  Canavan, K. ANA endorses guidelines for smoking cessation, urinary incontinence. Am Nurse. 1996 Jul-Aug; 28: 8

11466  Cancrini, A., De Carli, P., Pompeo, V., Fattahi, H., Lamanna, L., Giuseppe, C., Cantiani, R., Mainiero, G., von Heland, M. Lower urinary tract reconstruction following cystectomy: experience and results in 96 patients using the orthotopic ileal bladder substitution of Studer et al. Eur Urol. 1996; 29: 204-9

44026  Candy, M. Raising awareness of a hidden problem: pelvic floor promotion. Prof Nurse. 1994 Jan; 9: 278, 280-4

10429  Canepa, G., Ricciotti, G., Introini, C., Vigliercio, G., Puppo, P. Horseshoe-shaped marlex mesh for the treatment of pelvic floor prolapse. Eur Urol. 2001 Jan; 39 Suppl 2: 23-6; discussion 27

11621  Canning, D. A., Seibold, J., Saito, M., Zderic, S. A., Snyder, H. M., Duckett, J. W., Levin, R. M. Use of injectable fat to obstruct the urethra in rabbits. Neurourol Urodyn. 1995; 14: 259-67

40646  Cannon, T. W., Damaser, M. S. Effects of anesthesia on cystometry and leak point pressure of the female rat. Life Sci. 2001 Jul 27; 69: 1193-202

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**50830** Cannon, T. W., Lee, J. Y., Somogyi, G., Pruchnic, R., Smith, C. P., Huard, J., Chancellor, M. B. Improved sphincter contractility after allogenic muscle-derived progenitor cell injection into the denervated rat urethra. Urology. 2003 Nov; 62: 958-63

**10044** Cannon, T. W., Wojcik, E. M., Ferguson, C. L., Saraga, S., Thomas, C., Damaser, M. S. Effects of vaginal distension on urethral anatomy and function. BJU Int. 2002 Sep; 90: 403-7

**59030** Capar, M. A new retropubic suspension operation technique for transvaginal Burch operation, using newly developed equipment. Acta Obstet Gynecol Scand. 2004 Oct; 83: 898-903

**40364** Capewell, A. Target treatment of female urinary dysfunction. Lancet. 2002 Mar 2; 359: 801

**42968** Capitanucci, M. L., Iacobelli, B. D., Silveri, M., Mosiello, G., De Gennaro, M. Long-term urological follow-up of occult spinal dysraphism in children. Eur J Pediatr Surg. 1996 Dec; 6 Suppl 1: 25-6

**41970** Caplan, G. A., Ward, J. A., Brennan, N. J., Coconis, J., Board, N., Brown, A. Hospital in the home: a randomised controlled trial. Med J Aust. 1999 Feb 15; 170: 156-60

**40815** Capolicchio, G., McLorie, G. A., Farhat, W., Merguerian, P. A., Bagli, D. J., Khoury, A. E. A population based analysis of continence outcomes and bladder exstrophy. J Urol. 2001 Jun; 165: 2418-21

**40030** Capozza, N., Lais, A., Matarazzo, E., Nappo, S., Patricolo, M., Caione, P. Influence of voiding dysfunction on the outcome of endoscopic treatment for vesicoureteral reflux. J Urol. 2002 Oct; 168: 1695-8

**40535** Cappellano, F., Bertapelle, P., Spinelli, M., Catanzaro, F., Carone, R., Zanollo, A., De Seta, F., Giardiello, G. Quality of life assessment in patients who undergo sacral neuromodulation implantation for urge incontinence: an additional tool for evaluating outcome. J Urol. 2001 Dec; 166: 2277-80

**42872** Caputo, L. A., Cusimano, M. D. Schwannoma of the cauda equina. J Manipulative Physiol Ther. 1997 Feb; 20: 124-9

**44431** Caputo, R. M., Benson, J. T. Idiopathic fecal incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 565-70

**44079** Caputo, R. M., Benson, J. T. The Q-tip test and urethrovesical junction mobility. Obstet Gynecol. 1993 Dec; 82: 892-6

**11787** Caputo, R. M., Benson, J. T., McClellan, E. Intravaginal maximal electrical stimulation in the treatment of urinary incontinence. J Reprod Med. 1993 Sep; 38: 667-71

**40801** Caraballo, R., Bologna, R. A., Lukban, J., Whitmore, K. E. Sacral nerve stimulation as a treatment for urge incontinence and associated pelvic floor disorders at a pelvic floor center: a follow-up study. Urology. 2001 Jun; 57: 121

**50070** Carbone, A., Palleschi, G., Ciavarella, S., Morello, P., Tomiselli, G., Parascani, R., Tubaro, A. Experience with a bone anchor sling for treating female stress urinary incontinence: outcome at 30 months. BJU Int. 2004 Apr; 93: 780-8

**10380** Carbone, J. M., Kavaler, E., Hu, J. C., Raz, S. Pubovaginal sling using cadaveric fascia and bone anchors: disappointing early results. J Urol. 2001 May; 165: 1605-11

**55130** Carcio, H. Comprehensive continence care. The nurse practitioner's role. Adv Nurse Pract. 2003 Oct; 11: 26-35; quiz 35-6

**44941** Cardozo, L. Detrusor instability--current management. Br J Obstet Gynaecol. 1990 Jun; 97: 463-6

**3977** Cardozo, L. Detrusor instability--current management [see comments]. Br J Obstet Gynaecol. 1990 Jun; 97: 463-466

**59124** Cardozo, L. New developments in the management of stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 1-3

**4147** Cardozo, L. Role of estrogens in the treatment of female urinary incontinence. J Am Geriatr Soc. 1990 Mar; 38: 326-328

**11932** Cardozo, L. Urinary incontinence in women: have we anything new to offer?. BMJ. 1991 Dec 7; 303: 1453-7

# American Urological Association, Inc.

## SUI Guidelines Panel

3502  Cardozo, L. Urinary incontinence in women: have we anything new to offer? [see comments]. Bmj. 1991 Dec 7; 303: 1453-1457

11593  Cardozo, L. D., Kelleher, C. J. Sex hormones, the menopause and urinary problems. Gynecol Endocrinol. 1995 Mar; 9: 75-84

11901  Cardozo, L., Brindley, G. S. Endoscopically guided bladder neck suspension for continence in paraplegic women with implant driven micturition. Paraplegia. 1992 May; 30: 336-8

59296  Cardozo, L., Coyne, K. S., Versi, E. Validation of the urgency perception scale. BJU Int. 2005 Mar; 95: 591-6

11208  Cardozo, L., Cutner, A. Lower urinary tract symptoms in pregnancy. Br J Urol. 1997 Jul; 80 Suppl 1: 14-23

59276  Cardozo, L., Dixon, A. Increased warning time with darifenacin: a new concept in the management of urinary urgency. J Urol. 2005 Apr; 173: 1214-8

10801  Cardozo, L., Hextall, A., Bailey, J., Boos, K. Colposuspension after previous failed incontinence surgery: a prospective observational study. Br J Obstet Gynaecol. 1999 Apr; 106: 340-4

44088  Cardozo, L., Rekers, H., Tapp, A., Barnick, C., Shepherd, A., Schussler, B., Kerr-Wilson, R., van Geelan, J., Barlebo, H., Walter, S. Oestriol in the treatment of postmenopausal urgency: a multicentre study. Maturitas. 1993 Dec; 18: 47-53

52910  Carey, J. M., Chon, J. K., Leach, G. E. Urethrolysis with Martius labial fat pad graft for iatrogenic bladder outlet obstruction. Urology. 2003 Apr; 61: 21-5

59147  Carey, J. M., Leach, G. E. Transvaginal surgery in the octogenarian using cadaveric fascia for pelvic prolapse and stress incontinence: minimal one-year results compared to younger patients. Urology. 2004 Apr; 63: 665-70

41063  Carey, M. P., De Jong, S., Friedhuber, A., Moran, P. A., Dwyer, P. L., Scurry, J. A prospective evaluation of the pathogenesis of detrusor instability in women, using electron microscopy and immunohistochemistry. BJU Int. 2000 Dec; 86: 970-6

10278  Carey, M. P., Dwyer, P. L. Genital prolapse: vaginal versus abdominal route of repair. Curr Opin Obstet Gynecol. 2001 Oct; 13: 499-505

11968  Carey, M. P., Dwyer, P. L. Position and mobility of the urethrovesical junction in continent and in stress incontinent women before and after successful surgery. Aust N Z J Obstet Gynaecol. 1991 Aug; 31: 279-84

11130  Carey, M. P., Dwyer, P. L., Glenning, P. P. The sign of stress incontinence--should we believe what we see?. Aust N Z J Obstet Gynaecol. 1997 Nov; 37: 436-9

10118  Carey, M. P., Goh, J. T., Fynes, M. M., Murray, C. J. Stress urinary incontinence after delayed primary closure of genitourinary fistula: a technique for surgical management. Am J Obstet Gynecol. 2002 May; 186: 948-53

31717  Carey, M. P., Slack, M. C. Transvaginal sacrospinous colpopexy for vault and marked uterovaginal prolapse. Br J Obstet Gynaecol. 1994 Jun; 101: 536-40

41395  Carlan, S. J., Russell, H., Shelnutt, J., Peppy, T., Griggs, B. Extracorporeal magnetic innervation (EXMI) therapy in the treatment of urinary incontinence in women: results from a single center. J Am Geriatr Soc. 2000 Apr; 48: 456

41364  Carley, M. E., Schaffer, J. Urinary incontinence and pelvic organ prolapse in women with Marfan or Ehlers Danlos syndrome. Am J Obstet Gynecol. 2000 May; 182: 1021-3

10880  Carley, M. E., Turner, R. J., Scott, D. E., Alexander, J. M. Obstetric history in women with surgically corrected adult urinary incontinence or pelvic organ prolapse. J Am Assoc Gynecol Laparosc. 1999 Feb; 6: 85-9

10501  Carlin, B. I., Klutke, J. J., Klutke, C. G. The tension-free vaginal tape procedure for the treatment of stress incontinence in the female patient. Urology. 2000 Dec 4; 56: 28-31

42614  Carlin, B. I., Rutchik, S. D., Resnick, M. I. Comparison of the ileal conduit to the continent cutaneous diversion and orthotopic neobladder in patients undergoing cystectomy: a critical analysis and review of the literature. Semin Urol Oncol. 1997 Aug; 15: 189-92

42346  Carlisle, D. Silent suffering. Nurs Times. 1998 Apr 15-21; 94: 63-4, 67

| 10539 | Carlson, K. V., Fiske, J., Nitti, V. W. Value of routine evaluation of the voiding phase when performing urodynamic testing in women with lower urinary tract symptoms. J Urol. 2000 Nov; 164: 1614-8 |
|---|---|

10485 Carlson, K. V., Rome, S., Nitti, V. W. Dysfunctional voiding in women. J Urol. 2001 Jan; 165: 143-7; discussion 147-8

42766 Caro, F. G., Glickman, L. L., Ingegneri, D., Porell, F., Stern, A. L., Verma, K. The impact of the closing of three Massachusetts public chronic disease hospitals: a multidimensional perspective. J Community Health. 1997 Jun; 22: 155-74

11403 Carr, L. K., Herschorn, S. Periurethral collagen injection and pregnancy. J Urol. 1996 Mar; 155: 1037

11391 Carr, L. K., Herschorn, S., Leonhardt, C. Magnetic resonance imaging after intraurethral collagen injected for stress urinary incontinence. J Urol. 1996 Apr; 155: 1253-5

11285 Carr, L. K., Walsh, P. J., Abraham, V. E., Webster, G. D. Favorable outcome of pubovaginal slings for geriatric women with stress incontinence. J Urol. 1997 Jan; 157: 125-8

42849 Carr, L. K., Webster, G. D. Voiding dysfunction following incontinence surgery: diagnosis and treatment with retropubic or vaginal urethrolysis. J Urol. 1997 Mar; 157: 821-3

43354 Carr, M. C., Mitchell, M. E. Continent gastric pouch. World J Urol. 1996; 14: 112-6

42022 Carranza-Lira, S., Murillo-Uribe, A., Martinez-Trejo, N., Santos-Gonzalez, J. Changes in symptoms, blood pressure, glucose, hormones, and lipid levels according to weight and body fat distribution in climacteric women. Int J Fertil Womens Med. 1998 Nov-Dec; 43: 306-11

42058 Carrico, C., Lebowitz, R. L. Incontinence due to an infrasphincteric ectopic ureter: why the delay in diagnosis and what the radiologist can do about it. Pediatr Radiol. 1998 Dec; 28: 942-9

54170 Carrion, R., Arap, S., Corcione, G., Ferreyra, U., Neyra Argote, G., Cantor, A., Seigne, J., Lockhart, J. A multi-institutional study of orthotopic neobladders: functional results in men and women. BJU Int. 2004 Apr; 93: 803-6

41406 Carroli, G., Belizan, J. Episiotomy for vaginal birth. Cochrane Database Syst Rev. 2000; : CD000081

3808 Carroll, P., Maher, V.F. Legal issues in the care of patients with urinary incontinence. Adv Clin Care. 1991 Mar-Apr; 6: 9

43464 Carroll, T. A., Kelly, D. Nocturnal enuresis. A parental nightmare. Ir Med J. 1995 Sep-Oct; 88: 146, 148

43896 Carruthers, S. G. Adverse effects of alpha 1-adrenergic blocking drugs. Drug Saf. 1994 Jul; 11: 12-20

41473 Carson, C. C. Reconstructive surgery using urological prostheses. Curr Opin Urol. 1999 May; 9: 233-9

44235 Carter, C. T., Schafer, N. Incidence of urethral disruption in females with traumatic pelvic fractures. Am J Emerg Med. 1993 May; 11: 218-20

43844 Carter, D., Green, D. Health promotion. Applying COPC to incontinence. Nurs Times. 1994 Aug 31-Sep 6; 90: 44-5

11586 Carter, J. E. Laparoscopic bladder neck suspension. Endosc Surg Allied Technol. 1995 Apr-Jun; 3: 81-7

44619 Carter, J. P., Noronha-Blob, L., Audia, V. H., Dupont, A. C., McPherson, D. W., Natalie, K. J., Jr, Rzeszotarski, W. J., Spagnuolo, C. J., Waid, P. P., Kaiser, C. Analogues of oxybutynin. Synthesis and antimuscarinic and bladder activity of some substituted 7-amino-1-hydroxy-5-heptyn-2-ones and related compounds. J Med Chem. 1991 Oct; 34: 3065-74

41035 Caruso, J. M., Tung, G. A., Brown, W. D. Central nervous system and renal vasculitis associated with primary varicella infection in a child. Pediatrics. 2001 Jan; 107: E9

43963 Carvalho, J. P., Souen, J. S., Carramao Sda, S., Yeu, W. L., Pinotti, J. A. Wertheim-Meigs radical hysterectomy. Rev Paul Med. 1994 Apr-Jun; 112: 539-42

12061 Casanova, J. E. Incontinence after use of enalapril. J Urol. 1990 Jun; 143: 1237-8

4043 Casanova, J.E. Incontinence after use of enalapril [letter]. J Urol. 1990 Jun; 143: 1237-1238

**American Urological Association, Inc.**

SUI Guidelines Panel

**10873** Casper, F. W., Linn, J. F., Black, P. Obstetrical management following incontinence surgery. J Obstet Gynaecol Res. 1999 Feb; 25: 51-3

**11945** Caspi, E., Langer, R. Colpo-needle suspension for the treatment of urinary stress incontinence--a new surgical technique. Br J Obstet Gynaecol. 1991 Nov; 98: 1183-4

**52370** Cassells, C., Watt, E. The impact of incontinence on older spousal caregivers. J Adv Nurs. 2003 Jun; 42: 607-16

**43709** Cassidy, T. P., Farquhar, D. L. The characteristics of respite patients. Health Bull (Edinb). 1995 Jan; 53: 13-9

**59236** Castellan, M. A., Gosalbez, R., Labbie, A., Ibrahim, E., Disandro, M. Outcomes of continent catheterizable stomas for urinary and fecal incontinence: comparison among different tissue options. BJU Int. 2005 May; 95: 1053-7

**40821** Castera, R., Podesta, M. L., Ruarte, A., Herrera, M., Medel, R. 10-Year experience with artificial urinary sphincter in children and adolescents. J Urol. 2001 Jun; 165: 2373-6

**59036** Castillo, O. A., Bodden, E., Olivares, R. A., Urena, R. D. Intestinal perforation: an infrequent complication during insertion of tension-free vaginal tape. J Urol. 2004 Oct; 172: 1364

**42477** Castleden, C. M. The Marjory Warren Lecture. Incontinence--still a geriatric giant?. Age Ageing. 1997 Dec; 26 Suppl 4: 47-52

**43119** Castleden, C. M., Parker, S. G. Lower urinary tract dysfunction in Parkinson's disease: changes relate to age not disease. Age Ageing. 1996 Jul; 25: 336

**3071** Castleden, C.M. Long-term outcome following stroke [letter]. Age Ageing. 1993 May; 22: 231-232

**4108** Castleden, C.M., Battcock, T.M., and Duffin, H.M. Oxybutynin and urinary incontinence [letter; comment]. Age Ageing. 1990 Jan; 19: 72-73

**3776** Castro-Gago, M., Novo, I., Cimadevila, A., Pena, J., Rodriguez-Nunez, A., and Marques-Queimadelos, A. Management of neurogenic bladder dysfunction secondary to myelomeningocele. Eur J Pediatr. 1990 Nov; 150: 62-65

**44848** Castro-Gago, M., Novo, I., Cimadevila, A., Pena, J., Rodriguez-Nunez, A., Marques'-Queimadelos, A. Management of neurogenic bladder dysfunction secondary to myelomeningocele. Eur J Pediatr. 1990 Nov; 150: 62-5

**4179** Catalona, W.J., Bigg, S.W. Nerve-sparing radical prostatectomy: evaluation of results after 250 patients. J Urol. 1990 Mar; 143: 538-43;discussion544

**43034** Catanzaro, J. Managing incontinence: an update. RN. 1996 Oct; 59: 38-9, 41-4; quiz 45

**40844** Cavina, E. Total anorectal reconstruction after abdominoperineal resection. Int J Surg Investig. 1999; 1: 262-3

**41135** Celayir, S., Ilce, Z., Danismend, N. Effects of male sex hormones on urodynamics in childhood: intersex patients are a natural model. Pediatr Surg Int. 2000; 16: 502-4

**11781** Ceresoli, A., Zanetti, G., Seveso, M., Bustros, J., Montanari, E., Guarneri, A., Tzoumas, S. Perineal biofeedback versus pelvic floor training in the treatment of urinary incontinence. Arch Ital Urol Androl. 1993 Oct; 65: 559-60

**10793** Cervigni, M., Natale, F. Surgical treatment of stress urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1999 Jul; 85: 63-70

**12040** Cervigni, M., Sbiroli, C. Transvaginal bladder neck suspension: a safer method. Urology. 1990 Sep; 36: 219-21

**10497** Cespedes, R. D. Anterior approach bilateral sacrospinous ligament fixation for vaginal vault prolapse. Urology. 2000 Dec 4; 56: 70-5

**10359** Cespedes, R. D. Treatment options for outlet obstruction following anti-incontinence surgery in females. Tech Urol. 2001 Jun; 7: 118-25

**43011** Cespedes, R. D., Cross, C. A., McGuire, E. J. Modified Ingelman-Sundberg bladder denervation procedure for intractable urge incontinence. J Urol. 1996 Nov; 156: 1744-7

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**10981**   Cespedes, R. D., Cross, C. A., McGuire, E. J. Pelvic prolapse: diagnosing and treating cystoceles, rectoceles, and enteroceles. Medscape Womens Health. 1998 Jul; 3: 4

**11082**   Cespedes, R. D., Cross, C. A., McGuire, E. J. Pubovaginal fascial slings. Tech Urol. 1997 Winter; 3: 195-201

**59108**   Cetinel, B., Demirkesen, O., Onal, B., Akkus, E., Alan, C., Can, G. Are there any factors predicting the cure and complication rates of tension-free vaginal tape?. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 188-93

**41562**   Cetinel, B., Demirkesen, O., Onder, A. U., Yaycioglu, O., Ismailoglu, V., Solok, V. Reconstructive surgery in voiding dysfunction: experience with 69 patients. Urology. 2000 Dec 20; 56: 962-6

**41002**   Cetinel, B., Demirkesen, O., Talat, Z., Yaycioglu, O., Solok, V. Application of continent retubularized ileal stoma (Monti procedure) to an ileocecal pouch. Urology. 2000 Feb; 55: 286

**42067**   Chadburn, S., Haggar, V., Gooch, S. Developing a continence care programme. Prof Nurse. 1998 Oct; 14: 31-3

**41439**   Chadha, Y., Mollison, J., Howie, F., Grimshaw, J., Hall, M., Russell, I. Guidelines in gynaecology: evaluation in menorrhagia and in urinary incontinence. BJOG. 2000 Apr; 107: 535-43

**42328**   Chai, T. C., Gray, M. L., Steers, W. D. The incidence of a positive ice water test in bladder outlet obstructed patients: evidence for bladder neural plasticity. J Urol. 1998 Jul; 160: 34-8

**10858**   Chai, T. C., Sklar, G. N. Use of the flexible cystoscope as a vaginoscope to aid in the diagnosis of artificial sling erosion. Urology. 1999 Mar; 53: 617-8

**11188**   Chai, T. C., Steers, W. D. Neurophysiology of micturition and continence in women. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 85-97

**10934**   Chaikin, D. C., Blaivas, J. G. Weakened cadaveric fascial sling: an unexpected cause of failure. J Urol. 1998 Dec; 160: 2151

**10755**   Chaikin, D. C., Blaivas, J. G., Rosenthal, J. E., Weiss, J. P. Results of pubovaginal sling for stress incontinence: a prospective comparison of 4 instruments for outcome analysis. J Urol. 1999 Nov; 162: 1670-3

**10688**   Chaikin, D. C., Groutz, A., Blaivas, J. G. Predicting the need for anti-incontinence surgery in continent women undergoing repair of severe urogenital prolapse. J Urol. 2000 Feb; 163: 531-4

**10958**   Chaikin, D. C., Rosenthal, J., Blaivas, J. G. Pubovaginal fascial sling for all types of stress urinary incontinence: long-term analysis. J Urol. 1998 Oct; 160: 1312-6

**10492**   Chaliha, C., Bland, J. M., Monga, A., Stanton, S. L., Sultan, A. H. Pregnancy and delivery: a urodynamic viewpoint. BJOG. 2000 Nov; 107: 1354-9

**59095**   Chaliha, C., Digesu, A., Hutchings, A., Soligo, M., Khullar, V. Caesarean section is protective against stress urinary incontinence: an analysis of women with multiple deliveries. BJOG. 2004 Jul; 111: 754-5

**59185**   Chaliha, C., Digesu, G. A., Hutchings, A., Khullar, V. Changes in urethral function with bladder filling in the presence of urodynamic stress incontinence and detrusor overactivity. Am J Obstet Gynecol. 2005 Jan; 192: 60-5

**41641**   Chaliha, C., Kalia, V., Stanton, S. L., Monga, A., Sultan, A. H. Antenatal prediction of postpartum urinary and fecal incontinence. Obstet Gynecol. 1999 Nov; 94: 689-94

**10005**   Chaliha, C., Khullar, V., Stanton, S. L., Monga, A., Sultan, A. H. Urinary symptoms in pregnancy: are they useful for diagnosis?. BJOG. 2002 Oct; 109: 1181-3

**10703**   Chaliha, C., Stanton, S. L. Complications of surgery for genuine stress incontinence. Br J Obstet Gynaecol. 1999 Dec; 106: 1238-45

**41777**   Chaliha, C., Stanton, S. L. The ethnic cultural and social aspects of incontinence--a pilot study. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 166-70

**10158**   Chaliha, C., Stanton, S. L. Urological problems in pregnancy. BJU Int. 2002 Mar; 89: 469-76

**43501**   Chaliha, C., Williams, G. Periurethral injection therapy for the treatment of urinary incontinence. Br J Urol. 1995 Aug; 76: 151-5

**Appendix A5. Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

Master Bibliography

sorted by Primary Author and Title

| | |
|---|---|
| 11759 | Chalmers, C. Continence. A psychological approach. Nurs Times. 1993 Nov 24-30; 89: 68-74 |
| 43545 | Chamary, V. L. An unusual cause of iatrogenic bladder stone. Br J Urol. 1995 Jul; 76: 138 |
| 44092 | Chambers, K. Continence. Regained dignity. Nurs Times. 1993 Nov 24-30; 89: 65-6 |
| 44837 | Chan, A. S., Ouslander, J. G. Effects of diltiazem on urinary incontinence. J Am Geriatr Soc. 1990 Nov; 38: 1265-6 |
| 3872 | Chan, A.S., Ouslander, J.G. Effects of diltiazem on urinary incontinence [letter]. J Am Geriatr Soc. 1990 Nov; 38: 1265-1266 |
| 40874 | Chan, D. Y., Jeffs, R. D., Gearhart, J. P. Determinants of continence in the bladder exstrophy population: predictors of success?. Urology. 2001 Apr; 57: 774-7 |
| 31232 | Chan, F. Y., Chau, M. T., Pun, T. C., Lam, C., Leong, L. Transperineal versus transvaginal color Doppler imaging of the uterine circulation. J Clin Ultrasound. 1997 Jul-Aug; 25: 293-9 |
| 11865 | Chan, K. M., Lim, P. H., Chee, Y. C., Jayaratnam, F. J. Urinary symptoms and urodynamic diagnosis of patients in one geriatric department. Ann Acad Med Singapore. 1992 Nov; 21: 813-7 |
| 41446 | Chan, K. M., Pang, W. S., Ee, C. H., Ding, Y. Y., Choo, P. Functional status of the elderly in Singapore. Singapore Med J. 1999 Oct; 40: 635-8 |
| 42138 | Chan, K. M., Pang, W. S., Ee, C. H., Ding, Y. Y., Choo, P. Self-perception of health among elderly community dwellers in Singapore. Ann Acad Med Singapore. 1998 Jul; 27: 461-7 |
| 3132 | Chan, K.M., Lim, P.H., Chee, Y.C., and Jayaratnam, F.J. Urinary symptoms and urodynamic diagnosis of patients in one geriatric department. Ann Acad Med Singapore. 1992 Nov; 21: 813-817 |
| 59200 | Chan, L. W., Tse, V. W. Unrecognized bladder perforation while placing a suburethral synthetic sling: a minimally invasive technique for removing an intravesical sling segment. BJU Int. 2005 Jan; 95: 187-8 |
| 10681 | Chan, P. T., Fournier, C., Corcos, J. Short-term complications of pubovaginal sling procedure for genuine stress incontinence in women. Urology. 2000 Feb; 55: 207-11 |
| 3603 | Chancellor, A.M., Warlow, C.P., Webb, J.N., Lucas, M.G., Besley, G.T., and Broadhead, D.M. Acid maltase deficiency presenting with a myopathy and exercise induced urinary incontinence in a 68 year old male [letter]. J Neurol Neurosurg Psychiatry. 1991 Jul; 54: 659-660 |
| 40777 | Chancellor, M. B., Appell, R. A., Sathyan, G., Gupta, S. K. A comparison of the effects on saliva output of oxybutynin chloride and tolterodine tartrate. Clin Ther. 2001 May; 23: 753-60 |
| 44065 | Chancellor, M. B., Blaivas, J. G. Urological and sexual problems in multiple sclerosis. Clin Neurosci. 1994; 2: 189-95 |
| 43949 | Chancellor, M. B., Erhard, M. J., Kiilholma, P. J., Karasick, S., Rivas, D. A. Functional urethral closure with pubovaginal sling for destroyed female urethra after long-term urethral catheterization. Urology. 1994 Apr; 43: 499-505 |
| 11146 | Chancellor, M. B., Heesakkers, J. P., Janknegt, R. A. Gracilis muscle transposition with electrical stimulation for sphincteric incontinence: a new approach. World J Urol. 1997; 15: 320-8 |
| 11200 | Chancellor, M. B., Hong, R. D., Rivas, D. A., Watanabe, T., Crewalk, J. A., Bourgeois, I. Gracilis urethromyoplasty--an autologous urinary sphincter for neurologically impaired patients with stress incontinence. Spinal Cord. 1997 Aug; 35: 546-9 |
| 43350 | Chancellor, M. B., Rivas, D. A., Bourgeois, I. M. Laplace's law and the risks and prevention of bladder rupture after enterocystoplasty and bladder autoaugmentation. Neurourol Urodyn. 1996; 15: 223-33 |
| 11418 | Chancellor, M. B., Shenot, P. J., Rivas, D. A., Mandel, S., Schwartzman, R. J. Urological symptomatology in patients with reflex sympathetic dystrophy. J Urol. 1996 Feb; 155: 634-7 |
| 42948 | Chancellor, M. B., Strup, S., Rivas, D. A., Watanabe, T., Gomella, L. G. Rectus urethromyoplasty of radical prostatectomy anastomosis decreases postoperative incontinence and anastomotic stricture; technique and preliminary results. J Urol. 1997 Jan; 157: 371-5 |

**Appendix A5: Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

SUI Guidelines Panel

10637  Chancellor, M. B., Yokoyama, T., Tirney, S., Mattes, C. E., Ozawa, H., Yoshimura, N., de Groat, W. C., Huard, J. Preliminary results of myoblast injection into the urethra and bladder wall: a possible method for the treatment of stress urinary incontinence and impaired detrusor contractility. Neurourol Urodyn. 2000; 19: 279-87

3726   Chancellor, M.B., Blaivas, J.G. Diagnostic evaluation of incontinence in patients with neurological disorders. Compr Ther. 1991 Feb; 17: 37-43

43130  Chandawarkar, R. Y. Sacrococcygeal chordoma: review of 50 consecutive patients. World J Surg. 1996 Jul-Aug; 20: 717-9

50170  Chandi, D. D., Groenendijk, P. M., Venema, P. L. Functional extracorporeal magnetic stimulation as a treatment for female urinary incontinence: 'the chair'. BJU Int. 2004 Mar; 93: 539-42

42744  Chandiramani, V. A., Palace, J., Fowler, C. J. How to recognize patients with parkinsonism who should not have urological surgery. Br J Urol. 1997 Jul; 80: 100-4

43161  Chandiramani, V. A., Peterson, T., Duthie, G. S., Fowler, C. J. Urodynamic changes during therapeutic intravesical instillations of capsaicin. Br J Urol. 1996 Jun; 77: 792-7

10002  Chandra, M., Saharia, R., Shi, Q., Hill, V. Giggle incontinence in children: a manifestation of detrusor instability. J Urol. 2002 Nov; 168: 2184-7; discussion 2187

12025  Chang, H. C., Chang, S. C., Kuo, H. C., Tsai, T. C. Transrectal sonographic cystourethrography: studies in stress urinary incontinence. Urology. 1990 Dec; 36: 488-92

3869   Chang, H.C., Chang, S.C., Kuo, H.C., and Tsai, T.C. Transrectal sonographic cystourethrography: studies in stress urinary incontinence. Urology. 1990 Dec; 36: 488-492

3037   Chang, M.K., Joseph, A.C. Evolution of a bladder behavior clinic for patients after prostatectomy. Urol Nurs. 1993 Jun; 13: 62-66

41435  Chang, S., Chern, I., Bown, S. G. Photodynamic therapy of rat bladder and urethra: evaluation of urinary and reproductive function after inducing protoporphyrin IX with 5- aminolaevulinic acid. BJU Int. 2000 Apr; 85: 747-53

44313  Chao, R., Mayo, M. E., Bejany, D. E., Bavendam, T. Bladder neck closure with continent augmentation or suprapubic catheter in patients with neurogenic bladders. J Am Paraplegia Soc. 1993 Jan; 16: 18-22

3171   Chao, R., Mayo, M.E., Bejany, D.E., and Bavendam, T. Bladder neck closure with continent augmentation or suprapubic catheter in patients with neurogenic bladders. J Am Paraplegia Soc. 1993 Jan; 16: 18-22

3252   Chapelle, T., Reher, S., and Denis, B. Surgical extraction of a bladder stone due to a foreign body. Acta Urol Belg. 1992; 60: 85-87

44574  Chapelle, T., Reher, S., Denis, B. Surgical extraction of a bladder stone due to a foreign body. Acta Urol Belg. 1992; 60: 85-7

42577  Chapin, D. S. Teaching sacrospinous colpopexy. Am J Obstet Gynecol. 1997 Dec; 177: 1330-6

44992  Chapman, B. L., Voith, V. L. Behavioral problems in old dogs: 26 cases (1984-1987). J Am Vet Med Assoc. 1990 Mar 15; 196: 944-6

44616  Chapple, C. R., Hampson, S. J., Turner-Warwick, R. T., Worth, P. H. Subtrigonal phenol injection. How safe and effective is it? Br J Urol. 1991 Nov; 68: 483-6

59181  Chapple, C. R., Wein, A. J., Artibani, W., Brubaker, L., Haab, F., Heesakkers, J. P., Lightner, D. A critical review of diagnostic criteria for evaluating patients with symptomatic stress urinary incontinence. BJU Int. 2005 Feb; 95: 327-34

59239  Chapple, C., Steers, W., Norton, P., Millard, R., Kralidis, G., Glavind, K., Abrams, P. A pooled analysis of three phase III studies to investigate the efficacy, tolerability and safety of darifenacin, a muscarinic M3 selective receptor antagonist, in the treatment of overactive bladder. BJU Int. 2005 May; 95: 993-1001

3531   Chapple, C.R., Hampson, S.J., Turner-Warwick, R.T., and Worth, P.H. Subtrigonal phenol injection. How safe and effective is it?. Br J Urol. 1991 Nov; 68: 483-486

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**11228**    Chapron, C., Dubuisson, J. B., Ansquer, Y., Capella-Allouc, S. Hysterectomy with adnexectomy. Can operative laparoscopy offer advantages?. J Reprod Med. 1997 Apr; 42: 201-6

**10748**    Chapron, C., Laforest, L., Ansquer, Y., Fauconnier, A., Fernandez, B., Breart, G., Dubuisson, J. B. Hysterectomy techniques used for benign pathologies: results of a French multicentre study. Hum Reprod. 1999 Oct; 14: 2464-70

**42752**    Char, D., Krasnokutsky, S., Frischer, Z., Shah, S. M., Bayshtok, J., Khan, S. A. Surgically correcting a vesicouterine fistula with a myouterine flap. A case report. J Reprod Med. 1997 Jun; 42: 372-4

**41459**    Chartier-Kastler, E. Re: Dynamic suburethral suspension with pedicled external oblique aponeurosis in the management of female urinary incontinence. J Urol. 2000 Apr; 163: 1259

**10553**    Chartier-Kastler, E. J., Mongiat-Artus, P., Bitker, M. O., Chancellor, M. B., Richard, F., Denys, P. Long-term results of augmentation cystoplasty in spinal cord injury patients. Spinal Cord. 2000 Aug; 38: 490-4

**40085**    Chartier-Kastler, E. J., Mozer, P., Denys, P., Bitker, M. O., Haertig, A., Richard, F. Neurogenic bladder management and cutaneous non-continent ileal conduit. Spinal Cord. 2002 Sep; 40: 443-8

**41167**    Chartier-Kastler, E. J., Ruud Bosch, J. L., Perrigot, M., Chancellor, M. B., Richard, F., Denys, P. Long-term results of sacral nerve stimulation (S3) for the treatment of neurogenic refractory urge incontinence related to detrusor hyperreflexia. J Urol. 2000 Nov; 164: 1476-80

**41898**    Chassagne, P., Landrin, I., Neveu, C., Czernichow, P., Bouaniche, M., Doucet, J., Denis, P., Bercoff, E. Fecal incontinence in the institutionalized elderly: incidence, risk factors, and prognosis. Am J Med. 1999 Feb; 106: 185-90

**3518**    Cheater, F. Continence training programmes: need for standardisation. Nurs Stand. 1991 Nov 13-19; 6: 24-27

**3701**    Cheater, F. Elderly people: attitudes towards urinary incontinence. Nurs Stand. 1991 Mar 20-26; 5: 23-27

**43564**    Cheater, F. Promoting urinary continence. Nurs Stand. 1995 Jun 21-28; 9: 33-7; quiz 38-9

**43111**    Cheater, F. Promoting urinary continence (continuing education credit). Nurs Stand. 1996 Jul 10; 10: 47-51; quiz 53-4

**44101**    Cheater, F. M. Retrospective document survey: identification, assessment and management of urinary incontinence in medical and care of the elderly wards. J Adv Nurs. 1993 Nov; 18: 1734-46

**41290**    Cheater, F. M., Castleden, C. M. Epidemiology and classification of urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 183-205

**3428**    Cheater, F.M. Nurses' educational preparation and knowledge concerning continence promotion. J Adv Nurs. 1992 Mar; 17: 328-338

**41261**    Chen, B. H., Lee, C. P., Chao, M. C. Coexistent insulin dependent diabetes mellitus and hyperthyroidism in a patient with Down's syndrome. Kaohsiung J Med Sci. 2000 Apr; 16: 210-3

**10096**    Chen, B. H., Wen, Y., Li, H., Polan, M. L. Collagen metabolism and turnover in women with stress urinary incontinence and pelvic prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 80-7; discussion 87

**51960**    Chen, B., Wen, Y., Wang, H., Polan, M. L. Differences in estrogen modulation of tissue inhibitor of matrix metalloproteinase-1 and matrix metalloproteinase-1 expression in cultured fibroblasts from continent and incontinent women. Am J Obstet Gynecol. 2003 Jul; 189: 59-65

**51940**    Chen, B., Wen, Y., Zhang, Z., Wang, H., Warrington, J. A., Polan, M. L. Menstrual phase-dependent gene expression differences in periurethral vaginal tissue from women with stress incontinence. Am J Obstet Gynecol. 2003 Jul; 189: 89-97

**59299**    Chen, C. H., Lee, Y. H., Tzeng, W. S., Huan, S. K. A patient with urgency, frequency, and low serum C reactive protein concentration. Postgrad Med J. 2005 Feb; 81: 139-40

**54070**    Chen, G. D., Chen, Y., Lee, H. S., Lin, L. Y. The effect of anterior vaginal wall prolapse on urethral pressure profile. J Soc Gynecol Investig. 2003 Jul; 10: 309-13

September 2009        © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A5: Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

55180   Chen, G. D., Hu, S. W., Chen, Y. C., Lin, T. L., Lin, L. Y. Prevalence and correlations of anal incontinence and constipation in Taiwanese women. Neurourol Urodyn. 2003; 22: 664-9

42671   Chen, G. D., Lin, L. Y., Gardner, J. D. The results of laparoscopic adhesiolysis for intractable urinary frequency. J Urol. 1997 Nov; 158: 1714-6

10141   Chen, G. D., Lin, L. Y., Wang, P. H., Lee, H. S. Urinary tract dysfunction after radical hysterectomy for cervical cancer. Gynecol Oncol. 2002 May; 85: 292-7

53260   Chen, G. D., Lin, T. L., Hu, S. W., Chen, Y. C., Lin, L. Y. Prevalence and correlation of urinary incontinence and overactive bladder in Taiwanese women. Neurourol Urodyn. 2003; 22: 109-17

11223   Chen, G. D., Su, T. H., Lin, L. Y. Applicability of perineal sonography in anatomical evaluation of bladder neck in women with and without genuine stress incontinence. J Clin Ultrasound. 1997 May; 25: 189-94

10814   Chen, H. Y., Chang, W. C., Lin, W. C., Yeh, L. S., Hsu, T. Y., Tsai, H. D., Yang, K. Y. Efficacy of pelvic floor rehabilitation for treatment of genuine stress incontinence. J Formos Med Assoc. 1999 Apr; 98: 271-6

11074   Chen, H. Y., Lin, W. C., Tsai, H. D. The mechanism of successful colposuspension in genuine stress incontinence. Zhonghua Yi Xue Za Zhi (Taipei). 1998 Mar; 61: 146-50

44982   Chen, K. K., Chang, L. S., Chen, M. T., Huang, J. K., Yin, J. H., Lin, S. N. Clinical experience of Kock pouch continent urinary diversion. Urology. 1990 Apr; 35: 317-20

3656    Chen, K.K., Chang, L.S., and Chen, M.T. Neobladder construction using completely detubularized sigmoid colon after radical cystoprostatectomy. J Urol. 1991 Aug; 146: 311-315

4100    Chen, K.K., Chang, L.S., Chen, M.T., Huang, J.K., Yin, J.H., and Lin, S.N. Clinical experience of Kock pouch continent urinary diversion. Urology. 1990 Apr; 35: 317-320

59353   Chen, S. Y. The development and testing of the pelvic floor muscle exercise self-efficacy scale. J Nurs Res. 2004 Dec; 12: 257-66

56410   Chen, Y. C., Chen, G. D., Hu, S. W., Lin, T. L., Lin, L. Y. Is the occurrence of storage and voiding dysfunction affected by menopausal transition or associated with the normal aging process?. Menopause. 2003 May-Jun; 10: 203-8

44739   Cheng, C., Hendry, W. F., Kirby, R. S., Whitfield, H. N. Detubularisation in cystoplasty: clinical review. Br J Urol. 1991 Mar; 67: 303-7

41727   Cheng, E. Y., Ozerdemoglu, R. A., Transfeldt, E. E., Thompson, R. C.,  Jr Lumbosacral chordoma. Prognostic factors and treatment. Spine. 1999 Aug 15; 24: 1639-45

53360   Cheon, W. C., Mak, J. H., Liu, J. Y. Prospective randomised controlled trial comparing laparoscopic and open colposuspension. Hong Kong Med J. 2003 Feb; 9: 10-4

3095    Cher, M.L., Allen, T.D. Continence in the myelodysplastic patient following enterocystoplasty. J Urol. 1993 May; 149: 1103-1106

43743   Cheriyan, S., Greenberger, P. A., Patterson, R. Outcome of cough variant asthma treated with inhaled steroids. Ann Allergy. 1994 Dec; 73: 478-80

42769   Chernoff, A., Horowitz, M., Combs, A., Libretti, D., Nitti, V., Glassberg, K. I. Periurethral collagen injection for the treatment of urinary incontinence in children. J Urol. 1997 Jun; 157: 2303-5

3056    Chester, F. Promoting urinary continence (continuing education credit). Nurs Stand. 1993 May 12-18; 7: 31-36

40606   Chesterman, J., Bauld, L., Judge, K. Satisfaction with the care-managed support of older people: an empirical analysis. Health Soc Care Community. 2001 Jan; 9: 31-42

43727   Chia, Y. W., Fowler, C. J., Kamm, M. A., Henry, M. M., Lemieux, M. C., Swash, M. Prevalence of bowel dysfunction in patients with multiple sclerosis and bladder dysfunction. J Neurol. 1995 Jan; 242: 105-8

52720   Chiaffarino, F., Parazzini, F., Lavezzari, M., Giambanco, V. Impact of urinary incontinence and overactive bladder on quality of life. Eur Urol. 2003 May; 43: 535-8

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

41338    Chiang, L., Ouslander, J., Schnelle, J., Reuben, D. B. Dually incontinent nursing home residents: clinical characteristics and treatment differences. J Am Geriatr Soc. 2000 Jun; 48: 673-6

11005    Chiara, G., Piccioni, V., Perino, M., Ohlmeier, U., Fassino, S., Leombruni, P. Psychological investigation in female patients suffering from urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 73-7

59357    Chiarelli, P. Urinary incontinence: the last taboo?. Aust J Rural Health. 2004 Dec; 12: 277-8

41786    Chiarelli, P., Brown, W. J. Leaking urine in Australian women: prevalence and associated conditions. Women Health. 1999; 29: 1-13

41670    Chiarelli, P., Brown, W., McElduff, P. Leaking urine: prevalence and associated factors in Australian women. Neurourol Urodyn. 1999; 18: 567-77

42859    Chiarelli, P., Campbell, E. Incontinence during pregnancy. Prevalence and opportunities for continence promotion. Aust N Z J Obstet Gynaecol. 1997 Feb; 37: 66-73

40215    Chiarelli, P., Cockburn, J. Promoting urinary continence in women after delivery: randomised controlled trial. BMJ. 2002 May 25; 324: 1241

57040    Chiarelli, P., Murphy, B., Cockburn, J. Acceptability of a urinary continence promotion programme to women in postpartum. BJOG. 2003 Feb; 110: 188-96

56740    Chiarelli, P., Murphy, B., Cockburn, J. Women's knowledge, practises, and intentions regarding correct pelvic floor exercises. Neurourol Urodyn. 2003; 22: 246-9

43703    Chida, N., Orikasa, S., Konda, R., Takahashi, M., Ishidoya, S., Ogata, Y. Crossed ureteral ectopia with an ectopic blind-ending ureter. Urol Int. 1995; 55: 169-72

10967    Chilaka, V. N., Mayne, C. J. Postoperative urinary tract infections (UTIs) following single-dose intraoperative antibiotic prophylaxis in colposuspension patients. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 132-5

11607    Chin, Y. K., Stanton, S. L. A follow up of silastic sling for genuine stress incontinence. Br J Obstet Gynaecol. 1995 Feb; 102: 143-7

11617    Chinegwundoh, F. I., Nayeem, N. Outcome of Burch colposuspension in a district general hospital. Br J Clin Pract. 1995 Jan-Feb; 49: 41-2

55470    Chin-Peukert, L., Komlos, M., Rennick, J. E., Jednak, R., Capolicchio, J. P., Salle, J. L. What is the variability between 2 consecutive cystometries in the same child?. J Urol. 2003 Oct; 170: 1614-7

40622    Chin-Peukert, L., Salle, J. L. A modified biofeedback program for children with detrusor-sphincter dyssynergia: 5-year experience. J Urol. 2001 Oct; 166: 1470-5

43051    Chiverton, P. A., Wells, T. J., Brink, C. A., Mayer, R. Psychological factors associated with urinary incontinence. Clin Nurse Spec. 1996 Sep; 10: 229-33

42337    Cho, C. Y., Alessi, C. A., Cho, M., Aronow, H. U., Stuck, A. E., Rubenstein, L. Z., Beck, J. C. The association between chronic illness and functional change among participants in a comprehensive geriatric assessment program. J Am Geriatr Soc. 1998 Jun; 46: 677-82

10369    Choe, J. M. Preventing urethral obstruction using the 6-point fixation and weight- adjusted spacing nomogram during sling surgery. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 122-8

50020    Choe, J. M. Pubovaginal sling surgery without using abdominal leak point pressure: an outcomes analysis. Adv Exp Med Biol. 2003; 539: 467-80

10004    Choe, J. M. Suprapubic sling adjustment: minimally invasive method of curing recurrent stress incontinence after sling surgery. J Urol. 2002 Nov; 168: 2059-62

50000    Choe, J. M. Surgical implantation of the synthetic sling (the 6-point fixation technique and weight-adjusted spacing nomogram): technique and results. Adv Exp Med Biol. 2003; 539: 493-507

10291    Choe, J. M. Tension-free vaginal tape: is it truly tension-free?. J Urol. 2001 Sep; 166: 1003

50010    Choe, J. M. The use of synthetic materials in pubovaginal sling. Adv Exp Med Biol. 2003; 539: 481-92

**Appendix A5 Bibliography sorted by Primary Author**

American Urological Association, Inc.

SUI Guidelines Panel

| | |
|---|---|
| 10010 | Choe, J. M. Vaginal erosion caused by antibacterial mesh sling. J Urol. 2002 Oct; 168: 1504 |
| 40753 | Choe, J. M., Bell, T. Genetic material is present in cadaveric dermis and cadaveric fascia lata. J Urol. 2001 Jul; 166: 122-4 |
| 41914 | Choe, J. M., Gallo, M. L., Staskin, D. R. A provocative maneuver to elicit cystometric instability: measuring instability at maximum infusion. J Urol. 1999 May; 161: 1541-4 |
| 10270 | Choe, J. M., Kothandapani, R., James, L., Bowling, D. Autologous, cadaveric, and synthetic materials used in sling surgery: comparative biomechanical analysis. Urology. 2001 Sep; 58: 482-6 |
| 10634 | Choe, J. M., Ogan, K., Battino, B. S. Antimicrobial mesh versus vaginal wall sling: a comparative outcomes analysis. J Urol. 2000 Jun; 163: 1829-34 |
| 10658 | Choe, J. M., Ogan, K., Bennett, S. Antibacterial mesh sling: a prospective outcome analysis. Urology. 2000 Apr; 55: 515-20 |
| 42963 | Choe, J. M., Staskin, D. R. Artificial urinary sphincter: evolution and development. J Long Term Eff Med Implants. 1997; 7: 75-100 |
| 11068 | Choe, J. M., Staskin, D. R. Clinical usefulness of urinary control urethral insert devices. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 307-13 |
| 10761 | Choe, J. M., Staskin, D. R. Gore-Tex patch sling: 7 years later. Urology. 1999 Oct; 54: 641-6 |
| 41213 | Choi, H., Oh, S. J. The management of children with complete ureteric duplication: selective use of uretero-ureterostomy as a primary and salvage procedure. BJU Int. 2000 Sep; 86: 508-12 |
| 40115 | Choi, I. S. Parkinsonism after carbon monoxide poisoning. Eur Neurol. 2002; 48: 30-3 |
| 11423 | Cholhan, H. J., Stevenson, K. R. Sling transection of urethra: a rare complication. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 331-4 |
| 56110 | Chou, E. C., Flisser, A. J., Panagopoulos, G., Blaivas, J. G. Effective treatment for mixed urinary incontinence with a pubovaginal sling. J Urol. 2003 Aug; 170: 494-7 |
| 10298 | Chou, T. P., Gorton, E., Stanton, S. L., Atherton, M., Baessler, K., Rienhardt, G. Can uroflowmetry patterns in women be reliably interpreted?. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 142-7 |
| 56500 | Chou, Y. C., Yu, K. J. Entrapped vaginal pessary presented with frequency and urge incontinence. J Chin Med Assoc. 2003 Mar; 66: 181-3 |
| 44834 | Choudhury, S. L., Brocklehurst, J. C., Lye, M. Bacteriuria in non-catheterized elderly patients in the first eight days of hospital stay. Age Ageing. 1990 Nov; 19: 376-82 |
| 40831 | Chow, M., Clarke, D. B., Maloney, W. J., Sangalang, V. Meningeal melanocytoma of the planum sphenoidale. Case report and review of the literature. J Neurosurg. 2001 May; 94: 841-5 |
| 42836 | Chow, S. H., LaSalle, M. D., Rosenberg, G. S. Urinary incontinence secondary to a vaginal pessary. Urology. 1997 Mar; 49: 458-9 |
| 40554 | Christ, G. J., Day, N. S., Day, M., Santizo, C., Zhao, W., Sclafani, T., Zinman, J., Hsieh, K., Venkateswarlu, K., Valcic, M., Melman, A. Bladder injection of 'naked' hSlo/pcDNA3 ameliorates detrusor hyperactivity in obstructed rats in vivo. Am J Physiol Regul Integr Comp Physiol. 2001 Nov; 281: R1699-709 |
| 56880 | Christ, G. J., Day, N. S., Day, M., Zhao, W., Persson, K., Pandita, R. K., Andersson, K. E. Increased connexin43-mediated intercellular communication in a rat model of bladder overactivity in vivo. Am J Physiol Regul Integr Comp Physiol. 2003 May; 284: R1241-8 |
| 42706 | Christensen, H., Laybourn, C., Eickhoff, J. H., Frimodt-Moller, C. Long-term results of the Stamey Bladder-neck suspension procedure and of the Burch colposuspension. Scand J Urol Nephrol. 1997 Aug; 31: 349-53 |
| 42277 | Christiansen, J. Modern surgical treatment of anal incontinence. Ann Med. 1998 Jun; 30: 273-7 |
| 41812 | Christiansen, J., Rasmussen, O. O., Lindorff-Larsen, K. Long-term results of artificial anal sphincter implantation for severe anal incontinence. Ann Surg. 1999 Jul; 230: 45-8 |

44505   Christiansen, J., Sparso, B. Treatment of anal incontinence by an implantable prosthetic anal sphincter. Ann Surg. 1992 Apr; 215: 383-6

42759   Christmas, T. J., Smith, G. L., Rickards, D. Diagnosis and management of high-pressure peristaltic contractions in cystoplasties. Br J Urol. 1997 Jun; 79: 879-82

41817   Chu, L. W., Pei, C. K. Risk factors for early emergency hospital readmission in elderly medical patients. Gerontology. 1999 Jul-Aug; 45: 220-6

43275   Chua, K. S., Kong, K. H. Functional outcome in brain stem stroke patients after rehabilitation. Arch Phys Med Rehabil. 1996 Feb; 77: 194-7

56610   Chua, K., Chuo, A., Kong, K. H. Urinary incontinence after traumatic brain injury: incidence, outcomes and correlates. Brain Inj. 2003 Jun; 17: 469-78

55690   Chuang, T. Y., Yu, K. J., Penn, I. W., Chang, Y. C., Lin, P. H., Tsai, Y. A. Neurourological changes before and after radical hysterectomy in patients with cervical cancer. Acta Obstet Gynecol Scand. 2003 Oct; 82: 954-9

40800   Chun, Y. S., Kim, W. K., Park, K. W., Lee, S. C., Jung, S. E. Lipoblastoma. J Pediatr Surg. 2001 Jun; 36: 905-7

40497   Chung, C. C., Ha, J. P., Tsang, W. W., Li, M. K. Laparoscopic-assisted total mesorectal excision and colonic J pouch reconstruction in the treatment of rectal cancer. Surg Endosc. 2001 Oct; 15: 1098-101

10126   Chung, M. K., Chung, R. P. Comparison of laparoscopic Burch and tension-free vaginal tape in treating stress urinary incontinence in obese patients. JSLS. 2002 Jan-Mar; 6: 17-21

10160   Chung, S. Y., Franks, M., Smith, C. P., Lee, J. Y., Lu, S. H., Chancellor, M. Technique of combined pubovaginal sling and cystocele repair using a single piece of cadaveric dermal graft. Urology. 2002 Apr; 59: 538-41

11795   Churchill, B. M., Aliabadi, H., Landau, E. H., McLorie, G. A., Steckler, R. E., McKenna, P. H., Khoury, A. E. Ureteral bladder augmentation. J Urol. 1993 Aug; 150: 716-20

42915   Cimic, J., Meuleman, E. J., Oosterhof, G. O., Hoitsma, A. J. Urological complications in renal transplantation. A comparison between living-related and cadaveric grafts. Eur Urol. 1997; 31: 433-5

11610   Cisternino, A., Passerini-Glazel, G. Bladder dysfunction in children. Scand J Urol Nephrol Suppl. 1995; 173: 25-8; discussion 29

 3947   Clancy, B., Malone-Lee, J. Reducing leakage rates of incontinence pads. Nurs Times. 1990 Sep 5-11; 86: 49,51

 3755   Clancy, B., Malone-Lee, J. Reducing the leakage of body-worn incontinence pads. J Adv Nurs. 1991 Feb; 16: 187-193

10330   Clark, A. D., Salloum, M. S. Vaginal retropubic urethropexy with intraoperative cystometry for treating urinary stress incontinence. BJU Int. 2001 Jul; 88: 49-52

54970   Clark, A. L., Gregory, T., Smith, V. J., Edwards, R. Epidemiologic evaluation of reoperation for surgically treated pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol. 2003 Nov; 189: 1261-7

44160   Clark, A., Romm, J. Effect of urinary incontinence on sexual activity in women. J Reprod Med. 1993 Sep; 38: 679-83

41644   Clark, M. H., Benson, J. T. Fecal incontinence and the menstrual cycle: a case report. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 344-5

40022   Clark, T., Pope, J. C.,  4th, Adams, C., Wells, N., Brock, J. W.,  3rd Factors that influence outcomes of the Mitrofanoff and Malone antegrade continence enema reconstructive procedures in children. J Urol. 2002 Oct; 168: 1537-40; discussion 1540

11122   Clarke, B. The role of urodynamic assessment in the diagnosis of lower urinary tract disorders. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 196-9

 3228   Clarke, B. Urethral instability. Aust N Z J Obstet Gynaecol. 1992 Aug; 32: 270-275

56550   Clarke-O'Neill, S., Pettersson, L., Fader, M. An evaluation of disposable pads for women with light incontinence. Nurs Times. 2003 May 13-19; 99: 69-72

| | |
|---|---|
| 54100 | Clarke-O'Neill, S., Pettersson, L., Fader, M., Cottenden, A., Brooks, R. A multicenter comparative evaluation: disposable pads for women with light incontinence. J Wound Ostomy Continence Nurs. 2004 Jan-Feb; 31: 32-42 |
| 40403 | Clarke-O'Neill, S., Pettersson, L., Fader, M., Dean, G., Brooks, R., Cottenden, A. A multicentre comparative evaluation: washable pants with an integral pad for light incontinence. J Clin Nurs. 2002 Jan; 11: 79-89 |
| 42219 | Clayton, J., Smith, K., Qureshi, H., Ferguson, B. Collecting patients' views and perceptions of continence services: the development of research instruments. J Adv Nurs. 1998 Aug; 28: 353-61 |
| 40711 | Clemens, J. Q., Bushman, W. Urethral diverticulum following transurethral collagen injection. J Urol. 2001 Aug; 166: 626 |
| 10540 | Clemens, J. Q., DeLancey, J. O., Faerber, G. J., Westney, O. L., Mcguire, E. J. Urinary tract erosions after synthetic pubovaginal slings: diagnosis and management strategy. Urology. 2000 Oct 1; 56: 589-94 |
| 11009 | Clemens, J. Q., Stern, J. A., Bushman, W. A., Schaeffer, A. J. Long-term results of the Stamey bladder neck suspension: direct comparison with the Marshall-Marchetti-Krantz procedure. J Urol. 1998 Aug; 160: 372-6 |
| 41939 | Clementson Kockum, C., Helin, I., Malmberg, L., Malmfors, G. Pediatric urinary tract reconstruction using intestine. Scand J Urol Nephrol. 1999 Feb; 33: 53-6 |
| 59136 | Clemons, J. L., Aguilar, V. C., Tillinghast, T. A., Jackson, N. D., Myers, D. L. Patient satisfaction and changes in prolapse and urinary symptoms in women who were fitted successfully with a pessary for pelvic organ prolapse. Am J Obstet Gynecol. 2004 Apr; 190: 1025-9 |
| 57620 | Clever, K., Smith, G., Bowser, C., Monroe, S. Evaluating the efficacy of a uniquely delivered skin protectant and its effect on the formation of sacral/buttock pressure ulcers. Ostomy Wound Manage. 2002 Dec; 48: 60-7 |
| 42956 | Close, C. E., Mitchell, M. E. Continent gastric tube: new techniques and long-term followup. J Urol. 1997 Jan; 157: 51-5 |
| 43679 | Clow, W. M., Joannides, T., Saleem, A. K., Melville-Jones, G. R., Martin, I. An unusual cause of postmenopausal bleeding and incontinence of urine: primary lymphoma of the vagina. Br J Obstet Gynaecol. 1995 Feb; 102: 164-5 |
| 42018 | Coates, K. W. Physiologic evaluation of the pelvic floor. Obstet Gynecol Clin North Am. 1998 Dec; 25: 805-24 |
| 11199 | Coates, K. W., Harris, R. L., Cundiff, G. W., Bump, R. C. Uroflowmetry in women with urinary incontinence and pelvic organ prolapse. Br J Urol. 1997 Aug; 80: 217-21 |
| 42528 | Cobbs, E. L., Ralapati, A. N. Health of older women. Med Clin North Am. 1998 Jan; 82: 127-44 |
| 41178 | Cochran, A. Don't ask, don't tell: the incontinence conspiracy. Manag Care Q. 2000 Winter; 8: 44-52 |
| 3578 | Cochran, A. Fatal attraction: Foley catheters. Ostomy Wound Manage. 1991 Sep-Oct; 36: 40-1,43-4 |
| 42028 | Cochran, A. Response to urinary incontinence by older persons living in the community. J Wound Ostomy Continence Nurs. 1998 Nov; 25: 296-303 |
| 43910 | Cochran, I., Flynn, C. A., Goetz, G., Potts-Nulty, S. E., Rece, J., Sensenig, H. Stroke care--piecing together the long-term picture. Nursing. 1994 Jun; 24: 34-41; quiz 42 |
| 40427 | Cochrane, D. D., Irwin, B., Chambers, K. Clinical outcomes that fetal surgery for myelomeningocele needs to achieve. Eur J Pediatr Surg. 2001 Dec; 11 Suppl 1: S18-20 |
| 43180 | Cochrane, D. D., Wilson, R. D., Steinbok, P., Farquharson, D. F., Irwin, B., Irvine, B., Chambers, K. Prenatal spinal evaluation and functional outcome of patients born with myelomeningocele: information for improved prenatal counselling and outcome prediction. Fetal Diagn Ther. 1996 May-Jun; 11: 159-68 |
| 51500 | Cody, J., Wyness, L., Wallace, S., Glazener, C., Kilonzo, M., Stearns, S., McCormack, K., Vale, L., Grant, A. Systematic review of the clinical effectiveness and cost-effectiveness of tension-free vaginal tape for treatment of urinary stress incontinence. Health Technol Assess. 2003; 7: iii, 1-189 |
| 40377 | Cogan, S. L., Weber, A. M., Hammel, J. P. Is urethral mobility really being assessed by the pelvic organ prolapse quantification (POP-Q) system?. Obstet Gynecol. 2002 Mar; 99: 473-6 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

44303    Cohen, H. A., Abarbanel, J., Ashkenasi, A., Frydman, M., Straussberg, R., Varsano, I. Urodynamic manifestations associated with Ramsay-Hunt syndrome. Case report. Scand J Urol Nephrol. 1993; 27: 129-31

3080    Cohen, H.A., Abarbanel, J., Ashkenasi, A., Frydman, M., Straussberg, R., and Varsano, I. Urodynamic manifestations associated with Ramsay-Hunt syndrome. Case report. Scand J Urol Nephrol. 1993; 27: 129-131

41992    Cohen, S. J., Robinson, D., Dugan, E., Howard, G., Suggs, P. K., Pearce, K. F., Carroll, D. D., McGann, P., Preisser, J. Communication between older adults and their physicians about urinary incontinence. J Gerontol A Biol Sci Med Sci. 1999 Jan; 54: M34-7

59258    Col, C., Hasdemir, O., Yalcin, E., Guzel, H., Tunc, G., Bilgen, K., Kucukpinar, T. The assessment of urinary function following extended lymph node dissection for colorectal cancer. Eur J Surg Oncol. 2005 Apr; 31: 237-41

44563    Colak, A., Tahta, K., Ozcan, O. E., Eryilmaz, M. Congenital lumbosacral lipomas presenting as a form of occult spinal dysraphism. A report of 9 surgically treated cases. Zentralbl Neurochir. 1992; 53: 15-9

3399    Colak, A., Tahta, K., Ozcan, O.E., and Eryilmaz, M. Congenital lumbosacral lipomas presenting as a form of occult spinal dysraphism. A report of 9 surgically treated cases. Zentralbl Neurochir. 1992; 53: 15-19

11452    Colakoglu, M., Capar, M., Kilic, M., Colakoglu, U., Kaya, H., Acar, A. A new needle suspension procedure for genuine stress incontinence and anterior vaginal wall prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 64-7; discussion 67-8

56090    Cole, E. E., Adams, M. C., Brock, J. W., 3rd, Pope, J. C., 4th Outcome of continence procedures in the pediatric patient: a single institutional experience. J Urol. 2003 Aug; 170: 560-3; discussion 563

51290    Cole, E., Gomelsky, A., Dmochowski, R. R. Encapsulation of a porcine dermis pubovaginal sling. J Urol. 2003 Nov; 170: 1950

41809    Coleman, E. A., Grothaus, L. C., Sandhu, N., Wagner, E. H. Chronic care clinics: a randomized controlled trial of a new model of primary care for frail older adults. J Am Geriatr Soc. 1999 Jul; 47: 775-83

43793    Colley, W. Continence. Indwelling urinary catheters. Nurs Times. 1994 Oct 26-Nov 1; 90: 70

3815    Colley, W. Continence. The Colley Model. Nurs Times. 1991 Feb 13-19; 87: 61-63

42828    Colley, W. Know how male catheterisation. Nurs Times. 1997 Mar 12-18; 93: 32-3

55850    Colley, W. The assessment of continence problems in adults. Nurs Times. 2003 Jul 22-28; 99: 50-1

43888    Colling, J. C., Owen, T. R., McCreedy, M. R. Urine volumes and voiding patterns among incontinent nursing home residents. Residents at highest risk for dehydration are often the most difficult to track. Geriatr Nurs. 1994 Jul-Aug; 15: 188-92

43842    Colling, J., McCreedy, M., Owen, T. Urinary tract infection rates among incontinent nursing home and community dwelling elderly. Urol Nurs. 1994 Sep; 14: 117-9

11916    Colling, J., Ouslander, J., Hadley, B. J., Eisch, J., Campbell, E. The effects of patterned urge-response toileting (PURT) on urinary incontinence among nursing home residents. J Am Geriatr Soc. 1992 Feb; 40: 135-41

3474    Colling, J., Ouslander, J., Hadley, B.J., Eisch, J., and Campbell, E. The effects of patterned urge-response toileting (PURT) on urinary incontinence among nursing home residents. J Am Geriatr Soc. 1992 Feb; 40: 135-141

56510    Colling, J., Owen, T. R., McCreedy, M., Newman, D. The effects of a continence program on frail community-dwelling elderly persons. Urol Nurs. 2003 Apr; 23: 117-22, 127-31

3131    Colling, J.C., Newman, D.K., McCormick, K.A., and Pearson, B.D. Behavioral management strategies for urinary incontinence. J ET Nurs. 1993 Jan-Feb; 20: 9-13

3339    Coloby, P., Gattegno, B., Fourcade, R.O., Fiatte, P., Lagrange, L., Gilbon, F., Elias, E., Montete, P., and Thibault, P. Bladder reconstruction with ileum after cystoprostatectomy for bladder cancer: analysis of the micturition and continence of 44 consecutive patients. Jpn J Clin Oncol. 1992 Apr; 22: 122-130

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

---

**11245**  Colombo, M., Maggioni, A., Scalambrino, S., Vitobello, D., Milani, R. Surgery for genitourinary prolapse and stress incontinence: a randomized trial of posterior pubourethral ligament plication and Pereyra suspension. Am J Obstet Gynecol. 1997 Feb; 176: 337-43

**11413**  Colombo, M., Maggioni, A., Zanetta, G., Vignali, M., Milani, R. Prevention of postoperative urinary stress incontinence after surgery for genitourinary prolapse. Obstet Gynecol. 1996 Feb; 87: 266-71

**11355**  Colombo, M., Milani, R., Vitobello, D., Maggioni, A. A randomized comparison of Burch colposuspension and abdominal paravaginal defect repair for female stress urinary incontinence. Am J Obstet Gynecol. 1996 Jul; 175: 78-84

**11633**  Colombo, M., Scalambrino, S., Maggioni, A., Milani, R. Burch colposuspension versus modified Marshall-Marchetti-Krantz urethropexy for primary genuine stress urinary incontinence: a prospective, randomized clinical trial. Am J Obstet Gynecol. 1994 Dec; 171: 1573-9

**10647**  Colombo, M., Vitobello, D., Proietti, F., Milani, R. Randomised comparison of Burch colposuspension versus anterior colporrhaphy in women with stress urinary incontinence and anterior vaginal wall prolapse. BJOG. 2000 Apr; 107: 544-51

**11401**  Colombo, M., Zanetta, G., Vitobello, D., Milani, R. The Burch colposuspension for women with and without detrusor overactivity. Br J Obstet Gynaecol. 1996 Mar; 103: 255-60

**40026**  Colvert, J. R., 3rd, Kropp, B. P., Cheng, E. Y., Pope, J. C., 4th, Brock, J. W., 3rd, Adams, M. C., Austin, P., Furness, P. D., 3rd, Koyle, M. A. The use of small intestinal submucosa as an off-the-shelf urethral sling material for pediatric urinary incontinence. J Urol. 2002 Oct; 168: 1872-5; discussion 1875-6

**59098**  Comiter, C. V., Colegrove, P. M. High rate of vaginal extrusion of silicone-coated polyester sling. Urology. 2004 Jun; 63: 1066-70

**10725**  Comiter, C. V., Vasavada, S. P., Raz, S. Transvaginal culdosuspension: technique and results. Urology. 1999 Nov; 54: 819-22

**10718**  Connolly, A. M., Thorp, J. M., Jr Childbirth-related perineal trauma: clinical significance and prevention. Clin Obstet Gynecol. 1999 Dec; 42: 820-35

**59218**  Connolly, T. P. Necrotizing surgical site infection after tension-free vaginal tape. Obstet Gynecol. 2004 Dec; 104: 1275-6

**43956**  Connor, J. P., Betrus, G., Fleming, P., Perlmutter, A. D., Reitelman, C. Early cystometrograms can predict the response to intravesical instillation of oxybutynin chloride in myelomeningocele patients. J Urol. 1994 Apr; 151: 1045-7

**3889**  Connor, J.P., Burbige, K.A. Long-term urinary continence and renal function in neonates with posterior urethral valves. J Urol. 1990 Nov; 144: 1209-1211

**11224**  Conrad, S., Pieper, A., De la Maza, S. F., Busch, R., Huland, H. Long-term results of the Stamey bladder neck suspension procedure: a patient questionnaire based outcome analysis. J Urol. 1997 May; 157: 1672-7

**59354**  Constantini, E., Mearini, L., Biscotto, S., Giannantoni, A., Bini, V., Porena, M. Impact of different sized catheters on pressure-flow studies in women with lower urinary tract symptoms. Neurourol Urodyn. 2005; 24: 106-10

**3394**  Constantinou, C.E. Pharmacologic treatment of detrusor incontinence with thiphenamil HCl. Urol Int. 1992; 48: 42-47

**11850**  Contreras Ortiz, O., Lombardo, R. J., Pellicari, A. Non-invasive diagnosis of bladder instability using the Bladder Instability Discriminant Index (BIDI). Zentralbl Gynakol. 1993; 115: 446-9

**41709**  Cook, E. Assessing continence needs in children. Nurs Stand. 1999 Jun 9-15; 13: 48-52; quiz 54

**42580**  Cook, E. Assessing continence needs in children. Paediatr Nurs. 1997 Nov; 9: 29-34; quiz 35-6

**10017**  Cooper, J. Stress incontinence. Clin Evid. 2002 Jun; : 1772-83

**11409**  Cooper, M. J., Cario, G., Lam, A., Carlton, M. A review of results in a series of 113 laparoscopic colposuspensions. Aust N Z J Obstet Gynaecol. 1996 Feb; 36: 44-8

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

**40174** Cooper, P., Gray, D. Comparison of two skin care regimes for incontinence. Br J Nurs. 2001 Mar; 10: S6, S8, S10 passim

**42380** Cooper, S. A. Clinical study of the effects of age on the physical health of adults with mental retardation. Am J Ment Retard. 1998 May; 102: 582-9

**10240** Copas, P., Bukovsky, A., Asbury, B., Elder, R. F., Caudle, M. R. Estrogen, progesterone, and androgen receptor expression in levator ani muscle and fascia. J Womens Health Gend Based Med. 2001 Oct; 10: 785-95

**52870** Cor, A., Barbic, M., Kralj, B. Differences in the quantity of elastic fibres and collagen type I and type III in endopelvic fascia between women with stress urinary incontinence and controls. Urol Res. 2003 Jun; 31: 61-5

**40083** Corcos, J., Beaulieu, S., Donovan, J., Naughton, M., Gotoh, M. Quality of life assessment in men and women with urinary incontinence. J Urol. 2002 Sep; 168: 896-905

**40320** Corcos, J., Behlouli, H., Beaulieu, S. Identifying cut-off scores with neural networks for interpretation of the incontinence impact questionnaire. Neurourol Urodyn. 2002; 21: 198-203

**10726** Corcos, J., Fournier, C. Periurethral collagen injection for the treatment of female stress urinary incontinence: 4-year follow-up results. Urology. 1999 Nov; 54: 815-8

**10331** Cornacchia, M., Zenorini, A., Perobelli, S., Zanolla, L., Mastella, G., Braggion, C. Prevalence of urinary incontinence in women with cystic fibrosis. BJU Int. 2001 Jul; 88: 44-8

**10592** Cornella, J. L., Magrina, J. F. An algorithm for the management of urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 221-6

**12022** Cornella, J. L., Ostergard, D. R. Needle suspension procedures for urinary stress incontinence: a review and historical perspective. Obstet Gynecol Surv. 1990 Dec; 45: 805-16

**41871** Correa, R. J., Jr Informing patients about urinary incontinence. JAMA. 1999 May 19; 281: 1795

**43884** Corrie, G. D. AHCPR guides oversimplify treatment approach. J Okla State Med Assoc. 1994 Jul; 87: 333-4

**11210** Cosimo, O., Pierluigi, P., Angelo, Z. M., Santa, U., Gabriele, F., Salvatore, M. A clinical and urodynamic study of patients with varying degrees of cystocele. Maturitas. 1997 Jun; 27: 125-32

**42309** Cosin, J. A., Carson, L. F. Multidisciplinary management of urinary pouch complications: a better way. Gynecol Oncol. 1998 Jun; 69: 183-4

**11460** Cosiski Marana, H. R., Moreira de Andrade, J., Matheus de Sala, M., Duarte, G., Fonzar Marana, R. R. Evaluation of long-term results of surgical correction of stress urinary incontinence. Gynecol Obstet Invest. 1996; 41: 214-9

**56250** Cosson, M., Boukerrou, M., Lacaze, S., Lambaudie, E., Fasel, J., Mesdagh, H., Lobry, P., Ego, A. A study of pelvic ligament strength. Eur J Obstet Gynecol Reprod Biol. 2003 Jul 1; 109: 80-7

**52030** Cosson, M., Boukerrou, M., Narducci, F., Occelli, B., Querleu, D., Crepin, G. Long-term results of the Burch procedure combined with abdominal sacrocolpopexy for treatment of vault prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 104-7

**10417** Cosson, M., Collinet, P., Occelli, B., Narducci, F., Crepin, G. The vaginal patch plastron for vaginal cure of cystocele. Preliminary results for 47 patients. Eur J Obstet Gynecol Reprod Biol. 2001 Mar; 95: 73-80

**51620** Cosson, M., Debodinance, P., Boukerrou, M., Chauvet, M. P., Lobry, P., Crepin, G., Ego, A. Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material?. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 169-78; discussion 178

**10449** Cosson, M., Rajabally, R., Querleu, D., Crepin, G. Long term complications of vaginal hysterectomy: a case control study. Eur J Obstet Gynecol Reprod Biol. 2001 Feb; 94: 239-44

**40307** Costa, J. A., Kreder, K. J., Howe, J. R. Combined urinary and fecal diversion using a no bowel anastomosis technique. J Urol. 2002 May; 167: 2063-5

# Appendix A5. Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

---

**59101** Costa, P., Grise, P., Droupy, S., Monneins, F., Assenmacher, C., Ballanger, P., Hermieu, J. F., Delmas, V., Boccon-Gibod, L., Ortuno, C. Surgical treatment of female stress urinary incontinence with a trans-obturator-tape (T.O.T.) Uratape: short term results of a prospective multicentric study. Eur Urol. 2004 Jul; 46: 102-6; discussion 106-7

**11267** Costa, P., Mottet, N. Assessing the impact of urinary incontinence in a female population. Eur Urol. 1997; 32 Suppl 2: 25-7

**11563** Costa, P., Mottet, N., el Sandid, M., Sahwi, A., Navratil, H. The artificial urinary sphincter AMS 800: our experience in women with or without uterine prolapse. Acta Urol Belg. 1995 May; 63: 45-6

**10420** Costa, P., Mottet, N., Rabut, B., Thuret, R., Ben Naoum, K., Wagner, L. The use of an artificial urinary sphincter in women with type III incontinence and a negative Marshall test. J Urol. 2001 Apr; 165: 1172-6

**42254** Costantini, E., Lombi, R., Micheli, C., Parziani, S., Porena, M. Colposacropexy with Gore-tex mesh in marked vaginal and uterovaginal prolapse. Eur Urol. 1998 Aug; 34: 111-7

**52020** Costantini, E., Pajoncini, C., Zucchi, A., Lombi, R., Bini, V., Mearini, E., Porena, M. Four-corner colposuspension: clinical and functional results. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 113-8

**59164** Costantini, S., Mistrangelo, E., Francioso, R., Valenzano Menada, M., Risso, D., Lantieri, P. Vaginal versus transabdominal hysterectomy: is mode of hysterectomy to influence pelvic statics or is pelvic statics to influence mode of hysterectomy?. Acta Obstet Gynecol Scand. 2005 Apr; 84: 376-9

**54200** Costanzo, E. S., Antes, L. M., Christensen, A. J. Behavioral and medical treatment of chronic polydipsia in a patient with schizophrenia and diabetes insipidus. Psychosom Med. 2004 Mar-Apr; 66: 283-6

**3031** Cottenden, A., Ledger, D. Incontinence pads: predicting their leakage performance using laboratory tests. Neurourol Urodyn. 1993; 12: 289-291

**3885** Cotton, P. Physicians hear about incontinence [news]. Jama. 1990 Nov 14; 264: 2361-2362

**11715** Couillard, D. R., Deckard-Janatpour, K. A., Stone, A. R. The vaginal wall sling: a compressive suspension procedure for recurrent incontinence in elderly patients. Urology. 1994 Feb; 43: 203-8

**43403** Coward, R. T., Horne, C., Peek, C. W. Predicting nursing home admissions among incontinent older adults: a comparison of residential differences across six years. Gerontologist. 1995 Dec; 35: 732-43

**50980** Coyne, K. S., Zhou, Z., Thompson, C., Versi, E. The impact on health-related quality of life of stress, urge and mixed urinary incontinence. BJU Int. 2003 Nov; 92: 731-5

**40053** Coyne, K., Revicki, D., Hunt, T., Corey, R., Stewart, W., Bentkover, J., Kurth, H., Abrams, P. Psychometric validation of an overactive bladder symptom and health- related quality of life questionnaire: the OAB-q. Qual Life Res. 2002 Sep; 11: 563-74

**11997** Craggs, M. D., Chaffey, N. J., Mundy, A. R. A preliminary report on a new hydraulic sphincter for controlling urinary incontinence. J Med Eng Technol. 1991 Mar-Apr; 15: 58-62

**3629** Craggs, M.D., Chaffey, N.J., and Mundy, A.R. A preliminary report on a new hydraulic sphincter for controlling urinary incontinence. J Med Eng Technol. 1991 Mar-Apr; 15: 58-62

**43758** Craig, D. I. Spinal cord injury and pregnancy: the stories of two women. SCI Nurs. 1994 Dec; 11: 100-4

**45061** Craig, D. I. The adaptation to pregnancy of spinal cord injured women. Rehabil Nurs. 1990 Jan-Feb; 15: 6-9

**55600** Cramer, E. H., Jones, P., Keenan, N. L., Thompson, B. L. Is naturopathy as effective as conventional therapy for treatment of menopausal symptoms?. J Altern Complement Med. 2003 Aug; 9: 529-38

**42694** Crankson, S. J., Ahmed, S. Female bladder exstrophy. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 98-104

**42549** Cravello, L., de Montgolfier, R., D'Ercole, C., Roger, V., Blanc, B. Endoscopic surgery. The end of classic surgery?. Eur J Obstet Gynecol Reprod Biol. 1997 Dec; 75: 103-6

**58110** Crawford, J. T., Adams, W. M. Influence of vestibulovaginal stenosis, pelvic bladder, and recessed vulva on response to treatment for clinical signs of lower urinary tract disease in dogs: 38 cases (1990-1999). J Am Vet Med Assoc. 2002 Oct 1; 221: 995-9

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

43456    Creagh, T. A., McInerney, P. D., Thomas, P. J., Mundy, A. R. Pregnancy after lower urinary tract reconstruction in women. J Urol. 1995 Oct; 154: 1323-4

44522    Creason, N. S., Burgener, S. C., Farrand, L. Guidelines for assessment of incontinence in elderly institutionalized women. Geriatr Nurs. 1992 Mar-Apr; 13: 76-9

3360    Creason, N.S. How useful are urinary incontinence nursing diagnoses?. Urol Nurs. 1992 Jun; 12: 46-47

3323    Creason, N.S., Burgener, S.C., and Farrand, L. Guidelines for assessment of incontinence in elderly institutionalized women. Geriatr-Nurs (New York). 1992 Mar-Apr; 13: 76-79

3196    Creditor, M.C. Hazards of hospitalization of the elderly. Ann Intern Med. 1993 Feb 1; 118: 219-223

44783    Creighton, S. M., Plevnik, S., Stanton, S. L. Distal urethral electrical conductance (DUEC)--a preliminary assessment of its role as a quick screening test for incontinent women. Br J Obstet Gynaecol. 1991 Jan; 98: 69-72

3806    Creighton, S.M., Plevnik, S., and Stanton, S.L. Distal urethral electrical conductance (DUEC)--a preliminary assessment of its role as a quick screening test for incontinent women. Br J Obstet Gynaecol. 1991 Jan; 98: 69-72

3850    Creighton, S.M., Stanton, S.L. Caffeine: does it affect your bladder?. Br J Urol. 1990 Dec; 66: 613-614

3573    Creighton, S.M., Stanton, S.L. Comparison of surgical techniques. Curr Opin Obstet Gynecol. 1990 Aug; 2: 585-590

55430    Crimmins, C. R., Rathbun, S. R., Husmann, D. A. Management of urinary incontinence and nocturnal enuresis in attention-deficit hyperactivity disorder. J Urol. 2003 Oct; 170: 1347-50

10134    Criner, J. A. Urinary incontinence in vulnerable populations: female soldiers. Urol Nurs. 2001 Apr; 21: 120-4

43889    Crino, P. B., Zimmerman, R., Laskowitz, D., Raps, E. C., Rostami, A. M. Magnetic resonance imaging of the cauda equina in Guillain-Barre syndrome. Neurology. 1994 Jul; 44: 1334-6

59034    Crivellaro, S., Smith, J. J., Kocjancic, E., Bresette, J. F. Transvaginal sling using acellular human dermal allograft: safety and efficacy in 253 patients. J Urol. 2004 Oct; 172: 1374-8

52420    Croak, A. J., Schulte, V., Peron, S., Klingele, C., Gebhart, J., Lee, R. Transvaginal tape lysis for urinary obstruction after tension-free vaginal tape placement. J Urol. 2003 Jun; 169: 2238-41

44167    Crome, P., Wijayawardhana, P., Ankier, S. I., Dowell, P., Chevalier, P., Guillet, P. The pharmacokinetics of suriclone after single- and multiple-dose administration in healthy elderly volunteers. Drugs Aging. 1993 Sep-Oct; 3: 436-40

59086    Cronje, H. S., De Beer, J. A., Bam, R. The pathophysiology of an enterocele and its management. J Obstet Gynaecol. 2004 Jun; 24: 408-13

56470    Crosbie, J. J., Eguare, E., McGovern, B., Keane, F. B. The influence of bladder filling on anorectal function. Colorectal Dis. 2003 May; 5: 251-5

11089    Cross, C. A., Cespedes, R. D., English, S. F., McGuire, E. J. Transvaginal urethrolysis for urethral obstruction after anti- incontinence surgery. J Urol. 1998 Apr; 159: 1199-201

11090    Cross, C. A., Cespedes, R. D., McGuire, E. J. Our experience with pubovaginal slings in patients with stress urinary incontinence. J Urol. 1998 Apr; 159: 1195-8

11203    Cross, C. A., Cespedes, R. D., McGuire, E. J. Treatment results using pubovaginal slings in patients with large cystoceles and stress incontinence. J Urol. 1997 Aug; 158: 431-4

11157    Cross, C. A., English, S. F., Cespedes, R. D., McGuire, E. J. A followup on transurethral collagen injection therapy for urinary incontinence. J Urol. 1998 Jan; 159: 106-8

3768    Crowder, H. Incontinence: the secret problem. N Z Nurs J. 1991 Mar; 84: 19-21

41369    Cruccetti, A., Kiely, E. M., Spitz, L., Drake, D. P., Pritchard, J., Pierro, A. Pelvic neuroblastoma: low mortality and high morbidity. J Pediatr Surg. 2000 May; 35: 724-8

# American Urological Association, Inc.

**SUI Guidelines Panel**

11215 Cruikshank, S. H., Kovac, S. R. The functional anatomy of the urethra: role of the pubourethral ligaments. Am J Obstet Gynecol. 1997 Jun; 176: 1200-3; discussion 1203-5

56240 Cruikshank, S. H., Muniz, M. Outcomes study: A comparison of cure rates in 695 patients undergoing sacrospinous ligament fixation alone and with other site-specific procedures--a 16-year study. Am J Obstet Gynecol. 2003 Jun; 188: 1509-12; discussion 1512-5

42133 Cruz, F. Desensitization of bladder sensory fibers by intravesical capsaicin or capsaicin analogs. A new strategy for treatment of urge incontinence in patients with spinal detrusor hyperreflexia or bladder hypersensitivity disorders. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 214-20

11024 Cucchi, A. A possible link between stress urinary incontinence and detrusor instability in the female--urodynamic (pressure/flow) data and speculative considerations. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 3-8

12103 Cucchi, A. Acceleration of flow rate as a screening test for detrusor instability in women with stress incontinence. Br J Urol. 1990 Jan; 65: 17-9

10872 Cucchi, A. Bladder contractility and idiopathic detrusor instability in the female. Br J Urol. 1993 Nov; 72: 559-65

10863 Cucchi, A. Sequential changes in voiding dynamics related to the development of detrusor instability in women with stress urinary incontinence. Neurourol Urodyn. 1999; 18: 73-80

50500 Cucchi, A., Siracusano, S., Di Benedetto, P., Comelli, M., Rovereto, B. Urgency of voiding and abdominal pressure transmission in women with mixed urinary incontinence. Neurourol Urodyn. 2004; 23: 43-7

42760 Cukier, J. M., Cortina-Borja, M., Brading, A. F. A case-control study to examine any association between idiopathic detrusor instability and gastrointestinal tract disorder, and between irritable bowel syndrome and urinary tract disorder. Br J Urol. 1997 Jun; 79: 865-78

10286 Culligan, P. J., Goldberg, R. P., Blackhurst, D. W., Sasso, K., Koduri, S., Sand, P. K. Comparison of microtransducer and fiberoptic catheters for urodynamic studies. Obstet Gynecol. 2001 Aug; 98: 253-7

51380 Culligan, P. J., Goldberg, R. P., Sand, P. K. A randomized controlled trial comparing a modified Burch procedure and a suburethral sling: long-term follow-up. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 229-33; discussion 233

10472 Culligan, P. J., Heit, M. Urinary incontinence in women: evaluation and management. Am Fam Physician. 2000 Dec 1; 62: 2433-44, 2447, 2452

59333 Culligan, P. J., Myers, J. A., Goldberg, R. P., Blackwell, L., Gohmann, S. F., Abell, T. D. Elective cesarean section to prevent anal incontinence and brachial plexus injuries associated with macrosomia--a decision analysis. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 19-28; discussion 28

10550 Culligan, P. J., Rackley, R., Koduri, S., Thomson, R. B., Schwabe, L., Sand, P. K. Is it safe to reuse a syringe of glutaraldehyde cross-linked collagen? A microbiological study. J Urol. 2000 Oct; 164: 1275-6

11115 Cummings, J. M. Leakpoint pressures in female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 153-5

10990 Cummings, J. M., Boullier, J. A., Parra, R. O. Surgical correction of stress incontinence in morbidly obese women. J Urol. 1998 Sep; 160: 754-5

11240 Cummings, J. M., Boullier, J. A., Parra, R. O., Wozniak-Petrofsky, J. Leak point pressures in women with urinary stress incontinence: correlation with patient history. J Urol. 1997 Mar; 157: 818-20

11710 Cummings, J. M., Houston, K. The treatment of urinary incontinence. Hosp Pract (Off Ed). 1994 Feb 15; 29: 97-9, 103, 107

10653 Cummings, J. M., Rodning, C. B. Urinary stress incontinence among obese women: review of pathophysiology therapy. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 41-4

43550 Cummings, V., Holt, R., van der Sloot, C., Moore, K., Griffiths, D. Costs and management of urinary incontinence in long-term care. J Wound Ostomy Continence Nurs. 1995 Jul; 22: 193-8

11425 Cundiff, G. W., Bent, A. E. The contribution of urethrocystoscopy to evaluation of lower urinary tract dysfunction in women. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 307-11

**Appendix A5: Bibliography sorted by Primary Author**

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

11195    Cundiff, G. W., Harris, R. L., Coates, K. W., Bump, R. C. Clinical predictors of urinary incontinence in women. Am J Obstet Gynecol. 1997 Aug; 177: 262-6; discussion 266-7

11277    Cundiff, G. W., Harris, R. L., Theofrastous, J. P., Bump, R. C. Pressure transmission ratio reproducibility in stress continent and stress incontinent women. Neurourol Urodyn. 1997; 16: 161-6

41208    Cunha, D. F., Frota, R. B., Arruda, M. S., Cunha, S. F., Teixeira, V. P. Pressure sores among malnourished necropsied adults--preliminary data. Rev Hosp Clin Fac Med Sao Paulo. 2000 May-Jun; 55: 79-82

44841    Cunsolo, A., Bragaglia, R. B., Manara, G., Poggioli, G., Gozzetti, G. Urogenital dysfunction after abdominoperineal resection for carcinoma of the rectum. Dis Colon Rectum. 1990 Nov; 33: 918-22

3901    Cunsolo, A., Bragaglia, R.B., Manara, G., Poggioli, G., and Gozzetti, G. Urogenital dysfunction after abdominoperineal resection for carcinoma of the rectum. Dis Colon Rectum. 1990 Nov; 33: 918-922

41546    Curran, M. J., Kaefer, M., Peters, C., Logigian, E., Bauer, S. B. The overactive bladder in childhood: long-term results with conservative management. J Urol. 2000 Feb; 163: 574-7

11040    Currie, I., Drutz, H. P., Deck, J., Oxorn, D. Adipose tissue and lipid droplet embolism following periurethral injection of autologous fat: case report and review of the literature. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 377-80

40615    Curtis, L. A., Dolan, T. S., Cespedes, R. D. Acute urinary retention and urinary incontinence. Emerg Med Clin North Am. 2001 Aug; 19: 591-619

42942    Curtis, M. R., Gormley, E. A., Latini, J. M., Halsted, A. C., Heaney, J. A. Prospective development of a cost-efficient program for the pubovaginal sling. Urology. 1997 Jan; 49: 41-5

11999    Cutner, A., Cardozo, L. Treatment of incontinence. Practitioner. 1991 Feb; 235: 98, 100, 102-4

12029    Cutner, A., Cardozo, L. Urinary incontinence: clinical features. Practitioner. 1990 Dec; 234: 1018-24

3715    Cutner, A., Cardozo, L. Urinary incontinence--diagnosis. Practitioner. 1991 Jan; 235: 24,27-30

11946    Cutner, A., Cardozo, L. D., Wise, B. G. The effects of pregnancy on previous incontinence surgery. Case report. Br J Obstet Gynaecol. 1991 Nov; 98: 1181-3

3516    Cutner, A., Cardozo, L.D., and Wise, B.G. The effects of pregnancy on previous incontinence surgery. Case report. Br J Obstet Gynaecol. 1991 Nov; 98: 1181-1183

10275    Cutner, A., Smith, A. R. Laparoscopic colposuspension. Curr Opin Obstet Gynecol. 2001 Oct; 13: 533-7

11000    Czaplicki, M., Dobronski, P., Torz, C., Borkowski, A. Long-term subjective results of Marshall-Marchetti-Krantz procedure. Eur Urol. 1998 Aug; 34: 118-23

42802    Czarapata, B. J., McKillips, K. J. Silent suffering. Helping women find the path to continence. AWHONN Lifelines. 1997 Apr; 1: 28-34

42413    Da Ros, C. T., Teloken, C., Busatto, W. F., Jr, Sogari, P. R., Lisboa, J. F., Vargas Souto, C. A. Endoscopic suspension of the prolapsed vaginal dome. Tech Urol. 1998 Mar; 4: 25-8

52930    Daher, N., Boulanger, J. C., Ulmsten, U. Pre-pubic TVT: an alternative to classic TVT in selected patients with urinary stress incontinence. Eur J Obstet Gynecol Reprod Biol. 2003 Apr 25; 107: 205-7

10346    Dahms, S. E., Lampel, D. S., Kloeppel, R., Hohenfellner, M., Melchior, S. W., Muller, S. C., Thuroff, J. W. Low urethral pressure profile--clinical implications. Scand J Urol Nephrol Suppl. 2001; : 100-5; discussion 106-25

10552    Dainer, M. J., Zorn, B. H. Burch-Cooper's ligament sling procedure: an augmented incontinence operation. Tech Urol. 2000 Sep; 6: 175-7

10900    Dainer, M., Hall, C. D., Choe, J., Bhatia, N. Pregnancy following incontinence surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 385-90

10905    Dainer, M., Hall, C. D., Choe, J., Bhatia, N. N. The Burch procedure: a comprehensive review. Obstet Gynecol Surv. 1999 Jan; 54: 49-60

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

**sorted by Primary Author and Title**

---

43785    Dalela, D., Agarwal, R., Mishra, V. K. Giant vaginolith around an unusual foreign body--an uncommon cause of urinary incontinence in a girl. Br J Urol. 1994 Nov; 74: 673-4

42719    Daley, J., Delbanco, T. L., Hartman, E. E. An 89-year-old woman with urinary incontinence, 1 year later. JAMA. 1997 Aug 27; 278: 679

40296    Dallosso, H. Lower urinary tract symptoms: why incidence rates are vital. Nurs Times. 2001 May 17-23; 97: 72

56810    Dallosso, H. M., Matthews, R. J., McGrother, C. W., Clarke, M., Perry, S. I., Shaw, C., Jagger, C. An investigation into nonresponse bias in a postal survey on urinary symptoms. BJU Int. 2003 May; 91: 631-6

52180    Dallosso, H. M., McGrother, C. W., Matthews, R. J., Donaldson, M. M. The association of diet and other lifestyle factors with overactive bladder and stress incontinence: a longitudinal study in women. BJU Int. 2003 Jul; 92: 69-77

59113    Dallosso, H., Matthews, R., McGrother, C., Donaldson, M. Diet as a risk factor for the development of stress urinary incontinence: a longitudinal study in women. Eur J Clin Nutr. 2004 Jun; 58: 920-6

41689    Damani, N., Wilson, S. R. Nongynecologic applications of transvaginal US. Radiographics. 1999 Oct; 19 Spec No: S179-200; quiz S265-6

51710    Damaser, M. S., Broxton-King, C., Ferguson, C., Kim, F. J., Kerns, J. M. Functional and neuroanatomical effects of vaginal distention and pudendal nerve crush in the female rat. J Urol. 2003 Sep; 170: 1027-31

42182    Damian, J., Martin-Moreno, J. M., Lobo, F., Bonache, J., Cervino, J., Redondo-Marquez, L., Martinez-Agullo, E. Prevalence of urinary incontinence among Spanish older people living at home. Eur Urol. 1998 Oct; 34: 333-8

44587    Dandapat, M. C., Mishra, J. N., Das, R. P. Abdominal suture proctopexy for complete prolapse of rectum. J Indian Med Assoc. 1991 Dec; 89: 331-3

41682    Dandy, D. Assessment tool promotes continence after childbirth. Nurs Times. 1999 Jul 14-20; 95: 42-3

43166    Danek, A., Uttner, I., Yoursry, T., Pfister, H. W. Lyme neuroborreliosis disguised as normal pressure hydrocephalus. Neurology. 1996 Jun; 46: 1743-5

10081    Daneshgari, F. Valsalva leak point pressure: steps toward standardization. Curr Urol Rep. 2001 Oct; 2: 388-91

41272    Dannecker, C., Anthuber, C. The effects of childbirth on the pelvic-floor. J Perinat Med. 2000; 28: 175-84

59364    Dannecker, C., Hillemanns, P., Strauss, A., Hasbargen, U., Hepp, H., Anthuber, C. Episiotomy and perineal tears presumed to be imminent: the influence on the urethral pressure profile, analmanometric and other pelvic floor findings--follow-up study of a randomized controlled trial. Acta Obstet Gynecol Scand. 2005 Jan; 84: 65-71

11206    Darai, E., Perdu, M., Benifla, J. L., Madelenat, P. Percutaneous needle colposuspension to Cooper's ligament for the treatment of stress incontinence in women: a report of 82 cases. Eur J Obstet Gynecol Reprod Biol. 1997 Jul; 74: 53-5

45031    Darling, C. A., Davidson, J. K., Sr, Conway-Welch, C. Female ejaculation: perceived origins, the Grafenberg spot/area, and sexual responsiveness. Arch Sex Behav. 1990 Feb; 19: 29-47

4078    Darling, C.A., Davidson, J.K., Sr., and Conway-Welch, C. Female ejaculation: perceived origins, the Grafenberg spot/area, and sexual responsiveness [see comments]. Arch Sex Behav. 1990 Feb; 19: 29-47

11363    Darson, M. F., Malizia, A. A., Barrett, D. M. Periurethral injection of the genitourinary spheroidal membrane. J Endourol. 1996 Jun; 10: 283-6

11010    Das, S. Comparative outcome analysis of laparoscopic colposuspension, abdominal colposuspension and vaginal needle suspension for female urinary incontinence. J Urol. 1998 Aug; 160: 368-71

10805    Das, S. Dynamic suburethral suspension with pedicled external oblique aponeurosis in the management of female urinary incontinence. J Urol. 1999 Aug; 162: 469-73

41503    Das, S. Laparoscopic surgery for female urinary incontinence: prudence shall prevail. JSLS. 1999 Oct-Dec; 3: 273-7

11523    Das, S., Palmer, J. K. Laparoscopic colpo-suspension. J Urol. 1995 Sep; 154: 1119-21

---

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.
### SUI Guidelines Panel

Master Bibliography
sorted by Primary Author and Title

| | |
|---|---|
| 3315 | Dator, D.P., Hatchett, L., Dyro, F.M., Shefner, J.M., and Bauer, S.B. Urodynamic dysfunction in walking myelodysplastic children. J Urol. 1992 Aug; 148: 362-365 |
| 10315 | Dattilo, J. A long-term study of patient outcomes with pelvic muscle re-education for urinary incontinence. J Wound Ostomy Continence Nurs. 2001 Jul; 28: 199-205 |
| 40601 | Dave, S., Grover, V. P., Agarwala, S., Mitra, D. K., Bhatnagar, V. Cystometric evaluation of reconstructed classical bladder exstrophy. BJU Int. 2001 Sep; 88: 403-8 |
| 42476 | David, G., Durr, A., Stevanin, G., Cancel, G., Abbas, N., Benomar, A., Belal, S., Lebre, A. S., Abada-Bendib, M., Grid, D., Holmberg, M., Yahyaoui, M., Hentati, F., Chkili, T., Agid, Y., Brice, A. Molecular and clinical correlations in autosomal dominant cerebellar ataxia with progressive macular dystrophy (SCA7). Hum Mol Genet. 1998 Feb; 7: 165-70 |
| 44707 | Davidson, H. A., Borrie, M. J., Crilly, R. G. Copy task performance and urinary incontinence in Alzheimer's disease. J Am Geriatr Soc. 1991 May; 39: 467-71 |
| 3723 | Davidson, H.A., Borrie, M.J., and Crilly, R.G. Copy task performance and urinary incontinence in Alzheimer's disease. J Am Geriatr Soc. 1991 May; 39: 467-471 |
| 44546 | Davidsson, T., Barker, S. B., Mansson, W. Tapering of intussuscepted ileal nipple valve or ileocecal valve to correct secondary incontinence in patients with urinary reservoir. J Urol. 1992 Jan; 147: 144-6 |
| 3512 | Davidsson, T., Barker, S. B., and Mansson, W. Tapering of intussuscepted ileal nipple valve or ileocecal valve to correct secondary incontinence in patients with urinary reservoir. J Urol. 1992 Jan; 147: 144-146 |
| 3067 | Davies, D.D. Incidence of major complications of neurolytic coeliac plexus block. J R Soc Med. 1993 May; 86: 264-266 |
| 56350 | Davies, G. A., Wolfe, L. A., Mottola, M. F., MacKinnon, C., Arsenault, M. Y., Bartellas, E., Cargill, Y., Gleason, T., Iglesias, S., Klein, M., Martel, M. J., Roggensack, A., Wilson, K., Gardiner, P., Graham, T., Haennel, R., Hughson, R. / Exercise in pregnancy and the postpartum period. J Obstet Gynaecol Can. 2003 Jun; 25: 516-29 |
| 41144 | Davies, J. A., Hosker, G., Lord, J., Smith, A. R. An evaluation of the efficacy of in-patient bladder retraining. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 271-5; discussion 275-6 |
| 43259 | Davies, L. A vital consideration. Nurs Times. 1996 Feb 7-14; 92: 165 |
| 3681 | Davies, S.W., Brecker, S.J., and Stevenson, R.N. Terodiline for treating detrusor instability in elderly people [letter] [see comments]. Bmj. 1991 May 25; 302: 1276 |
| 40504 | Davila, G. W. Informed consent for obstetrics management: a urogynecologic perspective. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 289-91 |
| 11361 | Davila, G. W. Introl bladder neck support prosthesis: a nonsurgical urethropexy. J Endourol. 1996 Jun; 10: 293-6 |
| 43848 | Davila, G. W. Urinary incontinence in women. How to help patients regain bladder control. Postgrad Med. 1994 Aug; 96: 103-10 |
| 43233 | Davila, G. W. Vaginal prolapse: management with nonsurgical techniques. Postgrad Med. 1996 Apr; 99: 171-6, 181, 184-5 |
| 52000 | Davila, G. W., Bernier, F., Franco, J., Kopka, S. L. Bladder dysfunction in sexual abuse survivors. J Urol. 2003 Aug; 170: 476-9 |
| 10337 | Davila, G. W., Daugherty, C. A., Sanders, S. W. A short-term, multicenter, randomized double-blind dose titration study of the efficacy and anticholinergic side effects of transdermal compared to immediate release oral oxybutynin treatment of patients with urge urinary incontinence. J Urol. 2001 Jul; 166: 140-5 |
| 59055 | Davila, G. W., Guerette, N. Current treatment options for female urinary incontinence--a review. Int J Fertil Womens Med. 2004 May-Jun; 49: 102-12 |
| 11069 | Davila, G. W., Kondo, A. Introl bladder neck support prosthesis: international clinical experience. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 301-6 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 10828 | Davila, G. W., Neal, D., Horbach, N., Peacher, J., Doughtie, J. D., Karram, M. A bladder-neck support prosthesis for women with stress and mixed incontinence. Obstet Gynecol. 1999 Jun; 93: 938-42 |
| 11677 | Davila, G. W., Ostermann, K. V. The bladder neck support prosthesis: a nonsurgical approach to stress incontinence in adult women. Am J Obstet Gynecol. 1994 Jul; 171: 206-11 |
| 59093 | Davila, G. W., Stanford, E., Korn, A. Prospective trial of gasless laparoscopic Burch colposuspension using conventional surgical instruments. J Am Assoc Gynecol Laparosc. 2004 May; 11: 197-203 |
| 42068 | Davis, G., McClure, G., Sherman, R., Hibbert, M., Wong, M., Perez, R. Ambulatory urodynamics of female soldiers. Mil Med. 1998 Dec; 163: 808-12 |
| 41949 | Davis, G., Sherman, R., Wong, M. F., McClure, G., Perez, R., Hibbert, M. Urinary incontinence among female soldiers. Mil Med. 1999 Mar; 164: 182-7 |
| 55760 | Davis, K., Kumar, D. Pelvic floor dysfunction: a conceptual framework for collaborative patient-centred care. J Adv Nurs. 2003 Sep; 43: 555-68 |
| 54960 | Davis, K., Kumar, D., Stanton, S. L., Thakar, R., Fynes, M., Bland, J. Symptoms and anal sphincter morphology following primary repair of third-degree tears. Br J Surg. 2003 Dec; 90: 1573-9 |
| 40583 | Davis, N. S., Bavendam, T. G. Use of a urethral occlusion device for treatment of incontinence in a patient with heterotopic urinary diversion. Tech Urol. 2001 Sep; 7: 246-8 |
| 59059 | Davis, T. L., Lukacz, E. S., Luber, K. M., Nager, C. W. Determinants of patient satisfaction after the tension-free vaginal tape procedure. Am J Obstet Gynecol. 2004 Jul; 191: 176-81 |
| 43576 | Davis, V. M. Electric stimulation: does nursing have a role in the treatment of adult urinary incontinence?. Urol Nurs. 1995 Jun; 15: 56-60 |
| 3554 | Dawes, H., Cherry, L., Ballentyne, M., and Glen, E. Continence--advice for all. Nurs Times. 1991 Oct 30-Nov 5; 87: 56,58,62 |
| 3764 | Dawes, H., Small, D., and Glen, E. Continence. Adding computers to the armoury. Nurs Times. 1990 Nov 14-20; 86: 68-69 |
| 43196 | Dawson, C., Whitfield, H. ABC of urology. Urinary incontinence and urinary infection. BMJ. 1996 Apr 13; 312: 961-4 |
| 44315 | Day, D. G., Bailey, M. Q., Evans, K. L., Smeak, D. D., DiBartola, S. P. Postoperative evaluation of renal function after surgical correction of a ureterovaginal fistula in a cat. J Am Vet Med Assoc. 1993 Jan 1; 202: 104-6 |
| 41255 | Day, P. L. Findings of a three-year retrospective study to investigate prevalence and incidence of urinary incontinence and overactive bladder in a typical managed care setting. Pharm Pract Manag Q. 2000 Apr; 20: 1-11 |
| 11444 | de Aloysio, D., Altieri, P., Penacchioni, P., Mauloni, M., Bottiglioni, F. Premenopause-dependent changes. Gynecol Obstet Invest. 1996; 42: 120-7 |
| 40822 | De Badiola, F., Ruiz, E., Puigdevall, J., Lobos, P., Moldes, J., Lopez Raffo, M., Gallo, A. Sigmoid cystoplasty with argon beam without mucosa. J Urol. 2001 Jun; 165: 2253-5 |
| 54520 | De Deyn, P. P., Carrasco, M. M., Deberdt, W., Jeandel, C., Hay, D. P., Feldman, P. D., Young, C. A., Lehman, D. L., Breier, A. Olanzapine versus placebo in the treatment of psychosis with or without associated behavioral disturbances in patients with Alzheimer's disease. Int J Geriatr Psychiatry. 2004 Feb; 19: 115-26 |
| 40121 | De Ganck, J., Everaert, K., Van Laecke, E., Oosterlinck, W., Hoebeke, P. A high easy-to-treat complication rate is the price for a continent stoma. BJU Int. 2002 Aug; 90: 240-3 |
| 10605 | De Giovanni, L., Menchinelli, P., Rubino, F., Manca, A., Ronzoni, G. Valsalva leak point pressure: how to chose the best method. Arch Ital Urol Androl. 2000 Apr; 72: 25-7 |
| 45039 | De Groote, B., Van Laer, P., Maurus, K., Van Biervliet, J. P., Meeus, L. Embolization of ectopic kidney to control incontinence. Pediatrics. 1990 Feb; 85: 217-9 |
| 11949 | de Jong, P. Easier needle bladder-neck suspension procedure. S Afr Med J. 1991 Oct 5; 80: 360 |

# Appendix A5. Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

**11731** De Jong, P. R., Pontin, A., Pillay, G. Where is the bladder neck following needle suspension operations?. Clin Exp Obstet Gynecol. 1994; 21: 10-3

**41128** de Jong, T. P., Dik, P., Klijn, A. J., Uiterwaal, C. S., van Gool, J. D. Ectopic ureterocele: results of open surgical therapy in 40 patients. J Urol. 2000 Dec; 164: 2040-3; discussion 2043-4

**42619** de Kort, L. M., Nesselaar, C. H., van Gool, J. D., de Jong, T. P. The influence of colonic enema irrigation on urodynamic findings in patients with neurogenic bladder dysfunction. Br J Urol. 1997 Nov; 80: 731-3

**55320** de Kort, L. M., Verhulst, J. A., Engelbert, R. H., Uiterwaal, C. S., de Jong, T. P. Lower urinary tract dysfunction in children with generalized hypermobility of joints. J Urol. 2003 Nov; 170: 1971-4

**40632** De Leeuw, J. W., Vierhout, M. E., Struijk, P. C., Hop, W. C., Wallenburg, H. C. Anal sphincter damage after vaginal delivery: functional outcome and risk factors for fecal incontinence. Acta Obstet Gynecol Scand. 2001 Sep; 80: 830-4

**50740** de Leval, J. Novel surgical technique for the treatment of female stress urinary incontinence: transobturator vaginal tape inside-out. Eur Urol. 2003 Dec; 44: 724-30

**11900** De Muylder, X., Claes, H., Neven, P., De Jaegher, K. Usefulness of urodynamic investigations in female incontinence. Eur J Obstet Gynecol Reprod Biol. 1992 May 13; 44: 205-8

**42321** De Paepe, H., Hoebeke, P., Renson, C., Van Laecke, E., Raes, A., Van Hoecke, E., Van Daele, J., Vande Walle, J. Pelvic-floor therapy in girls with recurrent urinary tract infections and dysfunctional voiding. Br J Urol. 1998 May; 81 Suppl 3: 109-13

**40062** De Paepe, H., Renson, C., Hoebeke, P., Raes, A., Van Laecke, E., Vande Walle, J. The role of pelvic-floor therapy in the treatment of lower urinary tract dysfunctions in children. Scand J Urol Nephrol. 2002; 36: 260-7

**41411** De Paepe, H., Renson, C., Van Laecke, E., Raes, A., Vande Walle, J., Hoebeke, P. Pelvic-floor therapy and toilet training in young children with dysfunctional voiding and obstipation. BJU Int. 2000 May; 85: 889-93

**56590** de Rekeneire, N., Visser, M., Peila, R., Nevitt, M. C., Cauley, J. A., Tylavsky, F. A., Simonsick, E. M., Harris, T. B. Is a fall just a fall: correlates of falling in healthy older persons. The Health, Aging and Body Composition Study. J Am Geriatr Soc. 2003 Jun; 51: 841-6

**42628** De Ridder, D., Chandiramani, V., Dasgupta, P., Van Poppel, H., Baert, L., Fowler, C. J. Intravesical capsaicin as a treatment for refractory detrusor hyperreflexia: a dual center study with long-term followup. J Urol. 1997 Dec; 158: 2087-92

**10843** De Ridder, D., Vermeulen, C., Ketelaer, P., Van Poppel, H., Baert, L. Pelvic floor rehabilitation in multiple sclerosis. Acta Neurol Belg. 1999 Mar; 99: 61-4

**40618** De Risio, L., Sharp, N. J., Olby, N. J., Munana, K. R., Thomas, W. B. Predictors of outcome after dorsal decompressive laminectomy for degenerative lumbosacral stenosis in dogs: 69 cases (1987-1997). J Am Vet Med Assoc. 2001 Sep 1; 219: 624-8

**10050** de Rossi, P. Clinical outcome of fascial slings for female stress incontinence. Medscape Womens Health. 2002 May-Jun; 7: 1

**41314** De Serres, G., Shadmani, R., Duval, B., Boulianne, N., Dery, P., Douville Fradet, M., Rochette, L., Halperin, S. A. Morbidity of pertussis in adolescents and adults. J Infect Dis. 2000 Jul; 182: 174-9

**59061** de Tayrac, R., Chevalier, N., Chauveaud-Lambling, A., Gervaise, A., Fernandez, H. Risk of urge and stress urinary incontinence at long-term follow-up after vaginal hysterectomy. Am J Obstet Gynecol. 2004 Jul; 191: 90-4

**59024** de Tayrac, R., Gervaise, A., Chauveaud-Lambling, A., Fernandez, H. Combined genital prolapse repair reinforced with a polypropylene mesh and tension-free vaginal tape in women with genital prolapse and stress urinary incontinence: a retrospective case-control study with short-term follow-up. Acta Obstet Gynecol Scand. 2004 Oct; 83: 950-4

**10130** de Tayrac, R., Salet-Lizee, D., Villet, R. Comparison of anterior colporrhaphy versus Bologna procedure in women with genuine stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 36-9

**10058** De Vries, S. H., Klijn, A. J., Lilien, M. R., De Jong, T. P. Development of renal function after neonatal urinary ascites due to obstructive uropathy. J Urol. 2002 Aug; 168: 675-8

---

 © 2008 American Urological Association, Inc.  All rights reserved.  Not to be copied or distributed without permission.

# Appendix A5  Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

---

**40970**  de,, JONG TP, Van Gool, J. D., Dik, P., Klijn, A. J., Vijverberg, M. A. The treatment of post-urethrotomy incontinence in pediatric and adolescent females. J Urol. 2001 Mar; 165: 929-33

**43662**  Dealey, C. Pressure sores and incontinence: a study evaluating the use of topical agents in skin care. J Wound Care. 1995 Mar; 4: 103-5

**11491**  Debaere, C., Rigauts, H., Steyaert, L., Pattyn, G., Ampe, J. MR imaging of a diverticulum in a female urethra. J Belge Radiol. 1995 Dec; 78: 345-6

**54000**  Debodinance, P., Delporte, P., Engrand, J. B., Boulogne, M. Tension-free vaginal tape (TVT) in the treatment of urinary stress incontinence: 3 years experience involving 256 operations. Eur J Obstet Gynecol Reprod Biol. 2002 Oct 10; 105: 49-58

**11770**  Debodinance, P., Querleu, D. Comparison of the Bologna and Ingelman-Sundberg procedures for stress incontinence associated with genital prolapse: prospective randomized study. Eur J Obstet Gynecol Reprod Biol. 1993 Nov; 52: 35-40

**3040**  Decter, R.M. Use of the fascial sling for neurogenic incontinence: lessons learned. J Urol 1993 Aug; 150: 683-686

**55680**  Dede, M., Yagci, G., Yenen, M. C., Gorgulu, S., Deveci, M. S., Cetiner, S., Dilek, S. Retroperitoneal benign schwannoma: report of three cases and analysis of clinico-radiologic findings. Tohoku J Exp Med. 2003 Jun; 200: 93-7

**3553**  Deegan, S. Continence--close to normality. Nurs Times. 1991 Oct 30-Nov 5; 87: 65,67

**55520**  DeFoor, W., Minevich, E., McEnery, P., Tackett, L., Reeves, D., Sheldon, C. Lower urinary tract reconstruction is safe and effective in children with end stage renal disease. J Urol. 2003 Oct; 170: 1497-500; discussion 1500

**50840**  Defreitas, G. A., Lemack, G. E., Zimmern, P. E. Nonintubated uroflowmetry as a predictor of normal pressure flow study in women with stress urinary incontinence. Urology. 2003 Nov; 62: 905-8

**55280**  Defreitas, G. A., Lemack, G. E., Zimmern, P. E., Dewey, R. B., Roehrborn, C. G., O'Suilleabhain, P. E. Distinguishing neurogenic from non-neurogenic detrusor overactivity: a urodynamic assessment of lower urinary tract symptoms in patients with and without Parkinson's disease. Urology. 2003 Oct; 62: 651-5

**51790**  Defreitas, G. A., Wilson, T. S., Zimmern, P. E., Forte, T. B. Three-dimensional ultrasonography: an objective outcome tool to assess collagen distribution in women with stress urinary incontinence. Urology. 2003 Aug; 62: 232-6

**3525**  De-Gennaro, M., Lais, A., Fariello, G., Caldarelli, M., Capozza, N., Talamo, M., and Caione, P. Early diagnosis and treatment of spinal dysraphism to prevent urinary incontinence. Eur Urol. 1991; 20: 140-145

**3903**  de-Groat, W.C. Central neural control of the lower urinary tract. Ciba Found Symp. 1990; 151: 27-44;discussion44-56

**4212**  De-Groote, B., Van-Laer, P., Maurus, K., Van-Biervliet, J.P., and Meeus, L. Embolization of ectopic kidney to control incontinence. Pediatrics. 1990 Feb; 85: 217-219

**3201**  deHoll, J.D., Jr., Williams, L.A., Steers, W.D., Rodeheaver, G.T., Clark, M.M., and Edlich, R.F. Technical considerations in the use of external condom catheter systems. J Burn Care Rehabil. 1992 Nov-Dec; 13: 664-672

**11697**  Deindl, F. M., Vodusek, D. B., Hesse, U., Schussler, B. Pelvic floor activity patterns: comparison of nulliparous continent and parous urinary stress incontinent women. A kinesiological EMG study. Br J Urol 1994 Apr; 73: 413-7

**3587**  de-Jong, P. Easier needle bladder-neck suspension procedure [letter]. S Afr Med J. 1991 Oct 5; 80: 360

**10716**  del Campo-Rodriguez, M., Batista-Miranda, J. E., Errando-Smet, C., Arano-Bertran, P. Outcome of colposuspension in patients with stress urinary incontinence and abnormal cystometry. Arch Esp Urol. 1999 Sep; 52: 810-4

**44343**  Del Carro, U., Riva, D., Comi, G. C., Locatelli, T., Magnani, G., Levati, N., Vigano, R., Sambruni, I., Canal, N. Neurophysiological evaluation in detrusor instability. Neurourol Urodyn. 1993; 12: 455-62

---

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

59138   Del Rio, C., Sanchez-Santos, R., Oreja, V., De Oca, J., Biondo, S., Pares, D., Osorio, A., Marti-Rague, J., Jaurrieta, E. Long-term urinary dysfunction after rectal cancer surgery. Colorectal Dis. 2004 May; 6: 198-202

40933   Del Ser, T., Hachinski, V., Merskey, H., Munoz, D. G. Clinical and pathologic features of two groups of patients with dementia with Lewy bodies: effect of coexisting Alzheimer-type lesion load. Alzheimer Dis Assoc Disord. 2001 Jan-Mar; 15: 31-44

45067   Delamarter, R. B., Bohlman, H. H., Dodge, L. D., Biro, C. Experimental lumbar spinal stenosis. Analysis of the cortical evoked potentials, microvasculature, and histopathology. J Bone Joint Surg Am. 1990 Jan; 72: 110-20

44635   Delamarter, R. B., Sherman, J. E., Carr, J. B. 1991 Volvo Award in experimental studies. Cauda equina syndrome: neurologic recovery following immediate, early, or late decompression. Spine. 1991 Sep; 16: 1022-9

12066   DeLancey, J. O. Anatomy and physiology of urinary continence. Clin Obstet Gynecol. 1990 Jun; 33: 298-307

44070   DeLancey, J. O. Childbirth, continence, and the pelvic floor. N Engl J Med. 1993 Dec 23; 329: 1956-7

10068   Delancey, J. O. Fascial and muscular abnormalities in women with urethral hypermobility and anterior vaginal wall prolapse. Am J Obstet Gynecol. 2002 Jul; 187: 93-8

11342   DeLancey, J. O. Stress urinary incontinence: where are we now, where should we go?. Am J Obstet Gynecol. 1996 Aug; 175: 311-9

11678   DeLancey, J. O. Structural support of the urethra as it relates to stress urinary incontinence: the hammock hypothesis. Am J Obstet Gynecol. 1994 Jun; 170: 1713-20; discussion 1720-3

11152   DeLancey, J. O. The pathophysiology of stress urinary incontinence in women and its implications for surgical treatment. World J Urol. 1997; 15: 268-74

54080   DeLancey, J. O., Kearney, R., Chou, Q., Speights, S., Binno, S. The appearance of levator ani muscle abnormalities in magnetic resonance images after vaginal delivery. Obstet Gynecol. 2003 Jan; 101: 46-53

11214   DeLancey, J. O., Morley, G. W. Total colpocleisis for vaginal eversion. Am J Obstet Gynecol. 1997 Jun; 176: 1228-32; discussion 1232-5

3853   DeLancey, J.O., Nygaard, I. Exercise-associated urinary incontinence. Jama. 1991 Jan 23-30; 265: 514

3920   DeLancey, J.O., Starr, R.A. Histology of the connection between the vagina and levator ani muscles. Implications for urinary tract function. J Reprod Med. 1990 Aug; 35: 765-771

11507   Dellas, A., Drewe, J. Conservative therapy of female genuine stress incontinence with vaginal cones. Eur J Obstet Gynecol Reprod Biol. 1995 Oct; 62: 213-5

59100   Delmas, V. Re: de Leval J. Novel surgical technique for the treatment of female stress urinary incontinence: transobturator vaginal tape inside-out. Eur Urol 2003;44:724-30. Eur Urol. 2004 Jul; 46: 134

43429   Delodovici, M. L., Fowler, C. J. Clinical value of the pudendal somatosensory evoked potential. Electroencephalogr Clin Neurophysiol. 1995 Nov; 96: 509-15

43253   Del-Ser, T., Munoz, D. G., Hachinski, V. Temporal pattern of cognitive decline and incontinence is different in Alzheimer's disease and diffuse Lewy body disease. Neurology. 1996 Mar; 46: 682-6

11438   Demirci, F., Fine, P. M. Ultrasonography in stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 125-32

11624   Demirci, F., Kuyumcuoglu, U., Kekovali, M., Ergenekon, E., Eren, S., Uludogan, M., Sofuoglu, K. Perineal ultrasonography in postoperative assessment of two different surgical procedures for stress urinary incontinence. Int Urol Nephrol. 1995; 27: 279-87

11445   Demirci, F., Kuyumcuoglu, U., Uludogan, M., Gorgen, H., Sahinoglu, Z., Delikara, M. N. Evaluation of urethrovesical junction mobility by perineal ultrasonography in stress urinary incontinence. J Pak Med Assoc. 1996 Jan; 46: 2-5

52490   Demirci, F., Ozdemir, I., Yucel, O., Alhan, A. A new, simple, safe, effective and cost-effective procedure for genuine stress incontinence: midurethral polypropylene sling. Aust N Z J Obstet Gynaecol. 2003 Feb; 43: 58-60

**American Urological Association, Inc.**

SUI Guidelines Panel

10455   Demirci, F., Ozden, S., Alpay, Z., Demirci, E. T. The effects of abdominal hysterectomy on bladder neck and urinary incontinence. Aust N Z J Obstet Gynaecol. 1999 May; 39: 239-42

10368   Demirci, F., Ozden, S., Alpay, Z., Demirci, E. T., Ayas, S. The effects of vaginal delivery and cesarean section on bladder neck mobility and stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 129-33

10296   Demirci, F., Petri, E. Perioperative complications of Burch colposuspension. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 170-5

53460   Demirci, F., Yildirim, U., Demirci, E., Ayas, S., Arioglu, P., Kuyumcuoglu, U. Ten-year results of Marshall Marchetti Krantz and anterior colporraphy procedures. Aust N Z J Obstet Gynaecol. 2002 Nov; 42: 513-4

10677   Demirci, F., Yucel, N., Ozden, S., Delikara, N., Yalti, S., Demirci, E. A retrospective review of perioperative complications in 360 patients who had Burch colposuspension. Aust N Z J Obstet Gynaecol. 1999 Nov; 39: 472-5

10210   Demirci, F., Yucel, O. Comparison of pubovaginal sling and burch colposuspension procedures in type I/II genuine stress incontinence. Arch Gynecol Obstet. 2001 Nov; 265: 190-4

10351   Demirci, F., Yucel, O., Eren, S., Alkan, A., Demirci, E., Yildirim, U. Long-term results of Burch colposuspension. Gynecol Obstet Invest. 2001; 51: 243-7

3377    De-Muylder, X., Claes, H., Neven, P., and De-Jaegher, K. Usefulness of urodynamic investigations in female incontinence. Eur J Obstet Gynecol Reprod Biol. 1992 May 13; 44: 205-208

43802   Denays, R., Tondeur, M., Noel, P., Ham, H. R. Bilateral cerebral mediofrontal hypoactivity in Tc-99m HMPAO SPECT imaging. Clin Nucl Med. 1994 Oct; 19: 873-6

42290   Denewer, A. A low-pressure rectosigmoid pouch created by side-to-side anastomosis with a stapling technique and sigmoid colon intussusception as an antireflux procedure. Br J Urol. 1998 Jun; 81: 856-61

11998   Dennis, P. J., Rohner, T. J., Jr, Hu, T. W., Igou, J. F., Yu, L. C., Kaltreider, D. L. Simple urodynamic evaluation of incontinent elderly female nursing home patients. A descriptive analysis. Urology. 1991 Feb; 37: 173-9

3823    Dennis, P.J., Rohner, T.J., Jr., Hu, T.W., Igou, J.F., Yu, L.C., and Kaltreider, D.L. Simple urodynamic evaluation of incontinent elderly female nursing home patients. Urology. 1991 Feb; 37: 173-179

41555   Desai, M. M., Zhang, P., Hennessy, C. H. Surveillance for morbidity and mortality among older adults--United States, 1995-1996. MMWR CDC Surveill Summ. 1999 Dec 17; 48: 7-25

10000   deSouza, N. M., Daniels, O. J., Williams, A. D., Gilderdale, D. J., Abel, P. D. Female urinary genuine stress incontinence: anatomic considerations at MR imaging of the paravaginal fascia and urethra initial observations. Radiology. 2002 Nov; 225: 433-9

50100   deTayrac, R., Deffieux, X., Droupy, S., Chauveaud-Lambling, A., Calvanese-Benamour, L., Fernandez, H. A prospective randomized trial comparing tension-free vaginal tape and transobturator suburethral tape for surgical treatment of stress urinary incontinence. Am J Obstet Gynecol. 2004 Mar; 190: 602-8

10147   Deval, B., Jeffry, L., Al Najjar, F., Soriano, D., Darai, E. Determinants of patient dissatisfaction after a tension-free vaginal tape procedure for urinary incontinence. J Urol. 2002 May; 167: 2093-7

51860   Deval, B., Levardon, M., Samain, E., Rafii, A., Cortesse, A., Amarenco, G., Ciofu, C., Haab, F. A French multicenter clinical trial of SPARC for stress urinary incontinence. Eur Urol. 2003 Aug; 44: 254-8; discussion 258-9

42933   Devarajan, R., Bishop, M. C., Sands, K. A. Hepatic abscess: a tertiary complication of Mitrofanoff continent urinary diversion. Br J Urol. 1997 Jan; 79: 137-8

42690   deVries, C. R., Kaplan, G. W. An unusual case of urinary incontinence, ataxia-telangiectasia, and metastatic dysgerminoma: case report and review of the literature. Urology. 1997 Sep; 50: 453-5

4044    deVries, C.R., Anderson, R.U. Endoscopic urethroplasty: an improved technique. J Urol. 1990 Jun; 143: 1225-1226

56020   Devroey, D., Van Casteren, V., Buntinx, F. Registration of stroke through the Belgian sentinel network and factors influencing stroke mortality. Cerebrovasc Dis. 2003; 16: 272-9

   © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

---

43957   Dewan, P. A. Re: Periurethral polytetrafluoroethylene paste injection in incontinent female subjects: surgical indications and improved surgical technique. J Urol. 1994 Apr; 151: 1030-1

11838   Dewan, P. A., Byard, R. W. Re: Long-term follow-up of women treated with perurethral teflon injections for stress incontinence. Br J Urol. 1993 Jan; 71: 112

11837   Dewan, P. A., Byard, R. W. Re: Transurethral Polytef injection for post-prostatectomy urinary incontinence and Long-term follow-up of women treated with periurethral Teflon injections for stress incontinence. Br J Urol. 1993 Jan; 71: 112

43369   Dewan, P. A., Fraundorfer, M. Skin migration following periurethral polytetrafluorethylene injection for urinary incontinence. Aust N Z J Surg. 1996 Jan; 66: 57-9

43799   Dewan, P. A., Stefanek, W. Autoaugmentation gastrocystoplasty: early clinical results. Br J Urol. 1994 Oct; 74: 460-4

3488   Dewan, P.A. Is injected polytetrafluoroethylene (Polytef) carcinogenic?. Br J Urol. 1992 Jan; 69: 29-33

3156   Dewan, P.A., Byard, R.W. Re: Long-term follow-up of women treated with perurethral teflon injections for stress incontinence [letter]. Br J Urol. 1993 Jan; 71: 112

3155   Dewan, P.A., Byard, R.W. Re: Transurethral Polytef injection for post-prostatectomy urinary incontinence and long-term follow-up of women treated with periurethral Teflon injections for stress incontinence [letter]. Br J Urol. 1993 Jan; 71: 112

40398   Dhar, H. L. Gender, aging, health and society. J Assoc Physicians India. 2001 Oct; 49: 1012-20

42949   Di Benedetto, V., Gioviale, M., Bagnara, V., Cacciaguerra, S., Di Benedetto, A. The anterior sagittal transanorectal approach: a modified approach to 1- stage clitoral vaginoplasty in severely masculinized female pseudohermaphrodites--preliminary results. J Urol. 1997 Jan; 157: 330-2

42490   Di Benedetto, V., Monfort, G. How prenatal ultrasound can change the treatment of ectopic ureterocele in neonates?. Eur J Pediatr Surg. 1997 Dec; 7: 338-40

56850   Di Carlo, A., Lamassa, M., Baldereschi, M., Pracucci, G., Basile, A. M., Wolfe, C. D., Giroud, M., Rudd, A., Ghetti, A., Inzitari, D. Sex differences in the clinical presentation, resource use, and 3-month outcome of acute stroke in Europe: data from a multicenter multinational hospital-based registry. Stroke. 2003 May; 34: 1114-9

41640   Di Carlo, A., Lamassa, M., Pracucci, G., Basile, A. M., Trefoloni, G., Vanni, P., Wolfe, C. D., Tilling, K., Ebrahim, S., Inzitari, D. Stroke in the very old : clinical presentation and determinants of 3- month functional outcome: A European perspective. European BIOMED Study of Stroke Care Group. Stroke. 1999 Nov; 30: 2313-9

56670   Di Gangi Herms, A. M., Pinggera, G. M., De Jonge, P., Strasser, H., Sollner, W. Assessing health care needs and clinical outcome with urological case complexity: a study using INTERMED. Psychosomatics. 2003 May-Jun; 44: 196-203

41233   Diamond, D. A., Bauer, S. B., Retik, A. B., Atala, A. Initial experience with the transurethral self-detachable balloon system for urinary incontinence in pediatric patients. J Urol. 2000 Sep; 164: 942-5; discussion 945-6

41609   Diana, M., Schettini, M. Treatment of vaginal vault prolapse with abdominal sacral colpopexy using prolene mesh. Minerva Ginecol. 1999 Sep; 51: 349-53

10740   Diana, M., Schettini, M., Gallucci, M. Evaluation and management of malfunctionings following implantation of the artificial urinary sphincter. Int Surg. 1999 Jul-Sep; 84: 241-5

41423   Diana, M., Zoppe, C., Mastrangeli, B. Treatment of vaginal vault prolapse with abdominal sacral colpopexy using prolene mesh. Am J Surg. 2000 Feb; 179: 126-8

42112   Dichgans, M., Mayer, M., Uttner, I., Bruning, R., Muller-Hocker, J., Rungger, G., Ebke, M., Klockgether, T., Gasser, T. The phenotypic spectrum of CADASIL: clinical findings in 102 cases. Ann Neurol. 1998 Nov; 44: 731-9

55550   Dickersin, K., Munro, M., Langenberg, P., Scherer, R., Frick, K. D., Weber, A. M., Johns, A., Peipert, J. F., Clark, M. Surgical Treatments Outcomes Project for Dysfunctional Uterine Bleeding (STOP-DUB): design and methods. Control Clin Trials. 2003 Oct; 24: 591-609

---

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

10651    Dickson, M. J., Salleh, S. The effect of oestrogen supplementation on postmenopausal urinary stress incontinence: a double-blind placebo-controlled trial. BJOG. 2000 Mar; 107: 433-4

42062    Dierich, M. A retrospective review of outcomes in one clinic's treatment of urinary incontinence. Urol Nurs. 1998 Dec; 18: 283-7

53740    Dietz, H. P. A systematic review of tension-free urethropexy for stress urinary incontinence: intravaginal slingplasty and the tension-free vaginal tape procedure. BJU Int. 2002 Nov; 90: 764; author reply 764

50230    Dietz, H. P. Ultrasound imaging of the pelvic floor. Part I: two-dimensional aspects. Ultrasound Obstet Gynecol. 2004 Jan; 23: 80-92

40563    Dietz, H. P., Clarke, B. Is the irritable bladder associated with anterior compartment relaxation? A critical look at the 'integral theory of pelvic floor dysfunction'. Aust N Z J Obstet Gynaecol. 2001 Aug; 41: 317-9

10408    Dietz, H. P., Clarke, B. The urethral pressure profile and ultrasound imaging of the lower urinary tract. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 38-41

10230    Dietz, H. P., Clarke, B. Translabial color Doppler urodynamics. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 304-7

53450    Dietz, H. P., Clarke, B., Vancaillie, T. G. Vaginal childbirth and bladder neck mobility. Aust N Z J Obstet Gynaecol. 2002 Nov; 42: 522-5

59213    Dietz, H. P., Eldridge, A., Grace, M., Clarke, B. Does pregnancy affect pelvic organ mobility?. Aust N Z J Obstet Gynaecol. 2004 Dec; 44: 517-20

59060    Dietz, H. P., Eldridge, A., Grace, M., Clarke, B. Pelvic organ descent in young nulligravid women. Am J Obstet Gynecol. 2004 Jul; 191: 95-9

59139    Dietz, H. P., Ellis, G., Wilson, P. D., Herbison, P. Voiding function after tension-free vaginal tape: a longitudinal study. Aust N Z J Obstet Gynaecol. 2004 Apr; 44: 152-5

59174    Dietz, H. P., Hansell, N. K., Grace, M. E., Eldridge, A. M., Clarke, B., Martin, N. G. Bladder neck mobility is a heritable trait. BJOG. 2005 Mar; 112: 334-9

59198    Dietz, H. P., Haylen, B. T. Symptoms of voiding dysfunction: what do they really mean?. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 52-5; discussion 55

40113    Dietz, H. P., Jarvis, S. K., Vancaillie, T. G. The assessment of levator muscle strength: a validation of three ultrasound techniques. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 156-9; discussion 159

41715    Dietz, H. P., McKnoulty, L., Clarke, B. Translabial color Doppler for imaging in urogynecology: a preliminary report. Ultrasound Obstet Gynecol. 1999 Aug; 14: 144-7

52680    Dietz, H. P., Mouritsen, L., Ellis, G., Wilson, P. D. Does the tension-free vaginal tape stay where you put it?. Am J Obstet Gynecol. 2003 Apr; 188: 950-3

59029    Dietz, H. P., Mouritsen, L., Ellis, G., Wilson, P. D. How important is TVT location?. Acta Obstet Gynecol Scand. 2004 Oct; 83: 904-8

51210    Dietz, H. P., Steensma, A. B. Which women are most affected by delivery-related changes in pelvic organ mobility?. Eur J Obstet Gynecol Reprod Biol. 2003 Nov 10; 111: 15-8

57190    Dietz, H. P., Steensma, A. B., Vancaillie, T. G. Levator function in nulliparous women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 24-6; discussion 26

51360    Dietz, H. P., Vancaillie, P., Svehla, M., Walsh, W., Steensma, A. B., Vancaillie, T. G. Mechanical properties of urogynecologic implant materials. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 239-43; discussion 243

10903    Dietz, H. P., Wilson, P. D. Anatomical assessment of the bladder outlet and proximal urethra using ultrasound and videocystourethrography. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 365-9

10465    Dietz, H. P., Wilson, P. D. Colposuspension success and failure: a long-term objective follow-up study. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 346-51

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 59199 | Dietz, H. P., Wilson, P. D. Laparoscopic colposuspension versus urethropexy: a case-control series. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 15-8; discussion 18 |
| 41923 | Dietz, H. P., Wilson, P. D. The influence of bladder volume on the position and mobility of the urethrovesical junction. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 3-6 |
| 10319 | Dietz, H. P., Wilson, P. D., Clarke, B. The use of perineal ultrasound to quantify levator activity and teach pelvic floor muscle exercises. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 166-8; discussion 168-9 |
| 40596 | Dietz, H. P., Wilson, P. D., Clarke, B., Haylen, B. T. Irritative symptoms after colposuspension: are they due to distortion or overelevation of the anterior vaginal wall and trigone?. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 232-5; discussion 235-6 |
| 50080 | Digesu, G. A., Bombieri, L., Hutchings, A., Khullar, V., Freeman, R. Effects of Burch colposuspension on the relative positions of the bladder neck to the levator ani muscle: An observational study that used magnetic resonance imaging. Am J Obstet Gynecol. 2004 Mar; 190: 614-9 |
| 55920 | Digesu, G. A., Hutchings, A., Salvatore, S., Selvaggi, L., Khullar, V. Reproducibility and reliability of pressure flow parameters in women. BJOG. 2003 Aug; 110: 774-6 |
| 53270 | Digesu, G. A., Khullar, V., Cardozo, L., Salvatore, S. Overactive bladder symptoms: do we need urodynamics?. Neurourol Urodyn. 2003; 22: 105-8 |
| 59209 | Digesu, G. A., Khullar, V., Cardozo, L., Sethna, F., Salvatore, S. Preoperative pressure-flow studies: useful variables to predict the outcome of continence surgery. BJU Int. 2004 Dec; 94: 1296-9 |
| 44318 | Dijkema, H. E., Weil, E. H., Mijs, P. T., Janknegt, R. A. Neuromodulation of sacral nerves for incontinence and voiding dysfunctions. Clinical results and complications. Eur Urol. 1993; 24: 72-6 |
| 3004 | Dijkema, H.E., Weil, E.H., Mijs, P.T., and Janknegt, R.A. Neuromodulation of sacral nerves for incontinence and voiding dysfunctions. Clinical results and complications. Eur Urol. 1993; 24: 72-76 |
| 56080 | Dik, P., Klijn, A. J., van Gool, J. D., de Jong, T. P. Transvaginal sling suspension of bladder neck in female patients with neurogenic sphincter incontinence. J Urol. 2003 Aug; 170: 580-1; discussion 581-2 |
| 43566 | Dillner, L. Incontinence needs better services, says report. BMJ. 1995 Jun 3; 310: 1429-30 |
| 3484 | Dimpfl, T., Hesse, U., and Schussler, B. Incidence and cause of postpartum urinary stress incontinence. Eur J Obstet Gynecol Reprod Biol. 1992 Jan 9; 43: 29-33 |
| 11921 | Dimpfl, T., Hesse, U., Schussler, B. Incidence and cause of postpartum urinary stress incontinence. Eur J Obstet Gynecol Reprod Biol. 1992 Jan 9; 43: 29-33 |
| 43960 | Ding, Y. Y., Jayaratnam, F. J. Urinary incontinence in the hospitalised elderly--a largely reversible disorder. Singapore Med J. 1994 Apr; 35: 167-70 |
| 43076 | Ding, Y. Y., Sahadevan, S., Pang, W. S., Choo, P. W. Clinical utility of a portable ultrasound scanner in the measurement of residual urine volume. Singapore Med J. 1996 Aug; 37: 365-8 |
| 41013 | Dinh, D. H., Tompkins, J., Clark, S. B. Transcostovertebral approach for thoracic disc herniations. J Neurosurg. 2001 Jan; 94: 38-44 |
| 43517 | Diokno, A. C. Epidemiology and psychosocial aspects of incontinence. Urol Clin North Am. 1995 Aug; 22: 481-5 |
| 40954 | Diokno, A. C. Epidemiology of urinary incontinence. J Gerontol A Biol Sci Med Sci. 2001 Jan; 56: M3-4 |
| 55800 | Diokno, A. C., Appell, R. A., Sand, P. K., Dmochowski, R. R., Gburek, B. M., Klimberg, I. W., Kell, S. H. Prospective, randomized, double-blind study of the efficacy and tolerability of the extended-release formulations of oxybutynin and tolterodine for overactive bladder: results of the OPERA trial. Mayo Clin Proc. 2003 Jun; 78: 687-95 |
| 43055 | Diokno, A. C., Atassi, O. Urinary incontinence. Compr Ther. 1996 Sep; 22: 592-7 |
| 44881 | Diokno, A. C., Brock, B. M., Herzog, A. R., Bromberg, J. Medical correlates of urinary incontinence in the elderly. Urology. 1990 Aug; 36: 129-38 |

   © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

| | |
|---|---|
| 44679 | Diokno, A. C., Brown, M. B., Herzog, A. R. Relationship between use of diuretics and continence status in the elderly. Urology. 1991 Jul; 38: 39-42 |
| 45064 | Diokno, A. C., Brown, M. B., Herzog, A. R. Sexual function in the elderly. Arch Intern Med. 1990 Jan; 150: 197-200 |
| 51980 | Diokno, A. C., Burgio, K., Fultz, H., Kinchen, K. H., Obenchain, R., Bump, R. C. Prevalence and outcomes of continence surgery in community dwelling women. J Urol. 2003 Aug; 170: 507-11 |
| 54280 | Diokno, A. C., Burgio, K., Fultz, N. H., Kinchen, K. S., Obenchain, R., Bump, R. C. Medical and self-care practices reported by women with urinary incontinence. Am J Manag Care. 2004 Feb; 10: 69-78 |
| 10865 | Diokno, A. C., Dimaculangan, R. R., Lim, E. U., Steinert, B. W. Office based criteria for predicting type II stress incontinence without further evaluation studies. J Urol. 1999 Apr; 161: 1263-7 |
| 12031 | Diokno, A. C., Normolle, D. P., Brown, M. B., Herzog, A. R. Urodynamic tests for female geriatric urinary incontinence. Urology. 1990 Nov; 36: 431-9 |
| 54470 | Diokno, A. C., Sampselle, C. M., Herzog, A. R., Raghunathan, T. E., Hines, S., Messer, K. L., Karl, C., Leite, M. C. Prevention of urinary incontinence by behavioral modification program: a randomized, controlled trial among older women in the community. J Urol. 2004 Mar; 171: 1165-71 |
| 43428 | Diokno, A., Yuhico, M.,  Jr Preference, compliance and initial outcome of therapeutic options chosen by female patients with urinary incontinence. J Urol. 1995 Nov; 154: 1727-30; discussion 1731 |
| 4151 | Diokno, A.C. Diagnostic categories of incontinence and the role of urodynamic testing. J Am Geriatr Soc. 1990 Mar; 38: 300-305 |
| 3963 | Diokno, A.C., Brock, B.M., Herzog, A.R., and Bromberg, J. Medical correlates of urinary incontinence in the elderly. Urology. 1990 Aug; 36: 129-138 |
| 3643 | Diokno, A.C., Brown, M.B., and Herzog, A.R. Relationship between use of diuretics and continence status in the elderly. Urology. 1991 Jul; 38: 39-42 |
| 4210 | Diokno, A.C., Brown, M.B., and Herzog, A.R. Sexual function in the elderly. Arch Intern Med. 1990 Jan; 150: 197-200 |
| 3878 | Diokno, A.C., Normolle, D.P., Brown, M.B., and Herzog, A.R. Urodynamic tests for female geriatric urinary incontinence. Urology. 1990 Nov; 36: 431-439 |
| 44105 | Dippel, D. W., Habbema, J. D. Probabilistic diagnosis of normal pressure hydrocephalus and other treatable cerebral lesions in dementia. J Neurol Sci. 1993 Nov; 119: 123-33 |
| 44418 | Dirie, M. A., Lindmark, G. The risk of medical complications after female circumcision. East Afr Med J. 1992 Sep; 69: 479-82 |
| 40419 | DiSaia, P. J., Brewster, W. R. Hormone replacement therapy for survivors of breast and endometrial cancer. Curr Oncol Rep. 2002 Mar; 4: 152-8 |
| 42433 | Diseth, T. H., Bjordal, R., Schultz, A., Stange, M., Emblem, R. Somatic function, mental health and psychosocial functioning in 22 adolescents with bladder exstrophy and epispadias. J Urol. 1998 May; 159: 1684-9; discussion 1689-90 |
| 40180 | Dixon, G. R., Friedman, J. A., Luetmer, P. H., Quast, L. M., McClelland, R. L., Petersen, R. C., Maher, C. O., Ebersold, M. J. Use of cerebrospinal fluid flow rates measured by phase-contrast MR to predict outcome of ventriculoperitoneal shunting for idiopathic normal- pressure hydrocephalus. Mayo Clin Proc. 2002 Jun; 77: 509-14 |
| 12060 | Dixon, P. J., Christmas, T. J., Chapple, C. R. Stress incontinence due to pelvic floor muscle involvement in limb-girdle muscular dystrophy. Br J Urol. 1990 Jun; 65: 653-4 |
| 3990 | Dixon, P.J., Christmas, T.J., and Chapple, C.R. Stress incontinence due to pelvic floor muscle involvement in limb-girdle muscular dystrophy. Br J Urol. 1990 Jun; 65: 653-654 |
| 57770 | Dmochowski, R. Outcomes and consequences: the therapeutic index redefined. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 341 |

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

**59287**    Dmochowski, R. Urinary frequency: event measure, outcome significance?. Curr Urol Rep. 2005 Mar; 6: 87-8

**41823**    Dmochowski, R. R. Female voiding dysfunction and movement disorders. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 144-51

**40203**    Dmochowski, R. R. Management of postoperative overactive bladder complications. Geriatrics. 2002 May; 57 Suppl 1: 18-23

**53950**    Dmochowski, R. R. Radiofrequency bladder neck suspension for the treatment of genuine stress urinary incontinence. Curr Urol Rep. 2002 Oct; 3: 378-81

**41078**    Dmochowski, R. R., Appell, R. A. Advancements in pharmacologic management of the overactive bladder. Urology. 2000 Dec 4; 56: 41-9

**10360**    Dmochowski, R. R., Appell, R. A. Delivery of injectable agents for treatment of stress urinary incontinence in women: evolving techniques. Tech Urol. 2001 Jun; 7: 110-7

**10500**    Dmochowski, R. R., Appell, R. A. Injectable agents in the treatment of stress urinary incontinence in women: where are we now?. Urology. 2000 Dec 4; 56: 32-40

**11316**    Dmochowski, R. R., Appell, R. A. Percutaneous bladder neck suspension: technique and results. Tech Urol. 1996 Fall; 2: 147-53

**53280**    Dmochowski, R. R., Avon, M., Ross, J., Cooper, J. M., Kaplan, R., Love, B., Kohli, N., Albala, D., Shingleton, B. Transvaginal radio frequency treatment of the endopelvic fascia: a prospective evaluation for the treatment of genuine stress urinary incontinence. J Urol. 2003 Mar; 169: 1028-32

**40126**    Dmochowski, R. R., Davila, G. W., Zinner, N. R., Gittelman, M. C., Saltzstein, D. R., Lyttle, S., Sanders, S. W. Efficacy and safety of transdermal oxybutynin in patients with urge and mixed urinary incontinence. J Urol. 2002 Aug; 168: 580-6

**51440**    Dmochowski, R. R., Miklos, J. R., Norton, P. A., Zinner, N. R., Yalcin, I., Bump, R. C. Duloxetine versus placebo for the treatment of North American women with stress urinary incontinence. J Urol. 2003 Oct; 170: 1259-63

**51780**    Dmochowski, R. R., Sand, P. K., Zinner, N. R., Gittelman, M. C., Davila, G. W., Sanders, S. W. Comparative efficacy and safety of transdermal oxybutynin and oral tolterodine versus placebo in previously treated patients with urge and mixed urinary incontinence. Urology. 2003 Aug; 62: 237-42

**11281**    Dmochowski, R. R., Zimmern, P. E., Ganabathi, K., Sirls, L., Leach, G. E. Role of the four-corner bladder neck suspension to correct stress incontinence with a mild to moderate cystocele. Urology. 1997 Jan; 49: 35-40

**51490**    Dmochowski, R., Appell, R. A. Advancements in minimally invasive treatments for female stress urinary incontinence: radiofrequency and bulking agents. Curr Urol Rep. 2003 Oct; 4: 350-5

**3197**    Doan, T., Patterson, R., and Greenberger, P.A. Cough variant asthma: usefulness of a diagnostic-therapeutic trial with prednisone. Ann Allergy. 1992 Dec; 69: 505-509

**44361**    Doan, T., Patterson, R., Greenberger, P. A. Cough variant asthma: usefulness of a diagnostic-therapeutic trial with prednisone. Ann Allergy. 1992 Dec; 69: 505-9

**11193**    Dobson, P. Continence--growing pains. Nurs Times. 1997 Jul 23-29; 93: 63-4

**3108**    Docherty, J.G., Carachi, R. Use of the appendix to provide urinary continence. Eur J Pediatr Surg. 1993 Feb; 3: 25-27

**43600**    Docimo, S. G., Remmenga, S., Segne, R., Dmochowski, R. R. Hysterectomy by the transvaginal approach after intestinal bladder augmentation and psoas hitch reimplantation. J Am Coll Surg. 1995 May; 180: 610-2

**41024**    Doherty, W. Urinary sheaths and drainage bags available from Manfred Sauer. Br J Nurs. 2000 Apr 27-May 10; 9: 514-7

**40793**    Dohke, M., Mitchell, D. G., Vasavada, S. P. Fast magnetic resonance imaging of pelvic organ prolapse. Tech Urol. 2001 Jun; 7: 133-8

**41854**    Dolan, L. M., Casson, K., McDonald, P., Ashe, R. G. Urinary incontinence in Northern Ireland: a prevalence study. BJU Int. 1999 May; 83: 760-6

---

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

| | |
|---|---|
| 50700 | Dolan, L. M., Hosker, G. L., Mallett, V. T., Allen, R. E., Smith, A. R. Stress incontinence and pelvic floor neurophysiology 15 years after the first delivery. BJOG. 2003 Dec; 110: 1107-14 |
| 50530 | Dolan, L. M., Smith, A. R., Hosker, G. L. Opening detrusor pressure and the influence of age on success following colposuspension. Neurourol Urodyn. 2004; 23: 10-6 |
| 43565 | Dolman, M. Continence. Remedial action. Nurs Times. 1995 Jun 14-20; 91: 57-60 |
| 3397 | Dolman, M. Midwives' recording of urinary output. Nurs Stand. 1992 Mar 25-31; 6: 25-27 |
| 43073 | Dolman, M., Chase, J. Comparison between the Health Belief Model and Subjective Expected Utility Theory: predicting incontinence prevention behaviour in post- partum women. J Eval Clin Pract. 1996 Aug; 2: 217-22 |
| 11161 | Domany, B., Bodis, J. Colposuspension and the possibility of recurrent cystocele. Am J Obstet Gynecol. 1997 Oct; 177: 982-3 |
| 10441 | Domany, B., Bodis, J. Recent results of operations performed on patients with stress urinary incontinence in our department. Am J Obstet Gynecol. 2001 Jan; 184: 245 |
| 10117 | Domany, B., Koppan, M., Bodis, J. Results with colposuspension by the Burch procedure in our practice. Am J Obstet Gynecol. 2002 May; 186: 1108; discussion 1108-9 |
| 59157 | Domingo, S., Alama, P., Ruiz, N., Perales, A., Pellicer, A. Diagnosis, management and prognosis of vaginal erosion after transobturator suburethral tape procedure using a nonwoven thermally bonded polypropylene mesh. J Urol. 2005 May; 173: 1627-30 |
| 41265 | Donaldson, S. K. Breakthroughs in scientific research: the discipline of nursing, 1960- 1999. Annu Rev Nurs Res. 2000; 18: 247-311 |
| 40146 | Donato, D. M., Waller-Smith, S. The vaginal-psoas suspension repair of uterovaginal prolapse. J Am Coll Surg. 2002 Jul; 195: 51-4 |
| 41880 | Donnahoo, K. K., Rink, R. C., Cain, M. P., Casale, A. J. The Young-Dees-Leadbetter bladder neck repair for neurogenic incontinence. J Urol. 1999 Jun; 161: 1946-9 |
| 12070 | Donovan, J. M., Gleason, D. M. Identifying types of female incontinence with retrograde urethrocystography. Urology. 1990 May; 35: 458-63 |
| 43167 | Dooneief, G., Marlink, R., Bell, K., Marder, K., Renjifo, B., Stern, Y., Mayeux, R. Neurologic consequences of HTLV-II infection in injection-drug users. Neurology. 1996 Jun; 46: 1556-60 |
| 59080 | Dorairajan, L. N., Gupta, H., Kumar, S. Pelvic fracture-associated urethral injuries in girls: experience with primary repair. BJU Int. 2004 Jul; 94: 134-6 |
| 40785 | Doran, C. M., Chiarelli, P., Cockburn, J. Economic costs of urinary incontinence in community-dwelling Australian women. Med J Aust. 2001 May 7; 174: 456-8 |
| 42362 | Doren, M. Urogenital aging--creation of improved awareness. Am J Obstet Gynecol. 1998 May; 178: S254-6 |
| 43613 | Dormal, P. A., Delberghe, X., Roeland, A. Infrarenal aortic aneurysm and spinal cord ischaemia. A new case and review of the literature. Acta Chir Belg. 1995 May-Jun; 95: 136-8 |
| 11730 | Dorschner, W., Stolzenburg, J. U. A new theory of micturition and urinary continence based on histomorphological studies. 3. The two parts of the musculus sphincter urethrae: physiological importance for continence in rest and stress. Urol Int. 1994; 52: 185-8 |
| 10619 | Dorschner, W., Stolzenburg, J. U., Griebenow, R., Halaska, M., Schubert, G., Murtz, G., Frank, M., Wieners, F. Efficacy and cardiac safety of propiverine in elderly patients - a double-blind, placebo-controlled clinical study. Eur Urol. 2000 Jun; 37: 702-8 |
| 11682 | Dorsey, J. H., Cundiff, G. Laparoscopic procedures for incontinence and prolapse. Curr Opin Obstet Gynecol. 1994 Jun; 6: 223-30 |
| 11057 | Dougherty, M. C. Current status of research on pelvic muscle strengthening techniques. J Wound Ostomy Continence Nurs. 1998 Mar; 25: 75-83 |

© 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**Appendix A5  Bibliography sorted by Primary Author**

**American Urological Association, Inc.**                    Master Bibliography

SUI Guidelines Panel                              sorted by Primary Author and Title

---

40433    Dougherty, M. C., Dwyer, J. W., Pendergast, J. F., Boyington, A. R., Tomlinson, B. U., Coward, R. T., Duncan, R. P., Vogel, B., Rooks, L. G. A randomized trial of behavioral management for continence with older rural women. Res Nurs Health. 2002 Feb; 25: 3-13

42125    Dougherty, M. C., Dwyer, J. W., Pendergast, J. F., Tomlinson, B. U., Boyington, A. R., Vogel, W. B., Duncan, R. P., Coward, R. T., Cox, C. L. Community-based nursing: continence care for older rural women. Nurs Outlook. 1998 Sep-Oct; 46: 233-44

11786    Dougherty, M., Bishop, K., Mooney, R., Gimotty, P., Williams, B. Graded pelvic muscle exercise. Effect on stress urinary incontinence. J Reprod Med. 1993 Sep; 38: 684-91

3280     Doughty, D. Role of the enterostomal therapy nurse in ostomy patient rehabilitation. Cancer. 1992 Sep 1; 70: 1390-1392

11327    Dovey, S., McNaughton, T., Tilyard, M., Gurr, E., Jolleys, J., Wilson, D. General practitioners' opinions of continence care training. N Z Med J. 1996 Sep 13; 109: 340-3

43486    Dowd, T. T., Campbell, J. M. Urinary incontinence in an acute care setting. Urol Nurs. 1995 Sep; 15: 82-5

43306    Dowd, T. T., Campbell, J. M., Jones, J. A. Fluid intake and urinary incontinence in older community-dwelling women. J Community Health Nurs. 1996; 13: 179-86

40199    Dowd, T., Kolcaba, K., Steiner, R. Correlations among measures of bladder function and comfort. J Nurs Meas. 2002 Spring-Summer; 10: 27-38

56950    Dowd, T., Kolcaba, K., Steiner, R. The addition of coaching to cognitive strategies: interventions for persons with compromised urinary bladder syndrome. J Wound Ostomy Continence Nurs. 2003 Mar; 30: 90-9

3609     Dowd, T.T. Discovering older women's experience of urinary incontinence. Res Nurs Health. 1991 Jun; 14: 179-186

10839    Dowell, C. J., Bryant, C. M., Moore, K. H., Simons, A. M. Calculating the direct costs of urinary incontinence: a new test instrument. BJU Int. 1999 Apr; 83: 596-606

42797    Dowse, J. Finding the flaw. Nurs Times. 1997 Apr 9-15; 93: 76

41311    Dowse, J., Fordham, S., Mackender, J. Back to basics continence. Nurs Times Nurs Homes. 1999 Nov-Dec; 1: 23-5, 27

3146     Doyle, M. Continence. Suffering in secret. Nurs Times. 1993 Jan 27-Feb 2; 89: 64-66

44884    Drachman, D. A., O'Donnell, B. F., Lew, R. A., Swearer, J. M. The prognosis in Alzheimer's disease. 'How far' rather than 'how fast' best predicts the course. Arch Neurol. 1990 Aug; 47: 851-6

3982     Drachman, D.A., ODonnell, B.F., Lew, R.A., and Swearer, J.M. The prognosis in Alzheimer's disease. 'How far' rather than 'how fast' best predicts the course. Arch Neurol. 1990 Aug; 47: 851-856

4053     Drago, J.R., Badalament, R.A., and Nesbitt, J.A. Radical prostatectomy 1972-1987 single institutional experience: comparison of standard radical prostatectomy and nerve-sparing technique. Urology. 1990 May; 35: 377-380

4016     Drago, J.R., Badalament, R.A., Nesbitt, J.A., and York, J.P. Radical nerve-sparing prostatectomy with epidural anaesthesia in 100 patients. Br J Urol. 1990 May; 65: 517-519

59238    Drake, M. J., Harvey, I. J., Gillespie, J. I., Van Duyl, W. A. Localized contractions in the normal human bladder and in urinary urgency. BJU Int. 2005 May; 95: 1002-5

11011    Drake, M. J., Nixon, P. M., Crew, J. P. Drug-induced bladder and urinary disorders. Incidence, prevention and management. Drug Saf. 1998 Jul; 19: 45-55

40616    Dreitlein, D. A., Suner, S., Basler, J. Genitourinary trauma. Emerg Med Clin North Am. 2001 Aug; 19: 569-90

10727    Drouin, J., Tessier, J., Bertrand, P. E., Schick, E. Burch colposuspension: long-term results and review of published reports. Urology. 1999 Nov; 54: 808-14

---

| | |
|---|---|
| 10978 | Drutz, H. P., Alnaif, B. Surgical management of pelvic organ prolapse and stress urinary incontinence. Clin Obstet Gynecol. 1998 Sep; 41: 786-93 |
| 41653 | Drutz, H. P., Appell, R. A., Gleason, D., Klimberg, I., Radomski, S. Clinical efficacy and safety of tolterodine compared to oxybutynin and placebo in patients with overactive bladder. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 283-9 |
| 43230 | DuBeau, C. Urinary incontinence: taking action against this 'silent epidemic'. Interview by Marc E. Weksler. Geriatrics. 1996 Apr; 51: 47-51 |
| 59284 | DuBeau, C. E. Estrogen treatment for urinary incontinence: never, now, or in the future?. JAMA. 2005 Feb 23; 293: 998-1001 |
| 40204 | DuBeau, C. E. The continuum of urinary incontinence in an aging population. Geriatrics. 2002 May; 57 Suppl 1: 12-7 |
| 59384 | DuBeau, C. E., Khullar, V., Versi, E. 'Unblinding' in randomized controlled drug trials for urinary incontinence: Implications for assessing outcomes when adverse effects are evident. Neurourol Urodyn. 2005; 24: 13-20 |
| 41763 | DuBeau, C. E., Kiely, D. K., Resnick, N. M. Quality of life impact of urge incontinence in older persons: a new measure and conceptual structure. J Am Geriatr Soc. 1999 Aug; 47: 989-94 |
| 42336 | DuBeau, C. E., Levy, B., Mangione, C. M., Resnick, N. M. The impact of urge urinary incontinence on quality of life: importance of patients' perspective and explanatory style. J Am Geriatr Soc. 1998 Jun; 46: 683-92 |
| 11985 | DuBeau, C. E., Resnick, N. M. Evaluation of the causes and severity of geriatric incontinence. A critical appraisal. Urol Clin North Am. 1991 May; 18: 243-56 |
| 3842 | Du-Beau, C.E. Urodynamics [letter; comment]. J Am Geriatr Soc. 1991 Jan; 39: 105-107 |
| 56070 | Dubernard, G., Rouzier, R., Haddad, B., Dubois, P., Paniel, B. J. Correction of uterine prolapse by the vaginal route using the uterosacral ligaments: Shirodkar procedure. Eur J Obstet Gynecol Reprod Biol. 2003 Aug 15; 109: 214-8 |
| 54740 | Dubosq, F., Doublet, J. D., Traxer, O., Haab, F., Amarenco, G. Incontinence from ectopic ureter: retroperitoneal laparoscopic urovascular exclusion of upper pole. J Urol. 2004 Feb; 171: 800-1 |
| 59188 | Dubravica, M., Demarin, V. Electromyographic study of the anal sphincter in women. Coll Antropol. 2004 Dec; 28: 769-74 |
| 10998 | Duckett, J. R. Impact of surgery for stress incontinence on morbidity. Colposuspension has highest cure rates. BMJ. 1998 Jul 11; 317: 144 |
| 11046 | Duckett, J. R. The use of periurethral injectables in the treatment of genuine stress incontinence. Br J Obstet Gynaecol. 1998 Apr; 105: 390-6 |
| 43047 | Duckett, J. R. Women with urinary incontinence should be referred to a specialist. BMJ. 1996 Sep 21; 313: 754 |
| 10561 | Duckett, J. R., Connell, R. Randomised comparison of Burch colposuspension versus anterior colporrhaphy in women with stress urinary incontinence and anterior vaginal wall prolapse. BJOG. 2000 Aug; 107: 1060 |
| 10633 | Duckett, J. R., Constantine, G. Complications of silicone sling insertion for stress urinary incontinence. J Urol. 2000 Jun; 163: 1835-7 |
| 42183 | Duckett, J. R., Hall, S. A new questionnaire to assess the quality of life of urinary incontinent women. Br J Obstet Gynaecol. 1998 Aug; 105: 931 |
| 59201 | Duckett, J. R., Jain, S. Groin pain after a tension-free vaginal tape or similar suburethral sling: management strategies. BJU Int. 2005 Jan; 95: 95-7 |
| 10430 | Duckett, J., Connell, R. Guidelines in gynaecology: in menorrhagia and in urinary incontinence. BJOG. 2001 Jan; 108: 129-30 |
| 55480 | Duel, B. P., Steinberg-Epstein, R., Hill, M., Lerner, M. A survey of voiding dysfunction in children with attention deficit-hyperactivity disorder. J Urol. 2003 Oct; 170: 1521-3; discussion 1523-4 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A5 Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 59328 | Duffau, H., Capelle, L. Incontinence after brain glioma surgery: new insights into the cortical control of micturition and continence. Case report. J Neurosurg. 2005 Jan; 102: 148-51 |
| 3356 | Duffy, L.M. Continence management for the frail elderly and cognitively impaired. Urol Nurs. 1992 Jun; 12: 66-68 |
| 4088 | Duffy, L.M. Helping caregivers cope: managing urinary incontinence associated with Alzheimer's disease. J Enterostomal Ther. 1990 Mar-Apr; 17: 87-93 |
| 41396 | Dugan, E., Cohen, S. J., Bland, D. R., Preisser, J. S., Davis, C. C., Suggs, P. K., McGann, P. The association of depressive symptoms and urinary incontinence among older adults. J Am Geriatr Soc. 2000 Apr; 48: 413-6 |
| 42360 | Dugan, E., Cohen, S. J., Robinson, D., Anderson, R., Preisser, J., Suggs, P., Pearce, K., Poehling, U., McGann, P. The quality of life of older adults with urinary incontinence: determining generic and condition-specific predictors. Qual Life Res. 1998 May; 7: 337-44 |
| 40833 | Dugan, E., Roberts, C. P., Cohen, S. J., Preisser, J. S., Davis, C. C., Bland, D. R., Albertson, E. Why older community-dwelling adults do not discuss urinary incontinence with their primary care physicians. J Am Geriatr Soc. 2001 Apr; 49: 462-5 |
| 11026 | Duggan, P. M., Arnold, E. P. Assessment and management of female urinary incontinence--a survey of current practice. Aust N Z J Obstet Gynaecol. 1998 May; 38: 234-6 |
| 51330 | Duggan, P. M., Wilson, P. D., Norton, P., Brown, A. D., Drutz, H. P., Herbison, P. Utilization of preoperative urodynamic investigations by gynecologists who frequently operate for female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 282-7; discussion 286-7 |
| 40782 | Duker, P. C., Averink, M., Melein, L. Response restriction as a method to establish diurnal bladder control. Am J Ment Retard. 2001 May; 106: 209-15 |
| 3406 | Duker, P.C., Dekkers, M. Development of diurnal bladder control in severely and profoundly mentally handicapped residents. J Intellect Disabil Res. 1992 Apr; 36: 177-181 |
| 42954 | Duldulao, K. E., Diokno, A. C., Mitchell, B. Value of urinary cytology in women presenting with urge incontinence and/or irritative voiding symptoms. J Urol. 1997 Jan; 157: 113-6 |
| 51060 | Dumoulin, C., Bourbonnais, D., Lemieux, M. C. Development of a dynamometer for measuring the isometric force of the pelvic floor musculature. Neurourol Urodyn. 2003; 22: 648-53 |
| 11493 | Dumoulin, C., Seaborne, D. E., Quirion-DeGirardi, C., Sullivan, S. J. Pelvic-floor rehabilitation, Part 1: Comparison of two surface electrode placements during stimulation of the pelvic-floor musculature in women who are continent using bipolar interferential currents. Phys Ther. 1995 Dec; 75: 1067-74 |
| 11492 | Dumoulin, C., Seaborne, D. E., Quirion-DeGirardi, C., Sullivan, S. J. Pelvic-floor rehabilitation, Part 2: Pelvic-floor reeducation with interferential currents and exercise in the treatment of genuine stress incontinence in postpartum women--a cohort study. Phys Ther. 1995 Dec; 75: 1075-81 |
| 41976 | Duncan, H. J., McInerney, P. D., Mundy, A. R. Late erosion. A new complication of artificial urinary sphincters. Br J Urol. 1993 Nov; 72: 597-8 |
| 11919 | Duncan, H. J., Nurse, D. E., Mundy, A. R. Role of the artificial urinary sphincter in the treatment of stress incontinence in women. Br J Urol. 1992 Feb; 69: 141-3 |
| 3470 | Duncan, H.J., Nurse, D.E., and Mundy, A.R. Role of the artificial urinary sphincter in the treatment of stress incontinence in women. Br J Urol. 1992 Feb; 69: 141-143 |
| 10028 | Dundar, M., Kocak, I., Erkus, M., Celasun, B. Changes in urethral connective tissue after estrogen replacement therapy in ovariectomized rats. Scand J Urol Nephrol. 2002; 36: 173-6 |
| 11346 | Dupont, M. C., Albo, M. E., Raz, S. Diagnosis of stress urinary incontinence. An overview. Urol Clin North Am. 1996 Aug; 23: 407-15 |
| 3522 | Durrani, A.F., Rosenbaum, T.P., Shaw, P.J., Singh, S.K., and Worth, P.H. Does the Kaufman prosthesis still have a place? Review of thirteen years' experience. Urology. 1991 Oct; 38: 328-331 |
| 42003 | Duru, S., Ceylan, S., Ceylan, S. Optic chiasm diastasis in a pituitary tumor. Case illustration. J Neurosurg. 1999 Feb; 90: 363 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**40568**  Dwyer, P. L. Female pelvic floor dysfunction and estrogen therapy. Climacteric. 2001 Sep; 4: 179-80

**10847**  Dwyer, P. L., Carey, M. P., Rosamilia, A. Suture injury to the urinary tract in urethral suspension procedures for stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 15-21

**11716**  Dwyer, P. L., Desmedt, E. Impaired bladder emptying in women. Aust N Z J Obstet Gynaecol. 1994 Feb; 34: 73-8

**12053**  Dwyer, P. L., Glenning, P. P. Anatomy and neurology of the lower urinary tract. Curr Opin Obstet Gynecol. 1990 Aug; 2: 573-9

**11926**  Dwyer, P. L., Teele, J. S. Prazosin: a neglected cause of genuine stress incontinence. Obstet Gynecol. 1992 Jan; 79: 117-21

**44703**  Dykes, E. H., Duffy, P. G., Ransley, P. G. The use of the Mitrofanoff principle in achieving clean intermittent catheterisation and urinary continence in children. J Pediatr Surg. 1991 May; 26: 535-8

**3666**  Dykes, E.H., Duffy, P.G., and Ransley, P.G. The use of the Mitrofanoff principle in achieving clean intermittent catheterisation and urinary continence in children. J Pediatr Surg. 1991 May; 26: 535-538

**43195**  Eason, E. L., Feldman, P. Contact dermatitis associated with the use of Always sanitary napkins. CMAJ. 1996 Apr 15; 154: 1173-6

**40832**  Easton, B. T. Is hormone replacement therapy (estrogen plus progestin) effective for the treatment of urinary incontinence in postmenopausal women?. J Fam Pract. 2001 May; 50: 470

**40182**  Eastwood, S., Kralik, D., Koch, T. Compromising and containing: self-management strategies used by men and women who live with multiple sclerosis and urinary incontinence. Aust J Holist Nurs. 2002 Apr; 9: 33-43

**44110**  Eberle, C. M., Winsemius, D., Garibaldi, R. A. Risk factors and consequences of bacteriuria in non-catheterized nursing home residents. J Gerontol. 1993 Nov; 48: M266-71

**42353**  Ebersole, P. R. Unmentionables. Geriatr Nurs. 1998 Mar-Apr; 19: 62-3

**3680**  Ebrahim, S., Patel, N., Coats, M., Greig, C., Gilley, J., Bangham, C., and Stacey, S. Prevalence and severity of morbidity among Gujarati Asian elders: a controlled comparison. Fam Pract. 1991 Mar; 8: 57-62

**44738**  Ebrahim, S., Patel, N., Coats, M., Greig, C., Gilley, J., Bangham, C., Stacey, S. Prevalence and severity of morbidity among Gujarati Asian elders: a controlled comparison. Fam Pract. 1991 Mar; 8: 57-62

**10129**  Echols, K. T., Chesson, R. R., Breaux, E. F., Shobeiri, S. A. Persistence of delayed hypersensitivity following transurethral collagen injection for recurrent urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 52-4

**54390**  Ecker, J. L. Once a pregnancy, always a cesarean? Rationale and feasibility of a randomized controlled trial. Am J Obstet Gynecol. 2004 Feb; 190: 314-8

**43820**  Eckford, S. B., Kohler-Ockmore, J., Feneley, R. C. Long-term follow-up of transvaginal urethral closure and suprapubic cystostomy for urinary incontinence in women with multiple sclerosis. Br J Urol. 1994 Sep; 74: 319-21

**11939**  Eckford, S. D., Abrams, P. Para-urethral collagen implantation for female stress incontinence. Br J Urol. 1991 Dec; 68: 586-9

**11407**  Eckford, S. D., Finney, R., Jackson, S. R., Abrams, P. Detection of urinary incontinence during ambulatory monitoring of bladder function by a temperature-sensitive device. Br J Urol. 1996 Feb; 77: 194-7

**11388**  Eckford, S. D., Jackson, S. R., Lewis, P. A., Abrams, P. The continence control pad--a new external urethral occlusion device in the management of stress incontinence. Br J Urol. 1996 Apr; 77: 538-40

**44280**  Eckford, S. D., Keane, D. P. Management of detrusor instability. Br J Hosp Med. 1993 Feb 17-Mar 2; 49: 282-5

**40951**  Edlund, C., Hellstrom, M., Peeker, R., Fall, M. First Scandinavian experience of electrical sacral nerve stimulation in the treatment of the overactive bladder. Scand J Urol Nephrol. 2000 Dec; 34: 366-76

**40986**  Edlund, C., Peeker, R., Fall, M. Lidocaine cystometry in the diagnosis of bladder overactivity. Neurourol Urodyn. 2001; 20: 147-55

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**40492**   Edwards, N. I., Jones, D. The prevalence of faecal incontinence in older people living at home. Age Ageing. 2001 Nov; 30: 503-7

**42101**   Egon, G., Barat, M., Colombel, P., Visentin, C., Isambert, J. L., Guerin, J. Implantation of anterior sacral root stimulators combined with posterior sacral rhizotomy in spinal injury patients. World J Urol. 1998; 16: 342-9

**44340**   Egon, G., Colombel, P., Isambert, J. L., Guerin, J., Barat, M. Evolution of bladder contraction in course of time after implantation of a sacral anterior root stimulator. Neurourol Urodyn. 1993; 12: 509-12

**54630**   Eguare, E. I., Neary, P., Crosbie, J., Johnston, S. M., Beddy, P., McGovern, B., Torreggiani, W. C., Conlon, K. C., Keane, F. B. Dynamic magnetic resonance imaging of the pelvic floor in patients with idiopathic combined fecal and urinary incontinence. J Gastrointest Surg. 2004 Jan; 8: 73-82; discussion 82

**43912**   Ehren, I., Alm, P., Kinn, A. C. Renal and bladder functions in patients after spinal cord injuries. Scand J Urol Nephrol. 1994 Jun; 28: 127-33

**10927**   Ehren, I., Lundberg, J. O., Adolfsson, J., Wiklund, N. P. Effects of L-arginine treatment on symptoms and bladder nitric oxide levels in patients with interstitial cystitis. Urology. 1998 Dec; 52: 1026-9

**3000**   Ehrlich, R.M., Gershman, A. Laparoscopic seromyotomy (auto-augmentation) for non-neurogenic neurogenic bladder in a child: initial case report. Urology. 1993 Aug; 42: 175-178

**40532**   Eiberg, H., Shaumburg, H. L., Von Gontard, A., Rittig, S. Linkage study of a large Danish 4-generation family with urge incontinence and nocturnal enuresis. J Urol. 2001 Dec; 166: 2401-3

**44918**   Eigner, E. B., Freiha, F. S. The fate of the remaining bladder following supravesical diversion. J Urol. 1990 Jul; 144: 31-3

**3602**   Eisch, J.S., Colling, J., Ouslander, J., Hadley, B.J., and Campbell, E. Issues in implementing clinical research in nursing home settings. J N Y State Nurses Assoc. 1991 Sep; 22: 18-22

**10860**   Eisenberger, C. F., Schoenberg, M., Fitter, D., Marshall, F. F. Orthotopic ileocolic neobladder reconstruction following radical cystectomy: history, technique and results of the Johns Hopkins experience, 1986-1998. Urol Clin North Am. 1999 Feb; 26: 149-56, ix

**43919**   Eisenstein, S. M., Engelbrecht, D. J., el Masry, W. S. Low back pain and urinary incontinence. A hypothetical relationship. Spine. 1994 May 15; 19: 1148-52

**44124**   Eisman, E., Tries, J. A new probe for measuring electromyographic activity from multiple sites in the anal canal. Dis Colon Rectum. 1993 Oct; 36: 946-52

**40381**   Eke, N. Urological complications of coitus. BJU Int. 2002 Feb; 89: 273-7

**3053**   Ekelund, P., Grimby, A., and Milsom, I. Urinary incontinence. Social and financial costs high [letter]. Bmj. 1993 May 15; 306: 1344

**44227**   Ekelund, P., Grimby, A., Milsom, I. Urinary incontinence. Social and financial costs high. BMJ. 1993 May 15; 306: 1344

**11773**   Ekstrom, J., Iosif, C. S., Malmberg, L. Effects of long-term treatment with estrogen and progesterone on in vitro muscle responses of the female rabbit urinary bladder and urethra to autonomic drugs and nerve stimulation. J Urol. 1993 Oct; 150: 1284-8

**43207**   el Ghoneimi, A., Miranda, J., Truong, T., Monfort, G. Ectopic ureter with complete ureteric duplication: conservative surgical management. J Pediatr Surg. 1996 Apr; 31: 467-72

**11329**   el Hemaly, A. K., Mousa, L. A. Stress urinary incontinence, a new concept. Eur J Obstet Gynecol Reprod Biol. 1996 Sep; 68: 129-35

**42234**   Elabbady, A. A., Elabbasy, W. I., Arafa, A. F., Atta, M. A., Abdel-Rahman, M. A simple technique for urinary diversion: the dismembered detubularized rectosigmoid bladder with distal colorectostomy. J Urol. 1998 Sep; 160: 714-7

**10011**   Elard, S., Cicco, A., Salomon, L., You, K., de La Taille, A., Vordos, D., Hoznek, A., Chopin, D., Abbou, C. C. Embolization for arterial injury incurred during tension-free vaginal tape procedure. J Urol. 2002 Oct; 168: 1503

---

**Appendix A5. Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

**sorted by Primary Author and Title**

---

**43516**  Elbadawi, A. Pathology and pathophysiology of detrusor in incontinence. Urol Clin North Am. 1995 Aug; 22: 499-512

**42160**  Elbadawi, A., Diokno, A. C., Millard, R. J. The aging bladder: morphology and urodynamics. World J Urol. 1998; 16 Suppl 1: S10-34

**42791**  Elbadawi, A., Hailemariam, S., Yalla, S. V., Resnick, N. M. Structural basis of geriatric voiding dysfunction. VI. Validation and update of diagnostic criteria in 71 detrusor biopsies. J Urol. 1997 May; 157: 1802-13

**42790**  Elbadawi, A., Hailemariam, S., Yalla, S. V., Resnick, N. M. Structural basis of geriatric voiding dysfunction. VII. Prospective ultrastructural/urodynamic evaluation of its natural evolution. J Urol. 1997 May; 157: 1814-22

**31797**  Elbadawi, A., Yalla, S. V., Resnick, N. M. Structural basis of geriatric voiding dysfunction. II. Aging detrusor: normal versus impaired contractility. J Urol. 1993 Nov; 150: 1657-67

**44096**  Elbadawi, A., Yalla, S. V., Resnick, N. M. Structural basis of geriatric voiding dysfunction. III. Detrusor overactivity. J Urol. 1993 Nov; 150: 1668-80

**40851**  Eldar, R., Ring, H., Tshuwa, M., Dynia, A., Ronen, R. Quality of care for urinary incontinence in a rehabilitation setting for patients with stroke. Simultaneous monitoring of process and outcome. Int J Qual Health Care. 2001 Feb; 13: 57-61

**43538**  Elder, J. S. Autoaugmentation gastrocystoplasty: early clinical results. J Urol. 1995 Jul; 154: 322-3

**42688**  Elder, J. S. Bladder rehabilitation, the effect of a cognitive training programme on urge incontinence. J Urol. 1997 Oct; 158: 1642

**3986**  Elder, J.S. Periurethral and puboprostatic sling repair for incontinence in patients with myelodysplasia. J Urol. 1990 Aug; 144: 434-7;discussion443-4

**42965**  Elgamasy, A. N., Lewis, V., Hassouna, M. E., Ghoniem, G. M. Effect of transvaginal stimulation in the treatment of detrusor instability. Urol Nurs. 1996 Dec; 16: 127-30

**11801**  Elia, G., Bergman, A. Estrogen effects on the urethra: beneficial effects in women with genuine stress incontinence. Obstet Gynecol Surv. 1993 Jul; 48: 509-17

**11556**  Elia, G., Bergman, A. Genuine stress urinary incontinence with low urethral pressure. Five- year follow-up after the Ball-Burch procedure. J Reprod Med. 1995 Jul; 40: 503-6

**11828**  Elia, G., Bergman, A. Pelvic muscle exercises: when do they work?. Obstet Gynecol. 1993 Feb; 81: 283-6

**11422**  Elia, G., Bergman, A. Periurethral collagen implant: ultrasound assessment and prediction of outcome. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 335-8

**40141**  Elia, G., Bergman, J., Dye, T. D. Familial incidence of urinary incontinence. Am J Obstet Gynecol. 2002 Jul; 187: 53-5

**40440**  Elia, G., Dye, T. D., Scariati, P. D. Body mass index and urinary symptoms in women. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 366-9

**41917**  Elia, G., Stewart, S., Makhuli, Z. N., Krenzer, B. E., Mathur, S., Simon, H. M., Mehdi, S. Metastatic breast cancer diagnosed during a work-up for urinary incontinence: a case report. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 39-42

**10060**  Eliasson, K., Larsson, T., Mattsson, E. Prevalence of stress incontinence in nulliparous elite trampolinists. Scand J Med Sci Sports. 2002 Apr; 12: 106-10

**59112**  Eliasson, K., Nordlander, I., Mattsson, E., Larson, B., Hammarstrom, M. Prevalence of urinary leakage in nulliparous women with respect to physical activity and micturition habits. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 149-53

**11087**  Elkabir, J. J., Mee, A. D. Long-term evaluation of the Gittes procedure for urinary stress incontinence. J Urol. 1998 Apr; 159: 1203-5

**50480**  Elkadry, E. A., Kenton, K. S., FitzGerald, M. P., Shott, S., Brubaker, L. Patient-selected goals: a new perspective on surgical outcome. Am J Obstet Gynecol. 2003 Dec; 189: 1551-7; discussion 1557-8

---

**American Urological Association, Inc.**

SUI Guidelines Panel

59300    Elkelini, M., Hassouna, M. M. Canadian experience in sacral neuromodulation. Urol Clin North Am. 2005 Feb; 32: 41-9

43947    Elkins, T. E. Surgery for the obstetric vesicovaginal fistula: a review of 100 operations in 82 patients. Am J Obstet Gynecol. 1994 Apr; 170: 1108-18; discussion 1118-20

31955    Elkins, T. E., Ghosh, T. S., Tagoe, G. A., Stocker, R. Transvaginal mobilization and utilization of the anterior bladder wall to repair vesicovaginal fistulas involving the urethra. Obstet Gynecol. 1992 Mar; 79: 455-60

40861    El-Lamie, I. K. Preliminary experience with Mainz type II pouch in gynecologic oncology patients. Eur J Gynaecol Oncol. 2001; 22: 77-80

54320    el-Lateef Moharram, A. A., el-Raouf, M. A. Retropubic repair of genitourinary fistula using a free supporting graft. BJU Int. 2004 Mar; 93: 581-3

40483    Ellerkmann, R. M., Cundiff, G. W., Melick, C. F., Nihira, M. A., Leffler, K., Bent, A. E. Correlation of symptoms with location and severity of pelvic organ prolapse. Am J Obstet Gynecol. 2001 Dec; 185: 1332-7; discussion 1337-8

51950    Ellerkmann, R. M., Dunn, J. S., McBride, A. W., Kummer, L. G., Melick, C. F., Bent, A. E., Blomquist, J. L. A comparison of anticipated pain before and pain rating after the procedure in patients who undergo cystourethroscopy. Am J Obstet Gynecol. 2003 Jul; 189: 66-9

59134    Ellerkmann, R. M., McBride, A. W., Dunn, J. S., Bent, A. E., Blomquist, J. L., Kummer, L. G., Melick, C. F. A comparison of anticipatory and postprocedure pain perception in patients who undergo urodynamic procedures. Am J Obstet Gynecol. 2004 Apr; 190: 1034-8

42467    Elliott, D. S., Barrett, D. M. Mayo Clinic long-term analysis of the functional durability of the AMS 800 artificial urinary sphincter: a review of 323 cases. J Urol. 1998 Apr; 159: 1206-8

42039    Elliott, D. S., Barrett, D. M. The artificial urinary sphincter in the female: indications for use, surgical approach and results. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 409-15

10518    Elliott, D. S., Boone, T. B. Is fascia lata allograft material trustworthy for pubovaginal sling repair?. Urology. 2000 Nov 1; 56: 772-6

10656    Elliott, D. S., Boone, T. B. Urethral devices for managing stress urinary incontinence. J Endourol. 2000 Feb; 14: 79-83

10392    Elliott, D. S., Lightner, D. J., Blute, M. L. Medical management of overactive bladder. Mayo Clin Proc. 2001 Apr; 76: 353-5

43223    Ellsworth, P. I., Webb, H. W., Crump, J. M., Barraza, M. A., Stevens, P. S., Mesrobian, H. G. The Malone antegrade colonic enema enhances the quality of life in children undergoing urological incontinence procedures. J Urol. 1996 Apr; 155: 1416-8

11790    Elser, D. M., Fantl, J. A. Pelvic relaxation of the anterior compartment. Curr Opin Obstet Gynecol. 1993 Aug; 5: 446-51

43738    Elser, D. M., Fantl, J. A., McClish, D. K. Comparison of 'subjective' and 'objective' measures of severity of urinary incontinence in women. Program for Women Research Group. Neurourol Urodyn. 1995; 14: 311-6

10701    Elser, D. M., London, W., Fantl, J. A., McBride, M. A., Beck, R. P. A comparison of urethral profilometry using microtip and fiberoptic catheters. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 371-4

10767    Elser, D. M., Wyman, J. F., McClish, D. K., Robinson, D., Fantl, J. A., Bump, R. C. The effect of bladder training, pelvic floor muscle training, or combination training on urodynamic parameters in women with urinary incontinence. Continence Program for Women Research Group. Neurourol Urodyn. 1999; 18: 427-36

11023    Elsergany, R., Elgamasy, A. N., Ghoniem, G. M. Transurethral collagen injection for female stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 13-8

10269    el-Toukhy, T. A., Davies, A. E. The efficacy of laparoscopic mesh colposuspension: results of a prospective controlled study. BJU Int. 2001 Sep; 88: 361-6

59085    El-Toukhy, T. A., Hefni, M., Davies, A., Mahadevan, S. The effect of different types of hysterectomy on urinary and sexual functions: a prospective study. J Obstet Gynaecol. 2004 Jun; 24: 420-5

10741    El-Toukhy, T. A., Tolba, M. A., Davies, A. E. Assessment of a new bone anchor system for the treatment of female genuine stress incontinence. BJU Int. 1999 Nov; 84: 780-4

40910    Emiroglu, R., Karakayall, H., Sevmis, S., Akkoc, H., Bilgin, N., Haberal, M. Urologic complications in 1275 consecutive renal transplantations. Transplant Proc. 2001 Feb-Mar; 33: 2016-7

40064    Endo, J. O., Chen, S., Potter, J. F., Ranno, A. E., Asadullah, S., Lahiri, P. Vitamin B(12) deficiency and incontinence: is there an association?. J Gerontol A Biol Sci Med Sci. 2002 Sep; 57: M583-7

56000    Engberg, S. J., Bender, M. A., Stilley, C. S. Kegels and communication. Am J Nurs. 2003 Jul; 103: 93-4

43504    Engberg, S. J., McDowell, B. J., Burgio, K. L., Watson, J. E., Belle, S. Self-care behaviors of older women with urinary incontinence. J Gerontol Nurs. 1995 Aug; 21: 7-14

42521    Engberg, S., McDowell, B. J., Donovan, N., Brodak, I., Weber, E. Treatment of urinary incontinence in homebound older adults: interface between research and practice. Ostomy Wound Manage. 1997 Nov-Dec; 43: 18-22, 24-6

42526    Engberg, S., McDowell, B. J., Weber, E., Brodak, I., Donovan, N., Engberg, R. Assessment and management of urinary incontinence among homebound older adults: a clinical trial protocol. Adv Pract Nurs Q. 1997 Fall; 3: 48-56

40604    Engberg, S., Sereika, S., Weber, E., Engberg, R., McDowell, B. J., Reynolds, C. F. Prevalence and recognition of depressive symptoms among homebound older adults with urinary incontinence. J Geriatr Psychiatry Neurol. 2001 Fall; 14: 130-9

45027    Engel, B. T., Burgio, L. D., McCormick, K. A., Hawkins, A. M., Scheve, A. A., Leahy, E. Behavioral treatment of incontinence in the long-term care setting. J Am Geriatr Soc. 1990 Mar; 38: 361-3

4138    Engel, B.T., Burgio, L.D., McCormick, K.A., Hawkins, A.M., Scheve, A.A., and Leahy, E. Behavioral treatment of incontinence in the long-term care setting. J Am Geriatr Soc. 1990 Mar; 38: 361-363

40671    English, B. A., Still, D. J., Harper, J., Saklad, S. R. Failure of tolterodine to treat clozapine-induced nocturnal enuresis. Ann Pharmacother. 2001 Jul-Aug; 35: 867-9

10891    English, S. F., Amundsen, C. L., McGuire, E. J. Bladder neck competency at rest in women with incontinence. J Urol. 1999 Feb; 161: 578-80

11101    English, S. F., Pisters, L. L., McGuire, E. J. The use of the appendix as a continent catheterizable stoma. J Urol. 1998 Mar; 159: 747-9

43421    Enzelsberger, H., Helmer, H., Kurz, C. Intravesical instillation of oxybutynin in women with idiopathic detrusor instability: a randomised trial. Br J Obstet Gynaecol. 1995 Nov; 102: 929-30

11348    Enzelsberger, H., Helmer, H., Schatten, C. Comparison of Burch and lyodura sling procedures for repair of unsuccessful incontinence surgery. Obstet Gynecol. 1996 Aug; 88: 251-6

4037    Enzelsberger, H., Schatten, C., Kurz, C., and Fitzal, P. Urodynamic and radiologic parameters before and after loop surgery for recurrent urinary stress incontinence. Acta Obstet Gynecol Scand. 1990; 69: 51-54

12099    Enzelsberger, H., Schatten, C., Kurz, C., Fitzal, P. Urodynamic and radiologic parameters before and after loop surgery for recurrent urinary stress incontinence. Acta Obstet Gynecol Scand. 1990; 69: 51-4

10705    Enzler, M., Agins, H. J., Kogan, M., Kudurna, J., Sand, P., Wurtz, R., Culligan, P. Osteomyelitis of the pubis following suspension of the neck of the bladder with use of bone anchors. A report of four cases. J Bone Joint Surg Am. 1999 Dec; 81: 1736-40

3870    Epstein, S., Jenike, M.A. Disabling urinary obsessions: an uncommon variant of obsessive-compulsive disorder. Psychosomatics. 1990 Fall; 31: 450-452

53750    Erata, Y. E., Kilic, B., Guclu, S., Saygili, U., Uslu, T. Risk factors for pelvic surgery. Arch Gynecol Obstet. 2002 Nov; 267: 14-8

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

41831    Erdogru, T., Kocak, T., Serdaroglu, P., Kadioglu, A., Tellaloglu, S. Evaluation and therapeutic approaches of voiding and erectile dysfunction in neurological Behcet's syndrome. J Urol. 1999 Jul; 162: 147-53

55490    Erickson, B. A., Austin, J. C., Cooper, C. S., Boyt, M. A. Polyethylene glycol 3350 for constipation in children with dysfunctional elimination. J Urol. 2003 Oct; 170: 1518-20

10379    Erickson, D. R. Female stress incontinence. J Urol. 2001 May; 165: 1612-3

11591    Erickson, D. R. Glomerulations in women with urethral sphincter deficiency: report of 2 cases. J Urol. 1995 Mar; 153: 728-9

11308    Erickson, D. R., Olt, G. J. Urethral obstruction after anterior colporrhaphy: correction by simple vaginoplasty. Urology. 1996 Nov; 48: 805-8

12100    Eriksen, B. C., Hagen, B., Eik-Nes, S. H., Molne, K., Mjolnerod, O. K., Romslo, I. Long-term effectiveness of the Burch colposuspension in female urinary stress incontinence. Acta Obstet Gynecol Scand. 1990; 69: 45-50

12110    Eriksen, B. C., Sandvik, H., Hunskaar, S. Management of urinary incontinence in gynecological practice in Norway. Acta Obstet Gynecol Scand. 1990; 69: 515-9

3874    Eriksen, B.C. Electrostimulation of the pelvic floor in female urinary incontinence. Acta Obstet Gynecol Scand. 1990; 69: 359-360

4038    Eriksen, B.C., Hagen, B., Eik-Nes, S.H., Molne, K., Mjolnerod, O.K., and Romslo, I. Long-term effectiveness of the Burch colposuspension in female urinary stress incontinence. Acta Obstet Gynecol Scand. 1990; 69: 45-50

3820    Eriksen, B.C., Sandvik, H., and Hunskaar, S. Management of urinary incontinence in gynecological practice in Norway. Acta Obstet Gynecol Scand. 1990; 69: 515-519

59336    Ermer-Seltun, J. Good counsel on continence. Ostomy Wound Manage. 2004 Dec; 50: 20-3

11743    Erol, A., Sargin, S. Y., Dalva, I., Gunes, Z. E., Akbay, E., Yazicioglu, A. H. Endoscopic transvaginal bladder neck suspension for stress urinary incontinence. Int Urol Nephrol. 1994; 26: 513-8

11457    Errando, C., Batista, J. E., Arano, P. Polytetrafluoroethylene sling for failure in female stress incontinence surgery. World J Urol. 1996; 14 Suppl 1: S48-50

56700    Ertberg, P., Moller, L. A., Lose, G. A comparison of three methods to evaluate maximum bladder capacity: cystometry, uroflowmetry and a 24-h voiding diary in women with urinary incontinence. Acta Obstet Gynecol Scand. 2003 Apr; 82: 374-7

59028    Ertunc, D., Tok, E. C., Pata, O., Dilek, U., Ozdemir, G., Dilek, S. Is stress urinary incontinence a familial condition?. Acta Obstet Gynecol Scand. 2004 Oct; 83: 912-6

12012    Esa, A., Kiwamoto, H., Sugiyama, T., Park, Y. C., Kaneko, S., Kurita, T. Functional electrical stimulation in the management of incontinence: studies of urodynamics. Int Urol Nephrol. 1991; 23: 135-41

3645    Esa, A., Kiwamoto, H., Sugiyama, T., Park, Y.C., Kaneko, S., and Kurita, T. Functional electrical stimulation in the management of incontinence: studies of urodynamics. Int Urol Nephrol. 1991; 23: 135-141

11105    Escamilla, J. O. Uterine suspension. Am J Obstet Gynecol. 1998 Jan; 178: 194-5

50560    Espino, D. V., Palmer, R. F., Miles, T. P., Mouton, C. P., Lichtenstein, M. J., Markides, K. P. Prevalence and severity of urinary incontinence in elderly Mexican-American women. J Am Geriatr Soc. 2003 Nov; 51: 1580-6

41690    Eterovic, D., Strinic, T., Dujic, Z., Boban, M. Blood gases and sex hormones in women with and without genital descensus. Respiration. 1999; 66: 400-6

40013    Etus, V., Akansel, G., Ilbay, K., Koc, K., Ceylan, S. Multiple sclerosis and coexisting intradural extramedullary spinal cord tumour: a case report. Neurol Sci. 2002 Sep; 23: 119-22

56830    Eva, U. F., Gun, W., Preben, K. Prevalence of urinary and fecal incontinence and symptoms of genital prolapse in women. Acta Obstet Gynecol Scand. 2003 Mar; 82: 280-6

59242    Evans, D. Discreet products for children and teenagers with continence problems. Nurs Times. 2005 Mar 22-28; 101: 50-2

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

3685    Evans, J.W., Christmas, T.J. Detrusor instability following colchicine therapy. Br J Urol. 1991 May; 67: 552-554

40278   Evans, R. W., Nasir, N.,  Jr Case report: Dr. Lecter's convulsive syncope. MedGenMed. 2001 Oct 1; 3: 7

42857   Evenhuis, H. M. Medical aspects of ageing in a population with intellectual disability: III. Mobility, internal conditions and cancer. J Intellect Disabil Res. 1997 Feb; 41 ( Pt 1): 8-18

10542   Everaert, K., De Ridder, D., Baert, L., Oosterlinck, W., Wyndaele, J. J. Patient satisfaction and complications following sacral nerve stimulation for urinary retention, urge incontinence and perineal pain: a multicenter evaluation. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 231-5; discussion 236

41180   Everaert, K., Van Laecke, E., De Muynck, M., Peeters, H., Hoebeke, P. Urodynamic assessment of voiding dysfunction and dysfunctional voiding in girls and women. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 254-64

11562   Everaert, K., Van Laecke, E., De Sy, W. A. Colpopromontoriopexy. Acta Urol Belg. 1995 May; 63: 47-50

30500   Ewies, A. A., Olah, K. S. Subtotal abdominal hysterectomy: a surgical advance or a backward step?. BJOG. 2000 Nov; 107: 1376-9

42882   Eyett-Burton, C. Urinary incontinence in cats. Vet Rec. 1997 Jan 25; 140: 104

44875   Eyman, R. K., Grossman, H. J., Chaney, R. H., Call, T. L. The life expectancy of profoundly handicapped people with mental retardation. N Engl J Med. 1990 Aug 30; 323: 584-9

3972    Eyman, R.K., Grossman, H.J., Chaney, R.H., and Call, T.L. The life expectancy of profoundly handicapped people with mental retardation [see comments]. N Engl J Med. 1990 Aug 30; 323: 584-589

50750   Ezzat, I. M. Sling operations in the treatment of stress urinary incontinence: how to adjust sling tension. J Obstet Gynecol Res. 2003 Dec; 29: 374-9

3783    Ezzat, M.I. Abdomino-perineal approach for management of traumatic strictured posterior urethra. Int Urol Nephrol. 1990; 22: 447-453

43938   Fader, M. Continence. From wheelchairs to toilet. Nurs Times. 1994 Apr 13-19; 90: 76-80

55950   Fader, M. Review of current technologies for urinary incontinence: strengths and limitations. Proc Inst Mech Eng [H]. 2003; 217: 233-41

56730   Fader, M., Clarke-O'Neill, S., Cook, D., Dean, G., Brooks, R., Cottenden, A., Malone-Lee, J. Management of night-time urinary incontinence in residential settings for older people: an investigation into the effects of different pad changing regimes on skin health. J Clin Nurs. 2003 May; 12: 374-86

11420   Faerber, G. J. Endoscopic collagen injection therapy in elderly women with type I stress urinary incontinence. J Urol. 1996 Feb; 155: 512-4

10894   Faerber, G. J. Urethral diverticulectomy and pubovaginal sling for simultaneous treatment of urethral diverticulum and intrinsic sphincter deficiency. Tech Urol. 1998 Dec; 4: 192-7

42131   Faerber, G. J., Belville, W. D., Ohl, D. A., Plata, A. Comparison of transurethral versus periurethral collagen injection in women with intrinsic sphincter deficiency. Tech Urol. 1998 Sep; 4: 124-7

11052   Faerber, G. J., Vashi, A. R. Variations in Valsalva leak point pressure with increasing vesical volume. J Urol. 1998 Jun; 159: 1909-11

44429   Fainsinger, R. L., MacEachern, T., Hanson, J., Bruera, E. The use of urinary catheters in terminally ill cancer patients. J Pain Symptom Manage. 1992 Aug; 7: 333-8

3274    Fainsinger, R.L., MacEachern, T., Hanson, J., and Bruera, E. The use of urinary catheters in terminally ill cancer patients. J Pain Symptom Manage. 1992 Aug; 7: 333-338

42833   Fakhoury, W. K., McCarthy, M., Addington-Hall, J. The effects of the clinical characteristics of dying cancer patients on informal caregivers' satisfaction with palliative care. Palliat Med. 1997 Mar; 11: 107-15

Case 2:12-md-02327 Document 514-5 Filed 05/03/13 Page 184 of 800 PageID #: 146259

# Appendix A5. Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

---

**11097**    Falconer, C., Blomgren, B., Johansson, O., Ulmsten, U., Malmstrom, A., Westergren-Thorsson, G., Ekman-Ordeberg, G. Different organization of collagen fibrils in stress-incontinent women of fertile age. Acta Obstet Gynecol Scand. 1998 Jan; 77: 87-94

**11645**    Falconer, C., Ekman, G., Malmstrom, A., Ulmsten, U. Decreased collagen synthesis in stress-incontinent women. Obstet Gynecol. 1994 Oct; 84: 583-6

**11096**    Falconer, C., Ekman-Ordeberg, G., Blomgren, B., Johansson, O., Ulmsten, U., Westergren-Thorsson, G., Malmstrom, A. Paraurethral connective tissue in stress-incontinent women after menopause. Acta Obstet Gynecol Scand. 1998 Jan; 77: 95-100

**11227**    Falconer, C., Ekman-Ordeberg, G., Hilliges, M., Johansson, O. Decreased innervation of the paraurethral epithelium in stress urinary incontinent women. Eur J Obstet Gynecol Reprod Biol. 1997 Apr; 72: 195-8

**11437**    Falconer, C., Ekman-Ordeberg, G., Malmstrom, A., Ulmsten, U. Clinical outcome and changes in connective tissue metabolism after intravaginal slingplasty in stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 133-7

**11625**    Falconer, C., Larsson, B. New and simplified vaginal approach for correction of urinary stress incontinence in women. Neurourol Urodyn. 1995; 14: 365-70

**10327**    Falconer, C., Soderberg, M., Blomgren, B., Ulmsten, U. Influence of different sling materials on connective tissue metabolism in stress urinary incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S19-23

**10974**    Fall, M. Advantages and pitfalls of functional electrical stimulation. Acta Obstet Gynecol Scand Suppl. 1998; 168: 16-21

**43673**    Fall, M. Vaginal wall bipedicled flap and other techniques in complicated urethral diverticulum and urethrovaginal fistula. J Am Coll Surg. 1995 Feb; 180: 150-6

**43348**    Fall, M., Geirsson, G. Positive ice-water test: a predictor of neurological disease?. World J Urol. 1996; 14 Suppl 1: S51-4

**3735**    Fall, M., Lindstrom, S. Electrical stimulation. A physiologic approach to the treatment of urinary incontinence. Urol Clin North Am. 1991 May; 18: 393-407

**3357**    Faller, N., Jeter, K.F. The ABCs of product selection. Urol Nurs. 1992 Jun; 12: 52-54

**43705**    Fang, T. C., Chen, K. W., Wu, M. H., Sung, J. M., Huang, J. J. Coumaphos intoxications mimic food poisoning. J Toxicol Clin Toxicol. 1995; 33: 699-703

**42482**    Fantl, J. A. Behavioral intervention for community-dwelling individuals with urinary incontinence. Urology. 1998 Feb; 51: 30-4

**43935**    Fantl, J. A. The lower urinary tract in women--effect of aging and menopause on continence. Exp Gerontol. 1994 May-Aug; 29: 417-22

**11311**    Fantl, J. A., Bump, R. C., Robinson, D., McClish, D. K., Wyman, J. F. Efficacy of estrogen supplementation in the treatment of urinary incontinence. The Continence Program for Women Research Group. Obstet Gynecol. 1996 Nov; 88: 745-9

**11721**    Fantl, J. A., Cardozo, L., McClish, D. K. Estrogen therapy in the management of urinary incontinence in postmenopausal women: a meta-analysis. First report of the Hormones and Urogenital Therapy Committee. Obstet Gynecol. 1994 Jan; 83: 12-8

**45022**    Fantl, J. A., Wyman, J. F., Harkins, S. W., Hadley, E. C. Bladder training in the management of lower urinary tract dysfunction in women. A review. J Am Geriatr Soc. 1990 Mar; 38: 329-32

**44981**    Fantl, J. A., Wyman, J. F., McClish, D. K., Bump, R. C. Urinary incontinence in community-dwelling women: clinical, urodynamic, and severity characteristics. Am J Obstet Gynecol. 1990 Apr; 162: 946-51; discussion 951-2

**44751**    Fantl, J. A., Wyman, J. F., McClish, D. K., Harkins, S. W., Elswick, R. K., Taylor, J. R., Hadley, E. C. Efficacy of bladder training in older women with urinary incontinence. JAMA. 1991 Feb 6; 265: 609-13

---

**4146**  Fantl, J.A., Wyman, J.F., Harkins, S.W., and Hadley, E.C. Bladder training in the management of lower urinary tract dysfunction in women. A review. J Am Geriatr Soc. 1990 Mar; 38: 329-332

**4081**  Fantl, J.A., Wyman, J.F., McClish, D.K., and Bump, R.C. Urinary incontinence in community-dwelling women: clinical, urodynamic, and severity characteristics. Am J Obstet Gynecol. 1990 Apr; 162: 946-51;discussion951-2

**3841**  Fantl, J.A., Wyman, J.F., McClish, D.K., Harkins, S.W., Elswick, R.K., Taylor, J.R., and Hadley, E.C. Efficacy of bladder training in older women with urinary incontinence. Jama. 1991 Feb 6; 265: 609-613

**41231**  Farhat, W., Bagli, D. J., Capolicchio, G., O'Reilly, S., Merguerian, P. A., Khoury, A., McLorie, G. A. The dysfunctional voiding scoring system: quantitative standardization of dysfunctional voiding symptoms in children. J Urol. 2000 Sep; 164: 1011-5

**59399**  Faria, C. A., Sartori, M. G., Baracat, E. C., de Lima, G. R., Girao, M. J. Effects of tamoxifen on Doppler velocimetry parameters of periurethral vessels in postmenopausal women. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 56-9; discussion 59

**10856**  Farnsworth, B. Re: The sign of stress incontinence--should we believe what we see?. Aust N Z J Obstet Gynaecol. 1999 Feb; 39: 139

**10161**  Farnsworth, B. The integral theory of female urinary incontinence. Aust N Z J Obstet Gynaecol. 2002 Feb; 42: 99; discussion 100

**41368**  Farouk, R., Pemberton, J. H., Wolff, B. G., Dozois, R. R., Browning, S., Larson, D. Functional outcomes after ileal pouch-anal anastomosis for chronic ulcerative colitis. Ann Surg. 2000 Jun; 231: 919-26

**3864**  Farragher, D. Trophic stimulation. Nurs Stand. 1990 Nov 14-20; 5: 10-11

**52050**  Farrell, K. D., Robinson, L. M., Scott, T. A. Female urinary incontinence health education on the Internet: pitfalls and opportunities. J Obstet Gynaecol Can. 2003 Jul; 25: 594-600

**40932**  Farrell, S. A., Allen, V. M., Baskett, T. F. Parturition and urinary incontinence in primiparas. Obstet Gynecol. 2001 Mar; 97: 350-6

**51740**  Farrell, S. A., Beckerson, L. A., Epp, A., Flood, C. G., Lajoie, F., MacMillan, J. B., Mainprize, T. C., Robert, M. Tension-free vaginal tape (TVT) procedure. J Obstet Gynaecol Can. 2003 Aug; 25: 692-4, 695-8

**52860**  Farrell, S. A., Epp, A., Flood, C., Lajoie, F., MacMillan, B., Mainprize, T., Robert, M. The evaluation of stress incontinence prior to primary surgery. J Obstet Gynaecol Can. 2003 Apr; 25: 313-24

**50250**  Farrell, S. A., Singh, B., Aldakhil, L. Continence pessaries in the management of urinary incontinence in women. J Obstet Gynaecol Can. 2004 Feb; 26: 113-7

**11449**  Farrell, S. A., Tynski, G. The effect of urethral pressure variation on detrusor activity in women. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 87-93

**42784**  Farrell, T. A., Wallace, M., Hicks, M. E. Long-term results of transrenal ureteral occlusion with use of Gianturco coils and gelatin sponge pledgets. J Vasc Interv Radiol. 1997 May-Jun; 8: 449-52

**10444**  Fatthy, H., El Hao, M., Samaha, I., Abdallah, K. Modified Burch colposuspension: laparoscopy versus laparotomy. J Am Assoc Gynecol Laparosc. 2001 Feb; 8: 99-106

**41022**  Faundes, A., Guarisi, T., Pinto-Neto, A. M. The risk of urinary incontinence of parous women who delivered only by cesarean section. Int J Gynaecol Obstet. 2001 Jan; 72: 41-6

**40539**  Faure, J. P., Hauet, T., Scepi, M., Chansigaud, J. P., Kamina, P., Richer, J. P. The pectineal ligament: anatomical study and surgical applications. Surg Radiol Anat. 2001; 23: 237-42

**11914**  Fawdry, R. Symptoms analysis for the diagnosis of genuine stress incontinence. Br J Obstet Gynaecol. 1992 Mar; 99: 271

**3380**  Fawdry, R. Symptoms analysis for the diagnosis of genuine stress incontinence [letter]. Br J Obstet Gynaecol. 1992 Mar; 99: 271

**11619**  Fedorkow, D. M., Sand, P. K., Retzky, S. S., Johnson, D. C. The cotton swab test. Receiver-operating characteristic curves. J Reprod Med. 1995 Jan; 40: 42-6

**Appendix A5 Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

SUI Guidelines Panel

41828   Fehrmann-Zumpe, P., Karbe, K., Blessman, G. Using flavoxate as primary medication for patients suffering from urge symptomatology. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 91-5

42555   Feldman, E. L., Jaffe, A., Galambos, N., Robbins, A., Kelly, R. B., Froom, J. Clinical practice guidelines on depression: awareness, attitudes, and content knowledge among family physicians in New York. Arch Fam Med. 1998 Jan-Feb; 7: 58-62

59107   Feldner, P. C., Jr, Bezerra, L. R., de Castro, R. A., Sartori, M. G., Baracat, E. C., de Lima, G. R., Girao, M. J. Correlation between valsalva leak point pressure and maximal urethral closure pressure in women with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 194-7

43712   Fenn, N., Barrington, J. W., Stephenson, T. P. Clam enterocystoplasty and pregnancy. Br J Urol. 1995 Jan; 75: 85-6

3419   Fenn, N., Conn, I.G., German, K.A., and Stephenson, T.P. Complications of clam enterocystoplasty with particular reference to urinary tract infection. Br J Urol. 1992 Apr; 69: 366-368

54800   Fenner, D. E., Genberg, B., Brahma, P., Marek, L., DeLancey, J. O. Fecal and urinary incontinence after vaginal delivery with anal sphincter disruption in an obstetrics unit in the United States. Am J Obstet Gynecol. 2003 Dec; 189: 1543-9; discussion 1549-50

10232   Feretis, C., Benakis, P., Dailianas, A., Dimopoulos, C., Mavrantonis, C., Stamou, K. M., Manouras, A., Apostolidis, N., Androulakis, G. Implantation of microballoons in the management of fecal incontinence. Dis Colon Rectum. 2001 Nov; 44: 1605-9

12077   Ferguson, K. L., McKey, P. L., Bishop, K. R., Kloen, P., Verheul, J. B., Dougherty, M. C. Stress urinary incontinence: effect of pelvic muscle exercise. Obstet Gynecol. 1990 Apr; 75: 671-5

4122   Ferguson, K.L., McKey, P.L., Bishop, K.R., Kloen, P., Verheul, J.B., and Dougherty, M.C. Stress urinary incontinence: effect of pelvic muscle exercise. Obstet Gynecol. 1990 Apr; 75: 671-675

10841   Ferland, R. D., Rosenblatt, P. Ureteral compromise after laparoscopic Burch colpopexy. J Am Assoc Gynecol Laparosc. 1999 May; 6: 217-9

44010   Fernandes, E. T., Reinberg, Y., Vernier, R., Gonzalez, R. Neurogenic bladder dysfunction in children: review of pathophysiology and current management. J Pediatr. 1994 Jan; 124: 1-7

30223   Fernandez, H. H., Tabamo, R. E., David, R. R., Friedman, J. H. Predictors of depressive symptoms among spouse caregivers in Parkinson's disease. Mov Disord. 2001 Nov; 16: 1123-5

40340   Ferrara, P., D'Aleo, C., Ruggiero, A., Paoletti, F. P., Chiozza, M. L., Plebani, M., Caione, P., Del Gado, R., Salvaggio, E. Plasma antidiuretic hormone levels in children with spina bifida. Urol Int. 2002; 68: 144-7

41118   Ferrara, P., Rigante, D., Lambert-Gardini, S., Salvaggio, E., Ricci, R., Chiozza, M. L., Antuzzi, D. Urinary excretion of glycosaminoglycans in patients with isolated nocturnal enuresis or combined with diurnal incontinence. BJU Int. 2000 Nov; 86: 824-5

11136   Ferrari, A., Frigerio, L. The triangular vaginal patch sling for stress urinary incontinence and hypermobile urethra. Am J Obstet Gynecol. 1997 Dec; 177: 1426-31

12096   Ferriani, R. A., Silva de Sa, M. F., Dias de Moura, M., Charaffedine, M. N., Hockgreb de Freitas Junior, A. Ureteral blockage as a complication of Burch colposuspension: report of 6 cases. Gynecol Obstet Invest. 1990; 29: 239-40

4007   Ferriani, R.A., Silva-de-Sa, M.F., Dias-de-Moura, M., Charaffedine, M.N., and Hockgreb-de-Freitas-Junior, A. Ureteral blockage as a complication of Burch colposuspension: report of 6 cases. Gynecol Obstet Invest. 1990; 29: 239-240

42978   Ferro, J. M., Falcao, I., Rodrigues, G., Canhao, P., Melo, T. P., Oliveira, V., Pinto, A. N., Crespo, M., Salgado, A. V. Diagnosis of transient ischemic attack by the nonneurologist. A validation study. Stroke. 1996 Dec; 27: 2225-9

11652   Feyereisl, J., Dreher, E., Haenggi, W., Zikmund, J., Schneider, H. Long-term results after Burch colposuspension. Am J Obstet Gynecol. 1994 Sep; 171: 647-52

56040   Fialkow, M. F., Melville, J. L., Lentz, G. M., Miller, E. A., Miller, J., Fenner, D. E. The functional and psychosocial impact of fecal incontinence on women with urinary incontinence. Am J Obstet Gynecol. 2003 Jul; 189: 127-9

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5. Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**50990**   Fianu-Jonasson, A., Edwall, L. Stress urinary incontinence: feasibility of surgery after urethral injection. Acta Obstet Gynecol Scand. 2003 Nov; 82: 1060

**10171**   Fielding, J. R. Practical MR imaging of female pelvic floor weakness. Radiographics. 2002 Mar-Apr; 22: 295-304

**10672**   Fielding, J. R., Dumanli, H., Schreyer, A. G., Okuda, S., Gering, D. T., Zou, K. H., Kikinis, R., Jolesz, F. A. MR-based three-dimensional modeling of the normal pelvic floor in women: quantification of muscle mass. AJR Am J Roentgenol. 2000 Mar; 174: 657-60

**10922**   Fielding, J. R., Griffiths, D. J., Versi, E., Mulkern, R. V., Lee, M. L., Jolesz, F. A. MR imaging of pelvic floor continence mechanisms in the supine and sitting positions. AJR Am J Roentgenol. 1998 Dec; 171: 1607-10

**41462**   Fielding, J. R., Lee, J. H., Dubeau, C. E., Zou, K. H., Resnick, N. M. Voiding cystourethrography findings in elderly women with urge incontinence. J Urol. 2000 Apr; 163: 1216-8

**11306**   Fielding, J. R., Versi, E., Mulkern, R. V., Lerner, M. H., Griffiths, D. J., Jolesz, F. A. MR imaging of the female pelvic floor in the supine and upright positions. J Magn Reson Imaging. 1996 Nov-Dec; 6: 961-3

**10783**   Filbeck, T., Ullrich, T., Pichlmeier, U., Kiel, H. J., Wieland, W. F., Roessler, W. Correlation of persistent stress urinary incontinence with quality of life after suspension procedures: is continence the only decisive postoperative criterion of success?. Urology. 1999 Aug; 54: 247-51

**43701**   Filler, A. G., Britton, J. A., Uttley, D., Marsh, H. T. Adult postrepair myelomeningocoele and tethered cord syndrome: good surgical outcome after abrupt neurological decline. Br J Neurosurg. 1995; 9: 659-66

**10867**   Fink, D., Perucchini, D., Schaer, G. N., Haller, U. The role of the frequency-volume chart in the differential diagnostic of female urinary incontinence. Acta Obstet Gynecol Scand. 1999 Mar; 78: 254-7

**40383**   Finkelstein, M. M. Medical conditions, medications, and urinary incontinence. Analysis of a population-based survey. Can Fam Physician. 2002 Jan; 48: 96-101

**53490**   Finkelstein, M. M., Skelly, J., Kaczorowski, J., Swanson, G. Incontinence Quality of Life Instrument in a survey of primary care physicians. J Fam Pract. 2002 Nov; 51: 952

**42245**   Finsterer, J., Grass, R., Stollberger, C., Mamoli, B. Immunoglobulins in acute, parainfectious, disseminated encephalo- myelitis. Clin Neuropharmacol. 1998 Jul-Aug; 21: 258-61

**3665**   Fiorelli, C., Menghetti, I., Trippitelli, A., Saltutti, C., and Mottola, A. Simplified endoscopic suspension for stress incontinence through pervaginal route. Arch Esp Urol. 1991 Jan-Feb; 44: 101-104

**12005**   Fiorelli, C., Menghetti, I., Trippitelli, A., Saltutti, C., Mottola, A. Simplified endoscopic suspension for stress incontinence through pervaginal route. Arch Esp Urol. 1991 Jan-Feb; 44: 101-4

**41694**   Fischer, J. R., Berg, P. H. Urinary incontinence in United States Air Force female aircrew. Obstet Gynecol. 1999 Oct; 94: 532-6

**43917**   Fischer, W. Therapeutic possibilities and choice of adequate treatment of female urinary incontinence (UI). Eur J Obstet Gynecol Reprod Biol. 1994 May 31; 55: 43-4

**41297**   Fischer, W., Baessler, K. Postpartum pelvic floor conditioning using vaginal cones: not only for prophylaxis against urinary incontinence and descensus. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 208-14

**11219**   Fischer, W., Linde, A. Pelvic floor findings in urinary incontinence--results of conditioning using vaginal cones. Acta Obstet Gynecol Scand. 1997 May; 76: 455-60

**10969**   Fischer-Rasmussen, W. Transvaginal needle bladder neck suspension for stress urinary incontinence: practicable methods but not optimal results. Acta Obstet Gynecol Scand Suppl. 1998; 168: 38-43

**12028**   Fischer-Rasmussen, W. Treatment of stress urinary incontinence. Ann Med. 1990 Dec; 22: 455-65

**59067**   Fisher, K., Riolo, L. What is the evidence regarding specific methods of pelvic floor exercise for a patient with urinary stress incontinence and mild anterior wall prolapse?. Phys Ther. 2004 Aug; 84: 744-53

**41277**   Fisher, R., Frank, D. Detrusor instability; day and night time wetting, urinary tract infections. Arch Dis Child. 2000 Aug; 83: 135-7

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

| | |
|---|---|
| 3045 | Fishman, I.J., Scott, F.B. Pregnancy in patients with the artificial urinary sphincter. J Urol. 1993 Aug; 150: 340-341 |
| 3194 | Fitzgerald, J.F., Smith, D.M., Martin, D.K., Freedman, J.A., and Wolinsky, F.D. Replication of the multidimensionality of activities of daily living. J Gerontol. 1993 Jan; 48: S28-S31 |
| 10547 | FitzGerald, M. P., Blazek, B., Brubaker, L. Complex repetitive discharges during urethral sphincter EMG: clinical correlates. Neurourol Urodyn. 2000; 19: 577-83 |
| 50790 | FitzGerald, M. P., Brubaker, L. Colpocleisis and urinary incontinence. Am J Obstet Gynecol. 2003 Nov; 189: 1241-4 |
| 10471 | FitzGerald, M. P., Brubaker, L. The etiology of urinary retention after surgery for genuine stress incontinence. Neurourol Urodyn. 2001; 20: 13-21 |
| 10195 | FitzGerald, M. P., Brubaker, L. Urinary incontinence symptom scores and urodynamic diagnoses. Neurourol Urodyn. 2002; 21: 30-5 |
| 10194 | FitzGerald, M. P., Butler, N., Shott, S., Brubaker, L. Bother arising from urinary frequency in women. Neurourol Urodyn. 2002; 21: 36-40; discussion 41 |
| 10733 | FitzGerald, M. P., Gitelis, S., Brubaker, L. Pubic osteomyelitis and granuloma after bone anchor placement. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 346-8 |
| 10265 | Fitzgerald, M. P., Jaffar, J., Brubaker, L. Risk factors for an elevated postvoid residual urine volume in women with symptoms of urinary urgency, frequency and urge incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 237-9; discussion 239-40 |
| 10306 | FitzGerald, M. P., Kenton, K., Shott, S., Brubaker, L. Responsiveness of quality of life measurements to change after reconstructive pelvic surgery. Am J Obstet Gynecol. 2001 Jul; 185: 20-4 |
| 41032 | FitzGerald, M. P., Manaves, V., Martin, A. F., Shott, S., Brubaker, L. Myosin isoforms in female human detrusor. Neurourol Urodyn. 2001; 20: 23-9 |
| 10710 | FitzGerald, M. P., Mollenhauer, J., Bitterman, P., Brubaker, L. Functional failure of fascia lata allografts. Am J Obstet Gynecol. 1999 Dec; 181: 1339-44; discussion 1344-6 |
| 10530 | FitzGerald, M. P., Mollenhauer, J., Brubaker, L. The fate of rectus fascia suburethral slings. Am J Obstet Gynecol. 2000 Oct; 183: 964-6 |
| 10606 | Fitzgerald, M. P., Mollenhauer, J., Hale, D. S., Benson, J. T., Brubaker, L. Urethral collagen morphologic characteristics among women with genuine stress incontinence. Am J Obstet Gynecol. 2000 Jun; 182: 1565-74 |
| 41430 | FitzGerald, M. P., Russell, B., Hale, D., Benson, J. T., Brubaker, L. Ultrastructure of detrusor and urethral smooth muscle in women with urinary incontinence. Am J Obstet Gynecol. 2000 Apr; 182: 879-84 |
| 41342 | Fitzgerald, S. T., Palmer, M. H., Berry, S. J., Hart, K. Urinary incontinence. Impact on working women. AAOHN J. 2000 Mar; 48: 112-8 |
| 40324 | Fitzgerald, S. T., Palmer, M. H., Kirkland, V. L., Robinson, L. The impact of urinary incontinence in working women: a study in a production facility. Women Health. 2002; 35: 1-16 |
| 11783 | Fitzpatrick, C., Swierzewski, S. J., 3rd, McGuire, E. J. Periurethral collagen for urinary incontinence after gender reassignment surgery. Urology. 1993 Oct; 42: 458-60 |
| 10374 | Fitzpatrick, M., O'Herlihy, C. The effects of labour and delivery on the pelvic floor. Best Pract Res Clin Obstet Gynaecol. 2001 Feb; 15: 63-79 |
| 44436 | Flaherty, J. H., Miller, D. K., Coe, R. M. Impact on caregivers of supporting urinary function in noninstitutionalized, chronically ill seniors. Gerontologist. 1992 Aug; 32: 541-5 |
| 3242 | Flaherty, J.H., Miller, D.K., and Coe, R.M. Impact on caregivers of supporting urinary function in noninstitutionalized, chronically ill seniors. Gerontologist. 1992 Aug; 32: 541-545 |
| 11334 | Flax, S. The gasless laparoscopic Burch bladder neck suspension: early experience. J Urol. 1996 Sep; 156: 1105-7 |

# American Urological Association, Inc.

## SUI Guidelines Panel

40076    Fleischmann, N., Christ, G., Sclafani, T., Melman, A. The effect of ovariectomy and long-term estrogen replacement on bladder structure and function in the rat. J Urol. 2002 Sep; 168: 1265-8

53300    Fleischmann, N., Flisser, A. J., Blaivas, J. G., Panagopoulos, G. Sphincteric urinary incontinence: relationship of vesical leak point pressure, urethral mobility and severity of incontinence. J Urol. 2003 Mar; 169: 999-1002

41656    Fleishman, R., Heilbrun, G., Mandelson, J., Shirazi, V. Improving the quality of institutional care of urinary incontinence among the elderly: a challenge for governmental regulation. Int J Health Care Qual Assur Inc Leadersh Health Serv. 1999; 12: 105-19

10940    Flood, C. G., Drutz, H. P., Waja, L. Anterior colporrhaphy reinforced with Marlex mesh for the treatment of cystoceles. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 200-4

43012    Flood, H. D., Alevizatos, C., Liu, J. L. Sex differences in the determination of abdominal leak point pressure in patients with intrinsic sphincter deficiency. J Urol. 1996 Nov; 156: 1737-40

43739    Flood, H. D., Malhotra, S. J., O'Connell, H. E., Ritchey, M. J., Bloom, D. A., McGuire, E. J. Long-term results and complications using augmentation cystoplasty in reconstructive urology. Neurourol Urodyn. 1995; 14: 297-309

10089    Flynn, B. J., Webster, G. D. Surgical management of the apical vaginal defect. Curr Opin Urol. 2002 Jul; 12: 353-8

10209    Flynn, B. J., Yap, W. T. Pubovaginal sling using allograft fascia lata versus autograft fascia for all types of stress urinary incontinence: 2-year minimum followup. J Urol. 2002 Feb; 167: 608-12

11692    Flynn, L., Cell, P., Luisi, E. Effectiveness of pelvic muscle exercises in reducing urge incontinence among community residing elders. J Gerontol Nurs. 1994 May; 20: 23-7

42331    Flynn, P., Franiek, J., Janssen, P., Hannah, W. J., Klein, M. C. How can second-stage management prevent perineal trauma? Critical review. Can Fam Physician. 1997 Jan; 43: 73-84

11241    Fokaefs, E. D., Lampel, A., Hohenfellner, M., Lazica, M., Thuroff, J. W. Experimental evaluation of free versus pedicled fascial flaps for sling surgery of urinary stress incontinence. J Urol. 1997 Mar; 157: 1039-43

11674    Foldspang, A., Mommsen, S. Adult female urinary incontinence and childhood bedwetting. J Urol. 1994 Jul; 152: 85-8

11163    Foldspang, A., Mommsen, S. The International Continence Society (ICS) incontinence definition: is the social and hygienic aspect appropriate for etiologic research?. J Clin Epidemiol. 1997 Sep; 50: 1055-60

42004    Foldspang, A., Mommsen, S., Djurhuus, J. C. Prevalent urinary incontinence as a correlate of pregnancy, vaginal childbirth, and obstetric techniques. Am J Public Health. 1999 Feb; 89: 209-12

11856    Foldspang, A., Mommsen, S., Lam, G. W., Elving, L. Parity as a correlate of adult female urinary incontinence prevalence. J Epidemiol Community Health. 1992 Dec; 46: 595-600

3163    Foldspang, A., Mommsen, S., Lam, G.W., and Elving, L. Parity as a correlate of adult female urinary incontinence prevalence. J Epidemiol Community Health. 1992 Dec; 46: 595-600

40667    Foley, S. J., Adamson, A. S. Minimally invasive harvesting of fascia lata for use in the pubovaginal sling procedure. BJU Int. 2001 Aug; 88: 293-4

3777    Fonda, D. Improving management of urinary incontinence in geriatric centres and nursing homes. Victorian Geriatricians Peer Review Group. Aust Clin Rev. 1990; 10: 66-71

42901    Fonda, D. Promoting continence as a health issue. Eur Urol. 1997; 32 Suppl 2: 28-32

44861    Fonda, D. Taking the 'in' out of incontinence. Med J Aust. 1990 Sep 3; 153: 245-7

3498    Fonda, D. The billion dollar question: can incontinence be reduced in nursing homes? [editorial]. Med J Aust. 1992 Jan 6; 156: 6-7

11767    Fonda, D., Brimage, P. J., D'Astoli, M. Simple screening for urinary incontinence in the elderly: comparison of simple and multichannel cystometry. Urology. 1993 Nov; 42: 536-40

**American Urological Association, Inc.**

**SUI Guidelines Panel**

42055    Fonda, D., Resnick, N. M., Kirschner-Hermanns, R. Prevention of urinary incontinence in older people. Br J Urol. 1998 Dec; 82 Suppl 1: 5-10

43561    Fonda, D., Woodward, M., D'Astoli, M., Chin, W. F. Sustained improvement of subjective quality of life in older community- dwelling people after treatment of urinary incontinence. Age Ageing. 1995 Jul; 24: 283-6

42955    Fontaine, E., Bendaya, S., Desert, J. F., Fakacs, C., Le Mouel, M. A., Beurton, D. Combined modified rectus fascial sling and augmentation ileocystoplasty for neurogenic incontinence in women. J Urol. 1997 Jan; 157: 109-12

11211    Foote, A. J., Lam, A. Laparoscopic colposuspension in women with previously failed anti- incontinence surgery. J Obstet Gynaecol Res. 1997 Jun; 23: 313-7

3748    Foote, J., Yun, S., and Leach, G.E. Postprostatectomy incontinence. Pathophysiology, evaluation, and management. Urol Clin North Am. 1991 May; 18: 229-241

54440    Forbat, L. Listening to carers talking about the subjects of continence and toileting. Nurs Times. 2004 Jan 13-19; 100: 46-9

3481    Ford, H. Continence--feeling off-colour. Nurs Times. 1992 Jan 29-Feb 4; 88: 64,66,68

44170    Foreman, M. D., Theis, S. L., Anderson, M. A. Adverse events in the hospitalized elderly. Clin Nurs Res. 1993 Aug; 2: 360-70

44332    Foreman, M. M., McNulty, A. M. Alterations in K(+)-evoked release of 3H-norepinephrine and contractile responses in urethral and bladder tissues induced by norepinephrine reuptake inhibition. Life Sci. 1993; 53: 193-200

59291    Fornell, E. U., Matthiesen, L., Sjodahl, R., Berg, G. Obstetric anal sphincter injury ten years after: subjective and objective long term effects. BJOG. 2005 Mar; 112: 312-6

56210    Forster, J. A., Thomas, W. M. Patient preferences and side effects experienced with oral bowel preparations versus self-administered phosphate enema. Ann R Coll Surg Engl. 2003 May; 85: 185-6

11172    Fortunato, P., Schettini, M., Gallucci, M. Diverticula of the female urethra. Br J Urol. 1997 Oct; 80: 628-32

3540    Fossa, S.D., Hosbach, G. Short-term moderate-dose pelvic radiotherapy of advanced bladder carcinoma. A questionnaire-based evaluation of its symptomatic effect. Acta Oncol. 1991; 30: 735-738

11942    Fossaluzza, V., Di Benedetto, P., Zampa, A., De Vita, S. Misoprostol-induced urinary incontinence. J Intern Med. 1991 Nov; 230: 463-4

3563    Fossaluzza, V., Di-Benedetto, P., Zampa, A., and De-Vita, S. Misoprostol-induced urinary incontinence. J Intern Med. 1991 Nov; 230: 463-464

3900    Fossberg, E., Sorensen, S., Ruutu, M., Bakke, A., Stien, R., Henriksson, L., and Kinn, A.C. Maximal electrical stimulation in the treatment of unstable detrusor and urge incontinence. Eur Urol. 1990; 18: 120-123

45078    Fossberg, E., Sorensen, S., Ruutu, M., Bakke, A., Stien, R., Henriksson, L., Kinn, A. C. Maximal electrical stimulation in the treatment of unstable detrusor and urge incontinence. Eur Urol. 1990; 18: 120-3

3570    Foster, D.C. Geriatric urinary tract dysfunction. Curr Opin Obstet Gynecol. 1990 Aug; 2: 612-619

11762    Foster, H. E., McGuire, E. J. Management of urethral obstruction with transvaginal urethrolysis. J Urol. 1993 Nov; 150: 1448-51

42381    Fourcroy, J. L. Urogynecology update: incontinence. Hosp Pract (Off Ed). 1998 May 15; 33: 63-70, 81

50870    Fourie, T., Cohen, P. L. Delayed bowel erosion by tension-free vaginal tape (TVT). Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 362-4

40803    Fourie, T., Ramphal, S. Aerosol caps and vesicovaginal fistulas. Int J Gynaecol Obstet. 2001 Jun; 73: 275-6

11290    Fournier, C., Corcos, J. Collagen injections in difficult cases of stress urinary incontinence: study results. Urol Nurs. 1996 Dec; 16: 123-6

    © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

| | |
|---|---|
| 43994 | Fowler, C. J., Beck, R. O., Gerrard, S., Betts, C. D., Fowler, C. G. Intravesical capsaicin for treatment of detrusor hyperreflexia. J Neurol Neurosurg Psychiatry. 1994 Feb; 57: 169-73 |
| 11867 | Fowler, C. J., Betts, C. D., Christmas, T. J., Swash, M., Fowler, C. G. Botulinum toxin in the treatment of chronic urinary retention in women. Br J Urol. 1992 Oct; 70: 387-9 |
| 44375 | Fowler, C. J., van Kerrebroeck, P. E., Nordenbo, A., Van Poppel, H. Treatment of lower urinary tract dysfunction in patients with multiple sclerosis. Committee of the European Study Group of SUDIMS (Sexual and Urological Disorders in Multiple Sclerosis). J Neurol Neurosurg Psychiatry. 1992 Nov; 55: 986-9 |
| 3200 | Fowler, C.J., van-Kerrebroeck, P.E., Nordenbo, A., and Van-Poppel, H. Treatment of lower urinary tract dysfunction in patients with multiple sclerosis. Committee of the European Study Group of SUDIMS (Sexual and Urological Disorders in Multiple Sclerosis). J Neurol Neurosurg Psychiatry. 1992 Nov; 55: 986-989 |
| 45000 | Fowler, E. M., Ouslander, J., Papen, J. Managing incontinence in the nursing home population. J Enterostomal Ther. 1990 Mar-Apr; 17: 77-86 |
| 4089 | Fowler, E.M., Ouslander, J., and Papen, J. Managing incontinence in the nursing home population. J Enterostomal Ther. 1990 Mar-Apr; 17: 77-86 |
| 3130 | Fox, R.A. Treatment recommendations for respiratory tract infections associated with aging. Drugs Aging. 1993 Jan-Feb; 3: 40-48 |
| 30501 | Fox, S. D., Stanton, S. L. Vault prolapse and rectocele: assessment of repair using sacrocolpopexy with mesh interposition. BJOG. 2000 Nov; 107: 1371-5 |
| 40748 | Foxman, B., Somsel, P., Tallman, P., Gillespie, B., Raz, R., Colodner, R., Kandula, D., Sobel, J. D. Urinary tract infection among women aged 40 to 65: behavioral and sexual risk factors. J Clin Epidemiol. 2001 Jul; 54: 710-8 |
| 42929 | Frahm, J. The role of the PT in incontinence: innovation and communication to improve patient care. Ostomy Wound Manage. 1997 Jan-Feb; 43: 42-6, 48-50, 52-3 |
| 43855 | Franco, I., Kolligian, M., Reda, E. F., Levitt, S. B. The importance of catheter size in the achievement of urinary continence in patients undergoing a Young-Dees-Leadbetter procedure. J Urol. 1994 Aug; 152: 710-2 |
| 3273 | Franco, I., Reda, E.F., and Kaplan, W.E. Injectable prosthetic materials for the management of reflux and urinary incontinence in children. Semin Urol. 1992 Aug; 10: 184-193 |
| 53880 | Franco, N., Shobeiri, S. A., Echols, K. T. Medium-term follow-up of transvaginal suburethral slings: variance in outcome success using two different evaluation methods. Urology. 2002 Oct; 60: 607-10; discussion 610-1 |
| 4129 | Francois, Y., Descos, L., and Vignal, J. Conservative treatment of low rectovaginal fistula in Crohn's disease. Int J Colorectal Dis. 1990 Feb; 5: 12-14 |
| 45034 | Francois, Y., Descos, L., Vignal, J. Conservative treatment of low rectovaginal fistula in Crohn's disease. Int J Colorectal Dis. 1990 Feb; 5: 12-4 |
| 3893 | Frang, D., Pajor, L. Radical prostatectomy and complications. Int Urol Nephrol. 1990; 22: 349-357 |
| 10615 | Frankel, G. Paravaginal repair. Urology. 2000 May; 55: 789 |
| 50040 | Frankel, G. Re: Complication of bowel perforation during insertion of tension-free vaginal tape. J Urol. 2004 May; 171: 1888 |
| 10371 | Frankel, G. Re: Protracted urinary retention necessitating urethrolysis following tension-free vaginal tape surgery. J Urol. 2001 Jun; 165: 2007-8 |
| 59338 | Frankenburg, F. R., Zanarini, M. C. The association between borderline personality disorder and chronic medical illnesses, poor health-related lifestyle choices, and costly forms of health care utilization. J Clin Psychiatry. 2004 Dec; 65: 1660-5 |
| 10578 | Franks, M. E., Lavelle, J. P., Yokoyama, T., Chuang, Y. C., Chancellor, M. B. Metastatic osteomyelitis after pubovaginal sling using bone anchors. Urology. 2000 Aug 1; 56: 330-1 |
| 42927 | Franssen, E. H., Souren, L. E., Torossian, C. L., Reisberg, B. Utility of developmental reflexes in the differential diagnosis and prognosis of incontinence in Alzheimer's disease. J Geriatr Psychiatry Neurol. 1997 Jan; 10: 22-8 |

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A5  Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

55610  Frantz, R. A., Xakellis, G. C., Jr, Harvey, P. C., Lewis, A. R. Implementing an incontinence management protocol in long-term care. Clinical outcomes and costs. J Gerontol Nurs. 2003 Aug; 29: 46-53

11092  Frauscher, F., Helweg, G., Strasser, H., Enna, B., Klauser, A., Knapp, R., Colleselli, K., Bartsch, G., Zur Nedden, D. Intraurethral ultrasound: diagnostic evaluation of the striated urethral sphincter in incontinent females. Eur Radiol. 1998; 8: 50-3

11589  Frazer, M. I. Ambulatory surgery for urinary stress incontinence and vaginal prolapse. Med J Aust. 1995 Mar 6; 162: 279

12045  Frazer, M. I., Haylen, B. T., Sissons, M. Do women with idiopathic sensory urgency have early interstitial cystitis?. Br J Urol. 1990 Sep; 66: 274-8

59167  Frederick, R. W., Leach, G. E. Cadaveric prolapse repair with sling: intermediate outcomes with 6 months to 5 years of followup. J Urol. 2005 Apr; 173: 1229-33

43906  Freedman, E. R., Rickwood, A. M. Urinary incontinence due to unilateral vaginally ectopic single ureters. Br J Urol. 1994 Jun; 73: 716-7

43907  Freedman, E. R., Singh, G., Donnell, S. C., Rickwood, A. M., Thomas, D. G. Combined bladder neck suspension and augmentation cystoplasty for neuropathic incontinence in female patients. Br J Urol. 1994 Jun; 73: 621-4

40950  Freeman, E. W., Grisso, J. A., Berlin, J., Sammel, M., Garcia-Espana, B., Hollander, L. Symptom reports from a cohort of African American and white women in the late reproductive years. Menopause. 2001 Jan-Feb; 8: 33-42

41703  Freeman, L. Continence care: home and dry. Nurs Times. 1999 Jun 30-Jul 6; 95: 44-5

10649  Freeman, R. M. Female urinary incontinence: aetiology and pathophysiology. Hosp Med. 2000 Feb; 61: 84-9

41916  Freeman, R. M. Psychological investigation in female patients suffering from urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 49

59321  Freeman, R. M. The role of pelvic floor muscle training in urinary incontinence. BJOG. 2004 Dec; 111 Suppl 1: 37-40

55660  Freeman, R., Hill, S., Millard, R., Slack, M., Sutherst, J. Reduced perception of urgency in treatment of overactive bladder with extended-release tolterodine. Obstet Gynecol. 2003 Sep; 102: 605-11

3122  Freeman, R., Miyawaki, E. The treatment of autonomic dysfunction. J Clin Neurophysiol. 1993 Jan; 10: 61-82

12017  Freeman, S. B. Management of perimenopausal symptoms. NAACOGS Clin Issu Perinat Womens Health Nurs. 1991; 2: 429-39

54040  French, C. T., Fletcher, K. E., Irwin, R. S. Gender differences in health-related quality of life in patients complaining of chronic cough. Chest. 2004 Feb; 125: 482-8

3324  Freundl, M., Dugan, J. Urinary incontinence in the elderly: knowledge and attitude of long-term care staff. Geriatr-Nurs (New York). 1992 Mar-Apr; 13: 70-75

41424  Friday, P. A., Scarratt, W. K., Elvinger, F., Timoney, P. J., Bonda, A. Ataxia and paresis with equine herpesvirus type 1 infection in a herd of riding school horses. J Vet Intern Med. 2000 Mar-Apr; 14: 197-201

43404  Fried, G. W., Goetz, G., Potts-Nulty, S., Cioschi, H. M., Staas, W. E., Jr A behavioral approach to the treatment of urinary incontinence in a disabled population. Arch Phys Med Rehabil. 1995 Dec; 76: 1120-4

59254  Friedman, S. M., Steinwachs, D. M., Rathouz, P. J., Burton, L. C., Mukamel, D. B. Characteristics predicting nursing home admission in the program of all-inclusive care for elderly people. Gerontologist. 2005 Apr; 45: 157-66

54980  Frimberger, D., Gearhart, J. P., Mathews, R. Female exstrophy: failure of initial reconstruction and its implications for continence. J Urol. 2003 Dec; 170: 2428-31

55440  Frimberger, D., Lakshmanan, Y., Gearhart, J. P. Continent urinary diversions in the exstrophy complex: why do they fail?. J Urol. 2003 Oct; 170: 1338-42

---

**59025**  Fritel, X., Fauconnier, A., Levet, C., Benifla, J. L. Stress urinary incontinence 4 years after the first delivery: a retrospective cohort survey. Acta Obstet Gynecol Scand. 2004 Oct; 83: 941-5

**10053**  Fritel, X., Pigne, A. Anterior repair using Bologna procedure: long-term results on stress urinary continence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 176-81; discussion 181

**53670**  Fritel, X., Zabak, K., Pigne, A., Demaria, F., Benifla, J. L. Predictive value of urethral mobility before suburethral tape procedure for urinary stress incontinence in women. J Urol. 2002 Dec; 168: 2472-5

**10669**  Froeling, F. M., Deprest, J. A., Ankum, W. M., Mendels, E. L., Meijer, D. W., Bannenberg, J. Controlled balloon dilatation for laparoscopic extraperitoneal bladder neck suspension in patients with previous abdominal surgery. J Laparoendosc Adv Surg Tech A. 2000 Feb; 10: 27-30

**51340**  Fu, X., Rezapour, M., Wu, X., Li, L., Sjogren, C., Ulmsten, U. Expression of estrogen receptor-alpha and -beta in anterior vaginal walls of genuine stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 276-81; discussion 281

**43080**  Fuchs, J., Gluer, S., Mildenberger, H. One-stage reconstruction of bladder exstrophy. Eur J Pediatr Surg. 1996 Aug; 6: 212-5

**41528**  Fuchs, O., Booss, D. Rehbein's procedure for Hirschsprung's disease. An appraisal of 45 years. Eur J Pediatr Surg. 1999 Dec; 9: 389-91

**10460**  Fujisawa, M., Gotoh, A., Miyazaki, S., Nakamura, I., Hara, I., Okada, H., Arakawa, S., Kamidono, S. Sigmoid neobladder in women after radical cystectomy. J Urol. 2000 May; 163: 1505-9

**10549**  Fujishiro, T., Enomoto, H., Ugawa, Y., Takahashi, S., Ueno, S., Kitamura, T. Magnetic stimulation of the sacral roots for the treatment of stress incontinence: an investigational study and placebo controlled trial. J Urol. 2000 Oct; 164: 1277-9

**40081**  Fujishiro, T., Takahashi, S., Enomoto, H., Ugawa, Y., Ueno, S., Kitamura, T. Magnetic stimulation of the sacral roots for the treatment of urinary frequency and urge incontinence: an investigational study and placebo controlled trial. J Urol. 2002 Sep; 168: 1036-9

**3460**  Fujita, M., Ohno, S., Danno, K., and Miyachi, Y. Two cases of diaper area granuloma of the adult. J Dermatol. 1991 Nov; 18: 671-675

**3961**  Fukui, J., Sakai, Y., Hosaka, K., Yamashita, T., Ogawa, A., and Shirai, H. A newly designed deodorant pad for urinary incontinence. J Am Geriatr Soc. 1990 Aug; 38: 889-892

**44880**  Fukui, J., Sakai, Y., Hosaka, K., Yamashita, T., Ogawa, A., Shirai, H. A newly designed deodorant pad for urinary incontinence. J Am Geriatr Soc. 1990 Aug; 38: 889-92

**3429**  Fulcher, R.A., Maisey, S.P. Evaluation of dipstick tests and reflectance meter for screening for bacteriuria in elderly patients. Br J Clin Pract. 1991 Winter; 45: 245-246

**10818**  Fulford, S. C., Flynn, R., Barrington, J., Appanna, T., Stephenson, T. P. An assessment of the surgical outcome and urodynamic effects of the pubovaginal sling for stress incontinence and the associated urge syndrome. J Urol. 1999 Jul; 162: 135-7

**42780**  Fulford, S. C., Sutton, C., Bales, G., Hickling, M., Stephenson, T. P. The fate of the 'modern' artificial urinary sphincter with a follow-up of more than 10 years. Br J Urol. 1997 May; 79: 713-6

**42997**  Fuller, M. A., Borovicka, M. C., Jaskiw, G. E., Simon, M. R., Kwon, K., Konicki, P. E. Clozapine-induced urinary incontinence: incidence and treatment with ephedrine. J Clin Psychiatry. 1996 Nov; 57: 514-8

**10225**  Fulmer, B. R., Sakamoto, K., Turk, T. M., Galen, D., Presthus, J. B., Abbott, K., Ross, J., Ou, C. S., Albala, D. M. Acute and long-term outcomes of radio frequency bladder neck suspension. J Urol. 2002 Jan; 167: 141-5

**50770**  Fultz, N. H., Burgio, K., Diokno, A. C., Kinchen, K. S., Obenchain, R., Bump, R. C. Burden of stress urinary incontinence for community-dwelling women. Am J Obstet Gynecol. 2003 Nov; 189: 1275-82

**59378**  Fultz, N. H., Fisher, G. G., Jenkins, K. R. Does urinary incontinence affect middle-aged and older women's time use and activity patterns?. Obstet Gynecol. 2004 Dec; 104: 1327-34

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

| | |
|---|---|
| 43269 | Fultz, N. H., Herzog, A. R. Epidemiology of urinary symptoms in the geriatric population. Urol Clin North Am. 1996 Feb; 23: 1-10 |
| 44072 | Fultz, N. H., Herzog, A. R. Measuring urinary incontinence in surveys. Gerontologist. 1993 Dec; 33: 708-13 |
| 40649 | Fultz, N. H., Herzog, A. R. Prevalence of urinary incontinence in middle-aged and older women: a survey-based methodological experiment. J Aging Health. 2000 Nov; 12: 459-69 |
| 10280 | Fultz, N. H., Herzog, A. R. Self-reported social and emotional impact of urinary incontinence. J Am Geriatr Soc. 2001 Jul; 49: 892-9 |
| 41805 | Fultz, N. H., Herzog, A. R., Raghunathan, T. E., Wallace, R. B., Diokno, A. C. Prevalence and severity of urinary incontinence in older African American and Caucasian women. J Gerontol A Biol Sci Med Sci. 1999 Jun; 54: M299-303 |
| 42156 | Fusgen, I., Bienstein, C., Bohmer, F., Busch, B., Cottenden, A., Heidler, H., Scherr, A., Pullen, R. Interdisciplinary care of urinary incontinence in the elderly. World J Urol. 1998; 16 Suppl 1: S62-70 |
| 42307 | Galejs, L. E., Diokno, A. C. Frequency urgency syndrome following urinary bladder suspension. Geriatr Nephrol Urol. 1998; 8: 25-8 |
| 41441 | Galizia, G., Lieto, E., Castellano, P., Pelosio, L., Imperatore, V., Pigantelli, C. Lateral internal sphincterotomy together with haemorrhoidectomy for treatment of haemorrhoids: a randomised prospective study. Eur J Surg. 2000 Mar; 166: 223-8 |
| 10928 | Gallagher, M. S. Urogenital distress and the psychosocial impact of urinary incontinence on elderly women. Rehabil Nurs. 1998 Jul-Aug; 23: 192-7 |
| 11573 | Gallagher, P. V., Mellon, J. K., Ramsden, P. D., Neal, D. E. Tanagho bladder neck reconstruction in the treatment of adult incontinence. J Urol. 1995 May; 153: 1451-4 |
| 57900 | Gallagher, S. Outcome research and WOC nursing practice. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 278-82 |
| 44730 | Gallaspy, J. W. A method for safer urinary incontinence surgery. Am J Obstet Gynecol. 1991 Apr; 164: 1151 |
| 3753 | Gallaspy, J.W. A method for safer urinary incontinence surgery [letter]. Am J Obstet Gynecol. 1991 Apr; 164: 1151 |
| 10454 | Gallentine, M. L., Cespedes, R. D. Occult stress urinary incontinence and the effect of vaginal vault prolapse on abdominal leak point pressures. Urology. 2001 Jan; 57: 40-4 |
| 42454 | Gallien, P., Robineau, S., Nicolas, B., Le Bot, M. P., Brissot, R., Verin, M. Vesicourethral dysfunction and urodynamic findings in multiple sclerosis: a study of 149 cases. Arch Phys Med Rehabil. 1998 Mar; 79: 255-7 |
| 42867 | Gallo, M. L., Fallon, P. J., Staskin, D. R. Urinary incontinence: steps to evaluation, diagnosis, and treatment. Nurse Pract. 1997 Feb; 22: 21-4, 26, 28 passim |
| 42533 | Gallo, M. L., Gillette, B., Hancock, R., Pelkey, A., Rawlings, L., Sasso, K. Quality of life improvement and the reliance urinary control insert. Urol Nurs. 1997 Dec; 17: 146-53 |
| 11271 | Gallo, M. L., Hancock, R., Davila, G. W. Clinical experience with a balloon-tipped urethral insert for stress urinary incontinence. J Wound Ostomy Continence Nurs. 1997 Jan; 24: 51-7 |
| 11276 | Gallo, M. L., Staskin, D. R. Cues to action: pelvic floor muscle exercise compliance in women with stress urinary incontinence. Neurourol Urodyn. 1997; 16: 167-77 |
| 42732 | Gallo, M., Staskin, D. R. Patient satisfaction with a reusable undergarment for urinary incontinence. J Wound Ostomy Continence Nurs. 1997 Jul; 24: 226-36 |
| 42673 | Galloway, N. T. Surgical treatment of urinary incontinence in geriatric women. Am J Med Sci. 1997 Oct; 314: 268-72 |
| 10826 | Galloway, N. T., El-Galley, R. E., Sand, P. K., Appell, R. A., Russell, H. W., Carlan, S. J. Extracorporeal magnetic innervation therapy for stress urinary incontinence. Urology. 1999 Jun; 53: 1108-11 |

**American Urological Association, Inc.**

**SUI Guidelines Panel**

10496 Galloway, N. T., El-Galley, R. E., Sand, P. K., Appell, R. A., Russell, H. W., Carlin, S. J. Update on extracorporeal magnetic innervation (EXMI) therapy for stress urinary incontinence. Urology. 2000 Dec 4; 56: 82-6

50430 Galloway, N., Nagaraju, P. The anatomy of incontinence--what practitioners and patients need to know. Ostomy Wound Manage. 2003 Dec; 49: 16-26

41848 Gambassi, G., Landi, F., Lapane, K. L., Sgadari, A., Mor, V., Bernabei, R. Predictors of mortality in patients with Alzheimer's disease living in nursing homes. J Neurol Neurosurg Psychiatry. 1999 Jul; 67: 59-65

11835 Gambino, J., Cohen, A. J., Friedenberg, R. M. The direction of bladder displacement by adnexal masses. Clin Imaging. 1993 Jan-Mar; 17: 8-11

3144 Gambino, J., Cohen, A.J., and Friedenberg, R.M. The direction of bladder displacement by adnexal masses. Clin Imaging. 1993 Jan-Mar; 17: 8-11

50130 Game, X., Mouzin, M., Vaessen, C., Malavaud, B., Sarramon, J. P., Rischmann, P. Obturator infected hematoma and urethral erosion following transobturator tape implantation. J Urol. 2004 Apr; 171: 1629

11924 Ganabathi, K., Abrams, P., Mundy, A. R., Dwyer, P. L., Glenning, P. P. Stamey-Martius procedure for severe genuine stress incontinence. Br J Urol. 1992 Jan; 69: 34-7

3487 Ganabathi, K., Abrams, P., Mundy, A.R., Dwyer, P.L., and Glenning, P.P. Stamey-Martius procedure for severe genuine stress incontinence. Br J Urol. 1992 Jan; 69: 34-37

11644 Ganabathi, K., Leach, G. E., Zimmern, P. E., Dmochowski, R. Experience with the management of urethral diverticulum in 63 women. J Urol. 1994 Nov; 152: 1445-52

10376 Ganio, E., Luc, A. R., Clerico, G., Trompetto, M. Sacral nerve stimulation for treatment of fecal incontinence: a novel approach for intractable fecal incontinence. Dis Colon Rectum. 2001 May; 44: 619-29; discussion 629-31

10253 Ganio, E., Masin, A., Ratto, C., Altomare, D. F., Ripetti, V., Clerico, G., Lise, M., Doglietto, G. B., Memeo, V., Landolfi, V., Del Genio, A., Arullani, A., Giardiello, G., de Seta, F. Short-term sacral nerve stimulation for functional anorectal and urinary disturbances: results in 40 patients: evaluation of a new option for anorectal functional disorders. Dis Colon Rectum. 2001 Sep; 44: 1261-7

40654 Ganio, E., Ratto, C., Masin, A., Luc, A. R., Doglietto, G. B., Dodi, G., Ripetti, V., Arullani, A., Frascio, M., BertiRiboli, E., Landolfi, V., DelGenio, A., Altomare, D. F., Memeo, V., Bertapelle, P., Carone, R., Spinelli, M., Zanollo, A Neuromodulation for fecal incontinence: outcome in 16 patients with definitive implant. The initial Italian Sacral Neurostimulation Group (GINS) experience. Dis Colon Rectum. 2001 Jul; 44: 965-70

40463 Ganz, P. A., Desmond, K. A., Leedham, B., Rowland, J. H., Meyerowitz, B. E., Belin, T. R. Quality of life in long-term, disease-free survivors of breast cancer: a follow-up study. J Natl Cancer Inst. 2002 Jan 2; 94: 39-49

41737 Ganz, P. A., Greendale, G. A., Kahn, B., O'Leary, J. F., Desmond, K. A. Are older breast carcinoma survivors willing to take hormone replacement therapy?. Cancer. 1999 Sep 1; 86: 814-20

10602 Ganz, P. A., Greendale, G. A., Petersen, L., Zibecchi, L., Kahn, B., Belin, T. R. Managing menopausal symptoms in breast cancer survivors: results of a randomized controlled trial. J Natl Cancer Inst. 2000 Jul 5; 92: 1054-64

44632 Ganzini, L., Heintz, R., Hoffman, W. F., Keepers, G. A., Casey, D. E. Acute extrapyramidal syndromes in neuroleptic-treated elders: a pilot study. J Geriatr Psychiatry Neurol. 1991 Oct-Dec; 4: 222-5

3472 Ganzini, L., Heintz, R., Hoffman, W.F., Keepers, G.A., and Casey, D.E. Acute extrapyramidal syndromes in neuroleptic-treated elders: a pilot study. J Geriatr Psychiatry Neurol. 1991 Oct-Dec; 4: 222-225

44913 Garber, S. J., Christmas, T. J., Rickards, D. Voiding dysfunction due to neurosyphilis. Br J Urol. 1990 Jul; 66: 19-21

3949 Garber, S.J., Christmas, T.J., and Rickards, D. Voiding dysfunction due to neurosyphilis. Br J Urol. 1990 Jul; 66: 19-21

41098 Garcia, A., Smith, M., Freedman, M. Vitamin B12 deficiency and incontinence in older people. Can J Urol. 2000 Aug; 7: 1077-80

4065 Garcia, J.G., Lam, C. Treating urinary incontinence in a head-injured adult. Brain Inj. 1990 Apr-Jun; 4: 203-207

**Appendix A5: Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

SUI Guidelines Panel

41206    Garcia-Porrua, C., Gonzalez-Gay, M. A., Picallo, J. A. Rapid response to intravenous corticosteroids in osteitis pubis after Marshall-Marchetti-Krantz urethropexy. Rheumatology (Oxford). 2000 Sep; 39: 1048-9

44957    Gardiner, R. A., Samaratunga, M. L. Application of the invaginated sleeve technique to form a continent ileal urostomy. Br J Urol. 1990 May; 65: 457-61

3350    Gardner, J. Promoting continence in Australian nursing homes: a national project. Urol Nurs. 1992 Jun; 12: 83

3696    Gardy, M., Kozminski, M., DeLancey, J., Elkins, T., and McGuire, E.J. Stress incontinence and cystoceles. J Urol. 1991 Jun; 145: 1211-1213

11979    Gardy, M., Kozminski, M., DeLancey, J., Elkins, T., McGuire, E. J. Stress incontinence and cystoceles. J Urol. 1991 Jun; 145: 1211-3

56710    Gariballa, S. E. Potentially treatable causes of poor outcome in acute stroke patients with urinary incontinence. Acta Neurol Scand. 2003 May; 107: 336-40

3237    Gasparini, M.E., Hinman, F., Jr., Presti, J.C., Jr., Schmidt, R.A., and Carroll, P.R. Continence after radical cystoprostatectomy and total bladder replacement: a urodynamic analysis. J Urol. 1992 Dec; 148: 1861-1864

51680    Gateau, T., Faramarzi-Roques, R., Le Normand, L., Glemain, P., Buzelin, J. M., Ballanger, P. Clinical and urodynamic repercussions after TVT procedure and how to diminish patient complaints. Eur Urol. 2003 Sep; 44: 372-6; discussion 376

40904    Gaur, C., Mathur, A., Agarwal, A., Verma, K., Jain, R., Swaroop, A. Diabetic autonomic neuropathy causing gall bladder dysfunction. J Assoc Physicians India. 2000 Jun; 48: 603-5

10435    Gauruder-Burmester, A., Tunn, R. Pregnancy and labor after TVT-plasty. Acta Obstet Gynecol Scand. 2001 Mar; 80: 283-4

57330    Gauthier, A. R.,  Jr, Winters, J. C. Incontinent ileovesicostomy in the management of neurogenic bladder dysfunction. Neurourol Urodyn. 2003; 22: 142-6

41373    Gavira Iglesias, F. J., Caridad, y.,  Ocerin JM, Perez del Molino Martin, J., Valderrama Gama, E., Lopez Perez, M., Romero Lopez, M., Pavon Aranguren, M. V., Guerrero Munoz, J. B. Prevalence and psychosocial impact of urinary incontinence in older people of a Spanish rural population. J Gerontol A Biol Sci Med Sci. 2000 Apr; 55: M207-14

44628    Gearhart, J. P., Canning, D. A., Jeffs, R. D. Failed bladder neck reconstruction: options for management. J Urol. 1991 Oct; 146: 1082-4

44189    Gearhart, J. P., Canning, D. A., Peppas, D. S., Jeffs, R. D. Techniques to create continence in the failed bladder exstrophy closure patient. J Urol. 1993 Aug; 150: 441-3

44238    Gearhart, J. P., Peppas, D. S., Jeffs, R. D. Complete genitourinary reconstruction in female epispadias. J Urol. 1993 May; 149: 1110-3

43711    Gearhart, J. P., Peppas, D. S., Jeffs, R. D. The application of continent urinary stomas to bladder augmentation or replacement in the failed exstrophy reconstruction. Br J Urol. 1995 Jan; 75: 87-90

3546    Gearhart, J.P. Failed bladder exstrophy repair. Evaluation and management. Urol Clin North Am. 1991 Nov; 18: 687-699

3600    Gearhart, J.P., Canning, D.A., and Jeffs, R.D. Failed bladder neck reconstruction: options for management. J Urol. 1991 Oct; 146: 1082-1084

3042    Gearhart, J.P., Canning, D.A., Peppas, D.S., and Jeffs, R.D. Techniques to create continence in the failed bladder exstrophy closure patient. J Urol. 1993 Aug; 150: 441-443

3648    Gearhart, J.P., Jeffs, R.D. Techniques to create urinary continence in the cloacal exstrophy patient. J Urol. 1991 Aug; 146: 616-618

3094    Gearhart, J.P., Peppas, D.S., and Jeffs, R.D. Complete genitourinary reconstruction in female epispadias. J Urol. 1993 May; 149: 1110-1113

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

**sorted by Primary Author and Title**

---

43009    Gee, W. F., Holtgrewe, H. L., Albertsen, P. C., Litwin, M. S., Manyak, M. J., O'Leary, M. P., Painter, M. R., Blizzard, R. T., Fenninger, R. B., Emmons, L. Practice trends of American urologists in the treatment of impotence, incontinence and infertility. J Urol. 1996 Nov; 156: 1778-80

11165    Geirsson, G., Fall, M. Maximal functional electrical stimulation in routine practice. Neurourol Urodyn. 1997; 16: 559-65

3103    Geirsson, G., Fall, M., and Lindstrom, S. Subtypes of overactive bladder in old age. Age Ageing. 1993 Mar; 22: 125-131

3018    Geirsson, G., Fall, M., and Lindstrom, S. The ice-water test--a simple and valuable supplement to routine cystometry. Br J Urol. 1993 Jun; 71: 681-685

11807    Geirsson, G., Fall, M., Lindstrom, S. The ice-water test--a simple and valuable supplement to routine cystometry. Br J Urol. 1993 Jun; 71: 681-5

10097    Geis, K., Dietl, J. Ilioinguinal nerve entrapment after tension-free vaginal tape (TVT) procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 136-8; discussion 138

44270    Gelber, D. A., Good, D. C., Laven, L. J., Verhulst, S. J. Causes of urinary incontinence after acute hemispheric stroke. Stroke. 1993 Mar; 24: 378-82

3136    Gelber, D.A., Good, D.C., Laven, L.J., and Verhulst, S.J. Causes of urinary incontinence after acute hemispheric stroke. Stroke. 1993 Mar; 24: 378-382

42937    Gelet, A., Meunier, P., Platet, R. L., AbdelRahim, A. F., Friaa, S., Lopez, J. G., Manzan, K., Dubernard, J. M. Treatment of dual urinary and fecal incontinence by implantation of two AMS 800 artificial sphincters. Case report. Eur Urol. 1997; 31: 115-7; discussion 117-8

3866    Gelet, A., Sanseverino, R., Salas, M., Martin, X., Marechal, J.M., and Dubernard, J.M. The AS 800 urinary sphincter in renal transplantation. Br J Urol. 1990 Nov; 66: 549-550

3568    Gelister, J.S., Woodhouse, C.R. Role of continent suprapubic diversion in pelvic cancer. Br J Urol. 1991 Oct; 68: 376-379

11613    Genadry, R. R. Evaluation and conservative management of women with stress urinary incontinence. Md Med J. 1995 Jan; 44: 31-5

44174    Genadry, R. R. Urogynecology. Curr Opin Obstet Gynecol. 1993 Aug; 5: 437-9

40991    Geomini, P. M., Brolmann, H. A., van Binsbergen, N. J., Mol, B. W. Vaginal vault suspension by abdominal sacral colpopexy for prolapse: a follow up study of 40 patients. Eur J Obstet Gynecol Reprod Biol. 2001 Feb; 94: 234-8

44615    George, V. K., Russell, G. L., Shutt, A., Gaches, C. G., Ashken, M. H. Clam ileocystoplasty. Br J Urol. 1991 Nov; 68: 487-9

3530    George, V.K., Russell, G.L., Shutt, A., Gaches, C.G., and Ashken, M.H. Clam ileocystoplasty. Br J Urol. 1991 Nov; 68: 487-489

40858    Georgiou, A., Potter, J., Brocklehurst, J. C., Lowe, D., Pearson, M. Measuring the quality of urinary continence care in long-term care facilities: an analysis of outcome indicators. Age Ageing. 2001 Jan; 30: 63-6

10425    Georgiou, M., Shehata, H. A., Chaliha, C., Byrne, P. D., McWhinney, N. A., Gough, P. M. Fasciitis: a rare complication of Burch colposuspension. BJOG. 2001 Feb; 108: 227-9

11235    Gerard, L. Group learning behavior modification and exercise for women with urinary incontinence. Urol Nurs. 1997 Mar; 17: 17-22

3796    Gerber, S.D. They don't all live happily ever after. Nursing. 1991 Mar; 21: 136

43520    Gerdin, E., Cnattingius, S., Johnson, P. Complications after radiotherapy and radical hysterectomy in early-stage cervical carcinoma. Acta Obstet Gynecol Scand. 1995 Aug; 74: 554-61

---

# Appendix A5  Bibliography sorted by Primary Author

## American Urological Association, Inc.

SUI Guidelines Panel

---

**40442**  Gerharz, E. W., Kohl, U. N., Melekos, M. D., Bonfig, R., Weingartner, K., Riedmiller, H. Ten years' experience with the submucosally embedded in situ appendix in continent cutaneous diversion. Eur Urol. 2001 Dec; 40: 625-31

**42108**  Gerharz, E. W., Kohl, U. N., Weingartner, K., Kleinhans, B. J., Melekos, M. D., Riedmiller, H. Experience with the Mainz modification of ureterosigmoidostomy. Br J Surg. 1998 Nov; 85: 1512-6

**42607**  Gerharz, E. W., Vik, V., Webb, G., Leaver, R., Shah, P. J., Woodhouse, C. R. The value of the MACE (Malone antegrade colonic enema) procedure in adult patients. J Am Coll Surg. 1997 Dec; 185: 544-7

**11669**  German, K. A., Kynaston, H., Weight, S., Stephenson, T. P. A prospective randomized trial comparing a modified needle suspension procedure with the vagina/obturator shelf procedure for genuine stress incontinence. Br J Urol. 1994 Aug; 74: 188-90

**57020**  Gerrard, E. R., Jr, Lloyd, L. K., Kubricht, W. S., Kolettis, P. N. Transvaginal ultrasound for the diagnosis of urethral diverticulum. J Urol. 2003 Apr; 169: 1395-7

**51970**  Gerstenbluth, R. E., Goldman, H. B. Simultaneous urethral erosion of tension-free vaginal tape and woven polyester pubovaginal sling. J Urol. 2003 Aug; 170: 525-6

**42745**  Ghali, W. A., Freund, K. M., Boss, R. D., Ryan, C. A., Moskowitz, M. A. Menopausal hormone therapy: physician awareness of patient attitudes. Am J Med. 1997 Jul; 103: 3-10

**59214**  Ghezzi, F., Cromi, A., Raio, L., Bergamini, V., Triacca, P., Serati, M., Kuhn, A. Influence of the type of anesthesia and hydrodissection on the complication rate after tension-free vaginal tape procedure. Eur J Obstet Gynecol Reprod Biol. 2005 Jan 10; 118: 96-100

**52880**  Ghezzi, F., Franchi, M., Buttarelli, M., Serati, M., Raio, L., Maddalena, F. The use of suction drains at burch colposuspension and postoperative infectious morbidity. Arch Gynecol Obstet. 2003 Apr; 268: 41-4

**10629**  Ghoniem, G. M. Allograft sling material: is it the state of the art?. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 69-70

**44031**  Ghoniem, G. M. Bladder neck wrap: a modified fascial sling in treatment of incontinence in myelomeningocele patients. Eur Urol. 1994; 25: 340-2

**11387**  Ghoniem, G. M. Modified rectus fascial suburethral sling. Tech Urol. 1996 Spring; 2: 16-21

**41335**  Ghoniem, G. M. Surgical management of intrinsic sphincter deficiency in women. Curr Opin Urol. 2000 May; 10: 245-50

**10094**  Ghoniem, G. M., Elgamasy, A. N., Elsergany, R., Kapoor, D. S. Grades of intrinsic sphincteric deficiency (ISD) associated with female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 99-105; discussion 105

**10955**  Ghoniem, G. M., Hassouna, M. E. Bladder neck prop using vaginal wall island for intrinsic sphincteric deficiency in elderly patients: a new technique. Urology. 1998 Oct; 52: 668-71

**10083**  Ghoniem, G. M., Kapoor, D. S. Nonautologous sling materials. Curr Urol Rep. 2001 Oct; 2: 357-63

**44056**  Ghoniem, G. M., Lapeyrolerie, J., Sood, O. P., Thomas, R. Tulane experience with management of urinary incontinence after placement of an artificial urinary sphincter. World J Urol. 1994; 12: 333-6

**43734**  Ghoniem, G. M., Monga, M. Modified pubovaginal sling and Martius graft for repair of the recurrent vesicovaginal fistula involving the internal urinary sphincter. Eur Urol. 1995; 27: 241-5

**59156**  Ghoniem, G. M., Van Leeuwen, J. S., Elser, D. M., Freeman, R. M., Zhao, Y. D., Yalcin, I., Bump, R. C. A randomized controlled trial of duloxetine alone, pelvic floor muscle training alone, combined treatment and no active treatment in women with stress urinary incontinence. J Urol. 2005 May; 173: 1647-53

**11655**  Ghoniem, G. M., Walters, F., Lewis, V. The value of the vaginal pack test in large cystoceles. J Urol. 1994 Sep; 152: 931-4

**44206**  Ghosh, T. S., Kwawukume, E. Y. A new method of achieving total continence in vesico-urethro-vaginal fistula (circumferential fistula) with total urethral destruction-- surgical technique. West Afr J Med. 1993 Jul-Sep; 12: 141-3

---

# Appendix A5  Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

**59040**   Ghosh, T., Banfield, P. J., Klazinga, D. A. An unusual complication of tension-free vaginal tape procedure: recurrent anterior vaginal wall abscess and sinus formation. J Obstet Gynaecol. 2004 Aug; 24: 590-1

**10902**   Giacalone, P. L., Laffargue, F., Daures, J. P., Lombard, I. The Bologna bladder neck suspension procedure for treatment of stress urinary incontinence associated with cystocele. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 370-8

**42912**   Giannakopoulos, X., Grammeniatis, E., Chambilomatis, P., Baltogiannis, D. Massive haemorrhage of inoperable bladder carcinomas: treatment by intravesical formalin solution. Int Urol Nephrol. 1997; 29: 33-8

**51990**   Giannantoni, A., Di Stasi, S. M., Cucchi, A., Mearini, E., Bini, V., Porena, M. Pelvic floor muscle behavior during Valsalva leak point pressure measurement in males and females affected by stress urinary incontinence. J Urol. 2003 Aug; 170: 485-9

**40343**   Giannantoni, A., Di Stasi, S. M., Stephen, R. L., Navarra, P., Scivoletto, G., Mearini, E., Porena, M. Intravesical capsaicin versus resiniferatoxin in patients with detrusor hyperreflexia: a prospective randomized study. J Urol. 2002 Apr; 167: 1710-4

**59387**   Giannitsas, K., Perimenis, P., Athanasopoulos, A., Gyftopoulos, K., Nikiforidis, G., Barbalias, G. Comparison of the efficacy of tolterodine and oxybutynin in different urodynamic severity grades of idiopathic detrusor overactivity. Eur Urol. 2004 Dec; 46: 776-82; discussion 782-3

**43971**   Gibb, H., Wong, G. How to choose: nurses' judgements of the effectiveness of a range of currently marketed continence aids. J Clin Nurs. 1994 Mar; 3: 77-86

**42550**   Gibbons, G. Assessing and managing incontinence in women. Community Nurse. 1996 Jun; 2: 34-6

**10399**   Giberti, C. Transvaginal sacrospinous colpopexy by palpation-a new minimally invasive procedure using an anchoring system. Urology. 2001 Apr; 57: 666-8; discussion 668-9

**10694**   Giberti, C., Rovida, S. Transvaginal bone-anchored synthetic sling for the treatment of stress urinary incontinence: an outcomes analysis. Urology. 2000 Dec 20; 56: 956-61

**3881**   Gibson, E. An exhibition to eradicate ignorance. Setting up a continence resource centre. Prof Nurse. 1990 Oct; 6: 38-41

**41965**   Giddens, J. L., Radomski, S. B., Hirshberg, E. D., Hassouna, M., Fehlings, M. Urodynamic findings in adults with the tethered cord syndrome. J Urol. 1999 Apr; 161: 1249-54

**42779**   Giladi, N., Kao, R., Fahn, S. Freezing phenomenon in patients with parkinsonian syndromes. Mov Disord. 1997 May; 12: 302-5

**41457**   Gilbert, A. M., Antane, M. M., Argentieri, T. M., Butera, J. A., Francisco, G. D., Freeden, C., Gundersen, E. G., Graceffa, R. F., Herbst, D., Hirth, B. H., Lennox, J. R., McFarlane, G., Norton, N. W., Quagliato, D., Sheldon, J. H., Warga, Design and SAR of novel potassium channel openers targeted for urge urinary incontinence. 2. Selective and potent benzylamino cyclobutenediones. J Med Chem. 2000 Mar 23; 43: 1203-14

**40545**   Giles, L. G., Yamada, S. An unusual cause of incontinence. Aust Fam Physician. 2001 Aug; 30: 767-9

**10663**   Gilja, I. Tansvaginal needle suspension operation: the way we do it. Clinical and urodynamic study: long-term results. Eur Urol. 2000 Mar; 37: 325-30

**43367**   Gilja, I., Kovacic, M., Radej, M., Kosuta, D., Bakula, B., Goles, L. The sigmoidorectal pouch (Mainz pouch II). Eur Urol. 1996; 29: 210-5

**11063**   Gilja, I., Puskar, D., Mazuran, B., Radej, M. Comparative analysis of bladder neck suspension using Raz, Burch and transvaginal Burch procedures. A 3-year randomized prospective study. Eur Urol. 1998; 33: 298-302

**11572**   Gilja, I., Sarac, S., Radej, M. A modified Raz bladder neck suspension operation (transvaginal Burch). J Urol. 1995 May; 153: 1455-7

**10281**   Gill, E. J., Elser, D. M., Bonidie, M. J., Roberts, K. M., Hurt, W. G. The routine use of cystoscopy with the Burch procedure. Am J Obstet Gynecol. 2001 Aug; 185: 345-8

**10032**   Gill, E. J., Nichols, C. M. Cystoscopic confirmation of inadvertent ureteral catheterization during cystometry. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 266-7

---

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

**sorted by Primary Author and Title**

---

**41662**   Gill, M. A., Schutze, G. E. Citrobacter urinary tract infections in children. Pediatr Infect Dis J. 1999 Oct; 18: 889-92

**59241**   Gill, S. S., Mamdani, M., Naglie, G., Streiner, D. L., Bronskill, S. E., Kopp, A., Shulman, K. I., Lee, P. E., Rochon, P. A. A prescribing cascade involving cholinesterase inhibitors and anticholinergic drugs. Arch Intern Med. 2005 Apr 11; 165: 808-13

**44210**   Gillatt, D. A., Feneley, R. C. Magnetic resonance imaging in the identification of an otherwise undetectable upper pole moiety. Br J Urol. 1993 Jul; 72: 122-3

**42283**   Gillberg, P. G., Sundquist, S., Nilvebrant, L. Comparison of the in vitro and in vivo profiles of tolterodine with those of subtype-selective muscarinic receptor antagonists. Eur J Pharmacol. 1998 May 22; 349: 285-92

**3376**   Gillon, G., Engelstein, D., and Servadio, C. Risk factors and their effect on the results of Burch colposuspension for urinary stress incontinence. Isr J Med Sci. 1992 Jun; 28: 354-356

**11897**   Gillon, G., Engelstein, D., Servadio, C. Risk factors and their effect on the results of Burch colposuspension for urinary stress incontinence. Isr J Med Sci. 1992 Jun; 28: 354-6

**52360**   Gilmour, D. Urinary incontinence in women. A surgeon's point of view. Can Fam Physician. 2003 May; 49: 557-8, 560-1

**42782**   Gil-Nagel, A., Gapany, S., Blesi, K., Villanueva, N., Bergen, D. Incontinence during treatment with gabapentin. Neurology. 1997 May; 48: 1467-8

**54910**   Gimbel, H., Zobbe, V., Andersen, B. M., Filtenborg, T., Gluud, C., Tabor, A. Randomised controlled trial of total compared with subtotal hysterectomy with one-year follow up results. BJOG. 2003 Dec; 110: 1088-98

**11013**   Ginsberg, D. A., Rovner, E. S., Raz, S. Posthysterectomy vaginal cuff fistula: diagnosis and management of an unusual cause of 'incontinence'. Urology. 1998 Jul; 52: 61-4; discussion 64-5

**41218**   Ginsberg, D., Rovner, E., Raz, S. Continence mechanism based on a modified ileocecal valve. Tech Urol. 2000 Sep; 6: 167-71

**10264**   Girao, M. J., Jarmy-Di Bella, Z. I., Sartori, M. G., Baracat, E. C., Lima, G. R. Doppler velocimetry parameters of periurethral vessels in postmenopausal incontinent women receiving estrogen replacement. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 241-6

**59160**   Giri, S. K., Drumm, J., Saunders, J. A., McDonald, J., Flood, H. D. Day-case sling surgery for stress urinary incontinence: feasibility and safety. BJU Int. 2005 Apr; 95: 827-32

**40096**   Girman, C. J., Chandler, J. M., Zimmerman, S. I., Martin, A. R., Hawkes, W., Hebel, J. R., Sloane, P. D., Magaziner, J. Prediction of fracture in nursing home residents. J Am Geriatr Soc. 2002 Aug; 50: 1341-7

**40447**   Gividen, J., Van Savage, J. G. Improvement in neurogenic bladder after the antegrade continence enema procedure. Urology. 2002 Jan; 59: 137

**40927**   Gladh, G., Mattsson, S., Lindstrom, S. Anogenital electrical stimulation as treatment of urge incontinence in children. BJU Int. 2001 Mar; 87: 366-71

**56750**   Gladh, G., Mattsson, S., Lindstrom, S. Intravesical electrical stimulation in the treatment of micturition dysfunction in children. Neurourol Urodyn. 2003; 22: 233-42

**44481**   Gladman, J. R., Harwood, D. M., Barer, D. H. Predicting the outcome of acute stroke: prospective evaluation of five multivariate models and comparison with simple methods. J Neurol Neurosurg Psychiatry. 1992 May; 55: 347-51

**3387**   Gladman, J.R., Harwood, D.M., and Barer, D.H. Predicting the outcome of acute stroke: prospective evaluation of five multivariate models and comparison with simple methods. J Neurol Neurosurg Psychiatry. 1992 May; 55: 347-351

**10266**   Glavind, K. Conservative treatment of stress incontinence with Geisha balls. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 223-4; discussion 224-5

**11042**   Glavind, K. Use of a vaginal sponge during aerobic exercises in patients with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 351-3

---

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 59400 | Glavind, K., Kempf, L. Colpectomy or Le Fort colpocleisis--a good option in selected elderly patients. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 48-51; discussion 51 |
| 10204 | Glavind, K., Larsen, E. H. Results and complications of tension-free vaginal tape (TVT) for surgical treatment of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 370-2 |
| 10964 | Glavind, K., Laursen, B., Jaquet, A. Efficacy of biofeedback in the treatment of urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 151-3 |
| 10878 | Glavind, K., Mouritsen, A. L., Lose, G. Management of stress and urge urinary incontinence in women. Acta Obstet Gynecol Scand. 1999 Feb; 78: 75-81 |
| 11421 | Glavind, K., Nohr, S. B., Walter, S. Biofeedback and physiotherapy versus physiotherapy alone in the treatment of genuine stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 339-43 |
| 59110 | Glavind, K., Sander, P. Erosion, defective healing and extrusion after tension-free urethropexy for the treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 179-82 |
| 59021 | Glavind, K., Tetsche, M. S. Sexual function in women before and after suburethral sling operation for stress urinary incontinence: a retrospective questionnaire study. Acta Obstet Gynecol Scand. 2004 Oct; 83: 965-8 |
| 10387 | Glazener, C. M., Cooper, K. Anterior vaginal repair for urinary incontinence in women. Cochrane Database Syst Rev. 2001; : CD001755 |
| 10582 | Glazener, C. M., Cooper, K. Anterior vaginal repair for urinary incontinence in women. Cochrane Database Syst Rev. 2000; : CD001755 |
| 10086 | Glazener, C. M., Cooper, K. Bladder neck needle suspension for urinary incontinence in women. Cochrane Database Syst Rev. 2002; : CD003636 |
| 59356 | Glazener, C. M., Herbison, G. P., MacArthur, C., Grant, A., Wilson, P. D. Randomised controlled trial of conservative management of postnatal urinary and faecal incontinence: six year follow up. BMJ. 2005 Feb 12; 330: 337 |
| 40612 | Glazener, C. M., Herbison, G. P., Wilson, P. D., MacArthur, C., Lang, G. D., Gee, H., Grant, A. M. Conservative management of persistent postnatal urinary and faecal incontinence: randomised controlled trial. BMJ. 2001 Sep 15; 323: 593-6 |
| 40117 | Glazener, C. M., Lapitan, M. C. Urodynamic investigations for management of urinary incontinence in adults. Cochrane Database Syst Rev. 2002; : CD003195 |
| 10531 | Glazener, C., Cooper, K. Randomised comparison of Burch colposuspension versus anterior colporrhaphy in women with stress urinary incontinence and anterior vaginal wall prolapse. BJOG. 2000 Oct; 107: 1324-5 |
| 10762 | Glazer, H. I., Romanzi, L., Polaneczky, M. Pelvic floor muscle surface electromyography. Reliability and clinical predictive validity. J Reprod Med. 1999 Sep; 44: 779-82 |
| 42615 | Glazier, D. B., Cummings, K. B., Barone, J. G. Urodynamic evaluation of profound microcephaly in children. Br J Urol. 1997 Nov; 80: 825-6 |
| 42616 | Glazier, D. B., Murphy, D. P., Fleisher, M. H., Cummings, K. B., Barone, J. G. Evaluation of the utility of video-urodynamics in children with urinary tract infection and voiding dysfunction. Br J Urol. 1997 Nov; 80: 806-8 |
| 41726 | Gleason, D. M., Susset, J., White, C., Munoz, D. R., Sand, P. K. Evaluation of a new once-daily formulation of oxbutynin for the treatment of urinary urge incontinence. Ditropan XL Study Group. Urology. 1999 Sep; 54: 420-3 |
| 57380 | Glenn, J. Restorative Nursing Bladder Training program: recommending a strategy. Rehabil Nurs. 2003 Jan-Feb; 28: 15-22 |
| 10570 | Glowacki, C. A., Wall, L. L. Bone anchors in urogynecology. Clin Obstet Gynecol. 2000 Sep; 43: 659-69 |
| 56970 | Godbole, P., Bryant, R., MacKinnon, A. E., Roberts, J. P. Endourethral injection of bulking agents for urinary incontinence in children. BJU Int. 2003 Apr; 91: 536-9 |
| 54840 | Godbole, P., Mackinnon, A. E. Expanded PTFE bladder neck slings for incontinence in children: the long-term outcome. BJU Int. 2004 Jan; 93: 139-41 |

## American Urological Association, Inc.

### SUI Guidelines Panel

**42534**  Godfrey, K. Incontinence in ethnic groups. Community Nurse. 1997 Jun; 3: 42

**3383**  Godsey, S.G. Innovative technologies for the treatment of urinary incontinence. Ostomy Wound Manage. 1992 Jan-Feb; 38: 22-26

**52110**  Goel, M. C., Roberts, J. G. Dynamic rectus abdominis tendon colposuspension for female stress urinary incontinence: a new procedure and its follow-up. Urol Int. 2003; 71: 45-50

**52340**  Goepel, C., Hefler, L., Methfessel, H. D., Koelbl, H. Periurethral connective tissue status of postmenopausal women with genital prolapse with and without stress incontinence. Acta Obstet Gynecol Scand. 2003 Jul; 82: 659-64

**42787**  Goepel, M., Sperling, H., Stohrer, M., Otto, T., Rubben, H. Management of neurogenic fecal incontinence in myelodysplastic children by a modified continent appendiceal stoma and antegrade colonic enema. Urology. 1997 May; 49: 758-61

**40459**  Goer, H. The case against elective cesarean section. J Perinat Neonatal Nurs. 2001 Dec; 15: 23-38; quiz 89

**42795**  Goessl, C., Knispel, H. H., Miller, K. Is detrusor instability a premature variant of normal micturition reflex?. Lancet. 1997 Apr 26; 349: 1255-6

**10960**  Gofrit, O. N., Landau, E. H., Shapiro, A., Pode, D. The Stamey procedure for stress incontinence: long-term results. Eur Urol. 1998 Oct; 34: 339-43

**41738**  Gofrit, O. N., Pode, D., Landau, E. H. Vesicocolonic fistula four years after augmentation colocystoplasty. Urol Int. 1999; 62: 117-8

**44527**  Goldberg, N. S., Esterly, N. B., Rothman, K. F., Fallon, J. D., Cropley, T. G., Szaniawski, W., Glassman, M. Perianal pseudoverrucous papules and nodules in children. Arch Dermatol. 1992 Feb; 128: 240-2

**3479**  Goldberg, N.S., Esterly, N.B., Rothman, K.F., Fallon, J.D., Cropley, T.G., Szaniawski, W., and Glassman, M. Perianal pseudoverrucous papules and nodules in children. Arch Dermatol. 1992 Feb; 128: 240-242

**10221**  Goldberg, R. P., Koduri, S., Lobel, R. W., Culligan, P. J., Tomezsko, J. E., Winkler, H. A., Sand, P. K. Protective effect of suburethral slings on postoperative cystocele recurrence after reconstructive pelvic operation. Am J Obstet Gynecol. 2001 Dec; 185: 1307-12; discussion 1312-3

**52170**  Goldberg, R. P., Kwon, C., Gandhi, S., Atkuru, L. V., Sorensen, M., Sand, P. K. Urinary incontinence among mothers of multiples: the protective effect of cesarean delivery. Am J Obstet Gynecol. 2003 Jun; 188: 1447-50; discussion 1450-3

**41113**  Goldberg, R. P., Sand, P. K. Electromagnetic pelvic floor stimulation: applications for the gynecologist. Obstet Gynecol Surv. 2000 Nov; 55: 715-20

**40499**  Goldberg, R. P., Sand, P. K., Beck, H. Early-stage ovarian carcinoma presenting with irritative voiding symptoms and urge incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 342-4

**59144**  Goldberg, R. P., Tchetgen, M. B., Sand, P. K., Koduri, S., Rackley, R., Appell, R., Culligan, P. J. Incidence of pubic osteomyelitis after bladder neck suspension using bone anchors. Urology. 2004 Apr; 63: 704-8

**10362**  Goldman, H. B. In situ anterior vaginal wall sling. Tech Urol. 2001 Jun; 7: 101-4

**51280**  Goldman, H. B. Simple sling incision for the treatment of iatrogenic urethral obstruction. Urology. 2003 Oct; 62: 714-8

**10875**  Goldman, H. B., Rackley, R. R., Appell, R. A. The efficacy of urethrolysis without re-suspension for iatrogenic urethral obstruction. J Urol. 1999 Jan; 161: 196-8; discussion 198-9

**10245**  Goldman, H. B., Rackley, R. R., Appell, R. A. The in situ anterior vaginal wall sling: predictors of success. J Urol. 2001 Dec; 166: 2259-62

**44503**  Goldstein, M., Hawthorne, M. E., Engeberg, S., McDowell, B. J., Burgio, K. L. Urinary incontinence. Why people do not seek help. J Gerontol Nurs. 1992 Apr; 18: 15-20

**3434**  Goldstein, M., Hawthorne, M.E., Engeberg, S., McDowell, B.J., and Burgio, K.L. Urinary incontinence. Why people do not seek help. J Gerontol Nurs. 1992 Apr; 18: 15-20

**American Urological Association, Inc.**

SUI Guidelines Panel

---

59243    Goldstein, R. E., Westropp, J. L. Urodynamic testing in the diagnosis of small animal micturition disorders. Clin Tech Small Anim Pract. 2005 Feb; 20: 65-72

40036    Goldstein, S. R., Nanavati, N. Adverse events that are associated with the selective estrogen receptor modulator levormeloxifene in an aborted phase III osteoporosis treatment study. Am J Obstet Gynecol. 2002 Sep; 187: 521-7

44113    Goldwasser, B., Ben-Chaim, J., Golomb, J., Leibovitch, I., Mor, Y., Avigad, I. Bladder neck closure with an Indiana stoma outlet as a technique for continent vesicostomy. Surg Gynecol Obstet. 1993 Nov; 177: 448-50

4228    Golimbu, M., al-Askari, S., and Morales, P. Transpubic approach for lower urinary tract surgery: a 15-year experience. J Urol. 1990 Jan; 143: 72-76

40370    Golliot, F., Astagneau, P., Cassou, B., Okra, N., Rothan-Tondeur, M., Brucker, G. Nosocomial infections in geriatric long-term-care and rehabilitation facilities: exploration in the development of a risk index for epidemiological surveillance. Infect Control Hosp Epidemiol. 2001 Dec; 22: 746-53

3126    Golomb, J., Ben-Chaim, J., Goldwasser, B., Korach, J., and Mashiach, S. Conservative treatment of a vesicocervical fistula resulting from Shirodkar cervical cerclage. J Urol. 1993 Apr; 149: 833-834

44254    Golomb, J., Ben-Chaim, J., Goldwasser, B., Korach, J., Mashiach, S. Conservative treatment of a vesicocervical fistula resulting from Shirodkar cervical cerclage. J Urol. 1993 Apr; 149: 833-4

11720    Golomb, J., Goldwasser, B., Mashiach, S. Raz bladder neck suspension in women younger than sixty-five years compared with elderly women: three years' experience. Urology. 1994 Jan; 43: 40-3

10451    Golomb, J., Groutz, A., Mor, Y., Leibovitch, I., Ramon, J. Management of urethral erosion caused by a pubovaginal fascial sling. Urology. 2001 Jan; 57: 159-60

11252    Golomb, J., Shenfeld, O., Shelhav, A., Ramon, J. Suspended pubovaginal fascial sling for the correction of complicated stress urinary incontinence. Eur Urol. 1997; 32: 170-4

52390    Gomelsky, A., Dmochowski, R. R. Incisional bladder hernia after rectus fascial sling. J Urol. 2003 Jun; 169: 2299

55780    Gomelsky, A., Nitti, V. W., Dmochowski, R. R. Management of obstructive voiding dysfunction after incontinence surgery: lessons learned. Urology. 2003 Sep; 62: 391-9

50150    Gomelsky, A., Rudy, D. C., Dmochowski, R. R. Porcine dermis interposition graft for repair of high grade anterior compartment defects with or without concomitant pelvic organ prolapse procedures. J Urol. 2004 Apr; 171: 1581-4

40415    Gomes, C. M., Trigo-Rocha, F., Arap, M. A., Gabriel, A. J., Alaor de Figueiredo, J., Arap, S. Schistosomal myelopathy: urologic manifestations and urodynamic findings. Urology. 2002 Feb; 59: 195-200

43715    Gonzalez, R., Buson, H., Reid, C., Reinberg, Y. Seromuscular colocystoplasty lined with urothelium: experience with 16 patients. Urology. 1995 Jan; 45: 124-9

4125    Gonzalez, R., Fernandes, E.T. Single-stage feminization genitoplasty. J Urol. 1990 Apr; 143: 776-778

57790    Gonzalez, R., Jednak, R., Franc-Guimond, J., Schimke, C. M. Treating neuropathic incontinence in children with seromuscular colocystoplasty and an artificial urinary sphincter. BJU Int. 2002 Dec; 90: 909-11

10288    Gonzalez-Argente, F. X., Jain, A., Nogueras, J. J., Davila, G. W., Weiss, E. G., Wexner, S. D. Prevalence and severity of urinary incontinence and pelvic genital prolapse in females with anal incontinence or rectal prolapse. Dis Colon Rectum. 2001 Jul; 44: 920-6

54270    Goode, P. S. Behavioral and drug therapy for urinary incontinence. Urology. 2004 Mar; 63: 58-64

11181    Goode, P. S., Burgio, K. L. Pharmacologic treatment of lower urinary tract dysfunction in geriatric patients. Am J Med Sci. 1997 Oct; 314: 262-7

59251    Goode, P. S., Burgio, K. L., Halli, A. D., Jones, R. W., Richter, H. E., Redden, D. T., Baker, P. S., Allman, R. M. Prevalence and correlates of fecal incontinence in community-dwelling older adults. J Am Geriatr Soc. 2005 Apr; 53: 629-35

---

    © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**51910** Goode, P. S., Burgio, K. L., Locher, J. L., Roth, D. L., Umlauf, M. G., Richter, H. E., Varner, R. E., Lloyd, L. K. Effect of behavioral training with or without pelvic floor electrical stimulation on stress incontinence in women: a randomized controlled trial. JAMA. 2003 Jul 16; 290: 345-52

**10114** Goode, P. S., Burgio, K. L., Locher, J. L., Umlauf, M. G., Lloyd, L. K., Roth, D. L. Urodynamic changes associated with behavioral and drug treatment of urge incontinence in older women. J Am Geriatr Soc. 2002 May; 50: 808-16

**41140** Goode, P. S., Locher, J. L., Bryant, R. L., Roth, D. L., Burgio, K. L. Measurement of postvoid residual urine with portable transabdominal bladder ultrasound scanner and urethral catheterization. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 296-300

**11889** Goodno, J. A., Jr, Powers, T. W. Modified retropubic cystourethropexy. II. Am J Obstet Gynecol. 1992 Jun; 166: 1678-81; discussion 1681-2

**42703** Goodwin, T. M., Banks, E., Millar, L. K., Phelan, J. P. Catastrophic shoulder dystocia and emergency symphysiotomy. Am J Obstet Gynecol. 1997 Aug; 177: 463-4

**10251** Gordon, D., Gold, R. S., Pauzner, D., Lessing, J. B., Groutz, A. Combined genitourinary prolapse repair and prophylactic tension-free vaginal tape in women with severe prolapse and occult stress urinary incontinence: preliminary results. Urology. 2001 Oct; 58: 547-50

**10277** Gordon, D., Groutz, A. Evaluation of female lower urinary tract symptoms: overview and update. Curr Opin Obstet Gynecol. 2001 Oct; 13: 521-7

**42311** Gordon, D., Groutz, A., Ascher-Landsberg, J., Lessing, J. B., David, M. P., Razz, O. Double-blind, placebo-controlled study of magnesium hydroxide for treatment of sensory urgency and detrusor instability: preliminary results. Br J Obstet Gynaecol. 1998 Jun; 105: 667-9

**30848** Gordon, D., Groutz, A., Goldman, G., Avni, A., Wolf, Y., Lessing, J. B., David, M. P. Anal incontinence: prevalence among female patients attending a urogynecologic clinic. Neurourol Urodyn. 1999; 18: 199-204

**10734** Gordon, D., Groutz, A., Sinai, T., Wiezman, A., Lessing, J. B., David, M. P., Aizenberg, D. Sexual function in women attending a urogynecology clinic. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 325-8

**10832** Gordon, D., Groutz, A., Wolman, I., Lessing, J. B., David, M. P. Development of postoperative urinary stress incontinence in clinically continent patients undergoing prophylactic Kelly plication during genitourinary prolapse repair. Neurourol Urodyn. 1999; 18: 193-7; discussion 197-8

**43700** Gorman, R. Expert system for management of urinary incontinence in women. Proc Annu Symp Comput Appl Med Care. 1995; : 527-31

**43852** Gormley, E. A., Bloom, D. A., McGuire, E. J., Ritchey, M. L. Pubovaginal slings for the management of urinary incontinence in female adolescents. J Urol. 1994 Aug; 152: 822-5; discussion 826-7

**44277** Gormley, E. A., Griffiths, D. J., McCracken, P. N., Harrison, G. M. Polypharmacy and its effect on urinary incontinence in a geriatric population. Br J Urol. 1993 Mar; 71: 265-9

**3100** Gormley, E.A., Griffiths, D.J., McCracken, P.N., and Harrison, G.M. Polypharmacy and its effect on urinary incontinence in a geriatric population. Br J Urol. 1993 Mar; 71: 265-269

**10652** Gorton, E., Stanton, S. Ambulatory urodynamics: do they help clinical management?. BJOG. 2000 Mar; 107: 316-9

**10851** Gorton, E., Stanton, S. Iontophoresis as a new method of delivering local anesthesia to the urethra: a pilot study. Urology. 1999 Apr; 53: 790-2

**11064** Gorton, E., Stanton, S. Urinary incontinence in elderly women. Eur Urol. 1998; 33: 241-7

**10720** Gorton, E., Stanton, S., Monga, A., Wiskind, A. K., Lentz, G. M., Bland, D. R. Periurethral collagen injection: a long-term follow-up study. BJU Int. 1999 Dec; 84: 966-71

**44190** Gosalbez, R., Jr, Woodard, J. R., Broecker, B. H., Parrott, T. S., Massad, C. The use of stomach in pediatric urinary reconstruction. J Urol. 1993 Aug; 150: 438-40

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5  Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

10948    Gosalbez, R., Castellan, M. Defining the role of the bladder-neck sling in the surgical treatment of urinary incontinence in children with neurogenic incontinence. World J Urol. 1998; 16: 285-91

3043    Gosalbez, R., Jr., Woodard, J.R., Broecker, B.H., Parrott, T.S., and Massad, C. The use of stomach in pediatric urinary reconstruction. J Urol. 1993 Aug; 150: 438-440

41300    Gosling, J. A. The structure of the bladder neck, urethra and pelvic floor in relation to female urinary continence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 177-8

3549    Gotoh, M., Kondo, A., and Miyake, K. Bladder compliance in myelodysplastic children: does antireflux surgery compromise it?. Urol Int. 1991; 47 Suppl 1: 63-66

44476    Gough, M., McDermott, E. W., Lyons, B., Hederman, W. P. Perforation of bladder carcinoma presenting as acute abdomen. Br J Urol. 1992 May; 69: 541-2

3331    Gough, M., McDermott, E.W., Lyons, B., and Hederman, W.P. Perforation of bladder carcinoma presenting as acute abdomen. Br J Urol. 1992 May; 69: 541-542

40571    Gousse, A. E., Madjar, S., Lambert, M. M., Fishman, I. J. Artificial urinary sphincter for post-radical prostatectomy urinary incontinence: long-term subjective results. J Urol. 2001 Nov; 166: 1755-8

42272    Gousse, A. E., Safir, M. H., Cortina, G., Safman, K., Raz, S. Tubulovillous adenoma in the cecal segment after cecocystoplasty. J Urol. 1998 Aug; 160: 490-1

10554    Gousse, A. E., Safir, M. H., Madjar, S., Ziadlourad, F., Raz, S. Life-threatening anaphylactoid reaction associated with indigo carmine intravenous injection. Urology. 2000 Sep 1; 56: 508

42953    Govier, F. E., Gibbons, R. P., Correa, R. J., Weissman, R. M., Pritchett, T. R., Hefty, T. R. Pubovaginal slings using fascia lata for the treatment of intrinsic sphincter deficiency. J Urol. 1997 Jan; 157: 117-21

40756    Govier, F. E., Kobashi, K. Pubovaginal slings: a review of the technical variables. Curr Opin Urol. 2001 Jul; 11: 405-10

43847    Govier, F. E., Pritchett, T. R., Kornman, J. D. Correlation of the cystoscopic appearance and functional integrity of the female urethral sphincteric mechanism. Urology. 1994 Aug; 44: 250-3

10461    Grady, D., Brown, J. S., Vittinghoff, E., Applegate, W., Varner, E., Snyder, T. Postmenopausal hormones and incontinence: the Heart and Estrogen/Progestin Replacement Study. Obstet Gynecol. 2001 Jan; 97: 116-20

10301    Graham, C. A., Mallett, V. T. Race as a predictor of urinary incontinence and pelvic organ prolapse. Am J Obstet Gynecol. 2001 Jul; 185: 116-20

40010    Graham, C. W., Dmochowski, R. R., Faerber, G. J., Clemens, J. Q., Westney, O. L. Pubic osteomyelitis following bladder neck surgery using bone anchors: a report of 9 cases. J Urol. 2002 Nov; 168: 2055-7; discussion 2057-8

11102    Graham, J. M. A modified cystourethropexy in management of incontinence and dyspareunia. J S C Med Assoc. 1998 Jan; 94: 33

12030    Graham, J. M., Stresing, H. A. A modified cystourethropexy in the management of incontinence and dyspareunia. J S C Med Assoc. 1990 Nov; 86: 578-82

43861    Gray, E. H., Ordorica, R. C. Assisting your patient with intractable urinary incontinence: absorbent products and devices. R I Med. 1994 Aug; 77: 287-9

4093    Gray, M. Congenital causes of incontinence in childhood: presentation and treatment. J Enterostomal Ther. 1990 Mar-Apr; 17: 47-53

3354    Gray, M. Electrostimulation in the management of voiding dysfunction. Urol Nurs. 1992 Jun; 12: 73-74

3606    Gray, M. Role of the ET nurse in the management of incontinence [editorial]. J ET Nurs. 1991 Sep-Oct; 18: 151-152

59096    Gray, M. Stress urinary incontinence in women. J Am Acad Nurse Pract. 2004 May; 16: 188-90, 192-7

57100    Gray, M. L. Gender, race, and culture in research on UI: sensitivity and screening are integral to adequate patient care. Am J Nurs. 2003 Mar; Suppl: 20-5

57890   Gray, M., Bliss, D. Z., Bookout, K., Colwell, J., Dutcher, J. A., Engberg, S., Evans, E., Jacobson, T., Scemons, D. Evidence-based nursing practice: a primer for the WOC nurse. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 283-6

4094   Gray, M., Doughty, D. Urinary incontinence: challenge for collaboration in care [editorial]. J Enterostomal Ther. 1990 Mar-Apr; 17: 45-46

11808   Gray, M., King, C. J. Urodynamic evaluation of the intrinsically incompetent sphincter. Urol Nurs. 1993 Jun; 13: 67-9

10403   Gray, M., McClain, R., Peruggia, M., Patrie, J., Steers, W. D. A model for predicting motor urge urinary incontinence. Nurs Res. 2001 Mar-Apr; 50: 116-22

43687   Gray, M., Rayome, R., Anson, C. Incontinence and clean intermittent catheterization following spinal cord injury. Clin Nurs Res. 1995 Feb; 4: 6-18; discussion 19-21

43416   Gray, R., Stern, G., Malone-Lee, J. Lower urinary tract dysfunction in Parkinson's disease: changes relate to age and not disease. Age Ageing. 1995 Nov; 24: 499-504

53570   Grdal, M., Tekin, A., Erdoan, K., Sengr, F. Endoscopic silicone injection for female stress urinary incontinence due to intrinsic sphincter deficiency: impact of coexisting urethral mobility on treatment outcome. Urology. 2002 Dec; 60: 1016-9

42338   Grealish, M., O'Dowd, T. C. General practitioners and women with urinary incontinence. Br J Gen Pract. 1998 Feb; 48: 975-7

3142   Green, B. Elderly care: a poor substitute for life. Nurs Stand. 1993 Jan 20-26; 7: 20-23

3989   Green, N., Treible, D., and Wallack, H. Prostate cancer: post-irradiation incontinence. J Urol. 1990 Aug; 144: 307-309

4013   Green, R.J., Laycock, J. Objective methods for evaluation of interferential therapy in the treatment of incontinence. IEEE Trans Biomed Eng. 1990 Jun; 37: 615-623

41345   Greenberger, P. Public education for women's health. J Womens Health Gend Based Med. 1999 Jun; 8: 583-5

41990   Greendale, G. A., Lee, N. P., Arriola, E. R. The menopause. Lancet. 1999 Feb 13; 353: 571-80

40924   Greendale, G. A., Petersen, L., Zibecchi, L., Ganz, P. A. Factors related to sexual function in postmenopausal women with a history of breast cancer. Menopause. 2001 Summer; 8: 111-9

3651   Greenfield, S.P., Fera, M. The use of intravesical oxybutynin chloride in children with neurogenic bladder. J Urol. 1991 Aug; 146: 532-534

40548   Greenwell, T. J., Venn, S. N., Mundy, A. R. Augmentation cystoplasty. BJU Int. 2001 Oct; 88: 511-25

41947   Gregory, H. Continence. Case study: time well spent. Nurs Times. 1999 Feb 10-16; 95: 72

43978   Gregory, S. P. Developments in the understanding of the pathophysiology of urethral sphincter mechanism in competence in the bitch. Br Vet J. 1994 Mar-Apr; 150: 135-50

43285   Gregory, S. P., Cripps, P. J., Holt, P. E. Comparison of urethral pressure profilometry and contrast radiography in the diagnosis of incompetence of the urethral sphincter mechanism in bitches. Vet Rec. 1996 Jan 20; 138: 58-61

11826   Gregory, S. P., Holt, P. E. Comparison of stressed simultaneous urethral pressure profiles between anesthetized continent and incontinent bitches with urethral sphincter mechanism incompetence. Am J Vet Res. 1993 Feb; 54: 216-22

43832   Gregory, S. P., Holt, P. E. The immediate effect of colposuspension on resting and stressed urethral pressure profiles in anaesthetized incontinent bitches. Vet Surg. 1994 Sep-Oct; 23: 330-40

41873   Gregory, S. P., Holt, P. E., Parkinson, T. J., Wathes, C. M. Vaginal position and length in the bitch: relationship to spaying and urinary incontinence. J Small Anim Pract. 1999 Apr; 40: 180-4

44419   Gregory, S. P., Parkinson, T. J., Holt, P. E. Urethral conformation and position in relation to urinary incontinence in the bitch. Vet Rec. 1992 Aug 22; 131: 167-70

Case 2:15-md-02641-DGC Document 9543-4 Filed 01/05/18 Page 207 of 800 PageID #: 146282

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

42925   Gregory, S. P., Trower, N. D. Surgical treatment of urinary incontinence resulting from a complex congenital abnormality in two dogs. J Small Anim Pract. 1997 Jan; 38: 25-8

10061   Greydanus, D. E., Patel, D. R. The female athlete. Before and beyond puberty. Pediatr Clin North Am. 2002 Jun; 49: 553-80, vi

42185   Griebling, T. L., Berman, C. J., Kreder, K. J. Fascia lata sling cystourethropexy for the management of female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 165-73

42765   Griebling, T. L., Nygaard, I. E. The role of estrogen replacement therapy in the management of urinary incontinence and urinary tract infection in postmenopausal women. Endocrinol Metab Clin North Am. 1997 Jun; 26: 347-60

12092   Griffith-Jones, M. D., Abrams, P. H. The Stamey endoscopic bladder neck suspension in the elderly. Br J Urol. 1990 Feb; 65: 170-2

11993   Griffith-Jones, M. D., Jarvis, G. J., McNamara, H. M. Adverse urinary symptoms after total abdominal hysterectomy--fact or fiction?. Br J Urol. 1991 Mar; 67: 295-7

 3728   Griffith-Jones, M.D., Jarvis, G.J., and McNamara, H.M. Adverse urinary symptoms after total abdominal hysterectomy--fact or fiction? [see comments]. Br J Urol. 1991 Mar; 67: 295-297

10993   Griffiths, D. Clinical aspects of detrusor instability and the value of urodynamics: a review of the evidence. Eur Urol. 1998; 34 Suppl 1: 13-5

42316   Griffiths, D. Clinical studies of cerebral and urinary tract function in elderly people with urinary incontinence. Behav Brain Res. 1998 May; 92: 151-5

43304   Griffiths, D. J., Harrison, G., Moore, K., McCracken, P. Variability of post-void residual urine volume in the elderly. Urol Res. 1996; 24: 23-6

44705   Griffiths, D. J., McCracken, P. N., Harrison, G. M. Incontinence in the elderly: objective demonstration and quantitative assessment. Br J Urol. 1991 May; 67: 467-71

44480   Griffiths, D. J., McCracken, P. N., Harrison, G. M., Gormley, E. A. Characteristics of urinary incontinence in elderly patients studied by 24-hour monitoring and urodynamic testing. Age Ageing. 1992 May; 21: 195-201

11833   Griffiths, D. J., McCracken, P. N., Harrison, G. M., Gormley, E. A. Relationship of fluid intake to voluntary micturition and urinary incontinence in geriatric patients. Neurourol Urodyn. 1993; 12: 1-7

40379   Griffiths, D. J., McCracken, P. N., Harrison, G. M., Gormley, E. A., Moore, K. N. Urge incontinence and impaired detrusor contractility in the elderly. Neurourol Urodyn. 2002; 21: 126-31

43926   Griffiths, D. J., McCracken, P. N., Harrison, G. M., Gormley, E. A., Moore, K., Hooper, R., McEwan, A. J., Triscott, J. Cerebral aetiology of urinary urge incontinence in elderly people. Age Ageing. 1994 May; 23: 246-50

43359   Griffiths, D. J., McCracken, P. N., Harrison, G. M., Moore, K. N. Urge incontinence in elderly people: factors predicting the severity of urine loss before and after pharmacological treatment. Neurourol Urodyn. 1996; 15: 53-7

44045   Griffiths, D. J., McCracken, P. N., Harrison, G. M., Moore, K. N. Urinary incontinence in the elderly: the brain factor. Scand J Urol Nephrol Suppl. 1994; 157: 83-8

43027   Griffiths, D. J., Versi, E. Urethral function. Curr Opin Obstet Gynecol. 1996 Oct; 8: 372-5

44060   Griffiths, D., Harrison, G., Moore, K., McCracken, P. Long-term changes in urodynamic studies of voiding in the elderly. Urol Res. 1994; 22: 235-8

 3687   Griffiths, D., McCracken, P.N., and Harrison, G.M. Incontinence in the elderly: objective demonstration and quantitative assessment. Br J Urol. 1991 May; 67: 467-471

 3344   Griffiths, D.J., McCracken, P.N., Harrison, G.M., and Gormley, E.A. Characteristics of urinary incontinence in elderly patients studied by 24-hour monitoring and urodynamic testing. Age Ageing. 1992 May; 21: 195-201

 3099   Griffiths, D.J., McCracken, P.N., Harrison, G.M., and Gormley, E.A. Relationship of fluid intake to voluntary micturition and urinary incontinence in geriatric patients. Neurourol Urodyn. 1993; 12: 1-7

Appendix A5 Bibliography sorted by Primary Author
Case 2:14-md-02592-EEF-MBN Document 5104-18 Filed 01/20/17 Page 208 of 800 PageID #: 146283

**Appendix A5 Bibliography sorted by Primary Author**

10946   Griffiths, J. M., Black, N. A., Pope, C., Stanley, J., Bowling, A., Abel, P. D. What determines the choice of procedure in stress incontinence surgery? The use of multilevel modeling. Int J Technol Assess Health Care. 1998 Summer; 14: 431-45

42382   Grignaffini, A., Bazzani, F., Bertoli, P., Petrelli, M., Vadora, E. Intravesicular prostaglandin E2 for the prophylaxis of urinary retention after colpohysterectomy. J Int Med Res. 1998 Mar-Apr; 26: 87-92

3102   Grimby, A., Milsom, I., Molander, U., Wiklund, I., and Ekelund, P. The influence of urinary incontinence on the quality of life of elderly women. Age Ageing. 1993 Mar; 22: 82-89

11821   Grimby, A., Milsom, I., Molander, U., Wiklund, I., Ekelund, P. The influence of urinary incontinence on the quality of life of elderly women. Age Ageing. 1993 Mar; 22: 82-9

43704   Grimby, A., Rosenhall, U. Health-related quality of life and dizziness in old age. Gerontology. 1995; 41: 286-98

11111   Grimby, A., Svanborg, A. Morbidity and health-related quality of life among ambulant elderly citizens. Aging (Milano). 1997 Oct; 9: 356-64

12010   Grischke, E. M., Anton, H., Stolz, W., von Fournier, D., Bastert, G. Urodynamic assessment and lateral urethrocystography. A comparison of two diagnostic procedures for female urinary incontinence. Acta Obstet Gynecol Scand. 1991; 70: 225-9

3581   Grischke, E.M., Anton, H., Stolz, W., von-Fournier, D., and Bastert, G. Urodynamic assessment and lateral urethrocystography. A comparison of two diagnostic procedures for female urinary incontinence. Acta Obstet Gynecol Scand. 1991; 70: 225-229

55380   Grodstein, F., Fretts, R., Lifford, K., Resnick, N., Curhan, G. Association of age, race, and obstetric history with urinary symptoms among women in the Nurses' Health Study. Am J Obstet Gynecol. 2003 Aug; 189: 428-34

54570   Grodstein, F., Lifford, K., Resnick, N. M., Curhan, G. C. Postmenopausal hormone therapy and risk of developing urinary incontinence. Obstet Gynecol. 2004 Feb; 103: 254-60

42205   Grody, M. H. Urinary incontinence and concomitant prolapse. Clin Obstet Gynecol. 1998 Sep; 41: 777-85

59049   Groen, J., Bosch, J. L. Bladder contraction strength parameters poorly predict the necessity of long-term catheterization after a pubovaginal rectus fascial sling procedure. J Urol. 2004 Sep; 172: 1006-9

41052   Groen, J., van Mastrigt, R., Bosch, J. L. Computerized assessment of detrusor instability in patients treated with sacral neuromodulation. J Urol. 2001 Jan; 165: 169-73

42247   Gross, J. C. A comparison of the characteristics of incontinent and continent stroke patients in a rehabilitation program. Rehabil Nurs. 1998 May-Jun; 23: 132-40

41551   Gross, J. C. Urinary incontinence and stroke outcomes. Arch Phys Med Rehabil. 2000 Jan; 81: 22-7

43098   Gross, J. S., Shua-Haim, J. R. Urinary incontinence responsive to desmopressin: a case report. J Am Geriatr Soc. 1996 Aug; 44: 1015-6

3070   Grosshans, C., Passadori, Y., and Peter, B. Urinary retention in the elderly: a study of 100 hospitalized patients. J Am Geriatr Soc. 1993 Jun; 41: 633-638

44215   Grosshans, C., Passadori, Y., Peter, B. Urinary retention in the elderly: a study of 100 hospitalized patients. J Am Geriatr Soc. 1993 Jun; 41: 633-8

10493   Grossklaus, D. J., Franke, J. J. Treatment of elderly women with urge incontinence in middle tennessee: a single institution practice-based study. Tenn Med. 2000 Dec; 93: 457-60

41403   Groutz, A., Blaivas, J. G., Chaikin, D. C. Bladder outlet obstruction in women: definition and characteristics. Neurourol Urodyn. 2000; 19: 213-20

41246   Groutz, A., Blaivas, J. G., Chaikin, D. C., Resnick, N. M., Engleman, K., Anzalone, D., Bryzinski, B., Wein, A. J. Noninvasive outcome measures of urinary incontinence and lower urinary tract symptoms: a multicenter study of micturition diary and pad tests. J Urol. 2000 Sep; 164: 698-701

**41586** Groutz, A., Blaivas, J. G., Fait, G., Sassone, A. M., Chaikin, D. C., Gordon, D. The significance of the American Urological Association symptom index score in the evaluation of women with bladder outlet obstruction. J Urol. 2000 Jan; 163: 207-11

**10382** Groutz, A., Blaivas, J. G., Hyman, M. J., Chaikin, D. C. Pubovaginal sling surgery for simple stress urinary incontinence: analysis by an outcome score. J Urol. 2001 May; 165: 1597-600

**10520** Groutz, A., Blaivas, J. G., Kesler, S. S., Weiss, J. P., Chaikin, D. C. Outcome results of transurethral collagen injection for female stress incontinence: assessment by urinary incontinence score. J Urol. 2000 Dec; 164: 2006-9

**41520** Groutz, A., Blaivas, J. G., Rosenthal, J. E. A simplified urinary incontinence score for the evaluation of treatment outcomes. Neurourol Urodyn. 2000; 19: 127-35

**10292** Groutz, A., Chaikin, D. C., Theusen, E., Blaivas, J. G. Use of cadaveric solvent-dehydrated fascia lata for cystocele repair-- preliminary results. Urology. 2001 Aug; 58: 179-83

**10840** Groutz, A., Fait, G., Lessing, J. B., David, M. P., Wolman, I., Jaffa, A., Gordon, D. Incidence and obstetric risk factors of postpartum anal incontinence. Scand J Gastroenterol. 1999 Mar; 34: 315-8

**10768** Groutz, A., Gordon, D., Keidar, R., Lessing, J. B., Wolman, I., David, M. P., Chen, B. Stress urinary incontinence: prevalence among nulliparous compared with primiparous and grand multiparous premenopausal women. Neurourol Urodyn. 1999; 18: 419-25

**10517** Groutz, A., Gordon, D., Wolman, I., Jaffa, A. J., Kuperminc, M. J., David, M. P., Lessing, J. B. The use of prophylactic Stamey bladder neck suspension to prevent post- operative stress urinary incontinence in clinically continent women undergoing genitourinary prolapse repair. Neurourol Urodyn. 2000; 19: 671-6

**10432** Groutz, A., Gordon, D., Wolman, I., Jaffa, A., Kuperminc, M. J., Lessing, J. B. Persistent postpartum urinary retention in contemporary obstetric practice. Definition, prevalence and clinical implications. J Reprod Med. 2001 Jan; 46: 44-8

**50550** Groutz, A., Rimon, E., Peled, S., Gold, R., Pauzner, D., Lessing, J. B., Gordon, D. Cesarean section: does it really prevent the development of postpartum stress urinary incontinence? A prospective study of 363 women one year after their first delivery. Neurourol Urodyn. 2004; 23: 2-6

**11723** Grunberger, W., Grunberger, V., Wierrani, F. Pelvic promontory fixation of the vaginal vault in sixty-two patients with prolapse after hysterectomy. J Am Coll Surg. 1994 Jan; 178: 69-72

**41350** Gu, B. J., Ishizuka, O., Igawa, Y., Nishizawa, O., Andersson, K. E. Role of supraspinal tachykinins for micturition in conscious rats with and without bladder outlet obstruction. Naunyn Schmiedebergs Arch Pharmacol. 2000 May; 361: 543-8

**57760** Guarisi, T., Pinto-Neto, A. M., Herrmann, V., Faundes, A. Urodynamics in climacteric women with urinary incontinence: correlation with route of delivery. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 366-71; discussion 371

**41332** Gufler, H., DeGregorio, G., Allmann, K. H., Kundt, G., Dohnicht, S. Comparison of cystourethrography and dynamic MRI in bladder neck descent. J Comput Assist Tomogr. 2000 May-Jun; 24: 382-8

**41934** Gufler, H., Laubenberger, J., DeGregorio, G., Dohnicht, S., Langer, M. Pelvic floor descent: dynamic MR imaging using a half-Fourier RARE sequence. J Magn Reson Imaging. 1999 Mar; 9: 378-83

**3106** Gundian, J.C., Barrett, D.M., and Parulkar, B.G. Mayo Clinic experience with the AS800 artificial urinary sphincter for urinary incontinence after transurethral resection of prostate or open prostatectomy. Urology. 1993 Apr; 41: 318-321

**11726** Guner, H., Yildiz, A., Erdem, A., Erdem, M., Tiftik, Z., Yildirim, M. Surgical treatment of urinary stress incontinence by a suburethral sling procedure using a Mersilene mesh graft. Gynecol Obstet Invest. 1994; 37: 52-5

**10759** Guneren, E., Eroglu, L., Kocak, I., Uysal, O. A. Urinary incontinence was improved after abdominoplasty using a very low incision. Plast Reconstr Surg. 1999 Oct; 104: 1582-4

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 11083 | Gungor, T., Ekin, M., Dogan, M., Mungan, T., Ozcan, U., Gokmen, O. Influence of anterior colporrhaphy with colpoperineoplasty operations for stress incontinence and/or genital descent on sexual life. J Pak Med Assoc. 1997 Oct; 47: 248-50 |
| 11640 | Gunn, G. C., Cooper, R. P., Gordon, N. S., Gagnon, L. Use of a new device for endoscopic suturing in the laparoscopic Burch procedure. J Am Assoc Gynecol Laparosc. 1994 Nov; 2: 65-70 |
| 10766 | Gunnarsson, M., Ahlmann, S., Lindstrom, S., Rosen, I., Mattiasson, A. Cortical magnetic stimulation in patients with genuine stress incontinence: correlation with results of pelvic floor exercises. Neurourol Urodyn. 1999; 18: 437-44; discussion 444-5 |
| 11735 | Gunnarsson, M., Mattiasson, A. Circumvaginal surface electromyography in women with urinary incontinence and in healthy volunteers. Scand J Urol Nephrol Suppl. 1994; 157: 89-95 |
| 10745 | Gunnarsson, M., Mattiasson, A. Female stress, urge, and mixed urinary incontinence are associated with a chronic and progressive pelvic floor/vaginal neuromuscular disorder: An investigation of 317 healthy and incontinent women using vaginal surface electromyography. Neurourol Urodyn. 1999; 18: 613-21 |
| 10088 | Gunnarsson, M., Teleman, P., Mattiasson, A., Lidfeldt, J., Nerbrand, C., Samsioe, G. Effects of pelvic floor exercises in middle aged women with a history of naive urinary incontinence: a population based study. Eur Urol. 2002 May; 41: 556-61 |
| 10546 | Gunthorpe, W., Brown, W., Redman, S. The development and evaluation of an incontinence screening questionnaire for female primary care. Neurourol Urodyn. 2000; 19: 595-607 |
| 41768 | Gupta, A. Pruritus in the elderly. Practitioner. 1999 Mar; 243: 203-7 |
| 40063 | Gupta, G., Aronow, W. S. Hormone replacement therapy. An analysis of efficacy based on evidence. Geriatrics. 2002 Aug; 57: 18-20, 23-4 |
| 42297 | Gupta, N. P., Dorairajan, L. N., Chahal, R. Total genitourinary reconstruction in adult female epispadias: a report of 2 cases and literature review. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 55-7 |
| 41974 | Gupta, S. K., Sathyan, G. Pharmacokinetics of an oral once-a-day controlled-release oxybutynin formulation compared with immediate-release oxybutynin. J Clin Pharmacol. 1999 Mar; 39: 289-96 |
| 41818 | Gupta, S. K., Sathyan, G., Lindemulder, E. A., Ho, P. L., Sheiner, L. B., Aarons, L. Quantitative characterization of therapeutic index: application of mixed-effects modeling to evaluate oxybutynin dose-efficacy and dose- side effect relationships. Clin Pharmacol Ther. 1999 Jun; 65: 672-84 |
| 59152 | Gurbuz, A., Karateke, A., Kabaca, C. Enuresis in childhood, and urinary and fecal incontinence in adult life: do they share a common cause? BJU Int. 2005 May; 95: 1058-62 |
| 41926 | Gurel, H., Gurel, S. A. Pelvic relaxation and associated risk factors: the results of logistic regression analysis. Acta Obstet Gynecol Scand. 1999 Apr; 78: 290-3 |
| 44697 | Gutierrez Segura, C., Teixidor de Otto, J. Neurogenic bladder in children: urodynamic studies and results with medical conservative treatment. Eur J Pediatr Surg. 1991 Jun; 1: 177-9 |
| 44020 | Gutierrez-Molina, M., Caminero Rodriguez, A., Martinez Garcia, C., Arpa Gutierrez, J., Morales Bastos, C., Amer, G. Small arterial granular degeneration in familial Binswanger's syndrome. Acta Neuropathol (Berl). 1994; 87: 98-105 |
| 40819 | Guys, J. M., Fakhro, A., Louis-Borrione, C., Prost, J., Hautier, A. Endoscopic treatment of urinary incontinence: long-term evaluation of the results. J Urol. 2001 Jun; 165: 2389-91 |
| 41620 | Guys, J. M., Simeoni-Alias, J., Fakhro, A., Delarue, A. Use of polydimethylsiloxane for endoscopic treatment of neurogenic urinary incontinence in children. J Urol. 1999 Dec; 162: 2133-5 |
| 11177 | Haab, F., Leach, G. E. Feasibility of outpatient percutaneous bladder neck suspension under local anesthesia. Urology. 1997 Oct; 50: 585-7 |
| 10482 | Haab, F., Sananes, S., Amarenco, G., Ciofu, C., Uzan, S., Gattegno, B., Thibault, P. Results of the tension-free vaginal tape procedure for the treatment of type II stress urinary incontinence at a minimum followup of 1 year. J Urol. 2001 Jan; 165: 159-62 |

| | |
|---|---|
| 10373 | Haab, F., Traxer, O., Ciofu, C. Tension-free vaginal tape: why an unusual concept is so successful. Curr Opin Urol. 2001 May; 11: 293-7 |
| 11180 | Haab, F., Trockman, B. A., Zimmern, P. E., Leach, G. E. Results of pubovaginal sling for the treatment of intrinsic sphincteric deficiency determined by questionnaire analysis. J Urol. 1997 Nov; 158: 1738-41 |
| 11358 | Haab, F., Zimmern, P. E., Leach, G. E. Female stress urinary incontinence due to intrinsic sphincteric deficiency: recognition and management. J Urol. 1996 Jul; 156: 3-17 |
| 11231 | Haab, F., Zimmern, P. E., Leach, G. E. Urinary stress incontinence due to intrinsic sphincteric deficiency: experience with fat and collagen periurethral injections. J Urol. 1997 Apr; 157: 1283-6 |
| 11670 | Haadem, K. The effects of parturition on female pelvic floor anatomy and function. Curr Opin Obstet Gynecol. 1994 Aug; 6: 326-30 |
| 10628 | Haarala, M., Alanen, A., Hietarinta, M., Kiilholma, P. Lower urinary tract symptoms in patients with Sjogren's syndrome and systemic lupus erythematosus. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 84-6 |
| 54290 | Hackley, B., Rousseau, M. E. CEU:Managing menopausal symptoms after the women's health initiative. J Midwifery Womens Health. 2004 Mar-Apr; 49: 87-95 |
| 40072 | Haderer, J. M., Pannu, H. K., Genadry, R., Hutchins, G. M. Controversies in female urethral anatomy and their significance for understanding urinary continence: observations and literature review. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 236-52 |
| 10950 | Hadley, H. R., Pineda, E. B. The urethral sling and stress urinary incontinence. West J Med. 1998 Sep; 169: 167-8 |
| 3396 | Hadorn, D.C., McCormick, K., and Diokno, A. An annotated algorithm approach to clinical guideline development. Jama. 1992 Jun 24; 267: 3311-3314 |
| 3495 | Haenggi, W., Ammann, M., Katz, M., Koenig, C.F., Dreher, E., and Schneider, H. Urethral isolation of Chlamydia trachomatis in women with urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1991 Nov 3; 42: 53-56 |
| 11520 | Haeusler, G., Hanzal, E., Joura, E., Sam, C., Koelbl, H. Differential diagnosis of detrusor instability and stress-incontinence by patient history: the Gaudenz-Incontinence-Questionnaire revisited. Acta Obstet Gynecol Scand. 1995 Sep; 74: 635-7 |
| 57980 | Haeusler, G., Leitich, H., van Trotsenburg, M., Kaider, A., Tempfer, C. B. Drug therapy of urinary urge incontinence: a systematic review. Obstet Gynecol. 2002 Nov; 100: 1003-16 |
| 42464 | Haeusler, G., Sam, C., Dorfler, D., Tempfer, C., Hanzal, E., Kolbl, H. Present state of diagnostics and therapy in female urinary incontinence. Acta Obstet Gynecol Scand. 1998 Feb; 77: 222-7 |
| 10926 | Haeusler, G., Tempfer, C., Heinzl, H., Sam, C., Hefler, L., Hanzal, E., Koelbl, H. Value of urethral pressure profilometry in the female incontinent patient: a prospective trial with an 8-channel urethral catheter. Urology. 1998 Dec; 52: 1113-7 |
| 59223 | Haferkamp, A., Mundhenk, J., Bastian, P. J., Reitz, A., Dorsam, J., Pannek, J., Schumacher, S., Schurch, B., Buttner, R., Muller, S. C. Increased expression of connexin 43 in the overactive neurogenic detrusor. Eur Urol. 2004 Dec; 46: 799-805 |
| 41362 | Haferkamp, A., Staehler, G., Gerner, H. J., Dorsam, J. Dosage escalation of intravesical oxybutynin in the treatment of neurogenic bladder patients. Spinal Cord. 2000 Apr; 38: 250-4 |
| 10224 | Haferkamp, A., Steiner, G., Muller, S. C., Schumacher, S. Urethral erosion of tension-free vaginal tape. J Urol. 2002 Jan; 167: 250 |
| 40814 | Hafez, A. T., Elsherbiny, M. T., Ghoneim, M. A. Complete repair of bladder exstrophy: preliminary experience with neonates and children with failed initial closure. J Urol. 2001 Jun; 165: 2428-30 |
| 40396 | Hafez, A. T., McLorie, G., Bagli, D., Khoury, A. A single-centre long-term outcome analysis of artificial urinary sphincter placement in children. BJU Int. 2002 Jan; 89: 82-5 |
| 3969 | Hagan, T. Nurses take the lead in continence work. Nurs Stand. 1990 Jun 27-Jul 3; 4: 24-28 |

     © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

---

**44252**  Hage, J. J., Bouman, F. G., Bloem, J. J. Construction of the fixed part of the neourethra in female-to-male transsexuals: experience in 53 patients. Plast Reconstr Surg. 1993 Apr; 91: 904-10; discussion 911-3

**3115**  Hage, J.J., Bouman, F.G., and Bloem, J.J. Construction of the fixed part of the neourethra in female-to-male transsexuals: experience in 53 patients. Plast Reconstr Surg. 1993 Apr; 91: 904-10;discussion911-3

**11694**  Haggar, V. Continence. Cultural challenge. Nurs Times. 1994 Apr 13-19; 90: 71-2

**42796**  Haggar, V. Foreign policy. Nurs Times. 1997 Apr 9-15; 93: 78

**43491**  Haggar, V. Strong developments. Nurs Times. 1995 Aug 16-22; 91: 53-4

**42918**  Hagglof, B., Andren, O., Bergstrom, E., Marklund, L., Wendelius, M. Self-esteem before and after treatment in children with nocturnal enuresis and urinary incontinence. Scand J Urol Nephrol Suppl. 1997; 183: 79-82

**42384**  Hagglof, B., Andren, O., Bergstrom, E., Marklund, L., Wendelius, M. Self-esteem in children with nocturnal enuresis and urinary incontinence: improvement of self-esteem after treatment. Eur Urol. 1998; 33 Suppl 3: 16-9

**41658**  Hagglund, D., Olsson, H., Leppert, J. Urinary incontinence: an unexpected large problem among young females. Results from a population-based study. Fam Pract. 1999 Oct; 16: 506-9

**10242**  Hagglund, D., Walker-Engstrom, M. L., Larsson, G., Leppert, J. Quality of life and seeking help in women with urinary incontinence. Acta Obstet Gynecol Scand. 2001 Nov; 80: 1051-5

**55070**  Hagglund, D., Walker-Engstrom, M. L., Larsson, G., Leppert, J. Reasons why women with long-term urinary incontinence do not seek professional help: a cross-sectional population-based cohort study. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 296-304; discussion 304

**11383**  Hahn, I., Milsom, I. Treatment of female stress urinary incontinence with a new anatomically shaped vaginal device (Conveen Continence Guard). Br J Urol. 1996 May; 77: 711-5

**11779**  Hahn, I., Milsom, I., Fall, M., Ekelund, P. Long-term results of pelvic floor training in female stress urinary incontinence. Br J Urol. 1993 Oct; 72: 421-7

**11456**  Hahn, I., Milsom, I., Ohlsson, B. L., Ekelund, P., Uhlemann, C., Fall, M. Comparative assessment of pelvic floor function using vaginal cones, vaginal digital palpation and vaginal pressure measurements. Gynecol Obstet Invest. 1996; 41: 269-74

**10458**  Hahnfeld, L. E., Nakada, S. Y., Moon, T. D. Identification of microtacks in the bladder after laparoscopic pelvic surgery. Urology. 1999 Jul; 54: 162

**3388**  Haight, B.K., Jeter, K.F., and Wells, T.J. Urinary incontinence: two viewpoints. J Gerontol Nurs. 1992 Jun; 18: 41-45

**3883**  Haimanot, R.T. Neurological complications of endemic skeletal fluorosis, with special emphasis on radiculo-myelopathy. Paraplegia. 1990 May; 28: 244-251

**40738**  Hakenberg, O. W., Ebermayer, J., Manseck, A., Wirth, M. P. Application of the Mitrofanoff principle for intermittent self- catheterization in quadriplegic patients. Urology. 2001 Jul; 58: 38-42

**54450**  Halachmi, S., Farhat, W., Metcalfe, P., Bagli, D. J., McLorie, G. A., Khoury, A. E. Efficacy of polydimethylsiloxane injection to the bladder neck and leaking diverting stoma for urinary continence. J Urol. 2004 Mar; 171: 1287-90

**56260**  Halaska, M., Ralph, G., Wiedemann, A., Primus, G., Ballering-Bruhl, B., Hofner, K., Jonas, U. Controlled, double-blind, multicentre clinical trial to investigate long-term tolerability and efficacy of trospium chloride in patients with detrusor instability. World J Urol. 2003 May; 20: 392-9

**10879**  Hale, D. S., Benson, J. T., Brubaker, L., Heidkamp, M. C., Russell, B. Histologic analysis of needle biopsy of urethral sphincter from women with normal and stress incontinence with comparison of electromyographic findings. Am J Obstet Gynecol. 1999 Feb; 180: 342-8

**30732**  Hale, D. S., Rogers, R. M.,  Jr Abdominal sacrospinous ligament colposuspension. Obstet Gynecol. 1999 Dec; 94: 1039-41

**44745**  Halio, J. H. Urinary incontinence in the elderly. J Am Geriatr Soc. 1991 Mar; 39: 315

---

  © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 3780 | Halio, J.H. Urinary incontinence in the elderly [letter]. J Am Geriatr Soc. 1991 Mar; 39: 315 |
| 42973 | Hall, A. F., Theofrastous, J. P., Cundiff, G. W., Harris, R. L., Hamilton, L. F., Swift, S. E., Bump, R. C. Interobserver and intraobserver reliability of the proposed International Continence Society, Society of Gynecologic Surgeons, and American Urogynecologic Society pelvic organ prolapse classification system. Am J Obstet Gynecol. 1996 Dec; 175: 1467-70; discussion 1470-1 |
| 40639 | Hall, J. A., Nelson, M. A., Meyer, J. W., Williamson, T., Wagner, S. Costs and resources associated with the treatment of overactive bladder using retrospective medical care claims data. Manag Care Interface. 2001 Aug; 14: 69-75 |
| 11396 | Hall, J., Napier-Hemy, R., O'Reilly, P. H. Osteomyelitis complicating Burch colposuspension. Br J Urol. 1996 Mar; 77: 470-1 |
| 11204 | Haller, K. B. Coming out of the (water) closet. J Obstet Gynecol Neonatal Nurs. 1997 Jul-Aug; 26: 370 |
| 11307 | Halligan, S., Spence-Jones, C., Kamm, M. A., Bartram, C. I. Dynamic cystoproctography and physiological testing in women with urinary stress incontinence and urogenital prolapse. Clin Radiol. 1996 Nov; 51: 785-90 |
| 40557 | Halverson, A. L., Hull, T. L., Paraiso, M. F., Floruta, C. Outcome of sphincteroplasty combined with surgery for urinary incontinence and pelvic organ prolapse. Dis Colon Rectum. 2001 Oct; 44: 1421-6 |
| 42313 | Halverson, A. L., Orkin, B. A. Which physiologic tests are useful in patients with constipation?. Dis Colon Rectum. 1998 Jun; 41: 735-9 |
| 3055 | Hamano, S., Nakanishi, Y., Nara, T., Seki, T., Ohtani, T., Oishi, T., Joh, K., Oikawa, T., Muramatsu, Y., Ogawa, Y., et al. Neurological manifestations of hemorrhagic colitis in the outbreak of Escherichia coli O157:H7 infection in Japan. Acta Paediatr. 1993 May; 82: 454-458 |
| 53230 | Hamid, R., Khastgir, J., Arya, M., Patel, H. R., Shah, P. J. Experience of tension-free vaginal tape for the treatment of stress incontinence in females with neuropathic bladders. Spinal Cord. 2003 Feb; 41: 118-21 |
| 3539 | Hamilton, S., Flood, H.D., Shetty, M.K., and Grainger, R. Radiology of the AS 800 artificial urinary sphincter; normal appearances and complications. Eur J Radiol. 1991 Sep-Oct; 13: 122-125 |
| 40443 | Hammel, S. P., Bjorling, D. E. Results of vulvoplasty for treatment of recessed vulva in dogs. J Am Anim Hosp Assoc. 2002 Jan-Feb; 38: 79-83 |
| 59102 | Hampel, C., Artibani, W., Espuna Pons, M., Haab, F., Jackson, S., Romero, J., Gavart, S., Papanicolaou, S. Understanding the burden of stress urinary incontinence in Europe: a qualitative review of the literature. Eur Urol. 2004 Jul; 46: 15-27 |
| 42567 | Hampel, C., Wienhold, D., Benken, N., Eggersmann, C., Thuroff, J. W. Definition of overactive bladder and epidemiology of urinary incontinence. Urology. 1997 Dec; 50: 4-14; discussion 15-7 |
| 42905 | Hampel, C., Wienhold, D., Benken, N., Eggersmann, C., Thuroff, J. W. Prevalence and natural history of female incontinence. Eur Urol. 1997; 32 Suppl 2: 3-12 |
| 41911 | Hampel, C., Wienhold, D., Dahms, S. E., Thuroff, J. W. Heterogeneity in epidemiological investigations of bladder control problems: a problem of definition. BJU Int. 1999 Mar; 83 Suppl 2: 10-5 |
| 44351 | Hamvas, A., Nagy, F., Tanko, A. The role of Melipramine in the treatment of bladder instability. Ther Hung. 1993; 41: 150-2 |
| 59163 | Hamzeh, R., Oligbo, N. Tension-free tape procedure for a woman with a transplanted kidney. BJOG. 2005 Apr; 112: 508 |
| 57490 | Han, P. Y., Ezquerro, R., Pan, K. M., Hwang, S., Chung, Y., Lu, J. J. Comorbidities associated with diabetic foot complications among Asian Americans in southern California. J Am Podiatr Med Assoc. 2003 Jan-Feb; 93: 37-41 |
| 3202 | Hanau, C.A., Chancellor, M.B., Alexander, A., Rishi, M., and Jordan, A.G. Fine-needle aspiration of a periurethral Teflon-filled cyst following radical prostatectomy. Diagn Cytopathol. 1992; 8: 614-616 |
| 11192 | Hancock, R., Bender, P., Dayhoff, N., Nyhuis, A. Factors associated with nursing interventions to reduce incontinence in hospitalized older adults. Urol Nurs. 1996 Sep; 16: 79-85 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

**SUI Guidelines Panel**

| | |
|---|---|
| 11333 | Handa, V. L., Harris, T. A., Ostergard, D. R. Protecting the pelvic floor: obstetric management to prevent incontinence and pelvic organ prolapse. Obstet Gynecol. 1996 Sep; 88: 470-8 |
| 59045 | Handa, V. L., Harvey, L., Fox, H. E., Kjerulff, K. H. Parity and route of delivery: does cesarean delivery reduce bladder symptoms later in life?. Am J Obstet Gynecol. 2004 Aug; 191: 463-9 |
| 11297 | Handa, V. L., Jensen, J. K., Germain, M. M., Ostergard, D. R. Banked human fascia lata for the suburethral sling procedure: a preliminary report. Obstet Gynecol. 1996 Dec; 88: 1045-9 |
| 10738 | Handa, V. L., Jensen, J. K., Ostergard, D. R. Stress urinary incontinence at rest. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 290-4 |
| 11541 | Handa, V. L., Jensen, J. K., Ostergard, D. R. The effect of patient position on proximal urethral mobility. Obstet Gynecol. 1995 Aug; 86: 273-6 |
| 50510 | Handa, V. L., Massof, R. W. Measuring the severity of stress urinary incontinence using the Incontinence Impact Questionnaire. Neurourol Urodyn. 2004; 23: 27-32 |
| 10457 | Handa, V. L., Stone, A. Erosion of a fascial sling into the urethra. Urology. 1999 Nov; 54: 923 |
| 3159 | Handler, M.S., Johnson, L.M., Dick, A.R., and Batnitzky, S. Neurosarcoidosis with unusual MRI findings. Neuroradiology. 1993; 35: 146-148 |
| 41211 | Hankey, G. J., Jamrozik, K., Broadhurst, R. J., Forbes, S., Burvill, P. W., Anderson, C. S., Stewart-Wynne, E. G. Five-year survival after first-ever stroke and related prognostic factors in the Perth Community Stroke Study. Stroke. 2000 Sep; 31: 2080-6 |
| 42172 | Hankins, G. D. Lower thoracic spinal cord injury--a severe complication of shoulder dystocia. Am J Perinatol. 1998 Jul; 15: 443-4 |
| 3327 | Hanley, J. Choosing garments to aid incontinence. Nurs Times. 1992 Jul 1-7; 88: 50-51 |
| 40848 | Hanley, J., Capewell, A., Hagen, S. Validity study of the severity index, a simple measure of urinary incontinence in women. BMJ. 2001 May 5; 322: 1096-7 |
| 40325 | Hannah, M. E., Hannah, W. J., Hodnett, E. D., Chalmers, B., Kung, R., Willan, A., Amankwah, K., Cheng, M., Helewa, M., Hewson, S., Saigal, S., Whyte, H., Gafni, A. Outcomes at 3 months after planned cesarean vs planned vaginal delivery for breech presentation at term: the international randomized Term Breech Trial. JAMA. 2002 Apr 10; 287: 1822-31 |
| 11301 | Hannah, S. L., Chin, A. Laparoscopic retropubic urethropexy. J Am Assoc Gynecol Laparosc. 1996 Nov; 4: 47-52 |
| 40983 | Hannah, S. L., Roland, B., Gengenbacher, P. M. Extraperitoneal retropubic laparoscopic urethropexy. J Am Assoc Gynecol Laparosc. 2001 Feb; 8: 107-10 |
| 3412 | Hannappel, J., Krieger, S. Subjective and clinical results after transurethral resection and suprapubic prostatectomy in benign prostatic hypertrophy. Eur Urol. 1991; 20: 272-276 |
| 59012 | Hannestad, Y. S., Lie, R. T., Rortveit, G., Hunskaar, S. Familial risk of urinary incontinence in women: population based cross sectional study. BMJ. 2004 Oct 16; 329: 889-91 |
| 53010 | Hannestad, Y. S., Rortveit, G., Daltveit, A. K., Hunskaar, S. Are smoking and other lifestyle factors associated with female urinary incontinence? The Norwegian EPINCONT Study. BJOG. 2003 Mar; 110: 247-54 |
| 10042 | Hannestad, Y. S., Rortveit, G., Hunskaar, S. Help-seeking and associated factors in female urinary incontinence. The Norwegian EPINCONT Study. Epidemiology of Incontinence in the County of Nord-Trondelag. Scand J Prim Health Care. 2002 Jun; 20: 102-7 |
| 10512 | Hannestad, Y. S., Rortveit, G., Sandvik, H., Hunskaar, S. A community-based epidemiological survey of female urinary incontinence: the Norwegian EPINCONT study. Epidemiology of Incontinence in the County of Nord-Trondelag. J Clin Epidemiol. 2000 Nov; 53: 1150-7 |
| 3366 | Hansson, S. Urinary incontinence in children and associated problems. Scand J Urol Nephrol Suppl. 1992; 141: 47-55;discussion56-7 |

# American Urological Association, Inc.
### SUI Guidelines Panel

**Master Bibliography**
**sorted by Primary Author and Title**

45030  Hansson, S., Hjalmas, K., Jodal, U., Sixt, R. Lower urinary tract dysfunction in girls with untreated asymptomatic or covert bacteriuria. J Urol. 1990 Feb; 143: 333-5

3149  Hanzal, E., Berger, E., and Koelbl, H. Levator ani muscle morphology and recurrent genuine stress incontinence. Obstet Gynecol. 1993 Mar; 81: 426-429

3569  Hanzal, E., Berger, E., and Koelbl, H. Reliability of the urethral closure pressure profile during stress in the diagnosis of genuine stress incontinence. Br J Urol. 1991 Oct; 68: 369-371

11823  Hanzal, E., Berger, E., Koelbl, H. Levator ani muscle morphology and recurrent genuine stress incontinence. Obstet Gynecol. 1993 Mar; 81: 426-9

11950  Hanzal, E., Berger, E., Koelbl, H. Reliability of the urethral closure pressure profile during stress in the diagnosis of genuine stress incontinence. Br J Urol. 1991 Oct; 68: 369-71

11749  Hanzal, E., Joura, E. M., Haeusler, G., Koelbl, H. Influence of catheterisation on the results of sonographic urethrocystography in patients with genuine stress incontinence. Arch Gynecol Obstet. 1994; 255: 189-93

3590  Hara, M., Watanabe, M., and Tagami, H. Jacquet erosive diaper dermatitis in a young girl with urinary incontinence. Pediatr Dermatol. 1991 Jun; 8: 160-161

44695  Hara, M., Watanabe, M., Tagami, H. Jacquet erosive diaper dermatitis in a young girl with urinary incontinence. Pediatr Dermatol. 1991 Jun; 8: 160-1

44500  Harada, T., Levounis, P., Constantinou, C. E. Rapid evaluation of the efficacy of pharmacologic agents and their analogs in enhancing bladder capacity and reducing the voiding frequency. J Pharmacol Toxicol Methods. 1992 Apr; 27: 119-26

57520  Harari, D., Coshall, C., Rudd, A. G., Wolfe, C. D. New-onset fecal incontinence after stroke: prevalence, natural history, risk factors, and impact. Stroke. 2003 Jan; 34: 144-50

44036  Harari, D., Malone-Lee, J., Ridgway, G. L. An age-related investigation of urinary tract symptoms and infection following urodynamic studies. Age Ageing. 1994 Jan; 23: 62-4

3500  Harari, D., Malone-Lee, J.G. Oxybutynin and incontinence during grand mal seizures. Br J Urol. 1991 Dec; 68: 658

11330  Hardiman, P. J., Drutz, H. P. Sacrospinous vault suspension and abdominal colposacropexy: success rates and complications. Am J Obstet Gynecol. 1996 Sep; 175: 612-6

11798  Harewood. L. M. Laparoscopic needle colposuspension for genuine stress incontinence. J Endourol. 1993 Aug; 7: 319-22

3088  Harke, J.M., Richgels, K. Barriers to implementing a continence program in nursing homes. Clin Nurs Res. 1992 May; 1: 158-168

59114  Harmanli, O. H., Dandolu, V., Chatwani, A. J. Collagen content as a risk factor for urinary incontinence. JAMA. 2004 May 26; 291: 2431-2

55220  Harmanli, O. H., Dandolu, V., Chatwani, A. J., Grody, M. T. Total colpocleisis for severe pelvic organ prolapse. J Reprod Med. 2003 Sep; 48: 703-6

57390  Harper, N., Dunkley, C., Hume, D. Sedation using remifentanil. Anaesthesia. 2003 Feb; 58: 197-8

41207  Harrington, C., Zimmerman, D., Karon, S. L., Robinson, J., Beutel, P. Nursing home staffing and its relationship to deficiencies. J Gerontol B Psychol Sci Soc Sci. 2000 Sep; 55: S278-87

44525  Harrington, W. J., Jr, Sheramata, W., Cabral, L. Danazol for urinary incontinence in tropical spastic paraparesis. Lancet. 1992 Feb 8; 339: 368

44580  Harrington, W. J., Jr, Sheramata, W. A., Snodgrass, S. R., Emerson, S., Phillips, S., Berger, J. R. Tropical spastic paraparesis/HTLV-1-associated myelopathy (TSP/HAM): treatment with an anabolic steroid danazol. AIDS Res Hum Retroviruses. 1991 Dec; 7: 1031-4

3499  Harrington, W.J., Jr., Sheramata, W., and Cabral, L. Danazol for urinary incontinence in tropical spastic paraparesis [letter]. Lancet. 1992 Feb 8; 339: 368

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

| | |
|---|---|
| 3422 | Harrington, W.J., Jr., Sheremata, W.A., Snodgrass, S.R., Emerson, S., Phillips, S., and Berger, J.R. Tropical spastic paraparesis/HTLV-1-associated myelopathy (TSP/HAM): treatment with an anabolic steroid danazol. AIDS Res Hum Retroviruses. 1991 Dec; 7: 1031-1034 |
| 41798 | Harris, A. Impact of urinary incontinence on the quality of life of women. Br J Nurs. 1999 Mar 25-Apr 7; 8: 375-80 |
| 41386 | Harris, C. F., Cooper, C. S., Hutcheson, J. C., Snyder, H. M., 3rd Appendicovesicostomy: the mitrofanoff procedure-a 15-year perspective. J Urol. 2000 Jun; 163: 1922-6 |
| 40056 | Harris, P. F. Medical issues and hormone replacement therapy. Curr Womens Health Rep. 2002 Oct; 2: 373-81 |
| 11080 | Harris, R. L., Cundiff, G. W., Coates, K. W., Addison, W. A., Bump, R. C. Urethral prolapse after collagen injection. Am J Obstet Gynecol. 1998 Mar; 178: 614-5 |
| 10923 | Harris, R. L., Cundiff, G. W., Coates, K. W., Bump, R. C. Urinary incontinence and pelvic organ prolapse in nulliparous women. Obstet Gynecol. 1998 Dec; 92: 951-4 |
| 11137 | Harris, R. L., Cundiff, G. W., Theofrastous, J. P., Yoon, H., Bump, R. C., Addison, W. A. The value of intraoperative cystoscopy in urogynecologic and reconstructive pelvic surgery. Am J Obstet Gynecol. 1997 Dec; 177: 1367-9; discussion 1369-71 |
| 11490 | Harris, R. L., Yancey, C. A., Wiser, W. L., Morrison, J. C., Meeks, G. R. Comparison of anterior colporrhaphy and retropubic urethropexy for patients with genuine stress urinary incontinence. Am J Obstet Gynecol. 1995 Dec; 173: 1671-4; discussion 1674-5 |
| 12047 | Harris, T. A., Bent, A. E. Genital prolapse with and without urinary incontinence. J Reprod Med. 1990 Aug; 35: 792-8 |
| 11698 | Harrison, G. L., Memel, D. S. Urinary incontinence in women: its prevalence and its management in a health promotion clinic. Br J Gen Pract. 1994 Apr; 44: 149-52 |
| 11836 | Harrison, S. C., Brown, C., O'Boyle, P. J. Periurethral Teflon for stress urinary incontinence: medium-term results. Br J Urol. 1993 Jan; 71: 25-7 |
| 3929 | Harrison, S.C., Abrams, P.H. The endoscopic video camera as an aid to the Stamey procedure. Br J Urol. 1990 Sep; 66: 329 |
| 3154 | Harrison, S.C., Brown, C., and OBoyle, P.J. Periurethral Teflon for stress urinary incontinence: medium-term results. Br J Urol. 1993 Jan; 71: 25-27 |
| 11304 | Harriss, D. R., Iacovou, J. W., Lemberger, R. J. Peri-urethral silicone microimplants (Macroplastique) for the treatment of genuine stress incontinence. Br J Urol. 1996 Nov; 78: 722-5; discussion 726-8 |
| 41867 | Hart, K. J., Palmer, M. H., Fitzgerald, S. Perceived causes of urinary incontinence and reporting: a study with working women. Clin Nurs Res. 1999 Feb; 8: 84-92 |
| 53050 | Hartanto, V. H., DiPiazza, D., Ankem, M. K., Baccarini, C., Lobby, N. J. Comparison of recovery from postoperative pain utilizing two sling techniques. Can J Urol. 2003 Feb; 10: 1759-63 |
| 52140 | Hartanto, V. H., Lightner, D. J., Nitti, V. W. Endoscopic evacuation of Durasphere. Urology. 2003 Jul; 62: 135-7 |
| 59232 | Hartmann, K., Viswanathan, M., Palmieri, R., Gartlehner, G., Thorp, J., Jr, Lohr, K. N. Outcomes of routine episiotomy: a systematic review. JAMA. 2005 May 4; 293: 2141-8 |
| 40670 | Hartnett, N. M., Saver, B. G. Is extended-release oxybutynin (Ditropan XL) or tolterodine (Detrol) more effective in the treatment of an overactive bladder?. J Fam Pract. 2001 Jul; 50: 571 |
| 52260 | Harvey, M. A. Pelvic floor exercises during and after pregnancy: a systematic review of their role in preventing pelvic floor dysfunction. J Obstet Gynaecol Can. 2003 Jun; 25: 487-98 |
| 40687 | Harvey, M. A., Baker, K., Wells, G. A. Tolterodine versus oxybutynin in the treatment of urge urinary incontinence: a meta-analysis. Am J Obstet Gynecol. 2001 Jul; 185: 56-61 |
| 40690 | Harvey, M. A., Kristjansson, B., Griffith, D., Versi, E. The Incontinence Impact Questionnaire and the Urogenital Distress Inventory: a revisit of their validity in women without a urodynamic diagnosis. Am J Obstet Gynecol. 2001 Jul; 185: 25-31 |

Appendix A5: Bibliography sorted by Primary Author

# American Urological Association, Inc.

**SUI Guidelines Panel**

---

**43800**   Hasan, S. T., Marshall, C., Neal, D. E. Continent urinary diversion using the Mitrofanoff principle. Br J Urol. 1994 Oct; 74: 454-9

**42114**   Hasan, S. T., Neal, D. E. Neuromodulation in bladder dysfunction. Curr Opin Obstet Gynecol. 1998 Oct; 10: 395-9

**41248**   Hashimoto, M., Imamura, T., Tanimukai, S., Kazui, H., Mori, E. Urinary incontinence: an unrecognised adverse effect with donepezil. Lancet. 2000 Aug 12; 356: 568

**43198**   Haslam, J. Continence. Working together. Nurs Times. 1996 Apr 10-16; 92: 68

**42799**   Haslam, J. Floor plan. Nurs Times. 1997 Apr 9-15; 93: 67-70

**50240**   Haslam, J. Nursing management of stress urinary incontinence in women. Br J Nurs. 2004 Jan 8-21; 13: 32-40

**59104**   Haslam, J. The prevalence of stress urinary incontinence in women. Nurs Times. 2004 May 18; 100: 71-3

**31051**   Hassink, E. A., Brugman-Boezeman, A. T., Robbroeckx, L. M., Rieu, P. N., van Kuyk, E. M., Wels, P. M., Festen, C. Parenting children with anorectal malformations: implications and experiences. Pediatr Surg Int. 1998 Jul; 13: 377-83

**44182**   Hassink, E. A., Rieu, P. N., Severijnen, R. S., vd Staak, F. H., Festen, C. Are adults content or continent after repair for high anal atresia? A long-term follow-up study in patients 18 years of age and older. Ann Surg. 1993 Aug; 218: 196-200

**3022**   Hassink, E.A., Rieu, P.N., Severijnen, R.S., vd-Staak, F.H., and Festen, C. Are adults content or continent after repair for high anal atresia? A long-term follow-up study in patients 18 years of age and older. Ann Surg. 1993 Aug; 218: 196-200

**44131**   Hasson, H. M. Cervical removal at hysterectomy for benign disease. Risks and benefits. J Reprod Med. 1993 Oct; 38: 781-90

**10883**   Hassouna, M. E., Ghoniem, G. M. Long-term outcome and quality of life after modified pubovaginal sling for intrinsic sphincteric deficiency. Urology. 1999 Feb; 53: 287-91

**55090**   Hatada, Y. Two-step surgical approach to labial adhesions in a postmenopausal woman. Acta Obstet Gynecol Scand. 2003 Nov; 82: 1054-5

**42806**   Hatch, R. C., Regan, K. S., Ishibashi, S., Nakazawa, M., Iwakura, K., Sumi, N. Seventy-eight-week dietary carcinogenicity study of (+/-)-4- diethylamino-1,1-dimethylbut-2-yn-1-yl 2-cyclohexyl-2-hydroxy-2- phenylacetate monohydrochloride monohydrate (NS-21), a novel drug for urinary frequency and incontinence, in mice. J Toxicol Sci. 1997 Apr; 22 Suppl 1: 275-87

**42805**   Hatch, R. C., Regan, K. S., Ishibashi, S., Nakazawa, M., Iwakura, K., Sumi, N. Two-year dietary carcinogenicity study of (+/-)-4-diethylamino-1, 1- dimethylbut-2-yn-1-yl 2-cyclohexyl-2-hydroxy-2-phenylacetate monohydrochloride monohydrate (NS-21), a novel drug for urinary frequency and incontinence, in rats. J Toxicol Sci. 1997 Apr; 22 Suppl 1: 289-306

**10041**   Hathaway, J. K., Choe, J. M. Intact genetic material is present in commercially processed cadaver allografts used for pubovaginal slings. J Urol. 2002 Sep; 168: 1040-3

**3379**   Hattori, T., Yasuda, K., Sakakibara, R., Yamanishi, T., Kitahara, H., and Hirayama, K. Micturitional disturbance in tumors of the lumbosacral area. J Spinal Disord. 1992 Jun; 5: 193-197

**44825**   Hattori, T., Yasuda, K., Sakakibara, R., Yamanishi, T., Kitahara, H., Hirayama, K. Micturitional disturbance in ossification of the posterior longitudinal ligament in the cervical spine. J Spinal Disord. 1990 Dec; 3: 285-7

**44467**   Hattori, T., Yasuda, K., Sakakibara, R., Yamanishi, T., Kitahara, H., Hirayama, K. Micturitional disturbance in tumors of the lumbosacral area. J Spinal Disord. 1992 Jun; 5: 193-7

**42621**   Hautmann, R. E. The ileal neobladder to the female urethra. Urol Clin North Am. 1997 Nov; 24: 827-35

**41183**   Hautmann, R. E., de Petriconi, R., Kleinschmidt, K., Gottfried, H. W., Gschwend, J. E. Orthotopic ileal neobladder in females: impact of the urethral resection line on functional results. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 224-9; discussion 230

**Appendix A5. Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**11469**  Hautmann, R. E., Paiss, T., de Petriconi, R. The ileal neobladder in women: 9 years of experience with 18 patients. J Urol. 1996 Jan; 155: 76-81

**3674**  Hautmann, R.E. The ileal neobladder. Acta Urol Belg. 1991; 59: 227-240

**3060**  Hautmann, R.E., Miller, K., Steiner, U., and Wenderoth, U. The ileal neobladder: 6 years of experience with more than 200 patients. J Urol. 1993 Jul; 150: 40-45

**3302**  Havranek, P., Hedlund, H., Rubenson, A., Guth, D., Husberg, M., Frykberg, T., and Larsson, L.T. Sacrococcygeal teratoma in Sweden between 1978 and 1989: long-term functional results. J Pediatr Surg. 1992 Jul; 27: 916-918

**44441**  Havranek, P., Hedlund, H., Rubenson, A., Guth, D., Husberg, M., Frykberg, T., Larsson, L. T. Sacrococcygeal teratoma in Sweden between 1978 and 1989: long-term functional results. J Pediatr Surg. 1992 Jul; 27: 916-8

**10152**  Hawkins, E., Taylor, D., Hughes-Nurse, J. Long term follow up of the cruciate fascial sling for women with genuine stress incontinence. BJOG. 2002 Mar; 109: 327-38

**10773**  Hawkyard, S., Poon, P., Morgan, D. R. Sertoli tumour presenting with stress incontinence in a patient with testicular feminization. BJU Int. 1999 Aug; 84: 382-3

**44245**  Hayden, D. W., Waters, D. J., Burke, B. A., Manivel, J. C. Disseminated malignant histiocytosis in a golden retriever: clinicopathologic, ultrastructural, and immunohistochemical findings. Vet Pathol. 1993 May; 30: 256-64

**3591**  Haydon, S. The hidden problem. Nurs Times. 1991 Oct 9-15; 87: 18-19

**41699**  Hayes, M. C., Bulusu, A., Terry, T., Mouriquand, P. D., Malone, P. S. The Pippi Salle urethral lengthening procedure; experience and outcome from three United Kingdom centres. BJU Int. 1999 Oct; 84: 701-5

**42960**  Hayes, S. Nurses take the lead. Nurs Times. 1996 Dec 11-17; 92: 53-4

**11717**  Haylen, B. T. Laparoscopic surgery for urinary incontinence. Med J Aust. 1994 Jan 3; 160: 42-3

**10655**  Haylen, B. T. Voiding difficulty in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 1-3

**10857**  Haylen, B. T., Cerqui, A. J., Meagher, A. P. Five-layer repair of rectovaginal fistula using a vaginal approach. A case report. Aust N Z J Obstet Gynaecol. 1999 Feb; 39: 131-3

**40264**  Hayn, M. A., Greco, S. J., Capuano, K., Byrnes, A. Compliance with pelvic floor exercise program: maintaining bladder symptom relief. Urol Nurs. 2000 Apr; 20: 129-31

**43682**  Hays, D. M., Raney, R. B., Wharam, M. D., Wiener, E., Lobe, T. E., Andrassy, R. J., Lawrence, W., Jr, Johnston, J., Webber, B., Maurer, H. M. Children with vesical rhabdomyosarcoma (RMS) treated by partial cystectomy with neoadjuvant or adjuvant chemotherapy, with or without radiotherapy. A report from the Intergroup Rhabdomyosarcoma Study (IRS) Committee. J Pediatr Hematol Oncol. 1995 Feb; 17: 46-52

**10388**  Hay-Smith, E. J., Bo Berghmans, L. C., Hendriks, H. J., de Bie, R. A., van Waalwijk van Doorn, E. S. Pelvic floor muscle training for urinary incontinence in women. Cochrane Database Syst Rev. 2001; : CD001407

**40166**  Hay-Smith, J., Herbison, P., Morkved, S. Physical therapies for prevention of urinary and faecal incontinence in adults. Cochrane Database Syst Rev. 2002; : CD003191

**10343**  Hedlund, H., Bo, K., Lilleas, F., Talseth, T., Tillung, T. The clinical value of dynamic magnetic resonance imaging in normal and incontinent women--a preliminary study on micturition. Scand J Urol Nephrol Suppl. 2001; : 87-91; discussion 106-25

**10198**  Hegarty, P. K., Power, P. C., O'Brien, M. F., Bredin, H. C. Longevity of the Marshall-Marchetti-Krantz procedure. Ann Chir Gynaecol. 2001; 90: 286-9

**42260**  Heidkamp, M. C., Leong, F. C., Brubaker, L., Russell, B. Pudendal denervation affects the structure and function of the striated, urethral sphincter in female rats. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 88-93

**59117**  Heidrich, S. M., Wells, T. J. Effects of urinary incontinence: psychological well-being and distress in older community-dwelling women. J Gerontol Nurs. 2004 May; 30: 47-54

# Appendix A5. Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

42472    Heinzlef, O., Paternotte, C., Mahieux, F., Prud'homme, J. F., Dien, J., Madigand, M., Pouget, J., Weissenbach, J., Roullet, E., Hazan, J. Mapping of a complicated familial spastic paraplegia to locus SPG4 on chromosome 2p. J Med Genet. 1998 Feb; 35: 89-93

11253    Heit, M. Infectious peritonitis complicating suprapubic catheter removal. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 47-9

10064    Heit, M. Intraurethral sonography and the test-retest reliability of urethral sphincter measurements in women. J Clin Ultrasound. 2002 Jul-Aug; 30: 349-55

10544    Heit, M. Intraurethral ultrasonography: correlation of urethral anatomy with functional urodynamic parameters in stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 204-11

10212    Heit, M. Prolonged urinary retention after collagen periurethral injections: a sequela of humoral immunity. Obstet Gynecol. 1997 Oct; 90: 693-5

10054    Heit, M. What is the scientific evidence for bone anchor use during bladder neck suspension?. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 143-4

59404    Heit, M., Blackwell, L., Ouseph, R. Comorbidities affect the impact of urinary incontinence as measured by disease-specific quality of life instruments. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 6-11; discussion 11

54560    Heit, M., Blackwell, L., Thomas, S., Ouseph, R. Prevalence and severity of urinary incontinence in kidney transplant recipients. Obstet Gynecol. 2004 Feb; 103: 352-8

11430    Heit, M., Brubaker, L. Clinical correlates in patients not completing a voiding diary. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 256-9

40147    Heit, M., Mudd, K., Culligan, P. Prevention of childbirth injuries to the pelvic floor. Curr Womens Health Rep. 2001 Aug; 1: 72-80

10407    Heit, M., Pasic, R., Levine, R. L. The clinical utility of a vaginal template designed to standardize suture placement during retropubic colposuspensions. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 42-5

11121    Heit, M., Vogt, V., Brubaker, L. An alternative statistical approach for predicting prolonged catheterization after Burch colposuspension during reconstructive pelvic surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 203-8

42023    Hejazi, N., Thaper, P. Y., Hassler, W. Nine cases of nontraumatic spinal epidural hematoma. Neurol Med Chir (Tokyo). 1998 Nov; 38: 718-23; discussion 723-4

42794    Helal, M., Austin, P., Spyropoulos, E., Pow-Sang, J., Persky, L., Lockhart, J. Evaluation and management of parastomal hernia in association with continent urinary diversion. J Urol. 1997 May; 157: 1630-2

57010    Hellerstein, S., Linebarger, J. S. Voiding dysfunction in pediatric patients. Clin Pediatr (Phila). 2003 Jan-Feb; 42: 43-9

44999    Hellstrom, A. L., Hanson, E., Hansson, S., Hjalmas, K., Jodal, U. Micturition habits and incontinence in 7-year-old Swedish school entrants. Eur J Pediatr. 1990 Mar; 149: 434-7

3797    Hellstrom, A., Hanson, E., Hansson, S., Hjalmas, K., and Jodal, U. Association between urinary symptoms at 7 years old and previous urinary tract infection [see comments]. Arch Dis Child. 1991 Feb; 66: 232-234

44760    Hellstrom, A., Hanson, E., Hansson, S., Hjalmas, K., Jodal, U. Association between urinary symptoms at 7 years old and previous urinary tract infection. Arch Dis Child. 1991 Feb; 66: 232-4

43497    Hellstrom, A., Hanson, E., Hansson, S., Hjalmas, K., Jodal, U. Micturition habits and incontinence at age 17-- reinvestigation ofa cohort studied at age 7. Br J Urol. 1995 Aug; 76: 231-4

3598    Hellstrom, A.L. Bladder symptoms and urinary infections. Nurs Times. 1991 Sep 11-17; 87: 55

4064    Hellstrom, A.L., Hanson, E., Hansson, S., Hjalmas, K., and Jodal, U. Micturition habits and incontinence in 7-year-old Swedish school entrants. Eur J Pediatr. 1990 Mar; 149: 434-437

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

3759    Hellstrom, L., Ekelund, P., Larsson, M., and Milsom, I. A comparison between experienced and objectively demonstrated urinary leakage in 85-year old men and women. Scand J Caring Sci. 1991; 5: 17-21

44779   Hellstrom, L., Ekelund, P., Larsson, M., Milsom, I. A comparison between experienced and objectively demonstrated urinary leakage in 85-year old men and women. Scand J Caring Sci. 1991; 5: 17-21

44344   Hellstrom, L., Ekelund, P., Larsson, M., Milsom, I. Adapting incontinent patients incontinence aids to their leakage volumes. Scand J Caring Sci. 1993; 7: 67-71

3819    Hellstrom, L., Ekelund, P., Milsom, I., and Mellstrom, D. The prevalence of urinary incontinence and use of incontinence aids in 85-year-old men and women. Age Ageing. 1990 Nov; 19: 383-389

44833   Hellstrom, L., Ekelund, P., Milsom, I., Mellstrom, D. The prevalence of urinary incontinence and use of incontinence aids in 85-year-old men and women. Age Ageing. 1990 Nov; 19: 383-9

44742   Hellstrom, P. A., Tammela, T. L., Kontturi, M. J., Lukkarinen, O. A. The bladder cooling test for urodynamic assessment: analysis of 400 examinations. Br J Urol. 1991 Mar; 67: 275-9

3730    Hellstrom, P.A., Tammela, T.L., Kontturi, M.J., and Lukkarinen, O.A. The bladder cooling test for urodynamic assessment: analysis of 400 examinations. Br J Urol. 1991 Mar; 67: 275-279

59211   Helstrom, L., Nilsson, B. Impact of vaginal surgery on sexuality and quality of life in women with urinary incontinence or genital descensus. Acta Obstet Gynecol Scand. 2005 Jan; 84: 79-84

11463   Helt, M., Benson, J. T., Russell, B., Brubaker, L. Levator ani muscle in women with genitourinary prolapse: indirect assessment by muscle histopathology. Neurourol Urodyn. 1996; 15: 17-29

43032   Helweg-Larsen, S. Clinical outcome in metastatic spinal cord compression. A prospective study of 153 patients. Acta Neurol Scand. 1996 Oct; 94: 269-75

59385   Hely, M. A., Morris, J. G., Reid, W. G., Trafficante, R. Sydney Multicenter Study of Parkinson's disease: non-L-dopa-responsive problems dominate at 15 years. Mov Disord. 2005 Feb; 20: 190-9

44501   Hemal, A. K. Re: Actinomycotic vesico-uterine fistula from a wishbone pessary contraceptive device. P. Buckley et al. Br. J. Urol., 68, 206-207, 1991. Br J Urol. 1992 Apr; 69: 442

40922   Hemal, A. K., Kumar, R., Nabi, G. Post-cesarean cervicovesical fistula: technique of laparoscopic repair. J Urol. 2001 Apr; 165: 1167-8

3417    Hemal, A.K. Re: Actinomycotic vesico-uterine fistula from a wishbone pessary contraceptive device. P. Buckley et al. Br. J. Urol., 68, 206-207, 1991 [letter]. Br J Urol. 1992 Apr; 69: 442

41719   Hemingway-Eltomey, J. M., Lerner, A. J. Adverse effects of donepezil in treating Alzheimer's disease associated with Down's syndrome. Am J Psychiatry. 1999 Sep; 156: 1470

4110    Hemsley, D. Continence: combining resources. Nurs Times. 1990 Feb 14-20; 86: 74

10562   Henalla, S. M., Hall, V., Duckett, J. R., Link, C., Usman, F., Tromans, P. M., van Veggel, L. A multicentre evaluation of a new surgical technique for urethral bulking in the treatment of genuine stress incontinence. BJOG. 2000 Aug; 107: 1035-9

57930   Henderson, J. S. It's a given, I think. Urol Nurs. 2002 Oct; 22: 302, 342

41554   Henderson, J. S., Kashka, M. S. Development and testing of the Urinary Incontinence Scales. Urol Nurs. 1999 Jun; 19: 109-19

42203   Hendren, W. H. Cloaca, the most severe degree of imperforate anus: experience with 195 cases. Ann Surg. 1998 Sep; 228: 331-46

11093   Hendren, W. H. Construction of a female urethra using the vaginal wall and a buttock flap: experience with 40 cases. J Pediatr Surg. 1998 Feb; 33: 180-7

11230   Hendren, W. H. The genetic male with absent penis and urethrorectal communication: experience with 5 patients. J Urol. 1997 Apr; 157: 1469-74

3314    Hendren, W.H. Ileal nipple for continence in cloacal exstrophy. J Urol. 1992 Aug; 148: 372-379

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

## American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

**55050** Hendrix, S. L. Long-term use of hormone therapy for urogenital complaints: is there a role?. Med Clin North Am. 2003 Sep; 87: 1029-37

**53320** Hendrix, S. L. Urinary incontinence and menopause: an evidence-based treatment approach. Dis Mon. 2002 Oct; 48: 622-36

**59171** Hendrix, S. L., Cochrane, B. B., Nygaard, I. E., Handa, V. L., Barnabei, V. M., Iglesia, C., Aragaki, A., Naughton, M. J., Wallace, R. B., McNeeley, S. G. Effects of estrogen with and without progestin on urinary incontinence. JAMA. 2005 Feb 23; 293: 935-48

**11529** Henley, C. The Henley staple-suture technique for laparoscopic Burch colposuspension. J Am Assoc Gynecol Laparosc. 1995 Aug; 2: 441-4

**43571** Henly, D. R., Barrett, D. M., Weiland, T. L., O'Connor, M. K., Malizia, A. A., Wein, A. J. Particulate silicone for use in periurethral injections: local tissue effects and search for migration. J Urol. 1995 Jun; 153: 2039-43

**41559** Hennessey, A., Robertson, N. P., Swingler, R., Compston, D. A. Urinary, faecal and sexual dysfunction in patients with multiple sclerosis. J Neurol. 1999 Nov; 246: 1027-32

**40326** Henningsohn, L., Wijkstrom, H., Dickman, P. W., Bergmark, K., Steineck, G. Distressful symptoms after radical radiotherapy for urinary bladder cancer. Radiother Oncol. 2002 Feb; 62: 215-25

**3556** Henriksen, T. Incontinence after stroke [letter] [see comments]. Lancet. 1991 Nov 23; 338: 1335

**43873** Henry, M. M. The role of pudendal nerve innervation in female pelvic floor function. Curr Opin Obstet Gynecol. 1994 Aug; 6: 324-5

**43258** Henry, T. Continence. Survey shows hidden problem. Nurs Times. 1996 Feb 14-20; 92: 62-6

**44963** Hensle, T. W., Connor, J. P., Burbige, K. A. Continent urinary diversion in childhood. J Urol. 1990 May; 143: 981-3

**43523** Hensle, T. W., Kirsch, A. J., Kennedy, W. A., 2nd, Reiley, E. A. Bladder neck closure in association with continent urinary diversion. J Urol. 1995 Aug; 154: 883-5

**42325** Hensle, T. W., Reiley, E. A., Chang, D. T. The Malone antegrade continence enema procedure in the management of patients with spina bifida. J Am Coll Surg. 1998 Jun; 186: 669-74

**4071** Hensle, T.W., Connor, J.P., and Burbige, K.A. Continent urinary diversion in childhood. J Urol. 1990 May; 143: 981-983

**31249** Heok, K. E., Li, T. S. Stress of caregivers of dementia patients in the Singapore Chinese family. Int J Geriatr Psychiatry. 1997 Apr; 12: 466-9

**42215** Herbert, J. Overcoming the pelvic flaw: exercises for continence. Prof Care Mother Child. 1998; 8: 39-41

**11813** Herbertsson, G., Iosif, C. S. Surgical results and urodynamic studies 10 years after retropubic colpourethrocystopexy. Acta Obstet Gynecol Scand. 1993 May; 72: 298-301

**10180** Herbison, P., Plevnik, S., Mantle, J. Weighted vaginal cones for urinary incontinence. Cochrane Database Syst Rev. 2002; : CD002114

**10639** Herbison, P., Plevnik, S., Mantle, J. Weighted vaginal cones for urinary incontinence. Cochrane Database Syst Rev. 2000; : CD002114

**44148** Herman, J. M., McLone, D. G., Storrs, B. B., Dauser, R. C. Analysis of 153 patients with myelomeningocele or spinal lipoma reoperated upon for a tethered cord. Presentation, management and outcome. Pediatr Neurosurg. 1993 Sep-Oct; 19: 243-9

**43774** Hernandez, R. D., Hurwitz, R. S., Foote, J. E., Zimmern, P. E., Leach, G. E. Nonsurgical management of threatened upper urinary tracts and incontinence in children with myelomeningocele. J Urol. 1994 Nov; 152: 1582-5

**59105** Herrmann, V., Arya, L. A., Myers, D. L., Jackson, N. D., Palma, P. C., Riccetto, C. L. Urethral resistance measurement: a new method for evaluation of stress urinary incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 208-11

---

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

10340    Herschorn, S. Current status of injectable agents for female stress urinary incontinence. Can J Urol. 2001 Jun; 8: 1281-9

59342    Herschorn, S., Becker, D., Miller, E., Thompson, M., Forte, L. Impact of a health education intervention in overactive bladder patients. Can J Urol. 2004 Dec; 11: 2430-7

10632    Herschorn, S., Glazer, A. A. Early experience with small volume periurethral polytetrafluoroethylene for female stress urinary incontinence. J Urol. 2000 Jun; 163: 1838-42

42170    Herschorn, S., Hewitt, R. J. Patient perspective of long-term outcome of augmentation cystoplasty for neurogenic bladder. Urology. 1998 Oct; 52: 672-8

11254    Herschorn, S., Radomski, S. B. Collagen injections for genuine stress urinary incontinence: patient selection and durability. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 18-24

44365    Herschorn, S., Radomski, S. B., Steele, D. J. Early experience with intraurethral collagen injections for urinary incontinence. J Urol. 1992 Dec; 148: 1797-800

3455    Herschorn, S., Radomski, S.B. Fascial slings and bladder neck tapering in the treatment of male neurogenic incontinence. J Urol. 1992 Apr; 147: 1073-1075

3238    Herschorn, S., Radomski, S.B., and Steele, D.J. Early experience with intraurethral collagen injections for urinary incontinence. J Urol. 1992 Dec; 148: 1797-1800

43858    Herschorn, S., Rangaswamy, S., Radomski, S. B. Urinary undiversion in adults with myelodysplasia: long-term followup. J Urol. 1994 Aug; 152: 329-33

11326    Herschorn, S., Steele, D. J., Radomski, S. B. Followup of intraurethral collagen for female stress urinary incontinence. J Urol. 1996 Oct; 156: 1305-9

44236    Herschorn, S., Thijssen, A. J., Radomski, S. B. Experience with the hemi-Kock ileocystoplasty with a continent abdominal stoma. J Urol. 1993 May; 149: 998-1001

3092    Herschorn, S., Thijssen, A.J., and Radomski, S.B. Experience with the hemi-Kock ileocystoplasty with a continent abdominal stoma. J Urol. 1993 May; 149: 998-1001

43976    Herzog, A. R., Diokno, A. C., Brown, M. B., Fultz, N. H., Goldstein, N. E. Urinary incontinence as a risk factor for mortality. J Am Geriatr Soc. 1994 Mar; 42: 264-8

45005    Herzog, A. R., Diokno, A. C., Brown, M. B., Normolle, D. P., Brock, B. M. Two-year incidence, remission, and change patterns of urinary incontinence in noninstitutionalized older adults. J Gerontol. 1990 Mar; 45: M67-74

4132    Herzog, A.R., Diokno, A.C., Brown, M.B., Normolle, D.P., and Brock, B.M. Two-year incidence, remission, and change patterns of urinary incontinence in noninstitutionalized older adults. J Gerontol. 1990 Mar; 45: M67-M74

4156    Herzog, A.R., Fultz, N.H. Prevalence and incidence of urinary incontinence in community-dwelling populations. J Am Geriatr Soc. 1990 Mar; 38: 273-281

42742    Heslington, K. Ambulatory bladder monitoring: is it an advance?. Br J Urol. 1997 Jul; 80 Suppl 1: 49-53

3249    Hesnan, K. ET nurses expanding our practice. Behavioral interventions for incontinence. Ostomy Wound Manage. 1992 Sep; 38: 12,14-6,17passim

3352    Hesnan, K.D., Runner-Heidt, C. Implementation of a hospital-based home care continence program. Urol Nurs. 1992 Jun; 12: 78-80

40270    Heuser, M., Zoller, G., Seseke, F., Zappel, H., Ringert, R. H. Bladder dysfunction in children with bilateral single ectopic ureters. J Pediatr Surg. 2002 May; 37: E15

30974    Hewson, A. D. Transvaginal sacrospinous colpopexy for posthysterectomy vault prolapse. Aust N Z J Obstet Gynaecol. 1998 Aug; 38: 318-24

41179    Hextall, A. Oestrogens and lower urinary tract function. Maturitas. 2000 Aug 31; 36: 83-92

40468    Hextall, A., Bidmead, J., Cardozo, L., Hooper, R. The impact of the menstrual cycle on urinary symptoms and the results of urodynamic investigation. BJOG. 2001 Nov; 108: 1193-6

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

10939   Hextall, A., Boos, K., Cardozo, L., Toozs-Hobson, P., Anders, K., Khullar, V. Videocystourethrography with a ring pessary in situ. A clinically useful preoperative investigation for continent women with urogenital prolapse?. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 205-9

10262   Hextall, A., Cardozo, L. The role of estrogen supplementation in lower urinary tract dysfunction. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 258-61

40421   Hicken, B. L., Putzke, J. D., Richards, J. S. Bladder management and quality of life after spinal cord injury. Am J Phys Med Rehabil. 2001 Dec; 80: 916-22

42174   Higley, P. With nature's help. Nurs Times. 1998 Aug 12-18; 94: 79-80

59155   Hijaz, A., Bena, J., Daneshgari, F. Long-term efficacy of a vaginal sling procedure in a rat model of stress urinary incontinence. J Urol. 2005 May; 173: 1817-9

44478   Hildebrand, J., Moussa, Z., Raftopoulos, C., Vanhouche, J., Laute, M. A., Przedborski, S. Variations of homovanillic acid levels in ventricular cerebrospinal fluid. Acta Neurol Scand. 1992 May; 85: 340-2

3335   Hildebrand, J., Moussa, Z., Raftopoulos, C., Vanhouche, J., Laute, M.A., and Przedborski, S. Variations of homovanillic acid levels in ventricular cerebrospinal fluid. Acta Neurol Scand. 1992 May; 85: 340-342

44936   Hill, D. E., Chantigian, P. M., Kramer, S. A. Pregnancy after augmentation cystoplasty. Surg Gynecol Obstet. 1990 Jun; 170: 485-7

44887   Hill, D. E., Kramer, S. A. Management of pregnancy after augmentation cystoplasty. J Urol. 1990 Aug; 144: 457-9; discussion 460

4040   Hill, D.E., Chantigian, P.M., and Kramer, S.A. Pregnancy after augmentation cystoplasty. Surg Gynecol Obstet. 1990 Jun; 170: 485-487

31724   Hill, J., Corson, R. J., Brandon, H., Redford, J., Faragher, E. B., Kiff, E. S. History and examination in the assessment of patients with idiopathic fecal incontinence. Dis Colon Rectum. 1994 May; 37: 473-7

55040   Hilton, E. L., Henderson, L. J. Lived female experience of chronic bladder cancer: a phenomenologic case study. Urol Nurs. 2003 Oct; 23: 349-54

10007   Hilton, P. Trials of surgery for stress incontinence--thoughts on the 'Humpty Dumpty principle'. BJOG. 2002 Oct; 109: 1081-8

11051   Hilton, P. Urodynamic findings in patients with urogenital fistulae. Br J Urol. 1998 Apr; 81: 539-42

59195   Hilton, P., Dolan, L. M. Pathophysiology of urinary incontinence and pelvic organ prolapse. BJOG. 2004 Dec; 111 Suppl 1: 5-9

11947   Hilton, P., Mayne, C. J. The Stamey endoscopic bladder neck suspension: a clinical and urodynamic investigation, including actuarial follow-up over four years. Br J Obstet Gynaecol. 1991 Nov; 98: 1141-9

53440   Hilton, P., Mohammed, K. A., Ward, K. Postural perineal pain associated with perforation of the lower urinary tract due to insertion of a tension-free vaginal tape. BJOG. 2003 Jan; 110: 79-82

11002   Hilton, P., Ward, A., Molloy, M., Umana, O. Periurethral injection of autologous fat for the treatment of post-fistula repair stress incontinence: a preliminary report. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 118-21

53590   Hilton, P., Ward, K. L. Pleasing some of the people none of the time. BMJ. 2002 Dec 7; 325: 1361

3746   Himsl, K.K., Hurwitz, R.S. Pediatric urinary incontinence. Urol Clin North Am. 1991 May; 18: 283-293

44279   Hinge, A. J. Incontinence in giant schnauzers. Vet Rec. 1993 Feb 6; 132: 144

40559   Hirai, K., Ishiko, O., Sumi, T., Hyun, Y., Nakagawa, E., Ogita, S. Indifference and resignation of Japanese women toward urinary incontinence. Int J Gynaecol Obstet. 2001 Oct; 75: 89-91

44194   Hiraizumi, Y., Transfeldt, E. E., Fujimaki, E., Nakabayashi, H., Ishikawa, T., Sato, H. Electrophysiologic evaluation of intermittent sacral nerve dysfunction in lumbar spinal canal stenosis. Spine. 1993 Aug; 18: 1355-60

54690   Hirata, H., Matsuyama, H., Yamakawa, G., Suga, A., Tatsumura, M., Ogata, H., Takemoto, M., Tomimatsu, K., Naito, K. Does surgical repair of pelvic prolapse improve patients' quality of life? Eur Urol. 2004 Feb; 45: 213-8

## American Urological Association, Inc.

**SUI Guidelines Panel**

---

**41210**  Hirono, N., Kitagaki, H., Kazui, H., Hashimoto, M., Mori, E. Impact of white matter changes on clinical manifestation of Alzheimer's disease: A quantitative study. Stroke. 2000 Sep; 31: 2182-8

**10848**  Hirsch, A., Weirauch, G., Steimer, B., Bihler, K., Peschers, U., Bergauer, F., Leib, B., Dimpfl, T. Treatment of female urinary incontinence with EMG-controlled biofeedback home training. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 7-10

**3367**  Hjalmas, K. Functional daytime incontinence: definitions and epidemiology. Scand J Urol Nephrol Suppl. 1992; 141: 39-44;discussion45-6

**42383**  Hjalmas, K. Nocturnal enuresis: basic facts and new horizons. Eur Urol. 1998; 33 Suppl 3: 53-7

**3373**  Hjalmas, K. Urinary incontinence in children: suggestions for definitions and terminology. Scand J Urol Nephrol Suppl. 1992; 141: 1-6;discussion18-9

**40884**  Hjalmas, K., Hellstrom, A. L., Mogren, K., Lackgren, G., Stenberg, A. The overactive bladder in children: a potential future indication for tolterodine. BJU Int. 2001 Apr; 87: 569-74

**3372**  Hjalmas, K., Passerini-Glazel, G., and Chiozza, M.L. Functional daytime incontinence: pharmacological treatment. Scand J Urol Nephrol Suppl. 1992; 141: 108-14;discussion115-6

**51030**  Hladik, M., Dubravicky, J., Pribylincova, V., Blasko, M. Current problems of diagnostics and treatment of urinary incontinence in females. Bratisl Lek Listy. 2003; 104: 163

**11294**  Ho, A. M., Roth, P., Cowan, W. D. Gaseous distention of the urinary bag indicating bladder perforation during laparoscopic pelvic procedures. Int J Gynaecol Obstet. 1996 Dec; 55: 297-8

**43818**  Ho, C. C., Yu, T. J. Urethral prolapse--a case report. Changgeng Yi Xue Za Zhi. 1994 Sep; 17: 289-91

**50680**  Ho, K. L., Witte, M. N., Bird, E. T. 8-ply small intestinal submucosa tension-free sling: spectrum of postoperative inflammation. J Urol. 2004 Jan; 171: 268-71

**40210**  Ho, N. C., Hadley, D. W., Jain, P. K., Francomano, C. A. Case 47: dural ectasia associated with Marfan syndrome. Radiology. 2002 Jun; 223: 767-71

**11622**  Ho, Y. H., Goh, H. S. The neurophysiological significance of perineal descent. Int J Colorectal Dis. 1995; 10: 107-11

**41897**  Hobgood, E. Midlife women and urinary incontinence: causes, lifestyles, and treatments. Medsurg Nurs. 1999 Feb; 8: 19-24

**41979**  Hocking, J. Continence problems: how to tackle reticence of patients. Nurs Times. 1999 Jan 6-12; 95: 56-8

**42702**  Hodder, J. Shy Drager syndrome. Axone. 1997 Jun; 18: 75-9

**41730**  Hodges, A. M. The Mitrofanoff urinary diversion for complex vesicovaginal fistulae: experience from Uganda. BJU Int. 1999 Sep; 84: 436-9

**41639**  Hodges, A. M. Vesico-vaginal fistula associated with uterine prolapse. Br J Obstet Gynaecol. 1999 Nov; 106: 1227-8

**42657**  Hodges, C. Continence care: choosing carefully. Nurs Times. 1997 Aug 27-Sep 2; 93: 48-50, 52

**59038**  Hodroff, M., Portis, A., Siegel, S. W. Endoscopic removal of intravesical polypropylene sling with the holmium laser. J Urol. 2004 Oct; 172: 1361-2

**41168**  Hoebeke, P., De Kuyper, P., Goeminne, H., Van Laecke, E., Everaert, K. Bladder neck closure for treating pediatric incontinence. Eur Urol. 2000 Oct; 38: 453-6

**57860**  Hoebeke, P., Renson, C., Petillon, L., Vande Walle, J., De Paepe, H. Percutaneous electrical nerve stimulation in children with therapy resistant nonneuropathic bladder sphincter dysfunction: a pilot study. J Urol. 2002 Dec; 168: 2605-7; discussion 2607-8

**40530**  Hoebeke, P., Van Laecke, E., Everaert, K., Renson, C., De Paepe, H., Raes, A., Vande Walle, J. Transcutaneous neuromodulation for the urge syndrome in children: a pilot study. J Urol. 2001 Dec; 166: 2416-9

# Appendix A5  Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

---

43585   Hoebeke, P., Van Laecke, E., Raes, A., Renson, C., Theunis, M., Vande Walle, J. Bladder function and non-neurogenic dysfunction in children: classification and terminology. Acta Urol Belg. 1995 May; 63: 93-8

41892   Hoebeke, P., Van Laecke, E., Raes, A., Van Gool, J. D., Vande Walle, J. Anomalies of the external urethral meatus in girls with non-neurogenic bladder sphincter dysfunction. BJU Int. 1999 Feb; 83: 294-8

40883   Hoebeke, P., Van Laecke, E., Van Camp, C., Raes, A., Van De Walle, J. One thousand video-urodynamic studies in children with non-neurogenic bladder sphincter dysfunction. BJU Int. 2001 Apr; 87: 575-80

42976   Hoebeke, P., Vande Walle, J., Theunis, M., De Paepe, H., Oosterlinck, W., Renson, C. Outpatient pelvic-floor therapy in girls with daytime incontinence and dysfunctional voiding. Urology. 1996 Dec; 48: 923-7

56370   Hoeijmakers, M., Janszen, B., Coert, A., Horspool, L. Pharmacokinetics of oestriol after repeated oral administration to dogs. Res Vet Sci. 2003 Aug; 75: 55-9

11595   Hoffman, M. S., Arango, H. Transvestibular retropubic bladder neck suspension. A pilot study. J Reprod Med. 1995 Mar; 40: 181-4

11382   Hoffman, M. S., Harris, M. S., Bouis, P. J. Sacrospinous colpopexy in the management of uterovaginal prolapse. J Reprod Med. 1996 May; 41: 299-303

44483   Hoffman, M. S., Roberts, W. S., Finan, M. A., Fiorica, J. V., Bryson, S. C., Ruffolo, E. H., Cavanagh, D. A comparative study of radical vulvectomy and modified radical vulvectomy for the treatment of invasive squamous cell carcinoma of the vulva. Gynecol Oncol. 1992 May; 45: 192-7

3402   Hoffman, M.S., Roberts, W.S., Finan, M.A., Fiorica, J.V., Bryson, S.C., Ruffolo, E.H., and Cavanagh, D. A comparative study of radical vulvectomy and modified radical vulvectomy for the treatment of invasive squamous cell carcinoma of the vulva. Gynecol Oncol. 1992 May; 45: 192-197

55870   Hofmeyr, G. J., Hannah, M. E. Planned caesarean section for term breech delivery. Cochrane Database Syst Rev. 2003; : CD000166

42658   Hogan, D. B. Revisiting the O complex: urinary incontinence, delirium and polypharmacy in elderly patients. CMAJ. 1997 Oct 15; 157: 1071-7

11340   Hogston, P. Treatment of urinary stress incontinence. Am J Obstet Gynecol. 1996 Aug; 175: 514-5

40740   Hohenfellner, M., Pannek, J., Botel, U., Dahms, S., Pfitzenmaier, J., Fichtner, J., Hutschenreiter, G., Thuroff, J. W. Sacral bladder denervation for treatment of detrusor hyperreflexia and autonomic dysreflexia. Urology. 2001 Jul; 58: 28-32

42228   Hohenfellner, M., Schultz-Lampel, D., Dahms, S., Matzel, K., Thuroff, J. W. Bilateral chronic sacral neuromodulation for treatment of lower urinary tract dysfunction. J Urol. 1998 Sep; 160: 821-4

43298   Hohlbrugger, G. Leaky urothelium and/or vesical ischemia enable urinary potassium to cause idiopathic urgency/frequency syndrome and urge incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 242-55

41188   Hohlbrugger, G., Riedl, C. Non-bacterial cystitis. Curr Opin Urol. 2000 Sep; 10: 371-80

10780   Hojberg, K. E., Salvig, J. D., Winslow, N. A., Lose, G., Secher, N. J. Urinary incontinence: prevalence and risk factors at 16 weeks of gestation. Br J Obstet Gynaecol. 1999 Aug; 106: 842-50

11615   Hol, M., van Bolhuis, C., Vierhout, M. E. Vaginal ultrasound studies of bladder neck mobility. Br J Obstet Gynaecol. 1995 Jan; 102: 47-53

41145   Hollabaugh, R. S., Jr, Steiner, M. S., Sellers, K. D., Samm, B. J., Dmochowski, R. R. Neuroanatomy of the pelvis: implications for colonic and rectal resection. Dis Colon Rectum. 2000 Oct; 43: 1390-7

10437   Hollabaugh, R. S., Steiner, M. S., Dmochowski, R. R. Neuroanatomy of the female continence complex: clinical implications. Urology. 2001 Feb; 57: 382-8

3227   Holland, M.S. Central anticholinergic syndrome in a pediatric patient following transdermal scopolamine patch placement. Nurse Anesth. 1992 Sep; 3: 121-124

3009   Hollander, J.B., Diokno, A.C. Urinary diversion and reconstruction in the patient with spinal cord injury. Urol Clin North Am. 1993 Aug; 20: 465-474

---

# American Urological Association, Inc.

## SUI Guidelines Panel

| | |
|---|---|
| 11568 | Holley, R. L., Varner, R. E., Kerns, D. J., Mestecky, P. J. Long-term failure of pelvic floor musculature exercises in treatment of genuine stress incontinence. South Med J. 1995 May; 88: 547-9 |
| 42524 | Hollins, S., Attard, M. T., von Fraunhofer, N., McGuigan, S., Sedgwick, P. Mortality in people with learning disability: risks, causes, and death certification findings in London. Dev Med Child Neurol. 1998 Jan; 40: 50-6 |
| 57540 | Hollis, C. Developmental precursors of child- and adolescent-onset schizophrenia and affective psychoses: diagnostic specificity and continuity with symptom dimensions. Br J Psychiatry. 2003 Jan; 182: 37-44 |
| 44618 | Hollowell, J. G., Hill, P. D., Duffy, P. G., Ransley, P. G. Bladder function and dysfunction in exstrophy and epispadias. Lancet. 1991 Oct 12; 338: 926-8 |
| 44221 | Hollowell, J. G., Hill, P. D., Duffy, P. G., Ransley, P. G. Evaluation and treatment of incontinence after bladder neck reconstruction in exstrophy and epispadias. Br J Urol. 1993 Jun; 71: 743-9 |
| 44417 | Hollowell, J. G., Hill, P. D., Duffy, P. G., Ransley, P. G. Lower urinary tract function after exstrophy closure. Pediatr Nephrol. 1992 Sep; 6: 428-32 |
| 3593 | Hollowell, J.G., Hill, P.D., Duffy, P.G., and Ransley, P.G. Bladder function and dysfunction in exstrophy and epispadias. Lancet. 1991 Oct 12; 338: 926-928 |
| 3017 | Hollowell, J.G., Hill, P.D., Duffy, P.G., and Ransley, P.G. Evaluation and treatment of incontinence after bladder neck reconstruction in exstrophy and epispadias. Br J Urol. 1993 Jun; 71: 743-749 |
| 3217 | Hollowell, J.G., Hill, P.D., Duffy, P.G., and Ransley, P.G. Lower urinary tract function after exstrophy closure. Pediatr Nephrol. 1992 Sep; 6: 428-432 |
| 3529 | Hollowell, J.G., Ransley, P.G. Surgical management of incontinence in bladder exstrophy. Br J Urol. 1991 Nov; 68: 543-548 |
| 41932 | Hollywood, B., O'Dowd, T. C. Female urinary incontinence: another common chronic illness. Br J Gen Pract. 1998 Nov; 48: 1727-8 |
| 40124 | Holmes, N. M., Coplen, D. E., Strand, W., Husmann, D., Baskin, L. S. Is bladder dysfunction and incontinence associated with ureteroceles congenital or acquired?. J Urol. 2002 Aug; 168: 718-9 |
| 12038 | Holmes, P. Cones for continence. Nurs Times. 1990 Sep 5-11; 86: 20-1 |
| 4190 | Holmes, P. Mind over bladder. Nurs Times. 1990 Jan 24-30; 86: 16-17 |
| 44523 | Holmes, S. A., Christmas, T. J., Kirby, R. S., Hendry, W. F. Cystectomy and substitution enterocystoplasty: alternative primary treatment for T2/3 bladder cancer. Br J Urol. 1992 Mar; 69: 260-4 |
| 3436 | Holmes, S.A., Christmas, T.J., Kirby, R.S., and Hendry, W.F. Cystectomy and substitution enterocystoplasty: alternative primary treatment for T2/3 bladder cancer. Br J Urol. 1992 Mar; 69: 260-264 |
| 54380 | Holroyd-Leduc, J. M., Straus, S. E. Management of urinary incontinence in women: clinical applications. JAMA. 2004 Feb 25; 291: 996-9 |
| 50200 | Holroyd-Leduc, J. M., Straus, S. E. Management of urinary incontinence in women: scientific review. JAMA. 2004 Feb 25; 291: 986-95 |
| 32163 | Holschneider, A. M. Secondary sagittal posterior anorectoplasty. Prog Pediatr Surg. 1990; 25: 103-17 |
| 11701 | Holschneider, C. H., Solh, S., Lebherz, T. B., Montz, F. J. The modified Pereyra procedure in recurrent stress urinary incontinence: a 15-year review. Obstet Gynecol. 1994 Apr; 83: 573-8 |
| 44278 | Holt, P. E. Incontinence in giant schnauzers. Vet Rec. 1993 Feb 20; 132: 199-200 |
| 44811 | Holt, P. E. Long-term evaluation of colposuspension in the treatment of urinary incontinence due to incompetence of the urethral sphincter mechanism in the bitch. Vet Rec. 1990 Dec 1; 127: 537-42 |
| 44264 | Holt, P. E. Surgical management of congenital urethral sphincter mechanism incompetence in eight female cats and a bitch. Vet Surg. 1993 Mar-Apr; 22: 98-104 |
| 44806 | Holt, P. E. Urinary incontinence in the bitch. Vet Rec. 1990 Dec 15; 127: 604 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Appendix A5 - Bibliography sorted by Primary Author

Case 1:12-cv-00560-BLW Document 104-3 Filed 05/10/13 Page 227 of 800 PageID #: 146302

American Urological Association, Inc.

Master Bibliography

SUI Guidelines Panel

sorted by Primary Author and Title

44471  Holt, P. E., Gibbs, C. Congenital urinary incontinence in cats: a review of 19 cases. Vet Rec. 1992 May 16; 130: 437-42

44736  Holt, P. E., Gregory, S. P. Can urethral pressure profilometry predict the response to colposuspension in bitches?. Vet Rec. 1991 Mar 23; 128: 281-2

41372  Holt, P. E., Jones, A. In vitro study of the significance of bladder neck position in incontinent bitches. Vet Rec. 2000 Apr 8; 146: 437-9

44877  Holt, P. E., Mair, T. S. Ten cases of bladder paralysis associated with sabulous urolithiasis in horses. Vet Rec. 1990 Aug 4; 127: 108-10

43618  Holt, P. E., Moore, A. H. Canine ureteral ectopia: an analysis of 175 cases and comparison of surgical treatments. Vet Rec. 1995 Apr 8; 136: 345-9

44168  Holt, P. E., Thrusfield, M. V. Association in bitches between breed, size, neutering and docking, and acquired urinary incontinence due to incompetence of the urethral sphincter mechanism. Vet Rec. 1993 Aug 21; 133: 177-80

42412  Holtedahl, K., Hunskaar, S. Prevalence, 1-year incidence and factors associated with urinary incontinence: a population based study of women 50-74 years of age in primary care. Maturitas. 1998 Jan 12; 28: 205-11

42268  Holtedahl, K., Verelst, M., Schiefloe, A. A population based, randomized, controlled trial of conservative treatment for urinary incontinence in women. Acta Obstet Gynecol Scand. 1998 Jul; 77: 671-7

41225  Holtedahl, K., Verelst, M., Schiefloe, A., Hunskaar, S. Usefulness of urodynamic examination in female urinary incontinence-- lessons from a population-based, randomized, controlled study of conservative treatment. Scand J Urol Nephrol. 2000 Jun; 34: 169-74

11037  Hom, D., Desautel, M. G., Lumerman, J. H., Feraren, R. E., Badlani, G. H. Pubovaginal sling using polypropylene mesh and Vesica bone anchors. Urology. 1998 May; 51: 708-13

11398  Homma, Y., Kawabe, K., Kageyama, S., Koiso, K., Akaza, H., Kakizoe, T., Koshiba, K., Yokoyama, E., Aso, Y. Injection of glutaraldehyde cross-linked collagen for urinary incontinence: two-year efficacy by self-assessment. Int J Urol. 1996 Mar; 3: 124-7

55080  Homma, Y., Paick, J. S., Lee, J. G., Kawabe, K. Clinical efficacy and tolerability of extended-release tolterodine and immediate-release oxybutynin in Japanese and Korean patients with an overactive bladder: a randomized, placebo-controlled trial. BJU Int. 2003 Nov; 92: 741-7

51720  Hong, B., Park, S., Kim, H. S., Choo, M. S. Factors predictive of urinary retention after a tension-free vaginal tape procedure for female stress urinary incontinence. J Urol. 2003 Sep; 170: 852-6

41086  Honjo, H., Naya, Y., Ukimura, O., Kojima, M., Miki, T. Acupuncture on clinical symptoms and urodynamic measurements in spinal- cord-injured patients with detrusor hyperreflexia. Urol Int. 2000; 65: 190-5

44274  Hooley, J. S. Kegel exercises. J Fla Med Assoc. 1993 Mar; 80: 213

3086   Hooley, J.S. Kegel exercises [letter]. J Fla Med Assoc. 1993 Mar; 80: 213

42682  Hooper, P., Tincello, D. G., Richmond, D. H. The use of salivary stimulant pastilles to improve compliance in women taking oxybutynin hydrochloride for detrusor instability: a pilot study. Br J Urol. 1997 Sep; 80: 414-6

42563  Hope, T., Keene, J., Gedling, K., Cooper, S., Fairburn, C., Jacoby, R. Behaviour changes in dementia. 1: Point of entry data of a prospective study. Int J Geriatr Psychiatry. 1997 Nov; 12: 1062-73

11855  Hopkins, M. P., Morley, G. W. Pelvic exenteration for the treatment of vulvar cancer. Cancer. 1992 Dec 15; 70: 2835-8

43979  Hoppe, A. E. Increasing hope for the incontinent bitch. Br Vet J. 1994 Mar-Apr; 150: 113-4

12050  Horbach, N. S. Problems in the clinical diagnosis of stress incontinence. J Reprod Med. 1990 Aug; 35: 751-7

11663  Horbach, N. S., Ostergard, D. R. Predicting intrinsic urethral sphincter dysfunction in women with stress urinary incontinence. Obstet Gynecol. 1994 Aug; 84: 188-92

## American Urological Association, Inc.

**SUI Guidelines Panel**

57910   Hordienko, G., Smith, J. The Wound, Ostomy and Continence Nursing Conference--a Canadian perspective. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 275

56640   Horimoto, Y., Matsumoto, M., Akatsu, H., Ikari, H., Kojima, K., Yamamoto, T., Otsuka, K., Ojika, K., Ueda, R., Kosaka, K. Autonomic dysfunctions in dementia with Lewy bodies. J Neurol. 2003 May; 250: 530-3

51410   Horowitz, I. R. What's new in gynecology and obstetrics. J Am Coll Surg. 2003 Oct; 197: 612-9

59393   Horrocks, S., Somerset, M., Stoddart, H., Peters, T. J. What prevents older people from seeking treatment for urinary incontinence? A qualitative exploration of barriers to the use of community continence services. Fam Pract. 2004 Dec; 21: 689-96

44770   Hosker, G. L. Commentary. Detrusor instability--current management. Br J Obstet Gynaecol. 1991 Jan; 98: 114-5

11683   Hosker, G. L., Mallet, V. T. Denervation and re-innervation of the urethral sphincter in the aetiology of genuine stress incontinence and a comparison of bioelectrical and mechanical activity of the female urethra. Br J Obstet Gynaecol. 1994 Jun; 101: 559-60

 3807   Hosker, G.L. Commentary. Detrusor instability--current management [letter] [published erratum appears in Br J Obstet Gynaecol 1991 Feb;98(2):226] [comment]. Br J Obstet Gynaecol. 1991 Jan; 98: 114-115

44015   Houser, E. E., Bartholomew, T. H., Cookson, M. S., Marlin, A. E., Little, N. A. A prospective evaluation of leak point pressure, bladder compliance and clinical status in myelodysplasia patients with tethered spinal cords. J Urol. 1994 Jan; 151: 177-80; discussion 180-1

 3141   Houston, K.A. Incontinence and the older woman. Clin Geriatr Med. 1993 Feb; 9: 157-171

10643   Howard, D., Delancey, J. O., Tunn, R., Ashton-Miller, J. A. Racial differences in the structure and function of the stress urinary continence mechanism. Obstet Gynecol. 2000 May; 95: 713-7

10662   Howard, D., Miller, J. M., Delancey, J. O., Ashton-Miller, J. A. Differential effects of cough, valsalva, and continence status on vesical neck movement. Obstet Gynecol. 2000 Apr; 95: 535-40

52770   Ho-Yin, P. L., Man-Wah, P., Shing-Kai, Y. Effects of aging on generic SF-36 quality of life measurements in Hong Kong Chinese women with urinary incontinence. Acta Obstet Gynecol Scand. 2003 Mar; 82: 275-9

10282   Hoyte, L., Fielding, J. R., Versi, E., Mamisch, C., Kolvenbach, C., Kikinis, R. Variations in levator ani volume and geometry in women: the application of MR based 3D reconstruction in evaluating pelvic floor dysfunction. Arch Esp Urol. 2001 Jul-Aug; 54: 532-9

59013   Hoyte, L., Jakab, M., Warfield, S. K., Shott, S., Flesh, G., Fielding, J. R. Levator ani thickness variations in symptomatic and asymptomatic women using magnetic resonance-based 3-dimensional color mapping. Am J Obstet Gynecol. 2004 Sep; 191: 856-61

10307   Hoyte, L., Schierlitz, L., Zou, K., Flesh, G., Fielding, J. R. Two- and 3-dimensional MRI comparison of levator ani structure, volume, and integrity in women with stress incontinence and prolapse. Am J Obstet Gynecol. 2001 Jul; 185: 11-9

41010   Hruby, G., Choo, R., Lehman, M., Herschorn, S., Kapusta, L. Female clear cell adenocarcinoma arising within a urethral diverticulum. Can J Urol. 2000 Dec; 7: 1160-3

40003   Hsieh, C. L., Sheu, C. F., Hsueh, I. P., Wang, C. H. Trunk control as an early predictor of comprehensive activities of daily living function in stroke patients. Stroke. 2002 Nov; 33: 2626-30

10406   Hsieh, G. C., Klutke, J. J., Kobak, W. H. Low valsalva leak-point pressure and success of retropubic urethropexy. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 46-50

41257   Hsu, J. W., Wang, Y. C., Lin, C. C., Bai, Y. M., Chen, J. Y., Chiu, H. J., Tsai, S. J., Hong, C. J. No evidence for association of alpha 1a adrenoceptor gene polymorphism and clozapine-induced urinary incontinence. Neuropsychobiology. 2000; 42: 62-5

40332   Hsu, T. H., Rackley, R. R., Abdelmalak, J. B., Madjar, S., Vasavada, S. P. Novel technique for combined repair of postirradiation vesicovaginal fistula and augmentation ileocystoplasty. Urology. 2002 Apr; 59: 597-9

10807   Hsu, T. H., Rackley, R. R., Appell, R. A. The supine stress test: a simple method to detect intrinsic urethral sphincter dysfunction. J Urol. 1999 Aug; 162: 460-3

44907    Hu, T. W., Kaltreider, D. L., Igou, J. F., Yu, L. C., Rohner, T. J. Cost effectiveness of training incontinent elderly in nursing homes: a randomized clinical trial. Health Serv Res. 1990 Aug; 25: 455-77

52220    Hu, T. W., Wagner, T. H., Bentkover, J. D., LeBlanc, K., Piancentini, A., Stewart, W. F., Corey, R., Zhou, S. Z., Hunt, T. L. Estimated economic costs of overactive bladder in the United States. Urology. 2003 Jun; 61: 1123-8

4153    Hu, T.W. Impact of urinary incontinence on health-care costs. J Am Geriatr Soc. 1990 Mar; 38: 292-295

4182    Hu, T.W., Kaltreider, D.L., and Igou, J. The cost-effectiveness of disposable versus reusable diapers. A controlled experiment in a nursing home. J Gerontol Nurs. 1990 Feb; 16: 19-24

3974    Hu, T.W., Kaltreider, D.L., Igou, J.F., Yu, L.C., and Rohner, T.J. Cost effectiveness of training incontinent elderly in nursing homes: a randomized clinical trial. Health Serv Res. 1990 Aug; 25: 455-477

51400    Huang, C. R., Sun, N., Wei-png,, Xie, H. W., Hwang, A. H., Hardy, B. E. The management of old urethral injury in young girls: analysis of 44 cases. J Pediatr Surg. 2003 Sep; 38: 1329-32

51540    Huang, K. H., Kung, F. T., Liang, H. M., Huang, L. Y., Chang, S. Y. Concomitant surgery with tension-free vaginal tape. Acta Obstet Gynecol Scand. 2003 Oct; 82: 948-53

59145    Huang, W. C., Yang, J. M. Anatomic comparison between laparoscopic and open Burch colposuspension for primary stress urinary incontinence. Urology. 2004 Apr; 63: 676-81; discussion 681

52610    Huang, W. C., Yang, J. M. Bladder neck funneling on ultrasound cystourethrography in primary stress urinary incontinence: a sign associated with urethral hypermobility and intrinsic sphincter deficiency. Urology. 2003 May; 61: 936-41

53720    Huang, W. C., Yang, J. M. Sonographic appearance of a bladder calculus secondary to a suture from a bladder neck suspension. J Ultrasound Med. 2002 Nov; 21: 1303-5

10223    Huang, Y. H., Lin, A. T., Chen, K. K., Pan, C. C., Chang, L. S. High failure rate using allograft fascia lata in pubovaginal sling surgery for female stress urinary incontinence. Urology. 2001 Dec; 58: 943-6

11834    Hubner, W. A., Trigo-Rocha, F., Plas, E. G., Tanagho, E. A. Urethral function after cystectomy: a canine in vivo experiment. Urol Res. 1993 Jan; 21: 45-8

11558    Huddleston, H. T., Dunnihoo, D. R., Huddleston, P. M.,  3rd, Meyers, P. C.,  Sr Magnetic resonance imaging of defects in DeLancey's vaginal support levels I, II, and III. Am J Obstet Gynecol. 1995 Jun; 172: 1778-82; discussion 1782-4

11958    Huddleston, H. T., Dunnihoo, D. R., Otterson, W. O. Digital augmentation during repair for a paravaginal defect. Surg Gynecol Obstet. 1991 Aug; 173: 157

3585    Huddleston, H.T., Dunnihoo, D.R., and Otterson, W.O. Digital augmentation during repair for a paravaginal defect. Surg Gynecol Obstet. 1991 Aug; 173: 157

10823    Hudson, A., Jones, L. R., Weber, M. T. Adult survivors of childhood sexual abuse as patients: two case studies. J Wound Ostomy Continence Nurs. 1999 Mar; 26: 60-6

51450    Huggins, M. E., Bhatia, N. N., Ostergard, D. R. Urinary incontinence: newer pharmacotherapeutic trends. Curr Opin Obstet Gynecol. 2003 Oct; 15: 419-27

42358    Hulbert, W. C., Rabinowitz, R. Prenatal diagnosis of duplex system hydronephrosis: effect on renal salvage. Urology. 1998 May; 51: 23-6

52980    Hulens, M., Vansant, G., Claessens, A. L., Lysens, R., Muls, E. Predictors of 6-minute walk test results in lean, obese and morbidly obese women. Scand J Med Sci Sports. 2003 Apr; 13: 98-105

40139    Hullfish, K. L., Bovbjerg, V. E., Gibson, J., Steers, W. D. Patient-centered goals for pelvic floor dysfunction surgery: what is success, and is it achieved?. Am J Obstet Gynecol. 2002 Jul; 187: 88-92

54360    Hulthen de Medina, V., Mellstam, L., Amark, P., Frenckner, B. Neurovesical dysfunction in children after surgery for high or intermediate anorectal malformations. Acta Paediatr. 2004 Jan; 93: 43-6

41360    Hunskaar, S. Fluctuations in lower urinary tract symptoms in women. Reassurance and watchful waiting can prevent overtreatment. BMJ. 2000 May 27; 320: 1418-9

    © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**3410** Hunskaar, S. One hundred and fifty men with urinary incontinence. I. Demography and medical history. Scand J Prim Health Care. 1992 Mar; 10: 21-25

**3409** Hunskaar, S. One hundred and fifty men with urinary incontinence. II. Help seeking and self care. Scand J Prim Health Care. 1992 Mar; 10: 26-29

**41139** Hunskaar, S., Arnold, E. P., Burgio, K., Diokno, A. C., Herzog, A. R., Mallett, V. T. Epidemiology and natural history of urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 301-19

**55270** Hunskaar, S., Burgio, K., Diokno, A., Herzog, A. R., Hjalmas, K., Lapitan, M. C. Epidemiology and natural history of urinary incontinence in women. Urology. 2003 Oct; 62: 16-23

**50320** Hunskaar, S., Lose, G., Sykes, D., Voss, S. The prevalence of urinary incontinence in women in four European countries. BJU Int. 2004 Feb; 93: 324-30

**43084** Hunskaar, S., Seim, A., Freeman, T. The journey of incontinent women from community to university clinic; implications for selection bias, gatekeeper function, and primary care. Fam Pract. 1996 Aug; 13: 363-8

**11990** Hunskaar, S., Vinsnes, A. The quality of life in women with urinary incontinence as measured by the sickness impact profile. J Am Geriatr Soc. 1991 Apr; 39: 378-82

**3770** Hunskaar, S., Vinsnes, A. The quality of life in women with urinary incontinence as measured by the sickness impact profile [published erratum appears in J Am Geriatr Soc 1992 Sep;40(9):976-7]. J Am Geriatr Soc. 1991 Apr; 39: 378-382

**44900** Hunt, G. M., Whitaker, R. H. A new device for self-catheterisation in wheelchair-bound women. Br J Urol. 1990 Aug; 66: 162-3

**4050** Hunt, G.M. Open spina bifida: outcome for a complete cohort treated unselectively and followed into adulthood. Dev Med Child Neurol. 1990 Feb; 32: 108-118

**55240** Hunter, S., Anderson, J., Hanson, D., Thompson, P., Langemo, D., Klug, M. G. Clinical trial of a prevention and treatment protocol for skin breakdown in two nursing homes. J Wound Ostomy Continence Nurs. 2003 Sep; 30: 250-8

**41767** Hurley, R. A., Bradley, W. G., Jr, Latifi, H. T., Taber, K. H. Normal pressure hydrocephalus: significance of MRI in a potentially treatable dementia. J Neuropsychiatry Clin Neurosci. 1999 Summer; 11: 297-300

**41224** Hurley, R. M., Harris, D., Shepherd, R. R. Incontinence in myelodysplasia: imipramine hydrochloride revisited. Clin Pediatr (Phila). 2000 Aug; 39: 489-91

**41262** Husain, A., Curtin, J., Brown, C., Chi, D., Hoskins, W., Poynor, E., Alektiar, K., Barakat, R. Continent urinary diversion and low-rectal anastomosis in patients undergoing exenterative procedures for recurrent gynecologic malignancies. Gynecol Oncol. 2000 Aug; 78: 208-11

**43525** Husmann, D. A., Ewalt, D. H., Glenski, W. J., Bernier, P. A. Ureterocele associated with ureteral duplication and a nonfunctioning upper pole segment: management by partial nephroureterectomy alone. J Urol. 1995 Aug; 154: 723-6

**41912** Husmann, D. A., Vandersteen, D. R., McLorie, G. A., Churchill, B. M. Urinary continence after staged bladder reconstruction for cloacal exstrophy: the effect of coexisting neurological abnormalities on urinary continence. J Urol. 1999 May; 161: 1598-602

**4021** Husmann, D.A., McLorie, G.A., and Churchill, B.M. Factors predisposing to renal scarring: following staged reconstruction of classical bladder exstrophy. J Pediatr Surg. 1990 May; 25: 500-504

**4004** Husmann, D.A., Wilson, W.T., Boone, T.B., and Allen, T.D. Prostatomembranous urethral disruptions: management by suprapubic cystostomy and delayed urethroplasty. J Urol. 1990 Jul; 144: 76-78

**40972** Husmann, O. A., Cain, M. P. Fecal and urinary continence after ileal cecal cystoplasty for the neurogenic bladder. J Urol. 2001 Mar; 165: 922-5

**10398** Hutchings, A., Black, N. A. Surgery for stress incontinence: a non-randomised trial of colposuspension, needle suspension and anterior colporrhaphy. Eur Urol. 2001 Apr; 39: 375-82

**Appendix A5 Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

SUI Guidelines Panel

10924    Hutchings, A., Griffiths, J., Black, N. A. Surgery for stress incontinence: factors associated with a successful outcome. Br J Urol. 1998 Nov; 82: 634-41

43025    Hutchinson, S., Leger-Krall, S., Skodol Wilson, H. Toileting: a biobehavioral challenge in Alzheimer's dementia care. J Gerontol Nurs. 1996 Oct; 22: 18-27

40312    Hvidman, L., Foldspang, A., Mommsen, S., Bugge Nielsen, J. Does urinary incontinence occurrence depend on the menstrual cycle phase?. Acta Obstet Gynecol Scand. 2002 Apr; 81: 347-50

57170    Hvidman, L., Foldspang, A., Mommsen, S., Bugge Nielsen, J. Menstrual cycle, female hormone use and urinary incontinence in premenopausal women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 56-61; discussion 61

56490    Hvidman, L., Foldspang, A., Mommsen, S., Nielsen, J. B. Postpartum urinary incontinence. Acta Obstet Gynecol Scand. 2003 Jun; 82: 556-63

3151    Hwang, Y.M., Lee, M.C., Suh, D.C., and Lee, W.Y. Coxiella (Q fever)-associated myelopathy. Neurology. 1993 Feb; 43: 338-342

44360    Hyams, G., McCoull, K., Smith, P. S., Tyrer, S. P. Behavioural continence training in mental handicap: a 10-year follow-up study. J Intellect Disabil Res. 1992 Dec; 36 ( Pt 6): 551-8

3191    Hyams, G., McCoull, K., Smith, P.S., and Tyrer, S.P. Behavioural continence training in mental handicap: a 10-year follow-up study. J Intellect Disabil Res. 1992 Dec; 36: 551-558

3638    Hyland, N. Continence--training for success. Nurs Times. 1991 Aug 7-13; 87: 60,62

41603    Hyman, N. Endoanal advancement flap repair for complex anorectal fistulas. Am J Surg. 1999 Oct; 178: 337-40

3975    Ibrahim, M.E. Reconstruction of bladder neck-posterior urethral region in patients with complete epispadias. Int Urol Nephrol. 1990; 22: 61-65

44177    Igawa, Y., Mattiasson, A., Andersson, K. E. Effects of GABA-receptor stimulation and blockade on micturition in normal rats and rats with bladder outflow obstruction. J Urol. 1993 Aug; 150: 537-42

44013    Igawa, Y., Mattiasson, A., Andersson, K. E. Micturition and premicturition contractions in unanesthetized rats with bladder outlet obstruction. J Urol. 1994 Jan; 151: 244-9

44166    Igawa, Y., Westerling, D., Mattiasson, A., Andersson, K. E. Effects of morphine metabolites on micturition in normal, unanaesthetized rats. Br J Pharmacol. 1993 Sep; 110: 257-62

11079    Iglesia, C. B., Shott, S., Fenner, D. E., Brubaker, L. Effect of preoperative voiding mechanism on success rate of autologous rectus fascia suburethral sling procedure. Obstet Gynecol. 1998 Apr; 91: 577-81

50940    Iglesias, X., Espuna, M. Surgical treatment of urinary stress incontinence using a method for postoperative adjustment of sling tension (Remeex System). Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 326-30; discussion 330

10566    Ilbey, O., Apaydin, E., Gursan, A., Cikili, N. Bladder leiomyoma: a rare cause of urinary stress incontinence. Arch Ital Urol Androl. 2000 Jun; 72: 85-7

11765    Iliev, V. N., Jelovsek, F. R. Urodynamics in female incontinence: basic testing. J Tenn Med Assoc. 1993 Nov; 86: 487-90

44385    Iliffe, S., Tai, S. S., Haines, A., Gallivan, S., Goldenberg, E., Booroff, A., Morgan, P. Are elderly people living alone an at risk group?. BMJ. 1992 Oct 24; 305: 1001-4

3216    Iliffe, S., Tai, S.S., Haines, A., Gallivan, S., Goldenberg, E., Booroff, A., and Morgan, P. Are elderly people living alone an at risk group?. Bmj. 1992 Oct 24; 305: 1001-1004

52730    Ilker, Y., Tarcan, T., Ozveren, B., Yildirim, A. Anterior urethropexy according to lapides: how effective is it in the treatment of genuine female stress incontinence?. Arch Esp Urol. 2003 Jan-Feb; 56: 95-9

10411    Indrekvam, S., Fosse, O. A., Hunskaar, S A Norwegian national cohort of 3198 women treated with home-managed electrical stimulation for urinary incontinence--demography and medical history. Scand J Urol Nephrol. 2001 Feb; 35: 26-31

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 51260 | Indrekvam, S., Hunskaar, S. Home electrical stimulation for urinary incontinence: a study of the diffusion ofa new technology. Urology. 2003 Oct; 62: 24-30 |
| 40892 | Indrekvam, S., Sandvik, H., Hunskaar, S. A Norwegian national cohort of 3198 women treated with home-managed electrical stimulation for urinary incontinence--effectiveness and treatment results. Scand J Urol Nephrol. 2001 Feb; 35: 32-9 |
| 43731 | Infantino, A., Masin, A., Melega, E., Dodi, G., Lise, M. Does surgery resolve outlet obstruction from rectocele?. Int J Colorectal Dis. 1995; 10: 97-100 |
| 11927 | Iosif, C. S. Effects of protracted administration of estriol on the lower genito urinary tract in postmenopausal women. Arch Gynecol Obstet. 1992; 251: 115-20 |
| 11439 | Iosif, C. S. Laparoscopic surgery for stress urinary incontinence. Urol Int. 1996; 57: 180-4 |
| 11275 | Iqbal, P., Castleden, C. M. Management of urinary incontinence in the elderly. Gerontology. 1997; 43: 151-7 |
| 3551 | Irvine, L. Paving the way to self-control. Maintaining continence in elderly people. Prof Nurse. 1991 Nov; 7: 94-97 |
| 44339 | Isambert, J. L., Egon, G., Colombel, P. Adjuvant drug therapy: a review of 30 cases of sacral anterior root stimulator. Neurourol Urodyn. 1993; 12: 513-5 |
| 41991 | Iselin, C. E., Webster, G. D. Office management of female urinary incontinence. Urol Clin North Am. 1998 Nov; 25: 625-45, ix |
| 10565 | Isherwood, P. J., Rane, A. Comparative assessment of pelvic floor strength using a perineometer and digital examination. BJOG. 2000 Aug; 107: 1007-11 |
| 42928 | Ishigooka, M., Hashimoto, T., Hayami, S., Suzuki, Y., Izumi, T., Nakada, T. Ice water test in patients with overactive bladder due to cerebrovascular accidents and bladder outlet obstruction. Urol Int. 1997; 58: 84-7 |
| 3046 | Ishigooka, M., Hashimoto, T., Izumiya, K., Katoh, T., Yaguchi, H., Nakada, T., Handa, Y., and Hoshimiya, N. Electrical pelvic floor stimulation in the management of urinary incontinence due to neuropathic overactive bladder. Front Med Biol Eng. 1993; 5: 1-10 |
| 44331 | Ishigooka, M., Hashimoto, T., Izumiya, K., Katoh, T., Yaguchi, H., Nakada, T., Handa, Y., Hoshimiya, N. Electrical pelvic floor stimulation in the management of urinary incontinence due to neuropathic overactive bladder. Front Med Biol Eng. 1993; 5: 1-10 |
| 3109 | Ishigooka, M., Hashimoto, T., Izumiya, K., Kodama, C., and Nakada, T. Membranous lipodystrophy (Nasu's disease): a rare cause of neuropathic urinary incontinence. Urol Int. 1993; 50: 179-181 |
| 44338 | Ishigooka, M., Hashimoto, T., Izumiya, K., Sasagawa, I., Nakada, T. Incidence of anal incontinence after long-term follow-up of patients treated by ureterosigmoidostomy. Int Urol Nephrol. 1993; 25: 455-60 |
| 3063 | Ishigooka, M., Hashimoto, T., Sasagawa, I., Nakada, T., and Handa, Y. Technique of percutaneous electrode implantation for electrical pelvic floor stimulation. Eur Urol. 1993; 23: 413-416 |
| 43868 | Ishigooka, M., Hashimoto, T., Sasagawa, I., Nakada, T., Handa, Y. Electrical pelvic floor stimulation by percutaneous implantable electrode. Br J Urol. 1994 Aug; 74: 191-4 |
| 44301 | Ishigooka, M., Hashimoto, T., Sasagawa, I., Nakada, T., Handa, Y. Technique of percutaneous electrode implantation for electrical pelvic floor stimulation. Eur Urol. 1993; 23: 413-6 |
| 3263 | Ishigooka, M., Ishii, N., Hashimoto, T., Suzuki, Y., Adachi, M., Nakada, T., Saito, C., Ichie, M., and Handa, Y. Electrical stimulation of pelvic floor musculature by percutaneous implantable electrodes: a case report. Int Urol Nephrol. 1992; 24: 277-282 |
| 42497 | Ishigooka, M., Suzuki, Y., Hashimoto, T., Sasagawa, I., Nakada, T., Handa, Y. A new technique for sacral nerve stimulation: a percutaneous method for urinary incontinence caused by spinal cord injury. Br J Urol. 1998 Feb; 81: 315-8 |
| 10827 | Ishikawa, N., Suda, S., Sasaki, T., Yamanishi, T., Hosaka, H., Yasuda, K., Ito, H. Development of a non-invasive treatment system for urinary incontinence using a functional continuous magnetic stimulator (FCMS). Med Biol Eng Comput. 1998 Nov; 36: 704-10 |

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

10664   Ishiko, O., Hirai, K., Sumi, T., Nishimura, S., Ogita, S. The urinary incontinence score in the diagnosis of female urinary incontinence. Int J Gynaecol Obstet. 2000 Feb; 68: 131-7

10402   Ishiko, O., Hirai, K., Sumi, T., Tatsuta, I., Ogita, S. Hormone replacement therapy plus pelvic floor muscle exercise for postmenopausal stress incontinence. A randomized, controlled trial. J Reprod Med. 2001 Mar; 46: 213-20

10613   Ishiko, O., Sumi, T., Hirai, K., Ogita, S. Classification of female urinary incontinence by the scored incontinence questionnaire. Int J Gynaecol Obstet. 2000 Jun; 69: 255-60

10528   Ishiko, O., Ushiroyama, T., Saji, F., Mitsuhashi, Y., Tamura, T., Yamamoto, K., Kawamura, Y., Ogita, S. beta(2)-adrenergic agonists and pelvic floor exercises for female stress incontinence. Int J Gynaecol Obstet. 2000 Oct; 71: 39-44

40318   Ishizuka, O., Gu, B., Igawa, Y., Nishizawa, O., Pehrson, R., Andersson, K. E. Role of supraspinal serotonin receptors for micturition in normal conscious rats. Neurourol Urodyn. 2002; 21: 225-30

43837   Ishizuka, O., Igawa, Y., Lecci, A., Maggi, C. A., Mattiasson, A., Andersson, K. E. Role of intrathecal tachykinins for micturition in unanaesthetized rats with and without bladder outlet obstruction. Br J Pharmacol. 1994 Sep; 113: 111-6

42758   Ishizuka, O., Pandita, R. K., Mattiasson, A., Steers, W. D., Andersson, K. E. Stimulation of bladder activity by volume, L-dopa and capsaicin in normal conscious rats--effects of spinal alpha 1-adrenoceptor blockade. Naunyn Schmiedebergs Arch Pharmacol. 1997 Jun; 355: 787-93

59351   Ishunina, T. A., Kamphorst, W., Swaab, D. F. Metabolic alterations in the hypothalamus and basal forebrain in vascular dementia. J Neuropathol Exp Neurol. 2004 Dec; 63: 1243-54

42374   Iskandar, B. J., Fulmer, B. B., Hadley, M. N., Oakes, W. J. Congenital tethered spinal cord syndrome in adults. J Neurosurg. 1998 Jun; 88: 958-61

10293   Iskander, M. N., Kapoor, D. Pregnancy following tension-free vaginal taping. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 199-200

51420   Iskander, M. N., Kapoor, D. S., Mohammed, A. Subjective outcomes of the TVT procedure. Int J Gynaecol Obstet. 2003 Oct; 83: 69-70

10023   Iskander, M. N., Kent, A. Re: Zilbert AW, Farrell SA. External iliac artery laceration during tension free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 274

10128   Iskander, M. N., Kent, A. Zilbert AW, Farrell SA. External iliac artery laceration during tension- free vaginal tape procedure. Int Urogynecol J 2001; 12:141-143. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 59; discussion 59

43803   Ismael, N. N. A study on the menopause in Malaysia. Maturitas. 1994 Oct; 19: 205-9

10622   Ismael, S. S., Amarenco, G., Bayle, B., Kerdraon, J. Postpartum lumbosacral plexopathy limited to autonomic and perineal manifestations: clinical and electrophysiological study of 19 patients. J Neurol Neurosurg Psychiatry. 2000 Jun; 68: 771-3

41199   Ismael, S. S., Epstein, T., Bayle, B., Denys, P., Amarenco, G. Bladder cooling reflex in patients with multiple sclerosis. J Urol. 2000 Oct; 164: 1280-4

41149   Isozaki, E., Matsubara, S., Hayashida, T., Oda, M., Hirai, S. Morphometric study of nucleus ambiguus in multiple system atrophy presenting with vocal cord abductor paralysis. Clin Neuropathol. 2000 Sep-Oct; 19: 213-20

43838   Isshi, K., Hirohata, S., Hashimoto, T., Miyashita, H. Systemic lupus erythematosus presenting with diffuse low density lesions in the cerebral white matter on computed axial tomography scans: its implication in the pathogenesis of diffuse central nervous system lupus. J Rheumatol. 1994 Sep; 21: 1758-62

44052   Itoh, H., Morikawa, A., Makino, I. Urinary bladder dysfunction in spontaneously diabetic Chinese hamsters. Diabetes Res Clin Pract. 1994 Jan; 22: 163-70

3193   Ivey, J.F. Understanding and evaluating chronic urinary incontinence. J Fla Med Assoc. 1992 Dec; 79: 823-827

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

**40482**    Jabs, C. F., Drutz, H. P. The role of intraoperative cystoscopy in prolapse and incontinence surgery. Am J Obstet Gynecol. 2001 Dec; 185: 1368-71; discussion 1372-3

**40886**    Jabs, C. F., Stanton, S. L. Urge incontinence and detrusor instability. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 58-68

**41624**    Jackson, A. B., Wadley, V. A multicenter study of women's self-reported reproductive health after spinal cord injury. Arch Phys Med Rehabil. 1999 Nov; 80: 1420-8

**43863**    Jackson, N. D. Non-surgical treatment of female incontinence. R I Med. 1994 Aug; 77: 273-4

**59064**    Jackson, R. A., Vittinghoff, E., Kanaya, A. M., Miles, T. P., Resnick, H. E., Kritchevsky, S. B., Simonsick, E. M., Brown, J. S. Urinary incontinence in elderly women: findings from the Health, Aging, and Body Composition Study. Obstet Gynecol. 2004 Aug; 104: 301-7

**11268**    Jackson, S. Female urinary incontinence--symptom evaluation and diagnosis. Eur Urol. 1997; 32 Suppl 2: 20-4

**42566**    Jackson, S. The patient with an overactive bladder--symptoms and quality-of-life issues. Urology. 1997 Dec; 50: 18-22; discussion 23-4

**42348**    Jackson, S. L. Prevalence and natural history of female incontinence. J Womens Health. 1998 May; 7: 472-3

**59346**    Jackson, S. L., Boyko, E. J., Scholes, D., Abraham, L., Gupta, K., Fihn, S. D. Predictors of urinary tract infection after menopause: a prospective study. Am J Med. 2004 Dec 15; 117: 903-11

**42066**    Jackson, S. L., Hull, T. L. Fecal incontinence in women. Obstet Gynecol Surv. 1998 Dec; 53: 741-7; quiz 748-51

**42854**    Jackson, S. L., Weber, A. M., Hull, T. L., Mitchinson, A. R., Walters, M. D. Fecal incontinence in women with urinary incontinence and pelvic organ prolapse. Obstet Gynecol. 1997 Mar; 89: 423-7

**43160**    Jackson, S., Donovan, J., Brookes, S., Eckford, S., Swithinbank, L., Abrams, P. The Bristol Female Lower Urinary Tract Symptoms questionnaire: development and psychometric testing. Br J Urol. 1996 Jun; 77: 805-12

**10151**    Jackson, S., James, M., Abrams, P. The effect of oestradiol on vaginal collagen metabolism in postmenopausal women with genuine stress incontinence. BJOG. 2002 Mar; 109: 339-44

**10792**    Jackson, S., Shepherd, A., Brookes, S., Abrams, P. The effect of oestrogen supplementation on post-menopausal urinary stress incontinence: a double-blind placebo-controlled trial. Br J Obstet Gynaecol. 1999 Jul; 106: 711-8

**42407**    Jacobs, M., Wyman, J. F., Rowell, P., Smith, D. A. Continence nurses: a survey of who they are and what they do. Urol Nurs. 1998 Mar; 18: 13-20

**10724**    Jacoby, K., Rowbotham, R. K. Double balloon positive pressure urethrography is a more sensitive test than voiding cystourethrography for diagnosing urethral diverticulum in women. J Urol. 1999 Dec; 162: 2066-9

**10881**    Jacome, E. G., Tutera, G., Mattox, F. T. Laparoscopic Burch urethropexy in a private clinical practice. J Am Assoc Gynecol Laparosc. 1999 Feb; 6: 39-44

**40640**    Jacquetin, B., Wyndaele, J. Tolterodine reduces the number of urge incontinence episodes in patients with an overactive bladder. Eur J Obstet Gynecol Reprod Biol. 2001 Sep; 98: 97-102

**41958**    Jacquot, J. M., Finiels, H., Fardjad, S., Belhassen, S., Leroux, J. L., Pelissier, J. Neurological complications in insufficiency fractures of the sacrum. Three case-reports. Rev Rhum Engl Ed. 1999 Feb; 66: 109-14

**43530**    Jain, P., Parada, J. P., David, A., Smith, L. G. Overuse of the indwelling urinary tract catheter in hospitalized medical patients. Arch Intern Med. 1995 Jul 10; 155: 1425-9

**44199**    Jakobsen, H., Kromann-Andersen, B., Nielsen, K. K., Maegaard, E. Pad weighing tests with 50% or 75% bladder filling. Does it matter?. Acta Obstet Gynecol Scand. 1993 Jul; 72: 377-81

**3035**    Jakobsen, H., Kromann-Andersen, B., Nielsen, K.K., and Maegaard, E. Pad weighing tests with 50% or 75% bladder filling. Does it matter?. Acta Obstet Gynecol Scand. 1993 Jul; 72: 377-381

**11020**    James, M., Abrams, P., Gujral, S. Impact of surgery for stress incontinence on morbidity. Patients should be told hospital results and allowed to choose where they want surgery. BMJ. 1998 Jul 11; 317: 143; discussion 144

---

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

sorted by Primary Author and Title

---

10702   James, M., Jackson, S., Shepherd, A., Abrams, P. Pure stress leakage symptomatology: is it safe to discount detrusor instability?. Br J Obstet Gynaecol. 1999 Dec; 106: 1255-8

43173   James, W. H. Smoke them out. Nature. 1996 May 30; 381: 363

56380   Jameson, M. B., Thompson, P. I., Baguley, B. C., Evans, B. D., Harvey, V. J., Porter, D. J., McCrystal, M. R., Small, M., Bellenger, K., Gumbrell, L., Halbert, G. W., Kestell, P. Clinical aspects of a phase I trial of 5,6-dimethylxanthenone-4-acetic acid (DMXAA), a novel antivascular agent. Br J Cancer. 2003 Jun 16; 88: 1844-50

11565   Janknegt, R. A. Minimal prerequisites to operate a stress-incontinent woman. Acta Urol Belg. 1995 May; 63: 37-8

41417   Janknegt, R. A. Urinary incontinence: pathophysiology, diagnosis and treatment in clinical (neuro-)urological practice of patients with Chronic Impairment of Voiding and Continence Activities (CIVCA). Arch Physiol Biochem. 1999 Jul; 107: 189-94

40981   Janknegt, R. A., Hassouna, M. M., Siegel, S. W., Schmidt, R. A., Gajewski, J. B., Rivas, D. A., Elhilali, M. M., Milam, D. C., van Kerrebroeck, P. E., Dijkema, H. E., Lycklama, a., Nyeholt AA, Fall, M., Jonas, U., Catanzaro, F., Fowler, C. J Long-term effectiveness of sacral nerve stimulation for refractory urge incontinence. Eur Urol. 2001 Jan; 39: 101-6

43426   Janknegt, R. A., Heesakkers, J. P., Weil, E. H., Baeten, C. G. Electrically stimulated gracilis sphincter (dynamic graciloplasty) for treatment of intrinsic sphincter deficiency: a pilot study on feasibility and side effects. J Urol. 1995 Nov; 154: 1830-3

42837   Janknegt, R. A., Weil, E. H., Eerdmans, P. H. Improving neuromodulation technique for refractory voiding dysfunctions: two-stage implant. Urology. 1997 Mar; 49: 358-62

3236    Janknegt, R.A., Baeten, C.G., Weil, E.H., and Spaans, F. Electrically stimulated gracilis sphincter for treatment of bladder sphincter incontinence. Lancet. 1992 Nov 7; 340: 1129-1130

57270   Janschek, E. C., Hohlagschwandtner, M., Nather, A., Schindl, M., Joura, E. A. A study of non-closure of the peritoneum at vaginal hysterectomy. Arch Gynecol Obstet. 2003 Feb; 267: 213-6

10446   Janssen, C. C., Lagro-Janssen, A. L., Felling, A. J. The effects of physiotherapy for female urinary incontinence: individual compared with group treatment. BJU Int. 2001 Feb; 87: 201-6

11125   Janssens, L. A., Peeters, S. Comparisons between stress incontinence in women and sphincter mechanism incompetence in the female dog. Vet Rec. 1997 Dec 13; 141: 620-5

10297   Jarmy-Di Bella, Z. I., Girao, M. J., Sartori, M. F., Di Bella Junior, V., Lederman, H. M., Baracat, E. C., Lima, G. R. Power Doppler of the urethra in continent or incontinent, pre- and postmenopausal women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 148-154; discussion 154-5

11278   Jarolim, L., Babjuk, M., Hanus, T., Jansky, M., Skrivanova, V. Female urethra-sparing cystectomy and orthotopic bladder replacement. Eur Urol. 1997; 31: 173-7

10510   Jarolim, L., Babjuk, M., Pecher, S. M., Grim, M., Nanka, O., Tichy, M., Hanus, T., Jansky, M. Causes and treatment of residual urine volume after orthotopic bladder replacement in women. Eur Urol. 2000 Dec; 38: 748-52

45075   Jarvelin, M. R., Huttunen, N. P., Seppanen, J., Seppanen, U., Moilanen, I. Screening of urinary tract abnormalities among day and nightwetting children. Scand J Urol Nephrol. 1990; 24: 181-9

3880    Jarvelin, M.R., Huttunen, N.P., Seppanen, J., Seppanen, U., and Moilanen, I. Screening of urinary tract abnormalities among day and nightwetting children. Scand J Urol Nephrol. 1990; 24: 181-189

11691   Jarvis, G. J. Surgery for genuine stress incontinence. Br J Obstet Gynaecol. 1994 May; 101: 371-4

10586   Jarvis, G. J. Surgery for urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 315-34

44262   Jarvis, G. J. Urinary incontinence in the community. BMJ. 1993 Mar 27; 306: 809-10

3175    Jarvis, G.J. Re: Erosion of buttress following bladder neck suspension [letter]. Br J Urol. 1992 Dec; 70: 695

3084    Jarvis, G.J. Urinary incontinence in the community [editorial; comment]. Bmj. 1993 Mar 27; 306: 809-810

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 3369 | Jaureguizar, E., Pereira, L. Structural incontinence. Scand J Urol Nephrol Suppl. 1992; 141: 20-5;discussion26-7 |
| 41707 | Jawad, S. H., Ward, A. B., Jones, P. Study of the relationship between premorbid urinary incontinence and stroke functional outcome. Clin Rehabil. 1999 Oct; 13: 447-52 |
| 41530 | Jawaheer, G., Rangecroft, L. The Pippi Salle procedure for neurogenic urinary incontinence in childhood: a three-year experience. Eur J Pediatr Surg. 1999 Dec; 9 Suppl 1: 9-11 |
| 42086 | Jay, J., Staskin, D. Urinary Incontinence in Women. Adv Nurse Pract. 1998 Oct; 6: 32-7 |
| 42667 | Jayanthi, V. R., Churchill, B. M., Khoury, A. E., McLorie, G. A. Bilateral single ureteral ectopia: difficulty attaining continence using standard bladder neck repair. J Urol. 1997 Nov; 158: 1933-6 |
| 43522 | Jayanthi, V. R., Churchill, B. M., McLorie, G. A., Khoury, A. E. Concomitant bladder neck closure and Mitrofanoff diversion for the management of intractable urinary incontinence. J Urol. 1995 Aug; 154: 886-8 |
| 40311 | Jayne, D. G., Botterill, I., Ambrose, N. S., Brennan, T. G., Guillou, P. J., O'Riordain, D. S. Randomized clinical trial of Ligasure versus conventional diathermy for day-case haemorrhoidectomy. Br J Surg. 2002 Apr; 89: 428-32 |
| 10234 | Jeffry, L., Deval, B., Birsan, A., Soriano, D., Darai, E. Objective and subjective cure rates after tension-free vaginal tape for treatment of urinary incontinence. Urology. 2001 Nov; 58: 702-6 |
| 59375 | Jenkins, K. R., Fultz, N. H. Functional impairment as a risk factor for urinary incontinence among older Americans. Neurourol Urodyn. 2005; 24: 51-5 |
| 11134 | Jenkins, V. R., 2nd Uterosacral ligament fixation for vaginal vault suspension in uterine and vaginal vault prolapse. Am J Obstet Gynecol. 1997 Dec; 177: 1337-43; discussion 1343-4 |
| 11440 | Jensen, D., Stien, R. The importance of complex repetitive discharges in the striated female urethral sphincter and the male bulbocavernosus muscle. Scand J Urol Nephrol Suppl. 1996; 179: 69-73 |
| 4173 | Jensen, H., Nielsen, K., and Frimodt-Moller, C. Abacterial cystitis in urinary incontinent females. Urol Int. 1990; 45: 20-24 |
| 45059 | Jensen, H., Nielsen, K., Frimodt-Moller, C. Abacterial cystitis in urinary incontinent females. Urol Int. 1990; 45: 20-4 |
| 11689 | Jensen, J. K., Nielsen, F. R., Jr, Ostergard, D. R. The role of patient history in the diagnosis of urinary incontinence. Obstet Gynecol. 1994 May; 83: 904-10 |
| 11328 | Jensen, L. M., Aabech, J., Lundvall, F., Iversen, H. G. Female urethral diverticulum. Clinical aspects and a presentation of 15 cases. Acta Obstet Gynecol Scand. 1996 Sep; 75: 748-52 |
| 42120 | Jensen, L. N., Gerstenberg, T., Kallestrup, E. B., Koefoed, P., Nordling, J., Nielsen, J. E. Urodynamic evaluation of patients with autosomal dominant pure spastic paraplegia linked to chromosome 2p21-p24. J Neurol Neurosurg Psychiatry. 1998 Nov; 65: 693-6 |
| 40895 | Jervis, L. L. The pollution of incontinence and the dirty work of caregiving in a U.S. nursing home. Med Anthropol Q. 2001 Mar; 15: 84-99 |
| 44849 | Jessop, M. K. Urinary incontinence in the bitch. Vet Rec. 1990 Oct 27; 127: 436 |
| 3248 | Jeter, K.F. A lifetime of incontinence [editorial]. Ostomy Wound Manage. 1992 Sep; 38: 45-6,50-1 |
| 4095 | Jeter, K.F. Introduction for theme issue on urinary incontinence [editorial]. J Enterostomal Ther. 1990 Mar-Apr; 17: 43-44 |
| 3247 | Jeter, K.F. Review of AHCPR urinary incontinence in adults: a patient's guide [letter]. Decubitus. 1992 Sep; 5: 8 |
| 4134 | Jeter, K.F., Wagner, D.B. Incontinence in the American home. A survey of 36,500 people. J Am Geriatr Soc. 1990 Mar; 38: 379-383 |
| 10475 | Jeyaseelan, S. M., Haslam, E. J., Winstanley, J., Roe, B. H., Oldham, J. A. An evaluation of a new pattern of electrical stimulation as a treatment for urinary stress incontinence: a randomized, double-blind, controlled trial. Clin Rehabil. 2000 Dec; 14: 631-40 |
| 44169 | Jilek, R. Elderly toileting: is two hourly too often?. Nurs Stand. 1993 Aug 11-17; 7: 25-6 |

**American Urological Association, Inc.**

SUI Guidelines Panel

40399   Jirovec, M. M., Jenkins, J., Isenberg, M., Baiardi, J. Urine control theory derived from Roy's conceptual framework. Nurs Sci Q. 1999 Jul; 12: 251-5

40919   Jirovec, M. M., Templin, T. Predicting success using individualized scheduled toileting for memory- impaired elders at home. Res Nurs Health. 2001 Feb; 24: 1-8

3504    Jirovec, M.M. Effect of individualized prompted toileting on incontinence in nursing home residents. Appl Nurs Res. 1991 Nov; 4: 188-191

3605    Jirovec, M.M. The impact of daily exercise on the mobility, balance and urine control of cognitively impaired nursing home residents. Int J Nurs Stud. 1991; 28: 145-151

3937    Jirovec, M.M., Wells, T.J. Urinary incontinence in nursing home residents with dementia: the mobility-cognition paradigm. Appl Nurs Res. 1990 Aug; 3: 112-117

42278   Jitapunkul, S., Hanivadhanakul, P. Outcomes and predicting factors of mortality among newly admitted female medical inpatients. J Med Assoc Thai. 1998 Jul; 81: 491-6

42339   Jitapunkul, S., Khovidhunkit, W. Urinary incontinence in Thai elderly living in Klong Toey slum. J Med Assoc Thai. 1998 Mar; 81: 160-8

42653   Johannessen, M., O'Conor, R. M., Kobelt-Nguyen, G., Mattiasson, A. Willingness to pay for reduced incontinence symptoms. Br J Urol. 1997 Oct; 80: 557-62

41790   Johanson, R. B., Heycock, E., Carter, J., Sultan, A. H., Walklate, K., Jones, P. W. Maternal and child health after assisted vaginal delivery: five-year follow up of a randomised controlled study comparing forceps and ventouse. Br J Obstet Gynaecol. 1999 Jun; 106: 544-9

40508   Johanson, R., Newburn, M. Promoting normality in childbirth. BMJ. 2001 Nov 17; 323: 1142-3

30442   Johanson, R., Rigby, C., Jones, P. Democratic prioritization of maternity care: a rational basis for planning a clinical effectiveness programme. J Public Health Med. 2000 Dec; 22: 486-91

43078   Johansson, C., Hellstrom, L., Ekelund, P., Milsom, I. Urinary incontinence: a minor risk factor for hip fractures in elderly women. Maturitas. 1996 Aug; 25: 21-8

43208   Johansson, C., Molander, U., Milsom, I., Ekelund, P. Association between urinary incontinence and urinary tract infections, and fractures in postmenopausal women. Maturitas. 1996 Apr; 23: 265-71

41840   Johnson, C. Accentuate the positive. Nurs Times. 1999 May 5-11; 95: 81

44870   Johnson, D. E., Muncie, H. L., O'Reilly, J. L., Warren, J. W. An external urine collection device for incontinent women. Evaluation of long-term use. J Am Geriatr Soc. 1990 Sep; 38: 1016-22

51320   Johnson, D. W., ElHajj, M., OBrien-Best, E. L., Miller, H. J., Fine, P. M. Necrotizing fasciitis after tension-free vaginal tape (TVT) placement. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 291-3

3924    Johnson, D.E., Muncie, H.L., OReilly, J.L., and Warren, J.W. An external urine collection device for incontinent women. Evaluation of long-term use. J Am Geriatr Soc. 1990 Sep; 38: 1016-1022

41153   Johnson, J. C., Jayadevappa, R., Baccash, P. D., Taylor, L. Nonspecific presentation of pneumonia in hospitalized older people: age effect or dementia? J Am Geriatr Soc. 2000 Oct; 48: 1316-20

11917   Johnson, J. D., Lamensdorf, H., Hollander, I. N., Thurman, A. E. Use of transvaginal endosonography in the evaluation of women with stress urinary incontinence. J Urol. 1992 Feb; 147: 421-5

3161    Johnson, J.C. General concepts of geriatric medicine. Clin Podiatr Med Surg. 1993 Jan; 10: 23-33

3505    Johnson, J.D., Lamensdorf, H., Hollander, I.N., and Thurman, A.E. Use of transvaginal endosonography in the evaluation of women with stress urinary incontinence. J Urol. 1992 Feb; 147: 421-425

41517   Johnson, S. T. From incontinence to confidence. Am J Nurs. 2000 Feb; 100: 69-74, 76

41341   Johnson, T. M.,  2nd, Bernard, S. L., Kincade, J. E., Defriese, G. H. Urinary incontinence and risk of death among community-living elderly people: results from the National Survey on Self-Care and Aging. J Aging Health. 2000 Feb; 12: 25-46

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 42666 | Johnson, T. M.,  2nd, Busby-Whitehead, J. Diagnostic assessment of geriatric urinary incontinence. Am J Med Sci. 1997 Oct; 314: 250-6 |
| 41214 | Johnson, T. M.,  2nd, Kincade, J. E., Bernard, S. L., Busby-Whitehead, J., DeFriese, G. H. Self-care practices used by older men and women to manage urinary incontinence: results from the national follow-up survey on self-care and aging. J Am Geriatr Soc. 2000 Aug; 48: 894-902 |
| 42333 | Johnson, T. M.,  2nd, Kincade, J. E., Bernard, S. L., Busby-Whitehead, J., Hertz-Picciotto, I., DeFriese, G. H. The association of urinary incontinence with poor self-rated health. J Am Geriatr Soc. 1998 Jun; 46: 693-9 |
| 40634 | Johnson, T. M.,  2nd, Ouslander, J. G. The shifting impact of UI. J Am Geriatr Soc. 2001 Jul; 49: 998-9 |
| 10763 | Johnson, T. M.,  2nd, Ouslander, J. G. Urinary incontinence in the older man. Med Clin North Am. 1999 Sep; 83: 1247-66 |
| 40715 | Johnson, T. M., Ouslander, J. G., Uman, G. C., Schnelle, J. F. Urinary incontinence treatment preferences in long-term care. J Am Geriatr Soc. 2001 Jun; 49: 710-8 |
| 10384 | Johnson, V. Y. How the principles of exercise physiology influence pelvic floor muscle training. J Wound Ostomy Continence Nurs. 2001 May; 28: 150-5 |
| 11351 | Johnson, V. Y., Hubbard, D., Vordermark, J. S. Urologic manifestations of postpolio syndrome. J Wound Ostomy Continence Nurs. 1996 Jul; 23: 218-23 |
| 11465 | Jolic, V. Should Burch colposuspension be replaced by fibrin glue colpofixation in women with urinary stress incontinence?. Zentralbl Gynakol. 1996; 118: 236-8 |
| 11164 | Jolic, V., Gilja, I. Vaginal vs. transabdominal ultrasonography in the evaluation of female urinary tract anatomy, stress urinary incontinence and pelvic organs static disturbances. Zentralbl Gynakol. 1997; 119: 483-91 |
| 11797 | Jolleys, J. Urinary incontinence. Practitioner. 1993 Aug; 237: 630-3 |
| 44226 | Jolleys, J. V., Wilson, J. V. Urinary incontinence. GPs lack confidence. BMJ. 1993 May 15; 306: 1344 |
| 3054 | Jolleys, J.V., Wilson, J.V. Urinary incontinence. GPs lack confidence [letter]. Bmj. 1993 May 15; 306: 1344 |
| 10396 | Jomaa, M. Combined tension-free vaginal tape and prolapse repair under local anaesthesia in patients with symptoms of both urinary incontinence and prolapse. Gynecol Obstet Invest. 2001; 51: 184-6 |
| 42919 | Jonas, U., Hofner, K., Madersbacher, H., Holmdahl, T. H. Efficacy and safety of two doses of tolterodine versus placebo in patients with detrusor overactivity and symptoms of frequency, urge incontinence, and urgency: urodynamic evaluation. The International Study Group. World J Urol. 1997; 15: 144-51 |
| 3873 | Jonasson, A., Larsson, B., Pschera, H., and Nylund, L. Short-term maximal electrical stimulation--a conservative treatment of urinary incontinence. Gynecol Obstet Invest. 1990; 30: 120-123 |
| 12111 | Jonasson, A., Larsson, B., Pschera, H., Nylund, L. Short-term maximal electrical stimulation--a conservative treatment of urinary incontinence. Gynecol Obstet Invest. 1990; 30: 120-3 |
| 42072 | Jones, F. The accuracy of predicting functional recovery in patients following a stroke, by physiotherapists and patients. Physiother Res Int. 1998; 3: 244-56 |
| 44229 | Jones, J. A., Mitchell, M. E., Rink, R. C. Improved results using a modification of the Young-Dees-Leadbetter bladder neck repair. Br J Urol. 1993 May; 71: 555-61 |
| 43879 | Jones, J. O. Continence. A public inconvenience. Interview by Renata Langford. Nurs Times. 1994 Jul 6-12; 90: 62 |
| 3052 | Jones, J.A., Mitchell, M.E., and Rink, R.C. Improved results using a modification of the Young-Dees-Leadbetter bladder neck repair. Br J Urol. 1993 May; 71: 555-561 |
| 3781 | Jones, J.W. Insufficiency fracture of the sacrum with displacement and neurologic damage: a case report and review of the literature. J Am Geriatr Soc. 1991 Mar; 39: 280-283 |
| 11708 | Jones, K. R. Ambulatory bio-feedback for stress incontinence exercise regimes: a novel development of the perineometer. J Adv Nurs. 1994 Mar; 19: 509-12 |

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**
sorted by Primary Author and Title

---

**43469**  Jones, L. C. Urinary incontinence: a major health issue for women. AWHONN Voice. 1995 Sep; 3: 9-10

**41575**  Jones, S. Promoting continence in older people. Elder Care. 1999 Nov; 11: 34-8; quiz 39

**42071**  Jones, S. E., Ogura, T., Shuba, L. M., McDonald, T. F. Inhibition of the rapid component of the delayed-rectifier K+ current by therapeutic concentrations of the antispasmodic agent terodiline. Br J Pharmacol. 1998 Nov; 125: 1138-43

**11032**  Jones, T. V., Bunner, S. H. Approaches to urinary incontinence in a rural population: a comparison of physician assistants, nurse practitioners, and family physicians. J Am Board Fam Pract. 1998 May-Jun; 11: 207-15

**55560**  Jones, W. K. Understanding barriers to physical activity is a first step in removing them. Am J Prev Med. 2003 Oct; 25: 2-4

**10803**  Jongen, V. H., Brouwer, W. K. Comparison of the modified Pereyra procedure using permanent suture material and Burch urethropexy. Eur J Obstet Gynecol Reprod Biol. 1999 May; 84: 7-11

**44083**  Jordan, G. H., Winslow, B. H. Laparoscopically assisted continent catheterizable cutaneous appendicovesicostomy. J Endourol. 1993 Dec; 7: 517-20

**59046**  Jordan, O., Doelker, E., Defabiani, N., Caviezel, A., Iselin, C. Novel injectable urethral bulking agents for the treatment of urinary incontinence. J Mater Sci Mater Med. 2004 Apr; 15: 519-22

**59267**  Jorgensen, L., Engstad, T., Jacobsen, B. K. Self-reported urinary incontinence in noninstitutionalized long-term stroke survivors: A population-based study. Arch Phys Med Rehabil. 2005 Mar; 86: 416-20

**12006**  Jorgensen, L., Lose, G., Alexander, N. Acute effect of norfenefrine on the urethral pressure profile in females with genuine stress incontinence. Urol Int. 1991; 46: 176-9

**3675**  Jorgensen, L., Lose, G., and Alexander, N. Acute effect of norfenefrine on the urethral pressure profile in females with genuine stress incontinence. Urol Int. 1991; 46: 176-179

**10105**  Jorion, J. L. Endoscopic treatment of bladder perforation after tension-free vaginal tape procedure. J Urol. 2002 Jul; 168: 197

**3211**  Joseph, A.C. Joseph Continence Assessment Tool. Urol Nurs. 1992 Dec; 12: 144-146

**40334**  Joshi, H. B., Okeke, A., Newns, N., Keeley, F. X., Jr, Timoney, A. G. Characterization of urinary symptoms in patients with ureteral stents. Urology. 2002 Apr; 59: 511-6

**11806**  Jozwik, M. Stress urinary incontinence in women--an overuse syndrome. Med Hypotheses. 1993 Jun; 40: 381-2

**10996**  Jozwik, M., Jr, Jozwik, M., Lotocki, W. Stress urinary incontinence in women. III. Different tissue biochemistry in patients with concomitant detrusor instability. Preliminary report. Int Urol Nephrol. 1998; 30: 279-82

**11432**  Jozwik, M., Jr, Lotocki, W., Jozwik, M. Stress urinary incontinence in women. II. Abnormalities of glycogenolysis in tissues related to the lower urinary tract. Int Urol Nephrol. 1996; 28: 485-94

**41216**  Jozwik, M., Jozwik, M. Clinical classification of vesicouterine fistula. Int J Gynaecol Obstet. 2000 Sep; 70: 353-7

**10364**  Jozwik, M., Jozwik, M. Partial denervation of the pelvic floor during term vaginal delivery. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 81-2

**10937**  Jozwik, M., Jozwik, M. The physiological basis of pelvic floor exercises in the treatment of stress urinary incontinence. Br J Obstet Gynaecol. 1998 Oct; 105: 1046-51

**44673**  Ju, C. C., Swan, L. K., Merriman, A., Choon, T. E., Viegas, O. Urinary incontinence among the elderly people of Singapore. Age Ageing. 1991 Jul; 20: 262-6

**3580**  Ju, C.C., Swan, L.K., Merriman, A., Choon, T.E., and Viegas, O. Urinary incontinence among the elderly people of Singapore [published erratum appears in Age Ageing 1991 Sep;20(5):387]. Age Ageing. 1991 Jul; 20: 262-266

**10216**  Jueng-Anuwat, P., Roongruangsilp, U., Kochakarn, W., Ratana-Olarn, K. Risk factors for stress urinary incontinence in middle aged and elderly Thai women. J Med Assoc Thai. 2001 Aug; 84: 1121-5

**55060**  Julia, J., Yacoub, M., Levy, G. Labial fusion causing urinary incontinence in a postmenopausal female: a case report. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 360-1

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5. Bibliography sorted by Primary Author

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 42211 | Julian, T. M. Physical examination and pretreatment testing of the incontinent woman. Clin Obstet Gynecol. 1998 Sep; 41: 663-71 |
| 11504 | Juma, S. Anterior vaginal suspension for vaginal vault prolapse. Tech Urol. 1995 Fall; 1: 150-6 |
| 44856 | Juma, S., Little, N. A., Raz, S. Basic evaluation of female urinary incontinence. Am J Kidney Dis. 1990 Oct; 16: 317-21 |
| 11902 | Juma, S., Little, N. A., Raz, S. Vaginal wall sling: four years later. Urology. 1992 May; 39: 424-8 |
| 3911 | Juma, S., Little, N.A., and Raz, S. Basic evaluation of female urinary incontinence. Am J Kidney Dis. 1990 Oct; 16: 317-321 |
| 3424 | Juma, S., Little, N.A., and Raz, S. Vaginal wall sling: four years later. Urology. 1992 May; 39: 424-428 |
| 4073 | Juma, S., Morales, A., and Emerson, L. The mechanisms of continence in the Indiana pouch: a video-urodynamic study. J Urol. 1990 May; 143: 973-974 |
| 3985 | Jumper, B.M., McLorie, G.A., Churchill, B.M., Khoury, A.E., and Toi, A. Effects of the artificial urinary sphincter on prostatic development and sexual function in pubertal boys with meningomyelocele. J Urol. 1990 Aug; 144: 438-42;discussion443-4 |
| 53900 | Jundt, K., Peschers, U. M., Dimpfl, T. Long-term efficacy of pelvic floor re-education with EMG-controlled biofeedback. Eur J Obstet Gynecol Reprod Biol. 2002 Nov 15; 105: 181-5 |
| 10405 | Junemann, K. P. The management of female urinary stress incontinence: II. The use of devices. BJU Int. 2001 Mar; 87: 449-55 |
| 10215 | Jung, B. H., Bai, S. W., Chung, B. C. Urinary profile of endogenous steroids in postmenopausal women with stress urinary incontinence. J Reprod Med. 2001 Nov; 46: 969-74 |
| 10816 | Jung, S. Y., Fraser, M. O., Ozawa, H., Yokoyama, O., Yoshiyama, M., De Groat, W. C., Chancellor, M. B. Urethral afferent nerve activity affects the micturition reflex; implication for the relationship between stress incontinence and detrusor instability. J Urol. 1999 Jul; 162: 204-12 |
| 11763 | Kadakia, S. C. Urinary incontinence associated with dysphagia. Gastrointest Endosc. 1993 Nov-Dec; 39: 860-1 |
| 41746 | Kaefer, M., Andler, R., Bauer, S. B., Hendren, W. H., Diamond, D. A., Retik, A. B. Urodynamic findings in children with isolated epispadias. J Urol. 1999 Apr; 162: 1172-5 |
| 42710 | Kaefer, M., Rosen, A., Darbey, M., Kelly, M., Bauer, S. B. Pressure at residual volume: a useful adjunct to standard fill cystometry. J Urol. 1997 Sep; 158: 1268-71 |
| 52550 | Kafali, H., Verit, A., Verit, F., Demir, N. Expeditious method of urethrovesical junction determination in retropubic colposuspension with intraballoon illumination of Foley catheter. Urol Int. 2003; 70: 262-4 |
| 44854 | Kahler, J. S., Leach, M. W., Jang, S., Wong, A. Disseminated aspergillosis attributable to Aspergillus deflectus in a springer spaniel. J Am Vet Med Assoc. 1990 Oct 1; 197: 871-4 |
| 3980 | Kahn, D. Dismayed by response on incontinent pads [letter]. Can Nurse. 1990 Jun; 86: 8-11 |
| 54900 | Kajiwara, M., Inoue, K., Usui, A., Kurihara, M., Usui, T. The micturition habits and prevalence of daytime urinary incontinence in Japanese primary school children. J Urol. 2004 Jan; 171: 403-7 |
| 43646 | Kakizaki, H., Shibata, T., Shinno, Y., Kobayashi, S., Matsumura, K., Koyanagi, T. Fascial sling for the management of urinary incontinence due to sphincter incompetence. J Urol. 1995 Mar; 153: 644-7 |
| 40128 | Kalita, J., Shah, S., Kapoor, R., Misra, U. K. Bladder dysfunction in acute transverse myelitis: magnetic resonance imaging and neurophysiological and urodynamic correlations. J Neurol Neurosurg Psychiatry. 2002 Aug; 73: 154-9 |
| 43095 | Kalkanis, S. N., Blumenfeld, H., Sherman, J. C., Krebs, D. E., Irizarry, M. C., Parker, S. W., Cosgrove, G. R. Delayed complications thirty-six years after hemispherectomy: a case report. Epilepsia. 1996 Aug; 37: 758-62 |
| 59039 | Kalota, S. J. Small intestinal submucosa tension-free sling: postoperative inflammatory reactions and additional data. J Urol. 2004 Oct; 172: 1349-50 |

September 2009      © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**Appendix A5 Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

SUI Guidelines Panel

43766    Kalra, L., Dale, P., Crome, P. Evaluation of a clinical score for prognostic stratification of elderly stroke patients. Age Ageing. 1994 Nov; 23: 492-8

45082    Kaltreider, D. L., Hu, T. W., Igou, J. F., Yu, L. C., Craighead, W. E. Can reminders curb incontinence?. Geriatr Nurs. 1990 Jan-Feb; 11: 17-9

4199    Kaltreider, D.L., Hu, T.W., Igou, J.F., Yu, L.C., and Craighead, W.E. Can reminders curb incontinence?. Geriatr-Nurs (New York). 1990 Jan-Feb; 11: 17-19

10888    Kammerer-Doak, D. N., Dorin, M. H., Rogers, R. G., Cousin, M. O. A randomized trial of burch retropubic urethropexy and anterior colporrhaphy for stress urinary incontinence. Obstet Gynecol. 1999 Jan; 93: 75-8

10101    Kammerer-Doak, D. N., Rogers, R. G., Bellar, B. Vaginal erosion of cadaveric fascia lata following abdominal sacrocolpopexy and suburethral sling urethropexy. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 106-9; discussion 109

59137    Kamo, I., Cannon, T. W., Conway, D. A., Torimoto, K., Chancellor, M. B., de Groat, W. C., Yoshimura, N. The role of bladder-to-urethral reflexes in urinary continence mechanisms in rats. Am J Physiol Renal Physiol. 2004 Sep; 287: F434-41

52510    Kamo, I., Torimoto, K., Chancellor, M. B., de Groat, W. C., Yoshimura, N. Urethral closure mechanisms under sneeze-induced stress conditions in rats: a new animal model for evaluation of stress urinary incontinence. Am J Physiol Regul Integr Comp Physiol. 2003 Aug; 285: R356-65

50060    Kane, D. D., Kerns, J. M., Lin, D. L., Damaser, M. S. Early structural effects of oestrogen on pudendal nerve regeneration in the rat. BJU Int. 2004 Apr; 93: 870-8

10824    Kane, L., Chung, T., Lawrie, H., Iskaros, J. The pubofascial anchor sling procedure for recurrent genuine urinary stress incontinence. BJU Int. 1999 Jun; 83: 1010-4

44734    Kane, R. L., Garrard, J., Buchanan, J. L., Rosenfeld, A., Skay, C., McDermott, S. Improving primary care in nursing homes. J Am Geriatr Soc. 1991 Apr; 39: 359-67

3771    Kane, R.L., Garrard, J., Buchanan, J.L., Rosenfeld, A., Skay, C., and McDermott, S. Improving primary care in nursing homes. J Am Geriatr Soc. 1991 Apr; 39: 359-367

43141    Kaneko, K., Ohtsuka, Y., Suzuki, Y., Yabuta, K., Yamataka, A., Miyano, T. Masked ureteral duplication with ectopic ureter detected by magnetic resonance imaging. Acta Paediatr Jpn. 1996 Jun; 38: 291-3

43768    Kao, L. W. Detrusor instability--an overview. J Tenn Med Assoc. 1994 Nov; 87: 472-4

10495    Kaplan, H. J., Mamo, G. J. Pubovaginal sling technique utilizing a unique bone anchor instrumentation system. Can J Urol. 2000 Oct; 7: 1116-21

11375    Kaplan, S. A., Santarosa, R. P., Te, A. E. Comparison of fascial and vaginal wall slings in the management of intrinsic sphincter deficiency. Urology. 1996 Jun; 47: 885-9

10537    Kaplan, S. A., Te, A. E., Young, G. P., Andrade, A., Cabelin, M. A., Ikeguchi, E. F. Prospective analysis of 373 consecutive women with stress urinary incontinence treated with a vaginal wall sling: the Columbia-Cornell University experience. J Urol. 2000 Nov; 164: 1623-7

43104    Kaplinsky, R., Greenfield, S., Wan, J., Fera, M. Expanded followup of intravesical oxybutynin chloride use in children with neurogenic bladder. J Urol. 1996 Aug; 156: 753-6

10244    Kapoor, D., Ghoniem, G. Re: Randomized comparison of local versus epidural anesthesia for tension-free vaginal tape operation. J Urol. 2001 Dec; 166: 2323-4

11405    Karabacak, O., Taner, M. Z., Tiras, M. B., Kaya, A., Guner, H., Yildirim, M. An extraperitoneal burch procedure: a case report. J Laparoendosc Surg. 1996 Feb; 6: 65-8

43091    Karakayali, H., Bilgin, N., Moray, G., Demirbas, M., Ozkardes, H. Major urological complications in 1051 consecutive renal transplants. Transplant Proc. 1996 Aug; 28: 2339-40

50730    Karan, A., Isikoglu, M., Aksac, B., Attar, E., Eskiyurt, N., Yalcin, O. Hypermobility syndrome in 105 women with pure urinary stress incontinence and in 105 controls. Arch Gynecol Obstet. 2004 Jan; 269: 89-90

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

59331  Karantanis, E., Allen, W., Stevermuer, T. L., Simons, A. M., O'Sullivan, R., Moore, K. H. The repeatability of the 24-hour pad test. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 63-8; discussion 68

59069  Karantanis, E., Fynes, M. M., Stanton, S. L. The tension-free vaginal tape in older women. BJOG. 2004 Aug; 111: 837-41

56390  Karantanis, E., O'Sullivan, R., Moore, K. H. The 24-hour pad test in continent women and men: normal values and cyclical alterations. BJOG. 2003 Jun; 110: 567-71

3030  Karasawa, J., Touho, H., Ohnishi, H., Miyamoto, S., and Kikuchi, H. Cerebral revascularization using omental transplantation for childhood moyamoya disease. J Neurosurg. 1993 Aug; 79: 192-196

44183  Karasawa, J., Touho, H., Ohnishi, H., Miyamoto, S., Kikuchi, H. Cerebral revascularization using omental transplantation for childhood moyamoya disease. J Neurosurg. 1993 Aug; 79: 192-6

4184  Karlin, G.S., Badlani, G.H. Endourologic management of lower urinary tract dysfunction. Clin Geriatr Med. 1990 Feb; 6: 109-113

51670  Karram, M. M. Pathophysiology of genuine stress incontinence: what do we really know?. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 77

10849  Karram, M. M. What is the optimal anti-incontinence procedure in women with advanced prolapse and 'potential' stress incontinence?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 1-2

10311  Karram, M. M. Why surgery for incontinence and prolapse fails. Urol Int. 2001; 67: 12-3

11882  Karram, M. M., Angel, O., Koonings, P., Tabor, B., Bergman, A., Bhatia, N. The modified Pereyra procedure: a clinical and urodynamic review. Br J Obstet Gynaecol. 1992 Aug; 99: 655-8

12085  Karram, M. M., Bhatia, N. N. Patch procedure: modified transvaginal fascia lata sling for recurrent or severe stress urinary incontinence. Obstet Gynecol. 1990 Mar; 75: 461-3

11173  Karram, M. M., Partoll, L., Bilotta, V., Angel, O. Factors affecting detrusor contraction strength during voiding in women. Obstet Gynecol. 1997 Nov; 90: 723-6

43216  Karram, M. M., Partoll, L., Rahe, J. Efficacy of nonsurgical therapy for urinary incontinence. J Reprod Med. 1996 Apr; 41: 215-9

11776  Karram, M. M., Rosenzweig, B. A., Bhatia, N. N. Artificial urinary sphincter for recurrent/severe stress incontinence in women. Urogynecologic perspective. J Reprod Med. 1993 Oct; 38: 791-4

52590  Karram, M. M., Segal, J. L., Vassallo, B. J., Kleeman, S. D. Complications and untoward effects of the tension-free vaginal tape procedure. Obstet Gynecol. 2003 May; 101: 929-32

3265  Karram, M.M., Angel, O., Koonings, P., Tabor, B., Bergman, A., and Bhatia, N. The modified Pereyra procedure: a clinical and urodynamic review. Br J Obstet Gynaecol. 1992 Aug; 99: 655-658

3916  Karram, M.M., Bhatia, N.N. Importance of a neurologic evaluation in women with lower urinary tract dysfunction. J Reprod Med. 1990 Aug; 35: 799-804

54300  Kassardjian, Z. G. Sling procedures for urinary incontinence in women. BJU Int. 2004 Mar; 93: 665-70

40837  Kassouf, W., Capolicchio, G., Berardinucci, G., Corcos, J. Collagen injection for treatment of urinary incontinence in children. J Urol. 2001 May; 165: 1666-8

41044  Kataria, R., Bajpai, M., Lall, A., Gupta, D. K., Grover, V. P., Mitra, D. K. Neurogenic bladder: urodynamic and surgical aspects. Indian J Pediatr. 1997 Nov-Dec; 64: 68-76

12101  Katlowitz, N. M., Karwa, G., Lautin, E. Stress incontinence secondary to a vesicourethral fistula: case report. Urol Radiol. 1990; 12: 37-8

4061  Katlowitz, N.M., Karwa, G., and Lautin, E. Stress incontinence secondary to a vesicourethral fistula: case report. Urol Radiol. 1990; 12: 37-38

42735  Kato, H. Incorrect positioning of an indwelling urethral catheter in the ureter. Int J Urol. 1997 Jul; 4: 417-8

---

September  2009      © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# American Urological Association, Inc.
## SUI Guidelines Panel

**Master Bibliography**
**sorted by Primary Author and Title**

40236    Kato, H., Igawa, Y., Komiyama, I., Nishizawa, O. Continent urinary reservoir formation with transverse colon for patients with pelvic irradiation. Int J Urol. 2002 Apr; 9: 200-3

40769    Kato, H., Kiyokawa, H., Igawa, Y., Nishizawa, O. The serous-lined tunnel principle for urinary reconstruction: a more rational method. BJU Int. 2001 Jun; 87: 783-8

11067    Kato, K., Kondo, A. Clinical value of vaginal cones for the management of female stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 314-7

5293     Kato, K., Kondo, A., Saito, M., and Otani, T. Stamey's procedure for stress urinary incontinence: surgical results between the elderly and adults. Neurourology and Urodynamics. 1990; 9: 399-400

41194    Katsuragi, S., Teraoka, K., Ikegami, K., Amano, K., Yamashita, K., Ishizuka, K., Miyakawa, T. Late onset X-linked hydrocephalus with normal cerebrospinal fluid pressure. Psychiatry Clin Neurosci. 2000 Aug; 54: 487-92

42908    Kattan, S. A. Maternal urological injuries associated with vaginal deliveries: change of pattern. Int Urol Nephrol. 1997; 29: 155-61

44415    Kaufman, D. M., Lipton, R. B. The persistent vegetative state: an analysis of clinical correlates and costs. N Y State J Med. 1992 Sep; 92: 381-4

40507    Kaufman, H. S., Buller, J. L., Thompson, J. R., Pannu, H. K., DeMeester, S. L., Genadry, R. R., Bluemke, D. A., Jones, B., Rychcik, J. L., Cundiff, G. W. Dynamic pelvic magnetic resonance imaging and cystocolpoproctography alter surgical management of pelvic floor disorders. Dis Colon Rectum. 2001 Nov; 44: 1575-83; discussion 1583-4

10100    Kaum, H. J., Wolff, F. TVT: on midurethral tape positioning and its influence on continence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 110-5; discussion 115

43887    Kavoussi, L. R., Moore, R. G., Partin, A. W., Bender, J. S., Zenilman, M. E., Satava, R. M. Telerobotic assisted laparoscopic surgery: initial laboratory and clinical experience. Urology. 1994 Jul; 44: 15-9

44141    Kavucu, S., Ozaksoy, D., Turkmen, M., Kovanlikaya, I., Kose, G., Tavli, V. The urological manifestations of the tethered spinal cord. Turk J Pediatr. 1993 Oct-Dec; 35: 313-7

10830    Kay, L., Stigsby, B., Brasso, K., Mortensen, S. O., Munkgaard, S. Lower urinary tract symptoms--a population survey using the Danish Prostatic Symptom Score (DAN-PSS) questionnaire. Scand J Urol Nephrol. 1999 Apr; 33: 94-9

10122    Kayano, C. E., Sartori, M. G., Baracat, E. C., de Lima, G. R., Girao, M. J. Vaginal hysterectomy allied with Kelly-Kennedy surgery and perineal repair for the treatment of patients with a prolapsed uterus and urinary stress incontinence. Clin Exp Obstet Gynecol. 2002; 29: 27-30

10456    Kayigil, O. Our changing strategies on bladder neck suspension operations. Int Urol Nephrol. 1999; 31: 647-54

42414    Kayigil, O., Atahan, O., Metin, A. Experiences with clam ileocystoplasty. Int Urol Nephrol. 1998; 30: 45-8

10135    Kayigil, O., Biri, A. Double forced sling by combining in situ vaginal wall and Infast pubic bone suburethral stabilization techniques: a new method. J Urol. 2002 Jun; 167: 2481-3

10769    Kayigil, O., Iftekhar Ahmed, S., Metin, A. The coexistence of intrinsic sphincter deficiency with type II stress incontinence. J Urol. 1999 Oct; 162: 1365-6

43781    Keane, D. The role of a female urodynamics clinic. Ir Med J. 1994 Nov-Dec; 87: 164

11870    Keane, D. P., Eckford, S. D. Surgical treatment of urinary stress incontinence. Br J Hosp Med. 1992 Sep 16-Oct 6; 48: 308-13

11880    Keane, D. P., Eckford, S. D., Abrams, P. Surgical treatment and complications of urinary incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 559-64

44391    Keane, D. P., Eckford, S. D., Shepherd, A. M., Abrams, P. Referral patterns and diagnoses in women attending a urodynamic unit. BMJ. 1992 Oct 3; 305: 808

44298    Keane, D. P., Eckford, S. D., Shepherd, A. M., Abrams, P. Urodynamic investigation in elderly women. BMJ. 1993 Jan 9; 306: 145

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

10589    Keane, D. P., O'Sullivan, S. Urinary incontinence: anatomy, physiology and pathophysiology. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 207-26

11187    Keane, D. P., Sims, T. J., Abrams, P., Bailey, A. J. Analysis of collagen status in premenopausal nulliparous women with genuine stress incontinence. Br J Obstet Gynaecol. 1997 Sep; 104: 994-8

44283    Keane, D. P., Winder, A., Lewis, P., Shepherd, A. M., Abrams, P. A combined urodynamic and continence unit--a review of the first 19 years. Br J Urol. 1993 Feb; 71: 161-5

3284    Keane, D.P., Eckford, S.D., and Abrams, P. Surgical treatment and complications of urinary incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 559-564

3245    Keane, D.P., Eckford, S.D., Shepherd, A.M., and Abrams, P. Referral patterns and diagnoses in women attending a urodynamic unit. Bmj. 1992 Oct 3; 305: 808

3157    Keane, D.P., Eckford, S.D., Shepherd, A.M., and Abrams, P. Urodynamic investigation in elderly women [letter]. Bmj. 1993 Jan 9; 306: 145

3113    Keane, D.P., Winder, A., Lewis, P., Shepherd, A.M., and Abrams, P. A combined urodynamic and continence unit--a review of the first 19 years. Br J Urol. 1993 Feb; 71: 161-165

44240    Keating, M. A., Rink, R. C., Adams, M. C. Appendicovesicostomy: a useful adjunct to continent reconstruction of the bladder. J Urol. 1993 May; 149: 1091-4

3097    Keating, M.A., Rink, R.C., and Adams, M.C. Appendicovesicostomy: a useful adjunct to continent reconstruction of the bladder. J Urol. 1993 May; 149: 1091-1094

40101    Keil, K. Urogenital atrophy: diagnosis, sequelae, and management. Curr Womens Health Rep. 2002 Aug; 2: 305-11

41282    Kelleher, C. Quality of life and urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 363-79

43637    Kelleher, C. J. Treatment of dysfunctional uterine bleeding. Ignoring urinary incontinence may reduce long term satisfaction. BMJ. 1995 Mar 25; 310: 802; discussion 804

42686    Kelleher, C. J., Cardozo, L. D., Khullar, V., Salvatore, S. A medium-term analysis of the subjective efficacy of treatment for women with detrusor instability and low bladder compliance. Br J Obstet Gynaecol. 1997 Sep; 104: 988-93

42582    Kelleher, C. J., Cardozo, L. D., Khullar, V., Salvatore, S. A new questionnaire to assess the quality of life of urinary incontinent women. Br J Obstet Gynaecol. 1997 Dec; 104: 1374-9

43448    Kelleher, C. J., Cardozo, L. D., Toozs-Hobson, P. M. Quality of life and urinary incontinence. Curr Opin Obstet Gynecol. 1995 Oct; 7: 404-8

59341    Kelleher, C. J., Cardozo, L., Chapple, C. R., Haab, F., Ridder, A. M. Improved quality of life in patients with overactive bladder symptoms treated with solifenacin. BJU Int. 2005 Jan; 95: 81-5

41720    Kelleher, C., Braude, P. Recent advances. Gynaecology. BMJ. 1999 Sep 11; 319: 689-92

3772    Keller, P.A., Sinkovic, S.P., and Miles, S.J. Skin dryness: a major factor in reducing incontinence dermatitis. Ostomy Wound Manage. 1990 Sep-Oct; 30: 60-64

41989    Keller, S. L. Urinary incontinence: occurrence, knowledge, and attitudes among women aged 55 and older in a rural Midwestern setting. J Wound Ostomy Continence Nurs. 1999 Jan; 26: 30-8

3616    Kelley, L.S., Mobily, P.R. Iatrogenesis in the elderly. Impaired skin integrity. J Gerontol Nurs. 1991 Sep; 17: 24-29

10962    Kelly, H. A., Dumm, W. M. Urinary incontinence in women, without manifest injury to the bladder. 1914. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 158-64

11905    Kelly, J. Vesico-vaginal and recto-vaginal fistulae. J R Soc Med. 1992 May; 85: 257-8

42123    Kelly, J. D., Keane, P. F. Long-term results and complications of augmentation ileocystoplasty for idiopathic urge incontinence in women. Br J Urol. 1998 Oct; 82: 609-10

**American Urological Association, Inc.**

SUI Guidelines Panel

11996    Kelly, M. J., Knielsen, K., Bruskewitz, R., Roskamp, D., Leach, G. E. Symptom analysis of patients undergoing modified Pereyra bladder neck suspension for stress urinary incontinence. Pre- and postoperative findings. Urology. 1991 Mar; 37: 213-9

11983    Kelly, M. J., Zimmern, P. E., Leach, G. E. Complications of bladder neck suspension procedures. Urol Clin North Am. 1991 May; 18: 339-8

3802    Kelly, M.J., Knielsen, K., Bruskewitz, R., Roskamp, D., and Leach, G.E. Symptom analysis of patients undergoing modified Pereyra bladder neck suspension for stress urinary incontinence. Pre- and postoperative findings. Urology. 1991 Mar; 37: 213-219

5303    Kelly, M.J., Nielsen, K.K., Roskamp, D.A., Leach, G.E., and Bruskewitz, R.C. Long-term follow-up of the Raz bladder neck suspension for the correction of female stress urinary incontinence. Neurourology and Urodynamics. 1990; 9: 231-232

3741    Kelly, M.J., Zimmern, P.E., and Leach, G.E. Complications of bladder neck suspension procedures. Urol Clin North Am. 1991 May; 18: 339-338

11665    Kelvin, F. M., Maglinte, D. D., Benson, J. T., Brubaker, L. P., Smith, C. Dynamic cystoproctography: a technique for assessing disorders of the pelvic floor in women. AJR Am J Roentgenol. 1994 Aug; 163: 368-70

11323    Kelvin, F. M., Maglinte, D. D., Hale, D., Benson, J. T. Voiding cystourethrography in female stress incontinence. AJR Am J Roentgenol. 1996 Oct; 167: 1065-6

44090    Kennedy, A. Continence. Island education. Nurs Times. 1993 Nov 24-30; 89: 74-7

11533    Kennedy, K. L., Steidle, C. P., Letizia, T. M. Urinary incontinence: the basics. Ostomy Wound Manage. 1995 Aug; 41: 16-8, 20, 22 passim; quiz 33-4

3622    Kennedy, K.L., Steidle, C.P. Achieving a state of urinary continence for residents of nursing facilities. Part I: The history and physical examination. Ostomy Wound Manage. 1991 Jul-Aug; 35: 72-77

10066    Kenton, K. S., Woods, M. P., Brubaker, L. Uncomplicated erosion of polytetrafluoroethylene grafts into the rectum. Am J Obstet Gynecol. 2002 Jul; 187: 233-4

10030    Kenton, K., Brubaker, L. Relationship between levator ani contraction and motor unit activation in the urethral sphincter. Am J Obstet Gynecol. 2002 Aug; 187: 403-6

10065    Kenton, K., FitzGerald, M. P., Brubaker, L. Multiple foreign body erosions after laparoscopic colposuspension with mesh. Am J Obstet Gynecol. 2002 Jul; 187: 252-3

59186    Kenton, K., Fitzgerald, M. P., Brubaker, L. Striated urethral sphincter activity does not alter urethral pressure during filling cystometry. Am J Obstet Gynecol. 2005 Jan; 192: 55-9

10304    Kenton, K., FitzGerald, M. P., Shott, S., Brubaker, L. Role of urethral electromyography in predicting outcome of Burch retropubic urethropexy. Am J Obstet Gynecol. 2001 Jul; 185: 51-5

10067    Kenton, K., Oldham, L., Brubaker, L. Open Burch urethropexy has a low rate of perioperative complications. Am J Obstet Gynecol. 2002 Jul; 187: 107-10

41849    Kenton, K., Sadowski, D., Shott, S., Brubaker, L. A comparison of women with primary and recurrent pelvic prolapse. Am J Obstet Gynecol. 1999 Jun; 180: 1415-8

41587    Kerns, J. M., Damaser, M. S., Kane, J. M., Sakamoto, K., Benson, J. T., Shott, S., Brubaker, L. Effects of pudendal nerve injury in the female rat. Neurourol Urodyn. 2000; 19: 53-69

57200    Kerns, J. M., Shott, S., Brubaker, L., Sakamoto, K., Benson, J. T., Fleischer, A. E., Coleman, M. E. Effects of IGF-I gene therapy on the injured rat pudendal nerve. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 2-7; discussion 8

40411    Kerschan-Schindl, K., Uher, E., Wiesinger, G., Kaider, A., Ebenbichler, G., Nicolakis, P., Kollmitzer, J., Preisinger, E., Fialka-Moser, V. Reliability of pelvic floor muscle strength measurement in elderly incontinent women. Neurourol Urodyn. 2002; 21: 42-7

41955    Kershen, R. T., Atala, A. New advances in injectable therapies for the treatment of incontinence and vesicoureteral reflux. Urol Clin North Am. 1999 Feb; 26: 81-94, viii

**Appendix A5. Bibliography sorted by Primary Author**

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

---

**54600**  Kersun, L. S., Wimmer, R. S., Hoot, A. C., Meadows, A. T. Secondary malignant neoplasms of the bladder after cyclophosphamide treatment for childhood acute lymphocytic leukemia. Pediatr Blood Cancer. 2004 Mar; 42: 289-91

**42221**  Keshtgar, A. S., Rickwood, A. M. Urological consequences of incomplete cord lesions in patients with myelomeningocele. Br J Urol. 1998 Aug; 82: 258-60

**59370**  Kessler, T. M., Madersbacher, H., Kiss, G. Bilateral migration of sacral neuromodulation tined leads in a thin patient. J Urol. 2005 Jan; 173: 153-4

**44082**  Khair, B., Azmy, A. F., Carachi, R., Fyfe, A. H., Drainer, I. K. Continent urinary diversion using Mitrofanoff principle in children with neurogenic bladder. Eur J Pediatr Surg. 1993 Dec; 3 Suppl 1: 8-9

**43127**  Khan, K. S., Chien, P. F. Evaluation of the home pad test in the investigation of female urinary incontinence. Br J Obstet Gynaecol. 1996 Jul; 103: 720

**3545**  Khan, Z., Mieza, M., Starer, P., and Singh, V.K. Post-prostatectomy incontinence. A urodynamic and fluoroscopic point of view. Urology. 1991 Nov; 38: 483-488

**44687**  Khan, Z., Rajaratnam, R., Singh, V. K. Neurogenic bladder in neuroleptic malignant syndrome. Urology. 1991 Jun; 37: 543-4

**43946**  Khanduja, K. S., Yamashita, H. J., Wise, W. E., Jr, Aguilar, P. S., Hartmann, R. F. Delayed repair of obstetric injuries of the anorectum and vagina. A stratified surgical approach. Dis Colon Rectum. 1994 Apr; 37: 344-9

**57210**  Khastgir, J., Hamid, R., Arya, M., Shah, N., Shah, P. J. Surgical and patient reported outcomes of 'clam' augmentation ileocystoplasty in spinal cord injured patients. Eur Urol. 2003 Mar; 43: 263-9

**42005**  Khorsandi, M., Ginsberg, P. C., Harkaway, R. C. Reassessing the role of urodynamics after cerebrovascular accident. Males versus females. Urol Int. 1998; 61: 142-6

**41678**  Khoury, A. E., Agarwal, S. K., Bagli, D., Merguerian, P., McLorie, G. A. Concomitant modified bladder neck closure and Mitrofanoff urinary diversion. J Urol. 1999 Nov; 162: 1746-8

**44898**  Khoury, A. E., Hendrick, E. B., McLorie, G. A., Kulkarni, A., Churchill, B. M. Occult spinal dysraphism: clinical and urodynamic outcome after division of the filum terminale. J Urol. 1990 Aug; 144: 426-8; discussion 428-9, 443-4

**3987**  Khoury, A.E., Hendrick, E.B., McLorie, G.A., Kulkarni, A., and Churchill, B.M. Occult spinal dysraphism: clinical and urodynamic outcome after division of the filum terminale. J Urol. 1990 Aug; 144: 426-8;discussion428-9,443-4

**40907**  Khoury, J. M. Urinary incontinence. No need to be wet and upset. N C Med J. 2001 Mar-Apr; 62: 74-7

**44484**  Khoury, J. M., Webster, G. D. Evaluation of augmentation cystoplasty for severe neuropathic bladder using the hostility score. Dev Med Child Neurol. 1992 May; 34: 441-7

**10933**  Khullar, V., Cardozo, L. Incontinence in the elderly. Curr Opin Obstet Gynecol. 1998 Oct; 10: 391-4

**10992**  Khullar, V., Cardozo, L. The urethra (UPP, MUPP, instability, LPP). Eur Urol. 1998; 34 Suppl 1: 20-2

**11283**  Khullar, V., Cardozo, L. D., Abbott, D., Anders, K. GAX collagen in the treatment of urinary incontinence in elderly women: a two year follow up. Br J Obstet Gynaecol. 1997 Jan; 104: 96-9

**11021**  Khullar, V., Cardozo, L., Boos, K., Bidmead, J., Kelleher, C. Impact of surgery for stress incontinence on morbidity. Effects of confounding variables on outcomes of incontinence surgery must be considered. BMJ. 1998 Jul 11; 317: 143; disscussion 144

**10796**  Khullar, V., Cardozo, L., McLellan, A., Bidmead, J., Kelleher, C. Impact of surgery for stress incontinence on the social lives of women. Br J Obstet Gynaecol. 1999 Mar; 106: 290-1

**10915**  Khullar, V., Damiano, R., Toozs-Hobson, P., Cardozo, L. Prevalence of faecal incontinence among women with urinary incontinence. Br J Obstet Gynaecol. 1998 Nov; 105: 1211-3

**10808**  Khullar, V., Salvatore, S., Bidmead, J., Anders, K., Cardozo, L. Conservative management of genuine stress incontinence in women. Study's flaws may be misleading. BMJ. 1999 Jul 17; 319: 190-1

41951   Khullar, V., Toozs-Hobson, P., Boos, K., Hextall, A., Cardozo, L. Re: 'The pelvic floor muscles: muscle thickness in healthy and urinary- incontinent women measured by perineal ultrasonography with reference to the effect of pelvic floor training. Estrogen receptor studies.' Neurourol. Urodynam. 1997;16:237-275. Neurourol Urodyn. 1999; 18: 69-70

59054   Kielb, S. J., Clemens, J. Q. Endoscopic excision of intravesical tension-free vaginal tape with laparoscopic instrument assistance. J Urol. 2004 Sep; 172: 971

3490   Kieswetter, H., Fischer, M., Wober, L., and Flamm, J. Endoscopic implantation of collagen (GAX) for the treatment of urinary incontinence. Br J Urol. 1992 Jan; 69: 22-25

11925   Kieswetter, H., Fischer, M., Wober, L., Flamm, J. Endoscopic implantation of collagen (GAX) for the treatment of urinary incontinence. Br J Urol. 1992 Jan; 69: 22-5

11853   Kiilholma, P. J., Chancellor, M. B., Makinen, J., Hirsch, I. H., Klemi, P. J. Complications of Teflon injection for stress urinary incontinence. Neurourol Urodyn. 1993; 12: 131-7

11729   Kiilholma, P. J., Makinen, J. I., Pitkanen, Y. A., Varpula, M. J. Perineal ultrasound: an alternative for radiography for evaluating stress urinary incontinence in females. Ann Chir Gynaecol Suppl. 1994; 208: 43-5

11544   Kiilholma, P., Haarala, M., Polvi, H., Makinen, J., Chancellor, M. B. Sutureless endoscopic colposuspension with fibrin sealant. Tech Urol. 1995 Summer; 1: 81-3

12015   Kiilholma, P., Makinen, J. Disappointing effect of endoscopic Teflon injection for female stress incontinence. Eur Urol. 1991; 20: 197-9

11829   Kiilholma, P., Makinen, J., Chancellor, M. B., Pitkanen, Y., Hirvonen, T. Modified Burch colposuspension for stress urinary incontinence in females. Surg Gynecol Obstet. 1993 Feb; 176: 111-5

3178   Kiilholma, P., Makinen, J., Chancellor, M.B., Pitkanen, Y., and Hirvonen, T. Modified Burch colposuspension for stress urinary incontinence in females. Surg Gynecol Obstet. 1993 Feb; 176: 111-115

11970   Kil, P. J., Hoekstra, J. W., van der Meijden, A. P., Smans, A. J., Theeuwes, A. G., Schreinemachers, L. M. Transvaginal ultrasonography and urodynamic evaluation after suspension operations: comparison among the Gittes, Stamey and Burch suspensions. J Urol. 1991 Jul; 146: 132-6

3670   Kil, P.J., Hoekstra, J.W., van-der-Meijden, A.P., Smans, A.J., Theeuwes, A.G., and Schreinemachers, L.M. Transvaginal ultrasonography and urodynamic evaluation after suspension operations: comparison among the Gittes, Stamey and Burch suspensions. J Urol. 1991 Jul; 146: 132-136

41096   Kilciler, M., Tan, O., Tahmaz, L., Dayanc, M., Harmankaya, C. Ureterocystoplasty in bilaterally functional kidneys. Eur Urol. 2000 Dec; 38: 742-7

50920   Kilicarslan, H., Gokce, G., Ayan, S., Guvenal, T., Kaya, K., Gultekin, E. Y. Predictors of outcome after in situ anterior vaginal wall sling surgery. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 339-41; discussion 341

53070   Kilicarslan, H., Guvenal, T., Ayan, S., Gokce, G., Cetin, A., Gultekin, E. Y. Comparison of outcomes of three different surgical techniques performed for stress urinary incontinence. Int J Urol. 2003 Mar; 10: 126-30; discussion 131

40050   Kim, H. H., Kang, J., Kwak, C., Byun, S. S., Oh, S. J., Choi, H. Laparoscopy for definite localization and simultaneous treatment of ectopic ureter draining a dysplastic kidney in children. J Endourol. 2002 Aug; 16: 363-6

10453   Kim, H. L., Gerber, G. S., Patel, R. V., Hollowell, C. M., Bales, G. T. Practice patterns in the treatment of female urinary incontinence: a postal and internet survey. Urology. 2001 Jan; 57: 45-8

59177   Kim, J. The development and evaluation of an incontinence intervention program for the elderly women at elderly welfare center. Taehan Kanho Hakhoe Chi. 2004 Dec; 34: 1427-33

10422   Kim, J. I. Continence efficacy intervention program for community residing women with stress urinary incontinence in Japan. Public Health Nurs. 2001 Jan-Feb; 18: 64-72

52970   Kim, J. K., Kim, Y. J., Choo, M. S., Cho, K. S. The urethra and its supporting structures in women with stress urinary incontinence: MR imaging using an endovaginal coil. AJR Am J Roentgenol. 2003 Apr; 180: 1037-44

11287    Kim, K. J., Ashton-Miller, J. A., Strohbehn, K., DeLancey, J. O., Schultz, A. B. The vesico-urethral pressuregram analysis of urethral function under stress. J Biomech. 1997 Jan; 30: 19-25

42126    Kim, K. J., Jurnalov, C. D., Lightner, D. J., Webb, M. J., Lee, R. A., An, K. N. Principles of urodynamics pressure measurement and its implication to female continence function. J Biomech. 1998 Sep; 31: 861-5

10394    Kim, K., Jurnalov, C. D., Ham, S., Webb, M. J., An, K. Mechanisms of female urinary continence under stress: frequency spectrum analysis. J Biomech. 2001 May; 34: 687-91

41293    Kim, M. S., Kim, K. J., Chung, C. K., Kim, H. J. Intradural extramedullary tuberculoma of the spinal cord: a case report. J Korean Med Sci. 2000 Jun; 15: 368-70

40642    Kim, N. K., Lim, D. J., Yun, S. H., Sohn, S. K., Min, J. S. Ultralow anterior resection and coloanal anastomosis for distal rectal cancer: functional and oncological results. Int J Colorectal Dis. 2001 Aug; 16: 234-7

41111    Kim, N. K., Park, J. S., Park, J. K., Sohn, S. K., Min, J. S. Restorative proctocolectomy: operative safety and functional outcomes. Yonsei Med J. 2000 Oct; 41: 634-41

11131    Kim, Y. H., Kattan, M. W., Boone, T. B. Correlation of urodynamic results and urethral coaptation with success after transurethral collagen injection. Urology. 1997 Dec; 50: 941-8

40265    Kincade, J. E., Peckous, B. K., Busby-Whitehead, J. A pilot study to determine predictors of behavioral treatment completion for urinary incontinence. Urol Nurs. 2001 Feb; 21: 39-44

55200    Kinchen, K. S., Burgio, K., Diokno, A. C., Fultz, N. H., Bump, R., Obenchain, R. Factors associated with women's decisions to seek treatment for urinary incontinence. J Womens Health (Larchmt). 2003 Sep; 12: 687-98

59111    Kinchen, K. S., Long, S., Orsini, L., Crown, W., Bump, R. C. Healthcare utilization among women who undergo surgery for stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 154-9

43220    King, D. H., Hlavinka, T. C., Sarosdy, M. F. Additional experience with continent urinary diversion using cutaneous ileocecocystoplasty. Urology. 1996 Apr; 47: 471-5

10907    King, J. K., Freeman, R. M. Is antenatal bladder neck mobility a risk factor for postpartum stress incontinence?. Br J Obstet Gynaecol. 1998 Dec; 105: 1300-7

42460    Kinjo, T., Tsuhako, K., Sirirungsi, W., Sunagawa, K., Nakazato, I., Iwamasa, T. Experimental myelitis caused by herpes simplex virus type 2 in C57BL/6N and BALB/cN mice. Int J Exp Pathol. 1997 Dec; 78: 401-9

11485    Kinn, A. C. Burch colposuspension for stress urinary incontinence. 5-year results in 153 women. Scand J Urol Nephrol. 1995 Dec; 29: 449-55

42261    Kinn, A. C., Zaar, A. Quality of life and urinary incontinence pad use in women. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 83-7

4011    Kinn, A.C., Larsson, P.O. Desmopressin: a new principle for symptomatic treatment of urgency and incontinence in patients with multiple sclerosis. Scand J Urol Nephrol. 1990; 24: 109-112

3596    Kinnunen, O. Study of constipation in a geriatric hospital, day hospital, old people's home and at home. Aging (Milano). 1991 Jun; 3: 161-170

40531    Kirchlechner, V., Hoffmann-Ehrhart, B., Kovacs, J., Waldhauser, F. Melatonin production is similar in children with monosymptomatic nocturnal enuresis or other forms of enuresis/incontinence and in controls. J Urol. 2001 Dec; 166: 2407-10

44551    Kirkeby, L. T., Beier-Holgersen, R., Nordling, J. Successful pregnancy after ileocystoplasty. Case report. Scand J Urol Nephrol. 1992; 26: 195

3325    Kirkeby, L.T., Beier-Holgersen, R., and Nordling, J. Successful pregnancy after ileocystoplasty. Case report. Scand J Urol Nephrol. 1992; 26: 195

40608    Kirkland, V. L., Palmer, M. H., Fitzgerald, S. T. Incontinence in a manufacturing setting: women's perceptions and responses. Public Health Nurs. 2001 Sep-Oct; 18: 312-7

40225    Kirkman, S. The midwife and pelvic floor dysfunction. Pract Midwife. 2000 Sep; 3: 20-2

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

**SUI Guidelines Panel**

42641   Kirschner-Hermanns, R., Fielding, J. R., Versi, E., Resnick, N. M. Magnetic resonance imaging of the lower urinary tract. Curr Opin Obstet Gynecol. 1997 Oct; 9: 317-9

11657   Kirschner-Hermanns, R., Klein, H. M., Muller, U., Schafer, W., Jakse, G. Intra-urethral ultrasound in women with stress incontinence. Br J Urol. 1994 Sep; 74: 315-8

11053   Kirschner-Hermanns, R., Scherr, P. A., Branch, L. G., Wetle, T., Resnick, N. M. Accuracy of survey questions for geriatric urinary incontinence. J Urol. 1998 Jun; 159: 1903-8

11764   Kirschner-Hermanns, R., Wein, B., Niehaus, S., Schaefer, W., Jakse, G. The contribution of magnetic resonance imaging of the pelvic floor to the understanding of urinary incontinence. Br J Urol. 1993 Nov; 72: 715-8

11575   Kisack, G. Stress incontinence in women with asthma. N Z Med J. 1995 Apr 26; 108: 156

43019   Kisanga, R. E., Aboud, M. M., Yongolo, C. M. Ureterosigmoidostomy: a useful procedure of internal urinary diversion in selected patients. Cent Afr J Med. 1996 Oct; 42: 288-90

41736   Kitamura, H., Miyao, N., Yanase, M., Masumori, N., Matsukawa, M., Takahashi, A., Itoh, N., Tsukamoto, T. Quality of life in patients having an ileal conduit, continent reservoir or orthotopic neobladder after cystectomy for bladder carcinoma. Int J Urol. 1999 Aug; 6: 393-9

40305   Kjerulff, K. H., Langenberg, P. W., Greenaway, L., Uman, J., Harvey, L. A. Urinary incontinence and hysterectomy in a large prospective cohort study in American women. J Urol. 2002 May; 167: 2088-92

41485   Kjerulff, K. H., Langenberg, P. W., Rhodes, J. C., Harvey, L. A., Guzinski, G. M., Stolley, P. D. Effectiveness of hysterectomy. Obstet Gynecol. 2000 Mar; 95: 319-26

11049   Kjolhede, P. Genital prolapse in women treated successfully and unsuccessfully by the Burch colposuspension. Acta Obstet Gynecol Scand. 1998 Apr; 77: 444-50

11236   Kjolhede, P., Hallbook, O., Ryden, G., Sjodahl, R. Anorectal manometry in women with urinary stress incontinence. Acta Obstet Gynecol Scand. 1997 Mar; 76: 266-70

11191   Kjolhede, P., Lindehammar, H. Pelvic floor neuropathy in relation to the outcome of Burch colposuspension. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 61-5

11318   Kjolhede, P., Noren, B., Ryden, G. Prediction of genital prolapse after Burch colposuspension. Acta Obstet Gynecol Scand. 1996 Oct; 75: 849-54

11218   Kjolhede, P., Ryden, G. Clinical and urodynamic characteristics of women with recurrent urinary incontinence after Burch colposuspension. Acta Obstet Gynecol Scand. 1997 May; 76: 461-7

11658   Kjolhede, P., Ryden, G. Prognostic factors and long-term results of the Burch colposuspension. A retrospective study. Acta Obstet Gynecol Scand. 1994 Sep; 73: 642-7

10627   Kjolhede, P., Ryden, G., Hewardt, P. Abdominal urethrocystopexy using fibrin sealant. A prospective study of long-term efficacy. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 93-6

43835   Kjolseth, D., Madsen, B., Knudsen, L. M., Norgaard, J. P., Djurhuus, J. C. Biofeedback treatment of children and adults with idiopathic detrusor instability. Scand J Urol Nephrol. 1994 Sep; 28: 243-7

42238   Klatka, L. A., Depper, M. H., Marini, A. M. Infarction in the territory of the anterior cerebral artery. Neurology. 1998 Aug; 51: 620-2

59115   Klauser, A., Frauscher, F., Strasser, H., Helweg, G., Kolle, D., Strohmeyer, D., Stenzl, A., zur Nedden, D. Age-related rhabdosphincter function in female urinary stress incontinence: assessment of intraurethral sonography. J Ultrasound Med. 2004 May; 23: 631-7; quiz 638-9

51220   Klausner, T. I. Urologic challenges in the menopausal woman: a case study. Urol Nurs. 2003 Aug; 23: 293-5

57550   Kleeman, S. D., Vasallo, B., Segal, J., Karram, M. M. Vesicocervical fistula following insertion of a modified McDonald suture. BJOG. 2002 Dec; 109: 1408-9

10070   Kleeman, S., Goldwasser, S., Vassallo, B., Karram, M. Predicting postoperative voiding efficiency after operation for incontinence and prolapse. Am J Obstet Gynecol. 2002 Jul; 187: 49-52

**Appendix A5  Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

**sorted by Primary Author and Title**

3085    Klein, E.A. Modified apical dissection for early continence after radical prostatectomy. Prostate. 1993; 22: 217-223

44257   Klein, H. M., Kirschner-Hermanns, R., Lagunilla, J., Gunther, R. W. Assessment of incontinence with intraurethral US: preliminary results. Radiology. 1993 Apr; 187: 141-3

3134    Klein, H.M., Kirschner-Hermanns, R., Lagunilla, J., and Gunther, R.W. Assessment of incontinence with intraurethral US: preliminary results. Radiology. 1993 Apr; 187: 141-143

11886   Klein, L., Pollack, H. M. Computed tomography and magnetic resonance imaging of the female lower urinary tract. Radiol Clin North Am. 1992 Jul; 30: 843-60

44450   Klein, M. C., Gauthier, R. J., Jorgensen, S. H., Robbins, J. M., Kaczorowski, J., Johnson, B., Corriveau, M., Westreich, R., Waghorn, K., Gelfand, M. M., et, a. l. .. Does episiotomy prevent perineal trauma and pelvic floor relaxation?. Online J Curr Clin Trials. 1992 Jul 1; Doc No 10: [6019 words; 65 paragraphs]

3724    Klemm, L.W., Creason, N.S. Self-care practices of women with urinary incontinence--a preliminary study. Health Care Women Int. 1991 Apr-Jun; 12: 199-209

3480    Klevmark, B., Kulseng-Hanssen, S. Continence mechanism in the female. Scand J Urol Nephrol Suppl. 1991; 138: 35-40

10119   Klingele, C. J., Carley, M. E., Hill, R. F. Patient characteristics that are associated with urodynamically diagnosed detrusor instability and genuine stress incontinence. Am J Obstet Gynecol. 2002 May; 186: 866-8

11156   Klingler, H. C., Madersbacher, S., Djavan, B., Schatzl, G., Marberger, M., Schmidbauer, C. P. Morbidity of the evaluation of the lower urinary tract with transurethral multichannel pressure-flow studies. J Urol. 1998 Jan; 159: 191-4

41123   Klingler, H. C., Pycha, A., Schmidbauer, J., Marberger, M. Use of peripheral neuromodulation of the S3 region for treatment of detrusor overactivity: a urodynamic-based study. Urology. 2000 Nov 1; 56: 766-71

44975   Klockgether, T., Schroth, G., Diener, H. C., Dichgans, J. Idiopathic cerebellar ataxia of late onset: natural history and MRI morphology. J Neurol Neurosurg Psychiatry. 1990 Apr; 53: 297-305

4046    Klockgether, T., Schroth, G., Diener, H.C., and Dichgans, J. Idiopathic cerebellar ataxia of late onset: natural history and MRI morphology. J Neurol Neurosurg Psychiatry. 1990 Apr; 53: 297-305

44823   Klose, A. G., Sackett, C. K., Mesrobian, H. G. Management of children with myelodysplasia: urological alternatives. J Urol. 1990 Dec; 144: 1446-9

3887    Klose, A.G., Sackett, C.K., and Mesrobian, H.G. Management of children with myelodysplasia: urological alternatives. J Urol. 1990 Dec; 144: 1446-1449

40084   Klotz, R., Joseph, P. A., Ravaud, J. F., Wiart, L., Barat, M. The Tetrafigap Survey on the long-term outcome of tetraplegic spinal cord injured persons: Part III. Medical complications and associated factors. Spinal Cord. 2002 Sep; 40: 457-67

11303   Klovning, A., Hunskaar, S., Eriksen, B. C. Validity of a scored urological history in detecting detrusor instability in female urinary incontinence. Acta Obstet Gynecol Scand. 1996 Nov; 75: 941-5

11931   Klutke, C. G. Advances in therapy of female stress incontinence. Henry Ford Hosp Med J. 1992; 40: 118-21

11312   Klutke, C. G. Female stress incontinence in the 1990s--changing concepts. J Urol. 1996 Nov; 156: 1626-7

11755   Klutke, C. G., Moore, S., Shea, L., Lindquist, S., Davis, K. A., Craven, C. L. Stress urinary incontinence in women: surgical treatment. Urol Nurs. 1993 Dec; 13: 116-9

4178    Klutke, C., Golomb, J., Barbaric, Z., and Raz, S. The anatomy of stress incontinence: magnetic resonance imaging of the female bladder neck and urethra. J Urol. 1990 Mar; 143: 563-566

12086   Klutke, C., Golomb, J., Barbaric, Z., Raz, S. The anatomy of stress incontinence: magnetic resonance imaging of the female bladder neck and urethra. J Urol. 1990 Mar; 143: 563-6

10235   Klutke, C., Siegel, S., Carlin, B., Paszkiewicz, E., Kirkemo, A., Klutke, J. Urinary retention after tension-free vaginal tape procedure: incidence and treatment. Urology. 2001 Nov; 58: 697-701

# American Urological Association, Inc.

**SUI Guidelines Panel**

---

10508    Klutke, J. J. Current status of urethral occlusive devices in management of urinary incontinence. Curr Opin Obstet Gynecol. 2000 Oct; 12: 415-9

11538    Klutke, J. J., Bergman, A. Hormonal influence on the urinary tract. Urol Clin North Am. 1995 Aug; 22: 629-39

11347    Klutke, J. J., Bergman, A., Pace, J., Klutke, C. G. Transvaginal bladder neck suspension to Cooper's ligament: a modified Pereyra procedure. Obstet Gynecol. 1996 Aug; 88: 294-7

10573    Klutke, J. J., Bergman, J., Klutke, C. G. Transvaginal bladder neck suspension with Cooper's ligament fixation. Long-term urodynamic results. J Reprod Med. 2000 Jul; 45: 541-5

42100    Klutke, J. J., Bullock, A., Klutke, C. G. Comparison of anchors used in anti-incontinence surgery. Urology. 1998 Dec; 52: 979-81

10659    Klutke, J. J., Carlin, B. I., Klutke, C. G. The tension-free vaginal tape procedure: correction of stress incontinence with minimal alteration in proximal urethral mobility. Urology. 2000 Apr; 55: 512-4

10276    Klutke, J. J., Klutke, C. G. The tension-free vaginal tape procedure: innovative surgery for incontinence. Curr Opin Obstet Gynecol. 2001 Oct; 13: 529-32

10744    Klutke, J. J., Klutke, C. G., Bergman, J., Elia, G. Bladder neck suspension for stress urinary incontinence: how does it work?. Neurourol Urodyn. 1999; 18: 623-7

10707    Klutke, J. J., Klutke, C. G., Bergman, J., Elia, G. Urodynamics changes in voiding after anti-incontinence surgery: an insight into the mechanism of cure. Urology. 1999 Dec; 54: 1003-7

42130    Klutke, J. J., Klutke, C. G., Hsieh, G. Bladder injury during the Burch retropubic urethropexy: is routine cystoscopy necessary?. Tech Urol. 1998 Sep; 4: 145-7

10607    Klutke, J. J., Ramos, S. Urodynamic outcome after surgery for severe prolapse and potential stress incontinence. Am J Obstet Gynecol. 2000 Jun; 182: 1378-81

43859    Knapp, P. M., Jr, Siegel, Y. I., Lingeman, J. E. Laparoscopic retroperitoneal needle suspension urethropexy. J Endourol. 1994 Aug; 8: 279-84

11614    Knapp, T. R., Nickel, J. T. Re: 'Factors associated with risk of stress urinary incontinence in women'. Nurs Res. 1995 Jan-Feb; 44: 58

5311    Knespl, J. The Cobb-Ragde method of a simplified correction of female stress incontinence. Cesk Gynekol. 1990; 55: 268-269

59141    Knight, G. E., Burnstock, G. The effect of pregnancy and the oestrus cycle on purinergic and cholinergic responses of the rat urinary bladder. Neuropharmacology. 2004 Jun; 46: 1049-56

40869    Knight, J. Positive thinking. Nurs Stand. 2000 Feb 16-22; 14: 18-9

31266    Knight, R. G., Devereux, R. C., Godfrey, H. P. Psychosocial consequences of caring for a spouse with multiple sclerosis. J Clin Exp Neuropsychol. 1997 Feb; 19: 7-19

3137    Knoll, M., Madersbacher, H. The chances of a spina bifida patient becoming continent/socially dry by conservative therapy. Paraplegia. 1993 Jan; 31: 22-27

43313    Kobak, W. H., Rosenberger, K., Walters, M. D. Interobserver variation in the assessment of pelvic organ prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 121-4

10723    Kobashi, K. C., Dmochowski, R., Mee, S. L., Mostwin, J., Nitti, V. W., Zimmern, P. E., Leach, G. E. Erosion of woven polyester pubovaginal sling. J Urol. 1999 Dec; 162: 2070-2

52410    Kobashi, K. C., Govier, F. E. Management of vaginal erosion of polypropylene mesh slings. J Urol. 2003 Jun; 169: 2242-3

51300    Kobashi, K. C., Govier, F. E. Perioperative complications: the first 140 polypropylene pubovaginal slings. J Urol. 2003 Nov; 170: 1918-21

10775    Kobashi, K. C., Leach, G. E. Stress urinary incontinence. Curr Opin Urol. 1999 Jul; 9: 285-90

---

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 10003 | Kobashi, K. C., Leach, G. E., Chon, J., Govier, F. E. Continued multicenter followup of cadaveric prolapse repair with sling. J Urol. 2002 Nov; 168: 2063-8 |
| 10504 | Kobashi, K. C., Mee, S. L., Leach, G. E. A new technique for cystocele repair and transvaginal sling: the cadaveric prolapse repair and sling (CAPS). Urology. 2000 Dec 4; 56: 9-14 |
| 10735 | Kobata, S. A., Girao, M. J., Sartori, M. G., Baracat, E. C., Rodrigues de Lima, G. Urodynamic and ultrasonographic evaluation after continence surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 321-4 |
| 42564 | Kobelt, G. Economic considerations and outcome measurement in urge incontinence. Urology. 1997 Dec; 50: 100-7; discussion 108-10 |
| 41891 | Kobelt, G., Kirchberger, I., Malone-Lee, J. Review. Quality-of-life aspects of the overactive bladder and the effect of treatment with tolterodine. BJU Int. 1999 Apr; 83: 583-90 |
| 54730 | Koch, T. R. Anal sphincter injury following forceps delivery. Am J Gastroenterol. 2003 Dec; 98: 2798-9 |
| 41416 | Koch, T., Kelly, S. Identifying strategies for managing urinary incontinence with women who have multiple sclerosis. J Clin Nurs. 1999 Sep; 8: 550-9 |
| 40355 | Koch, T., Kelly, S. Understanding what is important for women who live with multiple sclerosis. Aust J Holist Nurs. 1999 Apr; 6: 14-24 |
| 40614 | Koch, T., Kralik, D. Chronic illness: reflections on a community-based action research programme. J Adv Nurs. 2001 Oct; 36: 23-31 |
| 40428 | Koch, T., Kralik, D., Eastwood, S., Schofield, A. Breaking the silence: women living with multiple sclerosis and urinary incontinence. Int J Nurs Pract. 2001 Feb; 7: 16-23 |
| 10087 | Kochakarn, W. Tension-free vaginal tape procedure for the treatment of stress urinary incontinence: the first experience in Thailand. J Med Assoc Thai. 2002 Jan; 85: 87-91 |
| 10205 | Kochakarn, W., Leenanupunth, C., Ratana-Olarn, K., Roongreungsilp, U., Siripornpinyo, N. Pubovaginal sling for the treatment of female stress urinary incontinence: experience of 100 cases at Ramathibodi Hospital. J Med Assoc Thai. 2001 Oct; 84: 1412-5 |
| 30428 | Kochakarn, W., Ratana-Olarn, K., Viseshsindh, V., Leenanupunth, C., Muangman, V. Urethral diverticulum in females: 25 years experience at Ramathibodi Hospital. J Med Assoc Thai. 2000 Dec; 83: 1437-41 |
| 59052 | Kocjancic, E., Tarrano, E., Panella, M., Crivellaro, S., Smith, J. J.,  3rd, Maso, G., Favro, M., Ceratti, G., Gontero, P., Frea, B. Evaluation of minimally invasive analysis system for cough leak point pressure measurement. J Urol. 2004 Sep; 172: 994-7 |
| 44677 | Kockelbergh, R. C., Tan, J. B., Bates, C. P., Bishop, M. C., Dunn, M., Lemberger, R. J. Clam enterocystoplasty in general urological practice. Br J Urol. 1991 Jul; 68: 38-41 |
| 3631 | Kockelbergh, R.C., Tan, J.B., Bates, C.P., Bishop, M.C., Dunn, M., and Lemberger, R.J. Clam enterocystoplasty in general urological practice. Br J Urol. 1991 Jul; 68: 38-41 |
| 43081 | Kockum, C. C., Hansson, E., Stenberg, A., Svensson, J., Malmfors, G. Bladder exstrophy in Sweden--a long-term follow-up study. Eur J Pediatr Surg. 1996 Aug; 6: 208-11 |
| 43969 | Kodama, H., Hieda, I., Kuchinomachi, Y., Takeichi, H., Matsumoto, H. Non-invasive ultrasonic urination sensor for ambulatory patient support. Methods Inf Med. 1994 Mar; 33: 97-100 |
| 40533 | Kodman-Jones, C., Hawkins, L., Schulman, S. L. Behavioral characteristics of children with daytime wetting. J Urol. 2001 Dec; 166: 2392-5 |
| 10502 | Koduri, S., Goldberg, R. P., Sand, P. K. Transvaginal therapy of genuine stress incontinence. Urology. 2000 Dec 4; 56: 23-7 |
| 10084 | Koduri, S., Sand, P. Transvaginal bladder neck suspension to Cooper's ligament. Curr Urol Rep. 2001 Oct; 2: 344-9 |
| 4039 | Koelbl, H., Bernaschek, G., and Deutinger, J. Assessment of female urinary incontinence by introital sonography. JCU J Clin Ultrasound. 1990 May; 18: 370-374 |

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

Case 2:19-cv-12107-KM-ESK Document 30-4 Filed 03/25/20 Page 253 of 800 PageID #: 146328

12074    Koelbl, H., Bernaschek, G., Deutinger, J. Assessment of female urinary incontinence by introital sonography. J Clin Ultrasound. 1990 May; 18: 370-4

10986    Koelbl, H., Saz, V., Doerfler, D., Haeusler, G., Sam, C., Hanzal, E. Transurethral injection of silicone microimplants for intrinsic urethral sphincter deficiency. Obstet Gynecol. 1998 Sep; 92: 332-6

10310    Koelbl, H., Stoerer, S., Seliger, G., Wolters, M. Transurethral penetration of a tension-free vaginal tape. BJOG. 2001 Jul; 108: 763-5

10300    Koelle, D., Stenzl, A., Koelbl, H., Marth, C. Treatment of postoperative urinary retention by elongation of tension-free vaginal tape. Am J Obstet Gynecol. 2001 Jul; 185: 250-1

43243    Kohler-Ockmore, J., Feneley, R. C. Long-term catheterization of the bladder: prevalence and morbidity. Br J Urol. 1996 Mar; 77: 347-51

42210    Kohli, N., Karram, M. M. Urodynamic evaluation for female urinary incontinence. Clin Obstet Gynecol. 1998 Sep; 41: 672-90

31322    Kohli, N., Sze, E. H., Roat, T. W., Karram, M. M. Incidence of recurrent cystocele after anterior colporrhaphy with and without concomitant transvaginal needle suspension. Am J Obstet Gynecol. 1996 Dec; 175: 1476-80; discussion 1480-2

3509    Kohn, D., Sinoff, G., Strulov, A., Ciechanover, M., and Wei, J.Y. Long-term follow-up of patients aged 75 years and older admitted to an acute care hospital in Israel. Aging (Milano). 1991 Sep; 3: 279-285

44642    Kohn, D., Sinoff, G., Strulov, A., Ciechanover, M., Wei, J. Y. Long-term follow-up of patients aged 75 years and older admitted to an acute care hospital in Israel. Aging (Milano). 1991 Sep; 3: 279-85

42361    Kohn, I. J., Balsara, R. K., Rabinovitch, H. Placement of a bladder neck purse-string cuff for the management of incontinence in children with myelodysplasia. Urology. 1998 Jun; 51: 1027-30

12105    Kohorn, E. I. Negative Q-tip test as a risk factor for failed incontinence surgery in women. J Reprod Med. 1990 Jan; 35: 68

11980    Kohorn, E. I. Surgery for stress urinary incontinence. Curr Opin Obstet Gynecol. 1991 Jun; 3: 394-7

4196    Kohorn, E.I. Negative Q-tip test as a risk factor for failed incontinence surgery in women [letter; comment]. J Reprod Med. 1990 Jan; 35: 68

41045    Koie, H., Yamaya, Y., Sakai, T. Four cases of lowered urethral pressure in canine ectopic ureter. J Vet Med Sci. 2000 Nov; 62: 1221-2

41899    Kok, A. L., Burger, C. W., van de Weijer, P. H., Voetberg, G. A., Peters-Muller, E. R., Kenemans, P. Micturition complaints in postmenopausal women treated with continuously combined hormone replacement therapy: a prospective study. Maturitas. 1999 Jan 4; 31: 143-9

44479    Kok, A. L., Voorhorst, F. J., Burger, C. W., van Houten, P., Kenemans, P., Janssens, J. Urinary and faecal incontinence in community-residing elderly women. Age Ageing. 1992 May; 21: 211-5

3343    Kok, A.L., Voorhorst, F.J., Burger, C.W., van-Houten, P., Kenemans, P., and Janssens, J. Urinary and faecal incontinence in community-residing elderly women. Age Ageing. 1992 May; 21: 211-215

41101    Kolcaba, K., Dowd, T., Winslow, E. H., Jacobson, A. F. Kegel exercises. Strengthening the weak pelvic floor muscles that cause urinary incontinence. Am J Nurs. 2000 Nov; 100: 59

43559    Koldewijn, E. L., Hommes, O. R., Lemmens, W. A., Debruyne, F. M., van Kerrebroeck, P. E. Relationship between lower urinary tract abnormalities and disease- related parameters in multiple sclerosis. J Urol. 1995 Jul; 154: 169-73

43924    Koldewijn, E. L., Van Kerrebroeck, P. E., Schaafsma, E., Wijkstra, H., Debruyne, F. M., Brindley, G. S. Bladder pressure sensors in an animal model. J Urol. 1994 May; 151: 1379-84

42097    Kolligian, M. E., Palmer, L. S., Cheng, E. Y., Firlit, C. F. Myofascial wrap to treat intractable urinary incontinence in children. Urology. 1998 Dec; 52: 1122-7

# American Urological Association, Inc.

**SUI Guidelines Panel**

| | |
|---|---|
| 56330 | Kolominsky-Rabas, P. L., Hilz, M. J., Neundoerfer, B., Heuschmann, P. U. Impact of urinary incontinence after stroke: results from a prospective population-based stroke register. Neurourol Urodyn. 2003; 22: 322-7 |
| 41597 | Komatsu, K., Niikura, S., Maeda, Y., Ishiura, Y., Yokoyama, O., Namiki, M. Single ectopic vaginal ureter diagnosed by computed tomography. Urol Int. 1999; 63: 147-50 |
| 54540 | Konagaya, M., Matsumoto, A., Takase, S., Mizutani, T., Sobue, G., Konishi, T., Hayabara, T., Iwashita, H., Ujihira, T., Miyata, K., Matsuoka, Y. Clinical analysis of longstanding subacute myelo-optico-neuropathy: sequelae of clioquinol at 32 years after its ban. J Neurol Sci. 2004 Mar 15; 218: 85-90 |
| 3550 | Kondo, A. Status and tasks of today's urodynamics. Urol Int. 1991; 47 Suppl 1: 16-18 |
| 11744 | Kondo, A., Kapoor, R., Ohmura, M., Saito, M. Functional obstruction of the female urethra: relevance to refractory bed wetting and recurrent urinary tract infection. Neurourol Urodyn. 1994; 13: 541-6 |
| 3288 | Kondo, A., Kato, K., Sakakibara, T., Hashizume, Y., and Ito, S. Tethered cord syndrome: cause for urge incontinence and pain in lower extremities. Urology. 1992 Aug; 40: 143-146 |
| 44433 | Kondo, A., Kato, K., Sakakibara, T., Hashizume, Y., Ito, S. Tethered cord syndrome: cause for urge incontinence and pain in lower extremities. Urology. 1992 Aug; 40: 143-6 |
| 10788 | Kondo, A., Narushima, M., Itoh, Y., Saito, M. Vaginal nylon sling: loop length and surgical outcomes in those with urethral hypermobility and intrinsic sphincter deficiency. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 182-7 |
| 11745 | Kondo, A., Narushima, M., Yoshikawa, Y., Hayashi, H. Pelvic fascia strength in women with stress urinary incontinence in comparison with those who are continent. Neurourol Urodyn. 1994; 13: 507-13 |
| 11305 | Kondo, A., Yamada, Y., Morishige, R., Niijima, R. An intensive programme for pelvic floor muscle exercises: short- and long-term effects on those with stress urinary incontinence. Hinyokika Kiyo. 1996 Nov; 42: 853-9 |
| 11516 | Kondo, A., Yamada, Y., Niijima, R. Treatment of stress incontinence by vaginal cones: short- and long-term results and predictive parameters. Br J Urol. 1995 Oct; 76: 464-6 |
| 11239 | Kondo, A., Yokoyama, E., Koshiba, K., Fukui, J., Gotoh, M., Yoshikawa, Y., Yamada, T., Takei, M. Bladder neck support prosthesis: a nonoperative treatment for stress or mixed urinary incontinence. J Urol. 1997 Mar; 157: 824-7 |
| 10484 | Kondo, Y., Homma, Y., Takahashi, S., Kitamura, T., Kawabe, K. Transvaginal ultrasound of urethral sphincter at the mid urethra in continent and incontinent women. J Urol. 2001 Jan; 165: 149-52 |
| 59298 | Kondoh, T., Amamoto, N., Doi, T., Hamada, H., Ogawa, Y., Nakashima, M., Sasaki, H., Aikawa, K., Tanaka, T., Aoki, M., Harada, J., Moriuchi, H. Dramatic improvement in Down syndrome-associated cognitive impairment with donepezil. Ann Pharmacother. 2005 Mar; 39: 563-6 |
| 43933 | Kong, K. H., Chan, K. F., Lim, A. C., Tan, E. S. Detrusor hyperreflexia in strokes. Ann Acad Med Singapore. 1994 May; 23: 319-21 |
| 44921 | Kong, T. K., Morris, J. A., Robinson, J. M., Brocklehurst, J. C. Predicting urodynamic dysfunction from clinical features in incontinent elderly women. Age Ageing. 1990 Jul; 19: 257-63 |
| 3912 | Kong, T.K., Morris, J.A., Robinson, J.M., and Brocklehurst, J.C. Predicting urodynamic dysfunction from clinical features in incontinent elderly women. Age Ageing. 1990 Jul; 19: 257-263 |
| 44510 | Kontani, H., Nakagawa, M., Sakai, T. Effects of adrenergic agonists on an experimental urinary incontinence model in anesthetized rabbits. Jpn J Pharmacol. 1992 Apr; 58: 339-46 |
| 44776 | Kontturi, M. J., Hellstrom, P. A., Tammela, T. L., Lukkarinen, O. A. Colocystoplasty for the treatment of severe interstitial cystitis. Urol Int. 1991; 46: 50-4 |
| 3719 | Kontturi, M.J., Hellstrom, P.A., Tammela, T.L., and Lukkarinen, O.A. Colocystoplasty for the treatment of severe interstitial cystitis. Urol Int. 1991; 46: 50-54 |
| 41984 | Koo, H. P., Bunchman, T. E., Flynn, J. T., Punch, J. D., Schwartz, A. C., Bloom, D. A. Renal transplantation in children with severe lower urinary tract dysfunction. J Urol. 1999 Jan; 161: 240-5 |

**American Urological Association, Inc.**

SUI Guidelines Panel

12039    Koonings, P. P., Bergman, A., Ballard, C. A. Low urethral pressure and stress urinary incontinence in women: risk factor for failed retropubic surgical procedure. Urology. 1990 Sep; 36: 245-8

12106    Koonings, P. P., Bergman, A., Ballard, C. A. Prostaglandins for enhancing detrusor function after surgery for stress incontinence in women. J Reprod Med. 1990 Jan; 35: 1-5

3951     Koonings, P.P., Bergman, A., and Ballard, C.A. Low urethral pressure and stress urinary incontinence in women: risk factor for failed retropubic surgical procedure. Urology. 1990 Sep; 36: 245-248

4197     Koonings, P.P., Bergman, A., and Ballard, C.A. Prostaglandins for enhancing detrusor function after surgery for stress incontinence in women. J Reprod Med. 1990 Jan; 35: 1-5

3493     Koraitim, M., Khalil, R. Preservation of urosexual functions after radical cystectomy. Urology. 1992 Feb; 39: 117-121

5312     Korda, A., Ferry, J., and Hunter, P. Silastic slings for female incontinence. International Urogynaecology Journal. 1990; 1: 63-66

11643    Korman, H. J., Sirls, L. T., Kirkemo, A. K. Success rate of modified Pereyra bladder neck suspension determined by outcomes analysis. J Urol. 1994 Nov; 152: 1453-7

11320    Korn, A. P., Learman, L. A. Operations for stress urinary incontinence in the United States, 1988- 1992. Urology. 1996 Oct; 48: 609-12

45072    Kornhuber, H. H., Schutz, A. Efficient treatment of neurogenic bladder disorders in multiple sclerosis with initial intermittent catheterization and ultrasound- controlled training. Eur Neurol. 1990; 30: 260-7

3287     Kossard, S., Bear, L. A florid papulo-nodular eruption in a sexagenarian. Australas J Dermatol. 1991; 32: 178-180

10463    Kovac, S. R. Laparoscopic surgery for genuine stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000  Dec; 11: 395

11233    Kovac, S. R., Cruikshank, S. H. Pubic bone suburethral stabilization sling for recurrent urinary incontinence. Obstet Gynecol. 1997 Apr; 89: 624-7

50400    Kowalczyk, J. A review of the overactive bladder in women and men. J Gend Specif Med. 2003; 6: 25-9

41433    Kowalczyk, J. J. Office evaluation of the patient with an overactive urinary bladder. J Am Osteopath Assoc. 2000 Mar; 100: S1-4

10295    Kowalczyk, J. J., Mulcahy, J. J. Use of the artificial urinary sphincter in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 176-9

11025    Koyama, W., Koyanagi, A., Mihara, S., Kawazu, S., Uemura, T., Nakano, H., Gotou, Y., Nishizawa, M., Noyama, A., Hasegawa, C., Nakano, M. Prevalence and conditions of urinary incontinence among the elderly. Methods Inf Med. 1998 Jun; 37: 151-5

10795    Kralj, B. Conservative treatment of female stress urinary incontinence with functional electrical stimulation. Eur J Obstet Gynecol Reprod Biol. 1999 Jul; 85: 53-6

43918    Kralj, B. Epidemiology of female urinary incontinence, classification of urinary incontinence, urinary incontinence in elderly women. Eur J Obstet Gynecol Reprod Biol. 1994 May 31; 55: 39-41

3998     Krasner, D. Alterations in skin integrity related to continence management/incontinence: some problems and solutions. Ostomy Wound Manage. 1990 May-Jun; 28: 62-63

56870    Krause, C., Wells, T., Hughes, S., Brink, C., Mayer, R. Incontinence in women: effect of expectancy to regain control and severity of symptoms on treatment outcomes. Urol Nurs. 2003 Feb; 23: 54-61

43087    Krauss, J. K., Droste, D. W., Vach, W., Regel, J. P., Orszagh, M., Borremans, J. J., Tietz, A., Seeger, W. Cerebrospinal fluid shunting in idiopathic normal-pressure hydrocephalus of the elderly: effect of periventricular and deep white matter lesions. Neurosurgery. 1996 Aug; 39: 292-9; discussion 299-300

42946    Krauss, J. K., Regel, J. P., Droste, D. W., Orszagh, M., Borremans, J. J., Vach, W. Movement disorders in adult hydrocephalus. Mov Disord. 1997 Jan; 12: 53-60

# American Urological Association, Inc.

## SUI Guidelines Panel

**51690**    Kreder, K. J., Jr, Brubaker, L., Mainprize, T. Tolterodine is equally effective in patients with mixed incontinence and those with urge incontinence alone. BJU Int. 2003 Sep; 92: 418-21

**11299**    Kreder, K. J., Austin, J. C. Treatment of stress urinary incontinence in women with urethral hypermobility and intrinsic sphincter deficiency. J Urol. 1996 Dec; 156: 1995-8

**44055**    Kreder, K. J., Nygaard, I. E. The diagnosis and management of urinary incontinence in women. Compr Ther. 1994; 20: 678-81

**11365**    Kreder, K. J., Winfield, H. N. Laparoscopic urethral sling for treatment of intrinsic sphincter deficiency. J Endourol. 1996 Jun; 10: 255-7

**44490**    Kreder, K., Das, A. K., Webster, G. D. The hemi-Kock ileocystoplasty: a versatile procedure in reconstructive urology. J Urol. 1992 May; 147: 1248-51

**3433**    Kreder, K., Das, A.K., and Webster, G.D. The hemi-Kock ileocystoplasty: a versatile procedure in reconstructive urology. J Urol. 1992 May; 147: 1248-1251

**40169**    Kreder, K., Mayne, C., Jonas, U. Long-term safety, tolerability and efficacy of extended-release tolterodine in the treatment of overactive bladder. Eur Urol. 2002 Jun; 41: 588-95

**3737**    Kreder, K.J., Webster, G.D. Evaluation and management of incontinence after implantation of the artificial urinary sphincter. Urol Clin North Am. 1991 May; 18: 375-381

**3511**    Kreder, K.J., Webster, G.D. Management of the bladder outlet in patients requiring enterocystoplasty. J Urol. 1992 Jan; 147: 38-41

**43720**    Krishna, A., Gough, D. C., Fishwick, J., Bruce, J. Ileocystoplasty in children: assessing safety and success. Eur Urol. 1995; 27: 62-6

**41460**    Krishna, N. S., Glen, E. S. Re: A remote controlled intraurethral insert for artificial voiding: a new concept for treating women with voiding dysfunction. J Urol. 2000 Apr; 163: 1258

**50910**    Krissi, H., Adam, J. E., Stanton, S. L. MRI visualization of the female pelvis in the plane of the tension-free vaginal tape (TVT) procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 342-5; discussion 345-6

**10190**    Kristiansson, P., Samuelsson, E., von Schoultz, B., Svardsudd, K. Reproductive hormones and stress urinary incontinence in pregnancy. Acta Obstet Gynecol Scand. 2001 Dec; 80: 1125-30

**55410**    Kron, M., Loy, S., Sturm, E., Nikolaus, T., Becker, C. Risk indicators for falls in institutionalized frail elderly. Am J Epidemiol. 2003 Oct 1; 158: 645-53

**42235**    Kronner, K. M., Rink, R. C., Simmons, G., Kropp, B. P., Casale, A. J., Cain, M. P. Artificial urinary sphincter in the treatment of urinary incontinence: preoperative urodynamics do not predict the need for future bladder augmentation. J Urol. 1998 Sep; 160: 1093-5; discussion 1103

**10348**    Krstic, Z. D., Lukac, M., Lukac, R., Smoljanic, Z., Vukadinovic, V., Varinac, D. Surgical treatment of cloacal anomalies. Pediatr Surg Int. 2001 May; 17: 329-33

**11274**    Krue, S., Jensen, H., Agger, A. O., Rasmussen, K. L. The influence of infant birth weight on post partum stress incontinence in obese women. Arch Gynecol Obstet. 1997; 259: 143-5

**40652**    Krumholz, H. M., Chen, J., Chen, Y. T., Wang, Y., Radford, M. J. Predicting one-year mortality among elderly survivors of hospitalization for an acute myocardial infarction: results from the Cooperative Cardiovascular Project. J Am Coll Cardiol. 2001 Aug; 38: 453-9

**40820**    Kryger, J. V., Leverson, G., Gonzalez, R. Long-term results of artificial urinary sphincters in children are independent of age at implantation. J Urol. 2001 Jun; 165: 2377-9

**41852**    Kryger, J. V., Spencer Barthold, J., Fleming, P., Gonzalez, R. The outcome of artificial urinary sphincter placement after a mean 15- year follow-up in a paediatric population. BJU Int. 1999 Jun; 83: 1026-31

**57050**    Krygowska-Wajs, A., Hussey, J. M., Hulihan, M., Farrer, M. J., Tsuboi, Y., Uitti, R. J., Wszolek, Z. K. Two large Polish kindreds with levodopa-responsive Parkinsonism not linked to known Parkinsonian genes and loci. Parkinsonism Relat Disord. 2003 Mar; 9: 193-200

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 10439 | Kubricht, W. S., 3rd, Williams, B. J., Eastham, J. A., Venable, D. D. Tensile strength of cadaveric fascia lata compared to small intestinal submucosa using suture pull through analysis. J Urol. 2001 Feb; 165: 486-90 |
| 40908 | Kuchel, G. A., Tannenbaum, C., Greenspan, S. L., Resnick, N. M. Can variability in the hormonal status of elderly women assist in the decision to administer estrogens?. J Womens Health Gend Based Med. 2001 Mar; 10: 109-16 |
| 10985 | Kuczyk, M. A., Klein, S., Grunewald, V., Machtens, S., Denil, J., Hofner, K., Wagner, T., Jonas, U. A questionnaire-based outcome analysis of the Stamey bladder neck suspension procedure for the treatment of urinary stress incontinence: the Hannover experience. Br J Urol. 1998 Aug; 82: 174-80 |
| 41385 | Kudo, T., Mima, T., Hashimoto, R., Nakao, K., Morihara, T., Tanimukai, H., Tsujio, I., Koike, Y., Tagami, S., Mori, H., Nakamura, Y., Tanaka, T., Mori, K., Takeda, M. Tau protein is a potential biological marker for normal pressure hydrocephalus. Psychiatry Clin Neurosci. 2000 Apr; 54: 199-202 |
| 54580 | Kudoh, K., Kadota, M., Nakayama, Y., Imuta, M., Yasuda, T., Yamashita, Y., Inadome, A., Yoshida, M., Ueda, S. Transcatheter arterial embolization therapy for a hypoplastic pelvic kidney with a single vaginal ectopic ureter to control incontinence: the usefulness of three-dimensional CT angiography using multidetector-row helical CT. Cardiovasc Intervent Radiol. 2003 Sep-Oct; 26: 479-81 |
| 10729 | Kuh, D., Cardozo, L., Hardy, R. Urinary incontinence in middle aged women: childhood enuresis and other lifetime risk factors in a British prospective cohort. J Epidemiol Community Health. 1999 Aug; 53: 453-8 |
| 51200 | Kuhn, A. Analysis of retropubic colpourethrosuspension results by suburethral sling with REMEEX prosthesis. Eur J Obstet Gynecol Reprod Biol. 2003 Nov 10; 111: 98 |
| 59099 | Kuhn, A. Re: de Leval J. Novel surgical technique for the treatment of female stress urinary incontinence: transobturator vaginal tape inside-out. Eur Urol 2003;44:724-30. Eur Urol. 2004 Jul; 46: 136 |
| 3639 | Kuhn, W., Rist, M., and Zaech, G.A. Intermittent urethral self-catheterisation: long term results (bacteriological evolution, continence, acceptance, complications). Paraplegia. 1991 May; 29: 222-232 |
| 44719 | Kuhn, W., Rist, M., Zaech, G. A. Intermittent urethral self-catheterisation: long term results (bacteriological evolution, continence, acceptance, complications). Paraplegia. 1991 May; 29: 222-32 |
| 11265 | Kujansuu, E. Patient history in the diagnosis of urinary incontinence and determining the quality of life. Acta Obstet Gynecol Scand Suppl. 1997; 166: 15-8 |
| 43472 | Kuller, J. A., Katz, V. L., McCoy, M. C., Hansen, W. F. Pregnancy complicated by Guillain-Barre syndrome. South Med J. 1995 Sep; 88: 987-9 |
| 11261 | Kulseng-Hanssen, S. Reliability and validity of stationary cystometry, stationary cysto- urethrometry and ambulatory cysto-urethro-vaginometry. Acta Obstet Gynecol Scand Suppl. 1997; 166: 33-8 |
| 10345 | Kulseng-Hanssen, S. The clinical value of ambulatory urethral pressure recording in women. Scand J Urol Nephrol Suppl. 2001; : 67-73; discussion 106-25 |
| 51110 | Kulseng-Hanssen, S. The development of a national database of the results of surgery for urinary incontinence in women. BJOG. 2003 Nov; 110: 975-82 |
| 10181 | Kulseng-Hanssen, S., Berild, G. H. Subjective and objective incontinence 5 to 10 years after Burch colposuspension. Neurourol Urodyn. 2002; 21: 100-5 |
| 51100 | Kulseng-Hanssen, S., Borstad, E. The development of a questionnaire to measure the severity of symptoms and the quality of life before and after surgery for stress incontinence. BJOG. 2003 Nov; 110: 983-8 |
| 11442 | Kulseng-Hanssen, S., Klevmark, B. Ambulatory urodynamic monitoring of women. Scand J Urol Nephrol Suppl. 1996; 179: 27-37 |
| 10975 | Kulseng-Hanssen, S., Kristoffersen, M., Larsen, E. Evaluation of the subjective and objective effect of maximal electrical stimulation in patients complaining of urge incontinence. Acta Obstet Gynecol Scand Suppl. 1998; 168: 12-5 |
| 30740 | Kumar, A., Mandhani, A., Gogoi, S., Srivastava, A. Management of functional bladder neck obstruction in women: use of alpha-blockers and pediatric resectoscope for bladder neck incision. J Urol. 1999 Dec; 162: 2061-5 |

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# American Urological Association, Inc.

**SUI Guidelines Panel**

41529    Kumar, H., Cauchi, J., MacKinnon, A. E. Periurethral Goretex sling in lower urinary reconstruction. Eur J Pediatr Surg. 1999 Dec; 9 Suppl 1: 33-4

40341    Kumar, R., Bansal, K. K., Chhabra, D. K. Occurrence of split cord malformation in meningomyelocele: complex spina bifida. Pediatr Neurosurg. 2002 Mar; 36: 119-27

59071    Kumar, V., Chapple, C. C., Chess-Williams, R. Characteristics of adenosine triphosphatase release from porcine and human normal bladder. J Urol. 2004 Aug; 172: 744-7

53340    Kunde, D., Varma, R. Feasibility of performing TVT operation for stress urinary incontinence under general anaesthesia. J Obstet Gynaecol. 2002 Nov; 22: 663-5

11336    Kung, R. C., Lie, K., Lee, P., Drutz, H. P. The cost-effectiveness of laparoscopic versus abdominal Burch procedures in women with urinary stress incontinence. J Am Assoc Gynecol Laparosc. 1996 Aug; 3: 537-44

51160    Kung, R. C., Liu, G., Lee, P. E., Lie, K. I., Morgan, J. E. Laparoscopic two-team slings for women with stress urinary incontinence. J Am Assoc Gynecol Laparosc. 2003 Aug; 10: 327-33

10670    Kuo, H. The relationships of urethral and pelvic floor muscles and the urethral pressure measurements in women with stress urinary incontinence. Eur Urol. 2000 Feb; 37: 149-55

10336    Kuo, H. C. Anatomical and functional results of pubovaginal sling procedure using polypropylene mesh for the treatment of stress urinary incontinence. J Urol. 2001 Jul; 166: 152-7

11272    Kuo, H. C. Clinical outcome and quality of life after enterocystoplasty for contracted bladders. Urol Int. 1997; 58: 160-5

10481    Kuo, H. C. Comparison of video urodynamic results after the pubovaginal sling procedure using rectus fascia and polypropylene mesh for stress urinary incontinence. J Urol. 2001 Jan; 165: 163-8

55400    Kuo, H. C. Effectiveness of intravesical resiniferatoxin in treating detrusor hyper-reflexia and external sphincter dyssynergia in patients with chronic spinal cord lesions. BJU Int. 2003 Oct; 92: 597-601

10462    Kuo, H. C. Long-term results of surgical treatment for female stress urinary incontinence. Urol Int. 2001; 66: 13-7

59170    Kuo, H. C. Long-term surgical results of pubovaginal sling procedure using polypropylene mesh in the treatment of stress urinary incontinence. Urol Int. 2005; 74: 147-52

42276    Kuo, H. C. Quality of life after active urological management of chronic spinal cord injury in eastern Taiwan. Eur Urol. 1998; 34: 37-46

10334    Kuo, H. C. Sonographic evaluation of anatomic results after the pubovaginal sling procedure for stress urinary incontinence. J Ultrasound Med. 2001 Jul; 20: 739-47

10186    Kuo, H. C. The surgical results of the pubovaginal sling procedure using polypropylene mesh for stress urinary incontinence. BJU Int. 2001 Dec; 88: 884-8

11058    Kuo, H. C. Transrectal sonographic investigation of urethral and paraurethral structures in women with stress urinary incontinence. J Ultrasound Med. 1998 May; 17: 311-20

11381    Kuo, H. C. Transrectal sonography of the female urethra in incontinence and frequency-urgency syndrome. J Ultrasound Med. 1996 May; 15: 363-70

10728    Kuo, H. C. Videourodynamic results after pubovaginal sling procedure for stress urinary incontinence. Urology. 1999 Nov; 54: 802-6; discussion 806-7

52850    Kuo, H. C. Videourodynamic results in stress urinary incontinence patients after pelvic floor muscle training. J Formos Med Assoc. 2003 Jan; 102: 23-9

41326    Kuo, H. C. Videourodynamic study for diagnosis of bladder outlet obstruction in women. J Formos Med Assoc. 2000 May; 99: 386-92

11969    Kuo, H. C., Chang, S. C., Hsu, T. A new classification of female stress urinary incontinence--based on transrectal sonographic cystourethrography. J Formos Med Assoc. 1991 Aug; 90: 769-75

# Appendix A5. Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

11736    Kuo, H. C., Chang, S. C., Hsu, T. Application of transrectal sonography in the diagnosis and treatment of female stress urinary incontinence. Eur Urol. 1994; 26: 77-84

3542    Kuo, H.C., Chang, S.C., and Hsu, T. A new classification of female stress urinary incontinence--based on transrectal sonographic cystourethrography. Taiwan I Hsueh Hui Tsa Chih. 1991 Aug; 90: 769-775

10254    Kupeli, B., Kordan, Y., Alkibay, T. Urinary incontinence after pelvic trauma: a case report. Int Urol Nephrol. 2001; 32: 363-5

3448    Kurabayashi, H., Kubota, K., Kawada, E., Tamura, K., Tamura, J., and Shirakura, T. Complete cure of urinary and faecal incontinence after intravenous vitamin B12 therapy in a patient with post-gastrectomy megaloblastic anaemia. J Intern Med. 1992 Mar; 231: 313-315

3010    Kurisaka, M., Arisawa, M., Moriki, A., and Mori, K. Successful combination chemotherapy (cisplatin, vinblastine, and bleomycin) with small-dose irradiation in the treatment of pineoblastoma metastasized into spinal cord: case report. Surg Neurol. 1993 Feb; 39: 152-157

11873    Kursh, E. D. Factors influencing the outcome of a no incision endoscopic urethropexy. Surg Gynecol Obstet. 1992 Sep; 175: 254-8

11982    Kursh, E. D., Angell, A. H., Resnick, M. I. Evolution of endoscopic urethropexy: seven-year experience with various techniques. Urology. 1991 May; 37: 428-31

5295    Kursh, E.D. What factors influence the outcome of a no-incision endoscopic urethropexy?. J Urol. 1991; 145: 223A

3718    Kursh, E.D., Angell, A.H., and Resnick, M.I. Evolution of endoscopic urethropexy: seven-year experience with various techniques. Urology. 1991 May; 37: 428-431

3082    Kurtz, M., Murrey, M., Salmonson, K., and Cornell, C. Daytime incontinence. J Pediatr Health Care. 1993 Mar-Apr; 7: 92,99-100

44267    Kurtz, M., Murrey, M., Salmonson, K., Cornell, C. Daytime incontinence. J Pediatr Health Care. 1993 Mar-Apr; 7: 92, 99-100

11470    Kurzrock, E. A., Lowe, P., Hardy, B. E. Bladder wall pedicle wraparound sling for neurogenic urinary incontinence in children. J Urol. 1996 Jan; 155: 305-8

10438    Kusuda, L. Simple release of pubovaginal sling. Urology. 2001 Feb; 57: 358-9

43892    Kutner, N. G., Schechtman, K. B., Ory, M. G., Baker, D. I. Older adults' perceptions of their health and functioning in relation to sleep disturbance, falling, and urinary incontinence.FICSIT Group. J Am Geriatr Soc. 1994 Jul; 42: 757-62

42417    Kutta, A., Haupt, G. Rotundovaginopexy in orthotopic ileal neobladder following radical cystectomy in women. Eur Urol. 1998; 33: 308-11

10156    Kuuva, N., Nilsson, C. G. A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure. Acta Obstet Gynecol Scand. 2002 Jan; 81: 72-7

51700    Kuuva, N., Nilsson, C. G. Tension-free vaginal tape procedure: an effective minimally invasive operation for the treatment of recurrent stress urinary incontinence?. Gynecol Obstet Invest. 2003; 56: 93-8

11814    Kvale, J. N., Kvale, J. K. Common gynecologic problems after age 75. Postgrad Med. 1993 Apr; 93: 263-8, 271-2

10608    Kwok, A., Lam, A., Ford, R. Incisional hernia in a 5 mm laparoscopic port site incision. Aust N Z J Obstet Gynaecol. 2000 Feb; 40: 104-5

50950    Kwon, C. H., Culligan, P. J., Koduri, S., Goldberg, R. P., Sand, P. K. The development of pelvic organ prolapse following isolated Burch retropubic urethropexy. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 321-5; discussion 325

57560    Kwon, C. H., Goldberg, R. P., Koduri, S., Sand, P. K. The use of intraoperative cystoscopy in major vaginal and urogynecologic surgeries. Am J Obstet Gynecol. 2002 Dec; 187: 1466-71; discussion 1471-2

---

# American Urological Association, Inc.

## SUI Guidelines Panel

| | |
|---|---|
| 42981 | Kyles, A. E., Vaden, S., Hardie, E. M., Stone, E. A. Vestibulovaginal stenosis in dogs: 18 cases (1987-1995). J Am Vet Med Assoc. 1996 Dec 1; 209: 1889-93 |
| 10988 | Labasky, R. F. Maybe we can do better for more--new insights on surgical candidates and techniques for incontinence surgery. J Urol. 1998 Sep; 160: 763 |
| 11570 | Labasky, R. F. Neurogenic bladder. J Urol. 1995 May; 153: 1467-8 |
| 41539 | Labrecque, M., Eason, E., Marcoux, S. Randomized trial of perineal massage during pregnancy: perineal symptoms three months after delivery. Am J Obstet Gynecol. 2000 Jan; 182: 76-80 |
| 41440 | Lachowsky, M. Urinary problems around the menopause; emotional and psychological consequences; can we help our patients to cope with them?. Maturitas. 2000 Jan; 34 Suppl 1: S25-27 |
| 44428 | Lachs, M. S., Becker, M., Siegal, A. P., Miller, R. L., Tinetti, M. E. Delusions and behavioral disturbances in cognitively impaired elderly persons. J Am Geriatr Soc. 1992 Aug; 40: 768-73 |
| 3317 | Lachs, M.S., Becker, M., Siegal, A.P., Miller, R.L., and Tinetti, M.E. Delusions and behavioral disturbances in cognitively impaired elderly persons [see comments]. J Am Geriatr Soc. 1992 Aug; 40: 768-773 |
| 4059 | Lachs, M.S., Feinstein, A.R., Cooney, L.M., Jr., Drickamer, M.A., Marottoli, R.A., Pannill, F.C., and Tinetti, M.E. A simple procedure for general screening for functional disability in elderly patients [see comments]. Ann Intern Med. 1990 May 1; 112: 699-706 |
| 55540 | Lacima, G., Pera, M. Combined fecal and urinary incontinence: an update. Curr Opin Obstet Gynecol. 2003 Oct; 15: 405-10 |
| 44214 | Lagace, E. A., Hansen, W., Hickner, J. M. Prevalence and severity of urinary incontinence in ambulatory adults: an UPRNet study. J Fam Pract. 1993 Jun; 36: 610-4 |
| 3069 | Lagace, E.A., Hansen, W., and Hickner, J.M. Prevalence and severity of urinary incontinence in ambulatory adults: an UPRNet study. J Fam Pract. 1993 Jun; 36: 610-614 |
| 11876 | Lagro-Janssen, A. L., Debruyne, F. M., Smits, A. J., van Weel, C. The effects of treatment of urinary incontinence in general practice. Fam Pract. 1992 Sep; 9: 284-9 |
| 11862 | Lagro-Janssen, A. L., Debruyne, F. M., Van Weel, C. Psychological aspects of female urinary incontinence in general practice. Br J Urol 1992 Nov; 70: 499-502 |
| 11976 | Lagro-Janssen, A. L., Debruyne, F. M., van Weel, C. Value of the patient's case history in diagnosing urinary incontinence in general practice. Br J Urol 1991 Jun; 67: 569-72 |
| 3207 | Lagro-Janssen, A.L., Debruyne, F.M., and Van-Weel, C. Psychological aspects of female urinary incontinence in general practice. Br J Urol. 1992 Nov; 70: 499-502 |
| 3663 | Lagro-Janssen, A.L., Debruyne, F.M., and van-Weel, C. Value of the patient's case history in diagnosing urinary incontinence in general practice. Br J Urol. 1991 Jun; 67: 569-572 |
| 3213 | Lagro-Janssen, A.L., Debruyne, F.M., Smits, A.J., and van-Weel, C. The effects of treatment of urinary incontinence in general practice. Fam Pract. 1992 Sep; 9: 284-289 |
| 11943 | Lagro-Janssen, T. L., Debruyne, F. M., Smits, A. J., van Weel, C. Controlled trial of pelvic floor exercises in the treatment of urinary stress incontinence in general practice. Br J Gen Pract. 1991 Nov; 41: 445-9 |
| 44906 | Lagro-Janssen, T. L., Smits, A. J., Van Weel, C. Women with urinary incontinence: self-perceived worries and general practitioners' knowledge of problem. Br J Gen Pract. 1990 Aug; 40: 331-4 |
| 3255 | Lagro-Janssen, T., Smits, A., and Van-Weel, C. Urinary incontinence in women and the effects on their lives. Scand J Prim Health Care. 1992 Sep; 10: 211-216 |
| 11877 | Lagro-Janssen, T., Smits, A., Van Weel, C. Urinary incontinence in women and the effects on their lives. Scand J Prim Health Care. 1992 Sep; 10: 211-6 |
| 10850 | Lagro-Janssen, T., van Weel, C. Long-term effect of treatment of female incontinence in general practice. Br J Gen Pract. 1998 Nov; 48: 1735-8 |

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

**3441**    Lagro-Janssen, T.L., Debruyne, F.M., Smits, A.J., and van-Weel, C. Controlled trial of pelvic floor exercises in the treatment of urinary stress incontinence in general practice. Br J Gen Pract. 1991 Nov; 41: 445-449

**3909**    Lagro-Janssen, T.L., Smits, A.J., and Van-Weel, C. Women with urinary incontinence: self-perceived worries and general practitioners' knowledge of problem. Br J Gen Pract. 1990 Aug; 40: 331-334

**40209**    Lake, D. Catheter care. Nurs Stand. 2000 Oct 18-24; 15: 26

**55530**    Lal, M. Prevention of urinary and anal incontinence: role of elective cesarean delivery. Curr Opin Obstet Gynecol. 2003 Oct; 15: 439-48

**10673**    Lalos, O., Berglund, A. L., Bjerle, P. The long-term outcome of retropubic urethrocystopexy (sutures and fibrin sealant) and pubococcygeal repair. Acta Obstet Gynecol Scand. 2000 Feb; 79: 135-9

**11825**    Lalos, O., Berglund, A. L., Bjerle, P. Urodynamics in women with stress incontinence before and after surgery. Eur J Obstet Gynecol Reprod Biol. 1993 Mar; 48: 197-205

**10423**    Lalos, O., Berglund, A. L., Lalos, A. Impact of urinary and climacteric symptoms on social and sexual life after surgical treatment of stress urinary incontinence in women: a long-term outcome. J Adv Nurs. 2001 Feb; 33: 316-27

**3025**    Lalos, O., Berglund, A.L., and Bjerle, P. Urodynamics in women with stress incontinence before and after surgery. Eur J Obstet Gynecol Reprod Biol. 1993 Mar; 48: 197-205

**43364**    Lalos, O., Lalos, A. Urinary, climacteric and sexual symptoms one year after treatment of endometrial and cervical cancer. Eur J Gynaecol Oncol. 1996; 17: 128-36

**11688**    Lam, A. M., Hyslop, R. Laparoscopic surgery for stress incontinence. Med J Aust. 1994 May 2; 160: 590-1

**11609**    Lam, A. M., Jenkins, G. J., Hyslop, R. S. Laparoscopic Burch colposuspension for stress incontinence: preliminary results. Med J Aust. 1995 Jan 2; 162: 18-21

**11857**    Lam, G. W., Foldspang, A., Elving, L. B., Mommsen, S. Social context, social abstention, and problem recognition correlated with adult female urinary incontinence. Dan Med Bull. 1992 Dec; 39: 565-70

**3203**    Lam, G.W., Foldspang, A., Elving, L.B., and Mommsen, S. Social context, social abstention, and problem recognition correlated with adult female urinary incontinence. Dan Med Bull. 1992 Dec; 39: 565-570

**59372**    Lam, S. P., Fong, S. Y., Kwok, A., Wong, T., Wing, Y. K. Delayed neuropsychiatric impairment after carbon monoxide poisoning from burning charcoal. Hong Kong Med J. 2004 Dec; 10: 428-31

**11984**    Lam, T. C., Hadley, H. R. Surgical procedures for uncomplicated ('routine') female stress incontinence. Urol Clin North Am. 1991 May; 18: 327-37

**3742**    Lam, T.C., Hadley, H.R. Surgical procedures for uncomplicated ("routine") female stress incontinence.. Urol Clin North Am. 1991 May; 18: 327-337

**42319**    Lamb, C. R., Gregory, S. P. Ultrasonographic findings in 14 dogs with ectopic ureter. Vet Radiol Ultrasound. 1998 May-Jun; 39: 218-23

**44001**    Lamb, C. R., Gregory, S. P. Ultrasonography of the ureterovesicular junction in the dog: a preliminary report. Vet Rec. 1994 Jan 8; 134: 36-8

**44548**    Lamhut, P., Jackson, T. W., Wall, L. L. The treatment of urinary incontinence with electrical stimulation in nursing home patients: a pilot study. J Am Geriatr Soc. 1992 Jan; 40: 48-52

**3523**    Lamhut, P., Jackson, T.W., and Wall, L.L. The treatment of urinary incontinence with electrical stimulation in nursing home patients: a pilot study. J Am Geriatr Soc. 1992 Jan; 40: 48-52

**11747**    Lampel, A., Fokaefs, E., Hohenfellner, M., Lazica, M., Thuroff, J. W. Free versus pedicled fascial flaps--a chronic animal study. Investig Urol (Berl). 1994; 5: 165-70

**43677**    Lampel, A., Hohenfellner, M., Schultz-Lampel, D., Thuroff, J. W. In situ tunneled bowel flap tubes: 2 new techniques of a continent outlet for Mainz pouch cutaneous diversion. J Urol. 1995 Feb; 153: 308-15

---

**American Urological Association, Inc.**

SUI Guidelines Panel

40564    Land, R., Parry, E., Rane, A., Wilson, D. Personal preferences of obstetricians towards childbirth. Aust N Z J Obstet Gynaecol. 2001 Aug; 41: 249-52

43775    Landau, E. H., Churchill, B. M., Jayanthi, V. R., Gilmour, R. F., Steckler, R. E., McLorie, G. A., Khoury, A. E. The sensitivity of pressure specific bladder volume versus total bladder capacity as a measure of bladder storage dysfunction. J Urol. 1994 Nov; 152: 1578-81

43217    Landau, R., Last, U., Aldor, R., Hartman, M. Sex and sociocultural correlates of urinary incontinence in Israeli preschool children. J Gen Psychol. 1996 Apr; 123: 150-68

57080    Landi, F., Cesari, M., Russo, A., Onder, G., Lattanzio, F., Bernabei, R. Potentially reversible risk factors and urinary incontinence in frail older people living in community. Age Ageing. 2003 Mar; 32: 194-9

57580    Landi, F., Cesari, M., Russo, A., Onder, G., Sgadari, A., Bernabei, R. Benzodiazepines and the risk of urinary incontinence in frail older persons living in the community. Clin Pharmacol Ther. 2002 Dec; 72: 729-34

54750    Landis, J. R., Kaplan, S., Swift, S., Versi, E. Efficacy of antimuscarinic therapy for overactive bladder with varying degrees of incontinence severity. J Urol. 2004 Feb; 171: 752-6

43597    Lane, I. F., Lappin, M. R., Seim, H. B., 3rd Evaluation of results of preoperative urodynamic measurements in nine dogs with ectopic ureters. J Am Vet Med Assoc. 1995 May 1; 206: 1348-57

43355    Lang, E. W., Chesnut, R. M., Hennerici, M. Urinary retention and space-occupying lesions of the frontal cortex. Eur Neurol. 1996; 36: 43-7

53400    Lang, J. H., Zhu, L., Sun, Z. J., Chen, J. Estrogen levels and estrogen receptors in patients with stress urinary incontinence and pelvic organ prolapse. Int J Gynaecol Obstet. 2003 Jan; 80: 35-9

40272    Langa, K. M., Fultz, N. H., Saint, S., Kabeto, M. U., Herzog, A. R. Informal caregiving time and costs for urinary incontinence in older individuals in the United States. J Am Geriatr Soc. 2002 Apr; 50: 733-7

11602    Langebrekke, A., Dahlstrom, B., Eraker, R., Urnes, A. The laparoscopic Burch procedure. A preliminary report. Acta Obstet Gynecol Scand. 1995 Feb; 74: 153-5

3160    Langer, R., Golan, A., Arad, D., Pansky, M., Bukovsky, I., and Caspi, E. Effects of induced menopause on Burch colposuspension for urinary stress incontinence. J Reprod Med. 1992 Dec; 37: 956-958

11860    Langer, R., Golan, A., Arad, D., Pansky, M., Bukovsky, I., Caspi, E. Effects of induced menopause on Burch colposuspension for urinary stress incontinence. J Reprod Med. 1992 Dec; 37: 956-8

3910    Langer, R., Golan, A., Neuman, M., Schneider, D., Bukovsky, I., and Caspi, E. The effect of large uterine fibroids on urinary bladder function and symptoms. Am J Obstet Gynecol. 1990 Oct; 163: 1139-1141

12036    Langer, R., Golan, A., Neuman, M., Schneider, D., Bukovsky, I., Caspi, E. The effect of large uterine fibroids on urinary bladder function and symptoms. Am J Obstet Gynecol. 1990 Oct; 163: 1139-41

4002    Langer, R., Golan, A., Ron-El, R., Neuman, M., Pansky, M., Bukovsky, I., and Caspi, E. Colposuspension for urinary stress incontinence in premenopausal and postmenopausal women. Surg Gynecol Obstet. 1990 Jul; 171: 13-16

12058    Langer, R., Golan, A., Ron-El, R., Neuman, M., Pansky, M., Bukovsky, I., Caspi, E. Colposuspension for urinary stress incontinence in premenopausal and postmenopausal women. Surg Gynecol Obstet. 1990 Jul; 171: 13-16

10228    Langer, R., Lipshitz, Y., Halperin, R., Pansky, M., Bukovsky, I., Sherman, D. Long-Term (10-15 years) follow-up after Burch colposuspension for urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 323-6; discussion 326-7

53190    Langer, R., Lipshitz, Y., Halperin, R., Pansky, M., Bukovsky, I., Sherman, D. Prevention of genital prolapse following Burch colposuspension: comparison between two surgical procedures. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 13-6; discussion 16

11746    Langer, R., Schneider, D., Ariely, S., Bukovsky, I., Caspi, E. A new colpo-needle suspension for the surgical treatment of stress incontinence: a 2-year follow-up. Eur Urol. 1994; 26: 258-61

11510    Langer, R., Tal, Z., Schneider, D., Avrech, O., Bukovsky, I., Caspi, E. Continence mechanism after colpo-needle suspension for stress urinary incontinence. J Reprod Med. 1995 Oct; 40: 699-702

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 43135 | Langford, R. Continence. Behind closed doors. Nurs Times. 1996 Jun 12-8; 92: 72 |
| 43430 | Langley, T. Training staff to provide a continence helpline. Prof Nurse. 1995 Nov; 11: 121-4 |
| 3805 | Langtry, H.D., McTavish, D. Terodiline. A review of its pharmacological properties, and therapeutic use in the treatment of urinary incontinence. Drugs. 1990 Nov; 40: 748-761 |
| 55860 | Lantz, R. J., Gillespie, T. A., Rash, T. J., Kuo, F., Skinner, M., Kuan, H. Y., Knadler, M. P. Metabolism, excretion, and pharmacokinetics of duloxetine in healthy human subjects. Drug Metab Dispos. 2003 Sep; 31: 1142-50 |
| 40857 | Lantzsch, T., Goepel, C., Wolters, M., Koelbl, H., Methfessel, H. D. Sacrospinous ligament fixation for vaginal vault prolapse. Arch Gynecol Obstet. 2001 Mar; 265: 21-5 |
| 44250 | Lao, T. T., Halpern, S. H., MacDonald, D., Huh, C. Spinal subdural haematoma in a parturient after attempted epidural anaesthesia. Can J Anaesth. 1993 Apr; 40: 340-5 |
| 3087 | Lao, T.T., Halpern, S.H., MacDonald, D., and Huh, C. Spinal subdural haematoma in a parturient after attempted epidural anaesthesia. Can J Anaesth. 1993 Apr; 40: 340-345 |
| 53380 | Lapitan, M. C., Cody, D. J., Grant, A. M. Open retropubic colposuspension for urinary incontinence in women. Cochrane Database Syst Rev. 2003; : CD002912 |
| 56010 | Lappin, M. S., Lawrie, F. W., Richards, T. L., Kramer, E. D. Effects of a pulsed electromagnetic therapy on multiple sclerosis fatigue and quality of life: a double-blind, placebo controlled trial. Altern Ther Health Med. 2003 Jul-Aug; 9: 38-48 |
| 11651 | Lara, C., Nacey, J. Ethnic differences between Maori, Pacific Island and European New Zealand women in prevalence and attitudes to urinary incontinence. N Z Med J. 1994 Sep 28; 107: 374-6 |
| 59197 | Lara, M. D., Kothari, S. N., Sugerman, H. J. Surgical management of obesity: a review of the evidence relating to the health benefits and risks. Treat Endocrinol. 2005; 4: 55-64 |
| 54420 | Larijani, B., Bastanhagh, M. H., Pajouhi, M., Kargar Shadab, F., Vasigh, A., Aghakhani, S. Presentation and outcome of 93 cases of craniopharyngioma. Eur J Cancer Care (Engl). 2004 Mar; 13: 11-5 |
| 59402 | Larrieu, S., Peres, K., Letenneur, L., Berr, C., Dartigues, J. F., Ritchie, K., Fevrier, B., Alperovitch, A., Barberger-Gateau, P. Relationship between body mass index and different domains of disability in older persons: the 3C study. Int J Obes Relat Metab Disord. 2004 Dec; 28: 1555-60 |
| 42456 | Larson, B., Collins, A., Landgren, B. M. Urogenital and vasomotor symptoms in relation to menopausal status and the use of hormone replacement therapy (HRT) in healthy women during transition to menopause. Maturitas. 1997 Dec 15; 28: 99-105 |
| 30220 | Larsson, U. E., Mattsson, E. Perceived disability and observed functional limitations in obese women. Int J Obes Relat Metab Disord. 2001 Nov; 25: 1705-12 |
| 52190 | LaSala, C. A. Incomplete bladder emptying after the tension-free vaginal tape procedure, necessitating release of the mesh. A report of three cases. J Reprod Med. 2003 May; 48: 387-90 |
| 51120 | LaSala, C. A., Kuchel, G. A. Evaluation and management of urinary incontinence in elderly women. Conn Med. 2003 Sep; 67: 491-5 |
| 54460 | Latini, J. M., Brown, J. A., Kreder, K. J. Abdominal sacral colpopexy using autologous fascia lata. J Urol. 2004 Mar; 171: 1176-9 |
| 59169 | Latini, J. M., Zimmerman, M. B., Kreder, K. J., Jr Association between valsalva and cough leak point pressures and pelvic organ prolapse quantification in women with stress incontinence. J Urol. 2005 Apr; 173: 1219-22 |
| 42027 | Lau, K. O., Cheng, C. A case report--delayed vesicocutaneous fistula after radiation therapy for advanced vulvar cancer. Ann Acad Med Singapore. 1998 Sep; 27: 705-6 |
| 42002 | Laubach, J. The problem of urinary incontinence in the elderly. N C Med J. 1999 Jan-Feb; 60: 42-5 |
| 52790 | Laurikainen, E., Kiilholma, P. The tension-free vaginal tape procedure for female urinary incontinence without preoperative urodynamic evaluation. J Am Coll Surg. 2003 Apr; 196: 579-83 |

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

**50160**    Laurikainen, E., Rosti, J., Pitkanen, Y., Kiilholma, P. The Rosti sling: a new, minimally invasive, tension-free technique for the surgical treatment of female urinary incontinence-the first 217 patients. J Urol. 2004 Apr; 171: 1576-80; discussion 1580

**11034**    Laurikkala, J., Juhola, M. A genetic-based machine learning system to discover the diagnostic rules for female urinary incontinence. Comput Methods Programs Biomed. 1998 Mar; 55: 217-28

**41829**    Laurikkala, J., Juhola, M. Population size and quality in genetics-based rule learning from medical data. Medinfo. 1998; 9 Pt 1: 389-93

**10385**    Laurikkala, J., Juhola, M., Lammi, S., Penttinen, J., Aukee, P. Analysis of the imputed female urinary incontinence data for the evaluation of expert system parameters. Comput Biol Med. 2001 Jul; 31: 239-57

**41773**    Laurikkala, J., Juhola, M., Lammi, S., Viikki, K. Comparison of genetic algorithms and other classification methods in the diagnosis of female urinary incontinence. Methods Inf Med. 1999 Jun; 38: 125-31

**11289**    Laurikkala, J., Juhola, M., Penttinen, J., Aukee, P. Parameter evaluation of the differential diagnosis of female urinary incontinence for the construction of an expert system. Stud Health Technol Inform. 1997; 43 Pt B: 671-5

**54430**    Laustsen, G., Wimett, L. Drug approval highlights for 2003. Nurse Pract. 2004 Feb; 29: 8-15, 19-21; quiz 21-3

**40444**    Lautzenhiser, S. J., Bjorling, D. E. Urinary incontinence in a dog with an ectopic ureterocele. J Am Anim Hosp Assoc. 2002 Jan-Feb; 38: 29-32

**44566**    Laverty, S., Pascoe, J. R., Ling, G. V., Lavoie, J. P., Ruby, A. L. Urolithiasis in 68 horses. Vet Surg. 1992 Jan-Feb; 21: 56-62

**40799**    Law, P. A., Danin, J. C., Lamb, G. M., Regan, L., Darzi, A., Gedroyc, W. M. Dynamic imaging of the pelvic floor using an open-configuration magnetic resonance scanner. J Magn Reson Imaging. 2001 Jun; 13: 923-9

**40784**    Lawrence, E. S., Coshall, C., Dundas, R., Stewart, J., Rudd, A. G., Howard, R., Wolfe, C. D. Estimates of the prevalence of acute stroke impairments and disability in a multiethnic population. Stroke. 2001 Jun; 32: 1279-84

**41425**    Lawrence, M., Guay, D. R., Benson, S. R., Anderson, M. J. Immediate-release oxybutynin versus tolterodine in detrusor overactivity: a population analysis. Pharmacotherapy. 2000 Apr; 20: 470-5

**3690**    Lawson, W., Irving, F. Perioperative nursing rounds: bladder neck suspension. Can Oper Room Nurs J. 1991 May-Jun; 9: 9-13

**10776**    Lawton, V., Smith, A. R. Laparoscopic colposuspension. Semin Laparosc Surg. 1999 Jun; 6: 90-9

**3614**    Laycock, J. Incontinence. Pelvic floor re-education. Nursing (Lond). 1991 Jul 25-Aug 21; 4: 15-17

**43840**    Laycock, J. Pelvic muscle exercises: physiotherapy for the pelvic floor. Urol Nurs. 1994 Sep; 14: 136-40

**10172**    Laycock, J., Brown, J., Cusack, C., Green, S., Jerwood, D., Mann, K., McLachlan, Z., Schofield, A. Pelvic floor reeducation for stress incontinence: comparing three methods. Br J Community Nurs. 2001 May; 6: 230-7

**40637**    Layton, D., Pearce, G. L., Shakir, S. A. Safety profile of tolterodine as used in general practice in England: results of prescription-event monitoring. Drug Saf. 2001; 24: 703-13

**10464**    Lazarevski, M. B. Biomechanics of urinary stress incontinence surgery--theory of the non- permanently acting suburethral supportive stysfucture. Int Urogynecol J Pelvic Floor Dysfunct. 2000  Dec; 11: 377-85

**56650**    Lazzeri, M., Calo, G., Spinelli, M., Guerrini, R., Salvadori, S., Beneforti, P., Sandri, S., Regoli, D., Turini, D. Urodynamic effects of intravesical nociceptin/orphanin FQ in neurogenic detrusor overactivity: a randomized, placebo-controlled, double-blind study. Urology. 2003 May; 61: 946-50

**12027**    Le Coutour, X., Jung-Faerber, S., Klein, P., Renaud, R. Female urinary incontinence: comparative value of history and urodynamic investigations. Eur J Obstet Gynecol Reprod Biol. 1990 Dec; 37: 279-86

**11029**    Leach, G. E. Stress urinary incontinence in women: guidelines for surgical treatment. J Womens Health. 1998 Jun; 7: 583-6

**12078**    Leach, G. E. Urethral resistance after surgery for stress incontinence. Urology. 1990 Apr; 35: 373-4

**11345**    Leach, G. E., Appell, R. Percutaneous bladder neck suspension. Urol Clin North Am. 1996 Aug; 23: 511-6

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

**sorted by Primary Author and Title**

---

11197    Leach, G. E., Dmochowski, R. R., Appell, R. A., Blaivas, J. G., Hadley, H. R., Luber, K. M., Mostwin, J. L., O'Donnell, P. D., Roehrborn, C. G. Female Stress Urinary Incontinence Clinical Guidelines Panel summary report on surgical management of female stress urinary incontinence. The American Urological Association. J Urol. 1997 Sep; 158: 875-80

11849    Leach, G. E., Sirls, L. T., Ganabathi, K., Zimmern, P. E. L N S C3: a proposed classification system for female urethral diverticula. Neurourol Urodyn. 1993; 12: 523-31

4099    Leach, G.E. Urethral resistance after surgery for stress incontinence [letter; comment]. Urology. 1990 Apr; 35: 373-374

3468    Leandri, P., Rossignol, G., Gautier, J.R., and Ramon, J. Radical retropubic prostatectomy: morbidity and quality of life. Experience with 620 consecutive cases. J Urol. 1992 Mar; 147: 883-887

55670    Learman, L. A., Summitt, R. L., Jr, Varner, R. E., McNeeley, S. G., Goodman-Gruen, D., Richter, H. E., Lin, F., Showstack, J., Ireland, C. C., Vittinghoff, E., Hulley, S. B., Washington, A. E. A randomized comparison of total or supracervical hysterectomy: surgical complications and clinical outcomes. Obstet Gynecol. 2003 Sep; 102: 453-62

59132    Learman, L. A., Summitt, R. L., Jr, Varner, R. E., Richter, H. E., Lin, F., Ireland, C. C., Kuppermann, M., Vittinghoff, E., Showstack, J., Washington, A. E., Hulley, S. B. Hysterectomy versus expanded medical treatment for abnormal uterine bleeding: clinical outcomes in the medicine or surgery trial. Obstet Gynecol. 2004 May; 103: 824-33

40358    Leaver, R., Pressland, D. Intermittent self-catheterisation in urinary tract reconstruction. Br J Community Nurs. 2001 May; 6: 253-8

59097    Leboeuf, L., Mendez, L. E., Gousse, A. E. Small bowel obstruction associated with tension-free vaginal tape. Urology. 2004 Jun; 63: 1182-4

55450    Leboeuf, L., Tellez, C. A., Ead, D., Gousse, A. E. Complication of bowel perforation during insertion of tension-free vaginal tape. J Urol. 2003 Oct; 170: 1310; discussion 1310-1

10220    Lebret, T., Lugagne, P. M., Herve, J. M., Barre, P., Orsoni, J. L., Yonneau, L., Saporta, F., Botto, H. Evaluation of tension-free vaginal tape procedure. Its safety and efficacy in the treatment of female stress urinary incontinence during the learning phase. Eur Urol. 2001 Nov; 40: 543-7

3899    Le-Coutour, X., Jung-Faerber, S., Klein, P., and Renaud, R. Female urinary incontinence: comparative value of history and urodynamic investigations. Eur J Obstet Gynecol Reprod Biol. 1990 Dec; 37: 279-286

43175    Lede, R. L., Belizan, J. M., Carroli, G. Is routine use of episiotomy justified?. Am J Obstet Gynecol. 1996 May; 174: 1399-402

55650    Lee, A. H., Somerford, P. J., Yau, K. K. Factors influencing survival after stroke in Western Australia. Med J Aust. 2003 Sep 15; 179: 289-93

10909    Lee, C. L., Yen, C. F., Wang, C. J., Huang, K. G., Soong, Y. K. Extraperitoneoscopic colposuspension using $CO_2$ distension method. Int Surg. 1998 Jul-Sep; 83: 262-4

10284    Lee, C. L., Yen, C. F., Wang, C. J., Jain, S., Soong, Y. K. Extraperitoneal approach to laparoscopic Burch colposuspension. J Am Assoc Gynecol Laparosc. 2001 Aug; 8: 374-7

53850    Lee, C. L., Yen, C. F., Wang, C. J., Yuen, L. T., Lee, P. S., Soong, Y. K. Trocar-assisted sling suspension for stress urinary incontinence. J Am Assoc Gynecol Laparosc. 2002 Nov; 9: 500-2

50140    Lee, C. T., Hafez, K. S., Sheffield, J. H., Joshi, D. P., Montie, J. E. Orthotopic bladder substitution in women: nontraditional applications. J Urol. 2004 Apr; 171: 1585-8

53160    Lee, J. Y., Cannon, T. W., Pruchnic, R., Fraser, M. O., Huard, J., Chancellor, M. B. The effects of periurethral muscle-derived stem cell injection on leak point pressure in a rat model of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 31-7; discussion 37

11944    Lee, K. S., Chan, C. J., Merriman, A., Tan, E. C., Osborn, V. Clinical profile of elderly urinary incontinence in Singapore: a community-based study. Ann Acad Med Singapore. 1991 Nov; 20: 736-9

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5. Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

41904    Lee, K. S., Cheang, C. M., Lieu, A. S., Howng, S. L. Multiple spinal meningiomas--a case report. Kaohsiung J Med Sci. 1999 Mar; 15: 182-6

3453    Lee, K.S., Chan, C.J., Merriman, A., Tan, E.C., and Osborn, V. Clinical profile of elderly urinary incontinence in Singapore: a community-based study. Ann Acad Med Singapore. 1991 Nov; 20: 736-739

3683    Lee, K.S., Owen, R.E., Choo, P.W., and Jayaratnam, F.J. Urinary incontinence in the elderly. Singapore Med J. 1991 Apr; 32: 161-163

10483    Lee, P. E., Kung, R. C., Drutz, H. P. Periurethral autologous fat injection as treatment for female stress urinary incontinence: a randomized double-blind controlled trial. J Urol. 2001 Jan; 165: 153-8

11498    Lee, P. S., Reid, D. W., Saltmarche, A., Linton, L. Measuring the psychosocial impact of urinary incontinence: the York Incontinence Perceptions Scale (YIPS). J Am Geriatr Soc. 1995 Nov; 43: 1275-8

43162    Lee, S. S., Robichaux, W., Elsergany, R. E., Ghoniem, G. M. Persistence of injectable collagen in human urethra: case report. Urology. 1996 Jun; 47: 940-1

56300    Lee, W. Y., Jin, D. K., Oh, M. R., Lee, J. E., Song, S. M., Lee, E. A., Kim, G. M., Chung, J. S., Lee, K. H. Frequency analysis and clinical characterization of spinocerebellar ataxia types 1, 2, 3, 6, and 7 in Korean patients. Arch Neurol. 2003 Jun; 60: 858-63

10611    Lee, Y. J., Chiang, Y. F., Tsai, J. C. Severe nonproductive cough and cough-induced stress urinary incontinence in diabetic postmenopausal women treated with ACE inhibitor. Diabetes Care. 2000 Mar; 23: 427-8

55160    Leeman, L., Spearman, M., Rogers, R. Repair of obstetric perineal lacerations. Am Fam Physician. 2003 Oct 15; 68: 1585-90

10022    Lefranc, J. P., Atallah, D., Camatte, S., Blondon, J. Longterm followup of posthysterectomy vaginal vault prolapse abdominal repair: a report of 85 cases. J Am Coll Surg. 2002 Sep; 195: 352-8

3427    Leger, J.M., Henin, D., Belec, L., Mercier, B., Cohen, L., Bouche, P., Hauw, J.J., and Brunet, P. Lymphoma-induced polyradiculopathy in AIDS: two cases. J Neurol. 1992 Mar; 239: 132-134

40245    Lehtoranta, K., Tainio, H., Lukkari-Lax, E., Hakonen, T., Tammela, T. L. Pharmacokinetics, efficacy, and safety of intravesical formulation of oxybutynin in patients with detrusor overactivity. Scand J Urol Nephrol. 2002 Feb; 36: 18-24

42318    Lehur, P. A., Glemain, P., Bruley des Varannes, S., Buzelin, J. M., Leborgne, J. Outcome of patients with an implanted artificial anal sphincter for severe faecal incontinence. A single institution report. Int J Colorectal Dis. 1998; 13: 88-92

42979    Lehur, P. A., Michot, F., Denis, P., Grise, P., Leborgne, J., Teniere, P., Buzelin, J. M. Results of artificial sphincter in severe anal incontinence. Report of 14 consecutive implantations. Dis Colon Rectum. 1996 Dec; 39: 1352-5

42596    Leibovich, B. C., Barrett, D. M. Use of the artificial urinary sphincter in men and women. World J Urol. 1997; 15: 316-9

43807    Leiby, D. M., Shanahan, N. Clinical study: assessing the performance and skin environments of two reusable underpads. Ostomy Wound Manage. 1994 Oct; 40: 30-2, 34-7

40244    Leighton, B. L., Halpern, S. H. Epidural analgesia: effects on labor progress and maternal and neonatal outcome. Semin Perinatol. 2002 Apr; 26: 122-35

40234    Leighton, B. L., Halpern, S. H. The effects of epidural analgesia on labor, maternal, and neonatal outcomes: a systematic review. Am J Obstet Gynecol. 2002 May; 186: S69-77

10361    Leissner, J., Allhoff, E. P., Naumann, G., Pretzsch, G., Hockel, M., Black, P., Hohenfellner, R. Inguinovaginal sling procedure for female stress incontinence: introduction of a minimally invasive technique. Tech Urol. 2001 Jun; 7: 105-9

41120    Leissner, J., Black, P., Fisch, M., Hockel, M., Hohenfellner, R. Colon pouch (Mainz pouch III) for continent urinary diversion after pelvic irradiation. Urology. 2000 Nov 1; 56: 798-802

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 10668 | Lekan-Rutledge, D. Behavioral vs drug treatment for urge urinary incontinence in older women: a randomized controlled trial. J Wound Ostomy Continence Nurs. 1999 May; 26: 27A-28A |
| 40905 | Lekan-Rutledge, D. Diffusion of innovation. A model for implementation of prompted voiding in long-term care settings. J Gerontol Nurs. 2000 Apr; 26: 25-33 |
| 11706 | Lekan-Rutledge, D. Soft sculpture model for teaching pelvic muscle exercises. Urol Nurs. 1994 Mar; 14: 26-7 |
| 40836 | Lekcharoensuk, C., Osborne, C. A., Lulich, J. P. Epidemiologic study of risk factors for lower urinary tract diseases in cats. J Am Vet Med Assoc. 2001 May 1; 218: 1429-35 |
| 40915 | Lemack, G. E. Overactive bladder: optimizing quality of care. Am J Manag Care. 2001 Mar; 7: S46-61 |
| 41606 | Lemack, G. E. Reversing the tide: emerging options for treating overactive bladder symptoms in women. Tex Med. 1999 Nov; 95: 78-81 |
| 10193 | Lemack, G. E., Baseman, A. G., Zimmern, P. E. Voiding dynamics in women: a comparison of pressure-flow studies between asymptomatic and incontinent women. Urology. 2002 Jan; 59: 42-6 |
| 10660 | Lemack, G. E., Zimmern, P. E. Identifying patients who require urodynamic testing before surgery for stress incontinence based on questionnaire information and surgical history. Urology. 2000 Apr; 55: 506-11 |
| 10771 | Lemack, G. E., Zimmern, P. E. Predictability of urodynamic findings based on the Urogenital Distress Inventory-6 questionnaire. Urology. 1999 Sep; 54: 461-6 |
| 10635 | Lemack, G. E., Zimmern, P. E. Pressure flow analysis may aid in identifying women with outflow obstruction. J Urol. 2000 Jun; 163: 1823-8 |
| 10579 | Lemack, G. E., Zimmern, P. E. Sexual function after vaginal surgery for stress incontinence: results of a mailed questionnaire. Urology. 2000 Aug 1; 56: 223-7 |
| 3158 | Lemesh, R.A. Accidental chronic salicylate intoxication in an elderly patient: major morbidity despite early recognition. Vet Hum Toxicol. 1993 Feb; 35: 34-36 |
| 11477 | Lenderking, W. R., Nackley, J. F., Anderson, R. B., Testa, M. A. A review of the quality-of-life aspects of urinary urge incontinence. Pharmacoeconomics. 1996 Jan; 9: 11-23 |
| 59033 | Leng, W. W., Davies, B. J., Tarin, T., Sweeney, D. D., Chancellor, M. B. Delayed treatment of bladder outlet obstruction after sling surgery: association with irreversible bladder dysfunction. J Urol. 2004 Oct; 172: 1379-81 |
| 41884 | Leng, W. W., Faerber, G., Del Terzo, M., McGuire, E. J. Long-term outcome of incontinent ileovesicostomy management of severe lower urinary tract dysfunction. J Urol. 1999 Jun; 161: 1803-6 |
| 10959 | Leng, W. W., McGuire, E. J. Management of female urethral diverticula: a new classification. J Urol. 1998 Oct; 160: 1297-300 |
| 41956 | Leng, W. W., McGuire, E. J. Reconstructive surgery for urinary incontinence. Urol Clin North Am. 1999 Feb; 26: 61-80, viii |
| 42398 | Lentz, S. S., Homesley, H. D. Gynecologic problems in older women. Clin Geriatr Med. 1998 May; 14: 297-315 |
| 43519 | Lentz, S. S., Homesley, H. D. Radiation-induced vesicosacral fistula: treatment with continent urinary diversion. Gynecol Oncol. 1995 Aug; 58: 278-80 |
| 43106 | Leonard, M. P., Decter, A., Mix, L. W., Johnson, H. W., Coleman, G. U. Treatment of urinary incontinence in children by endoscopically directed bladder neck injection of collagen. J Urol. 1996 Aug; 156: 637-40; discussion 640-1 |
| 11560 | Leonhardt, C., Krysl, J., Arenson, A. M., Herschorn, S. Periurethral injection of collagen in the treatment of urinary stress incontinence: ultrasonographic appearance. Can Assoc Radiol J. 1995 Jun; 46: 189-93 |
| 11548 | Lepor, H., Theune, C. Randomized double-blind study comparing the efficacy of terazosin versus placebo in women with prostatism-like symptoms. J Urol. 1995 Jul; 154: 116-8 |
| 42527 | Leroi, A. M., Ducrotte, P., Bouaniche, M., Touchais, J. Y., Weber, J., Denis, P. Assessment of the reliability of cerebral potentials evoked by electrical stimulation of the anal canal. Int J Colorectal Dis. 1997; 12: 335-9 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

40781    Leroi, A. M., Michot, F., Grise, P., Denis, P. Effect of sacral nerve stimulation in patients with fecal and urinary incontinence. Dis Colon Rectum. 2001 Jun; 44: 779-89

10747    Leroi, A. M., Weber, J., Menard, J. F., Touchais, J. Y., Denis, P. Prevalence of anal incontinence in 409 patients investigated for stress urinary incontinence. Neurourol Urodyn. 1999; 18: 579-90

40673    Leron, E., Stanton, S. L. Vaginal leiomyoma--an imitator of prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 196-8

40091    Leung, H. Y., Yip, S. K., Cheon, C., Liu, Y. S., Lau, J., Wong, H. K., Chung, K. H. A randomized controlled trial of tolterodine and oxybutynin on tolerability and clinical efficacy for treating Chinese women with an overactive bladder. BJU Int. 2002 Sep; 90: 375-80

40454    Lev, N., Maimon, S., Rappaport, Z. H., Melamed, E. Spinal dural arteriovenous fistulae--a diagnostic challenge. Isr Med Assoc J. 2001 Jul; 3: 492-6

43108    Levesque, P. E., Bauer, S. B., Atala, A., Zurakowski, D., Colodny, A., Peters, C., Retik, A. B. Ten-year experience with the artificial urinary sphincter in children. J Urol. 1996 Aug; 156: 625-8

41714    Levi, A. D. Treatment of a retroperitoneal lymphocele after lumbar fusion surgery with intralesional povidone iodine: technical case report. Neurosurgery. 1999 Sep; 45: 658-60; discussion 660-1

43438    Levi, R., Hultling, C., Seiger, A. The Stockholm Spinal Cord Injury Study: 2. Associations between clinical patient characteristics and post-acute medical problems. Paraplegia. 1995 Oct; 33: 585-94

50540    Levin, I., Groutz, A., Gold, R., Pauzner, D., Lessing, J. B., Gordon, D. Surgical complications and medium-term outcome results of tension-free vaginal tape: a prospective study of 313 consecutive patients. Neurourol Urodyn. 2004; 23: 7-9

43323    Levin, R. M., Levin, S. S., Wein, A. J. Etiology of incontinence: a review and hypothesis. Scand J Urol Nephrol Suppl. 1996; 179: 15-25

56310    Levin, R. M., Whitbeck, C., Borow, A., Burden, O., Leggett, R. E. Effectiveness of vaginally administered oxybutynin on rabbit bladder function. Urology. 2003 Jun; 61: 1273-7

10897    Levin, S., Bennet, A. E., Levin, D., Danielli, L., Levin, R., Sidi, A. Minimally invasive surgical treatment of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 405-8

42842    Levitt, M. A., Patel, M., Rodriguez, G., Gaylin, D. S., Pena, A. The tethered spinal cord in patients with anorectal malformations. J Pediatr Surg. 1997 Mar; 32: 462-8

 3940    Levy, B.J., Wight, T.N. Structural changes in the aging submucosa: new morphologic criteria for the evaluation of the unstable human bladder. J Urol. 1990 Oct; 144: 1044-1055

43749    Levy, J. B., Jacobs, J. A., Wein, A. J. Combined abdominal and vaginal approach for bladder neck closure and permanent suprapubic tube: urinary diversion in the neurologically impaired woman. J Urol. 1994 Dec; 152: 2081-2

42465    Lewey, J., Billington, A., O'Hara, L. Conservative treatment of urinary continence. Elder Care. 1997 Dec-1998 Jan; 9: 9-11

42587    Lewey, J., Billington, A., O'Hara, L. Conservative treatment of urinary incontinence. Nurs Stand. 1997 Nov 12-18; 12: 45-7

 4017    Lewis, D.K., Morgan, J.R., Weston, P.M.T., Stephenson, T.R. The clam : indications and complications. Br J Urol. 1990 May; 65: 488-491

42481    Lewis, M. A., Shaw, J., Sattar, T. M., Bannister, C. M. The spectrum of spinal cord dysraphism and bladder neuropathy in children. Eur J Pediatr Surg. 1997 Dec; 7 Suppl 1: 35-7

57630    Lewis-Byers, K., Thayer, D. An evaluation of two incontinence skin care protocols in a long-term care setting. Ostomy Wound Manage. 2002 Dec; 48: 44-51

56100    Li, J., Hu, T., Wang, M., Jiang, X., Chen, S., Huang, L. Single ureteral ectopia with congenital renal dysplasia. J Urol. 2003 Aug; 170: 558-9

Appendix A5  Bibliography sorted by Primary Author

Appendix A5 - Bibliography sorted by Primary Author Page 269 of 800 PageID #: 146344

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

**41268**  Li, L., Yan-Xia, W., Xia-Na, W., Jin-Zhe, Z. Posterior sagittal approach: megasigmoid resection and anal reconstruction for severe constipation and fecal incontinence after anoplasty. J Pediatr Surg. 2000 Jul; 35: 1058-62

**59015**  Liang, C. C., Chang, Y. L., Chang, S. D., Lo, T. S., Soong, Y. K. Pessary test to predict postoperative urinary incontinence in women undergoing hysterectomy for prolapse. Obstet Gynecol. 2004 Oct; 104: 795-800

**10045**  Liang, C. C., Soong, Y. K. Tension-free vaginal tape versus laparoscopic bladder neck suspension for stress urinary incontinence. Chang Gung Med J. 2002 Jun; 25: 360-6

**11704**  Liapis, A. H., Kalovidoyris, A., Logis, C. D., Hassiakos, D. K., Zourlas, P. A. Transvaginal sonography in the postoperative evaluation of colposuspension. J Gynecol Surg. 1993 Fall; 9: 155-9

**10219**  Liapis, A., Bakas, P., Creatsas, G. Management of stress urinary incontinence in women with the use of tension-free vaginal tape. Eur Urol. 2001 Nov; 40: 548-51

**10338**  Liapis, A., Bakas, P., Pafiti, A., Frangos-Plemenos, M., Arnoyannaki, N., Creatsas, G. Changes of collagen type III in female patients with genuine stress incontinence and pelvic floor prolapse. Eur J Obstet Gynecol Reprod Biol. 2001 Jul; 97: 76-9

**10476**  Liapis, A., Bakas, P., Pafiti, A., Hassiakos, D., Frangos-Plemenos, M., Creatsas, G. Changes in the quantity of collagen type I in women with genuine stress incontinence. Urol Res. 2000 Oct; 28: 323-6

**10859**  Liapis, A., Papoulias, I., Chryssicopoulos, A., Creatsas, G. Results of the colposuspension operation in pre and postmenopausal incontinent women. Maturitas. 1998 Nov 30; 31: 69-75

**11446**  Liapis, A., Pyrgiotis, E., Kontoravdis, A., Louridas, C., Zourlas, P. A. Genuine stress incontinence: prospective randomized comparison of two operative methods. Eur J Obstet Gynecol Reprod Biol. 1996 Jan; 64: 69-72

**40817**  Liard, A., Seguier-Lipszyc, E., Mathiot, A., Mitrofanoff, P. The Mitrofanoff procedure: 20 years later. J Urol. 2001 Jun; 165: 2394-8

**40802**  Liberman, J. N., Hunt, T. L., Stewart, W. F., Wein, A., Zhou, Z., Herzog, A. R., Lipton, R. B., Diokno, A. C. Health-related quality of life among adults with symptoms of overactive bladder: results from a U.S. community-based survey. Urology. 2001 Jun; 57: 1044-50

**44591**  Lie, H. R., Lagergren, J., Rasmussen, F., Lagerkvist, B., Hagelsteen, J., Borjeson, M. C., Muttilainen, M., Taudorf, K. Bowel and bladder control of children with myelomeningocele: a Nordic study. Dev Med Child Neurol. 1991 Dec; 33: 1053-61

**3440**  Lie, H.R., Lagergren, J., Rasmussen, F., Lagerkvist, B., Hagelsteen, J., Borjeson, M.C., Muttilainen, M., and Taudorf, F.K. Children with myelomeningocele: their urinary and bowel control. Eur J Pediatr Surg. 1991 Dec; 1 Suppl 1: 40

**3494**  Lie, H.R., Lagergren, J., Rasmussen, F., Lagerkvist, B., Hagelsteen, J., Borjeson, M.C., Muttilainen, M., and Taudorf, K. Bowel and bladder control of children with myelomeningocele: a Nordic study. Dev Med Child Neurol. 1991 Dec; 33: 1053-1061

**52530**  Lieb, J., Das, A. K. Urethral erosion of tension-free vaginal tape. Scand J Urol Nephrol. 2003; 37: 184-5

**10124**  Lieberman, E., O'donoghue, C. Unintended effects of epidural analgesia during labor: a systematic review. Am J Obstet Gynecol. 2002 May; 186: S31-68

**40611**  Liem, N. T., Hau, B. D. Long-term follow-up results of the treatment of high and intermediate anorectal malformations using a modified technique of posterior sagittal anorectoplasty. Eur J Pediatr Surg. 2001 Aug; 11: 242-5

**11585**  Liem, N. T., Hau, B. D., Thu, N. X. The long-term follow-up result of Swenson's operation in the treatment of Hirschsprung's disease in Vietnamese children. Eur J Pediatr Surg. 1995 Apr; 5: 110-2

**51850**  Lienemann, A., Fischer, T. Functional imaging of the pelvic floor. Eur J Radiol. 2003 Aug; 47: 117-22

**43115**  Lieu, P. K., Chia, H. H., Heng, L. C., Ding, Y. Y., Choo, P. W. Carer-assisted intermittent urethral catheterisation in the management of persistent retention of urine in elderly women. Ann Acad Med Singapore. 1996 Jul; 25: 562-5

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

| | |
|---|---|
| 3589 | Light, J.K. Continence mechanisms following continent urinary diversion and orthotopic bladder replacement. Prog Clin Biol Res. 1991; 370: 83-92 |
| 4018 | Light, J.K., Marks, J.L. Total bladder replacement in the male and female using the ileocolonic segment (LeBag). Br J Urol. 1990 May; 65: 467-472 |
| 10730 | Lightner, D. J., Itano, N. M. Treatment options for women with stress urinary incontinence. Mayo Clin Proc. 1999 Nov; 74: 1149-56 |
| 10333 | Lightner, D., Calvosa, C., Andersen, R., Klimberg, I., Brito, C. G., Snyder, J., Gleason, D., Killion, D., Macdonald, J., Khan, A. U., Diokno, A., Sirls, L. T., Saltzstein, D. A new injectable bulking agent for treatment of stress urinary incontinence: results of a multicenter, randomized, controlled, double- blind study of Durasphere. Urology. 2001 Jul; 58: 12-5 |
| 41851 | Lilas, L. A., Andrews, S. J., Hanbury, D. C. Point of technique. The tunnelled suprapubic catheter. BJU Int. 1999 Jun; 83: 1060-2 |
| 11506 | Lim, F. K., Razvi, K., Tham, K. F., Ratnam, S. S. Current approach to the management of urinary stress incontinence. Singapore Med J. 1995 Oct; 36: 532-7 |
| 12063 | Lim, P. H., Brown, A. D., Chisholm, G. D. The Burch Colposuspension operation for stress urinary incontinence. Singapore Med J. 1990 Jun; 31: 242-6 |
| 10692 | Lim, P. P., Sahadevan, S., Choo, G. K., Anthony, P. Burden of caregiving in mild to moderate dementia: an Asian experience. Int Psychogeriatr. 1999 Dec; 11: 411-20 |
| 3953 | Lim, P.H., Brown, A.D., and Chisholm, G.D. The Burch Colposuspension operation for stress urinary incontinence. Singapore Med J. 1990 Jun; 31: 242-246 |
| 43706 | Lima, J. S., Reis, C. A. Poisoning due to illegal use of carbamates as a rodenticide in Rio de Janeiro. J Toxicol Clin Toxicol. 1995; 33: 687-90 |
| 42681 | Lima, S. V., Araujo, L. A., Vilar, F. O. Further experience with the periurethral expander: a new type of artificial sphincter. Br J Urol. 1997 Sep; 80: 460-2 |
| 43109 | Lima, S. V., Araujo, L. A., Vilar, F. O., Kummer, C. L., Lima, E. C. Combined use of enterocystoplasty and a new type of artificial sphincter in the treatment of urinary incontinence. J Urol. 1996 Aug; 156: 622-4 |
| 11012 | Lin, A. S., Carrier, S., Morgan, D. M., Lue, T. F. Effect of simulated birth trauma on the urinary continence mechanism in the rat. Urology. 1998 Jul; 52: 143-51 |
| 59176 | Lin, A. T., Wang, S. J., Chen, K. K., Chang, L. S. In vivo tension sustained by fascial sling in pubovaginal sling surgery for female stress urinary incontinence. J Urol. 2005 Mar; 173: 894-7 |
| 41721 | Lin, C. C., Bai, Y. M., Chen, J. Y., Lin, C. Y., Lan, T. H. A retrospective study of clozapine and urinary incontinence in Chinese in-patients. Acta Psychiatr Scand. 1999 Aug; 100: 158-61 |
| 10911 | Lin, H. H., Sheu, B. C., Lo, M. C., Huang, S. C. Abnormal urodynamic findings after radical hysterectomy or pelvic irradiation for cervical cancer. Int J Gynaecol Obstet. 1998 Nov; 63: 169-74 |
| 10756 | Lin, H. H., Sheu, B. C., Lo, M. C., Huang, S. C. Comparison of treatment outcomes for imipramine for female genuine stress incontinence. Br J Obstet Gynaecol. 1999 Oct; 106: 1089-92 |
| 53520 | Lin, H. H., Torng, P. L., Sheu, B. C., Shau, W. Y., Huang, S. C. Urodynamically age-specific prevalence of urinary incontinence in women with urinary symptoms. Neurourol Urodyn. 2003; 22: 29-32 |
| 10386 | Lin, H. H., Yu, H. J., Sheu, B. C., Huang, S. C. Importance of urodynamic study before radical hysterectomy for cervical cancer. Gynecol Oncol. 2001 May; 81: 270-2 |
| 10739 | Lin, L. Y., Chen, S. Y., Lee, H. S., Chung, S. L., Ying, T. H., Chen, G. D. Female bladder neck changes with position. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 277-82 |
| 53130 | Lin, S. Y., Dougherty, M. C. Incontinence impact, symptom distress and treatment-seeking behavior in women with involuntary urine loss in Southern Taiwan. Int J Nurs Stud. 2003 Mar; 40: 227-34 |

Case 2:12-md-02327 Document 544-25 Filed 03/25/13 Page 271 of 800 PageID #: 146346

# Appendix A5  Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**3257**  Lindboe, C.F., Stolt-Nielsen, A., and Dale, L.G. Hemorrhage in a highly vascularized subependymoma of the septum pellucidum: case report. Neurosurgery. 1992 Oct; 31: 741-745

**11840**  Lindell, L. Suburethral sling--an old procedure revisited. Iowa Med. 1993 Jan; 83: 25-6

**56450**  Lindesay, J., Matthews, R., Jagger, C. Factors associated with antipsychotic drug use in residential care: changes between 1990 and 1997. Int J Geriatr Psychiatry. 2003 Jun; 18: 511-9

**42266**  Lindgren, A. M., Svarsudd, K., Tibblin, G. Are health surveys among elderly people worthwhile? The Albertina Project. Scand J Prim Health Care. 1998 Jun; 16: 101-6

**42519**  Linkletter, D. No more surgery--biofeedback for continence. Ostomy Wound Manage. 1997 Nov-Dec; 43: 50-2

**40868**  Lionis, C., Vlachonikolis, L., Bathianaki, M., Daskalopoulos, G., Anifantaki, S., Cranidis, A. Urinary incontinence, the hidden health problem of Cretan women: report from a primary care survey in Greece. Women Health. 2000; 31: 59-66

**42689**  Lippert, M. C., Theodorescu, D. The Hautmann neobladder with a chimney: a versatile modification. J Urol. 1997 Oct; 158: 1510-2

**44403**  Liptak, G. S., Shurtleff, D. B., Bloss, J. W., Baltus-Hebert, E., Manitta, P. Mobility aids for children with high-level myelomeningocele: parapodium versus wheelchair. Dev Med Child Neurol. 1992 Sep; 34: 787-96

**3271**  Liptak, G.S., Shurtleff, D.B., Bloss, J.W., Baltus-Hebert, E., and Manitta, P. Mobility aids for children with high-level myelomeningocele: parapodium versus wheelchair. Dev Med Child Neurol. 1992 Sep; 34: 787-796

**59337**  Lipton, R. B., Kolodner, K., Wesnes, K. Assessment of cognitive function of the elderly population: effects of darifenacin. J Urol. 2005 Feb; 173: 493-8

**57320**  Littlejohn, J. O., Jr, Kaplan, S. A. An unexpected association between urinary incontinence, depression and sexual dysfunction. Drugs Today (Barc). 2002 Nov; 38: 777-82

**41998**  Litwiller, S. E., Frohman, E. M., Zimmern, P. E. Multiple sclerosis and the urologist. J Urol. 1999 Mar; 161: 743-57

**11232**  Litwiller, S. E., Nelson, R. S., Fone, P. D., Kim, K. B., Stone, A. R. Vaginal wall sling: long-term outcome analysis of factors contributing to patients satisfaction and surgical success. J Urol. 1997 Apr; 157: 1279-82

**11800**  Liu, C. Y. Laparoscopic retropubic colposuspension (Burch procedure). A review of 58 cases. J Reprod Med. 1993 Jul; 38: 526-30

**11630**  Liu, C. Y. Laparoscopic treatment for genuine urinary stress incontinence. Baillieres Clin Obstet Gynaecol. 1994 Dec; 8: 789-98

**10862**  Liu, C. Y. Laparoscopic treatment of stress urinary incontinence. Obstet Gynecol Clin North Am. 1999 Mar; 26: 149-67

**11760**  Liu, C. Y., Paek, W. Laparoscopic retropubic colposuspension (Burch procedure). J Am Assoc Gynecol Laparosc. 1993 Nov; 1: 31-5

**10157**  Liu, C., Andrews, G. R. Prevalence and incidence of urinary incontinence in the elderly: a longitudinal study in South Australia. Chin Med J (Engl). 2002 Jan; 115: 119-22

**43713**  Liu, K. K., Yeung, C. K., Lee, K. H., Ku, K. W. Urinary incontinence due to unilateral vaginally ectopic single ureters. Br J Urol. 1995 Jan; 75: 115

**3418**  Liu, S., Christmas, T.J., Nagendran, K., and Kirby, R.S. Sphincter electromyography in patients after radical prostatectomy and cystoprostatectomy. Br J Urol. 1992 Apr; 69: 397-403

**3290**  Llewelyn, S. Attitude problems. Nurs Times. 1992 Jul 29-Aug 4; 88: 64,66

**51000**  Lo, T. S., Chang, T. C., Chao, A. S., Chou, H. H., Tseng, L. H., Liang, C. C. Tension-free vaginal tape procedure on genuine stress incontinent women with coexisting genital prolapse. Acta Obstet Gynecol Scand. 2003 Nov; 82: 1049-53

**10076**  Lo, T. S., Horng, S. G., Chang, C. L., Huang, H. J., Tseng, L. H., Liang, C. C. Tension-free vaginal tape procedure after previous failure in incontinence surgery. Urology. 2002 Jul; 60: 57-61

---

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

**Master Bibliography**

SUI Guidelines Panel

sorted by Primary Author and Title

| | |
|---|---|
| 59146 | Lo, T. S., Horng, S. G., Liang, C. C., Lee, S. J., Soong, Y. K. Ultrasound assessment of mid-urethra tape at three-year follow-up after tension-free vaginal tape procedure. Urology. 2004 Apr; 63: 671-5 |
| 10176 | Lo, T. S., Huang, H. J., Chang, C. L., Wong, S. Y., Horng, S. G., Liang, C. C. Use of intravenous anesthesia for tension-free vaginal tape therapy in elderly women with genuine stress incontinence. Urology. 2002 Mar; 59: 349-53 |
| 59016 | Lo, T. S., Lee, S. J. Treatment of recurrent genuine stress incontinence by shortening previously implanted tension-free vaginal tape. Acta Obstet Gynecol Scand. 2004 Oct; 83: 1005-6 |
| 52670 | Lo, T. S., Lin, C. T., Huang, H. J., Chang, C. L., Liang, C. C., Soong, Y. K. The use of general anesthesia for the tension-free vaginal tape procedure and concomitant surgery. Acta Obstet Gynecol Scand. 2003 Apr; 82: 367-73 |
| 10447 | Lo, T. S., Wang, A. C., Horng, S. G., Liang, C. C., Soong, Y. K. Ultrasonographic and urodynamic evaluation after tension free vagina tape procedure (TVT). Acta Obstet Gynecol Scand. 2001 Jan; 80: 65-70 |
| 10227 | Lobel, B., Manunta, A., Rodriguez, A. The management of female stress urinary incontinence using the sling procedure. BJU Int. 2001 Nov; 88: 832-9 |
| 11220 | Lobel, R. W., Davis, G. D. Long-term results of laparoscopic Burch urethropexy. J Am Assoc Gynecol Laparosc. 1997 May; 4: 341-5 |
| 42777 | Lobel, R. W., Sand, P. K. Incisional hernia after suprapubic catheterization. Obstet Gynecol. 1997 May; 89: 844-6 |
| 11357 | Lobel, R. W., Sand, P. K. The empty supine stress test as a predictor of intrinsic urethral sphincter dysfunction. Obstet Gynecol. 1996 Jul; 88: 128-32 |
| 40104 | Locher, J. L., Burgio, K. L., Goode, P. S., Roth, D. L., Rodriguez, E. Effects of age and causal attribution to aging on health-related behaviors associated with urinary incontinence in older women. Gerontologist. 2002 Aug; 42: 515-21 |
| 10434 | Locher, J. L., Goode, P. S., Roth, D. L., Worrell, R. L., Burgio, K. L. Reliability assessment of the bladder diary for urinary incontinence in older women. J Gerontol A Biol Sci Med Sci. 2001 Jan; 56: M32-5 |
| 12080 | Lockhart, J. L., Ellis, G. F., Helal, M., Pow-Sang, J. M. Combined cystourethropexy for the treatment of type 3 and complicated female urinary incontinence. J Urol. 1990 Apr; 143: 722-5 |
| 44850 | Lockhart, J. L., Pow-Sang, J. M., Persky, L., Kahn, P., Helal, M., Sanford, E. A continent colonic urinary reservoir: the Florida pouch. J Urol. 1990 Oct; 144: 864-7 |
| 44625 | Lockhart, J. L., Pow-Sang, J. M., Persky, L., Sanford, E., Helal, M. Results, complications and surgical indications of the Florida pouch. Surg Gynecol Obstet. 1991 Oct; 173: 289-96 |
| 4128 | Lockhart, J.L., Ellis, G.F., Helal, M., and Pow-Sang, J.M. Combined cystourethropexy for the treatment of type 3 and complicated female urinary incontinence. J Urol. 1990 Apr; 143: 722-725 |
| 3939 | Lockhart, J.L., Pow-Sang, J.M., Persky, L., Kahn, P., Helal, M., and Sanford, E. A continent colonic urinary reservoir: the Florida pouch. J Urol. 1990 Oct; 144: 864-867 |
| 3584 | Lockhart, J.L., Pow-Sang, J.M., Persky, L., Sanford, E., and Helal, M. Results, complications and surgical indications of the Florida pouch. Surg Gynecol Obstet. 1991 Oct; 173: 289-296 |
| 4034 | Lockhart-Pretti, P.A. Urinary incontinence. J Enterostomal Ther. 1990 May-Jun; 17: 112-119 |
| 42725 | Loening-Baucke, V. Urinary incontinence and urinary tract infection and their resolution with treatment of chronic constipation of childhood. Pediatrics. 1997 Aug; 100: 228-32 |
| 40544 | Loera, J. A., Black, S. A., Markides, K. S., Espino, D. V., Goodwin, J. S. The use of herbal medicine by older Mexican Americans. J Gerontol A Biol Sci Med Sci. 2001 Nov; 56: M714-8 |
| 3804 | Lofting, D. The dry season. Promoting continence in the South West. Prof Nurse. 1991 Feb; 6: 270,272,274 |
| 10116 | Logan, K. Audit of advice provided on pelvic floor exercises. Prof Nurse. 2001 Jun; 16: 1369-72 |
| 10183 | Long, C. Y., Hsu, S. C., Chen, Y. H., Chen, S. C., Chen, W. C., Su, J. H. The effects on vesicourethral function following laparoscopic hysterectomy. Kaohsiung J Med Sci. 2001 Nov; 17: 564-9 |

**American Urological Association, Inc.**

SUI Guidelines Panel

**52890** Long, C. Y., Hsu, S. C., Sun, D. J., Chen, C. C., Tsai, E. M., Su, J. H. Abnormal clinical and urodynamic findings in women with severe genitourinary prolapse. Kaohsiung J Med Sci. 2002 Dec; 18: 593-7

**52480** Long, C. Y., Hsu, S. C., Wu, T. P., Fu, J. C., Hsu, Y. S., Su, J. H. Effect of laparoscopic hysterectomy on bladder neck and urinary symptoms. Aust N Z J Obstet Gynaecol. 2003 Feb; 43: 65-9

**59219** Long, C. Y., Lo, T. S., Liu, C. M., Hsu, S. C., Chang, Y., Tsai, E. M. Lateral excision of tension-free vaginal tape for the treatment of iatrogenic urethral obstruction. Obstet Gynecol. 2004 Dec; 104: 1270-4

**31822** Longstreth, G. F. Bowel patterns and anxiety. Demographic factors. J Clin Gastroenterol. 1993 Sep; 17: 128-32

**31823** Longstreth, G. F., Wolde-Tsadik, G. Irritable bowel-type symptoms in HMO examinees. Prevalence, demographics, and clinical correlates. Dig Dis Sci. 1993 Sep; 38: 1581-9

**3799** Lonton, A.P. The characteristics of patients with encephaloceles. Z Kinderchir. 1990 Dec; 45 Suppl 1: 18-19

**41903** Loo, C. C., Irestedt, L. Cauda equina syndrome after spinal anaesthesia with hyperbaric 5% lignocaine: a review of six cases of cauda equina syndrome reported to the Swedish Pharmaceutical Insurance 1993-1997. Acta Anaesthesiol Scand. 1999 Apr; 43: 371-9

**11930** Lopez Lopez, J. A., Valdivia Uria, J. G., Ucar Terren, A. Percutaneous endoscopic urethrocervicopexy. Eur Urol. 1992; 22: 167-70

**55310** Lopez Pereira, P., Miguelez, C., Caffarati, J., Estornell, F., Anguera, A. Trospium chloride for the treatment of detrusor instability in children. J Urol. 2003 Nov; 170: 1978-81

**11785** Lopez, A. E., Padron, O. F., Patsias, G., Politano, V. A. Transurethral polytetrafluoroethylene injection in female patients with urinary continence. J Urol. 1993 Sep; 150: 856-8

**3016** Lopez, A.E., Padron, O.F., Patsias, G., and Politano, V.A. Transurethral polytetrafluoroethylene injection in female patients with urinary continence. J Urol. 1993 Sep; 150: 856-858

**3190** Lopez-Lopez, J.A., Valdivia-Uria, J.G., and Ucar-Terren, A. Percutaneous endoscopic urethrocervicopexy. Eur Urol. 1992; 22: 167-170

**44037** Lord, A., Eastwood, H. Detrusor hyperreflexia--are there two types?. Age Ageing. 1994 Jan; 23: 32-3

**10971** Lose, G. Laparoscopic Burch colposuspension. Acta Obstet Gynecol Scand Suppl. 1998; 168: 29-33

**3788** Lose, G. Medical treatment of female urge incontinence. Ann Med. 1990 Dec; 22: 449-454

**40522** Lose, G. Proper outcome assessment is pivotal for the reader of a paper to be able to compare results from different studies and relate them to one's own practice. Acta Obstet Gynecol Scand. 2001 Nov; 80: 979-80

**11975** Lose, G. Urethral pressure and power generation during coughing and voluntary contraction of the pelvic floor in females with genuine stress incontinence. Br J Urol. 1991 Jun; 67: 580-5

**11260** Lose, G. Urethral pressure measurement. Acta Obstet Gynecol Scand Suppl. 1997; 166: 39-42

**11259** Lose, G. Uroflowmetry and pressure/flow study of voiding in women. Acta Obstet Gynecol Scand Suppl. 1997; 166: 43-7

**10038** Lose, G., Brostrom, S. Low-pressure urethra in women: what does it mean and what can it be used for?. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 215-7

**12032** Lose, G., Colstrup, H. Mechanical properties of the urethra in healthy and stress incontinent females: dynamic measurements in the resting urethra. J Urol. 1990 Nov; 144: 1258-62

**10563** Lose, G., Englev, E. Oestradiol-releasing vaginal ring versus oestriol vaginal pessaries in the treatment of bothersome lower urinary tract symptoms. BJOG. 2000 Aug; 107: 1029-34

**40521** Lose, G., Fantl, J. A., Victor, A., Walter, S., Wells, T. L., Wyman, J., Mattiasson, A. Outcome measures for research in adult women with symptoms of lower urinary tract dysfunction. Standardization Committee of the International Continence Society. Acta Obstet Gynecol Scand. 2001 Nov; 80: 981-5

**10972** Lose, G., Kulseng-Hanssen, S., Nilsson, C. G. Aspects on the actual practice of surgical management of urinary incontinence in Norway and Finland. Acta Obstet Gynecol Scand Suppl. 1998; 168: 25-8

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5  Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

43088    Lose, G., Ulmsten, U., Nilsson, C. G., Kulseng-Hanssen, S., Ludviksson, K. Scandinavian urogynecology. Current status and visions for the future. Acta Obstet Gynecol Scand. 1996 Aug; 75: 603-4

10997    Lose, G., Walter, S. Impact of surgery for stress incontinence on morbidity. Pragmatic randomised trial is required. BMJ. 1998 Jul 18; 317: 144

11827    Lotenfoe, R., O'Kelly, J. K., Helal, M., Lockhart, J. L. Periurethral polytetrafluoroethylene paste injection in incontinent female subjects: surgical indications and improved surgical technique. J Urol. 1993 Feb; 149: 279-82

3170    Lotenfoe, R., OKelly, J.K., Helal, M., and Lockhart, J.L. Periurethral polytetrafluoroethylene paste injection in incontinent female subjects: surgical indications and improved surgical technique. J Urol. 1993 Feb; 149: 279-282

40028    Lottmann, H. B., Margaryan, M., Bernuy, M., Rouffet, M. J., Bau, M. O., El-Ghoneimi, A., Aigrain, Y., Stenberg, A., Lackgren, G. The effect of endoscopic injections of dextranomer based implants on continence and bladder capacity: a prospective study of 31 patients. J Urol. 2002 Oct; 168: 1863-7; discussion 1867

42715    Lottmann, H. B., Melin, Y., Cendron, M., Lombrail, P., Beze-Beyrie, P., Cendron, J. Bladder exstrophy: evaluation of factors leading to continence with spontaneous voiding after staged reconstruction. J Urol. 1997 Sep; 158: 1041-4

11155    Loughlin, K. R. Re: Epithelial inclusion cyst formation after free vaginal wall swing sling procedure for stress urinary incontinence. J Urol. 1998 Jan; 159: 208

10631    Loughlin, K. R. Slings-an idea whose time has come. J Urol. 2000 Jun; 163: 1843-4

11390    Loughlin, K. R. The endoscopic fascial sling for treatment of female urinary stress incontinence. J Urol. 1996 Apr; 155: 1265-7

10693    Loughlin, K. R. The thimble: a useful adjunct to needle suspension procedures for female stress incontinence. Urology. 2000 Dec 20; 56: 1050-1

12108    Loughlin, K. R., Whitmore, W. F.,  3rd, Gittes, R. F., Richie, J. P. Review of an 8-year experience with modifications of endoscopic suspension of the bladder neck for female stress urinary incontinence. J Urol. 1990 Jan; 143: 44-5

5268    Loughlin, K.R., Whitmore, W.F., Gittes, R.F., and Richie, J.P. Review of an 8-year experience with modifications of endoscopic suspension of the bladder neck for female stress urinary incontinence [see comments]. J Urol. 1990 Jan; 143: 44-45

41866    Loughrey, L. Taking a sensitive approach to urinary incontinence. Nursing. 1999 May; 29: 60-1

10317    Lovatsis, D., Drutz, H. P. Is transabdominal repair of mild to moderate cystocele necessary for correction of prolapse during a modified Burch procedure?. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 193-8

42213    Lovatsis, D., Drutz, H. P. The role of estrogen in female urinary incontinence and urogenital aging: a review. Ostomy Wound Manage. 1998 Jun; 44: 48-53

50450    Lovatsis, D., Gupta, C., Dean, E., Lee, F. Tension-free vaginal tape procedure is an ideal treatment for obese patients. Am J Obstet Gynecol. 2003 Dec; 189: 1601-4; discussion 1604-5

44934    Lowe, B. A., Woodside, J. R. Urodynamic evaluation of patients with continent urinary diversion using cecal reservoir and intussuscepted ileocecal valve. Urology. 1990 Jun; 35: 544-7

11229    Lowe, E. M., Anand, P., Terenghi, G., Williams-Chestnut, R. E., Sinicropi, D. V., Osborne, J. L. Increased nerve growth factor levels in the urinary bladder of women with idiopathic sensory urgency and interstitial cystitis. Br J Urol. 1997 Apr; 79: 572-7

44603    Luangkhot, R., Peng, B. C., Blaivas, J. G. Ileocecocystoplasty for the management of refractory neurogenic bladder: surgical technique and urodynamic findings. J Urol. 1991 Nov; 146: 1340-4

3561    Luangkhot, R., Peng, B.C., and Blaivas, J.G. Ileocecocystoplasty for the management of refractory neurogenic bladder: surgical technique and urodynamic findings. J Urol. 1991 Nov; 146: 1340-1344

41728    Lubeck, D. P., Prebil, L. A., Peeples, P., Brown, J. S. A health related quality of life measure for use in patients with urge urinary incontinence: a validation study. Qual Life Res. 1999 Jun; 8: 337-44

| | |
|---|---|
| 10350 | Luber, K. M., Boero, S., Choe, J. Y. The demographics of pelvic floor disorders: current observations and future projections. Am J Obstet Gynecol. 2001 Jun; 184: 1496-501; discussion 1501-3 |
| 11167 | Luber, K. M., Wolde-Tsadik, G. Efficacy of functional electrical stimulation in treating genuine stress incontinence: a randomized clinical trial. Neurourol Urodyn. 1997; 16: 543-51 |
| 11264 | Ludviksson, K. The value of clinical examination of the female incontinent patient. Acta Obstet Gynecol Scand Suppl. 1997; 166: 19-23 |
| 42352 | Luft, J., Vriheas-Nichols, A. A. Identifying the risk factors for developing incontinence: can we modify individual risk?. Geriatr Nurs. 1998 Mar-Apr; 19: 66-70; quiz 70-2 |
| 51610 | Lukacz, E. S., Luber, K. M., Nager, C. W. The effects of the tension-free vaginal tape on proximal urethral position: a prospective, longitudinal evaluation. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 179-84; discussion 184 |
| 10717 | Luna, M. T., Hirakawa, T., Kamura, T., Yahata, H., Ogawa, S., Sonoda, T., Nakano, H. Comparison of the anterior colporrhaphy procedure and the Marshall- Marchetti-Krantz operation in the treatment of stress urinary incontinence among women. J Obstet Gynaecol Res. 1999 Aug; 25: 255-60 |
| 10526 | Luna, M. T., Hirakawa, T., Nakano, H. Urinary incontinence in women seen in the obstetrics and gynecology clinic. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 277-81 |
| 3792 | Lundqvist, C., Siosteen, A., Blomstrand, C., Lind, B., and Sullivan, M. Spinal cord injuries. Clinical, functional, and emotional status. Spine. 1991 Jan; 16: 78-83 |
| 44782 | Lundqvist, C., Siosteen, A., Blomstrand, C., Lind, B., Sullivan, M. Spinal cord injuries. Clinical, functional, and emotional status. Spine. 1991 Jan; 16: 78-83 |
| 42581 | Lurie, S. N., Hosmer, C. Oxybutynin and intranasal desmopressin for clozapine-induced urinary incontinence. J Clin Psychiatry. 1997 Sep; 58: 404 |
| 43236 | Luukinen, H., Koski, K., Kivela, S. L., Laippala, P. Social status, life changes, housing conditions, health, functional abilities and life-style as risk factors for recurrent falls among the home-dwelling elderly. Public Health. 1996 Mar; 110: 115-8 |
| 44544 | Lyder, C. H., Clemes-Lowrance, C., Davis, A., Sullivan, L., Zucker, A. Structured skin care regimen to prevent perineal dermatitis in the elderly. J ET Nurs. 1992 Jan-Feb; 19: 12-6 |
| 3496 | Lyder, C.H., Clemes-Lowrance, C., Davis, A., Sullivan, L., and Zucker, A. Structured skin care regimen to prevent perineal dermatitis in the elderly. J ET Nurs. 1992 Jan-Feb; 19: 12-16 |
| 10316 | Lynch, C. M., Powers, A. K., Keating, A. B. Pregnancy complicated by a suburethral sling: a case report. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 218-9 |
| 40572 | Lyon, R. P. Re: the treatment of post-urethrotomy incontinence in pediatric and adolescent females. J Urol. 2001 Nov; 166: 1838 |
| 11559 | Lyons, T. L. Minimally invasive treatment of urinary stress incontinence and laparoscopically directed repair of pelvic floor defects. Clin Obstet Gynecol. 1995 Jun; 38: 380-91 |
| 11600 | Lyons, T. L., Winer, W. K. Clinical outcomes with laparoscopic approaches and open Burch procedures for urinary stress incontinence. J Am Assoc Gynecol Laparosc. 1995 Feb; 2: 193-8 |
| 10075 | Lyons, T. L., Winer, W. K., Adolph, A. J. Classic intrafascial supracervical hysterectomies. J Am Assoc Gynecol Laparosc. 2002 Aug; 9: 401; discussion 401-2 |
| 42370 | Ma, S. S. The prevalence of adult female urinary incontinence in Hong Kong Chinese. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 327-31 |
| 10020 | Maaita, M., Bhaumik, J., Davies, A. E. Sexual function after using tension-free vaginal tape for the surgical treatment of genuine stress incontinence. BJU Int. 2002 Oct; 90: 540-3 |
| 42517 | Maas, C. P., Moriya, Y., Steup, W. H., Kiebert, G. M., Kranenbarg, W. M., van de Velde, C. J. Radical and nerve-preserving surgery for rectal cancer in The Netherlands: a prospective study on morbidity and functional outcome. Br J Surg. 1998 Jan; 85: 92-7 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

41108   Maas, C. P., Moriya, Y., Steup, W. H., Klein Kranenbarg, E., van de Velde, C. J. A prospective study on radical and nerve-preserving surgery for rectal cancer in the Netherlands. Eur J Surg Oncol. 2000 Dec; 26: 751-7

44871   MacAllister, C. G., Perdue, B. D. Endoscopic diagnosis of unilateral ectopic ureter in a yearling filly. J Am Vet Med Assoc. 1990 Sep 1; 197: 617-8

44051   Macallum, G. E., Albassam, M. A. Renal toxicity of a nondopaminergic antipsychotic agent, trimethyl imidazopyrazolopyrimidine, in rats. Toxicol Pathol. 1994 Jan-Feb; 22: 39-47

3497   MacArthur, C., Lewis, M., and Knox, E.G. Health after childbirth. Br J Obstet Gynaecol. 1991 Dec; 98: 1193-1195

11936   MacArthur, C., Lewis, M., Knox, E. G. Health after childbirth. Br J Obstet Gynaecol. 1991 Dec; 98: 1193-5

12008   Macaulay, A. J., Stern, R. S., Stanton, S. L. Psychological aspects of 211 female patients attending a urodynamic unit. J Psychosom Res. 1991; 35: 1-10

3722   Macaulay, A.J., Stern, R.S., and Stanton, S.L. Psychological aspects of 211 female patients attending a urodynamic unit. J Psychosom Res. 1991; 35: 1-10

54140   Macaulay, M., Clarke-ONeill, S., Fader, M., Pettersson, L., Cottenden, A. Are washable absorbents effective at containing urinary incontinence?. Nurs Times. 2004 Mar 23-29; 100: 58-62

3765   Macaulay, M., Henry, G. Continence. Drop in and do well. Nurs Times. 1990 Nov 14-20; 86: 65-66

44855   MacDermott, J. P., Palmer, J. M., Stone, A. R. Vesicocutaneous fistula secondary to bladder instability. Br J Urol. 1990 Oct; 66: 430-1

3908   MacDermott, J.P., Palmer, J.M., and Stone, A.R. Vesicocutaneous fistula secondary to bladder instability. Br J Urol. 1990 Oct; 66: 430-431

43527   MacDiarmid, S. A., Arnold, E. P., Palmer, N. B., Anthony, A. Management of spinal cord injured patients by indwelling suprapubic catheterization. J Urol. 1995 Aug; 154: 492-4

44815   MacDonagh, R. P., Forster, D. M., Thomas, D. G. Urinary continence in spinal injury patients following complete sacral posterior rhizotomy. Br J Urol. 1990 Dec; 66: 618-22

3848   MacDonagh, R.P., Forster, D.M., and Thomas, D.G. Urinary continence in spinal injury patients following complete sacral posterior rhizotomy. Br J Urol. 1990 Dec; 66: 618-622

42217   Mace, J. C., Cure, J., Bailey, B. N., Storrs, B. B. Untethered filum terminale presenting as cauda equina lesion. Pediatr Neurosurg. 1998 Apr; 28: 191-4

10609   MacGibbon, A., Brieger, G., Korda, A. Incisionless cystourethropexy--the Intac device--an initial experience. Aust N Z J Obstet Gynaecol. 2000 Feb; 40: 59-61

40550   MacKay, K., Hemmett, L. Needs assessment of women with urinary incontinence in a district health authority. Br J Gen Pract. 2001 Oct; 51: 801-4

4123   Mackin, B. Evaluating bodyworn continence pads. Nurs Stand. 1990 Jan 31-Feb 6; 4: 36-39

40945   MacKinnon, A. E., Roberts, J. P., Searles, J. Day-care ultrasound avoids urodynamics. Eur J Pediatr Surg. 2000 Dec; 10 Suppl 1: 24-5

40958   MacLennan, A. H., Taylor, A. W., Wilson, D. H., Wilson, D. The prevalence of pelvic floor disorders and their relationship to gender, age, parity and mode of delivery. BJOG. 2000 Dec; 107: 1460-70

55460   MacNeily, A. E., Afshar, K., Coleman, G. U., Johnson, H. W. Autoaugmentation by detrusor myotomy: its lack of effectiveness in the management of congenital neuropathic bladder. J Urol. 2003 Oct; 170: 1643-6; discussion 1646

10009   Maddern, G. J., Middleton, P. F., Grant, A. M. Urinary stress incontinence. BMJ. 2002 Oct 12; 325: 789-90

3199   Madejski, R.M. LPN overview of urinary incontinence. J Pract Nurs. 1992 Dec; 42: 24-33

42159   Madersbacher, H., Awad, S., Fall, M., Janknegt, R. A., Stohrer, M., Weisner, B. Urge incontinence in the elderly--supraspinal reflex incontinence. World J Urol. 1998; 16 Suppl 1: S35-43

---

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

| | |
|---|---|
| 41700 | Madersbacher, H., Halaska, M., Voigt, R., Alloussi, S., Hofner, K. A placebo-controlled, multicentre study comparing the tolerability and efficacy of propiverine and oxybutynin in patients with urgency and urge incontinence. BJU Int. 1999 Oct; 84: 646-51 |
| 3721 | Madersbacher, H., Jilg, G. Control of detrusor hyperreflexia by the intravesical instillation of oxybutynine hydrochloride. Paraplegia. 1991 Feb; 29: 84-90 |
| 41340 | Madersbacher, S. Prevalence of lower urinary tract symptoms and urinary incontinence in the elderly: recent data from Austria. Wien Klin Wochenschr. 2000 May 5; 112: 379-80 |
| 41876 | Madersbacher, S., Pycha, A., Klingler, C. H., Schatzl, G., Marberger, M. The International Prostate Symptom score in both sexes: a urodynamics- based comparison. Neurourol Urodyn. 1999; 18: 173-82 |
| 42487 | Madersbacher, S., Pycha, A., Schatzl, G., Mian, C., Klingler, C. H., Marberger, M. The aging lower urinary tract: a comparative urodynamic study of men and women. Urology. 1998 Feb; 51: 206-12 |
| 53540 | Madjar, S., Balzarro, M., Appell, R. A., Tchetgen, M. B., Nelson, D. Baseline abdominal pressure and valsalva leak point pressures-correlation with clinical and urodynamic data. Neurourol Urodyn. 2003; 22: 2-6 |
| 10896 | Madjar, S., Beyar, M., Nativ, O. Pubic bone anchoring in the treatment of women with stress urinary incontinence: new applications to an old concept. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 416-8 |
| 10674 | Madjar, S., Beyar, M., Nativ, O. Transvaginal bone anchored sling. Urology. 2000 Mar; 55: 422-6 |
| 50810 | Madjar, S., Covington-Nichols, C., Secrest, C. L. New periurethral bulking agent for stress urinary incontinence: modified technique and early results. J Urol. 2003 Dec; 170: 2327-9 |
| 41034 | Madjar, S., Evans, D., Duncan, R. C., Gousse, A. E. Collaboration and practice patterns among urologists and gynecologists in the treatment of urinary incontinence and pelvic floor prolapse: a survey of the International Continence Society members. Neurourol Urodyn. 2001; 20: 3-11 |
| 40435 | Madjar, S., Gousse, A. Postirradiation vesicovaginal fistula completely resolved with conservative treatment. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 405-6 |
| 10159 | Madjar, S., Tchetgen, M. B., Van Antwerp, A., Abdelmalak, J., Rackley, R. R. Urethral erosion of tension-free vaginal tape. Urology. 2002 Apr; 59: 601 |
| 10944 | Madjar, S., Wald, M., Halachmi, S., Issaq, E., Moskovitz, B., Beyar, M., Nativ, O. Minimally invasive pervaginam procedures for the treatment of female stress incontinence using a new pubic bone anchoring system. Artif Organs. 1998 Oct; 22: 879-85 |
| 41900 | Maeda, H., Shichiri, Y., Kinoshita, H., Okubo, K., Okada, T., Aoki, Y., Maekawa, S., Arai, Y. Urinary undiversion for pelvic actinomycosis: a long-term follow up. Int J Urol. 1999 Feb; 6: 111-3 |
| 44599 | Magaziner, J., Tenney, J. H., DeForge, B., Hebel, J. R., Muncie, H. L., Jr, Warren, J. W. Prevalence and characteristics of nursing home-acquired infections in the aged. J Am Geriatr Soc. 1991 Nov; 39: 1071-8 |
| 3235 | Maggi, C.A. Therapeutic potential of capsaicin-like molecules: studies in animals and humans. Life Sci. 1992; 51: 1777-1781 |
| 40956 | Maggi, S., Minicuci, N., Langlois, J., Pavan, M., Enzi, G., Crepaldi, G. Prevalence rate of urinary incontinence in community-dwelling elderly individuals: the Veneto study. J Gerontol A Biol Sci Med Sci. 2001 Jan; 56: M14-8 |
| 42010 | Maglinte, D. D., Kelvin, F. M., Fitzgerald, K., Hale, D. S., Benson, J. T. Association of compartment defects in pelvic floor dysfunction. AJR Am J Roentgenol. 1999 Feb; 172: 439-44 |
| 11433 | Magrina, J. F. Primary surgery for stage IB-IIA cervical cancer, including short-term and long-term morbidity and treatment in pregnancy. J Natl Cancer Inst Monogr. 1996; : 53-9 |
| 10699 | Maher, C. F., Dwyer, P. L., Carey, M. P., Moran, P. A. Colposuspension or sling for low urethral pressure stress incontinence?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 384-9 |
| 30344 | Maher, C. F., Murray, C. J., Carey, M. P., Dwyer, P. L., Ugoni, A. M. Iliococcygeus or sacrospinous fixation for vaginal vault prolapse. Obstet Gynecol. 2001 Jul; 98: 40-4 |

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

| | |
|---|---|
| 10370 | Maher, C., Carey, M., Dwyer, P., Moran, P. Pubovaginal or vicryl mesh rectus fascia sling in intrinsic sphincter deficiency. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 111-6 |
| 10791 | Maher, C., Dwyer, P., Carey, M., Gilmour, D. The Burch colposuspension for recurrent urinary stress incontinence following retropubic continence surgery. Br J Obstet Gynaecol. 1999 Jul; 106: 719-24 |
| 57300 | Maheswaran, C. M., MacKinnon, A. E. Ambulant? Continent? The missing link. Eur J Pediatr Surg. 2002 Dec; 12 Suppl 1: S25-6 |
| 42507 | Mahony, C. The impact of continence problems on self-esteem. Nurs Times. 1997 Dec 24-Jan 6; 93: 58, 60 |
| 43983 | Mahran, M. R., Ghoneim, M. A. The application of the modified rectal bladder in management of the compromised urethral damage. Scand J Urol Nephrol. 1994 Mar; 28: 49-53 |
| 4032 | Mainprize, T.C. Diagnosis of urinary incontinence. Clin Obstet Gynecol. 1990 Jun; 33: 308-314 |
| 40462 | Major, H., Culligan, P., Heit, M. Urethral sphincter morphology in women with detrusor instability. Obstet Gynecol. 2002 Jan; 99: 63-8 |
| 32052 | Major, O., Sipos, L., Czirjak, S., Benoist, G., Horvath, M., Pasztor, E. Spontaneous spinal epidural haematomas. Acta Neurochir (Wien). 1991; 111: 40-2 |
| 11325 | Mak, V., Radomski, S. B. Value of magnetic resonance imaging of the lumbosacral spinal cord in patients with voiding dysfunction. J Urol. 1996 Oct; 156: 1421-3 |
| 11495 | Makinen, J. I., Pitkanen, Y. A., Salmi, T. A., Gronroos, M., Rinne, R., Paakkari, I. Transdermal estrogen for female stress urinary incontinence in postmenopause. Maturitas. 1995 Nov; 22: 233-8 |
| 43787 | Maklebust, J., Magnan, M. A. Risk factors associated with having a pressure ulcer: a secondary data analysis. Adv Wound Care. 1994 Nov; 7: 25, 27-8, 31-4 passim |
| 3294 | Maklebust, J., Magnan, M.A. Approaches to patient and family education for pressure ulcer management. Decubitus. 1992 Jul; 5: 18-20,24,26passim |
| 42764 | Malik, A., Fenning, N., O'Donnell, E. Anal and urinary incontinence in women with obstetric anal sphincter rupture. Br J Obstet Gynaecol. 1997 Jun; 104: 753-4 |
| 40695 | Maliski, S. L., Heilemann, M. V., McCorkle, R. Mastery of postprostatectomy incontinence and impotence: his work, her work, our work. Oncol Nurs Forum. 2001 Jul; 28: 985-92 |
| 43934 | Malissard, M., Souquet, J., Jullien, D. Optimisation of pulse duration for intravaginal electrical stimulation: effect of tissue excitability. Med Biol Eng Comput. 1994 May; 32: 327-30 |
| 43875 | Mallett, V. T., Bump, R. C. The epidemiology of female pelvic floor dysfunction. Curr Opin Obstet Gynecol. 1994 Aug; 6: 308-12 |
| 10363 | Mallipeddi, P. K., Steele, A. C., Kohli, N., Karram, M. M. Anatomic and functional outcome of vaginal paravaginal repair in the correction of anterior vaginal wall prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 83-8 |
| 41241 | Malm, J., Kristensen, B., Stegmayr, B., Fagerlund, M., Koskinen, L. O. Three-year survival and functional outcome of patients with idiopathic adult hydrocephalus syndrome. Neurology. 2000 Aug 22; 55: 576-8 |
| 3316 | Malone, M.L. Teaching about urinary incontinence [letter]. J Am Geriatr Soc. 1992 Aug; 40: 850-851 |
| 42691 | Malone, P. S. The management of urinary incontinence. Arch Dis Child. 1997 Aug; 77: 175-8 |
| 44931 | Malone, P. S., Spitz, L., Kiely, E. M., Brereton, R. J., Duffy, P. G., Ransley, P. G. The functional sequelae of sacrococcygeal teratoma. J Pediatr Surg. 1990 Jun; 25: 679-80 |
| 43992 | Malone, P. S., Wheeler, R. A., Williams, J. E. Continence in patients with spina bifida: long term results. Arch Dis Child. 1994 Feb; 70: 107-10 |
| 4006 | Malone, P.S., Spitz, L., Kiely, E.M., Brereton, R.J., Duffy, P.G., and Ransley, P.G. The functional sequelae of sacrococcygeal teratoma. J Pediatr Surg. 1990 Jun; 25: 679-680 |
| 41842 | Malone-Lee, J. Know how. Managing incontinence. Nurs Times. 1999 May 5-11; 95: 74-5 |

# Appendix A5: Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**40717**    Malone-Lee, J. G., Walsh, J. B., Maugourd, M. F. Tolterodine: a safe and effective treatment for older patients with overactive bladder. J Am Geriatr Soc. 2001 Jun; 49: 700-5

**55820**    Malone-Lee, J., Henshaw, D. J., Cummings, K. Urodynamic verification of an overactive bladder is not a prerequisite for antimuscarinic treatment response. BJU Int. 2003 Sep; 92: 415-7

**3413**    Malone-Lee, J., Lubel, D., and Szonyi, G. Low dose oxybutynin for the unstable bladder [letter]. Bmj. 1992 Apr 18; 304: 1053

**44495**    Malone-Lee, J., Lubel, D., Szonyi, G. Low dose oxybutynin for the unstable bladder. BMJ. 1992 Apr 18; 304: 1053

**40843**    Malone-Lee, J., Shaffu, B., Anand, C., Powell, C. Tolterodine: superior tolerability than and comparable efficacy to oxybutynin in individuals 50 years old or older with overactive bladder: a randomized controlled trial. J Urol. 2001 May; 165: 1452-6

**42606**    Maloney, C. Estrogen in urinary incontinence treatment: an anatomic and physiologic approach. Urol Nurs. 1997 Sep; 17: 88-91

**43685**    Maloney, C. Evaluation and treatment of urinary incontinence: a primary care approach. Nurse Pract. 1995 Feb; 20: 74-5

**11185**    Maloney, C. Patient with stress urinary incontinence. Lippincotts Prim Care Pract. 1997 Sep-Oct; 1: 448-9

**11145**    Maloney, C. Patient with stress urinary incontinence. Answers and discussion of urinary health case study. Lippincotts Prim Care Pract. 1997 Nov-Dec; 1: 567-71

**40002**    Maloney, C. M., Cafiero, M. Achieving bladder control. Treatment in the primary care setting. Adv Nurse Pract. 2002 May; 10: 73-8

**41582**    Maloney, C., Cafiero, M. Implementing an incontinence program in long-term care settings. A multidisciplinary approach. J Gerontol Nurs. 1999 Jun; 25: 47-52

**10696**    Maloney, C., Cafiero, M. R. Urinary incontinence. Noninvasive treatment options. Adv Nurse Pract. 1999 Jun; 7: 36-42

**42774**    Maly, R. C., Hirsch, S. H., Reuben, D. B. The performance of simple instruments in detecting geriatric conditions and selecting community-dwelling older people for geriatric assessment. Age Ageing. 1997 May; 26: 223-31

**53000**    Manca, A., Sculpher, M. J., Ward, K., Hilton, P. A cost-utility analysis of tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence. BJOG. 2003 Mar; 110: 255-62

**44958**    Mandal, A. K., Sharma, S. K., Vaidyanathan, S., Goswami, A. K. Ureterovaginal fistula: summary of 18 years' experience. Br J Urol. 1990 May; 65: 453-6

**40432**    Mandigers, R. J., Nell, T. Treatment of bitches with acquired urinary incontinence with oestriol. Vet Rec. 2001 Dec 22-29; 149: 764-7

**11315**    Manhes, H. Laparoscopic Retzio-plasty. A new surgical approach to stress incontinence. Int Surg. 1996 Oct-Dec; 81: 371-3

**10148**    Maniam, P., Goldman, H. B. Removal of transurethral catheter during urodynamics may unmask stress urinary incontinence. J Urol. 2002 May; 167: 2080-2

**59150**    Manikandan, R., Kujawa, M., Pearson, E., O'Reilly, P. H., Brown, S. C. Results of the tension-free vaginal tape procedure for stress incontinence: patient's perspective. Int J Urol. 2004 Apr; 11: 206-12

**40779**    Mannaerts, G. H., Rutten, H. J., Martijn, H., Groen, G. J., Hanssens, P. E., Wiggers, T. Abdominosacral resection for primary irresectable and locally recurrent rectal cancer. Dis Colon Rectum. 2001 Jun; 44: 806-14

**10353**    Manning, J., Eyers, A. A., Korda, A., Benness, C., Solomon, M. J. Is there an association between fecal incontinence and lower urinary dysfunction?. Dis Colon Rectum. 2001 Jun; 44: 790-8

**52010**    Manning, J., Korda, A., Benness, C., Solomon, M. The association of obstructive defecation, lower urinary tract dysfunction and the benign joint hypermobility syndrome: a case-control study. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 128-32

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

44346    Mansi, M., Ahmed, S. Young-Dees-Leadbetter bladder neck reconstruction for sphincteric urinary incontinence: the value of augmentation cystoplasty. Scand J Urol Nephrol. 1993; 27: 509-17

44336    Mansson, A., Anderson, H., Colleen, S. Time lag to diagnosis of bladder cancer--influence of psychosocial parameters and level of health-care provision. Scand J Urol Nephrol. 1993; 27: 363-9

43817    Mansson-Linstrom, A., Dehlin, O., Isacsson, A. Urinary incontinence in primary health care. 1. Perceived knowledge and training among various categories of nursing personnel and care units. Scand J Prim Health Care. 1994 Sep; 12: 169-74

43072    Mantle, F. Eliminate the problem. Nurs Times. 1996 Aug 7-13; 92: 50-1

11992    Mantle, J., Versi, E. Physiotherapy for stress urinary incontinence: a national survey. BMJ. 1991 Mar 30; 302: 753-5

3733    Mantle, J., Versi, E. Physiotherapy for stress urinary incontinence: a national survey [published erratum appears in BMJ 1991 Aug 24;303(6800):440] [see comments]. Bmj. 1991 Mar 30; 302: 753-755

10440    Maral, I., Ozkardes, H., Peskircioglu, L., Bumin, M. A. Prevalence of stress urinary incontinence in both sexes at or after age 15 years: a cross-sectional study. J Urol. 2001 Feb; 165: 408-12

10810    Marana, H. R., Andrade, J. M., Marana, R. R., Matheus de Sala, M., Philbert, P. M., Rodrigues, R. Vaginal hysterectomy for correcting genital prolapse. Long-term evaluation. J Reprod Med. 1999 Jun; 44: 529-34

57310    Marcell, D., Ransel, S., Schiau, M., Duffy, E. G. Treatment options alleviate female urge incontinence. Nurse Pract. 2003 Feb; 28: 48-54

52800    Margolis, M. T. Tension-free vaginal tape: outcomes among women with primary versus recurrent stress urinary incontinence. Obstet Gynecol. 2003 Apr; 101: 817; author reply 817-8

43394    Margolis, M. T., Thoen, L. D., Boike, G. M., Mercer, L. J., Keith, L. G. Asymptomatic endometrial carcinoma after endometrial ablation. Int J Gynaecol Obstet. 1995 Dec; 51: 255-8

10777    Margossian, H., Pollard, R. R., Walters, M. D. Small bowel obstruction in a peritoneal defect after laparoscopic Burch procedure. J Am Assoc Gynecol Laparosc. 1999 Aug; 6: 343-5

10794    Margossian, H., Walters, M. D., Falcone, T. Laparoscopic management of pelvic organ prolapse. Eur J Obstet Gynecol Reprod Biol. 1999 Jul; 85: 57-62

40928    Marinkovic, S. P., Badlani, G. H. Imaging of the lower urinary tract in adults. J Endourol. 2001 Feb; 15: 75-86

50290    Marinkovic, S. P., Stanton, S. L. Incontinence and voiding difficulties associated with prolapse. J Urol. 2004 Mar; 171: 1021-8

52990    Marinkovic, S. P., Stanton, S. L. Triple compartment prolapse: sacrocolpopexy with anterior and posterior mesh extensions. BJOG. 2003 Mar; 110: 323-6

40976    Marinkovic, S., Badlani, G. Voiding and sexual dysfunction after cerebrovascular accidents. J Urol. 2001 Feb; 165: 359-70

11004    Marinkovic, S., Mian, H., Evankovich, M., Poplawsky, D., Novi, J., Frey, C., Yap, W. Analysis of early outcome: Burch procedure versus pubovaginal sling. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 94-9

11712    Mark, S. D., McRae, C. U., Arnold, E. P., Gowland, S. P. Clam cystoplasty for the overactive bladder: a review of 23 cases. Aust N Z J Surg. 1994 Feb; 64: 88-90

44099    Maroun, F. B., Makino, A. P., Tong, T. R., Perkins, P. G., Arts, R., Jacob, J. C., Reddy, R. Cervical myelopathy secondary to ossification of the posterior longitudinal ligament in a Caucasian patient. Can J Neurol Sci. 1993 Nov; 20: 329-32

40105    Marret, E., Pruszkowski, O., Deleuze, A., Bonnet, F. Accelerated idioventricular rhythm associated with desflurane administration. Anesth Analg. 2002 Aug; 95: 319-21, table of contents

41147    Marrie, T. J. Community-acquired pneumonia in the elderly. Clin Infect Dis. 2000 Oct; 31: 1066-78

44108    Marsh, T. D. Estrogens for treating urinary incontinence in women. Am Pharm. 1993 Nov; NS33: 47-8, 90

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

sorted by Primary Author and Title

---

42480    Marshall, D. F., Boston, V. E. Altered bladder and bowel function following cutaneous electrical field stimulation in children with spina bifida--interim results of a randomized double-blind placebo-controlled trial. Eur J Pediatr Surg. 1997 Dec; 7 Suppl 1: 41-3

3811    Marshall, F.F., Mostwin, J.L., Radebaugh, L.C., Walsh, P.C., and Brendler, C.B. Ileocolic neobladder post-cystectomy: continence and potency. J Urol. 1991 Mar; 145: 502-504

11319    Marshall, H. J., Beevers, D. G. Alpha-adrenoceptor blocking drugs and female urinary incontinence: prevalence and reversibility. Br J Clin Pharmacol. 1996 Oct; 42: 507-9

42375    Marshall, K., Thompson, K. A., Walsh, D. M., Baxter, G. D. Incidence of urinary incontinence and constipation during pregnancy and postpartum: survey of current findings at the Rotunda Lying-In Hospital. Br J Obstet Gynaecol. 1998 Apr; 105: 400-2

57950    Marshall, K., Walsh, D. M., Baxter, G. D. The effect of a first vaginal delivery on the integrity of the pelvic floor musculature. Clin Rehabil. 2002 Nov; 16: 795-9

11955    Marshall, S. Conservative management of stress urinary incontinence. Urology. 1991 Sep; 38: 294

3608    Marshall, S. Conservative management of stress urinary incontinence [letter]. Urology. 1991 Sep; 38: 294

10012    Marshall, V. F., Marchetti, A. A., Krantz, K. E. The correction of stress incontinence by simple vesicourethral suspension. 1949. J Urol. 2002 Oct; 168: 1326-31

41895    Marshman, L. A., Hardwidge, C., Ford-Dunn, S. C., Olney, J. S. Idiopathic spinal cord herniation: case report and review of the literature. Neurosurgery. 1999 May; 44: 1129-33

10137    Martan, A., Masata, J., Halaska, M., Otcenasek, M., Svabik, K. Ultrasound imaging of paravaginal defects in women with stress incontinence before and after paravaginal defect repair. Ultrasound Obstet Gynecol. 2002 May; 19: 496-500

10424    Martan, A., Masata, J., Halaska, M., Voigt, R. Ultrasound imaging of the lower urinary system in women after Burch colposuspension. Ultrasound Obstet Gynecol. 2001 Jan; 17: 58-64

40238    Marte, A., Di Meglio, D., Cotrufo, A. M., Di Iorio, G., De Pasquale, M., Vessella, A. A long-term follow-up of autoaugmentation in myelodysplastic children. BJU Int. 2002 Jun; 89: 928-31

43827    Martel, R. Rita Martel: treating women's urinary incontinence. Interview by Anita Loos-Hannifan. Nurse Pract Forum. 1994 Sep; 5: 122-3

43169    Martensson, O., Duchek, M. Translabial sonography in evaluating the lower female urogenital tract. AJR Am J Roentgenol. 1996 Jun; 166: 1327-31

54150    Martignoni, E., Nappi, R. E., Citterio, A., Calandrella, D., Zangaglia, R., Mancini, F., Corengia, E., Riboldazzi, G., Polatti, F., Nappi, G. Reproductive life milestones in women with Parkinson's disease. Funct Neurol. 2003 Oct-Dec; 18: 211-7

41463    Martin, S. Child with incontinence. J Pediatr Health Care. 2000 Mar-Apr; 14: 76; quiz 89-90

3999    Martin, S. The pharmacists' role in recognizing and treating urinary incontinence. Am Pharm. 1990 Jul; Ns30: 42-45

53350    Martinez, A. M., Ramos, N. M., Requena, J. F., Hernandez, J. A. Analysis of retropubic colpourethrosuspension results by suburethral sling with REMEEX prosthesis. Eur J Obstet Gynecol Reprod Biol. 2003 Feb 10; 106: 179-83

43441    Martinez, R. Erdheim-Chester disease: MR of intraaxial and extraaxial brain stem lesions. AJNR Am J Neuroradiol. 1995 Oct; 16: 1787-90

43326    Marymont, M. H., Geohas, J., Tomita, T., Strauss, L., Brand, W. N., Mittal, B. B. Hyperfractionated craniospinal radiation in medulloblastoma. Pediatr Neurosurg. 1996; 24: 178-84

43927    Marzan, K. A., Barron, T. F. MRI abnormalities in Behr syndrome. Pediatr Neurol. 1994 May; 10: 247-8

44859    Maskell, R. Psychiatric aspects of urinary incontinence. BMJ. 1990 Sep 15; 301: 556

---

# American Urological Association, Inc.
## SUI Guidelines Panel

**Master Bibliography**
**sorted by Primary Author and Title**

---

**3931**    Maskell, R. Psychiatric aspects of urinary incontinence [letter; comment]. Bmj. 1990 Sep 15; 301: 556

**10686**    Mason, L., Glenn, S., Walton, I., Appleton, C. The experience of stress incontinence after childbirth. Birth. 1999 Sep; 26: 164-71

**10671**    Mason, L., Glenn, S., Walton, I., Appleton, C. The prevalence of stress incontinence during pregnancy and following delivery. Midwifery. 1999 Jun; 15: 120-8

**10436**    Mason, L., Glenn, S., Walton, I., Hughes, C. The instruction in pelvic floor exercises provided to women during pregnancy or following delivery. Midwifery. 2001 Mar; 17: 55-64

**10287**    Mason, L., Glenn, S., Walton, I., Hughes, C. Women's reluctance to seek help for stress incontinence during pregnancy and following childbirth. Midwifery. 2001 Sep; 17: 212-21

**11296**    Mason, R. C., Roach, M. Modified pubovaginal sling for treatment of intrinsic sphincteric deficiency. J Urol. 1996 Dec; 156: 1991-4

**44202**    Massat, B. J., Gregory, C. R., Ling, G. V., Cardinet, G. H., Lewis, E. L. Cystourethropexy to correct refractory urinary incontinence due to urethral sphincter mechanism incompetence. Preliminary results in ten bitches. Vet Surg. 1993 Jul-Aug; 22: 260-8

**10680**    Masson, D. B., Govier, F. E. Modified Pereyra bladder neck suspension in patients with intrinsic sphincter deficiency and bladder neck hypermobility: patient satisfaction with a mean follow-up of 4 years. Urology. 2000 Feb; 55: 217-21; discussion 221-2

**10845**    Mast, B. A. Alleviation of urinary incontinence after abdominoplasty. Ann Plast Surg. 1999 Apr; 42: 456-7

**43439**    Mast, P., Hoebeke, P., Wyndaele, J. J., Oosterlinck, W., Everaert, K. Experience with augmentation cystoplasty. A review. Paraplegia. 1995 Oct; 33: 560-4

**44463**    Masters, J. C., O'Grady, M. Normal pressure hydrocephalus. A potentially reversible form of dementia. J Psychosoc Nurs Ment Health Serv. 1992 Jun; 30: 25-8

**10714**    Matanyi, S., Acs, N., Fontanyi, Z., Paulin, F. Urodynamic investigation of women operated on for genuine stress incontinence. Gynecol Obstet Invest. 1999; 48: 263-6

**50180**    Matharu, G. S., Assassa, R. P., Williams, K. S., Donaldson, M. K., Matthews, R. J., Tincello, D. G., Mayne, C. J. Continence nurse treatment of women's urinary symptoms. Br J Nurs. 2004 Feb 12-25; 13: 140-3

**54700**    Matharu, G. S., Assassa, R. P., Williams, K. S., Donaldson, M., Matthews, R., Tincello, D. G., Mayne, C. J. Objective assessment of urinary incontinence in women: comparison of the one-hour and 24-hour pad tests. Eur Urol. 2004 Feb; 45: 208-12

**59210**    Matharu, G., Donaldson, M. M., McGrother, C. W., Matthews, R. J. Relationship between urinary symptoms reported in a postal questionnaire and urodynamic diagnosis. Neurourol Urodyn. 2005; 24: 100-5

**40302**    Mather, K. F., Bakas, T. Nursing assistants' perceptions of their ability to provide continence care. Geriatr Nurs. 2002 Mar-Apr; 23: 76-81

**44843**    Mathers, S. E., Ingram, D. A., Swash, M. Electrophysiology of motor pathways for sphincter control in multiple sclerosis. J Neurol Neurosurg Psychiatry. 1990 Nov; 53: 955-60

**56480**    Mathews, R. I., Gan, M., Gearhart, J. P. Urogynaecological and obstetric issues in women with the exstrophy-epispadias complex. BJU Int. 2003 Jun; 91: 845-9

**56920**    Mathews, R., Hubbard, J. S., Gearhart, J. P. Ureteral reimplantation before bladder neck plasty in the reconstruction of bladder exstrophy: indications and outcomes. Urology. 2003 Apr; 61: 820-4

**41505**    Mathews, R., Sponseller, P. D., Jeffs, R. D., Gearhart, J. P. Bladder neck reconstruction in classic bladder exstrophy: the role of osteotomy in the development of continence. BJU Int. 2000 Mar; 85: 498-500

**10957**    Matkov, T. G., Hejna, M. J., Coogan, C. L. Osteomyelitis as a complication of vesica percutaneous bladder neck suspension. J Urol. 1998 Oct; 160: 1427

**43418**    Matsui, M., Enoki, M., Matsui, Y., Oono, S., Ohta, M., Suenaga, A., Kuroda, Y. Seronegative myasthenia gravis associated with atonic urinary bladder and accommodative insufficiency. J Neurol Sci. 1995 Nov; 133: 197-9

---

   © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.   

**Appendix A5. Bibliography sorted by Primary Author**

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

---

52570   Matsuo, K., Takemura, M., Koyama, M., Murata, Y. Bladder tumor found by tension-free vaginal tape procedure. Obstet Gynecol. 2003 May; 101: 937-40

40894   Matsuoka, N., Moriya, Y., Akasu, T., Fujita, S. Long-term outcome of urinary function after extended lymphadenectomy in patients with distal rectal cancer. Eur J Surg Oncol. 2001 Mar; 27: 165-9

41761   Mattelaer, J. J., Williams, G. Extra-urethral urinary incontinence after incompetent vaginal obstetrics. BJU Int. 1999 Jul; 84: 10-3

11250   Matthews, K., Govier, F. E. Osteitis pubis after periurethral collagen injection. Urology. 1997 Feb; 49: 237-8

11410   Mattox, T. F., Bhatia, N. N. The prevalence of urinary incontinence or prolapse among white and Hispanic women. Am J Obstet Gynecol. 1996 Feb; 174: 646-8

41060   Mattox, T. F., Lucente, V., McIntyre, P., Miklos, J. R., Tomezsko, J. Abnormal spinal curvature and its relationship to pelvic organ prolapse. Am J Obstet Gynecol. 2000 Dec; 183: 1381-4; discussion 1384

43833   Mattsson, S. Urinary incontinence and nocturia in healthy schoolchildren. Acta Paediatr. 1994 Sep; 83: 950-4

57530   Mattsson, S., Gladh, G. Urethrovaginal reflux--a common cause of daytime incontinence in girls. Pediatrics. 2003 Jan; 111: 136-9

10603   Maubon, A. J., Boncoeur-Martel, M. P., Juhan, V., Courtieu, C. R., Thurmond, A. S., Aubas, P., Mares, P., Rouanet, J. P. Static and dynamic MRI of a urinary control intra-vaginal device. Eur Radiol. 2000; 10: 879-84

40543   Maurer, C. A., Z'Graggen, K., Renzulli, P., Schilling, M. K., Netzer, P., Buchler, M. W. Total mesorectal excision preserves male genital function compared with conventional rectal cancer surgery. Br J Surg. 2001 Nov; 88: 1501-5

10560   Mauroy, B., Goullet, E., Stefaniak, X., Bonnal, J. L., Amara, N. Tendinous arch of the pelvic fascia: application to the technique of paravaginal colposuspension. Surg Radiol Anat. 2000; 22: 73-9

55020   Mawajdeh, S. M., Al-Qutob, R., Schmidt, A. Measuring reproductive morbidity: a community-based approach, Jordan. Health Care Women Int. 2003 Aug; 24: 635-49

43126   Mayeaux, E. J., Jr, Johnson, C. Current concepts in postmenopausal hormone replacement therapy. J Fam Pract. 1996 Jul; 43: 69-75

11738   Mayer, R., Wells, T. J., Brink, C. A., Clark, P. Correlations between dynamic urethral profilometry and perivaginal pelvic muscle activity. Neurourol Urodyn. 1994; 13: 227-35

3013   Mayhew, P.A. Overcoming barriers to research utilization with researched-based practice guidelines. Medsurg Nurs. 1993 Aug; 2: 336-337

59325   Mayne, C. J., Assassa, R. P. Epidemiology of incontinence and prolapse. BJOG. 2004 Dec; 111 Suppl 1: 2-4

44547   Mayo, M. E., Chetner, M. P. Lower urinary tract dysfunction in multiple sclerosis. Urology. 1992 Jan; 39: 67-70

3506   Mayo, M.E. Lower urinary tract dysfunction in cerebral palsy. J Urol. 1992 Feb; 147: 419-420

43744   Mayo, N. E., Gloutney, L., Levy, A. R. A randomized trial of identification bracelets to prevent falls among patients in a rehabilitation hospital. Arch Phys Med Rehabil. 1994 Dec; 75: 1302-8

59023   Mazouni, C., Karsenty, G., Bretelle, F., Bladou, F., Gamerre, M., Serment, G. Urinary complications and sexual function after the tension-free vaginal tape procedure. Acta Obstet Gynecol Scand. 2004 Oct; 83: 955-61

11517   Mazur, D., Wehnert, J., Dorschner, W., Schubert, G., Herfurth, G., Alken, R. G. Clinical and urodynamic effects of propiverine in patients suffering from urgency and urge incontinence. A multicentre dose-optimizing study. Scand J Urol Nephrol. 1995 Sep; 29: 289-94

43891   McAtee-Smith, J., Hebert, A. A., Rapini, R. P., Goldberg, N. S. Skin lesions of the spinal axis and spinal dysraphism. Fifteen cases and a review of the literature. Arch Pediatr Adolesc Med. 1994 Jul; 148: 740-8

43489   McCandless, S., Mason, G. Physical therapy as an effective change agent in the treatment of patients with urinary incontinence. J Miss State Med Assoc. 1995 Sep; 36: 271-4

---

**American Urological Association, Inc.**

SUI Guidelines Panel

---

43022   McCarthy, J. M., Mullan, E. The elderly with a learning disability (mental retardation): an overview. Int Psychogeriatr. 1996 Fall; 8: 489-501

42834   McCarthy, M., Addington-Hall, J., Altmann, D. The experience of dying with dementia: a retrospective study. Int J Geriatr Psychiatry. 1997 Mar; 12: 404-9

43116   McCarthy, M., Lay, M., Addington-Hall, J. Dying from heart disease. J R Coll Physicians Lond. 1996 Jul-Aug; 30: 325-8

44474   McCarthy, R. J., Lipowitz, A. J., O'Brien, T. D. Continent jejunal reservoir (Kock pouch) for urinary diversion in dogs. Vet Surg. 1992 May-Jun; 21: 208-16

43174   McCarthy, T. C. Cystoscopy and biopsy of the feline lower urinary tract. Vet Clin North Am Small Anim Pract. 1996 May; 26: 463-82

11377   McClelland, M., Delustro, F. Evaluation of antibody class in response to bovine collagen treatment in patients with urinary incontinence. J Urol. 1996 Jun; 155: 2068-73

44764   McClish, D. K., Fantl, J. A., Wyman, J. F., Pisani, G., Bump, R. C. Bladder training in older women with urinary incontinence: relationship between outcome and changes in urodynamic observations. Obstet Gynecol. 1991 Feb; 77: 281-6

10770   McClish, D. K., Wyman, J. F., Sale, P. G., Camp, J., Earle, B. Use and costs of incontinence pads in female study volunteers. Continence Program for Women Research Group. J Wound Ostomy Continence Nurs. 1999 Jul; 26: 207-8, 210-3

3835    McClish, D.K., Fantl, J.A., Wyman, J.F., Pisani, G., and Bump, R.C. Bladder training in older women with urinary incontinence: relationship between outcome and changes in urodynamic observations. Obstet Gynecol. 1991 Feb; 77: 281-286

11794   McConnell, E. A. Teaching a patient to perform Kegel exercises. Nursing. 1993 Aug; 23: 90

3062    McCormack, M., Pike, J., and Kiruluta, G. Leak point of incontinence: a measure of the interaction between outlet resistance and bladder capacity. J Urol. 1993 Jul; 150: 162-164

44197   McCormack, M., Pike, J., Kiruluta, G. Leak point of incontinence: a measure of the interaction between outlet resistance and bladder capacity. J Urol. 1993 Jul; 150: 162-4

44518   McCormick, K. A., Burgio, L. D., Engel, B. T., Scheve, A., Leahy, E. Urinary incontinence: an augmented prompted void approach. J Gerontol Nurs. 1992 Mar; 18: 3-10

44826   McCormick, K. A., Cella, M., Scheve, A., Engel, B. T. Cost-effectiveness of treating incontinence in severely mobility- impaired long term care residents. QRB Qual Rev Bull. 1990 Dec; 16: 439-43

44393   McCormick, K. A., Newman, D. K., Colling, J., Pearson, B. D. Urinary incontinence in adults. Am J Nurs. 1992 Oct; 92: 75-88

3604    McCormick, K.A. From clinical trial to health policy--research on urinary incontinence in the adult, Part II. J Prof Nurs. 1991 Jul-Aug; 7: 202

3667    McCormick, K.A. Research. From clinical trial to health policy--research on urinary incontinence in the adult, Part I. J Prof Nurs. 1991 May-Jun; 7: 147

3449    McCormick, K.A., Burgio, L.D., Engel, B.T., Scheve, A., and Leahy, E. Urinary incontinence: an augmented prompted void approach. J Gerontol Nurs. 1992 Mar; 18: 3-10

3644    McCormick, K.A., Cella, M., Scheve, A., and Engel, B.T. Cost-effectiveness of treating incontinence in severely mobility-impaired long term care residents. QRB Qual Rev Bull. 1990 Dec; 16: 439-443

3361    McCormick, K.A., Newman, D.K., Colling, J., and Pearson, B.D. A practice guideline for urinary incontinence: the challenge to nurses. Urol Nurs. 1992 Jun; 12: 40-45

3209    McCormick, K.A., Newman, D.K., Colling, J., and Pearson, B.D. Urinary incontinence in adults. Am J Nurs. 1992 Oct; 92: 75-88

3266    McCormick, K.A., Palmer, M.H. Urinary incontinence in older adults. Annu Rev Nurs Res. 1992; 10: 25-53

---

     © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A5 Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| **54590** | McCrink, A. Evaluating the female pelvic floor. AWHONN Lifelines. 2003 Dec-2004 Jan; 7: 516-22 |
| **41115** | McDonough, C. M., Swift, G., Managan, B., Sheehan, J. D. Neuroleptic malignant syndrome: a diagnosis easily missed. Ir Med J. 2000 Jul-Aug; 93: 152-4 |
| **11367** | McDougall, E. M. Correction of stress urinary incontinence: retropubic approach. J Endourol. 1996 Jun; 10: 247-50 |
| **10415** | McDougall, E. M. Laparoscopic management of female urinary incontinence. Urol Clin North Am. 2001 Feb; 28: 145-9, x |
| **11580** | McDougall, E. M., Klutke, C. G., Cornell, T. Comparison of transvaginal versus laparoscopic bladder neck suspension for stress urinary incontinence. Urology. 1995 Apr; 45: 641-6 |
| **43825** | McDowell, B. J. Care of urinary incontinence in the home. Nurse Pract Forum. 1994 Sep; 5: 138-45 |
| **44507** | McDowell, B. J., Burgio, K. L., Dombrowski, M., Locher, J. L., Rodriguez, E. An interdisciplinary approach to the assessment and behavioral treatment of urinary incontinence in geriatric outpatients. J Am Geriatr Soc. 1992 Apr; 40: 370-4 |
| **11343** | McDowell, B. J., Engberg, S. J., Rodriguez, E., Engberg, R., Sereika, S. Characteristics of urinary incontinence in homebound older adults. J Am Geriatr Soc. 1996 Aug; 44: 963-8 |
| **41966** | McDowell, B. J., Engberg, S., Sereika, S., Donovan, N., Jubeck, M. E., Weber, E., Engberg, R. Effectiveness of behavioral therapy to treat incontinence in homebound older adults. J Am Geriat Soc. 1999 Mar; 47: 309-18 |
| **43784** | McDowell, B. J., Engberg, S., Weber, E., Brodak, I., Engberg, R. Successful treatment using behavioral interventions of urinary incontinence in homebound older adults. Geriatr Nurs. 1994 Nov-Dec; 15: 303-7 |
| **43922** | McDowell, B. J., Silverman, M., Martin, D., Musa, D., Keane, C. Identification and intervention for urinary incontinence by community physicians and geriatric assessment teams. J Am Geriatr Soc. 1994 May; 42: 501-5 |
| **4077** | McDowell, B.J., Burgio, K.L., and Candib, D. Behavioral and pharmacological treatment of persistent urinary incontinence in the elderly. J Am Acad Nurse Pract. 1990 Jan-Mar; 2: 17-23 |
| **3450** | McDowell, B.J., Burgio, K.L., Dombrowski, M., Locher, J.L., and Rodriguez, E. An interdisciplinary approach to the assessment and behavioral treatment of urinary incontinence in geriatric outpatients. J Am Geriatr Soc. 1992 Apr; 40: 370-374 |
| **41124** | McFall, S. L., Yerkes, A. M., Cowan, L. D. Outcomes of a small group educational intervention for urinary incontinence:  health-related quality of life. J Aging Health. 2000 Aug; 12: 301-17 |
| **41176** | McFall, S. L., Yerkes, A. M., Cowan, L. D. Outcomes of a small group educational intervention for urinary incontinence: episodes of incontinence and other urinary symptoms. J Aging Health. 2000 May; 12: 250-67 |
| **42845** | McFall, S., Yerkes, A. M., Bernard, M., LeRud, T. Evaluation and treatment of urinary incontinence. Report of a physician survey. Arch Fam Med. 1997 Mar-Apr; 6: 114-9 |
| **11676** | McFarlane, H. J. Anaesthesia and the new generation monoamine oxidase inhibitors. Anaesthesia. 1994 Jul; 49: 597-9 |
| **40914** | McGhan, W. F. Cost effectiveness and quality of life considerations in the treatment of patients with overactive bladder. Am J Manag Care. 2001 Mar; 7: S62-75 |
| **42650** | McGhee, M., O'Neill, K., Major, K., Twaddle, S. Evaluation of a nurse-led continence service in the south-west of Glasgow, Scotland. J Adv Nurs. 1997 Oct; 26: 723-8 |
| **3794** | McGrother, C. Handicaps associated with incontinence. Nurs Times. 1991 Mar 6-12; 87: 48 |
| **54180** | McGrother, C. W., Donaldson, M. M., Shaw, C., Matthews, R. J., Hayward, T. A., Dallosso, H. M., Jagger, C., Clarke, M., Castleden, C. M. Storage symptoms of the bladder: prevalence, incidence and need for services in the UK. BJU Int. 2004 Apr; 93: 763-9 |
| **42161** | McGrother, C., Resnick, M., Yalla, S. V., Kirschner-Hermanns, R., Broseta, E., Muller, C., Welz-Barth, A., Fischer, G. C., Mattelaer, J., McGuire, E. J. Epidemiology and etiology of urinary incontinence in the elderly. World J Urol. 1998; 16 Suppl 1: S3-9 |

# Appendix A5: Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

---

**3838**   McGrother, C.W., Jagger, C., Clarke, M., and Castleden, C.M. Handicaps associated with incontinence: implications for management. J Epidemiol Community Health. 1990 Sep; 44: 246-248

**11582**   McGuire, E. J. Diagnosis and treatment of intrinsic sphincter deficiency. Int J Urol. 1995 Apr; 2 Suppl 1: 7-10; discussion 16-8

**40007**   McGuire, E. J. Editorial: Sling procedures for incontinence. J Urol. 2002 Nov; 168: 2069

**12067**   McGuire, E. J. Identifying and managing stress incontinence in the elderly. Geriatrics. 1990 Jun; 45: 44-6, 51-2

**10149**   McGuire, E. J. Mixed symptomatology. BJU Int. 2000 May; 85 Suppl 3: 47-52; discussion 55-6

**11394**   McGuire, E. J. Stress incontinence: new alternatives. Int J Fertil Menopausal Stud. 1996 Mar-Apr; 41: 142-7

**43172**   McGuire, E. J. This month in Investigative Urology. Commentary on antibody production in response to collagen injection. J Urol. 1996 Jun; 155: 1830

**59249**   McGuire, E. J. Urinary incontinence: a diverse condition. J Urol. 2005 May; 173: 1453-4

**44643**   McGuire, E. J., Appell, R. A. Collagen injection for the dysfunctional urethra. Contemp Urol. 1991 Sep; 3: 11-9

**43951**   McGuire, E. J., Appell, R. A. Transurethral collagen injection for urinary incontinence. Urology. 1994 Apr; 43: 413-5

**11373**   McGuire, E. J., Cespedes, R. D. Proper diagnosis: a must before surgery for stress incontinence. J Endourol. 1996 Jun; 10: 201-5

**43191**   McGuire, E. J., Cespedes, R. D., Cross, C. A., O'Connell, H. E. Videourodynamic studies. Urol Clin North Am. 1996 May; 23: 309-21

**11385**   McGuire, E. J., Cespedes, R. D., O'Connell, H. E. Leak-point pressures. Urol Clin North Am. 1996 May; 23: 253-62

**11147**   McGuire, E. J., English, S. F. Periurethral collagen injection for male and female sphincteric incontinence: indications, techniques, and result. World J Urol. 1997; 15: 306-9

**11178**   McGuire, E. J., English, S. F. Ventral bladder hernia following vesica percutaneous bladder neck suspension for stress urinary incontinence. J Urol. 1997 Nov; 158: 1910

**11761**   McGuire, E. J., Fitzpatrick, C. C., Wan, J., Bloom, D., Sanvordenker, J., Ritchey, M., Gormley, E. A. Clinical assessment of urethral sphincter function. J Urol. 1993 Nov; 150: 1452-4

**44710**   McGuire, E. J., Gardy, M., Elkins, T., DeLancey, J. O. Treatment of incontinence with pelvic prolapse. Urol Clin North Am. 1991 May; 18: 349-53

**10167**   McGuire, E. J., Lytton, B. Pubovaginal sling procedure for stress incontinence. 1978. J Urol. 2002 Feb; 167: 1120-3; discussion 1124

**11536**   McGuire, E. J., O'Connell, H. E. Surgical treatment of intrinsic urethral dysfunction. Slings. Urol Clin North Am. 1995 Aug; 22: 657-64

**3740**   McGuire, E.J., Gardy, M., Elkins, T., and DeLancey, J.O. Treatment of incontinence with pelvic prolapse. Urol Clin North Am. 1991 May; 18: 349-353

**3020**   McGuire, E.J., Gormley, E.A. Urinary incontinence [editorial]. J ET Nurs. 1993 Jul-Aug; 20: 136-137

**11995**   McInerney, P. D., Vanner, T. F., Harris, S. A., Stephenson, T. P. Ambulatory urodynamics. Br J Urol. 1991 Mar; 67: 272-4

**4107**   McInerney, P.D., Robinson, L.Q., Weston, P.M., Cox, R., and Stephenson, T.P. Assessment of the poorly contractile or acontractile bladder in the older male in the absence of neuropathy. Br J Urol. 1990 Feb; 65: 161-163

**3731**   McInerney, P.D., Vanner, T.F., Harris, S.A., and Stephenson, T.P. Ambulatory urodynamics. Br J Urol. 1991 Mar; 67: 272-274

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

59162   McIntosh, L. The role of the nurse in the use of vaginal pessaries to treat pelvic organ prolapse and/or urinary incontinence: a literature review. Urol Nurs. 2005 Feb; 25: 41-8

11788   McIntosh, L. J., Frahm, J. D., Mallett, V. T., Richardson, D. A. Pelvic floor rehabilitation in the treatment of incontinence. J Reprod Med. 1993 Sep; 38: 662-6

42584   McIntosh, L. J., Mallett, V. T., Frahm, J. D., Richardson, D. A., Evans, M. I. Gynecologic disorders in women with Ehlers-Danlos syndrome. J Soc Gynecol Investig. 1995 May-Jun; 2: 559-64

11775   McIntosh, L. J., Mallett, V. T., Richardson, D. A. Complications from permanent suture in surgery for stress urinary incontinence. A report of two cases. J Reprod Med. 1993 Oct; 38: 823-5

43986   McIntosh, L. J., Richardson, D. A. 30-minute evaluation of incontinence in the older woman. Geriatrics. 1994 Feb; 49: 35-8, 43-4

43330   McIntosh, L. J., Stanitski, D. F., Mallett, V. T., Frahm, J. D., Richardson, D. A., Evans, M. I. Ehlers-Danlos syndrome: relationship between joint hypermobility, urinary incontinence, and pelvic floor prolapse. Gynecol Obstet Invest. 1996; 41: 135-9

3855   McKeever, M.P. An investigation of recognized incontinence within a health authority. J Adv Nurs. 1990 Oct; 15: 1197-1207

43053   McLaughlin, A., Sciuto, D. Catheter patrols: a unique way to reduce the use of convenience urinary catheters. Geriatr Nurs. 1996 Sep-Oct; 17: 240-3; quiz 243-4

43018   McLean, C. Continence. The wraps come off. Interview by Jenine Willis. Nurs Times. 1996 Oct 9-15; 92: 72-5

40590   McLellan, A., Cardozo, L. Urodynamic techniques. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 266-70

56120   McLennan, M. T. The role of electrodiagnostic techniques in the reprogramming of patients with a delayed suboptimal response to sacral nerve stimulation. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 98-103

11027   McLennan, M. T., Bent, A. E. Fascia lata suburethral sling vs. Burch retropubic urethropexy. A comparison of morbidity. J Reprod Med. 1998 Jun; 43: 488-94

11114   McLennan, M. T., Bent, A. E. Sling incision with associated vaginal wall interposition for obstructed voiding secondary to suburethral sling procedure. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 168-72

42164   McLennan, M. T., Bent, A. E. Suburethral abscess: a complication of periurethral collagen injection therapy. Obstet Gynecol. 1998 Oct; 92: 650-2

10953   McLennan, M. T., Melick, C. F., Bent, A. E. Clinical and urodynamic predictors of delayed voiding after fascia lata suburethral sling. Obstet Gynecol. 1998 Oct; 92: 608-12

10299   McLennan, M. T., Melick, C. F., Bent, A. E. Leak-point pressure: clinical application of values at two different volumes. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 136-41

40480   McLennan, M. T., Melick, C., Bent, A. E. Urethral instability: clinical and urodynamic characteristics. Neurourol Urodyn. 2001; 20: 653-60

44567   McLoughlin, M. A., Walshaw, R., Thomas, M. W., Dunstan, R. W. Gastric conduit urinary diversion in normal dogs. Part I, Upper urinary tract structure, function, and sepsis. Vet Surg. 1992 Jan-Feb; 21: 25-32

43224   McMahon, D. R., Cain, M. P., Husmann, D. A., Kramer, S. A. Vesical neck reconstruction in patients with the exstrophy-epispadias complex. J Urol. 1996 Apr; 155: 1411-3

3818   McMullen, D. Candida albicans and incontinence. Dermatol Nurs. 1991 Feb; 3: 21-24

44454   McMurdo, M. E., Davey, P. G., Elder, M. A., Miller, R. M., Old, D. C., Malek, M. A cost-effectiveness study of the management of intractable urinary incontinence by urinary catheterisation or incontinence pads. J Epidemiol Community Health. 1992 Jun; 46: 222-6

3296   McMurdo, M.E., Davey, P.G., Elder, M.A., Miller, R.M., Old, D.C., and Malek, M. A cost-effectiveness study of the management of intractable urinary incontinence by urinary catheterisation or incontinence pads. J Epidemiol Community Health. 1992 Jun; 46: 222-226

Case 2:12-md-02327 Document 504-4 Filed 05/14/13 Page 288 of 800 PageID #: 146363

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

| | |
|---|---|
| 40460 | McNagny, S. E., Wenger, N. K. Postmenopausal hormone-replacement therapy. N Engl J Med. 2002 Jan 3; 346: 63-5 |
| 3281 | McNees, M.P., Schnelle, J.F. Computer-aided management of urinary incontinence in nursing homes. West J Nurs Res. 1992 Aug; 14: 516-519 |
| 59183 | McVeigh, C. Perimenopause: more than hot flushes and night sweats for some Australian women. J Obstet Gynecol Neonatal Nurs. 2005 Jan-Feb; 34: 21-7 |
| 40257 | Meade-D'Alisera, P., Merriweather, T., Wentland, M. Impact of commercial marketing on patient demand. Urol Nurs. 2001 Dec; 21: 406-7, 410 |
| 10132 | Meade-D'Alisera, P., Merriweather, T., Wentland, M., Fatal, M., Ghafar, M. Depressive symptoms in women with urinary incontinence: a prospective study. Urol Nurs. 2001 Dec; 21: 397-9 |
| 3942 | Meadow, S.R. Day wetting. Pediatr Nephrol. 1990 Mar; 4: 178-184 |
| 3959 | Meaglia, J.P., Joseph, A.C., Chang, M., and Schmidt, J.D. Post-prostatectomy urinary incontinence: response to behavioral training. J Urol. 1990 Sep; 144: 674-676 |
| 42323 | Medel, R., Ruarte, A. C., Castera, R., Podesta, M. L. Primary enuresis: a urodynamic evaluation. Br J Urol. 1998 May; 81 Suppl 3: 50-2 |
| 40029 | Medel, R., Ruarte, A. C., Herrera, M., Castera, R., Podesta, M. L. Urinary continence outcome after augmentation ileocystoplasty as a single surgical procedure in patients with myelodysplasia. J Urol. 2002 Oct; 168: 1849-52 |
| 3398 | Meehan, J. Guideline issued for urinary incontinence. Am Nurse. 1992 May; 24: 2 |
| 41132 | Meeks, G. R. Advanced laparoscopic gynecologic surgery. Surg Clin North Am. 2000 Oct; 80: 1443-64 |
| 56960 | Mehta, K. M., Simonsick, E. M., Penninx, B. W., Schulz, R., Rubin, S. M., Satterfield, S., Yaffe, K. Prevalence and correlates of anxiety symptoms in well-functioning older adults: findings from the health aging and body composition study. J Am Geriatr Soc. 2003 Apr; 51: 499-504 |
| 11006 | Meier, D. E., Foster, M. E., Guzzetta, P. C., Coln, D. Antegrade continent enema management of chronic fecal incontinence in children. J Pediatr Surg. 1998 Jul; 33: 1149-51; discussion 1151-2 |
| 54610 | Meier, U., Kiefer, M., Sprung, C. Evaluation of the Miethke dual- switch valve in patients with normal pressure hydrocephalus. Surg Neurol. 2004 Feb; 61: 119-27; discussion 127-8 |
| 41637 | Meier, U., Zeilinger, F. S., Kintzel, D. Signs, symptoms and course of normal pressure hydrocephalus in comparison with cerebral atrophy. Acta Neurochir (Wien). 1999; 141: 1039-48 |
| 55720 | Meijer, R., Ihnenfeldt, D. S., van Limbeek, J., Vermeulen, M., de Haan, R. J. Prognostic factors in the subacute phase after stroke for the future residence after six months to one year. A systematic review of the literature. Clin Rehabil. 2003 Aug; 17: 512-20 |
| 42155 | Melchior, H., Kumar, V., Muller, N., van Maanen, H., Norton, C. National public health policies for prevention and care in urinary incontinence in the elderly. World J Urol. 1998; 16 Suppl 1: S71-3 |
| 10409 | Meltomaa, S. S., Haarala, M. A., Taalikka, M. O., Kiilholma, P. J., Alanen, A., Makinen, J. I. Outcome of Burch retropubic urethropexy and the effect of concomitant abdominal hysterectomy: a prospective long-term follow-up study. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 3-8 |
| 59088 | Meltomaa, S., Backman, T., Haarala, M. Concomitant vaginal surgery did not affect outcome of the tension-free vaginal tape operation during a prospective 3-year followup study. J Urol. 2004 Jul; 172: 222-6 |
| 11081 | Meltomaa, S., Haarala, M., Makinen, J., Kiilholma, P. Endoscopic colposuspension with simplified extraperitoneal approach. Tech Urol. 1997 Winter; 3: 216-21 |
| 40418 | Melton, L. Targeted treatment for incontinence beckons. Lancet. 2002 Jan 26; 359: 326 |
| 43740 | Meltzer, H., James, H. E., Trauner, D., Katz, R. Syringomyelia of the distal spinal cord in children. Pediatr Neurosurg. 1995; 22: 248-50 |

**American Urological Association, Inc.**

SUI Guidelines Panel

**59264**   Melville, J. L., Katon, W., Delaney, K., Newton, K. Urinary incontinence in US women: a population-based study. Arch Intern Med. 2005 Mar 14; 165: 537-42

**56050**   Melville, J. L., Miller, E. A., Fialkow, M. F., Lentz, G. M., Miller, J. L., Fenner, D. E. Relationship between patient report and physician assessment of urinary incontinence severity. Am J Obstet Gynecol. 2003 Jul; 189: 76-80

**10069**   Melville, J. L., Walker, E., Katon, W., Lentz, G., Miller, J., Fenner, D. Prevalence of comorbid psychiatric illness and its impact on symptom perception, quality of life, and functional status in women with urinary incontinence. Am J Obstet Gynecol. 2002 Jul; 187: 80-7

**11061**   Menefee, S. A., Chesson, R., Wall, L. L. Stress urinary incontinence due to prescription medications: alpha-blockers and angiotensin converting enzyme inhibitors. Obstet Gynecol. 1998 May; 91: 853-4

**3544**   Mercer, L.J., Ludtke, L.J. Adenoma malignum presenting as urinary incontinence. Int J Gynaecol Obstet. 1991 Oct; 36: 149-153

**44765**   Merguerian, P. A., McLorie, G. A., McMullin, N. D., Khoury, A. E., Husmann, D. A., Churchill, B. M. Continence in bladder exstrophy: determinants of success. J Urol. 1991 Feb; 145: 350-2

**3837**   Merguerian, P.A., McLorie, G.A., McMullin, N.D., Khoury, A.E., Husmann, D.A., and Churchill, B.M. Continence in bladder exstrophy: determinants of success. J Urol. 1991 Feb; 145: 350-352

**3183**   Merimsky, O., Reider-Groswasser, I., Wigler, N., and Chaitchik, S. Encephalopathy in ifosfamide-treated patients. Acta Neurol Scand. 1992 Nov; 86: 521-525

**44372**   Merimsky, O., Reider-Groswasser, I., Wigler, N., Chaitchik, S. Encephalopathy in ifosfamide-treated patients. Acta Neurol Scand. 1992 Nov; 86: 521-5

**40401**   Merkelj, I. Basic assessment of urinary incontinence. South Med J. 2002 Feb; 95: 178-82

**40524**   Merkelj, I. Urinary incontinence in the elderly. South Med J. 2001 Oct; 94: 952-7

**10188**   Merlin, T., Arnold, E., Petros, P., MacTaggart, P., Tulloch, A., Faulkner, K., Maddern, G. A systematic review of tension-free urethropexy for stress urinary incontinence: intravaginal slingplasty and the tension-free vaginal tape procedures. BJU Int. 2001 Dec; 88: 871-80

**10789**   Meschia, M., Bruschi, F., Amicarelli, F., Pifarotti, P., Marchini, M., Crosignani, P. G. The sacrospinous vaginal vault suspension: Critical analysis of outcomes. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 155-9

**40020**   Meschia, M., Buonaguidi, A., Pifarotti, P., Somigliana, E., Spennacchio, M., Amicarelli, F. Prevalence of anal incontinence in women with symptoms of urinary incontinence and genital prolapse. Obstet Gynecol. 2002 Oct; 100: 719-23

**10033**   Meschia, M., Busacca, M., Pifarotti, P., De Marinis, S. Bowel perforation during insertion of tension-free vaginal tape (TVT). Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 263-5; discussion 265

**10326**   Meschia, M., Pifarotti, P., Bernasconi, F., Guercio, E., Maffiolini, M., Magatti, F., Spreafico, L. Tension-Free vaginal tape: analysis of outcomes and complications in 404 stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S24-27

**50090**   Meschia, M., Pifarotti, P., Spennacchio, M., Buonaguidi, A., Gattei, U., Somigliana, E. A randomized comparison of tension-free vaginal tape and endopelvic fascia plication in women with genital prolapse and occult stress urinary incontinence. Am J Obstet Gynecol. 2004 Mar; 190: 609-13

**42583**   Messelink, E. J., Dobbe, I., Kools, C., Dabhoiwala, N. F., Dijkhuizen, T., Schneider, P., Lettinga, K. P., Kurth, K. Technical features of the system used to perform multichannel urethral pressure profilometry. Tech Urol. 1997 Fall; 3: 158-63

**42520**   Messick, G. M., Powe, C. E. Applying behavioral research to incontinence. Ostomy Wound Manage. 1997 Nov-Dec; 43: 40-6, 48

**40576**   Messinger-Rapport, B. J., Thacker, H. L. Prevention for the older woman. A practical guide to hormone replacement therapy and urogynecologic health. Geriatrics. 2001 Sep; 56: 32-4, 37-8, 40-2

**3944**   Metcalfe, S. The working week. Nurs Elder. 1990 Jul-Aug; 2: 14-15

10427    Metin, A., Kayigil, Ahmed, S. I. The rate of urgency symptoms in women with stress urinary incontinence and nomogram based bladder outlet obstruction. Int Urol Nephrol. 2000; 32: 251-3

10136    Metin, A., Kayigil, O., Ahmed, S. I. Modified insitu vaginal wall sling in stress incontinence. Int Urol Nephrol. 2001; 32: 641-5

40562    Metitieri, T., Zanetti, O., Geroldi, C., Frisoni, G. B., De Leo, D., Dello Buono, M., Bianchetti, A., Trabucchi, M. Reality orientation therapy to delay outcomes of progression in patients with dementia. A retrospective study. Clin Rehabil. 2001 Oct; 15: 471-8

43211    Mevorach, R. A., Bogaert, G. A., Baskin, L. S., Lazzaretti, C. C., Edwards, M. S., Kogan, B. A. Lower urinary tract function in ambulatory children with spina bifida. Br J Urol. 1996 Apr; 77: 593-6

53620    Meyer, S., Achtari, C., Hohlfeld, P., De Grandi, P., Buchser, E. Effects of epidural analgesia on pelvic floor function after spontaneous delivery: a longitudinal retrospective study. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 359-64; discussion 364-5

10898    Meyer, S., Bachelard, O., De Grandi, P. Do bladder neck mobility and urethral sphincter function differ during pregnancy compared with during the non-pregnant state?. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 397-404

11269    Meyer, S., de Grandi, P., Caccia, G., Gerber, S. Pressure transmission ratio: is it a reliable parameter in increased urethro-vesical junction mobility?. Neurourol Urodyn. 1997; 16: 277-84

11851    Meyer, S., de Grandi, P., Kuntzer, T., Hurlimann, P., Schmidt, N. Birth trauma: its effect on the urine continence mechanisms. Gynakol Geburtshilfliche Rundsch. 1993; 33: 236-42

11436    Meyer, S., De Grandi, P., Schreyer, A., Caccia, G. The assessment of bladder neck position and mobility in continent nullipara, mulitpara, forceps-delivered and incontinent women using perineal ultrasound: a future office procedure?. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 138-46

3625    Meyer, S., DeGrandi, P., and Schmidt, N. Effect of occluding the urethra while recording urethral stress profile. Urology. 1991 Aug; 38: 157-160

11966    Meyer, S., DeGrandi, P., Schmidt, N. Effect of occluding the urethra while recording urethral stress profile. Urology. 1991 Aug; 38: 157-60

3308    Meyer, S., Dhenin, T., Schmidt, N., and De-Grandi, P. Subjective and objective effects of intravaginal electrical myostimulation and biofeedback in patients with genuine stress urinary incontinence. Br J Urol. 1992 Jun; 69: 584-588

11891    Meyer, S., Dhenin, T., Schmidt, N., De Grandi, P. Subjective and objective effects of intravaginal electrical myostimulation and biofeedback in patients with genuine stress urinary incontinence. Br J Urol. 1992 Jun; 69: 584-8

10383    Meyer, S., Hohlfeld, P., Achtari, C., De Grandi, P. Pelvic floor education after vaginal delivery. Obstet Gynecol. 2001 May; 97: 673-7

10491    Meyer, S., Hohlfeld, P., Achtari, C., Russolo, A., De Grandi, P. Birth trauma: short and long term effects of forceps delivery compared with spontaneous delivery on various pelvic floor parameters. BJOG. 2000 Nov; 107: 1360-5

10954    Meyer, S., Kuntzer, T., De Grandi, P., Bachelard, O., Schreyer, A. Stimulated pressure profile at rest: a noninvasive method for assessing urethral sphincter function. Urology. 1998 Oct; 52: 679-84

11459    Meyer, S., Kuntzer, T., Newsom, N., de Grandi, P. Stress urinary incontinence due to a low-pressure urethra: a socially invalidizing disease. Neurourol Urodyn. 1996; 15: 177-86

10952    Meyer, S., Schreyer, A., De Grandi, P., Hohlfeld, P. The effects of birth on urinary continence mechanisms and other pelvic- floor characteristics. Obstet Gynecol. 1998 Oct; 92: 613-8

55250    Meyrat, B. J., Tercier, S., Lutz, N., Rilliet, B., Forcada-Guex, M., Vernet, O. Introduction of a urodynamic score to detect pre- and postoperative neurological deficits in children with a primary tethered cord. Childs Nerv Syst. 2003 Nov; 19: 716-21

September  2009    © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.    Page 194

44126    Meyrat, B. J., Vernet, O., Berger, D., de Tribolet, N. Pre- and postoperative urodynamic and anorectal manometric findings in children operated upon for a primary tethered cord. Eur J Pediatr Surg. 1993 Oct; 3: 309-12

3375    Mezey, M., Lavizzo-Mourey, R.J., Brunswick, J., and Taylor, L.A. Consensus among geriatric experts on the components of a complete nursing-home admission assessment. Nurse Pract. 1992 Jun; 17: 50,53-6,61

10987    Miannay, E., Cosson, M., Lanvin, D., Querleu, D., Crepin, G. Comparison of open retropubic and laparoscopic colposuspension for treatment of stress urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1998 Aug; 79: 159-66

59072    Michel, M. C., de la Rosette, J. J., Piro, M., Goepel, M. Does concomitant stress incontinence alter the efficacy of tolterodine in patients with overactive bladder?. J Urol. 2004 Aug; 172: 601-4

59120    Michel, M. C., Peters, S. L. Role of serotonin and noradrenaline in stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 23-30

40082    Michel, M. C., Schneider, T., Krege, S., Goepel, M. Does gender or age affect the efficacy and safety of tolterodine?. J Urol. 2002 Sep; 168: 1027-31

12068    Michiels, E., Knockaert, D. C., Vanneste, S. B. Infectious osteitis pubis. Neth J Med. 1990 Jun; 36: 297-300

42069    Michielsen, D. P., Wyndaele, J. J., Batchvarov, Y. A. Vesico-uterine fistula secondary to cesarean section. Acta Urol Belg. 1998 Oct; 66: 21-3

43204    Midgard, R., Riise, T., Nyland, H. Impairment, disability, and handicap in multiple sclerosis. A cross- sectional study in an incident cohort in More and Romsdal County, Norway. J Neurol. 1996 Apr; 243: 337-44

55230    Midthun, S. J., Paur, R. A., Lindseth, G., Von Duvillard, S. P. Bacteriuria detection with a urine dipstick applied to incontinence pads of nursing home residents. Geriatr Nurs. 2003 Jul-Aug; 24: 206-9

54710    Midthun, S., Paur, R., Bruce, A. W. Pyuria detection using a dipstick applied to urine in incontinence pads. Urol Nurs. 2003 Dec; 23: 430-5, 437

10595    Migliari, R., De Angelis, M., Madeddu, G., Verdacchi, T. Tension-free vaginal mesh repair for anterior vaginal wall prolapse. Eur Urol. 2000 Aug; 38: 151-5

10866    Migliari, R., Usai, E. Treatment results using a mixed fiber mesh in patients with grade IV cystocele. J Urol. 1999 Apr; 161: 1255-8

43984    Mikami, O., Osawa, O., Matsuda, T., Komatz, Y., Takada, H., Yoshioka, K. The augmented rectal bladder for urinary diversion: experience with the original valved rectum and a valve-less modification. Int J Urol. 1994 Mar; 1: 57-60; discussion 61

43488    Mikhail, M. S., Anyaegbunam, A. Lower urinary tract dysfunction in pregnancy: a review. Obstet Gynecol Surv. 1995 Sep; 50: 675-83

59229    Mikhail, M. S., Rosa, H., Palan, P., Anderson, P. Comparison of preoperative and postoperative pressure transmission ratio and urethral pressure profilometry in patients with successful outcome following the vaginal wall patch sling technique. Neurourol Urodyn. 2005; 24: 31-4

11612    Mikkelsen, A. L., Felding, C., Clausen, H. V. Clinical effects of preoperative oestradiol treatment before vaginal repair operation. A double-blind, randomized trial. Gynecol Obstet Invest. 1995; 40: 125-8

10498    Miklos, J. R., Kohli, N. Laparoscopic paravaginal repair plus burch colposuspension: review and descriptive technique. Urology. 2000 Dec 4; 56: 64-9

40719    Miklos, J. R., Kohli, N., Moore, R. D. Laparoscopic management of urinary incontinence, ureteric and bladder injuries. Curr Opin Obstet Gynecol. 2001 Aug; 13: 411-7

11280    Miklos, J. R., Saye, W. B. A randomized comparison of Burch colposuspension and abdominal paravaginal defect repair. Am J Obstet Gynecol. 1997 Jan; 176: 255-6

11522    Miklos, J. R., Sze, E. H., Karram, M. M. A critical appraisal of the methods of measuring leak-point pressures in women with stress incontinence. Obstet Gynecol. 1995 Sep; 86: 349-52

**Appendix A5 Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

SUI Guidelines Panel

59190   Milani, R., Salvatore, S., Soligo, M., Pifarotti, P., Meschia, M., Cortese, M. Functional and anatomical outcome of anterior and posterior vaginal prolapse repair with prolene mesh. BJOG. 2005 Jan; 112: 107-11

3637   Miles, B. Continence. Nurse, heal thyself. Nurs Times. 1991 Aug 7-13; 87: 66

40955   Miles, T. P., Palmer, R. F., Espino, D. V., Mouton, C. P., Lichtenstein, M. J., Markides, K. S. New-onset incontinence and markers of frailty: data from the Hispanic Established Populations for Epidemiologic Studies of the Elderly. J Gerontol A Biol Sci Med Sci. 2001 Jan; 56: M19-24

50340   Millard, R. J., Moore, K., Rencken, R., Yalcin, I., Bump, R. C. Duloxetine vs placebo in the treatment of stress urinary incontinence: a four-continent randomized clinical trial. BJU Int. 2004 Feb; 93: 311-8

42972   Millard, R. J., Wang, Y. Early clinical experience with continent urinary diversion. Aust N Z J Surg. 1996 Dec; 66: 826-9

41913   Millard, R., Tuttle, J., Moore, K., Susset, J., Clarke, B., Dwyer, P., Davis, B. E. Clinical efficacy and safety of tolterodine compared to placebo in detrusor overactivity. J Urol. 1999 May; 161: 1551-5

52430   Miller, E. A., Amundsen, C. L., Toh, K. L., Flynn, B. J., Webster, G. D. Preoperative urodynamic evaluation may predict voiding dysfunction in women undergoing pubovaginal sling. J Urol. 2003 Jun; 169: 2234-7

4130   Miller, J. Assessing urinary incontinence. J Gerontol Nurs. 1990 Mar; 16: 15-19

40328   Miller, J. A. Urinary incontinence: a classification system and treatment protocols for the primary care provider. J Am Acad Nurse Pract. 2000 Sep; 12: 374-9

11362   Miller, J. L., Bavendam, T. Treatment with the Reliance urinary control insert: one-year experience. J Endourol. 1996 Jun; 10: 287-92

53680   Miller, J. M. Criteria for therapeutic use of pelvic floor muscle training in women. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 301-11

10854   Miller, J. M., Ashton-Miller, J. A., Carchidi, L. T., DeLancey, J. O. On the lack of correlation between self-report and urine loss measured with standing provocation test in older stress-incontinent women. J Womens Health. 1999 Mar; 8: 157-62

11014   Miller, J. M., Ashton-Miller, J. A., DeLancey, J. O. A pelvic muscle precontraction can reduce cough-related urine loss in selected women with mild SUI. J Am Geriatr Soc. 1998 Jul; 46: 870-4

11060   Miller, J. M., Ashton-Miller, J. A., Delancey, J. O. Quantification of cough-related urine loss using the paper towel test. Obstet Gynecol. 1998 May; 91: 705-9

10450   Miller, J. M., Perucchini, D., Carchidi, L. T., DeLancey, J. O., Ashton-Miller, J. Pelvic floor muscle contraction during a cough and decreased vesical neck mobility. Obstet Gynecol. 2001 Feb; 97: 255-60

43839   Miller, J., Kasper, C., Sampselle, C. Review of muscle physiology with application to pelvic muscle exercise. Urol Nurs. 1994 Sep; 14: 92-7

42984   Miller, K. L. Hormone replacement therapy in the elderly. Clin Obstet Gynecol. 1996 Dec; 39: 912-32

40453   Miller, K. L., DuBeau, C. E., Bergmann, M., Griffiths, D. J., Resnick, N. M. Quest for a detrusor overactivity index. J Urol. 2002 Feb; 167: 578-84; discussion 584-5

10919   Miller, K., Richardson, D. A., Siegel, S. W., Karram, M. M., Blackwood, N. B., Sand, P. K. Pelvic floor electrical stimulation for genuine stress incontinence: who will benefit and when?. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 265-70

44602   Miller, K., Wenderoth, U. K., de Petriconi, R., Kleinschmidt, K., Hautmann, R. The ileal neobladder. Operative technique and results. Urol Clin North Am. 1991 Nov; 18: 623-30

3548   Miller, K., Wenderoth, U.K., de-Petriconi, R., Kleinschmidt, K., and Hautmann, R. The ileal neobladder. Operative technique and results. Urol Clin North Am. 1991 Nov; 18: 623-630

51660   Miller, Y. D., Brown, W. J., Russell, A., Chiarelli, P. Urinary incontinence across the lifespan. Neurourol Urodyn. 2003; 22: 550-7

56570   Miller, Y. D., Brown, W. J., Smith, N., Chiarelli, P. Managing urinary incontinence across the lifespan. Int J Behav Med. 2003; 10: 143-61

41543   Mills, I. W., Greenland, J. E., McMurray, G., McCoy, R., Ho, K. M., Noble, J. G., Brading, A. F. Studies of the pathophysiology of idiopathic detrusor instability: the physiological properties of the detrusor smooth muscle and its pattern of innervation. J Urol. 2000 Feb; 163: 646-51

11464   Mills, R., Persad, R., Handley Ashken, M. Long-term follow-up results with the Stamey operation for stress incontinence of urine. Br J Urol. 1996 Jan; 77: 86-8

40098   Milne, J. The impact of information on health behaviors of older adults with urinary incontinence. Clin Nurs Res. 2000 May; 9: 161-76

11339   Milsom, I. Rational prescribing for postmenopausal urogenital complaints. Drugs Aging. 1996 Aug; 9: 78-86

41040   Milsom, I. The prevalence of urinary incontinence. Acta Obstet Gynecol Scand. 2000 Dec; 79: 1056-9

40770   Milsom, I., Abrams, P., Cardozo, L., Roberts, R. G., Thuroff, J., Wein, A. J. How widespread are the symptoms of an overactive bladder and how are they managed? A population-based prevalence study. BJU Int. 2001 Jun; 87: 760-6

 3077   Milsom, I., Ekelund, P., Molander, U., Arvidsson, L., and Areskoug, B. The influence of age, parity, oral contraception, hysterectomy and menopause on the prevalence of urinary incontinence in women. J Urol. 1993 Jun; 149: 1459-1462

44217   Milsom, I., Ekelund, P., Molander, U., Arvidsson, L., Areskoug, B. The influence of age, parity, oral contraception, hysterectomy and menopause on the prevalence of urinary incontinence in women. J Urol. 1993 Jun; 149: 1459-62

40964   Milsom, I., Stewart, W., Thuroff, J. The prevalence of overactive bladder. Am J Manag Care. 2000 Jul; 6: S565-73

41482   Min, J. K., Byun, J. Y., Lee, S. H., Hong, Y. S., Park, S. H., Cho, C. S., Kim, H. Y. Urinary bladder involvement in patients with systemic lupus erythematosus: with review of the literature. Korean J Intern Med. 2000 Jan; 15: 42-50

59109   Minassian, V. A., Al-Badr, A., Drutz, H. P., Lovatsis, D. Tension-free vaginal tape, Burch, and slings: are there predictors for early postoperative voiding dysfunct?. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 183-7

59222   Minassian, V. A., Al-Badr, A., Pascali, D. U., Lovatsis, D., Drutz, H. P. Tension-free vaginal tape: do patients who fail to follow-up have the same results as those who do?. Neurourol Urodyn. 2005; 24: 35-8

51480   Minassian, V. A., Drutz, H. P., Al-Badr, A. Urinary incontinence as a worldwide problem. Int J Gynaecol Obstet. 2003 Sep; 82: 327-38

52150   Minervini, A., Salinitri, G., Minervini, R. Retroperitoneal urinoma complicating Burch colposuspension. Int J Gynaecol Obstet. 2003 Jul; 82: 85-6

57810   Mingin, G. C., Nguyen, H. T., Mathias, R. S., Shepherd, J. A., Glidden, D., Baskin, L. S. Growth and metabolic consequences of bladder augmentation in children with myelomeningocele and bladder exstrophy. Pediatrics. 2002 Dec; 110: 1193-8

10018   Mingin, G. C., Youngren, K., Stock, J. A., Hanna, M. K. The rectus myofascial wrap in the management of urethral sphincter incompetence. BJU Int. 2002 Oct; 90: 550-3

43219   Misra, D., Chana, J., Drake, D. P., Kiely, E. M., Spitz, L. Operative trauma to the genitourinary tract in the treatment of anorectal malformations: 15 years' experience. Urology. 1996 Apr; 47: 559-62

43327   Misra, U. K., Kalita, J., Srivastava, M., Mandal, S. K. A study of prognostic predictors of supratentorial haematomas. J Neurol. 1996 Jan; 243: 96-100

41447   Miszko, T. A., Cress, M. E. A lifetime of fitness. Exercise in the perimenopausal and postmenopausal woman. Clin Sports Med. 2000 Apr; 19: 215-32

44886   Mitchell, M. E., Brito, C. G., Rink, R. C. Cloacal exstrophy reconstruction for urinary continence. J Urol. 1990 Aug; 144: 554-8; discussion 562-3

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

3984     Mitchell, M.E., Brito, C.G., and Rink, R.C. Cloacal exstrophy reconstruction for urinary continence. J Urol. 1990 Aug; 144: 554-8;discussion562-3

51130     Mitra, S., Hodgkins, J. A case report of migration of buffers to the cecum following Stamey operation. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 216-7

41170     Mitsui, T., Minami, K., Furuno, T., Morita, H., Koyanagi, T. Is suprapubic cystostomy an optimal urinary management in high quadriplegics?. A comparative study of suprapubic cystostomy and clean intermittent catheterization. Eur Urol. 2000 Oct; 38: 434-8

43573     Mitteness, L. S., Barker, J. C. Stigmatizing a 'normal' condition: urinary incontinence in late life. Med Anthropol Q. 1995 Jun; 9: 188-210

4135     Mitteness, L.S. Knowledge and beliefs about urinary incontinence in adulthood and old age. J Am Geriatr Soc. 1990 Mar; 38: 374-378

3250     Mitteness, L.S. Social aspects of urinary incontinence in the elderly. Aorn J. 1992 Oct; 56: 731-737

41800     Miura, T., Tanaka, H., Makino, Y., Okamoto, K., Iida, T., Komura, K., Fukawa, E., Hirano, F., Makino, I. Human T cell leukemia virus type I-associated myelopathy in a patient with systemic lupus erythematosus. Intern Med. 1999 Jun; 38: 512-5

43118     Miyazaki, E., Tsuda, T., Mochizuki, A., Sugisaki, K., Ando, M., Matsumoto, T., Sawabe, T., Kumamoto, T. Sarcoidosis presenting as bilateral hydronephrosis. Intern Med. 1996 Jul; 35: 579-82

11139     Miyazaki, F. S. The Bonney test: a reassessment. Am J Obstet Gynecol. 1997 Dec; 177: 1322-8; discussion 1328-9

11879     Miyazaki, F., Shook, G. Ilioinguinal nerve entrapment during needle suspension for stress incontinence. Obstet Gynecol. 1992 Aug; 80: 246-8

44035     Mizunaga, M., Miyata, M., Kaneko, S., Yachiku, S., Chiba, K. Intravesical instillation of oxybutynin hydrochloride therapy for patients with a neuropathic bladder. Paraplegia. 1994 Jan; 32: 25-9

3465     Mizuo, T., Tanizawa, A., Yamada, T., Ando, M., and Oshima, H. Sling operation for male stress incontinence by utilizing modified Stamey technique. Urology. 1992 Mar; 39: 211-214

56630     Moalli, P. A., Jones Ivy, S., Meyn, L. A., Zyczynski, H. M. Risk factors associated with pelvic floor disorders in women undergoing surgical repair. Obstet Gynecol. 2003 May; 101: 869-74

3757     Mochizuki, H., Saito, H. Mesial frontal lobe syndromes: correlations between neurological deficits and radiological localizations. Tohoku J Exp Med. 1990 Aug; 161 Suppl: 231-239

10557     Modiri, A. R., Fredrickson, M. G., Gillberg, P. G., Alberts, P. Selectivity of oxymetazoline for urethral pressure vs blood pressure in the anaesthetized female rabbit. Scand J Urol Nephrol. 2000 Jun; 34: 151-6

53020     Moehrer, B., Carey, M., Wilson, D. Laparoscopic colposuspension: a systematic review. BJOG. 2003 Mar; 110: 230-5

10179     Moehrer, B., Ellis, G., Carey, M., Wilson, P. D. Laparoscopic colposuspension for urinary incontinence in women. Cochrane Database Syst Rev. 2002; : CD002239

52290     Moehrer, B., Hextall, A., Jackson, S. Oestrogens for urinary incontinence in women. Cochrane Database Syst Rev. 2003; : CD001405

3932     Mogielnicki, R.P., Nelson, W.A., and Dulac, J. A study of the dying process in elderly hospitalized males. J Cancer Educ. 1990; 5: 135-145

11841     Molander, U. Urinary incontinence and related urogenital symptoms in elderly women. Acta Obstet Gynecol Scand Suppl. 1993; 158: 1-22

41481     Molander, U., Arvidsson, L., Milsom, I., Sandberg, T. A longitudinal cohort study of elderly women with urinary tract infections. Maturitas. 2000 Feb 15; 34: 127-31

4063     Molander, U., Milsom, I., Ekelund, P., and Mellstrom, D. An epidemiological study of urinary incontinence and related urogenital symptoms in elderly women. Maturitas. 1990 Apr; 12: 51-60

# American Urological Association, Inc.
## SUI Guidelines Panel

**3611**  Molander, U., Milsom, I., Ekelund, P., Arvidsson, L., and Eriksson, O. A health care program for the investigation and treatment of elderly women with urinary incontinence and related urogenital symptoms. Acta Obstet Gynecol Scand. 1991; 70: 137-142

**12011**  Molander, U., Milsom, I., Ekelund, P., Arvidsson, L., Eriksson, O. A health care program for the investigation and treatment of elderly women with urinary incontinence and related urogenital symptoms. Acta Obstet Gynecol Scand. 1991; 70: 137-42

**12076**  Molander, U., Milsom, I., Ekelund, P., Mellstrom, D. An epidemiological study of urinary incontinence and related urogenital symptoms in elderly women. Maturitas. 1990 Apr; 12: 51-60

**11344**  Mold, J. W. Pharmacotherapy of urinary incontinence. Am Fam Physician. 1996 Aug; 54: 673-80, 683-5

**42858**  Mollard, P., Gauriau, L., Bonnet, J. P., Mure, P. Y. Continent cystostomy (Mitrofanoff's procedure) for neurogenic bladder in children and adolescent (56 cases: long-term results). Eur J Pediatr Surg. 1997 Feb; 7: 34-7

**43970**  Mollard, P., Mouriquand, P. D., Buttin, X. Urinary continence after reconstruction of classical bladder exstrophy (73 cases). Br J Urol. 1994 Mar; 73: 298-302

**4226**  Mollard, P., Mouriquand, P., and Joubert, P. Urethral lengthening for neurogenic urinary incontinence (Kropp's procedure): results of 16 cases. J Urol. 1990 Jan; 143: 95-97

**41359**  Moller, L. A., Lose, G., Jorgensen, T. Incidence and remission rates of lower urinary tract symptoms at one year in women aged 40-60: longitudinal study. BMJ. 2000 May 27; 320: 1429-32

**10650**  Moller, L. A., Lose, G., Jorgensen, T. The prevalence and bothersomeness of lower urinary tract symptoms in women 40-60 years of age. Acta Obstet Gynecol Scand. 2000 Apr; 79: 298-305

**40365**  Molloy, W. B. Target treatment of female urinary dysfunction. Lancet. 2002 Mar 2; 359: 800-1

**53140**  Molmenti, E. P., Pinto, P. A., Montgomery, R. A., Su, L. M., Kraus, E., Cooper, M., Sonnenday, C. J., Klein, A. S., Kavoussi, L. R., Ratner, L. E. Concomitant surgery with laparoscopic live donor nephrectomy. Am J Transplant. 2003 Feb; 3: 219-23

**11742**  Mommsen, S., Foldspang, A. Body mass index and adult female urinary incontinence. World J Urol. 1994; 12: 319-22

**11804**  Mommsen, S., Foldspang, A., Elving, L., Lam, G. W. Association between urinary incontinence in women and a previous history of surgery. Br J Urol. 1993 Jul; 72: 30-7

**43993**  Mondoux, L. C. Patients won't ask. RN. 1994 Feb; 57: 35-40

**44475**  Monfort, G., Guys, J. M., Coquet, M., Roth, K., Louis, C., Bocciardi, A. Surgical management of duplex ureteroceles. J Pediatr Surg. 1992 May; 27: 634-8

**43028**  Monga, A. Fascia--defects and repair. Curr Opin Obstet Gynecol. 1996 Oct; 8: 366-71

**11532**  Monga, A. K., Robinson, D., Stanton, S. L. Periurethral collagen injections for genuine stress incontinence: a 2-year follow-up. Br J Urol. 1995 Aug; 76: 156-60

**11243**  Monga, A. K., Stanton, S. L. Urodynamics: prediction, outcome and analysis of mechanism for cure of stress incontinence by periurethral collagen. Br J Obstet Gynaecol. 1997 Feb; 104: 158-62

**11653**  Monga, M., Ghoniem, G. M. Ilioinguinal nerve entrapment following needle bladder suspension procedures. Urology. 1994 Sep; 44: 447-50

**3507**  Montague, D.K. The artificial urinary sphincter (AS 800): experience in 166 consecutive patients. J Urol 1992 Feb; 147: 380-382

**11255**  Montella, J. M., Ewing, S., Cater, J. Visual assessment of urethrovesical junction mobility. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 13-7

**40314**  Montoya, A., Weiss, A. P., Price, B. H., Cassem, E. H., Dougherty, D. D., Nierenberg, A. A., Rauch, S. L., Cosgrove, G. R. Magnetic resonance imaging-guided stereotactic limbic leukotomy for treatment of intractable psychiatric disease. Neurosurgery. 2002 May; 50: 1043-9; discussion 1049-52

# American Urological Association, Inc.
## SUI Guidelines Panel

44249 Mooney, R. A., Newman, D. K., Smith, D. A., Grey, M. Establishing a continence service using AHCPR guidelines. Ostomy Wound Manage. 1993 Apr; 39: 28-30, 32

3065 Mooney, R.A., Newman, D.K., Smith, D.A., and Grey, M. Establishing a continence service using AHCPR guidelines. Ostomy Wound Manage. 1993 Apr; 39: 28-30,32

43232 Moore, A. A., Siu, A. L. Screening for common problems in ambulatory elderly: clinical confirmation of a screening instrument. Am J Med. 1996 Apr; 100: 438-43

42801 Moore, A. A., Siu, A., Partridge, J. M., Hays, R. D., Adams, J. A randomized trial of office-based screening for common problems in older persons. Am J Med. 1997 Apr; 102: 371-8

54250 Moore, C., Kogan, B. A., Parekh, A. Impact of urinary incontinence on self-concept in children with spina bifida. J Urol. 2004 Apr; 171: 1659-62

44102 Moore, K. Controlling urinary incontinence. Interview by Patricia Marck. AARN News Lett. 1993 Nov; 49: 26

10588 Moore, K. H. Conservative management for urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 251-89

40786 Moore, K. H. The costs of urinary incontinence. Med J Aust. 2001 May 7; 174: 436-7

10799 Moore, K. H., Foote, A., Burton, G., King, J. An open study of the bladder neck support prosthesis in genuine stress incontinence. Br J Obstet Gynaecol. 1999 Jan; 106: 42-9

11129 Moore, K. H., Foote, A., Siva, S., King, J., Burton, G. The use of the bladder neck support prosthesis in combined genuine stress incontinence and detrusor instability. Aust N Z J Obstet Gynaecol. 1997 Nov; 37: 440-5

44395 Moore, K. H., Gilpin, S. A., Dixon, J. S., Richmond, D. H., Sutherst, J. R. Increase in presumptive sensory nerves of the urinary bladder in idiopathic detrusor instability. Br J Urol. 1992 Oct; 70: 370-2

44846 Moore, K. H., Goldstein, M., Hay, D. The treatment of detrusor instability in postmenopausal women with oxybutynin chloride: a double blind placebo controlled study. Br J Obstet Gynaecol. 1990 Nov; 97: 1063-4

52130 Moore, K. H., O'Sullivan, R. J., Simons, A., Prashar, S., Anderson, P., Louey, M. Randomised controlled trial of nurse continence advisor therapy compared with standard urogynaecology regimen for conservative incontinence treatment: efficacy, costs and two year follow up. BJOG. 2003 Jul; 110: 649-57

44617 Moore, K. H., Richmond, D. H., Parys, B. T. Sex distribution of adult idiopathic detrusor instability in relation to childhood bedwetting. Br J Urol. 1991 Nov; 68: 479-82

10806 Moore, K. H., Simons, A., Dowell, C., Bryant, C., Prashar, S. Efficacy and user acceptability of the urethral occlusive device in women with urinary incontinence. J Urol. 1999 Aug; 162: 464-8

10642 Moore, K. H., Simons, A., Mukerjee, C., Lynch, W. The relative incidence of detrusor instability and bacterial cystitis detected on the urodynamic-test day. BJU Int. 2000 May; 85: 786-92

11631 Moore, K. N. Electrical stimulation for the treatment of urinary incontinence: do we know enough to accept it as part of our practice?. J Adv Nurs. 1994 Dec; 20: 1018-22

11596 Moore, K. N., Chetner, M. P., Metcalfe, J. B., Griffiths, D. J. Periurethral implantation of glutaraldehyde cross-linked collagen (Contigen) in women with type I or III stress incontinence: quantitative outcome measures. Br J Urol. 1995 Mar; 75: 359-63

43485 Moore, K. N., Gray, M., Rayome, R. Electric stimulation and urinary incontinence: research and alternatives. Urol Nurs. 1995 Sep; 15: 94-6

42830 Moore, K. N., Paul, P. A historical review of selected nursing and medical literature on urinary incontinence between 1850 and 1976. J Wound Ostomy Continence Nurs. 1997 Mar; 24: 106-22

56440 Moore, K. N., Saltmarche, B., Query, A. Urinary incontinence. Non-surgical management by family physicians. Can Fam Physician. 2003 May; 49: 602-10

3019 Moore, K., Griffiths, D., Latimer, G., and Merke, R. Twenty four-hour monitoring of incontinence and bladder function in a community hospital. J ET Nurs. 1993 Jul-Aug; 20: 163-168

# American Urological Association, Inc.

**SUI Guidelines Panel**

**11802** Moore, K., Griffiths, D., Latimer, G., Merke, R. Twenty four-hour monitoring of incontinence and bladder function in a community hospital. J ET Nurs. 1993 Jul-Aug; 20: 163-8

**3355** Moore, K., Metcalfe, J.B. Effectiveness of vaginal cones in treatment of urinary incontinence. Urol Nurs. 1992 Jun; 12: 69-72

**3225** Moore, K.H., Gilpin, S.A., Dixon, J.S., Richmond, D.H., and Sutherst, J.R. Increase in presumptive sensory nerves of the urinary bladder in idiopathic detrusor instability. Br J Urol. 1992 Oct; 70: 370-372

**3861** Moore, K.H., Goldstein, M., and Hay, D. The treatment of detrusor instability in postmenopausal women with oxybutynin chloride: a double blind placebo controlled study [letter; comment]. Br J Obstet Gynaecol. 1990 Nov; 97: 1063-1064

**3532** Moore, K.H., Richmond, D.H., and Parys, B.T. Sex distribution of adult idiopathic detrusor instability in relation to childhood bedwetting. Br J Urol. 1991 Nov; 68: 479-482

**52630** Moore, R. D., Miklos, J. R. Colpocleisis and tension-free vaginal tape sling for severe uterine and vaginal prolapse and stress urinary incontinence under local anesthesia. J Am Assoc Gynecol Laparosc. 2003 May; 10: 276-80

**10283** Moore, R. D., Speights, S. E., Miklos, J. R. Laparoscopic Burch colposuspension for recurrent stress urinary incontinence. J Am Assoc Gynecol Laparosc. 2001 Aug; 8: 389-92

**3114** Moore, T.F., Saltmarche, A. Developing and testing an instrument to assess the information needs of persons with urinary incontinence. Perspectives. 1993 Spring; 17: 2-6

**42812** Moores, D., Cohen, R., Hayden, L. Laparascopic excision of pelvic kidney with single vaginal ectopic ureter. J Pediatr Surg. 1997 Apr; 32: 634-5

**42748** Mor, Y., Quinn, F. M., Carr, B., Mouriquand, P. D., Duffy, P. G., Ransley, P. G. Combined Mitrofanoff and antegrade continence enema procedures for urinary and fecal incontinence. J Urol. 1997 Jul; 158: 192-5

**52640** Moran, F., Bradley, J. M., Boyle, L., Elborn, J. S. Incontinence in adult females with cystic fibrosis: a Northern Ireland survey. Int J Clin Pract. 2003 Apr; 57: 182-3

**42457** Moran, P. A., Carey, M. P., Dwyer, P. L. Urethral diverticula in pregnancy. Aust N Z J Obstet Gynaecol. 1998 Feb; 38: 102-6

**10584** Moran, P. A., Ward, K. L., Johnson, D., Smirni, W. E., Hilton, P., Bibby, J. Tension-free vaginal tape for primary genuine stress incontinence: a two-centre follow-up study. BJU Int. 2000 Jul; 86: 39-42

**10267** Morell, J. D., Morales, A. Assessment of long-term patient satisfaction after vesical neck suspension for stress urinary incontinence. Can J Urol. 2001 Aug; 8: 1323-5

**43518** Moreno, J. G., Chancellor, M. B., Karasick, S., King, S., Abdill, C. K., Rivas, D. A. Improved quality of life and sexuality with continent urinary diversion in quadriplegic women with umbilical stoma. Arch Phys Med Rehabil. 1995 Aug; 76: 758-62

**54060** Moretti, R., Torre, P., Antonello, R. M., Cazzato, G., Griggio, S., Bava, A. Olanzapine as a treatment of neuropsychiatric disorders of Alzheimer's disease and other dementias: a 24-month follow-up of 68 patients. Am J Alzheimers Dis Other Demen. 2003 Jul-Aug; 18: 205-14

**43726** Morgan, D. J., Blackburn, M., Bax, M. Adults with spina bifida and/or hydrocephalus. Postgrad Med J. 1995 Jan; 71: 17-21

**11524** Morgan, J. E., Heritz, D. M., Stewart, F. E., Connolly, J. C., Farrow, G. A. The polypropylene pubovaginal sling for the treatment of recurrent stress urinary incontinence. J Urol. 1995 Sep; 154: 1013-4; discussion 1015-6

**10567** Morgan, J. L., O'Connell, H. E., McGuire, E. J. Is intrinsic sphincter deficiency a complication of simple hysterectomy?. J Urol. 2000 Sep; 164: 767-9

**10630** Morgan, T. O., Jr Westney, O. L., McGuire, E. J. Pubovaginal sling: 4-YEAR outcome analysis and quality of life assessment. J Urol. 2000 Jun; 163: 1845-8

**40466** Mori, K. Management of idiopathic normal-pressure hydrocephalus: a multiinstitutional study conducted in Japan. J Neurosurg. 2001 Dec; 95: 970-3

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

**10618**   Morita, T., Iizuka, H., Iwata, T., Kondo, S. Function and distribution of beta3-adrenoceptors in rat, rabbit and human urinary bladder and external urethral sphincter. J Smooth Muscle Res. 2000 Feb; 36: 21-32

**43494**   Morita, T., Kihara, K., Nagamatsu, H., Oshima, H., Kishimoto, T. Effects of clenbuterol on rabbit vesicourethral muscle contractility. J Smooth Muscle Res. 1995 Aug; 31: 119-27

**10564**   Morkved, S., Bo, K. Effect of postpartum pelvic floor muscle training in prevention and treatment of urinary incontinence: a one-year follow up. BJOG. 2000 Aug; 107: 1022-8

**41569**   Morkved, S., Bo, K. Prevalence of urinary incontinence during pregnancy and postpartum. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 394-8

**42541**   Morkved, S., Bo, K. The effect of postpartum pelvic floor muscle exercise in the prevention and treatment of urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 217-22

**10008**   Morkved, S., Bo, K., Fjortoft, T. Effect of adding biofeedback to pelvic floor muscle training to treat urodynamic stress incontinence. Obstet Gynecol. 2002 Oct; 100: 730-9

**57370**   Morkved, S., Bo, K., Schei, B., Salvesen, K. A. Pelvic floor muscle training during pregnancy to prevent urinary incontinence: a single-blind randomized controlled trial. Obstet Gynecol. 2003 Feb; 101: 313-9

**11455**   Morley, R., Cumming, J., Weller, R. Morphology and neuropathology of the pelvic floor in patients with stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 3-12

**3189**   Morris, A., Browne, G., and Saltmarche, A. Urinary incontinence: correlates among cognitively impaired elderly veterans. J Gerontol Nurs. 1992 Oct; 18: 33-40

**41994**   Morris, K. Tackling the taboo of urinary incontinence. Lancet. 1999 Jan 9; 353: 128

**3224**   Morrison, L.M., Glen, E.S., Cherry, L.C., and Dawes, H.A. The open access Continence Resource Centre for Greater Glasgow Health Board. Br J Urol. 1992 Oct; 70: 395-398

**42645**   Mort, J. Medications exacerbating urinary incontinence in the elderly. S D J Med. 1997 Oct; 50: 361-2

**3660**   Mortensen, N., Humphreys, M.S. The anal continence plug: a disposable device for patients with anorectal incontinence. Lancet. 1991 Aug 3; 338: 295-297

**40187**   Mortensen, S., Lose, G., Thyssen, H. Repeatability of cystometry and pressure-flow parameters in female patients. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 72-5

**42324**   Moser, R. H. Standing up for aspartame. AWHONN Lifelines. 1998 Apr; 2: 10

**44473**   Mostafa, W. Z., Abahussein, A. A., Alzayer, A. A. Diaper area granuloma of incontinence. J Dermatol. 1992 May; 19: 319-22

**3297**   Mostafa, W.Z., Abahussein, A.A., and Alzayer, A.A. Diaper area granuloma of incontinence. J Dermatol. 1992 May; 19: 319-322

**11986**   Mostwin, J. L. Current concepts of female pelvic anatomy and physiology. Urol Clin North Am. 1991 May; 18: 175-95

**53470**   Mostwin, J. L. Pathophysiology: the varieties of bladder overactivity. Urology. 2002 Nov; 60: 22-6; discussion 27

**11372**   Mostwin, J. L., Genadry, R., Sanders, R., Yang, A. Anatomic goals in the correction of female stress urinary incontinence. J Endourol. 1996 Jun; 10: 207-12

**10342**   Mostwin, J. L., Genadry, R., Saunders, R., Yang, A. Stress incontinence observed with real time sonography and dynamic fastscan magnetic resonance imaging--insights into pathophysiology. Scand J Urol Nephrol Suppl. 2001; : 94-9; discussion 106-25

**11540**   Mostwin, J. L., Yang, A., Sanders, R., Genadry, R. Radiography, sonography, and magnetic resonance imaging for stress incontinence. Contributions, uses, and limitations. Urol Clin North Am. 1995 Aug; 22: 539-49

**3574**   Mostwin, J.L. Effects of pharmaceuticals on bladder function. Curr Opin Obstet Gynecol. 1990 Aug; 2: 580-584

**4109**   Motley, R.C., Barrett, D.M. Artificial urinary sphincter cuff erosion. Experience with reimplantation in 38 patients. Urology. 1990 Mar; 35: 215-218

---

Appendix A5 Bibliography sorted by Primary Author
Case 2:15-md-02641-DGC Document 9-4 Filed 01/15/15 Page 299 of 800 PageID #: 146374

American Urological Association, Inc.                    Master Bibliography

SUI Guidelines Panel                          sorted by Primary Author and Title

**3445**    Motta, G. Incontinence reimbursement. Ostomy Wound Manage. 1992 Mar; 38: 72-73

**3358**    Motta, G.J. Reimbursement for incontinence products. Urol Nurs. 1992 Jun; 12: 50-51

**11135**   Mouchel, J., Beco, J. Stress urinary incontinence: here we are. Am J Obstet Gynecol. 1997 Dec; 177: 1561

**43186**   Mouriquand, P. D., Boddy, S. Salvage procedures for failed Benchekroun hydraulic valves: experience in four patients. Br J Urol. 1996 May; 77: 740-4

**55000**   Mouriquand, P. D., Bubanj, T., Feyaerts, A., Jandric, M., Timsit, M., Mollard, P., Mure, P. Y., Basset, T. Long-term results of bladder neck reconstruction for incontinence in children with classical bladder exstrophy or incontinent epispadias. BJU Int. 2003 Dec; 92: 997-1001; discussion 1002

**3368**    Mouriquand, P.D., Mollard, P. Management of urinary incontinence in neurogenic bladder. Scand J Urol Nephrol Suppl. 1992; 141: 28-36;discussion37-8

**10389**   Mouritsen, L. Effect of vaginal devices on bladder neck mobility in stress incontinent women. Acta Obstet Gynecol Scand. 2001 May; 80: 428-31

**11258**   Mouritsen, L. Techniques for imaging bladder support. Acta Obstet Gynecol Scand Suppl. 1997; 166: 48-9

**11748**   Mouritsen, L., Bach, P. Ultrasonic evaluation of bladder neck position and mobility: the influence of urethral catheter, bladder volume, and body position. Neurourol Urodyn. 1994; 13: 637-46

**3632**    Mouritsen, L., Frimodt-Moller, C., and Moller, M. Long-term effect of pelvic floor exercises on female urinary incontinence. Br J Urol. 1991 Jul; 68: 32-37

**11974**   Mouritsen, L., Frimodt-Moller, C., Moller, M. Long-term effect of pelvic floor exercises on female urinary incontinence. Br J Urol. 1991 Jul; 68: 32-7

**42388**   Mouritsen, L., Lose, G., Glavind, K. Assessment of women with urinary incontinence. Acta Obstet Gynecol Scand. 1998 Apr; 77: 361-71

**11257**   Mouritsen, L., Lose, G., Ulmsten, U., Ludviksson, K., Siltberg, H., Kulseng-Hanssen, S., Kujansuu, E. Consensus of basic assessment of female incontinence. Acta Obstet Gynecol Scand Suppl. 1997; 166: 59-60

**3112**    Mouritsen, L., Rasmussen, A. Bladder neck mobility evaluated by vaginal ultrasonography. Br J Urol. 1993 Feb; 71: 166-171

**10474**   Mouritsen, L., Schiotz, H. A. Pro et contra pelvic floor exercises for female stress urinary incontinence. Acta Obstet Gynecol Scand. 2000 Dec; 79: 1043-5

**11699**   Mouritsen, L., Strandberg, C. Vaginal ultrasonography versus colpo-cysto-urethrography in the evaluation of female urinary incontinence. Acta Obstet Gynecol Scand. 1994 Apr; 73: 338-42

**43752**   Mouritsen, L., Strandberg, C., Frimodt-Moller, C. Bladder neck anatomy and mobility: effect of vaginal ultrasound probe. Br J Urol. 1994 Dec; 74: 749-52

**11817**   Mouritsen, L., Strandberg, C., Jensen, A. R., Berget, A., Frimodt-Moller, C., Folke, K. Inter- and intra-observer variation of colpo-cysto-urethrography diagnoses. Acta Obstet Gynecol Scand. 1993 Apr; 72: 200-4

**3104**    Mouritsen, L., Strandberg, C., Jensen, A.R., Berget, A., Frimodt-Moller, C., and Folke, K. Inter- and intra-observer variation of colpo-cysto-urethrography diagnoses. Acta Obstet Gynecol Scand. 1993 Apr; 72: 200-204

**41915**   Mouton, C. P., Espino, D. V. Health screening in older women. Am Fam Physician. 1999 Apr 1; 59: 1835-42

**41174**   Mowzoon, N., Bradley, W. G. Successful immunosuppressant therapy of severe progressive cerebellar degeneration and sensory neuropathy: a case report. J Neurol Sci. 2000 Sep 1; 178: 63-5

**50490**   Mowzoon, N., Keegan, B. M. 61-year-old woman with shortness of breath after surgery. Mayo Clin Proc. 2004 Jan; 79: 117-20

**43819**   Mraz, J. P., Sutory, M., Zerhau, P. Simple flap valve for continent urinary diversion. Br J Urol. 1994 Sep; 74: 328-32

**40669**   Mteta, K. A., Mbwambo, J. S., Eshleman, J. L., Aboud, M. M., Oyieko, W. Urinary diversion in children with mainly exstrophy and epispadias: alternative to primary bladder closure. Cent Afr J Med. 2000 Dec; 46: 318-20

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

40301   Mueller, C., Cain, H. Comprehensive management of urinary incontinence through quality improvement efforts. Geriatr Nurs. 2002 Mar-Apr; 23: 82-7

44000   Muir, P., Goldsmid, S. E., Bellenger, C. R. Management of urinary incontinence in five bitches with incompetence of the urethral sphincter mechanism by colposuspension and a modified sling urethroplasty. Vet Rec. 1994 Jan 8; 134: 38-41

50440   Muir, T. W., Stepp, K. J., Barber, M. D. Adoption of the pelvic organ prolapse quantification system in peer-reviewed literature. Am J Obstet Gynecol. 2003 Dec; 189: 1632-5; discussion 1635-6

52580   Muir, T. W., Tulikangas, P. K., Fidela Paraiso, M., Walters, M. D. The relationship of tension-free vaginal tape insertion and the vascular anatomy. Obstet Gynecol. 2003 May; 101: 933-6

56940   Mukamel, D. B., Watson, N. M., Meng, H., Spector, W. D. Development of a risk-adjusted urinary incontinence outcome measure of quality for nursing homes. Med Care. 2003 Apr; 41: 467-78

10187   Mukherjee, K., Constantine, G. Urinary stress incontinence in obese women: tension-free vaginal tape is the answer. BJU Int. 2001 Dec; 88: 881-3

44458   Mulhall, A. U.K. experience with indwelling urethral catheters. Am J Infect Control. 1992 Jun; 20: 164

3311   Mulhall, A. U.K. experience with indwelling urethral catheters [letter]. Am J Infect Control. 1992 Jun; 20: 164

40354   Muller, N. Promoting urinary health. Provider. 2002 Mar; 28: 51-3

5298   Muller, S.C., Jenny, E., Molling, L., Burger, R.A., and Hohenfellner, R. Long-term results of fascial sling plasty in patients with urinary stress incontinence. J Urol. 1990; 143: 225A

41267   Mummaneni, P. V., Pitts, L. H., McCormack, B. M., Corroo, J. M., Weinstein, P. R. Microsurgical treatment of symptomatic sacral Tarlov cysts. Neurosurgery. 2000 Jul; 47: 74-8; discussion 78-9

4180   Muncie, H.L., Jr., Warren, J.W. Reasons for replacement of long-term urethral catheters: implications for randomized trials. J Urol. 1990 Mar; 143: 507-509

40971   Munding, M., Wessells, H., Thornberry, B., Riden, D. Use of tolterodine in children with dysfunctional voiding: an initial report. J Urol. 2001 Mar; 165: 926-8

3732   Mundy, A.R. Artificial sphincters. Br J Urol. 1991 Mar; 67: 225-229

41414   Muneuchi, J., Tokunaga, Y., Kira, R., Gondo, K., Hara, T. Acute disseminated encephalomyelitis in a female with hereditary neuropathy with susceptibility to pressure palsy. Pediatr Neurol. 2000 Apr; 22: 302-4

3773   Muratore, C. The OBRA mandate: the positive effects for incontinent residents. Ostomy Wound Manage. 1990 Sep-Oct; 30: 58-59

42874   Murphy, E. L., Fridey, J., Smith, J. W., Engstrom, J., Sacher, R. A., Miller, K., Gibble, J., Stevens, J., Thomson, R., Hansma, D., Kaplan, J., Khabbaz, R., Nemo, G. HTLV-associated myelopathy in a cohort of HTLV-I and HTLV-II-infected blood donors. The REDS investigators. Neurology. 1997 Feb; 48: 315-20

11662   Murphy, K. P., Kliever, E. M., Moore, M. J. The voiding alert system: a new application in the treatment of incontinence. Arch Phys Med Rehabil. 1994 Aug; 75: 924-7

40330   Murphy, M. L., Pichichero, M. E. Prospective identification and treatment of children with pediatric autoimmune neuropsychiatric disorder associated with group A streptococcal infection (PANDAS). Arch Pediatr Adolesc Med. 2002 Apr; 156: 356-61

59179   Murphy, M., Culligan, P. J., Arce, C. M., Graham, C. A., Blackwell, L., Heit, M. H. Is the cough-stress test necessary when placing the tension-free vaginal tape?. Obstet Gynecol. 2005 Feb; 105: 319-24

44521   Murphy, S., Denman, S., Bennett, R. G., Greenough, W. B., 3rd, Lindsay, J., Zelesnick, L. B. Methicillin-resistant Staphylococcus aureus colonization in a long-term- care facility. J Am Geriatr Soc. 1992 Mar; 40: 213-7

5265   Murphy, S., Denman, S., Bennett, R.G., Greenough, W.B., Lindsay, J., and Zelesnick, L.B. Methicillin-resistant Staphylococcus aureus colonization in a long-term-care facility. J Am Geriatr Soc. 1992 Mar; 403: 213-217

Appendix A5 Bibliography sorted by Primary Author
Case 2:12-md-02327 Document 554-5 Filed 05/24/13 Page 301 of 800 PageID #: 146376

American Urological Association, Inc.
SUI Guidelines Panel

Master Bibliography
sorted by Primary Author and Title

10055  Murray, C., Goh, J. T., Fynes, M., Carey, M. P. Urinary and faecal incontinence following delayed primary repair of obstetric genital fistula. BJOG. 2002 Jul; 109: 828-32

43206  Murthy, V. K., Orkin, B. A., Smith, L. E., Glassman, L. M. Excellent outcome using selective criteria for rectocele repair. Dis Colon Rectum. 1996 Apr; 39: 374-8

10308  Muscatello, D. J., Rissel, C., Szonyi, G. Urinary symptoms and incontinence in an urban community: prevalence and associated factors in older men and women. Intern Med J. 2001 Apr; 31: 151-60

11411  Mushkat, Y., Bukovsky, I., Langer, R. Female urinary stress incontinence--does it have familial prevalence?. Am J Obstet Gynecol. 1996 Feb; 174: 617-9

42987  Muskat, Y., Bukovsky, I., Schneider, D., Langer, R. The use of scopolamine in the treatment of detrusor instability. J Urol. 1996 Dec; 156: 1989-90

50600  Musselman, D. M., Ford, A. P., Gennevois, D. J., Harbison, M. L., Laurent, A. L., Mokatrin, A. S., Stoltz, R. R., Blue, D. R. A randomized crossover study to evaluate Ro 115-1240, a selective alpha1A/1L-adrenoceptor partial agonist in women with stress urinary incontinence. BJU Int. 2004 Jan; 93: 78-83

43157  Muthukumar, N. Surgical treatment of nonprogressive neurological deficits in children with sacral agenesis. Neurosurgery. 1996 Jun; 38: 1133-7; discussion 1137-8

10844  Mutlu, N., Kazado, M., Culha, M., Merder, E., Baykal, M., Canbazoglu, N. Burch bladder neck colposuspension, comparison of early and late results. Mater Med Pol. 1997 Jan-Dec; 29: 8-10

52160  Mutone, N., Brizendine, E., Hale, D. Factors that influence voiding function after the tension-free vaginal tape procedure for stress urinary incontinence. Am J Obstet Gynecol. 2003 Jun; 188: 1477-81; discussion 1481-3

10258  Mutone, N., Mastropietro, M., Brizendine, E., Hale, D. Effect of tension-free vaginal tape procedure on urodynamic continence indices. Obstet Gynecol. 2001 Oct; 98: 638-45

59130  Mydlo, J. H. The impact of obesity in urology. Urol Clin North Am. 2004 May; 31: 275-87

43305  Myers, A. H., Palmer, M. H., Engel, B. T., Warrenfeltz, D. J., Parker, J. A. Mobility in older patients with hip fractures: examining prefracture status, complications, and outcomes at discharge from the acute-care hospital. J Orthop Trauma. 1996; 10: 99-107

41775  Myers, D. L., Arya, L. A., Friedman, J. H. Is urinary incontinence different in women with Parkinson's disease?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 188-91

10914  Myers, D. L., LaSala, C. A. Conservative surgical management of Mersilene mesh suburethral sling erosion. Am J Obstet Gynecol. 1998 Dec; 179: 1424-8; discussion 1428-9

11059  Myers, D. L., Lasala, C. A., Hogan, J. W., Rosenblatt, P. L. The effect of posterior wall support defects on urodynamic indices in stress urinary incontinence. Obstet Gynecol. 1998 May; 91: 710-4

10478  Myers, D. L., Peipert, J. F., Rosenblatt, P. L., Ferland, R. J., Jackson, N. D. Patient satisfaction with laparoscopic Burch retropubic urethropexy. J Reprod Med. 2000 Nov; 45: 939-43

3749  Myers, R.P. Male urethral sphincteric anatomy and radical prostatectomy. Urol Clin North Am. 1991 May; 18: 211-227

41015  Nabi, G., Hemal, A. K., Kumar, M., Ansari, M. S., Dorairajan, L. N. Diagnosis and management of post-cesarean ureterouterine fistulae. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 389-91

42731  Nacmias, B., Tedde, A., Guarnieri, B. M., Petruzzi, C., Ortenzi, L., Serio, A., Amaducci, L., Sorbi, S. Analysis of apolipoprotein E, alpha1-antichymotrypsin and presenilin-1 genes polymorphisms in dementia caused by normal pressure hydrocephalus in man. Neurosci Lett. 1997 Jul 4; 229: 177-80

42591  Nager, C. W., Kumar, D., Kahn, M. A., Stanton, S. L. Management of pelvic floor dysfunction. Lancet. 1997 Dec 13; 350: 1751

10201  Nager, C. W., Schulz, J. A., Stanton, S. L., Monga, A. Correlation of urethral closure pressure, leak-point pressure and incontinence severity measures. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 395-400

42535  Nager, C., Stanton, S. Can HRT help incontinence?. Community Nurse. 1997 May; 3: 32-3

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

42634    Nagib, M. G., O'Fallon, M. T. Myxopapillary ependymoma of the conus medullaris and filum terminale in the pediatric age group. Pediatr Neurosurg. 1997 Jan; 26: 2-7

40452    Naglie, G., Radomski, S. B., Brymer, C., Mathiasen, K., O'Rourke, K., Tomlinson, G. A randomized, double-blind, placebo controlled crossover trial of nimodipine in older persons with detrusor instability and urge incontinence. J Urol. 2002 Feb; 167: 586-90

10393    Naik, R., Nwabinelli, J., Mayne, C., Nordin, A., de Barros Lopes, A., Monaghan, J. M., Hilton, P. Prevalence and management of (non-fistulous) urinary incontinence in women following radical hysterectomy for early stage cervical cancer. Eur J Gynaecol Oncol. 2001; 22: 26-30

42216    Naito, R., Takeuchi, M., Morihira, K., Hayakawa, M., Ikeda, K., Shibanuma, T., Isomura, Y. Selective muscarinic antagonists. I. Synthesis and antimuscarinic properties of 4-piperidyl benzhydrylcarbamate derivatives. Chem Pharm Bull (Tokyo). 1998 Aug; 46: 1274-85

43249    Nakagawa, H., Fujita, T., Kubo, S., Izumoto, S., Nakajima, Y., Tsuruzono, K., Tokiyoshi, K., Hayakawa, T. Ventriculolumbar perfusion chemotherapy with methotrexate and cytosine arabinoside for meningeal carcinomatosis: a pilot study in 13 patients. Surg Neurol. 1996 Mar; 45: 256-64

56560    Nakajima, M., Nakasu, S., Hatsuda, N., Takeichi, Y., Watanabe, K., Matsuda, M. Third ventricular chordoid glioma: case report and review of the literature. Surg Neurol. 2003 May; 59: 424-8

41110    Nakamura, S., Hirano, T., Tsujimae, K., Aoyama, M., Kondo, K., Yamamura, Y., Mori, T., Tominaga, M. Antidiuretic effects of a nonpeptide vasopressin V(2)-receptor agonist, OPC-51803, administered orally to rats. J Pharmacol Exp Ther. 2000 Dec; 295: 1005-11

10428    Nakamura, T., Ishiko, O., Hirai, K., Sumi, T., Nakagawa, E., Nakai, Y., Tomoda, S., Ogita, S. Clinical evaluation of the Q-tip test in normal pregnant women. Gynecol Obstet Invest. 2001; 51: 92-5

42877    Nakanishi, N., Tatara, K., Naramura, H., Fujiwara, H., Takashima, Y., Fukuda, H. Urinary and fecal incontinence in a community-residing older population in Japan. J Am Geriatr Soc. 1997 Feb; 45: 215-9

41724    Nakanishi, N., Tatara, K., Shinsho, F., Murakami, S., Takatorige, T., Fukuda, H., Nakajima, K., Naramura, H. Mortality in relation to urinary and faecal incontinence in elderly people living at home. Age Ageing. 1999 May; 28: 301-6

42944    Nakayama, H., Jorgensen, H. S., Pedersen, P. M., Raaschou, H. O., Olsen, T. S. Prevalence and risk factors of incontinence after stroke. The Copenhagen Stroke Study. Stroke. 1997 Jan; 28: 58-62

42315    Nakayama, Y., Tanaka, A., Ohshiro, S., Yoshinaga, S. Extensive edema in the thalamus caused by thrombosed basilar artery aneurysm. Neurol Med Chir (Tokyo). 1998 May; 38: 274-7

41195    Nakazato, I., Kinjo, T., Sirirungsi, W., Tsuhako, K., Miyagi, J., Higa, M., Iwamasa, T. Experimental myelitis in BALB/cN and C57BL/6N mice caused by herpes simplex virus type 1 compared with herpes simplex virus type 2. Pathol Res Pract. 2000; 196: 635-45

11628    Nanninga, J. B. Some aspects of striated urethral sphincter structure and function. J Urol. 1994 Dec; 152: 2321-3

3583    Narayan, P. Nerve sparing and continence preservation during radical prostatectomy. Urol Int. 1991; 46: 266-274

11545    Narepalem, N., Kreder, K. J., Winfield, H. N. Laparoscopic urethral sling for the treatment of intrinsic urethral weakness (type III stress urinary incontinence). Tech Urol. 1995 Summer; 1: 102-5

42727    Naseer, S. R., Steinhardt, G. F. New renal scars in children with urinary tract infections, vesicoureteral reflux and voiding dysfunction: a prospective evaluation. J Urol. 1997 Aug; 158: 566-8

42379    Nasr, S. Z., Ouslander, J. G. Urinary incontinence in the elderly. Causes and treatment options. Drugs Aging. 1998 May; 12: 349-60

43024    Nasu, K., Yoshimatsu, J., Miyakawa, I., Nakagawa, M., Nomura, Y. Absence of vagina and hypoplasia of the urethra and ectopia of the ureter. J Obstet Gynaecol Res. 1996 Oct; 22: 451-4

11508    Nataluk, E. A., Assimos, D. G., Kroovand, R. L. Collagen injections for treatment of urinary incontinence secondary to intrinsic sphincter deficiency. J Endourol. 1995 Oct; 9: 403-6

# American Urological Association, Inc.

## SUI Guidelines Panel

| | |
|---|---|
| 10294 | Natarajan, V., Singh, G. Urinary diversion for incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 180-7 |
| 11179 | Nativ, O., Levine, S., Madjar, S., Issaq, E., Moskovitz, B., Beyar, M. Incisionless per vaginal bone anchor cystourethropexy for the treatment of female stress incontinence: experience with the first 50 patients. J Urol. 1997 Nov; 158: 1742-4 |
| 11222 | Nativ, O., Moskovitz, B., Issaq, E., Condrea, A., Kastin, A., Halachmi, S., Burbara, J., Madjar, S., Beyar, M. Bladder neck suspension using bone anchors for the treatment of female stress incontinence. ASAIO J. 1997 May-Jun; 43: 204-8 |
| 42786 | Nativ, O., Moskowitz, B., Issaq, E., Condrea, A., Kastin, A., Halachmi, S., Burbara, J., Madjar, S., Beyar, M. A new intraurethral sphincter prosthesis with a self contained urinary pump. ASAIO J. 1997 May-Jun; 43: 197-203 |
| 42677 | Naughton, M. J., Wyman, J. F. Quality of life in geriatric patients with lower urinary tract dysfunction. Am J Med Sci. 1997 Oct; 314: 219-27 |
| 53430 | Navaneetham, N., Doshani, A. The tension free vaginal tape procedure is successful in the majority of women with indications for surgical treatment of urinary stress incontinence. BJOG. 2003 Jan; 110: 89-90 |
| 43794 | Navon, J. D., Weinberg, A. C., Ahlering, T. E. Continent urinary diversion using a Modified Indiana Pouch in elderly patients. Am Surg. 1994 Oct; 60: 786-8 |
| 44093 | Naylor, J. R., Mulley, G. P. Commodes: inconvenient conveniences. BMJ. 1993 Nov 13; 307: 1258-60 |
| 43695 | Nazar, G. B., Casale, A. J., Roberts, J. G., Linden, R. D. Occult filum terminale syndrome. Pediatr Neurosurg. 1995; 23: 228-35 |
| 43071 | Nazarko, L. A matter of urgency. Nurs Times. 1996 Aug 7-13; 92: 63-4, 66, 68 |
| 42051 | Nazarko, L. Back to the future. Nurs Times. 1998 Oct 21-27; 94: 79-80, 83-4 |
| 3059 | Nazarko, L. Care of the elderly: incontinence through incompetence. Nurs Stand. 1993 Apr 28-May 4; 7: 52-53 |
| 41948 | Nazarko, L. Continence. Assess all areas. Nurs Times. 1999 Feb 10-16; 95: 68, 71-2 |
| 42625 | Nazarko, L. Educating Elsie. Nurs Times. 1997 Oct 22-28; 93: 68, 71 |
| 43070 | Nazarko, L. In search of relief. Nurs Times. 1996 Aug 7-13; 92: 68, 70 |
| 3267 | Nazarko, L. Programmed to succeed. Nurs Elder. 1992 Jul-Aug; 4: 20-21 |
| 51510 | Nazir, M., Stien, R., Carlsen, E., Jacobsen, A. F., Nesheim, B. I. Early evaluation of bowel symptoms after primary repair of obstetric perineal rupture is misleading: an observational cohort study. Dis Colon Rectum. 2003 Sep; 46: 1245-50 |
| 42985 | Nazir, T., Khan, Z., Barber, H. R. Urinary incontinence. Clin Obstet Gynecol. 1996 Dec; 39: 906-11 |
| 42438 | N'Dow, J., Leung, H. Y., Marshall, C., Neal, D. E. Bowel dysfunction after bladder reconstruction. J Urol. 1998 May; 159: 1470-4; discussion 1474-5 |
| 42741 | N'Dow, J., Neal, D. E. Female adult reconstructive urology. Br J Urol. 1997 Jul; 80 Suppl 1: 69-78 |
| 10416 | Neal, D. E., Jr, Foster, L. Southern Illinois University (SIU) sling-bone anchored semitendinosus. Tech Urol. 2001 Mar; 7: 62-3 |
| 43602 | Neal, D. E., Jr, Lahaye, M. E., Lowe, D. C. Improved needle placement technique in periurethral collagen injection. Urology. 1995 May; 45: 865-6 |
| 10243 | Neal, L. J. Rehab's role in incontinence treatment and ostomy care. Rehab Manag. 2000 Jun-Jul; 13: 28-30, 100 |
| 57820 | Neal, R., Linnane, J. Improving access to continence services: action in Walsall. Br J Community Nurs. 2002 Nov; 7: 567, 570-3 |
| 10062 | Neale, E. J. Abdominal hysterectomy after insertion of tension-free vaginal tape. BJOG. 2002 Jun; 109: 731-2 |
| 11511 | Neale, R. Complications of urogynaecological surgery. Curr Opin Obstet Gynecol. 1995 Oct; 7: 400-3 |

**American Urological Association, Inc.**

**Master Bibliography**

SUI Guidelines Panel

sorted by Primary Author and Title

| | |
|---|---|
| 10410 | Nel, J. T., Diedericks, A., Joubert, G., Arndt, K. A prospective clinical and urodynamic study of bladder function during and after pregnancy. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 21-6 |
| 42144 | Nelson, R., Furner, S., Jesudason, V. Fecal incontinence in Wisconsin nursing homes: prevalence and associations. Dis Colon Rectum. 1998 Oct; 41: 1226-9 |
| 40426 | Nelson, R., Furner, S., Jesudason, V. Urinary incontinence in Wisconsin skilled nursing facilities: prevalence and associations in common with fecal incontinence. J Aging Health. 2001 Nov; 13: 539-47 |
| 41521 | Nesbakken, A., Nygaard, K., Bull-Njaa, T., Carlsen, E., Eri, L. M. Bladder and sexual dysfunction after mesorectal excision for rectal cancer. Br J Surg. 2000 Feb; 87: 206-10 |
| 59153 | Nesrallah, L. J., Almeida, F. G., Dall'oglio, M. F., Nesrallah, A. J., Srougi, M. Experience with the orthotopic ileal neobladder in women: a mid-term follow-up. BJU Int. 2005 May; 95: 1045-7 |
| 54490 | Nesrallah, L. J., Srougi, M., Dall'Oglio, M. F. Orthotopic ileal neobladder: the influence of reservoir volume and configuration on urinary continence and emptying properties. BJU Int. 2004 Feb; 93: 375-8 |
| 10892 | Nesrallah, L. J., Srougi, M., Gittes, R. F. The O'Conor technique: the gold standard for supratrigonal vesicovaginal fistula repair. J Urol. 1999 Feb; 161: 566-8 |
| 41202 | Neulander, E. Z., Rivera, I., Eisenbrown, N., Wajsman, Z. Simple cystectomy in patients requiring urinary diversion. J Urol. 2000 Oct; 164: 1169-72 |
| 53660 | Neuman, M. Infected hematoma following tension-free vaginal tape implantation. J Urol. 2002 Dec; 168: 2549 |
| 51590 | Neuman, M. Low incidence of post-TVT genital prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 191-2; discussion 192 |
| 11531 | Neuman, M., Lavie, O., Gdansky, E., Diamant, Y. Z., Beller, U. Early uterine prolapse following colponeedle suspension. Aust N Z J Obstet Gynaecol. 1995 Aug; 35: 339-40 |
| 43535 | Neumann, C., Schmid, H. Relationship between the degree of cardiovascular autonomic dysfunction and symptoms of neuropathy and other complications of diabetes mellitus. Braz J Med Biol Res. 1995 Jul; 28: 751-7 |
| 10099 | Neumann, P., Gill, V. Pelvic floor and abdominal muscle interaction: EMG activity and intra- abdominal pressure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 125-32 |
| 40526 | Neveus, T. Oxybutynin, desmopressin and enuresis. J Urol. 2001 Dec; 166: 2459-62 |
| 41760 | Neveus, T., Hetta, J., Cnattingius, S., Tuvemo, T., Lackgren, G., Olsson, U., Stenberg, A. Depth of sleep and sleep habits among enuretic and incontinent children. Acta Paediatr. 1999 Jul; 88: 748-52 |
| 43035 | Nevo, Y., Pestronk, A., Lopate, G., Carroll, S. L. Neuropathy of metachromatic leukodystrophy: improvement with immunomodulation. Pediatr Neurol. 1996 Oct; 15: 237-9 |
| 10514 | Newcomer, J. Vaginal pain caused by laparoscopic colposuspension with tacks. Obstet Gynecol. 2000 Nov; 96: 823-4 |
| 41204 | Newey, M. L., Sen, P. K., Fraser, R. D. The long-term outcome after central cord syndrome: a study of the natural history. J Bone Joint Surg Br. 2000 Aug; 82: 851-5 |
| 42345 | Newman, D. American perspectives on continence. Nurs Times. 1998 Apr 15-21; 94: 67-8 |
| 42349 | Newman, D. K. Bladder control requires active management. J Womens Health. 1998 May; 7: 425-6 |
| 42930 | Newman, D. K. How much society pays for urinary incontinence. Ostomy Wound Manage. 1997 Jan-Feb; 43: 18-20, 22, 24-5 |
| 59327 | Newman, D. K. Report of a mail survey of women with bladder control disorders. Urol Nurs. 2004 Dec; 24: 499-507 |
| 42518 | Newman, D. K. Research utilization: the continence for women project. Ostomy Wound Manage. 1997 Nov-Dec; 43: 54-6 |
| 51760 | Newman, D. K. Stress urinary incontinence in women. Am J Nurs. 2003 Aug; 103: 46-55; quiz 55 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

**sorted by Primary Author and Title**

---

43286    Newman, D. K. Urinary incontinence management in the USA: the role of the nurse. Br J Nurs. 1996 Jan 25-Feb 7; 5: 78, 80, 82-8

42990    Newman, D. K. What's new: the AHCPR guideline update on urinary incontinence. Ostomy Wound Manage. 1996 Nov-Dec; 42: 46-50, 52-4, 56 passim

11186    Newman, D. K., Burns, P. A. New approaches for managing stress incontinence in women. Lippincotts Prim Care Pract. 1997 Sep-Oct; 1: 382-7

43826    Newman, D. K., Burns, P. A. Significance and impact of urinary incontinence. Nurse Pract Forum. 1994 Sep; 5: 130-3

44785    Newman, D. K., Lynch, K., Smith, D. A., Cell, P. Restoring urinary continence. Am J Nurs. 1991 Jan; 91: 28-34

42991    Newman, D. K., Wallace, J., Blackwood, N., Spencer, C. Promoting healthy bladder habits for seniors. Ostomy Wound Manage. 1996 Nov-Dec; 42: 18-22, 24-5, 28

3857    Newman, D.K., Lynch, K., Smith, D.A., and Cell, P. Restoring urinary continence. Am J Nurs. 1991 Jan; 91: 28-34

3466    Newman, D.K., Smith, D.A. Pelvic muscle reeducation as a nursing treatment for incontinence. Urol Nurs. 1992 Mar; 12: 9-15

40266    Newton, M., Kosier, J. H., Smith, D. Treatments for overactive bladder. Urol Nurs. 2000 Aug; 20: 267-8

11661    Nezhat, C. H., Nezhat, F., Nezhat, C. R., Rottenberg, H. Laparoscopic retropubic cystourethropexy. J Am Assoc Gynecol Laparosc. 1994 Aug; 1: 339-49

11378    Nezhat, C. H., Nezhat, F., Seidman, D. S., Nasserbakht, F., Nezhat, C., Roemisch, M. A new method for laparoscopic access to the space of Retzius during retropubic cystourethropexy. J Urol. 1996 Jun; 155: 1916-8

10375    Ng, C. S., Rackley, R. R., Appell, R. A. Incidence of concomitant procedures for pelvic organ prolapse and reconstruction in women who undergo surgery for stress urinary incontinence. Urology. 2001 May; 57: 911-3

43959    Ng, K. H. Nocturnal enuresis. Singapore Med J. 1994 Apr; 35: 198-200

11482    Ng, K. W. Which is the most appropriate operation for genuine stress incontinence (GSI)?. Singapore Med J. 1995 Dec; 36: 590-6

11818    Ng, R. K., Murray, A. Can we afford to take short cuts in the management of stress urinary incontinence?. Singapore Med J. 1993 Apr; 34: 121-4

40211    Ng, S. C., Chen, Y. C., Lin, L. Y., Chen, G. D. Anorectal dysfunction in women with urinary incontinence or lower urinary tract symptoms. Int J Gynaecol Obstet. 2002 May; 77: 139-45

41209    Ng, W. T., Kwok, K. W., Hwang, J. Laparoscopy as the investigation and treatment of choice for urinary incontinence caused by small 'invisible' dysplatic kidneys with infrasphincteric ureteric ectopia. BJU Int. 2000 Jul; 86: 145-6

11809    Nghiem Toan, N. Simplified urethrocystovaginal suspension as treatment for stress urinary incontinence. Am J Obstet Gynecol. 1993 May; 168: 1642

11977    Nghiem Toan, N. Simplified urethrocystovaginal suspension for stress urinary incontinence. Am J Obstet Gynecol. 1991 Jun; 164: 1689-90

3677    Nghiem-Toan, N. Simplified urethrocystovaginal suspension for stress urinary incontinence [letter; comment]. Am J Obstet Gynecol. 1991 Jun; 164: 1689-1690

10754    Nguyen, A., Mahoney, S., Minor, L., Ghoniem, G. A simple objective method of adjusting sling tension. J Urol. 1999 Nov; 162: 1674-6

44186    Nguyen, D. H., Bain, M. A., Salmonson, K. L., Ganesan, G. S., Burns, M. W., Mitchell, M. E. The syndrome of dysuria and hematuria in pediatric urinary reconstruction with stomach. J Urol. 1993 Aug; 150: 707-9

44184    Nguyen, D. H., Ganesan, G. S., Sumfest, J. M., Liggitt, D. H., Caruso, A., Burns, M. W., Mitchell, M. E. The use of the AMS800 artificial urinary sphincter in combination with the gastric tube for continence in the canine model. J Urol. 1993 Aug; 150: 737-41

---

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

**3038**    Nguyen, D.H., Bain, M.A., Salmonson, K.L., Ganesan, G.S., Burns, M.W., and Mitchell, M.E. The syndrome of dysuria and hematuria in pediatric urinary reconstruction with stomach. J Urol. 1993 Aug; 150: 707-709

**57350**    Nguyen, H. T., Baskin, L. S. The outcome of bladder neck closure in children with severe urinary incontinence. J Urol. 2003 Mar; 169: 1114-6; discussion 1116

**10412**    Nguyen, J. K. Current concepts in the diagnosis and surgical repair of anterior vaginal prolapse due to paravaginal defects. Obstet Gynecol Surv. 2001 Apr; 56: 239-46

**10046**    Nguyen, J. K. Diagnosis and treatment of voiding dysfunction caused by urethral obstruction after anti-incontinence surgery. Obstet Gynecol Surv. 2002 Jul; 57: 468-75

**40536**    Nguyen, J. K., Bhatia, N. N. Resolution of motor urge incontinence after surgical repair of pelvic organ prolapse. J Urol. 2001 Dec; 166: 2263-6

**10222**    Nguyen, J. K., Bhatia, N. N. Risk of recurrent stress incontinence in women undergoing the combined modified pereyra procedure and transvaginal sacrospinous ligament vault suspension. Urology. 2001 Dec; 58: 947-52

**10217**    Nguyen, J. K., Glowacki, C. A., Bhatia, N. N. Survey of voiding dysfunction and urinary retention after anti-incontinence procedures. Obstet Gynecol. 2001 Dec; 98: 1011-7

**10127**    Nguyen, J. K., Gunn, G. C., Bhatia, N. N. The effect of patient position on leak-point pressure measurements in women with genuine stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 9-14

**10523**    Nguyen, J. K., Hall, C. D., Bhatia, N. N. Transvaginal bladder neck suspension to Cooper's ligament: a review of the literature. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 320-4

**43314**    Nichols, D. H. What is new in vaginal surgery?. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 115-6

**40760**    Nicholson, J. H., Morton, R. E., Attfield, S., Rennie, D. Assessment of upper-limb function and movement in children with cerebral palsy wearing lycra garments. Dev Med Child Neurol. 2001 Jun; 43: 384-91

**42233**    Nicita, G. A new operation for genitourinary prolapse. J Urol. 1998 Sep; 160: 741-5

**42305**    Nickel, R. F. Studies on the function of the urethra and bladder in continent and incontinent female dogs. Vet Q. 1998; 20 Suppl 1: S102-3

**42746**    Nickel, R. F., van den Brom, W. Simultaneous diuresis cysto-urethrometry and multi-channel urethral pressure profilometry in female dogs with refractory urinary incontinence. Am J Vet Res. 1997 Jul; 58: 691-6

**43086**    Nickel, R. F., van den Brom, W. E. Simultaneous diuresis cysto-urethrometry and multichannel urethral pressure profilometry in continent female dogs. Am J Vet Res. 1996 Aug; 57: 1131-6

**41752**    Nickel, R. F., Vink-Noteboom, M., van den Brom, W. E. Clinical and radiographic findings compared with urodynamic findings in neutered female dogs with refractory urinary incontinence. Vet Rec. 1999 Jul 3; 145: 11-5

**42453**    Nickel, R. F., Wiegand, U., van den Brom, W. E. Evaluation of a transpelvic sling procedure with and without colposuspension for treatment of female dogs with refractory urethral sphincter mechanism incompetence. Vet Surg. 1998 Mar-Apr; 27: 94-104

**41175**    Nicolle, L. E. Urinary tract infection in long-term-care facility residents. Clin Infect Dis. 2000 Sep; 31: 757-61

**11913**    Niecestro, R. M., Wheeler, J. S., Jr, Nanninga, J., Einhorn, C., Goggin, C. Use of stresscath for diagnosing stress incontinence. Urology. 1992 Mar; 39: 266-9

**3464**    Niecestro, R.M., Wheeler, J.S., Jr., Nanninga, J., Einhorn, C., and Goggin, C. Use of stresscath for diagnosing stress incontinence. Urology. 1992 Mar; 39: 266-269

**44046**    Nielsen, A. F., Walter, S. Epidemiology of infrequent voiding and associated symptoms. Scand J Urol Nephrol Suppl. 1994; 157: 49-53

**12033**    Nielsen, K. K., Kromann-Andersen, B., Jacobsen, H., Nielsen, E. M., Nordling, J., Holm, H. H., Larsen, J. F. The urethral plug: a new treatment modality for genuine urinary stress incontinence in women. J Urol. 1990 Nov; 144: 1199-202

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

11778   Nielsen, K. K., Walter, S., Maegaard, E., Kromann-Andersen, B. The urethral plug II: an alternative treatment in women with genuine urinary stress incontinence. Br J Urol. 1993 Oct; 72: 428-32

3890   Nielsen, K.K., Kromann-Andersen, B., Jacobsen, H., Nielsen, E.M., Nordling, J., Holm, H.H., and Larsen, J.F. The urethral plug: a new treatment modality for genuine urinary stress incontinence in women. J Urol. 1990 Nov; 144: 1199-1202

10214   Niemczyk, P., Klutke, J. J., Carlin, B. I., Klutke, C. G. United States experience with tension-free vaginal tape procedure for urinary stress incontinence: assessment of safety and tolerability. Tech Urol. 2001 Dec; 7: 261-5

42926   Niewijk, A. H., Weijts, W. B. Effects of a multi-media course on urinary incontinence. Patient Educ Couns. 1997 Jan; 30: 95-103

10511   Nigam, A. K., Otite, U., Badenoch, D. F. Endoscopic bladder neck suspension revisited: long-term results of Stamey and Gittes procedures. Eur Urol. 2000 Dec; 38: 677-80

56150   Nihira, M. A., Henderson, N. Epidemiology of urinary incontinence in women. Curr Womens Health Rep. 2003 Aug; 3: 340-7

59269   Nijman, R. J., Borgstein, N. G., Ellsworth, P., Djurhuus, J. C. Tolterodine treatment for children with symptoms of urinary urge incontinence suggestive of detrusor overactivity: results from 2 randomized, placebo controlled trials. J Urol. 2005 Apr; 173: 1334-9

3727   Nijman, R.J., Scholtmeijer, R.J. Complications of transurethral electro-incision of posterior urethral valves. Br J Urol. 1991 Mar; 67: 324-326

40678   Niknejad, K. G., Atala, A. Bladder augmentation techniques in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 156-69

40570   Nikolaev, V. V. Treatment of incontinence in children with bladder exstrophy after rectal urinary diversion: the anal sling procedure. J Urol. 2001 Nov; 166: 1904-5

44885   Nill, T. G., Peller, P. A., Kropp, K. A. Management of urinary incontinence by bladder tube urethral lengthening and submucosal reimplantation. J Urol. 1990 Aug; 144: 559-61; discussion 562-3

3983   Nill, T.G., Peller, P.A., and Kropp, K.A. Management of urinary incontinence by bladder tube urethral lengthening and submucosal reimplantation. J Urol. 1990 Aug; 144: 559-61;discussion562-3

10473   Nilsson, C. G. Effectiveness of the conveen continence guard (a disposable vaginal device) in the treatment of complicated female stress incontinence. Acta Obstet Gynecol Scand. 2000 Dec; 79: 1052-5

59031   Nilsson, C. G. Introduction of a new surgical procedure for treatment of female urinary incontinence. Acta Obstet Gynecol Scand. 2004 Oct; 83: 877-80

10970   Nilsson, C. G. The tensionfree vaginal tape procedure (TVT) for treatment of female urinary incontinence. A minimal invasive surgical procedure. Acta Obstet Gynecol Scand Suppl. 1998; 168: 34-7

10400   Nilsson, C. G., Kuuva, N. The tension-free vaginal tape procedure is successful in the majority of women with indications for surgical treatment of urinary stress incontinence. BJOG. 2001 Apr; 108: 414-9

10323   Nilsson, C. G., Kuuva, N., Falconer, C., Rezapour, M., Ulmsten, U. Long-term results of the tension-free vaginal tape (TVT) procedure for surgical treatment of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S5-8

42638   Nilsson, C. G., Lukkari, E., Haarala, M., Kivela, A., Hakonen, T., Kiilholma, P. Comparison of a 10-mg controlled release oxybutynin tablet with a 5-mg oxybutynin tablet in urge incontinent patients. Neurourol Urodyn. 1997; 16: 533-42

42770   Nilvebrant, L., Andersson, K. E., Gillberg, P. G., Stahl, M., Sparf, B. Tolterodine--a new bladder-selective antimuscarinic agent. Eur J Pharmacol. 1997 May 30; 327: 195-207

3968   Nishida, K., Ueda, S., Matsumoto, K., Kusaka, K., and Takeuchi, R. Cauda equina neurinoma associated with normal pressure hydrocephalus--case report. Neurol-Med-Chir (Tokyo). 1990 Apr; 30: 258-262

American Urological Association, Inc.

SUI Guidelines Panel

**10772**  Nishimatsu, H., Moriyama, N., Hamada, K., Ukai, Y., Yamazaki, S., Kameyama, S., Konno, N., Ishida, Y., Ishii, Y., Murayama, T., Kitamura, T. Contractile responses to alpha1-adrenoceptor agonists in isolated human male and female urethra. BJU Int. 1999 Sep; 84: 515-20

**3812**  Nissenkorn, I., Richter, S., and Slutzker, D. A simple, self-retaining intraurethral catheter for treatment of prostatic obstruction. Eur Urol. 1990; 18: 286-289

**59082**  Nissenkorn, I., Shalev, M., Radziszewski, P., Dobronski, P., Borkowski, A., De Jong, P. R. Patient-adjusted intermittent electrostimulation for treating stress and urge urinary incontinence. BJU Int. 2004 Jul; 94: 105-9

**10817**  Nitahara, K. S., Aboseif, S., Tanagho, E. A. Long-term results of colpocystourethropexy for persistent or recurrent stress urinary incontinence. J Urol. 1999 Jul; 162: 138-41

**41824**  Nitti, V. W. Evaluation of the female with neurogenic voiding dysfunction. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 119-29

**40751**  Nitti, V. W. Improving conservative treatment of overactive bladder and urge incontinence--1 small step at a time. J Urol. 2001 Jul; 166: 150-1

**43226**  Nitti, V. W. The role of clinical research in the diagnosis and treatment of urinary incontinence. J Urol. 1996 Apr; 155: 1268-9

**11815**  Nitti, V. W., Bregg, K. J., Sussman, E. M., Raz, S. The Raz bladder neck suspension in patients 65 years old and older. J Urol. 1993 Apr; 149: 802-7

**10192**  Nitti, V. W., Carlson, K. V., Blaivas, J. G., Dmochowski, R. R. Early results of pubovaginal sling lysis by midline sling incision. Urology. 2002 Jan; 59: 47-51; discussion 51-2

**11472**  Nitti, V. W., Combs, A. J. Correlation of Valsalva leak point pressure with subjective degree of stress urinary incontinence in women. J Urol. 1996 Jan; 155: 281-5

**11673**  Nitti, V. W., Raz, S. Obstruction following anti-incontinence procedures: diagnosis and treatment with transvaginal urethrolysis. J Urol. 1994 Jul; 152: 93-8

**3127**  Nitti, V.W., Bregg, K.J., Sussman, E.M., and Raz, S. The Raz bladder neck suspension in patients 65 years old and older. J Urol. 1993 Apr; 149: 802-807

**11476**  Nixon, E. Continence. Easing the social stress. Nurs Times. 1995 Dec 13-19; 91: 60

**40095**  Nixon, G. M., Glazner, J. A., Martin, J. M., Sawyer, S. M. Urinary incontinence in female adolescents with cystic fibrosis. Pediatrics. 2002 Aug; 110: e22

**40982**  Nobili, F., Copello, F., Buffoni, F., Vitali, P., Girtler, N., Bordoni, C., Safaie-Semnani, E., Mariani, G., Rodriguez, G. Regional cerebral blood flow and prognostic evaluation in Alzheimer's disease. Dement Geriatr Cogn Disord. 2001 Mar-Apr; 12: 89-97

**41595**  Nobili, F., Copello, F., Vitali, P., Prastaro, T., Carozzo, S., Perego, G., Rodriguez, G. Timing of disease progression by quantitative EEG in Alzheimer' s patients. J Clin Neurophysiol. 1999 Nov; 16: 566-73

**11044**  Noblett, K. L., Jensen, J. K., Ostergard, D. R. The relationship of body mass index to intra-abdominal pressure as measured by multichannel cystometry. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 323-6

**11848**  Nochajski, T. H., Burns, P. A., Pranikoff, K., Dittmar, S. S. Dimensions of urine loss among older women with genuine stress incontinence. Neurourol Urodyn. 1993; 12: 223-33

**3034**  Nochajski, T.H., Burns, P.A., Pranikoff, K., and Dittmar, S.S. Dimensions of urine loss among older women with genuine stress incontinence. Neurourol Urodyn. 1993; 12: 223-233

**43898**  Noe, H. N., Williams, R. S., Causey, J., Smith, D. P. Long-term effects of polytetrafluoroethylene injected into the rat bladder submucosa. Urology. 1994 Jun; 43: 852-5; discussion 855-6

**40420**  Nomura, S., Ishido, T., Tanaka, K., Komiya, A. Augmentation ileocystoplasty in patients with neurogenic bladder due to spinal cord injury or spina bifida. Spinal Cord. 2002 Jan; 40: 30-3

**44801**  Nordstrom, G. M., Nyman, C. R. Living with a urostomy. A follow up with special regard to the peristomal-skin complications, psychosocial and sexual life. Scand J Urol Nephrol Suppl. 1991; 138: 247-51

**Appendix A5 Bibliography sorted by Primary Author**

# American Urological Association, Inc.

## SUI Guidelines Panel

| | |
|---|---|
| 44928 | Nordstrom, G. M., Nyman, C. R., Theorell, T. The impact on work ability of ileal conduit urinary diversion. Scand J Soc Med. 1990 Jun; 18: 115-24 |
| 44552 | Nordstrom, G., Nyman, C. R., Theorell, T. Psychosocial adjustment and general state of health in patients with ileal conduit urinary diversion. Scand J Urol Nephrol. 1992; 26: 139-47 |
| 3326 | Nordstrom, G., Nyman, C.R., and Theorell, T. Psychosocial adjustment and general state of health in patients with ileal conduit urinary diversion. Scand J Urol Nephrol. 1992; 26: 139-147 |
| 3304 | Nordstrom, G.M., Nyman, C.R. Male and female sexual function and activity following ileal conduit urinary diversion. Br J Urol. 1992 Jul; 70: 33-39 |
| 43188 | Nordstrom, O., Sandin, R. Recall during intermittent propofol anaesthesia. Br J Anaesth. 1996 May; 76: 699-701 |
| 11110 | Norman, D., Neu, L., Pearce, K. L. Asking patients about incontinence. Adv Nurse Pract. 1997 May; 5: 12 |
| 44761 | Noronha-Blob, L., Kachur, J. F. Enantiomers of oxybutynin: in vitro pharmacological characterization at M1, M2 and M3 muscarinic receptors and in vivo effects on urinary bladder contraction, mydriasis and salivary secretion in guinea pigs. J Pharmacol Exp Ther. 1991 Feb; 256: 562-7 |
| 45053 | Noronha-Blob, L., Sturm, B. L., Lowe, V. C., Jackson, K. N., Kachur, J. F. In vitro and in vivo antimuscarinic effects of (-)cis 2,3-dihydro-3-(4- methylpiperazinylmethyl)-2-phenyl-1,5 benzothiazepin-4-(5H)one HCl (BTM-1086) in guinea pig peripheral tissues. Life Sci. 1990; 46: 1223-31 |
| 10255 | Norris, A., Scerri, A., Powell, M. Quality of anaesthesia for insertion of tension-free vaginal tape using local analgesia and sedation. Eur J Anaesthesiol. 2001 Nov; 18: 755-8 |
| 11369 | Norris, J. P., Breslin, D. S., Staskin, D. R. Use of synthetic material in sling surgery: a minimally invasive approach. J Endourol. 1996 Jun; 10: 227-30 |
| 44028 | North, A. Continence. The client's view. Nurs Times. 1994 Jan 26-Feb 1; 90: 80-2 |
| 11062 | North, B. B. A disposable adhesive patch for stress urinary incontinence. Fam Med. 1998 Apr; 30: 258-64 |
| 43110 | Norton, C. Asking simple questions: promoting continence (repeat) (continuing education credit). Nurs Stand. 1996 Jul 31; 10: 5-17; quiz 21-5 |
| 3090 | Norton, C. Continence. A helping handle. Nurs Times. 1993 Apr 21-27; 89: 76-78 |
| 3965 | Norton, C. Continence. A success story. Nurs Times. 1990 Aug 15-21; 86: 72 |
| 3219 | Norton, C. Continence. Continent's provision. Nurs Times. 1992 Oct 28-Nov 3; 88: 76-78 |
| 3268 | Norton, C. Incontinence in old age. Nurs Elder. 1992 Jul-Aug; 4: 17-18 |
| 3862 | Norton, C. Nurse prescribing. Prescribing rights. Nurs Stand. 1990 Nov 14-20; 5: 4-5 |
| 43133 | Norton, C. Providing appropriate services for continence: an overview. Nurs Stand. 1996 Jun 26; 10: 41-5 |
| 43786 | Norton, C., Fader, M. Continence management. Elder Care. 1994 Nov-Dec; 6: 23-7 |
| 12046 | Norton, K. R., Bhat, A. V., Stanton, S. L. Psychiatric aspects of urinary incontinence in women attending an outpatient urodynamic clinic. BMJ. 1990 Aug 4; 301: 271-2 |
| 3956 | Norton, K.R., Bhat, A.V., and Stanton, S.L. Psychiatric aspects of urinary incontinence in women attending an outpatient urodynamic clinic [see comments]. Bmj. 1990 Aug 4; 301: 271-272 |
| 11641 | Norton, P. A., Baker, J. E. Postural changes can reduce leakage in women with stress urinary incontinence. Obstet Gynecol. 1994 Nov; 84: 770-4 |
| 31637 | Norton, P. A., Baker, J. E., Sharp, H. C., Warenski, J. C. Genitourinary prolapse and joint hypermobility in women. Obstet Gynecol. 1995 Feb; 85: 225-8 |
| 10071 | Norton, P. A., Zinner, N. R., Yalcin, I., Bump, R. C. Duloxetine versus placebo in the treatment of stress urinary incontinence. Am J Obstet Gynecol. 2002 Jul; 187: 40-8 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

43813    Norton, P., Karram, M., Wall, L. L., Rosenzweig, B., Benson, J. T., Fantl, J. A. Randomized double-blind trial of terodiline in the treatment of urge incontinence in women. Obstet Gynecol. 1994 Sep; 84: 386-91

4030    Norton, P.A. Diagnostic evaluation: additional urodynamic testing. Clin Obstet Gynecol. 1990 Jun; 33: 325-329

4033    Norton, P.A. Prevalence and social impact of urinary incontinence in women. Clin Obstet Gynecol. 1990 Jun; 33: 295-297

43389    Notelovitz, M. Estrogen therapy in the management of problems associated with urogenital ageing: a simple diagnostic test and the effect of the route of hormone administration. Maturitas. 1995 Dec; 22 Suppl: S31-3

43903    Novell, J. R., Osborne, M. J., Winslet, M. C., Lewis, A. A. Prospective randomized trial of Ivalon sponge versus sutured rectopexy for full-thickness rectal prolapse. Br J Surg. 1994 Jun; 81: 904-6

31572    Noyes, W. R., Bastin, K., Edwards, S. A., Buchler, D. A., Stitt, J. A., Thomadsen, B. R., Fowler, J. F., Kinsella, T. J. Postoperative vaginal cuff irradiation using high dose rate remote afterloading: a phase II clinical protocol. Int J Radiat Oncol Biol Phys. 1995 Jul 30; 32: 1439-43

40706    Nuininga, J. E., Feitz, W. F., van Dael, K. C., de Gier, R. P., Cornelissen, E. A. Urological complications in pediatric renal transplantation. Eur Urol. 2001 May; 39: 598-602

43575    Nunns, D., Higgins, S. P., Hamad, H., Haye, K. R. An unusual cause of incontinence. Genitourin Med. 1995 Jun; 71: 197-8

40372    Nuotio, M., Jylha, M., Luukkaala, T., Tammela, T. L. Urgency, urge incontinence and voiding symptoms in men and women aged 70 years and over. BJU Int. 2002 Mar; 89: 350-5

51310    Nuotio, M., Jylha, M., Luukkaala, T., Tammela, T. L. Urinary incontinence in a Finnish population aged 70 and over. Prevalence of types, associated factors and self-reported treatments. Scand J Prim Health Care. 2003 Sep; 21: 182-7

55890    Nuotio, M., Tammela, T. L., Luukkaala, T., Jylha, M. Predictors of institutionalization in an older population during a 13-year period: the effect of urge incontinence. J Gerontol A Biol Sci Med Sci. 2003 Aug; 58: 756-62

57150    Nuotio, M., Tammela, T. L., Luukkaala, T., Jylha, M. Urgency and urge incontinence in an older population: ten-year changes and their association with mortality. Aging Clin Exp Res. 2002 Oct; 14: 412-9

3051    Nurse, D.E., Britton, J.P., and Mundy, A.R. Relative indications for orthotopic lower urinary tract reconstruction, continent urinary diversion and conduit urinary diversion. Br J Urol. 1993 May; 71: 562-565

42824    Nyberg, L., Gustafson, Y. Fall prediction index for patients in stroke rehabilitation. Stroke. 1997 Apr; 28: 716-21

43683    Nygaard, I. Prevention of exercise incontinence with mechanical devices. J Reprod Med. 1995 Feb; 40: 89-94

11174    Nygaard, I. E. Does prolonged high-impact activity contribute to later urinary incontinence? A retrospective cohort study of female Olympians. Obstet Gynecol. 1997 Nov; 90: 718-22

43030    Nygaard, I. E. Nonoperative management of urinary incontinence. Curr Opin Obstet Gynecol. 1996 Oct; 8: 347-50

43340    Nygaard, I. E. Postvoid residual volume cannot be accurately estimated by bimanual examination. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 74-6

11376    Nygaard, I. E., Glowacki, C., Saltzman, C. L. Relationship between foot flexibility and urinary incontinence in nulliparous varsity athletes. Obstet Gynecol. 1996 Jun; 87: 1049-51

11467    Nygaard, I. E., Kreder, K. J., Lepic, M. M., Fountain, K. A., Rhomberg, A. T. Efficacy of pelvic floor muscle exercises in women with stress, urge, and mixed urinary incontinence. Am J Obstet Gynecol. 1996 Jan; 174: 120-5

11332    Nygaard, I. E., Lemke, J. H. Urinary incontinence in rural older women: prevalence, incidence and remission. J Am Geriatr Soc. 1996 Sep; 44: 1049-54

59014    Nygaard, I. E., McCreery, R., Brubaker, L., Connolly, A., Cundiff, G., Weber, A. M., Zyczynski, H. Abdominal sacrocolpopexy: a comprehensive review. Obstet Gynecol. 2004 Oct; 104: 805-23

**Appendix A5 Bibliography sorted by Primary Author**

## American Urological Association, Inc.

### SUI Guidelines Panel

| | |
|---|---|
| 11664 | Nygaard, I. E., Thompson, F. L., Svengalis, S. L., Albright, J. P. Urinary incontinence in elite nulliparous athletes. Obstet Gynecol. 1994 Aug; 84: 183-7 |
| 12072 | Nygaard, I., DeLancey, J. O., Arnsdorf, L., Murphy, E. Exercise and incontinence. Obstet Gynecol. 1990 May; 75: 848-51 |
| 4086 | Nygaard, I., DeLancey, J.O., Arnsdorf, L., and Murphy, E. Exercise and incontinence. Obstet Gynecol. 1990 May; 75: 848-851 |
| 10654 | Nygaard, I., Holcomb, R. Reproducibility of the seven-day voiding diary in women with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 15-7 |
| 42369 | Nygaard, I., Linder, M. Thirst at work--an occupational hazard?. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 340-3 |
| 57510 | Nygaard, I., Turvey, C., Burns, T. L., Crischilles, E., Wallace, R. Urinary incontinence and depression in middle-aged United States women. Obstet Gynecol. 2003 Jan; 101: 149-56 |
| 43718 | Nygaard, I., Zmolek, G. Exercise pad testing in continent exercisers: reproducibility and correlation with voided volume, pyridium staining, and type of exercise. Neurourol Urodyn. 1995; 14: 125-9 |
| 44535 | Oakeshott, P., Hunt, G. M. Urinary incontinence in women. BMJ. 1992 Jan 25; 304: 255 |
| 3246 | Oakeshott, P., Hunt, G.M. Intermittent self catheterization for patients with urinary incontinence or difficulty emptying the bladder. Br J Gen Pract. 1992 Jun; 42: 253-255 |
| 3478 | Oakeshott, P., Hunt, G.M. Urinary incontinence in women [letter; comment]. Bmj. 1992 Jan 25; 304: 255 |
| 40014 | O'Boyle, A. L., Davis, G. D., Calhoun, B. C. Informed consent and birth: protecting the pelvic floor and ourselves. Am J Obstet Gynecol. 2002 Oct; 187: 981-3 |
| 44366 | O'Brien, D. P., Singh, J., Dias, P. S. Spinal epidermoid cyst and cauda equina syndrome in a teenage girl. Ir J Med Sci. 1992 Dec; 161: 675-8 |
| 43257 | O'Brien, J. Evaluating primary care interventions for incontinence. Nurs Stand. 1996 Feb 28; 10: 40-3 |
| 11912 | O'Brien, J. Measuring and treating urinary incontinence. Nurs Times. 1992 Apr 1-7; 88: 51-2 |
| 3533 | OBrien, J., Austin, M., Sethi, P., and OBoyle, P. Urinary incontinence: prevalence, need for treatment, and effectiveness of intervention by nurse [see comments]. Bmj. 1991 Nov 23; 303: 1308-1312 |
| 44598 | O'Brien, J., Austin, M., Sethi, P., O'Boyle, P. Urinary incontinence: prevalence, need for treatment, and effectiveness of intervention by nurse. BMJ. 1991 Nov 23; 303: 1308-12 |
| 43412 | O'Brien, J., Long, H. Urinary incontinence: long term effectiveness of nursing intervention in primary care. BMJ. 1995 Nov 4; 311: 1208 |
| 44386 | O'Connell, H. E., MacGregor, R. J., Russell, J. M. Female urinary incontinence. Management in primary care. Med J Aust. 1992 Oct 19; 157: 537-44 |
| 43455 | O'Connell, H. E., McGuire, E. J., Aboseif, S., Usui, A. Transurethral collagen therapy in women. J Urol. 1995 Oct; 154: 1463-5 |
| 10887 | O'Connell, H. E., McKertich, K. M. Common urological problems in women. Aust Fam Physician. 1998 Dec; 27: 1098-104 |
| 3186 | OConnell, H.E., MacGregor, R.J., and Russell, J.M. Female urinary incontinence. Management in primary care. Med J Aust. 1992 Oct 19; 157: 537-544 |
| 40960 | O'Connell-Gifford, E. Contact dermatitis complicated by environment. Ostomy Wound Manage. 2000 Sep; 46: 16-7 |
| 11019 | O'Connor, R. A. Impact of surgery for stress incontinence on morbidity. Treatment needs to be based on objective assessment rather than on symptoms. BMJ. 1998 Jul 11; 317: 143-4; discussion 144 |
| 10798 | O'Connor, R. A. Impact of surgery for stress incontinence on the social lives of women. Br J Obstet Gynaecol. 1999 Jun; 106: 613-4 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5. Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

41334    Odejinmi, F. Advances in women's health. Practitioner. 2000 Mar; 244: 214-6, 219-20, 222-3

44568    O'Donnell, B. F., Drachman, D. A., Barnes, H. J., Peterson, K. E., Swearer, J. M., Lew, R. A. Incontinence and troublesome behaviors predict institutionalization in dementia. J Geriatr Psychiatry Neurol. 1992 Jan-Mar; 5: 45-52

3430     ODonnell, B.F., Drachman, D.A., Barnes, H.J., Peterson, K.E., Swearer, J.M., and Lew, R.A. Incontinence and troublesome behaviors predict institutionalization in dementia. J Geriatr Psychiatry Neurol. 1992 Jan-Mar; 5: 45-52

3105     ODonnell, P. Volume-interval relationship of incontinence episodes in elderly inpatient men. Urology. 1993 Apr; 41: 334-337

11929    O'Donnell, P. D. Combined Raz urethral suspension and McGuire pubovaginal sling for treatment of complicated stress urinary incontinence. J Ark Med Soc. 1992 Jan; 88: 389-92

42483    O'Donnell, P. D. Special considerations in elderly individuals with urinary incontinence. Urology. 1998 Feb; 51: 20-3

3824     ODonnell, P.D., al-Juburi, A.Z. Microtip urethral pressure profile measurement in men. Urology. 1991 Feb; 37: 170-171

3626     ODonnell, P.D., Beck, C. Urinary incontinence volume patterns in elderly inpatient men. Urology. 1991 Aug; 38: 128-131

4168     ODonnell, P.D., Beck, C., and Walls, R.C. Serial incontinence assessment in elderly inpatient men. J Rehabil Res Dev. 1990 Winter; 27: 1-8

3868     ODonnell, P.D., Brookover, T., Hewett, M., and al-Juburi, A.Z. Continence level following radical prostatectomy. Urology. 1990 Dec; 36: 511-512

3801     ODonnell, P.D., Calandro, V.J., 2d. Incontinence management scale for elderly inpatient men. Urology. 1991 Mar; 37: 220-223

3717     ODonnell, P.D., Doyle, R. Biofeedback therapy technique for treatment of urinary incontinence. Urology. 1991 May; 37: 432-436

4020     ODonnell, P.D., Finkbeiner, A.E., and Beck, C. Urinary incontinence volume measurement in elderly male inpatients. Urology. 1990 Jun; 35: 499-503

11780    O'Dowd, T. C. Management of urinary incontinence in women. Br J Gen Pract. 1993 Oct; 43: 426-9

43945    O'Dowd, T. C. Urinary incontinence in women--a conundrum. Br J Gen Pract. 1994 Apr; 44: 147-8

56910    Oertel, W. H., Wachter, T., Quinn, N. P., Ulm, G., Brandstadter, D. Reduced genital sensitivity in female patients with multiple system atrophy of parkinsonian type. Mov Disord. 2003 Apr; 18: 430-2

3992     Oesterling, J.E., Gearhart, J.P. Utilization of ileal conduit in construction of continent urinary reservoir. Urology. 1990 Jul; 36: 15-19

11923    O'Flynn, K. J., Murphy, R., Thomas, D. G. Neurogenic bladder dysfunction in lumbar intervertebral disc prolapse. Br J Urol. 1992 Jan; 69: 38-40

12002    O'Flynn, K. J., Thomas, D. G. Artificial urinary sphincter insertion in congenital neuropathic bladder. Br J Urol. 1991 Feb; 67: 155-7

3486     OFlynn, K.J., Murphy, R., and Thomas, D.G. Neurogenic bladder dysfunction in lumbar intervertebral disc prolapse. Br J Urol. 1992 Jan; 69: 38-40

10290    Oge, O. Re: Protracted urinary retention necessitating urethrolysis following tension-free vaginal tape surgery. J Urol. 2001 Sep; 166: 1009-10

41412    Oge, O., Tekgul, S., Ergen, A., Kendi, S. Urothelium-preserving augmentation cystoplasty covered with a peritoneal flap. BJU Int. 2000 May; 85: 802-5

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

54220   Oglesby, P. A., Carter, A. Ultrasonographic diagnosis of unilateral ectopic ureter in a Labrador dog. J S Afr Vet Assoc. 2003 Sep; 74: 84-6

11878   Ogundipe, A., Rosenzweig, B. A., Karram, M. M., Blumenfeld, D., Bhatia, N. N. Modified suburethral sling procedure for treatment of recurrent or severe stress urinary incontinence. Surg Gynecol Obstet. 1992 Aug; 175: 173-6

3312   Ogundipe, A., Rosenzweig, B.A., Karram, M.M., Blumenfeld, D., and Bhatia, N.N. Modified suburethral sling procedure for treatment of recurrent or severe stress urinary incontinence. Surg Gynecol Obstet. 1992 Aug; 175: 173-176

43626   Oh, C., Divino, C. M., Steinhagen, R. M. Anal fissure. 20-year experience. Dis Colon Rectum. 1995 Apr; 38: 378-82

41346   Oi, S., Shimoda, M., Shibata, M., Honda, Y., Togo, K., Shinoda, M., Tsugane, R., Sato, O. Pathophysiology of long-standing overt ventriculomegaly in adults. J Neurosurg. 2000 Jun; 92: 933-40

3534   Ojanuga, D. Preventing birth injury among women in Africa: case studies in northern Nigeria. Am J Orthopsychiatry. 1991 Oct; 61: 533-539

11091   Okada, H., Sengoku, J., Gohji, K., Arakawa, S., Kamidono, S. Clinical effect of propiverine in patients with urge or stress incontinence. Kobe University Incontinence Study Group. Hinyokika Kiyo. 1998 Jan; 44: 65-9

41646   Okada, N., Igawa, Y., Nishizawa, O. Functional electrical stimulation for detrusor instability. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 329-35

42392   Okada, N., Igawa, Y., Ogawa, A., Nishizawa, O. Transcutaneous electrical stimulation of thigh muscles in the treatment of detrusor overactivity. Br J Urol. 1998 Apr; 81: 560-4

43058   Okada, Y., Shichiri, Y., Terai, A., Kakehi, Y., Terachi, T., Arai, Y., Yoshida, O. Management of late complications of continent urinary diversion using the Kock pouch and the Indiana pouch procedures. Int J Urol. 1996 Sep; 3: 334-9

42608   Okkens, A. C., Kooistra, H. S., Nickel, R. F. Comparison of long-term effects of ovariectomy versus ovariohysterectomy in bitches. J Reprod Fertil Suppl. 1997; 51: 227-31

10279   Okonkwo, J. E., Obionu, C. O., Obiechina, N. J. Factors contributing to urinary incontinence and pelvic prolapse in Nigeria. Int J Gynaecol Obstet. 2001 Sep; 74: 301-3

10125   Okorocha, I., Cumming, G., Gould, I. Female urodynamics and lower urinary tract infection. BJU Int. 2002 Jun; 89: 863-7

43060   Okur, H., Kucikaydin, M., Kazez, A., Turan, C., Bozkurt, A. Genitourinary tract injuries in girls. Br J Urol. 1996 Sep; 78: 446-9

50970   Olah, K. S. Vaginal colposuspension: a new approach to an established continence procedure. J Obstet Gynaecol. 2003 Nov; 23: 687-8

12104   Olah, K. S., Bridges, N., Denning, J., Farrar, D. J. The conservative management of patients with symptoms of stress incontinence: a randomized, prospective study comparing weighted vaginal cones and interferential therapy. Am J Obstet Gynecol. 1990 Jan; 162: 87-92

4187   Olah, K.S., Bridges, N., Denning, J., and Farrar, D.J. The conservative management of patients with symptoms of stress incontinence: a randomized, prospective study comparing weighted vaginal cones and interferential therapy. Am J Obstet Gynecol. 1990 Jan; 162: 87-92

3370   Olbing, H. Management of the incontinent child in general practice. The paediatrician's viewpoint. Scand J Urol Nephrol Suppl. 1992; 141: 126-134

56890   Olby, N., Levine, J., Harris, T., Munana, K., Skeen, T., Sharp, N. Long-term functional outcome of dogs with severe injuries of the thoracolumbar spinal cord: 87 cases (1996-2001). J Am Vet Med Assoc. 2003 Mar 15; 222: 762-9

3118   Oldbury, M. Continence. Hard won comfort. Nurs Times. 1992 Mar 25-31; 88: 86

---

# American Urological Association, Inc.

**SUI Guidelines Panel**

41198   O'Leary, M. P., Gee, W. F., Holtgrewe, H. L., Blute, M. L., Cooper, T. P., Miles, B. J., Nellans, R. E., Thomas, R., Painter, M. R., Meyer, J. J., Naslund, M. J., Gormley, E. A., Blizzard, R., Fenninger, R. B. 1999 American Urological Association Gallup Survey: changes in physician practice patterns, treatment of incontinence and bladder cancer, and impact of managed care. J Urol. 2000 Oct; 164: 1311-6

3334   Oliver, H. Contracting for a continence service. Nurs Stand. 1992 Jun 10-16; 6: 25-27

44600   Oliver, J. R., Wheeless, C. R.,  Jr, Fakhoury, G. Correction of incontinent ileocolic urostomy with Kock's nipple valve. Gynecol Oncol. 1991 Nov; 43: 178-81

3538   Oliver, J.R., Wheeless, C.R., Jr., and Fakhoury, G. Correction of incontinent ileocolic urostomy with Kock's nipple valve. Gynecol Oncol. 1991 Nov; 43: 178-181

57660   Oliver, S., Fowler, C., Mundy, A., Craggs, M. Measuring the sensations of urge and bladder filling during cystometry in urge incontinence and the effects of neuromodulation. Neurourol Urodyn. 2003; 22: 7-16

42150   Olsen, A. L., Benson, J. T., McClellan, E. Urethral sphincter needle electromyography in women: comparison of periurethral and transvaginal approaches. Neurourol Urodyn. 1998; 17: 531-5

42827   Olsen, A. L., Smith, V. J., Bergstrom, J. O., Colling, J. C., Clark, A. L. Epidemiology of surgically managed pelvic organ prolapse and urinary incontinence. Obstet Gynecol. 1997 Apr; 89: 501-6

10936   Olson, M. E., Morck, D. W., Ceri, H., Lee, C. C., Chancellor, M. B. Evaluation of autologous fat implantation in the rat urinary bladder submucosa. Urology. 1998 Nov; 52: 915-9

40458   Olson, P. N., Kustritz, M. V., Johnston, S. D. Early-age neutering of dogs and cats in the United States (a review). J Reprod Fertil Suppl. 2001; 57: 223-32

10713   Olsson, I., Kroon, U. A three-year postoperative evaluation of tension-free vaginal tape. Gynecol Obstet Invest. 1999; 48: 267-9

41625   O'Meara, B. Continence. Hidden dangers. Nurs Times. 1999 Aug 4-10; 95: 70, 73

52350   O'Neil, B., Gilmour, D. Approach to urinary incontinence in women. Diagnosis and management by family physicians. Can Fam Physician. 2003 May; 49: 611-8

40241   Ong, L. C., Lim, Y. N., Sofiah, A. Malaysian children with spina bifida: relationship between functional outcome and level of lesion. Singapore Med J. 2002 Jan; 43: 012-7

41634   Ong, N. C., Dwyer, P. L. Labial fusion causing voiding difficulty and urinary incontinence. Aust N Z J Obstet Gynaecol. 1999 Aug; 39: 391-3

43139   Oostra, K., Everaert, K., Van Laere, M. Urinary incontinence in brain injury. Brain Inj. 1996 Jun; 10: 459-64

44156   Oot-Giromini, B. A. Pressure ulcer prevalence, incidence and associated risk factors in the community. Decubitus. 1993 Sep; 6: 24-32

41550   Opeskin, K., Clarke, I., Berkovic, S. F. Prolactin levels in sudden unexpected death in epilepsy. Epilepsia. 2000 Jan; 41: 48-51

11566   Opsomer, R. J. Female urinary incontinence: imaging by or for the urologist. Acta Urol Belg. 1995 May; 63: 31-4

53310   Ord, T., Hilton, P. Anaesthesia for tension-free vaginal tape. Eur Urol. 2003 Feb; 43: 205-7; author reply 207

10961   Ordonez, E., Zivkovic, F., Moser, F., Tamussino, K. Inadvertent ureteral catheterizaion with a microtip catheter at cystometry. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 184-5

11666   Ordorica, R. C. Surgical repair of stress urinary incontinence. R I Med. 1994 Aug; 77: 275-7

41394   Ordorica, R. C., Masel, J., Seigne, J., Persky, L., Lockhart, J. L. Evaluation and management of mechanical dysfunction in continent colonic urinary reservoirs. J Urol. 2000 Jun; 163: 1679-84

11667   Ordorica, R., Stein, B. Incontinence: defining the problem. R I Med. 1994 Aug; 77: 262-3

40490   O'Reilly, B. A., Kosaka, A. H., Knight, G. F., Chang, T. K., Ford, A. P., Rymer, J. M., Popert, R., Burnstock, G., McMahon, S. B. P2X receptors and their role in female idiopathic detrusor instability. J Urol. 2002 Jan; 167: 157-64

10197    O'Reilly, K. J., Govier, F. E. Intermediate term failure of pubovaginal slings using cadaveric fascia lata: a case series. J Urol. 2002 Mar; 167: 1356-8

53420    Oremus, M., Collet, J. P., Corcos, J., Shapiro, S. H. A survey of physician efficacy requirements to plan clinical trials. Pharmacoepidemiol Drug Saf. 2002 Dec; 11: 677-85

51430    Oremus, M., Collet, J. P., Shapiro, S. H., Penrod, J., Corcos, J. Surgery versus collagen for female stress urinary incontinence: economic assessment in Ontario and Quebec. Can J Urol. 2003 Aug; 10: 1934-44

44427    Orlander, J. D., Jick, S. S., Dean, A. D., Jick, H. Urinary tract infections and estrogen use in older women. J Am Geriatr Soc. 1992 Aug; 40: 817-20

 3844    Orovan, W.L., Davis, I.R. Kock to urethra: continent functional bladder replacement. Can J Surg. 1990 Apr; 33: 91-94

40759    Orr, A., McVean, R. J., Webb, A. K., Dodd, M. E. Questionnaire survey of urinary incontinence in women with cystic fibrosis. BMJ. 2001 Jun 23; 322: 1521

43691    Ortiz, V., Goldenberg, S. Hypergastrinemia following gastrocystoplasty in rats. Urol Res. 1995; 23: 361-3

59212    Oskay, U. Y., Beji, N. K., Yalcin, O. A study on urogenital complaints of postmenopausal women aged 50 and over. Acta Obstet Gynecol Scand. 2005 Jan; 84: 72-8

50820    Osman, T. Stress incontinence surgery for patients presenting with mixed incontinence and a normal cystometrogram. BJU Int. 2003 Dec; 92: 964-8

59127    Osmonov, D. K., Portillo, F. J. Re: functional and neuroanatomical effects of vaginal distention and pudendal nerve crush in the female rat. J Urol. 2004 Jun; 171: 2388; author reply 2388-9

11045    Ostergard, D. R. Primary slings for everyone with genuine stress incontinence? The argument against. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 321-2

11555    Ostergard, D. R. Urogynecology and pelvic reconstructive surgery: office preoperative evaluation of the incontinent female. Int J Gynaecol Obstet. 1995 Jul; 49 Suppl: S43-7

43674    Osterweil, D., Martin, M., Syndulko, K. Predictors of skilled nursing placement in a multilevel long-term-care facility. J Am Geriatr Soc. 1995 Feb; 43: 108-12

11028    Ostrzenski, A. Genuine stress urinary incontinence in women. New laparoscopic paravaginal reconstruction. J Reprod Med. 1998 Jun; 43: 477-82

10941    Ostrzenski, A., Osborne, N. G. Ultrasonography as a screening tool for paravaginal defects in women with stress incontinence: a pilot study. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 195-9

11175    Ostrzenski, A., Osborne, N. G., Ostrzenska, K. Method for diagnosing paravaginal defects using contrast ultrasonographic technique. J Ultrasound Med. 1997 Oct; 16: 673-7

11577    O'Sullivan, D. C., Chilton, C. P., Munson, K. W. Should Stamey colposuspension be our primary surgery for stress incontinence?. Br J Urol. 1995 Apr; 75: 457-60

51580    O'Sullivan, R., Simons, A., Prashar, S., Anderson, P., Louey, M., Moore, K. H. Is objective cure of mild undifferentiated incontinence more readily achieved than that of moderate incontinence? Costs and 2-year outcome. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 193-8; discussion 198

11757    Ou, C. S., Presthus, J., Beadle, E. Laparoscopic bladder neck suspension using hernia mesh and surgical staples. J Laparoendosc Surg. 1993 Dec; 3: 563-6

10802    Ou, C. S., Rowbotham, R. Five-year follow-up of laparoscopic bladder neck suspension using synthetic mesh and surgical staples. J Laparoendosc Adv Surg Tech A. 1999 Jun; 9: 249-52

42678    Ouslander, J. G. Aging and the lower urinary tract. Am J Med Sci. 1997 Oct; 314: 214-8

40716    Ouslander, J. G., Ai-Samarrai, N., Schnelle, J. F. Prompted voiding for nighttime incontinence in nursing homes: is it effective?. J Am Geriatr Soc. 2001 Jun; 49: 706-9

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

42422   Ouslander, J. G., Buxton, W. G., Al-Samarrai, N. R., Cruise, P. A., Alessi, C., Schnelle, J. F. Nighttime urinary incontinence and sleep disruption among nursing home residents. J Am Geriatr Soc. 1998 Apr; 46: 463-6

10719   Ouslander, J. G., Cooper, E., Godley, D. Estrogen treatment for incontinence in frail older women. J Am Geriatr Soc. 1999 Nov; 47: 1383-4

40714   Ouslander, J. G., Greendale, G. A., Uman, G., Lee, C., Paul, W., Schnelle, J. Effects of oral estrogen and progestin on the lower urinary tract among female nursing home residents. J Am Geriatr Soc. 2001 Jun; 49: 803-7

42149   Ouslander, J. G., Nasr, S. Z., Miller, M., Withington, W., Lee, C. S., Wiltshire-Clement, M., Cruise, P., Schnelle, J. F. Arginine vasopressin levels in nursing home residents with nighttime urinary incontinence. J Am Geriatr Soc. 1998 Oct; 46: 1274-9

44123   Ouslander, J. G., Palmer, M. H., Rovner, B. W., German, P. S. Urinary incontinence in nursing homes: incidence, remission and associated factors. J Am Geriatr Soc. 1993 Oct; 41: 1083-9

43557   Ouslander, J. G., Schapira, M., Fingold, S., Schnelle, J. Accuracy of rapid urine screening tests among incontinent nursing home residents with asymptomatic bacteriuria. J Am Geriatr Soc. 1995 Jul; 43: 772-5

43643   Ouslander, J. G., Schapira, M., Schnelle, J. F. Urine specimen collection from incontinent female nursing home residents. J Am Geriatr Soc. 1995 Mar; 43: 279-81

43222   Ouslander, J. G., Schapira, M., Schnelle, J. F., Fingold, S. Pyuria among chronically incontinent but otherwise asymptomatic nursing home residents. J Am Geriatr Soc. 1996 Apr; 44: 420-3

43582   Ouslander, J. G., Schapira, M., Schnelle, J. F., Uman, G., Fingold, S., Tuico, E., Nigam, J. G. Does eradicating bacteriuria affect the severity of chronic urinary incontinence in nursing home residents?. Ann Intern Med. 1995 May 15; 122: 749-54

43638   Ouslander, J. G., Schnelle, J. F. Incontinence in the nursing home. Ann Intern Med. 1995 Mar 15; 122: 438-49

43583   Ouslander, J. G., Schnelle, J. F., Uman, G., Fingold, S., Nigam, J. G., Tuico, E., Bates-Jensen, B. Predictors of successful prompted voiding among incontinent nursing home residents. JAMA. 1995 May 3; 273: 1366-70

43569   Ouslander, J. G., Schnelle, J. F., Uman, G., Fingold, S., Nigam, J. G., Tuico, E., Jensen, B. B. Does oxybutynin add to the effectiveness of prompted voiding for urinary incontinence among nursing home residents? A placebo-controlled trial. J Am Geriatr Soc. 1995 Jun; 43: 610-7

40961   Ouslander, J. G., Shih, Y. T., Malone-Lee, J., Luber, K. Overactive bladder: special considerations in the geriatric population. Am J Manag Care. 2000 Jul; 6: S599-606

43221   Ouslander, J. G., Simmons, S., Schnelle, J., Uman, G., Fingold, S. Effects of prompted voiding on fecal continence among nursing home residents. J Am Geriatr Soc. 1996 Apr; 44: 424-8

43770   Ouslander, J. G., Simmons, S., Tuico, E., Nigam, J. G., Fingold, S., Bates-Jensen, B., Schnelle, J. F. Use of a portable ultrasound device to measure post-void residual volume among incontinent nursing home residents. J Am Geriatr Soc. 1994 Nov; 42: 1189-92

44979   Ouslander, J. G., Zarit, S. H., Orr, N. K., Muira, S. A. Incontinence among elderly community-dwelling dementia patients. Characteristics, management, and impact on caregivers. J Am Geriatr Soc. 1990 Apr; 38: 440-5

41601   Ouslander, J., Johnson, T., Nasr, S., Schnelle, J., Miller, M. Atrial natriuretic peptide levels in geriatric patients with nocturia and nursing home residents with nighttime incontinence. J Am Geriatr Soc. 1999 Dec; 47: 1439-44

3111   Ouslander, J., Schnelle, J., Simmons, S., Bates-Jensen, B., and Zeitlin, M. The dark side of incontinence: nighttime incontinence in nursing home residents. J Am Geriatr Soc. 1993 Apr; 41: 371-376

44251   Ouslander, J., Schnelle, J., Simmons, S., Bates-Jensen, B., Zeitlin, M. The dark side of incontinence: nighttime incontinence in nursing home residents. J Am Geriatr Soc. 1993 Apr; 41: 371-6

3508   Ouslander, J.G. Geriatric urinary incontinence. Dis Mon. 1992 Feb; 38: 65-149

4154   Ouslander, J.G. Urinary incontinence in nursing homes. J Am Geriatr Soc. 1990 Mar; 38: 289-291

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5: Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

| | |
|---|---|
| 3557 | Ouslander, J.G. Urinary incontinence in the geriatric population. Nippon Ronen Igakkai Zasshi. 1991 Jul; 28: 484-492 |
| 4015 | Ouslander, J.G., Abelson, S. Perceptions of urinary incontinence among elderly outpatients. Gerontologist. 1990 Jun; 30: 369-372 |
| 4075 | Ouslander, J.G., Zarit, S.H., Orr, N.K., and Muira, S.A. Incontinence among elderly community-dwelling dementia patients. Characteristics, management, and impact on caregivers. J Am Geriatr Soc. 1990 Apr; 38: 440-445 |
| 3168 | Overmeyer, S., Rothenberger, A., and Koelfen, W. Psychiatric disturbances in children with hamartomas: a neglected somatopsychic issue. A case report. Acta Paedopsychiatr. 1992; 55: 243-249 |
| 44571 | Overmeyer, S., Rothenberger, A., Koelfen, W. Psychiatric disturbances in children with hamartomas. A neglected somatopsychic issue. A case report. Acta Paedopsychiatr. 1992; 55: 243-9 |
| 43553 | Owen, D. C., Getz, P. A., Bulla, S. A comparison of characteristics of patients with completed stroke: those who achieve continence and those who do not. Rehabil Nurs. 1995 Jul-Aug; 20: 197-203 |
| 10994 | Owens, R. G., Karram, M. M. Comparative tolerability of drug therapies used to treat incontinence and enuresis. Drug Saf. 1998 Aug; 19: 123-39 |
| 42446 | Ozawa, H., Kumon, H., Ichikawa, T., Nagai, A., Ohmori, H. Urodynamic changes after endoscopic correction of vesicoureteral reflux. Int J Urol. 1998 Jan; 5: 103-5 |
| 41172 | Ozawa, H., Noma, S., Yoshida, Y., Sekine, H., Hashimoto, T. Acute disseminated encephalomyelitis associated with poliomyelitis vaccine. Pediatr Neurol. 2000 Aug; 23: 177-9 |
| 30933 | Ozcan, U., Gungor, T., Ekin, M., Eken, S. Sacrospinous fixation for the prolapsed vaginal vault. Gynecol Obstet Invest. 1999; 47: 65-8 |
| 10757 | Ozek, C., Gurler, T., Alper, M., Gundogan, H., Bilkay, U., Songur, E., Akin, Y., Cagdas, A. Modified McIndoe procedure for vaginal agenesis. Ann Plast Surg. 1999 Oct; 43: 393-6 |
| 11073 | Pace, J., Ballard, C. A., Klutke, J., Klutke, C., Kobak, W. Intraoperative transvesical cystoscopy for urogynecologic procedures. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 265-9 |
| 10026 | Paddison, K. Complying with pelvic floor exercises: a literature review. Nurs Stand. 2002 Jun 12-18; 16: 33-8 |
| 41844 | Page, A. Twelve years of hell. Nurs Times. 1999 May 5-11; 95: 65-6, 69 |
| 44672 | Page, S. W. Diethylstilboestrol--clinical pharmacology and alternatives in small animal practice. Aust Vet J. 1991 Jul; 68: 226-30 |
| 10341 | Pages, I. H., Jahr, S., Schaufele, M. K., Conradi, E. Comparative analysis of biofeedback and physical therapy for treatment of urinary stress incontinence in women. Am J Phys Med Rehabil. 2001 Jul; 80: 494-502 |
| 59050 | Paick, J. S., Ku, J. H., Kim, S. W., Oh, S. J., Son, H., Shin, J. W. Tension-free vaginal tape procedure for the treatment of mixed urinary incontinence: significance of maximal urethral closure pressure. J Urol. 2004 Sep; 172: 1001-5 |
| 50120 | Paick, J. S., Ku, J. H., Shin, J. W., Park, K. J., Kim, S. W., Oh, S. J. Shortening of tension-free vaginal tape for the treatment of recurrent incontinence. J Urol. 2004 Apr; 171: 1634 |
| 59227 | Paick, J. S., Ku, J. H., Shin, J. W., Park, K., Son, H., Oh, S. J., Kim, S. W. Significance of pad test loss for the evaluation of women with urinary incontinence. Neurourol Urodyn. 2005; 24: 39-43 |
| 59035 | Paick, J. S., Ku, J. H., Shin, J. W., Son, H., Oh, S. J., Kim, S. W. Tension-free vaginal tape procedure for urinary incontinence with low Valsalva leak point pressure. J Urol. 2004 Oct; 172: 1370-3 |
| 10131 | Pajoncini, C., Costantini, E., Guercini, F., Porena, M. Intrinsic sphincter deficiency: do the maximum urethral closure pressure and the Valsalva leak-point pressure identify different pathogenic mechanisms?. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 30-5 |
| 41868 | Pakiam, A. S., Bergeron, C., Lang, A. E. Diffuse Lewy body disease presenting as multiple system atrophy. Can J Neurol Sci. 1999 May; 26: 127-31 |

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

42661   Palace, J., Chandiramani, V. A., Fowler, C. J. Value of sphincter electromyography in the diagnosis of multiple system atrophy. Muscle Nerve. 1997 Nov; 20: 1396-403

42145   Palacio, M. M., Van Aalst, V. C., Perez Abadia, G. A., Stremel, R. W., Werker, P. M., Ren, X., Petty, G. D., Heilman, S. J., Van Savage, J. G., Garcia Fernandez, A., Kon, M., Tobin, G. R., Barker, J. H. Muscular urinary sphincter: electrically stimulated myoplasty for functional sphincter reconstruction. J Urol. 1998 Nov; 160: 1867-71

41531   Palacios, S. Current perspectives on the benefits of HRT in menopausal women. Maturitas. 1999 Nov; 33 Suppl 1: S1-13

59180   Palma, P. C., Dambros, M., Riccetto, C. Z., Thiel, M., Netto, N. R.,  Jr The Ibero-American experience with a re-adjustable minimally invasive sling. BJU Int. 2005 Feb; 95: 341-5

11249   Palma, P. C., Riccetto, C. L., Herrmann, V., Netto, N. R.,  Jr Repeated lipoinjections for stress urinary incontinence. J Endourol. 1997 Feb; 11: 67-70

11417   Palma, P. C., Riccetto, C. L., Netto Junior, N. R. Urethral pseudolipoma: a complication of periurethral lipo-injection for stress urinary incontinence in a woman. J Urol. 1996 Feb; 155: 646

11234   Palmer, M. H. Pelvic muscle rehabilitation: where do we go from here?. J Wound Ostomy Continence Nurs. 1997 Mar; 24: 98-105

42721   Palmer, M. H. Response to Moore's commentary on 'Urinary continence changes after hip fracture repair'. Clin Nurs Res. 1997 Aug; 6: 300-1

40431   Palmer, M. H. Urinary incontinence in nursing homes. J Wound Ostomy Continence Nurs. 2002 Jan; 29: 4-5

40034   Palmer, M. H., Baumgarten, M., Langenberg, P., Carson, J. L. Risk factors for hospital-acquired incontinence in elderly female hip fracture patients. J Gerontol A Biol Sci Med Sci. 2002 Oct; 57: M672-7

41938   Palmer, M. H., Bennett, R. G., Marks, J., McCormick, K. A., Engel, B. T. Urinary incontinence: a program that works. J Long Term Care Adm. 1994 Summer; 22: 19-25

53030   Palmer, M. H., Fitzgerald, S. Urinary incontinence in working women: a comparison study. J Womens Health (Larchmt). 2002 Dec; 11: 879-88

41735   Palmer, M. H., Fitzgerald, S., Berry, S. J., Hart, K. Urinary incontinence in working women: an exploratory study. Women Health. 1999; 29: 67-82

44590   Palmer, M. H., German, P. S., Ouslander, J. G. Risk factors for urinary incontinence one year after nursing home admission. Res Nurs Health. 1991 Dec; 14: 405-12

44509   Palmer, M. H., McCormick, K. A., Langford, A., Langlois, J., Alvaran, M. Continence outcomes: documentation on medical records in the nursing home environment. J Nurs Care Qual. 1992 Apr; 6: 36-43

42855   Palmer, M. H., Myers, A. H., Fedenko, K. M. Urinary continence changes after hip-fracture repair. Clin Nurs Res. 1997 Feb; 6: 8-21; discussion 21-4

3882   Palmer, M.H. Urinary incontinence. Nurs Clin North Am. 1990 Dec; 25: 919-934

3467   Palmer, M.H., German, P.S., and Ouslander, J.G. Risk factors for urinary incontinence one year after nursing home admission. Res Nurs Health. 1991 Dec; 14: 405-412

3457   Palmer, M.H., McCormick, K.A., Langford, A., Langlois, J., and Alvaran, M. Continence outcomes: documentation on medical records in the nursing home environment. J Nurs Care Qual. 1992 Apr; 6: 36-43

4170   Palmer, R.M. Ambulatory management of urinary incontinence in the frail elderly. Geriatrics. 1990 Mar; 45: 61-66

10112   Palomba, S., Russo, T., Iuzzolino, D., Cosco, C., Noia, R., Arduino, B., Morelli, M., Zullo, F. Comparison between two laparoscopic retropubic urethropexy. Minerva Chir. 2002 Jun; 57: 323-9

43547   Palumbo, M. V. Continence consultation for the rural homebound. Home Healthc Nurse. 1995 Jul-Aug; 13: 61-7; quiz 68-70

10174   Palumbo, M. V. Pessary placement and management. Ostomy Wound Manage. 2000 Dec; 46: 40-5

**American Urological Association, Inc.**

SUI Guidelines Panel

---

**11183**   Pandit, L., Ouslander, J. G. Postmenopausal vaginal atrophy and atrophic vaginitis. Am J Med Sci. 1997 Oct; 314: 228-31

**42271**   Pandita, R. K., Nylen, A., Andersson, K. E. Oxytocin-induced stimulation and inhibition of bladder activity in normal, conscious rats--influence of nitric oxide synthase inhibition. Neuroscience. 1998 Aug; 85: 1113-9

**3081**   Pang, D. Sacral agenesis and caudal spinal cord malformations. Neurosurgery. 1993 May; 32: 755-78;discussion778-9

**51350**   Pang, M. W., Chan, L. W., Yip, S. K. One-year urodynamic outcome and quality of life in patients with concomitant tension-free vaginal tape during pelvic floor reconstruction surgery for genitourinary prolapse and urodynamic stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 256-60; discussion 259-60

**41001**   Pannek, J. Vesicostomy in adult meningomyelocele patients. Reappraisal of an old technique. Int Urol Nephrol. 1999; 31: 643-5

**10274**   Pannek, J., Brands, F. H., Senge, T. Particle migration after transurethral injection of carbon coated beads for stress urinary incontinence. J Urol. 2001 Oct; 166: 1350-3

**11293**   Pannek, J., Haupt, G., Sommerfeld, H. J., Schulze, H., Senge, T. Urodynamic and rectomanometric findings in urinary incontinence. Scand J Urol Nephrol. 1996 Dec; 30: 457-60

**41858**   Pannek, J., Muller, M., Haupt, G. An unexpected complicationof the remote-controlled intraurethral valve pump for urinary incontinence. Urol Int. 1998; 61: 235-6

**42458**   Pannek, J., Sommerfeld, H. J. Ovarian cystoid causing Kock pouch incontinence. Urol Int. 1998; 60: 59-61

**3048**   Pannill, F.C., 3d. Urinary incontinence for the primary care physician. Conn Med. 1993 May; 57: 299-308

**41087**   Pannu, H. K., Kaufman, H. S., Cundiff, G. W., Genadry, R., Bluemke, D. A., Fishman, E. K. Dynamic MR imaging of pelvic organ prolapse: spectrum of abnormalities. Radiographics. 2000 Nov-Dec; 20: 1567-82

**43363**   Pantuck, A. J., Barone, J. G., Rosenfeld, D. L., Fleisher, M. H. Occult bilateral ectopic vaginal ureters causing urinary incontinence: diagnosis by computed tomography. Abdom Imaging. 1996 Jan-Feb; 21: 78-80

**10822**   Pantuck, A. J., Li, R. Z., Perrotti, M. Stamey needle passage of fascial pubovaginal sling after failed vesicourethropexy. Tech Urol. 1999 Mar; 5: 21-3

**40783**   Paolucci, S., Antonucci, G., Grasso, M. G., Pizzamiglio, L. The role of unilateral spatial neglect in rehabilitation of right brain- damaged ischemic stroke patients: a matched comparison. Arch Phys Med Rehabil. 2001 Jun; 82: 743-9

**10980**   Papa Petros, P. E. A cystocele may compensate for latent stress incontinence by stretching the vaginal hammock. Gynecol Obstet Invest. 1998; 46: 206-9

**11672**   Papa Petros, P. E. Ambulatory surgery for urinary incontinence and vaginal prolapse. Med J Aust. 1994 Jul 18; 161: 171-2

**41574**   Papa Petros, P. E. Cure of urinary and fecal incontinence by pelvic ligament reconstruction suggests a connective tissue etiology for both. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 356-60

**41960**   Papa Petros, P. E. Detrusor instability and low compliance may represent different levels of disturbance in peripheral feedback control of the micturition reflex. Neurourol Urodyn. 1999; 18: 81-91

**11646**   Papa Petros, P. E. Tissue reaction to implanted foreign materials for cure of stress incontinence. Am J Obstet Gynecol. 1994 Oct; 171: 1159

**11003**   Papa Petros, P. E., Bush, M. B. A mathematical model for micturition gives new insights into pressure measurement and function. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 103-7

**11868**   Papa Petros, P. E., Ulmsten, U. An analysis of rapid pad testing and the history for the diagnosis of stress incontinence. Acta Obstet Gynecol Scand. 1992 Oct; 71: 529-36

**10846**   Papa Petros, P. E., Ulmsten, U. An anatomical classification--a new paradigm for management of urinary dysfunction in the female. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 29-35

---

   © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.   

**Appendix A5: Bibliography sorted by Primary Author**

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

11190    Papa Petros, P. E., Ulmsten, U. Role of the pelvic floor in bladder neck opening and closure II: vagina. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 69-73

40037    Papais-Alvarenga, R. M., Miranda-Santos, C. M., Puccioni-Sohler, M., de Almeida, A. M., Oliveira, S., Basilio De Oliveira, C. A., Alvarenga, H., Poser, C. M. Optic neuromyelitis syndrome in Brazilian patients. J Neurol Neurosurg Psychiatry. 2002 Oct; 73: 429-35

11247    Papasakelariou, C., Papasakelariou, B. Laparoscopic bladder neck suspension. J Am Assoc Gynecol Laparosc. 1997 Feb; 4: 185-9

53870    Paraiso, M. F., Muir, T. W., Sokol, A. I. Are midurethral slings the gold standard surgical treatment for primary genuine stress incontinence?. J Am Assoc Gynecol Laparosc. 2002 Nov; 9: 405-7

59221    Paraiso, M. F., Walters, M. D., Karram, M. M., Barber, M. D. Laparoscopic Burch colposuspension versus tension-free vaginal tape: a randomized trial. Obstet Gynecol. 2004 Dec; 104: 1249-58

41358    Parazzini, F., Colli, E., Origgi, G., Surace, M., Bianchi, M., Benzi, G., Artibani, W. Risk factors for urinary incontinence in women. Eur Urol. 2000 Jun; 37: 637-43

57480    Parazzini, F., Lavezzari, M., Arbitani, W. Prevalence of overactive bladder and urinary incontinence. J Fam Pract. 2002 Dec; 51: 1072-5

42406    Park, J. M., Montie, J. E. Mechanisms of incontinence and retention after orthotopic neobladder diversion. Urology. 1998 Apr; 51: 601-9

42718    Park, T., Lee, S. Y. A test of missing completely at random for longitudinal data with missing observations. Stat Med. 1997 Aug 30; 16: 1859-71

41683    Park, T., Lee, S. Y. Simple pattern-mixture models for longitudinal data with missing observations: analysis of urinary incontinence data. Stat Med. 1999 Nov 15; 18: 2933-41

41487    Parker, L. J. Urinary catheter management: minimizing the risk of infection. Br J Nurs. 1999 May 13-26; 8: 563-6, 568, 570 passim

4055    Parkhouse, H.F., Woodhouse, C.R. Long-term status of patients with posterior urethral valves. Urol Clin North Am. 1990 May; 17: 373-378

51890    Parmet, S., Lynm, C., Glass, R. M. JAMA patient page. Stress incontinence. JAMA. 2003 Jul 16; 290: 426

43886    Parra, R. O., Cummings, J. M., Boullier, J. A. Simple detubularization technique for construction of continent colonic urinary reservoirs. Urology. 1994 Jul; 44: 35-7

12023    Parra, R. O., Shaker, L. Experience with a simplified technique for the treatment of female stress urinary incontinence. Br J Urol. 1990 Dec; 66: 615-7

3650    Parres, J.A., Kropp, K.A. Urodynamic evaluation of the continence mechanism following urethral lengthening--reimplantation and enterocystoplasty. J Urol. 1991 Aug; 146: 535-538

11611    Partain-DeLisle, N. The use of laparoscopic surgery in the treatment of urinary stress incontinence. Minim Invasive Surg Nurs. 1995 Fall; 9: 118-22

10093    Partoll, L. M. Efficacy of tension-free vaginal tape with other pelvic reconstructive surgery. Am J Obstet Gynecol. 2002 Jun; 186: 1292-5; discussion 1295-8

3971    Parulkar, B.G., Barrett, D.M. Application of the AS-800 artificial sphincter for intractable urinary incontinence in females. Surg Gynecol Obstet. 1990 Aug; 171: 131-138

54370    Parwani, A. V., Rosenthal, D. L., Epstein, J. I., Ali, S. Z. Pathologic quiz case: a 3-year-old girl with dysuria and urinary incontinence. Primary embryonal rhabdomyosarcoma of the urinary bladder. Arch Pathol Lab Med. 2004 Mar; 128: 357-8

12102    Parys, B. T., Woolfenden, K. A., Parsons, K. F. Bladder dysfunction after simple hysterectomy: urodynamic and neurological evaluation. Eur Urol. 1990; 17: 129-33

4161    Parys, B.T., Woolfenden, K.A., and Parsons, K.F. Bladder dysfunction after simple hysterectomy: urodynamic and neurological evaluation. Eur Urol. 1990; 17: 129-133

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

3576    Pasceri, P. Utilizing a prevention and treatment protocol for skin breakdown secondary to urinary incontinence. Ostomy Wound Manage. 1991 Sep-Oct; 36: 66-69

3363    Passerini-Glazel, G., Cisternino, A., Artibani, W., and Pagano, F. Ambulatory urodynamics: preliminary experience with vesico-urethral holter in children. Scand J Urol Nephrol Suppl. 1992; 141: 87-92

3364    Passerini-Glazel, G., Cisternino, A., Camuffo, M.C., Ferrarese, P., Aragona, F., and Artibani, W. Video-urodynamic studies of minor voiding dysfunctions in children: an overview of 13 years' experience. Scand J Urol Nephrol Suppl. 1992; 141: 70-84;discussion85-6

3829    Patel, A. Dry haricot bean: a new continence aid for elderly men?. Bmj. 1990 Dec 22-29; 301: 1432-1433

3991    Patel, J., Worthen, R., Abadir, R., Weaver, D.J., Weinstein, S., and Ross, G., Jr. Late results of combined iodine-125 and external beam radiotherapy in carcinoma of prostate. Urology. 1990 Jul; 36: 27-30

40273   Patel, M. D., Coshall, C., Rudd, A. G., Wolfe, C. D. Cognitive impairment after stroke: clinical determinants and its associations with long-term stroke outcomes. J Am Geriatr Soc. 2002 Apr; 50: 700-6

40609   Patel, M., Coshall, C., Lawrence, E., Rudd, A. G., Wolfe, C. D. Recovery from poststroke urinary incontinence: associated factors and impact on outcome. J Am Geriatr Soc. 2001 Sep; 49: 1229-33

41027   Patel, M., Coshall, C., Rudd, A. G., Wolfe, C. D. Natural history and effects on 2-year outcomes of urinary incontinence after stroke. Stroke. 2001 Jan; 32: 122-7

40664   Patel, P. M., Stock, J. A., Hanna, M. K., Lutzker, L. Ureteral triplication with ectopic upper pole moiety. Urology. 2001 Aug; 58: 279-80

3763    Paterson, H. Continence. Education wanted. Nurs Times. 1990 Nov 14-20; 86: 71

44694   Patial, R. K., Bansal, S. K., Sehgal, V. K., Chander, B. Sphincteric involvement in organophosphorus poisoning. J Assoc Physicians India. 1991 Jun; 39: 492-3

3565    Patial, R.K., Bansal, S.K., Sehgal, V.K., and Chander, B. Sphincteric involvement in organophosphorus poisoning. J Assoc Physicians India. 1991 Jun; 39: 492-493

10758   Patrick, D. L., Martin, M. L., Bushnell, D. M., Marquis, P., Andrejasich, C. M., Buesching, D. P. Cultural adaptation of a quality-of-life measure for urinary incontinence. Eur Urol. 1999 Nov; 36: 427-35

10906   Patrick, D. L., Martin, M. L., Bushnell, D. M., Yalcin, I., Wagner, T. H., Buesching, D. P. Quality of life of women with urinary incontinence: further development of the incontinence quality of life instrument (I-QOL). Urology. 1999 Jan; 53: 71-6

59053   Patry, G., Bolduc, S., Martineau, G., Fortin, D. Colovaginal fistula: an unusual complication of the tension-free vaginal tape procedure. J Urol. 2004 Sep; 172: 972-3

41747   Pattaras, J. G., Rushton, H. G., Majd, M. The role of 99mtechnetium dimercapto-succinic acid renal scans in the evaluation of occult ectopic ureters in girls with paradoxical incontinence. J Urol. 1999 Sep; 162: 821-5

40935   Patten, J. A case study in evidence-based wound management. Br J Nurs. 2000 Jun suppl; 9: S38-40, S42, S44 passim

10107   Pauliina, A., Jorma, P., Paula, I., Olavi, A. Intravaginal surface EMG probe design test for urinary incontinence patients. Acupunct Electrother Res. 2002; 27: 37-44

10829   Payne, C. K. A transvaginal sling procedure with bone anchor fixation. Urol Clin North Am. 1999 May; 26: 423-30, x

42485   Payne, C. K. Epidemiology, pathophysiology, and evaluation of urinary incontinence and overactive bladder. Urology. 1998 Feb; 51: 3-10

43964   Payne, C. K., Babiarz, J. W., Raz, S. Genitourinary problems in the elderly patient. Surg Clin North Am. 1994 Apr; 74: 401-29

3152    Payne, K.A., Hendrix, M.R., and Wade, W.J. Caudal bupivacaine for postoperative analgesia in pediatric lower limb surgery. J Pediatr Surg. 1993 Feb; 28: 155-157

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 11635 | Peacock, L. M., Wiskind, A. K., Wall, L. L. Clinical features of urinary incontinence and urogenital prolapse in a black inner-city population. Am J Obstet Gynecol. 1994 Dec; 171: 1464-9; discussion 1469-71 |
| 56180 | Peake, S., Manderson, L. The constraints of a normal life: the management of urinary incontinence by middle aged women. Women Health. 2003; 37: 37-51 |
| 41701 | Peake, S., Manderson, L., Potts, H. 'Part and parcel of being a woman': female urinary incontinence and constructions of control. Med Anthropol Q. 1999 Sep; 13: 267-85 |
| 43824 | Pearce, K. L. Levels I and II--care in the outpatient setting. Nurse Pract Forum. 1994 Sep; 5: 146-51 |
| 44717 | Pearman, J. W., Bailey, M., Riley, L. P. Bladder instillations of trisdine compared with catheter introducer for reduction of bacteriuria during intermittent catheterisation of patients with acute spinal cord trauma. Br J Urol. 1991 May; 67: 483-90 |
| 3686 | Pearman, J.W., Bailey, M., and Riley, L.P. Bladder instillations of trisdine compared with catheter introducer for reduction of bacteriuria during intermittent catheterisation of patients with acute spinal cord trauma. Br J Urol. 1991 May; 67: 483-490 |
| 43113 | Pearson, B. D., Kelber, S. Urinary incontinence: treatments, interventions, and outcomes. Clin Nurse Spec. 1996 Jul; 10: 177-82 |
| 3543 | Pearson, B.D., Droessler, D. Problems of aging: urinary incontinence prevention. Health Care Women Int. 1991 Oct-Dec; 12: 443-450 |
| 3182 | Pearson, B.D., Larson, J. Improving elders' continence state. Clin Nurs Res. 1992 Nov; 1: 430-439 |
| 53250 | Peeker, I., Peeker, R. Early diagnosis and treatment of genuine stress urinary incontinence in women after pregnancy: midwives as detectives. J Midwifery Womens Health. 2003 Jan-Feb; 48: 60-6 |
| 42883 | Peeker, R., Damber, J. E., Hjalmas, K., Sjodin, J. G., von Zweigbergk, M. The urological fate of young adults with myelomeningocele: a three decade follow-up study. Eur Urol. 1997; 32: 213-7 |
| 10027 | Peeker, R., Edlund, C., Wennberg, A. L., Fall, M. The treatment of sphincter incontinence with periurethral silicone implants (macroplastique). Scand J Urol Nephrol. 2002; 36: 194-8 |
| 43247 | Peet, S. M., Castleden, C. M., McGrother, C. W., Duffin, H. M. The management of urinary incontinence in residential and nursing homes for older people. Age Ageing. 1996 Mar; 25: 139-43 |
| 3218 | Peggs, J.F. Urinary incontinence in the elderly: pharmacologic therapies. Am Fam Physician. 1992 Dec; 46: 1763-1769 |
| 43577 | Peguero, E., Abou-Khalil, B., Fakhoury, T., Mathews, G. Self-injury and incontinence in psychogenic seizures. Epilepsia. 1995 Jun; 36: 586-91 |
| 55570 | Pehrson, R., Stenman, E., Andersson, K. E. Effects of tramadol on rat detrusor overactivity induced by experimental cerebral infarction. Eur Urol. 2003 Oct; 44: 495-9 |
| 10169 | Pelosi, M. A., 2nd., Pelosi, M. A., 3rd, Pelekanos, M. The YAMA UroPatch sling for treatment of female stress urinary incontinence: a pilot study. J Laparoendosc Adv Surg Tech A. 2002 Feb; 12: 27-33 |
| 11335 | Pelosi, M. A., 3rd, Pelosi, M. A. Laparoscopic-assisted pubovaginal sling procedure for the treatment of stress urinary incontinence. J Am Assoc Gynecol Laparosc. 1996 Aug; 3: 593-600 |
| 11078 | Pelosi, M. A., 3rd, Pelosi, M. A. Laparoscopic-assisted transperitoneal needle suspension of the bladder neck. J Am Assoc Gynecol Laparosc. 1998 Feb; 5: 39-46 |
| 10852 | Pelosi, M. A., 3rd, Pelosi, M. A. Pubic bone suburethral stabilization sling: laparoscopic assessment of a transvaginal operation for the treatment of stress urinary incontinence. J Laparoendosc Adv Surg Tech A. 1999 Feb; 9: 45-50 |
| 11212 | Pelosi, M. A., 3rd, Pelosi, M. A. Stress urinary incontinence. Laparoscopically assisted transvaginal needle suspension. J Reprod Med. 1997 Jun; 42: 319-24 |
| 11055 | Pelosi, M. A., 3rd, Pelosi, M. A. Transvaginal needle suspension with LeFort colpocleisis for stress incontinence and advanced uterovaginal prolapse in a high-risk patient. J Am Assoc Gynecol Laparosc. 1998 May; 5: 207-11 |

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A5. Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

11056    Pelosi, M. A., Papasakelariou, C., Pelosi, M. A., 3rd Laparoscopic colposuspension with a transvaginal illuminator. J Am Assoc Gynecol Laparosc. 1998 May; 5: 179-82

11402    Pelsang, R. E., Bonney, W. W. Voiding cystourethrography in female stress incontinence. AJR Am J Roentgenol. 1996 Mar; 166: 561-5

43684    Pena, A. Anorectal malformations. Semin Pediatr Surg. 1995 Feb; 4: 35-47

41026    Pena, A., Hong, A. Advances in the management of anorectal malformations. Am J Surg. 2000 Nov; 180: 370-6

42408    Pena, A., Kessler, O. Posterior cloaca: a unique defect. J Pediatr Surg. 1998 Mar; 33: 407-12

42308    Penalver, M. A., Angioli, R., Mirhashemi, R., Malik, R. Management of early and late complications of ileocolonic continent urinary reservoir (Miami pouch). Gynecol Oncol. 1998 Jun; 69: 185-91

43302    Penalver, M. A., Barreau, G., Sevin, B. U., Averette, H. E. Surgery for the treatment of locally recurrent disease. J Natl Cancer Inst Monogr. 1996; : 117-22

59373    Penning-van Beest, F. J., Sturkenboom, M. C., Bemelmans, B. L., Herings, R. M. Undertreatment of urinary incontinence in general practice. Ann Pharmacother. 2005 Jan; 39: 17-21

12119    Penttinen, J. Female genuine stress incontinence. A study with single cough urethrocystometry using a six-microtransducer catheter. Acta Obstet Gynecol Scand. 1990; 69: 673

59347    Pereira, C. E., Lynch, J. C. Spinal epidural abscess: an analysis of 24 cases. Surg Neurol. 2005; 63 Suppl 1: S26-9

10168    Pereyra, A. J. A simplified surgical procedure for the correction of stress incontinence in women. 1959. J Urol. 2002 Feb; 167: 1116-8; discussion 1119

11349    Perez, L. M., Smith, E. A., Broecker, B. H., Massad, C. A., Parrott, T. S., Woodard, J. R. Outcome of sling cystourethropexy in the pediatric population: a critical review. J Urol. 1996 Aug; 156: 642-6

11350    Perez, L. M., Smith, E. A., Parrott, T. S., Broecker, B. H., Massad, C. A., Woodard, J. R. Submucosal bladder neck injection of bovine dermal collagen for stress urinary incontinence in the pediatric population. J Urol. 1996 Aug; 156: 633-6

41232    Perez, L. M., Wilbanks, J. T., Joseph, D. B., Oakes, W. J. Urological outcome of patients with cervical and upper thoracic myelomeningocele. J Urol. 2000 Sep; 164: 962-4

 3260    Perez, L.M., Webster, G.D. Successful outcome of artificial urinary sphincters in men with post-prostatectomy urinary incontinence despite adverse implantation features. J Urol. 1992 Oct; 148: 1166-1170

40223    Perez, M. A., Skinner, E. C., Meyerowitz, B. E. Sexuality and intimacy following radical prostatectomy: patient and partner perspectives. Health Psychol. 2002 May; 21: 288-93

10809    Perez, N., Garcier, J. M., Pin-Leveugle, J., Lhoste-Trouilloud, A., Ravel, A., McLaughlin, P., Viallet, J. F., Boyer, L. Dynamic magnetic resonance imaging of the female pelvis: radio-anatomy and pathologic applications. Preliminary results. Surg Radiol Anat. 1999; 21: 133-8

40478    Perez-Abadia, G., Van Aalst, V. C., Palacio, M. M., Werker, P. M., Ren, X., Van Savage, J., Fernandez, A. G., Kon, M., Barker, J. H. Gracilis muscle neosphincter for treating urinary incontinence. Microsurgery. 2001; 21: 271-80

53990    Perk, H., Oral, B., Yesildag, A., Serel, T. A., Ozsoy, M., Turgut, T. Magnetic resonance imaging for stress incontinence: evaluation of patients before and after surgical correction. Eur J Radiol. 2002 Oct; 44: 44-7

53060    Perk, H., Soyupek, S., Serel, T. A., Kosar, A., Sayin, A., Hoscan, M. B. Tension-free vaginal tape for surgical treatment of stress urinary incontinence: two years follow-up. Int J Urol. 2003 Mar; 10: 132-5

43010    Perkash, I. Vesicourethral dysfunction--neurogenic and nonneurogenic considerations. J Urol. 1996 Nov; 156: 1751-2

10942    Perkins, J. Vaginal weights for assessment and training of the pelvic floor. J Wound Ostomy Continence Nurs. 1998 Jul; 25: 206-16

| | |
|---|---|
| 44661 | Perlmutter, A. D., Weinstein, M. D., Reitelman, C. Vesical neck reconstruction in patients with epispadias-exstrophy complex. J Urol. 1991 Aug; 146: 613-5 |
| 3649 | Perlmutter, A.D., Weinstein, M.D., and Reitelman, C. Vesical neck reconstruction in patients with epispadias-exstrophy complex. J Urol. 1991 Aug; 146: 613-615 |
| 42148 | Perneger, T. V., Gaspoz, J. M., Rae, A. C., Borst, F., Heliot, C. Contribution of individual items to the performance of the Norton pressure ulcer prediction scale. J Am Geriat Soc. 1998 Oct; 46: 1282-6 |
| 40778 | Pernice, L. M., Bartalucci, B., Bencini, L., Borri, A., Catarzi, S., Kroning, K. Early and late (ten years) experience with circular stapler hemorrhoidectomy. Dis Colon Rectum. 2001 Jun; 44: 836-41 |
| 43417 | Perrouin-Verbe, B., Labat, J. J., Richard, I., Mauduyt de la Greve, I., Buzelin, J. M., Mathe, J. F. Clean intermittent catheterisation from the acute period in spinal cord injury patients. Long term evaluation of urethral and genital tolerance. Paraplegia. 1995 Nov; 33: 619-24 |
| 3774 | Perry, J.D., Hullett, L.T. The role of home trainers in Kegel's exercise program for the treatment of incontinence. Ostomy Wound Manage. 1990 Sep-Oct; 30: 46-8,50-7 |
| 41112 | Perry, S., Shaw, C., Assassa, P., Dallosso, H., Williams, K., Brittain, K. R., Mensah, F., Smith, N., Clarke, M., Jagger, C., Mayne, C., Castleden, C. M., Jones, J., McGrother, C. An epidemiological study to establish the prevalence of urinary symptoms and felt need in the community: the Leicestershire MRC Incontinence Study. Leicestershire MRC Incontinence Study Team. J Public Health Med. 2000 Sep; 22: 427-34 |
| 10236 | Persson, G., Barlow, L., Karlsson, A., Rosen, M., Stefansson, C. G., Theorell, T., Tull, P., Aberg, A. Chapter 3. Major health problems. Health in Sweden: The National Public Health Report 2001. Scand J Public Health. 2001; Suppl 58: 37-102 |
| 10354 | Persson, J., Bergqvist, C. E., Wolner-Hanssen, P. An ultra-short perineal pad-test for evaluation of female stress urinary incontinence treatment. Neurourol Urodyn. 2001; 20: 277-85 |
| 10617 | Persson, J., Bossmar, T., Wolner-Hanssen, P. Laparoscopic colposuspension: a short term urodynamic follow-up and a three-year questionnaire-study. Acta Obstet Gynecol Scand. 2000 May; 79: 414-20 |
| 10108 | Persson, J., Iosif, C., Wolner-Hanssen, P. Risk factors for rejection of synthetic suburethral slings for stress urinary incontinence: a case-control study. Obstet Gynecol. 2002 Apr; 99: 629-34 |
| 53710 | Persson, J., Teleman, P., Eten-Bergquist, C., Wolner-Hanssen, P. Cost-analyzes based on a prospective, randomized study comparing laparoscopic colposuspension with a tension-free vaginal tape procedure. Acta Obstet Gynecol Scand. 2002 Nov; 81: 1066-73 |
| 10690 | Persson, J., Wolner-Hanssen, P. Laparoscopic Burch colposuspension for stress urinary incontinence: a randomized comparison of one or two sutures on each side of the urethra. Obstet Gynecol. 2000 Jan; 95: 151-5 |
| 10559 | Persson, J., Wolner-Hanssen, P., Rydhstroem, H. Obstetric risk factors for stress urinary incontinence: a population- based study. Obstet Gynecol. 2000 Sep; 96: 440-5 |
| 59122 | Pesce, F. Current management of stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 8-13 |
| 10413 | Peschers, U. M., Fanger, G., Schaer, G. N., Vodusek, D. B., DeLancey, J. O., Schuessler, B. Bladder neck mobility in continent nulliparous women. BJOG. 2001 Mar; 108: 320-4 |
| 10516 | Peschers, U. M., Jundt, K., Dimpfl, T. Differences between cough and Valsalva leak-point pressure in stress incontinent women. Neurourol Urodyn. 2000; 19: 677-81 |
| 55810 | Peschers, U. M., Sultan, A. H., Jundt, K., Mayer, A., Drinovac, V., Dimpfl, T. Urinary and anal incontinence after vacuum delivery. Eur J Obstet Gynecol Reprod Biol. 2003 Sep 10; 110: 39-42 |
| 10569 | Peschers, U. M., Tunn, R., Buczkowski, M., Perucchini, D. Tension-free vaginal tape for the treatment of stress urinary incontinence. Clin Obstet Gynecol. 2000 Sep; 43: 670-5 |
| 4054 | Peters, C.A., Bauer, S.B. Evaluation and management of urinary incontinence after surgery for posterior urethral valves. Urol Clin North Am. 1990 May; 17: 379-387 |
| 4172 | Peters, C.A., Hendren, W.H. Splitting the pubis for exposure in difficult reconstructions for incontinence. Urol Clin North Am. 1990 Feb; 17: 37-45 |

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 41841 | Peters, N. Eliminate the negative. Nurs Times. 1999 May 5-11; 95: 78 |
| 42522 | Peters, S. Don't ask, don't tell. Breaking the silence surrounding female urinary incontinence. Adv Nurse Pract. 1997 May; 5: 41-4 |
| 54870 | Peters, T. J., Horrocks, S., Stoddart, H., Somerset, M. Factors associated with variations in older people's use of community-based continence services. Health Soc Care Community. 2004 Jan; 12: 53-62 |
| 11557 | Peters, W. A., 3rd, Christenson, M. L. Fixation of the vaginal apex to the coccygeus fascia during repair of vaginal vault eversion with enterocele. Am J Obstet Gynecol. 1995 Jun; 172: 1894-900; discussion 1900-2 |
| 41864 | Petersen, T., Nielsen, J. B., Schroder, H. D. Intravesical capsaicin in patients with detrusor hyper-reflexia--a placebo-controlled cross-over study. Scand J Urol Nephrol. 1999 Apr; 33: 104-10 |
| 44973 | Peterson, J. S., Patton, A. J., Noronha-Blob, L. Mini-pig urinary bladder function: comparisons of in vitro anticholinergic responses and in vivo cystometry with drugs indicated for urinary incontinence. J Auton Pharmacol. 1990 Apr; 10: 65-73 |
| 44204 | Petrelli, N. J., Nagel, S., Rodriguez-Bigas, M., Piedmonte, M., Herrera, L. Morbidity and mortality following abdominoperineal resection for rectal adenocarcinoma. Am Surg. 1993 Jul; 59: 400-4 |
| 3047 | Petrelli, N.J., Nagel, S., Rodriguez-Bigas, M., Piedmonte, M., and Herrera, L. Morbidity and mortality following abdominoperineal resection for rectal adenocarcinoma. Am Surg. 1993 Jul; 59: 400-404 |
| 41755 | Petri, E., Koelbl, H., Schaer, G. What is the place of ultrasound in urogynecology? A written panel. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 262-73 |
| 3752 | Petros, J.A., Catalona, W.J. Antegrade approach to radical retropubic prostatectomy in patients with difficult apical dissection. J Urol. 1991 May; 145: 994-997 |
| 52700 | Petros, P. Changes in bladder neck geometry and closure pressure after midurethral anchoring suggest a musculoelastic mechanism activates closure. Neurourol Urodyn. 2003; 22: 191-7 |
| 41114 | Petros, P. Influence of hysterectomy on pelvic-floor dysfunction. Lancet. 2000 Oct 7; 356: 1275 |
| 11072 | Petros, P. E. New ambulatory surgical methods using an anatomical classification of urinary dysfunction improve stress, urge and abnormal emptying. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 270-7 |
| 11066 | Petros, P. E. Re: change in urethral pressure during voluntary pelvic floor muscle contraction and vaginal stimulation. Bo K, Talseth T. Int Urogynecol J 1997;8:3-7. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 318 |
| 43294 | Petros, P. E. Re: Farrell SA and Tynskl G. 'The effect of urethral pressure variation in women.' Int Urogynecol J 1996;7:87-93. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 274 |
| 11085 | Petros, P. E. Symptoms of defective emptying and raised residual urine may arise from ligamentous laxity in the posterior vaginal fornix. Gynecol Obstet Invest. 1998; 45: 105-8 |
| 10963 | Petros, P. E. The pubourethral ligaments--an anatomical and histological study in the live patient. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 154-7 |
| 11847 | Petros, P. E., Ulmsten, U. Bladder instability in women: a premature activation of the micturition reflex. Neurourol Urodyn. 1993; 12: 235-9 |
| 11845 | Petros, P. E., Ulmsten, U. Natural volume handwashing urethrocystometry: a physiological technique for the objective diagnosis of the unstable detrusor. Gynecol Obstet Invest. 1993; 36: 42-6 |
| 11189 | Petros, P. E., Ulmsten, U. Role of the pelvic floor in bladder neck opening and closure I: muscle forces. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 74-80 |
| 11906 | Petros, P. E., Ulmsten, U. Stress incontinence following vaginal repair. Acta Obstet Gynecol Scand. 1992 May; 71: 323 |
| 11766 | Petros, P. E., Ulmsten, U. Tests for 'detrusor instability' in women. These mainly measure the urethral resistance created by pelvic floor contraction acting against a premature activation of the micturition reflex. Acta Obstet Gynecol Scand. 1993 Nov; 72: 661-7 |

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**11549**    Petros, P. E., Ulmsten, U. Urethral and bladder neck closure mechanisms. Am J Obstet Gynecol. 1995 Jul; 173: 346-8

**11626**    Petros, P. E., Ulmsten, U. Urethral pressure increase on effort originates from within the urethra, and continence from musculovaginal closure. Neurourol Urodyn. 1995; 14: 337-46; discussion 346-50

**11852**    Petros, P. E., Ulmsten, U. I. An integral theory and its method for the diagnosis and management of female urinary incontinence. Scand J Urol Nephrol Suppl. 1993; 153: 1-93

**12123**    Petros, P. E., Ulmsten, U. I. An integral theory of female urinary incontinence. Experimental and clinical considerations. Acta Obstet Gynecol Scand Suppl. 1990; 153: 7-31

**12130**    Petros, P. E., Ulmsten, U. I. Cough transmission ratio: an indicator of suburethral vaginal wall tension rather than urethral closure?. Acta Obstet Gynecol Scand Suppl. 1990; 153: 37-9

**12121**    Petros, P. E., Ulmsten, U. I. Cure of stress incontinence by repair of external anal sphincter. Two case reports. Acta Obstet Gynecol Scand Suppl. 1990; 153: 75

**12126**    Petros, P. E., Ulmsten, U. I. Cure of urge incontinence by the combined intravaginal sling and tuck operation. Acta Obstet Gynecol Scand Suppl. 1990; 153: 61-2

**12124**    Petros, P. E., Ulmsten, U. I. Non stress non urge female urinary incontinence--diagnosis and cure: a preliminary report. Acta Obstet Gynecol Scand Suppl. 1990; 153: 69-70

**12131**    Petros, P. E., Ulmsten, U. I. Pinch test for diagnosis of stress urinary incontinence. Acta Obstet Gynecol Scand Suppl. 1990; 153: 33-5

**12120**    Petros, P. E., Ulmsten, U. I. Pregnancy effects on the intravaginal sling operation. Acta Obstet Gynecol Scand Suppl. 1990; 153: 77-8

**12127**    Petros, P. E., Ulmsten, U. I. The combined intravaginal sling and tuck operation. An ambulatory procedure for cure of stress and urge incontinence. Acta Obstet Gynecol Scand Suppl. 1990; 153: 53-9

**12122**    Petros, P. E., Ulmsten, U. I. The role of a lax posterior vaginal fornix in the causation of stress and urgency symptoms: a preliminary report. Acta Obstet Gynecol Scand Suppl. 1990; 153: 71-3

**12125**    Petros, P. E., Ulmsten, U. I. The tethered vagina syndrome, post surgical incontinence and I-plasty operation for cure. Acta Obstet Gynecol Scand Suppl. 1990; 153: 63-7

**12129**    Petros, P. E., Ulmsten, U. I. The tuck procedure: a simplified vaginal repair for treatment of female urinary incontinence. Acta Obstet Gynecol Scand Suppl. 1990; 153: 41-2

**12128**    Petros, P. E., Ulmsten, U. I., Papadimitriou, J. The autogenic ligament procedure: a technique for planned formation of an artificial neo-ligament. Acta Obstet Gynecol Scand Suppl. 1990; 153: 43-51

**10731**    Petros, P. P. Medium-term follow-up of the intravaginal slingplasty operation indicates minimal deterioration of urinary continence with time. Aust N Z J Obstet Gynaecol. 1999 Aug; 39: 354-6

**11302**    Petros, P. P. The intravaginal slingplasty operation, a minimally invasive technique for cure of urinary incontinence in the female. Aust N Z J Obstet Gynaecol. 1996 Nov; 36: 453-61

**10448**    Petros, P. P., Skilling, P. M. Pelvic floor rehabilitation in the female according to the integral theory of female urinary incontinence. First report. Eur J Obstet Gynecol Reprod Biol. 2001 Feb; 94: 264-9

**10956**    Petros, P. P., Ulmsten, U. An anatomical classification--a new paradigm for management of female lower urinary tract dysfunction. Eur J Obstet Gynecol Reprod Biol. 1998 Sep; 80: 87-94

**10764**    Petros, P. P., Von Konsky, B. Anchoring the midurethra restores bladder-neck anatomy and continence. Lancet. 1999 Sep 18; 354: 997-8

**3299**    Petros, P.E., Ulmsten, U. Stress incontinence following vaginal repair [letter]. Acta Obstet Gynecol Scand. 1992 May; 71: 323

**45103**    Petros, P.E., Ulmsten, U.I. An integral theory of female urinary incontinence. Experimental and clinical considerations. Acta Obstet Gynecol Scand Suppl. 1990; 153: 1-78

# Appendix A5. Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

---

**3231** Petros, P.P., Ulmsten, U. Urge incontinence history is an accurate predictor of urge incontinence. Acta Obstet Gynecol Scand. 1992 Oct; 71: 537-539

**11505** Petrou, S. P. Use of the Cobb-Ragde needle in pubovaginal sling surgery. Tech Urol. 1995 Fall; 1: 136-40

**10864** Petrou, S. P., Brown, J. A., Blaivas, J. G. Suprameatal transvaginal urethrolysis. J Urol. 1999 Apr; 161: 1268-71

**41223** Petrou, S. P., Elliott, D. S., Barrett, D. M. Artificial urethral sphincter for incontinence. Urology. 2000 Sep 1; 56: 353-9

**10372** Petrou, S. P., Frank, I. Complications and initial continence rates after a repeat pubovaginal sling procedure for recurrent stress urinary incontinence. J Urol. 2001 Jun; 165: 1979-81

**40303** Petrou, S. P., Jones, J., Parra, R. O. Martius flap harvest site: patient self-perception. J Urol. 2002 May; 167: 2098-9

**11113** Petrou, S. P., Kollmorgen, T. A. Valsalva leak point pressure and bladder volume. Neurourol Urodyn. 1998; 17: 3-7

**10781** Petrou, S. P., Wan, J. VLPP in the evaluation of the female with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 254-9

**10208** Petrou, S. P., Young, P. R. Rate of recurrent stress urinary incontinence after retropubic urethrolysis. J Urol. 2002 Feb; 167: 613-5

**3215** Petrucci, K.E., Jacox, A., McCormick, K., Parks, P., Kjerulff, K., Baldwin, B., and Petrucci, P. Evaluating the appropriateness of a nurse expert system's patient assessment. Comput Nurs. 1992 Nov-Dec; 10: 243-249

**40344** Pettersen, R., Dahl, T., Wyller, T. B. Prediction of long-term functional outcome after stroke rehabilitation. Clin Rehabil. 2002 Mar; 16: 149-59

**42105** Peusch-Dreyer, D., Dreyer, K. H., Muller, C. D., Carl, U. Management of postoperative radiation injury of the urinary bladder by hyperbaric oxygen (HBO). Strahlenther Onkol. 1998 Nov; 174 Suppl 3: 99-100

**10313** Peyrat, L., Boutin, J. M., Bruyere, F., Haillot, O., Fakfak, H., Lanson, Y. Intestinal perforation as a complication of tension-free vaginal tape procedure for urinary incontinence. Eur Urol. 2001 May; 39: 603-5

**10189** Peyrat, L., Haillot, O., Bruyere, F., Boutin, J. M., Bertrand, P., Lanson, Y. Prevalence and risk factors of urinary incontinence in young and middle- aged women. BJU Int. 2002 Jan; 89: 61-6

**50660** Peyromaure, M., Dayma, T., Zerbib, M. Development of a bladder stone following a tension-free vaginal tape intervention. J Urol. 2004 Jan; 171: 337

**41615** Pfister, C., Dacher, J. N., Gaucher, S., Liard-Zmuda, A., Grise, P., Mitrofanoff, P. The usefulness of a minimal urodynamic evaluation and pelvic floor biofeedback in children with chronic voiding dysfunction. BJU Int. 1999 Dec; 84: 1054-7

**11143** Pfister, C., Vallancien, G., Bougaran-Andre, J., Grise, P. Preliminary results of muscle cuff cervicoplasty in the ewe for the treatment of urinary incontinence. Eur Urol. 1997; 32: 448-54

**41859** Pfister, S. M. Bladder diaries and voiding patterns in older adults. J Gerontol Nurs. 1999 Mar; 25: 36-41

**44040** Pfister, S. M., Dougherty, M. C. Behavioral management for bladder control: response in selected rural residential care homes. J Community Health Nurs. 1994; 11: 155-64

**41749** Phadke, S. R., Pahi, J., Pandey, A., Agarwal, S. S. Oral-facial-digital syndrome with acromelic short stature: a new variant--overlap with Ellis Van Creveld syndrome. Clin Dysmorphol. 1999 Jul; 8: 185-8

**10421** Phelan, M. W., Franks, M., Somogyi, G. T., Yokoyama, T., Fraser, M. O., Lavelle, J. P., Yoshimura, N., Chancellor, M. B. Botulinum toxin urethral sphincter injection to restore bladder emptying in men and women with voiding dysfunction. J Urol. 2001 Apr; 165: 1107-10

**54680** Phelps, J. Y., Lin, L., Liu, C. Y. Laparoscopic suburethral sling procedure. J Am Assoc Gynecol Laparosc. 2003 Nov; 10: 496-500

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

| | |
|---|---|
| 11288 | Philippe, H. J., Perdu, M., Dompeyre, P., Wahid, A., Dien, D. T. Transvaginal colpo-urethropexy with fibrin sealant: 4 years-follow up in 23 cases. Eur J Obstet Gynecol Reprod Biol. 1996 Dec 27; 70: 157-8 |
| 2992 | Phillips, E., Uehling, D.T. Hinman syndrome: a vicious cycle. Urology. 1993 Sep; 42: 317-9;discussion319-20 |
| 44669 | Phillips, T. H., Ritchey, M. L., Dunn, C. D., Sarosdy, M. F. Complications of the Heitz-Boyer urinary diversion: case report of late development of malignancy. J Urol. 1991 Jul; 146: 159-61 |
| 11859 | Phillips, T. H., Zeidman, E. J., Thompson, I. M. The fate of buried vaginal epithelium. J Urol. 1992 Dec; 148: 1941-3 |
| 3970 | Phillips, T.H., Ritchey, M.L., and Beck, D.E. Technical aid for the complete removal of ureterointestinal anastomoses. Surg Gynecol Obstet. 1990 Aug; 171: 163-164 |
| 3668 | Phillips, T.H., Ritchey, M.L., Dunn, C.D., and Sarosdy, M.F. Complications of the Heitz-Boyer urinary diversion: case report of late development of malignancy. J Urol. 1991 Jul; 146: 159-161 |
| 42050 | Phillips, W. Data collection in continence care. Nurs Times. 1998 Oct 28-Nov 3; 94: 59-60 |
| 3147 | Philp, J., Cottenden, A., and Ledger, D. Continence. A testing time. Nurs Times. 1993 Jan 27-Feb 2; 89: 59-62 |
| 3091 | Philp, J., Cottenden, A., and Ledger, D. Continence. Mix and match. Nurs Times. 1993 Apr 21-27; 89: 70-74 |
| 3222 | Philp, J., Cottenden, A., and Ledger, D. Continence. The reuser's guide. Nurs Times. 1992 Oct 28-Nov 3; 88: 66-72 |
| 44390 | Philp, J., Cottenden, A., Ledger, D. Continence. The reuser's guide. Nurs Times. 1992 Oct 28-Nov 3; 88: 66-72 |
| 11907 | Phua, S. M., Low, J. J., Chew, S. Y. The role of urodynamics in evaluating incontinent females. Singapore Med J. 1992 Apr; 33: 139-42 |
| 3338 | Phua, S.M., Low, J.J., and Chew, S.Y. The role of urodynamics in evaluating incontinent females. Singapore Med J. 1992 Apr; 33: 139-142 |
| 42489 | Picchio, G. L., Hallous, H., Franceschetti, G. P., Marandola, P., Orlando, G. Correction of complete urogenital prolapse with infibulation. Arch Esp Urol. 1997 Dec; 50: 1137-9 |
| 43528 | Piccini, C., Bracco, L., Falcini, M., Pracucci, G., Amaducci, L. Natural history of Alzheimer's disease: prognostic value of plateaux. J Neurol Sci. 1995 Aug; 131: 177-82 |
| 52270 | Pickard, R., Reaper, J., Wyness, L., Cody, D. J., McClinton, S., N'Dow, J. Periurethral injection therapy for urinary incontinence in women. Cochrane Database Syst Rev. 2003; : CD003881 |
| 45042 | Pickersgill, F. Silent epidemic. Community Outlook. 1990 Jan 31; : 7-9 |
| 5239 | Pickersgill, F. Silent epidemic. Community Outlook. 1990 Jan; 31: 7-9 |
| 11696 | Pidutti, R. W., George, S. W., Morales, A. Correction of recurrent stress urinary incontinence by needle urethropexy with a vaginal wall sling. Br J Urol. 1994 Apr; 73: 418-22 |
| 11112 | Pieber, D., Zivkovic, F., Tamussino, K. Timing of urethral pressure pulses before and after continence surgery. Neurourol Urodyn. 1998; 17: 19-23 |
| 3064 | Pieper, B., Cleland, V. An external urine-collection device for women: a clinical trial. J ET Nurs. 1993 Mar-Apr; 20: 51-55 |
| 41945 | Pierce, J. T. A 14-year-old victim of sexual assault with an imperforate hymen and urethral meatus tear. J Emerg Nurs. 1999 Apr; 25: 153-4 |
| 43828 | Pierson, C. A. 'We share a certain passion'. Nurse Pract Forum. 1994 Sep; 5: 121 |
| 44725 | Pike, J. G., Berardinucci, G., Hamburger, B., Kiruluta, G. The surgical management of urinary incontinence in myelodysplastic children. J Pediatr Surg. 1991 Apr; 26: 466-70; discussion 470-1 |
| 3672 | Pike, J.G., Berardinucci, G., Hamburger, B., and Kiruluta, G. The surgical management of urinary incontinence in myelodysplastic children. J Pediatr Surg. 1991 Apr; 26: 466-70;discussion470-1 |

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

**40378** Piloni, V. Dynamic imaging of pelvic floor with transperineal sonography. Tech Coloproctol. 2001 Aug; 5: 103-5

**57070** Pils, K., Neumann, F., Meisner, W., Schano, W., Vavrovsky, G., Van der Cammen, T. J. Predictors of falls in elderly people during rehabilitation after hip fracture--who is at risk of a second one?. Z Gerontol Geriatr. 2003 Feb; 36: 16-22

**10641** Pinna, C., Zanardo, R., Cignarella, A., Bolego, C., Eberini, I., Nardi, F., Zancan, V., Puglisi, L. Diabetes influences the effect of 17beta-estradiol on mechanical responses of rat urethra and detrusor strips. Life Sci. 2000; 66: 617-27

**56780** Pinter, A. B., Hock, A., Kajtar, P., Dober, I. Long-term follow-up of cancer in neonates and infants: a national survey of 142 patients. Pediatr Surg Int. 2003 Jun; 19: 233-9

**3817** Pinter, A.B., Farkas, A.P. Urethral duplication with single bladder and multiple genitourinary abnormalities: an example of continent urinary diversion. J Pediatr Surg. 1990 Dec; 25: 1285-1286

**42236** Pippi Salle, J. L., Capolicchio, G., Houle, A. M., Vernet, O., Jednak, R., O'Gorman, A. M., Montes, J. L., Farmer, J. P. Magnetic resonance imaging in children with voiding dysfunction: is it indicated?. J Urol. 1998 Sep; 160: 1080-3

**50710** Pisarska, M., Sajdak, S. Lower urinary tract function after postoperative radiotherapy in the treatment of cervical cancer. Eur J Gynaecol Oncol. 2003; 24: 490-4

**10207** Pit, M. J. Rare complications of tension-free vaginal tape procedure: late intraurethral displacement and early misplacement of tape. J Urol. 2002 Feb; 167: 647

**53240** Pit, M. J., De Ruiter, M. C., Lycklama, A., Nijeholt AA, Marani, E., Zwartendijk, J. Anatomy of the arcus tendineus fasciae pelvis in females. Clin Anat. 2003 Mar; 16: 131-7

**42711** Plaire, J. C., Pope, J. C., 4th, Kropp, B. P., Adams, M. C., Keating, M. A., Rink, R. C., Casale, A. J. Management of ectopic ureters: experience with the upper tract approach. J Urol. 1997 Sep; 158: 1245-7

**41910** Plancke, H. R., Delaere, K. P., Pons, C. Indiana pouch in female patients with spinal cord injury. Spinal Cord. 1999 Mar; 37: 208-10

**3863** Platts, L. Dispensing advice. Nurs Stand. 1990 Nov 14-20; 5: 14-15

**42809** Pleym, H., Spigset, O. Peripheral neurologic deficits in relation to subarachnoid or epidural administration of local anesthetics for surgery. A survey of 21 cases. Acta Anaesthesiol Scand. 1997 Apr; 41: 453-60

**10378** Podesta, M. L., Jordan, G. H. Pelvic fracture urethral injuries in girls. J Urol. 2001 May; 165: 1660-5

**10638** Podnar, S., Lukanovi&cbreve;, A., Vodusek, D. B. Anal sphincter electromyography after vaginal delivery: neuropathic insufficiency or normal wear and tear?. Neurourol Urodyn. 2000; 19: 249-57

**42552** Pohjasvaara, T., Erkinjuntti, T., Ylikoski, R., Hietanen, M., Vataja, R., Kaste, M. Clinical determinants of poststroke dementia. Stroke. 1998 Jan; 29: 75-81

**40239** Pohl, H. G., Bauer, S. B., Borer, J. G., Diamond, D. A., Kelly, M. D., Grant, R., Briscoe, C. J., Doonan, G., Retik, A. B. The outcome of voiding dysfunction managed with clean intermittent catheterization in neurologically and anatomically normal children. BJU Int. 2002 Jun; 89: 923-7

**11579** Polascik, T. J., Moore, R. G., Rosenberg, M. T., Kavoussi, L. R. Comparison of laparoscopic and open retropubic urethropexy for treatment of stress urinary incontinence. Urology. 1995 Apr; 45: 647-52

**3489** Politano, V.A. Transurethral polytef injection for post-prostatectomy urinary incontinence. Br J Urol. 1992 Jan; 69: 26-28

**44575** Pollack, M. H., Reiter, S., Hammerness, P. Genitourinary and sexual adverse effects of psychotropic medication. Int J Psychiatry Med. 1992; 22: 305-27

**3139** Pollack, M.H., Reiter, S., and Hammerness, P. Genitourinary and sexual adverse effects of psychotropic medication. Int J Psychiatry Med. 1992; 22: 305-327

**52820** Pollak, J. T., Jenkins, P., Kopka, S. L., Davila, G. W. Effect of genital prolapse on assessment of bladder neck mobility by the Q-tip test. Obstet Gynecol. 2003 Apr; 101: 662-5

---

# Appendix A5. Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

| | |
|---|---|
| 59207 | Pollock, L. SUI after childbirth. RCM Midwives. 2004 Dec; 7: 504 |
| 55010 | Pollono, D., Tomarchia, S., Drut, R., Ibanez, O., Ferreyra, M., Cedola, J. Spinal cord compression: a review of 70 pediatric patients. Pediatr Hematol Oncol. 2003 Sep; 20: 457-66 |
| 43199 | Pomfret, I. Continence. Comprehensive care to order. Nurs Times. 1996 Apr 10-16; 92: 62-4 |
| 40052 | Pomfret, I. Developing a multidisciplinary continence service. Nurs Times. 2002 Jan 24-30; 98: 48 |
| 43762 | Pomfret, I. Promoting continence. Part III. Revision notes. Nurs Times. 1994 Nov 16-22; 90: suppl 9-12; quiz 13-4 |
| 55830 | Pomfret, I. J. Understanding post-micturition dribble incontinence in men. Nurs Times. 2003 Jul 22-28; 99: 56-7 |
| 3720 | Pomfret, I., Steele, W. Continence. A working service. Nurs Times. 1991 Apr 24-30; 87: 46-48 |
| 3166 | Pontes, J.E., Montie, J., Klein, E., and Huben, R. Salvage surgery for radiation failure in prostate cancer. Cancer. 1993 Feb 1; 71: 976-980 |
| 11948 | Poole, M. D., Postma, D. S. Characterization of cough associated with angiotensin-converting enzyme inhibitors. Otolaryngol Head Neck Surg. 1991 Nov; 105: 714-6 |
| 12118 | Porjazov, K. A ten-year follow-up of postoperative results of the treatment of urinary incontinence. Folia Med (Plovdiv). 1990; 32: 26-8 |
| 10742 | Porru, D., Madeddu, G., Campus, G., Montisci, I., Scarpa, R. M., Usai, E. Evaluation of morbidity of multi-channel pressure-flow studies. Neurourol Urodyn. 1999; 18: 647-52 |
| 59377 | Porru, D., Tinelli, C., Gerardini, M., Giliberto, G. L., Stancati, S., Rovereto, B. Evaluation of urinary and general symptoms and correlation with other clinical parameters in interstitial cystitis patients. Neurourol Urodyn. 2005; 24: 69-73 |
| 11737 | Porru, D., Usai, E. Standard and extramural ambulatory urodynamic investigation for the diagnosis of detrusor instability-correlated incontinence and micturition disorders. Neurourol Urodyn. 1994; 13: 237-42 |
| 10977 | Portera, J. C., Summitt, R. L., Jr Common operations for stress incontinence: selecting the correct operation. Clin Obstet Gynecol. 1998 Sep; 41: 712-8 |
| 42209 | Portera, S. G., Lipscomb, G. H. Pharmacologic therapy for urinary incontinence and voiding dysfunctions. Clin Obstet Gynecol. 1998 Sep; 41: 691-701 |
| 12117 | Poryazov, K. Modified Marshall-Marchetti-Krantz method by Joseph A. Riggs in urinary stress incontinence (our experience--a preliminary report). Folia Med (Plovdiv). 1990; 32: 26-9 |
| 12115 | Poryazov, K. Once more on G. Marion's operation in the treatment of urinary stress incontinence (in memoriam--70 years after its introduction). Folia Med (Plovdiv). 1990; 32: 20-2 |
| 12116 | Poryazov, K. The therapeutic effect of treatment of urinary stress incontinence with estriol. Folia Med (Plovdiv). 1990; 32: 16-9 |
| 40237 | Potter, J. M., Duffy, P. G., Gordon, E. M., Malone, P. R. Detrusor myotomy: a 5-year review in unstable and non-compliant bladders. BJU Int. 2002 Jun; 89: 932-5 |
| 3221 | Pottle, B. Continence. Equal rites for men. Nurs Times. 1992 Oct 28-Nov 3; 88: 74 |
| 3767 | Pottle, B. Continence. Refining tools [editorial]. Nurs Times. 1990 Nov 14-20; 86: 58 |
| 3289 | Pottle, B. Pulling together. Nurs Times. 1992 Jul 29-Aug 4; 88: 68 |
| 3943 | Powell, L. Achieving continence. Nurs Elder. 1990 Jul-Aug; 2: 16,18 |
| 43724 | Powers, I., Lowman, S., Williams, D. Urinary incontinence: a study of teaching practices of nursing students. Ky Nurse. 1995 Jan-Mar; 43: 19-20 |
| 3809 | Powers, I., Williams, D. Urinary incontinence. Adv Clin Care. 1991 Mar-Apr; 6: 10-15 |
| 3212 | Powers, I., Williams, D. Urinary incontinence: helping a patient regain control. Nursing. 1992 Dec; 22: 46-47 |

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

| | |
|---|---|
| 57060 | Prasad, R. S., Smith, S. J., Wright, H. Lower abdominal pressure versus external bladder stimulation to aid bladder emptying in multiple sclerosis: a randomized controlled study. Clin Rehabil. 2003 Feb; 17: 42-7 |
| 10581 | Prasad, S. A., Tannenbaum, E. L., Mikelsons, C. Physiotherapy in cystic fibrosis. J R Soc Med. 2000; 93 Suppl 38: 27-36 |
| 41455 | Prashar, S., Simons, A., Bryant, C., Dowell, C., Moore, K. H. Attitudes to vaginal/urethral touching and device placement in women with urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 4-8 |
| 43445 | Prasher, V. P., Filer, A. Behavioural disturbance in people with Down's syndrome and dementia. J Intellect Disabil Res. 1995 Oct; 39 ( Pt 5): 432-6 |
| 40405 | Prayson, R. A., Chowdhary, S., Woodhouse, S., Hanson, M., Nair, S. Collision of a syncytial meningioma and malignant astrocytoma. Ann Diagn Pathol. 2002 Feb; 6: 44-8 |
| 10109 | Pregazzi, R., Sartore, A., Bortoli, P., Grimaldi, E., Ricci, G., Guaschino, S. Immediate postpartum perineal examination as a predictor of puerperal pelvic floor dysfunction. Obstet Gynecol. 2002 Apr; 99: 581-4 |
| 10056 | Pregazzi, R., Sartore, A., Bortoli, P., Grimaldi, E., Troiano, L., Guaschino, S. Perineal ultrasound evaluation of urethral angle and bladder neck mobility in women with stress urinary incontinence. BJOG. 2002 Jul; 109: 821-7 |
| 40864 | Preisser, J. S., Qaqish, B. F. Robust regression for clustered data with application to binary responses. Biometrics. 1999 Jun; 55: 574-9 |
| 4072 | Presti, J.C., Jr., Schmidt, R.A., Narayan, P.A., Carroll, P.R., and Tanagho, E.A. Pathophysiology of urinary incontinence after radical prostatectomy. J Urol. 1990 May; 143: 975-978 |
| 3346 | Prestwood, K.M., Besdine, R.W. Geriatric medicine. Jama. 1992 Jul 15; 268: 360-362 |
| 59043 | Price, N., Jackson, S. R. Clinical audit of the use of tension-free vaginal tape as a surgical treatment for urinary stress incontinence, set against NICE guidelines. J Obstet Gynaecol. 2004 Aug; 24: 534-8 |
| 11458 | Primus, G., Kramer, G. Maximal external electrical stimulation for treatment of neurogenic or non-neurogenic urgency and/or urge incontinence. Neurourol Urodyn. 1996; 15: 187-94 |
| 3927 | Primus, G., Pummer, K. Oxybutynin hydrochloride in the management of detrusor instability. Int Urol Nephrol. 1990; 22: 243-248 |
| 42087 | Pronsati, M. P. Breaking the silence. Adv Nurse Pract. 1998 Oct; 6: 9 |
| 42687 | Prosser, S., Dobbs, F. Case-finding incontinence in the over-75s. Br J Gen Pract. 1997 Aug; 47: 498-500 |
| 43936 | Proudfoot, L. M., Farmer, E. S., McIntosh, J. B. Testing incontinence pads using single-case research designs. Br J Nurs. 1994 Apr 14-27; 3: 316, 318-20, 322 passim |
| 10533 | Pruthi, R. S., Petrus, C. D., Bundrick, W. S., JR New onset vesicovaginal fistula after transurethral collagen injection in women who underwent cystectomy and orthotopic neobladder creation: presentation and definitive treatment. J Urol. 2000 Nov; 164: 1638-9 |
| 42590 | Publicover, C., Bear, M. The effect of bladder training on urinary incontinence in community- dwelling older women. J Wound Ostomy Continence Nurs. 1997 Nov; 24: 319-24 |
| 10657 | Punekar, S. V., Buch, D. N., Soni, A. B., Swami, G., Rao, S. R., Kinne, J. S., Karhadkar, S. S. Martius' labial fat pad interposition and its modification in complex lower urinary fistulae. J Postgrad Med. 1999 Jul-Sep; 45: 69-73 |
| 3930 | Purkiss, S.F. Assessment of residual urine in men following catheterisation [see comments]. Br J Urol. 1990 Sep; 66: 279-280 |
| 40145 | Pursley, H. G., Kwolek, D. S. A women's health track for internal medicine residents using evidence- based medicine. Acad Med. 2002 Jul; 77: 743-4 |
| 11031 | Pycha, A., Klingler, C. H., Haitel, A., Heinz-Peer, G., Marberger, M. Implantable microballoons: an attractive alternative in the management of intrinsic sphincter deficiency. Eur Urol. 1998; 33: 469-75 |
| 40737 | Pycha, A., Klingler, C. H., Reiter, W. J., Schroth, B., Haitel, A., Latal, D. Von Recklinghausen neurofibromatosis with urinary bladder involvement. Urology. 2001 Jul; 58: 106 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

sorted by Primary Author and Title

---

**43200**   Pyne, K., Stott, M. Continence. Delivering the best service. Nurs Times. 1996 Apr 10-16; 92: 60-2

**59189**   Qiu, Y., DU, C., Shen, X. Transurethral resection in women with lower urinary tract symptoms. Int J Urol. 2004 Dec; 11: 1097-103

**10804**   Quadri, G., Magatti, F., Belloni, C., Barisani, D., Natale, N. Marshall-Marchetti-Krantz urethropexy and Burch colposuspension for stress urinary incontinence in women with low pressure and hypermobility of the urethra: early results of a prospective randomized clinical trial. Am J Obstet Gynecol. 1999 Jul; 181: 12-8

**11071**   Quadri, G., Magatti, F., Belloni, C., Mattioli, G. Transabdominal repair of cystocele by wedge colpectomy during combined abdominal-vaginal surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 278-83

**42941**   Quattrocolo, G., Leombruni, S., Vaula, G., Bergui, M., Riva, A., Bradac, G. B., Bergamini, L. Autosomal dominant late-onset leukoencephalopathy. Clinical report of a new Italian family. Eur Neurol. 1997; 37: 53-61

**57700**   Quek, M. L., Ginsberg, D. A. Long-term urodynamics followup of bladder augmentation for neurogenic bladder. J Urol. 2003 Jan; 169: 195-8

**59089**   Quek, M. L., Ginsberg, D. A., Wilson, S., Skinner, E. C., Stein, J. P., Skinner, D. G. Pubovaginal slings for stress urinary incontinence following radical cystectomy and orthotopic neobladder reconstruction in women. J Urol. 2004 Jul; 172: 219-21

**11632**   Querleu, D., Debodinance, P., Crepin, G. Adverse tissue reaction after surgical management of stress incontinence with expanded polytetrafluoroethylene. Am J Obstet Gynecol. 1994 Dec; 171: 1674

**10163**   Querleu, D., Narducci, F., Poulard, V., Lacaze, S., Occelli, B., Leblanc, E., Cosson, M. Modified radical vaginal hysterectomy with or without laparoscopic nerve-sparing dissection: a comparative study. Gynecol Oncol. 2002 Apr; 85: 154-8

**44692**   Quinlan, D. M., Leonard, M. P., Brendler, C. B., Gearhart, J. P., Jeffs, R. D. Use of the Benchekroun hydraulic valve as a catheterizable continence mechanism. J Urol. 1991 Jun; 145: 1151-5

**3698**   Quinlan, D.M., Leonard, M.P., Brendler, C.B., Gearhart, J.P., and Jeffs, R.D. Use of the Benchekroun hydraulic valve as a catheterizable continence mechanism. J Urol. 1991 Jun; 145: 1151-1155

**43542**   Quinn, M. Pelvic floor physiology in women with faecal incontinence and urinary symptoms. Br J Surg. 1995 Jul; 82: 998

**56800**   Quinn, P., Goka, J., Richardson, H. Assessment of an electronic daily diary in patients with overactive bladder. BJU Int. 2003 May; 91: 647-52

**56620**   Quint, E. H., Smith, Y. R., Bowerman, R. A., DeLancey, J. O. Spasticity of the pelvic floor mimicking an obstructive anomaly. J Pediatr Adolesc Gynecol. 2003 Apr; 16: 83-5

**52070**   Qureshi, A., Nicolaou, J., Lynch, C. B., Anjum, M. I., Clay, J. Outcome of tension-free vaginal tape (TVT) procedure in women with stress urinary incontinence--patients' perspective. J Obstet Gynaecol. 2003 May; 23: 297-300

**40039**   Rabah, D. M., Spiess, P. E., Begin, L. R., Corcos, J. Tissue reaction of the rabbit urinary bladder to tension-free vaginal tape and porcine small intestinal submucosa. BJU Int. 2002 Oct; 90: 601-6

**11007**   Rabin, J. M. Clinical use of the FemAssist device in female urinary incontinence. J Med Syst. 1998 Aug; 22: 257-71

**44784**   Rabin, J. M., Badlani, G. Importance of complete cytometric evaluation of vesical dysfunction in elderly diabetic patients. Arch Intern Med. 1991 Jan; 151: 201-3

**43000**   Rabin, J. M., McNett, J., Badlani, G. H. A computerized voiding diary. J Reprod Med. 1996 Nov; 41: 801-6

**44333**   Rabin, J. M., McNett, J., Badlani, G. H. Computerized voiding diary. Neurourol Urodyn. 1993; 12: 541-53; discussion 553-4

**43267**   Rabin, J. M., McNett, J., Badlani, G. H. 'Compu-Void II': the computerized voiding diary. J Med Syst. 1996 Feb; 20: 19-34

Appendix A5. Bibliography sorted by Primary Author

Case 2:14-md-02592-EEF-MBN Document 5104-4 Filed 01/20/17 Page 333 of 800 PageID #: 146408

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

**3851**    Rabin, J.M., Badlani, G. Importance of complete cytometric evaluation of vesical dysfunction in elderly diabetic patients [letter; comment]. Arch Intern Med. 1991 Jan; 151: 201-203

**11782**    Raboy, A., Hakim, L. S., Ferzli, G., Antario, J. M., Albert, P. S. Extraperitoneal endoscopic vesicourethral suspension. J Laparoendosc Surg. 1993 Oct; 3: 505-8

**11893**    Rachagan, S. P., Mathews, A. Urinary incontinence caused by prazosin. Singapore Med J. 1992 Jun; 33: 308-9

**10357**    Rackley, R. R., Abdelmalak, J. B., Tchetgen, M. B., Madjar, S., Jones, S., Noble, M. Tension-free vaginal tape and percutaneous vaginal tape sling procedures. Tech Urol. 2001 Jun; 7: 90-100

**42871**    Rackley, R. R., Appell, R. A. Evaluation and medical management of female urinary incontinence. Cleve Clin J Med. 1997 Feb; 64: 83-92

**43056**    Rackley, R., Kursh, E. D. Evaluation and medical management of female urinary incontinence. Compr Ther. 1996 Sep; 22: 547-53

**59123**    Radley, S. C. Differential diagnosis of stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 4-7

**10469**    Radley, S. C., Chapple, C. R., Bryan, N. P., Clarke, D. E., Craig, D. A. Effect of methoxamine on maximum urethral pressure in women with genuine stress incontinence: a placebo-controlled, double-blind crossover study. Neurourol Urodyn. 2001; 20: 43-52

**10646**    Radley, S. C., Chapple, C. R., Lee, J. A. Transurethral implantation of silicone polymer for stress incontinence: evaluation of a porcine model and mechanism of action in vivo. BJU Int. 2000 Apr; 85: 646-50

**10397**    Radley, S. C., Chapple, C. R., Mitsogiannis, I. C., Glass, K. S. Transurethral implantation of macroplastique for the treatment of female stress urinary incontinence secondary to urethral sphincter deficiency. Eur Urol. 2001 Apr; 39: 383-9

**10246**    Radley, S. C., Rosario, D. J., Chapple, C. R., Farkas, A. G. Conventional and ambulatory urodynamic findings in women with symptoms suggestive of bladder overactivity. J Urol. 2001 Dec; 166: 2253-8

**11419**    Radomski, S. B., Herschorn, S. Laparoscopic Burch bladder neck suspension: early results. J Urol. 1996 Feb; 155: 515-8

**53210**    Rafii, A., Darai, E., Haab, F., Samain, E., Levardon, M., Deval, B. Body mass index and outcome of tension-free vaginal tape. Eur Urol. 2003 Mar; 43: 288-92

**54830**    Raghavan, P., Raza, W. A., Ahmed, Y. S., Chamberlain, M. A. Prevalence of pressure sores in a community sample of spinal injury patients. Clin Rehabil. 2003 Dec; 17: 879-84

**40103**    Rahman, M., Gafur, M. A., Sarwar, J., Rahman, M. M. Urinary incontinence due to duplication of ureter--a case report. Mymensingh Med J. 2002 Jan; 11: 29-31

**42121**    Rai, G. S. Impact of urinary incontinence on quality of life. J Am Geriatr Soc. 1998 Nov; 46: 1480-1

**3089**    Ramon, J., Leandri, P., Rossignol, G., and Gautier, J.R. Preservation of urinary continence and potency after cystoprostatectomy. Prog Clin Biol Res. 1992; 378: 125-132

**3153**    Ramon, J., Leandri, P., Rossignol, G., and Gautier, J.R. Urinary continence following radical retropubic prostatectomy. Br J Urol. 1993 Jan; 71: 47-51

**12056**    Ramon, J., Mekras, J. A., Webster, G. D. The outcome of transvaginal cystourethropexy in patients with anatomical stress urinary incontinence and outlet weakness. J Urol. 1990 Jul; 144: 106-8; discussion 108-9

**3536**    Ramon, J., Mekras, J., and Webster, G.D. Transvaginal needle suspension procedures for recurrent stress incontinence. Urology. 1991 Dec; 38: 519-522

**11940**    Ramon, J., Mekras, J., Webster, G. D. Transvaginal needle suspension procedures for recurrent stress incontinence. Urology. 1991 Dec; 38: 519-22

**4005**    Ramon, J., Mekras, J.A., and Webster, G.D. The outcome of transvaginal cystourethropexy in patients with anatomical stress urinary incontinence and outlet weakness. J Urol. 1990 Jul; 144: 106-8;discussion108-9

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

11649    Ramoso-Jalbuena, J. Climacteric Filipino women: a preliminary survey in the Philippines. Maturitas. 1994 Oct; 19: 183-90

59191    Ramsay, I. N. The treatment of stress incontinence--is there a role for laparoscopy?. BJOG. 2004 Dec; 111 Suppl 1: 49-52

11429    Ramsay, I. N., Ali, H. M., Hunter, M., Stark, D., McKenzie, S., Donaldson, K., Major, K. A prospective, randomized controlled trial of inpatient versus outpatient continence programs in the treatment of urinary incontinence in the female. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 260-3

44502    Ramsay, I. N., Clancy, S., Hilton, P. Subtrigonal phenol injections in the treatment of idiopathic detrusor instability in the female--a long-term urodynamic follow-up. Br J Urol. 1992 Apr; 69: 363-5

11832    Ramsay, I. N., Hilton, P., Cox, T. F. Time-series analysis of urethral electrical conductance measurements in the assessment of unstable urethral pressure: results in normal patients and in those with genuine stress incontinence. Neurourol Urodyn. 1993; 12: 23-31

3420    Ramsay, I.N., Clancy, S., and Hilton, P. Subtrigonal phenol injections in the treatment of idiopathic detrusor instability in the female--a long-term urodynamic follow-up. Br J Urol. 1992 Apr; 69: 363-365

3098    Ramsay, I.N., Hilton, P., and Cox, T.F. Time-series analysis of urethral electrical conductance measurements in the assessment of unstable urethral pressure: results in normal patients and in those with genuine stress incontinence. Neurourol Urodyn. 1993; 12: 23-31

57640    Ramundo, J. M., Davis, K. E. State of the science: pathology and management of the patient with overactive bladder. Ostomy Wound Manage. 2002 Dec; 48: 22-7

42284    Rana, S., D'Amico, F., Merenstein, J. H. Relationship of vitamin B12 deficiency with incontinence in older people. J Am Geriatr Soc. 1998 Jul; 46: 931-2

10309    Rane, A. A comparison of bladder neck movement and elevation after tension free vaginal tape and colposuspension. BJOG. 2001 Jul; 108: 776

41813    Rane, A. Incontinence in women. Don't suffer it. Aust Fam Physician. 1999 Jun; 28: 584-6

10916    Rane, A. Laparoscopic colposuspension. Br J Obstet Gynaecol. 1998 Nov; 105: 1237

41205    Rangnekar, N. P., Imdad Ali, N., Kaul, S. A., Pathak, H. R. Role of the martius procedure in the management of urinary-vaginal fistulas. J Am Coll Surg. 2000 Sep; 191: 259-63

40607    Rannestad, T., Eikeland, O. J., Helland, H., Qvarnstrom, U. Are the physiologically and psychosocially based symptoms in women suffering from gynecological disorders alleviated by means of hysterectomy?. J Womens Health Gend Based Med. 2001 Jul-Aug; 10: 579-87

59295    Rao, A. R., Karim, O. M., Motiwala, H. G. Urethral diverticula: a diagnostic dilemma. BJU Int. 2005 Mar; 95: 680-1

53700    Rardin, C. R., Kohli, N., Rosenblatt, P. L., Miklos, J. R., Moore, R., Strohsnitter, W. C. Tension-free vaginal tape: outcomes among women with primary versus recurrent stress urinary incontinence. Obstet Gynecol. 2002 Nov; 100: 893-7

53690    Rardin, C. R., Rosenblatt, P. L., Kohli, N., Miklos, J. R., Heit, M., Lucente, V. R. Release of tension-free vaginal tape for the treatment of refractory postoperative voiding dysfunction. Obstet Gynecol. 2002 Nov; 100: 898-902

44048    Rasmussen, A., Mouritsen, L., Dalgaard, A., Frimodt-Moller, C. Twenty-four hour pad weighing test: reproducibility and dependency of activity level and fluid intake. Neurourol Urodyn. 1994; 13: 261-5

3079    Rasmussen, F., Lie, H.R., Hagelsteen, J.H., Lagergren, J., Borjeson, M.C., Lagerkvist, B., and Kohler, L. Nordic children with myelomeningocele. Parents' assessments of the handicap and physicians' classifications of the disabilities. Acta Paediatr. 1993 Mar; 82: 276-280

11226    Rasmussen, K. L., Krue, S., Johansson, L. E., Knudsen, H. J., Agger, A. O. Obesity as a predictor of postpartum urinary symptoms. Acta Obstet Gynecol Scand. 1997 Apr; 76: 359-62

43142    Ravalli, R., Brettschneider, N. Nursing assessment and management strategies for urinary incontinence. J Endourol. 1996 Jun; 10: 297-300

---

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

**SUI Guidelines Panel**

40346   Rawlings, C. A. Colposuspension as a treatment for urinary incontinence in spayed dogs. J Am Anim Hosp Assoc. 2002 Mar-Apr; 38: 107-10

41099   Rawlings, C. A., Mahaffey, M. B., Chernosky, A., Huzella, L. Immediate urodynamic and anatomic response to colposuspension in female Beagles. Am J Vet Res. 2000 Nov; 61: 1353-7

40605   Rawlings, C., Barsanti, J. A., Mahaffey, M. B., Bement, S. Evaluation of colposuspension for  treatment of incontinence in spayed female dogs. J Am Vet Med Assoc. 2001 Sep 15; 219: 770-5

11620   Rayome, R. G., King, C., King, T. Patient with nocturnal enuresis and stress incontinence after previous hysterectomy and radiation therapy for cervical cancer. J Wound Ostomy Continence Nurs. 1995 Jan; 22: 64-7

41567   Raz, R., Gennesin, Y., Wasser, J., Stoler, Z., Rosenfeld, S., Rottensterich, E., Stamm, W. E. Recurrent urinary tract infections in postmenopausal women. Clin Infect Dis. 2000 Jan; 30: 152-6

11642   Raz, S. Fistulas, diverticula and incontinence. J Urol. 1994 Nov; 152: 1458-9

12083   Raz, S. Vaginal surgery for stress incontinence. J Am Geriatr Soc. 1990 Mar; 38: 345-7

11952   Raz, S., Little, N. A., Juma, S., Sussman, E. M. Repair of severe anterior vaginal wall prolapse (grade IV cystourethrocele). J Urol. 1991 Oct; 146: 988-92

3599   Raz, S., Little, N.A., Juma, S., and Sussman, E.M. Repair of severe anterior vaginal wall prolapse (grade IV cystourethrocele). J Urol. 1991 Oct; 146: 988-992

11816   Raz, S., Nitti, V. W., Bregg, K. J. Transvaginal repair of enterocele. J Urol. 1993 Apr; 149: 724-30

3128   Raz, S., Nitti, V.W., and Bregg, K.J. Transvaginal repair of enterocele. J Urol. 1993 Apr; 149: 724-730

43132   Raz, S., Stothers, L., Young, G. P., Short, J., Marks, B., Chopra, A., Wahle, G. R. Vaginal wall sling for anatomical incontinence and intrinsic sphincter dysfunction: efficacy and outcome analysis. J Urol. 1996 Jul; 156: 166-70

11875   Raz, S., Sussman, E. M., Erickson, D. B., Bregg, K. J., Nitti, V. W. The Raz bladder neck suspension: results in 206 patients. J Urol. 1992 Sep; 148: 845-50

3279   Raz, S., Sussman, E.M., Erickson, D.B., Bregg, K.J., and Nitti, V.W. The Raz bladder neck suspension: results in 206 patients. J Urol. 1992 Sep; 148: 845-850

41215   Razak, M., Sappani, K. Neurological recovery following posterior decompression of spinal secondaries. Med J Malaysia. 1998 Sep; 53 Suppl A: 6-11

12075   Realini, J. P., Walters, M. D. Vaginal diaphragm rings in the treatment of stress urinary incontinence. J Am Board Fam Pract. 1990 Apr-Jun; 3: 99-103

11811   Rechberger, T., Donica, H., Baranowski, W., Jakowicki, J. Female urinary stress incontinence in terms of connective tissue biochemistry. Eur J Obstet Gynecol Reprod Biol. 1993 May; 49: 187-91

10912   Rechberger, T., Postawski, K., Jakowicki, J. A., Gunja-Smith, Z., Woessner, J. F., Jr Role of fascial collagen in stress urinary incontinence. Am J Obstet Gynecol. 1998 Dec; 179: 1511-4

10303   Reddy, A. P., DeLancey, J. O., Zwica, L. M., Ashton-Miller, J. A. On-screen vector-based ultrasound assessment of vesical neck movement. Am J Obstet Gynecol. 2001 Jul; 185: 65-70

56900   Reddy, P. P., Redman, J. F. The management of childhood voiding dysfunction. J Ark Med Soc. 2003 Mar; 99: 295-8

32138   Redman, J. F. Female urologic diagnostic techniques. Urol Clin North Am. 1990 Feb; 17: 5-8

54050   Reed, H., Freeman, R. M., Waterfield, A., Adekanmi, O. Prevalence of bladder neck mobility in asymptomatic non-pregnant nulliparous volunteers. BJOG. 2004 Feb; 111: 172-5

43928   Regensberg, D. Objective social continence: understanding continence. Nurs RSA. 1994 May; 9: 23-6

55790   Reichle, J. K., Peterson, R. A., 2nd, Mahaffey, M. B., Schelling, C. G., Barthez, P. Y. Ureteral fibroepithelial polyps in four dogs. Vet Radiol Ultrasound. 2003 Jul-Aug; 44: 433-7

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

---

**55390** Reichler, I. M., Hubler, M., Jochle, W., Trigg, T. E., Piche, C. A., Arnold, S. The effect of GnRH analogs on urinary incontinence after ablation of the ovaries in dogs. Theriogenology. 2003 Oct 15; 60: 1207-16

**3027** Reid, C.J., Borzyskowski, M. Lower urinary tract dysfunction in cerebral palsy. Arch Dis Child. 1993 Jun; 68: 739-742

**12071** Reid, G. C., DeLancey, J. O., Hopkins, M. P., Roberts, J. A., Morley, G. W. Urinary incontinence following radical vulvectomy. Obstet Gynecol. 1990 May; 75: 852-8

**4085** Reid, G.C., DeLancey, J.O., Hopkins, M.P., Roberts, J.A., and Morley, G.W. Urinary incontinence following radical vulvectomy. Obstet Gynecol. 1990 May; 75: 852-858

**54120** Reid, I. R., Eastell, R., Fogelman, I., Adachi, J. D., Rosen, A., Netelenbos, C., Watts, N. B., Seeman, E., Ciaccia, A. V., Draper, M. W. A comparison of the effects of raloxifene and conjugated equine estrogen on bone and lipids in healthy postmenopausal women. Arch Intern Med. 2004 Apr 26; 164: 871-9

**59166** Reid, S. V., Parys, B. T. Long-term 5-year followup of the results of the vesica procedure. J Urol. 2005 Apr; 173: 1234-6

**10191** Reilly, E. T., Freeman, R. M., Waterfield, M. R., Waterfield, A. E., Steggles, P., Pedlar, F. Prevention of postpartum stress incontinence in primigravidae with increased bladder neck mobility: a randomised controlled trial of antenatal pelvic floor exercises. BJOG. 2002 Jan; 109: 68-76

**40261** Reilly, N. A matter of life or death. Urol Nurs. 2001 Apr; 21: 68

**57690** Reinberg, Y., Crocker, J., Wolpert, J., Vandersteen, D. Therapeutic efficacy of extended release oxybutynin chloride, and immediate release and long acting tolterodine tartrate in children with diurnal urinary incontinence. J Urol. 2003 Jan; 169: 317-9

**3391** Reiner, I., Jones, M., Donnell, S., and Rickwood, A.M. Incidence of normal micturition in myelomeningocele patients. Arch Dis Child. 1992 May; 67: 640-641

**44392** Rekers, H., Drogendijk, A. C., Valkenburg, H. A., Riphagen, F. The menopause, urinary incontinence and other symptoms of the genito- urinary tract. Maturitas. 1992 Oct; 15: 101-11

**44524** Rekers, H., Drogendijk, A. C., Valkenburg, H., Riphagen, F. Urinary incontinence in women from 35 to 79 years of age: prevalence and consequences. Eur J Obstet Gynecol Reprod Biol. 1992 Feb 28; 43: 229-34

**3438** Rekers, H., Drogendijk, A.C., Valkenburg, H., and Riphagen, F. Urinary incontinence in women from 35 to 79 years of age: prevalence and consequences. Eur J Obstet Gynecol Reprod Biol. 1992 Feb 28; 43: 229-234

**3198** Rekers, H., Drogendijk, A.C., Valkenburg, H.A., and Riphagen, F. The menopause, urinary incontinence and other symptoms of the genito-urinary tract. Maturitas. 1992 Oct; 15: 101-111

**41409** Remsburg, R. E., Palmer, M. H., Langford, A. M., Mendelson, G. F. Staff compliance with and ratings of effectiveness of a prompted voiding program in a long-term care facility. J Wound Ostomy Continence Nurs. 1999 Sep; 26: 261-9

**42510** Rentzhog, L., Stanton, S. L., Cardozo, L., Nelson, E., Fall, M., Abrams, P. Efficacy and safety of tolterodine in patients with detrusor instability: a dose-ranging study. Br J Urol. 1998 Jan; 81: 42-8

**43554** Resnick, B. A bladder scan trial in geriatric rehabilitation. Rehabil Nurs. 1995 Jul-Aug; 20: 194-6, 203

**43184** Resnick, B., Slocum, D., Ra, L., Moffett, P. Geriatric rehabilitation: nursing interventions and outcomes focusing on urinary function and knowledge of medications. Rehabil Nurs. 1996 May-Jun; 21: 142-7

**42961** Resnick, N. M. An 89-year-old woman with urinary incontinence. JAMA. 1996 Dec 11; 276: 1832-40

**12091** Resnick, N. M. Initial evaluation of the incontinent patient. J Am Geriatr Soc. 1990 Mar; 38: 311-6

**11543** Resnick, N. M. Urinary incontinence. Lancet. 1995 Jul 8; 346: 94-9

**11866** Resnick, N. M. Urinary incontinence in older adults. Hosp Pract (Off Ed). 1992 Oct 15; 27: 139-42, 147, 150 passim

---

Appendix A5 Bibliography sorted by Primary Author

Case 2:13-md-02445-MSG Document 40-4 Filed 05/25/18 Page 337 of 800 PageID #: 146412

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

11713    Resnick, N. M., Beckett, L. A., Branch, L. G., Scherr, P. A., Wetle, T. Short-term variability of self report of incontinence in older persons. J Am Geriatr Soc. 1994 Feb; 42: 202-7

11435    Resnick, N. M., Brandeis, G. H., Baumann, M. M., DuBeau, C. E., Yalla, S. V. Misdiagnosis of urinary incontinence in nursing home women: prevalence and a proposed solution. Neurourol Urodyn. 1996; 15: 599-613; discussion 613-8

43309    Resnick, N. M., Brandeis, G. H., Baumann, M. M., Morris, J. N. Evaluating a national assessment strategy for urinary incontinence in nursing home residents: reliability of the minimum data set and validity of the resident assessment protocol. Neurourol Urodyn. 1996; 15: 583-98

51900    Resnick, N. M., Griffiths, D. J. Expanding treatment options for stress urinary incontinence in women. JAMA. 2003 Jul 16; 290: 395-7

42350    Resnick, N., Fenner, D. Toward optimal health: the experts respond to urinary incontinence. J Womens Health. 1998 May; 7: 419-24

3895    Resnick, N.M. Noninvasive diagnosis of the patient with complex incontinence. Gerontology. 1990; 36 Suppl 2: 8-18

4157    Resnick, N.M., Ouslander, J.G. Urinary incontinence--where do we stand and where do we go from here?. J Am Geriatr Soc. 1990 Mar; 38: 263-264

10104    Resplande, J., Gholami, S. S., Graziottin, T. M., Rogers, R., Lin, C. S., Leng, W., Lue, T. F. Long-term effect of ovariectomy and simulated birth trauma on the lower urinary tract of female rats. J Urol. 2002 Jul; 168: 323-30

53530    Resplande, J., Gholami, S., Bruschini, H., Srougi, M. Urodynamic changes induced by the intravaginal electrode during pelvic floor electrical stimulation. Neurourol Urodyn. 2003; 22: 24-8

43690    Retzky, S. S., Rogers, R. M.,  Jr Urinary incontinence in women. Clin Symp. 1995; 47: 2-32

41967    Reuben, D. B., Frank, J. C., Hirsch, S. H., McGuigan, K. A., Maly, R. C. A randomized clinical trial of outpatient comprehensive geriatric assessment coupled with an intervention to increase adherence to recommendations. J Am Geriatr Soc. 1999 Mar; 47: 269-76

43231    Reuben, D. B., Maly, R. C., Hirsch, S. H., Frank, J. C., Oakes, A. M., Siu, A. L., Hays, R. D. Physician implementation of and patient adherence to recommendations from comprehensive geriatric assessment. Am J Med. 1996 Apr; 100: 444-51

43816    Reymert, J., Hunskaar, S. Why do only a minority of perimenopausal women with urinary incontinence consult a doctor?. Scand J Prim Health Care. 1994 Sep; 12: 180-3

10329    Rezapour, M., Falconer, C., Ulmsten, U. Tension-Free vaginal tape (TVT) in stress incontinent women with intrinsic sphincter deficiency (ISD)--a long-term follow-up. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S12-14

10328    Rezapour, M., Ulmsten, U. Tension-Free vaginal tape (TVT) in women with mixed urinary incontinence--a long-term follow-up. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S15-19

10322    Rezapour, M., Ulmsten, U. Tension-Free vaginal tape (TVT) in women with recurrent stress urinary incontinence--a long-term follow up. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S9-11

41541    Reznicek, S. B. Common urologic problems in the elderly. Prostate cancer, outlet obstruction, and incontinence require special management. Postgrad Med. 2000 Jan; 107: 163-4, 167-70, 177-8

43686    Rhodes, P. A postal survey of continence advisers in England and Wales. J Adv Nurs. 1995 Feb; 21: 286-94

44029    Rhodes, P., Parker, G. Continence. Profile of an adviser. Nurs Times. 1994 Jan 26-Feb 1; 90: 75-8

10098    Riachi, L., Kohli, N., Miklos, J. Repeat tension-free transvaginal tape (TVT) sling for the treatment of recurrent stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 133-5; discussion 135

40610    Ricci, J. A., Baggish, J. S., Hunt, T. L., Stewart, W. F., Wein, A., Herzog, A. R., Diokno, A. C. Coping strategies and health care-seeking behavior in a US national sample of adults with symptoms suggestive of overactive bladder. Clin Ther. 2001 Aug; 23: 1245-59

**American Urological Association, Inc.**

SUI Guidelines Panel

44164    Richardson, D. A. Conservative management of urinary incontinence. A symposium. J Reprod Med. 1993 Sep; 38: 659-61

11965    Richardson, D. A. Investigative procedures in urogynecology. Curr Opin Obstet Gynecol. 1991 Aug; 3: 513-9

11356    Richardson, D. A., Miller, K. L., Siegel, S. W., Karram, M. M., Blackwood, N. B., Staskin, D. R. Pelvic floor electrical stimulation: a comparison of daily and every- other-day therapy for genuine stress incontinence. Urology. 1996 Jul; 48: 110-8

11854    Richardson, D. A., Ramahi, A. Reproducibility of pressure transmission ratios in stress incontinent women. Neurourol Urodyn. 1993; 12: 123-30

12007    Richardson, D. A., Ramahi, A., Chalas, E. Surgical management of stress incontinence in patients with low urethral pressure. Gynecol Obstet Invest. 1991; 31: 106-9

4025    Richardson, D.A. Overflow incontinence and urinary retention. Clin Obstet Gynecol. 1990 Jun; 33: 378-381

3689    Richardson, D.A., Ramahi, A., and Chalas, E. Surgical management of stress incontinence in patients with low urethral pressure. Gynecol Obstet Invest. 1991; 31: 106-109

43474    Richardson, J. P., Hricz, L. Risk factors for the development of bacteremia in nursing home patients. Arch Fam Med. 1995 Sep; 4: 785-9

42558    Richardson, P. Re: The intravaginal slingplasty operation, a minimally invasive technique for cure of urinary incontinence in the female (1). Aust N Z J Obstet Gynaecol. 1997 Nov; 37: 485

10162    Richardson, P. The integral theory of pelvic floor dysfunction. Aust N Z J Obstet Gynaecol. 2002 Feb; 42: 99-100

43788    Richardson, P. A. Ambulatory surgery for urinary incontinence and vaginal prolapse. Med J Aust. 1994 Oct 17; 161: 511

11521    Richardson, T. D., Kennelly, M. J., Faerber, G. J. Endoscopic injection of glutaraldehyde cross-linked collagen for the treatment of intrinsic sphincter deficiency in women. Urology. 1995 Sep; 46: 378-81

11771    Richmond, D. The incontinent woman: 1. Br J Hosp Med. 1993 Oct 6-19; 50: 418-23

11772    Richmond, D. The incontinent woman: 2. Br J Hosp Med. 1993 Oct 20-Nov 2; 50: 490-2

43792    Richmond, J. Continence. The tyranny of interstitial cystitis. Nurs Times. 1994 Oct 26-Nov 1; 90: 72

50470    Richter, H. E., Burgio, K. L., Holley, R. L., Goode, P. S., Locher, J. L., Wright, K. C., Varner, R. E. Cadaveric fascia lata sling for stress urinary incontinence: a prospective quality-of-life analysis. Am J Obstet Gynecol. 2003 Dec; 189: 1590-5; discussion 1595-6

10443    Richter, H. E., Varner, R. E., Sanders, E., Holley, R. L., Northen, A., Cliver, S. P. Effects of pubovaginal sling procedure on patients with urethral hypermobility and intrinsic sphincteric deficiency: would they do it again?. Am J Obstet Gynecol. 2001 Jan; 184: 14-9

44726    Ricketts, R. R., Woodard, J. R., Zwiren, G. T., Andrews, H. G., Broecker, B. H. Modern treatment of cloacal exstrophy. J Pediatr Surg. 1991 Apr; 26: 444-8; discussion 448-50

3673    Ricketts, R.R., Woodard, J.R., Zwiren, G.T., Andrews, H.G., and Broecker, B.H. Modern treatment of cloacal exstrophy. J Pediatr Surg. 1991 Apr; 26: 444-8;discussion448-50

3371    Rickwood, A.M. Management of the incontinent child in general practice. The paediatric urologist's viewpoint. Scand J Urol Nephrol Suppl. 1992; 141: 117-125

40475    Riedmiller, H., Androulakakis, P., Beurton, D., Kocvara, R., Gerharz, E. EAU guidelines on paediatric urology. Eur Urol. 2001 Nov; 40: 589-99

44117    Rietberg, C. C., Lindhout, D. Adult patients with spina bifida cystica: genetic counselling, pregnancy and delivery. Eur J Obstet Gynecol Reprod Biol. 1993 Nov; 52: 63-70

43016    Rigby, D. Continence. Face to face support. Nurs Times. 1996 Oct 9-15; 92: 84

41627    Rigby, D. Persistence the key for patient who resists change. Nurs Times. 1999 Aug 4-10; 95: 61

Appendix A5 Bibliography sorted by Primary Author
Case 2:14-md-02592-EEF-MBN Document 5104-11 Filed 01/20/17 Page 339 of 800 PageID #: 146414

**Appendix A5  Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| **11389** | Rigby, D. Promoting continence with electrostimulation. Prof Nurse. 1996 Apr; 11: 431-434 |
| **40297** | Rigby, D., Whelan, L. Parkinson's disease and the nurse's role in continence assessment. Nurs Times. 2001 May 17-23; 97: 64-5 |
| **40300** | Rigby, D., Whelan, L. Parkinson's disease--continence management. Nurs Times. 2001 Jul 26-Aug 1; 97: 65-6 |
| **41418** | Rigby, M. Lost continence. Nurs Stand. 1999 Sep 29-Oct 5; 14: 14-5 |
| **3011** | Riley, D.E., Lang, A.E. The spectrum of levodopa-related fluctuations in Parkinson's disease. Neurology. 1993 Aug; 43: 1459-1464 |
| **42013** | Ring, H., Tshuva, M., Ronen, R., Dynia, A., Eldar, R. Quality of care on a stroke rehabilitation ward: the use of urinary incontinence as tracer. Int J Rehabil Res. 1998 Jun; 21: 241-5 |
| **43854** | Rink, R. C., Adams, M. C., Keating, M. A. The flip-flap technique to lengthen the urethra (Salle procedure) for treatment of neurogenic urinary incontinence. J Urol. 1994 Aug; 152: 799-802 |
| **43654** | Rintala, R. J., Lindahl, H. Is normal bowel function possible after repair of intermediate and high anorectal malformations?. J Pediatr Surg. 1995 Mar; 30: 491-4 |
| **42761** | Rintala, R. J., Lindahl, H. G., Rasanen, M. Do children with repaired low anorectal malformations have normal bowel function?. J Pediatr Surg. 1997 Jun; 32: 823-6 |
| **44153** | Rintala, R., Lahdenne, P., Lindahl, H., Siimes, M., Heikinheimo, M. Anorectal function in adults operated for a benign sacrococcygeal teratoma. J Pediatr Surg. 1993 Sep; 28: 1165-7 |
| **43902** | Rintala, R., Mildh, L., Lindahl, H. Fecal continence and quality of life for adult patients with an operated high or intermediate anorectal malformation. J Pediatr Surg. 1994 Jun; 29: 777-80 |
| **57500** | Ripetti, V., Caputo, D., Ausania, F., Esposito, E., Bruni, R., Arullani, A. Sacral nerve neuromodulation improves physical, psychological and social quality of life in patients with fecal incontinence. Tech Coloproctol. 2002 Dec; 6: 147-52 |
| **40546** | Ritchie, J., Kuchel, G. A. A prospective evaluation of the pathogenesis of detrusor instability in women, using electron microscopy and immunohistochemistry. BJU Int. 2001 Oct; 88: 645-6 |
| **43262** | Rivas, D. A., Chancellor, M. B., Liu, J. -. B., Hanau, C., Bagley, D. H., Goldberg, B. Endoluminal ultrasonographic and histologic evaluation of periurethral collagen injection. J Endourol. 1996 Feb; 10: 61-6 |
| **43467** | Rivas, D. A., Karasick, S., Chancellor, M. B. Cutaneous ileocystostomy (a bladder chimney) for the treatment of severe neurogenic vesical dysfunction. Paraplegia. 1995 Sep; 33: 530-5 |
| **10494** | Rizeq, M. A., Casey, M. Recent advances in care for the elderly. Practitioner. 2000 Nov; 244: 931-6 |
| **40434** | Rizk, D. E. Epidemiology consequences and natural history of urinary incontinence in non-caucasian women. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 413 |
| **10683** | Rizk, D. E. Stress urinary incontinence: prevalence among nulliparous compared with primiparous and grand multiparous pre-menopausal women. Neurourol Urodyn. 2000; 19: 209-10 |
| **40494** | Rizk, D. E., Hassan, M. Y., Shaheen, H., Cherian, J. V., Micallef, R., Dunn, E. The prevalence and determinants of health care-seeking behavior for fecal incontinence in multiparous United Arab Emirates females. Dis Colon Rectum. 2001 Dec; 44: 1850-6 |
| **40551** | Rizk, D. E., Raaschou, T., Mason, N., Berg, B. Evidence of progesterone receptors in the mucosa of the urinary bladder. Scand J Urol Nephrol. 2001 Sep; 35: 305-9 |
| **41778** | Rizk, D. E., Shaheen, H., Thomas, L., Dunn, E., Hassan, M. Y. The prevalence and determinants of health care-seeking behavior for urinary incontinence in United Arab Emirates women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 160-5 |
| **10874** | Rizvi, J. H. Genital fistulae. A continuing tragedy. J Obstet Gynaecol Res. 1999 Feb; 25: 1-7 |

**American Urological Association, Inc.**

SUI Guidelines Panel

**43657**   Roberts, J. P., Moon, S., Malone, P. S. Treatment of neuropathic urinary and faecal incontinence with synchronous bladder reconstruction and the antegrade continence enema procedure. Br J Urol. 1995 Mar; 75: 386-9

**42034**   Roberts, M. M., Park, T. A. Pelvic floor function/dysfunction and electrodiagnostic evaluation. Phys Med Rehabil Clin N Am. 1998 Nov; 9: 831-51, vii

**42486**   Roberts, R. O., Jacobsen, S. J., Jacobson, D. J., Reilly, W. T., Talley, N. J., Lieber, M. M. Natural history of prostatism: high American Urological Association Symptom scores among community-dwelling men and women with urinary incontinence. Urology. 1998 Feb; 51: 213-9

**41807**   Roberts, R. O., Jacobsen, S. J., Reilly, W. T., Pemberton, J. H., Lieber, M. M., Talley, N. J. Prevalence of combined fecal and urinary incontinence: a community- based study. J Am Geriatr Soc. 1999 Jul; 47: 837-41

**42421**   Roberts, R. O., Jacobsen, S. J., Rhodes, T., Reilly, W. T., Girman, C. J., Talley, N. J., Lieber, M. M. Urinary incontinence in a community-based cohort: prevalence and healthcare-seeking. J Am Geriatr Soc. 1998 Apr; 46: 467-72

**11938**   Robertson, A. S., Davies, J. B., Webb, R. J., Neal, D. E. Bladder augmentation and replacement. Urodynamic and clinical review of 25 patients. Br J Urol. 1991 Dec; 68: 590-7

**42019**   Robinson, D. Pathophysiology of female lower urinary tract dysfunction. Obstet Gynecol Clin North Am. 1998 Dec; 25: 747-56, vi

**42644**   Robinson, D. Urinary incontinence in the elderly: a growing problem that needs attention. Curr Opin Obstet Gynecol. 1997 Oct; 9: 285-8

**10175**   Robinson, D., Anders, K., Cardozo, L., Bidmead, J., Toozs-Hobson, P., Khullar, V. Can ultrasound replace ambulatory urodynamics when investigating women with irritative urinary symptoms?. BJOG. 2002 Feb; 109: 145-8

**52540**   Robinson, D., Bidmead, J., Cardozo, L., Muir, G. An unusual cause of voiding dysfunction following colposuspension. J Obstet Gynaecol. 2003 Mar; 23: 210-1

**59194**   Robinson, D., Cardozo, L. Oestrogens and the lower urinary tract. BJOG. 2004 Dec; 111 Suppl 1: 10-4

**57970**   Robinson, D., Cardozo, L. Overactive bladder in the female patient: the role of estrogens. Curr Urol Rep. 2002 Dec; 3: 452-7

**56160**   Robinson, D., Cardozo, L. Risk factors for urinary incontinence in women. J Br Menopause Soc. 2003 Jun; 9: 75-9

**54850**   Robinson, D., Cardozo, L. The effect of continence surgery on urogenital prolapse. BJU Int. 2004 Jan; 93: 25-30

**56580**   Robinson, D., Cardozo, L. The menopause and HRT. Urogenital effects of hormone therapy. Best Pract Res Clin Endocrinol Metab. 2003 Mar; 17: 91-104

**51240**   Robinson, D., Cardozo, L. D. The role of estrogens in female lower urinary tract dysfunction. Urology. 2003 Oct; 62: 45-51

**40589**   Robinson, D., Khullar, V., Cardozo, L. Pharmacological management of detrusor instability. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 271-8

**43356**   Robinson, D., McClish, D. K., Wyman, J. F., Bump, R. C., Fanti, J. A. Comparison between urinary diaries completed with and without intensive patient instructions. Neurourol Urodyn. 1996; 15: 143-8

**11104**   Robinson, D., Pearce, K. F., Preisser, J. S., Dugan, E., Suggs, P. K., Cohen, S. J. Relationship between patient reports of urinary incontinence symptoms and quality of life measures. Obstet Gynecol. 1998 Feb; 91: 224-8

**43351**   Robinson, D., Rainer, R. O., Washburn, S. A., Clarkson, T. B. Effects of estrogen and progestin replacement on the urogenital tract of the ovariectomized cynomolgus monkey. Neurourol Urodyn. 1996; 15: 215-21

**56790**   Robinson, D., Savvas, M., Cardozo, L. An unusual cause of 'incontinence' after hysterectomy. BJU Int. 2003 May; 91: 727-8

# American Urological Association, Inc.

## SUI Guidelines Panel

51570    Robinson, H., Schulz, J., Flood, C., Hansen, L. A randomized controlled trial of the NEAT expandable tip continence device. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 199-203; discussion 203

41556    Robinson, J. P. Managing urinary incontinence in the nursing home: residents' perspectives. J Adv Nurs. 2000 Jan; 31: 68-77

40367    Robinson, J. P. Phases of the qualitative research interview with institutionalized elderly individuals. J Gerontol Nurs. 2000 Nov; 26: 17-23

41611    Robson, W. L. Enuresis treatment in the US. Scand J Urol Nephrol Suppl. 1999; 202: 56-60

3725    Rocco, F., Franchini, V. Antimicrobial therapy for treatment of UTI in the elderly. Eur Urol. 1991; 19 Suppl 1: 7-15

12109    Rockner, G. Urinary incontinence after perineal trauma at childbirth. Scand J Caring Sci. 1990; 4: 169-72

10358    Rodriguez, L. V., Berman, J., Raz, S. Polypropylene sling for treatment of stress urinary incontinence: an alternative to tension-free vaginal tape. Tech Urol. 2001 Jun; 7: 87-9

56190    Rodriguez, L. V., Blander, D. S., Dorey, F., Raz, S., Zimmern, P. Discrepancy in patient and physician perception of patient's quality of life related to urinary symptoms. Urology. 2003 Jul; 62: 49-53

10080    Rodriguez, L. V., Blander, D. S., Raz, S. New millennium, new slings. Curr Urol Rep. 2001 Oct; 2: 399-406

59196    Rodriguez, L. V., Chen, S., Jack, G. S., de Almeida, F., Lee, K. W., Zhang, R. New objective measures to quantify stress urinary incontinence in a novel durable animal model of intrinsic sphincter deficiency. Am J Physiol Regul Integr Comp Physiol. 2005 May; 288: R1332-8

59090    Rodriguez, L. V., de Almeida, F., Dorey, F., Raz, S. Does Valsalva leak point pressure predict outcome after the distal urethral polypropylene sling? Role of urodynamics in the sling era. J Urol. 2004 Jul; 172: 210-4

10233    Rodriguez, L. V., Raz, S. Polypropylene sling for the treatment of stress urinary incontinence. Urology. 2001 Nov; 58: 783-5

59262    Rodriguez-Veiga, E., Mestre-Nieto, L., Martinez-Sainz, P., Garcia-Pascual, A., Martin-Palacios, S., Marin-Garcia, P., Gonzalez-Soriano, J. Stereological study of the external urethral sphincter in the female urethra of the lamb: a new model for studies on urinary continence. Anat Histol Embryol. 2005 Apr; 34: 85-92

3615    Roe, B. Benefits of bladder re-education. Nursing (Lond). 1991 Jul 25-Aug 21; 4: 11-13

41126    Roe, B. Effective and ineffective management of incontinence: issues around illness trajectory and health care. Qual Health Res. 2000 Sep; 10: 677-90

3021    Roe, B. Promoting continence in Denmark and UK. Nurs Stand. 1993 Jun 23-29; 7: 28-30

41331    Roe, B., Doll, H. Lifestyle factors and continence status: comparison of self-report data from a postal survey in England. J Wound Ostomy Continence Nurs. 1999 Nov; 26: 312-3, 315-9

41093    Roe, B., Doll, H. Prevalence of urinary incontinence and its relationship with health status. J Clin Nurs. 2000 Mar; 9: 178-87

41811    Roe, B., Doll, H., Wilson, K. Help seeking behaviour and health and social services utilisation by people suffering from urinary incontinence. Int J Nurs Stud. 1999 Jun; 36: 245-53

41706    Roe, B., May, C. Incontinence and sexuality: findings from a qualitative perspective. J Adv Nurs. 1999 Sep; 30: 573-9

40514    Roe, B., Moore, K. N. Utilization of incontinence clinical practice guidelines. J Wound Ostomy Continence Nurs. 2001 Nov; 28: 297-304

41025    Roe, B., Wilson, K., Doll, H. Public awareness and health education: findings from an evaluation of health services for incontinence in England. Int J Nurs Stud. 2001 Feb; 38: 79-89

3135    Roe, B.H. A comparison of nursing approaches for the promotion and management of continence in the U.K. and Denmark. Int J Nurs Stud. 1993 Feb; 30: 25-35

3954    Roe, B.H. Development of Continence Advisory Services in the United Kingdom. Scand J Caring Sci. 1990; 4: 51-54

Appendix A5 Bibliography sorted by Primary Author

Master Bibliography Sorted by Primary Author Page 342 of 800 PageID #: 146417

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

3310    Roe, B.H. What choices in care for the incontinent?. World Health Forum. 1992; 13: 81-83

40441   Rogers, G. R., Villarreal, A., Kammerer-Doak, D., Qualls, C. Sexual function in women with and without urinary incontinence and/or pelvic organ prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 361-5

43017   Rogers, J. Continence. Single-minded action. Nurs Times. 1996 Oct 9-15; 92: 78-80

55710   Rogers, R. G., Coates, K. W., Kammerer-Doak, D., Khalsa, S., Qualls, C. A short form of the Pelvic Organ Prolapse/Urinary Incontinence Sexual Questionnaire (PISQ-12). Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 164-8; discussion 168

59056   Rogers, R. G., Kammerer-Doak, D., Darrow, A., Murray, K., Olsen, A., Barber, M., Qualls, C. Sexual function after surgery for stress urinary incontinence and/or pelvic organ prolapse: a multicenter prospective study. Am J Obstet Gynecol. 2004 Jul; 191: 206-10

59058   Rogers, R. G., Kammerer-Doak, D., Olsen, A., Thompson, P. K., Walters, M. D., Lukacz, E. S., Qualls, C. A randomized, double-blind, placebo-controlled comparison of the effect of nitrofurantoin monohydrate macrocrystals on the development of urinary tract infections after surgery for pelvic organ prolapse and/or stress urinary incontinence with suprapubic c. Am J Obstet Gynecol. 2004 Jul; 191: 182-7

40913   Rogers, R. G., Kammerer-Doak, D., Villarreal, A., Coates, K., Qualls, C. A new instrument to measure sexual function in women with urinary incontinence or pelvic organ prolapse. Am J Obstet Gynecol. 2001 Mar; 184: 552-8

44411   Rohatgi, M., Gupta, D. K., Subbarao, P. Single-system cecoureterocele. J Pediatr Surg. 1992 Sep; 27: 1241-3

3239    Rohatgi, M., Gupta, D.K., and Subbarao, P. Single-system cecoureterocele. J Pediatr Surg. 1992 Sep; 27: 1241-1243

59020   Rohr, G., Christensen, K., Ulstrup, K., Kragstrup, J. Reproducibility and validity of simple questions to identify urinary incontinence in elderly women. Acta Obstet Gynecol Scand. 2004 Oct; 83: 969-72

59018   Rohr, G., Kragstrup, J., Gaist, D., Christensen, K. Genetic and environmental influences on urinary incontinence: a Danish population-based twin study of middle-aged and elderly women. Acta Obstet Gynecol Scand. 2004 Oct; 83: 978-82

40939   Roijen, L. E., Postema, K., Limbeek, V. J., Kuppevelt, V. H. Development of bladder control in children and adolescents with cerebral palsy. Dev Med Child Neurol. 2001 Feb; 43: 103-7

40000   Rollins, G. Behavior management improves urinary incontinence in older women living at home. Rep Med Guidel Outcomes Res. 2002 Mar 8; 13: 7-9

54240   Rollins, G. Hormone alternative doesn't worsen vasomotor symptoms or impact urinary incontinence in post-menopausal women. Rep Med Guidel Outcomes Res. 2004 Mar 5; 15: 7-9

10090   Romanzi, L. J. Management of the urethral outlet in patients with severe prolapse. Curr Opin Urol. 2002 Jul; 12: 339-44

10249   Romanzi, L. J. Urinary incontinence in women and men. J Gend Specif Med. 2001; 4: 14-20

40900   Romanzi, L. J. Urinary incontinence: a family affair. J Gend Specif Med. 1998 Oct-Nov; 1: 52-3

10519   Romanzi, L. J., Blaivas, J. G. Protracted urinary retention necessitating urethrolysis following tension-free vaginal tape surgery. J Urol. 2000 Dec; 164: 2022-3

10890   Romanzi, L. J., Chaikin, D. C., Blaivas, J. G. The effect of genital prolapse on voiding. J Urol. 1999 Feb; 161: 581-6

10598   Romanzi, L. J., Groutz, A., Blaivas, J. G. Urethral diverticulum in women: diverse presentations resulting in diagnostic delay and mismanagement. J Urol. 2000 Aug; 164: 428-33

10355   Romanzi, L. J., Groutz, A., Heritz, D. M., Blaivas, J. G. Involuntary detrusor contractions: correlation of urodynamic data to clinical categories. Neurourol Urodyn. 2001; 20: 249-57

43515   Romanzi, L. J., Heritz, D. M., Blaivas, J. G. Preliminary assessment of the incontinent woman. Urol Clin North Am. 1995 Aug; 22: 513-20

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**41667** Romanzi, L. J., Polaneczky, M., Glazer, H. I. Simple test of pelvic muscle contraction during pelvic examination: correlation to surface electromyography. Neurourol Urodyn. 1999; 18: 603-12

**54880** Romero, A. A., Hardart, A., Kobak, W., Qualls, C., Rogers, R. Validation of a Spanish version of the Pelvic Organ Prolapse Incontinence Sexual Questionnaire. Obstet Gynecol. 2003 Nov; 102: 1000-5

**30495** Rompel, R., Mischke, A. L., Langner, C., Happle, R. Linear atrophoderma of Moulin. Eur J Dermatol. 2000 Dec; 10: 611-3

**42061** Rondorf-Klym, L. M., Colling, J., Simonson, W. Medication use by community-dwelling elderly with urinary incontinence. Urol Nurs. 1998 Sep; 18: 201-6

**44377** Ronzoni, G., De Vecchis, M., Raschi, R., Cuneo, L., Cagossi, M. Rome pouch: pre-peritoneal continent ileal reservoir with hydraulic valve. Br J Urol. 1992 Nov; 70: 514-8

**3206** Ronzoni, G., De-Vecchis, M., Raschi, R., Cuneo, L., and Cagossi, M. Rome pouch: pre-peritoneal continent ileal reservoir with hydraulic valve. Br J Urol. 1992 Nov; 70: 514-518

**43719** Root, M. V., Johnston, S. D., Johnston, G. R. Vaginal septa in dogs: 15 cases (1983-1992). J Am Vet Med Assoc. 1995 Jan 1; 206: 56-8

**10036** Roovers, J. P., van der Bom, J. G., van der Vaart, C. H., Schagen van Leeuwen, J. H., Heintz, A. P. Abdominal versus vaginal approach for the management of genital prolapse and coexisting stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 224-31

**41038** Roovers, J. P., van der Vaart, C. H., van der Bom, J. G., Heintz, A. P. Urinary incontinence after hysterectomy. Lancet. 2000 Dec 9; 356: 2012-3

**50570** Roovers, J. P., van der Vaart, C. H., van der Bom, J. G., van Leeuwen, J. H., Scholten, P. C., Heintz, A. P. A randomised controlled trial comparing abdominal and vaginal prolapse surgery: effects on urogenital function. BJOG. 2004 Jan; 111: 50-6

**53100** Rortveit, G., Daltveit, A. K., Hannestad, Y. S., Hunskaar, S. Urinary incontinence after vaginal delivery or cesarean section. N Engl J Med. 2003 Mar 6; 348: 900-7

**50780** Rortveit, G., Daltveit, A. K., Hannestad, Y. S., Hunskaar, S. Vaginal delivery parameters and urinary incontinence: the Norwegian EPINCONT study. Am J Obstet Gynecol. 2003 Nov; 189: 1268-74

**10218** Rortveit, G., Hannestad, Y. S., Daltveit, A. K., Hunskaar, S. Age- and type-dependent effects of parity on urinary incontinence: the Norwegian EPINCONT study. Obstet Gynecol. 2001 Dec; 98: 1004-10

**10819** Rosamilia, A., Clements, J. A., Dwyer, P. L., Kende, M., Campbell, D. J. Activation of the kallikrein kinin system in interstitial cystitis. J Urol. 1999 Jul; 162: 129-34

**41212** Rosario, D. J., Radley, S. C., Chapple, C. R. The pressure-flow plot in the evaluation of female incontinence. BJU Int. 2000 Sep; 86: 564-5

**44866** Rose, M. A., Baigis-Smith, J., Smith, D., Newman, D. Behavioral management of urinary incontinence in homebound older adults. Home Healthc Nurse. 1990 Sep-Oct; 8: 10-5

**3876** Rose, M.A., Baigis-Smith, J., Smith, D., and Newman, D. Behavioral management of urinary incontinence in homebound older adults. Home Healthc Nurse. 1990 Sep-Oct; 8: 10-15

**11144** Rose, V. L. AUA releases Treatment Guidelines for Female Stress Urinary Incontinence. Am Fam Physician. 1997 Nov 1; 56: 1891-2

**11337** Rosen, D. M., Korda, A. R., Waugh, R. C. Ureteric injury at Burch colposuspension. 4 case reports and literature review. Aust N Z J Obstet Gynaecol. 1996 Aug; 36: 354-8

**40636** Rosen, H. R., Urbarz, C., Holzer, B., Novi, G., Schiessel, R. Sacral nerve stimulation as a treatment for fecal incontinence. Gastroenterology. 2001 Sep; 121: 536-41

**10871** Rosenbaum, T. P., Shaw, P. J., Woodhouse, C. R. Symptomatic intermittent bladder acontractility after clam cystoplasty. Br J Urol. 1993 Nov; 72: 664-5

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 57470 | Rosenblum, N., Eilber, K. S., Raz, S. Herpes zoster following sacral nerve stimulation for overactive bladder. J Urol. 2003 Feb; 169: 619-20 |
| 30345 | Rosenblum, N., Nitti, V. W. Post-urethral suspension obstruction. Curr Opin Urol. 2001 Jul; 11: 411-6 |
| 42110 | Rosenow, F., Wyllie, E., Kotagal, P., Mascha, E., Wolgamuth, B. R., Hamer, H. Staring spells in children: descriptive features distinguishing epileptic and nonepileptic events. J Pediatr. 1998 Nov; 133: 660-3 |
| 11567 | Rosenthal, A. J., McMurtry, C. T. Urinary incontinence in the elderly. Often simple to treat when properly evaluated. Postgrad Med. 1995 May; 97: 109-16, 121 |
| 11991 | Rosenzweig, B. A., Bhatia, N. N., Nelson, A. L. Dynamic urethral pressure profilometry pressure transmission ratio: what do the numbers really mean?. Obstet Gynecol. 1991 Apr; 77: 586-90 |
| 11937 | Rosenzweig, B. A., Hischke, D., Thomas, S., Nelson, A. L., Bhatia, N. N. Stress incontinence in women. Psychological status before and after treatment. J Reprod Med. 1991 Dec; 36: 835-8 |
| 11911 | Rosenzweig, B. A., Pushkin, S., Blumenfeld, D., Bhatia, N. N. Prevalence of abnormal urodynamic test results in continent women with severe genitourinary prolapse. Obstet Gynecol. 1992 Apr; 79: 539-42 |
| 3492 | Rosenzweig, B.A., Bhatia, N.N. Temporal separation of cough-induced urethral and bladder pressure spikes in women with urinary incontinence. Urology. 1992 Feb; 39: 165-168 |
| 3795 | Rosenzweig, B.A., Bhatia, N.N., and Nelson, A.L. Dynamic urethral pressure profilometry pressure transmission ratio: what do the numbers really mean? [see comments]. Obstet Gynecol. 1991 Apr; 77: 586-590 |
| 3401 | Rosenzweig, B.A., Hischke, D., Thomas, S., Nelson, A.L., and Bhatia, N.N. Stress incontinence in women. Psychological status before and after treatment. J Reprod Med. 1991 Dec; 36: 835-838 |
| 3454 | Rosenzweig, B.A., Pushkin, S., Blumenfeld, D., and Bhatia, N.N. Prevalence of abnormal urodynamic test results in continent women with severe genitourinary prolapse. Obstet Gynecol. 1992 Apr; 79: 539-542 |
| 32062 | Rosing, U., Fianu, S., Larsson, B. A new surgical technique for repairing cystocele in hysterectomized women. J Gynecol Surg. 1990 Winter; 6: 281-5 |
| 43878 | Ross, J. Continence. A plan of action. Nurs Times. 1994 Jul 6-12; 90: 64-6 |
| 10932 | Ross, J. Laparoscopy or open Burch colposuspension?. Curr Opin Obstet Gynecol. 1998 Oct; 10: 405-9 |
| 11379 | Ross, J. Two techniques of laparoscopic Burch repair for stress incontinence: a prospective, randomized study. J Am Assoc Gynecol Laparosc. 1996 May; 3: 351-7 |
| 55360 | Ross, J. J., Hu, L. T. Septic arthritis of the pubic symphysis: review of 100 cases. Medicine (Baltimore). 2003 Sep; 82: 340-5 |
| 11116 | Ross, J. W. Apical vault repair, the cornerstone or pelvic vault reconstruction. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 146-52 |
| 10271 | Ross, J. W. Laparoscopic Burch colposuspension and overlapping sphincteroplasty for double incontinence. JSLS. 2001 Jul-Sep; 5: 203-9 |
| 11106 | Ross, J. W. Multichannel urodynamic evaluation of laparoscopic Burch colposuspension for genuine stress incontinence. Obstet Gynecol. 1998 Jan; 91: 55-9 |
| 41376 | Ross, J. W. Numerous indications for office flexible minihysteroscopy. J Am Assoc Gynecol Laparosc. 2000 May; 7: 221-6 |
| 11248 | Ross, J. W. Techniques of laparoscopic repair of total vault eversion after hysterectomy. J Am Assoc Gynecol Laparosc. 1997 Feb; 4: 173-83 |
| 53860 | Ross, J. W., Galen, D. I., Abbott, K., Albala, D., Presthus, J., Su-Ou, C., Turk, T. A prospective multisite study of radiofrequency bipolar energy for treatment of genuine stress incontinence. J Am Assoc Gynecol Laparosc. 2002 Nov; 9: 493-9 |
| 44960 | Ross, L. A., Lamb, C. R. Reduction of hydronephrosis and hydroureter associated with ectopic ureters in two dogs after ureterovesical anastomosis. J Am Vet Med Assoc. 1990 May 1; 196: 1497-9 |

**3657** Rossignol, G., Leandri, P., Gautier, J.R., Quintens, H., Gabay-Torbiero, L., and Tap, G. Radical retropubic prostatectomy: complications and quality of life (429 cases, 1983-1989). Eur Urol. 1991; 19: 186-191

**3214** Rossignol, G., Leandri, P., Ramon, J., and Gautier, J.R. Radical prostatectomy in the management of stage A carcinoma of the prostate. Eur Urol. 1992; 21: 269-273

**3292** Rossignol, G., Leandri, P., Ramon, J., and Gautier, J.R. Radical prostatectomy in the management of stage-A carcinoma of the prostate. Eur Urol. 1991; 20: 179-183

**4097** Rousseau, P. Chronic urinary incontinence in the elderly. Ostomy Wound Manage. 1990 Mar-Apr; 27: 24-8,32

**3830** Rousseau, P. Urinary collection devices in geriatric incontinence. J Enterostomal Ther. 1991 Jan-Feb; 18: 26-31

**3024** Rousseau, P., Fuentevilla-Clifton, A. Acetazolamide and salicylate interaction in the elderly: a case report. J Am Geriatr Soc. 1993 Aug; 41: 868-869

**3404** Rousseau, P., Fuentevilla-Clifton, A. Urinary incontinence in the aged, Part 1: Patient evaluation. Geriatrics. 1992 Jun; 47: 22-6,33-4

**3403** Rousseau, P., Fuentevilla-Clifton, A. Urinary incontinence in the aged, Part 2: Management strategies [published erratum appears in Geriatrics 1992 Sep;47(9):87]. Geriatrics. 1992 Jun; 47: 37-40,45,48

**43185** Rousseau, T., Sapin, E., Helardot, P. G. Congenital vesicovaginal fistula. Br J Urol. 1996 May; 77: 760-1

**43194** Routt, M. L., Simonian, P. T., Defalco, A. J., Miller, J., Clarke, T. Internal fixation in pelvic fractures and primary repairs of associated genitourinary disruptions: a team approach. J Trauma. 1996 May; 40: 784-90

**10895** Rovner, E. S. Primary slings for everyone with genuine stress incontinence? The argument against. Int Urogynecol J 1997,8:321-322. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 419

**11201** Rovner, E. S., Ginsberg, D. A., Raz, S. A method for intraoperative adjustment of sling tension: prevention of outlet obstruction during vaginal wall sling. Urology. 1997 Aug; 50: 273-6

**11075** Rovner, E. S., Ginsberg, D. A., Raz, S. Re: Female Stress Urinary Incontinence Clinical Guidelines Panel summary report on surgical management of female stress urinary incontinence. J Urol. 1998 May; 159: 1646-7

**11150** Rovner, E. S., Ginsberg, D. A., Raz, S. The UCLA surgical approach to sphincteric incontinence in women. World J Urol. 1997; 15: 280-94

**42207** Rovner, E. S., Ginsberg, D. A., Raz, S. Why anti-incontinence surgery succeeds or fails. Clin Obstet Gynecol. 1998 Sep; 41: 719-34

**41003** Rovner, E. S., Gomes, C. M., Banner, M. P., Wein, A. J. Ventral hernia of the urinary bladder with mixed urinary incontinence: treatment with herniorrhaphy and allograft fascial sling. Urology. 2000 Jan; 55: 145

**52310** Rovner, E. S., Wein, A. J. Diagnosis and reconstruction of the dorsal or circumferential urethral diverticulum. J Urol. 2003 Jul; 170: 82-6; discussion 86

**56290** Rovner, E. S., Wein, A. J. Evaluation of lower urinary tract symptoms in females. Curr Opin Urol. 2003 Jul; 13: 273-8

**40651** Rovner, E. S., Wein, A. J. Modern pharmacotherapy of urge urinary incontinence in the USA: tolterodine and oxybutynin. BJU Int. 2000 Oct; 86 Suppl 2: 44-53; discussion 53-4

**40247** Rovner, E. S., Wein, A. J. Once-daily, extended-release formulations of antimuscarinic agents in the treatment of overactive bladder: a review. Eur Urol. 2002 Jan; 41: 6-14

**11702** Rowe, S. J., Thomas, A. J., Jr, Goldfarb, D. A., Klein, E. A., Montague, D. K., Streem, S. B., Novick, A. C. Safety of transurethral surgery in the early postoperative period following an open cardiac procedure. J Urol. 1994 Apr; 151: 902-4

**11133** Rowland, G. F. Incontinence: first find the cause. Practitioner. 1997 Aug; 241: 470-3

**42466** Roy, S. The cost of continence. Elder Care. 1997 Dec-1998 Jan; 9: 3-4

**4188** Rubin, C.D. Urinary incontinence in the elderly. Am J Med Sci. 1990 Feb; 299: 131-147

**Appendix A5 Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 3745 | Rudy, D.C., Woodside, J.R. The incontinent myelodysplastic patient. Urol Clin North Am. 1991 May; 18: 295-308 |
| 59260 | Ruff, C. C. Risk factors for urinary incontinence in African-American women. Urol Nurs. 2005 Feb; 25: 33-9 |
| 53480 | Ruff, C. C., van Rijswijk, L., Okoli, A. The impact of urinary incontinence in African American women. Ostomy Wound Manage. 2002 Dec; 48: 52-8 |
| 56130 | Rufford, J., Hextall, A., Cardozo, L., Khullar, V. A double-blind placebo-controlled trial on the effects of 25 mg estradiol implants on the urge syndrome in postmenopausal women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 78-83 |
| 53410 | Runowicz, C. D. Hysterectomy options. Total and subtotal surgical procedures prove comparable. Health News. 2002 Dec; 8: 4 |
| 11502 | Rush, C. B., Entman, S. S. Pelvic organ prolapse and stress urinary incontinence. Med Clin North Am. 1995 Nov; 79: 1473-9 |
| 3913 | Russell, K.J., Laramore, G.E., Krieger, J.N., Wiens, L.W., Griffeth, J.T., Koh, W.J., Griffin, B.R., Austin-Seymour, M.M., Griffin, T.W., and Davis, L.W. Transient and chronic neurological complications of fast neutron radiation for adenocarcinoma of the prostate. Radiother Oncol. 1990 Jul; 18: 257-265 |
| 50850 | Rutner, A. B., Levine, S. R., Schmaelzle, J. F. Processed porcine small intestine submucosa as a graft material for pubovaginal slings: durability and results. Urology. 2003 Nov; 62: 805-9 |
| 43048 | Ruud Bosch, J. L., Groen, J. Treatment of refractory urge urinary incontinence with sacral spinal nerve stimulation in multiple sclerosis patients. Lancet. 1996 Sep 14; 348: 717-9 |
| 43490 | Ryan, A., McFadden, L. Timely intervention. Nurs Times. 1995 Aug 16-22; 91: 56, 59 |
| 41037 | Ryden, M. B., Snyder, M., Gross, C. R., Savik, K., Pearson, V., Krichbaum, K., Mueller, C. Value-added outcomes: the use of advanced practice nurses in long-term care facilities. Gerontologist. 2000 Dec; 40: 654-62 |
| 43423 | Ryhammer, A. M., Bek, K. M., Laurberg, S. Multiple vaginal deliveries increase the risk of permanent incontinence of flatus urine in normal premenopausal women. Dis Colon Rectum. 1995 Nov; 38: 1206-9 |
| 41825 | Ryhammer, A. M., Djurhuus, J. C., Laurberg, S. Pad testing in incontinent women: a review. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 111-5 |
| 42504 | Ryhammer, A. M., Laurberg, S., Djurhuus, J. C., Hermann, A. P. No relationship between subjective assessment of urinary incontinence and pad test weight gain in a random population sample of menopausal women. J Urol. 1998 Mar; 159: 800-3 |
| 43096 | Ryhammer, A. M., Laurberg, S., Hermann, A. P. Long-term effect of vaginal deliveries on anorectal function in normal perimenopausal women. Dis Colon Rectum. 1996 Aug; 39: 852-9 |
| 44491 | Sabnis, R. B., Bapat, S. D., Desai, R. M., Punekar, S. V. Experience of continent urinary diversion with modified Koff's technique. Arch Esp Urol. 1992 May; 45: 383-6 |
| 3384 | Sabnis, R.B., Bapat, S.D., Desai, R.M., and Punekar, S.V. Experience of continent urinary diversion with modified Koff's technique. Arch Esp Urol. 1992 May; 45: 383-386 |
| 10529 | Sadik, S., Onoglu, A. S., Mendilcioglu, I., Sehirali, S., Sipahi, C., Taskin, O. Urinary tract injuries during advanced gynecologic laparoscopy. J Am Assoc Gynecol Laparosc. 2000 Nov; 7: 569-72 |
| 43197 | Sadler, C. Combatting incontinence after childbirth. Br J Nurs. 1996 Apr 11-24; 5: 448-9 |
| 43952 | Sadoughi, N., Pessis, D. Endoscopic vesical neck and uterovaginal suspension for cystocele prolapse repair. J Am Coll Surg. 1994 Apr; 178: 326-8 |
| 55960 | Saedi, N. A., Schulman, S. L. Natural history of voiding dysfunction. Pediatr Nephrol. 2003 Sep; 18: 894-7 |
| 10889 | Safir, M. H., Gousse, A. E., Rovner, E. S., Ginsberg, D. A., Raz, S. 4-Defect repair of grade 4 cystocele. J Urol. 1999 Feb; 161: 587-94 |
| 41872 | Sahadevan, S., Lim, P. P., Choo, P. W. Dementia in the hospitalized elderly--a study of 100 consecutive cases in Singapore. Int J Geriatr Psychiatry. 1999 Apr; 14: 266-71 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

44804   Sahuquillo, J., Rubio, E., Codina, A., Molins, A., Guitart, J. M., Poca, M. A., Chasampi, A. Reappraisal of the intracranial pressure and cerebrospinal fluid dynamics in patients with the so-called 'normal pressure hydrocephalus' syndrome. Acta Neurochir (Wien). 1991; 112: 50-61

10951   Saidi, M. H., Gallagher, M. S., Skop, I. P., Saidi, J. A., Sadler, R. K., Diaz, K. C. Extraperitoneal laparoscopic colposuspension: short-term cure rate, complications, and duration of hospital stay in comparison with Burch colposuspension. Obstet Gynecol. 1998 Oct; 92: 619-21

11016   Saidi, M. H., Sadler, R. K., Saidi, J. A. Extraperitoneal laparoscopic colposuspension for genuine urinary stress incontinence. J Am Assoc Gynecol Laparosc. 1998 Aug; 5: 247-52

51550   Saini, J., Axelrod, F. B., Maayan, C., Stringer, J., Smilen, S. W. Urinary incontinence in familial dysautonomia. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 209-13; discussion 213

41171   Sakakibara, R., Hattori, T., Boku, K., Uchiyama, T., Yamanishi, T. Micturitional disturbance in neuro-Behcet's syndrome. Auton Neurosci. 2000 Sep 1; 83: 86-9

11084   Sakakibara, R., Hattori, T., Kita, K., Arai, K., Yamanishi, T., Yasuda, K. Stress induced urinary incontinence in patients with spinocerebellar degeneration. J Neurol Neurosurg Psychiatry. 1998 Mar; 64: 389-91

42588   Sakakibara, R., Hattori, T., Kuwabara, S., Yamanishi, T., Yasuda, K. Micturitional disturbance in patients with Guillain-Barre syndrome. J Neurol Neurosurg Psychiatry. 1997 Nov; 63: 649-53

44155   Sakakibara, R., Hattori, T., Tojo, M., Yamanishi, T., Yasuda, K., Hirayama, K. Micturitional disturbance in multiple system atrophy. Jpn J Psychiatry Neurol. 1993 Sep; 47: 591-8

44103   Sakakibara, R., Hattori, T., Tojo, M., Yamanishi, T., Yasuda, K., Hirayama, K. Micturitional disturbance in progressive supranuclear palsy. J Auton Nerv Syst. 1993 Nov; 45: 101-6

44127   Sakakibara, R., Hattori, T., Tojo, M., Yamanishi, T., Yasuda, K., Hirayama, K. Micturitional disturbance in radiation myelopathy. J Spinal Disord. 1993 Oct; 6: 402-5

43411   Sakakibara, R., Hattori, T., Tojo, M., Yamanishi, T., Yasuda, K., Hirayama, K. The location of the paths subserving micturition: studies in patients with cervical myelopathy. J Auton Nerv Syst. 1995 Nov 6; 55: 165-8

41527   Sakakibara, R., Hattori, T., Uchiyama, T., Asahina, M., Yamanishi, T. Micturitional disturbance in pure autonomic failure. Neurology. 2000 Jan 25; 54: 499-501

56320   Sakakibara, R., Hattori, T., Uchiyama, T., Kamura, K., Yamanishi, T. Uroneurological assessment of spina bifida cystica and occulta. Neurourol Urodyn. 2003; 22: 328-34

40694   Sakakibara, R., Hattori, T., Uchiyama, T., Yamanishi, T. Micturitional disturbance in subacute myelo-optico-neuropathy (SMON). Auton Neurosci. 2001 Mar 23; 87: 282-5

40479   Sakakibara, R., Hattori, T., Uchiyama, T., Yamanishi, T. Urinary dysfunction in Brown-Sequard syndrome. Neurourol Urodyn. 2001; 20: 661-7

41684   Sakakibara, R., Hattori, T., Uchiyama, T., Yamanishi, T. Urinary function in elderly people with and without leukoaraiosis: relation to cognitive and gait function. J Neurol Neurosurg Psychiatry. 1999 Nov; 67: 658-60

40555   Sakakibara, R., Hattori, T., Uchiyama, T., Yamanishi, T. Videourodynamic and sphincter motor unit potential analyses in Parkinson's disease and multiple system atrophy. J Neurol Neurosurg Psychiatry. 2001 Nov; 71: 600-6

43085   Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T. Micturition disturbance in acute transverse myelitis. Spinal Cord. 1996 Aug; 34: 481-5

43202   Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T. Micturitional disturbance after acute hemispheric stroke: analysis of the lesion site by CT and MRI. J Neurol Sci. 1996 Apr; 137: 47-56

43050   Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T. Micturitional disturbance in acute disseminated encephalomyelitis (ADEM). J Auton Nerv Syst. 1996 Sep 12; 60: 200-5

42994   Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T. Micturitional disturbance in syringomyelia. J Neurol Sci. 1996 Nov; 143: 100-6

**Appendix A5 Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

42934    Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T., Tojo, M., Mori, M. Micturitional disturbance in Wernicke's encephalopathy. Neurourol Urodyn. 1997; 16: 111-5

59154    Sakakibara, R., Ito, T., Uchiyama, T., Asahina, M., Liu, Z., Yamamoto, T., Yamanaka, Y., Hattori, T. Lower urinary tract function in dementia of Lewy body type. J Neurol Neurosurg Psychiatry. 2005 May; 76: 729-32

10260    Sakakibara, R., Shinotoh, H., Uchiyama, T., Sakuma, M., Kashiwado, M., Yoshiyama, M., Hattori, T. Questionnaire-based assessment of pelvic organ dysfunction in Parkinson's disease. Auton Neurosci. 2001 Sep 17; 92: 76-85

40743    Sakakibara, R., Shinotoh, H., Uchiyama, T., Yoshiyama, M., Hattori, T., Yamanishi, T. SPECT imaging of the dopamine transporter with. J Neurol Sci. 2001 Jun 15; 187: 55-9

54550    Sakakibara, R., Uchiyama, T., Arai, K., Yamanishi, T., Hattori, T. Lower urinary tract dysfunction in Machado-Joseph disease: a study of 11 clinical-urodynamic observations. J Neurol Sci. 2004 Mar 15; 218: 67-72

54660    Sakakibara, R., Uchiyama, T., Asahina, M., Suzuki, A., Yamanishi, T., Hattori, T. Micturition disturbance in acute idiopathic autonomic neuropathy. J Neurol Neurosurg Psychiatry. 2004 Feb; 75: 287-91

55740    Sakakibara, R., Uchiyama, T., Yoshiyama, M., Aotsuka, A., Mori, M., Kanesaka, T., Hattori, T., Yamanishi, T. Micturitional disturbance in a patient with a spinal cavernous angioma. Neurourol Urodyn. 2003; 22: 606-10

55750    Sakakibara, R., Uchiyama, T., Yoshiyama, M., Yamanishi, T., Hattori, T. Urinary dysfunction in patients with systemic lupus erythematosis. Neurourol Urodyn. 2003; 22: 593-6

41399    Sakamoto, K., Smith, G. M., Storer, P. D., Jones, K. J., Damaser, M. S. Neuroregeneration and voiding behavior patterns after pudendal nerve crush in female rats. Neurourol Urodyn. 2000; 19: 311-21

41348    Sakashita, N., Ando, Y., Obayashi, K., Terazaki, H., Yamashita, T., Takei, M., Kinjo, M., Takahashi, K. Familial amyloidotic polyneuropathy (ATTR Ser50Ile): the first autopsy case report. Virchows Arch. 2000 Apr; 436: 345-50

43929    Sale, P. G., Wyman, J. F. Achievement of goals associated with bladder training by older incontinent women. Appl Nurs Res. 1994 May; 7: 93-6

59374    Saleh, N., Bener, A., Khenyab, N., Al-Mansori, Z., Al Muraikhi, A. Prevalence, awareness and determinants of health care-seeking behaviour for urinary incontinence in Qatari women: a neglected problem?. Maturitas. 2005 Jan 10; 50: 58-65

44383    Salisz, J. A., Diokno, A. C. The management of injuries to the urethra, bladder or vagina encountered during difficult placement of the artificial urinary sphincter in the female patient. J Urol. 1992 Nov; 148: 1528-30

43853    Salle, J. L., de Fraga, J. C., Amarante, A., Silveira, M. L., Lambertz, M., Schmidt, M., Rosito, N. C. Urethral lengthening with anterior bladder wall flap for urinary incontinence: a new approach. J Urol. 1994 Aug; 152: 803-6

42154    Salle, J. L., McLorie, G. A., Bagli, D. J., Khoury, A. E. Modifications of and extended indications for the Pippi Salle procedure. World J Urol. 1998; 16: 279-84

42726    Salle, J. L., McLorie, G. A., Bagli, D. J., Khoury, A. E. Urethral lengthening with anterior bladder wall flap (Pippi Salle procedure): modifications and extended indications of the technique. J Urol. 1997 Aug; 158: 585-90

59140    Salonia, A., Zanni, G., Nappi, R. E., Briganti, A., Deho, F., Fabbri, F., Colombo, R., Guazzoni, G., Di Girolamo, V., Rigatti, P., Montorsi, F. Sexual dysfunction is common in women with lower urinary tract symptoms and urinary incontinence: results of a cross-sectional study. Eur Urol. 2004 May; 45: 642-8; discussion 648

3351    Saltmarche, A. Establishing a nurse continence service in Canada. Urol Nurs. 1992 Jun; 12: 81-82

40221    Saltvedt, I., Mo, E. S., Fayers, P., Kaasa, S., Sletvold, O. Reduced mortality in treating acutely sick, frail older patients in a geriatric evaluation and management unit. A prospective randomized trial. J Am Geriatr Soc. 2002 May; 50: 792-8

43057    Saltzman, D. A., Telander, M. J., Brennom, W. S., Telander, R. L. Transanal mucosectomy: a modification of the Soave procedure for Hirschsprung's disease. J Pediatr Surg. 1996 Sep; 31: 1272-5

11099    Salvatore, S., Khullar, V., Anders, K., Cardozo, L. D. Reducing artefacts in ambulatory urodynamics. Br J Urol. 1998 Feb; 81: 211-4

| | |
|---|---|
| **59282** | Samanci, N., Dora, B., Kizilay, F., Balci, N., Ozcan, E., Arman, M. Factors affecting one year mortality and functional outcome after first ever ischemic stroke in the region of Antalya, Turkey (a hospital-based study). Acta Neurol Belg. 2004 Dec; 104: 154-60 |
| **43001** | Samandari, T., Smith, B. D., Morgan, H. J. Progressive somnolence and confusion in a patient with hereditary hemorrhagic telangiectasias. Tenn Med. 1996 Nov; 89: 417-8 |
| **43804** | Samil, R. S., Wishnuwardhani, S. D. Health of Indonesian women city-dwellers of perimenopausal age. Maturitas. 1994 Oct; 19: 191-7 |
| **11431** | Samodai, L., Zamori, A., Kelemen, I., Kovacs, L. Continent urinary diversion after radical cystectomy: 3 years' experience. Int Urol Nephrol. 1996; 28: 511-6 |
| **41370** | Sampselle, C. M. Behavioral intervention for urinary incontinence in women: evidence for practice. J Midwifery Womens Health. 2000 Mar-Apr; 45: 94-103 |
| **55590** | Sampselle, C. M. Behavioral intervention: the first-line treatment for women with urinary incontinence. Curr Urol Rep. 2003 Oct; 4: 356-61 |
| **57110** | Sampselle, C. M. Behavioral interventions in young and middle-age women: simple interventions to combat a complex problem. Am J Nurs. 2003 Mar; Suppl: 9-19 |
| **12044** | Sampselle, C. M. Changes in pelvic muscle strength and stress urinary incontinence associated with childbirth. J Obstet Gynecol Neonatal Nurs. 1990 Sep-Oct; 19: 371-7 |
| **55030** | Sampselle, C. M. Teaching women to use a voiding diary. Am J Nurs. 2003 Nov; 103: 62-4 |
| **11894** | Sampselle, C. M. What is the role of pelvic muscle exercise (PME) in the prevention and treatment of stress urinary incontinence (SUI)?. NAACOG Newsl. 1992 Jun; 19: 11 |
| **42736** | Sampselle, C. M., Burns, P. A., Dougherty, M. C., Newman, D. K., Thomas, K. K., Wyman, J. F. Continence for women: evidence-based practice. J Obstet Gynecol Neonatal Nurs. 1997 Jul-Aug; 26: 375-85 |
| **10704** | Sampselle, C. M., Burns, P. A., Dougherty, M. C., Newman, D. K., Thomas, K. K., Wyman, J. F. Continence for women: evidence-based practice. J Obstet Gynecol Neonatal Nurs. 1999; 28: 25-33 |
| **42403** | Sampselle, C. M., DeLancey, J. O. Anatomy of female continence. J Wound Ostomy Continence Nurs. 1998 Mar; 25: 63-70, 72-4 |
| **11915** | Sampselle, C. M., DeLancey, J. O. The Urine Stream Interruption Test and pelvic muscle function. Nurs Res. 1992 Mar-Apr; 41: 73-7 |
| **53600** | Sampselle, C. M., Harlow, S. D., Skurnick, J., Brubaker, L., Bondarenko, I. Urinary incontinence predictors and life impact in ethnically diverse perimenopausal women. Obstet Gynecol. 2002 Dec; 100: 1230-8 |
| **43138** | Sampselle, C. M., Miller, J. M., Herzog, A. R., Diokno, A. C. Behavioral modification: group teaching outcomes. Urol Nurs. 1996 Jun; 16: 59-63 |
| **11098** | Sampselle, C. M., Miller, J. M., Mims, B. L., Delancey, J. O., Ashton-Miller, J. A., Antonakos, C. L. Effect of pelvic muscle exercise on transient incontinence during pregnancy and after birth. Obstet Gynecol. 1998 Mar; 91: 406-12 |
| **41532** | Sampselle, C. M., Wyman, J. F., Thomas, K. K., Newman, D. K., Gray, M., Dougherty, M., Burns, P. A. Continence for women: a test of AWHONN's evidence-based protocol in clinical practice. Association of Women's Health Obstetric and Neonatal Nurses. J Obstet Gynecol Neonatal Nurs. 2000 Jan-Feb; 29: 18-26 |
| **41533** | Sampselle, C. M., Wyman, J. F., Thomas, K. K., Newman, D. K., Gray, M., Dougherty, M., Burns, P. A. Continence for women: evaluation of AWHONN's third research utilization project. Association of Women's Health Obstetric and Neonatal Nurses. J Obstet Gynecol Neonatal Nurs. 2000 Jan-Feb; 29: 9-17 |
| **3994** | Sampselle, C.M., Brink, C.A. Pelvic muscle relaxation. Assessment and management. J Nurse Midwifery. 1990 May-Jun; 35: 127-132 |
| **43238** | Samsioe, G. Medical and surgical strategies for treating urogynecological disorders. Int J Fertil Menopausal Stud. 1996 Mar-Apr; 41: 136-41 |

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**42363** Samsioe, G. Urogenital aging--a hidden problem. Am J Obstet Gynecol. 1998 May; 178: S245-9

**41815** Samsioe, G., Heraib, F., Lidfeldt, J., Nerbrand, C., Lindholm, L., Agardh, C., Schersten, B. Urogenital symptoms in women aged 50-59 years. Women's Health in Lund Area (WHILSA) Study Group. Gynecol Endocrinol. 1999 Apr; 13: 113-7

**10551** Samuelsson, E. C., Victor, F. T., Svardsudd, K. F. Five-year incidence and remission rates of female urinary incontinence in a Swedish population less than 65 years old. Am J Obstet Gynecol. 2000 Sep; 183: 568-74

**40390** Samuelsson, E., Mansson, L., Milsom, I. Incontinence aids in Sweden: users and costs. BJU Int. 2001 Dec; 88: 893-8

**10665** Samuelsson, E., Victor, A., Svardsudd, K. Determinants of urinary incontinence in a population of young and middle-aged women. Acta Obstet Gynecol Scand. 2000 Mar; 79: 208-15

**42936** Samuelsson, E., Victor, A., Tibblin, G. A population study of urinary incontinence and nocturia among women aged 20-59 years. Prevalence, well-being and wish for treatment. Acta Obstet Gynecol Scand. 1997 Jan; 76: 74-80

**3879** Sanchez-de-Badajoz, E., Diaz-Ramirez, F., and Vara-Thorbeck, C. Stress incontinence: a new endoscopic approach. Urology. 1990 Nov; 36: 403-405

**11309** Sand, P. K. Pelvic floor stimulation in the treatment of mixed incontinence complicated by a low-pressure urethra. Obstet Gynecol. 1996 Nov; 88: 757-60

**12037** Sand, P. K., Bowen, L. W., Ostergard, D. R. The prognostic significance of augmentation of urethral closure pressure and functional length. Int J Gynaecol Obstet. 1990 Oct; 33: 135-9

**12054** Sand, P. K., Brubaker, L. T. Advances in nonoperative treatment of genuine stress incontinence. Curr Opin Obstet Gynecol. 1990 Aug; 2: 599-604

**44748** Sand, P. K., Brubaker, L. T., Novak, T. Simple standing incremental cystometry as a screening method for detrusor instability. Obstet Gynecol. 1991 Mar; 77: 453-7

**11552** Sand, P. K., Richardson, D. A., Staskin, D. R., Swift, S. E., Appell, R. A., Whitmore, K. E., Ostergard, D. R. Pelvic floor electrical stimulation in the treatment of genuine stress incontinence: a multicenter, placebo-controlled trial. Am J Obstet Gynecol. 1995 Jul; 173: 72-9

**10815** Sand, P. K., Staskin, D., Miller, J., Diokno, A., Sant, G. R., Davila, G. W., Knapp, P., Rappaport, S., Tutrone, R. Effect of a urinary control insert on quality of life in incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 100-5

**10687** Sand, P. K., Winkler, H., Blackhurst, D. W., Culligan, P. J. A prospective randomized study comparing modified Burch retropubic urethropexy and suburethral sling for treatment of genuine stress incontinence with low-pressure urethra. Am J Obstet Gynecol. 2000 Jan; 182: 30-4

**3928** Sand, P.K., Bowen, L.W., and Ostergard, D.R. The prognostic significance of augmentation of urethral closure pressure and functional length. Int J Gynaecol Obstet. 1990 Oct; 33: 135-139

**3921** Sand, P.K., Brubaker, L. Nonsurgical treatment of detrusor overactivity in postmenopausal women. J Reprod Med. 1990 Aug; 35: 758-764

**3827** Sand, P.K., Brubaker, L.T., and Novak, T. Simple standing incremental cystometry as a screening method for detrusor instability. Obstet Gynecol. 1991 Mar; 77: 453-457

**10143** Sander, P., Moller, L. M., Rudnicki, P. M., Lose, G. Does the tension-free vaginal tape procedure affect the voiding phase? Pressure-flow studies before and 1 year after surgery. BJU Int. 2002 May; 89: 694-8

**41589** Sander, P., Mouritsen, L., Andersen, J. T., Fischer-Rasmussen, W. Evaluation of a simple, non-surgical concept for management of urinary incontinence (minimal care) in an open-access, interdisciplinary incontinence clinic. Neurourol Urodyn. 2000; 19: 9-17

**40181** Sander, P., Mouritsen, L., Andersen, J. T., Fischer-Rasmussen, W. Should measurement of maximum urinary flow rate and residual urine volume be a part of a 'minimal care' assessment programme in female incontinence?. Scand J Urol Nephrol. 2002; 36: 124-7

| | |
|---|---|
| 10870 | Sander, P., Thyssen, H., Lose, G., Andersen, J. T. Effect of a vaginal device on quality of life with urinary stress incontinence. Obstet Gynecol. 1999 Mar; 93: 407-11 |
| 40290 | Sanders, C., Driver, C. P., Rickwood, A. M. The anocutaneous reflex and urinary continence in children with myelomeningocele. BJU Int. 2002 May; 89: 720-1 |
| 43574 | Sandvik, H. Criterion validity of responses to patient vignettes: an analysis based on management of female urinary incontinence. Fam Med. 1995 Jun; 27: 388-92 |
| 10811 | Sandvik, H. Health information and interaction on the internet: a survey of female urinary incontinence. BMJ. 1999 Jul 3; 319: 29-32 |
| 3858 | Sandvik, H., Hunskaar, S. Doctors' characteristics and practice patterns in general practice: an analysis based on management of urinary incontinence. Scand J Prim Health Care. 1990 Sep; 8: 179-182 |
| 43487 | Sandvik, H., Hunskaar, S. General practitioners' management of female urinary incontinence. Medical records do not reflect patients' recall. Scand J Prim Health Care. 1995 Sep; 13: 168-74 |
| 43860 | Sandvik, H., Hunskaar, S. Incontinence in women: different response rates may introduce bias in community studies of pad consumption. J Epidemiol Community Health. 1994 Aug; 48: 419 |
| 3001 | Sandvik, H., Hunskaar, S. Incontinence pads--prevalence of use and individual consumption. Scand J Soc Med. 1993 Jun; 21: 120-121 |
| 43532 | Sandvik, H., Hunskaar, S. The epidemiology of pad consumption among community-dwelling incontinent women. J Aging Health. 1995 Aug; 7: 417-26 |
| 4012 | Sandvik, H., Hunskaar, S., and Eriksen, B.C. Management of urinary incontinence in women in general practice: actions taken at the first consultation. Scand J Prim Health Care. 1990 Mar; 8: 3-8 |
| 44996 | Sandvik, H., Hunskaar, S., Eriksen, B. C. Management of urinary incontinence in women in general practice: actions taken at the first consultation. Scand J Prim Health Care. 1990 Mar; 8: 3-8 |
| 44085 | Sandvik, H., Hunskaar, S., Seim, A., Hermstad, R., Vanvik, A., Bratt, H. Validation of a severity index in female urinary incontinence and its implementation in an epidemiological survey. J Epidemiol Community Health. 1993 Dec; 47: 497-9 |
| 11590 | Sandvik, H., Hunskaar, S., Vanvik, A., Bratt, H., Seim, A., Hermstad, R. Diagnostic classification of female urinary incontinence: an epidemiological survey corrected for validity. J Clin Epidemiol. 1995 Mar; 48: 339-43 |
| 3073 | Sandvik, H., Kveine, E., and Hunskaar, S. Female urinary incontinence--psychosocial impact, self care, and consultations. Scand J Caring Sci. 1993; 7: 53-56 |
| 11831 | Sandvik, H., Kveine, E., Hunskaar, S. Female urinary incontinence--psychosocial impact, self care, and consultations. Scand J Caring Sci. 1993; 7: 53-6 |
| 41519 | Sandvik, H., Seim, A., Vanvik, A., Hunskaar, S. A severity index for epidemiological surveys of female urinary incontinence: comparison with 48-hour pad-weighing tests. Neurourol Urodyn. 2000; 19: 137-45 |
| 11705 | Santarosa, R. P., Blaivas, J. G. Periurethral injection of autologous fat for the treatment of sphincteric incontinence. J Urol. 1994 Mar; 151: 607-11 |
| 52740 | Sapmaz, E., Celik, H. Burch colposuspension performed at cesarean delivery in pregnancies complicated by genuine stress urinary incontinence. J Reprod Med. 2003 Mar; 48: 191-3 |
| 50380 | Sapsford, R. Rehabilitation of pelvic floor muscles utilizing trunk stabilization. Man Ther. 2004 Feb; 9: 3-12 |
| 40656 | Sapsford, R. R., Hodges, P. W. Contraction of the pelvic floor muscles during abdominal maneuvers. Arch Phys Med Rehabil. 2001 Aug; 82: 1081-8 |
| 10470 | Sapsford, R. R., Hodges, P. W., Richardson, C. A., Cooper, D. H., Markwell, S. J., Jull, G. A. Co-activation of the abdominal and pelvic floor muscles during voluntary exercises. Neurourol Urodyn. 2001; 20: 31-42 |
| 42572 | Sargent, R. P. Primum non nocere?. Am J Obstet Gynecol. 1997 Dec; 177: 1564-5 |

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

43692    Sarica, K., Kupeli, S. Agenesis of bladder associated with multiple organ anomalies. Int Urol Nephrol. 1995; 27: 697-703

40565    Sarioglu, A., Tanyel, F. C., Senocak, M. E., Buyukpamukcu, N., Hicsonmez, A. Complications of the two major operations of Hirschsprung's disease: a single center experience. Turk J Pediatr. 2001 Jul-Sep; 43: 219-22

51020    Sarnelli, G., Trovato, C., Imarisio, M., Talleri, D., Braconi, A. Ultrasound assessment of ther female perineum: technique, methods, indications and ultrasound anatomy. Radiol Med (Torino). 2003 Oct; 106: 357-69

44342    Sarrias, M., Sarrias, F., Borau, A. The 'Barcelona' technique. Neurourol Urodyn. 1993; 12: 495-6

54160    Sartore, A., De Seta, F., Maso, G., Pregazzi, R., Grimaldi, E., Guaschino, S. The effects of mediolateral episiotomy on pelvic floor function after vaginal delivery. Obstet Gynecol. 2004 Apr; 103: 669-73

52750    Sartore, A., Pregazzi, R., Bortoli, P., Grimaldi, E., Ricci, G., Guaschino, S. Assessment of pelvic floor muscle function after vaginal delivery. Clinical value of different tests. J Reprod Med. 2003 Mar; 48: 171-4

52960    Sartore, A., Pregazzi, R., Bortoli, P., Grimaldi, E., Ricci, G., Guaschino, S. Effects of epidural analgesia during labor on pelvic floor function after vaginal delivery. Acta Obstet Gynecol Scand. 2003 Feb; 82: 143-6

11574    Sartori, M. G., Baracat, E. C., Girao, M. J., Goncalves, W. J., Sartori, J. P., de Lima, G. R. Menopausal genuine stress urinary incontinence treated with conjugated estrogens plus progestogens. Int J Gynaecol Obstet. 1995 May; 49: 165-9

11041    Sarver, R., Govier, F. E. Pubovaginal slings: past, present and future. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 358-68

52460    Sasso, K. Case study: challenges of pessary management. J Wound Ostomy Continence Nurs. 2003 May; 30: 152-7; discussion 157-8

10945    Sasso, K. C. New treatment options for stress incontinence. RN. 1998 Sep; 61: 36-9

42964    Sasso, K. C., Gallo, M. Patient selection criteria for treatment of urinary incontinence with pelvic floor stimulation. Urol Nurs. 1996 Dec; 16: 135-9

11525    Sauer, H. A., Klutke, C. G. Transvaginal sacrospinous ligament fixation for treatment of vaginal prolapse. J Urol. 1995 Sep; 154: 1008-12

44896    Sauerwein, D., Ingunza, W., Fischer, J., Madersbacher, H., Polkey, C. E., Brindley, G. S., Colombel, P., Teddy, P. Extradural implantation of sacral anterior root stimulators. J Neurol Neurosurg Psychiatry. 1990 Aug; 53: 681-4

3923    Sauerwein, D., Ingunza, W., Fischer, J., Madersbacher, H., Polkey, C.E., Brindley, G.S., Colombel, P., and Teddy, P. Extradural implantation of sacral anterior root stimulators. J Neurol Neurosurg Psychiatry. 1990 Aug; 53: 681-684

3859    Saunders, B. Catheter care. Working together for continence. Nursing (Lond). 1990 Dec 6-19; 4: 14-16

40151    Savolainen, S., Hurskainen, H., Paljarvi, L., Alafuzoff, I., Vapalahti, M. Five-year outcome of normal pressure hydrocephalus with or without a shunt: predictive value of the clinical signs, neuropsychological evaluation and infusion test. Acta Neurochir (Wien). 2002 Jun; 144: 515-23; discussion 523

44179    Sawle, G. V., Playford, E. D., Brooks, D. J., Quinn, N., Frackowiak, R. S. Asymmetrical pre-synaptic and post-synaptic changes in the striatal dopamine projection in dopa naive parkinsonism. Diagnostic implications of the D2 receptor status. Brain. 1993 Aug; 116 ( Pt 4): 853-67

3008    Sawle, G.V., Playford, E.D., Brooks, D.J., Quinn, N., and Frackowiak, R.S. Asymmetrical pre-synaptic and post-synaptic changes in the striatal dopamine projection in dopa naive parkinsonism. Diagnostic implications of the D2 receptor status. Brain. 1993 Aug; 116: 853-867

12013    Saxton, H. M. Urodynamics in the investigation of women with frequency, urgency, and incontinence, and voiding difficulties. Urol Radiol. 1991; 13: 48-57

43496    Sayegh, M. E., French, M. E. Urge incontinence secondary to a large abdominal haematoma. Br J Urol. 1995 Aug; 76: 261-2

---

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 41870 | Scardillo, J., Aronovitch, S. A. Successfully managing incontinence-related irritant dermatitis across the lifespan. Ostomy Wound Manage. 1999 Apr; 45: 36-40, 42-4 |
| 53290 | Scarpero, H. M., Dmochowski, R. R., Nitti, V. W. Repeat urethrolysis after failed urethrolysis for iatrogenic obstruction. J Urol. 2003 Mar; 169: 1013-6 |
| 52230 | Scarpero, H. M., Fiske, J., Xue, X., Nitti, V. W. American Urological Association Symptom Index for lower urinary tract symptoms in women: correlation with degree of bother and impact on quality of life. Urology. 2003 Jun; 61: 1118-22 |
| 44579 | Scarratt, W. K., Furr, M. O., Robertson, J. L. Hepatoencephalopathy and hypocalcemia in a miniature horse mare. J Am Vet Med Assoc. 1991 Dec 15; 199: 1754-6 |
| 42436 | Schaeffer, A. J., Clemens, J. Q., Ferrari, M., Stamey, T. A. The male bulbourethral sling procedure for post-radical prostatectomy incontinence. J Urol. 1998 May; 159: 1510-5 |
| 10344 | Schaer, G. The clinical value of sonographic imaging of the urethrovesical anatomy. Scand J Urol Nephrol Suppl. 2001; : 80-6; discussion 106-25 |
| 42642 | Schaer, G. N. Ultrasonography of the lower urinary tract. Curr Opin Obstet Gynecol. 1997 Oct; 9: 313-6 |
| 42940 | Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Can simultaneous perineal sonography and urethrocystometry help explain urethral pressure variations?. Neurourol Urodyn. 1997; 16: 31-8 |
| 11494 | Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Improvement of perineal sonographic bladder neck imaging with ultrasound contrast medium. Obstet Gynecol. 1995 Dec; 86: 950-4 |
| 11605 | Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Perineal ultrasound for evaluating the bladder neck in urinary stress incontinence. Obstet Gynecol. 1995 Feb; 85: 220-4 |
| 43179 | Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Perineal ultrasound: determination of reliable examination procedures. Ultrasound Obstet Gynecol. 1996 May; 7: 347-52 |
| 11400 | Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Usefulness of ultrasound contrast medium in perineal sonography for visualization of bladder neck funneling--first observations. Urology. 1996 Mar; 47: 452-3 |
| 10869 | Schaer, G. N., Perucchini, D., Munz, E., Peschers, U., Koechli, O. R., Delancey, J. O. Sonographic evaluation of the bladder neck in continent and stress- incontinent women. Obstet Gynecol. 1999 Mar; 93: 412-6 |
| 11103 | Schaer, G. N., Siegwart, R., Perucchini, D., DeLancey, J. O. Examination of voiding in seated women using a remote-controlled ultrasound probe. Obstet Gynecol. 1998 Feb; 91: 297-301 |
| 43335 | Schaer, G. N., Koelbl, H., Voigt, R., Merz, E., Anthuber, C., Niemeyer, R., Ralph, G., Bader, W., Fink, D., Grischke, E. Recommendations of the German Association of Urogynecology on functional sonography of the lower female urinary tract. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 105-8 |
| 43052 | Schaffer, J., Fantl, J. A. Urogenital effects of the menopause. Baillieres Clin Obstet Gynaecol. 1996 Sep; 10: 401-17 |
| 50900 | Schatz, H., Henriksson, L. Pain during the TVT procedure performed under local anesthesia. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 347-9; discussion 349 |
| 59349 | Schatz, I. J. Case 27-2004: multiple-system atrophy. N Engl J Med. 2004 Dec 30; 351: 2881-3; author reply 2881-3 |
| 41328 | Schatzl, G., Temml, C., Schmidbauer, J., Dolezal, B., Haidinger, G., Madersbacher, S. Cross-sectional study of nocturia in both sexes: analysis of a voluntary health screening project. Urology. 2000 Jul; 56: 71-5 |
| 40011 | Scheepens, W. A., de Bie, R. A., Weil, E. H., van Kerrebroeck, P. E. Unilateral versus bilateral sacral neuromodulation in patients with chronic voiding dysfunction. J Urol. 2002 Nov; 168: 2046-50 |
| 57800 | Scheepens, W. A., Van Koeveringe, G. A., De Bie, R. A., Weil, E. H., Van Kerrebroeck, P. E. Long-term efficacy and safety results of the two-stage implantation technique in sacral neuromodulation. BJU Int. 2002 Dec; 90: 840-5 |

# Appendix A5  Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

42064  Schettini, M., Diana, M., Gallucci, M. Treatment of urinary incontinence with AMS 800 artificial urinary sphincter. Int Surg. 1998 Jul-Sep; 83: 257-61

10737  Schettini, M., Fortunato, P., Gallucci, M. Abdominal sacral colpopexy with prolene mesh. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 295-9

11989  Scheve, A. A., Engel, B. T., McCormick, K. A., Leahy, E. G. Exercise in continence. Geriatr Nurs. 1991 May-Jun; 12: 124

3435  Scheve, A.A., Engel, B.T., McCormick, K.A., and Leahy, E.G. Exercise in continence. Geriatr-Nurs (New York). 1991 May-Jun; 12: 124

11724  Schick, E. Regarding 'Reproducibility of pressure transmission ratios in stress incontinent women'. Neurourol Urodyn. 1994; 13: 81-3

59126  Schick, E., Bertrand, P. E., DuPont, C., Jolivet-Tremblay, M., Tessier, J. Urethral incompetence: an update with special reference to residual maximal urethral closure pressure. Urology. 2004 May; 63: 811-4

50050  Schick, E., Dupont, C., Bertrand, P. E., Jolivet-Tremblay, M., Tessier, J. Predictive value of maximum urethral closure pressure, urethral hypermobility and urethral incompetence in the diagnosis of clinically significant female genuine stress incontinence. J Urol. 2004 May; 171: 1871-5

50520  Schick, E., Jolivet-Tremblay, M., Tessier, J., Dupont, C., Bertrand, P. E. Observations on the function of the female urethra: III: An overview with special reference to the relation between urethral hypermobility and urethral incompetence. Neurourol Urodyn. 2004; 23: 22-6

43041  Schiff, D., O'Neill, B. P. Intramedullary spinal cord metastases: clinical features and treatment outcome. Neurology. 1996 Oct; 47: 906-12

3736  Schiff, S.F., Lytton, B. Incontinence after augmentation cystoplasty and internal diversion. Urol Clin North Am. 1991 May; 18: 383-392

3702  Schileru, G., Ozan, O. Implantation of the cuff of A.U.S. around of all the corpora. Acta Urol Belg. 1990; 58: 83-87

43225  Schilling, A., Krawczak, G., Friesen, A., Kruse, H. Pregnancy in a patient with an ileal substitute bladder followed by severe destabilization of the pelvic support. J Urol. 1996 Apr; 155: 1389-90

52560  Schiotz, H. Effect of adding biofeedback to pelvic floor muscle training to treat urodynamic stress incontinence. Obstet Gynecol. 2003 May; 101: 1024; reply 1024-5

11447  Schiotz, H. A. Comparison of 1 and 3 days' transurethral Foley catheterization after retropubic incontinence surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 98-101

11725  Schiotz, H. A. One month maximal electrostimulation for genuine stress incontinence in women. Neurourol Urodyn. 1994; 13: 43-50

42502  Schlenk, E. A., Erlen, J. A., Dunbar-Jacob, J., McDowell, J., Engberg, S., Sereika, S. M., Rohay, J. M., Bernier, M. J. Health-related quality of life in chronic disorders: a comparison across studies using the MOS SF-36. Qual Life Res. 1998 Jan; 7: 57-65

40276  Schlienger, R. G., Keller, M. J., Krahenbuhl, S. Tolterodine-associated acute mixed liver injury. Ann Pharmacother. 2002 May; 36: 817-9

59355  Schmid, D. M., Curt, A., Hauri, D., Schurch, B. Motor evoked potentials (MEP) and evoked pressure curves (EPC) from the urethral compressive musculature (UCM) by functional magnetic stimulation in healthy volunteers and patients with neurogenic incontinence. Neurourol Urodyn. 2005; 24: 117-27

40707  Schmidbauer, J., Temml, C., Schatzl, G., Haidinger, G., Madersbacher, S. Risk factors for urinary incontinence in both sexes. Analysis of a health screening project. Eur Urol. 2001 May; 39: 565-70

41558  Schmidt, B., Haberlik, A., Uray, E., Ratschek, M., Lackner, H., Hollwarth, M. E. Sacrococcygeal teratoma: clinical course and prognosis with a special view to long-term functional results. Pediatr Surg Int. 1999; 15: 573-6

42240  Schmidt, R. A., Doggweiler, R. Neurostimulation and neuromodulation: a guide to selecting the right urologic patient. Eur Urol. 1998; 34 Suppl 1: 23-6

---

 © 2008 American Urological Association, Inc.  All rights reserved.  Not to be copied or distributed without permission.

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

41804  Schmidt, R. A., Jonas, U., Oleson, K. A., Janknegt, R. A., Hassouna, M. M., Siegel, S. W., van Kerrebroeck, P. E. Sacral nerve stimulation for treatment of refractory urinary urge incontinence. Sacral Nerve Stimulation Study Group. J Urol. 1999 Aug; 162: 352-7

44984  Schmidt, R. A., Kogan, B. A., Tanagho, E. A. Neuroprostheses in the management of incontinence in myelomeningocele patients. J Urol. 1990 Apr; 143: 779-82

3847  Schmidt, R.A. Treatment of unstable bladder. Urology. 1991 Jan; 37: 28-32

4124  Schmidt, R.A., Kogan, B.A., and Tanagho, E.A. Neuroprostheses in the management of incontinence in myelomeningocele patients. J Urol. 1990 Apr; 143: 779-782

44009  Schneider, M. S., King, L. R., Surwit, R. S. Kegel exercises and childhood incontinence: a new role for an old treatment. J Pediatr. 1994 Jan; 124: 91-2

42659  Schnelle, J. F., Adamson, G. M., Cruise, P. A., al-Samarrai, N., Sarbaugh, F. C., Uman, G., Ouslander, J. G. Skin disorders and moisture in incontinent nursing home residents: intervention implications. J Am Geriatr Soc. 1997 Oct; 45: 1182-8

54820  Schnelle, J. F., Cadogan, M. P., Grbic, D., Bates-Jensen, B. M., Osterweil, D., Yoshii, J., Simmons, S. F. A standardized quality assessment system to evaluate incontinence care in the nursing home. J Am Geriatr Soc. 2003 Dec; 51: 1754-61

55930  Schnelle, J. F., Cadogan, M. P., Yoshii, J., Al-Samarrai, N. R., Osterweil, D., Bates-Jensen, B. M., Simmons, S. F. The minimum data set urinary incontinence quality indicators: do they reflect differences in care processes related to incontinence?. Med Care. 2003 Aug; 41: 909-22

42269  Schnelle, J. F., Cruise, P. A., Alessi, C. A., Al-Samarrai, N., Ouslander, J. G. Individualizing nighttime incontinence care in nursing home residents. Nurs Res. 1998 Jul-Aug; 47: 197-204

57420  Schnelle, J. F., Kapur, K., Alessi, C., Osterweil, D., Beck, J. G., Al-Samarrai, N. R., Ouslander, J. G. Does an exercise and incontinence intervention save healthcare costs in a nursing home population?. J Am Geriatr Soc. 2003 Feb; 51: 161-8

43457  Schnelle, J. F., Keeler, E., Hays, R. D., Simmons, S., Ouslander, J. G., Siu, A. L. A cost and value analysis of two interventions with incontinent nursing home residents. J Am Geriatr Soc. 1995 Oct; 43: 1112-7

43409  Schnelle, J. F., MacRae, P. G., Ouslander, J. G., Simmons, S. F., Nitta, M. Functional Incidental Training, mobility performance, and incontinence care with nursing home residents. J Am Geriatr Soc. 1995 Dec; 43: 1356-62

43447  Schnelle, J. F., McNees, P., Crooks, V., Ouslander, J. G. The use of a computer-based model to implement an incontinence management program. Gerontologist. 1995 Oct; 35: 656-65

44287  Schnelle, J. F., Newman, D., White, M., Abbey, J., Wallston, K. A., Fogarty, T., Ory, M. G. Maintaining continence in nursing home residents through the application of industrial quality control. Gerontologist. 1993 Feb; 33: 114-21

44147  Schnelle, J. F., Ouslander, J. G., Simmons, S. F., Alessi, C. A., Gravel, M. D. Nighttime sleep and bed mobility among incontinent nursing home residents. J Am Geriatr Soc. 1993 Sep; 41: 903-9

44146  Schnelle, J. F., Ouslander, J. G., Simmons, S. F., Alessi, C. A., Gravel, M. D. The nighttime environment, incontinence care, and sleep disruption in nursing homes. J Am Geriatr Soc. 1993 Sep; 41: 910-4

4139  Schnelle, J.F. Treatment of urinary incontinence in nursing home patients by prompted voiding. J Am Geriatr Soc. 1990 Mar; 38: 356-360

3143  Schnelle, J.F., Newman, D., White, M., Abbey, J., Wallston, K.A., Fogarty, T., and Ory, M.G. Maintaining continence in nursing home residents through the application of industrial quality control. Gerontologist. 1993 Feb; 33: 114-121

4014  Schnelle, J.F., Newman, D.R., and Fogarty, T. Management of patient continence in long-term care nursing facilities. Gerontologist. 1990 Jun; 30: 373-376

3926  Schnelle, J.F., Newman, D.R., and Fogarty, T. Statistical quality control in nursing homes: assessment and management of chronic urinary incontinence. Health Serv Res. 1990 Oct; 25: 627-637

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

---

**3828** Schnelle, J.F., Newman, D.R., Fogarty, T.E., Wallston, K., and Ory, M. Assessment and quality control of incontinence care in long-term nursing facilities. J Am Geriatr Soc. 1991 Feb; 39: 165-171

**59203** Scholes, D., Hooton, T. M., Roberts, P. L., Gupta, K., Stapleton, A. E., Stamm, W. E. Risk factors associated with acute pyelonephritis in healthy women. Ann Intern Med. 2005 Jan 4; 142: 20-7

**41602** Schonherr, M. C., Groothoff, J. W., Mulder, G. A., Eisma, W. H. Functional outcome of patients with spinal cord injury: rehabilitation outcome study. Clin Rehabil. 1999 Dec; 13: 457-63

**10536** Schreperman, C. G., Griebling, T. L., Nygaard, I. E., Kreder, K. J. Resolution of urge symptoms following sling cystourethropexy. J Urol. 2000 Nov; 164: 1628-31

**41560** Schroder, A., Levin, R. M., Kogan, B. A., Das, A. K., Kay, F., Mahashabde, A. Absorption of oxybutynin from vaginal inserts: drug blood levels and the response of the rabbit bladder. Urology. 2000 Dec 20; 56: 1063-7

**59278** Schuessler, B. Research of surgical outcome of incontinence surgery in women. Am J Obstet Gynecol. 2005 Mar; 192: 984-5; author reply 985

**51250** Schuessler, B., Baessler, K. Pharmacologic treatment of stress urinary incontinence: expectations for outcome. Urology. 2003 Oct; 62: 31-8

**11170** Schulman, C., Claes, H., Matthijs, J. Urinary incontinence in Belgium: a population-based epidemiological survey. Eur Urol. 1997; 32: 315-20

**41982** Schulman, S. L., Quinn, C. K., Plachter, N., Kodman-Jones, C. Comprehensive management of dysfunctional voiding. Pediatrics. 1999 Mar; 103: E31

**40528** Schulman, S. L., Von Zuben, F. C., Plachter, N., Kodman-Jones, C. Biofeedback methodology: does it matter how we teach children how to relax the pelvic floor during voiding?. J Urol. 2001 Dec; 166: 2423-6

**43063** Schulman, S. L., Zderic, S., Kaplan, P. Increased prevalence of urinary symptoms and voiding dysfunction in Williams syndrome. J Pediatr. 1996 Sep; 129: 466-9

**10983** Schultheiss, D., Hofner, K., Oelke, M., Grunewald, V., Jonas, U. Does bone anchor fixation improve the outcome of percutaneous bladder neck suspension in female stress urinary incontinence?. Br J Urol. 1998 Aug; 82: 192-5

**10790** Schultheiss, D., Jonas, U. Do we need bone anchors in urogynecology?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 153-4

**42839** Schultz, A., Dickey, G., Skoner, M. Self-report of incontinence in acute care. Urol Nurs. 1997 Mar; 17: 23-8

**43317** Schultz, A., Talseth, T. Continent urinary diversion in patients with dysfunction of the lower urinary tract. Experience with the detubularized right colonic segment as urinary reservoir. Scand J Urol Nephrol Suppl. 1996; 179: 93-6

**42109** Schultz, I., Mellgren, A., Nilsson, B. Y., Dolk, A., Holmstrom, B. Preoperative electrophysiologic assessment cannot predict continence after rectopexy. Dis Colon Rectum. 1998 Nov; 41: 1392-8

**55120** Schultz, S. E., Kopec, J. A. Impact of chronic conditions. Health Rep. 2003 Aug; 14: 41-53

**42103** Schultz-Lampel, D., Jiang, C., Lindstrom, S., Thuroff, J. W. Experimental results on mechanisms of action of electrical neuromodulation in chronic urinary retention. World J Urol. 1998; 16: 301-4

**40363** Schulz, J. A. Assessing and treating pelvic organ prolapse. Ostomy Wound Manage. 2001 May; 47: 54-9

**10752** Schulz, J. A., Drutz, H. P. The surgical management of recurrent stress urinary incontinence. Curr Opin Obstet Gynecol. 1999 Oct; 11: 489-94

**56280** Schurch, B., Reilly, I., Reitz, A., Curt, A. Electrophysiological recordings during the peripheral nerve evaluation (PNE) test in complete spinal cord injury patients. World J Urol. 2003 May; 20: 319-22

**41247** Schurch, B., Stohrer, M., Kramer, G., Schmid, D. M., Gaul, G., Hauri, D. Botulinum-A toxin for treating detrusor hyperreflexia in spinal cord injured patients: a new alternative to anticholinergic drugs? Preliminary results. J Urol. 2000 Sep; 164: 692-7

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Appendix A5 Bibliography sorted by Primary Author Page 357 of 800 PageID #: 146432

**Appendix A5 Bibliography sorted by Primary Author**

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

41660    Schurch, B., Suter, S., Dubs, M. Intraurethral sphincter prosthesis to treat hyporeflexic bladders in women: does it work?. BJU Int. 1999 Nov; 84: 789-94

11527    Schurmans, J. R., Weerman, P. C., Bosch, J. L., van der Leij, E. M., Schroder, F. H. Quality of life assessment in heterotopic and orthotopic neobladder reconstruction: a comparison. Acta Urol Belg. 1995 Sep; 63: 55-8

42488    Schuur, P. M., Kasteren, M. E., Sabbe, L., Vos, M. C., Janssens, M. M., Buiting, A. G. Urinary tract infections with Aerococcus urinae in the south of The Netherlands. Eur J Clin Microbiol Infect Dis. 1997 Dec; 16: 871-5

41420    Schwartz, B. F., Stoller, M. L. The vesical calculus. Urol Clin North Am. 2000 May; 27: 333-46

43880    Schwartz, S. L., Kennelly, M. J., McGuire, E. J., Faerber, G. J. Incontinent ileo-vesicostomy urinary diversion in the treatment of lower urinary tract dysfunction. J Urol. 1994 Jul; 152: 99-102

59172    Schweitzer, K. J., Vierhout, M. E., Milani, A. L. Surgery for pelvic organ prolapse in women of 80 years of age and older. Acta Obstet Gynecol Scand. 2005 Mar; 84: 286-9

59027    Schytt, E., Lindmark, G., Waldenstrom, U. Symptoms of stress incontinence 1 year after childbirth: prevalence and predictors in a national Swedish sample. Acta Obstet Gynecol Scand. 2004 Oct; 83: 928-36

41415    Scott, D. Continence. Bangladeshi venture. Nurs Times. 1999 Oct 20-26; 95: 76-9

53650    Scott, L., Leddy, M., Bernay, F., Davot, J. L. Evaluation of phenylpropanolamine in the treatment of urethral sphincter mechanism incompetence in the bitch. J Small Anim Pract. 2002 Nov; 43: 493-6

11107    Scotti, R. J., Angell, G., Flora, R., Greston, W. M. Antecedent history as a predictor of surgical cure of urgency symptoms in mixed incontinence. Obstet Gynecol. 1998 Jan; 91: 51-4

10913    Scotti, R. J., Garely, A. D., Greston, W. M., Flora, R. F., Olson, T. R. Paravaginal repair of lateral vaginal wall defects by fixation to the ischial periosteum and obturator membrane. Am J Obstet Gynecol. 1998 Dec; 179: 1436-45

11822    Scotti, R. J., Myers, D. L. A comparison of the cough stress test and single-channel cystometry with multichannel urodynamic evaluation in genuine stress incontinence. Obstet Gynecol. 1993 Mar; 81: 430-3

12049    Scotti, R. J., Ostergard, D. R., Guillaume, A. A., Kohatsu, K. E. Predictive value of urethroscopy as compared to urodynamics in the diagnosis of genuine stress incontinence. J Reprod Med. 1990 Aug; 35: 772-6

3919    Scotti, R.J., Ostergard, D.R., Guillaume, A.A., and Kohatsu, K.E. Predictive value of urethroscopy as compared to urodynamics in the diagnosis of genuine stress incontinence. J Reprod Med. 1990 Aug; 35: 772-776

43329    Scowen, P. Childbirth and continence: 1. Prof Care Mother Child. 1996; 6: 91-4

43301    Scowen, P. Childbirth and continence: 2. Prof Care Mother Child. 1996; 6: 119-23

3623    Scullin, P.D. Financial repercussions of incontinence management [editorial]. Ostomy Wound Manage. 1991 Jul-Aug; 35: 4

42822    Scura, K. W., Whipple, B. How to provide better care for the postmenopausal woman. Am J Nurs. 1997 Apr; 97: 36-43

59220    Segal, J. L., Vassallo, B., Kleeman, S., Silva, W. A., Karram, M. M. Prevalence of persistent and de novo overactive bladder symptoms after the tension-free vaginal tape. Obstet Gynecol. 2004 Dec; 104: 1263-9

43037    Segreti, E. M., Morris, M., Levenback, C., Lucas, K. R., Gershenson, D. M., Burke, T. W. Transverse colon urinary diversion in gynecologic oncology. Gynecol Oncol. 1996 Oct; 63: 66-70

43921    Seidel, G. K., Millis, S. R., Lichtenberg, P. A., Dijkers, M. Predicting bowel and bladder continence from cognitive status in geriatric rehabilitation patients. Arch Phys Med Rehabil. 1994 May; 75: 590-3

3264    Seiler, W.O., Stahelin, H.B., and Hefti, U. Desmopressin reduces night urine volume in geriatric patients: implication for treatment of the nocturnal incontinence. Clin Investig. 1992 Jul; 70: 619

11292    Seim, A., Eriksen, B. C., Hunskaar, S. A study of female urinary incontinence in general practice. Demography, medical history, and clinical findings. Scand J Urol Nephrol. 1996 Dec; 30: 465-71

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 41931 | Seim, A., Hermstad, R., Hunskaar, S. Female urinary incontinence: long-term follow-up after treatment in general practice. Br J Gen Pract. 1998 Nov; 48: 1731-4 |
| 11225 | Seim, A., Hermstad, R., Hunskaar, S. Management in general practice significantly reduced psychosocial consequences of female urinary incontinence. Qual Life Res. 1997 Apr; 6: 257-64 |
| 41042 | Seim, A., Hunskaar, S. Female urinary incontinence--the role of the general practitioner. Acta Obstet Gynecol Scand. 2000 Dec; 79: 1046-51 |
| 43659 | Seim, A., Sandvik, H., Hermstad, R., Hunskaar, S. Female urinary incontinence--consultation behaviour and patient experiences: an epidemiological survey in a Norwegian community. Fam Pract. 1995 Mar; 12: 18-21 |
| 43136 | Seim, A., Sivertsen, B., Eriksen, B. C., Hunskaar, S. Treatment of urinary incontinence in women in general practice: observational study. BMJ. 1996 Jun 8; 312: 1459-62 |
| 42771 | Sekido, N., Kawai, K., Akaza, H. Lower urinary tract dysfunction as persistent complication of radical hysterectomy. Int J Urol. 1997 May; 4: 259-64 |
| 42116 | Selcuki, M., Coskun, K. Management of tight filum terminale syndrome with special emphasis on normal level conus medullaris (NLCM). Surg Neurol. 1998 Oct; 50: 318-22; discussion 322 |
| 41384 | Selcuki, M., Unlu, A., Ugur, H. C., Soygur, T., Arikan, N., Selcuki, D. Patients with urinary incontinence often benefit from surgical detethering of tight filum terminale. Childs Nerv Syst. 2000 Mar; 16: 150-4; discussion 155 |
| 11719 | Seman, E., O'Shea, R. T. Laparoscopic Burch colposuspension--a new approach for stress incontinence. Med J Aust. 1994 Jan 3; 160: 42 |
| 42551 | Sen, S., Ahmed, S., Borghol, M. Surgical management of complete ureteric duplication abnormalities. Pediatr Surg Int. 1998 Jan; 13: 61-4 |
| 56690 | Sen, S., Zachariah, N., Chacko, J., Thomas, G. Buttressing the divided bladder neck by a rectus abdominis muscle flap to prevent urethral recanalisation in paediatric urinary incontinence. Pediatr Surg Int. 2003 Apr; 19: 124-6 |
| 52500 | Sendag, F., Vidinli, H., Kazandi, M., Itil, I. M., Askar, N., Vidinli, B., Pourbagher, A. Role of perineal sonography in the evaluation of patients with stress urinary incontinence. Aust N Z J Obstet Gynaecol. 2003 Feb; 43: 54-7 |
| 43968 | Senechal, P. K. Symphysis pubis separation during childbirth. J Am Board Fam Pract. 1994 Mar-Apr; 7: 141-4 |
| 44021 | Sengstaken, E. A., King, S. A. Chronic schizophrenia or meningioma?. J Am Board Fam Pract. 1994 Jan-Feb; 7: 71-3 |
| 40376 | Senior, J. Clean intermittent self-catheterisation and children. Br J Community Nurs. 2001 Aug; 6: 381-6 |
| 10785 | Serel, T. A., Gungor, M. Urodynamic evaluation after endoscopic modified bladder neck suspension. Urol Int. 1999; 62: 17-20 |
| 10749 | Serels, S. R., Rackley, R. R., Appell, R. A. In situ slings with concurrent cystocele repair. Tech Urol. 1999 Sep; 5: 129-32 |
| 10676 | Serels, S. R., Rackley, R. R., Appell, R. A. Surgical treatment for stress urinary incontinence associated with valsalva induced detrusor instability. J Urol. 2000 Mar; 163: 884-7 |
| 42529 | Serels, S., Stein, M. Prospective study comparing hyoscyamine, doxazosin, and combination therapy for the treatment of urgency and frequency in women. Neurourol Urodyn. 1998; 17: 31-6 |
| 3234 | Servoll, E., Halvorsen, O.J., Haukaas, S., and Hoisaeter, P.A. Radical retropubic prostatectomy: our experience with the first 54 patients. Scand J Urol Nephrol. 1992; 26: 231-234 |
| 11994 | Sethia, K. K., Webb, R. J., Neal, D. E. Urodynamic study of ileocystoplasty in the treatment of idiopathic detrusor instability. Br J Urol. 1991 Mar; 67: 286-90 |
| 3729 | Sethia, K.K., Webb, R.J., and Neal, D.E. Urodynamic study of ileocystoplasty in the treatment of idiopathic detrusor instability. Br J Urol. 1991 Mar; 67: 286-290 |

  © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A5  Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

**52200**  Sevestre, S., Ciofu, C., Deval, B., Traxer, O., Amarenco, G., Haab, F. Results of the tension-free vaginal tape technique in the elderly. Eur Urol. 2003 Jul; 44: 128-31

**11774**  Sexton, D. J., Heskestad, L., Lambeth, W. R., McCallum, R., Levin, L. S., Corey, G. R. Postoperative pubic osteomyelitis misdiagnosed as osteitis pubis: report of four cases and review. Clin Infect Dis. 1993 Oct; 17: 695-700

**42514**  Sgadari, A., Topinkova, E., Bjornson, J., Bernabei, R. Urinary incontinence in nursing home residents: a cross-national comparison. Age Ageing. 1997 Sep; 26 Suppl 2: 49-54

**43440**  Shader, R. I., Oesterheld, J. R. Case 7: the addled nonagenarian. J Clin Psychopharmacol. 1995 Oct; 15: 378

**12016**  Shafik, A. Dilatation and closing anal reflexes. Description and clinical significance of new reflexes: preliminary report. Acta Anat (Basel). 1991; 142: 293-8

**10593**  Shafik, A. Electrovesicogram in stress urinary incontinence: a preliminary study. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 203-7

**11124**  Shafik, A. Endoscopic pudendal canal decompression for the treatment of fecal incontinence due to pudendal canal syndrome. J Laparoendosc Adv Surg Tech A. 1997 Aug; 7: 227-34

**10732**  Shafik, A. Levator ani muscle: new physioanatomical aspects and role in the micturition mechanism. World J Urol. 1999 Oct; 17: 266-73

**41091**  Shafik, A. Neuronal innervation of urethral and anal sphincters: surgical anatomy and clinical implications. Curr Opin Obstet Gynecol. 2000 Oct; 12: 387-98

**10921**  Shafik, A. Pudendal canal syndrome as a cause of vulvodynia and its treatment by pudendal nerve decompression. Eur J Obstet Gynecol Reprod Biol. 1998 Oct; 80: 215-20

**59165**  Shafik, A. Re: Functional and neuroanatomical effects of vaginal distention and pudendal nerve crush in the female rat. J Urol. 2005 Apr; 173: 1436; author reply 1436

**50030**  Shafik, A. Stress urinary incontinence: new concept of pathogenesis and treatment by pudendal canal decompression. Adv Exp Med Biol. 2003; 539: 415-40

**10876**  Shafik, A., Doss, S. Surgical anatomy of the somatic terminal innervation to the anal and urethral sphincters: role in anal and urethral surgery. J Urol. 1999 Jan; 161: 85-9

**56770**  Shafik, A., Shafik, I. A. Overactive bladder inhibition in response to pelvic floor muscle exercises. World J Urol. 2003 May; 20: 374-7

**51730**  Shah, D. K., Paul, E. M., Amukele, S., Eisenberg, E. R., Badlani, G. H. Broad based tension-free synthetic sling for stress urinary incontinence: 5-year outcome. J Urol. 2003 Sep; 170: 849-51

**50690**  Shah, D. K., Paul, E. M., Rastinehad, A. R., Eisenberg, E. R., Badlani, G. H. Short-term outcome analysis of total pelvic reconstruction with mesh: the vaginal approach. J Urol. 2004 Jan; 171: 261-3

**40549**  Shah, M., Moogerfeld, M. S., Ahmed, J., Mughal, M., Aziz, K. Metastatic cervical cancer with unusual presentation: a case report. Conn Med. 2001 Sep; 65: 523-5

**42823**  Shah, P. N., Maly, R. C., Frank, J. C., Hirsch, S. H., Reuben, D. B. Managing geriatric syndromes: what geriatric assessment teams recommend, what primary care physicians implement, what patients adhere to. J Am Geriatr Soc. 1997 Apr; 45: 413-9

**54090**  Shaji, K. S., Smitha, K., Lal, K. P., Prince, M. J. Caregivers of people with Alzheimer's disease: a qualitative study from the Indian 10/66 Dementia Research Network. Int J Geriatr Psychiatry. 2003 Jan; 18: 1-6

**42435**  Shaker, H. S., Hassouna, M. Sacral nerve root neuromodulation: an effective treatment for refractory urge incontinence. J Urol. 1998 May; 159: 1516-9

**41645**  Shaker, H., Hassouna, M. M. Sacral root neuromodulation in the treatment of various voiding and storage problems. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 336-43

**10893**  Shandera, K. C. Diagnosis and management of female urinary incontinence. Hawaii Med J. 1998 Dec; 57: 746-8

---

  © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

43699   Shapiro, E., Lepor, H. Matrix changes in the bladder associated with normal aging. Adv Exp Med Biol. 1995; 385: 187-90; discussion 223-8

10177   Sharifi-Aghdas, F., Ghaderian, N., Payvand, A. Free bladder mucosal autograft in the treatment of complicated vesicovaginal fistula. BJU Int. 2002 Mar; 89 Suppl 1: 54-6

50610   Sharma, B., Oligbo, N. Delayed vaginal erosion of the tape--a rare complication with TVT. J Obstet Gynaecol. 2004 Jan; 24: 96-8

10477   Sharp, H. T., Doucette, R. C., Norton, P. A. Dyspareunia and recurrent stress urinary incontinence after laparoscopic colposuspension with mesh and staples. A case report. J Reprod Med. 2000 Nov; 45: 947-9

40423   Shaw, C. A review of the psychosocial predictors of help-seeking behaviour and impact on quality of life in people with urinary incontinence. J Clin Nurs. 2001 Jan; 10: 15-24

57940   Shaw, C. A systematic review of the literature on the prevalence of sexual impairment in women with urinary incontinence and the prevalence of urinary leakage during sexual activity. Eur Urol. 2002 Nov; 42: 432-40

40123   Shaw, C., Matthews, R. J., Perry, S. I., Assassa, R. P., Williams, K., McGrother, C., Dallosso, H., Jagger, C., Mayne, C., Clarke, M. Validity and reliability of an interviewer-administered questionnaire to measure the severity of lower urinary tract symptoms of storage abnormality: the Leicester Urinary Symptom Questionnaire. BJU Int. 2002 Aug; 90: 205-15

40775   Shaw, C., McColl, E., Bond, S. Functional abilities and continence: the use of proxy respondents in research involving older people. Qual Life Res. 2000; 9: 1117-26

41023   Shaw, C., Tansey, R., Jackson, C., Hyde, C., Allan, R. Barriers to help seeking in people with urinary symptoms. Fam Pract. 2001 Feb; 18: 48-52

40917   Shaw, C., Williams, K. S., Assassa, R. P. Patients' views of a new nurse-led continence service. J Clin Nurs. 2000 Jul; 9: 574-82

42450   Shaw, F. Continence--it's never too late. Nurs Times. 1998 Feb 11-17; 94: 68-70, 72

3925    Shaw, J. Continence in cerebral palsy. Health Visit. 1990 Sep; 63: 301-302

59032   Shaw, M. B., Rink, R. C., Kaefer, M., Cain, M. P., Casale, A. J. Continence and classic bladder exstrophy treated with staged repair. J Urol. 2004 Oct; 172: 1450-3; discussion 1453

41971   Shaw, M., Galloway, S. To be or not to be: the challenge of urinary continence in older adults. Perspectives. 1998 Winter; 22: 18-22

10601   Shehata, N. A., de Courcy-Wheeler, R. H., Sim, D. A. Ureteric kinking after colposuspension: a case report and review of the literature. Ulster Med J. 2000 May; 69: 74-5

41127   Shehu, B. B., Ameh, E. A., Ismail, N. J. Spina bifida cystica: selective management in Zaria, Nigeria. Ann Trop Paediatr. 2000 Sep; 20: 239-42

40613   Sheikh, M. A., Khan, M. S., Khatoon, A., Arain, G. M. Incidence of urinary tract infection during pregnancy. East Mediterr Health J. 2000 Mar-May; 6: 265-71

41544   Sheldon, C. A., Minevich, E., Wacksman, J. Modified technique of antegrade continence enema using a stapling device. J Urol. 2000 Feb; 163: 589-91

3779    Sheldon, C., Cormier, M., Crone, K., and Wacksman, J. Occult neurovesical dysfunction in children with imperforate anus and its variants. J Pediatr Surg. 1991 Jan; 26: 49-54

44781   Sheldon, C., Cormier, M., Crone, K., Wacksman, J. Occult neurovesical dysfunction in children with imperforate anus and its variants. J Pediatr Surg. 1991 Jan; 26: 49-54

44345   Shen, W. C., Lee, S. K., Ho, Y. J., Lee, K. R. Myelography, CT and MRI in leukaemic infiltration of the lumbar theca. Neuroradiology. 1993; 35: 516-7

43905   Shepherd, J. H., Crawford, R. A. Reconstructive procedures in benign and malignant gynecological surgery. Curr Opin Obstet Gynecol. 1994 Jun; 6: 206-9

**American Urological Association, Inc.**

**SUI Guidelines Panel**

40582   Sherburn, M., Guthrie, J. R., Dudley, E. C., O'Connell, H. E., Dennerstein, L. Is incontinence associated with menopause?. Obstet Gynecol. 2001 Oct; 98: 628-33

44213   Sherer, D. M., Abramowicz, J. S., Perillo, A. M., Woods, J. R.,  Jr Post cesarean delivery atonic bladder with overflow incontinence appearing sonographically as a large retrovesical hypoechoic mass. J Ultrasound Med. 1993 Jun; 12: 365-7

3058   Sherer, D.M., Abramowicz, J.S., Perillo, A.M., and Woods, J.R., Jr. Post cesarean delivery atonic bladder with overflow incontinence appearing sonographically as a large retrovesical hypoechoic mass. J Ultrasound Med. 1993 Jun; 12: 365-367

42439   Sheriff, M. K., Foley, S., McFarlane, J., Nauth-Misir, R., Craggs, M., Shah, P. J. Long-term suprapubic catheterisation: clinical outcome and satisfaction survey. Spinal Cord. 1998 Mar; 36: 171-6

11171   Sheriff, M. K., Foley, S., Mcfarlane, J., Nauth-Misir, R., Shah, P. J. Endoscopic correction of intractable stress incontinence with silicone micro-implants. Eur Urol. 1997; 32: 284-8

44116   Sherman, A. M. An introduction to urinary incontinence. Orthop Nurs. 1993 Nov-Dec; 12: 27-30

56360   Sherman, A. M., Shumaker, S. A., Kancler, C., Zheng, B., Reboussin, D. M., Legault, C., Herrington, D. M. Baseline health-related quality of life in postmenopausal women with coronary heart disease: the Estrogen Replacement and Atherosclerosis (ERA) trial. J Womens Health (Larchmt). 2003 May; 12: 351-62

11176   Sherman, R. A., Davis, G. D., Wong, M. F. Behavioral treatment of exercise-induced urinary incontinence among female soldiers. Mil Med. 1997 Oct; 162: 690-4

44076   Sherman, S., Umlauf, M. G. Urinary incontinence in community dwelling elders. Urol Nurs. 1993 Dec; 13: 120-7

42807   Shetty, S. D., Kirkemo, A. K. Bilateral bone anchor vaginal vault suspension: an initial report of a new technique. Tech Urol. 1997 Spring; 3: 1-5

41492   Sheu, J. J., Yuan, R. Y., Lu, J. J., Chung, C. L., Hsu, C. Y. Tuberculous meningitis in a Filipino maid. J Formos Med Assoc. 1999 Nov; 98: 783-6

43622   Shibata, T., Nonomura, K., Kakizaki, H., Murayama, M., Seki, T., Koyanagi, T. A case of unique communication between blind-ending ectopic ureter and ipsilateral hemi-hematocolpometra in uterus didelphys. J Urol. 1995 Apr; 153: 1208-10

55770   Shih, Y. C., Hartzema, A. G., Tolleson-Rinehart, S. Labor costs associated with incontinence in long-term care facilities. Urology. 2003 Sep; 62: 442-6

57850   Shimada, K., Matsumoto, F., Tohda, A., Harada, Y., Naitoh, Y. Surgical management of urinary incontinence in children with anatomical bladder-outlet anomalies. Int J Urol. 2002 Oct; 9: 561-6

41071   Shimanouchi, S., Kamei, T., Hayashi, M. Home care for the frail elderly based on urinary incontinence level. Public Health Nurs. 2000 Nov-Dec; 17: 468-73

30322   Shimizu, I., Ishii, D., Kawashima, K., Oka, M., Hosoki, K. Pharmacological effect of amezinium on urethra and bladder of rabbits. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 170-7

11119   Shimonovitz, S., Monga, A. K., Stanton, S. L. Does the menstrual cycle influence cystometry?. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 213-5; discussion 215-6

10691   Shinopulos, N. M., Dann, J. A., Smith, J. J.,  3rd Patient selection and education for use of the CapSure (Re/Stor) continence shield. Urol Nurs. 1999 Jun; 19: 135-40

10599   Shinopulos, N. M., Jacobson, J. Relationship between health promotion lifestyle profiles and patient outcomes of biofeedback therapy for urinary incontinence. Urol Nurs. 1999 Dec; 19: 249-53

44132   Shiohama, N., Shinomiya, S., Nagaoka, M. Clinical features of anterior bradyrhythmia. Clin Electroencephalogr. 1993 Oct; 24: 194-201

40471   Shobeiri, S. A., Chesson, R. R., Echols, K. T. Cystoscopic fistulography: a new technique for the diagnosis of vesicocervical fistula. Obstet Gynecol. 2001 Dec; 98: 1124-6

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

---

50880    Shobeiri, S. A., Echols, K. T., Franco, N. Sinus formation after insertion of a silicone-coated suburethral sling. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 356-7

11015    Shoemaker, E. S., Wilkinson, P. D. Teloscopy after bladder neck suspension. J Am Assoc Gynecol Laparosc. 1998 Aug; 5: 261-3

43671    Shortliffe, L. M. The management of urinary tract infections in children without urinary tract abnormalities. Urol Clin North Am. 1995 Feb; 22: 67-73

10332    Showalter, P. R., Zimmern, P. E., Roehrborn, C. G., Lemack, G. E. Standing cystourethrogram: an outcome measure after anti-incontinence procedures and cystocele repair in women. Urology. 2001 Jul; 58: 33-7

57220    Shukla, A. R., Pow-Sang, J. M., Helal, M. A., Seigne, J., Ordorica, R., Lockhart, J. L. Urinary incontinence after continent urinary diversion using cecal wrap or plicated ileum: a patient questionnaire review. Urology. 2003 Feb; 61: 328-31

11960    Shull, B. L. Urologic surgical techniques. Curr Opin Obstet Gynecol. 1991 Aug; 3: 534-40

11647    Shumaker, S. A., Wyman, J. F., Uebersax, J. S., McClish, D., Fantl, J. A. Health-related quality of life measures for women with urinary incontinence: the Incontinence Impact Questionnaire and the Urogenital Distress Inventory. Continence Program in Women (CPW) Research Group. Qual Life Res. 1994 Oct; 3: 291-306

41604    Sibbald, B. Unique health needs of elderly women being ignored, symposium told. CMAJ. 1999 Nov 16; 161: 1309-10

45068    Sidi, A. A., Becher, E. F., Reddy, P. K., Dykstra, D. D. Augmentation enterocystoplasty for the management of voiding dysfunction in spinal cord injury patients. J Urol. 1990 Jan; 143: 83-5

4227    Sidi, A.A., Becher, E.F., Reddy, P.K., and Dykstra, D.D. Augmentation enterocystoplasty for the management of voiding dysfunction in spinal cord injury patients. J Urol. 1990 Jan; 143: 83-85

41073    Siegel, S. W., Catanzaro, F., Dijkema, H. E., Elhilali, M. M., Fowler, C. J., Gajewski, J. B., Hassouna, M. M., Janknegt, R. A., Jonas, U., van Kerrebroeck, P. E., Lycklama, a., Nijeholt AA, Oleson, K. A., Schmidt, R. A. Long-term results of a multicenter study on sacral nerve stimulation for treatment of urinary urge incontinence, urgency-frequency, and retention. Urology. 2000 Dec 4; 56: 87-91

11132    Siegel, S. W., Richardson, D. A., Miller, K. L., Karram, M. M., Blackwood, N. B., Sand, P. K., Staskin, D. R., Tuttle, J. P. Pelvic floor electrical stimulation for the treatment of urge and mixed urinary incontinence in women. Urology. 1997 Dec; 50: 934-40

11237    Siegelman, E. S., Banner, M. P., Ramchandani, P., Schnall, M. D. Multicoil MR imaging of symptomatic female urethral and periurethral disease. Radiographics. 1997 Mar-Apr; 17: 349-65

10335    Sievert, K. D., Emre Bakircioglu, M., Tsai, T., Dahms, S. E., Nunes, L., Lue, T. F. The effect of simulated birth trauma and/or ovariectomy on rodent continence mechanism. Part I: functional and structural change. J Urol. 2001 Jul; 166: 311-7

3483    Silbert, P.L., Stewart-Wynne, E.G. Incontinence after stroke [letter]. Lancet. 1992 Feb 15; 339: 428

10746    Siltberg, H., Larsson, G., Hallen, B., Johansson, C., Ulmsten, U. Validation of cough-induced leak point pressure measurement in the evaluation of pharmacological treatment of stress incontinence. Neurourol Urodyn. 1999; 18: 591-602

10917    Siltberg, H., Larsson, G., Victor, A. Cough-induced leak-point pressure--a valid measure for assessing treatment in women with stress incontinence. Acta Obstet Gynecol Scand. 1998 Nov; 77: 1000-7

11263    Siltberg, H., Larsson, G., Victor, A. Frequency/volume chart: the basic tool for investigating urinary symptoms. Acta Obstet Gynecol Scand Suppl. 1997; 166: 24-7

11454    Siltberg, H., Larsson, G., Victor, A. Reproducibility of a new method to determine cough-induced leak-point pressure in women with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 13-9

11262    Siltberg, H., Victor, A., Larsson, G. Pad weighing tests: the best way to quantify urine loss in patients with incontinence. Acta Obstet Gynecol Scand Suppl. 1997; 166: 28-32

---

# American Urological Association, Inc.

**SUI Guidelines Panel**

| | |
|---|---|
| 40603 | Silva, C., Avelino, A., Souto-Moura, C., Cruz, F. A light- and electron-microscopic histopathological study of human bladder mucosa after intravesical resiniferatoxin application. BJU Int. 2001 Sep; 88: 355-60 |
| 40127 | Silva, C., Ribeiro, M. J., Cruz, F. The effect of intravesical resiniferatoxin in patients with idiopathic detrusor instability suggests that involuntary detrusor contractions are triggered by C-fiber input. J Urol. 2002 Aug; 168: 575-9 |
| 41169 | Silva, C., Rio, M. E., Cruz, F. Desensitization of bladder sensory fibers by intravesical resiniferatoxin, a capsaicin analog: long-term results for the treatment of detrusor hyperreflexia. Eur Urol. 2000 Oct; 38: 444-52 |
| 41154 | Silverblatt, F. J., Tibert, C., Mikolich, D., Blazek-D'Arezzo, J., Alves, J., Tack, M., Agatiello, P. Preventing the spread of vancomycin-resistant enterococci in a long- term care facility. J Am Geriatr Soc. 2000 Oct; 48: 1211-5 |
| 42856 | Silveri, M., Capitanucci, M. L., Capozza, N., Mosiello, G., Silvano, A., Gennaro, M. D. Occult spinal dysraphism: neurogenic voiding dysfunction and long-term urologic follow-up. Pediatr Surg Int. 1997 Feb; 12: 148-50 |
| 42093 | Silveri, M., Capitanucci, M. L., Mosiello, G., Broggi, G., De Gennaro, M. Endoscopic treatment for urinary incontinence in children with a congenital neuropathic bladder. Br J Urol. 1998 Nov; 82: 694-7 |
| 42707 | Silverman, M., McDowell, B. J., Musa, D., Rodriguez, E., Martin, D. To treat or not to treat: issues in decisions not to treat older persons with cognitive impairment, depression, and incontinence. J Am Geriatr Soc. 1997 Sep; 45: 1094-101 |
| 31585 | Silverman, M., Musa, D., Martin, D. C., Lave, J. R., Adams, J., Ricci, E. M. Evaluation of outpatient geriatric assessment: a randomized multi-site trial. J Am Geriatr Soc. 1995 Jul; 43: 733-40 |
| 11017 | Silvis, R., Gooszen, H. G., Kahraman, T., Groenendijk, A. G., Lock, M. T., Italiaander, M. V., Janssen, L. W. Novel approach to combined defaecation and micturition disorders with rectovaginovesicopexy. Br J Surg. 1998 Jun; 85: 813-7 |
| 43090 | Simeoni, J., Guys, J. M., Mollard, P., Buzelin, J. M., Moscovici, J., Bondonny, J. M., Melin, Y., Lortat-Jacob, S., Aubert, D., Costa, F., Galifer, B., Debeugny, P. Artificial urinary sphincter implantation for neurogenic bladder: a multi-institutional study in 107 children. Br J Urol. 1996 Aug; 78: 287-93 |
| 12019 | Simeonova, Z., Bengtsson, C. Prevalence of urinary incontinence among women at a Swedish primary health care centre. Scand J Prim Health Care. 1990 Dec; 8: 203-6 |
| 10821 | Simeonova, Z., Milsom, I., Kullendorff, A. M., Molander, U., Bengtsson, C. The prevalence of urinary incontinence and its influence on the quality of life in women from an urban Swedish population. Acta Obstet Gynecol Scand. 1999 Jul; 78: 546-51 |
| 40055 | Simeonsson, R. J., McMillen, J. S., Huntington, G. S. Secondary conditions in children with disabilities: spina bifida as a case example. Ment Retard Dev Disabil Res Rev. 2002; 8: 198-205 |
| 44577 | Simforoosh, N., Norbala, M. H., Danesh, A., Bassiri, A. Proper use of gastrointestinal tract to achieve continent urinary diversion in 73 patients. J Urol (Paris). 1992; 98: 206-9 |
| 3110 | Simforoosh, N., Norbala, M.H., Danesh, A., and Bassiri, A. Proper use of gastrointestinal tract to achieve continent urinary diversion in 73 patients. J-Urol (Paris). 1992; 98: 206-209 |
| 59286 | Simmons, R. Conservative and surgical approaches to the treatment of overactive bladder. Prof Nurse. 2005 Feb; 20: 31-3 |
| 40587 | Simon, H. B. On call. My wife's problem with urinary leakage has improved with Kegel exercises. I've had dribbling since my TURP operation last month. Can these exercises help me, too?. Harv Mens Health Watch. 2001 Sep; 6: 8 |
| 44879 | Simon, J. K. Cones are not a substitute for specialist physiotherapy. Prof Nurse. 1990 Aug; 5: 585 |
| 3946 | Simon, J.K. Cones are not a substitute for specialist physiotherapy [letter]. Prof Nurse. 1990 Aug; 5: 585 |
| 10468 | Simons, A. M., Dowell, C. J., Bryant, C. M., Prashar, S., Moore, K. H. Use of the Dowell Bryant Incontinence Cost Index as a post-treatment outcome measure after non-surgical therapy. Neurourol Urodyn. 2001; 20: 85-93 |
| 40899 | Simons, A. M., Yoong, W. C., Buckland, S., Moore, K. H. Inadequate repeatability of the one-hour pad test: the need for a new incontinence outcome measure. BJOG. 2001 Mar; 108: 315-9 |

Appendix A5 Bibliography sorted by Primary Author

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

**44143** Simor, A. E., Yake, S. L., Tsimidis, K. Infection due to Clostridium difficile among elderly residents of a long-term-care facility. Clin Infect Dis. 1993 Oct; 17: 672-8

**10140** Simpson, L. Stress incontinence in younger women: prevention and treatment. Nurs Stand. 2000 May 24-30; 14: 49-54; quiz 56, 58

**40175** Singer, M. A., Cintron, J. R., Fleshman, J. W., Chaudhry, V., Birnbaum, E. H., Read, T. E., Spitz, J. S., Abcarian, H. Early experience with stapled hemorrhoidectomy in the United States. Dis Colon Rectum. 2002 Mar; 45: 360-7; discussion 367-9

**43263** Singh, G., Thomas, D. G. Artificial urinary sphincter in patients with neurogenic bladder dysfunction. Br J Urol. 1996 Feb; 77: 252-5

**43721** Singh, G., Thomas, D. G. Enterocystoplasty in the neuropathic bladder. Neurourol Urodyn. 1995; 14: 5-10

**43499** Singh, G., Thomas, D. G. Intermittent catheterization following enterocystoplasty. Br J Urol. 1995 Aug; 76: 175-8

**40455** Singh, I., Nabi, G., Kumar, R., Hemal, A. K. Endourologic management of obstetrical ureterouterine fistula: case report and review of literature. J Endourol. 2001 Dec; 15: 985-8

**50670** Singh, M., Bushman, W., Clemens, J. Q. Do pad tests and voiding diaries affect patient willingness to participate in studies of incontinence treatment outcomes?. J Urol. 2004 Jan; 171: 316-8; discussion 318-9

**10684** Singla, A. K. The use of cadaveric fascia lata in the treatment of stress urinary incontinence in women. BJU Int. 2000 Feb; 85: 264-9

**44112** Siproudhis, L., Dautreme, S., Ropert, A., Bretagne, J. F., Heresbach, D., Raoul, J. L., Gosselin, M. Dyschezia and rectocele--a marriage of convenience? Physiologic evaluation of the rectocele in a group of 52 women complaining of difficulty in evacuation. Dis Colon Rectum. 1993 Nov; 36: 1030-6

**10145** Siracusano, S., Bertolotto, M., Silvestre, G., d'Aloia, G., Pecorari, V., Stener, S., Quaia, E., Baschiera, P., Knez, R. The feasibility of urethral color ultrasound imaging in the diagnosis of female intrinsic sphincter deficiency: preliminary results. Spinal Cord. 2002 Apr; 40: 192-5

**52940** Siracusano, S., Pregazzi, R., d'Aloia, G., Sartore, A., Di Benedetto, P., Pecorari, V., Guaschino, S., Pappagallo, G., Belgrano, E. Prevalence of urinary incontinence in young and middle-aged women in an Italian urban area. Eur J Obstet Gynecol Reprod Biol. 2003 Apr 25; 107: 201-4

**41434** Siracusano, S., Trombetta, C., Liguori, G., De Giorgi, G., d'Aloia, G., Di Benedetto, P., Belgrano, E. Laparoscopic bladder auto-augmentation in an incomplete traumatic spinal cord injury. Spinal Cord. 2000 Jan; 38: 59-61

**10095** Sirls, L. T., Foote, J. E., Kaufman, J. M., Lightner, D. J., Miller, J. L., Moseley, W. G., Nygaard, I. E., Steidle, C. P. Long-term results of the FemSoft urethral insert for the management of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 88-95; discussion 95

**11501** Sirls, L. T., Keoleian, C. M., Korman, H. J., Kirkemo, A. K. The effect of study methodology on reported success rates of the modified Pereyra bladder neck suspension. J Urol. 1995 Nov; 154: 1732-5

**41687** Sirls, L. T., Rashid, T. Geriatric urinary incontinence. Geriatr Nephrol Urol. 1999; 9: 87-99

**30670** Siskin, G. P., Stainken, B. F., Dowling, K., Meo, P., Ahn, J., Dolen, E. G. Outpatient uterine artery embolization for symptomatic uterine fibroids: experience in 49 patients. J Vasc Interv Radiol. 2000 Mar; 11: 305-11

**3938** Sislow, J.G., Mayo, M.E. Reduction in human bladder wall compliance following decentralization. J Urol. 1990 Oct; 144: 945-947

**44294** Sit, K. H. Urinary incontinence caused by prazosin. Singapore Med J. 1993 Feb; 34: 91

**51040** Siu, L. S., Chang, A. M., Yip, S. K., Chang, A. M. Compliance with a pelvic muscle exercise program as a causal predictor of urinary stress incontinence amongst Chinese women. Neurourol Urodyn. 2003; 22: 659-63

**44688** Skehan, M. C., Sutherst, J. R. Re: Biofeedback therapy for female incontinence due to low urethral resistance. J Urol. 1991 Jun; 145: 1278

---

# Appendix A5: Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

---

**3694**  Skehan, M.C., Sutherst, J.R. Re: Biofeedback therapy for female incontinence due to low urethral resistance [letter; comment]. J Urol. 1991 Jun; 145: 1278

**40389**  Skeil, D., Thorpe, A. C. Transcutaneous electrical nerve stimulation in the treatment of neurological patients with urinary symptoms. BJU Int. 2001 Dec; 88: 899-908

**41105**  Skelly, J., Boblin-Cummings, S. Promoting seniors' health--confronting the issue of incontinence. Can J Nurs Leadersh. 1999 Sep-Oct; 12: 13-7

**43642**  Skelly, J., Flint, A. J. Urinary incontinence associated with dementia. J Am Geriatr Soc. 1995 Mar; 43: 286-94

**41839**  Skelton, N. Meeting the challenge. Nurs Times. 1999 May 5-11; 95: 82

**53090**  Skinner, M. H., Kuan, H. Y., Pan, A., Sathirakul, K., Knadler, M. P., Gonzales, C. R., Yeo, K. P., Reddy, S., Lim, M., Ayan-Oshodi, M., Wise, S. D. Duloxetine is both an inhibitor and a substrate of cytochrome P4502D6 in healthy volunteers. Clin Pharmacol Ther. 2003 Mar; 73: 170-7

**54860**  Skinner, M. H., Kuan, H. Y., Skerjanec, A., Seger, M. E., Heathman, M., O'Brien, L., Reddy, S., Knadler, M. P. Effect of age on the pharmacokinetics of duloxetine in women. Br J Clin Pharmacol. 2004 Jan; 57: 54-61

**57740**  Skobejko-Wlodarska, L. Treatment of neuropathic urinary and faecal incontinence. Eur J Pediatr Surg. 2002 Oct; 12: 318-21

**43782**  Skoner, M. M. Self-management of urinary incontinence among women 31 to 50 years of age. Rehabil Nurs. 1994 Nov-Dec; 19: 339-43, 347

**44115**  Skoner, M. M., Haylor, M. J. Managing incontinence: women's normalizing strategies. Health Care Women Int. 1993 Nov-Dec; 14: 549-60

**11659**  Skoner, M. M., Thompson, W. D., Caron, V. A. Factors associated with risk of stress urinary incontinence in women. Nurs Res. 1994 Sep-Oct; 43: 301-6

**10150**  Skorupski, P., Rechberger, T., Postawski, K., Woessner, J. F., Jr., Jakowicki, J. A. Is diminished pubocervical fascia collagen content a risk factor for failure of surgical management of genuine stress urinary incontinence in women?. Eur J Obstet Gynecol Reprod Biol. 2002 May 10; 102: 195-8

**40357**  Sloane, K. Continence promotion during pregnancy. Aust Nurs J. 2000 Aug; 8: 32

**41927**  Sloane, P. D., Davidson, S., Knight, N., Tangen, C., Mitchell, C. M. Severe disruptive vocalizers. J Am Geriatr Soc. 1999 Apr; 47: 439-45

**10426**  Slors, F. J., van Zuijlen, P. P., van Dijk, G. J. Sexual and bladder dysfunction after total mesorectal excision for benign diseases. Scand J Gastroenterol Suppl. 2000; : 48-51

**41398**  Sloss, E. M., Solomon, D. H., Shekelle, P. G., Young, R. T., Saliba, D., MacLean, C. H., Rubenstein, L. Z., Schnelle, J. F., Kamberg, C. J., Wenger, N. S. Selecting target conditions for quality of care improvement in vulnerable older adults. J Am Geriatr Soc. 2000 Apr; 48: 363-9

**3451**  Small, E. Animal illness and human emotion. Loathsome and disfiguring conditions. Probl Vet Med. 1991 Mar; 3: 73-82

**4035**  Small, K.A., Wynne, J.M. Evaluating the pelvic floor in obstetric patients. Aust N Z J Obstet Gynaecol. 1990 Feb; 30: 41-4,45

**11956**  Smart, R. F. Polytef paste for urinary incontinence. Aust N Z J Surg. 1991 Sep; 61: 663-6

**59202**  Smith, A. L., Moy, M. L. Modern management of women with stress urinary incontinence. Ostomy Wound Manage. 2004 Dec; 50: 32-9; quiz 40-1

**11480**  Smith, A. R. Laparoscopic and needle colposuspension. Baillieres Clin Obstet Gynaecol. 1995 Dec; 9: 757-67

**11512**  Smith, A. R. Laparoscopic surgery for incontinence and genitourinary prolapse. Curr Opin Obstet Gynecol. 1995 Oct; 7: 397-9

**11671**  Smith, A. R. Role of connective tissue and muscle in pelvic floor dysfunction. Curr Opin Obstet Gynecol. 1994 Aug; 6: 317-9

---

 © 2008 American Urological Association, Inc.  All rights reserved.  Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

**56660**   Smith, A. R., Higgs, P. J. Evidence-based practice in urogynaecology. Hosp Med. 2003 Apr; 64: 223-9

**11047**   Smith, A. R., Stanton, S. L. Laparoscopic colposuspension. Br J Obstet Gynaecol. 1998 Apr; 105: 383-4

**43067**   Smith, A. Y., Borden, T. Excisional plication of the ileocecal valve: a useful adjunct for the construction of continent urinary diversions. J Urol. 1996 Sep; 156: 1118-9

**10052**   Smith, C. P., O'Leary, M., Erickson, J., Somogyi, G. T., Chancellor, M. B. Botulinum toxin urethral sphincter injection resolves urinary retention after pubovaginal sling operation. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 185-6

**43822**   Smith, D. A. Devices for continence. Nurse Pract Forum. 1994 Sep; 5: 186-9

**43841**   Smith, D. A., Newman, D. K. Basic elements of biofeedback therapy for pelvic muscle rehabilitation. Urol Nurs. 1994 Sep; 14: 130-5

**41497**   Smith, D. B. Urinary continence issues in oncology. Clin J Oncol Nurs. 1999 Oct; 3: 161-7

**10590**   Smith, D. B., Boileau, M. A., Buan, L. D. A self-directed home biofeedback system for women with symptoms of stress, urge, and mixed incontinence. J Wound Ostomy Continence Nurs. 2000 Jul; 27: 240-6

**42818**   Smith, D. N., Appell, R. A., Winters, J. C., Rackley, R. R. Collagen injection therapy for female intrinsic sphincteric deficiency. J Urol. 1997 Apr; 157: 1275-8

**42873**   Smith, E. A., Woodard, J. R., Broecker, B. H., Gosalbez, R.,  Jr, Ricketts, R. R. Current urologic management of cloacal exstrophy: experience with 11 patients. J Pediatr Surg. 1997 Feb; 32: 256-61; discussion 261-2

**11475**   Smith, J. J.,  3rd Intravaginal stimulation randomized trial. J Urol. 1996 Jan; 155: 127-30

**3979**   Smith, K.A. Bowel and bladder management of the child with myelomeningocele in the school setting. J Pediatr Health Care. 1990 Jul-Aug; 4: 175-180

**41407**   Smith, L., Smith, P., Lee, S. K. Behavioural treatment of urinary incontinence and encopresis in children with learning disabilities: transfer of stimulus control. Dev Med Child Neurol. 2000 Apr; 42: 276-9

**10025**   Smith, M. Stress factor. Nurs Stand. 2001 Mar 28-Apr 3; 15: 26

**4159**   Smith, M.D., Bohlman, H.H. Spondylolisthesis treated by a single-stage operation combining decompression with in situ posterolateral and anterior fusion. An analysis of eleven patients who had long-term follow-up. J-Bone-Joint-Surg [Am]. 1990 Mar; 72: 415-421

**11871**   Smith, N. Application of urodynamics to incontinence. Br J Hosp Med. 1992 Sep 16-Oct 6; 48: 289-90

**3244**   Smith, N. Application of urodynamics to incontinence [editorial]. Br J Hosp Med. 1992 Sep 16-Oct 6; 48: 289-290

**3023**   Smith, P. Estrogens and the urogenital tract. Studies on steroid hormone receptors and a clinical study on a new estradiol-releasing vaginal ring. Acta Obstet Gynecol Scand Suppl. 1993; 157: 1-26

**3003**   Smith, P., Heimer, G., Norgren, A., and Ulmsten, U. Localization of steroid hormone receptors in the pelvic muscles. Eur J Obstet Gynecol Reprod Biol. 1993 Jun; 50: 83-85

**44220**   Smith, P., Heimer, G., Norgren, A., Ulmsten, U. Localization of steroid hormone receptors in the pelvic muscles. Eur J Obstet Gynecol Reprod Biol. 1993 Jun; 50: 83-5

**43941**   Smith, R. D. Magnetic resonance imaging in the identification of an otherwise undetectable upper pole moiety. Br J Urol. 1994 Apr; 73: 470

**11127**   Smith, R. N., Cardozo, L. Early voiding difficulty after colposuspension. Br J Urol. 1997 Dec; 80: 911-4

**43460**   Smith, W. Initiative to advise shoppers on continence. Nurs Times. 1995 Sep 13-19; 91: 11-2

**42713**   Snodgrass, W. A simplified Kropp procedure for incontinence. J Urol. 1997 Sep; 158: 1049-52

**12020**   Snooks, S. J., Swash, M., Mathers, S. E., Henry, M. M. Effect of vaginal delivery on the pelvic floor: a 5-year follow-up. Br J Surg. 1990 Dec; 77: 1358-60

**American Urological Association, Inc.**

**SUI Guidelines Panel**

Master Bibliography

sorted by Primary Author and Title

| | |
|---|---|
| 3832 | Snooks, S.J., Swash, M., Mathers, S.E., and Henry, M.M. Effect of vaginal delivery on the pelvic floor: a 5-year follow-up. Br J Surg. 1990 Dec; 77: 1358-1360 |
| 4000 | Snyder, H.M., 3d. Evolving themes in the continent reconstruction of the lower urinary tract. Postgrad Med J. 1990; 66 Suppl 1: S54-S61 |
| 3750 | Snyder, J.A., Lipsitz, D.U. Evaluation of female urinary incontinence. Urol Clin North Am. 1991 May; 18: 197-209 |
| 42351 | Snyder, M., Pearson, V., Hanscom, J., Hoyman, K., Hagans, E., Lee, H., Liao, W., Ryden, M. Barriers to progress in urinary incontinence: achieving quality assessments. Geriatr Nurs. 1998 Mar-Apr; 19: 77-80 |
| 59224 | Soderberg, M. W., Falconer, C., Bystrom, B., Malmstrom, A., Ekman, G. Young women with genital prolapse have a low collagen concentration. Acta Obstet Gynecol Scand. 2004 Dec; 83: 1193-8 |
| 10263 | Soergel, T. M., Shott, S., Heit, M. Poor surgical outcomes after fascia lata allograft slings. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 247-53 |
| 3204 | Sole-Balcells, F., Villavicencio, H., and Ortiz, A. Postsurgical management of the patient undergoing radical prostatectomy. Br J Urol. 1992 Nov; 70 Suppl 1: 43-49 |
| 10908 | Soler, D., Borzyskowski, M. Lower urinary tract dysfunction in children with central nervous system tumours. Arch Dis Child. 1998 Oct; 79: 344-7 |
| 55370 | Soligo, M., Salvatore, S., Milani, R., Lalia, M., Malberti, S., Digesu, G. A., Mariani, S. Double incontinence in urogynecologic practice: a new insight. Am J Obstet Gynecol. 2003 Aug; 189: 438-43 |
| 12055 | Sommer, P., Bauer, T., Nielsen, K. K., Kristensen, E. S., Hermann, G. G., Steven, K., Nordling, J. Voiding patterns and prevalence of incontinence in women. A questionnaire survey. Br J Urol. 1990 Jul; 66: 12-5 |
| 3950 | Sommer, P., Bauer, T., Nielsen, K.K., Kristensen, E.S., Hermann, G.G., Steven, K., and Nordling, J. Voiding patterns and prevalence of incontinence in women. A questionnaire survey. Br J Urol. 1990 Jul; 66: 12-15 |
| 40561 | Sommerfeld, D. K., von Arbin, M. H. Disability test 10 days after acute stroke to predict early discharge home in patients 65 years and older. Clin Rehabil. 2001 Oct; 15: 528-34 |
| 11554 | Song, J. T., Rozanski, T. A., Belville, W. D. Stress leak point pressure: a simple and reproducible method utilizing a fiberoptic microtransducer. Urology. 1995 Jul; 46: 81-4 |
| 54530 | Soon, P. S., Lynch, W., Schwartz, P. Breast cancer presenting initially with urinary incontinence: a case of bladder metastasis from breast cancer. Breast. 2004 Feb; 13: 69-71 |
| 40111 | Soroka, D., Drutz, H. P., Glazener, C. M., Hay-Smith, E. J., Ross, S. Perineal pad test in evaluating outcome of treatments for female incontinence: a systematic review. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 165-75 |
| 10312 | Soulie, M., Cuvillier, X., Benaissa, A., Mouly, P., Larroque, J. M., Bernstein, J., Soulie, R., Tollon, C., Brucher, P., Vazzoler, N., Seguin, P., Pontonnier, F., Plante, P. The tension-free transvaginal tape procedure in the treatment of female urinary stress incontinence: a French prospective multicentre study. Eur Urol. 2001 Jun; 39: 709-14; discussion 715 |
| 40090 | Soulie, M., Seguin, P., Martel, P., Vazzoler, N., Mouly, P., Plante, P. A modified intussuscepted nipple in the Kock pouch urinary diversion: assessment of perioperative complications and functional results. BJU Int. 2002 Sep; 90: 397-402 |
| 3898 | Sourander, L.B. Treatment of urinary incontinence: the place of drugs. Gerontology. 1990; 36 Suppl 2: 19-26 |
| 10452 | Sousa-Escandon, A. 'Sandwich technique' for suburethral placement of Mersilene mesh sling during pubovaginal suspension surgery: preliminary results. Urology. 2001 Jan; 57: 49-54 |
| 51170 | Sousa-Escandon, A., Lema Grille, J., Rodriguez Gomez, J. I., Rios Tallon, L., Uribarri Gonzalez, C., Marques-Queimadelos, A. Externally readjustable device to regulate sling tension in stress urinary incontinence: preliminary results. J Endourol. 2003 Sep; 17: 515-21 |
| 4113 | Southern, D., Henderson, P. Setting standards. Tackling incontinence. Nurs Times. 1990 Mar 7-13; 86: 36-38 |
| 10610 | Soygur, T., Safak, M., Yesilli, C., Arikan, N., Gogus, O. Extraperitoneal laparoscopic bladder neck suspension using hernia mesh and tacker. Urology. 2000 Jul; 56: 121-4 |

**Appendix A5 Bibliography sorted by Primary Author** Case 2:16-cv-05490 Document 31-5 Filed 05/25/18 Page 368 of 800 PageID #: 146443

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

| | |
|---|---|
| 54480 | Spain, C. V., Scarlett, J. M., Houpt, K. A. Long-term risks and benefits of early-age gonadectomy in dogs. J Am Vet Med Assoc. 2004 Feb 1; 224: 380-7 |
| 40208 | Specht, J. K., Lyons, S. S., Maas, M. L. Patterns and treatments of Urinary incontinence on special care units. J Gerontol Nurs. 2002 May; 28: 13-21 |
| 43911 | Spector, W. D. Correlates of pressure sores in nursing homes: evidence from the National Medical Expenditure Survey. J Invest Dermatol. 1994 Jun; 102: 42S-45S |
| 41152 | Speights, S. E., Moore, R. D., Miklos, J. R. Frequency of lower urinary tract injury at laparoscopic burch and paravaginal repair. J Am Assoc Gynecol Laparosc. 2000 Nov; 7: 515-8 |
| 40498 | Spellacy, E. Urinary incontinence in pregnancy and the puerperium. J Obstet Gynecol Neonatal Nurs. 2001 Nov-Dec; 30: 634-41 |
| 11711 | Spence-Jones, C., Kamm, M. A., Henry, M. M., Hudson, C. N. Bowel dysfunction: a pathogenic factor in uterovaginal prolapse and urinary stress incontinence. Br J Obstet Gynaecol. 1994 Feb; 101: 147-52 |
| 50580 | Spiess, P. E., Rabah, D., Herrera, C., Singh, G., Moore, R., Corcos, J. The tensile properties of tension-free vaginal tape and cadaveric fascia lata in an in vivo rat model. BJU Int. 2004 Jan; 93: 171-3 |
| 40713 | Spinelli, M., Bertapelle, P., Cappellano, F., Zanollo, A., Carone, R., Catanzaro, F., Giardiello, G., De Seta, F. Chronic sacral neuromodulation in patients with lower urinary tract symptoms: results from a national register. J Urol. 2001 Aug; 166: 541-5 |
| 55330 | Spinelli, M., Giardiello, G., Gerber, M., Arduini, A., van den Hombergh, U., Malaguti, S. New sacral neuromodulation lead for percutaneous implantation using local anesthesia: description and first experience. J Urol. 2003 Nov; 170: 1905-7 |
| 40943 | Sponseller, P. D., Jani, M. M., Jeffs, R. D., Gearhart, J. P. Anterior innominate osteotomy in repair of bladder exstrophy. J Bone Joint Surg Am. 2001 Feb; 83-A: 184-93 |
| 3669 | Sponseller, P.D., Gearhart, J.P., and Jeffs, R.D. Anterior innominate osteotomies for failure or late closure of bladder exstrophy. J Urol. 1991 Jul; 146: 137-140 |
| 43856 | Springer, J. P., Kropp, B. P., Thor, K. B. Facilitatory and inhibitory effects of selective norepinephrine reuptake inhibitors on hypogastric nerve-evoked urethral contractions in the cat: a prominent role of urethral beta-adrenergic receptors. J Urol. 1994 Aug; 152: 515-9 |
| 55100 | Spruijt, J., Vierhout, M., Verstraeten, R., Janssens, J., Burger, C. Vaginal electrical stimulation of the pelvic floor: a randomized feasibility study in urinary incontinent elderly women. Acta Obstet Gynecol Scand. 2003 Nov; 82: 1043-8 |
| 44387 | Squire, K. R., Adams, S. B. Bilateral ureterocystostomy in a 450-kg horse with ectopic ureters. J Am Vet Med Assoc. 1992 Oct 15; 201: 1213-5 |
| 11777 | Srinivasan, V., Blackford, H. N. Genuine stress incontinence induced by prazosin. Br J Urol. 1993 Oct; 72: 510 |
| 57880 | St John, W., James, H., McKenzie, S. 'Oh, that's a bit of a nuisance': community-dwelling clients ' perspectives of urinary continence health service provision. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 312-9 |
| 51640 | Stach-Lempinen, B., Hakala, A. L., Laippala, P., Lehtinen, K., Metsanoja, R., Kujansuu, E. Severe depression determines quality of life in urinary incontinent women. Neurourol Urodyn. 2003; 22: 563-8 |
| 59017 | Stach-Lempinen, B., Sintonen, H., Kujansuu, E. The relationship between clinical parameters and health-related quality of life as measured by the 15D in incontinent women before and after treatment. Acta Obstet Gynecol Scand. 2004 Oct; 83: 983-8 |
| 11251 | Stamey, T. A. Re: Editorial comment: should Stamey colposuspension be our primary surgery for stress incontinence?. J Urol. 1997 Feb; 157: 627-8 |
| 41361 | Stamm, W. E., Raz, R. Factors contributing to susceptibility of postmenopausal women to recurrent urinary tract infections. Clin Infect Dis. 1999 Apr; 28: 723-5 |
| 40804 | Stamp, G., Kruzins, G., Crowther, C. Perineal massage in labour and prevention of perineal trauma: randomised controlled trial. BMJ. 2001 May 26; 322: 1277-80 |

**Appendix A5 Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

| | |
|---|---|
| 3559 | Stanisic, T.H., Jennings, C.E., and Miller, J.I. Polytetrafluoroethylene injection for post-prostatectomy incontinence: experience with 20 patients during 3 years. J Urol. 1991 Dec; 146: 1575-1577 |
| 11638 | Stanley, K. E., Kreder, K. J., Winfield, H. N., Cohen, M. B. Laparoscopic approaches to the treatment of intrinsic urethral weakness (type III stress urinary incontinence). J Endourol. 1994 Dec; 8: 439-43 |
| 11739 | Stanley, K. E., Winfield, H. N., Donovan, J. F. Urologic laparoscopy. Surg Annu. 1994; 26: 67-88 |
| 43201 | Stanley, R. Treatment of continence in people with learning disabilities: 2. Br J Nurs. 1996 Apr 25-May 8; 5: 492-8 |
| 59263 | Stanton, A. L., Bernaards, C. A., Ganz, P. A. The BCPT symptom scales: a measure of physical symptoms for women diagnosed with or at risk for breast cancer. J Natl Cancer Inst. 2005 Mar 16; 97: 448-56 |
| 43503 | Stanton, S. L. An unusual cause of post-menopausal bleeding and incontinence of urine: primary lymphoma of the vagina. Br J Obstet Gynaecol. 1995 Aug; 102: 672-3 |
| 42158 | Stanton, S. L. Consensus report on pelvic floor weakness of the elderly female. World J Urol. 1998; 16 Suppl 1: S44-7 |
| 11972 | Stanton, S. L. Female stress incontinence. Treatment options and indications. Urologe A. 1991 Jul; 30: 239-43 |
| 11687 | Stanton, S. L. Indications and operative treatment of stress urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1994 May 31; 55: 45-6 |
| 11564 | Stanton, S. L. Indications and operative treatment of stress urinary incontinence. Acta Urol Belg. 1995 May; 63: 41-3 |
| 59193 | Stanton, S. L. Mid-urethral tapes: which? Review of available commercial mid-urethral tapes for the correction of stress incontinence. BJOG. 2004 Dec; 111 Suppl 1: 41-5 |
| 11426 | Stanton, S. L. Minimally invasive surgery: competent and continent?. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 305-6 |
| 12089 | Stanton, S. L. Suprapubic approaches for stress incontinence in women. J Am Geriat Soc. 1990 Mar; 38: 348-51 |
| 11151 | Stanton, S. L. Surgical treatment of sphincteric incontinence in women. World J Urol. 1997; 15: 275-9 |
| 11207 | Stanton, S. L. What is the right operation for stress incontinence? A gynaecological view. Br J Urol. 1997 Jul; 80 Suppl 1: 84-7 |
| 11244 | Stanton, S. L., Monga, A. K. Incontinence in elderly women: is periurethral collagen an advance?. Br J Obstet Gynaecol. 1997 Feb; 104: 154-7 |
| 3162 | Stanton, S.L. Cut and dry--urinary incontinence in the female. Trans Med Soc Lond. 1990-91; 107: 9-11 |
| 3905 | Stanton, S.L. Stress urinary incontinence. Ciba Found Symp. 1990; 151: 182-9;discussion189-94 |
| 4028 | Stanton, S.L. Surgical management of urethral sphincter incompetence. Clin Obstet Gynecol. 1990 Jun; 33: 346-357 |
| 44980 | Starer, P., Libow, L. Cystometric evaluation of bladder dysfunction in elderly diabetic patients. Arch Intern Med. 1990 Apr; 150: 810-3 |
| 4080 | Starer, P., Libow, L. Cystometric evaluation of bladder dysfunction in elderly diabetic patients [see comments]. Arch Intern Med. 1990 Apr; 150: 810-813 |
| 3348 | Starer, P., Libow, L.S. Medical care of the elderly in the nursing home. J Gen Intern Med. 1992 May-Jun; 7: 350-362 |
| 3679 | Starer, P., Libow, L.S. Persistence of detrusor hyperreflexia in a continent, institutionalized elderly patient with Parkinson's disease. N Y State J Med. 1991 Apr; 91: 166-167 |
| 40279 | Starr, C. H. Eroding the quality of life. Bus Health. 2002 Spring; Spec No: 8-10, 14, 23-4 |
| 40281 | Starr, C. H. Getting the word out. Bus Health. 2002 Spring; Spec No: 20-2, 24 |
| 40280 | Starr, C. H. The numbers lie. Bus Health. 2002 Spring; Spec No: 4-7, 23 |

**American Urological Association, Inc.**

SUI Guidelines Panel

**40282**   Starr, C. H. Treatment can lead to a long dry spell. Bus Health. 2002 Spring; Spec No: 15-9, 24

**11149**   Staskin, D. R., Choe, J. M., Breslin, D. S. The Gore-tex sling procedure for female sphincteric incontinence: indications, technique, and results. World J Urol. 1997; 15: 295-9

**57590**   Staskin, D. R., Dmochowski, R. R. Future studies of overactive bladder: the need for standardization. Urology. 2002 Nov; 60: 90-3

**59391**   Staskin, D. R., Harnett, M. D. Effect of trospium chloride on somnolence and sleepiness in patients with overactive bladder. Curr Urol Rep. 2004 Dec; 5: 423-6

**53920**   Staskin, D. R., Plzak, L. Synthetic slings: pros and cons. Curr Urol Rep. 2002 Oct; 3: 414-7

**11386**   Staskin, D., Bavendam, T., Miller, J., Davila, G. W., Diokno, A., Knapp, P., Rappaport, S., Sand, P., Sant, G., Tutrone, R. Effectiveness of a urinary control insert in the management of stress urinary incontinence: early results of a multicenter study. Urology. 1996 May; 47: 629-36

**3744**   Staskin, D.R. Hydroureteronephrosis after spinal cord injury. Effects of lower urinary tract dysfunction on upper tract anatomy. Urol Clin North Am. 1991 May; 18: 309-316

**3902**   Staskin, D.R., Wein, A.J., and Andersson, K.E. Urinary incontinence: classification and pharmacological therapy. Ciba Found Symp. 1990; 151: 289-306;discussion306-17

**40623**   Stec, A. A., Pannu, H. K., Tadros, Y. E., Sponseller, P. D., Fishman, E. K., Gearhart, J. P. Pelvic floor anatomy in classic bladder exstrophy using 3-dimensional computerized tomography: initial insights. J Urol. 2001 Oct; 166: 1444-9

**10667**   Steele, A. C., Kohli, N., Karram, M. M. Periurethral collagen injection for stress incontinence with and without urethral hypermobility. Obstet Gynecol. 2000 Mar; 95: 327-31

**41826**   Steele, A. C., Kohli, N., Mallipeddi, P., Karram, M. Pharmacologic causes of female incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 106-10

**40686**   Steele, A. C., Walsh, P., Bentley, M., Neff, J., Karram, M. A randomized, double-blind placebo-controlled trial of the effects of the 5-hydroxytryptamine(4) agonist cisapride on the female urinary bladder. Am J Obstet Gynecol. 2001 Jul; 185: 62-4

**3647**   Steele, W., Pomfret, I. Promoting continence at work. Occup-Health (Lond). 1991 Jul; 43: 213-214

**3633**   Steen, B. The importance of diagnostic procedures to ensure quality of health care in geriatric medicine. Examples from recent studies. Qual Assur Health Care. 1990; 2: 387-392

**59297**   Steers, W., Corcos, J., Foote, J., Kralidis, G. An investigation of dose titration with darifenacin, an M3-selective receptor antagonist. BJU Int. 2005 Mar; 95: 580-6

**3577**   Steidle, C.P., Kennedy, K.L. Achieving a state of urinary continence for residents of nursing facilities. Part II: Urodynamics and laboratory investigation. Ostomy Wound Manage. 1991 Sep-Oct; 36: 45-6,48-50

**3382**   Steidle, C.P., Kennedy, K.L. Achieving a state of urinary continence for residents of nursing facilities. Part III: Manufactured incontinence. Ostomy Wound Manage. 1992 Jan-Feb; 38: 36-38

**42730**   Stein, J. P., Grossfeld, G. D., Freeman, J. A., Esrig, D., Ginsberg, D. A., Cote, R. J., Skinner, E. C., Boyd, S. D., Lieskovsky, G., Skinner, D. G. Orthotopic lower urinary tract reconstruction in women using the Kock ileal neobladder: updated experience in 34 patients. J Urol. 1997 Aug; 158: 400-5

**11592**   Stein, M., Discippio, W., Davia, M., Taub, H. Biofeedback for the treatment of stress and urge incontinence. J Urol. 1995 Mar; 153: 641-3

**11967**   Stein, M., Weinberg, J. J. Polytetrafluoroethylene vs. polypropylene suture for endoscopic bladder neck suspension. Urology. 1991 Aug; 38: 119-22

**43479**   Stein, R., Fisch, M., Bauer, H., Friedberg, V., Hohenfellner, R. Operative reconstruction of the external and internal genitalia in female patients with bladder exstrophy or incontinent epispadias. J Urol. 1995 Sep; 154: 1002-7

**Appendix A5 Bibliography sorted by Primary Author**
Case 2:16-md-02740-JTM-MBN Document 851-5 Filed 09/25/17 Page 371 of 800 PageID #: 146446

American Urological Association, Inc.                    Master Bibliography

SUI Guidelines Panel                                    sorted by Primary Author and Title

**42838**   Stein, R., Fisch, M., Beetz, R., Matani, Y., Doi, Y., Hohenfellner, K., Burger, R. A., Abol-Enein, H., Hohenfellner, R. Urinary diversion in children and young adults using the Mainz Pouch I technique. Br J Urol. 1997 Mar; 79: 354-61

**41879**   Stein, R., Fisch, M., Black, P., Hohenfellner, R. Strategies for reconstruction after unsuccessful or unsatisfactory primary treatment of patients with bladder exstrophy or incontinent epispadias. J Urol. 1999 Jun; 161: 1934-41

**41547**   Stein, R., Fisch, M., Ermert, A., Schwarz, M., Black, P., Filipas, D., Hohenfellner, R. Urinary diversion and orthotopic bladder substitution in children and young adults with neurogenic bladder: a safe option for treatment?. J Urol. 2000 Feb; 163: 568-73

**42931**   Stein, R., Hohenfellner, K., Fisch, M., Stockle, M., Beetz, R., Hohenfellner, R. Management of bladder exstrophy and incontinent epispadias: 25 years of experience with urinary diversion. Arch Esp Urol. 1997 Jan-Feb; 50: 91-102; discussion 102-4

**42609**   Steiner, J. F., Kramer, A. M., Eilertsen, T. B., Kowalsky, J. C. Development and validation of a clinical prediction rule for prolonged nursing home residence after hip fracture. J Am Geriatr Soc. 1997 Dec; 45: 1510-4

**3044**   Steiner, M.S., Burnett, A.L., Brooks, J.D., Brendler, C.B., Stutzman, R.E., and Carter, H.B. Tubularized neourethra following radical retropubic prostatectomy. J Urol. 1993 Aug; 150: 407-9;discussion409-10

**3810**   Steiner, M.S., Morton, R.A., and Walsh, P.C. Impact of anatomical radical prostatectomy on urinary continence. J Urol. 1991 Mar; 145: 512-4;discussion514-5

**52380**   Stember, D. S., Scarpero, H. M., Nitti, V. W. Vaginal granulation tissue secondary to bone anchors: experience in two patients. J Urol. 2003 Jun; 169: 2300-1

**50930**   Stenberg, A. M., Larsson, G., Johnson, P. Urethral injection for stress urinary incontinence: long-term results with dextranomer/hyaluronic acid copolymer. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 335-8; discussion 338

**41537**   Stenberg, A., Heimer, G., Holmberg, L., Ulmsten, U. Prevalence of postmenopausal symptoms in two age groups of elderly women in relation to oestrogen replacement therapy. Maturitas. 1999 Dec 15; 33: 229-37

**43391**   Stenberg, A., Heimer, G., Ulmsten, U. The prevalence of urogenital symptoms in postmenopausal women. Maturitas. 1995 Dec; 22 Suppl: S17-S20

**11380**   Stenberg, A., Heimer, G., Ulmsten, U., Cnattingius, S. Prevalence of genitourinary and other climacteric symptoms in 61-year- old women. Maturitas. 1996 May; 24: 31-6

**10968**   Stenberg, A., Larsson, G., Heimer, G., Johnson, P., Ulmsten, U. Transurethral endoscopic treatment of urinary stress incontinence in women. Materials and results in former and present agents. Acta Obstet Gynecol Scand Suppl. 1998; 168: 44-6

**10835**   Stenberg, A., Larsson, G., Johnson, P., Heimer, G., Ulmsten, U. DiHA Dextran Copolymer, a new biocompatible material for endoscopic treatment of stress incontinent women. Short term results. Acta Obstet Gynecol Scand. 1999 May; 78: 436-42

**56220**   Sterbis, J. R., Lewis, V. L., Bushman, W. Urologic and plastic surgical collaboration for continent diversion when urine leakage is complicated by pressure ulcers or obesity. J Spinal Cord Med. 2003 Summer; 26: 124-8

**59365**   Stern, R. M., Vitellaro, K., Thomas, M., Higgins, S. C., Koch, K. L. Electrogastrographic biofeedback: a technique for enhancing normal gastric activity. Neurogastroenterol Motil. 2004 Dec; 16: 753-7

**43031**   Stevenson, K. R. Voiding dysfunction in women. Curr Opin Obstet Gynecol. 1996 Oct; 8: 343-6

**43688**   Stewart, C. I., McMurdo, M. E. Closing the loop in an audit of urinary incontinence. Scott Med J. 1995 Feb; 40: 21-2

**44553**   Stewart, D. A., Taylor, J., Ghosh, S., Macphee, G. J., Abdullah, I., McLenachan, J. M., Stott, D. J. Terodiline causes polymorphic ventricular tachycardia due to reduced heart rate and prolongation of QT interval. Eur J Clin Pharmacol. 1992; 42: 577-80

**3329**   Stewart, D.A., Taylor, J., Ghosh, S., Macphee, G.J., Abdullah, I., McLenachan, J.M., and Stott, D.J. Terodiline causes polymorphic ventricular tachycardia due to reduced heart rate and prolongation of QT interval. Eur J Clin Pharmacol. 1992; 42: 577-580

# Appendix A5   Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

| | |
|---|---|
| 56270 | Stewart, W. F., Van Rooyen, J. B., Cundiff, G. W., Abrams, P., Herzog, A. R., Corey, R., Hunt, T. L., Wein, A. J. Prevalence and burden of overactive bladder in the United States. World J Urol. 2003 May; 20: 327-36 |
| 44165 | Stickler, D. J., King, J. B., Winters, C., Morris, S. L. Blockage of urethral catheters by bacterial biofilms. J Infect. 1993 Sep; 27: 133-5 |
| 43783 | Stickler, D. J., Zimakoff, J. Complications of urinary tract infections associated with devices used for long-term bladder management. J Hosp Infect. 1994 Nov; 28: 177-94 |
| 55150 | Stikkelbroeck, N. M., Beerendonk, C. C., Willemsen, W. N., Schreuders-Bais, C. A., Feitz, W. F., Rieu, P. N., Hermus, A. R., Otten, B. J. The long term outcome of feminizing genital surgery for congenital adrenal hyperplasia: anatomical, functional and cosmetic outcomes, psychosexual development, and satisfaction in adult female patients. J Pediatr Adolesc Gynecol. 2003 Oct; 16: 289-96 |
| 4126 | Stockle, M., Becht, E., Voges, G., Riedmiller, H., and Hohenfellner, R. Ureterosigmoidostomy: an outdated approach to bladder exstrophy?. J Urol. 1990 Apr; 143: 770-4;discussion774-5 |
| 44986 | Stockle, M., Becht, E., Voges, G., Riedmiller, H., Hohenfellner, R. Ureterosigmoidostomy: an outdated approach to bladder exstrophy?. J Urol. 1990 Apr; 143: 770-4; discussion 774-5 |
| 40457 | Stocklin-Gautschi, N. M., Hassig, M., Reichler, I. M., Hubler, M., Arnold, S. The relationship of urinary incontinence to early spaying in bitches. J Reprod Fertil Suppl. 2001; 57: 233-6 |
| 40708 | Stoddart, H., Donovan, J., Whitley, E., Sharp, D., Harvey, I. Urinary incontinence in older people in the community: a neglected problem?. Br J Gen Pract. 2001 Jul; 51: 548-52 |
| 40937 | Stoker, J., Halligan, S., Bartram, C. I. Pelvic floor imaging. Radiology. 2001 Mar; 218: 621-41 |
| 52780 | Stoker, J., Rociu, E., Bosch, J. L., Messelink, E. J., van der Hulst, V. P., Groenendijk, A. G., Eijkemans, M. J., Lameris, J. S. High-resolution endovaginal MR imaging in stress urinary incontinence. Eur Radiol. 2003 Aug; 13: 2031-7 |
| 3743 | Stone, A.R. Treatment of voiding complaints and incontinence in painful bladder syndrome. Urol Clin North Am. 1991 May; 18: 317-325 |
| 11537 | Stothers, L., Chopra, A., Raz, S. Vaginal reconstructive surgery for female incontinence and anterior vaginal-wall prolapse. Urol Clin North Am. 1995 Aug; 22: 641-55 |
| 11076 | Stothers, L., Goldenberg, S. L. Delayed hypersensitivity and systemic arthralgia following transurethral collagen injection for stress urinary incontinence. J Urol. 1998 May; 159: 1507-9 |
| 11100 | Stothers, L., Goldenberg, S. L., Leone, E. F. Complications of periurethral collagen injection for stress urinary incontinence. J Urol. 1998 Mar; 159: 806-7 |
| 54990 | Stothers, L., Laher, I., Christ, G. T. A review of the L-arginine - nitric oxide - guanylate cyclase pathway as a mediator of lower urinary tract physiology and symptoms. Can J Urol. 2003 Oct; 10: 1971-80 |
| 59270 | Stothers, L., Thom, D., Calhoun, E. Urologic diseases in America project: urinary incontinence in males--demographics and economic burden. J Urol. 2005 Apr; 173: 1302-8 |
| 45087 | Stott, D. J., Dutton, M., Williams, B. O., MacDonald, J. Functional capacity and mental status of elderly people in long-term care in west Glasgow. Health Bull (Edinb). 1990 Jan; 48: 17-24 |
| 4104 | Stott, D. J., Dutton, M., Williams, B.O., and MacDonald, J. Functional capacity and mental status of elderly people in long-term care in west Glasgow. Health-Bull (Edinb). 1990 Jan; 48: 17-24 |
| 41717 | Strasser, H., Tiefenthaler, M., Steinlechner, M., Bartsch, G., Konwalinka, G. Urinary incontinence in the elderly and age-dependent apoptosis of rhabdosphincter cells. Lancet. 1999 Sep 11; 354: 918-9 |
| 10532 | Strasser, H., Tiefenthaler, M., Steinlechner, M., Eder, I., Bartsch, G., Konwalinka, G. Age dependent apoptosis and loss of rhabdosphincter cells. J Urol. 2000 Nov; 164: 1781-5 |
| 11583 | Stricker, P. D. Proper patient selection for Contigen Bard Collagen implant. Int J Urol. 1995 Apr; 2 Suppl 1: 2-6; discussion 16-8 |

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

**11830**  Stricker, P., Haylen, B. Injectable collagen for type 3 female stress incontinence: the first 50 Australian patients. Med J Aust. 1993 Jan 18; 158: 89-91

**31196**  Strinic, T., Eterovic, D., Dujic, Z., Markovic, V., Tocilj, J. Spirometric disorders in women with genital descensus. Acta Obstet Gynecol Scand. 1997 Oct; 76: 879-83

**43082**  Strohbehn, K. Managed care in reconstructive pelvic surgery and urogynecology. Curr Opin Obstet Gynecol. 1996 Aug; 8: 319-24

**42021**  Strohbehn, K. Normal pelvic floor anatomy. Obstet Gynecol Clin North Am. 1998 Dec; 25: 683-705

**42643**  Strohbehn, K. Urogynecology. Curr Opin Obstet Gynecol. 1997 Oct; 9: 307-8

**11310**  Strohbehn, K., Quint, L. E., Prince, M. R., Wojno, K. J., Delancey, J. O. Magnetic resonance imaging anatomy of the female urethra: a direct histologic comparison. Obstet Gynecol. 1996 Nov; 88: 750-6

**42330**  Stude, D. E., Bergmann, T. F., Finer, B. A. A conservative approach for a patient with traumatically induced urinary incontinence. J Manipulative Physiol Ther. 1998 Jun; 21: 363-7

**10787**  Su, T. H., Hsu, C. Y., Chen, J. C. Injection therapy for stress incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 200-6

**10722**  Su, T. H., Huang, J. P., Wang, Y. L., Yang, J. M., Wei, H. J., Huang, C. L. Is modified in situ vaginal wall sling operation the treatment of choice for recurrent genuine stress incontinence?. J Urol. 1999 Dec; 162: 2073-7

**11205**  Su, T. H., Wang, K. G., Hsu, C. Y., Wei, H. J., Hong, B. K. Prospective comparison of laparoscopic and traditional colposuspensions in the treatment of genuine stress incontinence. Acta Obstet Gynecol Scand. 1997 Jul; 76: 576-82

**11530**  Su, T. H., Yang, J. M., Chen, C. P., Wei, H. J., Hwu, Y. M., Yang, Y. C. Mini-catheter used for bladder drainage following stress-incontinence surgery and the factors relating to drainage failure. J Obstet Gynaecol. 1995 Aug; 21: 319-24

**12004**  Suarez, G. M., Baum, N. H., Jacobs, J. Use of standard contraceptive diaphragm in management of stress urinary incontinence. Urology. 1991 Feb; 37: 119-22

**3825**  Suarez, G.M., Baum, N.H., and Jacobs, J. Use of standard contraceptive diaphragm in management of stress urinary incontinence. Urology. 1991 Feb; 37: 119-122

**10572**  Subak, L. L., Caughey, A. B. Measuring cost-effectiveness of surgical procedures. Clin Obstet Gynecol. 2000 Sep; 43: 551-60

**40251**  Subak, L. L., Johnson, C., Whitcomb, E., Boban, D., Saxton, J., Brown, J. S. Does weight loss improve incontinence in moderately obese women?. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 40-3

**10078**  Subak, L. L., Quesenberry, C. P., Posner, S. F., Cattolica, E., Soghikian, K. The effect of behavioral therapy on urinary incontinence: a randomized controlled trial. Obstet Gynecol. 2002 Jul; 100: 72-8

**40580**  Subak, L. L., Waetjen, L. E., van den Eeden, S., Thom, D. H., Vittinghoff, E., Brown, J. S. Cost of pelvic organ prolapse surgery in the United States. Obstet Gynecol. 2001 Oct; 98: 646-51

**59073**  Subasi, M., Arslan, H., Necmioglu, S., Onen, A., Ozen, S., Kaya, M. Long-term outcomes of conservatively treated paediatric pelvic fractures. Injury. 2004 Aug; 35: 771-81

**43240**  Sueppel, C., Arthur, C., Van Why, K., Lepic, M., Foutain, K. A comprehensive screening program for urinary dysfunction in older adults. Urol Nurs. 1996 Mar; 16: 14-9

**53390**  Sugaya, K., Nishijima, S., Oda, M., Owan, T., Ashitomi, K., Miyazato, M., Morozumi, M., Hatano, T., Ogawa, Y. Transabdominal vesical sonography of urethral syndrome and stress incontinence. Int J Urol. 2003 Jan; 10: 36-42

**41588**  Sugaya, K., Nishizawa, O., Satoh, T., Hatano, T., Ogawa, Y. Bladder-pumping therapy for the treatment of low-capacity or low- compliance bladders. Neurourol Urodyn. 2000; 19: 19-28

**51830**  Sugaya, K., Owan, T., Hatano, T., Nishijima, S., Miyazato, M., Mukouyama, H., Shiroma, K., Soejima, K., Masaki, Z., Ogawa, Y. Device to promote pelvic floor muscle training for stress incontinence. Int J Urol. 2003 Aug; 10: 416-22

**American Urological Association, Inc.**

SUI Guidelines Panel

**40395**  Sugerman, H. J. Bariatric surgery for severe obesity. J Assoc Acad Minor Phys. 2001 Jul; 12: 129-36

**10252**  Sugerman, H. J. Effects of increased intra-abdominal pressure in severe obesity. Surg Clin North Am. 2001 Oct; 81: 1063-75, vi

**11519**  Sugerman, H. J., Felton, W. L., 3rd, Salvant, J. B., Jr, Sismanis, A., Kellum, J. M. Effects of surgically induced weight loss on idiopathic intracranial hypertension in morbid obesity. Neurology. 1995 Sep; 45: 1655-9

**10838**  Sugerman, H. J., Felton, W. L., 3rd, Sismanis, A., Kellum, J. M., DeMaria, E. J., Sugerman, E. L. Gastric surgery for pseudotumor cerebri associated with severe obesity. Ann Surg. 1999 May; 229: 634-40; discussion 640-2

**57400**  Sugerman, H. J., Sugerman, E. L., DeMaria, E. J., Kellum, J. M., Kennedy, C., Mowery, Y., Wolfe, L. G. Bariatric surgery for severely obese adolescents. J Gastrointest Surg. 2003 Jan; 7: 102-7; discussion 107-8

**40709**  Sugerman, H. J., Sugerman, E. L., Wolfe, L., Kellum, J. M., Jr, Schweitzer, M. A., DeMaria, E. J. Risks and benefits of gastric bypass in morbidly obese patients with severe venous stasis disease. Ann Surg. 2001 Jul; 234: 41-6

**56400**  Sugerman, H. J., Wolfe, L. G., Sica, D. A., Clore, J. N. Diabetes and hypertension in severe obesity and effects of gastric bypass-induced weight loss. Ann Surg. 2003 Jun; 237: 751-6; discussion 757-8

**11279**  Sugerman, H., Windsor, A., Bessos, M., Wolfe, L. Intra-abdominal pressure, sagittal abdominal diameter and obesity comorbidity. J Intern Med. 1997 Jan; 241: 71-9

**43761**  Sugiyama, T., Hashimoto, K., Kiwamoto, H., Ohnishi, N., Esa, A., Park, Y. C., Kurita, T. Urinary incontinence in senile dementia of the Alzheimer type (SDAT). Int J Urol. 1994 Dec; 1: 337-40

**40944**  Suguita, M., Giraio, M. J., Simoes, M. J., Sartori, M. G., Baracat, E. C., Rodrigues de Lima, G. R. A morphologic and morphometric study of the vesical mucosa and urethra of castrated female rats following estrogen and/or progestogen replacement. Clin Exp Obstet Gynecol. 2000; 27: 176-8

**44084**  Sulak, P. J., Kuehl, T. J., Shull, B. L. Vaginal pessaries and their use in pelvic relaxation. J Reprod Med. 1993 Dec; 38: 919-23

**42320**  Sullivan, L. D., Chow, V. D., Ko, D. S., Wright, J. E., McLoughlin, M. G. An evaluation of quality of life in patients with continent urinary diversions after cystectomy. Br J Urol. 1998 May; 81: 699-704

**44089**  Sultan, A. H., Kamm, M. A., Bartram, C. I., Hudson, C. N. Anal sphincter trauma during instrumental delivery. Int J Gynaecol Obstet. 1993 Dec; 43: 263-70

**42763**  Sultan, A. H., Monga, A. K. Anal and urinary incontinence in women with obstetric anal sphincter rupture. Br J Obstet Gynaecol. 1997 Jun; 104: 754-5

**43181**  Sultan, A. H., Monga, A. K., Stanton, S. L. The pelvic floor sequelae of childbirth. Br J Hosp Med. 1996 May 1-14; 55: 575-9

**11499**  Sultana, C. J. Urethral closure pressure and leak-point pressure in incontinent women. Obstet Gynecol. 1995 Nov; 86: 839-42

**42863**  Sultana, C. J., Campbell, J. W., Pisanelli, W. S., Sivinski, L., Rimm, A. A. Morbidity and mortality of incontinence surgery in elderly women: an analysis of Medicare data. Am J Obstet Gynecol. 1997 Feb; 176: 344-8

**11637**  Sultana, C. J., Walters, M. D. Estrogen and urinary incontinence in women. Maturitas. 1994 Dec; 20: 129-38

**57840**  Sumathi, V. P., Murnaghan, M., Dobbs, S. P., McCluggage, W. G. Extragenital mullerian carcinosarcoma arising from the peritoneum: report of two cases. Int J Gynecol Cancer. 2002 Nov-Dec; 12: 764-7

**43656**  Sumfest, J. M., Burns, M. W., Mitchell, M. E. Pseudoureterocele: potential for misdiagnosis of an ectopic ureter as a ureterocele. Br J Urol. 1995 Mar; 75: 401-5

**44081**  Sumfest, J. M., Burns, M. W., Mitchell, M. E. The Mitrofanoff principle in urinary reconstruction. J Urol. 1993 Dec; 150: 1875-7; discussion 1877-8

**41471**  Sumi, T., Ishiko, O., Hirai, K., Yoshida, H., Ogita, S. Is measuring the posterior urethrovesical angle of clinical value for controlling pelvic organ Prolapse?. Retrospective analysis of 107 postoperative cases. Gynecol Obstet Invest. 2000; 49: 183-6

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**42693** Sumiya, T., Kawamura, K., Tokuhiro, A., Takechi, H., Ogata, H. A survey of wheelchair use by paraplegic individuals in Japan. Part 2: Prevalence of pressure sores. Spinal Cord. 1997 Sep; 35: 595-8

**12043** Summitt, R. L., Jr, Bent, A. E., Ostergard, D. R., Harris, T. A. Stress incontinence and low urethral closure pressure. Correlation of preoperative urethral hypermobility with successful suburethral sling procedures. J Reprod Med. 1990 Sep; 35: 877-80

**11679** Summitt, R. L., Jr, Sipes, D. R., 2nd, Bent, A. E., Ostergard, D. R. Evaluation of pressure transmission ratios in women with genuine stress incontinence and low urethral pressure: a comparative study. Obstet Gynecol. 1994 Jun; 83: 984-8

**31907** Summitt, R. L., Jr, Stovall, T. G. Urethral diverticula: evaluation by urethral pressure profilometry, cystourethroscopy, and the voiding cystourethrogram. Obstet Gynecol. 1992 Oct; 80: 695-9

**11888** Summitt, R. L., Jr, Stovall, T. G., Bent, A. E., Ostergard, D. R. Urinary incontinence: correlation of history and brief office evaluation with multichannel urodynamic testing. Am J Obstet Gynecol. 1992 Jun; 166: 1835-40; discussion 1840-4

**3286** Summitt, R.L., Jr. Investigative techniques, assessment of incontinence, and urodynamics. Curr Opin Obstet Gynecol. 1992 Aug; 4: 548-553

**3891** Summitt, R.L., Jr., Bent, A.E., Ostergard, D.R., and Harris, T.A. Stress incontinence and low urethral closure pressure. Correlation of preoperative urethral hypermobility with successful suburethral sling procedures. J Reprod Med. 1990 Sep; 35: 877-880

**3341** Summitt, R.L., Jr., Stovall, T.G., Bent, A.E., and Ostergard, D.R. Urinary incontinence: correlation of history and brief office evaluation with multichannel urodynamic testing. Am J Obstet Gynecol. 1992 Jun; 166: 1835-40;discussion1840-4

**59106** Sun, M. J., Chang, S. Y., Lin, K. C., Chen, G. D. Is an indwelling catheter necessary for bladder drainage after modified Burch colposuspension?. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 203-7

**59158** Sun, M. J., Chen, G. D., Chang, S. Y., Lin, K. C., Chen, S. Y. Prevalence of lower urinary tract symptoms during pregnancy in Taiwan. J Formos Med Assoc. 2005 Mar; 104: 185-9

**42768** Sundaram, C. P., Reinberg, Y., Aliabadi, H. A. Failure to obtain durable results with collagen implantation in children with urinary incontinence. J Urol. 1997 Jun; 157: 2306-7

**10621** Sung, M. S., Choi, Y. H., Back, S. H., Hong, J. Y., Yoon, H. The effect of pelvic floor muscle exercises on genuine stress incontinence among Korean women--focusing on its effects on the quality of life. Yonsei Med J. 2000 Apr; 41: 237-51

**10591** Sung, M. S., Hong, J. Y., Choi, Y. H., Baik, S. H., Yoon, H. FES-biofeedback versus intensive pelvic floor muscle exercise for the prevention and treatment of genuine stress incontinence. J Korean Med Sci. 2000 Jun; 15: 303-8

**42390** Sung, V. C., Corridan, P. G. Acute-angle closure glaucoma as a side-effect of oxybutynin. Br J Urol. 1998 Apr; 81: 634-5

**10765** Supanich, B. Urethral barriers for stress incontinence. J Fam Pract. 1999 Sep; 48: 662-3

**40823** Surer, I., Baker, L. A., Jeffs, R. D., Gearhart, J. P. Combined bladder neck reconstruction and epispadias repair for exstrophy-epispadias complex. J Urol. 2001 Jun; 165: 2425-7

**40813** Surer, I., Baker, L. A., Jeffs, R. D., Gearhart, J. P. Modified Young-Dees-Leadbetter bladder neck reconstruction in patients with successful primary bladder closure elsewhere: a single institution experience. J Urol. 2001 Jun; 165: 2438-40

**40973** Sureshkumar, P., Craig, J. C., Roy, L. P., Knight, J. F. A reproducible pediatric daytime urinary incontinence questionnaire. J Urol. 2001 Feb; 165: 569-73

**10506** Sureshkumar, P., Craig, J. C., Roy, L. P., Knight, J. F. Daytime urinary incontinence in primary school children: a population- based survey. J Pediatr. 2000 Dec; 137: 814-8

**4127** Surya, B.V., Provet, J., Johanson, K.E., and Brown, J. Anastomotic strictures following radical prostatectomy: risk factors and management. J Urol. 1990 Apr; 143: 755-758

---

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**43864**    Susset, J. Evaluation of female incontinence. R I Med. 1994 Aug; 77: 266-72

**12062**    Susset, J. G., Galea, G., Read, L. Biofeedback therapy for female incontinence due to low urethral resistance. J Urol. 1990 Jun; 143: 1205-8

**11571**    Susset, J., Galea, G., Manbeck, K., Susset, A. A predictive score index for the outcome of associated biofeedback and vaginal electrical stimulation in the treatment of female incontinence. J Urol. 1995 May; 153: 1461-6

**4045**    Susset, J.G., Galea, G., and Read, L. Biofeedback therapy for female incontinence due to low urethral resistance [see comments]. J Urol. 1990 Jun; 143: 1205-1208

**10966**    Sustersic, O., Kralj, B. The influence of obesity, constitution and physical work on the phenomenon of urinary incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 140-4

**41133**    Sutaria, P. M., Staskin, D. R. Hydronephrosis and renal deterioration in the elderly due to abnormalities of the lower urinary tract and ureterovesical junction. Int Urol Nephrol. 2000; 32: 119-26

**54190**    Sutherland, S. E., Goldman, H. B. Treatment options for female urinary incontinence. Med Clin North Am. 2004 Mar; 88: 345-66

**3386**    Swaddiwudhipong, W., Koonchote, S., Nguntra, P., and Chaovakiratipong, C. Assessment of socio-economic, functional and medical problems among the elderly in one rural community of Thailand. Southeast Asian J Trop Med Public Health. 1991 Sep; 22: 299-306

**44641**    Swaddiwudhipong, W., Koonchote, S., Nguntra, P., Chaovakiratipong, C. Assessment of socio-economic, functional and medical problems among the elderly in one rural community of Thailand. Southeast Asian J Trop Med Public Health. 1991 Sep; 22: 299-306

**43481**    Swaffield, J. Quality audit--a review of the literature concerning delivery of continence care. J Clin Nurs. 1995 Sep; 4: 277-82

**3405**    Swami, K.S., Abrams, P. Artificial urinary sphincters. Br J Hosp Med. 1992 Apr 15-May 5; 47: 591-596

**11158**    Swami, S., Batista, J. E., Abrams, P. Collagen for female genuine stress incontinence after a minimum 2-year follow-up. Br J Urol. 1997 Nov; 80: 757-61

**40384**    Swanson, J. G., Skelly, J., Hutchison, B., Kaczorowski, J. Urinary incontinence in Canada. National survey of family physicians' knowledge, attitudes, and practices. Can Fam Physician. 2002 Jan; 48: 86-92

**44594**    Swanson, S. J., 3rd, Skoog, S. J., Garcia, V., Wahl, R. C. Pseudoadrenal mass: unusual presentation of bronchogenic cyst. J Pediatr Surg. 1991 Dec; 26: 1401-3

**5266**    Swanson, S.J., Skoog, S.J., Garcia, V., and Wahl, R.C. Pseudoadrenal mass: unusual presentation of bronchogenic cyst. J Pediatr Surg. 1991 Dec; 26: 1401-1403

**53640**    Swart, A. M., Hagerty, J., Corstiaans, A., Rane, A. Management of the very weak pelvic floor. Is there a point?. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 346-8; discussion 348

**3906**    Swash, M. The neurogenic hypothesis of stress incontinence. Ciba Found Symp. 1990; 151: 156-70;discussion170-5

**11639**    Swash, M. The pelvic floor and incontinence. Lancet. 1994 Nov 5; 344: 1301

**10106**    Sweat, S. D., Itano, N. B., Clemens, J. Q., Bushman, W., Gruenenfelder, J., McGuire, E. J., Lightner, D. J. Polypropylene mesh tape for stress urinary incontinence: complications of urethral erosion and outlet obstruction. J Urol. 2002 Jul; 168: 144-6

**41986**    Sweat, S. D., Lightner, D. J. Complications of sterile abscess formation and pulmonary embolism following periurethral bulking agents. J Urol. 1999 Jan; 161: 93-6

**43962**    Swierzewski, S. J., 3rd, Gormley, E. A., Belville, W. D., Sweetser, P. M., Wan, J., McGuire, E. J. The effect of terazosin on bladder function in the spinal cord injured patient. J Urol. 1994 Apr; 151: 951-4

**11810**    Swierzewski, S. J., 3rd, McGuire, E. J. Pubovaginal sling for treatment of female stress urinary incontinence complicated by urethral diverticulum. J Urol. 1993 May; 149: 1012-4

# Appendix A5 Bibliography sorted by Primary Author

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

| | |
|---|---|
| **5263** | Swierzewski, S.J., McGuire, E.J. Pubovaginal sling for treatment of female stress urinary incontinence complicated by urethral diverticulum. J Urol. 1993 May; 149: 1012-1014 |
| **5264** | Swierzewski, S.J., McGuire, E.J., Podrazik, R.M., and Stanley, J.C. Aortic occlusion and lower extremity exercise induced stress urinary incontinence. J Urol. 1993 Apr; 149: 846-847 |
| **41036** | Swift, B. J. Early neutering of dogs. Vet Rec. 2000 Dec 2; 147: 667 |
| **42778** | Swift, S. E. The reliability of performing a screening cystometrogram using a fetal monitoring device for the detection of detrusor instability. Obstet Gynecol. 1997 May; 89: 708-12 |
| **11569** | Swift, S. E., Ostergard, D. R. A comparison of stress leak-point pressure and maximal urethral closure pressure in patients with genuine stress incontinence. Obstet Gynecol. 1995 May; 85: 704-8 |
| **11547** | Swift, S. E., Ostergard, D. R. Evaluation of current urodynamic testing methods in the diagnosis of genuine stress incontinence. Obstet Gynecol. 1995 Jul; 86: 85-91 |
| **11424** | Swift, S. E., Rust, P. F., Ostergard, D. R. Intrasubject variability of the pressure-transmission ratio in patients with genuine stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 312-6 |
| **41295** | Swift, S. E., Utrie, J. W. The need for standardization of the valsalva leak-point pressure. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 227-30 |
| **10812** | Swift, S. E., Yoon, E. A. Test-retest reliability of the cough stress test in the evaluation of urinary incontinence. Obstet Gynecol. 1999 Jul; 94: 99-102 |
| **57180** | Swift, S., Garely, A., Dimpfl, T., Payne, C. A new once-daily formulation of tolterodine provides superior efficacy and is well tolerated in women with overactive bladder. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 50-4; discussion 54-5 |
| **59279** | Swift, S., Woodman, P., O'Boyle, A., Kahn, M., Valley, M., Bland, D., Wang, W., Schaffer, J. Pelvic Organ Support Study (POSST): the distribution, clinical definition, and epidemiologic condition of pelvic organ support defects. Am J Obstet Gynecol. 2005 Mar; 192: 795-806 |
| **41419** | Swithinbank, L. V., Abrams, P. A detailed description, by age, of lower urinary tract symptoms in a group of community-dwelling women. BJU Int. 2000 Apr; 85 Suppl 2: 19-24 |
| **41739** | Swithinbank, L. V., Abrams, P. The impact of urinary incontinence on the quality of life of women. World J Urol. 1999 Aug; 17: 225-9 |
| **44059** | Swithinbank, L. V., Carr, J. C., Abrams, P. H. Longitudinal study of urinary symptoms in children. Longitudinal study of urinary symptoms and incontinence in local schoolchildren. Scand J Urol Nephrol Suppl. 1994; 163: 67-73 |
| **41365** | Swithinbank, L. V., Donovan, J. L., du Heaume, J. C., Rogers, C. A., James, M. C., Yang, Q., Abrams, P. Urinary symptoms and incontinence in women: relationships between occurrence, age, and perceived impact. Br J Gen Pract. 1999 Nov; 49: 897-900 |
| **10568** | Swithinbank, L. V., Donovan, J. L., Rogers, C. A., Abrams, P. Nocturnal incontinence in women: a hidden problem. J Urol. 2000 Sep; 164: 764-6 |
| **10831** | Swithinbank, L. V., James, M., Shepherd, A., Abrams, P. Role of ambulatory urodynamic monitoring in clinical urological practice. Neurourol Urodyn. 1999; 18: 215-22 |
| **40566** | Swithinbank, L., Abrams, P. Lower urinary tract symptoms in community-dwelling women: defining diurnal and nocturnal frequency and 'the incontinence case'. BJU Int. 2001 Sep; 88 Suppl 2: 18-22; discussion 49-50 |
| **55730** | Swithinbank, L., Abrams, P. Prevalence of urinary incontinence in women determined using the BFLUTS questionnaire. Neurourol Urodyn. 2003; 22: 617; author reply 617-8 |
| **42957** | Sylora, J. A., Gonzalez, R., Vaughn, M., Reinberg, Y. Intermittent self-catheterization by quadriplegic patients via a catheterizable Mitrofanoff channel. J Urol. 1997 Jan; 157: 48-50 |
| **10110** | Sze, E. H., Jones, W. P., Ferguson, J. L., Barker, C. D., Dolezal, J. M. Prevalence of urinary incontinence symptoms among black, white, and Hispanic women. Obstet Gynecol. 2002 Apr; 99: 572-5 |

American Urological Association, Inc.

**Master Bibliography**

SUI Guidelines Panel

sorted by Primary Author and Title

---

11209    Sze, E. H., Kohli, N., Miklos, J. R., Roat, T. W., Karram, M. M. Comparative morbidity and charges associated with route of hysterectomy and concomitant Burch colposuspension. Obstet Gynecol. 1997 Jul; 90: 42-5

10698    Sze, E. H., Kohli, N., Miklos, J. R., Roat, T., Karram, M. M. A retrospective comparison of abdominal sacrocolpopexy with Burch colposuspension versus sacrospinous fixation with transvaginal needle suspension for the management of vaginal vault prolapse and coexisting stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 390-3

10203    Sze, E. H., Meranus, J., Kohli, N., Miklos, J. R., Karram, M. M. Vaginal configuration on MRI after abdominal sacrocolpopexy and sacrospinous ligament suspension. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 375-9; discussion 379-80

11322    Sze, E. H., Miklos, J. R., Karram, M. M. Voiding after Burch colposuspension and effects of concomitant pelvic surgery: correlation with preoperative voiding mechanism. Obstet Gynecol. 1996 Oct; 88: 564-7

11282    Sze, E. H., Miklos, J. R., Partoll, L., Roat, T. W., Karram, M. M. Sacrospinous ligament fixation with transvaginal needle suspension for advanced pelvic organ prolapse and stress incontinence. Obstet Gynecol. 1997 Jan; 89: 94-6

41292    Sze, K. H., Wong, E., Or, K. H., Lum, C. M., Woo, J. Factors predicting stroke disability at discharge: a study of 793 Chinese. Arch Phys Med Rehabil. 2000 Jul; 81: 876-80

43560    Szonyi, G., Collas, D. M., Ding, Y. Y., Malone-Lee, J. G. Oxybutynin with bladder retraining for detrusor instability in elderly people: a randomized controlled trial. Age Ageing. 1995 Jul; 24: 287-91

44959    Tabbara, I. A., Sibley, D. S., Quesenberry, P. J. Spinal cord compression due to metastatic neoplasm. South Med J. 1990 May; 83: 519-23

  4041    Tabbara, I.A., Sibley, D.S., and Quesenberry, P.J. Spinal cord compression due to metastatic neoplasm. South Med J. 1990 May; 83: 519-523

42832    Taguchi, K., Hirose, T., Ito, N., Kumamoto, Y., Tsukamoto, T. Functional outcome and late complications in patients with continent urinary reservoirs. Int J Urol. 1997 Mar; 4: 134-8

10695    Takahashi, S., Homma, Y., Fujishiro, T., Hosaka, Y., Kitamura, T., Kawabe, K. Electromyographic study of the striated urethral sphincter in type 3 stress incontinence: evidence of myogenic-dominant damages. Urology. 2000 Dec 20; 56: 946-50

10164    Takahashi, S., Miyao, N., Hisataki, T., Matsukawa, M., Takagi, S., Sasao, T., Adachi, H., Miyake, M., Tsukamoto, T. Complications of Stamey needle suspension for female stress urinary incontinence. Urol Int. 2002; 68: 148-51

11324    Takahashi, S., Moriyama, N., Yamazaki, R., Kawabe, K. Urodynamic analysis of age-related changes of alpha 1-adrenoceptor responsiveness in female beagle dogs. J Urol. 1996 Oct; 156: 1485-8

42441    Takano, K., Yamaguchi, T., Minematsu, K., Sawada, T., Omae, T. Differences in clinical features and computed tomographic findings between embolic and non-embolic acute ischemic stroke: a quantitative differential diagnosis. Intern Med. 1998 Feb; 37: 141-8

41146    Takano, M., Hamada, A. Evaluation of pelvic descent disorders by dynamic contrast roentgenography. Dis Colon Rectum. 2000 Oct; 43: S6-11

54920    Takeda, M., Araki, I., Kamiyama, M., Takihana, Y., Komuro, M., Furuya, Y. Diagnosis and treatment of voiding symptoms. Urology. 2003 Nov; 62: 11-9

10784    Takeda, M., Hatano, A., Kurumada, S., Takahashi, H., Wakatsuki, S., Go, H., Watanabe, R., Tomita, Y., Takahashi, K. Bladder neck suspension using percutaneous bladder neck stabilization to the pubic bone with a bone-anchor suture fixation system: A new extraperitoneal laparoscopic approach. Urol Int. 1999; 62: 57-60

43977    Talbot, L. A. Coping with urinary incontinence: a conceptualization of the process. Ostomy Wound Manage. 1994 Mar; 40: 28-30, 32, 34 passim

43895    Talbot, L. A. Coping with urinary incontinence: development and testing of a scale. Nurs Diagn. 1994 Jul-Sep; 5: 127-32

---

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

43414     Talbot, L. A., Cox, M. Differences in coping strategies among community-residing older adults with functional urinary continence, dysfunctional urinary continence and actual urinary incontinence. Ostomy Wound Manage. 1995 Nov-Dec; 41: 30-2, 34-7

41526     Talic, R. F. Augmentation ureterocystoplasty with ipsilateral renal preservation in the management of patients with compromised renal function secondary to dysfunctional voiding. Int Urol Nephrol. 1999; 31: 463-70

41094     Talic, R. F. Paramedian extraperitoneal approach for combined nephrectomy and augmentation ureterocystoplasty in children with neurovesical dysfunction. Eur Urol. 2000 Dec; 38: 762-5

52440     Tamanini, J. T., D'Ancona, C. A., Tadini, V., Netto, N. R., Jr Macroplastique implantation system for the treatment of female stress urinary incontinence. J Urol. 2003 Jun; 169: 2229-33

30656     Tamer, S. K. The pediatric non-epileptic seizure. Indian J Pediatr. 1997 Sep-Oct; 64: 671-6

53330     Tamilselvi, A., Duckett, J. R. Surgical correction of genuine stress incontinence in an achondroplastic woman. J Obstet Gynaecol. 2002 Nov; 22: 704

11496     Tampakoudis, P., Tantanassis, T., Grimbizis, G., Papaletsos, M., Mantalenakis, S. Cigarette smoking and urinary incontinence in women--a new calculative method of estimating the exposure to smoke. Eur J Obstet Gynecol Reprod Biol. 1995 Nov; 63: 27-30

10239     Tamussino, K. F., Hanzal, E., Kolle, D., Ralph, G., Riss, P. A. Tension-free vaginal tape operation: results of the Austrian registry. Obstet Gynecol. 2001 Nov; 98: 732-6

10709     Tamussino, K. F., Zivkovic, F., Pieber, D., Moser, F., Haas, J., Ralph, G. Five-year results after anti-incontinence operations. Am J Obstet Gynecol. 1999 Dec; 181: 1347-52

10325     Tamussino, K., Hanzal, E., Kolle, D., Ralph, G., Riss, P. The Austrian tension-free vaginal tape registry. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S28-9

57360     Tan, T. L., Bergmann, M. A., Griffiths, D., Resnick, N. M. Which stop test is best? Measuring detrusor contractility in older females. J Urol. 2003 Mar; 169: 1023-7

43777     Tanagho, E. A. Urinary incontinence. J Urol. 1994 Nov; 152: 1471-2

4140     Tanagho, E.A. Electrical stimulation. J Am Geriatr Soc. 1990 Mar; 38: 352-355

41997     Tanaka, H., Kakizaki, H., Kobayashi, S., Shibata, T., Ameda, K., Koyanagi, T. The relevance of urethral resistance in children with myelodysplasia: its impact on upper urinary tract deterioration and the outcome of conservative management. J Urol. 1999 Mar; 161: 929-32

40867     Tanaka, N., Tamai, T., Mukaiyama, H., Hirabayashi, A., Muranaka, H., Akahane, S., Miyata, H., Akahane, M. Discovery of novel N-phenylglycine derivatives as potent and selective beta(3)-adrenoceptor agonists for the treatment of frequent urination and urinary incontinence. J Med Chem. 2001 Apr 26; 44: 1436-45

40512     Tanaka, N., Tamai, T., Mukaiyama, H., Hirabayashi, A., Muranaka, H., Ishikawa, T., Akahane, S., Akahane, M. Beta(3)-adrenoceptor agonists for the treatment of frequent urination and urinary incontinence: 2-[4-(2-[[(1S,2R)-2-hydroxy-2-(4- hydroxyphenyl)-1-methylethyl]amino]ethyl)phenoxy]-2-methylpropionic acid. Bioorg Med Chem. 2001 Dec; 9: 3265-71

40744     Tanaka, R., Hoshi, K., Yamane, Y. Partial bladder resection in a bitch with urinary retention following surgical excision of a vaginal leiomyoma. J Small Anim Pract. 2001 Jun; 42: 301-3

54410     Tang, W. K., Chan, S. S., Chiu, H. F., Ungvari, G. S., Wong, K. S., Kwok, T. C., Mok, V., Wong, K. T., Richards, P. S., Ahuja, A. T. Frequency and determinants of poststroke dementia in Chinese. Stroke. 2004 Apr; 35: 930-5

31315     Taniguchi, N., Hamada, K., Ogasawara, T., Ukai, Y., Yoshikuni, Y., Kimura, K. NS-49, an alpha 1A-adrenoceptor agonist, selectively increases intraurethral pressure in dogs. Eur J Pharmacol. 1996 Dec 27; 318: 117-22

10241     Tannenbaum, C., Bachand, G., Dubeau, C. E., Kuchel, G. A. Experience of an incontinence clinic for older women: no apparent age limit for potential physical and psychological benefits. J Womens Health Gend Based Med. 2001 Oct; 10: 751-6

55140     Tannenbaum, C., Mayo, N. Women's health priorities and perceptions of care: a survey to identify opportunities for improving preventative health care delivery for older women. Age Ageing. 2003 Nov; 32: 626-35

**American Urological Association, Inc.**

**SUI Guidelines Panel**

42141    Tao, Y. X., Heit, M., Lei, Z. M., Rao, C. V. The urinary bladder of a woman is a novel site of luteinizing hormone-human chorionic gonadotropin receptor gene expression. Am J Obstet Gynecol. 1998 Oct; 179: 1026-31

44940    Tapp, A. J., Cardozo, L. D., Versi, E., Cooper, D. The treatment of detrusor instability in post-menopausal women with oxybutynin chloride: a double blind placebo controlled study. Br J Obstet Gynaecol. 1990 Jun; 97: 521-6

3976    Tapp, A.J., Cardozo, L.D., Versi, E., and Cooper, D. The treatment of detrusor instability in post-menopausal women with oxybutynin chloride: a double blind placebo controlled study [see comments]. Br J Obstet Gynaecol. 1990 Jun; 97: 521-526

59206    Tapp, K., Connolly, A., Visco, A. G. Evaluation of Aa point and cotton-tipped swab test as predictors of urodynamic stress incontinence. Obstet Gynecol. 2005 Jan; 105: 115-9

43214    Tarvonen-Schroder, S., Roytta, M., Raiha, I., Kurki, T., Rajala, T., Sourander, L. Clinical features of leuko-araiosis. J Neurol Neurosurg Psychiatry. 1996 Apr; 60: 431-6

55580    Tash, J., Staskin, D. R. Artificial graft slings at the midurethra: physiology of continence. Curr Urol Rep. 2003 Oct; 4: 367-70

40078    Taskinen, S., Valanne, L., Rintala, R. Effect of spinal cord abnormalities on the function of the lower urinary tract in patients with anorectal abnormalities. J Urol. 2002 Sep; 168: 1147-9

44993    Taslitz, L. Informed consent revisited. Hosp Law Newsl. 1990 Apr; 7: 1-4

44008    Taub, H. C., Stein, M. Bladder distention therapy for symptomatic relief of frequency and urgency: a ten-year review. Urology. 1994 Jan; 43: 36-9

43988    Taub, N. A., Wolfe, C. D., Richardson, E., Burney, P. G. Predicting the disability of first-time stroke sufferers at 1 year. 12- month follow-up of a population-based cohort in southeast England. Stroke. 1994 Feb; 25: 352-7

11481    Tay, K. P., Lim, P. H., Chng, H. C. Surgical management of stress urinary incontinence: Burch colposuspension, modified Pereyra and Stamey bladder neck suspension, and collagen injection--Toa Payoh Hospital experience. Singapore Med J. 1995 Dec; 36: 651-5

11352    Tay, K. P., Lim, P. H., Ravintharan, T. Laparoscopic bladder-neck suspension for urinary stress incontinence in women: our first twenty patients. Int J Urol. 1996 Jul; 3: 278-81

43894    Tayal, S. C., Bansal, S. K., Chadha, D. K. Hypopituitarism: a difficult diagnosis in elderly people but worth a search. Age Ageing. 1994 Jul; 23: 320-2

11718    Taylor, J. D., Tsokos, N. A retroperitoneal approach to surgery for stress incontinence using the laparoscope. Med J Aust. 1994 Jan 3; 160: 42

11751    Taylor, J. D., Tsokos, N. Retroperitoneal laparoscopic surgery for stress incontinence. Lancet. 1993 Dec 18-25; 342: 1564-5

10708    Tchetgen, M. B., Sanda, M. G., Montie, J. E., Faerber, G. J. Collagen injection for the treatment of incontinence after cystectomy and orthotopic neobladder reconstruction in women. J Urol. 2000 Jan; 163: 212-4

10459    Tebyani, N., Patel, H., Yamaguchi, R., Aboseif, S. R. Percutaneous needle bladder neck suspension for the treatment of stress urinary incontinence in women: long-term results. J Urol. 2000 May; 163: 1510-2

41444    Tediosi, F., Parazzini, F., Bortolotti, A., Garattini, L. The cost of urinary incontinence in Italian women. A cross-sectional study. Gruppo di Studio Incontinenza. Pharmacoeconomics. 2000 Jan; 17: 71-6

10320    Tegerstedt, G., Sjoberg, B., Hammarstrom, M. Clinical outcome or abdominal urethropexy-colposuspension: a long-term follow-up. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 161-5

52620    Tei, T. M., Stolzenburg, T., Buntzen, S., Laurberg, S., Kjeldsen, H. Use of transpelvic rectus abdominis musculocutaneous flap for anal cancer salvage surgery. Br J Surg. 2003 May; 90: 575-80

11576    Teichman, J. M. Laparoscopic Burch colposuspension. Tech Urol. 1995 Spring; 1: 19-24

42178    Teichman, J. M., Harris, J. M., Currie, D. M., Barber, D. B. Malone antegrade continence enema for adults with neurogenic bowel disease. J Urol. 1998 Oct; 160: 1278-81

Appendix A5: Bibliography sorted by Primary Author
Appendix A5 Bibliography sorted by Primary Author    Page 381 of 800 PageID #: 146456

American Urological Association, Inc.                    Master Bibliography

SUI Guidelines Panel                                     sorted by Primary Author and Title

55190    Teleman, P. M., Gunnarsson, M., Lidfeldt, J., Nerbrand, C., Samsioe, G., Mattiasson, A. Urethral pressure changes in response to squeeze: a population-based study in healthy and incontinent 53- to 63-year-old women. Am J Obstet Gynecol. 2003 Oct; 189: 1100-5

59094    Teleman, P. M., Lidfeldt, J., Nerbrand, C., Samsioe, G., Mattiasson, A. Overactive bladder: prevalence, risk factors and relation to stress incontinence in middle-aged women. BJOG. 2004 Jun; 111: 600-4

57720    Teleman, P., Gunnarsson, M., Lidfeldt, J., Nerbrand, C., Samsioe, G., Mattiasson, A. Urodynamic characterisation of women with naive urinary incontinence: a population-based study in subjectively incontinent and healthy 53-63 years old women. Eur Urol. 2002 Dec; 42: 583-9

40404    Telford, C. Understanding the problem of urinary incontinence. JAAPA. 2002 Jan; 15: 45-50

41401    Temml, C., Haidinger, G., Schmidbauer, J., Schatzl, G., Madersbacher, S. Urinary incontinence in both sexes: prevalence rates and impact on quality of life and sexual life. Neurourol Urodyn. 2000; 19: 259-71

51140    ter Meulen, P. H., Berghmans, L. C., van Kerrebroeck, P. E. Systematic review: efficacy of silicone microimplants (Macroplastique) therapy for stress urinary incontinence in adult women. Eur Urol. 2003 Nov; 44: 573-82

42885    ter Meulen, P. H., Heesakkers, J. P., Janknegt, R. A. A study on the feasibility of vesicomyotomy in patients with motor urge incontinence. Eur Urol. 1997; 32: 166-9

56140    ter Meulen, P. H., Zambon, V., Kessels, A. G., van Kerrebroeck, P. E. Quality of life, functional outcome and durability of the AMS 800 artificial urinary sphincter in patients with intrinsic sphincter deficiency. Urol Int. 2003; 71: 55-60

3761     Tester, K. Continence. Changing time. Nurs Times. 1991 Apr 3-9; 87: 70

43209    Tetrud, J. W., Golbe, L. I., Forno, L. S., Farmer, P. M. Autopsy-proven progressive supranuclear palsy in two siblings. Neurology. 1996 Apr; 46: 931-4

42804    Tetzschner, T., Sorensen, M., Jonsson, L., Lose, G., Christiansen, J. Delivery and pudendal nerve function. Acta Obstet Gynecol Scand. 1997 Apr; 76: 324-31

43040    Tetzschner, T., Sorensen, M., Lose, G., Christiansen, J. Anal and urinary incontinence in women with obstetric anal sphincter rupture. Br J Obstet Gynaecol. 1996 Oct; 103: 1034-40

59265    Teunissen, D., Lagro-Janssen, T. Urinary incontinence in community dwelling elderly: are there sex differences in help-seeking behaviour?. Scand J Prim Health Care. 2004 Dec; 22: 209-16

44807    Tew, B., Laurence, K. M., Jenkins, V. Factors affecting employability among young adults with spina bifida and hydrocephalus. Z Kinderchir. 1990 Dec; 45 Suppl 1: 34-6

3798     Tew, B., Laurence, K.M., and Jenkins, V. Factors affecting employability among young adults with spina bifida and hydrocephalus. Z Kinderchir. 1990 Dec; 45 Suppl 1: 34-36

41863    Tfayli, A., Hentschel, P., Madajewicz, S., Manzione, J., Chowhan, N., Davis, R., Roche, P., Iliya, A., Roque, C., Meek, A., Shady, M. Toxicities related to intraarterial infusion of cisplatin and etoposide in patients with brain tumors. J Neurooncol. 1999 Mar; 42: 73-7

10001    Thakar, R., Ayers, S., Clarkson, P., Stanton, S., Manyonda, I. Outcomes after total versus subtotal abdominal hysterectomy. N Engl J Med. 2002 Oct 24; 347: 1318-25

41107    Thakar, R., Stanton, S. Regular review: management of urinary incontinence in women. BMJ. 2000 Nov 25; 321: 1326-31

10612    Thakar, R., Stanton, S. L. Weakness of the pelvic floor: urological consequences. Hosp Med. 2000 Apr; 61: 259-66

10006    Thakar, R., Stanton, S., Prodigalidad, L., den Boon, J. Secondary colposuspension: results of a prospective study from a tertiary referral centre. BJOG. 2002 Oct; 109: 1115-20

59083    Thaweekul, Y., Bunyavejchevin, S., Wisawasukmongchol, W., Santingamkun, A. Long term results of anterior colporrhaphy with Kelly plication for the treatment of stress urinary incontinence. J Med Assoc Thai. 2004 Apr; 87: 357-60

# Appendix A5  Bibliography sorted by Primary Author

## American Urological Association, Inc.

**Master Bibliography**

### SUI Guidelines Panel

**sorted by Primary Author and Title**

---

**43796**   Thayer, D. How to assess and control urinary incontinence. Am J Nurs. 1994 Oct; 94: 42-7; quiz 48

**43617**   Thelwell, S., Symon, C., Gay, S., Cottenden, A., Feneley, R. Continence. Systems for leg bags. Nurs Times. 1995 Apr 19-25; 91: 62-4

**59326**   Themistocleous, G. S., Papagelopoulos, P. J., Petraki, K. D., Stilianessi, E. V., Partsinevelos, A. A., Sapkas, G. S. A 23-year-old woman with complete paraplegia and anesthesia below the T8 level. Clin Orthop Relat Res. 2005 Jan; : 258-65

**10999**   Theodorou, C. h., Floratos, D., Katsifotis, C. h., Moutzouris, G., Mertziotis, N., Thermogianni, H. Transvaginal incisionless bladder neck suspension. A simplified technique for female genuine stress incontinence. Int Urol Nephrol. 1998; 30: 273-8

**11535**   Theofrastous, J. P., Bump, R. C., Elser, D. M., Wyman, J. F., McClish, D. K. Correlation of urodynamic measures of urethral resistance with clinical measures of incontinence severity in women with pure genuine stress incontinence. The Continence Program for Women Research Group. Am J Obstet Gynecol. 1995 Aug; 173: 407-12; discussion 412-4

**11384**   Theofrastous, J. P., Cundiff, G. W., Harris, R. L., Bump, R. C. The effect of vesical volume on Valsalva leak-point pressures in women with genuine stress urinary incontinence. Obstet Gynecol. 1996 May; 87: 711-4

**10031**   Theofrastous, J. P., Simpkins, K. Urinary retention and intravesical hemorrhage following urethral collagen injections in women using warfarin. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 268-9

**54670**   Theofrastous, J. P., Whiteside, J., Paraiso, M. F. The utility of urodynamic testing. J Am Assoc Gynecol Laparosc. 2003 Nov; 10: 548-52

**11166**   Theofrastous, J. P., Wyman, J. F., Bump, R. C., McClish, D. K., Elser, D. M., Robinson, D., Fantl, J. A. Relationship between urethral and vaginal pressures during pelvic muscle contraction. The Continence Program for Women Research Group. Neurourol Urodyn. 1997; 16: 553-8

**43648**   Theoharides, T. C., Sant, G. R., el-Mansoury, M., Letourneau, R., Ucci, A. A., Jr, Meares, E. M., Jr Activation of bladder mast cells in interstitial cystitis: a light and electron microscopic study. J Urol. 1995 Mar; 153: 629-36

**3076**   Thessen, C.C., Kreder, K.J. Ogilvie's syndrome: a potential complication of vaginal surgery. J Urol. 1993 Jun; 149: 1541-1543

**42789**   Theus, R., Arnold, S., Hubler, M., Wiestner, T., Binder, H., Ruesch, P. Effect of intra-abdominally induced pressure on the urethral pressure profiles of healthy and incontinent bitches. Am J Vet Res. 1997 May; 58: 555-9

**12035**   Thiede, H. A., Thiede, F. K. A glance at the urodynamic database. J Reprod Med. 1990 Oct; 35: 925-31

**11462**   Thind, P., Bagi, P., Mieszczak, C., Lose, G. Influence of pudendal nerve blockade on stress relaxation in the female urethra. Neurourol Urodyn. 1996; 15: 31-6

**3658**   Thind, P., Colstrup, H., Lose, G., and Kristensen, J.K. Method for evaluation of the urethral closure mechanism in women during standardised changes of cross-sectional area. Clin Phys Physiol Meas. 1991 May; 12: 163-170

**11988**   Thind, P., Colstrup, H., Lose, G., Kristensen, J. K. Method for evaluation of the urethral closure mechanism in women during standardised changes of cross-sectional area. Clin Phys Physiol Meas. 1991 May; 12: 163-70

**11660**   Thind, P., Lose, G. The effect of bilateral pudendal blockade on the adjunctive urethral closure forces in healthy females. Scand J Urol Nephrol. 1994 Sep; 28: 249-55

**11922**   Thind, P., Lose, G. Urethral stress relaxation phenomenon in healthy and stress incontinent women. Br J Urol. 1992 Jan; 69: 75-8

**3471**   Thind, P., Lose, G., and Colstrup, H. Initial urethral pressure increase during stress episodes in genuine stress incontinent women. Br J Urol. 1992 Feb; 69: 137-140

**3337**   Thind, P., Lose, G., and Colstrup, H. Pressure response to rapid dilation of resting urethra in healthy women. Urology. 1992 Jul; 40: 44-49

**11920**   Thind, P., Lose, G., Colstrup, H. Initial urethral pressure increase during stress episodes in genuine stress incontinent women. Br J Urol. 1992 Feb; 69: 137-40

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5 – Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 11887 | Thind, P., Lose, G., Colstrup, H. Pressure response to rapid dilation of resting urethra in healthy women. Urology. 1992 Jul; 40: 44-9 |
| 11065 | Thom, D. Variation in estimates of urinary incontinence prevalence in the community: effects of differences in definition, population characteristics, and study type. J Am Geriatr Soc. 1998 Apr; 46: 473-80 |
| 42122 | Thom, D. H., Brown, J. S. Reproductive and hormonal risk factors for urinary incontinence in later life: a review of the clinical and epidemiologic literature. J Am Geriatr Soc. 1998 Nov; 46: 1411-7 |
| 42656 | Thom, D. H., Haan, M. N., Van Den Eeden, S. K. Medically recognized urinary incontinence and risks of hospitalization, nursing home admission and mortality. Age Ageing. 1997 Sep; 26: 367-74 |
| 59271 | Thom, D. H., Nygaard, I. E., Calhoun, E. A. Urologic diseases in America project: urinary incontinence in women-national trends in hospitalizations, office visits, treatment and economic impact. J Urol. 2005 Apr; 173: 1295-301 |
| 42613 | Thom, D. H., van den Eeden, S. K., Brown, J. S. Evaluation of parturition and other reproductive variables as risk factors for urinary incontinence in later life. Obstet Gynecol. 1997 Dec; 90: 983-9 |
| 3699 | Thomas, A.M., Morse, J.M. Managing urinary incontinence with self-care practices. J Gerontol Nurs. 1991 Jun; 17: 9-14 |
| 42808 | Thomas, D. F. Surgical treatment of urinary incontinence. Arch Dis Child. 1997 Apr; 76: 377-80 |
| 41860 | Thomas, K. K., Sampselle, C., Gray, M., Newman, D., Sailer, S., d'Entremont, P., Wheeler, L. Getting into nursing research: dropping in on AWHONN's Continence for Women researchers. AWHONN Lifelines. 1999 Feb-Mar; 3: 24-6 |
| 10165 | Thomas, K., Venn, S. N., Mundy, A. R. Outcome of the artificial urinary sphincter in female patients. J Urol. 2002 Apr; 167: 1720-2 |
| 54510 | Thomas, P., Ingrand, P., Lalloue, F., Hazif-Thomas, C., Billon, R., Vieban, F., Clement, J. P. Reasons of informal caregivers for institutionalizing dementia patients previously living at home: the Pixel study. Int J Geriatr Psychiatry. 2004 Feb; 19: 127-35 |
| 3303 | Thomas, P.J., Nurse, D.E., Deliveliotis, C., and Mundy, A.R. Cystoprostatectomy and substitution cystoplasty for locally invasive bladder cancer. Br J Urol. 1992 Jul; 70: 40-42 |
| 40058 | Thomas, S. Continence in older people: a priority for primary care. Nurs Stand. 2001 Mar 7-13; 15: 45-50; quiz 52, 55 |
| 41642 | Thomas, S. Investing in continence. Elder Care. 1999 Feb-Mar; 11: 32 |
| 41504 | Thomas, S. Investing in continence. Nurs Stand. 1999 Sep 15-21; 13: 38 |
| 40931 | Thomas, V. S. Excess functional disability among demented subjects? Findings from the Canadian Study of Health and Aging. Dement Geriatr Cogn Disord. 2001 May-Jun; 12: 206-10 |
| 55990 | Thome-Souza, S., Freitas, A., Fiore, L. A., Valente, K. D. Lamotrigine and valproate: efficacy of co-administration in a pediatric population. Pediatr Neurol. 2003 May; 28: 360-4 |
| 41869 | Thommessen, B., Bautz-Holter, E., Laake, K. Predictors of outcome of rehabilitation of elderly stroke patients in a geriatric ward. Clin Rehabil. 1999 Apr; 13: 123-8 |
| 40430 | Thompson, D. L. The national coverage decision for reimbursement for biofeedback and pelvic floor electrical stimulation for treatment of urinary incontinence. J Wound Ostomy Continence Nurs. 2002 Jan; 29: 11-9 |
| 3766 | Thompson, J. Managing continence systematically. Nurs Times. 1990 Nov 14-20; 86: 60-62 |
| 52040 | Thompson, J. A., O'Sullivan, P. B. Levator plate movement during voluntary pelvic floor muscle contraction in subjects with incontinence and prolapse: a cross-sectional study and review. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 84-8 |
| 40195 | Thompson, J. F., Roberts, C. L., Currie, M., Ellwood, D. A. Prevalence and persistence of health problems after childbirth: associations with parity and method of birth. Birth. 2002 Jun; 29: 83-94 |

# Appendix A5: Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

| | |
|---|---|
| 10524 | Thompson, P. K., Duff, D. S., Thayer, P. S. Stress incontinence in women under 50: does urodynamics improve surgical outcome?. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 285-9 |
| 51810 | Thomson, A. J., Tincello, D. G. The influence of pad test loss on management of women with urodynamic stress incontinence. BJOG. 2003 Aug; 110: 771-3 |
| 51270 | Thor, K. B. Serotonin and norepinephrine involvement in efferent pathways to the urethral rhabdosphincter: implications for treating stress urinary incontinence. Urology. 2003 Oct; 62: 3-9 |
| 59092 | Thor, K. B., Donatucci, C. Central nervous system control of the lower urinary tract: new pharmacological approaches to stress urinary incontinence in women. J Urol. 2004 Jul; 172: 27-33 |
| 3120 | Thornburn, P., Cottenden, A., and Ledger, D. Continence. Undercover trials. Nurs Times. 1992 Mar 25-31; 88: 72-78 |
| 42733 | Thornburn, P., Fader, M., Dean, G., Brooks, R., Cottenden, A. Improving the performance of small incontinence pads: a study of 'wet comfort'. J Wound Ostomy Continence Nurs. 1997 Jul; 24: 219-25 |
| 44716 | Thorp, J. M.,  Jr Exercise-associated urinary incontinence. JAMA. 1991 May 1; 265: 2191-2 |
| 10778 | Thorp, J. M.,  Jr, Norton, P. A., Wall, L. L., Kuller, J. A., Eucker, B., Wells, E. Urinary incontinence in pregnancy and the puerperium: a prospective study. Am J Obstet Gynecol. 1999 Aug; 181: 266-73 |
| 11448 | Thorp, J. M., Jones, L. H., Wells, E., Ananth, C. V. Assessment of pelvic floor function: a series of simple tests in nulliparous women. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 94-7 |
| 3754 | Thorp, J.M., Jr. Exercise-associated urinary incontinence [letter]. Jama. 1991 May 1; 265: 2191-2192 |
| 43328 | Thorpe, A. C. Significance of rectal contraction noted on multichannel urodynamics. Neurourol Urodyn. 1996; 15: 577-8 |
| 11608 | Thorpe, A. C., Roberts, J. P., Williams, N. S., Blandy, J. P., Badenoch, D. F. Pelvic floor physiology in women with faecal incontinence and urinary symptoms. Br J Surg. 1995 Feb; 82: 173-6 |
| 11839 | Thorpe, A. C., Williams, N. S., Badenoch, D. F., Blandy, J. P., Grahn, M. F. Simultaneous dynamic electromyographic proctography and cystometrography. Br J Surg. 1993 Jan; 80: 115-20 |
| 42049 | Thrusfield, M. V., Holt, P. E., Muirhead, R. H. Acquired urinary incontinence in bitches: its incidence and relationship to neutering practices. J Small Anim Pract. 1998 Dec; 39: 559-66 |
| 4036 | Thunedborg, P., Fischer-Rasmussen, W., and Jensen, S.B. Stress urinary incontinence and posterior bladder suspension defects. Results of vaginal repair versus Burch colposuspension. Acta Obstet Gynecol Scand. 1990; 69: 55-59 |
| 12098 | Thunedborg, P., Fischer-Rasmussen, W., Jensen, S. B. Stress urinary incontinence and posterior bladder suspension defects. Results of vaginal repair versus Burch colposuspension. Acta Obstet Gynecol Scand. 1990; 69: 55-9 |
| 41741 | Thuroff, J. W. Epidemiology of bladder control problems. Curr Opin Urol. 1999 Jul; 9: 283-4 |
| 10949 | Thuroff, J. W., Chartier-Kastler, E., Corcus, J., Humke, J., Jonas, U., Palmtag, H., Tanagho, E. A. Medical treatment and medical side effects in urinary incontinence in the elderly. World J Urol. 1998; 16 Suppl 1: S48-61 |
| 40254 | Thyssen, H. H., Clevin, L., Olesen, S., Lose, G. Urinary incontinence in elite female athletes and dancers. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 15-7 |
| 11117 | Thyssen, H. H., Lose, G. Long-term efficacy and safety of a disposable vaginal device (continence guard) in the treatment of female stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 130-2; discussion 133 |
| 10185 | Thyssen, H., Bidmead, J., Lose, G., Moller Bek, K., Dwyer, P., Cardozo, L. A new intravaginal device for stress incontinence in women. BJU Int. 2001 Dec; 88: 889-92 |
| 11412 | Thyssen, H., Lose, G. New disposable vaginal device (continence guard) in the treatment of female stress incontinence. Design, efficacy and short term safety. Acta Obstet Gynecol Scand. 1996 Feb; 75: 170-3 |

# American Urological Association, Inc.

**SUI Guidelines Panel**

| | |
|---|---|
| 41757 | Thyssen, H., Sander, P., Lose, G. A vaginal device (continence guard) in the management of urge incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 219-22 |
| 3049 | Tiemann, D., Shea, L., Klutke, C.G., Gaehle, K., and Moore, S. Artificial urinary sphincters. Treatment for post-prostatectomy incontinence. Aorn J. 1993 Jun; 57: 1366-72,1375-9 |
| 42815 | Tillem, S. M., Kessler, O. J., Hanna, M. K. Long-term results of lower urinary tract reconstruction with the ceco-appendiceal unit. J Urol. 1997 Apr; 157: 1429-33 |
| 40495 | Tilling, K., Sterne, J. A., Rudd, A. G., Glass, T. A., Wityk, R. J., Wolfe, C. D. A new method for predicting recovery after stroke. Stroke. 2001 Dec 1; 32: 2867-73 |
| 11963 | Timmons, M. C., Addison, W. A. Choice of operation for genuine stress incontinence. Curr Opin Obstet Gynecol. 1991 Aug; 3: 528-33 |
| 3816 | Timoney, A.G., Shaw, P.J. Urological outcome in female patients with spinal cord injury: the effectiveness of intermittent catheterisation. Paraplegia. 1990 Nov; 28: 556-563 |
| 10666 | Tincello, D. G., Adams, E. J., Bolderson, J., Richmond, D. H. A urinary control device for management of female stress incontinence. Obstet Gynecol. 2000 Mar; 95: 417-20 |
| 40446 | Tincello, D. G., Adams, E. J., Richmond, D. H. Antenatal screening for postpartum urinary incontinence in nulliparous women: a pilot study. Eur J Obstet Gynecol Reprod Biol. 2002 Feb 10; 101: 70-3 |
| 41506 | Tincello, D. G., Adams, E. J., Sutherst, J. R., Richmond, D. H. Oxybutynin for detrusor instability with adjuvant salivary stimulant pastilles to improve compliance: results of a multicentre, randomized controlled trial. BJU Int. 2000 Mar; 85: 416-20 |
| 40184 | Tincello, D. G., Alfirevic, Z. Important clinical outcomes in urogynecology: views of patients, nurses and medical staff. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 96-8; discussion 98 |
| 11159 | Tincello, D. G., Bolderson, J., Richmond, D. H. Preliminary experience with a urinary control device in the management of women with genuine stress incontinence. Br J Urol. 1997 Nov; 80: 752-6 |
| 10899 | Tincello, D. G., Richmond, D. H. The Larsson frequency/volume chart is not a substitute for cystometry in the investigation of women with urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 391-6 |
| 57430 | Tincello, D. G., Teare, J., Fraser, W. D. Second trimester concentration of relaxin and pregnancy related incontinence. Eur J Obstet Gynecol Reprod Biol. 2003 Feb 10; 106: 237-8 |
| 41068 | Tinnion, E., Jowitt, F. The active urine collection device: a novel continence management system focusing particularly on the needs of disabled women. Disabil Rehabil. 2000 Nov 10; 22: 745-8 |
| 55620 | Titton, R. L., Gervais, D. A., Hahn, P. F., Harisinghani, M. G., Arellano, R. S., Mueller, P. R. Urine leaks and urinomas: diagnosis and imaging-guided intervention. Radiographics. 2003 Sep-Oct; 23: 1133-47 |
| 3078 | Toan, N.N. Simplified urethrocystovaginal suspension as treatment for stress urinary incontinence [letter]. Am J Obstet Gynecol. 1993 May; 168: 1642 |
| 43268 | Toba, K., Ouchi, Y., Orimo, H., Iimura, O., Sasaki, H., Nakamura, Y., Takasaki, M., Kuzuya, F., Sekimoto, H., Yoshioka, H., Ogiwara, T., Kimura, I., Ozawa, T., Fujishima, M. Urinary incontinence in elderly inpatients in Japan: a comparison between general and geriatric hospitals. Aging (Milano). 1996 Feb; 8: 47-54 |
| 2999 | Tobin, G.W. Incontinence in the elderly. West Engl Med J. 1992 Dec; 107: 79-81 |
| 40310 | Todd, L. T., Jr, Yaszemski, M. J., Currier, B. L., Fuchs, B., Kim, C. W., Sim, F. H. Bowel and bladder function after major sacral resection. Clin Orthop. 2002 Apr; : 36-9 |
| 54790 | Toglia, M. R., Nolan, T. E. Morbidity and mortality rates of elective gynecologic surgery in the elderly woman. Am J Obstet Gynecol. 2003 Dec; 189: 1584-7; discussion 1587-9 |
| 10039 | Toh, K., Diokno, A. C. Management of intrinsic sphincter deficiency in adolescent females with normal bladder emptying function. J Urol. 2002 Sep; 168: 1150-3 |
| 59022 | Tok, E. C., Ertunc, D., Dilek, U., Pata, O., Erdogan, O., Aydin, S. The prevalence of stress urinary incontinence among women operated on for abdominal wall hernias. Acta Obstet Gynecol Scand. 2004 Oct; 83: 962-4 |

**American Urological Association, Inc.**

SUI Guidelines Panel

**3072** Tokunaka, S., Fujii, H., Hashimoto, H., and Yachiku, S. Proportions of fiber types in the external urethral sphincter of young nulliparous and old multiparous rabbits. Urol Res. 1993 Mar; 21: 121-124

**11820** Tokunaka, S., Fujii, H., Hashimoto, H., Yachiku, S. Proportions of fiber types in the external urethral sphincter of young nulliparous and old multiparous rabbits. Urol Res. 1993 Mar; 21: 121-4

**11216** Tomezsko, J. E., Sand, P. K. Pregnancy and intercurrent diseases of the urogenital tract. Clin Perinatol. 1997 Jun; 24: 343-68

**54640** Tomizawa, K., Tanaka, S., Saito, B., Ota, K. A peculiar type of dystrophic calcinosis cutis affecting the surface of damaged genital skin and mucosa in an elderly woman with a vesicovaginal fistula. Br J Dermatol. 2004 Jan; 150: 169-71

**42376** Tomlinson, A. J., Thornton, J. G. A randomised controlled trial of antibiotic prophylaxis for vesico- vaginal fistula repair. Br J Obstet Gynaecol. 1998 Apr; 105: 397-9

**41920** Tomlinson, B. U., Dougherty, M. C., Pendergast, J. F., Boyington, A. R., Coffman, M. A., Pickens, S. M. Dietary caffeine, fluid intake and urinary incontinence in older rural women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 22-8

**52100** Tong, Y. C. An alternative method of tension-free vaginal tape implantation for the treatment of female urinary incontinence. Urol Int. 2003; 71: 51-4

**11321** Toozs-Hobson, P., Gleeson, C., Perdu, M., Cardozo, L. The Burch colposuspension for women with and without detrusor overactivity. Br J Obstet Gynaecol. 1996 Oct; 103: 1050-1

**44247** Topper, A. K., Holliday, P. J., Fernie, G. R. Bladder volume estimation in the elderly using a portable ultrasound-based measurement device. J Med Eng Technol. 1993 May-Jun; 17: 99-103

**40353** Topsakal, C., Kaplan, M., Erol, F., Cetin, H., Ozercan, I. Unusual arachnoid cyst of the quadrigeminal cistern in an adult presenting with apneic spells and normal pressure hydrocephalus--case report. Neurol Med Chir (Tokyo). 2002 Jan; 42: 44-50

**11503** Torrance, C., Jordan, S. Bionursing: assessment of stress incontinence. Nurs Stand. 1995 Oct 18-24; 10: 29-31

**40044** Torres, C., Ciocon, J. O., Galindo, D., Ciocon, D. G. Clinical approach to urinary incontinence: a comparison between internists and geriatricians. Int Urol Nephrol. 2001; 33: 549-52

**42270** Torres, S. A., Holley, J. A., Ando, J., DeVera, J., Harris, P., Giles, A. Maximizing care outcomes of a patient with impaired bladder function: a PI project in a rehabilitation unit. J Nurs Care Qual. 1998 Aug; 12: 64-9

**53510** Tosaka, A., Murota-Kawano, A., Ando, M. Video urodynamics using transrectal ultrasonography for lower urinary tract symptoms in women. Neurourol Urodyn. 2003; 22: 33-9

**43669** Touho, H., Karasawa, J., Ohnishi, H. Cerebral revascularization using gracilis muscle transplantation for childhood moyamoya disease. Surg Neurol. 1995 Feb; 43: 191-7; discussion 197-8

**43168** Touho, H., Karasawa, J., Tenjin, H., Ueda, S. Omental transplantation using a superficial temporal artery previously used for encephaloduroarteriosynangiosis. Surg Neurol. 1996 Jun; 45: 550-8; discussion 558-9

**42089** Trieman, N., Hughes, J., Leff, J. The TAPS Project 42: the last to leave hospital--a profile of residual long-stay populations and plans for their resettlement. Team for the Assessment of Psychiatric Services. Acta Psychiatr Scand. 1998 Nov; 98: 354-9

**4090** Tries, J. Kegel exercises enhanced by biofeedback. J Enterostomal Ther. 1990 Mar-Apr; 17: 67-76

**44314** Triolo, J., Breu, B. A. What is your diagnosis? Hemangiosarcoma of the falciform ligament. J Am Vet Med Assoc. 1993 Jan 1; 202: 133-4

**11371** Trockman, B. A., Leach, G. E. Needle suspension procedures: past, present, and future. J Endourol. 1996 Jun; 10: 217-20

**43508** Trockman, B. A., Leach, G. E. Surgical treatment of intrinsic urethral dysfunction: injectables (fat). Urol Clin North Am. 1995 Aug; 22: 665-71

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

11500    Trockman, B. A., Leach, G. E., Hamilton, J., Sakamoto, M., Santiago, L., Zimmern, P. E. Modified Pereyra bladder neck suspension: 10-year mean followup using outcomes analysis in 125 patients. J Urol. 1995 Nov; 154: 1841-7

40697    Tromp, A. M., Pluijm, S. M., Smit, J. H., Deeg, D. J., Bouter, L. M., Lips, P. Fall-risk screening test: a prospective study on predictors for falls in community-dwelling elderly. J Clin Epidemiol. 2001 Aug; 54: 837-44

42090    Tromp, A. M., Smit, J. H., Deeg, D. J., Bouter, L. M., Lips, P. Predictors for falls and fractures in the Longitudinal Aging Study Amsterdam. J Bone Miner Res. 1998 Dec; 13: 1932-9

43357    Trsinar, B., Kraij, B. Maximal electrical stimulation in children with unstable bladder and nocturnal enuresis and/or daytime incontinence: a controlled study. Neurourol Urodyn. 1996; 15: 133-42

10202    Truijen, G., Wyndaele, J. J., Weyler, J. Conservative treatment of stress urinary incontinence in women: who will benefit?. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 386-90

40949    Truss, M. C., Stief, C. G., Uckert, S., Becker, A. J., Schultheiss, D., Machtens, S., Jonas, U. Initial clinical experience with the selective phosphodiesterase-I isoenzyme inhibitor vinpocetine in the treatment of urge incontinence and low compliance bladder. World J Urol. 2000 Dec; 18: 439-43

10339    Tsai, E., Yang, C., Chen, H., Wu, C., Lee, J. Bladder neck circulation by Doppler ultrasonography in postmenopausal women with urinary stress incontinence. Obstet Gynecol. 2001 Jul; 98: 52-6

54940    Tsao, J. W., Heilman, K. M. Transient memory impairment and hallucinations associated with tolterodine use. N Engl J Med. 2003 Dec 4; 349: 2274-5

10779    Tschopp, P. J., Wesley-James, T., Spekkens, A., Lohfeld, L. Collagen injections for urinary stress incontinence in a small urban urology practice: time to failure analysis of 99 cases. J Urol. 1999 Sep; 162: 779-82; discussion 782-3

10521    Tseng, I. J., Chen, Y. T., Chen, M. T., Kou, H. Y., Tseng, S. F. Prevalence of urinary incontinence and intention to seek treatment in the elderly. J Formos Med Assoc. 2000 Oct; 99: 753-8

50860    Tseng, L. H., Lo, T. S., Wang, A. C., Liang, C. C., Soong, Y. K. Bladder perforation presenting as vulvar edema after the tension-free vaginal tape procedure. A case report. J Reprod Med. 2003 Oct; 48: 824-6

50410    Tsivian, A., Kessler, O., Mogutin, B., Rosenthal, J., Korczak, D., Levin, S., Sidi, A. A. Tape related complications of the tension-free vaginal tape procedure. J Urol. 2004 Feb; 171: 762-4

59051    Tsivian, A., Mogutin, B., Kessler, O., Korczak, D., Levin, S., Sidi, A. A. Tension-free vaginal tape procedure for the treatment of female stress urinary incontinence: long-term results. J Urol. 2004 Sep; 172: 998-1000

52400    Tsivian, A., Shtricker, A., Levin, S., Sidi, A. A. Bone anchor 4-corner cystourethropexy: long-term results. J Urol. 2003 Jun; 169: 2244-5

43729    Tsuboi, K., Yoshii, Y., Hyodo, A., Takada, K., Nose, T. Leukoencephalopathy associated with intra-arterial ACNU in patients with gliomas. J Neurooncol. 1995; 23: 223-31

43077    Tsuboniwa, N., Kuroda, M., Hanafusa, T., Maeda, O., Saiki, S., Kinouchi, T., Miki, T., Usami, M., Kotake, T. Giant hydronephrosis of bilateral duplex systems associated with ureteral ectopia: a case report. Hinyokika Kiyo. 1996 Aug; 42: 587-90

40641    Tsuchiya, K., Ikeda, K., Haga, C., Kobayashi, T., Morimatsu, Y., Nakano, I., Matsushita, M. Atypical amyotrophic lateral sclerosis with dementia mimicking frontal Pick's disease: a report of an autopsy case with a clinical course of 15 years. Acta Neuropathol (Berl). 2001 Jun; 101: 625-30

40375    Tsuji, T., Matsuyama, Y., Sato, K., Iwata, H. Infantile spinal cord tumor: diagnostic difficulties. A case report. J Pediatr Orthop B. 2002 Jan; 11: 1-5

41351    Tulikangas, P. K., Weber, A. M., Larive, A. B., Walters, M. D. Intraoperative cystoscopy in conjunction with anti-incontinence surgery. Obstet Gynecol. 2000 Jun; 95: 794-6

40552    Tullberg, M., Jensen, C., Ekholm, S., Wikkelso, C. Normal pressure hydrocephalus: vascular white matter changes on MR images must not exclude patients from shunt surgery. AJNR Am J Neuroradiol. 2001 Oct; 22: 1665-73

**Appendix A5: Bibliography sorted by Primary Author**

## American Urological Association, Inc.

**SUI Guidelines Panel**

---

10736    Tunn, R., DeLancey, J. O., Howard, D., Thorp, J. M., Ashton-Miller, J. A., Quint, L. E. MR imaging of levator ani muscle recovery following vaginal delivery. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 300-7

10929    Tunn, R., Paris, S., Fischer, W., Hamm, B., Kuchinke, J. Static magnetic resonance imaging of the pelvic floor muscle morphology in women with stress urinary incontinence and pelvic prolapse. Neurourol Urodyn. 1998; 17: 579-89

51750    Tunn, R., Petri, E. Introital and transvaginal ultrasound as the main tool in the assessment of urogenital and pelvic floor dysfunction: an imaging panel and practical approach. Ultrasound Obstet Gynecol. 2003 Aug; 22: 205-13

59091    Tunuguntla, H. S., Gousse, A. E. Missed bilateral bladder perforation during pubovaginal sling procedure. J Urol. 2004 Jul; 172: 189-90

43331    Turan, C., Zorlu, C. G., Ekin, M., Hancerliogullari, N., Saracoglu, F. Urinary incontinence in women of reproductive age. Gynecol Obstet Invest. 1996; 41: 132-4

59228    Turkan, A., Inci, Y., Fazli, D. The short-term effects of physical therapy in different intensities of urodynamic stress incontinence. Gynecol Obstet Invest. 2005; 59: 43-8

3822    Turkington, D., Grant, J., Tophill, P., and Johnston, J. Psychiatric aspects of urinary incontinence [letter]. Bmj. 1990 Sep 1; 301: 444-445

56720    Turkolmez, K., Gogus, C., Baltaci, S. Construction of a continent outlet using an ileal valve, an in vivo animal model. Urol Res. 2003 Jul; 31: 194-7

11703    Turner, T. Continence. Muscle control. Nurs Times. 1994 Mar 9-15; 90: 64-9

3322    Turner-Stokes, L., Frank, A.O. Urinary incontinence among patients with arthritis--a neglected disability. J R Soc Med. 1992 Jul; 85: 389-393

42875    Tutuarima, J. A., van der Meulen, J. H., de Haan, R. J., van Straten, A., Limburg, M. Risk factors for falls of hospitalized stroke patients. Stroke. 1997 Feb; 28: 297-301

56680    Uchiyama, T., Sakakibara, R., Hattori, T., Yamanishi, T. Short-term effect of a single levodopa dose on micturition disturbance in Parkinson's disease patients with the wearing-off phenomenon. Mov Disord. 2003 May; 18: 573-8

43717    Uebersax, J. S., Wyman, J. F., Shumaker, S. A., McClish, D. K., Fantl, J. A. Short forms to assess life quality and symptom distress for urinary incontinence in women: the Incontinence Impact Questionnaire and the Urogenital Distress Inventory. Continence Program for Women Research Group. Neurourol Urodyn. 1995; 14: 131-9

10648    Ueda, T., Tamaki, M., Kageyama, S., Yoshimura, N., Yoshida, O. Urinary incontinence among community-dwelling people aged 40 years or older in Japan: prevalence, risk factors, knowledge and self-perception. Int J Urol. 2000 Mar; 7: 95-103

41476    Ueda, T., Yoshimura, N., Yoshida, O. Prognostic factors for long-term maintenance of urinary continence in patients with incontinence managed by diapers or indwelling catheters. Eur Urol. 2000 Mar; 37: 318-24

59063    Ugboma, H. A., Okpani, A. O., Anya, S. E. Genital prolapse in Port Harcourt, Nigeria. Niger J Med. 2004 Apr-Jun; 13: 124-9

10324    Ulmsten, U. An introduction to tension-free vaginal tape (TVT)--a new surgical procedure for treatment of female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S3-4

44829    Ulmsten, U. Connective tissue factors in the aetiology of female pelvic disorders. Ann Med. 1990 Dec; 22: 403

3790    Ulmsten, U. Connective tissue factors in the aetiology of female pelvic disorders [editorial]. Ann Med. 1990 Dec; 22: 403

11581    Ulmsten, U. On urogenital ageing. Maturitas. 1995 Apr; 21: 163-9

11266    Ulmsten, U. Some reflections and hypotheses on the pathophysiology of female urinary incontinence. Acta Obstet Gynecol Scand Suppl. 1997; 166: 3-8

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

**10289**  Ulmsten, U. The basic understanding and clinical results of tension-free vaginal tape for stress urinary incontinence. Urologe A. 2001 Jul; 40: 269-73

**10750**  Ulmsten, U., Falconer, C. Connective tissue in female urinary incontinence. Curr Opin Obstet Gynecol. 1999 Oct; 11: 509-15

**10938**  Ulmsten, U., Falconer, C., Johnson, P., Jomaa, M., Lanner, L., Nilsson, C. G., Olsson, I. A multicenter study of tension-free vaginal tape (TVT) for surgical treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 210-3

**11450**  Ulmsten, U., Henriksson, L., Johnson, P., Varhos, G. An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 81-5; discussion 85-6

**11734**  Ulmsten, U., Johnson, P., Petros, P. Intravaginal slingplasty. Zentralbl Gynakol. 1994; 116: 398-404

**10800**  Ulmsten, U., Johnson, P., Rezapour, M. A three-year follow up of tension free vaginal tape for surgical treatment of female stress urinary incontinence. Br J Obstet Gynaecol. 1999 Apr; 106: 345-50

**11597**  Ulmsten, U., Petros, P. Intravaginal slingplasty (IVS): an ambulatory surgical procedure for treatment of female urinary incontinence. Scand J Urol Nephrol. 1995 Mar; 29: 75-82

**11895**  Ulmsten, U., Petros, P. Surgery for female urinary incontinence. Curr Opin Obstet Gynecol. 1992 Jun; 4: 456-62

**43396**  Umlauf, M. G., Mathis, J. A. Urinary incontinence among primiparous women. Urol Nurs. 1995 Dec; 15: 112-6

**3458**  Umstad, M.P., Glenning, P.P. Urodynamic investigation in the management of incontinent women. Asia Oceania J Obstet Gynaecol. 1991 Dec; 17: 307-313

**51070**  Unsal, A., Saglam, R., Cimentepe, E. Extracorporeal magnetic stimulation for the treatment of stress and urge incontinence in women--results of 1-year follow-up. Scand J Urol Nephrol. 2003; 37: 424-8

**11588**  Unsworth, J. Stress incontinence: treatment using pelvic floor re-education. Br J Nurs. 1995 Mar 23-Apr 12; 4: 323-4, 326-7

**10418**  Unterweger, M., Marincek, B., Gottstein-Aalame, N., Debatin, J. F., Seifert, B., Ochsenbein-Imhof, N., Perucchini, D., Kubik-Huch, R. A. Ultrafast MR imaging of the pelvic floor. AJR Am J Roentgenol. 2001 Apr; 176: 959-63

**10285**  Ushiroyama, T., Ikeda, A., Ueki, M. Clinical efficacy of clenbuterol and propiverine in menopausal women with urinary incontinence: improvement in quality of life. J Med. 2000; 31: 311-9

**10712**  Ushiroyama, T., Ikeda, A., Ueki, M. Prevalence, incidence, and awareness in the treatment of menopausal urinary incontinence. Maturitas. 1999 Oct 24; 33: 127-32

**59205**  Ustun, Y., Engin-Ustun, Y., Gungor, M., Tezcan, S. Randomized comparison of Burch urethropexy procedures concomitant with gynecologic operations. Gynecol Obstet Invest. 2005; 59: 19-23

**51150**  Ustun, Y., Engin-Ustun, Y., Gungor, M., Tezcan, S. Tension-free vaginal tape compared with laparoscopic Burch urethropexy. J Am Assoc Gynecol Laparosc. 2003 Aug; 10: 386-9

**54330**  Uustal Fornell, E., Wingren, G., Kjolhede, P. Factors associated with pelvic floor dysfunction with emphasis on urinary and fecal incontinence and genital prolapse: an epidemiological study. Acta Obstet Gynecol Scand. 2004 Apr; 83: 383-9

**40745**  Vachvanichsanong, P., Malagon, M., Moore, E. S. Recurrent abdominal and flank pain in children with idiopathic hypercalciuria. Acta Paediatr. 2001 Jun; 90: 643-8

**43791**  Vachvanichsanong, P., Malagon, M., Moore, E. S. Urinary incontinence due to idiopathic hypercalciuria in children. J Urol. 1994 Oct; 152: 1226-8

**40771**  Vachvanichsanong, P., Malagon, M., Moore, E. S. Urinary tract infection in children associated with idiopathic hypercalciuria. Scand J Urol Nephrol. 2001 Apr; 35: 112-6

**42646**  Vahtera, T., Haaranen, M., Viramo-Koskela, A. L., Ruutiainen, J. Pelvic floor rehabilitation is effective in patients with multiple sclerosis. Clin Rehabil. 1997 Aug; 11: 211-9

42310 Vaidyanathan, S., Soni, B. M., Brown, E., Sett, P., Krishnan, K. R., Bingley, J., Markey, S. Effect of intermittent urethral catheterization and oxybutynin bladder instillation on urinary continence status and quality of life in a selected group of spinal cord injury patients with neuropathic bladder dysfunction. Spinal Cord. 1998 Jun; 36: 409-14

42280 Vaizey, C. J., Kamm, M. A., Gold, D. M., Bartram, C. I., Halligan, S., Nicholls, R. J. Clinical, physiological, and radiological study of a new purpose- designed artificial bowel sphincter. Lancet. 1998 Jul 11; 352: 105-9

41493 Vakar-Lopez, F., Abrams, J. Basaloid squamous cell carcinoma occurring in the urinary bladder. Arch Pathol Lab Med. 2000 Mar; 124: 455-9

11684 Valaitis, S. R., Stanton, S. L. Sacrocolpopexy: a retrospective study of a clinician's experience. Br J Obstet Gynaecol. 1994 Jun; 101: 518-22

40150 Valente, E. M., Brancati, F., Caputo, V., Bertini, E., Patrono, C., Costanti, D., Dallapiccola, B. Novel locus for autosomal dominant pure hereditary spastic paraplegia (SPG19) maps to chromosome 9q33-q34. Ann Neurol. 2002 Jun; 51: 681-5

11153 Valerius, A. J. Quality of life tools for assessment of urinary incontinence. Urol Nurs. 1997 Sep; 17: 104-5

11154 Valerius, A. J. The psychosocial impact of urinary incontinence on women aged 25 to 45 years. Urol Nurs. 1997 Sep; 17: 96-103

10489 Valiquette, L., Duclos, A. J., Lapointe, S. P. FPSUND: a new clinical classification of urinary incontinence. Can J Urol. 2000 Jun; 7: 1038-42

40865 Valk, M., Post, M. W., Cools, H. J., Schrijvers, G. A. Measuring disability in nursing home residents: validity and reliability of a newly developed instrument. J Gerontol B Psychol Sci Soc Sci. 2001 May; 56: P187-91

43465 Valldeoriola, F., Valls-Sole, J., Tolosa, E. S., Marti, M. J. Striated anal sphincter denervation in patients with progressive supranuclear palsy. Mov Disord. 1995 Sep; 10: 550-5

11196 Valley, M. T. Pubic bone suburethral stabilization sling for recurrent urinary incontinence. Obstet Gynecol. 1997 Sep; 90: 481-2

52330 Valpas, A., Kivela, A., Penttinen, J., Kauko, M., Kujansuu, E., Tomas, E., Haarala, M., Meltomaa, S., Nilsson, C. K. Tension-free vaginal tape and laparoscopic mesh colposuspension in the treatment of stress urinary incontinence: immediate outcome and complications--a randomized clinical trial. Acta Obstet Gynecol Scand. 2003 Jul; 82: 665-71

59076 Valpas, A., Kivela, A., Penttinen, J., Kujansuu, E., Haarala, M., Nilsson, C. G. Tension-free vaginal tape and laparoscopic mesh colposuspension for stress urinary incontinence. Obstet Gynecol. 2004 Jul; 104: 42-9

43023 Valvanne, J., Juva, K., Erkinjuntti, T., Tilvis, R. Major depression in the elderly: a population study in Helsinki. Int Psychogeriatr. 1996 Fall; 8: 437-43

42301 van Aalst, V. C., Werker, P. M., Stremel, R. W., Perez Abadia, G. A., Petty, G. D., Heilman, S. J., Palacio, M. M., Kon, M., Tobin, G. R., Barker, J. H. Electrically stimulated free-flap graciloplasty for urinary sphincter reconstruction: a new surgical procedure. Plast Reconstr Surg. 1998 Jul; 102: 84-91

40662 van Balken, M. R., Vandoninck, V., Gisolf, K. W., Vergunst, H., Kiemeney, L. A., Debruyne, F. M., Bemelmans, B. L. Posterior tibial nerve stimulation as neuromodulative treatment of lower urinary tract dysfunction. J Urol. 2001 Sep; 166: 914-8

43570 van Bennekom, C. A., Jelles, F., Lankhorst, G. J., Bouter, L. M. The Rehabilitation Activities Profile: a validation study of its use as a disability index with stroke patients. Arch Phys Med Rehabil. 1995 Jun; 76: 501-7

50890 van Brummen, H. J., van de Pol, G., Aalders, C. I., Heintz, A. P., van der Vaart, C. H. Sacrospinous hysteropexy compared to vaginal hysterectomy as primary surgical treatment for a descensus uteri: effects on urinary symptoms. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 350-5; discussion 355

42396 van der Hurk, P. R., Middelkoop, H. A., van Waalwijk-van Doorn, E. S., Roos, R. A., Cools, H. J. Long-term ambulatory monitoring of urine leakage in the elderly: an evaluation of the validity and clinical applicability of thermistor signalling. J Med Eng Technol. 1998 Mar-Apr; 22: 91-3

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

44157   van der Linden, M. C., Gerretsen, G., Brandhorst, M. S., Ooms, E. C., Kremer, C. M., Doesburg, W. H. The effect of estriol on the cytology of urethra and vagina in postmenopausal women with genito-urinary symptoms. Eur J Obstet Gynecol Reprod Biol. 1993 Sep; 51: 29-33

57340   van der Vaart, C. H., de Leeuw, J. R., Roovers, J. P., Heintz, A. P. Measuring health-related quality of life in women with urogenital dysfunction: the urogenital distress inventory and incontinence impact questionnaire revisited. Neurourol Urodyn. 2003; 22: 97-104

10019   van der Vaart, C. H., de Leeuw, J. R., Roovers, J. P., Heintz, A. P. The effect of urinary incontinence and overactive bladder symptoms on quality of life in young women. BJU Int. 2002 Oct; 90: 544-9

10166   van der Vaart, C. H., van der Bom, J. G., de Leeuw, J. R., Roovers, J. P., Heintz, A. P. The contribution of hysterectomy to the occurrence of urge and stress urinary incontinence symptoms. BJOG. 2002 Feb; 109: 149-54

54210   van der Weide, M., Smits, J. Adoption of innovations by specialised nurses: personal, work and organisational characteristics. Health Policy. 2004 Apr; 68: 81-92

40040   Van der Werf, B. A., Creed, K. E. Mechanical properties and innervation of the smooth muscle layers of the urethra of greyhounds. BJU Int. 2002 Oct; 90: 588-95

41454   van Geelen, J. M., van de Weijer, P. H., Arnolds, H. T. Urogenital symptoms and resulting discomfort in non-institutionalized Dutch women aged 50-75 years. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 9-14

11528   van Gool, J. D. Dysfunctional voiding: a complex of bladder/sphincter dysfunction, urinary tract infections and vesicoureteral reflux. Acta Urol Belg. 1995 May; 63: 27-33

40285   van Gool, J. D. Enuresis and incontinence in children. Semin Pediatr Surg. 2002 May; 11: 100-7

44554   van Gool, J. D., Vijverberg, M. A., de Jong, T. P. Functional daytime incontinence: clinical and urodynamic assessment. Scand J Urol Nephrol Suppl. 1992; 141: 58-69

42624   Van Hoogmoed, L., Snyder, J. R., Roberts, G., Harmon, F. A. Unilateral nephrectomy in a juvenile llama. Vet Surg. 1997 Nov-Dec; 26: 497-501

42924   Van Kerrebroeck, E. V., van der Aa, H. E., Bosch, J. L., Koldewijn, E. L., Vorsteveld, J. H., Debruyne, F. M. Sacral rhizotomies and electrical bladder stimulation in spinal cord injury. Part I: Clinical and urodynamic analysis. Dutch Study Group on Sacral Anterior Root Stimulation. Eur Urol. 1997; 31: 263-71

59119   Van Kerrebroeck, P. Duloxetine: an innovative approach for treating stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 31-7

42239   Van Kerrebroeck, P. E. The role of electrical stimulation in voiding dysfunction. Eur Urol. 1998; 34 Suppl 1: 27-30

42151   Van Kerrebroeck, P. E., Amarenco, G., Thuroff, J. W., Madersbacher, H. G., Lock, M. T., Messelink, E. J., Soler, J. M. Dose-ranging study of tolterodine in patients with detrusor hyperreflexia. Neurourol Urodyn. 1998; 17: 499-512

44341   Van Kerrebroeck, P. E., Koldewijn, E. L., Debruyne, F. M. Worldwide experience with the Finetech-Brindley sacral anterior root stimulator. Neurourol Urodyn. 1993; 12: 497-503

44246   Van Kerrebroeck, P. E., Koldewijn, E. L., Scherpenhuizen, S., Debruyne, F. M. The morbidity due to lower urinary tract function in spinal cord injury patients. Paraplegia. 1993 May; 31: 320-9

50260   van Kerrebroeck, P., Abrams, P., Lange, R., Slack, M., Wyndaele, J. J., Yalcin, I., Bump, R. C. Duloxetine versus placebo in the treatment of European and Canadian women with stress urinary incontinence. BJOG. 2004 Mar; 111: 249-57

40929   Van Kerrebroeck, P., Kreder, K., Jonas, U., Zinner, N., Wein, A. Tolterodine once-daily: superior efficacy and tolerability in the treatment of the overactive bladder. Urology. 2001 Mar; 57: 414-21

53220   van Kerrebroeck, P., ter Meulen, F., Farrelly, E., Larsson, G., Edwall, L., Fianu-Jonasson, A. Treatment of stress urinary incontinence: recent developments in the role of urethral injection. Urol Res. 2003 Feb; 30: 356-62

43595   Van Kerrebroek, E. V. Female incontinence: critical analysis of diagnostic procedures. Acta Urol Belg. 1995 May; 63: 11-2

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

---

**10349**    Van Kessel, K., Reed, S., Newton, K., Meier, A., Lentz, G. The second stage of labor and stress urinary incontinence. Am J Obstet Gynecol. 2001 Jun; 184: 1571-5

**40569**    van Kuijk, A. A., van der Linde, H., van Limbeek, J. Urinary incontinence in stroke patients after admission to a postacute inpatient rehabilitation program. Arch Phys Med Rehabil. 2001 Oct; 82: 1407-11

**42428**    van Loenen, N. T., Vierhout, M. E. Augmentation of urethral pressure profile by voluntary pelvic floor contraction. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 284-7

**40665**    van Melick, H. H., Gisolf, K. W., Eckhardt, M. D., van Venrooij, G. E., Boon, T. A. One 24-hour frequency-volume chart in a woman with objective urinary motor urge incontinence is sufficient. Urology. 2001 Aug; 58: 188-92

**52950**    van Os-Bossagh, P., Pols, T., Hop, W. C., Bohnen, A. M., Vierhout, M. E., Drogendijk, A. C. Voiding symptoms in chronic pelvic pain (CPP). Eur J Obstet Gynecol Reprod Biol. 2003 Apr 25; 107: 185-90

**41490**    Van Savage, J. G., Chancellor, M. B., Slaughenhoupt, B. Transverse retubularized ileovesicostomy continent urinary diversion to the umbilicus. Tech Urol. 2000 Mar; 6: 29-33

**43008**    Van Savage, J. G., Khoury, A. E., McLorie, G. A., Churchill, B. M. Outcome analysis of Mitrofanoff principle applications using appendix and ureter to umbilical and lower quadrant stomal sites. J Urol. 1996 Nov; 156: 1794-7

**43974**    Van Savage, J. G., McSherry, S. A., Lepor, H., Mohler, J. L. Effects of alpha-adrenergic agonist on neobladder water and electrolyte transport. Urology. 1994 Mar; 43: 324-7

**43644**    Van Savage, J. G., Mesrobian, H. G. The impact of prenatal sonography on the morbidity and outcome of patients with renal duplication anomalies. J Urol. 1995 Mar; 153: 768-70

**40710**    Van Savage, J. G., Yepuri, J. N. Transverse retubularized sigmoidovesicostomy continent urinary diversion to the umbilicus. J Urol. 2001 Aug; 166: 644-7

**41230**    Van Savage, J. G., Yohannes, P. Laparoscopic antegrade continence enema in situ appendix procedure for refractory constipation and overflow fecal incontinence in children with spina bifida. J Urol. 2000 Sep; 164: 1084-7

**42762**    Van Savage, J., Slaughenhoupt, B. L. Advances in the management of urinary incontinence in children. J Ky Med Assoc. 1997 Jun; 95: 226-34

**51840**    van Veggel, L., Morrell, M., Harris, C., Dormans-Linssen, M. A new device for the treatment of female stress urinary incontinence. Proc Inst Mech Eng [H]. 2003; 217: 317-21

**43776**    van Venrooij, G. E., Boon, T. A. Extensive urodynamic investigation: interaction among diuresis, detrusor instability, urethral relaxation, incontinence and complaints in women with a history of urge incontinence. J Urol. 1994 Nov; 152: 1535-8

**42881**    van Waalwijk van Doorn, E. S., Ambergen, A. W., Janknegt, R. A. Detrusor activity index: quantification of detrusor overactivity by ambulatory monitoring. J Urol. 1997 Feb; 157: 596-9

**43453**    van Waalwijk van Doorn, E. S., Gommer, E. D. Ambulatory urodynamics. Curr Opin Obstet Gynecol. 1995 Oct; 7: 378-81

**11904**    van Waalwijk van Doorn, E. S., Remmers, A., Janknegt, R. A. Conventional and extramural ambulatory urodynamic testing of the lower urinary tract in female volunteers. J Urol. 1992 May; 147: 1319-25; discussion 1326

**11971**    van Waalwijk van Doorn, E. S., Remmers, A., Janknegt, R. A. Extramural ambulatory urodynamic monitoring during natural filling and normal daily activities: evaluation of 100 patients. J Urol. 1991 Jul; 146: 124-31

**12095**    van Waalwijk van Doorn, E. S., Zwiers, W. Ambulant monitoring to assess the efficacy of oxybutynin chloride in patients with mixed incontinence. Eur Urol. 1990; 18: 49-51

**44350**    Van Zak, D. B. Non-invasive feedback of external pubococcegii muscle activity as a treatment for urinary incontinence. Int J Psychosom. 1993; 40: 56-9

**10774**    van Zon-Rabelink, I., Laven, J., Vleugels, M. The bacteriological changes after re-using a vaginal continence guard. Acta Obstet Gynecol Scand. 1999 Sep; 78: 722-7

---

**Appendix A5: Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 42723 | Vancaillie, T. G. Laparoscopic colposuspension and pelvic floor repair. Curr Opin Obstet Gynecol. 1997 Aug; 9: 244-6 |
| 3526 | Vancaillie, T.G., Schuessler, W. Laparoscopic bladderneck suspension. J Laparoendosc Surg. 1991 Jun; 1: 169-173 |
| 43592 | Vandeberg, C. Female incontinence: critical analysis of diagnostic procedures. Acta Urol Belg. 1995 May; 63: 35-6 |
| 5262 | Vanderhooft, J.E., Conrad, E.U., Anderson, P.A., Richardson, M.L., and Bruckner, J. Intradural recurrence with chondrosarcoma of the spine. A case report and review of the literature. Clin Orthop. 1993 Sep; 294: 90-95 |
| 40993 | VanderHorst, V. G., Meijer, E., Holstege, G. Estrogen receptor-alpha immunoreactivity in parasympathetic preganglionic neurons innervating the bladder in the adult ovariectomized cat. Neurosci Lett. 2001 Feb 9; 298: 147-50 |
| 59359 | Vandoninck, V., Bemelmans, B. L., Mazzetta, C., Robertson, C., Keech, M., Boyle, P., Kiemeney, L. A. The prevalence of urinary incontinence in community-dwelling married women: a matter of definition. BJU Int. 2004 Dec; 94: 1291-5 |
| 57650 | Vandoninck, V., Van Balken, M. R., Finazzi Agro, E., Petta, F., Caltagirone, C., Heesakkers, J. P., Kiemeney, L. A., Debruyne, F. M., Bemelmans, B. L. Posterior tibial nerve stimulation in the treatment of urge incontinence. Neurourol Urodyn. 2003; 22: 17-23 |
| 56760 | Vandoninck, V., van Balken, M. R., Finazzi Agro, E., Petta, F., Micali, F., Heesakkers, J. P., Debruyne, F. M., Kiemeney, L. A., Bemelmans, B. L. Percutaneous tibial nerve stimulation in the treatment of overactive bladder: urodynamic data. Neurourol Urodyn. 2003; 22: 227-32 |
| 3800 | van-Gool, J.D., de-Jong, T.P. Urinary infection, incontinence and clean intermittent catheterisation in myelomeningocele. Z Kinderchir. 1990 Dec; 45 Suppl 1: 10 |
| 3365 | van-Gool, J.D., Vijverberg, M.A., and de-Jong, T.P. Functional daytime incontinence: clinical and urodynamic assessment. Scand J Urol Nephrol Suppl. 1992; 141: 58-69 |
| 3362 | van-Gool, J.D., Vijverberg, M.A., Messer, A.P., Elzinga-Plomp, A., and de-Jong, T.P. Functional daytime incontinence: non-pharmacological treatment. Scand J Urol Nephrol Suppl. 1992; 141: 93-103;discussion104-5 |
| 3028 | Van-Kerrebroeck, P.E., Koldewijn, E.L., Scherpenhuizen, S., and Debruyne, F.M. The morbidity due to lower urinary tract function in spinal cord injury patients. Paraplegia. 1993 May; 31: 320-329 |
| 3407 | Van-Rijswijk, L. AHCPR update. The guidelines for urinary incontinence in adults. Ostomy Wound Manage. 1992 May; 38: 8,10 |
| 3269 | Van-Rijswijk, L. AHCPR update. Treatment of urinary incontinence. Ostomy Wound Manage. 1992 Jul-Aug; 38: 42-43 |
| 3671 | van-Waalwijk-van-Doorn, E.S., Remmers, A., and Janknegt, R.A. Extramural ambulatory urodynamic monitoring during natural filling and normal daily activities: evaluation of 100 patients. J Urol. 1991 Jul; 146: 124-131 |
| 40553 | Vapnek, J. M. Urinary incontinence. Screening and treatment of urinary dysfunction. Geriatrics. 2001 Oct; 56: 25-9; quiz 32 |
| 44405 | Vara, A. R., Shanberg, A. M., Sawyer, D. E., Tansey, L. A., Martin, D. C. Modification of Le Bag ileocolonic pouch with improved results. Review of 17 cases. Urology. 1992 Sep; 40: 221-6 |
| 12051 | Varner, R. E. Retropubic long-needle suspension procedures for stress urinary incontinence. Am J Obstet Gynecol. 1990 Aug; 163: 551-7 |
| 11489 | Varner, R. E., Plessala, K. J., Richter, H. Effects of sacrocolposuspension on the lower urinary tract. Am J Obstet Gynecol. 1995 Dec; 173: 1684-8; discussion 1688-9 |
| 11951 | Varner, R. E., Sparks, J. M. Surgery for stress urinary incontinence. Surg Clin North Am. 1991 Oct; 71: 1111-34 |
| 3962 | Varner, R.E. Retropubic long-needle suspension procedures for stress urinary incontinence [see comments]. Am J Obstet Gynecol. 1990 Aug; 163: 551-557 |

# Appendix A5  Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Primary Author and Title

---

**10901** Vasavada, S. P., Rackley, R. R., Appell, R. A. In situ anterior vaginal wall sling formation with preservation of the endopelvic fascia for treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 379-84

**3875** Vasilev, S.A., Schlaerth, J.B. Intraoperative pressure profile measurement and continence mechanism adjustment in the Indiana pouch urinary reservoir. Surg Gynecol Obstet. 1990 Dec; 171: 518-520

**10024** Vassallo, B. J., Kleeman, S. D., Segal, J. L., Walsh, P., Karram, M. M. Tension-free vaginal tape: a quality-of-life assessment. Obstet Gynecol. 2002 Sep; 100: 518-24

**52600** Vassallo, B. J., Kleeman, S. D., Segal, J., Karram, M. M. Urethral erosion of a tension-free vaginal tape. Obstet Gynecol. 2003 May; 101: 1055-8

**42841** Vecchioli Scaldazza, C. Rehabilitative treatment of non-neurogenic female urinary incontinence. Clinical and urodynamic evaluation. Minerva Urol Nefrol. 1997 Mar; 49: 5-8

**3813** Vehmas, T., Lindell, O., Soimakallio, S., Paivansalo, M., Balk, S., and Kivisaari, L. Percutaneous nephrostomy in the management of urinary leakages and fistulas. Rontgenblatter. 1990 Dec; 43: 512-515

**41952** Velez, J. B. Behavior therapy for urge incontinence in older women. J Fam Pract. 1999 Mar; 48: 168-9

**44972** Venkatesan, P., Gladman, J., Macfarlane, J. T., Barer, D., Berman, P., Kinnear, W., Finch, R. G. A hospital study of community acquired pneumonia in the elderly. Thorax. 1990 Apr; 45: 254-8

**4009** Venkatesan, P., Gladman, J., Macfarlane, J.T., Barer, D., Berman, P., Kinnear, W., and Finch, R.G. A hospital study of community acquired pneumonia in the elderly. Thorax. 1990 Apr; 45: 254-258

**41245** Venn, S. N., Greenwell, T. J., Mundy, A. R. The long-term outcome of artificial urinary sphincters. J Urol. 2000 Sep; 164: 702-6; discussion 706-7

**41758** Venn, S. N., Mundy, A. R. Continent urinary diversion using the Mainz-type ureterosigmoidostomy-- a valuable salvage procedure. Eur Urol. 1999 Sep; 36: 247-51

**11484** Venus, J. T., Calhoun, B. C. Urinary incontinence procedures performed at a military teaching hospital. Mil Med. 1995 Dec; 160: 613-4

**40674** Vereecken, R. L. A critical view on the value of urodynamics in non-neurogenic incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 188-95

**43596** Vereecken, R. L. Clinical history and computerized questionnaires in the evaluation of incontinence. Acta Urol Belg. 1995 May; 63: 1-7

**43316** Vereecken, R. L. Physiological and pathological urethral pressure variations. Urol Int. 1996; 57: 145-50

**10250** Vereecken, R. L., Lechat, A. Cadaver fascia lata sling in the treatment of intrinsic sphincter weakness. Urol Int. 2001; 67: 232-4

**10679** Vereecken, R. L., Proesmans, W. Extensive surgery on the trigone for complete ureteral duplication does not cause incontinence or voiding problems. Urology. 2000 Feb; 55: 267-70; discussion 270-1

**41545** Vereecken, R. L., Proesmans, W. Urethral instability as an important element of dysfunctional voiding. J Urol. 2000 Feb; 163: 585-8

**11086** Vereecken, R. L., Van Nuland, T. Detrusor pressure in ambulatory versus standard urodynamics. Neurourol Urodyn. 1998; 17: 129-33

**3321** Vereecken, R.L. Bladder pressure and kidney function in children with myelomeningocoele: review article. Paraplegia. 1992 Mar; 30: 153-159

**42623** Vernarec, E. The high costs of hidden conditions. Bus Health. 1998 Jan; 16: 19-23

**42632** Vernon, S., Bleakley, S. A successful bladder retraining program. Nurs Times. 1997 Sep 17-23; 93: 50-1

**40295** Vernon, T. Managing excoriation. Nurs Times. 2000 Jul 20; 96: 12

---

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 11140 | Veronikis, D. K., Nichols, D. H., Wakamatsu, M. M. The incidence of low-pressure urethra as a function of prolapse- reducing technique in patients with massive pelvic organ prolapse (maximum descent at all vaginal sites). Am J Obstet Gynecol. 1997 Dec; 177: 1305-13; discussion 1313-4 |
| 12081 | Versi, E. Discriminant analysis of urethral pressure profilometry data for the diagnosis of genuine stress incontinence. Br J Obstet Gynaecol. 1990 Mar; 97: 251-9 |
| 4024 | Versi, E. Incontinence in the climacteric. Clin Obstet Gynecol. 1990 Jun; 33: 392-398 |
| 40764 | Versi, E. The clinical value of video-urethrography. Scand J Urol Nephrol Suppl. 2001; : 74-9; discussion 106-25 |
| 11973 | Versi, E. The significance of an open bladder neck in women. Br J Urol. 1991 Jul; 68: 42-3 |
| 44477 | Versi, E. The Stamey endoscopic bladder neck suspension: a clinical and urodynamic investigation, including actuarial follow-up over four years. Br J Obstet Gynaecol. 1992 May; 99: 442-3 |
| 3333 | Versi, E. The Stamey endoscopic bladder neck suspension: a clinical and urodynamic investigation, including actuarial follow-up over four years [letter]. Br J Obstet Gynaecol. 1992 May; 99: 442-443 |
| 41421 | Versi, E., Appell, R., Mobley, D., Patton, W., Saltzstein, D. Dry mouth with conventional and controlled-release oxybutynin in urinary incontinence. The Ditropan XL Study Group. Obstet Gynecol. 2000 May; 95: 718-21 |
| 3597 | Versi, E., Cardozo, L., Anand, D., and Cooper, D. Symptoms analysis for the diagnosis of genuine stress incontinence. Br J Obstet Gynaecol. 1991 Aug; 98: 815-819 |
| 11959 | Versi, E., Cardozo, L., Anand, D., Cooper, D. Symptoms analysis for the diagnosis of genuine stress incontinence. Br J Obstet Gynaecol. 1991 Aug; 98: 815-9 |
| 3594 | Versi, E., Cardozo, L., and Cooper, D.J. Urethral pressures: analysis of transmission pressure ratios. Br J Urol. 1991 Sep; 68: 266-270 |
| 11954 | Versi, E., Cardozo, L., Cooper, D. J. Urethral pressures: analysis of transmission pressure ratios. Br J Urol. 1991 Sep; 68: 266-70 |
| 10995 | Versi, E., Griffiths, D. J., Harvey, M. A. A new external urethral occlusive device for female urinary incontinence. Obstet Gynecol. 1998 Aug; 92: 286-91 |
| 10918 | Versi, E., Harvey, M. A. Efficacy of an external urethral device in women with genuine stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 271-4 |
| 10930 | Versi, E., Lyell, D. J., Griffiths, D. J. Videourodynamic diagnosis of occult genuine stress incontinence in patients with anterior vaginal wall relaxation. J Soc Gynecol Investig. 1998 Nov-Dec; 5: 327-30 |
| 43273 | Versi, E., Orrego, G., Hardy, E., Seddon, G., Smith, P., Anand, D. Evaluation of the home pad test in the investigation of female urinary incontinence. Br J Obstet Gynaecol. 1996 Feb; 103: 162-7 |
| 40243 | Vickerman, J. The role of the occupational therapist in continence care. Nurs Times. 2002 Apr 23-29; 98: 52 |
| 3789 | Victor, A. Pad weighing test--a simple method to quantitate urinary incontinence. Ann Med. 1990 Dec; 22: 443-447 |
| 11035 | Videla, F. L., Wall, L. L. Stress incontinence diagnosed without multichannel urodynamic studies. Obstet Gynecol. 1998 Jun; 91: 965-8 |
| 10620 | Viera, A. J., Larkins-Pettigrew, M. Practical use of the pessary. Am Fam Physician. 2000 May 1; 61: 2719-26, 2729 |
| 59066 | Viereck, V., Bader, W., Skala, C., Gauruder-Burmester, A., Emons, G., Hilgers, R., Krauss, T. Determination of bladder neck position by intraoperative introital ultrasound in colposuspension: outcome at 6-month follow-up. Ultrasound Obstet Gynecol. 2004 Aug; 24: 186-91 |
| 10366 | Vierhout, M. E. Severe hemorrhage complicating tension-free vaginal tape (TVT): a case report. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 139-40 |
| 11769 | Vierhout, M. E., Gianotten, W. L. Mechanisms of urine loss during sexual activity. Eur J Obstet Gynecol Reprod Biol. 1993 Nov; 52: 45-7 |

 © 2008 American Urological Association, Inc.  All rights reserved.  Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

11095    Vierhout, M. E., Hol, M. Vaginal ultrasound studies before and after successful colposuspension and in continent controls. Acta Obstet Gynecol Scand. 1998 Jan; 77: 101-4

11169    Vierhout, M. E., Lose, G. Preventive vaginal and intra-urethral devices in the treatment of female urinary stress incontinence. Curr Opin Obstet Gynecol. 1997 Oct; 9: 325-8

11884    Vierhout, M. E., Mulder, A. F. De novo detrusor instability after Burch colposuspension. Acta Obstet Gynecol Scand. 1992 Aug; 71: 414-6

42938    Vijverberg, M. A., Elzinga-Plomp, A., Messer, A. P., van Gool, J. D., de Jong, T. P. Bladder rehabilitation, the effect of a cognitive training programme on urge incontinence. Eur Urol. 1997; 31: 68-72

53580    Viktrup, L. Female stress and urge incontinence in family practice: insight into the lower urinary tract. Int J Clin Pract. 2002 Nov; 56: 694-700

10196    Viktrup, L. The risk of lower urinary tract symptoms five years after the first delivery. Neurourol Urodyn. 2002; 21: 2-29

51090    Viktrup, L., Bump, R. C. Pharmacological agents used for the treatment of stress urinary incontinence in women. Curr Med Res Opin. 2003; 19: 485-90

59182    Viktrup, L., Koke, S., Burgio, K. L., Ouslander, J. G. Stress urinary incontinence in active elderly women. South Med J. 2005 Jan; 98: 79-89

10256    Viktrup, L., Lose, G. Do fertile women remember the onset of stress incontinence? Recall bias 5 years after 1st delivery. Acta Obstet Gynecol Scand. 2001 Oct; 80: 952-5

11756    Viktrup, L., Lose, G. Epidural anesthesia during labor and stress incontinence after delivery. Obstet Gynecol. 1993 Dec; 82: 984-6

10466    Viktrup, L., Lose, G. Lower urinary tract symptoms 5 years after the first delivery. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 336-40

10302    Viktrup, L., Lose, G. The risk of stress incontinence 5 years after first delivery. Am J Obstet Gynecol. 2001 Jul; 185: 82-7

 3425    Viktrup, L., Lose, G., Rolff, M., and Barfoed, K. The symptom of stress incontinence caused by pregnancy or delivery in primiparas. Obstet Gynecol. 1992 Jun; 79: 945-949

11898    Viktrup, L., Lose, G., Rolff, M., Barfoed, K. The symptom of stress incontinence caused by pregnancy or delivery in primiparas. Obstet Gynecol. 1992 Jun; 79: 945-9

59121    Viktrup, L., Summers, K. H., Dennett, S. L. Clinical practice guidelines for the initial management of urinary incontinence in women: a European-focused review. BJU Int. 2004 Jul; 94 Suppl 1: 14-22

44396    Viljoen, A. C. Further experience with the vaginal strips sling operation. S Afr Med J. 1992 Oct; 82: 286-7

 3253    Viljoen, A.C. Further experience with the vaginal strips sling operation [letter]. S Afr Med J. 1992 Oct; 82: 286-287

 4003    Viljoen, A.C. The vaginal strips sling operation. An alternative procedure for urinary incontinence. S Afr Med J. 1990 Jun 16; 77: 632-634

53610    Villet, R., Ercoli, A., Atallah, D., Hoffmann, P., Salet-Lizee, D. Second tension-free vaginal tape procedure and mesh retensioning: two possibilities of treatment of recurrent-persistent genuine stress urinary incontinence after a primary tension-free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 377-9

44154    Vincent, C. Osteitis pubis. J Am Board Fam Pract. 1993 Sep-Oct; 6: 492-6

40585    Vinker, S., Kaplan, B., Nakar, S., Samuels, G., Shapira, G., Kitai, E. Urinary incontinence in women: prevalence, characteristics and effect on quality of life. A primary care clinic study. Isr Med Assoc J. 2001 Sep; 3: 663-6

12009    Vinsnes, A. G., Hunskaar, S. Distress associated with urinary incontinence, as measured by a visual analogue scale. Scand J Caring Sci. 1991; 5: 57-61

42014    Vinson, J., Proch, J. Inhibition of moisture penetration to the skin by a novel incontinence barrier product. J Wound Ostomy Continence Nurs. 1998 Sep; 25: 256-60

Appendix A5 Bibliography sorted by Primary Author
Case 2:14-md-02592-EEF-MBN Document 5104-15 Filed 01/20/17 Page 397 of 800 PageID #: 146472

American Urological Association, Inc.                                    Master Bibliography

SUI Guidelines Panel                                        sorted by Primary Author and Title

42096    Virgili, A., Corazza, M., Califano, A. Diaper dermatitis in an adult. A case of erythema papuloerosive of Sevestre and Jacquet. J Reprod Med. 1998 Nov; 43: 949-51

10037    Virtanen, H. S., Kiilholma, P. Urogynecologic ultrasound is a useful aid in the assessment of female stress urinary incontinence--a prospective study with TVT procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 218-22; discussion 223

11799    Virtanen, H. S., Makinen, J. I. Retrospective analysis of 711 patients operated on for pelvic relaxation in 1983-1989. Int J Gynaecol Obstet. 1993 Aug; 42: 109-15

11648    Virtanen, H. S., Makinen, J. I. Vesicocervical fistula--a rare cause of urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1994 Oct; 57: 54-5

11707    Virtanen, H., Hirvonen, T., Makinen, J., Kiilholma, P. Outcome of thirty patients who underwent repair of posthysterectomy prolapse of the vaginal vault with abdominal sacral colpopexy. J Am Coll Surg. 1994 Mar; 178: 283-7

11753    Virtanen, H., Makinen, J., Tenho, T., Kiilholma, P., Pitkanen, Y., Hirvonen, T. Effects of abdominal hysterectomy on urinary and sexual symptoms. Br J Urol. 1993 Dec; 72: 868-72

10886    Visco, A. G., Figuers, C. Nonsurgical management of pelvic floor dysfunction. Obstet Gynecol Clin North Am. 1998 Dec; 25: 849-65, vii

41590    Visco, A. G., Weidner, A. C., Cundiff, G. W., Bump, R. C. Observed patient compliance with a structured outpatient bladder retraining program. Am J Obstet Gynecol. 1999 Dec; 181: 1392-4

41750    Visco, A. G., Yamauchi, M. Collagen cross-linking in patients with urinary incontinence. Am J Obstet Gynecol. 1999 Aug; 181: 509-10

52470    Viseshsindh, W., Kochakarn, W., Waikakul, W., Roongruangsilp, U., Siripornpinyo, N., Viseshsindh, V. A randomized controlled trial of pubovaginal sling versus vaginal wall sling for stress urinary incontinence. J Med Assoc Thai. 2003 Apr; 86: 308-15

10199    Visser, A. J., Heyns, C. F., Visser Jun, A. J. Vesicosuspension for female stress incontinence and cystocele using pubic bone anchors. S Afr J Surg. 2001 Nov; 39: 129-32

10467    Vodusek, D. B. Clinical neurophysiological tests in urogynecology. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 333-5

58010    Vodusek, D. B. The role of electrophysiology in the evaluation of incontinence and prolapse. Curr Opin Obstet Gynecol. 2002 Oct; 14: 509-14

42179    Voelker, R. International group seeks to dispel incontinence 'taboo'. JAMA. 1998 Sep 16; 280: 951-3

41256    Volkmer, B. G., Kuefer, R., Nesslauer, T., Loeffler, M., Gottfried, H. W. Colour Doppler ultrasound in vesicovaginal fistulas. Ultrasound Med Biol. 2000 Jun; 26: 771-5

53370    Volkmer, B. G., Nesslauer, T., Rinnab, L., Schradin, T., Hautmann, R. E., Gottfried, H. W. Surgical intervention for complications of tension-free vaginal tape procedure. J Urol. 2003 Feb; 169: 570-4

42386    von Gontard, A. Annotation: day and night wetting in children--a paediatric and child psychiatric perspective. J Child Psychol Psychiatry. 1998 May; 39: 439-51

41771    von Gontard, A., Benden, B., Mauer-Mucke, K., Lehmkuhl, G. Somatic correlates of functional enuresis. Eur Child Adolesc Psychiatry. 1999 Jun; 8: 117-25

31300    von Gontard, A., Hollmann, E., Eiberg, H., Benden, B., Rittig, S., Lehmkuhl, G. Clinical enuresis phenotypes in familial nocturnal enuresis. Scand J Urol Nephrol Suppl. 1997; 183: 11-6

10268    von Gontard, A., Laufersweiler-Plass, C., Backes, M., Zerres, K., Rudnik-Schoneborn, S. Enuresis and urinary incontinence in children and adolescents with spinal muscular atrophy. BJU Int. 2001 Sep; 88: 409-13

42322    von Gontard, A., Lettgen, B., Olbing, H., Heiken-Lowenau, C., Gaebel, E., Schmitz, I. Behavioural problems in children with urge incontinence and voiding postponement: a comparison of a paediatric and child psychiatric sample. Br J Urol. 1998 May; 81 Suppl 3: 100-6

Appendix A5. Bibliography sorted by Primary Author
Case 2:15-md-02641-DGC Document 9073-4 Filed 11/30/17 Page 398 of 800 PageID #: 146473

American Urological Association, Inc.                          Master Bibliography

SUI Guidelines Panel                                    sorted by Primary Author and Title

40527    von Gontard, A., Schaumburg, H., Hollmann, E., Eiberg, H., Rittig, S. The genetics of enuresis: a review. J Urol.
         2001 Dec; 166: 2438-43

41480    von Holst, T., Salbach, B. Efficacy and tolerability of a new 7-day transdermal estradiol patch versus placebo in
         hysterectomized women with postmenopausal complaints. Maturitas. 2000 Feb 15; 34: 143-53

51920    von Pechmann, W. S., Mutone, M., Fyffe, J., Hale, D. S. Total colpocleisis with high levator plication for the
         treatment of advanced pelvic organ prolapse. Am J Obstet Gynecol. 2003 Jul; 189: 121-6

11221    von Theobald, P., Barjot, P., Levy, G. Feasibility of and interest in laparoscopic assessment in recurrent urinary
         stress incontinence after Burch procedure performed by laparotomy. Surg Endosc. 1997 May; 11: 468-71

11497    von Theobald, P., Guillaumin, D., Levy, G. Laparoscopic preperitoneal colposuspension for stress incontinence
         in women. Technique and results of 37 procedures. Surg Endosc. 1995 Nov; 9: 1189-92

44930    von Wendt, L., Simila, S., Niskanen, P., Jarvelin, M. R. Development of bowel and bladder control in the mentally
         retarded. Dev Med Child Neurol. 1990 Jun; 32: 515-8

 3996    von-Wendt, L., Simila, S., Niskanen, P., and Jarvelin, M.R. Development of bowel and bladder control in the
         mentally retarded. Dev Med Child Neurol. 1990 Jun; 32: 515-518

41016    Votolato, N. A., Stern, S., Caputo, R. M. Serotonergic antidepressants and urinary incontinence. Int Urogynecol J
         Pelvic Floor Dysfunct. 2000  Dec; 11: 386-8

41618    Vowles, J. E., Wagg, A. S. The pressure-flow plot in the evaluation of female incontinence. BJU Int. 1999 Dec;
         84: 948-52

41542    Vroomen, P. C., de Krom, M. C., Knottnerus, J. A. Consistency of history taking and physical examination in
         patients with suspected lumbar nerve root involvement. Spine. 2000 Jan; 25: 91-6; discussion 97

43572    Vukovich, J. G., McKenna, P. H., Grice, G. P., Docimo, S. G. A heterotopic autoinnervated urinary neosphincter.
         J Urol. 1995 Jun; 153: 2010-3

42680    Waaldijk, K. Immediate indwelling bladder catheterization at postpartum urine leakage--personal experience of
         1200 patients. Trop Doct. 1997 Oct; 27: 227-8

43611    Waaldijk, K. Surgical classification of obstetric fistulas. Int J Gynaecol Obstet. 1995 May; 49: 161-3

43961    Waaldijk, K. The immediate surgical management of fresh obstetric fistulas with catheter and/or early closure. Int
         J Gynaecol Obstet. 1994 Apr; 45: 11-6

 3843    Wade, B.E. Colostomy patients: psychological adjustment at 10 weeks and 1 year after surgery in districts which
         employed stoma-care nurses and districts which did not. J Adv Nurs. 1990 Nov; 15: 1297-1304

40663    Wadley, J., Harkness, W., Thompson, D., Hayward, R. Urinary incontinence and ventriculoperitoneal shunts.
         Pediatr Neurosurg. 2001 Jul; 35: 52

50350    Waetjen, L. E., Brown, J. S., Modelska, K., Blackwell, T., Vittinghoff, E., Cummings, S. R. Effect of raloxifene on
         urinary incontinence: a randomized controlled trial. Obstet Gynecol. 2004 Feb; 103: 261-6

10576    Waetjen, L. E., Jackson, R. Periurethral collagen injection for stress incontinence with and without urethral
         hypermobility. Obstet Gynecol. 2000 Jul; 96: 153

52810    Waetjen, L. E., Subak, L. L., Shen, H., Lin, F., Wang, T. H., Vittinghoff, E., Brown, J. S. Stress urinary
         incontinence surgery in the United States. Obstet Gynecol. 2003 Apr; 101: 671-6

56840    Wagenius, J., Laurin, J. Clinical symptoms after anal sphincter rupture: a retrospective study. Acta Obstet
         Gynecol Scand. 2003 Mar; 82: 246-50

59322    Wagg, A. Urinary incontinence--older people: where are we now?. BJOG. 2004 Dec; 111 Suppl 1: 15-9

11300    Wagg, A. S., Lieu, P. K., Ding, Y. Y., Malone-Lee, J. G. A urodynamic analysis of age associated changes in
         urethral function in women with lower urinary tract symptoms. J Urol. 1996 Dec; 156: 1984-8

42124    Wagg, A., Bayliss, M., Ingham, N. J., Arnold, K., Malone-Lee, J. Urodynamic variables cannot be used to classify
         the severity of detrusor instability. Br J Urol. 1998 Oct; 82: 499-502

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

| | |
|---|---|
| 42054 | Wagg, A., Malone-Lee, J. The management of urinary incontinence in the elderly. Br J Urol. 1998 Dec; 82 Suppl 1: 11-7 |
| 42192 | Wagner, T. H., Hu, T. W. Economic costs of urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 127-8 |
| 43372 | Wagner, T. H., Patrick, D. L., Bavendam, T. G., Martin, M. L., Buesching, D. P. Quality of life of persons with urinary incontinence: development of a new measure. Urology. 1996 Jan; 47: 67-71; discussion 71-2 |
| 11008 | Wahle, G. Durable continence procedures for women. J Urol. 1998 Aug; 160: 377 |
| 11700 | Wahle, G. R., Young, G. P., Raz, S. Vaginal surgery for stress urinary incontinence. Urology. 1994 Apr; 43: 416-9 |
| 59131 | Wai, C. Y., Corton, M. M., Miller, M., Sailors, J., Schaffer, J. I. Multiple vaginal wall cysts: diagnosis and surgical management. Obstet Gynecol. 2004 May; 103: 1099-102 |
| 59368 | Wai, C. Y., Liehr, P., Boreham, M. K., Schaffer, J. I., Word, R. A. Effect of periurethral denervation on smooth muscles of the lower urinary tract. Am J Obstet Gynecol. 2004 Dec; 191: 1950-60 |
| 54780 | Wai, C. Y., Liehr, P., Tibbals, H. F., Sager, M., Schaffer, J. I., Word, R. A. Effect of periurethral denervation on function of the female urethra. Am J Obstet Gynecol. 2003 Dec; 189: 1637-45 |
| 51390 | Wai, C. Y., Margulis, V., Baugh, B. R., Schaffer, J. I. Multiple vesical calculi and complete vaginal vault prolapse. Am J Obstet Gynecol. 2003 Sep; 189: 884-5 |
| 11036 | Wainstein, M. A., Klutke, C. G. Periurethral pseudocyst following cystoscopic collagen injection. Urology. 1998 May; 51: 835-6 |
| 56420 | Wakamatsu, M. M. What affects bladder function more: menopause or age?. Menopause. 2003 May-Jun; 10: 191-2 |
| 10321 | Wakavaiachi, V. M., Girao, M. J., Sartori, M. G., Baracat, E. C., Rodrigues de Lima, G., Novo, N. F. Changes in the lower urinary tract in continent women and in women with stress urinary incontinence, according to menopausal status. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 156-60 |
| 42222 | Wakhlu, A., Dalela, D., Tandon, R. K., Chandra, H., Wakhlu, A. K. The single ectopic ureter. Br J Urol. 1998 Aug; 82: 246-51 |
| 11890 | Walker, G. T., Texter, J. H.,  Jr Success and patient satisfaction following the Stamey procedure for stress urinary incontinence. J Urol. 1992 Jun; 147: 1521-3 |
| 54620 | Walker, L. J., Evison, J. G., Garrett, C. Recurrent pancreatitis: not just alcohol, gallstones and scorpion venom. J R Soc Med. 2004 Feb; 97: 82-3 |
| 55630 | Walker, R. D. The management of the failed bladder neck procedure in patients with spina bifida. BJU Int. 2003 Oct; 92 Suppl 1: 35-7 |
| 43524 | Walker, R. D.,  3rd, Flack, C. E., Hawkins-Lee, B., Lim, D. J., Parramore, H., Hackett, R. L. Rectus fascial wrap: early results of a modification of the rectus fascial sling. J Urol. 1995 Aug; 154: 771-4 |
| 59301 | Wall, J., Colley, T. A study to evaluate factors for inclusion in a new self-assessed risk indicator for persons who use a wheelchair for mobility. J Tissue Viability. 2005 Jan; 15: 9-16 |
| 41941 | Wall, L. L. Birth trauma and the pelvic floor: lessons from the developing world. J Womens Health. 1999 Mar; 8: 149-55 |
| 41192 | Wall, L. L. Cost-effectiveness of elective cesarean delivery after one prior low transverse cesarean. Obstet Gynecol. 2000 Sep; 96: 482 |
| 57750 | Wall, L. L. Fitsari 'dan Duniya. An African (Hausa) praise song about vesicovaginal fistulas. Obstet Gynecol. 2002 Dec; 100: 1328-32 |
| 11791 | Wall, L. L. Medical management of pelvic relaxation. Curr Opin Obstet Gynecol. 1993 Aug; 5: 440-5 |
| 12064 | Wall, L. L. The management of detrusor instability. Clin Obstet Gynecol. 1990 Jun; 33: 367-77 |
| 11754 | Wall, L. L. The muscles of the pelvic floor. Clin Obstet Gynecol. 1993 Dec; 36: 910-25 |

**53150**   Wall, L. L. The treatment of urinary incontinence in 1814. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 67-9

**12084**   Wall, L. L., Addison, W. A. Prazosin-induced stress incontinence. Obstet Gynecol. 1990 Mar; 75: 558-60

**11295**   Wall, L. L., Copas, P., Galloway, N. T. Use of a pedicled rectus abdominis muscle flap sling in the treatment of complicated stress urinary incontinence. Am J Obstet Gynecol. 1996 Dec; 175: 1460-4; discussion 1464-6

**11903**   Wall, L. L., Davidson, T. G. The role of muscular re-education by physical therapy in the treatment of genuine stress urinary incontinence. Obstet Gynecol Surv. 1992 May; 47: 322-31

**11685**   Wall, L. L., Helms, M., Peattie, A. B., Pearce, M., Stanton, S. L. Bladder neck mobility and the outcome of surgery for genuine stress urinary incontinence. A logistic regression analysis of lateral bead- chain cystourethrograms. J Reprod Med. 1994 Jun; 39: 429-35

**11654**   Wall, L. L., Hewitt, J. K. Urodynamic characteristics of women with complete posthysterectomy vaginal vault prolapse. Urology. 1994 Sep; 44: 336-41; discussion 341-2

**11397**   Wall, L. L., Hewitt, J. K. Voiding function after Burch colposuspension for stress incontinence. J Reprod Med. 1996 Mar; 41: 161-5

**43620**   Wall, L. L., Hewitt, J. K., Helms, M. J. Are vaginal and rectal pressures equivalent approximations of one another for the purpose of performing subtracted cystometry?. Obstet Gynecol. 1995 Apr; 85: 488-93

**12057**   Wall, L. L., Wang, K., Robson, I., Stanton, S. L. The Pyridium pad test for diagnosing urinary incontinence. A comparative study of asymptomatic and incontinent women. J Reprod Med. 1990 Jul; 35: 682-4

**11634**   Wall, L. L., Wiskind, A. K., Taylor, P. A. Simple bladder filling with a cough stress test compared with subtracted cystometry for the diagnosis of urinary incontinence. Am J Obstet Gynecol. 1994 Dec; 171: 1472-7; discussion 1477-9

**3854**   Wall, L.L. Diagnosis and management of urinary incontinence due to detrusor instability. Obstet Gynecol Surv. 1990 Nov; 45: 1S-47S

**3592**   Wall, L.L., DeLancey, J.O. The politics of prolapse: a revisionist approach to disorders of the pelvic floor in women. Perspect Biol Med. 1991 Summer; 34: 486-496

**3978**   Wall, L.L., Wang, K., Robson, I., and Stanton, S.L. The Pyridium pad test for diagnosing urinary incontinence. A comparative study of asymptomatic and incontinent women. J Reprod Med. 1990 Jul; 35: 682-684

**43958**   Wallace, K. Female pelvic floor functions, dysfunctions, and behavioral approaches to treatment. Clin Sports Med. 1994 Apr; 13: 459-81

**43676**   Waller, L., Jonsson, O., Norlen, L., Sullivan, L. Clean intermittent catheterization in spinal cord injury patients: long- term followup of a hydrophilic low friction technique. J Urol. 1995 Feb; 153: 345-8

**3958**   Wallner, K.E., Nori, D., Morse, M.J., Sogani, P.C., Whitmore, W.F., and Fuks, Z. 125iodine reimplantation for locally progressive prostatic carcinoma. J Urol. 1990 Sep; 144: 704-706

**11587**   Wallwiener, D., Grischke, E. M., Rimbach, S., Maleika, A., Bastert, G. Endoscopic retropubic colposuspension: 'Retziusscopy' versus laparoscopy--a reasonable enlargement of the operative spectrum in the management of recurrent stress incontinence?. Endosc Surg Allied Technol. 1995 Apr-Jun; 3: 115-8

**43463**   Walsh, A. Incontinence in the older woman. Ir Med J. 1995 Sep-Oct; 88: 151

**10043**   Walsh, I. K., Nambirajan, T., Donellan, S. M., Mahendra, V., Stone, A. R. Cadaveric fascia lata pubovaginal slings: early results on safety, efficacy and patient satisfaction. BJU Int. 2002 Sep; 90: 415-9

**41029**   Walsh, I. K., Thompson, T., Loughridge, W. G., Johnston, S. R., Keane, P. F., Stone, A. R. Non-invasive antidromic neurostimulation: a simple effective method for improving bladder storage. Neurourol Urodyn. 2001; 20: 73-84

**50270**   Walsh, K., Generao, S. E., White, M. J., Katz, D., Stone, A. R. The influence of age on quality of life outcome in women following a tension-free vaginal tape procedure. J Urol. 2004 Mar; 171: 1185-8

# Appendix A5. Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

40112   Walter, A. J., Buller, J. L., Davis, G. Variability of reported techniques for performance of the pubovaginal sling procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 160-4; discussion 164

10049   Walter, A. J., Iglesia, C. B. Surgical management of stress urinary incontinence: consideration for an algorithmic approach. Curr Womens Health Rep. 2002 Aug; 2: 291-7

10142   Walter, A. J., Morse, A. N., Hammer, R. H., Hentz, J. G., Magrina, J. F., Cornella, J. L., Magtibay, P. M. Laparoscopic versus open Burch retropubic urethropexy: comparison of morbidity and costs when performed with concurrent vaginal prolapse repairs. Am J Obstet Gynecol. 2002 Apr; 186: 723-8

41137   Walter, A., Magtibay, P., Cornella, J. L. Percutaneous bone anchor sling using synthetic mesh associated with urethral overcorrection and erosion. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 328-9

11846   Walter, J. S., Wheeler, J. S., Morgan, C., Zaszczurynski, P., Plishka, M. Measurement of total urethral compliance in females with stress incontinence. Neurourol Urodyn. 1993; 12: 273-6

3032   Walter, J.S., Wheeler, J.S., Morgan, C., Zaszczurynski, P., and Plishka, M. Measurement of total urethral compliance in females with stress incontinence. Neurourol Urodyn. 1993; 12: 273-276

45066   Walters, M. D. The unstable urethra in the female. Obstet Gynecol. 1990 Jan; 75: 142-3

10213   Walters, M. D., Iannetta, L. T. Combination of pessary and periurethral collagen injections for nonsurgical treatment of uterovaginal prolapse and genuine stress urinary incontinence. Obstet Gynecol. 1997 Oct; 90: 691-2

12048   Walters, M. D., Jackson, G. M. Urethral mobility and its relationship to stress incontinence in women. J Reprod Med. 1990 Aug; 35: 777-84

11883   Walters, M. D., Realini, J. P., Dougherty, M. Nonsurgical treatment of urinary incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 554-8

12107   Walters, M. D., Taylor, S., Schoenfeld, L. S. Psychosexual study of women with detrusor instability. Obstet Gynecol. 1990 Jan; 75: 22-6

10237   Walters, M. D., Tulikangas, P. K., LaSala, C., Muir, T. W. Vascular injury during tension-free vaginal tape procedure for stress urinary incontinence. Obstet Gynecol. 2001 Nov; 98: 957-9

4214   Walters, M.D. The unstable urethra in the female [letter; comment]. Obstet Gynecol. 1990 Jan; 75: 142-143

3423   Walters, M.D., Realini, J.P. The evaluation and treatment of urinary incontinence in women: a primary care approach. J Am Board Fam Pract. 1992 May-Jun; 5: 289-301

3285   Walters, M.D., Realini, J.P., and Dougherty, M. Nonsurgical treatment of urinary incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 554-558

4213   Walters, M.D., Taylor, S., and Schoenfeld, L.S. Psychosexual study of women with detrusor instability. Obstet Gynecol. 1990 Jan; 75: 22-26

44920   Wan, J. L., McGuire, E. J. Augmentation cystoplasty and closure of the urethra for the destroyed lower urinary tract. J Am Paraplegia Soc. 1990 Jul; 13: 40-5

11796   Wan, J., McGuire, E. J., Bloom, D. A., Ritchey, M. L. Stress leak point pressure: a diagnostic tool for incontinent children. J Urol. 1993 Aug; 150: 700-2

44447   Wan, J., McGuire, E. J., Bloom, D. A., Ritchey, M. L. The treatment of urinary incontinence in children using glutaraldehyde cross-linked collagen. J Urol. 1992 Jul; 148: 127-30

3039   Wan, J., McGuire, E.J., Bloom, D.A., and Ritchey, M.L. Stress leak point pressure: a diagnostic tool for incontinent children. J Urol. 1993 Aug; 150: 700-702

3347   Wan, J., McGuire, E.J., Bloom, D.A., and Ritchey, M.L. The treatment of urinary incontinence in children using glutaraldehyde cross-linked collagen. J Urol. 1992 Jul; 148: 127-130

10525   Wang, A. C. An assessment of the early surgical outcome and urodynamic effects of the tension-free vaginal tape (TVT). Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 282-4

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

**10479**  Wang, A. C. Bladder-sphincter biofeedback as treatment of detrusor instability in women who failed to respond to oxybutynin. Changgeng Yi Xue Za Zhi. 2000 Oct; 23: 590-9

**11353**  Wang, A. C. Burch colposuspension vs. Stamey bladder neck suspension. A comparison of complications with special emphasis on detrusor instability and voiding dysfunction. J Reprod Med. 1996 Jul; 41: 529-33

**50190**  Wang, A. C. The techniques of trocar insertion and intraoperative urethrocystoscopy in tension-free vaginal taping: an experience of 600 cases. Acta Obstet Gynecol Scand. 2004 Mar; 83: 293-8

**10153**  Wang, A. C., Chen, M. C. A comparison of urethral pressure profilometry using microtip and double-lumen perfusion catheters in women with genuine stress incontinence. BJOG. 2002 Mar; 109: 322-6

**52710**  Wang, A. C., Chen, M. C. Comparison of tension-free vaginal taping versus modified Burch colposuspension on urethral obstruction: a randomized controlled trial. Neurourol Urodyn. 2003; 22: 185-90

**10419**  Wang, A. C., Chen, M. C. Randomized comparison of local versus epidural anesthesia for tension- free vaginal tape operation. J Urol. 2001 Apr; 165: 1177-80

**52920**  Wang, A. C., Chen, M. C. The correlation between preoperative voiding mechanism and surgical outcome of the tension-free vaginal tape procedure, with reference to quality of life. BJU Int. 2003 Apr; 91: 502-6

**59215**  Wang, A. C., Lee, L. Y., Lin, C. T., Chen, J. R. A histologic and immunohistochemical analysis of defective vaginal healing after continence taping procedures: a prospective case-controlled pilot study. Am J Obstet Gynecol. 2004 Dec; 191: 1868-74

**11039**  Wang, A., C., Lo, T. S. Tension-free vaginal tape. A minimally invasive solution to stress urinary incontinence in women. J Reprod Med. 1998 May; 43: 429-34

**53630**  Wang, K. H., Wang, K. H., Neimark, M., Davila, G. W. Voiding dysfunction following TVT procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 353-7; discussion 358

**41600**  Wang, K., Yamataka, A., Morioka, A., Lane, G. J., Iwashita, K., Miyano, T. Complications after sigmoidocolocystoplasty: review of 100 cases at one institution. J Pediatr Surg. 1999 Nov; 34: 1672-7

**56030**  Wang, M. Y., Levi, A. D., Green, B. A. Intradural spinal arachnoid cysts in adults. Surg Neurol. 2003 Jul; 60: 49-55; discussion 55-6

**40218**  Wang, P. S., Levin, R., Zhao, S. Z., Avorn, J. Urinary antispasmodic use and the risks of ventricular arrhythmia and sudden death in older patients. J Am Geriatr Soc. 2002 Jan; 50: 117-24

**3469**  Wang, Y., Hadley, H.R. Experiences with the artificial urinary sphincter in the irradiated patient. J Urol. 1992 Mar; 147: 612-613

**3601**  Wang, Y., Hadley, H.R. Management of persistent or recurrent urinary incontinence after placement of artificial urinary sphincter. J Urol. 1991 Oct; 146: 1005-1006

**55970**  Wang, Y., Lim, L. L., Heller, R. F., Fisher, J., Levi, C. R. A prediction model of 1-year mortality for acute ischemic stroke patients. Arch Phys Med Rehabil. 2003 Jul; 84: 1006-11

**40698**  Wang, Y., Lim, L. L., Levi, C., Heller, R. F., Fischer, J. A prognostic index for 30-day mortality after stroke. J Clin Epidemiol. 2001 Aug; 54: 766-73

**3664**  Wanich, C.K., Reilly, N.J. Incontinence care products: non-surgical management of urinary incontinence. Ostomy Wound Manage. 1991 May-Jun; 34: 45-6,48,51

**50210**  Ward, K. L., Hilton, P. A prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: two-year follow-up. Am J Obstet Gynecol. 2004 Feb; 190: 324-31

**10072**  Ward, K., Hilton, P. Prospective multicentre randomised trial of tension-free vaginal tape and colposuspension as primary treatment for stress incontinence. BMJ. 2002 Jul 13; 325: 67-73

**3473**  Warkentin, R. Implementation of a urinary continence program. J Gerontol Nurs. 1992 Jan; 18: 31-36

# American Urological Association, Inc.

## SUI Guidelines Panel

---

**56980**    Warming, L., Christoffersen, C., Riis, B. J., Stakkestad, J. A., Delmas, P. D., Christiansen, C. Adverse effects of a SERM (Levormeloxifene). Safety parameters and bone mineral density 12 months after treatment withdrawal. Maturitas. 2003 Mar 28; 44: 189-99

**43836**    Warner, J. P., Harvey, C. A., Barnes, T. R. Clozapine and urinary incontinence. Int Clin Psychopharmacol. 1994 Sep; 9: 207-9

**4137**    Warren, J.W. Urine-collection devices for use in adults with urinary incontinence. J Am Geriatr Soc. 1990 Mar; 38: 364-367

**10574**    Warren, M. P., Shantha, S. The female athlete. Baillieres Best Pract Res Clin Endocrinol Metab. 2000 Mar; 14: 37-53

**40157**    Warshaw, E., Nix, D., Kula, J., Markon, C. E. Clinical and cost effectiveness of a cleanser protectant lotion for treatment of perineal skin breakdown in low-risk patients with incontinence. Ostomy Wound Manage. 2002 Jun; 48: 44-51

**3877**    Warshaw, G.A. New perspectives in the management of Alzheimer's disease. Am Fam Physician. 1990 Nov; 42: 41S-47S

**3867**    Warwick, D.J., Abrams, P. The perineal artificial sphincter for acquired incontinence--a cut and dried solution?. Br J Urol. 1990 Nov; 66: 495-499

**3254**    Warwick, R.T. Functional restoration & reconstruction of the incontinent female urethra. Rev Med Suisse Romande. 1992 Sep; 112: 775-785

**40598**    Washington, J. L. A pilgrim's progress: my urogynecological quest. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 221-2

**10123**    Washington, J. L. Staple erosion into the bladder after mesh and staple laparoscopic colposuspension. A case report. J Reprod Med. 2002 Apr; 47: 325-6

**10035**    Washington, J. L., Somers, K. Laparoscopic mesh and staple Burch colposuspension. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 253-5; discussion 255

**11561**    Wasserman, G. A. Correction of a vault suspension graft complication. J Am Assoc Gynecol Laparosc. 1995 May; 2: 359-61

**42767**    Watanabe, T., Perkash, I., Constantinou, C. E. Modulation of detrusor contraction strength and micturition characteristics by intrathecal baclofen in anesthetized rats. J Urol. 1997 Jun; 157: 2361-5

**42712**    Waters, P. R., Chehade, N. C., Kropp, K. A. Urethral lengthening and reimplantation: incidence and management of catheterization problems. J Urol. 1997 Sep; 158: 1053-6

**41535**    Watson, A. J., Currie, I., Curran, S., Jarvis, G. J. A prospective study examining the association between the symptoms of anxiety and depression and severity of urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 2000 Jan; 88: 7-9

**10797**    Watson, A. J., Currie, I., Jarvis, G. J. A prospective placebo controlled double blind randomised study to investigate the use of indoramin to prevent post-operative voiding disorders after surgical treatment for genuine stress incontinence. Br J Obstet Gynaecol. 1999 Mar; 106: 270-2

**3121**    Watson, E. Continence. A basis for change. Nurs Times. 1992 Mar 25-31; 88: 69-70

**54810**    Watson, N. M., Brink, C. A., Zimmer, J. G., Mayer, R. D. Use of the Agency for Health Care Policy and Research Urinary Incontinence Guideline in nursing homes. J Am Geriatr Soc. 2003 Dec; 51: 1779-86

**3945**    Watson, R. An improved urinary sheath. Nurs Elder. 1990 Jul-Aug; 2: 12

**11693**    Watson, R. Continence. Anxious moments. Nurs Times. 1994 Apr 13-19; 90: 82

**3612**    Watson, R. Incontinence in perspective. Nursing (Lond). 1991 Jul 25-Aug 21; 4: 7-10

**3791**    Watson, R. Incontinence. A case for treatment. Nurs Elder. 1991 Jan-Feb; 3: 28

**3442**    Watson, R. Justifying your practice. Nursing (Lond). 1992 Feb 13-26; 5: 11-13

---

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.
### SUI Guidelines Panel

**Master Bibliography**
sorted by Primary Author and Title

| | |
|---|---|
| **4062** | Watson, R. Management of incontinence: the concept of cost-effectiveness. Nurs Stand. 1990 Apr 25-May 1; 4: 36-39 |
| **4047** | Watson, R., Kuhn, M. The influence of component parts on the performance of urinary sheath systems. J Adv Nurs. 1990 Apr; 15: 417-422 |
| **31721** | Watson, V. The duration of the second stage of labour. Mod Midwife. 1994 Jun; 4: 21-2 |
| **11542** | Wattiez, A., Boughizane, S., Alexandre, F., Canis, M., Mage, G., Pouly, J. L., Bruhat, M. A. Laparoscopic procedures for stress incontinence and prolapse. Curr Opin Obstet Gynecol. 1995 Aug; 7: 317-21 |
| **10414** | Wattiez, A., Canis, M., Mage, G., Pouly, J. L., Bruhat, M. A. Promontofixation for the treatment of prolapse. Urol Clin North Am. 2001 Feb; 28: 151-7 |
| **41090** | Weatherall, M. Biofeedback in urinary incontinence: past, present and future. Curr Opin Obstet Gynecol. 2000 Oct; 12: 411-3 |
| **10825** | Weatherall, M. Biofeedback or pelvic floor muscle exercises for female genuine stress incontinence: a meta-analysis of trials identified in a systematic review. BJU Int. 1999 Jun; 83: 1015-6 |
| **4068** | Webb, J. Continence: help for the elderly confused. Nurs Times. 1990 Apr 18-24; 86: 64-68 |
| **43823** | Webb, M. L. Urinary incontinence in younger women. Nurse Pract Forum. 1994 Sep; 5: 164-9 |
| **11961** | Webb, R. J., Ramsden, P. D., Neal, D. E. Ambulatory monitoring and electronic measurement of urinary leakage in the diagnosis of detrusor instability and incontinence. Br J Urol. 1991 Aug; 68: 148-52 |
| **3610** | Webb, R.J., Ramsden, P.D., and Neal, D.E. Ambulatory monitoring and electronic measurement of urinary leakage in the diagnosis of detrusor instability and incontinence. Br J Urol. 1991 Aug; 68: 148-152 |
| **42589** | Webb, S., Patterson, V., Hutchinson, M. Two families with autosomal recessive spastic paraplegia, pigmented maculopathy, and dementia. J Neurol Neurosurg Psychiatry. 1997 Nov; 63: 628-32 |
| **44987** | Webber, E. M., Crofts, P. G., Pomeroy, C., Coleman, G. U., Arnold, W. J., Johnson, H. W. Augmentation ileocystoplasty in children with myelodysplasia. Can J Surg. 1990 Apr; 33: 135-8 |
| **3845** | Webber, E.M., Crofts, P.G., Pomeroy, C., Coleman, G.U., Arnold, W.J., and Johnson, H.W. Augmentation ileocystoplasty in children with myelodysplasia. Can J Surg. 1990 Apr; 33: 135-138 |
| **10231** | Weber, A. M. Is urethral pressure profilometry a useful diagnostic test for stress urinary incontinence?. Obstet Gynecol Surv. 2001 Nov; 56: 720-35 |
| **10074** | Weber, A. M. Leak point pressure measurement and stress urinary incontinence. Curr Womens Health Rep. 2001 Aug; 1: 45-52 |
| **56860** | Weber, A. M. New approaches to surgery for urinary incontinence and pelvic organ prolapse from the laparoscopic perspective. Clin Obstet Gynecol. 2003 Mar; 46: 44-60 |
| **54400** | Weber, A. M. The perspective of a gynecologist on treatment-related research for fecal incontinence in women. Gastroenterology. 2004 Jan; 126: S169-71 |
| **10318** | Weber, A. M., Abrams, P., Brubaker, L., Cundiff, G., Davis, G., Dmochowski, R. R., Fischer, J., Hull, T., Nygaard, I., Weidner, A. C. The standardization of terminology for researchers in female pelvic floor disorders. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 178-86 |
| **10178** | Weber, A. M., Taylor, R. J., Wei, J. T., Lemack, G., Piedmonte, M. R., Walters, M. D. The cost-effectiveness of preoperative testing (basic office assessment vs. urodynamics) for stress urinary incontinence in women. BJU Int. 2002 Mar; 89: 356-63 |
| **42879** | Weber, A. M., Walters, M. D. Anterior vaginal prolapse: review of anatomy and techniques of surgical repair. Obstet Gynecol. 1997 Feb; 89: 311-8 |
| **10515** | Weber, A. M., Walters, M. D. Burch procedure compared with sling for stress urinary incontinence: a decision analysis. Obstet Gynecol. 2000 Dec; 96: 867-73 |

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

10488  Weber, A. M., Walters, M. D. Cost-effectiveness of urodynamic testing before surgery for women with pelvic organ prolapse and stress urinary incontinence. Am J Obstet Gynecol. 2000 Dec; 183: 1338-46; discussion 1346-7

41321  Weber, A. M., Walters, M. D., Piedmonte, M. R. Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol. 2000 Jun; 182: 1610-5

41718  Weber, A. M., Walters, M. D., Schover, L. R., Church, J. M., Piedmonte, M. R. Functional outcomes and satisfaction after abdominal hysterectomy. Am J Obstet Gynecol. 1999 Sep; 181: 530-5

43621  Weber, A. M., Walters, M. D., Schover, L. R., Mitchinson, A. Sexual function in women with uterovaginal prolapse and urinary incontinence. Obstet Gynecol. 1995 Apr; 85: 483-7

57710  Webster, C., Bukkapatnam, R., Seigne, J. D., Pow-Sang, J., Hoffman, M., Helal, M., Ordorica, R., Lockhart, J. L. Continent colonic urinary reservoir (Florida pouch): long-term surgical complications (greater than 11 years). J Urol. 2003 Jan; 169: 174-6

12041  Webster, G. D., Kreder, K. J. Voiding dysfunction following cystourethropexy: its evaluation and management. J Urol. 1990 Sep; 144: 670-3

11896  Webster, G. D., Perez, L. M., Khoury, J. M., Timmons, S. L. Management of type III stress urinary incontinence using artificial urinary sphincter. Urology. 1992 Jun; 39: 499-503

3345  Webster, G.D., Perez, L.M., Khoury, J.M., and Timmons, S.L. Management of type III stress urinary incontinence using artificial urinary sphincter. Urology. 1992 Jun; 39: 499-503

43123  Webster, J. J., Williams, G. Adhesions of the labia minora. Br J Urol. 1996 Jul; 78: 146-7

51820  Webster, T. M., Gerridzen, R. G. Gone in 24 hours: the feasibility of performing pubovaginal sling surgery with an overnight hospital stay. Can J Urol. 2003 Jun; 10: 1905-9

40999  Weckermann, D., Wawroschek, F., Schipp, J., Krawczak, G., Harzmann, R. Metabolic changes and urodynamic findings after continent urinary diversion. Int Urol Nephrol. 1999; 31: 665-74

41698  Wedderburn, A. W., Adamson, A. S. Management of the incompetent urethra in the chronically debilitated female patient: an alternative to urethral closure. BJU Int. 1999 Oct; 84: 727-8

40818  Wedderburn, A., Lee, R. S., Denny, A., Steinbrecher, H. A., Koyle, M. A., Malone, P. S. Synchronous bladder reconstruction and antegrade continence enema. J Urol. 2001 Jun; 165: 2392-3

11740  Wedenberg, K., Ronquist, G., Waldenstrom, A., Ulmsten, U. Low energy charge and high adenosine content in smooth muscle of human bladder in comparison with striated muscle. Int J Clin Lab Res. 1994; 24: 230-2

50390  Wee, H. Y., Low, C., Han, H. C. Burch colposuspension: review of perioperative complications at a women's and children's hospital in Singapore. Ann Acad Med Singapore. 2003 Nov; 32: 821-3

43064  Ween, J. E., Alexander, M. P., D'Esposito, M., Roberts, M. Incontinence after stroke in a rehabilitation setting: outcome associations and predictive factors. Neurology. 1996 Sep; 47: 659-63

11518  Weerasekera, D. S., Gunawardena, K. K. The Stamy procedure: a retrospective analysis of clinical outcome in stress incontinence. Ceylon Med J. 1995 Sep; 40: 101-2

44212  Weese, D. L., Roskamp, D. A., Leach, G. E., Zimmern, P. E. Intravesical oxybutynin chloride: experience with 42 patients. Urology. 1993 Jun; 41: 527-30

3057  Weese, D.L., Roskamp, D.A., Leach, G.E., and Zimmern, P.E. Intravesical oxybutynin chloride: experience with 42 patients. Urology. 1993 Jun; 41: 527-530

52660  Wei, T. S., Su, T. H. Tension-free vaginal tape failure caused by sling displacement and successfully retreated using Burch colposuspension. Acta Obstet Gynecol Scand. 2003 Apr; 82: 385-6

10487  Weidner, A. C., Barber, M. D., Visco, A. G., Bump, R. C., Sanders, D. B. Pelvic muscle electromyography of levator ani and external anal sphincter in nulliparous women and women with pelvic floor dysfunction. Am J Obstet Gynecol. 2000 Dec; 183: 1390-9; discussion 1399-401

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5 Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

---

10442    Weidner, A. C., Myers, E. R., Visco, A. G., Cundiff, G. W., Bump, R. C. Which women with stress incontinence require urodynamic evaluation?. Am J Obstet Gynecol. 2001 Jan; 184: 20-7

54340    Weigel, R., Senn, P., Weis, J., Krauss, J. K. Severe complications after intrathecal methotrexate (MTX) for treatment of primary central nervous system lymphoma (PCNSL). Clin Neurol Neurosurg. 2004 Mar; 106: 82-7

10965    Weil, E. H., Eerdmans, P. H., Dijkman, G. A., Tamussino, K., Feyereisl, J., Vierhout, M. E., Schmidbauer, C., Egarter, C., Kolle, D., Plasman, J. E., Heidler, H., Abbuhl, B. E., Wein, W. Randomized double-blind placebo-controlled multicenter evaluation of efficacy and dose finding of midodrine hydrochloride in women with mild to moderate stress urinary incontinence: a phase II study. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 145-50

41494    Weil, E. H., Ruiz-Cerda, J. L., Eerdmans, P. H., Janknegt, R. A., Bemelmans, B. L., van Kerrebroeck, P. E. Sacral root neuromodulation in the treatment of refractory urinary urge incontinence: a prospective randomized clinical trial. Eur Urol. 2000 Feb; 37: 161-71

42102    Weil, E. H., Ruiz-Cerda, J. L., Eerdmans, P. H., Janknegt, R. A., Van Kerrebroeck, P. E. Clinical results of sacral neuromodulation for chronic voiding dysfunction using unilateral sacral foramen electrodes. World J Urol. 1998; 16: 313-21

11844    Weil, E. H., van Waalwijk van Doorn, E. S., Heesakkers, J. P., Meguid, T., Janknegt, R. A. Transvaginal ultrasonography: a study with healthy volunteers and women with genuine stress incontinence. Eur Urol. 1993; 24: 226-30

2997    Weil, E.H., van-Waalwijk-van-Doorn, E.S., Heesakkers, J.P., Meguid, T., and Janknegt, R.A. Transvaginal ultrasonography: a study with healthy volunteers and women with genuine stress incontinence. Eur Urol. 1993; 24: 226-230

59118    Wein, A. J. A randomized crossover study to evaluate Ro 115-1240, a selective alpha-adrenoceptor partial agonist in women with stress urinary incontinence. BJU Int. 2004 May; 93: 1115

41996    Wein, A. J. Clinical usefulness of urinary control urethral insert devices. J Urol. 1999 Mar; 161: 1043-4

11934    Wein, A. J. Oral and intravaginal estrogens alone and in combination with alpha- adrenergic stimulation in genuine stress incontinence. J Urol. 1991 Dec; 146: 1670-1

40965    Wein, A. J. Overactive bladder: defining the disease. Am J Manag Care. 2000 Jul; 6: S559-64; discussion S607-19

57610    Wein, A. J., Rovner, E. S. Definition and epidemiology of overactive bladder. Urology. 2002 Nov; 60: 7-12; discussion 12

41877    Wein, A. J., Rovner, E. S. The overactive bladder: an overview for primary care health providers. Int J Fertil Womens Med. 1999 Mar-Apr; 44: 56-66

4148    Wein, A.J. Pharmacologic treatment of incontinence. J Am Geriatr Soc. 1990 Mar; 38: 317-325

11598    Weinberger, M. W. Conservative treatment of urinary incontinence. Clin Obstet Gynecol. 1995 Mar; 38: 175-88

10853    Weinberger, M. W., Goodman, B. M., Carnes, M. Long-term efficacy of nonsurgical urinary incontinence treatment in elderly women. J Gerontol A Biol Sci Med Sci. 1999 Mar; 54: M117-21

43614    Weinberger, M. W., Julian, T. M. Voiding dysfunction and incontinence caused by uterine retroversion. A case report. J Reprod Med. 1995 May; 40: 387-90

11546    Weinberger, M. W., Ostergard, D. R. Long-term clinical and urodynamic evaluation of the polytetrafluoroethylene suburethral sling for treatment of genuine stress incontinence. Obstet Gynecol. 1995 Jul; 86: 92-6

11468    Weinberger, M. W., Ostergard, D. R. Postoperative catheterization, urinary retention, and permanent voiding dysfunction after polytetrafluroethylene suburethral sling placement. Obstet Gynecol. 1996 Jan; 87: 50-4

43419    Weiner, H. L., Constantini, S., Cohen, H., Wisoff, J. H. Current treatment of normal-pressure hydrocephalus: comparison of flow- regulated and differential-pressure shunt valves. Neurosurgery. 1995 Nov; 37: 877-84

56990    Weir, N. U., Counsell, C. E., McDowall, M., Gunkel, A., Dennis, M. S. Reliability of the variables in a new set of models that predict outcome after stroke. J Neurol Neurosurg Psychiatry. 2003 Apr; 74: 447-51

---

   © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.   

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

**59178**    Weiss, B. D. Selecting medications for the treatment of urinary incontinence. Am Fam Physician. 2005 Jan 15; 71: 315-22

**3654**    Weiss, B.D. Nonpharmacologic treatment of urinary incontinence. Am Fam Physician. 1991 Aug; 44: 579-586

**10947**    Weiss, J. P., Blaivas, J. G., Stember, D. S., Brooks, M. M. Nocturia in adults: etiology and classification. Neurourol Urodyn. 1998; 17: 467-72

**11899**    Weiss, R. E., Cohen, E. Erosion of buttress following bladder neck suspension. Br J Urol. 1992 Jun; 69: 656-7

**44196**    Weiss, R. E., Garden, R. J., Cohen, E. L., Stone, N. N. Covered exstrophy with sequestered colonic remnant. J Urol. 1993 Jul; 150: 185-7

**3061**    Weiss, R.E., Garden, R.J., Cohen, E.L., and Stone, N.N. Covered exstrophy with sequestered colonic remnant. J Urol. 1993 Jul; 150: 185-187

**41408**    Wells, J. A., Ouslander, J. G., Meadows, E., Johnson, V. Y. Urinary incontinence in a geriatric patient with a complex neurologic history. J Wound Ostomy Continence Nurs. 1999 Sep; 26: 270-4; discussion 274-5

**3734**    Wells, M. A tangible means of assessing progress. Biofeedback in the management of urinary incontinence. Prof Nurse. 1991 Apr; 6: 396-7,399

**3101**    Wells, M. Are we meeting clients' needs? Nursing audit in continence care. Prof Nurse. 1993 Apr; 8: 430-436

**11392**    Wells, M. Continence following childbirth. Br J Nurs. 1996 Mar 28-Apr 10; 5: 353-4, 356, 358, passim

**12021**    Wells, M. Stress incontinence and pelvic floor exercises. Prof Nurse. 1990 Dec; 6: 151, 154-6

**41284**    Wells, M. The role of the nurse in urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 335-54

**3814**    Wells, M., White, H. Continence. Self-starters. Nurs Times. 1991 Feb 13-19; 87: 64

**3995**    Wells, T. Conquering incontinence. Geriatr-Nurs (New York). 1990 May-Jun; 11: 133-135

**3129**    Wells, T. Scientist wins one for women [interview by Julie Goldsmith]. Reflections. 1992 Winter; 17: 8-9

**55110**    Wells, T. J. Curiouser and curiouser... J Wound Ostomy Continence Nurs. 2003 Nov; 30: 300-4

**11957**    Wells, T. J., Brink, C. A., Diokno, A. C., Wolfe, R., Gillis, G. L. Pelvic muscle exercise for stress urinary incontinence in elderly women. J Am Geriatr Soc. 1991 Aug; 39: 785-91

**3359**    Wells, T.J. Managing incontinence through managing the environment. Urol Nurs. 1992 Jun; 12: 48-49

**4145**    Wells, T.J. Pelvic (floor) muscle exercise. J Am Geriatr Soc. 1990 Mar; 38: 333-337

**3661**    Wells, T.J., Brink, C.A., Diokno, A.C., Wolfe, R., and Gillis, G.L. Pelvic muscle exercise for stress urinary incontinence in elderly women. J Am Geriatr Soc. 1991 Aug; 39: 785-791

**41379**    Wen, J. G., Yeung, C. K., Djurhuus, J. C. Cystometry techniques in female infants and children. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 103-12

**12087**    Wenderoth, U. K., Bachor, R., Egghart, G., Frohneberg, D., Miller, K., Hautmann, R. E. The ileal neobladder: experience and results of more than 100 consecutive cases. J Urol. 1990 Mar; 143: 492-6; discussion 496-7

**51080**    Wennberg, A. L., Edlund, C., Fall, M., Peeker, R. Stamey's abdominovaginal needle colposuspension for the correction of female genuine stress urinary incontinence--long-term results. Scand J Urol Nephrol. 2003; 37: 419-23

**43543**    Wennergren, H., Oberg, B. Pelvic floor exercises for children: a method of treating dysfunctional voiding. Br J Urol. 1995 Jul; 76: 9-15

**43867**    Wenning, G. K., Ben Shlomo, Y., Magalhaes, M., Daniel, S. E., Quinn, N. P. Clinical features and natural history of multiple system atrophy. An analysis of 100 cases. Brain. 1994 Aug; 117 ( Pt 4): 835-45

---

   © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.   

# American Urological Association, Inc.

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

---

41685   Wenning, G. K., Scherfler, C., Granata, R., Bosch, S., Verny, M., Chaudhuri, K. R., Jellinger, K., Poewe, W., Litvan, I. Time course of symptomatic orthostatic hypotension and urinary incontinence in patients with postmortem confirmed parkinsonian syndromes: a clinicopathological study. J Neurol Neurosurg Psychiatry. 1999 Nov; 67: 620-3

59396   Wenning, G. K., Tison, F., Seppi, K., Sampaio, C., Diem, A., Yekhlef, F., Ghorayeb, I., Ory, F., Galitzky, M., Scaravilli, T., Bozi, M., Colosimo, C., Gilman, S., Shults, C. W., Quinn, N. P., Rascol, O., Poewe, W. Development and validation of the Unified Multiple System Atrophy Rating Scale (UMSARS). Mov Disord. 2004 Dec; 19: 1391-402

4056   Werbrouck, P., Baert, L., Binard, J.E., Chiou, R.K., and Van-Poppel, H. Balloon dilatation of the external urethral sphincter: a case study. J Am Paraplegia Soc. 1990 Apr; 13: 13-14

41522   Werkstrom, V., Lam, D. S., Farnsworth, R. H., Awad, N., Burcher, E., Moore, K. H. In vitro contractile responses of detrusor to carbachol and neurokinin A, in children with recurrent urinary tract infection or day wetting. BJU Int. 2000 Feb; 85: 319-25

50640   Werner, M., Najjari, L., Schuessler, B. Transurethral resection of tension-free vaginal tape penetrating the urethra. Obstet Gynecol. 2003 Nov; 102: 1034-6

41393   Westney, O. L., Amundsen, C. L., McGuire, E. J. Bladder endometriosis: conservative management. J Urol. 2000 Jun; 163: 1814-7

10040   Westney, O. L., Lee, J. T., McGuire, E. J., Palmer, J. L., Cespedes, R. D., Amundsen, C. L. Long-term results of Ingelman-Sundberg denervation procedure for urge incontinence refractory to medical therapy. J Urol. 2002 Sep; 168: 1044-7

40794   Westney, O. L., McGuire, E. J. Surgical procedures for the treatment of urge incontinence. Tech Urol. 2001 Jun; 7: 126-32

12003   Weston, P. M., Morgan, J. D., Hussain, J., Stephenson, T. P. Artificial urinary sphincters around intestinal segments--are they safe? Br J Urol. 1991 Feb; 67: 150-4

3786   Weston, P.M., Morgan, J.D., Hussain, J., and Stephenson, T.P. Artificial urinary sphincters around intestinal segments--are they safe? Br J Urol. 1991 Feb; 67: 150-154

43629   Wetle, T., Scherr, P., Branch, L. G., Resnick, N. M., Harris, T., Evans, D., Taylor, J. O. Difficulty with holding urine among older persons in a geographically defined community: prevalence and correlates. J Am Geriatr Soc. 1995 Apr; 43: 349-55

4049   Wheelahan, J.B. Long-term results of colposuspension. Br J Urol. 1990 Apr; 65: 329-332

11680   Wheeler, J. S., Jr Osteomyelitis of the pubis: complication of a Stamey urethropexy. J Urol. 1994 Jun; 151: 1638-40

3973   Wheeler, J.S., Jr., Niecestro, R.M. Urinary incontinence: managing the problem. J Enterostomal Ther. 1990 Jul-Aug; 17: 174-179

3444   Wheeler, J.S., Jr., Walter, J.S., Niecestro, R.M., and Scalzo, A.J. Behavioral therapy for urinary incontinence. J ET Nurs. 1992 Mar-Apr; 19: 59-65

3514   Wheeler, R.A., Malone, P.S. Use of the appendix in reconstructive surgery: a case against incidental appendicectomy. Br J Surg. 1991 Nov; 78: 1283-1285

3993   Wheeler, V. A new kind of loving? The effect of continence problems on sexuality. Prof Nurse. 1990 Jun; 5: 492-496

42026   Whishaw, M. Urinary incontinence in the elderly. Establishing a cause may allow a cure. Aust Fam Physician. 1998 Dec; 27: 1087-90

42025   Whishaw, M. Urinary incontinence in the elderly. Managing for maximum outcomes. Aust Fam Physician. 1998 Dec; 27: 1091-4

55940   White, C. F. Engineered structures for use in disposable incontinence products. Proc Inst Mech Eng [H]. 2003; 217: 243-51

---

    © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

4066    White, H. Continence: playing a central role. Nurs Times. 1990 Apr 18-24; 86: 73-75

41843    White, H. Designer gear. Nurs Times. 1999 May 5-11; 95: 69-70, 73, 76

43742    White, H. M. Choosing continence aids. Br J Nurs. 1994 Dec 8-1995 Jan 11; 3: 1158, 1160, 1162-3

40298    White, H., Holland, D. Looking good and feeling good: clothes to help promote continence. Nurs Times. 2001 May 17-23; 97: 60-1

4111    White, M. Continence: independence for the handicapped child. Nurs Times. 1990 Feb 14-20; 86: 69-72

3426    White, M., Williams, J. A good start to a full life. Managing continence in children with spina bifida and hydrocephalus. Prof Nurse. 1992 Apr; 7: 474-477

40541    White, R. N. Urethropexy for the management of urethral sphincter mechanism incompetence in the bitch. J Small Anim Pract. 2001 Oct; 42: 481-6

43003    White, R. N., Davies, J. V., Gregory, S. P. Vaginourethroplasty for treatment of urethral obstruction in the bitch. Vet Surg. 1996 Nov-Dec; 25: 503-10

11618    Whiting, M. A., Smith, N. I., Agar, J. W. Vaginal peritoneal dialysate leakage per fallopian tubes. Perit Dial Int. 1995; 15: 85

10404    Whitman, G. T. Patients with urinary incontinence and falls. J Am Geriatr Soc. 2001 Mar; 49: 336-7

11695    Whittington, R., Faulds, D. Hormone replacement therapy: I. A pharmacoeconomic appraisal of its therapeutic use in menopausal symptoms and urogenital estrogen deficiency. Pharmacoeconomics. 1994 May; 5: 419-45

44276    Whyte, T. D., McNally, D. S., James, E. D. Six-element sensor for measuring vaginal pressure profiles. Med Biol Eng Comput. 1993 Mar; 31: 184-6

3029    Whyte, T.D., McNally, D.S., and James, E.D. Six-element sensor for measuring vaginal pressure profiles. Med Biol Eng Comput. 1993 Mar; 31: 184-186

3229    Widgerow, A.D. Abdominoplasty following colostomy. Ann Plast Surg. 1992 Nov; 29: 454-456

42914    Wielink, G., Essink-Bot, M. L., van Kerrebroeck, P. E., Rutten, F. F. Sacral rhizotomies and electrical bladder stimulation in spinal cord injury. 2. Cost-effectiveness and quality of life analysis. Dutch Study Group on Sacral Anterior Root Stimulation. Eur Urol. 1997; 31: 441-6

41242    Wiener, J. S., Scales, M. T., Hampton, J., King, L. R., Surwit, R., Edwards, C. L. Long-term efficacy of simple behavioral therapy for daytime wetting in children. J Urol. 2000 Sep; 164: 786-90

56170    Wijma, J., Potters, A. E., de Wolf, B. T., Tinga, D. J., Aarnoudse, J. G. Anatomical and functional changes in the lower urinary tract following spontaneous vaginal delivery. BJOG. 2003 Jul; 110: 658-63

11928    Wijma, J., Tinga, D. J., Visser, G. H. Compensatory mechanisms which prevent urinary incontinence in aging women. Gynecol Obstet Invest. 1992; 33: 102-4

12018    Wijma, J., Tinga, D. J., Visser, G. H. Perineal ultrasonography in women with stress incontinence and controls: the role of the pelvic floor muscles. Gynecol Obstet Invest. 1991; 32: 176-9

3443    Wijma, J., Tinga, D.J., and Visser, G.H. Compensatory mechanisms which prevent urinary incontinence in aging women. Gynecol Obstet Invest. 1992; 33: 102-104

3520    Wijma, J., Tinga, D.J., and Visser, G.H. Perineal ultrasonography in women with stress incontinence and controls: the role of the pelvic floor muscles. Gynecol Obstet Invest. 1991; 32: 176-179

40702    Wijma, J., Weis Potters, A. E., de Wolf, B. T., Tinga, D. J., Aarnoudse, J. G. Anatomical and functional changes in the lower urinary tract during pregnancy. BJOG. 2001 Jul; 108: 726-32

42452    Wikander, B., Ekelund, P., Milsom, I. An evaluation of multidisciplinary intervention governed by functional independence measure (FIMSM) in incontinent stroke patients. Scand J Rehabil Med. 1998 Mar; 30: 15-21

42267    Wilbur, J., Miller, A. M., Montgomery, A., Chandler, P. Sociodemographic characteristics, biological factors, and symptom reporting in midlife women. Menopause. 1998 Spring; 5: 43-51

---

# American Urological Association, Inc.

## SUI Guidelines Panel

---

**40284**   Wilcox, D. T. The management of urinary incontinence in the exstrophy complex, posterior urethral valves, and infrasphincteric ureters. Semin Pediatr Surg. 2002 May; 11: 128-33

**44023**   Wilker, C. E., Meyers-Wallen, V. N., Schlafer, D. H., Dykes, N. L., Kovacs, A., Ball, B. A. XX sex reversal in a llama. J Am Vet Med Assoc. 1994 Jan 1; 204: 112-5

**40293**   Wilkins, K. Medications and fall-related fractures in the elderly. Health Rep. 1999 Summer; 11: 45-53(Eng); 49-58(Fre)

**10139**   Wilkinson, K. Pakistani women's perceptions and experiences of incontinence. Nurs Stand. 2001 Oct 17-23; 16: 33-9

**43432**   Wilkinson, K., Williamson, B. Lights, camera, action!. Nurs Stand. 1995 Oct 25-31; 10: 19-21

**43498**   Williams, E. R., Malone, P. S. The social implications of lower urinary tract reconstruction performed during childhood. Br J Urol. 1995 Aug; 76: 226-30

**40918**   Williams, K. S., Assassa, R. P., Smith, N. K., Jagger, C., Perry, S., Shaw, C., Dallosso, H., McGrother, C., Clarke, M., Brittain, K. R., Castleden, C. M., Mayne, C. Development, implementation and evaluation of a new nurse-led continence service: a pilot study. J Clin Nurs. 2000 Jul; 9: 566-73

**10138**   Williams, K. S., Assassa, R. P., Smith, N., Rippin, C., Shaw, C., Mayne, C. Good practice in continence care: development of nurse-led service. Br J Nurs. 2002 Apr 25-May 8; 11: 548-59

**43410**   Williams, K., Roe, B., Sindhu, F. Using a handbook to improve nurses' continence care. Nurs Stand. 1995 Nov 15-21; 10: 39-42

**44014**   Williams, M. A., Noe, H. N., Smith, R. A. The importance of urinary tract infection in the evaluation of the incontinent child. J Urol. 1994 Jan; 151: 188-90

**43129**   Williams, M. E., Richman, J., Scatliff, J. A 67-year-old woman with a progressive gait disturbance. J Am Geriatr Soc. 1996 Jul; 44: 843-6

**44290**   Williams, M. P., Wallhagen, M., Dowling, G. Urinary retention in hospitalized elderly women. J Gerontol Nurs. 1993 Feb; 19: 7-14

**4152**   Williams, M.E., Gaylord, S.A. Role of functional assessment in the evaluation of urinary incontinence. J Am Geriatr Soc. 1990 Mar; 38: 296-299

**3165**   Williams, M.P., Wallhagen, M., and Dowling, G. Urinary retention in hospitalized elderly women. J Gerontol Nurs. 1993 Feb; 19: 7-14

**44299**   Williams, N. S., Fowler, C. G., George, B. D., Blandy, J. P., Badenoch, D. F., Patel, J. Electrically stimulated gracilis sphincter for bladder incontinence. Lancet. 1993 Jan 9; 341: 115-6

**3192**   Williams, N.S., Fowler, C.G., George, B.D., Blandy, J.P., Badenoch, D.F., and Patel, J. Electrically stimulated gracilis sphincter for bladder incontinence [letter]. Lancet. 1993 Jan 9; 341: 115-116

**3282**   Williams, R. Promoting continence following head injury. Br J Nurs. 1992 Jun 25-Jul 8; 1: 236-7,239-40

**3124**   Williams, T. Nursing initiative pinpointed problem. N Z Nurs J. 1993 Feb; 86: 14

**42835**   Willis, J. Consumer choice in continence products. Nurs Times. 1997 Mar 26-Apr 1; 93: 64-6

**42007**   Willis, J. Continence: a case for home delivery services. Nurs Times. 1998 Nov 25-Dec 1; 94: 64-6

**42700**   Willis, J. Continence--holiday plans. Nurs Times. 1997 Jul 23-29; 93: 73-4

**43598**   Willis, J. Intermittent catheters. Prof Nurse. 1995 May; 10: 523-4, 527-8

**42347**   Willis, J. Promoting continence control. Nurs Times. 1998 Apr 15-21; 94: 59-60

**41626**   Willis, J. Sex, relationships and continence. Nurs Times. 1999 Aug 4-10; 95: 62, 65

**42798**   Willis, J. Use it or lose it. Nurs Times. 1997 Apr 9-15; 93: 70, 73

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

11514    Wilson, D., Herbison, P. Conservative management of incontinence. Curr Opin Obstet Gynecol. 1995 Oct; 7: 386-92

40633    Wilson, L., Brown, J. S., Shin, G. P., Luc, K. O., Subak, L. L. Annual direct cost of urinary incontinence. Obstet Gynecol. 2001 Sep; 98: 398-406

55900    Wilson, M. M. Urinary incontinence: bridging the gender gap. J Gerontol A Biol Sci Med Sci. 2003 Aug; 58: 752-5

12069    Wilson, P. D., Borland, M. Vaginal cones for the treatment of genuine stress incontinence. Aust N Z J Obstet Gynaecol. 1990 May; 30: 157-60

11128    Wilson, P. D., George, M., Imrie, J. J. Vaginal electrostimulation for the treatment of genuine stress incontinence. Aust N Z J Obstet Gynaecol. 1997 Nov; 37: 446-9

42084    Wilson, P. D., Herbison, G. P. A randomized controlled trial of pelvic floor muscle exercises to treat postnatal urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 257-64

43274    Wilson, P. D., Herbison, R. M., Herbison, G. P. Obstetric practice and the prevalence of urinary incontinence three months after delivery. Br J Obstet Gynaecol. 1996 Feb; 103: 154-61

4029    Wilson, P.D. Conservative management of urethral sphincter incompetence. Clin Obstet Gynecol. 1990 Jun; 33: 330-345

59087    Wilson, S., Quek, M. L., Ginsberg, D. A. Transurethral injection of bulking agents for stress urinary incontinence following orthotopic neobladder reconstruction in women. J Urol. 2004 Jul; 172: 244-6

43991    Wilson, T. G., Moreno, J. G., Weinberg, A., Ahlering, T. E. Late complications of the modified Indiana pouch. J Urol. 1994 Feb; 151: 331-4

52840    Wilson, T. S., Lemack, G. E., Zimmern, P. E. Management of intrinsic sphincteric deficiency in women. J Urol. 2003 May; 169: 1662-9

10014    Wilson, T. S., Zimmern, P. E. Tailor-made incontinence care. Match type of incontinence to resident assessment for optimal treatment. Part 2. Contemp Longterm Care. 2002 Sep; 25: 18, 20

40049    Wilson, T. S., Zimmern, P. E. Urinary incontinence in elderly women. Contemp Longterm Care. 2002 Aug; 25: 18-20

42820    Wilson, W. D. Equine herpesvirus 1 myeloencephalopathy. Vet Clin North Am Equine Pract. 1997 Apr; 13: 53-72

10837    Winder, A. Incontinence: why women are still suffering in silence. Community Nurse. 1998 Oct; 4: 15-6

42258    Winkler, H. A., Sand, P. K. Treatment of detrusor instability with oxybutynin rectal suppositories. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 100-2

42557    Winson, L. Catheterization: a need for improved patient management. Br J Nurs. 1997 Nov 27-Dec 10; 6: 1229-32, 1234, 1251-2

12026    Winter, C. C. Re: Review of an 8-year experience with modifications of endoscopic suspension of the bladder neck for female stress urinary incontinence. J Urol. 1990 Dec; 144: 1481-2

3886    Winter, C.C. Re: Review of an 8-year experience with modifications of endoscopic suspension of the bladder neck for female stress urinary incontinence [letter; comment]. J Urol. 1990 Dec; 144: 1481-1482

43507    Winters, J. C., Appell, R. Periurethral injection of collagen in the treatment of intrinsic sphincteric deficiency in the female patient. Urol Clin North Am. 1995 Aug; 22: 673-8

43112    Winters, J. C., Appell, R. A. Collagen injection therapy in the treatment of urinary incontinence. Tech Urol. 1996 Summer; 2: 59-64

10499    Winters, J. C., Cespedes, R. D., Vanlangendonck, R. Abdominal sacral colpopexy and abdominal enterocele repair in the management of vaginal vault prolapse. Urology. 2000 Dec 4; 56: 55-63

10614    Winters, J. C., Chiverton, A., Scarpero, H. M., Prats, L. J., Jr Collagen injection therapy in elderly women: long-term results and patient satisfaction. Urology. 2000 Jun; 55: 856-61

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 10503 | Winters, J. C., Scarpero, H. M., Appell, R. A. Use of bone anchors in female urology. Urology. 2000 Dec 4; 56: 15-22 |
| 44536 | Wise, B. G., Abbott, D., Kelleher, C. J., Haken, J., Burton, G., Cardozo, L. D. Urinary incontinence. BMJ. 1992 Jan 11; 304: 119-20 |
| 11885 | Wise, B. G., Burton, G., Cutner, A., Cardozo, L. D. Effect of vaginal ultrasound probe on lower urinary tract function. Br J Urol. 1992 Jul; 70: 12-6 |
| 11805 | Wise, B. G., Cardozo, L. D., Cutner, A., Benness, C. J., Burton, G. Prevalence and significance of urethral instability in women with detrusor instability. Br J Urol. 1993 Jul; 72: 26-9 |
| 11964 | Wise, B., Cardozo, L. Urge incontinence and stress incontinence. Curr Opin Obstet Gynecol. 1991 Aug; 3: 520-7 |
| 3491 | Wise, B.G., Abbott, D., Kelleher, C.J., Haken, J., Burton, G., and Cardozo, L.D. Urinary incontinence [letter; comment]. Bmj. 1992 Jan 11; 304: 119-120 |
| 3305 | Wise, B.G., Burton, G., Cutner, A., and Cardozo, L.D. Effect of vaginal ultrasound probe on lower urinary tract function. Br J Urol. 1992 Jul; 70: 12-16 |
| 44682 | Wise, L. A., Lappin, M. R. A syndrome resembling feline dysautonomia (Key-Gaskell syndrome) in a dog. J Am Vet Med Assoc. 1991 Jun 15; 198: 2103-6 |
| 41885 | Wise, T. N. Psychosocial side effects of sildenafil therapy for erectile dysfunction. J Sex Marital Ther. 1999 Apr-Jun; 25: 145-50 |
| 44737 | Wise, W. E., Jr, Aguilar, P. S., Padmanabhan, A., Meesig, D. M., Arnold, M. W., Stewart, W. R. Surgical treatment of low rectovaginal fistulas. Dis Colon Rectum. 1991 Mar; 34: 271-4 |
| 3415 | Wiseman, J. Layers of meaning. Nurs Times. 1992 May 6-12; 88: 38-40 |
| 40489 | Wiseman, O. J., v, d., Hombergh U, Koldewijn, E. L., Spinelli, M., Siegel, S. W., Fowler, C. J. Sacral neuromodulation and pregnancy. J Urol. 2002 Jan; 167: 165-8 |
| 44722 | Wiseman, P. A., Malone-Lee, J., Rai, G. S. Terodiline with bladder retraining for treating detrusor instability in elderly people. BMJ. 1991 Apr 27; 302: 994-6 |
| 3688 | Wiseman, P.A., Malone-Lee, J., and Rai, G.S. Terodiline with bladder retraining for treating detrusor instability in elderly people [see comments]. Bmj. 1991 Apr 27; 302: 994-996 |
| 11722 | Wiskind, A. K., Miller, K. F., Wall, L. L. One hundred unstable bladders. Obstet Gynecol. 1994 Jan; 83: 108-12 |
| 5300 | Wiskind, A.K. The incidence of genital prolapse following the Burch colposuspension operation. Neurourology and Urodynamics. 1991; 10: 453-454 |
| 41901 | Wisser, J., Schar, G., Kurmanavicius, J., Huch, R., Huch, A. Use of 3D ultrasound as a new approach to assess obstetrical trauma to the pelvic floor. Ultraschall Med. 1999 Feb; 20: 15-8 |
| 44802 | Wolf, H., Wandt, H., Jonat, W. Immunohistochemical evidence of estrogen and progesterone receptors in the female lower urinary tract and comparison with the vagina. Gynecol Obstet Invest. 1991; 32: 227-31 |
| 3096 | Wolf, J.S., Jr., Turzan, C.W. Augmentation ureterocystoplasty. J Urol. 1993 May; 149: 1095-1098 |
| 41304 | Wolf, S. L., Riolo, L., Ouslander, J. G. Urge incontinence and the risk of falling in older women. J Am Geriatr Soc. 2000 Jul; 48: 847-8 |
| 44259 | Wolfe, C. D., Taub, N. A., Woodrow, J., Richardson, E., Warburton, F. G., Burney, P. G. Does the incidence, severity, or case fatality of stroke vary in southern England?. J Epidemiol Community Health. 1993 Apr; 47: 139-43 |
| 10211 | Wolters, M., Methfessel, H. D., Goepel, C., Koelbl, H. Computer-assisted virtual urethral pressure profile in the assessment of female genuine stress incontinence. Obstet Gynecol. 2002 Jan; 99: 69-74 |
| 42496 | Wong, E. Y. Uterine didelphys and occult spinal dysraphism: an unusual case. Dev Med Child Neurol. 1998 Feb; 40: 124-5 |
| 43741 | Wong, L. Incontinence has different meanings for different people. Aust J Adv Nurs. 1995 Spring; 13: 6-15 |

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A5  Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

---

**50460**   Wong, M. Y., Harmanli, O. H., Agar, M., Dandolu, V., Grody, M. H. Collagen content of nonsupport tissue in pelvic organ prolapse and stress urinary incontinence. Am J Obstet Gynecol. 2003 Dec; 189: 1597-9; discussion 1599-1600

**11551**   Woo, H. H., Rosario, D. J., Chapple, C. R. Stone formation on permanent suture material used previously in colposuspension. Br J Urol. 1995 Jul; 76: 139-40

**44019**   Woo, J., Ho, S. C., Lau, J., Yuen, Y. K., Chiu, H., Lee, H. C., Chi, I. The prevalence of depressive symptoms and predisposing factors in an elderly Chinese population. Acta Psychiatr Scand. 1994 Jan; 89: 8-13

**40653**   Wood, B. C., Rossmeisl, J. H., Jr, Rohleder, J. J. What is your diagnosis? Pronounced ventral deviation of the colon by an irregular soft tissue opacity in the retroperitoneal area. J Am Vet Med Assoc. 2001 Aug 1; 219: 305-6

**42498**   Woodhouse, C. R., Christofides, M. Modified ureterosigmoidostomy (Mainz II)--technique and early results. Br J Urol. 1998 Feb; 81: 247-52

**44005**   Woodhouse, C. R., Gordon, E. M. The Mitrofanoff principle for urethral failure. Br J Urol. 1994 Jan; 73: 55-60

**43801**   Woodhouse, C. R., MacNeily, A. E. The Mitrofanoff principle: expanding upon a versatile technique. Br J Urol. 1994 Oct; 74: 447-53

**43212**   Woodhouse, C. R., Redgrave, N. G. Late failure of the reconstructed exstrophy bladder. Br J Urol. 1996 Apr; 77: 590-2

**3307**   Woodhouse, C.R. Reconstruction of the lower urinary tract for neurogenic bladder: lessons from the adolescent age group. Br J Urol. 1992 Jun; 69: 589-593

**10697**   Woodman, P. J. In situ anterior vaginal wall sling formation with preservation of the endopelvic fascia for treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 409

**41378**   Woodman, P. J., Davis, G. D. The relationship of the in-situ advancing vaginal wall sling to vaginal epithelial inclusion cyst. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 124-6

**40059**   Woodman, P. J., Graney, D. O. Anatomy and physiology of the female perineal body with relevance to obstetrical injury and repair. Clin Anat. 2002 Aug; 15: 321-34

**40501**   Woodman, P. J., Misko, C. A., Fischer, J. R. The use of short-form quality of life questionnaires to measure the impact of imipramine on women with urge incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 312-5; discussion 315-6

**50110**   Woodman, P. J., Ruiz, H. L. Retropubic urethrolysis without resuspension for the management of posturethropexy urinary retention and voiding dysfunction. Mil Med. 2004 Feb; 169: 117-20

**44727**   Woods, D., Dobranowski, J., Orovan, W. L., Schiff, D. The Koch pouch: radiographic evaluation of the orthotopic and cutaneous forms. Can Assoc Radiol J. 1991 Apr; 42: 119-26

**3684**   Woods, D., Dobranowski, J., Orovan, W.L., and Schiff, D. The Koch pouch: radiographic evaluation of the orthotopic and cutaneous forms. Can Assoc Radiol J. 1991 Apr; 42: 119-126

**11509**   Woodtli, A. Mixed incontinence: a new nursing diagnosis?. Nurs Diagn. 1995 Oct-Dec; 6: 135-42

**11550**   Woodtli, A. Stress incontinence: clinical identification and validation of defining characteristics. Nurs Diagn. 1995 Jul-Sep; 6: 115-22

**11842**   Woodtli, M. A. Assessing urge incontinence in elderly women. Geriatr Nurs. 1993 Jan-Feb; 14: 19-22

**3184**   Woodward, S. A checklist to meet long-term needs. Continence assessment of neuroscience patients. Prof Nurse. 1993 Jan; 8: 222-226

**43069**   Woodward, S. Impact of neurological problems on urinary continence. Br J Nurs. 1996 Aug 8-Sep 11; 5: 906-13

**41511**   Wooldridge, L. S. Toileting assistance based on bladder volume. Ostomy Wound Manage. 1999 Dec; 45: 50

**42649**   Wootton, J. C. Search on urinary incontinence in elderly females. J Womens Health. 1997 Oct; 6: 583-6

**43239**   Wozniak-Petrofsky, J. Periurethral collagen injection in the treatment of urinary incontinence. Urol Nurs. 1996 Mar; 16: 20-2

---

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

| 3133 | Wozniak-Petrofsky, J. Urinary incontinence in the elderly: not a normal part of aging. Urol Nurs. 1993 Mar; 13: 12-16 |
|---|---|
| 40116 | Wraige, E., Borzyskowski, M. Investigation of daytime wetting: when is spinal cord imaging indicated?. Arch Dis Child. 2002 Aug; 87: 151-5 |
| 59281 | Wren, P. A., Janz, N. K., Brubaker, L., Fitzgerald, M. P., Weber, A. M., LaPorte, F. B., Wei, J. T. Reliability of health-related quality-of-life measures 1 year after surgical procedures for pelvic floor disorders. Am J Obstet Gynecol. 2005 Mar; 192: 780-8 |
| 40792 | Wright, E. J. Current status of fascia lata allograft slings treating urinary incontinence: effective or ephemeral?. Tech Urol. 2001 Jun; 7: 81-6 |
| 10989 | Wright, E. J., Iselin, C. E., Carr, L. K., Webster, G. D. Pubovaginal sling using cadaveric allograft fascia for the treatment of intrinsic sphincter deficiency. J Urol. 1998 Sep; 160: 759-62 |
| 3833 | Wright, K. Collaborative management of the incontinent patient [editorial]. Urol Nurs. 1990 Dec; 10: 6 |
| 4096 | Wright, K. ET nurses as the specialists in the care and prevention of incontinence [editorial]. J Enterostomal Ther. 1990 Mar-Apr; 17: 41-42 |
| 3782 | Wright, K. Special update on incontinence in the adult. J Enterostomal Ther. 1991 Mar-Apr; 18: 26A-27A |
| 3775 | Wroblewski, J. Terodiline: a new compound for the treatment of urge incontinence. Ostomy Wound Manage. 1990 Sep-Oct; 30: 22-29 |
| 44412 | Wszolek, Z. K., Pfeiffer, R. F., Bhatt, M. H., Schelper, R. L., Cordes, M., Snow, B. J., Rodnitzky, R. L., Wolters, E. C., Arwert, F., Calne, D. B. Rapidly progressive autosomal dominant parkinsonism and dementia with pallido-ponto-nigral degeneration. Ann Neurol. 1992 Sep; 32: 312-20 |
| 3251 | Wszolek, Z.K., Pfeiffer, R.F., Bhatt, M.H., Schelper, R.L., Cordes, M., Snow, B.J., Rodnitzky, R.L., Wolters, E.C., Arwert, F., and Calne, D.B. Rapidly progressive autosomal dominant parkinsonism and dementia with pallido-ponto-nigral degeneration. Ann Neurol. 1992 Sep; 32: 312-320 |
| 31178 | Wu, V., Farrell, S. A., Baskett, T. F., Flowerdew, G. A simplified protocol for pessary management. Obstet Gynecol. 1997 Dec; 90: 990-4 |
| 40094 | Wu, W. J., Chiang, P. H., Huang, C. H. Retroperitoneal laparoscopic nephrectomy in the treatment of incontinence from ectopic ureter with renal hypoplasia in the child--a case report. Kaohsiung J Med Sci. 2001 Dec; 17: 626-9 |
| 40660 | Wyczolkowski, M., Klima, W., Piasecki, Z. Reoperation after complicated tension-free vaginal tape procedures. J Urol. 2001 Sep; 166: 1004-5 |
| 50300 | Wyllie, M. G. Hormone-based approaches: altering the balance. BJU Int. 2004 Feb; 93: 415-6 |
| 10577 | Wyman, J. F. Management of urinary incontinence in adult ambulatory care populations. Annu Rev Nurs Res. 2000; 18: 171-94 |
| 11812 | Wyman, J. F. Managing urinary incontinence with bladder training: a case study. J ET Nurs. 1993 May-Jun; 20: 121-6 |
| 42335 | Wyman, J. F. Quality of life of older adults with urinary incontinence. J Am Geriatr Soc. 1998 Jun; 46: 778-9 |
| 42904 | Wyman, J. F. The 'costs' of urinary incontinence. Eur Urol. 1997; 32 Suppl 2: 13-9 |
| 43870 | Wyman, J. F. The psychiatric and emotional impact of female pelvic floor dysfunction. Curr Opin Obstet Gynecol. 1994 Aug; 6: 336-9 |
| 57090 | Wyman, J. F. Treatment of urinary incontinence in men and older women: the evidence shows the efficacy of a variety of techniques. Am J Nurs. 2003 Mar; Suppl: 26-35 |
| 11784 | Wyman, J. F., Elswick, R. K., Jr Ory, M. G., Wilson, M. S., Fantl, J. A. Influence of functional, urological, and environmental characteristics on urinary incontinence in community-dwelling older women. Nurs Res. 1993 Sep-Oct; 42: 270-5 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

10943    Wyman, J. F., Fantl, J. A., McClish, D. K., Bump, R. C. Comparative efficacy of behavioral interventions in the management of female urinary incontinence. Continence Program for Women Research Group. Am J Obstet Gynecol. 1998 Oct; 179: 999-1007

11118    Wyman, J. F., Fantl, J. A., McClish, D. K., Harkins, S. W., Uebersax, J. S., Ory, M. G. Quality of life following bladder training in older women with urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 223-9

45025    Wyman, J. F., Harkins, S. W., Fantl, J. A. Psychosocial impact of urinary incontinence in the community-dwelling population. J Am Geriatr Soc. 1990 Mar; 38: 282-8

3588     Wyman, J.F., Fantl, J.A. Bladder training in ambulatory care management of urinary incontinence. Urol Nurs. 1991 Sep; 11: 11-17

4155     Wyman, J.F., Harkins, S.W., and Fantl, J.A. Psychosocial impact of urinary incontinence in the community-dwelling population. J Am Geriatr Soc. 1990 Mar; 38: 282-288

43590    Wyndaele, J. J. Non surgical treatment of female incontinence. Acta Urol Belg. 1995 May; 63: 39-40

40747    Wyndaele, J. J., Madersbacher, H., Kovindha, A. Conservative treatment of the neuropathic bladder in spinal cord injured patients. Spinal Cord. 2001 Jun; 39: 294-300

3408     Wyndaele, J.J. Are sensations perceived during bladder filling reproducible during cystometry?. Urol Int. 1992; 48: 299-301

4074     Wyndaele, J.J., Maes, D. Clean intermittent self-catheterization: a 12-year followup. J Urol. 1990 May; 143: 906-908

44845    Xu, W. P., Song, X. W., Yue, S. Y., Cai, Y. B., Wu, J. Primary sacral tumors and their surgical treatment. A report of 87 cases. Chin Med J (Engl). 1990 Nov; 103: 879-84

3831     Xu, W.P., Song, X.W., Yue, S.Y., Cai, Y.B., and Wu, J. Primary sacral tumors and their surgical treatment. A report of 87 cases. Chin-Med-J (Engl). 1990 Nov; 103: 879-884

40338    Xu, Y. M., Qiao, Y., Sa, Y. L., Zhang, J., Li, T., Zhang, X. R., Chen, Z. Study of efferent tube suspension as a continent diversion mechanism. an experimental study in dogs. Urol Int. 2002; 68: 193-6

44732    Yachia, D. Re: Pulmonary migration following periurethral polytetrafluoroethylene injection for urinary incontinence. J Urol. 1991 Apr; 145: 839-40

3778     Yachia, D. Re: Pulmonary migration following periurethral polytetrafluoroethylene injection for urinary incontinence [letter; comment]. J Urol. 1991 Apr; 145: 839-840

59057    Yalcin, I., Bump, R. C. The effect of previous treatment experience and incontinence severity on the placebo response of stress urinary incontinence. Am J Obstet Gynecol. 2004 Jul; 191: 194-7

51930    Yalcin, I., Bump, R. C. Validation of two global impression questionnaires for incontinence. Am J Obstet Gynecol. 2003 Jul; 189: 98-101

59129    Yalcin, I., Versi, E., Benson, J. T., Schafer, W., Bump, R. C. Validation of a clinical algorithm to diagnose stress urinary incontinence for large studies. J Urol. 2004 Jun; 171: 2321-5

10616    Yalcin, O. T., Hassa, H., Ozalp, S. Effectiveness of ultrasonographic parameters for documenting the severity of anatomic stress incontinence. Acta Obstet Gynecol Scand. 2000 May; 79: 421-6

10155    Yalcin, O. T., Hassa, H., Tanir, M. A new ultrasonographic method for evaluation of the results of anti-incontinence operations. Acta Obstet Gynecol Scand. 2002 Feb; 81: 151-6

10390    Yalcin, O. T., Yildirim, A., Hassa, H. The effects of severe cystocele on urogynecologic symptoms and findings. Acta Obstet Gynecol Scand. 2001 May; 80: 423-7

50720    Yalcin, O., Isikoglu, M., Beji, N. K. Results of TVT operations alone and combined with other vaginal surgical procedures. Arch Gynecol Obstet. 2004 Jan; 269: 96-8

10535    Yalla, S. V. Injections, slings and urodynamics. J Urol. 2000 Nov; 164: 1632

# Appendix A5: Bibliography sorted by Primary Author

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Primary Author and Title**

**10991**    Yamada, T., Arai, G., Masuda, H., Tsukamoto, T., Nagahama, K., Nagamatsu, H. The correction of type 2 stress incontinence with a polytetrafluoroethylene patch sling: 5-year mean followup. J Urol. 1998 Sep; 160: 746-9

**10170**    Yamada, T., Ichiyanagi, N., Kamata, S., Sakai, Y., Nagahama, K., Tanizawa, A., Watanabe, T., Horiuchi, S., Saitoh, H. Need for sling surgery in patients with large cystoceles and masked stress urinary incontinence. Int J Urol. 2001 Nov; 8: 599-603

**10184**    Yamada, T., Kamata, S., Nagahama, K., Ichiyanagi, N., Horiuchi, S., Saitoh, H. Polytetrafluoroethylene patch sling for type 2 or type 3 stress urinary incontinence. Int J Urol. 2001 Dec; 8: 675-80

**3560**    Yamada, T., Mizuo, T., Kawakami, S., Watanabe, T., Negishi, T., and Oshima, H. Application of transrectal ultrasonography in modified Stamey procedure for stress urinary incontinence. J Urol. 1991 Dec; 146: 1555-1558

**11935**    Yamada, T., Mizuo, T., Kawakami, S., Watanabe, T., Negishi, T., Oshima, H. Application of transrectal ultrasonography in modified Stamey procedure for stress urinary incontinence. J Urol. 1991 Dec; 146: 1555-8

**3463**    Yamakawa, H., Ohkuma, A., Hattori, T., Niikawa, S., and Kobayashi, H. Primary intracranial arachnoid cyst in the elderly: a survey on 39 cases. Acta-Neurochir (Wien). 1991; 113: 42-47

**44799**    Yamakawa, H., Ohkuma, A., Hattori, T., Niikawa, S., Kobayashi, H. Primary intracranial arachnoid cyst in the elderly: a survey on 39 cases. Acta Neurochir (Wien). 1991; 113: 42-7

**41121**    Yamanishi, T., Sakakibara, R., Uchiyama, T., Suda, S., Hattori, T., Ito, H., Yasuda, K. Comparative study of the effects of magnetic versus electrical stimulation on inhibition of detrusor overactivity. Urology. 2000 Nov 1; 56: 777-81

**41159**    Yamanishi, T., Yasuda, K., Murayama, N., Sakakibara, R., Uchiyama, T., Ito, H. Biofeedback training for detrusor overactivity in children. J Urol. 2000 Nov; 164: 1686-90

**11162**    Yamanishi, T., Yasuda, K., Sakakibara, R., Hattori, T., Ito, H., Murakami, S. Pelvic floor electrical stimulation in the treatment of stress incontinence: an investigational study and a placebo controlled double- blind trial. J Urol. 1997 Dec; 158: 2127-31

**41502**    Yamanishi, T., Yasuda, K., Sakakibara, R., Hattori, T., Suda, S. Randomized, double-blind study of electrical stimulation for urinary incontinence due to detrusor overactivity. Urology. 2000 Mar; 55: 353-7

**42180**    Yamanishi, T., Yasuda, K., Sakakibara, R., Murayama, N., Hattori, T., Ito, H. Detrusor overactivity and penile erection in patients with lower lumbar spine lesions. Eur Urol. 1998 Oct; 34: 360-4

**41710**    Yamanishi, T., Yasuda, K., Sakakibara, R., Suda, S., Ishikawa, N., Hattori, T., Hosaka, H. Induction of urethral closure and inhibition of bladder contraction by continuous magnetic stimulation. Neurourol Urodyn. 1999; 18: 505-10

**10689**    Yamanishi, T., Yasuda, K., Suda, S., Ishikawa, N., Sakakibara, R., Hattori, T. Effect of functional continuous magnetic stimulation for urinary incontinence. J Urol. 2000 Feb; 163: 456-9

**44788**    Yamashita, H., Kumazawa, J. Voiding dysfunction: patients with human T-lymphotropic-virus-type-1- associated myelopathy. Urol Int. 1991; 47 Suppl 1: 69-71

**59079**    Yan, A., Anne, M., Karine, A., Vanessa, F., Christophe, P., Anne, T., Patrick, M. Cystocele repair by a synthetic vaginal mesh secured anteriorly through the obturator foramen. Eur J Obstet Gynecol Reprod Biol. 2004 Jul 15; 115: 90-4

**59392**    Yan, Y. J., Feng, Z. X., Min, Z. H., Jin, Y. X. Single-system ectopic ureters associated with renal dysplasia. Pediatr Surg Int. 2004 Dec; 20: 851-4

**54720**    Yang, J. C., Chang, K. C. Exercise-induced acute spinal subdural hematoma: a case report. Kaohsiung J Med Sci. 2003 Dec; 19: 624-7

**43158**    Yang, J. M. Factors affecting urethrocystographic parameters in urinary continent women. J Clin Ultrasound. 1996 Jun; 24: 249-55

**51770**    Yang, J. M., Huang, W. C. Bladder wall thickness on ultrasonographic cystourethrography: affecting factors and their implications. J Ultrasound Med. 2003 Aug; 22: 777-82

American Urological Association, Inc.                              Master Bibliography

SUI Guidelines Panel                                    sorted by Primary Author and Title

53730   Yang, J. M., Huang, W. C. Discrimination of bladder disorders in female lower urinary tract symptoms on ultrasonographic cystourethrography. J Ultrasound Med. 2002 Nov; 21: 1249-55

10013   Yang, J. M., Huang, W. C. Implications of abdominal straining in women with lower urinary tract symptoms. Urology. 2002 Sep; 60: 428-33

11479   Yang, S. C., Park, D. S., Lee, J. M., Graham, R. W. Laparoscopic extraperitoneal bladder neck suspension (LEBNS) for stress urinary incontinence. J Korean Med Sci. 1995 Dec; 10: 426-30

56600   Yang, T., Liu, Z., Liu, Y. Electroacupuncture at ciliao and huiyang for treating neuropathic incontinence of defecation and urination in 30 cases. J Tradit Chin Med. 2003 Mar; 23: 53-4

55420   Yap, L. K., Au, S. Y., Ang, Y. H., Kwan, K. Y., Ng, S. C., Ee, C. H. Who are the residents of a nursing home in Singapore?. Singapore Med J. 2003 Feb; 44: 65-73

43660   Yarker, Y. E., Goa, K. L., Fitton, A. Oxybutynin. A review of its pharmacodynamic and pharmacokinetic properties, and its therapeutic use in detrusor instability. Drugs Aging. 1995 Mar; 6: 243-62

10751   Yasuda, K., Yamanishi, T. Critical evaluation of electro-stimulation for management of female urinary incontinence. Curr Opin Obstet Gynecol. 1999 Oct; 11: 503-7

43893   Yasumura, S., Haga, H., Nagai, H., Suzuki, T., Amano, H., Shibata, H. Rate of falls and the correlates among elderly people living in an urban community in Japan. Age Ageing. 1994 Jul; 23: 323-7

40977   Yavuzer, G., Gok, H., Tuncer, S., Soygur, T., Arikan, N., Arasil, T. Compliance with bladder management in spinal cord injury patients. Spinal Cord. 2000 Dec; 38: 762-5

41907   Yeruham, I., Elad, D., Perl, S., Avidar, Y., Israeli, B., Shlosberg, A. Isolation of Corynebacterium pilosum and Actinomyces pyogenes from cystitis and vulvovaginitis infection in a 2-month-old female calf. Zentralbl Veterinarmed [B]. 1999 Mar; 46: 127-30

41733   Yeung, C. K., Liu, K. W., Ng, W. T., Tan, H. L., Tam, Y. H., Lee, K. H. Laparoscopy as the investigation and treatment of choice for urinary incontinence caused by small 'invisible' dysplastic kidneys with infrasphincteric ureteric ectopia. BJU Int. 1999 Aug; 84: 324-8

54500   Yeung, C. K., Sihoe, J. D., Sit, F. K., Bower, W., Sreedhar, B., Lau, J. Characteristics of primary nocturnal enuresis in adults: an epidemiological study. BJU Int. 2004 Feb; 93: 341-5

52520   Yip, S. K., Chan, A., Pang, S., Leung, P., Tang, C., Shek, D., Chung, T. The impact of urodynamic stress incontinence and detrusor overactivity on marital relationship and sexual function. Am J Obstet Gynecol. 2003 May; 188: 1244-8

53170   Yip, S. K., Chung, T. K. Treatment-seeking behavior in Hong Kong Chinese women with urinary symptoms. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 27-30; discussion 30

11001   Yip, S. K., Leung, T. Y., Chan, C. K. Hematuria and clot retention after Burch colposuspension and Cystofix suprapubic catheterization: suprapubic cystotomy as an alternative suprapubic drainage method. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 122-4

10016   Yip, S. K., Sahota, D., Chang, A. M., Chung, T. K. Four-year follow-up of women who were diagnosed to have postpartum urinary retention. Am J Obstet Gynecol. 2002 Sep; 187: 648-52

51650   Yip, S. K., Sahota, D., Chang, A., Chung, T. Effect of one interval vaginal delivery on the prevalence of stress urinary incontinence: a prospective cohort study. Neurourol Urodyn. 2003; 22: 558-62

11584   Yokoyama, E. Contigen Bard Collagen implant: the Japanese experience. Int J Urol. 1995 Apr; 2 Suppl 1: 11-5; discussion 16-8

44543   Yokoyama, O., Nagano, K., Kawaguchi, K., Komatsu, K., Egawa, M., Hisazumi, H. The influence of pelvic nerve transection on the neuromuscular system of the canine urinary bladder. Urol Res. 1992; 20: 45-8

41349   Yokoyama, O., Yoshiyama, M., Namiki, M., de Groat, W. C. Role of the forebrain in bladder overactivity following cerebral infarction in the rat. Exp Neurol. 2000 Jun; 163: 469-76

**Appendix A5 Bibliography sorted by Primary Author**

**American Urological Association, Inc.**

SUI Guidelines Panel

**10480** Yokoyama, T., Yoshimura, N., Dhir, R., Qu, Z., Fraser, M. O., Kumon, H., de Groat, W. C., Huard, J., Chancellor, M. B. Persistence and survival of autologous muscle derived cells versus bovine collagen as potential treatment of stress urinary incontinence. J Urol. 2001 Jan; 165: 271-6

**59360** Yokozuka, M., Namima, T., Nakagawa, H., Ichie, M., Handa, Y. Effects and indications of sacral surface therapeutic electrical stimulation in refractory urinary incontinence. Clin Rehabil. 2004 Dec; 18: 899-907

**41119** Yono, M., Yoshida, M., Takahashi, W., Inadome, A., Ueda, S. Comparison of the effects of novel antimuscarinic drugs on human detrusor smooth muscle. BJU Int. 2000 Oct; 86: 719-25

**41936** Yono, M., Yoshida, M., Wada, Y., Kikukawa, H., Takahashi, W., Inadome, A., Seshita, H., Ueda, S. Pharmacological effects of tolterodine on human isolated urinary bladder. Eur J Pharmacol. 1999 Mar 5; 368: 223-30

**42714** Yoo, J. J., Magliochetti, M., Atala, A. Detachable self-sealing membrane system for the endoscopic treatment of incontinence. J Urol. 1997 Sep; 158: 1045-8

**42262** Yoon, E., Swift, S. A comparison of maximum cystometric bladder capacity with maximum environmental voided volumes. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 78-82

**57440** Yoon, H. S., Song, H. H., Ro, Y. J. A comparison of effectiveness of bladder training and pelvic muscle exercise on female urinary incontinence. Int J Nurs Stud. 2003 Jan; 40: 45-50

**42501** Yordan, E. L. Obstetrics and gynecology. J Am Coll Surg. 1998 Feb; 186: 182-8

**40012** Yoshimura, N., Chancellor, M. B. Current and future pharmacological treatment for overactive bladder. J Urol. 2002 Nov; 168: 1897-913

**42562** Yoshimura, N., Nagahama, Y., Ueda, T., Yoshida, O. Paroxysmal urinary incontinence associated with multiple sclerosis. Urol Int. 1997; 59: 197-9

**41301** Yoshimura, T., Nagata, Y., Matsuura, K., Okamura, H. Primary vaginal stone in an 11-year-old recumbent girl. Gynecol Obstet Invest. 2000; 50: 64-6

**41878** Yoshino, M., Yoshimi, Y., Taniguchi, M., Nakamura, S., Ikeda, T. Syndrome of inappropriate secretion of antidiuretic hormone associated with idiopathic normal pressure hydrocephalus. Intern Med. 1999 Mar; 38: 290-2

**41136** Yoshiyama, M., Yamamoto, T., de Groat, W. C. Role of spinal alpha(1)-adrenergic mechanisms in the control of lower urinary tract in the rat. Brain Res. 2000 Nov 3; 882: 36-44

**42132** You, H. Y., Wang, S. R. Normal pressure hydrocephalus in a patient with systemic lupus erythematosus: a case report. Zhonghua Yi Xue Za Zhi (Taipei). 1998 Sep; 61: 551-5

**42206** Young, S. B., Becker, J. Postoperative urinary drainage. Clin Obstet Gynecol. 1998 Sep; 41: 735-43

**10305** Young, S. B., Howard, A. E., Baker, S. P. Mersilene mesh sling: short- and long-term clinical and urodynamic outcomes. Am J Obstet Gynecol. 2001 Jul; 185: 32-40

**43913** Young, S. B., Pingeton, D. M. A practical approach to perimenopausal and postmenopausal urinary incontinence. Obstet Gynecol Clin North Am. 1994 Jun; 21: 357-79

**41846** Young, S. B., Pingeton, D. M. Office assessment of female urinary incontinence. Clin Obstet Gynecol. 1999 Jun; 42: 249-66

**11486** Young, S. B., Rosenblatt, P. L., Pingeton, D. M., Howard, A. E., Baker, S. P. The Mersilene mesh suburethral sling: a clinical and urodynamic evaluation. Am J Obstet Gynecol. 1995 Dec; 173: 1719-25; discussion 1725-6

**3318** Younoszai, M.K. Stooling problems in patients with myelomeningocele. South Med J. 1992 Jul; 85: 718-724

**52450** Yu, H. J., Wong, W. Y., Chen, J., Chie, W. C. Quality of life impact and treatment seeking of Chinese women with urinary incontinence. Qual Life Res. 2003 May; 12: 327-33

**12079** Yu, L. C., Rohner, T. J., Kaltreider, D. L., Hu, T. W., Igou, J. F., Dennis, P. J. Profile of urinary incontinent elderly in long-term care institutions. J Am Geriatr Soc. 1990 Apr; 38: 433-9

# Appendix A5   Bibliography sorted by Primary Author

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Primary Author and Title**

| | |
|---|---|
| 3564 | Yu, L.C., Johnson, K., Kaltreider, D.L., Hu, T.W., Brannon, D., and Ory, M. Urinary incontinence: nursing home staff reaction toward residents. J Gerontol Nurs. 1991 Nov; 17: 34-41 |
| 4076 | Yu, L.C., Rohner, T.J., Kaltreider, D.L., Hu, T.W., Igou, J.F., and Dennis, P.J. Profile of urinary incontinent elderly in long-term care institutions [see comments]. J Am Geriatr Soc. 1990 Apr; 38: 433-439 |
| 44142 | Yu, T. J. Single unilateral vaginal ectopic ureter. J Formos Med Assoc. 1993 Oct; 92: 923-5 |
| 59037 | Yuan, X., Mudge, B. J., Raezer, D. M. Small intestine erosion by artificial urinary sphincter reservoir tubing. J Urol. 2004 Oct; 172: 1363 |
| 54130 | Yucel, S., Baskin, L. S. An anatomical description of the male and female urethral sphincter complex. J Urol. 2004 May; 171: 1890-7 |
| 43134 | Yusuf, S. W., Booth, S. A., Mishra, R. M. Falls and urinary incontinence in a 66-year-old woman. Lancet. 1996 Jun 22; 347: 1738 |
| 40097 | Zannolli, R., Gilman, S., Rossi, S., Volpi, N., Bernini, A., Galluzzi, P., Galimberti, D., Pucci, L., D'Ambrosio, A., Morgese, G., Giannini, F. Hereditary neuronal intranuclear inclusion disease with autonomic failure and cerebellar degeneration. Arch Neurol. 2002 Aug; 59: 1319-26 |
| 11314 | Zaragoza, M. R. Expanded indications for the pubovaginal sling: treatment of type 2 or 3 stress incontinence. J Urol. 1996 Nov; 156: 1620-2 |
| 42292 | Zaragoza, M. R. The unspoken affliction. Del Med J. 1998 Jun; 70: 301-2 |
| 57830 | Zemack, G., Romner, B. Adjustable valves in normal-pressure hydrocephalus: a retrospective study of 218 patients. Neurosurgery. 2002 Dec; 51: 1392-400; discussion 1400-2 |
| 52650 | Zibecchi, L., Greendale, G. A., Ganz, P. A. Continuing education: Comprehensive menopausal assessment: an approach to managing vasomotor and urogenital symptoms in breast cancer survivors. Oncol Nurs Forum. 2003 May-Jun; 30: 393-407 |
| 55350 | Zietman, A. L., Sacco, D., Skowronski, U., Gomery, P., Kaufman, D. S., Clark, J. A., Talcott, J. A., Shipley, W. U. Organ conservation in invasive bladder cancer by transurethral resection, chemotherapy and radiation: results of a urodynamic and quality of life study on long-term survivors. J Urol. 2003 Nov; 170: 1772-6 |
| 3167 | Zietman, A.L., Shipley, W.U., and Willett, C.G. Residual disease after radical surgery or radiation therapy for prostate cancer. Clinical significance and therapeutic implications. Cancer. 1993 Feb 1; 71: 959-969 |
| 10365 | Zilbert, A. W., Farrell, S. A. External iliac artery laceration during tension-free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 141-3 |
| 44209 | Zimakoff, J., Pontoppidan, B., Larsen, S. O., Stickler, D. J. Management of urinary bladder function in Danish hospitals, nursing homes and home care. J Hosp Infect. 1993 Jul; 24: 183-99 |
| 2995 | Zimakoff, J., Pontoppidan, B., Larsen, S.O., and Stickler, D.J. Management of urinary bladder function in Danish hospitals, nursing homes and home care. J Hosp Infect. 1993 Jul; 24: 183-199 |
| 43205 | Zimakoff, J., Stickler, D. J., Pontoppidan, B., Larsen, S. O. Bladder management and urinary tract infections in Danish hospitals, nursing homes, and home care: a national prevalence study. Infect Control Hosp Epidemiol. 1996 Apr; 17: 215-21 |
| 43623 | Zimmern, P. Incontinence. J Urol. 1995 Apr; 153: 1194-5 |
| 53930 | Zimmern, P. E. A new injectable bulking agent for treatment of stress urinary incontinence. Curr Urol Rep. 2002 Oct; 3: 400 |
| 53940 | Zimmern, P. E. Autologous fat injection as treatment for female stress urinary incontinence. Curr Urol Rep. 2002 Oct; 3: 399 |
| 11284 | Zimmern, P. E., Hadley, R. Re: The endoscopic fascial sling for treatment of female urinary stress incontinence. J Urol. 1997 Jan; 157: 268 |
| 42242 | Zinner, N. R. Clinical aspects of detrusor instability and the value of urodynamics. Eur Urol. 1998; 34 Suppl 1: 16-9 |

# Appendix A5  Bibliography sorted by Primary Author

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Primary Author and Title

40220  Zinner, N. R., Mattiasson, A., Stanton, S. L. Efficacy, safety, and tolerability of extended-release once-daily tolterodine treatment for overactive bladder in older versus younger patients. J Am Geriatr Soc. 2002 May; 50: 799-807

59247  Zinner, N., Harnett, M., Sabounjian, L., Sandage, B., Jr, Dmochowski, R., Staskin, D. The overactive bladder-symptom composite score: a composite symptom score of toilet voids, urgency severity and urge urinary incontinence in patients with overactive bladder. J Urol. 2005 May; 173: 1639-43

11168  Zivkovic, F., Tamussino, K. Effects of vaginal surgery on the lower urinary tract. Curr Opin Obstet Gynecol. 1997 Oct; 9: 329-31

10580  Zivkovic, F., Tamussino, K., Pieber, D., Haas, J. Body mass index and outcome of incontinence surgery. Obstet Gynecol. 1999 May; 93: 753-6

11415  Zivkovic, F., Tamussino, K., Ralph, G., Schied, G., Auer-Grumbach, M. Long-term effects of vaginal dissection on the innervation of the striated urethral sphincter. Obstet Gynecol. 1996 Feb; 87: 257-60

3173  Zollner-Nielsen, M., Samuelsson, S.M. Maximal electrical stimulation of patients with frequency, urgency and urge incontinence. Report of 38 cases. Acta Obstet Gynecol Scand. 1992 Dec; 71: 629-631

10820  Zorn, B. H., Montgomery, H., Pieper, K., Gray, M., Steers, W. D. Urinary incontinence and depression. J Urol. 1999 Jul; 162: 82-4

11474  Zorzos, I., Paterson, P. J. Quality of life after a Marshall-Marchetti-Krantz procedure for stress urinary incontinence. J Urol. 1996 Jan; 155: 259-62

57670  Zoubina, E. V., Smith, P. G. Expression of estrogen receptors alpha and beta by sympathetic ganglion neurons projecting to the proximal urethra of female rats. J Urol. 2003 Jan; 169: 382-5

10021  Zozikov, B., Kunchev, S. I., Varlev, C. Application of clenbuterol in the treatment of urinary incontinence. Int Urol Nephrol. 2001; 33: 413-6

59078  Zubke, W., Becker, S., Kramer, B., Wallwiener, D. Persistent urinary retention after tension-free vaginal tape: a new surgical solution. Eur J Obstet Gynecol Reprod Biol. 2004 Jul 15; 115: 95-8

41470  Zulkowski, K., Kindsfater, D. Examination of care-planning needs for elderly newly admitted to an acute care setting. Ostomy Wound Manage. 2000 Jan; 46: 32-8

10146  Zullo, F., Morelli, M., Russo, T., Iuzzolino, D., Palomba, S. Two techniques of laparoscopic retropubic urethropexy. J Am Assoc Gynecol Laparosc. 2002 May; 9: 178-81

10238  Zullo, F., Palomba, S., Piccione, F., Morelli, M., Arduino, B., Mastrantonio, P. Laparoscopic Burch colposuspension: a randomized controlled trial comparing two transperitoneal surgical techniques. Obstet Gynecol. 2001 Nov; 98: 783-8

59225  Zullo, F., Palomba, S., Russo, T., Sbano, F. M., Falbo, A., Morelli, M., Pellicano, M., Mastrantonio, P. Laparoscopic colposuspension using sutures or prolene meshes: a 3-year follow-up. Eur J Obstet Gynecol Reprod Biol. 2004 Dec 1; 117: 201-3

59175  Zullo, M. A., Plotti, F., Bellati, F., Muzii, L., Angioli, R., Panici, P. B. Transurethral polydimethylsiloxane implantation: a valid option for the treatment of stress urinary incontinence due to intrinsic sphincter deficiency without urethral hypermobility. J Urol. 2005 Mar; 173: 898-902

41012  Zvosec, D. L., Smith, S. W., McCutcheon, J. R., Spillane, J., Hall, B. J., Peacock, E. A. Adverse events, including death, associated with the use of 1,4- butanediol. N Engl J Med. 2001 Jan 11; 344: 87-94

4198  Zweig, S., Lawhorne, L., and Post, R. Factors predicting mortality in rural elderly hospitalized for pneumonia. J Fam Pract. 1990 Feb; 30: 153-159

45038  Zweig, S., Lawhorne, L., Post, R. Factors predicting mortality in rural elderly hospitalized for pneumonia. J Fam Pract. 1990 Feb; 30: 153-9

51530  Zyczynski, H. M., Howden, N. S. Surgical management of urinary incontinence. Curr Womens Health Rep. 2003 Oct; 3: 399-404

**7109 articles listed**

# American Urological Association, Inc.

## SUI Guidelines Panel

**2992**   Phillips, E., Uehling, D.T. Hinman syndrome: a vicious cycle. Urology. 1993 Sep; 42: 317-9;discussion319-20

**2993**   Acheson, L.S., Danner, S.C. Postpartum care and breast-feeding. Prim Care. 1993 Sep; 20: 729-747

**2995**   Zimakoff, J., Pontoppidan, B., Larsen, S.O., and Stickler, D.J. Management of urinary bladder function in Danish hospitals, nursing homes and home care. J Hosp Infect. 1993 Jul; 24: 183-199

**2996**   Broseta, E., Osca, J.M., Morera, J., Martinez-Agullo, E., and Jimenez-Cruz, J.F. Urological manifestations of herpes zoster. Eur Urol. 1993; 24: 244-247

**2997**   Weil, E.H., van-Waalwijk-van-Doorn, E.S., Heesakkers, J.P., Meguid, T., and Janknegt, R.A. Transvaginal ultrasonography: a study with healthy volunteers and women with genuine stress incontinence. Eur Urol. 1993; 24: 226-230

**2999**   Tobin, G.W. Incontinence in the elderly. West Engl Med J. 1992 Dec; 107: 79-81

**3000**   Ehrlich, R.M., Gershman, A. Laparoscopic seromyotomy (auto-augmentation) for non-neurogenic neurogenic bladder in a child: initial case report. Urology. 1993 Aug; 42: 175-178

**3001**   Sandvik, H., Hunskaar, S. Incontinence pads--prevalence of use and individual consumption. Scand J Soc Med. 1993 Jun; 21: 120-121

**3002**   Brooks, M.J. Urinary incontinence: assessment, treatment, and reimbursement. Home Healthc Nurse. 1993 Jul-Aug; 11: 41-46

**3003**   Smith, P., Heimer, G., Norgren, A., and Ulmsten, U. Localization of steroid hormone receptors in the pelvic muscles. Eur J Obstet Gynecol Reprod Biol. 1993 Jun; 50: 83-85

**3004**   Dijkema, H.E., Weil, E.H., Mijs, P.T., and Janknegt, R.A. Neuromodulation of sacral nerves for incontinence and voiding dysfunctions. Clinical results and complications. Eur Urol. 1993; 24: 72-76

**3005**   Borzi, P., Gough, D.C. Pedicled gastric tube as a catheterising conduit. Eur Urol. 1993; 24: 103-105

**3008**   Sawle, G.V., Playford, E.D., Brooks, D.J., Quinn, N., and Frackowiak, R.S. Asymmetrical pre-synaptic and post-synpatic changes in the striatal dopamine projection in dopa naive parkinsonism. Diagnostic implications of the D2 receptor status. Brain. 1993 Aug; 116: 853-867

**3009**   Hollander, J.B., Diokno, A.C. Urinary diversion and reconstruction in the patient with spinal cord injury. Urol Clin North Am. 1993 Aug; 20: 465-474

**3010**   Kurisaka, M., Arisawa, M., Moriki, A., and Mori, K. Successful combination chemotherapy (cisplatin, vinblastine, and bleomycin) with small-dose irradiation in the treatment of pineoblastoma metastasized into spinal cord: case report. Surg Neurol. 1993 Feb; 39: 152-157

**3011**   Riley, D.E., Lang, A.E. The spectrum of levodopa-related fluctuations in Parkinson's disease. Neurology. 1993 Aug; 43: 1459-1464

**3013**   Mayhew, P.A. Overcoming barriers to research utilization with researched-based practice guidelines. Medsurg Nurs. 1993 Aug; 2: 336-337

**3014**   Anon. International Continence Society. 23rd annual meeting, Rome, Italy, 8-11 September 1993. Abstracts. Neurourol Urodyn. 1993; 12: 303-440

**3016**   Lopez, A.E., Padron, O.F., Patsias, G., and Politano, V.A. Transurethral polytetrafluoroethylene injection in female patients with urinary continence. J Urol. 1993 Sep; 150: 856-858

**3017**   Hollowell, J.G., Hill, P.D., Duffy, P.G., and Ransley, P.G. Evaluation and treatment of incontinence after bladder neck reconstruction in exstrophy and epispadias. Br J Urol. 1993 Jun; 71: 743-749

**3018**   Geirsson, G., Fall, M., and Lindstrom, S. The ice-water test--a simple and valuable supplement to routine cystometry. Br J Urol. 1993 Jun; 71: 681-685

**3019**   Moore, K., Griffiths, D., Latimer, G., and Merke, R. Twenty four-hour monitoring of incontinence and bladder function in a community hospital. J ET Nurs. 1993 Jul-Aug; 20: 163-168

**3020**   McGuire, E.J., Gormley, E.A. Urinary incontinence [editorial]. J ET Nurs. 1993 Jul-Aug; 20: 136-137

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

3021    Roe, B. Promoting continence in Denmark and UK. Nurs Stand. 1993 Jun 23-29; 7: 28-30

3022    Hassink, E.A., Rieu, P.N., Severijnen, R.S., vd-Staak, F.H., and Festen, C. Are adults content or continent after repair for high anal atresia? A long-term follow-up study in patients 18 years of age and older. Ann Surg. 1993 Aug; 218: 196-200

3023    Smith, P. Estrogens and the urogenital tract. Studies on steroid hormone receptors and a clinical study on a new estradiol-releasing vaginal ring. Acta Obstet Gynecol Scand Suppl. 1993; 157: 1-26

3024    Rousseau, P., Fuentevilla-Clifton, A. Acetazolamide and salicylate interaction in the elderly: a case report. J Am Geriatr Soc. 1993 Aug; 41: 868-869

3025    Lalos, O., Berglund, A.L., and Bjerle, P. Urodynamics in women with stress incontinence before and after surgery. Eur J Obstet Gynecol Reprod Biol. 1993 Mar; 48: 197-205

3026    Brandell, R.A., Brock, J.W., 3d. Common problems in pediatric urology. Compr Ther. 1993; 19: 11-16

3027    Reid, C.J., Borzyskowski, M. Lower urinary tract dysfunction in cerebral palsy. Arch Dis Child. 1993 Jun; 68: 739-742

3028    Van-Kerrebroeck, P.E., Koldewijn, E.L., Scherpenhuizen, S., and Debruyne, F.M. The morbidity due to lower urinary tract function in spinal cord injury patients. Paraplegia. 1993 May; 31: 320-329

3029    Whyte, T.D., McNally, D.S., and James, E.D. Six-element sensor for measuring vaginal pressure profiles. Med Biol Eng Comput. 1993 Mar; 31: 184-186

3030    Karasawa, J., Touho, H., Ohnishi, H., Miyamoto, S., and Kikuchi, H. Cerebral revascularization using omental transplantation for childhood moyamoya disease. J Neurosurg. 1993 Aug; 79: 192-196

3031    Cottenden, A., Ledger, D. Incontinence pads: predicting their leakage performance using laboratory tests. Neurourol Urodyn. 1993; 12: 289-291

3032    Walter, J.S., Wheeler, J.S., Morgan, C., Zaszczurynski, P., and Plishka, M. Measurement of total urethral compliance in females with stress incontinence. Neurourol Urodyn. 1993; 12: 273-276

3034    Nochajski, T.H., Burns, P.A., Pranikoff, K., and Dittmar, S.S. Dimensions of urine loss among older women with genuine stress incontinence. Neurourol Urodyn. 1993; 12: 223-233

3035    Jakobsen, H., Kromann-Andersen, B., Nielsen, K.K., and Maegaard, E. Pad weighing tests with 50% or 75% bladder filling. Does it matter?. Acta Obstet Gynecol Scand. 1993 Jul; 72: 377-381

3037    Chang, M.K., Joseph, A.C. Evolution of a bladder behavior clinic for patients after prostatectomy. Urol Nurs. 1993 Jun; 13: 62-66

3038    Nguyen, D.H., Bain, M.A., Salmonson, K.L., Ganesan, G.S., Burns, M.W., and Mitchell, M.E. The syndrome of dysuria and hematuria in pediatric urinary reconstruction with stomach. J Urol. 1993 Aug; 150: 707-709

3039    Wan, J., McGuire, E.J., Bloom, D.A., and Ritchey, M.L. Stress leak point pressure: a diagnostic tool for incontinent children. J Urol. 1993 Aug; 150: 700-702

3040    Decter, R.M. Use of the fascial sling for neurogenic incontinence: lessons learned. J Urol. 1993 Aug; 150: 683-686

3041    Caione, P., Lais, A., de-Gennaro, M., and Capozza, N. Glutaraldehyde cross-linked bovine collagen in exstrophy/epispadias complex. J Urol. 1993 Aug; 150: 631-633

3042    Gearhart, J.P., Canning, D.A., Peppas, D.S., and Jeffs, R.D. Techniques to create continence in the failed bladder exstrophy closure patient. J Urol. 1993 Aug; 150: 441-443

3043    Gosalbez, R., Jr., Woodard, J.R., Broecker, B.H., Parrott, T.S., and Massad, C. The use of stomach in pediatric urinary reconstruction. J Urol. 1993 Aug; 150: 438-440

3044    Steiner, M.S., Burnett, A.L., Brooks, J.D., Brendler, C.B., Stutzman, R.E., and Carter, H.B. Tubularized neourethra following radical retropubic prostatectomy. J Urol. 1993 Aug; 150: 407-9;discussion409-10

# Appendix A6. Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**3045** Fishman, I.J., Scott, F.B. Pregnancy in patients with the artificial urinary sphincter. J Urol. 1993 Aug; 150: 340-341

**3046** Ishigooka, M., Hashimoto, T., Izumiya, K., Katoh, T., Yaguchi, H., Nakada, T., Handa, Y., and Hoshimiya, N. Electrical pelvic floor stimulation in the management of urinary incontinence due to neuropathic overactive bladder. Front Med Biol Eng. 1993; 5: 1-10

**3047** Petrelli, N.J., Nagel, S., Rodriguez-Bigas, M., Piedmonte, M., and Herrera, L. Morbidity and mortality following abdominoperineal resection for rectal adenocarcinoma. Am Surg. 1993 Jul; 59: 400-404

**3048** Pannill, F.C., 3d. Urinary incontinence for the primary care physician. Conn Med. 1993 May; 57: 299-308

**3049** Tiemann, D., Shea, L., Klutke, C.G., Gaehle, K., and Moore, S. Artificial urinary sphincters. Treatment for post-prostatectomy incontinence. Aorn J. 1993 Jun; 57: 1366-72,1375-9

**3050** Burns, P.A., Pranikoff, K., Nochajski, T.H., Hadley, E.C., Levy, K.J., and Ory, M.G. A comparison of effectiveness of biofeedback and pelvic muscle exercise treatment of stress incontinence in older community-dwelling women. J Gerontol. 1993 Jul; 48: M167-M174

**3051** Nurse, D.E., Britton, J.P., and Mundy, A.R. Relative indications for orthotopic lower urinary tract reconstruction, continent urinary diversion and conduit urinary diversion. Br J Urol. 1993 May; 71: 562-565

**3052** Jones, J.A., Mitchell, M.E., and Rink, R.C. Improved results using a modification of the Young-Dees-Leadbetter bladder neck repair. Br J Urol. 1993 May; 71: 555-561

**3053** Ekelund, P., Grimby, A., and Milsom, I. Urinary incontinence. Social and financial costs high [letter]. Bmj. 1993 May 15; 306: 1344

**3054** Jolleys, J.V., Wilson, J.V. Urinary incontinence. GPs lack confidence [letter]. Bmj. 1993 May 15; 306: 1344

**3055** Hamano, S., Nakanishi, Y., Nara, T., Seki, T., Ohtani, T., Oishi, T., Joh, K., Oikawa, T., Muramatsu, Y., Ogawa, Y., et al. Neurological manifestations of hemorrhagic colitis in the outbreak of Escherichia coli O157:H7 infection in Japan. Acta Paediatr. 1993 May; 82: 454-458

**3056** Chester, F. Promoting urinary continence (continuing education credit). Nurs Stand. 1993 May 12-18; 7: 31-36

**3057** Weese, D.L., Roskamp, D.A., Leach, G.E., and Zimmern, P.E. Intravesical oxybutynin chloride: experience with 42 patients. Urology. 1993 Jun; 41: 527-530

**3058** Sherer, D.M., Abramowicz, J.S., Perillo, A.M., and Woods, J.R., Jr. Post cesarean delivery atonic bladder with overflow incontinence appearing sonographically as a large retrovesical hypoechoic mass. J Ultrasound Med. 1993 Jun; 12: 365-367

**3059** Nazarko, L. Care of the elderly: incontinence through incompetence. Nurs Stand. 1993 Apr 28-May 4; 7: 52-53

**3060** Hautmann, R.E., Miller, K., Steiner, U., and Wenderoth, U. The ileal neobladder: 6 years of experience with more than 200 patients. J Urol. 1993 Jul; 150: 40-45

**3061** Weiss, R.E., Garden, R.J., Cohen, E.L., and Stone, N.N. Covered exstrophy with sequestered colonic remnant. J Urol. 1993 Jul; 150: 185-187

**3062** McCormack, M., Pike, J., and Kiruluta, G. Leak point of incontinence: a measure of the interaction between outlet resistance and bladder capacity. J Urol. 1993 Jul; 150: 162-164

**3063** Ishigooka, M., Hashimoto, T., Sasagawa, I., Nakada, T., and Handa, Y. Technique of percutaneous electrode implantation for electrical pelvic floor stimulation. Eur Urol. 1993; 23: 413-416

**3064** Pieper, B., Cleland, V. An external urine-collection device for women: a clinical trial. J ET Nurs. 1993 Mar-Apr; 20: 51-55

**3065** Mooney, R.A., Newman, D.K., Smith, D.A., and Grey, M. Establishing a continence service using AHCPR guidelines. Ostomy Wound Manage. 1993 Apr; 39: 28-30,32

**3067** Davies, D.D. Incidence of major complications of neurolytic coeliac plexus block. J R Soc Med. 1993 May; 86: 264-266

# American Urological Association, Inc.

## SUI Guidelines Panel

**3068** Burn, J., Sandercock, P. Predicting the outcome of acute stroke. J Neurol Neurosurg Psychiatry. 1993 May; 56: 576

**3069** Lagace, E.A., Hansen, W., and Hickner, J.M. Prevalence and severity of urinary incontinence in ambulatory adults: an UPRNet study. J Fam Pract. 1993 Jun; 36: 610-614

**3070** Grosshans, C., Passadori, Y., and Peter, B. Urinary retention in the elderly: a study of 100 hospitalized patients. J Am Geriatr Soc. 1993 Jun; 41: 633-638

**3071** Castleden, C.M. Long-term outcome following stroke [letter]. Age Ageing. 1993 May; 22: 231-232

**3072** Tokunaka, S., Fujii, H., Hashimoto, H., and Yachiku, S. Proportions of fiber types in the external urethral sphincter of young nulliparous and old multiparous rabbits. Urol Res. 1993 Mar; 21: 121-124

**3073** Sandvik, H., Kveine, E., and Hunskaar, S. Female urinary incontinence--psychosocial impact, self care, and consultations. Scand J Caring Sci. 1993; 7: 53-56

**3074** Campbell, J.M., Dowd, T.T. Capturing scarce resources: documentation and communication. Nurs Econ. 1993 Mar-Apr; 11: 103-106

**3075** Anon. Diagnostic and therapeutic technology assessment. Use of Teflon preparations for urinary incontinence and vesicoureteral reflux. Jama. 1993 Jun 16; 269: 2975-2980

**3076** Thessen, C.C., Kreder, K.J. Ogilvie's syndrome: a potential complication of vaginal surgery. J Urol. 1993 Jun; 149: 1541-1543

**3077** Milsom, I., Ekelund, P., Molander, U., Arvidsson, L., and Areskoug, B. The influence of age, parity, oral contraception, hysterectomy and menopause on the prevalence of urinary incontinence in women. J Urol. 1993 Jun; 149: 1459-1462

**3078** Toan, N.N. Simplified urethrocystovaginal suspension as treatment for stress urinary incontinence [letter]. Am J Obstet Gynecol. 1993 May; 168: 1642

**3079** Rasmussen, F., Lie, H.R., Hagelsteen, J.H., Lagergren, J., Borjeson, M.C., Lagerkvist, B., and Kohler, L. Nordic children with myelomeningocele. Parents' assessments of the handicap and physicians' classifications of the disabilities. Acta Paediatr. 1993 Mar; 82: 276-280

**3080** Cohen, H.A., Abarbanel, J., Ashkenasi, A., Frydman, M., Straussberg, R., and Varsano, I. Urodynamic manifestations associated with Ramsay-Hunt syndrome. Case report. Scand J Urol Nephrol. 1993; 27: 129-131

**3081** Pang, D. Sacral agenesis and caudal spinal cord malformations. Neurosurgery. 1993 May; 32: 755-78;discussion778-9

**3082** Kurtz, M., Murrey, M., Salmonson, K., and Cornell, C. Daytime incontinence. J Pediatr Health Care. 1993 Mar-Apr; 7: 92,99-100

**3083** Brocklehurst, J.C. Urinary incontinence in the community--analysis of a MORI poll [see comments]. Bmj. 1993 Mar 27; 306: 832-834

**3084** Jarvis, G.J. Urinary incontinence in the community [editorial; comment]. Bmj. 1993 Mar 27; 306: 809-810

**3085** Klein, E.A. Modified apical dissection for early continence after radical prostatectomy. Prostate. 1993; 22: 217-223

**3086** Hooley, J.S. Kegel exercises [letter]. J Fla Med Assoc. 1993 Mar; 80: 213

**3087** Lao, T.T., Halpern, S.H., MacDonald, D., and Huh, C. Spinal subdural haematoma in a parturient after attempted epidural anaesthesia. Can J Anaesth. 1993 Apr; 40: 340-345

**3088** Harke, J.M., Richgels, K. Barriers to implementing a continence program in nursing homes. Clin Nurs Res. 1992 May; 1: 158-168

**3089** Ramon, J., Leandri, P., Rossignol, G., and Gautier, J.R. Preservation of urinary continence and potency after cystoprostatectomy. Prog Clin Biol Res. 1992; 378: 125-132

**3090** Norton, C. Continence. A helping handle. Nurs Times. 1993 Apr 21-27; 89: 76-78

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6. Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**3091** Philp, J., Cottenden, A., and Ledger, D. Continence. Mix and match. Nurs Times. 1993 Apr 21-27; 89: 70-74

**3092** Herschorn, S., Thijssen, A.J., and Radomski, S.B. Experience with the hemi-Kock ileocystoplasty with a continent abdominal stoma. J Urol. 1993 May; 149: 998-1001

**3093** Borer, J.G., Corgan, F.J., Krantz, R., Gordon, D.H., Maiman, M., and Glassberg, K.I. Unilateral single vaginal ectopic ureter with ipsilateral hypoplastic pelvic kidney and bicornuate uterus. J Urol. 1993 May; 149: 1124-1127

**3094** Gearhart, J.P., Peppas, D.S., and Jeffs, R.D. Complete genitourinary reconstruction in female epispadias. J Urol. 1993 May; 149: 1110-1113

**3095** Cher, M.L., Allen, T.D. Continence in the myelodysplastic patient following enterocystoplasty. J Urol. 1993 May; 149: 1103-1106

**3096** Wolf, J.S., Jr., Turzan, C.W. Augmentation ureterocystoplasty. J Urol. 1993 May; 149: 1095-1098

**3097** Keating, M.A., Rink, R.C., and Adams, M.C. Appendicovesicostomy: a useful adjunct to continent reconstruction of the bladder. J Urol. 1993 May; 149: 1091-1094

**3098** Ramsay, I.N., Hilton, P., and Cox, T.F. Time-series analysis of urethral electrical conductance measurements in the assessment of unstable urethral pressure: results in normal patients and in those with genuine stress incontinence. Neurourol Urodyn. 1993; 12: 23-31

**3099** Griffiths, D.J., McCracken, P.N., Harrison, G.M., and Gormley, E.A. Relationship of fluid intake to voluntary micturition and urinary incontinence in geriatric patients. Neurourol Urodyn. 1993; 12: 1-7

**3100** Gormley, E.A., Griffiths, D.J., McCracken, P.N., and Harrison, G.M. Polypharmacy and its effect on urinary incontinence in a geriatric population. Br J Urol. 1993 Mar; 71: 265-269

**3101** Wells, M. Are we meeting clients' needs? Nursing audit in continence care. Prof Nurse. 1993 Apr; 8: 430-436

**3102** Grimby, A., Milsom, I., Molander, U., Wiklund, I., and Ekelund, P. The influence of urinary incontinence on the quality of life of elderly women. Age Ageing. 1993 Mar; 22: 82-89

**3103** Geirsson, G., Fall, M., and Lindstrom, S. Subtypes of overactive bladder in old age. Age Ageing. 1993 Mar; 22: 125-131

**3104** Mouritsen, L., Strandberg, C., Jensen, A.R., Berget, A., Frimodt-Moller, C., and Folke, K. Inter- and intra-observer variation of colpo-cysto-urethrography diagnoses. Acta Obstet Gynecol Scand. 1993 Apr; 72: 200-204

**3105** ODonnell, P. Volume-interval relationship of incontinence episodes in elderly inpatient men. Urology. 1993 Apr; 41: 334-337

**3106** Gundian, J.C., Barrett, D.M., and Parulkar, B.G. Mayo Clinic experience with the AS800 artificial urinary sphincter for urinary incontinence after transurethral resection of prostate or open prostatectomy. Urology. 1993 Apr; 41: 318-321

**3108** Docherty, J.G., Carachi, R. Use of the appendix to provide urinary continence. Eur J Pediatr Surg. 1993 Feb; 3: 25-27

**3109** Ishigooka, M., Hashimoto, T., Izumiya, K., Kodama, C., and Nakada, T. Membranous lipodystrophy (Nasu's disease): a rare cause of neuropathic urinary incontinence. Urol Int. 1993; 50: 179-181

**3110** Simforoosh, N., Norbala, M.H., Danesh, A., and Bassiri, A. Proper use of gastrointestinal tract to achieve continent urinary diversion in 73 patients. J-Urol (Paris). 1992; 98: 206-209

**3111** Ouslander, J., Schnelle, J., Simmons, S., Bates-Jensen, B., and Zeitlin, M. The dark side of incontinence: nighttime incontinence in nursing home residents. J Am Geriatr Soc. 1993 Apr; 41: 371-376

**3112** Mouritsen, L., Rasmussen, A. Bladder neck mobility evaluated by vaginal ultrasonography. Br J Urol. 1993 Feb; 71: 166-171

**3113** Keane, D.P., Winder, A., Lewis, P., Shepherd, A.M., and Abrams, P. A combined urodynamic and continence unit--a review of the first 19 years. Br J Urol. 1993 Feb; 71: 161-165

# American Urological Association, Inc.
## SUI Guidelines Panel

3114    Moore, T.F., Saltmarche, A. Developing and testing an instrument to assess the information needs of persons with urinary incontinence. Perspectives. 1993 Spring; 17: 2-6

3115    Hage, J.J., Bouman, F.G., and Bloem, J.J. Construction of the fixed part of the neourethra in female-to-male transsexuals: experience in 53 patients. Plast Reconstr Surg. 1993 Apr; 91: 904-10;discussion911-3

3117    Anon. Continence. Providing an informed service. Nurs Times. 1992 Mar 25-31; 88: 88

3118    Oldbury, M. Continence. Hard won comfort. Nurs Times. 1992 Mar 25-31; 88: 86

3119    Bozier, K. Continence. Part of the problem. Nurs Times. 1992 Mar 25-31; 88: 84-86

3120    Thornburn, P., Cottenden, A., and Ledger, D. Continence. Undercover trials. Nurs Times. 1992 Mar 25-31; 88: 72-78

3121    Watson, E. Continence. A basis for change. Nurs Times. 1992 Mar 25-31; 88: 69-70

3122    Freeman, R., Miyawaki, E. The treatment of autonomic dysfunction. J Clin Neurophysiol. 1993 Jan; 10: 61-82

3123    Benarroch, E.E., Chang, F.L. Central autonomic disorders. J Clin Neurophysiol. 1993 Jan; 10: 39-50

3124    Williams, T. Nursing initiative pinpointed problem. N Z Nurs J. 1993 Feb; 86: 14

3125    Binnie, F. Incontinent patients take part in test. N Z Nurs J. 1993 Feb; 86: 12-14

3126    Golomb, J., Ben-Chaim, J., Goldwasser, B., Korach, J., and Mashiach, S. Conservative treatment of a vesicocervical fistula resulting from Shirodkar cervical cerclage. J Urol. 1993 Apr; 149: 833-834

3127    Nitti, V.W., Bregg, K.J., Sussman, E.M., and Raz, S. The Raz bladder neck suspension in patients 65 years old and older. J Urol. 1993 Apr; 149: 802-807

3128    Raz, S., Nitti, V.W., and Bregg, K.J. Transvaginal repair of enterocele. J Urol. 1993 Apr; 149: 724-730

3129    Wells, T. Scientist wins one for women [interview by Julie Goldsmith]. Reflections. 1992 Winter; 17: 8-9

3130    Fox, R.A. Treatment recommendations for respiratory tract infections associated with aging. Drugs Aging. 1993 Jan-Feb; 3: 40-48

3131    Colling, J.C., Newman, D.K., McCormick, K.A., and Pearson, B.D. Behavioral management strategies for urinary incontinence. J ET Nurs. 1993 Jan-Feb; 20: 9-13

3132    Chan, K.M., Lim, P.H., Chee, Y.C., and Jayaratnam, F.J. Urinary symptoms and urodynamic diagnosis of patients in one geriatric department. Ann Acad Med Singapore. 1992 Nov; 21: 813-817

3133    Wozniak-Petrofsky, J. Urinary incontinence in the elderly: not a normal part of aging. Urol Nurs. 1993 Mar; 13: 12-16

3134    Klein, H.M., Kirschner-Hermanns, R., Lagunilla, J., and Gunther, R.W. Assessment of incontinence with intraurethral US: preliminary results. Radiology. 1993 Apr; 187: 141-143

3135    Roe, B.H. A comparison of nursing approaches for the promotion and management of continence in the U.K. and Denmark. Int J Nurs Stud. 1993 Feb; 30: 25-35

3136    Gelber, D.A., Good, D.C., Laven, L.J., and Verhulst, S.J. Causes of urinary incontinence after acute hemispheric stroke. Stroke. 1993 Mar; 24: 378-382

3137    Knoll, M., Madersbacher, H. The chances of a spina bifida patient becoming continent/socially dry by conservative therapy. Paraplegia. 1993 Jan; 31: 22-27

3138    Blomerth, P.R. Normal pressure hydrocephalus. J Manipulative Physiol Ther. 1993 Feb; 16: 104-106

3139    Pollack, M.H., Reiter, S., and Hammerness, P. Genitourinary and sexual adverse effects of psychotropic medication. Int J Psychiatry Med. 1992; 22: 305-327

3141    Houston, K.A. Incontinence and the older woman. Clin Geriatr Med. 1993 Feb; 9: 157-171

3142    Green, B. Elderly care: a poor substitute for life. Nurs Stand. 1993 Jan 20-26; 7: 20-23

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

3143    Schnelle, J.F., Newman, D., White, M., Abbey, J., Wallston, K.A., Fogarty, T., and Ory, M.G. Maintaining continence in nursing home residents through the application of industrial quality control. Gerontologist. 1993 Feb; 33: 114-121

3144    Gambino, J., Cohen, A.J., and Friedenberg, R.M. The direction of bladder displacement by adnexal masses. Clin Imaging. 1993 Jan-Mar; 17: 8-11

3145    Bosman, G., Vierhout, M.E., and Huikeshoven, F.J. A modified Raz bladder neck suspension operation. Results of a one to three years follow-up investigation. Acta Obstet Gynecol Scand. 1993 Jan; 72: 47-49

3146    Doyle, M. Continence. Suffering in secret. Nurs Times. 1993 Jan 27-Feb 2; 89: 64-66

3147    Philp, J., Cottenden, A., and Ledger, D. Continence. A testing time. Nurs Times. 1993 Jan 27-Feb 2; 89: 59-62

3149    Hanzal, E., Berger, E., and Koelbl, H. Levator ani muscle morphology and recurrent genuine stress incontinence. Obstet Gynecol. 1993 Mar; 81: 426-429

3151    Hwang, Y.M., Lee, M.C., Suh, D.C., and Lee, W.Y. Coxiella (Q fever)-associated myelopathy. Neurology. 1993 Feb; 43: 338-342

3152    Payne, K.A., Hendrix, M.R., and Wade, W.J. Caudal bupivacaine for postoperative analgesia in pediatric lower limb surgery. J Pediatr Surg. 1993 Feb; 28: 155-157

3153    Ramon, J., Leandri, P., Rossignol, G., and Gautier, J.R. Urinary continence following radical retropubic prostatectomy. Br J Urol. 1993 Jan; 71: 47-51

3154    Harrison, S.C., Brown, C., and OBoyle, P.J. Periurethral Teflon for stress urinary incontinence: medium-term results. Br J Urol. 1993 Jan; 71: 25-27

3155    Dewan, P.A., Byard, R.W. Re: Transurethral Polytef injection for post-prostatectomy urinary incontinence and long-term follow-up of women treated with periurethral Teflon injections for stress incontinence [letter]. Br J Urol. 1993 Jan; 71: 112

3156    Dewan, P.A., Byard, R.W. Re: Long-term follow-up of women treated with perurethral teflon injections for stress incontinence [letter]. Br J Urol. 1993 Jan; 71: 112

3157    Keane, D.P., Eckford, S.D., Shepherd, A.M., and Abrams, P. Urodynamic investigation in elderly women [letter]. Bmj. 1993 Jan 9; 306: 145

3158    Lemesh, R.A. Accidental chronic salicylate intoxication in an elderly patient: major morbidity despite early recognition. Vet Hum Toxicol. 1993 Feb; 35: 34-36

3159    Handler, M.S., Johnson, L.M., Dick, A.R., and Batnitzky, S. Neurosarcoidosis with unusual MRI findings. Neuroradiology. 1993; 35: 146-148

3160    Langer, R., Golan, A., Arad, D., Pansky, M., Bukovsky, I., and Caspi, E. Effects of induced menopause on Burch colposuspension for urinary stress incontinence. J Reprod Med. 1992 Dec; 37: 956-958

3161    Johnson, J.C. General concepts of geriatric medicine. Clin Podiatr Med Surg. 1993 Jan; 10: 23-33

3162    Stanton, S.L. Cut and dry--urinary incontinence in the female. Trans Med Soc Lond. 1990-91; 107: 9-11

3163    Foldspang, A., Mommsen, S., Lam, G.W., and Elving, L. Parity as a correlate of adult female urinary incontinence prevalence. J Epidemiol Community Health. 1992 Dec; 46: 595-600

3164    Appell, R., Baum, N. Treatment of urinary incontinence in the elderly. J La State Med Soc. 1992 Dec; 144: 581-585

3165    Williams, M.P., Wallhagen, M., and Dowling, G. Urinary retention in hospitalized elderly women. J Gerontol Nurs. 1993 Feb; 19: 7-14

3166    Pontes, J.E., Montie, J., Klein, E., and Huben, R. Salvage surgery for radiation failure in prostate cancer. Cancer. 1993 Feb 1; 71: 976-980

3167    Zietman, A.L., Shipley, W.U., and Willett, C.G. Residual disease after radical surgery or radiation therapy for prostate cancer. Clinical significance and therapeutic implications. Cancer. 1993 Feb 1; 71: 959-969

# Appendix A6  Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**3168**  Overmeyer, S., Rothenberger, A., and Koelfen, W. Psychiatric disturbances in children with hamartomas: a neglected somatopsychic issue. A case report. Acta Paedopsychiatr. 1992; 55: 243-249

**3169**  Brito, C.G., Mulcahy, J.J., Mitchell, M.E., and Adams, M.C. Use of a double cuff AMS800 urinary sphincter for severe stress incontinence. J Urol. 1993 Feb; 149: 283-285

**3170**  Lotenfoe, R., OKelly, J.K., Helal, M., and Lockhart, J.L. Periurethral polytetrafluoroethylene paste injection in incontinent female subjects: surgical indications and improved surgical technique. J Urol. 1993 Feb; 149: 279-282

**3171**  Chao, R., Mayo, M.E., Bejany, D.E., and Bavendam, T. Bladder neck closure with continent augmentation or suprapubic catheter in patients with neurogenic bladders. J Am Paraplegia Soc. 1993 Jan; 16: 18-22

**3172**  Anon. Urinary incontinence in adults: quick reference guide for clinicians. Agency for Health Care Policy and Research. J ET Nurs. 1992 Nov-Dec; 19: 216-224

**3173**  Zollner-Nielsen, M., Samuelsson, S.M. Maximal electrical stimulation of patients with frequency, urgency and urge incontinence. Report of 38 cases. Acta Obstet Gynecol Scand. 1992 Dec; 71: 629-631

**3175**  Jarvis, G.J. Re: Erosion of buttress following bladder neck suspension [letter]. Br J Urol. 1992 Dec; 70: 695

**3176**  Borzi, P.A., Bruce, J., and Gough, D.C. Continent cutaneous diversions in children: experience with the Mitrofanoff procedure. Br J Urol. 1992 Dec; 70: 669-673

**3177**  Barrett, J.A., Banks, A., and Roe, B. Urodynamic investigation in elderly women [letter]. Bmj. 1992 Dec 5; 305: 1438

**3178**  Kiilholma, P., Makinen, J., Chancellor, M.B., Pitkanen, Y., and Hirvonen, T. Modified Burch colposuspension for stress urinary incontinence in females. Surg Gynecol Obstet. 1993 Feb; 176: 111-115

**3179**  Albala, D.M., Schuessler, W.W., and Vancaillie, T.G. Laparoscopic bladder suspension for the treatment of stress incontinence. Semin Urol. 1992 Nov; 10: 222-226

**3180**  Burnet, C., Carter, H., and Gorman, D. Urinary incontinence: a survey of knowledge, working practice and training needs of nursing staff in Fife. Health-Bull (Edinb). 1992 Nov; 50: 448-452

**3182**  Pearson, B.D., Larson, J. Improving elders' continence state. Clin Nurs Res. 1992 Nov; 1: 430-439

**3183**  Merimsky, O., Reider-Groswasser, I., Wigler, N., and Chaitchik, S. Encephalopathy in ifosfamide-treated patients. Acta Neurol Scand. 1992 Nov; 86: 521-525

**3184**  Woodward, S. A checklist to meet long-term needs. Continence assessment of neuroscience patients. Prof Nurse. 1993 Jan; 8: 222-226

**3186**  OConnell, H.E., MacGregor, R.J., and Russell, J.M. Female urinary incontinence. Management in primary care. Med J Aust. 1992 Oct 19; 157: 537-544

**3187**  Belloli, G., Campobasso, P., and Mercurella, A. Neuropathic urinary incontinence in pediatric patients: management with artificial sphincter. J Pediatr Surg. 1992 Nov; 27: 1461-1464

**3188**  Ahmed, S., Morris, L.L., and Byard, R.W. Ectopic ureter with complete ureteric duplication in the female child. J Pediatr Surg. 1992 Nov; 27: 1455-1460

**3189**  Morris, A., Browne, G., and Saltmarche, A. Urinary incontinence: correlates among cognitively impaired elderly veterans. J Gerontol Nurs. 1992 Oct; 18: 33-40

**3190**  Lopez-Lopez, J.A., Valdivia-Uria, J.G., and Ucar-Terren, A. Percutaneous endoscopic urethrocervicopexy. Eur Urol. 1992; 22: 167-170

**3191**  Hyams, G., McCoull, K., Smith, P.S., and Tyrer, S.P. Behavioural continence training in mental handicap: a 10-year follow-up study. J Intellect Disabil Res. 1992 Dec; 36: 551-558

**3192**  Williams, N.S., Fowler, C.G., George, B.D., Blandy, J.P., Badenoch, D.F., and Patel, J. Electrically stimulated gracilis sphincter for bladder incontinence [letter]. Lancet. 1993 Jan 9; 341: 115-116

**3193**  Ivey, J.F. Understanding and evaluating chronic urinary incontinence. J Fla Med Assoc. 1992 Dec; 79: 823-827

# American Urological Association, Inc.

## SUI Guidelines Panel

**3194** Fitzgerald, J.F., Smith, D.M., Martin, D.K., Freedman, J.A., and Wolinsky, F.D. Replication of the multidimensional of activities of daily living. J Gerontol. 1993 Jan; 48: S28-S31

**3195** The geriatric. J Am Geriatr Soc. 1993 Jan; 41: 78-84

**3196** Creditor, M.C. Hazards of hospitalization of the elderly. Ann Intern Med. 1993 Feb 1; 118: 219-223

**3197** Doan, T., Patterson, R., and Greenberger, P.A. Cough variant asthma: usefulness of a diagnostic-therapeutic trial with prednisone. Ann Allergy. 1992 Dec; 69: 505-509

**3198** Rekers, H., Drogendijk, A.C., Valkenburg, H.A., and Riphagen, F. The menopause, urinary incontinence and other symptoms of the genito-urinary tract. Maturitas. 1992 Oct; 15: 101-111

**3199** Madejski, R.M. LPN overview of urinary incontinence. J Pract Nurs. 1992 Dec; 42: 24-33

**3200** Fowler, C.J., van-Kerrebroeck, P.E., Nordenbo, A., and Van-Poppel, H. Treatment of lower urinary tract dysfunction in patients with multiple sclerosis. Committee of the European Study Group of SUDIMS (Sexual and Urological Disorders in Multiple Sclerosis). J Neurol Neurosurg Psychiatry. 1992 Nov; 55: 986-989

**3201** deHoll, J.D., Jr., Williams, L.A., Steers, W.D., Rodeheaver, G.T., Clark, M.M., and Edlich, R.F. Technical considerations in the use of external condom catheter systems. J Burn Care Rehabil. 1992 Nov-Dec; 13: 664-672

**3202** Hanau, C.A., Chancellor, M.B., Alexander, A., Rishi, M., and Jordan, A.G. Fine-needle aspiration of a periurethral Teflon-filled cyst following radical prostatectomy. Diagn Cytopathol. 1992; 8: 614-616

**3203** Lam, G.W., Foldspang, A., Elving, L.B., and Mommsen, S. Social context, social abstention, and problem recognition correlated with adult female urinary incontinence. Dan Med Bull. 1992 Dec; 39: 565-570

**3204** Sole-Balcells, F., Villavicencio, H., and Ortiz, A. Postsurgical management of the patient undergoing radical prostatectomy. Br J Urol. 1992 Nov; 70 Suppl 1: 43-49

**3205** Bassiouny, I.E. Continent urinary reservoir in exstrophy/epispadias complex. Br J Urol. 1992 Nov; 70: 558-562

**3206** Ronzoni, G., De-Vecchis, M., Raschi, R., Cuneo, L., and Cagossi, M. Rome pouch: pre-peritoneal continent ileal reservoir with hydraulic valve. Br J Urol. 1992 Nov; 70: 514-518

**3207** Lagro-Janssen, A.L., Debruyne, F.M., and Van-Weel, C. Psychological aspects of female urinary incontinence in general practice. Br J Urol. 1992 Nov; 70: 499-502

**3208** Berned-Muller, E., Nordwall, A., and von-Wendt, L. The influence of scoliosis brace treatment on function in children with myelomeningocele. Acta Paediatr. 1992 Nov; 81: 925-928

**3209** McCormick, K.A., Newman, D.K., Colling, J., and Pearson, B.D. Urinary incontinence in adults. Am J Nurs. 1992 Oct; 92: 75-88

**3210** Bender, P. Deceptive distress in the elderly. Am J Nurs. 1992 Oct; 92: 28-32

**3211** Joseph, A.C. Joseph Continence Assessment Tool. Urol Nurs. 1992 Dec; 12: 144-146

**3212** Powers, I., Williams, D. Urinary incontinence: helping a patient regain control. Nursing. 1992 Dec; 22: 46-47

**3213** Lagro-Janssen, A.L., Debruyne, F.M., Smits, A.J., and van-Weel, C. The effects of treatment of urinary incontinence in general practice. Fam Pract. 1992 Sep; 9: 284-289

**3214** Rossignol, G., Leandri, P., Ramon, J., and Gautier, J.R. Radical prostatectomy in the management of stage A carcinoma of the prostate. Eur Urol. 1992; 21: 269-273

**3215** Petrucci, K.E., Jacox, A., McCormick, K., Parks, P., Kjerulff, K., Baldwin, B., and Petrucci, P. Evaluating the appropriateness of a nurse expert system's patient assessment. Comput Nurs. 1992 Nov-Dec; 10: 243-249

**3216** Iliffe, S., Tai, S.S., Haines, A., Gallivan, S., Goldenberg, E., Booroff, A., and Morgan, P. Are elderly people living alone an at risk group?. Bmj. 1992 Oct 24; 305: 1001-1004

**3217** Hollowell, J.G., Hill, P.D., Duffy, P.G., and Ransley, P.G. Lower urinary tract function after exstrophy closure. Pediatr Nephrol. 1992 Sep; 6: 428-432

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 3218 | Peggs, J.F. Urinary incontinence in the elderly: pharmacologic therapies. Am Fam Physician. 1992 Dec; 46: 1763-1769 |
| 3219 | Norton, C. Continence. Continent's provision. Nurs Times. 1992 Oct 28-Nov 3; 88: 76-78 |
| 3220 | Allen, S. Continence. Undercover trials unfair [letter]. Nurs Times. 1992 Oct 28-Nov 3; 88: 74 |
| 3221 | Pottle, B. Continence. Equal rites for men. Nurs Times. 1992 Oct 28-Nov 3; 88: 74 |
| 3222 | Philp, J., Cottenden, A., and Ledger, D. Continence. The reuser's guide. Nurs Times. 1992 Oct 28-Nov 3; 88: 66-72 |
| 3224 | Morrison, L.M., Glen, E.S., Cherry, L.C., and Dawes, H.A. The open access Continence Resource Centre for Greater Glasgow Health Board. Br J Urol. 1992 Oct; 70: 395-398 |
| 3225 | Moore, K.H., Gilpin, S.A., Dixon, J.S., Richmond, D.H., and Sutherst, J.R. Increase in presumptive sensory nerves of the urinary bladder in idiopathic detrusor instability. Br J Urol. 1992 Oct; 70: 370-372 |
| 3226 | Borenstein, R., Elchalal, U., Goldchmit, R., Rosenman, D., Ben-Hur, H., and Katz, Z. The importance of the endopelvic fascia repair during vaginal hysterectomy. Surg Gynecol Obstet. 1992 Dec; 175: 551-554 |
| 3227 | Holland, M.S. Central anticholinergic syndrome in a pediatric patient following transdermal scopolamine patch placement. Nurse Anesth. 1992 Sep; 3: 121-124 |
| 3228 | Clarke, B. Urethral instability. Aust N Z J Obstet Gynaecol. 1992 Aug; 32: 270-275 |
| 3229 | Widgerow, A.D. Abdominoplasty following colostomy. Ann Plast Surg. 1992 Nov; 29: 454-456 |
| 3231 | Petros, P.P., Ulmsten, U. Urge incontinence history is an accurate predictor of urge incontinence. Acta Obstet Gynecol Scand. 1992 Oct; 71: 537-539 |
| 3234 | Servoll, E., Halvorsen, O.J., Haukaas, S., and Hoisaeter, P.A. Radical retropubic prostatectomy: our experience with the first 54 patients. Scand J Urol Nephrol. 1992; 26: 231-234 |
| 3235 | Maggi, C.A. Therapeutic potential of capsaicin-like molecules: studies in animals and humans. Life Sci. 1992; 51: 1777-1781 |
| 3236 | Janknegt, R.A., Baeten, C.G., Weil, E.H., and Spaans, F. Electrically stimulated gracilis sphincter for treatment of bladder sphincter incontinence. Lancet. 1992 Nov 7; 340: 1129-1130 |
| 3237 | Gasparini, M.E., Hinman, F., Jr., Presti, J.C., Jr., Schmidt, R.A., and Carroll, P.R. Continence after radical cystoprostatectomy and total bladder replacement: a urodynamic analysis. J Urol. 1992 Dec; 148: 1861-1864 |
| 3238 | Herschorn, S., Radomski, S.B., and Steele, D.J. Early experience with intraurethral collagen injections for urinary incontinence. J Urol. 1992 Dec; 148: 1797-1800 |
| 3239 | Rohatgi, M., Gupta, D.K., and Subbarao, P. Single-system cecoureterocele. J Pediatr Surg. 1992 Sep; 27: 1241-1243 |
| 3240 | Appell, R.A., Baum, N. Evaluation of urinary incontinence in the elderly. J La State Med Soc. 1992 Nov; 144: 517-522 |
| 3242 | Flaherty, J.H., Miller, D.K., and Coe, R.M. Impact on caregivers of supporting urinary function in noninstitutionalized, chronically ill seniors. Gerontologist. 1992 Aug; 32: 541-545 |
| 3244 | Smith, N. Application of urodynamics to incontinence [editorial]. Br J Hosp Med. 1992 Sep 16-Oct 6; 48: 289-290 |
| 3245 | Keane, D.P., Eckford, S.D., Shepherd, A.M., and Abrams, P. Referral patterns and diagnoses in women attending a urodynamic unit. Bmj. 1992 Oct 3; 305: 808 |
| 3246 | Oakeshott, P., Hunt, G.M. Intermittent self catheterization for patients with urinary incontinence or difficulty emptying the bladder. Br J Gen Pract. 1992 Jun; 42: 253-255 |
| 3247 | Jeter, K.F. Review of AHCPR urinary incontinence in adults: a patient's guide [letter]. Decubitus. 1992 Sep; 5: 8 |
| 3248 | Jeter, K.F. A lifetime of incontinence [editorial]. Ostomy Wound Manage. 1992 Sep; 38: 45-6,48,50-1 |

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

SUI Guidelines Panel

3249    Hesnan, K. ET nurses expanding our practice. Behavioral interventions for incontinence. Ostomy Wound Manage. 1992 Sep; 38: 12,14-6,17passim

3250    Mitteness, L.S. Social aspects of urinary incontinence in the elderly. Aorn J. 1992 Oct; 56: 731-737

3251    Wszolek, Z.K., Pfeiffer, R.F., Bhatt, M.H., Schelper, R.L., Cordes, M., Snow, B.J., Rodnitzky, R.L., Wolters, E.C., Arwert, F., and Calne, D.B. Rapidly progressive autosomal dominant parkinsonism and dementia with pallido-ponto-nigral degeneration. Ann Neurol. 1992 Sep; 32: 312-320

3252    Chapelle, T., Reher, S., and Denis, B. Surgical extraction of a bladder stone due to a foreign body. Acta Urol Belg. 1992; 60: 85-87

3253    Viljoen, A.C. Further experience with the vaginal strips sling operation [letter]. S Afr Med J. 1992 Oct; 82: 286-287

3254    Warwick, R.T. Functional restoration & reconstruction of the incontinent female urethra. Rev Med Suisse Romande. 1992 Sep; 112: 775-785

3255    Lagro-Janssen, T., Smits, A., and Van-Weel, C. Urinary incontinence in women and the effects on their lives. Scand J Prim Health Care. 1992 Sep; 10: 211-216

3256    Anon. New studies, new treatments, new organization discussed at national NP symposium [news]. Nurse Pract. 1992 Oct; 17: 66-68

3257    Lindboe, C.F., Stolt-Nielsen, A., and Dale, L.G. Hemorrhage in a highly vascularized subependymoma of the septum pellucidum: case report. Neurosurgery. 1992 Oct; 31: 741-745

3259    Boone, T.B., Wilson, W.T., and Husmann, D.A. Postpubertal genitourinary function following posterior urethral disruptions in children. J Urol. 1992 Oct; 148: 1232-1234

3260    Perez, L.M., Webster, G.D. Successful outcome of artificial urinary sphincters in men with post-prostatectomy urinary incontinence despite adverse implantation features. J Urol. 1992 Oct; 148: 1166-1170

3261    Bishop, K.R., Dougherty, M., Mooney, R., Gimotty, P., and Williams, B. Effects of age, parity, and adherence on pelvic muscle response to exercise. J Obstet Gynecol Neonatal Nurs. 1992 Sep-Oct; 21: 401-406

3263    Ishigooka, M., Ishii, N., Hashimoto, T., Suzuki, Y., Adachi, M., Nakada, T., Saito, C., Ichie, M., and Handa, Y. Electrical stimulation of pelvic floor musculature by percutaneous implantable electrodes: a case report. Int Urol Nephrol. 1992; 24: 277-282

3264    Seiler, W.O., Stahelin, H.B., and Hefti, U. Desmopressin reduces night urine volume in geriatric patients: implication for treatment of the nocturnal incontinence. Clin Investig. 1992 Jul; 70: 619

3265    Karram, M.M., Angel, O., Koonings, P., Tabor, B., Bergman, A., and Bhatia, N. The modified Pereyra procedure: a clinical and urodynamic review. Br J Obstet Gynaecol. 1992 Aug; 99: 655-658

3266    McCormick, K.A., Palmer, M.H. Urinary incontinence in older adults. Annu Rev Nurs Res. 1992; 10: 25-53

3267    Nazarko, L. Programmed to succeed. Nurs Elder. 1992 Jul-Aug; 4: 20-21

3268    Norton, C. Incontinence in old age. Nurs Elder. 1992 Jul-Aug; 4: 17-18

3269    Van-Rijswijk, L. AHCPR update. Treatment of urinary incontinence. Ostomy Wound Manage. 1992 Jul-Aug; 38: 42-43

3271    Liptak, G.S., Shurtleff, D.B., Bloss, J.W., Baltus-Hebert, E., and Manitta, P. Mobility aids for children with high-level myelomeningocele: parapodium versus wheelchair. Dev Med Child Neurol. 1992 Sep; 34: 787-796

3272    Barrows, B., Bavendam, T., and Leach, G.E. Ectopically draining dysplastic kidney associated with genuine stress urinary incontinence: unusual combined cause of incontinence. Urology. 1992 Sep; 40: 283-285

3273    Franco, I., Reda, E.F., and Kaplan, W.E. Injectable prosthetic materials for the management of reflux and urinary incontinence in children. Semin Urol. 1992 Aug; 10: 184-193

3274    Fainsinger, R.L., MacEachern, T., Hanson, J., and Bruera, E. The use of urinary catheters in terminally ill cancer patients. J Pain Symptom Manage. 1992 Aug; 7: 333-338

**American Urological Association, Inc.**

SUI Guidelines Panel

3276   Abbott, D. Objective assessment ensures improved diagnosis. Principles and techniques of urodynamics. Prof Nurse. 1992 Aug; 7: 738,740-2

3277   Anon. Non-surgical treatment of stress incontinence [editorial]. Lancet. 1992 Sep 12; 340: 643-644

3278   Brodak, P.P., Juma, S., and Raz, S. Levator hernia. J Urol. 1992 Sep; 148: 872-873

3279   Raz, S., Sussman, E.M., Erickson, D.B., Bregg, K.J., and Nitti, V.W. The Raz bladder neck suspension: results in 206 patients. J Urol. 1992 Sep; 148: 845-850

3280   Doughty, D. Role of the enterostomal therapy nurse in ostomy patient rehabilitation. Cancer. 1992 Sep 1; 70: 1390-1392

3281   McNees, M.P., Schnelle, J.F. Computer-aided management of urinary incontinence in nursing homes. West J Nurs Res. 1992 Aug; 14: 516-519

3282   Williams, R. Promoting continence following head injury. Br J Nurs. 1992 Jun 25-Jul 8; 1: 236-7,239-40

3283   Anon. Gynecologic urology. Curr Opin Obstet Gynecol. 1992 Aug; 4: 627-631

3284   Keane, D.P., Eckford, S.D., and Abrams, P. Surgical treatment and complications of urinary incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 559-564

3285   Walters, M.D., Realini, J.P., and Dougherty, M. Nonsurgical treatment of urinary incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 554-558

3286   Summitt, R.L., Jr. Investigative techniques, assessment of incontinence, and urodynamics. Curr Opin Obstet Gynecol. 1992 Aug; 4: 548-553

3287   Kossard, S., Bear, L. A florid papulo-nodular eruption in a sexagenarian. Australas J Dermatol. 1991; 32: 178-180

3288   Kondo, A., Kato, K., Sakakibara, T., Hashizume, Y., and Ito, S. Tethered cord syndrome: cause for urge incontinence and pain in lower extremities. Urology. 1992 Aug; 40: 143-146

3289   Pottle, B. Pulling together. Nurs Times. 1992 Jul 29-Aug 4; 88: 68

3290   Llewelyn, S. Attitude problems. Nurs Times. 1992 Jul 29-Aug 4; 88: 64,66

3292   Rossignol, G., Leandri, P., Ramon, J., and Gautier, J.R. Radical prostatectomy in the management of stage-A carcinoma of the prostate. Eur Urol. 1991; 20: 179-183

3293   Aprikian, A., Berardinucci, G., Pike, J., and Kiruluta, G. Experience with the AS-800 artificial urinary sphincter in myelodysplastic children. Can J Surg. 1992 Aug; 35: 396-400

3294   Maklebust, J., Magnan, M.A. Approaches to patient and family education for pressure ulcer management. Decubitus. 1992 Jul; 5: 18-20,24,26passim

3295   Bump, R.C., Sugerman, H.J., Fantl, J.A., and McClish, D.K. Obesity and lower urinary tract function in women: effect of surgically induced weight loss. Am J Obstet Gynecol. 1992 Aug; 167: 392-7;discussion397-9

3296   McMurdo, M.E., Davey, P.G., Elder, M.A., Miller, R.M., Old, D.C., and Malek, M. A cost-effectiveness study of the management of intractable urinary incontinence by urinary catheterisation or incontinence pads. J Epidemiol Community Health. 1992 Jun; 46: 222-226

3297   Mostafa, W.Z., Abahussein, A.A., and Alzayer, A.A. Diaper area granuloma of incontinence. J Dermatol. 1992 May; 19: 319-322

3298   Borrie, M.J., Davidson, H.A. Incontinence in institutions: costs and contributing factors. Can Med Assoc J. 1992 Aug 1; 147: 322-328

3299   Petros, P.E., Ulmsten, U. Stress incontinence following vaginal repair [letter]. Acta Obstet Gynecol Scand. 1992 May; 71: 323

3300   Atala, A., Bauer, S.B., Dyro, F.M., Shefner, J., Shillito, J., Sathi, S., and Scott, R.M. Bladder functional changes resulting from lipomyelomeningocele repair. J Urol. 1992 Aug; 148: 592-594

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**3301** Boone, T.B., Roehrborn, C.G., and Hurt, G. Transurethral intravesical electrotherapy for neurogenic bladder dysfunction in children with myelodysplasia: a prospective, randomized clinical trial. J Urol. 1992 Aug; 148: 550-554

**3302** Havranek, P., Hedlund, H., Rubenson, A., Guth, D., Husberg, M., Frykberg, T., and Larsson, L.T. Sacrococcygeal teratoma in Sweden between 1978 and 1989: long-term functional results. J Pediatr Surg. 1992 Jul; 27: 916-918

**3303** Thomas, P.J., Nurse, D.E., Deliveliotis, C., and Mundy, A.R. Cystoprostatectomy and substitution cystoplasty for locally invasive bladder cancer. Br J Urol. 1992 Jul; 70: 40-42

**3304** Nordstrom, G.M., Nyman, C.R. Male and female sexual function and activity following ileal conduit urinary diversion. Br J Urol. 1992 Jul; 70: 33-39

**3305** Wise, B.G., Burton, G., Cutner, A., and Cardozo, L.D. Effect of vaginal ultrasound probe on lower urinary tract function. Br J Urol. 1992 Jul; 70: 12-16

**3307** Woodhouse, C.R. Reconstruction of the lower urinary tract for neurogenic bladder: lessons from the adolescent age group. Br J Urol. 1992 Jun; 69: 589-593

**3308** Meyer, S., Dhenin, T., Schmidt, N., and De-Grandi, P. Subjective and objective effects of intravaginal electrical myostimulation and biofeedback in patients with genuine stress urinary incontinence. Br J Urol. 1992 Jun; 69: 584-588

**3309** Beckingham, I.J., Wemyss-Holden, G., and Lawrence, W.T. Long-term follow-up of women treated with perurethral Teflon injections for stress incontinence. Br J Urol. 1992 Jun; 69: 580-583

**3310** Roe, B.H. What choices in care for the incontinent?. World Health Forum. 1992; 13: 81-83

**3311** Mulhall, A. U.K. experience with indwelling urethral catheters [letter]. Am J Infect Control. 1992 Jun; 20: 164

**3312** Ogundipe, A., Rosenzweig, B.A., Karram, M.M., Blumenfeld, D., and Bhatia, N.N. Modified suburethral sling procedure for treatment of recurrent or severe stress urinary incontinence. Surg Gynecol Obstet. 1992 Aug; 175: 173-176

**3314** Hendren, W.H. Ileal nipple for continence in cloacal exstrophy. J Urol. 1992 Aug; 148: 372-379

**3315** Dator, D.P., Hatchett, L., Dyro, F.M., Shefner, J.M., and Bauer, S.B. Urodynamic dysfunction in walking myelodysplastic children. J Urol. 1992 Aug; 148: 362-365

**3316** Malone, M.L. Teaching about urinary incontinence [letter]. J Am Geriatr Soc. 1992 Aug; 40: 850-851

**3317** Lachs, M.S., Becker, M., Siegal, A.P., Miller, R.L., and Tinetti, M.E. Delusions and behavioral disturbances in cognitively impaired elderly persons [see comments]. J Am Geriatr Soc. 1992 Aug; 40: 768-773

**3318** Younoszai, M.K. Stooling problems in patients with myelomeningocele. South Med J. 1992 Jul; 85: 718-724

**3321** Vereecken, R.L. Bladder pressure and kidney function in children with myelomeningocoele: review article. Paraplegia. 1992 Mar; 30: 153-159

**3322** Turner-Stokes, L., Frank, A.O. Urinary incontinence among patients with arthritis--a neglected disability. J R Soc Med. 1992 Jul; 85: 389-393

**3323** Creason, N.S., Burgener, S.C., and Farrand, L. Guidelines for assessment of incontinence in elderly institutionalized women. Geriatr-Nurs (New York). 1992 Mar-Apr; 13: 76-79

**3324** Freundl, M., Dugan, J. Urinary incontinence in the elderly: knowledge and attitude of long-term care staff. Geriatr-Nurs (New York). 1992 Mar-Apr; 13: 70-75

**3325** Kirkeby, L.T., Beier-Holgersen, R., and Nordling, J. Successful pregnancy after ileocystoplasty. Case report. Scand J Urol Nephrol. 1992; 26: 195

**3326** Nordstrom, G., Nyman, C.R., and Theorell, T. Psychosocial adjustment and general state of health in patients with ileal conduit urinary diversion. Scand J Urol Nephrol. 1992; 26: 139-147

**3327** Hanley, J. Choosing garments to aid incontinence. Nurs Times. 1992 Jul 1-7; 88: 50-51

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**3329** Stewart, D.A., Taylor, J., Ghosh, S., Macphee, G.J., Abdullah, I., McLenachan, J.M., and Stott, D.J. Terodiline causes polymorphic ventricular tachycardia due to reduced heart rate and prolongation of QT interval. Eur J Clin Pharmacol. 1992; 42: 577-580

**3330** Brendler, C.B., Walsh, P.C. The role of radical prostatectomy in the treatment of prostate cancer. CA Cancer J Clin. 1992 Jul-Aug; 42: 212-222

**3331** Gough, M., McDermott, E.W., Lyons, B., and Hederman, W.P. Perforation of bladder carcinoma presenting as acute abdomen. Br J Urol. 1992 May; 69: 541-542

**3333** Versi, E. The Stamey endoscopic bladder neck suspension: a clinical and urodynamic investigation, including actuarial follow-up over four years [letter]. Br J Obstet Gynaecol. 1992 May; 99: 442-443

**3334** Oliver, H. Contracting for a continence service. Nurs Stand. 1992 Jun 10-16; 6: 25-27

**3335** Hildebrand, J., Moussa, Z., Raftopoulos, C., Vanhouche, J., Laute, M.A., and Przedborski, S. Variations of homovanillic acid levels in ventricular cerebrospinal fluid. Acta Neurol Scand. 1992 May; 85: 340-342

**3336** Anderson, C.L., Hughes, E. The maximizing urinary functioning program: an innovative approach to managing incontinence in long term care. Perspectives. 1992 Summer; 16: 6-11

**3337** Thind, P., Lose, G., and Colstrup, H. Pressure response to rapid dilation of resting urethra in healthy women. Urology. 1992 Jul; 40: 44-49

**3338** Phua, S.M., Low, J.J., and Chew, S.Y. The role of urodynamics in evaluating incontinent females. Singapore Med J. 1992 Apr; 33: 139-142

**3339** Coloby, P., Gattegno, B., Fourcade, R.O., Fiatte, P., Lagrange, L., Gilbon, F., Elias, E., Montete, P., and Thibault, P. Bladder reconstruction with ileum after cystoprostatectomy for bladder cancer: analysis of the micturition and continence of 44 consecutive patients. Jpn J Clin Oncol. 1992 Apr; 22: 122-130

**3341** Summitt, R.L., Jr., Stovall, T.G., Bent, A.E., and Ostergard, D.R. Urinary incontinence: correlation of history and brief office evaluation with multichannel urodynamic testing. Am J Obstet Gynecol. 1992 Jun; 166: 1835-40;discussion1840-4

**3343** Kok, A.L., Voorhorst, F.J., Burger, C.W., van-Houten, P., Kenemans, P., and Janssens, J. Urinary and faecal incontinence in community-residing elderly women. Age Ageing. 1992 May; 21: 211-215

**3344** Griffiths, D.J., McCracken, P.N., Harrison, G.M., and Gormley, E.A. Characteristics of urinary incontinence in elderly patients studied by 24-hour monitoring and urodynamic testing. Age Ageing. 1992 May; 21: 195-201

**3345** Webster, G.D., Perez, L.M., Khoury, J.M., and Timmons, S.L. Management of type III stress urinary incontinence using artificial urinary sphincter. Urology. 1992 Jun; 39: 499-503

**3346** Prestwood, K.M., Besdine, R.W. Geriatric medicine. Jama. 1992 Jul 15; 268: 360-362

**3347** Wan, J., McGuire, E.J., Bloom, D.A., and Ritchey, M.L. The treatment of urinary incontinence in children using glutaraldehyde cross-linked collagen. J Urol. 1992 Jul; 148: 127-130

**3348** Starer, P., Libow, L.S. Medical care of the elderly in the nursing home. J Gen Intern Med. 1992 May-Jun; 7: 350-362

**3349** Anon. Medical audit in general practice. I: Effects on doctors' clinical behaviour for common childhood conditions. North of England Study of Standards and Performance in General Practice. Bmj. 1992 Jun 6; 304: 1480-1484

**3350** Gardner, J. Promoting continence in Australian nursing homes: a national project. Urol Nurs. 1992 Jun; 12: 83

**3351** Saltmarche, A. Establishing a nurse continence service in Canada. Urol Nurs. 1992 Jun; 12: 81-82

**3352** Hesnan, K.D., Runner-Heidt, C. Implementation of a hospital-based home care continence program. Urol Nurs. 1992 Jun; 12: 78-80

**3353** Bierwirth, W.W. Which pad is for you?. Urol Nurs. 1992 Jun; 12: 75-77

**3354** Gray, M. Electrostimulation in the management of voiding dysfunction. Urol Nurs. 1992 Jun; 12: 73-74

**American Urological Association, Inc.**

SUI Guidelines Panel

3355    Moore, K., Metcalfe, J.B. Effectiveness of vaginal cones in treatment of urinary incontinence. Urol Nurs. 1992 Jun; 12: 69-72

3356    Duffy, L.M. Continence management for the frail elderly and cognitively impaired. Urol Nurs. 1992 Jun; 12: 66-68

3357    Faller, N., Jeter, K.F. The ABCs of product selection. Urol Nurs. 1992 Jun; 12: 52-54

3358    Motta, G.J. Reimbursement for incontinence products. Urol Nurs. 1992 Jun; 12: 50-51

3359    Wells, T.J. Managing incontinence through managing the environment. Urol Nurs. 1992 Jun; 12: 48-49

3360    Creason, N.S. How useful are urinary incontinence nursing diagnoses?. Urol Nurs. 1992 Jun; 12: 46-47

3361    McCormick, K.A., Newman, D.K., Colling, J., and Pearson, B.D. A practice guideline for urinary incontinence: the challenge to nurses. Urol Nurs. 1992 Jun; 12: 40-45

3362    van-Gool, J.D., Vijverberg, M.A., Messer, A.P., Elzinga-Plomp, A., and de-Jong, T.P. Functional daytime incontinence: non-pharmacological treatment. Scand J Urol Nephrol Suppl. 1992; 141: 93-103;discussion104-5

3363    Passerini-Glazel, G., Cisternino, A., Artibani, W., and Pagano, F. Ambulatory urodynamics: preliminary experience with vesico-urethral holter in children. Scand J Urol Nephrol Suppl. 1992; 141: 87-92

3364    Passerini-Glazel, G., Cisternino, A., Camuffo, M.C., Ferrarese, P., Aragona, F., and Artibani, W. Video-urodynamic studies of minor voiding dysfunctions in children: an overview of 13 years' experience. Scand J Urol Nephrol Suppl. 1992; 141: 70-84;discussion85-6

3365    van-Gool, J.D., Vijverberg, M.A., and de-Jong, T.P. Functional daytime incontinence: clinical and urodynamic assessment. Scand J Urol Nephrol Suppl. 1992; 141: 58-69

3366    Hansson, S. Urinary incontinence in children and associated problems. Scand J Urol Nephrol Suppl. 1992; 141: 47-55;discussion56-7

3367    Hjalmas, K. Functional daytime incontinence: definitions and epidemiology. Scand J Urol Nephrol Suppl. 1992; 141: 39-44;discussion45-6

3368    Mouriquand, P.D., Mollard, P. Management of urinary incontinence in neurogenic bladder. Scand J Urol Nephrol Suppl. 1992; 141: 28-36;discussion37-8

3369    Jaureguizar, E., Pereira, L. Structural incontinence. Scand J Urol Nephrol Suppl. 1992; 141: 20-5;discussion26-7

3370    Olbing, H. Management of the incontinent child in general practice. The paediatrician's viewpoint. Scand J Urol Nephrol Suppl. 1992; 141: 126-134

3371    Rickwood, A.M. Management of the incontinent child in general practice. The paediatric urologist's viewpoint. Scand J Urol Nephrol Suppl. 1992; 141: 117-125

3372    Hjalmas, K., Passerini-Glazel, G., and Chiozza, M.L. Functional daytime incontinence: pharmacological treatment. Scand J Urol Nephrol Suppl. 1992; 141: 108-14;discussion115-6

3373    Hjalmas, K. Urinary incontinence in children: suggestions for definitions and terminology. Scand J Urol Nephrol Suppl. 1992; 141: 1-6;discussion18-9

3374    Anon. Urinary incontinence in children -- focusing on daytime wetting. Proceedings of a workshop. Beaune, France, 11 April 1991. Scand J Urol Nephrol Suppl. 1992; 141: 1-139

3375    Mezey, M., Lavizzo-Mourey, R.J., Brunswick, J., and Taylor, L.A. Consensus among geriatric experts on the components of a complete nursing-home admission assessment. Nurse Pract. 1992 Jun; 17: 50,53-6,61

3376    Gillon, G., Engelstein, D., and Servadio, C. Risk factors and their effect on the results of Burch colposuspension for urinary stress incontinence. Isr J Med Sci. 1992 Jun; 28: 364-366

3377    De-Muylder, X., Claes, H., Neven, P., and De-Jaegher, K. Usefulness of urodynamic investigations in female incontinence. Eur J Obstet Gynecol Reprod Biol. 1992 May 13; 44: 205-208

3378    Amark, P., Beck, O. Effect of phenylpropanolamine on incontinence in children with neurogenic bladders. A double-blind crossover study. Acta Paediatr. 1992 Apr; 81: 345-350

**American Urological Association, Inc.**

SUI Guidelines Panel

3379  Hattori, T., Yasuda, K., Sakakibara, R., Yamanishi, T., Kitahara, H., and Hirayama, K. Micturitional disturbance in tumors of the lumbosacral area. J Spinal Disord. 1992 Jun; 5: 193-197

3380  Fawdry, R. Symptoms analysis for the diagnosis of genuine stress incontinence [letter]. Br J Obstet Gynaecol. 1992 Mar; 99: 271

3381  Burns, P.A., Nochajski, T.H., and Pranikoff, K. Factors discriminating between genuine stress and mixed incontinence. J Am Acad Nurse Pract. 1992 Jan-Mar; 4: 15-21

3382  Steidle, C.P., Kennedy, K.L. Achieving a state of urinary continence for residents of nursing facilities. Part III: Manufactured incontinence. Ostomy Wound Manage. 1992 Jan-Feb; 38: 36-38

3383  Godsey, S.G. Innovative technologies for the treatment of urinary incontinence. Ostomy Wound Manage. 1992 Jan-Feb; 38: 22-26

3384  Sabnis, R.B., Bapat, S.D., Desai, R.M., and Punekar, S.V. Experience of continent urinary diversion with modified Koff's technique. Arch Esp Urol. 1992 May; 45: 383-386

3386  Swaddiwudhipong, W., Koonchote, S., Nguntra, P., and Chaovakiratipong, C. Assessment of socio-economic, functional and medical problems among the elderly in one rural community of Thailand. Southeast Asian J Trop Med Public Health. 1991 Sep; 22: 299-306

3387  Gladman, J.R., Harwood, D.M., and Barer, D.H. Predicting the outcome of acute stroke: prospective evaluation of five multivariate models and comparison with simple methods. J Neurol Neurosurg Psychiatry. 1992 May; 55: 347-351

3388  Haight, B.K., Jeter, K.F., and Wells, T.J. Urinary incontinence: two viewpoints. J Gerontol Nurs. 1992 Jun; 18: 41-45

3389  Brendler, C., Schlegel, P., Dowd, J., Kirby, R., and Zattoni, F. Surgical treatment for benign prostatic hyperplasia. Cancer. 1992 Jul 1; 70: 371-373

3390  Anon. Demand for urological devices increases among aging population [news]. Front Med Biol Eng. 1992; 4: 65-66

3391  Reiner, I., Jones, M., Donnell, S., and Rickwood, A.M. Incidence of normal micturition in myelomeningocele patients. Arch Dis Child. 1992 May; 67: 640-641

3394  Constantinou, C.E. Pharmacologic treatment of detrusor incontinence with thiphenamil HCl. Urol Int. 1992; 48: 42-47

3396  Hadorn, D.C., McCormick, K., and Diokno, A. An annotated algorithm approach to clinical guideline development. Jama. 1992 Jun 24; 267: 3311-3314

3397  Dolman, M. Midwives' recording of urinary output. Nurs Stand. 1992 Mar 25-31; 6: 25-27

3398  Meehan, J. Guideline issued for urinary incontinence. Am Nurse. 1992 May; 24: 2

3399  Colak, A., Tahta, K., Ozcan, O.E., and Eryilmaz, M. Congenital lumbosacral lipomas presenting as a form of occult spinal dysraphism. A report of 9 surgically treated cases. Zentralbl Neurochir. 1992; 53: 15-19

3401  Rosenzweig, B.A., Hischke, D., Thomas, S., Nelson, A.L., and Bhatia, N.N. Stress incontinence in women. Psychological status before and after treatment. J Reprod Med. 1991 Dec; 36: 835-838

3402  Hoffman, M.S., Roberts, W.S., Finan, M.A., Fiorica, J.V., Bryson, S.C., Ruffolo, E.H., and Cavanagh, D. A comparative study of radical vulvectomy and modified radical vulvectomy for the treatment of invasive squamous cell carcinoma of the vulva. Gynecol Oncol. 1992 May; 45: 192-197

3403  Rousseau, P., Fuentevilla-Clifton, A. Urinary incontinence in the aged, Part 2: Management strategies [published erratum appears in Geriatrics 1992 Sep;47(9):87]. Geriatrics. 1992 Jun; 47: 37-40,45,48

3404  Rousseau, P., Fuentevilla-Clifton, A. Urinary incontinence in the aged, Part 1: Patient evaluation. Geriatrics. 1992 Jun; 47: 22-6,33-4

3405  Swami, K.S., Abrams, P. Artificial urinary sphincters. Br J Hosp Med. 1992 Apr 15-May 5; 47: 591-596

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**3406**   Duker, P.C., Dekkers, M. Development of diurnal bladder control in severely and profoundly mentally handicapped residents. J Intellect Disabil Res. 1992 Apr; 36: 177-181

**3407**   Van-Rijswijk, L. AHCPR update. The guidelines for urinary incontinence in adults. Ostomy Wound Manage. 1992 May; 38: 8,10

**3408**   Wyndaele, J.J. Are sensations perceived during bladder filling reproducible during cystometry?. Urol Int. 1992; 48: 299-301

**3409**   Hunskaar, S. One hundred and fifty men with urinary incontinence. II. Help seeking and self care. Scand J Prim Health Care. 1992 Mar; 10: 26-29

**3410**   Hunskaar, S. One hundred and fifty men with urinary incontinence. I. Demography and medical history. Scand J Prim Health Care. 1992 Mar; 10: 21-25

**3411**   Anon. High quality long-term care for elderly people. A summary of a report of the Royal College of Physicians and the British Geriatrics Society. J R Coll Physicians Lond. 1992 Apr; 26: 130-133

**3412**   Hannappel, J., Krieger, S. Subjective and clinical results after transurethral resection and suprapubic prostatectomy in benign prostatic hypertrophy. Eur Urol. 1991; 20: 272-276

**3413**   Malone-Lee, J., Lubel, D., and Szonyi, G. Low dose oxybutynin for the unstable bladder [letter]. Bmj. 1992 Apr 18; 304: 1053

**3415**   Wiseman, J. Layers of meaning. Nurs Times. 1992 May 6-12; 88: 38-40

**3416**   Arena, M.G., Di-Rosa, A.E., Arcudi, L., Ruello, C., Magaudda, A., and Meduri, M. Voiding disorders in patients with cerebrovascular disease. Funct Neurol. 1992 Jan-Feb; 7: 47-49

**3417**   Hemal, A.K. Re: Actinomycotic vesico-uterine fistula from a wishbone pessary contraceptive device. P. Buckley et al. Br. J. Urol., 68, 206-207, 1991 [letter]. Br J Urol 1992 Apr; 69: 442

**3418**   Liu, S., Christmas, T.J., Nagendran, K., and Kirby, R.S. Sphincter electromyography in patients after radical prostatectomy and cystoprostatectomy. Br J Urol. 1992 Apr; 69: 397-403

**3419**   Fenn, N., Conn, I.G., German, K.A., and Stephenson, T.P. Complications of clam enterocystoplasty with particular reference to urinary tract infection. Br J Urol. 1992 Apr; 69: 366-368

**3420**   Ramsay, I.N., Clancy, S., and Hilton, P. Subtrigonal phenol injections in the treatment of idiopathic detrusor instability in the female--a long-term urodynamic follow-up. Br J Urol. 1992 Apr; 69: 363-365

**3422**   Harrington, W.J., Jr., Sheremata, W.A., Snodgrass, S.R., Emerson, S., Phillips, S., and Berger, J.R. Tropical spastic paraparesis/HTLV-1-associated myelopathy (TSP/HAM): treatment with an anabolic steroid danazol. AIDS Res Hum Retroviruses. 1991 Dec; 7: 1031-1034

**3423**   Walters, M.D., Realini, J.P. The evaluation and treatment of urinary incontinence in women: a primary care approach. J Am Board Fam Pract. 1992 May-Jun; 5: 289-301

**3424**   Juma, S., Little, N.A., and Raz, S. Vaginal wall sling: four years later. Urology. 1992 May; 39: 424-428

**3425**   Viktrup, L., Lose, G., Rolff, M., and Barfoed, K. The symptom of stress incontinence caused by pregnancy or delivery in primiparas. Obstet Gynecol. 1992 Jun; 79: 945-949

**3426**   White, M., Williams, J. A good start to a full life. Managing continence in children with spina bifida and hydrocephalus. Prof Nurse. 1992 Apr; 7: 474-477

**3427**   Leger, J.M., Henin, D., Belec, L., Mercier, B., Cohen, L., Bouche, P., Hauw, J.J., and Brunet, P. Lymphoma-induced polyradiculopathy in AIDS: two cases. J Neurol. 1992 Mar; 239: 132-134

**3428**   Cheater, F.M. Nurses' educational preparation and knowledge concerning continence promotion. J Adv Nurs. 1992 Mar; 17: 328-338

**3429**   Fulcher, R.A., Maisey, S.P. Evaluation of dipstick tests and reflectance meter for screening for bacteriuria in elderly patients. Br J Clin Pract. 1991 Winter; 45: 245-246

# American Urological Association, Inc.

## SUI Guidelines Panel

3430   ODonnell, B.F., Drachman, D.A., Barnes, H.J., Peterson, K.E., Swearer, J.M., and Lew, R.A. Incontinence and troublesome behaviors predict institutionalization in dementia. J Geriatr Psychiatry Neurol. 1992 Jan-Mar; 5: 45-52

3432   Bliss, M.R. Stroke [letter]. Lancet. 1992 May 2; 339: 1113

3433   Kreder, K., Das, A.K., and Webster, G.D. The hemi-Kock ileocystoplasty: a versatile procedure in reconstructive urology. J Urol. 1992 May; 147: 1248-1251

3434   Goldstein, M., Hawthorne, M.E., Engeberg, S., McDowell, B.J., and Burgio, K.L. Urinary incontinence. Why people do not seek help. J Gerontol Nurs. 1992 Apr; 18: 15-20

3435   Scheve, A., Engel, B.T., McCormick, K.A., and Leahy, E.G. Exercise in continence. Geriatr-Nurs (New York). 1991 May-Jun; 12: 124

3436   Holmes, S.A., Christmas, T.J., Kirby, R.S., and Hendry, W.F. Cystectomy and substitution enterocystoplasty: alternative primary treatment for T2/3 bladder cancer. Br J Urol. 1992 Mar; 69: 260-264

3437   Butt, J. Incontinence. Practical products. Nurs Elder. 1991 Jul-Aug; 3: 14-15

3438   Rekers, H., Drogendijk, A.C., Valkenburg, H., and Riphagen, F. Urinary incontinence in women from 35 to 79 years of age: prevalence and consequences. Eur J Obstet Gynecol Reprod Biol. 1992 Feb 28; 43: 229-234

3440   Lie, H.R., Lagergren, J., Rasmussen, F., Lagerkvist, B., Hagelsteen, J., Borjeson, M.C., Muttilainen, M., and Taudorf, F.K. Children with myelomeningocele: their urinary and bowel control. Eur J Pediatr Surg. 1991 Dec; 1 Suppl 1: 40

3441   Lagro-Janssen, T.L., Debruyne, F.M., Smits, A.J., and van-Weel, C. Controlled trial of pelvic floor exercises in the treatment of urinary stress incontinence in general practice. Br J Gen Pract. 1991 Nov; 41: 445-449

3442   Watson, R. Justifying your practice. Nursing (Lond). 1992 Feb 13-26; 5: 11-13

3443   Wijma, J., Tinga, D.J., and Visser, G.H. Compensatory mechanisms which prevent urinary incontinence in aging women. Gynecol Obstet Invest. 1992; 33: 102-104

3444   Wheeler, J.S., Jr., Walter, J.S., Niecestro, R.M., and Scalzo, A.J. Behavioral therapy for urinary incontinence. J ET Nurs. 1992 Mar-Apr; 19: 59-65

3445   Motta, G. Incontinence reimbursement. Ostomy Wound Manage. 1992 Mar; 38: 72-73

3446   Two incontinence management devices: the benefits of the. Ostomy Wound Manage. 1992 Mar; 38: 28-35

3447   Awad, S.A., Gajewski, J.B., Katz, N.O., and Acker-Roy, K. Final diagnosis and therapeutic implications of mixed symptoms of urinary incontinence in women. Urology. 1992 Apr; 39: 352-357

3448   Kurabayashi, H., Kubota, K., Kawada, E., Tamura, K., Tamura, J., and Shirakura, T. Complete cure of urinary and faecal incontinence after intravenous vitamin B12 therapy in a patient with post-gastrectomy megaloblastic anaemia. J Intern Med. 1992 Mar; 231: 313-315

3449   McCormick, K.A., Burgio, L.D., Engel, B.T., Scheve, A., and Leahy, E. Urinary incontinence: an augmented prompted void approach. J Gerontol Nurs. 1992 Mar; 18: 3-10

3450   McDowell, B.J., Burgio, K.L., Dombrowski, M., Locher, J.L., and Rodriguez, E. An interdisciplinary approach to the assessment and behavioral treatment of urinary incontinence in geriatric outpatients. J Am Geriatr Soc. 1992 Apr; 40: 370-374

3451   Small, E. Animal illness and human emotion. Loathsome and disfiguring conditions. Probl Vet Med. 1991 Mar; 3: 73-82

3453   Lee, K.S., Chan, C.J., Merriman, A., Tan, E.C., and Osborn, V. Clinical profile of elderly urinary incontinence in Singapore: a community-based study. Ann Acad Med Singapore. 1991 Nov; 20: 736-739

3454   Rosenzweig, B.A., Pushkin, S., Blumenfeld, D., and Bhatia, N.N. Prevalence of abnormal urodynamic test results in continent women with severe genitourinary prolapse. Obstet Gynecol. 1992 Apr; 79: 539-542

**American Urological Association, Inc.**

SUI Guidelines Panel

3455    Herschorn, S., Radomski, S.B. Fascial slings and bladder neck tapering in the treatment of male neurogenic incontinence. J Urol. 1992 Apr; 147: 1073-1075

3457    Palmer, M.H., McCormick, K.A., Langford, A., Langlois, J., and Alvaran, M. Continence outcomes: documentation on medical records in the nursing home environment. J Nurs Care Qual. 1992 Apr; 6: 36-43

3458    Umstad, M.P., Glenning, P.P. Urodynamic investigation in the management of incontinent women. Asia Oceania J Obstet Gynaecol. 1991 Dec; 17: 307-313

3460    Fujita, M., Ohno, S., Danno, K., and Miyachi, Y. Two cases of diaper area granuloma of the adult. J Dermatol. 1991 Nov; 18: 671-675

3461    Campbell, E.B., Knight, M., Benson, M., and Colling, J. Effect of an incontinence training program on nursing home staff's knowledge, attitudes, and behavior. Gerontologist. 1991 Dec; 31: 788-794

3463    Yamakawa, H., Ohkuma, A., Hattori, T., Niikawa, S., and Kobayashi, H. Primary intracranial arachnoid cyst in the elderly: a survey on 39 cases. Acta-Neurochir (Wien). 1991; 113: 42-47

3464    Niecestro, R.M., Wheeler, J.S., Jr., Nanninga, J., Einhorn, C., and Goggin, C. Use of stresscath for diagnosing stress incontinence. Urology. 1992 Mar; 39: 266-269

3465    Mizuo, T., Tanizawa, A., Yamada, T., Ando, M., and Oshima, H. Sling operation for male stress incontinence by utilizing modified Stamey technique. Urology. 1992 Mar; 39: 211-214

3466    Newman, D.K., Smith, D.A. Pelvic muscle reeducation as a nursing treatment for incontinence. Urol Nurs. 1992 Mar; 12: 9-15

3467    Palmer, M.H., German, P.S., and Ouslander, J.G. Risk factors for urinary incontinence one year after nursing home admission. Res Nurs Health. 1991 Dec; 14: 405-412

3468    Leandri, P., Rossignol, G., Gautier, J.R., and Ramon, J. Radical retropubic prostatectomy: morbidity and quality of life. Experience with 620 consecutive cases. J Urol. 1992 Mar; 147: 883-887

3469    Wang, Y., Hadley, H.R. Experiences with the artificial urinary sphincter in the irradiated patient. J Urol. 1992 Mar; 147: 612-613

3470    Duncan, H.J., Nurse, D.E., and Mundy, A.R. Role of the artificial urinary sphincter in the treatment of stress incontinence in women. Br J Urol. 1992 Feb; 69: 141-143

3471    Thind, P., Lose, G., and Colstrup, H. Initial urethral pressure increase during stress episodes in genuine stress incontinent women. Br J Urol. 1992 Feb; 69: 137-140

3472    Ganzini, L., Heintz, R., Hoffman, W.F., Keepers, G.A., and Casey, D.E. Acute extrapyramidal syndromes in neuroleptic-treated elders: a pilot study. J Geriatr Psychiatry Neurol. 1991 Oct-Dec; 4: 222-225

3473    Warkentin, R. Implementation of a urinary continence program. J Gerontol Nurs. 1992 Jan; 18: 31-36

3474    Colling, J., Ouslander, J., Hadley, B.J., Eisch, J., and Campbell, E. The effects of patterned urge-response toileting (PURT) on urinary incontinence among nursing home residents. J Am Geriatr Soc. 1992 Feb; 40: 135-141

3477    Briggs, M., Williams, E.S. Urinary incontinence [letter; comment]. Bmj. 1992 Jan 25; 304: 255

3478    Oakeshott, P., Hunt, G.M. Urinary incontinence in women [letter; comment]. Bmj. 1992 Jan 25; 304: 255

3479    Goldberg, N.S., Esterly, N.B., Rothman, K.F., Fallon, J.D., Cropley, T.G., Szaniawski, W., and Glassman, M. Perianal pseudoverrucous papules and nodules in children. Arch Dermatol. 1992 Feb; 128: 240-242

3480    Klevmark, B., Kulseng-Hanssen, S. Continence mechanism in the female. Scand J Urol Nephrol Suppl. 1991; 138: 35-40

3481    Ford, H. Continence--feeling off-colour. Nurs Times. 1992 Jan 29-Feb 4; 88: 64,66,68

3482    Blannin, J. Continence--breaking point. Nurs Times. 1992 Jan 29-Feb 4; 88: 61-64

3483    Silbert, P.L., Stewart-Wynne, E.G. Incontinence after stroke [letter]. Lancet. 1992 Feb 15; 339: 428

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 3484 | Dimpfl, T., Hesse, U., and Schussler, B. Incidence and cause of postpartum urinary stress incontinence. Eur J Obstet Gynecol Reprod Biol. 1992 Jan 9; 43: 29-33 |
| 3486 | OFlynn, K.J., Murphy, R., and Thomas, D.G. Neurogenic bladder dysfunction in lumbar intervertebral disc prolapse. Br J Urol. 1992 Jan; 69: 38-40 |
| 3487 | Ganabathi, K., Abrams, P., Mundy, A.R., Dwyer, P.L., and Glenning, P.P. Stamey-Martius procedure for severe genuine stress incontinence. Br J Urol. 1992 Jan; 69: 34-37 |
| 3488 | Dewan, P.A. Is injected polytetrafluoroethylene (Polytef) carcinogenic?. Br J Urol. 1992 Jan; 69: 29-33 |
| 3489 | Politano, V.A. Transurethral polytef injection for post-prostatectomy urinary incontinence. Br J Urol. 1992 Jan; 69: 26-28 |
| 3490 | Kieswetter, H., Fischer, M., Wober, L., and Flamm, J. Endoscopic implantation of collagen (GAX) for the treatment of urinary incontinence. Br J Urol. 1992 Jan; 69: 22-25 |
| 3491 | Wise, B.G., Abbott, D., Kelleher, C.J., Haken, J., Burton, G., and Cardozo, L.D. Urinary incontinence [letter; comment]. Bmj. 1992 Jan 11; 304: 119-120 |
| 3492 | Rosenzweig, B.A., Bhatia, N.N. Temporal separation of cough-induced urethral and bladder pressure spikes in women with urinary incontinence. Urology. 1992 Feb; 39: 165-168 |
| 3493 | Koraitim, M., Khalil, R. Preservation of urosexual functions after radical cystectomy. Urology. 1992 Feb; 39: 117-121 |
| 3494 | Lie, H.R., Lagergren, J., Rasmussen, F., Lagerkvist, B., Hagelsteen, J., Borjeson, M.C., Muttilainen, M., and Taudorf, K. Bowel and bladder control of children with myelomeningocele: a Nordic study. Dev Med Child Neurol. 1991 Dec; 33: 1053-1061 |
| 3495 | Haenggi, W., Ammann, M., Katz, M., Koenig, C.F., Dreher, E., and Schneider, H. Urethral isolation of Chlamydia trachomatis in women with urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1991 Nov 3; 42: 53-56 |
| 3496 | Lyder, C.H., Clemes-Lowrance, C., Davis, A., Sullivan, L., and Zucker, A. Structured skin care regimen to prevent perineal dermatitis in the elderly. J ET Nurs. 1992 Jan-Feb; 19: 12-16 |
| 3497 | MacArthur, C., Lewis, M., and Knox, E.G. Health after childbirth. Br J Obstet Gynaecol. 1991 Dec; 98: 1193-1195 |
| 3498 | Fonda, D. The billion dollar question: can incontinence be reduced in nursing homes? [editorial]. Med J Aust. 1992 Jan 6; 156: 6-7 |
| 3499 | Harrington, W.J., Jr., Sheramata, W., and Cabral, L. Danazol for urinary incontinence in tropical spastic paraparesis [letter]. Lancet. 1992 Feb 8; 339: 368 |
| 3500 | Harari, D., Malone-Lee, J.G. Oxybutynin and incontinence during grand mal seizures. Br J Urol. 1991 Dec; 68: 658 |
| 3502 | Cardozo, L. Urinary incontinence in women: have we anything new to offer? [see comments]. Bmj. 1991 Dec 7; 303: 1453-1457 |
| 3504 | Jirovec, M.M. Effect of individualized prompted toileting on incontinence in nursing home residents. Appl Nurs Res. 1991 Nov; 4: 188-191 |
| 3505 | Johnson, J.D., Lamensdorf, H., Hollander, I.N., and Thurman, A.E. Use of transvaginal endosonography in the evaluation of women with stress urinary incontinence. J Urol. 1992 Feb; 147: 421-425 |
| 3506 | Mayo, M.E. Lower urinary tract dysfunction in cerebral palsy. J Urol. 1992 Feb; 147: 419-420 |
| 3507 | Montague, D.K. The artificial urinary sphincter (AS 800): experience in 166 consecutive patients. J Urol. 1992 Feb; 147: 380-382 |
| 3508 | Ouslander, J.G. Geriatric urinary incontinence. Dis Mon. 1992 Feb; 38: 65-149 |
| 3509 | Kohn, D., Sinoff, G., Strulov, A., Ciechanover, M., and Wei, J.Y. Long-term follow-up of patients aged 75 years and older admitted to an acute care hospital in Israel. Aging (Milano). 1991 Sep; 3: 279-285 |

# Appendix A6. Bibliography sorted by Procite Number

**American Urological Association, Inc.**

**SUI Guidelines Panel**

3510   Borstad, E., Skrede, M., and Rud, T. Failure to predict and attempts to explain urinary stress incontinence following vaginal repair in continent women by using a modified lateral urethrocystography. Acta Obstet Gynecol Scand. 1991; 70: 501-506

3511   Kreder, K.J., Webster, G.D. Management of the bladder outlet in patients requiring enterocystoplasty. J Urol. 1992 Jan; 147: 38-41

3512   Davidsson, T., Barker, S.B., and Mansson, W. Tapering of intussuscepted ileal nipple valve or ileocecal valve to correct secondary incontinence in patients with urinary reservoir. J Urol. 1992 Jan; 147: 144-146

3513   Burgio, K.L., Burgio, L.D., McCormick, K.A., and Engel, B.T. Assessing toileting skills and habits in an adult day care center. J Gerontol Nurs. 1991 Dec; 17: 32-35

3514   Wheeler, R.A., Malone, P.S. Use of the appendix in reconstructive surgery: a case against incidental appendicectomy. Br J Surg. 1991 Nov; 78: 1283-1285

3516   Cutner, A., Cardozo, L.D., and Wise, B.G. The effects of pregnancy on previous incontinence surgery. Case report. Br J Obstet Gynaecol. 1991 Nov; 98: 1181-1183

3518   Cheater, F. Continence training programmes: need for standardisation. Nurs Stand. 1991 Nov 13-19; 6: 24-27

3519   Almog, S., Winkler, E., Amitai, Y., Dani, S., Shefi, M., Tirosh, M., and Shemer, J. Acute pyridostigmine overdose: a report of nine cases. Isr J Med Sci. 1991 Nov-Dec; 27: 659-663

3520   Wijma, J., Tinga, D.J., and Visser, G.H. Perineal ultrasonography in women with stress incontinence and controls: the role of the pelvic floor muscles. Gynecol Obstet Invest. 1991; 32: 176-179

3521   Cammu, H., Van-Nylen, M., Derde, M.P., DeBruyne, R., and Amy, J.J. Pelvic physiotherapy in genuine stress incontinence. Urology. 1991 Oct; 38: 332-337

3522   Durrani, A.F., Rosenbaum, T.P., Shaw, P.J., Singh, S.K., and Worth, P.H. Does the Kaufman prosthesis still have a place? Review of thirteen years' experience. Urology. 1991 Oct; 38: 328-331

3523   Lamhut, P., Jackson, T.W., and Wall, L.L. The treatment of urinary incontinence with electrical stimulation in nursing home patients: a pilot study. J Am Geriatr Soc. 1992 Jan; 40: 48-52

3525   De-Gennaro, M., Lais, A., Fariello, G., Caldarelli, M., Capozza, N., Talamo, M., and Caione, P. Early diagnosis and treatment of spinal dysraphism to prevent urinary incontinence. Eur Urol. 1991; 20: 140-145

3526   Vancaillie, T.G., Schuessler, W. Laparoscopic bladderneck suspension. J Laparoendosc Surg. 1991 Jun; 1: 169-173

3527   Bergman, A., Stanczyk, F.Z., and Lobo, R.A. The role of prostaglandins in detrusor instability. Am J Obstet Gynecol. 1991 Dec; 165: 1833-1836

3529   Hollowell, J.G., Ransley, P.G. Surgical management of incontinence in bladder exstrophy. Br J Urol. 1991 Nov; 68: 543-548

3530   George, V.K., Russell, G.L., Shutt, A., Gaches, C.G., and Ashken, M.H. Clam ileocystoplasty. Br J Urol. 1991 Nov; 68: 487-489

3531   Chapple, C.R., Hampson, S.J., Turner-Warwick, R.T., and Worth, P.H. Subtrigonal phenol injection. How safe and effective is it?. Br J Urol. 1991 Nov; 68: 483-486

3532   Moore, K.H., Richmond, D.H., and Parys, B.T. Sex distribution of adult idiopathic detrusor instability in relation to childhood bedwetting. Br J Urol. 1991 Nov; 68: 479-482

3533   OBrien, J., Austin, M., Sethi, P., and OBoyle, P. Urinary incontinence: prevalence, need for treatment, and effectiveness of intervention by nurse [see comments]. Bmj. 1991 Nov 23; 303: 1308-1312

3534   Ojanuga, D. Preventing birth injury among women in Africa: case studies in northern Nigeria. Am J Orthopsychiatry. 1991 Oct; 61: 533-539

3535    Efficacy and morbidity of. Urology. 1991 Dec; 38: 526-528

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**3536** Ramon, J., Mekras, J., and Webster, G.D. Transvaginal needle suspension procedures for recurrent stress incontinence. Urology. 1991 Dec; 38: 519-522

**3537** Benbow, S., Sangster, G., and Barer, D. Incontinence after stroke [letter; comment]. Lancet. 1991 Dec 21-28; 338: 1602-1603

**3538** Oliver, J.R., Wheeless, C.R., Jr., and Fakhoury, G. Correction of incontinent ileocolic urostomy with Kock's nipple valve. Gynecol Oncol. 1991 Nov; 43: 178-181

**3539** Hamilton, S., Flood, H.D., Shetty, M.K., and Grainger, R. Radiology of the AS 800 artificial urinary sphincter; normal appearances and complications. Eur J Radiol. 1991 Sep-Oct; 13: 122-125

**3540** Fossa, S.D., Hosbach, G. Short-term moderate-dose pelvic radiotherapy of advanced bladder carcinoma. A questionnaire-based evaluation of its symptomatic effect. Acta Oncol. 1991; 30: 735-738

**3541** Campbell, J.M., Dowd, T.T. Promoting clinical research through collegial relationships. Nursingconnections. 1991 Fall; 4: 39-45

**3542** Kuo, H.C., Chang, S.C., and Hsu, T. A new classification of female stress urinary incontinence--based on transrectal sonographic cystourethrography. Taiwan I Hsueh Hui Tsa Chih. 1991 Aug; 90: 769-775

**3543** Pearson, B.D., Droessler, D. Problems of aging: urinary incontinence prevention. Health Care Women Int. 1991 Oct-Dec; 12: 443-450

**3544** Mercer, L.J., Ludtke, L.J. Adenoma malignum presenting as urinary incontinence. Int J Gynaecol Obstet. 1991 Oct; 36: 149-153

**3545** Khan, Z., Mieza, M., Starer, P., and Singh, V.K. Post-prostatectomy incontinence. A urodynamic and fluoroscopic point of view. Urology. 1991 Nov; 38: 483-488

**3546** Gearhart, J.P. Failed bladder exstrophy repair. Evaluation and management. Urol Clin North Am. 1991 Nov; 18: 687-699

**3547** Boyd, S.D., Lieskovsky, G., and Skinner, D.G. Kock pouch bladder replacement. Urol Clin North Am. 1991 Nov; 18: 641-648

**3548** Miller, K., Wenderoth, U.K., de-Petriconi, R., Kleinschmidt, K., and Hautmann, R. The ileal neobladder. Operative technique and results. Urol Clin North Am. 1991 Nov; 18: 623-630

**3549** Gotoh, M., Kondo, A., and Miyake, K. Bladder compliance in myelodysplastic children: does antireflux surgery compromise it?. Urol Int. 1991; 47 Suppl 1: 63-66

**3550** Kondo, A. Status and tasks of today's urodynamics. Urol Int. 1991; 47 Suppl 1: 16-18

**3551** Irvine, L. Paving the way to self-control. Maintaining continence in elderly people. Prof Nurse. 1991 Nov; 7: 94-97

**3552** Anon. Continence--whose responsibility?. Nurs Times. 1991 Oct 30-Nov 5; 87: 68

**3553** Deegan, S. Continence--close to normality. Nurs Times. 1991 Oct 30-Nov 5; 87: 65,67

**3554** Dawes, H., Cherry, L., Ballentyne, M., and Glen, E. Continence--advice for all. Nurs Times. 1991 Oct 30-Nov 5; 87: 56,58,62

**3555** Beck, R.P., McCormick, S., and Nordstrom, L. A 25-year experience with 519 anterior colporrhaphy procedures. Obstet Gynecol. 1991 Dec; 78: 1011-1018

**3556** Henriksen, T. Incontinence after stroke [letter] [see comments]. Lancet. 1991 Nov 23; 338: 1335

**3557** Ouslander, J.G. Urinary incontinence in the geriatric population. Nippon Ronen Igakkai Zasshi. 1991 Jul; 28: 484-492

**3559** Stanisic, T.H., Jennings, C.E., and Miller, J.I. Polytetrafluoroethylene injection for post-prostatectomy incontinence: experience with 20 patients during 3 years. J Urol. 1991 Dec; 146: 1575-1577

**3560** Yamada, T., Mizuo, T., Kawakami, S., Watanabe, T., Negishi, T., and Oshima, H. Application of transrectal ultrasonography in modified Stamey procedure for stress urinary incontinence. J Urol. 1991 Dec; 146: 1555-1558

# American Urological Association, Inc.

## SUI Guidelines Panel

3561    Luangkhot, R., Peng, B.C., and Blaivas, J.G. Ileocecocystoplasty for the management of refractory neurogenic bladder: surgical technique and urodynamic findings. J Urol. 1991 Nov; 146: 1340-1344

3562    Burgio, K.L., Matthews, K.A., and Engel, B.T. Prevalence, incidence and correlates of urinary incontinence in healthy, middle-aged women. J Urol. 1991 Nov; 146: 1255-1259

3563    Fossaluzza, V., Di-Benedetto, P., Zampa, A., and De-Vita, S. Misoprostol-induced urinary incontinence. J Intern Med. 1991 Nov; 230: 463-464

3564    Yu, L.C., Johnson, K., Kaltreider, D.L., Hu, T.W., Brannon, D., and Ory, M. Urinary incontinence: nursing home staff reaction toward residents. J Gerontol Nurs. 1991 Nov; 17: 34-41

3565    Patial, R.K., Bansal, S.K., Sehgal, V.K., and Chander, B. Sphincteric involvement in organophosphorus poisoning. J Assoc Physicians India. 1991 Jun; 39: 492-493

3566    Alvarez, O.M., Childs, E.J. Pressure ulcers. Physical, supportive, and local aspects of management. Clin Podiatr Med Surg. 1991 Oct; 8: 869-890

3567    Bull, E., Chilton, C.P., Gould, C.A., and Sutton, T.M. Single-blind, randomised, parallel group study of the Bard Biocath catheter and a silicone elastomer coated catheter. Br J Urol. 1991 Oct; 68: 394-399

3568    Gelister, J.S., Woodhouse, C.R. Role of continent suprapubic diversion in pelvic cancer. Br J Urol. 1991 Oct; 68: 376-379

3569    Hanzal, E., Berger, E., and Koelbl, H. Reliability of the urethral closure pressure profile during stress in the diagnosis of genuine stress incontinence. Br J Urol. 1991 Oct; 68: 369-371

3570    Foster, D.C. Geriatric urinary tract dysfunction. Curr Opin Obstet Gynecol. 1990 Aug; 2: 612-619

3572    Beck, R.P. Detrusor instability: diagnosis and therapy. Curr Opin Obstet Gynecol. 1990 Aug; 2: 591-598

3573    Creighton, S.M., Stanton, S.L. Comparison of surgical techniques. Curr Opin Obstet Gynecol. 1990 Aug; 2: 585-590

3574    Mostwin, J.L. Effects of pharmaceuticals on bladder function. Curr Opin Obstet Gynecol. 1990 Aug; 2: 580-584

3576    Pasceri, P. Utilizing a prevention and treatment protocol for skin breakdown secondary to urinary incontinence. Ostomy Wound Manage. 1991 Sep-Oct; 36: 66-69

3577    Steidle, C.P., Kennedy, K.L. Achieving a state of urinary continence for residents of nursing facilities. Part II: Urodynamics and laboratory investigation. Ostomy Wound Manage. 1991 Sep-Oct; 36: 45-6,48-50

3578    Cochran, A. Fatal attraction: Foley catheters. Ostomy Wound Manage. 1991 Sep-Oct; 36: 40-1,43-4

3580    Ju, C.C., Swan, L.K., Merriman, A., Choon, T.E., and Viegas, O. Urinary incontinence among the elderly people of Singapore [published erratum appears in Age Ageing 1991 Sep;20(5):387]. Age Ageing. 1991 Jul; 20: 262-266

3581    Grischke, E.M., Anton, H., Stolz, W., von-Fournier, D., and Bastert, G. Urodynamic assessment and lateral urethrocystography. A comparison of two diagnostic procedures for female urinary incontinence. Acta Obstet Gynecol Scand. 1991; 70: 225-229

3583    Narayan, P. Nerve sparing and continence preservation during radical prostatectomy. Urol Int. 1991; 46: 266-274

3584    Lockhart, J.L., Pow-Sang, J.M., Persky, L., Sanford, E., and Helal, M. Results, complications and surgical indications of the Florida pouch. Surg Gynecol Obstet. 1991 Oct; 173: 289-296

3585    Huddleston, H.T., Dunnihoo, D.R., and Otterson, W.O. Digital augmentation during repair for a paravaginal defect. Surg Gynecol Obstet. 1991 Aug; 173: 157

3587    de-Jong, P. Easier needle bladder-neck suspension procedure [letter]. S Afr Med J. 1991 Oct 5; 80: 360

3588    Wyman, J.F., Fantl, J.A. Bladder training in ambulatory care management of urinary incontinence. Urol Nurs. 1991 Sep; 11: 11-17

3589    Light, J.K. Continence mechanisms following continent urinary diversion and orthotopic bladder replacement. Prog Clin Biol Res. 1991; 370: 83-92

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**3590**  Hara, M., Watanabe, M., and Tagami, H. Jacquet erosive diaper dermatitis in a young girl with urinary incontinence. Pediatr Dermatol. 1991 Jun; 8: 160-161

**3591**  Haydon, S. The hidden problem. Nurs Times. 1991 Oct 9-15; 87: 18-19

**3592**  Wall, L.L., DeLancey, J.O. The politics of prolapse: a revisionist approach to disorders of the pelvic floor in women. Perspect Biol Med. 1991 Summer; 34: 486-496

**3593**  Hollowell, J.G., Hill, P.D., Duffy, P.G., and Ransley, P.G. Bladder function and dysfunction in exstrophy and epispadias. Lancet. 1991 Oct 12; 338: 926-928

**3594**  Versi, E., Cardozo, L., and Cooper, D.J. Urethral pressures: analysis of transmission pressure ratios. Br J Urol. 1991 Sep; 68: 266-270

**3595**  Anon. Terodiline and torsades de pointes [letter; comment]. Bmj. 1991 Aug 31; 303: 519-520

**3596**  Kinnunen, O. Study of constipation in a geriatric hospital, day hospital, old people's home and at home. Aging (Milano). 1991 Jun; 3: 161-170

**3597**  Versi, E., Cardozo, L., Anand, D., and Cooper, D. Symptoms analysis for the diagnosis of genuine stress incontinence. Br J Obstet Gynaecol. 1991 Aug; 98: 815-819

**3598**  Hellstrom, A.L. Bladder symptoms and urinary infections. Nurs Times. 1991 Sep 11-17; 87: 55

**3599**  Raz, S., Little, N.A., Juma, S., and Sussman, E.M. Repair of severe anterior vaginal wall prolapse (grade IV cystourethrocele). J Urol. 1991 Oct; 146: 988-992

**3600**  Gearhart, J.P., Canning, D.A., and Jeffs, R.D. Failed bladder neck reconstruction: options for management. J Urol. 1991 Oct; 146: 1082-1084

**3601**  Wang, Y., Hadley, H.R. Management of persistent or recurrent urinary incontinence after placement of artificial urinary sphincter. J Urol. 1991 Oct; 146: 1005-1006

**3602**  Eisch, J.S., Colling, J., Ouslander, J., Hadley, B.J., and Campbell, E. Issues in implementing clinical research in nursing home settings. J N Y State Nurses Assoc. 1991 Sep; 22: 18-22

**3603**  Chancellor, A.M., Warlow, C.P., Webb, J.N., Lucas, M.G., Besley, G.T., and Broadhead, D.M. Acid maltase deficiency presenting with a myopathy and exercise induced urinary incontinence in a 68 year old male [letter]. J Neurol Neurosurg Psychiatry. 1991 Jul; 54: 659-660

**3604**  McCormick, K.A. From clinical trial to health policy--research on urinary incontinence in the adult, Part II. J Prof Nurs. 1991 Jul-Aug; 7: 202

**3605**  Jirovec, M.M. The impact of daily exercise on the mobility, balance and urine control of cognitively impaired nursing home residents. Int J Nurs Stud. 1991; 28: 145-151

**3606**  Gray, M. Role of the ET nurse in the management of incontinence [editorial]. J ET Nurs. 1991 Sep-Oct; 18: 151-152

**3608**  Marshall, S. Conservative management of stress urinary incontinence [letter]. Urology. 1991 Sep; 38: 294

**3609**  Dowd, T.T. Discovering older women's experience of urinary incontinence. Res Nurs Health. 1991 Jun; 14: 179-186

**3610**  Webb, R.J., Ramsden, P.D., and Neal, D.E. Ambulatory monitoring and electronic measurement of urinary leakage in the diagnosis of detrusor instability and incontinence. Br J Urol. 1991 Aug; 68: 148-152

**3611**  Molander, U., Milsom, I., Ekelund, P., Arvidsson, L., and Eriksson, O. A health care program for the investigation and treatment of elderly women with urinary incontinence and related urogenital symptoms. Acta Obstet Gynecol Scand. 1991; 70: 137-142

**3612**  Watson, R. Incontinence in perspective. Nursing (Lond). 1991 Jul 25-Aug 21; 4: 7-10

**3613**  Callan, B., Chance, R. Incontinence. Aids and appliances. Nursing (Lond). 1991 Jul 25-Aug 21; 4: 18-20

**3614**  Laycock, J. Incontinence. Pelvic floor re-education. Nursing (Lond). 1991 Jul 25-Aug 21; 4: 15-17

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 3615 | Roe, B. Benefits of bladder re-education. Nursing (Lond). 1991 Jul 25-Aug 21; 4: 11-13 |
| 3616 | Kelley, L.S., Mobily, P.R. Iatrogenesis in the elderly. Impaired skin integrity. J Gerontol Nurs. 1991 Sep; 17: 24-29 |
| 3617 | Anon. Gynecologic urology. Curr Opin Obstet Gynecol. 1991 Aug; 3: 610-613 |
| 3622 | Kennedy, K.L., Steidle, C.P. Achieving a state of urinary continence for residents of nursing facilities. Part I: The history and physical examination. Ostomy Wound Manage. 1991 Jul-Aug; 35: 72-77 |
| 3623 | Scullin, P.D. Financial repercussions of incontinence management [editorial]. Ostomy Wound Manage. 1991 Jul-Aug; 35: 4 |
| 3625 | Meyer, S., DeGrandi, P., and Schmidt, N. Effect of occluding the urethra while recording urethral stress profile. Urology. 1991 Aug; 38: 157-160 |
| 3626 | ODonnell, P.D., Beck, C. Urinary incontinence volume patterns in elderly inpatient men. Urology. 1991 Aug; 38: 128-131 |
| 3628 | Blandy, J.P., Badenoch, D.F., Fowler, C.G., Jenkins, B.J., and Thomas, N.W. Early repair of iatrogenic injury to the ureter or bladder after gynecological surgery. J Urol. 1991 Sep; 146: 761-765 |
| 3629 | Craggs, M.D., Chaffey, N.J., and Mundy, A.R. A preliminary report on a new hydraulic sphincter for controlling urinary incontinence. J Med Eng Technol. 1991 Mar-Apr; 15: 58-62 |
| 3631 | Kockelbergh, R.C., Tan, J.B., Bates, C.P., Bishop, M.C., Dunn, M., and Lemberger, R.J. Clam enterocystoplasty in general urological practice. Br J Urol. 1991 Jul; 68: 38-41 |
| 3632 | Mouritsen, L., Frimodt-Moller, C., and Moller, M. Long-term effect of pelvic floor exercises on female urinary incontinence. Br J Urol. 1991 Jul; 68: 32-37 |
| 3633 | Steen, B. The importance of diagnostic procedures to ensure quality of health care in geriatric medicine. Examples from recent studies. Qual Assur Health Care. 1990; 2: 387-392 |
| 3634 | Bump, R.C., Hurt, W.G., Fantl, J.A., and Wyman, J.F. Assessment of Kegel pelvic muscle exercise performance after brief verbal instruction. Am J Obstet Gynecol. 1991 Aug; 165: 322-7;discussion327-9 |
| 3635 | Anon. Incontinence. Comment--setting the sights. Nurs Times. 1991 Aug 7-13; 87: 72 |
| 3636 | Britton, B. Continence. Marketing forces. Nurs Times. 1991 Aug 7-13; 87: 68,70 |
| 3637 | Miles, B. Continence. Nurse, heal thyself. Nurs Times. 1991 Aug 7-13; 87: 66 |
| 3638 | Hyland, N. Continence--training for success. Nurs Times. 1991 Aug 7-13; 87: 60,62 |
| 3639 | Kuhn, W., Rist, M., and Zaech, G.A. Intermittent urethral self-catheterisation: long term results (bacteriological evolution, continence, acceptance, complications). Paraplegia. 1991 May; 29: 222-232 |
| 3640 | Benson, J.T., Sumners, J.E., and Pittman, J.S. Definition of normal female pelvic floor anatomy using ultrasonographic techniques. JCU J Clin Ultrasound. 1991 Jun; 19: 275-282 |
| 3642 | Anon. Urinary incontinence. J ET Nurs. 1991 Jul-Aug; 18: 136-140 |
| 3643 | Diokno, A.C., Brown, M.B., and Herzog, A.R. Relationship between use of diuretics and continence status in the elderly. Urology. 1991 Jul; 38: 39-42 |
| 3644 | McCormick, K.A., Cella, M., Scheve, A., and Engel, B.T. Cost-effectiveness of treating incontinence in severely mobility-impaired long term care residents. QRB Qual Rev Bull. 1990 Dec; 16: 439-443 |
| 3645 | Esa, A., Kiwamoto, H., Sugiyama, T., Park, Y.C., Kaneko, S., and Kurita, T. Functional electrical stimulation in the management of incontinence: studies of urodynamics. Int Urol Nephrol. 1991; 23: 135-141 |
| 3646 | Baum, N., Suarez, G., and Appell, R.A. Urinary incontinence. Not a 'normal' part of aging [see comments]. Postgrad Med. 1991 Aug; 90: 99-102,107-9 |
| 3647 | Steele, W., Pomfret, I. Promoting continence at work. Occup-Health (Lond). 1991 Jul; 43: 213-214 |

**American Urological Association, Inc.**

SUI Guidelines Panel

3648    Gearhart, J.P., Jeffs, R.D. Techniques to create urinary continence in the cloacal exstrophy patient. J Urol. 1991 Aug; 146: 616-618

3649    Perlmutter, A.D., Weinstein, M.D., and Reitelman, C. Vesical neck reconstruction in patients with epispadias-exstrophy complex. J Urol. 1991 Aug; 146: 613-615

3650    Parres, J.A., Kropp, K.A. Urodynamic evaluation of the continence mechanism following urethral lengthening--reimplantation and enterocystoplasty. J Urol. 1991 Aug; 146: 535-538

3651    Greenfield, S.P., Fera, M. The use of intravesical oxybutynin chloride in children with neurogenic bladder. J Urol. 1991 Aug; 146: 532-534

3652    Boyd, G. Terodiline for treating detrusor instability in elderly people [letter; comment]. Bmj. 1991 Jul 13; 303: 124

3653    Brown, J., Thomas, E., White, H., and McCallum, A. An incontinence helpline service. Nurs Stand. 1991 Jun 12-18; 5: 25-27

3654    Weiss, B.D. Nonpharmacologic treatment of urinary incontinence. Am Fam Physician. 1991 Aug; 44: 579-586

3655    Bosco, P.J., Bauer, S.B., Colodny, A.H., Mandell, J., and Retik, A.B. The long-term results of artificial sphincters in children. J Urol. 1991 Aug; 146: 396-399

3656    Chen, K.K., Chang, L.S., and Chen, M.T. Neobladder construction using completely detubularized sigmoid colon after radical cystoprostatectomy. J Urol. 1991 Aug; 146: 311-315

3657    Rossignol, G., Leandri, P., Gautier, J.R., Quintens, H., Gabay-Torbiero, L., and Tap, G. Radical retropubic prostatectomy: complications and quality of life (429 cases, 1983-1989). Eur Urol. 1991; 19: 186-191

3658    Thind, P., Colstrup, H., Lose, G., and Kristensen, J.K. Method for evaluation of the urethral closure mechanism in women during standardised changes of cross-sectional area. Clin Phys Physiol Meas. 1991 May; 12: 163-170

3660    Mortensen, N., Humphreys, M.S. The anal continence plug: a disposable device for patients with anorectal incontinence. Lancet. 1991 Aug 3; 338: 295-297

3661    Wells, T.J., Brink, C.A., Diokno, A.C., Wolfe, R., and Gillis, G.L. Pelvic muscle exercise for stress urinary incontinence in elderly women. J Am Geriatr Soc. 1991 Aug; 39: 785-791

3663    Lagro-Janssen, A.L., Debruyne, F.M., and van-Weel, C. Value of the patient's case history in diagnosing urinary incontinence in general practice. Br J Urol. 1991 Jun; 67: 569-572

3664    Wanich, C.K., Reilly, N.J. Incontinence care products: non-surgical management of urinary incontinence. Ostomy Wound Manage. 1991 May-Jun; 34: 45-6,48,51

3665    Fiorelli, C., Menghetti, I., Trippitelli, A., Saltutti, C., and Mottola, A. Simplified endoscopic suspension for stress incontinence through pervaginal route. Arch Esp Urol. 1991 Jan-Feb; 44: 101-104

3666    Dykes, E.H., Duffy, P.G., and Ransley, P.G. The use of the Mitrofanoff principle in achieving clean intermittent catheterisation and urinary continence in children. J Pediatr Surg. 1991 May; 26: 535-538

3667    McCormick, K.A. Research. From clinical trial to health policy--research on urinary incontinence in the adult, Part I. J Prof Nurs. 1991 May-Jun; 7: 147

3668    Phillips, T.H., Ritchey, M.L., Dunn, C.D., and Sarosdy, M.F. Complications of the Heitz-Boyer urinary diversion: case report of late development of malignancy. J Urol. 1991 Jul; 146: 159-161

3669    Sponseller, P.D., Gearhart, J.P., and Jeffs, R.D. Anterior innominate osteotomies for failure or late closure of bladder exstrophy. J Urol. 1991 Jul; 146: 137-140

3670    Kil, P.J., Hoekstra, J.W., van-der-Meijden, A.P., Smans, A.J., Theeuwes, A.G., and Schreinemachers, L.M. Transvaginal ultrasonography and urodynamic evaluation after suspension operations: comparison among the Gittes, Stamey and Burch suspensions. J Urol. 1991 Jul; 146: 132-136

3671    van-Waalwijk-van-Doorn, E.S., Remmers, A., and Janknegt, R.A. Extramural ambulatory urodynamic monitoring during natural filling and normal daily activities: evaluation of 100 patients. J Urol. 1991 Jul; 146: 124-131

# Appendix A6. Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

---

**3672** Pike, J.G., Berardinucci, G., Hamburger, B., and Kiruluta, G. The surgical management of urinary incontinence in myelodysplastic children. J Pediatr Surg. 1991 Apr; 26: 466-70;discussion470-1

**3673** Ricketts, R.R., Woodard, J.R., Zwiren, G.T., Andrews, H.G., and Broecker, B.H. Modern treatment of cloacal exstrophy. J Pediatr Surg. 1991 Apr; 26: 444-8;discussion448-50

**3674** Hautmann, R.E. The ileal neobladder. Acta Urol Belg. 1991; 59: 227-240

**3675** Jorgensen, L., Lose, G., and Alexander, N. Acute effect of norfenefrine on the urethral pressure profile in females with genuine stress incontinence. Urol Int. 1991; 46: 176-179

**3676** Anon. Urinary incontinence among hospitalized persons aged 65 years and older--United States, 1984-1987. MMWR Morb Mortal Wkly Rep. 1991 Jul 5; 40: 433-436

**3677** Nghiem-Toan, N. Simplified urethrocystovaginal suspension for stress urinary incontinence [letter; comment]. Am J Obstet Gynecol. 1991 Jun; 164: 1689-1690

**3678** Bernstein, I.T., Bennicke, K., Rordam, P., Klarskov, P., and Iversen, H.G. Bricker's ileal conduit urinary diversion with a simple non-refluxing uretero ileal anastomosis. Scand J Urol Nephrol. 1991; 25: 29-33

**3679** Starer, P., Libow, L.S. Persistence of detrusor hyperreflexia in a continent, institutionalized elderly patient with Parkinson's disease. N Y State J Med. 1991 Apr; 91: 166-167

**3680** Ebrahim, S., Patel, N., Coats, M., Greig, C., Gilley, J., Bangham, C., and Stacey, S. Prevalence and severity of morbidity among Gujarati Asian elders: a controlled comparison. Fam Pract. 1991 Mar; 8: 57-62

**3681** Davies, S.W., Brecker, S.J., and Stevenson, R.N. Terodiline for treating detrusor instability in elderly people [letter] [see comments]. Bmj. 1991 May 25; 302: 1276

**3682** Barrett, J.A., Oldham, J.A. Physiotherapy for stress urinary incontinence [letter; comment]. Bmj. 1991 May 18; 302: 1208

**3683** Lee, K.S., Owen, R.E., Choo, P.W., and Jayaratnam, F.J. Urinary incontinence in the elderly. Singapore Med J. 1991 Apr; 32: 161-163

**3684** Woods, D., Dobranowski, J., Orovan, W.L., and Schiff, D. The Koch pouch: radiographic evaluation of the orthotopic and cutaneous forms. Can Assoc Radiol J. 1991 Apr; 42: 119-126

**3685** Evans, J.W., Christmas, T.J. Detrusor instability following colchicine therapy. Br J Urol. 1991 May; 67: 552-554

**3686** Pearman, J.W., Bailey, M., and Riley, L.P. Bladder instillations of trisdine compared with catheter introducer for reduction of bacteriuria during intermittent catheterisation of patients with acute spinal cord trauma. Br J Urol. 1991 May; 67: 483-490

**3687** Griffiths, D.J., McCracken, P.N., and Harrison, G.M. Incontinence in the elderly: objective demonstration and quantitative assessment. Br J Urol. 1991 May; 67: 467-471

**3688** Wiseman, P.A., Malone-Lee, J., and Rai, G.S. Terodiline with bladder retraining for treating detrusor instability in elderly people [see comments]. Bmj. 1991 Apr 27; 302: 994-996

**3689** Richardson, D.A., Ramahi, A., and Chalas, E. Surgical management of stress incontinence in patients with low urethral pressure. Gynecol Obstet Invest. 1991; 31: 106-109

**3690** Lawson, W., Irving, F. Perioperative nursing rounds: bladder neck suspension. Can Oper Room Nurs J. 1991 May-Jun; 9: 9-13

**3691** Byrne, P., Morris, J., Mordey, S., and Condie, R. Physiotherapy for stress incontinence of urine [letter]. Bmj. 1991 May 4; 302: 1084

**3694** Skehan, M.C., Sutherst, J.R. Re: Biofeedback therapy for female incontinence due to low urethral resistance [letter; comment]. J Urol. 1991 Jun; 145: 1278

**3696** Gardy, M., Kozminski, M., DeLancey, J., Elkins, T., and McGuire, E.J. Stress incontinence and cystoceles. J Urol. 1991 Jun; 145: 1211-1213

**3697** Ahlering, T.E., Weinberg, A.C., and Razor, B. Modified Indiana pouch. J Urol. 1991 Jun; 145: 1156-1158

---

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**3698**  Quinlan, D.M., Leonard, M.P., Brendler, C.B., Gearhart, J.P., and Jeffs, R.D. Use of the Benchekroun hydraulic valve as a catheterizable continence mechanism. J Urol. 1991 Jun; 145: 1151-1155

**3699**  Thomas, A.M., Morse, J.M. Managing urinary incontinence with self-care practices. J Gerontol Nurs. 1991 Jun; 17: 9-14

**3700**  Caione, P., De-Gennaro, M., Zaccara, A., and Capozza, N. Female incontinence in childhood: aetiopathogenetic assessment and therapeutic approach. Int Urol Nephrol. 1990; 22: 543-551

**3701**  Cheater, F. Elderly people: attitudes towards urinary incontinence. Nurs Stand. 1991 Mar 20-26; 5: 23-27

**3702**  Schileru, G., Ozan, O. Implantation of the cuff of A.U.S. around of all the corpora. Acta Urol Belg. 1990; 58: 83-87

**3714**  Anon. An integral theory of female urinary incontinence. Experimental and clinical considerations. Acta Obstet Gynecol Scand Suppl. 1990; 153: 1-78

**3715**  Cutner, A., Cardozo, L. Urinary incontinence--diagnosis. Practitioner. 1991 Jan; 235: 24,27-30

**3716**  Bethell, C. Pre-school and adolescent incontinence [letter]. N Z Nurs J. 1991 Apr; 84: 4-5

**3717**  ODonnell, P.D., Doyle, R. Biofeedback therapy technique for treatment of urinary incontinence. Urology. 1991 May; 37: 432-436

**3718**  Kursh, E.D., Angell, A.H., and Resnick, M.I. Evolution of endoscopic urethropexy: seven-year experience with various techniques. Urology. 1991 May; 37: 428-431

**3719**  Kontturi, M.J., Hellstrom, P.A., Tammela, T.L., and Lukkarinen, O.A. Colocystoplasty for the treatment of severe interstitial cystitis. Urol Int. 1991; 46: 50-54

**3720**  Pomfret, I., Steele, W. Continence. A working service. Nurs Times. 1991 Apr 24-30; 87: 46-48

**3721**  Madersbacher, H., Jilg, G. Control of detrusor hyperreflexia by the intravesical instillation of oxybutynine hydrochloride. Paraplegia. 1991 Feb; 29: 84-90

**3722**  Macaulay, A.J., Stern, R.S., and Stanton, S.L. Psychological aspects of 211 female patients attending a urodynamic unit. J Psychosom Res. 1991; 35: 1-10

**3723**  Davidson, H.A., Borrie, M.J., and Crilly, R.G. Copy task performance and urinary incontinence in Alzheimer's disease. J Am Geriatr Soc. 1991 May; 39: 467-471

**3724**  Klemm, L.W., Creason, N.S. Self-care practices of women with urinary incontinence--a preliminary study. Health Care Women Int. 1991 Apr-Jun; 12: 199-209

**3725**  Rocco, F., Franchini, V. Antimicrobial therapy for treatment of UTI in the elderly. Eur Urol. 1991; 19 Suppl 1: 7-15

**3726**  Chancellor, M.B., Blaivas, J.G. Diagnostic evaluation of incontinence in patients with neurological disorders. Compr Ther. 1991 Feb; 17: 37-43

**3727**  Nijman, R.J., Scholtmeijer, R.J. Complications of transurethral electro-incision of posterior urethral valves. Br J Urol. 1991 Mar; 67: 324-326

**3728**  Griffith-Jones, M.D., Jarvis, G.J., and McNamara, H.M. Adverse urinary symptoms after total abdominal hysterectomy--fact or fiction? [see comments]. Br J Urol. 1991 Mar; 67: 295-297

**3729**  Sethia, K.K., Webb, R.J., and Neal, D.E. Urodynamic study of ileocystoplasty in the treatment of idiopathic detrusor instability. Br J Urol. 1991 Mar; 67: 286-290

**3730**  Hellstrom, P.A., Tammela, T.L., Kontturi, M.J., and Lukkarinen, O.A. The bladder cooling test for urodynamic assessment: analysis of 400 examinations. Br J Urol. 1991 Mar; 67: 275-279

**3731**  McInerney, P.D., Vanner, T.F., Harris, S.A., and Stephenson, T.P. Ambulatory urodynamics. Br J Urol. 1991 Mar; 67: 272-274

**3732**  Mundy, A.R. Artificial sphincters. Br J Urol. 1991 Mar; 67: 225-229

**3733**  Mantle, J., Versi, E. Physiotherapy for stress urinary incontinence: a national survey [published erratum appears in BMJ 1991 Aug 24;303(6800):440] [see comments]. Bmj. 1991 Mar 30; 302: 753-755

**Appendix A6: Bibliography sorted by Procite Number**

# American Urological Association, Inc.

## SUI Guidelines Panel

---

**3734**    Wells, M. A tangible means of assessing progress. Biofeedback in the management of urinary incontinence. Prof Nurse. 1991 Apr; 6: 396-7,399

**3735**    Fall, M., Lindstrom, S. Electrical stimulation. A physiologic approach to the treatment of urinary incontinence. Urol Clin North Am. 1991 May; 18: 393-407

**3736**    Schiff, S.F., Lytton, B. Incontinence after augmentation cystoplasty and internal diversion. Urol Clin North Am. 1991 May; 18: 383-392

**3737**    Kreder, K.J., Webster, G.D. Evaluation and management of incontinence after implantation of the artificial urinary sphincter. Urol Clin North Am. 1991 May; 18: 375-381

**3739**    Blaivas, J.G. Treatment of female incontinence secondary to urethral damage or loss. Urol Clin North Am. 1991 May; 18: 355-363

**3740**    McGuire, E.J., Gardy, M., Elkins, T., and DeLancey, J.O. Treatment of incontinence with pelvic prolapse. Urol Clin North Am. 1991 May; 18: 349-353

**3741**    Kelly, M.J., Zimmern, P.E., and Leach, G.E. Complications of bladder neck suspension procedures. Urol Clin North Am. 1991 May; 18: 339-338

**3742**    Lam, T.C., Hadley, H.R. Surgical procedures for uncomplicated ("routine") female stress incontinence.. Urol Clin North Am. 1991 May; 18: 327-337

**3743**    Stone, A.R. Treatment of voiding complaints and incontinence in painful bladder syndrome. Urol Clin North Am. 1991 May; 18: 317-325

**3744**    Staskin, D.R. Hydroureteronephrosis after spinal cord injury. Effects of lower urinary tract dysfunction on upper tract anatomy. Urol Clin North Am. 1991 May; 18: 309-316

**3745**    Rudy, D.C., Woodside, J.R. The incontinent myelodysplastic patient. Urol Clin North Am. 1991 May; 18: 295-308

**3746**    Himsl, K.K., Hurwitz, R.S. Pediatric urinary incontinence. Urol Clin North Am. 1991 May; 18: 283-293

**3748**    Foote, J., Yun, S., and Leach, G.E. Postprostatectomy incontinence. Pathophysiology, evaluation, and management. Urol Clin North Am. 1991 May; 18: 229-241

**3749**    Myers, R.P. Male urethral sphincteric anatomy and radical prostatectomy. Urol Clin North Am. 1991 May; 18: 211-227

**3750**    Snyder, J.A., Lipsitz, D.U. Evaluation of female urinary incontinence. Urol Clin North Am. 1991 May; 18: 197-209

**3751**    Anon. Evaluation and treatment of urinary incontinence. Urol Clin North Am. 1991 May; 18: 175-407

**3752**    Petros, J.A., Catalona, W.J. Antegrade approach to radical retropubic prostatectomy in patients with difficult apical dissection. J Urol. 1991 May; 145: 994-997

**3753**    Gallaspy, J.W. A method for safer urinary incontinence surgery [letter]. Am J Obstet Gynecol. 1991 Apr; 164: 1151

**3754**    Thorp, J.M., Jr. Exercise-associated urinary incontinence [letter]. Jama. 1991 May 1; 265: 2191-2192

**3755**    Clancy, B., Malone-Lee, J. Reducing the leakage of body-worn incontinence pads. J Adv Nurs. 1991 Feb; 16: 187-193

**3757**    Mochizuki, H., Saito, H. Mesial frontal lobe syndromes: correlations between neurological deficits and radiological localizations. Tohoku J Exp Med. 1990 Aug; 161 Suppl: 231-239

**3759**    Hellstrom, L., Ekelund, P., Larsson, M., and Milsom, I. A comparison between experienced and objectively demonstrated urinary leakage in 85-year old men and women. Scand J Caring Sci. 1991; 5: 17-21

**3760**    Berglund, A.L., Fugl-Meyer, K.S. Sexual problems in women with urinary incontinence. A retrospective study of medical records. Scand J Caring Sci. 1991; 5: 13-16

**3761**    Tester, K. Continence. Changing time. Nurs Times. 1991 Apr 3-9; 87: 70

---

**Appendix A6: Bibliography sorted by Procite Number**

Master Bibliography and Bibliography sorted by ProCite Number Page 450 of 800 PageID #: 146525

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Procite Number**

3762    Brown, J., Thomas, E., McCallum, A., and White, H. Campaigning for continence. Nurs Times. 1991 Apr 3-9; 87: 66,68

3763    Paterson, H. Continence. Education wanted. Nurs Times. 1990 Nov 14-20; 86: 71

3764    Dawes, H., Small, D., and Glen, E. Continence. Adding computers to the armoury. Nurs Times. 1990 Nov 14-20; 86: 68-69

3765    Macaulay, M., Henry, G. Continence. Drop in and do well. Nurs Times. 1990 Nov 14-20; 86: 65-66

3766    Thompson, J. Managing continence systematically. Nurs Times. 1990 Nov 14-20; 86: 60-62

3767    Pottle, B. Continence. Refining tools [editorial]. Nurs Times. 1990 Nov 14-20; 86: 58

3768    Crowder, H. Incontinence: the secret problem. N Z Nurs J. 1991 Mar; 84: 19-21

3769    Bergman, A., Koonings, P.P., and Ballard, C.A. The Ball-Burch procedure for stress incontinence with low urethral pressure. J Reprod Med. 1991 Feb; 36: 137-140

3770    Hunskaar, S., Vinsnes, A. The quality of life in women with urinary incontinence as measured by the sickness impact profile [published erratum appears in J Am Geriatr Soc 1992 Sep;40(9):976-7]. J Am Geriatr Soc. 1991 Apr; 39: 378-382

3771    Kane, R.L., Garrard, J., Buchanan, J.L., Rosenfeld, A., Skay, C., and McDermott, S. Improving primary care in nursing homes. J Am Geriatr Soc. 1991 Apr; 39: 359-367

3772    Keller, P.A., Sinkovic, S.P., and Miles, S.J. Skin dryness: a major factor in reducing incontinence dermatitis. Ostomy Wound Manage. 1990 Sep-Oct; 30: 60-64

3773    Muratore, C. The OBRA mandate: the positive effects for incontinent residents. Ostomy Wound Manage. 1990 Sep-Oct; 30: 58-59

3774    Perry, J.D., Hullett, L.T. The role of home trainers in Kegel's exercise program for the treatment of incontinence. Ostomy Wound Manage. 1990 Sep-Oct; 30: 46-8,50-7

3775    Wroblewski, J. Terodiline: a new compound for the treatment of urge incontinence. Ostomy Wound Manage. 1990 Sep-Oct; 30: 22-29

3776    Castro-Gago, M., Novo, I., Cimadevila, A., Pena, J., Rodriguez-Nunez, A., and Marques-Queimadelos, A. Management of neurogenic bladder dysfunction secondary to myelomeningocele. Eur J Pediatr. 1990 Nov; 150: 62-65

3777    Fonda, D. Improving management of urinary incontinence in geriatric centres and nursing homes. Victorian Geriatricians Peer Review Group. Aust Clin Rev. 1990; 10: 66-71

3778    Yachia, D. Re: Pulmonary migration following periurethral polytetrafluoroethylene injection for urinary incontinence [letter; comment]. J Urol. 1991 Apr; 145: 839-840

3779    Sheldon, C., Cormier, M., Crone, K., and Wacksman, J. Occult neurovesical dysfunction in children with imperforate anus and its variants. J Pediatr Surg. 1991 Jan; 26: 49-54

3780    Halio, J.H. Urinary incontinence in the elderly [letter]. J Am Geriatr Soc. 1991 Mar; 39: 315

3781    Jones, J.W. Insufficiency fracture of the sacrum with displacement and neurologic damage: a case report and review of the literature. J Am Geriatr Soc. 1991 Mar; 39: 280-283

3782    Wright, K. Special update on incontinence in the adult. J Enterostomal Ther. 1991 Mar-Apr; 18: 26A-27A

3783    Ezzat, M.I. Abdomino-perineal approach for management of traumatic strictured posterior urethra. Int Urol Nephrol. 1990; 22: 447-453

3786    Weston, P.M., Morgan, J.D., Hussain, J., and Stephenson, T.P. Artificial urinary sphincters around intestinal segments--are they safe?. Br J Urol. 1991 Feb; 67: 150-154

3788    Lose, G. Medical treatment of female urge incontinence. Ann Med. 1990 Dec; 22: 449-454

Appendix A6: Bibliography sorted by Procite Number

American Urological Association, Inc.
SUI Guidelines Panel

Master Bibliography
sorted by Procite Number

Case 2:14-md-02592-EEF-MBN Document 5104-3 Filed 01/20/17 Page 451 of 800 PageID #: 146526

**3789** Victor, A. Pad weighing test--a simple method to quantitate urinary incontinence. Ann Med. 1990 Dec; 22: 443-447

**3790** Ulmsten, U. Connective tissue factors in the aetiology of female pelvic disorders [editorial]. Ann Med. 1990 Dec; 22: 403

**3791** Watson, R. Incontinence. A case for treatment. Nurs Elder. 1991 Jan-Feb; 3: 28

**3792** Lundqvist, C., Siosteen, A., Blomstrand, C., Lind, B., and Sullivan, M. Spinal cord injuries. Clinical, functional, and emotional status. Spine. 1991 Jan; 16: 78-83

**3794** McGrother, C. Handicaps associated with incontinence. Nurs Times. 1991 Mar 6-12; 87: 48

**3795** Rosenzweig, B.A., Bhatia, N.N., and Nelson, A.L. Dynamic urethral pressure profilometry pressure transmission ratio: what do the numbers really mean? [see comments]. Obstet Gynecol. 1991 Apr; 77: 586-590

**3796** Gerber, S.D. They don't all live happily ever after. Nursing. 1991 Mar; 21: 136

**3797** Hellstrom, A., Hanson, E., Hansson, S., Hjalmas, K., and Jodal, U. Association between urinary symptoms at 7 years old and previous urinary tract infection [see comments]. Arch Dis Child. 1991 Feb; 66: 232-234

**3798** Tew, B., Laurence, K.M., and Jenkins, V. Factors affecting employability among young adults with spina bifida and hydrocephalus. Z Kinderchir. 1990 Dec; 45 Suppl 1: 34-36

**3799** Lonton, A.P. The characteristics of patients with encephaloceles. Z Kinderchir. 1990 Dec; 45 Suppl 1: 18-19

**3800** van-Gool, J.D., de-Jong, T.P. Urinary infection, incontinence and clean intermittent catheterisation in myelomeningocele. Z Kinderchir. 1990 Dec; 45 Suppl 1: 10

**3801** ODonnell, P.D., Calandro, V.J., 2d. Incontinence management scale for elderly inpatient men. Urology. 1991 Mar; 37: 220-223

**3802** Kelly, M.J., Knielsen, K., Bruskewitz, R., Roskamp, D., and Leach, G.E. Symptom analysis of patients undergoing modified Pereyra bladder neck suspension for stress urinary incontinence. Pre- and postoperative findings. Urology. 1991 Mar; 37: 213-219

**3804** Lofting, D. The dry season. Promoting continence in the South West. Prof Nurse. 1991 Feb; 6: 270,272,274

**3805** Langtry, H.D., McTavish, D. Terodiline. A review of its pharmacological properties, and therapeutic use in the treatment of urinary incontinence. Drugs. 1990 Nov; 40: 748-761

**3806** Creighton, S.M., Plevnik, S., and Stanton, S.L. Distal urethral electrical conductance (DUEC)--a preliminary assessment of its role as a quick screening test for incontinent women. Br J Obstet Gynaecol. 1991 Jan; 98: 69-72

**3807** Hosker, G.L. Commentary. Detrusor instability--current management [letter] [published erratum appears in Br J Obstet Gynaecol 1991 Feb;98(2):226] [comment]. Br J Obstet Gynaecol. 1991 Jan; 98: 114-115

**3808** Carroll, P., Maher, V.F. Legal issues in the care of patients with urinary incontinence. Adv Clin Care. 1991 Mar-Apr; 6: 9

**3809** Powers, I., Williams, D. Urinary incontinence. Adv Clin Care. 1991 Mar-Apr; 6: 10-15

**3810** Steiner, M.S., Morton, R.A., and Walsh, P.C. Impact of anatomical radical prostatectomy on urinary continence. J Urol. 1991 Mar; 145: 512-4;discussion514-5

**3811** Marshall, F.F., Mostwin, J.L., Radebaugh, L.C., Walsh, P.C., and Brendler, C.B. Ileocolic neobladder post-cystectomy: continence and potency. J Urol. 1991 Mar; 145: 502-504

**3812** Nissenkorn, I., Richter, S., and Slutzker, D. A simple, self-retaining intraurethral catheter for treatment of prostatic obstruction. Eur Urol. 1990; 18: 286-289

**3813** Vehmas, T., Lindell, O., Soimakallio, S., Paivansalo, M., Balk, S., and Kivisaari, L. Percutaneous nephrostomy in the management of urinary leakages and fistulas. Rontgenblatter. 1990 Dec; 43: 512-515

**3814** Wells, M., White, H. Continence. Self-starters. Nurs Times. 1991 Feb 13-19; 87: 64

**American Urological Association, Inc.**

SUI Guidelines Panel

3815    Colley, W. Continence. The Colley Model. Nurs Times. 1991 Feb 13-19; 87: 61-63

3816    Timoney, A.G., Shaw, P.J. Urological outcome in female patients with spinal cord injury: the effectiveness of intermittent catheterisation. Paraplegia. 1990 Nov; 28: 556-563

3817    Pinter, A.B., Farkas, A.P. Urethral duplication with single bladder and multiple genitourinary abnormalities: an example of continent urinary diversion. J Pediatr Surg. 1990 Dec; 25: 1285-1286

3818    McMullen, D. Candida albicans and incontinence. Dermatol Nurs. 1991 Feb; 3: 21-24

3819    Hellstrom, L., Ekelund, P., Milsom, I., and Mellstrom, D. The prevalence of urinary incontinence and use of incontinence aids in 85-year-old men and women. Age Ageing. 1990 Nov; 19: 383-389

3820    Eriksen, B.C., Sandvik, H., and Hunskaar, S. Management of urinary incontinence in gynecological practice in Norway. Acta Obstet Gynecol Scand. 1990; 69: 515-519

3822    Turkington, D., Grant, J., Tophill, P., and Johnston, J. Psychiatric aspects of urinary incontinence [letter]. Bmj. 1990 Sep 1; 301: 444-445

3823    Dennis, P.J., Rohner, T.J., Jr., Hu, T.W., Igou, J.F., Yu, L.C., and Kaltreider, D.L. Simple urodynamic evaluation of incontinent elderly female nursing home patients. A descriptive analysis. Urology. 1991 Feb; 37: 173-179

3824    ODonnell, P.D., al-Juburi, A.Z. Microtip urethral pressure profile measurement in men. Urology. 1991 Feb; 37: 170-171

3825    Suarez, G.M., Baum, N.H., and Jacobs, J. Use of standard contraceptive diaphragm in management of stress urinary incontinence. Urology. 1991 Feb; 37: 119-122

3826    Bander, N.H. Initial results with slightly modified Kock pouch. Urology. 1991 Feb; 37: 100-105

3827    Sand, P.K., Brubaker, L.T., and Novak, T. Simple standing incremental cystometry as a screening method for detrusor instability. Obstet Gynecol. 1991 Mar; 77: 453-457

3828    Schnelle, J.F., Newman, D.R., Fogarty, T.E., Wallston, K., and Ory, M. Assessment and quality control of incontinence care in long-term nursing facilities. J Am Geriatr Soc. 1991 Feb; 39: 165-171

3829    Patel, A. Dry haricot bean: a new continence aid for elderly men?. Bmj. 1990 Dec 22-29; 301: 1432-1433

3830    Rousseau, P. Urinary collection devices in geriatric incontinence. J Enterostomal Ther. 1991 Jan-Feb; 18: 26-31

3831    Xu, W.P., Song, X.W., Yue, S.Y., Cai, Y.B., and Wu, J. Primary sacral tumors and their surgical treatment. A report of 87 cases. Chin-Med-J (Engl). 1990 Nov; 103: 879-884

3832    Snooks, S.J., Swash, M., Mathers, S.E., and Henry, M.M. Effect of vaginal delivery on the pelvic floor: a 5-year follow-up. Br J Surg. 1990 Dec; 77: 1358-1360

3833    Wright, K. Collaborative management of the incontinent patient [editorial]. Urol Nurs. 1990 Dec; 10: 6

3835    McClish, D.K., Fantl, J.A., Wyman, J.F., Pisani, G., and Bump, R.C. Bladder training in older women with urinary incontinence: relationship between outcome and changes in urodynamic observations. Obstet Gynecol. 1991 Feb; 77: 281-286

3836    al-Rifaei, M.A., Gaafar, S., and Abdel-Rahman, M. Management of posterior urethral strictures secondary to pelvic fractures in children. J Urol. 1991 Feb; 145: 353-356

3837    Merguerian, P.A., McLorie, G.A., McMullin, N.D., Khoury, A.E., Husmann, D.A., and Churchill, B.M. Continence in bladder exstrophy: determinants of success. J Urol. 1991 Feb; 145: 350-352

3838    McGrother, C.W., Jagger, C., Clarke, M., and Castleden, C.M. Handicaps associated with incontinence: implications for management. J Epidemiol Community Health. 1990 Sep; 44: 246-248

3841    Fantl, J.A., Wyman, J.F., McClish, D.K., Harkins, S.W., Elswick, R.K., Taylor, J.R., and Hadley, E.C. Efficacy of bladder training in older women with urinary incontinence. Jama. 1991 Feb 6; 265: 609-613

3842    Du-Beau, C.E. Urodynamics [letter; comment]. J Am Geriatr Soc. 1991 Jan; 39: 105-107

Appendix A6: Bibliography sorted by Procite Number

Case 2:09-cv-06609-AHM Document 90-4 Filed 05/17/10 Page 453 of 800 PageID #: 146528

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Procite Number

**3843**   Wade, B.E. Colostomy patients: psychological adjustment at 10 weeks and 1 year after surgery in districts which employed stoma-care nurses and districts which did not. J Adv Nurs. 1990 Nov; 15: 1297-1304

**3844**   Orovan, W.L., Davis, I.R. Kock to urethra: continent functional bladder replacement. Can J Surg. 1990 Apr; 33: 91-94

**3845**   Webber, E.M., Crofts, P.G., Pomeroy, C., Coleman, G.U., Arnold, W.J., and Johnson, H.W. Augmentation ileocystoplasty in children with myelodysplasia. Can J Surg. 1990 Apr; 33: 135-138

**3846**   Braverman, R.M., Lebowitz, R.L. Occult ectopic ureter in girls with urinary incontinence: diagnosis by using CT. AJR Am J Roentgenol. 1991 Feb; 156: 365-366

**3847**   Schmidt, R.A. Treatment of unstable bladder. Urology. 1991 Jan; 37: 28-32

**3848**   MacDonagh, R.P., Forster, D.M., and Thomas, D.G. Urinary continence in spinal injury patients following complete sacral posterior rhizotomy. Br J Urol. 1990 Dec; 66: 618-622

**3850**   Creighton, S.M., Stanton, S.L. Caffeine: does it affect your bladder?. Br J Urol. 1990 Dec; 66: 613-614

**3851**   Rabin, J.M., Badlani, G. Importance of complete cytometric evaluation of vesical dysfunction in elderly diabetic patients [letter; comment]. Arch Intern Med. 1991 Jan; 151: 201-203

**3852**   Brindley, G.S., Rushton, D.N. Long-term follow-up of patients with sacral anterior root stimulator implants. Paraplegia. 1990 Oct; 28: 469-475

**3853**   DeLancey, J.O., Nygaard, I. Exercise-associated urinary incontinence. Jama. 1991 Jan 23-30; 265: 514

**3854**   Wall, L.L. Diagnosis and management of urinary incontinence due to detrusor instability. Obstet Gynecol Surv. 1990 Nov; 45: 1S-47S

**3855**   McKeever, M.P. An investigation of recognized incontinence within a health authority. J Adv Nurs. 1990 Oct; 15: 1197-1207

**3856**   Cabrera, J.A., Szekely, Z., and Ospitia, J.A. Suprapubic or vaginal procedure [letter]. Am J Obstet Gynecol. 1990 Dec; 163: 2025-2026

**3857**   Newman, D.K., Lynch, K., Smith, D.A., and Cell, P. Restoring urinary continence. Am J Nurs. 1991 Jan; 91: 28-34

**3858**   Sandvik, H., Hunskaar, S. Doctors' characteristics and practice patterns in general practice: an analysis based on management of urinary incontinence. Scand J Prim Health Care. 1990 Sep; 8: 179-182

**3859**   Saunders, B. Catheter care. Working together for continence. Nursing (Lond). 1990 Dec 6-19; 4: 14-16

**3860**   Breitenbucher, R.B. Minimizing urinary incontinence in the nursing home. Geriatrics. 1990 Dec; 45: 32-40

**3861**   Moore, K.H., Goldstein, M., and Hay, D. The treatment of detrusor instability in postmenopausal women with oxybutynin chloride: a double blind placebo controlled study [letter; comment]. Br J Obstet Gynaecol. 1990 Nov; 97: 1063-1064

**3862**   Norton, C. Nurse prescribing. Prescribing rights. Nurs Stand. 1990 Nov 14-20; 5: 4-5

**3863**   Platts, L. Dispensing advice. Nurs Stand. 1990 Nov 14-20; 5: 14-15

**3864**   Farragher, D. Trophic stimulation. Nurs Stand. 1990 Nov 14-20; 5: 10-11

**3865**   Campbell, H., Crawford, V., and Stout, R.W. The impact of private residential and nursing care on statutory residential and hospital care of elderly people in south Belfast. Age Ageing. 1990 Sep; 19: 318-324

**3866**   Gelet, A., Sanseverino, R., Salas, M., Martin, X., Marechal, J.M., and Dubernard, J.M. The AS 800 urinary sphincter in renal transplantation. Br J Urol. 1990 Nov; 66: 549-550

**3867**   Warwick, D.J., Abrams, P. The perineal artificial sphincter for acquired incontinence--a cut and dried solution?. Br J Urol. 1990 Nov; 66: 495-499

**3868**   ODonnell, P.D., Brookover, T., Hewett, M., and al-Juburi, A.Z. Continence level following radical prostatectomy. Urology. 1990 Dec; 36: 511-512

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

**3869** Chang, H.C., Chang, S.C., Kuo, H.C., and Tsai, T.C. Transrectal sonographic cystourethrography: studies in stress urinary incontinence. Urology. 1990 Dec; 36: 488-492

**3870** Epstein, S., Jenike, M.A. Disabling urinary obsessions: an uncommon variant of obsessive-compulsive disorder. Psychosomatics. 1990 Fall; 31: 450-452

**3872** Chan, A.S., Ouslander, J.G. Effects of diltiazem on urinary incontinence [letter]. J Am Geriatr Soc. 1990 Nov; 38: 1265-1266

**3873** Jonasson, A., Larsson, B., Pschera, H., and Nylund, L. Short-term maximal electrical stimulation--a conservative treatment of urinary incontinence. Gynecol Obstet Invest. 1990; 30: 120-123

**3874** Eriksen, B.C. Electrostimulation of the pelvic floor in female urinary incontinence. Acta Obstet Gynecol Scand. 1990; 69: 359-360

**3875** Vasilev, S.A., Schlaerth, J.B. Intraoperative pressure profile measurement and continence mechanism adjustment in the Indiana pouch urinary reservoir. Surg Gynecol Obstet. 1990 Dec; 171: 518-520

**3876** Rose, M.A., Baigis-Smith, J., Smith, D., and Newman, D. Behavioral management of urinary incontinence in homebound older adults. Home Healthc Nurse. 1990 Sep-Oct; 8: 10-15

**3877** Warshaw, G.A. New perspectives in the management of Alzheimer's disease. Am Fam Physician. 1990 Nov; 42: 41S-47S

**3878** Diokno, A.C., Normolle, D.P., Brown, M.B., and Herzog, A.R. Urodynamic tests for female geriatric urinary incontinence. Urology. 1990 Nov; 36: 431-439

**3879** Sanchez-de-Badajoz, E., Diaz-Ramirez, F., and Vara-Thorbeck, C. Stress incontinence: a new endoscopic approach. Urology. 1990 Nov; 36: 403-405

**3880** Jarvelin, M.R., Huttunen, N.P., Seppanen, J., Seppanen, U., and Moilanen, I. Screening of urinary tract abnormalities among day and nightwetting children. Scand J Urol Nephrol. 1990; 24: 181-189

**3881** Gibson, E. An exhibition to eradicate ignorance. Setting up a continence resource centre. Prof Nurse. 1990 Oct; 6: 38-41

**3882** Palmer, M.H. Urinary incontinence. Nurs Clin North Am. 1990 Dec; 25: 919-934

**3883** Haimanot, R.T. Neurological complications of endemic skeletal fluorosis, with special emphasis on radiculo-myelopathy. Paraplegia. 1990 May; 28: 244-251

**3884** Butturini, E. Pants for incontinence patients. N Z Nurs J. 1990 Oct; 83: 26

**3885** Cotton, P. Physicians hear about incontinence [news]. Jama. 1990 Nov 14; 264: 2361-2362

**3886** Winter, C.C. Re: Review of an 8-year experience with modifications of endoscopic suspension of the bladder neck for female stress urinary incontinence [letter; comment]. J Urol. 1990 Dec; 144: 1481-1482

**3887** Klose, A.G., Sackett, C.K., and Mesrobian, H.G. Management of children with myelodysplasia: urological alternatives. J Urol. 1990 Dec; 144: 1446-1449

**3889** Connor, J.P., Burbige, K.A. Long-term urinary continence and renal function in neonates with posterior urethral valves. J Urol. 1990 Nov; 144: 1209-1211

**3890** Nielsen, K.K., Kromann-Andersen, B., Jacobsen, H., Nielsen, E.M., Nordling, J., Holm, H.H., and Larsen, J.F. The urethral plug: a new treatment modality for genuine urinary stress incontinence in women. J Urol. 1990 Nov; 144: 1199-1202

**3891** Summitt, R.L., Jr., Bent, A.E., Ostergard, D.R., and Harris, T.A. Stress incontinence and low urethral closure pressure. Correlation of preoperative urethral hypermobility with successful suburethral sling procedures. J Reprod Med. 1990 Sep; 35: 877-880

**3893** Frang, D., Pajor, L. Radical prostatectomy and complications. Int Urol Nephrol. 1990; 22: 349-357

**3894** Ahlstrom, K., Sandahl, B., Sjoberg, B., Ulmsten, U., Stormby, N., and Lindskog, M. Effect of combined treatment with phenylpropanolamine and estriol, compared with estriol treatment alone, in postmenopausal women with stress urinary incontinence. Gynecol Obstet Invest. 1990; 30: 37-43

**3895** Resnick, N.M. Noninvasive diagnosis of the patient with complex incontinence. Gerontology. 1990; 36 Suppl 2: 8-18

**3896** Brocklehurst, J.C. Urinary incontinence in old age: helping the general practitioner to make a diagnosis. Gerontology. 1990; 36 Suppl 2: 3-7

**3898** Sourander, L.B. Treatment of urinary incontinence: the place of drugs. Gerontology. 1990; 36 Suppl 2: 19-26

**3899** Le-Coutour, X., Jung-Faerber, S., Klein, P., and Renaud, R. Female urinary incontinence: comparative value of history and urodynamic investigations. Eur J Obstet Gynecol Reprod Biol. 1990 Dec; 37: 279-286

**3900** Fossberg, E., Sorensen, S., Ruutu, M., Bakke, A., Stien, R., Henriksson, L., and Kinn, A.C. Maximal electrical stimulation in the treatment of unstable detrusor and urge incontinence. Eur Urol. 1990; 18: 120-123

**3901** Cunsolo, A., Bragaglia, R.B., Manara, G., Poggioli, G., and Gozzetti, G. Urogenital dysfunction after abdominoperineal resection for carcinoma of the rectum. Dis Colon Rectum. 1990 Nov; 33: 918-922

**3902** Staskin, D.R., Wein, A.J., and Andersson, K.E. Urinary incontinence: classification and pharmacological therapy. Ciba Found Symp. 1990; 151: 289-306;discussion306-17

**3903** de-Groat, W.C. Central neural control of the lower urinary tract. Ciba Found Symp. 1990; 151: 27-44;discussion44-56

**3904** Brindley, G.S. Treatment of urinary and faecal incontinence by surgically implanted devices. Ciba Found Symp. 1990; 151: 267-74;discussion274-82

**3905** Stanton, S.L. Stress urinary incontinence. Ciba Found Symp. 1990; 151: 182-9;discussion189-94

**3906** Swash, M. The neurogenic hypothesis of stress incontinence. Ciba Found Symp. 1990; 151: 156-70;discussion170-5

**3907** Anon. Neurobiology of incontinence. A symposium. London, 11-13 October 1989. Proceedings. Ciba Found Symp. 1990; 151: 1-322

**3908** MacDermott, J.P., Palmer, J.M., and Stone, A.R. Vesicocutaneous fistula secondary to bladder instability. Br J Urol. 1990 Oct; 66: 430-431

**3909** Lagro-Janssen, T.L., Smits, A.J., and Van-Weel, C. Women with urinary incontinence: self-perceived worries and general practitioners' knowledge of problem. Br J Gen Pract. 1990 Aug; 40: 331-334

**3910** Langer, R., Golan, A., Neuman, M., Schneider, D., Bukovsky, I., and Caspi, E. The effect of large uterine fibroids on urinary bladder function and symptoms. Am J Obstet Gynecol. 1990 Oct; 163: 1139-1141

**3911** Juma, S., Little, N.A., and Raz, S. Basic evaluation of female urinary incontinence. Am J Kidney Dis. 1990 Oct; 16: 317-321

**3912** Kong, T.K., Morris, J.A., Robinson, J.M., and Brocklehurst, J.C. Predicting urodynamic dysfunction from clinical features in incontinent elderly women. Age Ageing. 1990 Jul; 19: 257-263

**3913** Russell, K.J., Laramore, G.E., Krieger, J.N., Wiens, L.W., Griffeth, J.T., Koh, W.J., Griffin, B.R., Austin-Seymour, M.M., Griffin, T.W., and Davis, L.W. Transient and chronic neurological complications of fast neutron radiation for adenocarcinoma of the prostate. Radiother Oncol. 1990 Jul; 18: 257-265

**3914** Amdur, R.J., Parsons, J.T., Fitzgerald, L.T., and Million, R.R. Adenocarcinoma of the prostate treated with external-beam radiation therapy: 5-year minimum follow-up. Radiother Oncol. 1990 Jul; 18: 235-246

**3915** Binstock, M.A., Semrad, N., Dubow, L., and Watring, W. Combined vesicovaginal-ureterovaginal fistulas associated with a vaginal foreign body. Obstet Gynecol. 1990 Nov; 76: 918-921

**3916** Karram, M.M., Bhatia, N.N. Importance of a neurologic evaluation in women with lower urinary tract dysfunction. J Reprod Med. 1990 Aug; 35: 799-804

# American Urological Association, Inc.

## SUI Guidelines Panel

**3919** Scotti, R.J., Ostergard, D.R., Guillaume, A.A., and Kohatsu, K.E. Predictive value of urethroscopy as compared to urodynamics in the diagnosis of genuine stress incontinence. J Reprod Med. 1990 Aug; 35: 772-776

**3920** DeLancey, J.O., Starr, R.A. Histology of the connection between the vagina and levator ani muscles. Implications for urinary tract function. J Reprod Med. 1990 Aug; 35: 765-771

**3921** Sand, P.K., Brubaker, L. Nonsurgical treatment of detrusor overactivity in postmenopausal women. J Reprod Med. 1990 Aug; 35: 758-764

**3923** Sauerwein, D., Ingunza, W., Fischer, J., Madersbacher, H., Polkey, C.E., Brindley, G.S., Colombel, P., and Teddy, P. Extradural implantation of sacral anterior root stimulators. J Neurol Neurosurg Psychiatry. 1990 Aug; 53: 681-684

**3924** Johnson, D.E., Muncie, H.L., OReilly, J.L., and Warren, J.W. An external urine collection device for incontinent women. Evaluation of long-term use. J Am Geriatr Soc. 1990 Sep; 38: 1016-1022

**3925** Shaw, J. Continence in cerebral palsy. Health Visit. 1990 Sep; 63: 301-302

**3926** Schnelle, J.F., Newman, D.R., and Fogarty, T. Statistical quality control in nursing homes: assessment and management of chronic urinary incontinence. Health Serv Res. 1990 Oct; 25: 627-637

**3927** Primus, G., Pummer, K. Oxybutynin hydrochloride in the management of detrusor instability. Int Urol Nephrol. 1990; 22: 243-248

**3928** Sand, P.K., Bowen, L.W., and Ostergard, D.R. The prognostic significance of augmentation of urethral closure pressure and functional length. Int J Gynaecol Obstet. 1990 Oct; 33: 135-139

**3929** Harrison, S.C., Abrams, P.H. The endoscopic video camera as an aid to the Stamey procedure. Br J Urol. 1990 Sep; 66: 329

**3930** Purkiss, S.F. Assessment of residual urine in men following catheterisation [see comments]. Br J Urol. 1990 Sep; 66: 279-280

**3931** Maskell, R. Psychiatric aspects of urinary incontinence [letter; comment]. Bmj. 1990 Sep 15; 301: 556

**3932** Mogielnicki, R.P., Nelson, W.A., and Dulac, J. A study of the dying process in elderly hospitalized males. J Cancer Educ. 1990; 5: 135-145

**3937** Jirovec, M.M., Wells, T.J. Urinary incontinence in nursing home residents with dementia: the mobility-cognition paradigm. Appl Nurs Res. 1990 Aug; 3: 112-117

**3938** Sislow, J.G., Mayo, M.E. Reduction in human bladder wall compliance following decentralization. J Urol. 1990 Oct; 144: 945-947

**3939** Lockhart, J.L., Pow-Sang, J.M., Persky, L., Kahn, P., Helal, M., and Sanford, E. A continent colonic urinary reservoir: the Florida pouch. J Urol. 1990 Oct; 144: 864-867

**3940** Levy, B.J., Wight, T.N. Structural changes in the aging submucosa: new morphologic criteria for the evaluation of the unstable human bladder. J Urol. 1990 Oct; 144: 1044-1055

**3941** Burns, A., Jacoby, R., and Levy, R. Psychiatric phenomena in Alzheimer's disease. IV: Disorders of behaviour. Br J Psychiatry. 1990 Jul; 157: 86-94

**3942** Meadow, S.R. Day wetting. Pediatr Nephrol. 1990 Mar; 4: 178-184

**3943** Powell, L. Achieving continence. Nurs Elder. 1990 Jul-Aug; 2: 16,18

**3944** Metcalfe, S. The working week. Nurs Elder. 1990 Jul-Aug; 2: 14-15

**3945** Watson, R. An improved urinary sheath. Nurs Elder. 1990 Jul-Aug; 2: 12

**3946** Simon, J.K. Cones are not a substitute for specialist physiotherapy [letter]. Prof Nurse. 1990 Aug; 5: 585

**3947** Clancy, B., Malone-Lee, J. Reducing leakage rates of incontinence pads. Nurs Times. 1990 Sep 5-11; 86: 49,51

**3949** Garber, S.J., Christmas, T.J., and Rickards, D. Voiding dysfunction due to neurosyphilis. Br J Urol. 1990 Jul; 66: 19-21

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

**3950** Sommer, P., Bauer, T., Nielsen, K.K., Kristensen, E.S., Hermann, G.G., Steven, K., and Nordling, J. Voiding patterns and prevalence of incontinence in women. A questionnaire survey. Br J Urol. 1990 Jul; 66: 12-15

**3951** Koonings, P.P., Bergman, A., and Ballard, C.A. Low urethral pressure and stress urinary incontinence in women: risk factor for failed retropubic surgical procedure. Urology. 1990 Sep; 36: 245-248

**3953** Lim, P.H., Brown, A.D., and Chisholm, G.D. The Burch Colposuspension operation for stress urinary incontinence. Singapore Med J. 1990 Jun; 31: 242-246

**3954** Roe, B.H. Development of Continence Advisory Services in the United Kingdom. Scand J Caring Sci. 1990; 4: 51-54

**3955** Taking the. Med J Aust. 1990 Sep 3; 153: 245-247

**3956** Norton, K.R., Bhat, A.V., and Stanton, S.L. Psychiatric aspects of urinary incontinence in women attending an outpatient urodynamic clinic [see comments]. Bmj. 1990 Aug 4; 301: 271-272

**3958** Wallner, K.E., Nori, D., Morse, M.J., Sogani, P.C., Whitmore, W.F., and Fuks, Z. 125iodine reimplantation for locally progressive prostatic carcinoma. J Urol. 1990 Sep; 144: 704-706

**3959** Meaglia, J.P., Joseph, A.C., Chang, M., and Schmidt, J.D. Post-prostatectomy urinary incontinence: response to behavioral training. J Urol. 1990 Sep; 144: 674-676

**3961** Fukui, J., Sakai, Y., Hosaka, K., Yamashita, T., Ogawa, A., and Shirai, H. A newly designed deodorant pad for urinary incontinence. J Am Geriatr Soc. 1990 Aug; 38: 889-892

**3962** Varner, R.E. Retropubic long-needle suspension procedures for stress urinary incontinence [see comments]. Am J Obstet Gynecol. 1990 Aug; 163: 551-557

**3963** Diokno, A.C., Brock, B.M., Herzog, A.R., and Bromberg, J. Medical correlates of urinary incontinence in the elderly. Urology. 1990 Aug; 36: 129-138

**3964** Anderson, M. Continence. Painting a new picture. Nurs Times. 1990 Aug 15-21; 86: 74

**3965** Norton, C. Continence. A success story. Nurs Times. 1990 Aug 15-21; 86: 72

**3966** Anon. Continence. Reforming plans [editorial]. Nurs Times. 1990 Aug 15-21; 86: 65

**3967** Anon. Continence. Nurs Times. 1990 Aug 15-21; 86: 62-76

**3968** Nishida, K., Ueda, S., Matsumoto, K., Kusaka, K., and Takeuchi, R. Cauda equina neurinoma associated with normal pressure hydrocephalus--case report. Neurol-Med-Chir (Tokyo). 1990 Apr; 30: 258-262

**3969** Hagan, T. Nurses take the lead in continence work. Nurs Stand. 1990 Jun 27-Jul 3; 4: 24-28

**3970** Phillips, T.H., Ritchey, M.L., and Beck, D.E. Technical aid for the complete removal of ureterointestinal anastomoses. Surg Gynecol Obstet. 1990 Aug; 171: 163-164

**3971** Parulkar, B.G., Barrett, D.M. Application of the AS-800 artificial sphincter for intractable urinary incontinence in females. Surg Gynecol Obstet. 1990 Aug; 171: 131-138

**3972** Eyman, R.K., Grossman, H.J., Chaney, R.H., and Call, T.L. The life expectancy of profoundly handicapped people with mental retardation [see comments]. N Engl J Med. 1990 Aug 30; 323: 584-589

**3973** Wheeler, J.S., Jr., Niecestro, R.M. Urinary incontinence: managing the problem. J Enterostomal Ther. 1990 Jul-Aug; 17: 174-179

**3974** Hu, T.W., Kaltreider, D.L., Igou, J.F., Yu, L.C., and Rohner, T.J. Cost effectiveness of training incontinent elderly in nursing homes: a randomized clinical trial. Health Serv Res. 1990 Aug; 25: 455-477

**3975** Ibrahim, M.E. Reconstruction of bladder neck-posterior urethral region in patients with complete epispadias. Int Urol Nephrol. 1990; 22: 61-65

**3976** Tapp, A.J., Cardozo, L.D., Versi, E., and Cooper, D. The treatment of detrusor instability in post-menopausal women with oxybutynin chloride: a double blind placebo controlled study [see comments]. Br J Obstet Gynaecol. 1990 Jun; 97: 521-526

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6: Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

**3977**    Cardozo, L. Detrusor instability--current management [see comments]. Br J Obstet Gynaecol. 1990 Jun; 97: 463-466

**3978**    Wall, L.L., Wang, K., Robson, I., and Stanton, S.L. The Pyridium pad test for diagnosing urinary incontinence. A comparative study of asymptomatic and incontinent women. J Reprod Med. 1990 Jul; 35: 682-684

**3979**    Smith, K.A. Bowel and bladder management of the child with myelomeningocele in the school setting. J Pediatr Health Care. 1990 Jul-Aug; 4: 175-180

**3980**    Kahn, D. Dismayed by response on incontinent pads [letter]. Can Nurse. 1990 Jun; 86: 8-11

**3981**    Ashervath, J., Kizakipunner, K. Achieving continence in the confused elderly. Adv Clin Care. 1990 Jul-Aug; 5: 37-40

**3982**    Drachman, D.A., ODonnell, B.F., Lew, R.A., and Swearer, J.M. The prognosis in Alzheimer's disease. 'How far' rather than 'how fast' best predicts the course. Arch Neurol. 1990 Aug; 47: 851-856

**3983**    Nill, T.G., Peller, P.A., and Kropp, K.A. Management of urinary incontinence by bladder tube urethral lengthening and submucosal reimplantation. J Urol. 1990 Aug; 144: 559-61;discussion562-3

**3984**    Mitchell, M.E., Brito, C.G., and Rink, R.C. Cloacal exstrophy reconstruction for urinary continence. J Urol. 1990 Aug; 144: 554-8;discussion562-3

**3985**    Jumper, B.M., McLorie, G.A., Churchill, B.M., Khoury, A.E., and Toi, A. Effects of the artificial urinary sphincter on prostatic development and sexual function in pubertal boys with meningomyelocele. J Urol. 1990 Aug; 144: 438-42;discussion443-4

**3986**    Elder, J.S. Periurethral and puboprostatic sling repair for incontinence in patients with myelodysplasia. J Urol. 1990 Aug; 144: 434-7;discussion443-4

**3987**    Khoury, A.E., Hendrick, E.B., McLorie, G.A., Kulkarni, A., and Churchill, B.M. Occult spinal dysraphism: clinical and urodynamic outcome after division of the filum terminale. J Urol. 1990 Aug; 144: 426-8;discussion428-9,443-4

**3988**    Araki, T., Takamoto, H., Hara, T., Fujimoto, H., Yoshida, M., and Katayama, Y. The loop-loosening procedure for urination difficulties after Stamey suspension of the vesical neck [see comments]. J Urol. 1990 Aug; 144: 319-22;discussion322-3

**3989**    Green, N., Treible, D., and Wallack, H. Prostate cancer: post-irradiation incontinence. J Urol. 1990 Aug; 144: 307-309

**3990**    Dixon, P.J., Christmas, T.J., and Chapple, C.R. Stress incontinence due to pelvic floor muscle involvement in limb-girdle muscular dystrophy. Br J Urol. 1990 Jun; 65: 653-654

**3991**    Patel, J., Worthen, R., Abadir, R., Weaver, D.J., Weinstein, S., and Ross, G., Jr. Late results of combined iodine-125 and external beam radiotherapy in carcinoma of prostate. Urology. 1990 Jul; 36: 27-30

**3992**    Oesterling, J.E., Gearhart, J.P. Utilization of ileal conduit in construction of continent urinary reservoir. Urology. 1990 Jul; 36: 15-19

**3993**    Wheeler, V. A new kind of loving? The effect of continence problems on sexuality. Prof Nurse. 1990 Jun; 5: 492-496

**3994**    Sampselle, C.M., Brink, C.A. Pelvic muscle relaxation. Assessment and management. J Nurse Midwifery. 1990 May-Jun; 35: 127-132

**3995**    Wells, T. Conquering incontinence. Geriatr-Nurs (New York). 1990 May-Jun; 11: 133-135

**3996**    von-Wendt, L., Simila, S., Niskanen, P., and Jarvelin, M.R. Development of bowel and bladder control in the mentally retarded. Dev Med Child Neurol. 1990 Jun; 32: 515-518

**3997**    Bax, M. Managing incontinence [editorial]. Dev Med Child Neurol. 1990 Jun; 32: 471-472

**3998**    Krasner, D. Alterations in skin integrity related to continence management/incontinence: some problems and solutions. Ostomy Wound Manage. 1990 May-Jun; 28: 62-63

## American Urological Association, Inc.

### SUI Guidelines Panel

**3999** Martin, S. The pharmacists' role in recognizing and treating urinary incontinence. Am Pharm. 1990 Jul; Ns30: 42-45

**4000** Snyder, H.M., 3d. Evolving themes in the continent reconstruction of the lower urinary tract. Postgrad Med J. 1990; 66 Suppl 1: S54-S61

**4001** Allen-Mersh, T.G., Turner, M.J., and Mann, C.V. Effect of abdominal Ivalon rectopexy on bowel habit and rectal wall. Dis Colon Rectum. 1990 Jul; 33: 550-553

**4002** Langer, R., Golan, A., Ron-El, R., Neuman, M., Pansky, M., Bukovsky, I., and Caspi, E. Colposuspension for urinary stress incontinence in premenopausal and postmenopausal women. Surg Gynecol Obstet. 1990 Jul; 171: 13-16

**4003** Viljoen, A.C. The vaginal strips sling operation. An alternative procedure for urinary incontinence. S Afr Med J. 1990 Jun 16; 77: 632-634

**4004** Husmann, D.A., Wilson, W.T., Boone, T.B., and Allen, T.D. Prostatomembranous urethral disruptions: management by suprapubic cystostomy and delayed urethroplasty. J Urol. 1990 Jul; 144: 76-78

**4005** Ramon, J., Mekras, J.A., and Webster, G.D. The outcome of transvaginal cystourethropexy in patients with anatomical stress urinary incontinence and outlet weakness. J Urol. 1990 Jul; 144: 106-8;discussion108-9

**4006** Malone, P.S., Spitz, L., Kiely, E.M., Brereton, R.J., Duffy, P.G., and Ransley, P.G. The functional sequelae of sacrococcygeal teratoma. J Pediatr Surg. 1990 Jun; 25: 679-680

**4007** Ferriani, R.A., Silva-de-Sa, M.F., Dias-de-Moura, M., Charaffedine, M.N., and Hockgreb-de-Freitas-Junior, A. Ureteral blockage as a complication of Burch colposuspension: report of 6 cases. Gynecol Obstet Invest. 1990; 29: 239-240

**4008** Bergman, A., Karram, M.M., and Bhatia, N.N. Changes in urethral cytology following estrogen administration. Gynecol Obstet Invest. 1990; 29: 211-213

**4009** Venkatesan, P., Gladman, J., Macfarlane, J.T., Barer, D., Berman, P., Kinnear, W., and Finch, R.G. A hospital study of community acquired pneumonia in the elderly. Thorax. 1990 Apr; 45: 254-258

**4010** Ali-Khan, S., Washecka, R.M., DAgostino, J., and Siddharth, P. Operative prostatomy: an aid to urethral anastomosis. A preliminary report. Scand J Urol Nephrol. 1990; 24: 89-90

**4011** Kinn, A.C., Larsson, P.O. Desmopressin: a new principle for symptomatic treatment of urgency and incontinence in patients with multiple sclerosis. Scand J Urol Nephrol. 1990; 24: 109-112

**4012** Sandvik, H., Hunskaar, S., and Eriksen, B.C. Management of urinary incontinence in women in general practice: actions taken at the first consultation. Scand J Prim Health Care. 1990 Mar; 8: 3-8

**4013** Green, R.J., Laycock, J. Objective methods for evaluation of interferential therapy in the treatment of incontinence. IEEE Trans Biomed Eng. 1990 Jun; 37: 615-623

**4014** Schnelle, J.F., Newman, D.R., and Fogarty, T. Management of patient continence in long-term care nursing facilities. Gerontologist. 1990 Jun; 30: 373-376

**4015** Ouslander, J.G., Abelson, S. Perceptions of urinary incontinence among elderly outpatients. Gerontologist. 1990 Jun; 30: 369-372

**4016** Drago, J.R., Badalament, R.A., Nesbitt, J.A., and York, J.P. Radical nerve-sparing prostatectomy with epidural anaesthesia in 100 patients. Br J Urol. 1990 May; 65: 517-519

**4017** Lewis, D.K., Morgan, J.R., Weston, P.M.T., Stephenson, T.R. The clam : indications and complications. Br J Urol. 1990 May; 65: 488-491

**4018** Light, J.K., Marks, J.L. Total bladder replacement in the male and female using the ileocolonic segment (LeBag). Br J Urol. 1990 May; 65: 467-472

**4019** Bachor, R., Frohneberg, D., Miller, K., Egghart, G., and Hautmann, R. Continence after total bladder replacement: urodynamic analysis of the ileal neobladder. Br J Urol. 1990 May; 65: 462-466

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 4020 | ODonnell, P.D., Finkbeiner, A.E., and Beck, C. Urinary incontinence volume measurement in elderly male inpatients. Urology. 1990 Jun; 35: 499-503 |
| 4021 | Husmann, D.A., McLorie, G.A., and Churchill, B.M. Factors predisposing to renal scarring: following staged reconstruction of classical bladder exstrophy. J Pediatr Surg. 1990 May; 25: 500-504 |
| 4024 | Versi, E. Incontinence in the climacteric. Clin Obstet Gynecol. 1990 Jun; 33: 392-398 |
| 4025 | Richardson, D.A. Overflow incontinence and urinary retention. Clin Obstet Gynecol. 1990 Jun; 33: 378-381 |
| 4028 | Stanton, S.L. Surgical management of urethral sphincter incompetence. Clin Obstet Gynecol. 1990 Jun; 33: 346-357 |
| 4029 | Wilson, P.D. Conservative management of urethral sphincter incompetence. Clin Obstet Gynecol. 1990 Jun; 33: 330-345 |
| 4030 | Norton, P.A. Diagnostic evaluation: additional urodynamic testing. Clin Obstet Gynecol. 1990 Jun; 33: 325-329 |
| 4031 | Brubaker, L., Sand, P.K. Cystometry, urethrocystometry, and videocystourethrography. Clin Obstet Gynecol. 1990 Jun; 33: 315-324 |
| 4032 | Mainprize, T.C. Diagnosis of urinary incontinence. Clin Obstet Gynecol. 1990 Jun; 33: 308-314 |
| 4033 | Norton, P.A. Prevalence and social impact of urinary incontinence in women. Clin Obstet Gynecol. 1990 Jun; 33: 295-297 |
| 4034 | Lockhart-Pretti, P.A. Urinary incontinence. J Enterostomal Ther. 1990 May-Jun; 17: 112-119 |
| 4035 | Small, K.A., Wynne, J.M. Evaluating the pelvic floor in obstetric patients. Aust N Z J Obstet Gynaecol. 1990 Feb; 30: 41-4,45 |
| 4036 | Thunedborg, P., Fischer-Rasmussen, W., and Jensen, S.B. Stress urinary incontinence and posterior bladder suspension defects. Results of vaginal repair versus Burch colposuspension. Acta Obstet Gynecol Scand. 1990; 69: 55-59 |
| 4037 | Enzelsberger, H., Schatten, C., Kurz, C., and Fitzal, P. Urodynamic and radiologic parameters before and after loop surgery for recurrent urinary stress incontinence. Acta Obstet Gynecol Scand. 1990; 69: 51-54 |
| 4038 | Eriksen, B.C., Hagen, B., Eik-Nes, S.H., Molne, K., Mjolnerod, O.K., and Romslo, I. Long-term effectiveness of the Burch colposuspension in female urinary stress incontinence. Acta Obstet Gynecol Scand. 1990; 69: 45-50 |
| 4039 | Koelbl, H., Bernaschek, G., and Deutinger, J. Assessment of female urinary incontinence by introital sonography. JCU J Clin Ultrasound. 1990 May; 18: 370-374 |
| 4040 | Hill, D.E., Chantigian, P.M., and Kramer, S.A. Pregnancy after augmentation cystoplasty. Surg Gynecol Obstet. 1990 Jun; 170: 485-487 |
| 4041 | Tabbara, I.A., Sibley, D.S., and Quesenberry, P.J. Spinal cord compression due to metastatic neoplasm. South Med J. 1990 May; 83: 519-523 |
| 4042 | Black, P.A. Urinary incontinence: a many faceted problem. Prof Nurse. 1990 Apr; 5: 378-384 |
| 4043 | Casanova, J.E. Incontinence after use of enalapril [letter]. J Urol. 1990 Jun; 143: 1237-1238 |
| 4044 | deVries, C.R., Anderson, R.U. Endoscopic urethroplasty: an improved technique. J Urol. 1990 Jun; 143: 1225-1226 |
| 4045 | Susset, J.G., Galea, G., and Read, L. Biofeedback therapy for female incontinence due to low urethral resistance [see comments]. J Urol. 1990 Jun; 143: 1205-1208 |
| 4046 | Klockgether, T., Schroth, G., Diener, H.C., and Dichgans, J. Idiopathic cerebellar ataxia of late onset: natural history and MRI morphology. J Neurol Neurosurg Psychiatry. 1990 Apr; 53: 297-305 |
| 4047 | Watson, R., Kuhn, M. The influence of component parts on the performance of urinary sheath systems. J Adv Nurs. 1990 Apr; 15: 417-422 |
| 4049 | Wheelahan, J.B. Long-term results of colposuspension. Br J Urol. 1990 Apr; 65: 329-332 |

**American Urological Association, Inc.**

SUI Guidelines Panel

4050    Hunt, G.M. Open spina bifida: outcome for a complete cohort treated unselectively and followed into adulthood. Dev Med Child Neurol. 1990 Feb; 32: 108-118

4051    Allen, F.J., de-Kock, M.L. Asymmetrical bilateral genital ureteric ectopy. Br J Urol. 1990 Mar; 65: 300-301

4053    Drago, J.R., Badalament, R.A., and Nesbitt, J.A. Radical prostatectomy 1972-1987 single institutional experience: comparison of standard radical prostatectomy and nerve-sparing technique. Urology. 1990 May; 35: 377-380

4054    Peters, C.A., Bauer, S.B. Evaluation and management of urinary incontinence after surgery for posterior urethral valves. Urol Clin North Am. 1990 May; 17: 379-387

4055    Parkhouse, H.F., Woodhouse, C.R. Long-term status of patients with posterior urethral valves. Urol Clin North Am. 1990 May; 17: 373-378

4056    Werbrouck, P., Baert, L., Binard, J.E., Chiou, R.K., and Van-Poppel, H. Balloon dilatation of the external urethral sphincter: a case study. J Am Paraplegia Soc. 1990 Apr; 13: 13-14

4057    Burgio, L.D., Engel, B.T., Hawkins, A., McCormick, K., Scheve, A., and Jones, L.T. A staff management system for maintaining improvements in continence with elderly nursing home residents. J Appl Behav Anal. 1990 Spring; 23: 111-118

4059    Lachs, M.S., Feinstein, A.R., Cooney, L.M., Jr., Drickamer, M.A., Marottoli, R.A., Pannill, F.C., and Tinetti, M.E. A simple procedure for general screening for functional disability in elderly patients [see comments]. Ann Intern Med. 1990 May 1; 112: 699-706

4061    Katlowitz, N.M., Karwa, G., and Lautin, E. Stress incontinence secondary to a vesicourethral fistula: case report. Urol Radiol. 1990; 12: 37-38

4062    Watson, R. Management of incontinence: the concept of cost-effectiveness. Nurs Stand. 1990 Apr 25-May 1; 4: 36-39

4063    Molander, U., Milsom, I., Ekelund, P., and Mellstrom, D. An epidemiological study of urinary incontinence and related urogenital symptoms in elderly women. Maturitas. 1990 Apr; 12: 51-60

4064    Hellstrom, A.L., Hanson, E., Hansson, S., Hjalmas, K., and Jodal, U. Micturition habits and incontinence in 7-year-old Swedish school entrants. Eur J Pediatr. 1990 Mar; 149: 434-437

4065    Garcia, J.G., Lam, C. Treating urinary incontinence in a head-injured adult. Brain Inj. 1990 Apr-Jun; 4: 203-207

4066    White, H. Continence: playing a central role. Nurs Times. 1990 Apr 18-24; 86: 73-75

4067    Beadle, J., de-Laine, C., and Morgan, S. Continence: a new regional model. Nurs Times. 1990 Apr 18-24; 86: 71-73

4068    Webb, J. Continence: help for the elderly confused. Nurs Times. 1990 Apr 18-24; 86: 64-68

4069    Anon. Continence: turning the tide [editorial]. Nurs Times. 1990 Apr 18-24; 86: 63

4070    Aliabadi, H., Gonzalez, R. Success of the artificial urinary sphincter after failed surgery for incontinence. J Urol. 1990 May; 143: 987-990

4071    Hensle, T.W., Connor, J.P., and Burbige, K.A. Continent urinary diversion in childhood. J Urol. 1990 May; 143: 981-983

4072    Presti, J.C., Jr., Schmidt, R.A., Narayan, P.A., Carroll, P.R., and Tanagho, E.A. Pathophysiology of urinary incontinence after radical prostatectomy. J Urol. 1990 May; 143: 975-978

4073    Juma, S., Morales, A., and Emerson, L. The mechanisms of continence in the Indiana pouch: a video-urodynamic study. J Urol. 1990 May; 143: 973-974

4074    Wyndaele, J.J., Maes, D. Clean intermittent self-catheterization: a 12-year followup. J Urol. 1990 May; 143: 906-908

4075    Ouslander, J.G., Zarit, S.H., Orr, N.K., and Muira, S.A. Incontinence among elderly community-dwelling dementia patients. Characteristics, management, and impact on caregivers. J Am Geriatr Soc. 1990 Apr; 38: 440-445

# Appendix A6. Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

4076   Yu, L.C., Rohner, T.J., Kaltreider, D.L., Hu, T.W., Igou, J.F., and Dennis, P.J. Profile of urinary incontinent elderly in long-term care institutions [see comments]. J Am Geriatr Soc. 1990 Apr; 38: 433-439

4077   McDowell, B.J., Burgio, K.L., and Candib, D. Behavioral and pharmacological treatment of persistent urinary incontinence in the elderly. J Am Acad Nurse Pract. 1990 Jan-Mar; 2: 17-23

4078   Darling, C.A., Davidson, J.K., Sr., and Conway-Welch, C. Female ejaculation: perceived origins, the Grafenberg spot/area, and sexual responsiveness [see comments]. Arch Sex Behav. 1990 Feb; 19: 29-47

4080   Starer, P., Libow, L. Cystometric evaluation of bladder dysfunction in elderly diabetic patients [see comments]. Arch Intern Med. 1990 Apr; 150: 810-813

4081   Fantl, J.A., Wyman, J.F., McClish, D.K., and Bump, R.C. Urinary incontinence in community-dwelling women: clinical, urodynamic, and severity characteristics. Am J Obstet Gynecol. 1990 Apr; 162: 946-51;discussion951-2

4084   Barer, D.H. The influence of visual and tactile inattention on predictions for recovery from acute stroke. Q J Med. 1990 Jan; 74: 21-32

4085   Reid, G.C., DeLancey, J.O., Hopkins, M.P., Roberts, J.A., and Morley, G.W. Urinary incontinence following radical vulvectomy. Obstet Gynecol. 1990 May; 75: 852-858

4086   Nygaard, I., DeLancey, J.O., Arnsdorf, L., and Murphy, E. Exercise and incontinence. Obstet Gynecol. 1990 May; 75: 848-851

4087   Benson, J.T., Agosta, A., and McClellan, E. Evaluation of a minimal-incision pubovaginal suspension as an adjunct to other pelvic-floor surgery. Obstet Gynecol. 1990 May; 75: 844-847

4088   Duffy, L.M. Helping caregivers cope: managing urinary incontinence associated with Alzheimer's disease. J Enterostomal Ther. 1990 Mar-Apr; 17: 87-93

4089   Fowler, E.M., Ouslander, J., and Papen, J. Managing incontinence in the nursing home population. J Enterostomal Ther. 1990 Mar-Apr; 17: 77-86

4090   Tries, J. Kegel exercises enhanced by biofeedback. J Enterostomal Ther. 1990 Mar-Apr; 17: 67-76

4092   Brown, J.P. A practical approach to teaching self-catheterization to children with myelomeningocele. J Enterostomal Ther. 1990 Mar-Apr; 17: 54-56

4093   Gray, M. Congenital causes of incontinence in childhood: presentation and treatment. J Enterostomal Ther. 1990 Mar-Apr; 17: 47-53

4094   Gray, M., Doughty, D. Urinary incontinence: challenge for collaboration in care [editorial]. J Enterostomal Ther. 1990 Mar-Apr; 17: 45-46

4095   Jeter, K.F. Introduction for theme issue on urinary incontinence [editorial]. J Enterostomal Ther. 1990 Mar-Apr; 17: 43-44

4096   Wright, K. ET nurses as the specialists in the care and prevention of incontinence [editorial]. J Enterostomal Ther. 1990 Mar-Apr; 17: 41-42

4097   Rousseau, P. Chronic urinary incontinence in the elderly. Ostomy Wound Manage. 1990 Mar-Apr; 27: 24-8,32

4098   Aboulafia, D.M., Saxton, E.H., Koga, H., Diagne, A., and Rosenblatt, J.D. A patient with progressive myelopathy and antibodies to human T-cell leukemia virus type I and human immunodeficiency virus type 1 in serum and cerebrospinal fluid. Arch Neurol. 1990 Apr; 47: 477-479

4099   Leach, G.E. Urethral resistance after surgery for stress incontinence [letter; comment]. Urology. 1990 Apr; 35: 373-374

4100   Chen, K.K., Chang, L.S., Chen, M.T., Huang, J.K., Yin, J.H., and Lin, S.N. Clinical experience of Kock pouch continent urinary diversion. Urology. 1990 Apr; 35: 317-320

4102   Bryant, J.E., Bueschen, A.J., Cohn, J.H., and Nading, A.M. Transurethral prostatectomy: analysis and comparison of four clinical series. South Med J. 1990 Apr; 83: 386-389

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**4103**  Bitsch, M., Nerstrom, H., Nordling, J., and Hald, T. Upper urinary tract deterioration after implantation of artificial urinary sphincter. Scand J Urol Nephrol. 1990; 24: 31-34

**4104**  Stott, D.J., Dutton, M., Williams, B.O., and MacDonald, J. Functional capacity and mental status of elderly people in long-term care in west Glasgow. Health-Bull (Edinb). 1990 Jan; 48: 17-24

**4107**  McInerney, P.D., Robinson, L.Q., Weston, P.M., Cox, R., and Stephenson, T.P. Assessment of the poorly contractile or acontractile bladder in the older male in the absence of neuropathy. Br J Urol. 1990 Feb; 65: 161-163

**4108**  Castleden, C.M., Battcock, T.M., and Duffin, H.M. Oxybutynin and urinary incontinence [letter; comment]. Age Ageing. 1990 Jan; 19: 72-73

**4109**  Motley, R.C., Barrett, D.M. Artificial urinary sphincter cuff erosion. Experience with reimplantation in 38 patients. Urology. 1990 Mar; 35: 215-218

**4110**  Hemsley, D. Continence: combining resources. Nurs Times. 1990 Feb 14-20; 86: 74

**4111**  White, M. Continence: independence for the handicapped child. Nurs Times. 1990 Feb 14-20; 86: 69-72

**4112**  Anon. A.C.A. Continence. Nurs Times. 1990 Feb 14-20; 86: 65-76

**4113**  Southern, D., Henderson, P. Setting standards. Tackling incontinence. Nurs Times. 1990 Mar 7-13; 86: 36-38

**4122**  Ferguson, K.L., McKey, P.L., Bishop, K.R., Kloen, P., Verheul, J.B., and Dougherty, M.C. Stress urinary incontinence: effect of pelvic muscle exercise. Obstet Gynecol. 1990 Apr; 75: 671-675

**4123**  Mackin, B. Evaluating bodyworn continence pads. Nurs Stand. 1990 Jan 31-Feb 6; 4: 36-39

**4124**  Schmidt, R.A., Kogan, B.A., and Tanagho, E.A. Neuroprostheses in the management of incontinence in myelomeningocele patients. J Urol. 1990 Apr; 143: 779-782

**4125**  Gonzalez, R., Fernandes, E.T. Single-stage feminization genitoplasty. J Urol. 1990 Apr; 143: 776-778

**4126**  Stockle, M., Becht, E., Voges, G., Riedmiller, H., and Hohenfellner, R. Ureterosigmoidostomy: an outdated approach to bladder exstrophy?. J Urol. 1990 Apr; 143: 770-4;discussion774-5

**4127**  Surya, B.V., Provet, J., Johanson, K.E., and Brown, J. Anastomotic strictures following radical prostatectomy: risk factors and management. J Urol. 1990 Apr; 143: 755-758

**4128**  Lockhart, J.L., Ellis, G.F., Helal, M., and Pow-Sang, J.M. Combined cystourethropexy for the treatment of type 3 and complicated female urinary incontinence. J Urol. 1990 Apr; 143: 722-725

**4129**  Francois, Y., Descos, L., and Vignal, J. Conservative treatment of low rectovaginal fistula in Crohn's disease. Int J Colorectal Dis. 1990 Feb; 5: 12-14

**4130**  Miller, J. Assessing urinary incontinence. J Gerontol Nurs. 1990 Mar; 16: 15-19

**4131**  Bellin, C. Relocating adult day care: its impact on persons with dementia. J Gerontol Nurs. 1990 Mar; 16: 11-14

**4132**  Herzog, A.R., Diokno, A.C., Brown, M.B., Normolle, D.P., and Brock, B.M. Two-year incidence, remission, and change patterns of urinary incontinence in noninstitutionalized older adults. J Gerontol. 1990 Mar; 45: M67-M74

**4133**  Brocklehurst, J.C. Professional and public education about incontinence. The British experience. J Am Geriatr Soc. 1990 Mar; 38: 384-386

**4134**  Jeter, K.F., Wagner, D.B. Incontinence in the American home. A survey of 36,500 people. J Am Geriatr Soc. 1990 Mar; 38: 379-383

**4135**  Mitteness, L.S. Knowledge and beliefs about urinary incontinence in adulthood and old age. J Am Geriatr Soc. 1990 Mar; 38: 374-378

**4136**  Brink, C.A. Absorbent pads, garments, and management strategies. J Am Geriatr Soc. 1990 Mar; 38: 368-373

**4137**  Warren, J.W. Urine-collection devices for use in adults with urinary incontinence. J Am Geriatr Soc. 1990 Mar; 38: 364-367

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

| | |
|---|---|
| **4138** | Engel, B.T., Burgio, L.D., McCormick, K.A., Hawkins, A.M., Scheve, A.A., and Leahy, E. Behavioral treatment of incontinence in the long-term care setting. J Am Geriatr Soc. 1990 Mar; 38: 361-363 |
| **4139** | Schnelle, J.F. Treatment of urinary incontinence in nursing home patients by prompted voiding. J Am Geriatr Soc. 1990 Mar; 38: 356-360 |
| **4140** | Tanagho, E.A. Electrical stimulation. J Am Geriatr Soc. 1990 Mar; 38: 352-355 |
| **4143** | Burns, P.A., Pranikoff, K., Nochajski, T., Desotelle, P., and Harwood, M.K. Treatment of stress incontinence with pelvic floor exercises and biofeedback. J Am Geriatr Soc. 1990 Mar; 38: 341-344 |
| **4144** | Burgio, K.L., Engel, B.T. Biofeedback-assisted behavioral training for elderly men and women. J Am Geriatr Soc. 1990 Mar; 38: 338-340 |
| **4145** | Wells, T.J. Pelvic (floor) muscle exercise. J Am Geriatr Soc. 1990 Mar; 38: 333-337 |
| **4146** | Fantl, J.A., Wyman, J.F., Harkins, S.W., and Hadley, E.C. Bladder training in the management of lower urinary tract dysfunction in women. A review. J Am Geriatr Soc. 1990 Mar; 38: 329-332 |
| **4147** | Cardozo, L. Role of estrogens in the treatment of female urinary incontinence. J Am Geriatr Soc. 1990 Mar; 38: 326-328 |
| **4148** | Wein, A.J. Pharmacologic treatment of incontinence. J Am Geriatr Soc. 1990 Mar; 38: 317-325 |
| **4150** | Blaivas, J.G. Diagnostic evaluation of incontinence in patients with neurologic disease. J Am Geriatr Soc. 1990 Mar; 38: 306-310 |
| **4151** | Diokno, A.C. Diagnostic categories of incontinence and the role of urodynamic testing. J Am Geriatr Soc. 1990 Mar; 38: 300-305 |
| **4152** | Williams, M.E., Gaylord, S.A. Role of functional assessment in the evaluation of urinary incontinence. J Am Geriatr Soc. 1990 Mar; 38: 296-299 |
| **4153** | Hu, T.W. Impact of urinary incontinence on health-care costs. J Am Geriatr Soc. 1990 Mar; 38: 292-295 |
| **4154** | Ouslander, J.G. Urinary incontinence in nursing homes. J Am Geriatr Soc. 1990 Mar; 38: 289-291 |
| **4155** | Wyman, J.F., Harkins, S.W., and Fantl, J.A. Psychosocial impact of urinary incontinence in the community-dwelling population. J Am Geriatr Soc. 1990 Mar; 38: 282-288 |
| **4156** | Herzog, A.R., Fultz, N.H. Prevalence and incidence of urinary incontinence in community-dwelling populations. J Am Geriatr Soc. 1990 Mar; 38: 273-281 |
| **4157** | Resnick, N.M., Ouslander, J.G. Urinary incontinence--where do we stand and where do we go from here?. J Am Geriatr Soc. 1990 Mar; 38: 263-264 |
| **4158** | Anon. National Institutes of Health Consensus Development Conference on Urinary Incontinence in Adults. Bethesda, Maryland, October 3-5, 1988. Proceedings. J Am Geriatr Soc. 1990 Mar; 38: 263-386 |
| **4159** | Smith, M.D., Bohlman, H.H. Spondylolisthesis treated by a single-stage operation combining decompression with in situ posterolateral and anterior fusion. An analysis of eleven patients who had long-term follow-up. J-Bone-Joint-Surg [Am]. 1990 Mar; 72: 415-421 |
| **4161** | Parys, B.T., Woolfenden, K.A., and Parsons, K.F. Bladder dysfunction after simple hysterectomy: urodynamic and neurological evaluation. Eur Urol. 1990; 17: 129-133 |
| **4168** | ODonnell, P.D., Beck, C., and Walls, R.C. Serial incontinence assessment in elderly inpatient men. J Rehabil Res Dev. 1990 Winter; 27: 1-8 |
| **4170** | Palmer, R.M. Ambulatory management of urinary incontinence in the frail elderly. Geriatrics. 1990 Mar; 45: 61-66 |
| **4172** | Peters, C.A., Hendren, W.H. Splitting the pubis for exposure in difficult reconstructions for incontinence. Urol Clin North Am. 1990 Feb; 17: 37-45 |
| **4173** | Jensen, H., Nielsen, K., and Frimodt-Moller, C. Abacterial cystitis in urinary incontinent females. Urol Int. 1990; 45: 20-24 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6. Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

4174    Andrew, J. Adult aqueductal stenosis representing with double incontinence [letter; comment]. Surg Neurol. 1990 Feb; 33: 158-159

4178    Klutke, C., Golomb, J., Barbaric, Z., and Raz, S. The anatomy of stress incontinence: magnetic resonance imaging of the female bladder neck and urethra. J Urol. 1990 Mar; 143: 563-566

4179    Catalona, W.J., Bigg, S.W. Nerve-sparing radical prostatectomy: evaluation of results after 250 patients. J Urol. 1990 Mar; 143: 538-43;discussion544

4180    Muncie, H.L., Jr., Warren, J.W. Reasons for replacement of long-term urethral catheters: implications for randomized trials. J Urol. 1990 Mar; 143: 507-509

4182    Hu, T.W., Kaltreider, D.L., and Igou, J. The cost-effectiveness of disposable versus reusable diapers. A controlled experiment in a nursing home. J Gerontol Nurs. 1990 Feb; 16: 19-24

4184    Karlin, G.S., Badlani, G.H. Endourologic management of lower urinary tract dysfunction. Clin Geriatr Med. 1990 Feb; 6: 109-113

4185    Anand, K.B., Wolf-Klein, G.P., Silverstone, F.A., and Foley, C.J. Demographic changes and their financial implications. Clin Geriatr Med. 1990 Feb; 6: 1-12

4187    Olah, K.S., Bridges, N., Denning, J., and Farrar, D.J. The conservative management of patients with symptoms of stress incontinence: a randomized, prospective study comparing weighted vaginal cones and interferential therapy. Am J Obstet Gynecol. 1990 Jan; 162: 87-92

4188    Rubin, C.D. Urinary incontinence in the elderly. Am J Med Sci. 1990 Feb; 299: 131-147

4190    Holmes, P. Mind over bladder. Nurs Times. 1990 Jan 24-30; 86: 16-17

4196    Kohorn, E.I. Negative Q-tip test as a risk factor for failed incontinence surgery in women [letter; comment]. J Reprod Med. 1990 Jan; 35: 68

4197    Koonings, P.P., Bergman, A., and Ballard, C.A. Prostaglandins for enhancing detrusor function after surgery for stress incontinence in women. J Reprod Med. 1990 Jan; 35: 1-5

4198    Zweig, S., Lawhorne, L., and Post, R. Factors predicting mortality in rural elderly hospitalized for pneumonia. J Fam Pract. 1990 Feb; 30: 153-159

4199    Kaltreider, D.L., Hu, T.W., Igou, J.F., Yu, L.C., and Craighead, W.E. Can reminders curb incontinence?. Geriatr-Nurs (New York). 1990 Jan-Feb; 11: 17-19

4210    Diokno, A.C., Brown, M.B., and Herzog, A.R. Sexual function in the elderly. Arch Intern Med. 1990 Jan; 150: 197-200

4212    De-Groote, B., Van-Laer, P., Maurus, K., Van-Biervliet, J.P., and Meeus, L. Embolization of ectopic kidney to control incontinence. Pediatrics. 1990 Feb; 85: 217-219

4213    Walters, M.D., Taylor, S., and Schoenfeld, L.S. Psychosexual study of women with detrusor instability. Obstet Gynecol. 1990 Jan; 75: 22-26

4214    Walters, M.D. The unstable urethra in the female [letter; comment]. Obstet Gynecol. 1990 Jan; 75: 142-143

4226    Mollard, P., Mouriquand, P., and Joubert, P. Urethral lengthening for neurogenic urinary incontinence (Kropp's procedure): results of 16 cases. J Urol. 1990 Jan; 143: 95-97

4227    Sidi, A.A., Becher, E.F., Reddy, P.K., and Dykstra, D.D. Augmentation enterocystoplasty for the management of voiding dysfunction in spinal cord injury patients. J Urol. 1990 Jan; 143: 83-85

4228    Golimbu, M., al-Askari, S., and Morales, P. Transpubic approach for lower urinary tract surgery: a 15-year experience. J Urol. 1990 Jan; 143: 72-76

5237    Anon. Urinary incontinence in adults. Agency for Health Care Policy and Research. Clin Pract Guidel Quick Ref Guide Clin. 1992; 2: QR1-Q27

5238    Anon. Urinary incontinence in adults. Agency for Health Care Policy and Research. Clin Pract Guidel. 1992 Mar; 2: 1-125

# American Urological Association, Inc.

## SUI Guidelines Panel

**5239** Pickersgill, F. Silent epidemic. Community Outlook. 1990 Jan; 31: 7-9

**5262** Vanderhooft, J.E., Conrad, E.U., Anderson, P.A., Richardson, M.L., and Bruckner, J. Intradural recurrence with chondrosarcoma of the spine. A case report and review of the literature. Clin Orthop. 1993 Sep; 294: 90-95

**5263** Swierzewski, S.J., McGuire, E.J. Pubovaginal sling for treatment of female stress urinary incontinence complicated by urethral diverticulum. J Urol. 1993 May; 149: 1012-1014

**5264** Swierzewski, S.J., McGuire, E.J., Podrazik, R.M., and Stanley, J.C. Aortic occlusion and lower extremity exercise induced stress urinary incontinence. J Urol. 1993 Apr; 149: 846-847

**5265** Murphy, S., Denman, S., Bennett, R.G., Greenough, W.B., Lindsay, J., and Zelesnick, L.B. Methicillin-resistant Staphylococcus aureus colonization in a long-term-care facility. J Am Geriatr Soc. 1992 Mar; 403: 213-217

**5266** Swanson, S.J., Skoog, S.J., Garcia, V., and Wahl, R.C. Pseudoadrenal mass: unusual presentation of bronchogenic cyst. J Pediatr Surg. 1991 Dec; 26: 1401-1403

**5267** Bihrle, W., Tarantino, A.F. Complications of retropubic bladder neck suspension. Urology. 1990 Mar; 35: 213-214

**5268** Loughlin, K.R., Whitmore, W.F., Gittes, R.F., and Richie, J.P. Review of an 8-year experience with modifications of endoscopic suspension of the bladder neck for female stress urinary incontinence [see comments]. J Urol. 1990 Jan; 143: 44-45

**5277** Appell, R.A., McGuire, E.J., DeRidder, P.A., Bennett, A.H., and Webster, G.D. Results of the multicenter study using injectable GAX-collagen in females. J Urol. 1991; 145: 225A

**5282** Blaivas, J.G. Surgical treatment of urinary incontinence in 223 consecutive women. Neurourology and Urodynamics. 1990; 9: 401-402

**5293** Kato, K., Kondo, A., Saito, M., and Otani, T. Stamey's procedure for stress urinary incontinence: surgical results between the elderly and adults. Neurourology and Urodynamics. 1990; 9: 399-400

**5295** Kursh, E.D. What factors influence the outcome of a no-incision endoscopic urethropexy?. J Urol. 1991; 145: 223A

**5298** Muller, S.C., Jenny, E., Molling, L., Burger, R.A., and Hohenfellner, R. Long-term results of fascial sling plasty in patients with urinary stress incontinence. J Urol. 1990; 143: 225A

**5300** Wiskind, A.K. The incidence of genital prolapse following the Burch colposuspension operation. Neurourology and Urodynamics. 1991; 10: 453-454

**5303** Kelly, M.J., Nielsen, K.K., Roskamp, D.A., Leach, G.E., and Bruskewitz, R.C. Long-term follow-up of the Raz bladder neck suspension for the correction of female stress urinary incontinence. Neurourology and Urodynamics. 1990; 9: 231-232

**5311** Knespl, J. The Cobb-Ragde method of a simplified correction of female stress incontinence. Cesk Gynekol. 1990; 55: 268-269

**5312** Korda, A., Ferry, J., and Hunter, P. Silastic slings for female incontinence. International Urogynaecology Journal. 1990; 1: 63-66

**10000** deSouza, N. M., Daniels, O. J., Williams, A. D., Gilderdale, D. J., Abel, P. D. Female urinary genuine stress incontinence: anatomic considerations at MR imaging of the paravaginal fascia and urethra initial observations. Radiology. 2002 Nov; 225: 433-9

**10001** Thakar, R., Ayers, S., Clarkson, P., Stanton, S., Manyonda, I. Outcomes after total versus subtotal abdominal hysterectomy. N Engl J Med. 2002 Oct 24; 347: 1318-25

**10002** Chandra, M., Saharia, R., Shi, Q., Hill, V. Giggle incontinence in children: a manifestation of detrusor instability. J Urol. 2002 Nov; 168: 2184-7; discussion 2187

**10003** Kobashi, K. C., Leach, G. E., Chon, J., Govier, F. E. Continued multicenter followup of cadaveric prolapse repair with sling. J Urol. 2002 Nov; 168: 2063-8

**10004** Choe, J. M. Suprapubic sling adjustment: minimally invasive method of curing recurrent stress incontinence after sling surgery. J Urol. 2002 Nov; 168: 2059-62

**American Urological Association, Inc.**

SUI Guidelines Panel

**10005**   Chaliha, C., Khullar, V., Stanton, S. L., Monga, A., Sultan, A. H. Urinary symptoms in pregnancy: are they useful for diagnosis?. BJOG. 2002 Oct; 109: 1181-3

**10006**   Thakar, R., Stanton, S., Prodigalidad, L., den Boon, J. Secondary colposuspension: results of a prospective study from a tertiary referral centre. BJOG. 2002 Oct; 109: 1115-20

**10007**   Hilton, P. Trials of surgery for stress incontinence--thoughts on the 'Humpty Dumpty principle'. BJOG. 2002 Oct; 109: 1081-8

**10008**   Morkved, S., Bo, K., Fjortoft, T. Effect of adding biofeedback to pelvic floor muscle training to treat urodynamic stress incontinence. Obstet Gynecol. 2002 Oct; 100: 730-9

**10009**   Maddern, G. J., Middleton, P. F., Grant, A. M. Urinary stress incontinence. BMJ. 2002 Oct 12; 325: 789-90

**10010**   Choe, J. M. Vaginal erosion caused by antibacterial mesh sling. J Urol. 2002 Oct; 168: 1504

**10011**   Elard, S., Cicco, A., Salomon, L., You, K., de La Taille, A., Vordos, D., Hoznek, A., Chopin, D., Abbou, C. C. Embolization for arterial injury incurred during tension-free vaginal tape procedure. J Urol. 2002 Oct; 168: 1503

**10012**   Marshall, V. F., Marchetti, A. A., Krantz, K. E. The correction of stress incontinence by simple vesicourethral suspension. 1949. J Urol. 2002 Oct; 168: 1326-31

**10013**   Yang, J. M., Huang, W. C. Implications of abdominal straining in women with lower urinary tract symptoms. Urology. 2002 Sep; 60: 428-33

**10014**   Wilson, T. S., Zimmern, P. E. Tailor-made incontinence care. Match type of incontinence to resident assessment for optimal treatment. Part 2. Contemp Longterm Care. 2002 Sep; 25: 18, 20

**10015**   Autry, M. G., Davis, J. W., Sanders, R. Type III stress urinary incontinence: response to interdisciplinary pelvic physiotherapy. Urol Nurs. 2002 Aug; 22: 251-5

**10016**   Yip, S. K., Sahota, D., Chang, A. M., Chung, T. K. Four-year follow-up of women who were diagnosed to have postpartum urinary retention. Am J Obstet Gynecol. 2002 Sep; 187: 648-52

**10017**   Cooper, J. Stress incontinence. Clin Evid. 2002 Jun; : 1772-83

**10018**   Mingin, G. C., Youngren, K., Stock, J. A., Hanna, M. K. The rectus myofascial wrap in the management of urethral sphincter incompetence. BJU Int. 2002 Oct; 90: 550-3

**10019**   van der Vaart, C. H., de Leeuw, J. R., Roovers, J. P., Heintz, A. P. The effect of urinary incontinence and overactive bladder symptoms on quality of life in young women. BJU Int. 2002 Oct; 90: 544-9

**10020**   Maaita, M., Bhaumik, J., Davies, A. E. Sexual function after using tension-free vaginal tape for the surgical treatment of genuine stress incontinence. BJU Int. 2002 Oct; 90: 540-3

**10021**   Zozikov, B., Kunchev, S. I., Varlev, C. Application of clenbuterol in the treatment of urinary incontinence. Int Urol Nephrol. 2001; 33: 413-6

**10022**   Lefranc, J. P., Atallah, D., Camatte, S., Blondon, J. Longterm followup of posthysterectomy vaginal vault prolapse abdominal repair: a report of 85 cases. J Am Coll Surg. 2002 Sep; 195: 352-8

**10023**   Iskander, M. N., Kent, A. Re: Zilbert AW, Farrell SA. External iliac artery laceration during tension free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 274

**10024**   Vassallo, B. J., Kleeman, S. D., Segal, J. L., Walsh, P., Karram, M. M. Tension-free vaginal tape: a quality-of-life assessment. Obstet Gynecol. 2002 Sep; 100: 518-24

**10025**   Smith, M. Stress factor. Nurs Stand. 2001 Mar 28-Apr 3; 15: 26

**10026**   Paddison, K. Complying with pelvic floor exercises: a literature review. Nurs Stand. 2002 Jun 12-18; 16: 33-8

**10027**   Peeker, R., Edlund, C., Wennberg, A. L., Fall, M. The treatment of sphincter incontinence with periurethral silicone implants (macroplastique). Scand J Urol Nephrol. 2002; 36: 194-8

**10028**   Dundar, M., Kocak, I., Erkus, M., Celasun, B. Changes in urethral connective tissue after estrogen replacement therapy in ovariectomized rats. Scand J Urol Nephrol. 2002; 36: 173-6

# American Urological Association, Inc.

SUI Guidelines Panel

**10029**   Burch, J. C. Cooper's ligament urethrovesical suspension for stress incontinence. Nine years' experience -- results, complications, techniques. 1968. Am J Obstet Gynecol. 2002 Aug; 187: 512, discussion 513

**10030**   Kenton, K., Brubaker, L. Relationship between levator ani contraction and motor unit activation in the urethral sphincter. Am J Obstet Gynecol. 2002 Aug; 187: 403-6

**10031**   Theofrastous, J. P., Simpkins, K. Urinary retention and intravesical hemorrhage following urethral collagen injections in women using warfarin. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 268-9

**10032**   Gill, E. J., Nichols, C. M. Cystoscopic confirmation of inadvertent ureteral catheterization during cystometry. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 266-7

**10033**   Meschia, M., Busacca, M., Pifarotti, P., De Marinis, S. Bowel perforation during insertion of tension-free vaginal tape (TVT). Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 263-5; discussion 265

**10034**   Bai, S. W., Jeon, M. J., Kim, J. Y., Chung, K. A., Kim, S. K., Park, K. H. Relationship between stress urinary incontinence and pelvic organ prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 256-60; discussion 260

**10035**   Washington, J. L., Somers, K. Laparoscopic mesh and staple Burch colposuspension. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 253-5; discussion 255

**10036**   Roovers, J. P., van der Bom, J. G., van der Vaart, C. H., Schagen van Leeuwen, J. H., Heintz, A. P. Abdominal versus vaginal approach for the management of genital prolapse and coexisting stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 224-31

**10037**   Virtanen, H. S., Kiilholma, P. Urogynecologic ultrasound is a useful aid in the assessment of female stress urinary incontinence--a prospective study with TVT procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 218-22; discussion 223

**10038**   Lose, G., Brostrom, S. Low-pressure urethra in women: what does it mean and what can it be used for?. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 215-7

**10039**   Toh, K., Diokno, A. C. Management of intrinsic sphincter deficiency in adolescent females with normal bladder emptying function. J Urol. 2002 Sep; 168: 1150-3

**10040**   Westney, O. L., Lee, J. T., McGuire, E. J., Palmer, J. L., Cespedes, R. D., Amundsen, C. L. Long-term results of Ingelman-Sundberg denervation procedure for urge incontinence refractory to medical therapy. J Urol. 2002 Sep; 168: 1044-7

**10041**   Hathaway, J. K., Choe, J. M. Intact genetic material is present in commercially processed cadaver allografts used for pubovaginal slings. J Urol. 2002 Sep; 168: 1040-3

**10042**   Hannestad, Y. S., Rortveit, G., Hunskaar, S. Help-seeking and associated factors in female urinary incontinence. The Norwegian EPINCONT Study. Epidemiology of Incontinence in the County of Nord-Trondelag. Scand J Prim Health Care. 2002 Jun; 20: 102-7

**10043**   Walsh, I. K., Nambirajan, T., Donellan, S. M., Mahendra, V., Stone, A. R. Cadaveric fascia lata pubovaginal slings: early results on safety, efficacy and patient satisfaction. BJU Int. 2002 Sep; 90: 415-9

**10044**   Cannon, T. W., Wojcik, E. M., Ferguson, C. L., Saraga, S., Thomas, C., Damaser, M. S. Effects of vaginal distension on urethral anatomy and function. BJU Int. 2002 Sep; 90: 403-7

**10045**   Liang, C. C., Soong, Y. K. Tension-free vaginal tape versus laparoscopic bladder neck suspension for stress urinary incontinence. Chang Gung Med J. 2002 Jun; 25: 360-6

**10046**   Nguyen, J. K. Diagnosis and treatment of voiding dysfunction caused by urethral obstruction after anti-incontinence surgery. Obstet Gynecol Surv. 2002 Jul; 57: 468-75

**10047**   Agarwala, N., Liu, C. Y. Minimally invasive management of urinary incontinence. Curr Opin Obstet Gynecol. 2002 Aug; 14: 429-33

**10048**   Buchsbaum, G. M., Chin, M., Glantz, C., Guzick, D. Prevalence of urinary incontinence and associated risk factors in a cohort of nuns. Obstet Gynecol. 2002 Aug; 100: 226-9

**10049**   Walter, A. J., Iglesia, C. B. Surgical management of stress urinary incontinence: consideration for an algorithmic approach. Curr Womens Health Rep. 2002 Aug; 2: 291-7

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**10050** de Rossi, P. Clinical outcome of fascial slings for female stress incontinence. Medscape Womens Health. 2002 May-Jun; 7: 1

**10051** Barrington, J. W., Arunkalaivanan, A. S., Swart, M. Post-colposuspension syndrome following a tension-free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 187-8

**10052** Smith, C. P., O'Leary, M., Erickson, J., Somogyi, G. T., Chancellor, M. B. Botulinum toxin urethral sphincter injection resolves urinary retention after pubovaginal sling operation. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 185-6

**10053** Fritel, X., Pigne, A. Anterior repair using Bologna procedure: long-term results on stress urinary continence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 176-81; discussion 181

**10054** Heit, M. What is the scientific evidence for bone anchor use during bladder neck suspension?. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 143-4

**10055** Murray, C., Goh, J. T., Fynes, M., Carey, M. P. Urinary and faecal incontinence following delayed primary repair of obstetric genital fistula. BJOG. 2002 Jul; 109: 828-32

**10056** Pregazzi, R., Sartore, A., Bortoli, P., Grimaldi, E., Troiano, L., Guaschino, S. Perineal ultrasound evaluation of urethral angle and bladder neck mobility in women with stress urinary incontinence. BJOG. 2002 Jul; 109: 821-7

**10057** Barrington, J. W., Edwards, G., Arunkalaivanan, A. S., Swart, M. The use of porcine dermal implant in a minimally invasive pubovaginal sling procedure for genuine stress incontinence. BJU Int. 2002 Aug; 90: 224-7

**10058** De Vries, S. H., Klijn, A. J., Lilien, M. R., De Jong, T. P. Development of renal function after neonatal urinary ascites due to obstructive uropathy. J Urol. 2002 Aug; 168: 675-8

**10059** Adamiak, A., Milart, P., Skorupski, P., Kuchnicka, K., Nestorowicz, A., Jakowicki, J., Rechberger, T. The efficacy and safety of the tension-free vaginal tape procedure do not depend on the method of analgesia. Eur Urol. 2002 Jul; 42: 29-33

**10060** Eliasson, K., Larsson, T., Mattsson, E. Prevalence of stress incontinence in nulliparous elite trampolinists. Scand J Med Sci Sports. 2002 Apr; 12: 106-10

**10061** Greydanus, D. E., Patel, D. R. The female athlete. Before and beyond puberty. Pediatr Clin North Am. 2002 Jun; 49: 553-80, vi

**10062** Neale, E. J. Abdominal hysterectomy after insertion of tension-free vaginal tape. BJOG. 2002 Jun; 109: 731-2

**10063** Bewley, S., Cockburn, J. II. The unfacts of 'request' caesarean section. BJOG. 2002 Jun; 109: 597-605

**10064** Heit, M. Intraurethral sonography and the test-retest reliability of urethral sphincter measurements in women. J Clin Ultrasound. 2002 Jul-Aug; 30: 349-55

**10065** Kenton, K., FitzGerald, M. P., Brubaker, L. Multiple foreign body erosions after laparoscopic colposuspension with mesh. Am J Obstet Gynecol. 2002 Jul; 187: 252-3

**10066** Kenton, K. S., Woods, M. P., Brubaker, L. Uncomplicated erosion of polytetrafluoroethylene grafts into the rectum. Am J Obstet Gynecol. 2002 Jul; 187: 233-4

**10067** Kenton, K., Oldham, L., Brubaker, L. Open Burch urethropexy has a low rate of perioperative complications. Am J Obstet Gynecol. 2002 Jul; 187: 107-10

**10068** Delancey, J. O. Fascial and muscular abnormalities in women with urethral hypermobility and anterior vaginal wall prolapse. Am J Obstet Gynecol. 2002 Jul; 187: 93-8

**10069** Melville, J. L., Walker, E., Katon, W., Lentz, G., Miller, J., Fenner, D. Prevalence of comorbid psychiatric illness and its impact on symptom perception, quality of life, and functional status in women with urinary incontinence. Am J Obstet Gynecol. 2002 Jul; 187: 80-7

**10070** Kleeman, S., Goldwasser, S., Vassallo, B., Karram, M. Predicting postoperative voiding efficiency after operation for incontinence and prolapse. Am J Obstet Gynecol. 2002 Jul; 187: 49-52

**10071** Norton, P. A., Zinner, N. R., Yalcin, I., Bump, R. C. Duloxetine versus placebo in the treatment of stress urinary incontinence. Am J Obstet Gynecol. 2002 Jul; 187: 40-8

# Appendix A6. Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

---

**10072**  Ward, K., Hilton, P. Prospective multicentre randomised trial of tension-free vaginal tape and colposuspension as primary treatment for stress incontinence. BMJ. 2002 Jul 13; 325: 67-73

**10073**  Benson, J. T. New therapeutic options for urge incontinence. Curr Womens Health Rep. 2001 Aug; 1: 61-6

**10074**  Weber, A. M. Leak point pressure measurement and stress urinary incontinence. Curr Womens Health Rep. 2001 Aug; 1: 45-52

**10075**  Lyons, T. L., Winer, W. K., Adolph, A. J. Classic intrafascial supracervical hysterectomies. J Am Assoc Gynecol Laparosc. 2002 Aug; 9: 401; discussion 401-2

**10076**  Lo, T. S., Horng, S. G., Chang, C. L., Huang, H. J., Tseng, L. H., Liang, C. C. Tension-free vaginal tape procedure after previous failure in incontinence surgery. Urology. 2002 Jul; 60: 57-61

**10077**  Aboseif, S., Tamaddon, K., Chalfin, S., Freedman, S., Kaptein, J. Sacral neuromodulation as an effective treatment for refractory pelvic floor dysfunction. Urology. 2002 Jul; 60: 52-6

**10078**  Subak, L. L., Quesenberry, C. P., Posner, S. F., Cattolica, E., Soghikian, K. The effect of behavioral therapy on urinary incontinence: a randomized controlled trial. Obstet Gynecol. 2002 Jul; 100: 72-8

**10079**  Baseman, A. G., Lemack, G. E. Practical outcome measures for assessing efficacy of incontinence procedures. Curr Urol Rep. 2001 Oct; 2: 407-12

**10080**  Rodriguez, L. V., Blander, D. S., Raz, S. New millennium, new slings. Curr Urol Rep. 2001 Oct; 2: 399-406

**10081**  Daneshgari, F. Valsalva leak point pressure: steps toward standardization. Curr Urol Rep. 2001 Oct; 2: 388-91

**10082**  Brophy, M. M., Klutke, J. J., Klutke, C. G. A review of the tension-free vaginal tape procedure: outcomes, complications, and theories. Curr Urol Rep. 2001 Oct; 2: 364-9

**10083**  Ghoniem, G. M., Kapoor, D. S. Nonautologous sling materials. Curr Urol Rep. 2001 Oct; 2: 357-63

**10084**  Koduri, S., Sand, P. Transvaginal bladder neck suspension to Cooper's ligament. Curr Urol Rep. 2001 Oct; 2: 344-9

**10085**  Appell, R. A. Surgery or collagen for the treatment of female stress urinary incontinence: results of a multicenter, randomized trial supports either as first line of treatment. Curr Urol Rep. 2001 Oct; 2: 343

**10086**  Glazener, C. M., Cooper, K. Bladder neck needle suspension for urinary incontinence in women. Cochrane Database Syst Rev. 2002; : CD003636

**10087**  Kochakarn, W. Tension-free vaginal tape procedure for the treatment of stress urinary incontinence: the first experience in Thailand. J Med Assoc Thai. 2002 Jan; 85: 87-91

**10088**  Gunnarsson, M., Teleman, P., Mattiasson, A., Lidfeldt, J., Nerbrand, C., Samsioe, G. Effects of pelvic floor exercises in middle aged women with a history of naive urinary incontinence: a population based study. Eur Urol. 2002 May; 41: 556-61

**10089**  Flynn, B. J., Webster, G. D. Surgical management of the apical vaginal defect. Curr Opin Urol. 2002 Jul; 12: 353-8

**10090**  Romanzi, L. J. Management of the urethral outlet in patients with severe prolapse. Curr Opin Urol. 2002 Jul; 12: 339-44

**10091**  Al-Mulhim, A. A., Al-Gazzar, S. A., Bahnassy, A. A. Conservative treatment of idiopathic detrusor instability in elderly women. Saudi Med J. 2002 May; 23: 543-5

**10092**  Bodelsson, G., Henriksson, L., Osser, S., Stjernquist, M. Short term complications of the tension free vaginal tape operation for stress urinary incontinence in women. BJOG. 2002 May; 109: 566-9

**10093**  Partoll, L. M. Efficacy of tension-free vaginal tape with other pelvic reconstructive surgery. Am J Obstet Gynecol. 2002 Jun; 186: 1292-5; discussion 1295-8

**10094**  Ghoniem, G. M., Elgamasy, A. N., Elsergany, R., Kapoor, D. S. Grades of intrinsic sphincteric deficiency (ISD) associated with female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 99-105; discussion 105

---

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Procite Number

---

**10095** Sirls, L. T., Foote, J. E., Kaufman, J. M., Lightner, D. J., Miller, J. L., Moseley, W. G., Nygaard, I. E., Steidle, C. P. Long-term results of the FemSoft urethral insert for the management of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 88-95; discussion 95

**10096** Chen, B. H., Wen, Y., Li, H., Polan, M. L. Collagen metabolism and turnover in women with stress urinary incontinence and pelvic prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 80-7; discussion 87

**10097** Geis, K., Dietl, J. Ilioinguinal nerve entrapment after tension-free vaginal tape (TVT) procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 136-8; discussion 138

**10098** Riachi, L., Kohli, N., Miklos, J. Repeat tension-free transvaginal tape (TVT) sling for the treatment of recurrent stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 133-5; discussion 135

**10099** Neumann, P., Gill, V. Pelvic floor and abdominal muscle interaction: EMG activity and intra- abdominal pressure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 125-32

**10100** Kaum, H. J., Wolff, F. TVT: on midurethral tape positioning and its influence on continence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 110-5; discussion 115

**10101** Kammerer-Doak, D. N., Rogers, R. G., Bellar, B. Vaginal erosion of cadaveric fascia lata following abdominal sacrocolpopexy and suburethral sling urethropexy. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 106-9; discussion 109

**10102** Bakas, P., Liapis, A., Creatsas, G. Q-tip test and tension-free vaginal tape in the management of female patients with genuine stress incontinence. Gynecol Obstet Invest. 2002; 53: 170-3

**10103** Abbas Shobeiri, S., Garely, A. D., Chesson, R. R., Nolan, T. E. Recognition of occult bladder injury during the tension-free vaginal tape procedure. Obstet Gynecol. 2002 Jun; 99: 1067-72

**10104** Resplande, J., Gholami, S. S., Graziottin, T. M., Rogers, R., Lin, C. S., Leng, W., Lue, T. F. Long-term effect of ovariectomy and simulated birth trauma on the lower urinary tract of female rats. J Urol. 2002 Jul; 168: 323-30

**10105** Jorion, J. L. Endoscopic treatment of bladder perforation after tension-free vaginal tape procedure. J Urol. 2002 Jul; 168: 197

**10106** Sweat, S. D., Itano, N. B., Clemens, J. Q., Bushman, W., Gruenenfelder, J., McGuire, E. J., Lightner, D. J. Polypropylene mesh tape for stress urinary incontinence: complications of urethral erosion and outlet obstruction. J Urol. 2002 Jul; 168: 144-6

**10107** Pauliina, A., Jorma, P., Paula, I., Olavi, A. Intravaginal surface EMG probe design test for urinary incontinence patients. Acupunct Electrother Res. 2002; 27: 37-44

**10108** Persson, J., Iosif, C., Wolner-Hanssen, P. Risk factors for rejection of synthetic suburethral slings for stress urinary incontinence: a case-control study. Obstet Gynecol. 2002 Apr; 99: 629-34

**10109** Pregazzi, R., Sartore, A., Bortoli, P., Grimaldi, E., Ricci, G., Guaschino, S. Immediate postpartum perineal examination as a predictor of puerperal pelvic floor dysfunction. Obstet Gynecol. 2002 Apr; 99: 581-4

**10110** Sze, E. H., Jones, W. P., Ferguson, J. L., Barker, C. D., Dolezal, J. M. Prevalence of urinary incontinence symptoms among black, white, and Hispanic women. Obstet Gynecol. 2002 Apr; 99: 572-5

**10111** Barnes, N. M., Dmochowski, R. R., Park, R., Nitti, V. W. Pubovaginal sling and pelvic prolapse repair in women with occult stress urinary incontinence: effect on postoperative emptying and voiding symptoms. Urology. 2002 Jun; 59: 856-60

**10112** Palomba, S., Russo, T., Iuzzolino, D., Cosco, C., Noia, R., Arduino, B., Morelli, M., Zullo, F. Comparison between two laparoscopic retropubic urethropexy. Minerva Chir. 2002 Jun; 57: 323-9

**10113** Borup, K., Nielsen, J. B. Results in 32 women operated for genuine stress incontinence with the pubovaginal sling procedure ad modum Ed McGuire. Scand J Urol Nephrol. 2002; 36: 128-33

**10114** Goode, P. S., Burgio, K. L., Locher, J. L., Umlauf, M. G., Lloyd, L. K., Roth, D. L. Urodynamic changes associated with behavioral and drug treatment of urge incontinence in older women. J Am Geriatr Soc. 2002 May; 50: 808-16

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

**10115** Bergmark, K., Avall-Lundqvist, E., Dickman, P. W., Henningsohn, L., Steineck, G. Patient-rating of distressful symptoms after treatment for early cervical cancer. Acta Obstet Gynecol Scand. 2002 May; 81: 443-50

**10116** Logan, K. Audit of advice provided on pelvic floor exercises. Prof Nurse. 2001 Jun; 16: 1369-72

**10117** Domany, B., Koppan, M., Bodis, J. Results with colposuspension by the Burch procedure in our practice. Am J Obstet Gynecol. 2002 May; 186: 1108; discussion 1108-9

**10118** Carey, M. P., Goh, J. T., Fynes, M. M., Murray, C. J. Stress urinary incontinence after delayed primary closure of genitourinary fistula: a technique for surgical management. Am J Obstet Gynecol. 2002 May; 186: 948-53

**10119** Klingele, C. J., Carley, M. E., Hill, R. F. Patient characteristics that are associated with urodynamically diagnosed detrusor instability and genuine stress incontinence. Am J Obstet Gynecol. 2002 May; 186: 866-8

**10120** Bombier, L., Freeman, R. M., Perkins, E. P., Williams, M. P., Shaw, S. R. Why do women have voiding dysfunction and de novo detrusor instability after colposuspension?. BJOG. 2002 Apr; 109: 402-12

**10121** Bombieri, L., Freeman, R. M., Perkins, E. P., Williams, M. P., Shaw, S. R. Objective assessment of bladder neck elevation and urethral compression at colposuspension. BJOG. 2002 Apr; 109: 395-401

**10122** Kayano, C. E., Sartori, M. G., Baracat, E. C., de Lima, G. R., Girao, M. J. Vaginal hysterectomy allied with Kelly-Kennedy surgery and perineal repair for the treatment of patients with a prolapsed uterus and urinary stress incontinence. Clin Exp Obstet Gynecol. 2002; 29: 27-30

**10123** Washington, J. L. Staple erosion into the bladder after mesh and staple laparoscopic colposuspension. A case report. J Reprod Med. 2002 Apr; 47: 325-6

**10124** Lieberman, E., O'donoghue, C. Unintended effects of epidural analgesia during labor: a systematic review. Am J Obstet Gynecol. 2002 May; 186: S31-68

**10125** Okorocha, I., Cumming, G., Gould, I. Female urodynamics and lower urinary tract infection. BJU Int. 2002 Jun; 89: 863-7

**10126** Chung, M. K., Chung, R. P. Comparison of laparoscopic Burch and tension-free vaginal tape in treating stress urinary incontinence in obese patients. JSLS. 2002 Jan-Mar; 6: 17-21

**10127** Nguyen, J. K., Gunn, G. C., Bhatia, N. N. The effect of patient position on leak-point pressure measurements in women with genuine stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 9-14

**10128** Iskander, M. N., Kent, A. Zilbert AW, Farrell SA. External iliac artery laceration during tension- free vaginal tape procedure. Int Urogynecol J 2001; 12:141-143. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 59; discussion 59

**10129** Echols, K. T., Chesson, R. R., Breaux, E. F., Shobeiri, S. A. Persistence of delayed hypersensitivity following transurethral collagen injection for recurrent urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 52-4

**10130** de Tayrac, R., Salet-Lizee, D., Villet, R. Comparison of anterior colporrhaphy versus Bologna procedure in women with genuine stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 36-9

**10131** Pajoncini, C., Costantini, E., Guercini, F., Porena, M. Intrinsic sphincter deficiency: do the maximum urethral closure pressure and the Valsalva leak-point pressure identify different pathogenic mechanisms?. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 30-5

**10132** Meade-D'Alisera, P., Merriweather, T., Wentland, M., Fatal, M., Ghafar, M. Depressive symptoms in women with urinary incontinence: a prospective study. Urol Nurs. 2001 Dec; 21: 397-9

**10133** Female stress urinary incontinence facts. Urol Nurs. 2001 Apr; 21: 134

**10134** Criner, J. A. Urinary incontinence in vulnerable populations: female soldiers. Urol Nurs. 2001 Apr; 21: 120-4

**10135** Kayigil, O., Biri, A. Double forced sling by combining in situ vaginal wall and Infast pubic bone suburethral stabilization techniques: a new method. J Urol. 2002 Jun; 167: 2481-3

**10136** Metin, A., Kayigil, O., Ahmed, S. I. Modified insitu vaginal wall sling in stress incontinence. Int Urol Nephrol. 2001; 32: 641-5

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

**10137**    Martan, A., Masata, J., Halaska, M., Otcenasek, M., Svabik, K. Ultrasound imaging of paravaginal defects in women with stress incontinence before and after paravaginal defect repair. Ultrasound Obstet Gynecol. 2002 May; 19: 496-500

**10138**    Williams, K. S., Assassa, R. P., Smith, N., Rippin, C., Shaw, C., Mayne, C. Good practice in continence care: development of nurse-led service. Br J Nurs. 2002 Apr 25-May 8; 11: 548-59

**10139**    Wilkinson, K. Pakistani women's perceptions and experiences of incontinence. Nurs Stand. 2001 Oct 17-23; 16: 33-9

**10140**    Simpson, L. Stress incontinence in younger women: prevention and treatment. Nurs Stand. 2000 May 24-30; 14: 49-54; quiz 56, 58

**10141**    Chen, G. D., Lin, L. Y., Wang, P. H., Lee, H. S. Urinary tract dysfunction after radical hysterectomy for cervical cancer. Gynecol Oncol. 2002 May; 85: 292-7

**10142**    Walter, A. J., Morse, A. N., Hammer, R. H., Hentz, J. G., Magrina, J. F., Cornella, J. L., Magtibay, P. M. Laparoscopic versus open Burch retropubic urethropexy: comparison of morbidity and costs when performed with concurrent vaginal prolapse repairs. Am J Obstet Gynecol. 2002 Apr; 186: 723-8

**10143**    Sander, P., Moller, L. M., Rudnicki, P. M., Lose, G. Does the tension-free vaginal tape procedure affect the voiding phase? Pressure-flow studies before and 1 year after surgery. BJU Int. 2002 May; 89: 694-8

**10144**    Boustead, G. B. The tension-free vaginal tape for treating female stress urinary incontinence. BJU Int. 2002 May; 89: 687-93

**10145**    Siracusano, S., Bertolotto, M., Silvestre, G., d'Aloia, G., Pecorari, V., Stener, S., Quaia, E., Baschiera, P., Knez, R. The feasibility of urethral color ultrasound imaging in the diagnosis of female intrinsic sphincter deficiency: preliminary results. Spinal Cord. 2002 Apr; 40: 192-5

**10146**    Zullo, F., Morelli, M., Russo, T., Iuzzolino, D., Palomba, S. Two techniques of laparoscopic retropubic urethropexy. J Am Assoc Gynecol Laparosc. 2002 May; 9: 178-81

**10147**    Deval, B., Jeffry, L., Al Najjar, F., Soriano, D., Darai, E. Determinants of patient dissatisfaction after a tension-free vaginal tape procedure for urinary incontinence. J Urol. 2002 May; 167: 2093-7

**10148**    Maniam, P., Goldman, H. B. Removal of transurethral catheter during urodynamics may unmask stress urinary incontinence. J Urol. 2002 May; 167: 2080-2

**10149**    McGuire, E. J. Mixed symptomatology. BJU Int. 2000 May; 85 Suppl 3: 47-52; discussion 55-6

**10150**    Skorupski, P., Rechberger, T., Postawski, K., Woessner, J. F., Jr., Jakowicki, J. A. Is diminished pubocervical fascia collagen content a risk factor for failure of surgical management of genuine stress urinary incontinence in women?. Eur J Obstet Gynecol Reprod Biol. 2002 May 10; 102: 195-8

**10151**    Jackson, S., James, M., Abrams, P. The effect of oestradiol on vaginal collagen metabolism in postmenopausal women with genuine stress incontinence. BJOG. 2002 Mar; 109: 339-44

**10152**    Hawkins, E., Taylor, D., Hughes-Nurse, J. Long term follow up of the cruciate fascial sling for women with genuine stress incontinence. BJOG. 2002 Mar; 109: 327-38

**10153**    Wang, A. C., Chen, M. C. A comparison of urethral pressure profilometry using microtip and double-lumen perfusion catheters in women with genuine stress incontinence. BJOG. 2002 Mar; 109: 322-6

**10154**    Amarenco, G., Bayle, B., Ismael, S. S., Kerdraon, J. Bulbocavernosus muscle responses after suprapubic stimulation: analysis and measurement of suprapubic bulbocavernosus reflex latency. Neurourol Urodyn. 2002; 21: 210-3

**10155**    Yalcin, O. T., Hassa, H., Tanir, M. A new ultrasonographic method for evaluation of the results of anti-incontinence operations. Acta Obstet Gynecol Scand. 2002 Feb; 81: 151-6

**10156**    Kuuva, N., Nilsson, C. G. A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure. Acta Obstet Gynecol Scand. 2002 Jan; 81: 72-7

**10157**    Liu, C., Andrews, G. R. Prevalence and incidence of urinary incontinence in the elderly: a longitudinal study in South Australia. Chin Med J (Engl). 2002 Jan; 115: 119-22

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.
### SUI Guidelines Panel

**10158** Chaliha, C., Stanton, S. L. Urological problems in pregnancy. BJU Int. 2002 Mar; 89: 469-76

**10159** Madjar, S., Tchetgen, M. B., Van Antwerp, A., Abdelmalak, J., Rackley, R. R. Urethral erosion of tension-free vaginal tape. Urology. 2002 Apr; 59: 601

**10160** Chung, S. Y., Franks, M., Smith, C. P., Lee, J. Y., Lu, S. H., Chancellor, M. Technique of combined pubovaginal sling and cystocele repair using a single piece of cadaveric dermal graft. Urology. 2002 Apr; 59: 538-41

**10161** Farnsworth, B. The integral theory of female urinary incontinence. Aust N Z J Obstet Gynaecol. 2002 Feb; 42: 99; discussion 100

**10162** Richardson, P. The integral theory of pelvic floor dysfunction. Aust N Z J Obstet Gynaecol. 2002 Feb; 42: 99-100

**10163** Querleu, D., Narducci, F., Poulard, V., Lacaze, S., Occelli, B., Leblanc, E., Cosson, M. Modified radical vaginal hysterectomy with or without laparoscopic nerve-sparing dissection: a comparative study. Gynecol Oncol. 2002 Apr; 85: 154-8

**10164** Takahashi, S., Miyao, N., Hisataki, T., Matsukawa, M., Takagi, S., Sasao, T., Adachi, H., Miyake, M., Tsukamoto, T. Complications of Stamey needle suspension for female stress urinary incontinence. Urol Int. 2002; 68: 148-51

**10165** Thomas, K., Venn, S. N., Mundy, A. R. Outcome of the artificial urinary sphincter in female patients. J Urol. 2002 Apr; 167: 1720-2

**10166** van der Vaart, C. H., van der Bom, J. G., de Leeuw, J. R., Roovers, J. P., Heintz, A. P. The contribution of hysterectomy to the occurrence of urge and stress urinary incontinence symptoms. BJOG. 2002 Feb; 109: 149-54

**10167** McGuire, E. J., Lytton, B. Pubovaginal sling procedure for stress incontinence. 1978. J Urol. 2002 Feb; 167: 1120-3; discussion 1124

**10168** Pereyra, A. J. A simplified surgical procedure for the correction of stress incontinence in women. 1959. J Urol. 2002 Feb; 167: 1116-8; discussion 1119

**10169** Pelosi, M. A., 2nd., Pelosi, M. A., 3rd, Pelekanos, M. The YAMA UroPatch sling for treatment of female stress urinary incontinence: a pilot study. J Laparoendosc Adv Surg Tech A. 2002 Feb; 12: 27-33

**10170** Yamada, T., Ichiyanagi, N., Kamata, S., Sakai, Y., Nagahama, K., Tanizawa, A., Watanabe, T., Horiuchi, S., Saitoh, H. Need for sling surgery in patients with large cystoceles and masked stress urinary incontinence. Int J Urol. 2001 Nov; 8: 599-603

**10171** Fielding, J. R. Practical MR imaging of female pelvic floor weakness. Radiographics. 2002 Mar-Apr; 22: 295-304

**10172** Laycock, J., Brown, J., Cusack, C., Green, S., Jerwood, D., Mann, K., McLachlan, Z., Schofield, A. Pelvic floor reeducation for stress incontinence: comparing three methods. Br J Community Nurs. 2001 May; 6: 230-7

**10173** Bae, J. H., Moon, D. G., Lee, J. G. The effects of a selective noradrenaline reuptake inhibitor on the urethra: an in vitro and in vivo study. BJU Int. 2001 Nov; 88: 771-5

**10174** Palumbo, M. V. Pessary placement and management. Ostomy Wound Manage. 2000 Dec; 46: 40-5

**10175** Robinson, D., Anders, K., Cardozo, L., Bidmead, J., Toozs-Hobson, P., Khullar, V. Can ultrasound replace ambulatory urodynamics when investigating women with irritative urinary symptoms?. BJOG. 2002 Feb; 109: 145-8

**10176** Lo, T. S., Huang, H. J., Chang, C. L., Wong, S. Y., Horng, S. G., Liang, C. C. Use of intravenous anesthesia for tension-free vaginal tape therapy in elderly women with genuine stress incontinence. Urology. 2002 Mar; 59: 349-53

**10177** Sharifi-Aghdas, F., Ghaderian, N., Payvand, A. Free bladder mucosal autograft in the treatment of complicated vesicovaginal fistula. BJU Int. 2002 Mar; 89 Suppl 1: 54-6

**10178** Weber, A. M., Taylor, R. J., Wei, J. T., Lemack, G., Piedmonte, M. R., Walters, M. D. The cost-effectiveness of preoperative testing (basic office assessment vs. urodynamics) for stress urinary incontinence in women. BJU Int. 2002 Mar; 89: 356-63

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**10179**   Moehrer, B., Ellis, G., Carey, M., Wilson, P. D. Laparoscopic colposuspension for urinary incontinence in women. Cochrane Database Syst Rev. 2002; : CD002239

**10180**   Herbison, P., Plevnik, S., Mantle, J. Weighted vaginal cones for urinary incontinence. Cochrane Database Syst Rev. 2002; : CD002114

**10181**   Kulseng-Hanssen, S., Berild, G. H. Subjective and objective incontinence 5 to 10 years after Burch colposuspension. Neurourol Urodyn. 2002; 21: 100-5

**10182**   Aaron, R., Muliyil, J., Abraham, S. Medico-social dimensions of menopause: a cross-sectional study from rural south India. Natl Med J India. 2002 Jan-Feb; 15: 14-7

**10183**   Long, C. Y., Hsu, S. C., Chen, Y. H., Chen, S. C., Chen, W. C., Su, J. H. The effects on vesicourethral function following laparoscopic hysterectomy. Kaohsiung J Med Sci. 2001 Nov; 17: 564-9

**10184**   Yamada, T., Kamata, S., Nagahama, K., Ichiyanagi, N., Horiuchi, S., Saitoh, H. Polytetrafluoroethylene patch sling for type 2 or type 3 stress urinary incontinence. Int J Urol. 2001 Dec; 8: 675-80

**10185**   Thyssen, H., Bidmead, J., Lose, G., Moller Bek, K., Dwyer, P., Cardozo, L. A new intravaginal device for stress incontinence in women. BJU Int. 2001 Dec; 88: 889-92

**10186**   Kuo, H. C. The surgical results of the pubovaginal sling procedure using polypropylene mesh for stress urinary incontinence. BJU Int. 2001 Dec; 88: 884-8

**10187**   Mukherjee, K., Constantine, G. Urinary stress incontinence in obese women: tension-free vaginal tape is the answer. BJU Int. 2001 Dec; 88: 881-3

**10188**   Merlin, T., Arnold, E., Petros, P., MacTaggart, P., Tulloch, A., Faulkner, K., Maddern, G. A systematic review of tension-free urethropexy for stress urinary incontinence: intravaginal slingplasty and the tension-free vaginal tape procedures. BJU Int. 2001 Dec; 88: 871-80

**10189**   Peyrat, L., Haillot, O., Bruyere, F., Boutin, J. M., Bertrand, P., Lanson, Y. Prevalence and risk factors of urinary incontinence in young and middle- aged women. BJU Int. 2002 Jan; 89: 61-6

**10190**   Kristiansson, P., Samuelsson, E., von Schoultz, B., Svardsudd, K. Reproductive hormones and stress urinary incontinence in pregnancy. Acta Obstet Gynecol Scand. 2001 Dec; 80: 1125-30

**10191**   Reilly, E. T., Freeman, R. M., Waterfield, M. R., Waterfield, A. E., Steggles, P., Pedlar, F. Prevention of postpartum stress incontinence in primigravidae with increased bladder neck mobility: a randomised controlled trial of antenatal pelvic floor exercises. BJOG. 2002 Jan; 109: 68-76

**10192**   Nitti, V. W., Carlson, K. V., Blaivas, J. G., Dmochowski, R. R. Early results of pubovaginal sling lysis by midline sling incision. Urology. 2002 Jan; 59: 47-51; discussion 51-2

**10193**   Lemack, G. E., Baseman, A. G., Zimmern, P. E. Voiding dynamics in women: a comparison of pressure-flow studies between asymptomatic and incontinent women. Urology. 2002 Jan; 59: 42-6

**10194**   FitzGerald, M. P., Butler, N., Shott, S., Brubaker, L. Bother arising from urinary frequency in women. Neurourol Urodyn. 2002; 21: 36-40; discussion 41

**10195**   FitzGerald, M. P., Brubaker, L. Urinary incontinence symptom scores and urodynamic diagnoses. Neurourol Urodyn. 2002; 21: 30-5

**10196**   Viktrup, L. The risk of lower urinary tract symptoms five years after the first delivery. Neurourol Urodyn. 2002; 21: 2-29

**10197**   O'Reilly, K. J., Govier, F. E. Intermediate term failure of pubovaginal slings using cadaveric fascia lata: a case series. J Urol. 2002 Mar; 167: 1356-8

**10198**   Hegarty, P. K., Power, P. C., O'Brien, M. F., Bredin, H. C. Longevity of the Marshall-Marchetti-Krantz procedure. Ann Chir Gynaecol. 2001; 90: 286-9

**10199**   Visser, A. J., Heyns, C. F., Visser Jun, A. J. Vesicosuspension for female stress incontinence and cystocele using pubic bone anchors. S Afr J Surg. 2001 Nov; 39: 129-32

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

10200   Barber, M. D., Visco, A. G., Wyman, J. F., Fantl, J. A., Bump, R. C. Sexual function in women with urinary incontinence and pelvic organ prolapse. Obstet Gynecol. 2002 Feb; 99: 281-9

10201   Nager, C. W., Schulz, J. A., Stanton, S. L., Monga, A. Correlation of urethral closure pressure, leak-point pressure and incontinence severity measures. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 395-400

10202   Truijen, G., Wyndaele, J. J., Weyler, J. Conservative treatment of stress urinary incontinence in women: who will benefit?. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 386-90

10203   Sze, E. H., Meranus, J., Kohli, N., Miklos, J. R., Karram, M. M. Vaginal configuration on MRI after abdominal sacrocolpopexy and sacrospinous ligament suspension. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 375-9; discussion 379-80

10204   Glavind, K., Larsen, E. H. Results and complications of tension-free vaginal tape (TVT) for surgical treatment of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 370-2

10205   Kochakarn, W., Leenanupunth, C., Ratana-Olarn, K., Roongreungsilp, U., Siripornpinyo, N. Pubovaginal sling for the treatment of female stress urinary incontinence: experience of 100 cases at Ramathibodi Hospital. J Med Assoc Thai. 2001 Oct; 84: 1412-5

10206   Bhatnagar, V., Dave, S., Agarwala, S., Mitra, D. K. Augmentation colocystoplasty in bladder exstrophy. Pediatr Surg Int. 2002 Jan; 18: 43-9

10207   Pit, M. J. Rare complications of tension-free vaginal tape procedure: late intraurethral displacement and early misplacement of tape. J Urol. 2002 Feb; 167: 647

10208   Petrou, S. P., Young, P. R. Rate of recurrent stress urinary incontinence after retropubic urethrolysis. J Urol. 2002 Feb; 167: 613-5

10209   Flynn, B. J., Yap, W. T. Pubovaginal sling using allograft fascia lata versus autograft fascia for all types of stress urinary incontinence: 2-year minimum followup. J Urol. 2002 Feb; 167: 608-12

10210   Demirci, F., Yucel, O. Comparison of pubovaginal sling and burch colposuspension procedures in type I/II genuine stress incontinence. Arch Gynecol Obstet. 2001 Nov; 265: 190-4

10211   Wolters, M., Methfessel, H. D., Goepel, C., Koebl, H. Computer-assisted virtual urethral pressure profile in the assessment of female genuine stress incontinence. Obstet Gynecol. 2002 Jan; 99: 69-74

10212   Heit, M. Prolonged urinary retention after collagen periurethral injections: a sequela of humoral immunity. Obstet Gynecol. 1997 Oct; 90: 693-5

10213   Walters, M. D., Iannetta, L. T. Combination of pessary and periurethral collagen injections for nonsurgical treatment of uterovaginal prolapse and genuine stress urinary incontinence. Obstet Gynecol. 1997 Oct; 90: 691-2

10214   Niemczyk, P., Klutke, J. J., Carlin, B. I., Klutke, C. G. United States experience with tension-free vaginal tape procedure for urinary stress incontinence: assessment of safety and tolerability. Tech Urol. 2001 Dec; 7: 261-5

10215   Jung, B. H., Bai, S. W., Chung, B. C. Urinary profile of endogenous steroids in postmenopausal women with stress urinary incontinence. J Reprod Med. 2001 Nov; 46: 969-74

10216   Jueng-Anuwat, P., Roongruangsilp, U., Kochakarn, W., Ratana-Olarn, K. Risk factors for stress urinary incontinence in middle aged and elderly Thai women. J Med Assoc Thai. 2001 Aug; 84: 1121-5

10217   Nguyen, J. K., Glowacki, C. A., Bhatia, N. N. Survey of voiding dysfunction and urinary retention after anti-incontinence procedures. Obstet Gynecol. 2001 Dec; 98: 1011-7

10218   Rortveit, G., Hannestad, Y. S., Daltveit, A. K., Hunskaar, S. Age- and type-dependent effects of parity on urinary incontinence: the Norwegian EPINCONT study. Obstet Gynecol. 2001 Dec; 98: 1004-10

10219   Liapis, A., Bakas, P., Creatsas, G. Management of stress urinary incontinence in women with the use of tension-free vaginal tape. Eur Urol. 2001 Nov; 40: 548-51

10220   Lebret, T., Lugagne, P. M., Herve, J. M., Barre, P., Orsoni, J. L., Yonneau, L., Saporta, F., Botto, H. Evaluation of tension-free vaginal tape procedure. Its safety and efficacy in the treatment of female stress urinary incontinence during the learning phase. Eur Urol. 2001 Nov; 40: 543-7

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**
**sorted by Procite Number**

---

**10221**    Goldberg, R. P., Koduri, S., Lobel, R. W., Culligan, P. J., Tomezsko, J. E., Winkler, H. A., Sand, P. K. Protective effect of suburethral slings on postoperative cystocele recurrence after reconstructive pelvic operation. Am J Obstet Gynecol. 2001 Dec; 185: 1307-12; discussion 1312-3

**10222**    Nguyen, J. K., Bhatia, N. N. Risk of recurrent stress incontinence in women undergoing the combined modified pereyra procedure and transvaginal sacrospinous ligament vault suspension. Urology. 2001 Dec; 58: 947-52

**10223**    Huang, Y. H., Lin, A. T., Chen, K. K., Pan, C. C., Chang, L. S. High failure rate using allograft fascia lata in pubovaginal sling surgery for female stress urinary incontinence. Urology. 2001 Dec; 58: 943-6

**10224**    Haferkamp, A., Steiner, G., Muller, S. C., Schumacher, S. Urethral erosion of tension-free vaginal tape. J Urol. 2002 Jan; 167: 250

**10225**    Fulmer, B. R., Sakamoto, K., Turk, T. M., Galen, D., Presthus, J. B., Abbott, K., Ross, J., Ou, C. S., Albala, D. M. Acute and long-term outcomes of radio frequency bladder neck suspension. J Urol. 2002 Jan; 167: 141-5

**10226**    Blonski, J. Is tolterodine (Detrol) or oxybutynin (Ditropan) the best for treatment of urge urinary incontinence?. J Fam Pract. 2001 Dec; 50: 1017

**10227**    Lobel, B., Manunta, A., Rodriguez, A. The management of female stress urinary incontinence using the sling procedure. BJU Int. 2001 Nov; 88: 832-9

**10228**    Langer, R., Lipshitz, Y., Halperin, R., Pansky, M., Bukovsky, I., Sherman, D. Long-Term (10-15 years) follow-up after Burch colposuspension for urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 323-6; discussion 326-7

**10229**    Alper, T., Cetinkaya, M., Okutgen, S., Kokcu, A., Malatyalioglu, E. Evaluation of urethrovesical angle by ultrasound in women with and without urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 308-11

**10230**    Dietz, H. P., Clarke, B. Translabial color Doppler urodynamics. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 304-7

**10231**    Weber, A. M. Is urethral pressure profilometry a useful diagnostic test for stress urinary incontinence?. Obstet Gynecol Surv. 2001 Nov; 56: 720-35

**10232**    Feretis, C., Benakis, P., Dailianas, A., Dimopoulos, C., Mavrantonis, C., Stamou, K. M., Manouras, A., Apostolidis, N., Androulakis, G. Implantation of microballoons in the management of fecal incontinence. Dis Colon Rectum. 2001 Nov; 44: 1605-9

**10233**    Rodriguez, L. V., Raz, S. Polypropylene sling for the treatment of stress urinary incontinence. Urology. 2001 Nov; 58: 783-5

**10234**    Jeffry, L., Deval, B., Birsan, A., Soriano, D., Darai, E. Objective and subjective cure rates after tension-free vaginal tape for treatment of urinary incontinence. Urology. 2001 Nov; 58: 702-6

**10235**    Klutke, C., Siegel, S., Carlin, B., Paszkiewicz, E., Kirkemo, A., Klutke, J. Urinary retention after tension-free vaginal tape procedure: incidence and treatment. Urology. 2001 Nov; 58: 697-701

**10236**    Persson, G., Barlow, L., Karlsson, A., Rosen, M., Stefansson, C. G., Theorell, T., Tull, P., Aberg, A. Chapter 3. Major health problems. Health in Sweden: The National Public Health Report 2001. Scand J Public Health. 2001; Suppl 58: 37-102

**10237**    Walters, M. D., Tulikangas, P. K., LaSala, C., Muir, T. W. Vascular injury during tension-free vaginal tape procedure for stress urinary incontinence. Obstet Gynecol. 2001 Nov; 98: 957-9

**10238**    Zullo, F., Palomba, S., Piccione, F., Morelli, M., Arduino, B., Mastrantonio, P. Laparoscopic Burch colposuspension: a randomized controlled trial comparing two transperitoneal surgical techniques. Obstet Gynecol. 2001 Nov; 98: 783-8

**10239**    Tamussino, K. F., Hanzal, E., Kolle, D., Ralph, G., Riss, P. A. Tension-free vaginal tape operation: results of the Austrian registry. Obstet Gynecol. 2001 Nov; 98: 732-6

**10240**    Copas, P., Bukovsky, A., Asbury, B., Elder, R. F., Caudle, M. R. Estrogen, progesterone, and androgen receptor expression in levator ani muscle and fascia. J Womens Health Gend Based Med. 2001 Oct; 10: 785-95

---

10241   Tannenbaum, C., Bachand, G., Dubeau, C. E., Kuchel, G. A. Experience of an incontinence clinic for older women: no apparent age limit for potential physical and psychological benefits. J Womens Health Gend Based Med. 2001 Oct; 10: 751-6

10242   Hagglund, D., Walker-Engstrom, M. L., Larsson, G., Leppert, J. Quality of life and seeking help in women with urinary incontinence. Acta Obstet Gynecol Scand. 2001 Nov; 80: 1051-5

10243   Neal, L. J. Rehab's role in incontinence treatment and ostomy care. Rehab Manag. 2000 Jun-Jul; 13: 28-30, 100

10244   Kapoor, D., Ghoniem, G. Re: Randomized comparison of local versus epidural anesthesia for tension-free vaginal tape operation. J Urol. 2001 Dec; 166: 2323-4

10245   Goldman, H. B., Rackley, R. R., Appell, R. A. The in situ anterior vaginal wall sling: predictors of success. J Urol. 2001 Dec; 166: 2259-62

10246   Radley, S. C., Rosario, D. J., Chapple, C. R., Farkas, A. G. Conventional and ambulatory urodynamic findings in women with symptoms suggestive of bladder overactivity. J Urol. 2001 Dec; 166: 2253-8

10247   Bo, K., Borgen, J. S. Prevalence of stress and urge urinary incontinence in elite athletes and controls. Med Sci Sports Exerc. 2001 Nov; 33: 1797-802

10248   Bezerra, C. A., Bruschini, H. Suburethral sling operations for urinary incontinence in women. Cochrane Database Syst Rev. 2001; : CD001754

10249   Romanzi, L. J. Urinary incontinence in women and men. J Gend Specif Med. 2001; 4: 14-20

10250   Vereecken, R. L., Lechat, A. Cadaver fascia lata sling in the treatment of intrinsic sphincter weakness. Urol Int. 2001; 67: 232-4

10251   Gordon, D., Gold, R. S., Pauzner, D., Lessing, J. B., Groutz, A. Combined genitourinary prolapse repair and prophylactic tension-free vaginal tape in women with severe prolapse and occult stress urinary incontinence: preliminary results. Urology. 2001 Oct; 58: 547-50

10252   Sugerman, H. J. Effects of increased intra-abdominal pressure in severe obesity. Surg Clin North Am. 2001 Oct; 81: 1063-75, vi

10253   Ganio, E., Masin, A., Ratto, C., Altomare, D. F., Ripetti, V., Clerico, G., Lise, M., Doglietto, G. B., Memeo, V., Landolfi, V., Del Genio, A., Arullani, A., Giardiello, G., de Seta, F. Short-term sacral nerve stimulation for functional anorectal and urinary disturbances: results in 40 patients: evaluation of a new option for anorectal functional disorders. Dis Colon Rectum. 2001 Sep; 44: 1261-7

10254   Kupeli, B., Kordan, Y., Alkibay, T. Urinary incontinence after pelvic trauma: a case report. Int Urol Nephrol. 2001; 32: 363-5

10255   Norris, A., Scerri, A., Powell, M. Quality of anaesthesia for insertion of tension-free vaginal tape using local analgesia and sedation. Eur J Anaesthesiol. 2001 Nov; 18: 755-8

10256   Viktrup, L., Lose, G. Do fertile women remember the onset of stress incontinence? Recall bias 5 years after 1st delivery. Acta Obstet Gynecol Scand. 2001 Oct; 80: 952-5

10257   Bo, K., Finckenhagen, H. B. Vaginal palpation of pelvic floor muscle strength: inter-test reproducibility and comparison between palpation and vaginal squeeze pressure. Acta Obstet Gynecol Scand. 2001 Oct; 80: 883-7

10258   Mutone, N., Mastropietro, M., Brizendine, E., Hale, D. Effect of tension-free vaginal tape procedure on urodynamic continence indices. Obstet Gynecol. 2001 Oct; 98: 638-45

10259   Arvonen, T., Fianu-Jonasson, A., Tyni-Lenne, R. Effectiveness of two conservative modes of physical therapy in women with urinary stress incontinence. Neurourol Urodyn. 2001; 20: 591-9

10260   Sakakibara, R., Shinotoh, H., Uchiyama, T., Sakuma, M., Kashiwado, M., Yoshiyama, M., Hattori, T. Questionnaire-based assessment of pelvic organ dysfunction in Parkinson's disease. Auton Neurosci. 2001 Sep 17; 92: 76-85

10261   Bidmead, J., Cardozo, L. Retropubic urethropexy (Burch colposuspension). Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 262-5

## Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**10262** Hextall, A., Cardozo, L. The role of estrogen supplementation in lower urinary tract dysfunction. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 258-61

**10263** Soergel, T. M., Shott, S., Heit, M. Poor surgical outcomes after fascia lata allograft slings. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 247-53

**10264** Girao, M. J., Jarmy-Di Bella, Z. I., Sartori, M. G., Baracat, E. C., Lima, G. R. Doppler velocimetry parameters of periurethral vessels in postmenopausal incontinent women receiving estrogen replacement. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 241-6

**10265** Fitzgerald, M. P., Jaffar, J., Brubaker, L. Risk factors for an elevated postvoid residual urine volume in women with symptoms of urinary urgency, frequency and urge incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 237-9; discussion 239-40

**10266** Glavind, K. Conservative treatment of stress incontinence with Geisha balls. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 223-4; discussion 224-5

**10267** Morell, J. D., Morales, A. Assessment of long-term patient satisfaction after vesical neck suspension for stress urinary incontinence. Can J Urol. 2001 Aug; 8: 1323-5

**10268** von Gontard, A., Laufersweiler-Plass, C., Backes, M., Zerres, K., Rudnik-Schoneborn, S. Enuresis and urinary incontinence in children and adolescents with spinal muscular atrophy. BJU Int. 2001 Sep; 88: 409-13

**10269** el-Toukhy, T. A., Davies, A. E. The efficacy of laparoscopic mesh colposuspension: results of a prospective controlled study. BJU Int. 2001 Sep; 88: 361-6

**10270** Choe, J. M., Kothandapani, R., James, L., Bowling, D. Autologous, cadaveric, and synthetic materials used in sling surgery: comparative biomechanical analysis. Urology. 2001 Sep; 58: 482-6

**10271** Ross, J. W. Laparoscopic Burch colposuspension and overlapping sphincteroplasty for double incontinence. JSLS. 2001 Jul-Sep; 5: 203-9

**10272** Brune, M. E., O'Neill, A. B., Gauvin, D. M., Katwala, S. P., Altenbach, R. J., Brioni, J. D., Hancock, A. A., Sullivan, J. P. Comparison of alpha 1-adrenoceptor agonists in canine urethral pressure profilometry and abdominal leak point pressure models. J Urol. 2001 Oct; 166: 1555-9

**10273** Bent, A. E., Foote, J., Siegel, S., Faerber, G., Chao, R., Gormley, E. A. Collagen implant for treating stress urinary incontinence in women with urethral hypermobility. J Urol. 2001 Oct; 166: 1354-7

**10274** Pannek, J., Brands, F. H., Senge, T. Particle migration after transurethral injection of carbon coated beads for stress urinary incontinence. J Urol. 2001 Oct; 166: 1350-3

**10275** Cutner, A., Smith, A. R. Laparoscopic colposuspension. Curr Opin Obstet Gynecol. 2001 Oct; 13: 533-7

**10276** Klutke, J. J., Klutke, C. G. The tension-free vaginal tape procedure: innovative surgery for incontinence. Curr Opin Obstet Gynecol. 2001 Oct; 13: 529-32

**10277** Gordon, D., Groutz, A. Evaluation of female lower urinary tract symptoms: overview and update. Curr Opin Obstet Gynecol. 2001 Oct; 13: 521-7

**10278** Carey, M. P., Dwyer, P. L. Genital prolapse: vaginal versus abdominal route of repair. Curr Opin Obstet Gynecol. 2001 Oct; 13: 499-505

**10279** Okonkwo, J. E., Obionu, C. O., Obiechina, N. J. Factors contributing to urinary incontinence and pelvic prolapse in Nigeria. Int J Gynaecol Obstet. 2001 Sep; 74: 301-3

**10280** Fultz, N. H., Herzog, A. R. Self-reported social and emotional impact of urinary incontinence. J Am Geriatr Soc. 2001 Jul; 49: 892-9

**10281** Gill, E. J., Elser, D. M., Bonidie, M. J., Roberts, K. M., Hurt, W. G. The routine use of cystoscopy with the Burch procedure. Am J Obstet Gynecol. 2001 Aug; 185: 345-8

**10282** Hoyte, L., Fielding, J. R., Versi, E., Mamisch, C., Kolvenbach, C., Kikinis, R. Variations in levator ani volume and geometry in women: the application of MR based 3D reconstruction in evaluating pelvic floor dysfunction. Arch Esp Urol. 2001 Jul-Aug; 54: 532-9

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**10283** Moore, R. D., Speights, S. E., Miklos, J. R. Laparoscopic Burch colposuspension for recurrent stress urinary incontinence. J Am Assoc Gynecol Laparosc. 2001 Aug; 8: 389-92

**10284** Lee, C. L., Yen, C. F., Wang, C. J., Jain, S., Soong, Y. K. Extraperitoneal approach to laparoscopic Burch colposuspension. J Am Assoc Gynecol Laparosc. 2001 Aug; 8: 374-7

**10285** Ushiroyama, T., Ikeda, A., Ueki, M. Clinical efficacy of clenbuterol and propiverine in menopausal women with urinary incontinence: improvement in quality of life. J Med. 2000; 31: 311-9

**10286** Culligan, P. J., Goldberg, R. P., Blackhurst, D. W., Sasso, K., Koduri, S., Sand, P. K. Comparison of microtransducer and fiberoptic catheters for urodynamic studies. Obstet Gynecol. 2001 Aug; 98: 253-7

**10287** Mason, L., Glenn, S., Walton, I., Hughes, C. Women's reluctance to seek help for stress incontinence during pregnancy and following childbirth. Midwifery. 2001 Sep; 17: 212-21

**10288** Gonzalez-Argente, F. X., Jain, A., Nogueras, J. J., Davila, G. W., Weiss, E. G., Wexner, S. D. Prevalence and severity of urinary incontinence and pelvic genital prolapse in females with anal incontinence or rectal prolapse. Dis Colon Rectum. 2001 Jul; 44: 920-6

**10289** Ulmsten, U. The basic understanding and clinical results of tension-free vaginal tape for stress urinary incontinence. Urologe A. 2001 Jul; 40: 269-73

**10290** Oge, O. Re: Protracted urinary retention necessitating urethrolysis following tension-free vaginal tape surgery. J Urol. 2001 Sep; 166: 1009-10

**10291** Choe, J. M. Tension-free vaginal tape: is it truly tension-free?. J Urol. 2001 Sep; 166: 1003

**10292** Groutz, A., Chaikin, D. C., Theusen, E., Blaivas, J. G. Use of cadaveric solvent-dehydrated fascia lata for cystocele repair-- preliminary results. Urology. 2001 Aug; 58: 179-83

**10293** Iskander, M. N., Kapoor, D. Pregnancy following tension-free vaginal taping. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 199-200

**10294** Natarajan, V., Singh, G. Urinary diversion for incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 180-7

**10295** Kowalczyk, J. J., Mulcahy, J. J. Use of the artificial urinary sphincter in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 176-9

**10296** Demirci, F., Petri, E. Perioperative complications of Burch colposuspension. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 170-5

**10297** Jarmy-Di Bella, Z. I., Girao, M. J., Sartori, M. F., Di Bella Junior, V., Lederman, H. M., Baracat, E. C., Lima, G. R. Power Doppler of the urethra in continent or incontinent, pre- and postmenopausal women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 148-154; discussion 154-5

**10298** Chou, T. P., Gorton, E., Stanton, S. L., Atherton, M., Baessler, K., Rienhardt, G. Can uroflowmetry patterns in women be reliably interpreted?. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 142-7

**10299** McLennan, M. T., Melick, C. F., Bent, A. E. Leak-point pressure: clinical application of values at two different volumes. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 136-41

**10300** Koelle, D., Stenzl, A., Koelbl, H., Marth, C. Treatment of postoperative urinary retention by elongation of tension-free vaginal tape. Am J Obstet Gynecol. 2001 Jul; 185: 250-1

**10301** Graham, C. A., Mallett, V. T. Race as a predictor of urinary incontinence and pelvic organ prolapse. Am J Obstet Gynecol. 2001 Jul; 185: 116-20

**10302** Viktrup, L., Lose, G. The risk of stress incontinence 5 years after first delivery. Am J Obstet Gynecol. 2001 Jul; 185: 82-7

**10303** Reddy, A. P., DeLancey, J. O., Zwica, L. M., Ashton-Miller, J. A. On-screen vector-based ultrasound assessment of vesical neck movement. Am J Obstet Gynecol. 2001 Jul; 185: 65-70

**10304** Kenton, K., FitzGerald, M. P., Shott, S., Brubaker, L. Role of urethral electromyography in predicting outcome of Burch retropubic urethropexy. Am J Obstet Gynecol. 2001 Jul; 185: 51-5

**Appendix A6: Bibliography sorted by Procite Number**

Case 3:17-cv-04002-WHO Document 82-4 Filed 05/11/18 Page 481 of 800 PageID #: 146556

**American Urological Association, Inc.**

**Master Bibliography**

**SUI Guidelines Panel**

**sorted by Procite Number**

**10305** Young, S. B., Howard, A. E., Baker, S. P. Mersilene mesh sling: short- and long-term clinical and urodynamic outcomes. Am J Obstet Gynecol. 2001 Jul; 185: 32-40

**10306** FitzGerald, M. P., Kenton, K., Shott, S., Brubaker, L. Responsiveness of quality of life measurements to change after reconstructive pelvic surgery. Am J Obstet Gynecol. 2001 Jul; 185: 20-4

**10307** Hoyte, L., Schierlitz, L., Zou, K., Flesh, G., Fielding, J. R. Two- and 3-dimensional MRI comparison of levator ani structure, volume, and integrity in women with stress incontinence and prolapse. Am J Obstet Gynecol. 2001 Jul; 185: 11-9

**10308** Muscatello, D. J., Rissel, C., Szonyi, G. Urinary symptoms and incontinence in an urban community: prevalence and associated factors in older men and women. Intern Med J. 2001 Apr; 31: 151-60

**10309** Rane, A. A comparison of bladder neck movement and elevation after tension free vaginal tape and colposuspension. BJOG. 2001 Jul; 108: 776

**10310** Koelbl, H., Stoerer, S., Seliger, G., Wolters, M. Transurethral penetration of a tension-free vaginal tape. BJOG. 2001 Jul; 108: 763-5

**10311** Karram, M. M. Why surgery for incontinence and prolapse fails. Urol Int. 2001; 67: 12-3

**10312** Soulie, M., Cuvillier, X., Benaissa, A., Mouly, P., Larroque, J. M., Bernstein, J., Soulie, R., Tollon, C., Brucher, P., Vazzoler, N., Seguin, P., Pontonnier, F., Plante, P. The tension-free transvaginal tape procedure in the treatment of female urinary stress incontinence: a French prospective multicentre study. Eur Urol. 2001 Jun; 39: 709-14; discussion 715

**10313** Peyrat, L., Boutin, J. M., Bruyere, F., Haillot, O., Fakfak, H., Lanson, Y. Intestinal perforation as a complication of tension-free vaginal tape procedure for urinary incontinence. Eur Urol. 2001 May; 39: 603-5

**10314** Azam, U., Frazer, M. I., Kozman, E. L., Ward, K., Hilton, P., Rane, A. The tension-free vaginal tape procedure in women with previous failed stress incontinence surgery. J Urol. 2001 Aug; 166: 554-6

**10315** Dattilo, J. A long-term study of patient outcomes with pelvic muscle re-education for urinary incontinence. J Wound Ostomy Continence Nurs. 2001 Jul; 28: 199-205

**10316** Lynch, C. M., Powers, A. K., Keating, A. B. Pregnancy complicated by a suburethral sling: a case report. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 218-9

**10317** Lovatsis, D., Drutz, H. P. Is transabdominal repair of mild to moderate cystocele necessary for correction of prolapse during a modified Burch procedure?. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 193-8

**10318** Weber, A. M., Abrams, P., Brubaker, L., Cundiff, G., Davis, G., Dmochowski, R. R., Fischer, J., Hull, T., Nygaard, I., Weidner, A. C. The standardization of terminology for researchers in female pelvic floor disorders. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 178-86

**10319** Dietz, H. P., Wilson, P. D., Clarke, B. The use of perineal ultrasound to quantify levator activity and teach pelvic floor muscle exercises. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 166-8; discussion 168-9

**10320** Tegerstedt, G., Sjoberg, B., Hammarstrom, M. Clinical outcome or abdominal urethropexy-colposuspension: a long-term follow-up. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 161-5

**10321** Wakavaiachi, V. M., Girao, M. J., Sartori, M. G., Baracat, E. C., Rodrigues de Lima, G., Novo, N. F. Changes in the lower urinary tract in continent women and in women with stress urinary incontinence, according to menopausal status. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 156-60

**10322** Rezapour, M., Ulmsten, U. Tension-Free vaginal tape (TVT) in women with recurrent stress urinary incontinence-- a long-term follow up. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S9-11

**10323** Nilsson, C. G., Kuuva, N., Falconer, C., Rezapour, M., Ulmsten, U. Long-term results of the tension-free vaginal tape (TVT) procedure for surgical treatment of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S5-8

**10324** Ulmsten, U. An introduction to tension-free vaginal tape (TVT)--a new surgical procedure for treatment of female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S3-4

**American Urological Association, Inc.**

**SUI Guidelines Panel**

10325    Tamussino, K., Hanzal, E., Kolle, D., Ralph, G., Riss, P. The Austrian tension-free vaginal tape registry. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S28-9

10326    Meschia, M., Pifarotti, P., Bernasconi, F., Guercio, E., Maffiolini, M., Magatti, F., Spreafico, L. Tension-Free vaginal tape: analysis of outcomes and complications in 404 stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S24-27

10327    Falconer, C., Soderberg, M., Blomgren, B., Ulmsten, U. Influence of different sling materials on connective tissue metabolism in stress urinary incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S19-23

10328    Rezapour, M., Ulmsten, U. Tension-Free vaginal tape (TVT) in women with mixed urinary incontinence--a long-term follow-up. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S15-18

10329    Rezapour, M., Falconer, C., Ulmsten, U. Tension-Free vaginal tape (TVT) in stress incontinent women with intrinsic sphincter deficiency (ISD)--a long-term follow-up. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12 Suppl 2: S12-14

10330    Clark, A. D., Salloum, M. S. Vaginal retropubic urethropexy with intraoperative cystometry for treating urinary stress incontinence. BJU Int. 2001 Jul; 88: 49-52

10331    Cornacchia, M., Zenorini, A., Perobelli, S., Zanolla, L., Mastella, G., Braggion, C. Prevalence of urinary incontinence in women with cystic fibrosis. BJU Int. 2001 Jul; 88: 44-8

10332    Showalter, P. R., Zimmern, P. E., Roehrborn, C. G., Lemack, G. E. Standing cystourethrogram: an outcome measure after anti-incontinence procedures and cystocele repair in women. Urology. 2001 Jul; 58: 33-7

10333    Lightner, D., Calvosa, C., Andersen, R., Klimberg, I., Brito, C. G., Snyder, J., Gleason, D., Killion, D., Macdonald, J., Khan, A. U., Diokno, A., Sirls, L. T., Saltzstein, D. A new injectable bulking agent for treatment of stress urinary incontinence: results of a multicenter, randomized, controlled, double- blind study of Durasphere. Urology. 2001 Jul; 58: 12-5

10334    Kuo, H. C. Sonographic evaluation of anatomic results after the pubovaginal sling procedure for stress urinary incontinence. J Ultrasound Med. 2001 Jul; 20: 739-47

10335    Sievert, K. D., Emre Bakircioglu, M., Tsai, T., Dahms, S. E., Nunes, L., Lue, T. F. The effect of simulated birth trauma and/or ovariectomy on rodent continence mechanism. Part I: functional and structural change. J Urol. 2001 Jul; 166: 311-7

10336    Kuo, H. C. Anatomical and functional results of pubovaginal sling procedure using polypropylene mesh for the treatment of stress urinary incontinence. J Urol. 2001 Jul; 166: 152-7

10337    Davila, G. W., Daugherty, C. A., Sanders, S. W. A short-term, multicenter, randomized double-blind dose titration study of the efficacy and anticholinergic side effects of transdermal compared to immediate release oral oxybutynin treatment of patients with urge urinary incontinence. J Urol. 2001 Jul; 166: 140-5

10338    Liapis, A., Bakas, P., Pafiti, A., Frangos-Plemenos, M., Arnoyannaki, N., Creatsas, G. Changes of collagen type III in female patients with genuine stress incontinence and pelvic floor prolapse. Eur J Obstet Gynecol Reprod Biol. 2001 Jul; 97: 76-9

10339    Tsai, E., Yang, C., Chen, H., Wu, C., Lee, J. Bladder neck circulation by Doppler ultrasonography in postmenopausal women with urinary stress incontinence. Obstet Gynecol. 2001 Jul; 98: 52-6

10340    Herschorn, S. Current status of injectable agents for female stress urinary incontinence. Can J Urol. 2001 Jun; 8: 1281-9

10341    Pages, I. H., Jahr, S., Schaufele, M. K., Conradi, E. Comparative analysis of biofeedback and physical therapy for treatment of urinary stress incontinence in women. Am J Phys Med Rehabil. 2001 Jul; 80: 494-502

10342    Mostwin, J. L., Genadry, R., Saunders, R., Yang, A. Stress incontinence observed with real time sonography and dynamic fastscan magnetic resonance imaging--insights into pathophysiology. Scand J Urol Nephrol Suppl. 2001; : 94-9; discussion 106-25

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

10343   Hedlund, H., Bo, K., Lilleas, F., Talseth, T., Tillung, T. The clinical value of dynamic magnetic resonance imaging in normal and incontinent women--a preliminary study on micturition. Scand J Urol Nephrol Suppl. 2001; : 87-91; discussion 106-25

10344   Schaer, G. The clinical value of sonographic imaging of the urethrovesical anatomy. Scand J Urol Nephrol Suppl. 2001; : 80-6; discussion 106-25

10345   Kulseng-Hanssen, S. The clinical value of ambulatory urethral pressure recording in women. Scand J Urol Nephrol Suppl. 2001; : 67-73; discussion 106-25

10346   Dahms, S. E., Lampel, D. S., Kloeppel, S., Hohenfellner, M., Melchior, S. W., Muller, S. C., Thuroff, J. W. Low urethral pressure profile--clinical implications. Scand J Urol Nephrol Suppl. 2001; : 100-5; discussion 106-25

10347   Ashton-Miller, J. A., Howard, D., DeLancey, J. O. The functional anatomy of the female pelvic floor and stress continence control system. Scand J Urol Nephrol Suppl. 2001; : 1-7; discussion 106-25

10348   Krstic, Z. D., Lukac, M., Lukac, R., Smoljanic, Z., Vukadinovic, V., Varinac, D. Surgical treatment of cloacal anomalies. Pediatr Surg Int. 2001 May; 17: 329-33

10349   Van Kessel, K., Reed, S., Newton, K., Meier, A., Lentz, G. The second stage of labor and stress urinary incontinence. Am J Obstet Gynecol. 2001 Jun; 184: 1571-5

10350   Luber, K. M., Boero, S., Choe, J. Y. The demographics of pelvic floor disorders: current observations and future projections. Am J Obstet Gynecol. 2001 Jun; 184: 1496-501; discussion 1501-3

10351   Demirci, F., Yucel, O., Eren, S., Alkan, A., Demirci, E., Yildirim, U. Long-term results of Burch colposuspension. Gynecol Obstet Invest. 2001; 51: 243-7

10352   Austin, P. F., Westney, O. L., Leng, W. W., McGuire, E. J., Ritchey, M. L. Advantages of rectus fascial slings for urinary incontinence in children with neuropathic bladders. J Urol. 2001 Jun; 165: 2369-71; discussion 2371-2

10353   Manning, J., Eyers, A. A., Korda, A., Benness, C., Solomon, M. J. Is there an association between fecal incontinence and lower urinary dysfunction?. Dis Colon Rectum. 2001 Jun; 44: 790-8

10354   Persson, J., Bergqvist, C. E., Wolner-Hanssen, P. An ultra-short perineal pad-test for evaluation of female stress urinary incontinence treatment. Neurourol Urodyn. 2001; 20: 277-85

10355   Romanzi, L. J., Groutz, A., Heritz, D. M., Blaivas, J. G. Involuntary detrusor contractions: correlation of urodynamic data to clinical categories. Neurourol Urodyn. 2001; 20: 249-57

10356   Arya, L. A., Myers, D. L., Jackson, N. D. Office screening test for intrinsic urethral sphincter deficiency: pediatric Foley catheter test. Obstet Gynecol. 2001 Jun; 97: 885-9

10357   Rackley, R. R., Abdelmalak, J. B., Tchetgen, M. B., Madjar, S., Jones, S., Noble, M. Tension-free vaginal tape and percutaneous vaginal tape sling procedures. Tech Urol. 2001 Jun; 7: 90-100

10358   Rodriguez, L. V., Berman, J., Raz, S. Polypropylene sling for treatment of stress urinary incontinence: an alternative to tension-free vaginal tape. Tech Urol. 2001 Jun; 7: 87-9

10359   Cespedes, R. D. Treatment options for outlet obstruction following anti-incontinence surgery in females. Tech Urol. 2001 Jun; 7: 118-25

10360   Dmochowski, R. R., Appell, R. A. Delivery of injectable agents for treatment of stress urinary incontinence in women: evolving techniques. Tech Urol. 2001 Jun; 7: 110-7

10361   Leissner, J., Allhoff, E. P., Naumann, G., Pretzsch, G., Hockel, M., Black, P., Hohenfellner, R. Inguinovaginal sling procedure for female stress incontinence: introduction of a minimally invasive technique. Tech Urol. 2001 Jun; 7: 105-9

10362   Goldman, H. B. In situ anterior vaginal wall sling. Tech Urol. 2001 Jun; 7: 101-4

10363   Mallipeddi, P. K., Steele, A. C., Kohli, N., Karram, M. M. Anatomic and functional outcome of vaginal paravaginal repair in the correction of anterior vaginal wall prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 83-8

10364   Jozwik, M., Jozwik, M. Partial denervation of the pelvic floor during term vaginal delivery. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 81-2

© 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**10365**  Zilbert, A. W., Farrell, S. A. External iliac artery laceration during tension-free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 141-3

**10366**  Vierhout, M. E. Severe hemorrhage complicating tension-free vaginal tape (TVT): a case report. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 139-40

**10367**  Alnaif, B., Drutz, H. P. The prevalence of urinary and fecal incontinence in Canadian secondary school teenage girls: questionnaire study and review of the literature. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 134-137; discussion138

**10368**  Demirci, F., Ozden, S., Alpay, Z., Demirci, E. T., Ayas, S. The effects of vaginal delivery and cesarean section on bladder neck mobility and stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 129-33

**10369**  Choe, J. M. Preventing urethral obstruction using the 6-point fixation and weight- adjusted spacing nomogram during sling surgery. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 122-8

**10370**  Maher, C., Carey, M., Dwyer, P., Moran, P. Pubovaginal or vicryl mesh rectus fascia sling in intrinsic sphincter deficiency. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 111-6

**10371**  Frankel, G. Re: Protracted urinary retention necessitating urethrolysis following tension-free vaginal tape surgery. J Urol. 2001 Jun; 165: 2007-8

**10372**  Petrou, S. P., Frank, I. Complications and initial continence rates after a repeat pubovaginal sling procedure for recurrent stress urinary incontinence. J Urol. 2001 Jun; 165: 1979-81

**10373**  Haab, F., Traxer, O., Ciofu, C. Tension-free vaginal tape: why an unusual concept is so successful. Curr Opin Urol. 2001 May; 11: 293-7

**10374**  Fitzpatrick, M., O'Herlihy, C. The effects of labour and delivery on the pelvic floor. Best Pract Res Clin Obstet Gynaecol. 2001 Feb; 15: 63-79

**10375**  Ng, C. S., Rackley, R. R., Appell, R. A. Incidence of concomitant procedures for pelvic organ prolapse and reconstruction in women who undergo surgery for stress urinary incontinence. Urology. 2001 May; 57: 911-3

**10376**  Ganio, E., Luc, A. R., Clerico, G., Trompetto, M. Sacral nerve stimulation for treatment of fecal incontinence: a novel approach for intractable fecal incontinence. Dis Colon Rectum. 2001 May; 44: 619-29; discussion 629-31

**10377**  Brenner, B. Comparing the laparoscopic Burch colposuspension and the suburethral sling. N Z Med J. 2001 Mar 23; 114: 146

**10378**  Podesta, M. L., Jordan, G. H. Pelvic fracture urethral injuries in girls. J Urol. 2001 May; 165: 1660-5

**10379**  Erickson, D. R. Female stress incontinence. J Urol. 2001 May; 165: 1612-3

**10380**  Carbone, J. M., Kavaler, E., Hu, J. C., Raz, S. Pubovaginal sling using cadaveric fascia and bone anchors: disappointing early results. J Urol. 2001 May; 165: 1605-11

**10381**  Brady, C. M., Ahmed, I., Drumm, J., Flood, H. D. A prospective evaluation of the efficiency of early postoperative bladder emptying after the Stamey procedure or pubovaginal sling for stress urinary incontinence. J Urol. 2001 May; 165: 1601-4

**10382**  Groutz, A., Blaivas, J. G., Hyman, M. J., Chaikin, D. C. Pubovaginal sling surgery for simple stress urinary incontinence: analysis by an outcome score. J Urol. 2001 May; 165: 1597-600

**10383**  Meyer, S., Hohlfeld, P., Achtari, C., De Grandi, P. Pelvic floor education after vaginal delivery. Obstet Gynecol. 2001 May; 97: 673-7

**10384**  Johnson, V. Y. How the principles of exercise physiology influence pelvic floor muscle training. J Wound Ostomy Continence Nurs. 2001 May; 28: 150-5

**10385**  Laurikkala, J., Juhola, M., Lammi, S., Penttinen, J., Aukee, P. Analysis of the imputed female urinary incontinence data for the evaluation of expert system parameters. Comput Biol Med. 2001 Jul; 31: 239-57

**10386**  Lin, H. H., Yu, H. J., Sheu, B. C., Huang, S. C. Importance of urodynamic study before radical hysterectomy for cervical cancer. Gynecol Oncol. 2001 May; 81: 270-2

**American Urological Association, Inc.**

SUI Guidelines Panel

10387    Glazener, C. M., Cooper, K. Anterior vaginal repair for urinary incontinence in women. Cochrane Database Syst Rev. 2001; : CD001755

10388    Hay-Smith, E. J., Bo Berghmans, L. C., Hendriks, H. J., de Bie, R. A., van Waalwijk van Doorn, E. S. Pelvic floor muscle training for urinary incontinence in women. Cochrane Database Syst Rev. 2001; : CD001407

10389    Mouritsen, L. Effect of vaginal devices on bladder neck mobility in stress incontinent women. Acta Obstet Gynecol Scand. 2001 May; 80: 428-31

10390    Yalcin, O. T., Yildirim, A., Hassa, H. The effects of severe cystocele on urogynecologic symptoms and findings. Acta Obstet Gynecol Scand. 2001 May; 80: 423-7

10391    Appell, R. A., Sand, P., Dmochowski, R., Anderson, R., Zinner, N., Lama, D., Roach, M., Miklos, J., Saltzstein, D., Boone, T., Staskin, D. R., Albrecht, D. Prospective randomized controlled trial of extended-release oxybutynin chloride and tolterodine tartrate in the treatment of overactive bladder: results of the OBJECT Study. Mayo Clin Proc. 2001 Apr; 76: 358-63

10392    Elliott, D. S., Lightner, D. J., Blute, M. L. Medical management of overactive bladder. Mayo Clin Proc. 2001 Apr; 76: 353-5

10393    Naik, R., Nwabinelli, J., Mayne, C., Nordin, A., de Barros Lopes, A., Monaghan, J. M., Hilton, P. Prevalence and management of (non-fistulous) urinary incontinence in women following radical hysterectomy for early stage cervical cancer. Eur J Gynaecol Oncol. 2001; 22: 26-30

10394    Kim, K., Jurnalov, C. D., Ham, S., Webb, M. J., An, K. Mechanisms of female urinary continence under stress: frequency spectrum analysis. J Biomech. 2001 May; 34: 687-91

10395    Bakas, P., Liapis, A., Karandreas, A., Creatsas, G. Pudendal nerve terminal motor latency in women with genuine stress incontinence and prolapse. Gynecol Obstet Invest. 2001; 51: 187-90

10396    Jomaa, M. Combined tension-free vaginal tape and prolapse repair under local anaesthesia in patients with symptoms of both urinary incontinence and prolapse. Gynecol Obstet Invest. 2001; 51: 184-6

10397    Radley, S. C., Chapple, C. R., Mitsogiannis, I. C., Glass, K. S. Transurethral implantation of macroplastique for the treatment of female stress urinary incontinence secondary to urethral sphincter deficiency. Eur Urol. 2001 Apr; 39: 383-9

10398    Hutchings, A., Black, N. A. Surgery for stress incontinence: a non-randomised trial of colposuspension, needle suspension and anterior colporrhaphy. Eur Urol. 2001 Apr; 39: 375-82

10399    Giberti, C. Transvaginal sacrospinous colpopexy by palpation-a new minimally invasive procedure using an anchoring system. Urology. 2001 Apr; 57: 666-8; discussion 668-9

10400    Nilsson, C. G., Kuuva, N. The tension-free vaginal tape procedure is successful in the majority of women with indications for surgical treatment of urinary stress incontinence. BJOG. 2001 Apr; 108: 414-9

10401    Bidmead, J., Cardozo, L., McLellan, A., Khullar, V., Kelleher, C. A comparison of the objective and subjective outcomes of colposuspension for stress incontinence in women. BJOG. 2001 Apr; 108: 408-13

10402    Ishiko, O., Hirai, K., Sumi, T., Tatsuta, I., Ogita, S. Hormone replacement therapy plus pelvic floor muscle exercise for postmenopausal stress incontinence. A randomized, controlled trial. J Reprod Med. 2001 Mar; 46: 213-20

10403    Gray, M., McClain, R., Peruggia, M., Patrie, J., Steers, W. D. A model for predicting motor urge urinary incontinence. Nurs Res. 2001 Mar-Apr; 50: 116-22

10404    Whitman, G. T. Patients with urinary incontinence and falls. J Am Geriatr Soc. 2001 Mar; 49: 336-7

10405    Junemann, K. P. The management of female urinary stress incontinence: II. The use of devices. BJU Int. 2001 Mar; 87: 449-55

10406    Hsieh, G. C., Klutke, J. J., Kobak, W. H. Low valsalva leak-point pressure and success of retropubic urethropexy. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 46-50

10407    Heit, M., Pasic, R., Levine, R. L. The clinical utility of a vaginal template designed to standardize suture placement during retropubic colposuspensions. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 42-5

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**10408** Dietz, H. P., Clarke, B. The urethral pressure profile and ultrasound imaging of the lower urinary tract. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 38-41

**10409** Meltomaa, S. S., Haarala, M. A., Taalikka, M. O., Kiilholma, P. J., Alanen, A., Makinen, J. I. Outcome of Burch retropubic urethropexy and the effect of concomitant abdominal hysterectomy: a prospective long-term follow-up study. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 3-8

**10410** Nel, J. T., Diedericks, A., Joubert, G., Arndt, K. A prospective clinical and urodynamic study of bladder function during and after pregnancy. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 21-6

**10411** Indrekvam, S., Fosse, O. A., Hunskaar, S. A Norwegian national cohort of 3198 women treated with home-managed electrical stimulation for urinary incontinence--demography and medical history. Scand J Urol Nephrol. 2001 Feb; 35: 26-31

**10412** Nguyen, J. K. Current concepts in the diagnosis and surgical repair of anterior vaginal prolapse due to paravaginal defects. Obstet Gynecol Surv. 2001 Apr; 56: 239-46

**10413** Peschers, U. M., Fanger, G., Schaer, G. N., Vodusek, D. B., DeLancey, J. O., Schuessler, B. Bladder neck mobility in continent nulliparous women. BJOG. 2001 Mar; 108: 320-4

**10414** Wattiez, A., Canis, M., Mage, G., Pouly, J. L., Bruhat, M. A. Promontofixation for the treatment of prolapse. Urol Clin North Am. 2001 Feb; 28: 151-7

**10415** McDougall, E. M. Laparoscopic management of female urinary incontinence. Urol Clin North Am. 2001 Feb; 28: 145-9, x

**10416** Neal, D. E., Jr, Foster, L. Southern Illinois University (SIU) sling-bone anchored semitendinosus. Tech Urol. 2001 Mar; 7: 62-3

**10417** Cosson, M., Collinet, P., Occelli, B., Narducci, F., Crepin, G. The vaginal patch plastron for vaginal cure of cystocele. Preliminary results for 47 patients. Eur J Obstet Gynecol Reprod Biol. 2001 Mar; 95: 73-80

**10418** Unterweger, M., Marincek, B., Gottstein-Aalame, N., Debatin, J. F., Seifert, B., Ochsenbein-Imhof, N., Perucchini, D., Kubik-Huch, R. A. Ultrafast MR imaging of the pelvic floor. AJR Am J Roentgenol. 2001 Apr; 176: 959-63

**10419** Wang, A. C., Chen, M. C. Randomized comparison of local versus epidural anesthesia for tension- free vaginal tape operation. J Urol. 2001 Apr; 165: 1177-80

**10420** Costa, P., Mottet, N., Rabut, B., Thuret, R., Ben Naoum, K., Wagner, L. The use of an artificial urinary sphincter in women with type III incontinence and a negative Marshall test. J Urol. 2001 Apr; 165: 1172-6

**10421** Phelan, M. W., Franks, M., Somogyi, G. T., Yokoyama, T., Fraser, M. O., Lavelle, J. P., Yoshimura, N., Chancellor, M. B. Botulinum toxin urethral sphincter injection to restore bladder emptying in men and women with voiding dysfunction. J Urol. 2001 Apr; 165: 1107-10

**10422** Kim, J. I. Continence efficacy intervention program for community residing women with stress urinary incontinence in Japan. Public Health Nurs. 2001 Jan-Feb; 18: 64-72

**10423** Lalos, O., Berglund, A. L., Lalos, A. Impact of urinary and climacteric symptoms on social and sexual life after surgical treatment of stress urinary incontinence in women: a long-term outcome. J Adv Nurs. 2001 Feb; 33: 316-27

**10424** Martan, A., Masata, J., Halaska, M., Voigt, R. Ultrasound imaging of the lower urinary system in women after Burch colposuspension. Ultrasound Obstet Gynecol. 2001 Jan; 17: 58-64

**10425** Georgiou, M., Shehata, H. A., Chaliha, C., Byrne, P. D., McWhinney, N. A., Gough, P. M. Fasciitis: a rare complication of Burch colposuspension. BJOG. 2001 Feb; 108: 227-9

**10426** Slors, F. J., van Zuijlen, P. P., van Dijk, G. J. Sexual and bladder dysfunction after total mesorectal excision for benign diseases. Scand J Gastroenterol Suppl. 2000; : 48-51

**10427** Metin, A., Kayigil, Ahmed, S. I. The rate of urgency symptoms in women with stress urinary incontinence and nomogram based bladder outlet obstruction. Int Urol Nephrol. 2000; 32: 251-3

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

10428    Nakamura, T., Ishiko, O., Hirai, K., Sumi, T., Nakagawa, E., Nakai, Y., Tomoda, S., Ogita, S. Clinical evaluation of the Q-tip test in normal pregnant women. Gynecol Obstet Invest. 2001; 51: 92-5

10429    Canepa, G., Ricciotti, G., Introini, C., Vigliercio, G., Puppo, P. Horseshoe-shaped marlex mesh for the treatment of pelvic floor prolapse. Eur Urol. 2001 Jan; 39 Suppl 2: 23-6; discussion 27

10430    Duckett, J., Connell, R. Guidelines in gynaecology: in menorrhagia and in urinary incontinence. BJOG. 2001 Jan; 108: 129-30

10431    Bidmead, J., Toozs-Hobson, P., Cardozo, L., Robinson, D., Bailey, J. Randomised comparison of Burch colposuspension versus anterior colporrhaphy for patients with stress urinary incontinence. BJOG. 2001 Jan; 108: 128-9

10432    Groutz, A., Gordon, D., Wolman, I., Jaffa, A., Kupferminc, M. J., Lessing, J. B. Persistent postpartum urinary retention in contemporary obstetric practice. Definition, prevalence and clinical implications. J Reprod Med. 2001 Jan; 46: 44-8

10433    Barker, G. K. It is possible to perform a sacrospinous colpopexy via the incision of an anterior vaginal repair alone if a posterior repair is not required. Aust N Z J Obstet Gynaecol. 2000 Nov; 40: 477

10434    Locher, J. L., Goode, P. S., Roth, D. L., Worrell, R. L., Burgio, K. L. Reliability assessment of the bladder diary for urinary incontinence in older women. J Gerontol A Biol Sci Med Sci. 2001 Jan; 56: M32-5

10435    Gauruder-Burmester, A., Tunn, R. Pregnancy and labor after TVT-plasty. Acta Obstet Gynecol Scand. 2001 Mar; 80: 283-4

10436    Mason, L., Glenn, S., Walton, I., Hughes, C. The instruction in pelvic floor exercises provided to women during pregnancy or following delivery. Midwifery. 2001 Mar; 17: 55-64

10437    Hollabaugh, R. S., Steiner, M. S., Dmochowski, R. R. Neuroanatomy of the female continence complex: clinical implications. Urology. 2001 Feb; 57: 382-8

10438    Kusuda, L. Simple release of pubovaginal sling. Urology. 2001 Feb; 57: 358-9

10439    Kubricht, W. S., 3rd, Williams, B. J., Eastham, J. A., Venable, D. D. Tensile strength of cadaveric fascia lata compared to small intestinal submucosa using suture pull through analysis. J Urol. 2001 Feb; 165: 486-90

10440    Maral, I., Ozkardes, H., Peskircioglu, L., Bumin, M. A. Prevalence of stress urinary incontinence in both sexes at or after age 15 years: a cross-sectional study. J Urol. 2001 Feb; 165: 408-12

10441    Domany, B., Bodis, J. Recent results of operations performed on patients with stress urinary incontinence in our department. Am J Obstet Gynecol. 2001 Jan; 184: 245

10442    Weidner, A. C., Myers, E. R., Visco, A. G., Cundiff, G. W., Bump, R. C. Which women with stress incontinence require urodynamic evaluation?. Am J Obstet Gynecol. 2001 Jan; 184: 20-7

10443    Richter, H. E., Varner, R. E., Sanders, E., Holley, R. L., Northen, A., Cliver, S. P. Effects of pubovaginal sling procedure on patients with urethral hypermobility and intrinsic sphincteric deficiency: would they do it again?. Am J Obstet Gynecol. 2001 Jan; 184: 14-9

10444    Fatthy, H., El Hao, M., Samaha, I., Abdallah, K. Modified Burch colposuspension: laparoscopy versus laparotomy. J Am Assoc Gynecol Laparosc. 2001 Feb; 8: 99-106

10445    Bent, A. E., Tutrone, R. T., McLennan, M. T., Lloyd, L. K., Kennelly, M. J., Badlani, G. Treatment of intrinsic sphincter deficiency using autologous ear chondrocytes as a bulking agent. Neurourol Urodyn. 2001; 20: 157-65

10446    Janssen, C. C., Lagro-Janssen, A. L., Felling, A. J. The effects of physiotherapy for female urinary incontinence: individual compared with group treatment. BJU Int. 2001 Feb; 87: 201-6

10447    Lo, T. S., Wang, A. C., Horng, S. G., Liang, C. C., Soong, Y. K. Ultrasonographic and urodynamic evaluation after tension free vagina tape procedure (TVT). Acta Obstet Gynecol Scand. 2001 Jan; 80: 65-70

10448    Petros, P. P., Skilling, P. M. Pelvic floor rehabilitation in the female according to the integral theory of female urinary incontinence. First report. Eur J Obstet Gynecol Reprod Biol. 2001 Feb; 94: 264-9

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**10449**   Cosson, M., Rajabally, R., Querleu, D., Crepin, G. Long term complications of vaginal hysterectomy: a case control study. Eur J Obstet Gynecol Reprod Biol. 2001 Feb; 94: 239-44

**10450**   Miller, J. M., Perucchini, D., Carchidi, L. T., DeLancey, J. O., Ashton-Miller, J. Pelvic floor muscle contraction during a cough and decreased vesical neck mobility. Obstet Gynecol. 2001 Feb; 97: 255-60

**10451**   Golomb, J., Groutz, A., Mor, Y., Leibovitch, I., Ramon, J. Management of urethral erosion caused by a pubovaginal fascial sling. Urology. 2001 Jan; 57: 159-60

**10452**   Sousa-Escandon, A. 'Sandwich technique' for suburethral placement of Mersilene mesh sling during pubovaginal suspension surgery: preliminary results. Urology. 2001 Jan; 57: 49-54

**10453**   Kim, H. L., Gerber, G. S., Patel, R. V., Hollowell, C. M., Bales, G. T. Practice patterns in the treatment of female urinary incontinence: a postal and internet survey. Urology. 2001 Jan; 57: 45-8

**10454**   Gallentine, M. L., Cespedes, R. D. Occult stress urinary incontinence and the effect of vaginal vault prolapse on abdominal leak point pressures. Urology. 2001 Jan; 57: 40-4

**10455**   Demirci, F., Ozden, S., Alpay, Z., Demirci, E. T. The effects of abdominal hysterectomy on bladder neck and urinary incontinence. Aust N Z J Obstet Gynaecol. 1999 May; 39: 239-42

**10456**   Kayigil, O. Our changing strategies on bladder neck suspension operations. Int Urol Nephrol. 1999; 31: 647-54

**10457**   Handa, V. L., Stone, A. Erosion of a fascial sling into the urethra. Urology. 1999 Nov; 54: 923

**10458**   Hahnfeld, L. E., Nakada, S. Y., Moon, T. D. Identification of microtacks in the bladder after laparoscopic pelvic surgery. Urology. 1999 Jul; 54: 162

**10459**   Tebyani, N., Patel, H., Yamaguchi, R., Aboseif, S. R. Percutaneous needle bladder neck suspension for the treatment of stress urinary incontinence in women: long-term results. J Urol. 2000 May; 163: 1510-2

**10460**   Fujisawa, M., Gotoh, A., Miyazaki, S., Nakamura, I., Hara, I., Okada, H., Arakawa, S., Kamidono, S. Sigmoid neobladder in women after radical cystectomy. J Urol. 2000 May; 163: 1505-9

**10461**   Grady, D., Brown, J. S., Vittinghoff, E., Applegate, W., Varner, E., Snyder, T. Postmenopausal hormones and incontinence: the Heart and Estrogen/Progestin Replacement Study. Obstet Gynecol. 2001 Jan; 97: 116-20

**10462**   Kuo, H. C. Long-term results of surgical treatment for female stress urinary incontinence. Urol Int. 2001; 66: 13-7

**10463**   Kovac, S. R. Laparoscopic surgery for genuine stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 395

**10464**   Lazarevski, M. B. Biomechanics of urinary stress incontinence surgery--theory of the non- permanently acting suburethral supportive structure. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 377-85

**10465**   Dietz, H. P., Wilson, P. D. Colposuspension success and failure: a long-term objective follow-up study. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 346-51

**10466**   Viktrup, L., Lose, G. Lower urinary tract symptoms 5 years after the first delivery. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 336-40

**10467**   Vodusek, D. B. Clinical neurophysiological tests in urogynecology. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Dec; 11: 333-5

**10468**   Simons, A. M., Dowell, C. J., Bryant, C. M., Prashar, S., Moore, K. H. Use of the Dowell Bryant Incontinence Cost Index as a post-treatment outcome measure after non-surgical therapy. Neurourol Urodyn. 2001; 20: 85-93

**10469**   Radley, S. C., Chapple, C. R., Bryan, N. P., Clarke, D. E., Craig, D. A. Effect of methoxamine on maximum urethral pressure in women with genuine stress incontinence: a placebo-controlled, double-blind crossover study. Neurourol Urodyn. 2001; 20: 43-52

**10470**   Sapsford, R. R., Hodges, P. W., Richardson, C. A., Cooper, D. H., Markwell, S. J., Jull, G. A. Co-activation of the abdominal and pelvic floor muscles during voluntary exercises. Neurourol Urodyn. 2001; 20: 31-42

**10471**   FitzGerald, M. P., Brubaker, L. The etiology of urinary retention after surgery for genuine stress incontinence. Neurourol Urodyn. 2001; 20: 13-21

**Appendix A6. Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

10472    Culligan, P. J., Heit, M. Urinary incontinence in women: evaluation and management. Am Fam Physician. 2000 Dec 1; 62: 2433-44, 2447, 2452

10473    Nilsson, C. G. Effectiveness of the conveen continence guard (a disposable vaginal device) in the treatment of complicated female stress urinary incontinence. Acta Obstet Gynecol Scand. 2000 Dec; 79: 1052-5

10474    Mouritsen, L., Schiotz, H. A. Pro et contra pelvic floor exercises for female stress urinary incontinence. Acta Obstet Gynecol Scand. 2000 Dec; 79: 1043-5

10475    Jeyaseelan, S. M., Haslam, E. J., Winstanley, J., Roe, B. H., Oldham, J. A. An evaluation of a new pattern of electrical stimulation as a treatment for urinary stress incontinence: a randomized, double-blind, controlled trial. Clin Rehabil. 2000 Dec; 14: 631-40

10476    Liapis, A., Bakas, P., Pafiti, A., Hassiakos, D., Frangos-Plemenos, M., Creatsas, G. Changes in the quantity of collagen type I in women with genuine stress incontinence. Urol Res. 2000 Oct; 28: 323-6

10477    Sharp, H. T., Doucette, R. C., Norton, P. A. Dyspareunia and recurrent stress urinary incontinence after laparoscopic colposuspension with mesh and staples. A case report. J Reprod Med. 2000 Nov; 45: 947-9

10478    Myers, D. L., Peipert, J. F., Rosenblatt, P. L., Ferland, R. J., Jackson, N. D. Patient satisfaction with laparoscopic Burch retropubic urethropexy. J Reprod Med. 2000 Nov; 45: 939-43

10479    Wang, A. C. Bladder-sphincter biofeedback as treatment of detrusor instability in women who failed to respond to oxybutynin. Changgeng Yi Xue Za Zhi. 2000 Oct; 23: 590-9

10480    Yokoyama, T., Yoshimura, N., Dhir, R., Qu, Z., Fraser, M. O., Kumon, H., de Groat, W. C., Huard, J., Chancellor, M. B. Persistence and survival of autologous muscle derived cells versus bovine collagen as potential treatment of stress urinary incontinence. J Urol. 2001 Jan; 165: 271-6

10481    Kuo, H. C. Comparison of video urodynamic results after the pubovaginal sling procedure using rectus fascia and polypropylene mesh for stress urinary incontinence. J Urol. 2001 Jan; 165: 163-8

10482    Haab, F., Sananes, S., Amarenco, G., Ciofu, C., Uzan, S., Gattegno, B., Thibault, P. Results of the tension-free vaginal tape procedure for the treatment of type II stress urinary incontinence at a minimum followup of 1 year. J Urol. 2001 Jan; 165: 159-62

10483    Lee, P. E., Kung, R. C., Drutz, H. P. Periurethral autologous fat injection as treatment for female stress urinary incontinence: a randomized double-blind controlled trial. J Urol. 2001 Jan; 165: 153-8

10484    Kondo, Y., Homma, Y., Takahashi, S., Kitamura, T., Kawabe, K. Transvaginal ultrasound of urethral sphincter at the mid urethra in continent and incontinent women. J Urol. 2001 Jan; 165: 149-52

10485    Carlson, K. V., Rome, S., Nitti, V. W. Dysfunctional voiding in women. J Urol. 2001 Jan; 165: 143-7; discussion 147-8

10486    Campbell, D. J., Tenis, N., Rosamilia, A., Clements, J. A., Dwyer, P. L. Urinary levels of substance P and its metabolites are not increased in interstitial cystitis. BJU Int. 2001 Jan; 87: 35-8

10487    Weidner, A. C., Barber, M. D., Visco, A. G., Bump, R. C., Sanders, D. B. Pelvic muscle electromyography of levator ani and external anal sphincter in nulliparous women and women with pelvic floor dysfunction. Am J Obstet Gynecol. 2000 Dec; 183: 1390-9; discussion 1399-401

10488    Weber, A. M., Walters, M. D. Cost-effectiveness of urodynamic testing before surgery for women with pelvic organ prolapse and stress urinary incontinence. Am J Obstet Gynecol. 2000 Dec; 183: 1338-46; discussion 1346-7

10489    Valiquette, L., Duclos, A. J., Lapointe, S. P. FPSUND: a new clinical classification of urinary incontinence. Can J Urol. 2000 Jun; 7: 1038-42

10490    Atherton, M. J., Stanton, S. L. A comparison of bladder neck movement and elevation after tension-free vaginal tape and colposuspension. BJOG. 2000 Nov; 107: 1366-70

10491    Meyer, S., Hohlfeld, P., Achtari, C., Russolo, A., De Grandi, P. Birth trauma: short and long term effects of forceps delivery compared with spontaneous delivery on various pelvic floor parameters. BJOG. 2000 Nov; 107: 1360-5

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Procite Number**

**10492** Chaliha, C., Bland, J. M., Monga, A., Stanton, S. L., Sultan, A. H. Pregnancy and delivery: a urodynamic viewpoint. BJOG. 2000 Nov; 107: 1354-9

**10493** Grossklaus, D. J., Franke, J. J. Treatment of elderly women with urge incontinence in middle tennessee: a single institution practice-based study. Tenn Med. 2000 Dec; 93: 457-60

**10494** Rizeq, M. A., Casey, M. Recent advances in care for the elderly. Practitioner. 2000 Nov; 244: 931-6

**10495** Kaplan, H. J., Mamo, G. J. Pubovaginal sling technique utilizing a unique bone anchor instrumentation system. Can J Urol. 2000 Oct; 7: 1116-21

**10496** Galloway, N. T., El-Galley, R. E., Sand, P. K., Appell, R. A., Russell, H. W., Carlin, S. J. Update on extracorporeal magnetic innervation (EXMI) therapy for stress urinary incontinence. Urology. 2000 Dec 4; 56: 82-6

**10497** Cespedes, R. D. Anterior approach bilateral sacrospinous ligament fixation for vaginal vault prolapse. Urology. 2000 Dec 4; 56: 70-5

**10498** Miklos, J. R., Kohli, N. Laparoscopic paravaginal repair plus burch colposuspension: review and descriptive technique. Urology. 2000 Dec 4; 56: 64-9

**10499** Winters, J. C., Cespedes, R. D., Vanlangendonck, R. Abdominal sacral colpopexy and abdominal enterocele repair in the management of vaginal vault prolapse. Urology. 2000 Dec 4; 56: 55-63

**10500** Dmochowski, R. R., Appell, R. A. Injectable agents in the treatment of stress urinary incontinence in women: where are we now?. Urology. 2000 Dec 4; 56: 32-40

**10501** Carlin, B. I., Klutke, J. J., Klutke, C. G. The tension-free vaginal tape procedure for the treatment of stress incontinence in the female patient. Urology. 2000 Dec 4; 56: 28-31

**10502** Koduri, S., Goldberg, R. P., Sand, P. K. Transvaginal therapy of genuine stress incontinence. Urology. 2000 Dec 4; 56: 23-7

**10503** Winters, J. C., Scarpero, H. M., Appell, R. A. Use of bone anchors in female urology. Urology. 2000 Dec 4; 56: 15-22

**10504** Kobashi, K. C., Mee, S. L., Leach, G. E. A new technique for cystocele repair and transvaginal sling: the cadaveric prolapse repair and sling (CAPS). Urology. 2000 Dec 4; 56: 9-14

**10505** Amundsen, C. L., Visco, A. G., Ruiz, H., Webster, G. D. Outcome in 104 pubovaginal slings using freeze-dried allograft fascia lata from a single tissue bank. Urology. 2000 Dec 4; 56: 2-8

**10506** Sureshkumar, P., Craig, J. C., Roy, L. P., Knight, J. F. Daytime urinary incontinence in primary school children: a population- based survey. J Pediatr. 2000 Dec; 137: 814-8

**10507** Bidmead, J., Cardozo, L. Genuine stress incontinence: colpocystourethropexy versus sling procedures. Curr Opin Obstet Gynecol. 2000 Oct; 12: 421-6

**10508** Klutke, J. J. Current status of urethral occlusive devices in management of urinary incontinence. Curr Opin Obstet Gynecol. 2000 Oct; 12: 415-9

**10509** Bhatia, N. N. Dynamics of voiding in women. Curr Opin Obstet Gynecol. 2000 Oct; 12: 383-6

**10510** Jarolim, L., Babjuk, M., Pecher, S. M., Grim, M., Nanka, O., Tichy, M., Hanus, T., Jansky, M. Causes and treatment of residual urine volume after orthotopic bladder replacement in women. Eur Urol. 2000 Dec; 38: 748-52

**10511** Nigam, A. K., Otite, U., Badenoch, D. F. Endoscopic bladder neck suspension revisited: long-term results of Stamey and Gittes procedures. Eur Urol. 2000 Dec; 38: 677-80

**10512** Hannestad, Y. S., Rortveit, G., Sandvik, H., Hunskaar, S. A community-based epidemiological survey of female urinary incontinence: the Norwegian EPINCONT study. Epidemiology of Incontinence in the County of Nord-Trondelag. J Clin Epidemiol. 2000 Nov; 53: 1150-7

**10513** Addison, R. Assessment of stress incontinence--2. Nurs Times. 1999 Nov 17-23; 95: suppl 1-2

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

10514   Newcomer, J. Vaginal pain caused by laparoscopic colposuspension with tacks. Obstet Gynecol. 2000 Nov; 96: 823-4

10515   Weber, A. M., Walters, M. D. Burch procedure compared with sling for stress urinary incontinence: a decision analysis. Obstet Gynecol. 2000 Dec; 96: 867-73

10516   Peschers, U. M., Jundt, K., Dimpfl, T. Differences between cough and Valsalva leak-point pressure in stress incontinent women. Neurourol Urodyn. 2000; 19: 677-81

10517   Groutz, A., Gordon, D., Wolman, I., Jaffa, A. J., Kupferminc, M. J., David, M. P., Lessing, J. B. The use of prophylactic Stamey bladder neck suspension to prevent post- operative stress urinary incontinence in clinically continent women undergoing genitourinary prolapse repair. Neurourol Urodyn. 2000; 19: 671-6

10518   Elliott, D. S., Boone, T. B. Is fascia lata allograft material trustworthy for pubovaginal sling repair?. Urology. 2000 Nov 1; 56: 772-6

10519   Romanzi, L. J., Blaivas, J. G. Protracted urinary retention necessitating urethrolysis following tension-free vaginal tape surgery. J Urol. 2000 Dec; 164: 2022-3

10520   Groutz, A., Blaivas, J. G., Kesler, S. S., Weiss, J. P., Chaikin, D. C. Outcome results of transurethral collagen injection for female stress incontinence: assessment by urinary incontinence score. J Urol. 2000 Dec; 164: 2006-9

10521   Tseng, I. J., Chen, Y. T., Chen, M. T., Kou, H. Y., Tseng, S. F. Prevalence of urinary incontinence and intention to seek treatment in the elderly. J Formos Med Assoc. 2000 Oct; 99: 753-8

10522   Batislam, E., Germiyanoglu, C., Erol, D. Simplification of laparoscopic extraperitoneal colposuspension: results of two-port technique. Int Urol Nephrol. 2000; 32: 47-51

10523   Nguyen, J. K., Hall, C. D., Bhatia, N. N. Transvaginal bladder neck suspension to Cooper's ligament: a review of the literature. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 320-4

10524   Thompson, P. K., Duff, D. S., Thayer, P. S. Stress incontinence in women under 50: does urodynamics improve surgical outcome?. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 285-9

10525   Wang, A. C. An assessment of the early surgical outcome and urodynamic effects of the tension-free vaginal tape (TVT). Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 282-4

10526   Luna, M. T., Hirakawa, T., Nakano, H. Urinary incontinence in women seen in the obstetrics and gynecology clinic. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 277-81

10527   Baba, T., Koizumi, M., Tanaka, R., Yamashita, S., Noda, M., Yamanaka, I., Suzuki, T., Ito, E., Kudo, R. Surgical management of genital prolapse: is chain cystourethrography useful for evaluating anatomical corrections and urinary symptoms after surgery? J Obstet Gynaecol Res. 2000 Aug; 26: 289-94

10528   Ishiko, O., Ushiroyama, T., Saji, F., Mitsuhashi, Y., Tamura, T., Yamamoto, K., Kawamura, Y., Ogita, S. beta(2)-adrenergic agonists and pelvic floor exercises for female stress incontinence. Int J Gynaecol Obstet. 2000 Oct; 71: 39-44

10529   Sadik, S., Onoglu, A. S., Mendilcioglu, I., Sehirali, S., Sipahi, C., Taskin, O. Urinary tract injuries during advanced gynecologic laparoscopy. J Am Assoc Gynecol Laparosc. 2000 Nov; 7: 569-72

10530   FitzGerald, M. P., Mollenhauer, J., Brubaker, L. The fate of rectus fascia suburethral slings. Am J Obstet Gynecol. 2000 Oct; 183: 964-6

10531   Glazener, C., Cooper, K. Randomised comparison of Burch colposuspension versus anterior colporrhaphy in women with stress urinary incontinence and anterior vaginal wall prolapse. BJOG. 2000 Oct; 107: 1324-5

10532   Strasser, H., Tiefenthaler, M., Steinlechner, M., Eder, I., Bartsch, G., Konwalinka, G. Age dependent apoptosis and loss of rhabdosphincter cells. J Urol. 2000 Nov; 164: 1781-5

10533   Pruthi, R. S., Petrus, C. D., Bundrick, W. S., JR New onset vesicovaginal fistula after transurethral collagen injection in women who underwent cystectomy and orthotopic neobladder creation: presentation and definitive treatment. J Urol. 2000 Nov; 164: 1638-9

**American Urological Association, Inc.**

SUI Guidelines Panel

10534 Brown, S. L., Govier, F. E. Cadaveric versus autologous fascia lata for the pubovaginal sling: surgical outcome and patient satisfaction. J Urol. 2000 Nov; 164: 1633-7

10535 Yalla, S. V. Injections, slings and urodynamics. J Urol. 2000 Nov; 164: 1632

10536 Schrepferman, C. G., Griebling, T. L., Nygaard, I. E., Kreder, K. J. Resolution of urge symptoms following sling cystourethropexy. J Urol. 2000 Nov; 164: 1628-31

10537 Kaplan, S. A., Te, A. E., Young, G. P., Andrade, A., Cabelin, M. A., Ikeguchi, E. F. Prospective analysis of 373 consecutive women with stress urinary incontinence treated with a vaginal wall sling: the Columbia-Cornell University experience. J Urol. 2000 Nov; 164: 1623-7

10538 Barranger, E., Fritel, X., Kadoch, O., Liou, Y., Pigne, A. Results of transurethral injection of silicone micro-implants for females with intrinsic sphincter deficiency. J Urol. 2000 Nov; 164: 1619-22

10539 Carlson, K. V., Fiske, J., Nitti, V. W. Value of routine evaluation of the voiding phase when performing urodynamic testing in women with lower urinary tract symptoms. J Urol. 2000 Nov; 164: 1614-8

10540 Clemens, J. Q., DeLancey, J. O., Faerber, G. J., Westney, O. L., Mcguire, E. J. Urinary tract erosions after synthetic pubovaginal slings: diagnosis and management strategy. Urology. 2000 Oct 1; 56: 589-94

10541 Barrington, J. W., Edwards, G. Posthysterectomy vault prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 241-5

10542 Everaert, K., De Ridder, D., Baert, L., Oosterlinck, W., Wyndaele, J. J. Patient satisfaction and complications following sacral nerve stimulation for urinary retention, urge incontinence and perineal pain: a multicenter evaluation. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 231-5; discussion 236

10543 Boyington, A. R., Dougherty, M. C. Pelvic muscle exercise effect on pelvic muscle performance in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 212-8

10544 Heit, M. Intraurethral ultrasonography: correlation of urethral anatomy with functional urodynamic parameters in stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 204-11

10545 Bhatia, N. N. Transvaginal approach to Cooper's ligament during incontinence surgery. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 201-3

10546 Gunthorpe, W., Brown, W., Redman, S. The development and evaluation of an incontinence screening questionnaire for female primary care. Neurourol Urodyn. 2000; 19: 595-607

10547 FitzGerald, M. P., Blazek, B., Brubaker, L. Complex repetitive discharges during urethral sphincter EMG: clinical correlates. Neurourol Urodyn. 2000; 19: 577-83

10548 Addison, R. Assessment of stress incontinence--1. Nurs Times. 1999 Nov 10-17; 95: suppl 1-2

10549 Fujishiro, T., Enomoto, H., Ugawa, Y., Takahashi, S., Ueno, S., Kitamura, T. Magnetic stimulation of the sacral roots for the treatment of stress incontinence: an investigational study and placebo controlled trial. J Urol. 2000 Oct; 164: 1277-9

10550 Culligan, P. J., Rackley, R., Koduri, S., Thomson, R. B., Schwabe, L., Sand, P. K. Is it safe to reuse a syringe of glutaraldehyde cross-linked collagen? A microbiological study. J Urol. 2000 Oct; 164: 1275-6

10551 Samuelsson, E. C., Victor, F. T., Svardsudd, K. F. Five-year incidence and remission rates of female urinary incontinence in a Swedish population less than 65 years old. Am J Obstet Gynecol. 2000 Sep; 183: 568-74

10552 Dainer, M. J., Zorn, B. H. Burch-Cooper's ligament sling procedure: an augmented incontinence operation. Tech Urol. 2000 Sep; 6: 175-7

10553 Chartier-Kastler, E. J., Mongiat-Artus, P., Bitker, M. O., Chancellor, M. B., Richard, F., Denys, P. Long-term results of augmentation cystoplasty in spinal cord injury patients. Spinal Cord. 2000 Aug; 38: 490-4

10554 Gousse, A. E., Safir, M. H., Madjar, S., Ziadlourad, F., Raz, S. Life-threatening anaphylactoid reaction associated with indigo carmine intravenous injection. Urology. 2000 Sep 1; 56: 508

10555 Appell, R. A. In situ vaginal wall sling. Urology. 2000 Sep 1; 56: 499-503

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

**10556**   Appell, R. A. Argument for sling surgery to replace bladder suspension for stress urinary incontinence. Urology. 2000 Sep 1; 56: 360-3

**10557**   Modiri, A. R., Fredrickson, M. G., Gillberg, P. G., Alberts, P. Selectivity of oxymetazoline for urethral pressure vs blood pressure in the anaesthetized female rabbit. Scand J Urol Nephrol. 2000 Jun; 34: 151-6

**10558**   Alling Moller, L., Lose, G., Jorgensen, T. Risk factors for lower urinary tract symptoms in women 40 to 60 years of age. Obstet Gynecol. 2000 Sep; 96: 446-51

**10559**   Persson, J., Wolner-Hanssen, P., Rydhstroem, H. Obstetric risk factors for stress urinary incontinence: a population- based study. Obstet Gynecol. 2000 Sep; 96: 440-5

**10560**   Mauroy, B., Goullet, E., Stefaniak, X., Bonnal, J. L., Amara, N. Tendinous arch of the pelvic fascia: application to the technique of paravaginal colposuspension. Surg Radiol Anat. 2000; 22: 73-9

**10561**   Duckett, J. R., Connell, R. Randomised comparison of Burch colposuspension versus anterior colporrhaphy in women with stress urinary incontinence and anterior vaginal wall prolapse. BJOG. 2000 Aug; 107: 1060

**10562**   Henalla, S. M., Hall, V., Duckett, J. R., Link, C., Usman, F., Tromans, P. M., van Veggel, L. A multicentre evaluation of a new surgical technique for urethral bulking in the treatment of genuine stress incontinence. BJOG. 2000 Aug; 107: 1035-9

**10563**   Lose, G., Englev, E. Oestradiol-releasing vaginal ring versus oestriol vaginal pessaries in the treatment of bothersome lower urinary tract symptoms. BJOG. 2000 Aug; 107: 1029-34

**10564**   Morkved, S., Bo, K. Effect of postpartum pelvic floor muscle training in prevention and treatment of urinary incontinence: a one-year follow up. BJOG. 2000 Aug; 107: 1022-8

**10565**   Isherwood, P. J., Rane, A. Comparative assessment of pelvic floor strength using a perineometer and digital examination. BJOG. 2000 Aug; 107: 1007-11

**10566**   Ilbey, O., Apaydin, E., Gursan, A., Cikili, N. Bladder leiomyoma: a rare cause of urinary stress incontinence. Arch Ital Urol Androl. 2000 Jun; 72: 85-7

**10567**   Morgan, J. L., O'Connell, H. E., McGuire, E. J. Is intrinsic sphincter deficiency a complication of simple hysterectomy?. J Urol. 2000 Sep; 164: 767-9

**10568**   Swithinbank, L. V., Donovan, J. L., Rogers, C. A., Abrams, P. Nocturnal incontinence in women: a hidden problem. J Urol. 2000 Sep; 164: 764-6

**10569**   Peschers, U. M., Tunn, R., Buczkowski, M., Perucchini, D. Tension-free vaginal tape for the treatment of stress urinary incontinence. Clin Obstet Gynecol. 2000 Sep; 43: 670-5

**10570**   Glowacki, C. A., Wall, L. L. Bone anchors in urogynecology. Clin Obstet Gynecol. 2000 Sep; 43: 659-69

**10571**   Buller, J. L., Cundiff, G. W. Laparoscopic surgeries for urinary incontinence. Clin Obstet Gynecol. 2000 Sep; 43: 604-18

**10572**   Subak, L. L., Caughey, A. B. Measuring cost-effectiveness of surgical procedures. Clin Obstet Gynecol. 2000 Sep; 43: 551-60

**10573**   Klutke, J. J., Bergman, J., Klutke, C. G. Transvaginal bladder neck suspension with Cooper's ligament fixation. Long-term urodynamic results. J Reprod Med. 2000 Jul; 45: 541-5

**10574**   Warren, M. P., Shantha, S. The female athlete. Baillieres Best Pract Res Clin Endocrinol Metab. 2000 Mar; 14: 37-53

**10575**   Bo, K., Talseth, T., Vinsnes, A. Randomized controlled trial on the effect of pelvic floor muscle training on quality of life and sexual problems in genuine stress incontinent women. Acta Obstet Gynecol Scand. 2000 Jul; 79: 598-603

**10576**   Waetjen, L. E., Jackson, R. Periurethral collagen injection for stress incontinence with and without urethral hypermobility. Obstet Gynecol. 2000 Jul; 96: 153

**10577**   Wyman, J. F. Management of urinary incontinence in adult ambulatory care populations. Annu Rev Nurs Res. 2000; 18: 171-94

# American Urological Association, Inc.

## SUI Guidelines Panel

**10578** Franks, M. E., Lavelle, J. P., Yokoyama, T., Chuang, Y. C., Chancellor, M. B. Metastatic osteomyelitis after pubovaginal sling using bone anchors. Urology. 2000 Aug 1; 56: 330-1

**10579** Lemack, G. E., Zimmern, P. E. Sexual function after vaginal surgery for stress incontinence: results of a mailed questionnaire. Urology. 2000 Aug 1; 56: 223-7

**10580** Zivkovic, F., Tamussino, K., Pieber, D., Haas, J. Body mass index and outcome of incontinence surgery. Obstet Gynecol. 1999 May; 93: 753-6

**10581** Prasad, S. A., Tannenbaum, E. L., Mikelsons, C. Physiotherapy in cystic fibrosis. J R Soc Med. 2000; 93 Suppl 38: 27-36

**10582** Glazener, C. M., Cooper, K. Anterior vaginal repair for urinary incontinence in women. Cochrane Database Syst Rev. 2000; : CD001755

**10583** Bezerra, C. A., Bruschini, H. Suburethral sling operations for urinary incontinence in women. Cochrane Database Syst Rev. 2000; : CD001754

**10584** Moran, P. A., Ward, K. L., Johnson, D., Smirni, W. E., Hilton, P., Bibby, J. Tension-free vaginal tape for primary genuine stress incontinence: a two-centre follow-up study. BJU Int. 2000 Jul; 86: 39-42

**10585** Brink, D. M. Bowel injury following insertion of tension-free vaginal tape. S Afr Med J. 2000 May; 90: 450, 452

**10586** Jarvis, G. J. Surgery for urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 315-34

**10587** Andersson, K. E. Drug therapy for urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 291-313

**10588** Moore, K. H. Conservative management for urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 251-89

**10589** Keane, D. P., O'Sullivan, S. Urinary incontinence: anatomy, physiology and pathophysiology. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 207-26

**10590** Smith, D. B., Boileau, M. A., Buan, L. D. A self-directed home biofeedback system for women with symptoms of stress, urge, and mixed incontinence. J Wound Ostomy Continence Nurs. 2000 Jul; 27: 240-6

**10591** Sung, M. S., Hong, J. Y., Choi, Y. H., Baik, S. H., Yoon, H. FES-biofeedback versus intensive pelvic floor muscle exercise for the prevention and treatment of genuine stress incontinence. J Korean Med Sci. 2000 Jun; 15: 303-8

**10592** Cornella, J. L., Magrina, J. F. An algorithm for the management of urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 221-6

**10593** Shafik, A. Electrovesicogram in stress urinary incontinence: a preliminary study. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 203-7

**10594** Bristow, S. E., Hasan, S. T., Neal, D. E. TENS: a treatment option for bladder dysfunction. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 185-90

**10595** Migliari, R., De Angelis, M., Madeddu, G., Verdacchi, T. Tension-free vaginal mesh repair for anterior vaginal wall prolapse. Eur Urol. 2000; 38: 151-5

**10596** Brown, J. S., Vittinghoff, E., Wyman, J. F., Stone, K. L., Nevitt, M. C., Ensrud, K. E., Grady, D. Urinary incontinence: does it increase risk for falls and fractures? Study of Osteoporotic Fractures Research Group. J Am Geriatr Soc. 2000 Jul; 48: 721-5

**10597** Amundsen, C. L., Guralnick, M. L., Webster, G. D. Variations in strategy for the treatment of urethral obstruction after a pubovaginal sling procedure. J Urol. 2000 Aug; 164: 434-7

**10598** Romanzi, L. J., Groutz, A., Blaivas, J. G. Urethral diverticulum in women: diverse presentations resulting in diagnostic delay and mismanagement. J Urol. 2000 Aug; 164: 428-33

**10599** Shinopulos, N. M., Jacobson, J. Relationship between health promotion lifestyle profiles and patient outcomes of biofeedback therapy for urinary incontinence. Urol Nurs. 1999 Dec; 19: 249-53

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

SUI Guidelines Panel

**10600**   Bash, K. L. Review of vaginal pessaries. Obstet Gynecol Surv. 2000 Jul; 55: 455-60

**10601**   Shehata, N. A., de Courcy-Wheeler, R. H., Sim, D. A. Ureteric kinking after colposuspension: a case report and review of the literature. Ulster Med J. 2000 May; 69: 74-5

**10602**   Ganz, P. A., Greendale, G. A., Petersen, L., Zibecchi, L., Kahn, B., Belin, T. R. Managing menopausal symptoms in breast cancer survivors: results of a randomized controlled trial. J Natl Cancer Inst. 2000 Jul 5; 92: 1054-64

**10603**   Maubon, A. J., Boncoeur-Martel, M. P., Juhan, V., Courtieu, C. R., Thurmond, A. S., Aubas, P., Mares, P., Rouanet, J. P. Static and dynamic MRI of a urinary control intra-vaginal device. Eur Radiol. 2000; 10: 879-84

**10604**   Bidmead, J., Cardozo, L. Short cut to continence?. Lancet. 2000 Jun 24; 355: 2183-4

**10605**   De Giovanni, L., Menchinelli, P., Rubino, F., Manca, A., Ronzoni, G. Valsalva leak point pressure: how to chose the best method. Arch Ital Urol Androl. 2000 Apr; 72: 25-7

**10606**   Fitzgerald, M. P., Mollenhauer, J., Hale, D. S., Benson, J. T., Brubaker, L. Urethral collagen morphologic characteristics among women with genuine stress incontinence. Am J Obstet Gynecol. 2000 Jun; 182: 1565-74

**10607**   Klutke, J. J., Ramos, S. Urodynamic outcome after surgery for severe prolapse and potential stress incontinence. Am J Obstet Gynecol. 2000 Jun; 182: 1378-81

**10608**   Kwok, A., Lam, A., Ford, R. Incisional hernia in a 5 mm laparoscopic port site incision. Aust N Z J Obstet Gynaecol. 2000 Feb; 40: 104-5

**10609**   MacGibbon, A., Brieger, G., Korda, A. Incisionless cystourethropexy--the Intac device--an initial experience. Aust N Z J Obstet Gynaecol. 2000 Feb; 40: 59-61

**10610**   Soygur, T., Safak, M., Yesilli, C., Arikan, N., Gogus, O. Extraperitoneal laparoscopic bladder neck suspension using hernia mesh and tacker. Urology. 2000 Jul; 56: 121-4

**10611**   Lee, Y. J., Chiang, Y. F., Tsai, J. C. Severe nonproductive cough and cough-induced stress urinary incontinence in diabetic postmenopausal women treated with ACE inhibitor. Diabetes Care. 2000 Mar; 23: 427-8

**10612**   Thakar, R., Stanton, S. L. Weakness of the pelvic floor: urological consequences. Hosp Med. 2000 Apr; 61: 259-66

**10613**   Ishiko, O., Sumi, T., Hirai, K., Ogita, S. Classification of female urinary incontinence by the scored incontinence questionnaire. Int J Gynaecol Obstet. 2000 Jun; 69: 255-60

**10614**   Winters, J. C., Chiverton, A., Scarpero, H. M., Prats, L. J., Jr Collagen injection therapy in elderly women: long-term results and patient satisfaction. Urology. 2000 Jun; 55: 856-61

**10615**   Frankel, G. Paravaginal repair. Urology. 2000 May; 55: 789

**10616**   Yalcin, O. T., Hassa, H., Ozalp, S. Effectiveness of ultrasonographic parameters for documenting the severity of anatomic stress incontinence. Acta Obstet Gynecol Scand. 2000 May; 79: 421-6

**10617**   Persson, J., Bossmar, T., Wolner-Hanssen, P. Laparoscopic colposuspension: a short term urodynamic follow-up and a three-year questionnaire-study. Acta Obstet Gynecol Scand. 2000 May; 79: 414-20

**10618**   Morita, T., Iizuka, H., Iwata, T., Kondo, S. Function and distribution of beta3-adrenoceptors in rat, rabbit and human urinary bladder and external urethral sphincter. J Smooth Muscle Res. 2000 Feb; 36: 21-32

**10619**   Dorschner, W., Stolzenburg, J. U., Griebenow, R., Halaska, M., Schubert, G., Murtz, G., Frank, M., Wieners, F. Efficacy and cardiac safety of propiverine in elderly patients - a double-blind, placebo-controlled clinical study. Eur Urol. 2000 Jun; 37: 702-8

**10620**   Viera, A. J., Larkins-Pettigrew, M. Practical use of the pessary. Am Fam Physician. 2000 May 1; 61: 2719-26, 2729

**10621**   Sung, M. S., Choi, Y. H., Back, S. H., Hong, J. Y., Yoon, H. The effect of pelvic floor muscle exercises on genuine stress incontinence among Korean women--focusing on its effects on the quality of life. Yonsei Med J. 2000 Apr; 41: 237-51

   © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

10622    Ismael, S. S., Amarenco, G., Bayle, B., Kerdraon, J. Postpartum lumbosacral plexopathy limited to autonomic and perineal manifestations: clinical and electrophysiological study of 19 patients. J Neurol Neurosurg Psychiatry. 2000 Jun; 68: 771-3

10623    Akpinar, H., Cetinel, B., Demirkesen, O., Tufek, I., Yaycioglu, O., Solok, V. Long-term results of Burch colposuspension. Int J Urol. 2000 Apr; 7: 119-25

10624    Bezerra, C. A., Sadi, M. V. Comparison of vaginal wall sling and modified vaginal wall sling for stress urinary incontinence. Sao Paulo Med J. 2000 May 4; 118: 63-8

10625    Atan, A., Basar, M. M. A multicenter study of tension-free vaginal tape (TVT) for surgical treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 130-2

10626    Barbic, M., Kralj, B. Effect of intra-abdominal position of the bladder neck and stability of its supporting structures on pressure transmission ratio after colposuspension. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 97-102

10627    Kjolhede, P., Ryden, G., Hewardt, P. Abdominal urethrocystopexy using fibrin sealant. A prospective study of long-term efficacy. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 93-6

10628    Haarala, M., Alanen, A., Hietarinta, M., Kiilholma, P. Lower urinary tract symptoms in patients with Sjogren's syndrome and systemic lupus erythematosus. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 84-6

10629    Ghoniem, G. M. Allograft sling material: is it the state of the art?. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 69-70

10630    Morgan, T. O.,  Jr, Westney, O. L., McGuire, E. J. Pubovaginal sling: 4-YEAR outcome analysis and quality of life assessment. J Urol. 2000 Jun; 163: 1845-8

10631    Loughlin, K. R. Slings-an idea whose time has come. J Urol. 2000 Jun; 163: 1843-4

10632    Herschorn, S., Glazer, A. A. Early experience with small volume periurethral polytetrafluoroethylene for female stress urinary incontinence. J Urol. 2000 Jun; 163: 1838-42

10633    Duckett, J. R., Constantine, G. Complications of silicone sling insertion for stress urinary incontinence. J Urol. 2000 Jun; 163: 1835-7

10634    Choe, J. M., Ogan, K., Battino, B. S. Antimicrobial mesh versus vaginal wall sling: a comparative outcomes analysis. J Urol. 2000 Jun; 163: 1829-34

10635    Lemack, G. E., Zimmern, P. E. Pressure flow analysis may aid in identifying women with outflow obstruction. J Urol. 2000 Jun; 163: 1823-8

10636    Burgio, K. L., Locher, J. L., Goode, P. S. Combined behavioral and drug therapy for urge incontinence in older women. J Am Geriatr Soc. 2000 Apr; 48: 370-4

10637    Chancellor, M. B., Yokoyama, T., Tirney, S., Mattes, C. E., Ozawa, H., Yoshimura, N., de Groat, W. C., Huard, J. Preliminary results of myoblast injection into the urethra and bladder wall: a possible method for the treatment of stress urinary incontinence and impaired detrusor contractility. Neurourol Urodyn. 2000; 19: 279-87

10638    Podnar, S., Lukanovi&cbreve;, A., Vodusek, D. B. Anal sphincter electromyography after vaginal delivery: neuropathic insufficiency or normal wear and tear?. Neurourol Urodyn. 2000; 19: 249-57

10639    Herbison, P., Plevnik, S., Mantle, J. Weighted vaginal cones for urinary incontinence. Cochrane Database Syst Rev. 2000; : CD002114

10641    Pinna, C., Zanardo, R., Cignarella, A., Bolego, C., Eberini, I., Nardi, F., Zancan, V., Puglisi, L. Diabetes influences the effect of 17beta-estradiol on mechanical responses of rat urethra and detrusor strips. Life Sci. 2000; 66: 617-27

10642    Moore, K. H., Simons, A., Mukerjee, C., Lynch, W. The relative incidence of detrusor instability and bacterial cystitis detected on the urodynamic-test day. BJU Int. 2000 May; 85: 786-92

10643    Howard, D., Delancey, J. O., Tunn, R., Ashton-Miller, J. A. Racial differences in the structure and function of the stress urinary continence mechanism. Obstet Gynecol. 2000 May; 95: 713-7

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

| | |
|---|---|
| **10644** | Alhasso, A., Bryden, A. A., Neilson, D. Lithium toxicity after urinary diversion with ileal conduit. BMJ. 2000 Apr 15; 320: 1037 |
| **10645** | Cammu, H., Van Nylen, M., Amy, J. J. A 10-year follow-up after Kegel pelvic floor muscle exercises for genuine stress incontinence. BJU Int. 2000 Apr; 85: 655-8 |
| **10646** | Radley, S. C., Chapple, C. R., Lee, J. A. Transurethral implantation of silicone polymer for stress incontinence: evaluation of a porcine model and mechanism of action in vivo. BJU Int. 2000 Apr; 85: 646-50 |
| **10647** | Colombo, M., Vitobello, D., Proietti, F., Milani, R. Randomised comparison of Burch colposuspension versus anterior colporrhaphy in women with stress urinary incontinence and anterior vaginal wall prolapse. BJOG. 2000 Apr; 107: 544-51 |
| **10648** | Ueda, T., Tamaki, M., Kageyama, S., Yoshimura, N., Yoshida, O. Urinary incontinence among community-dwelling people aged 40 years or older in Japan: prevalence, risk factors, knowledge and self-perception. Int J Urol. 2000 Mar; 7: 95-103 |
| **10649** | Freeman, R. M. Female urinary incontinence: aetiology and pathophysiology. Hosp Med. 2000 Feb; 61: 84-9 |
| **10650** | Moller, L. A., Lose, G., Jorgensen, T. The prevalence and bothersomeness of lower urinary tract symptoms in women 40-60 years of age. Acta Obstet Gynecol Scand. 2000 Apr; 79: 298-305 |
| **10651** | Dickson, M. J., Salleh, S. The effect of oestrogen supplementation on postmenopausal urinary stress incontinence: a double-blind placebo-controlled trial. BJOG. 2000 Mar; 107: 433-4 |
| **10652** | Gorton, E., Stanton, S. Ambulatory urodynamics: do they help clinical management?. BJOG. 2000 Mar; 107: 316-9 |
| **10653** | Cummings, J. M., Rodning, C. B. Urinary stress incontinence among obese women: review of pathophysiology therapy. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 41-4 |
| **10654** | Nygaard, I., Holcomb, R. Reproducibility of the seven-day voiding diary in women with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 15-7 |
| **10655** | Haylen, B. T. Voiding difficulty in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 1-3 |
| **10656** | Elliott, D. S., Boone, T. B. Urethral devices for managing stress urinary incontinence. J Endourol. 2000 Feb; 14: 79-83 |
| **10657** | Punekar, S. V., Buch, D. N., Soni, A. B., Swami, G., Rao, S. R., Kinne, J. S., Karhadkar, S. S. Martius' labial fat pad interposition and its modification in complex lower urinary fistulae. J Postgrad Med. 1999 Jul-Sep; 45: 69-73 |
| **10658** | Choe, J. M., Ogan, K., Bennett, S. Antibacterial mesh sling: a prospective outcome analysis. Urology. 2000 Apr; 55: 515-20 |
| **10659** | Klutke, J. J., Carlin, B. I., Klutke, C. G. The tension-free vaginal tape procedure: correction of stress incontinence with minimal alteration in proximal urethral mobility. Urology. 2000 Apr; 55: 512-4 |
| **10660** | Lemack, G. E., Zimmern, P. E. Identifying patients who require urodynamic testing before surgery for stress incontinence based on questionnaire information and surgical history. Urology. 2000 Apr; 55: 506-11 |
| **10661** | Bignell, V. Alleviating the distress of urinary incontinence. Community Nurse. 1999 Oct; 5: 19-20, 22 |
| **10662** | Howard, D., Miller, J. M., Delancey, J. O., Ashton-Miller, J. A. Differential effects of cough, valsalva, and continence status on vesical neck movement. Obstet Gynecol. 2000 Apr; 95: 535-40 |
| **10663** | Gilja, I. Tansvaginal needle suspension operation: the way we do it. Clinical and urodynamic study: long-term results. Eur Urol. 2000 Mar; 37: 325-30 |
| **10664** | Ishiko, O., Hirai, K., Sumi, T., Nishimura, S., Ogita, S. The urinary incontinence score in the diagnosis of female urinary incontinence. Int J Gynaecol Obstet. 2000 Feb; 68: 131-7 |
| **10665** | Samuelsson, E., Victor, A., Svardsudd, K. Determinants of urinary incontinence in a population of young and middle-aged women. Acta Obstet Gynecol Scand. 2000 Mar; 79: 208-15 |

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

10666   Tincello, D. G., Adams, E. J., Bolderson, J., Richmond, D. H. A urinary control device for management of female stress incontinence. Obstet Gynecol. 2000 Mar; 95: 417-20

10667   Steele, A. C., Kohli, N., Karram, M. M. Periurethral collagen injection for stress incontinence with and without urethral hypermobility. Obstet Gynecol. 2000 Mar; 95: 327-31

10668   Lekan-Rutledge, D. Behavioral vs drug treatment for urge urinary incontinence in older women: a randomized controlled trial. J Wound Ostomy Continence Nurs. 1999 May; 26: 27A-28A

10669   Froeling, F. M., Deprest, J. A., Ankum, W. M., Mendels, E. L., Meijer, D. W., Bannenberg, J. Controlled balloon dilatation for laparoscopic extraperitoneal bladder neck suspension in patients with previous abdominal surgery. J Laparoendosc Adv Surg Tech A. 2000 Feb; 10: 27-30

10670   Kuo, H. The relationships of urethral and pelvic floor muscles and the urethral pressure measurements in women with stress urinary incontinence. Eur Urol. 2000 Feb; 37: 149-55

10671   Mason, L., Glenn, S., Walton, I., Appleton, C. The prevalence of stress incontinence during pregnancy and following delivery. Midwifery. 1999 Jun; 15: 120-8

10672   Fielding, J. R., Dumanli, H., Schreyer, A. G., Okuda, S., Gering, D. T., Zou, K. H., Kikinis, R., Jolesz, F. A. MR-based three-dimensional modeling of the normal pelvic floor in women: quantification of muscle mass. AJR Am J Roentgenol. 2000 Mar; 174: 657-60

10673   Lalos, O., Berglund, A. L., Bjerle, P. The long-term outcome of retropubic urethrocystopexy (sutures and fibrin sealant) and pubococcygeal repair. Acta Obstet Gynecol Scand. 2000 Feb; 79: 135-9

10674   Madjar, S., Beyar, M., Nativ, O. Transvaginal bone anchored sling. Urology. 2000 Mar; 55: 422-6

10675   Bidmead, J., Cardozo, L., Khullar, V., Toozs-Hobson, P. The pubofascial anchor sling procedure for recurrent genuine urinary stress incontinence. BJU Int. 2000 Jan; 85: 171-2

10676   Serels, S. R., Rackley, R. R., Appell, R. A. Surgical treatment for stress urinary incontinence associated with valsalva induced detrusor instability. J Urol. 2000 Mar; 163: 884-7

10677   Demirci, F., Yucel, N., Ozden, S., Delikara, N., Yalti, S., Demirci, E. A retrospective review of perioperative complications in 360 patients who had Burch colposuspension. Aust N Z J Obstet Gynaecol. 1999 Nov; 39: 472-5

10678   Bidmead, J., Cardozo, L. Sling techniques in the treatment of genuine stress incontinence. BJOG. 2000 Feb; 107: 147-56

10679   Vereecken, R. L., Proesmans, W. Extensive surgery on the trigone for complete ureteral duplication does not cause incontinence or voiding problems. Urology. 2000 Feb; 55: 267-70; discussion 270-1

10680   Masson, D. B., Govier, F. E. Modified Pereyra bladder neck suspension in patients with intrinsic sphincter deficiency and bladder neck hypermobility: patient satisfaction with a mean follow-up of 4 years. Urology. 2000 Feb; 55: 217-21; discussion 221-2

10681   Chan, P. T., Fournier, C., Corcos, J. Short-term complications of pubovaginal sling procedure for genuine stress incontinence in women. Urology. 2000 Feb; 55: 207-11

10682   Benjamin, C. R., Hearon, C. M. Urinary continence in women during centrifuge exposure to high +Gz. Aviat Space Environ Med. 2000 Feb; 71: 131-6

10683   Rizk, D. E. Stress urinary incontinence: prevalence among nulliparous compared with primiparous and grand multiparous pre-menopausal women. Neurourol Urodyn. 2000; 19: 209-10

10684   Singla, A. K. The use of cadaveric fascia lata in the treatment of stress urinary incontinence in women. BJU Int. 2000 Feb; 85: 264-9

10685   Bortolotti, A., Bernardini, B., Colli, E., Di Benedetto, P., Giocoli Nacci, G., Landoni, M., Lavezzari, M., Pagliarulo, A., Salvatore, S., von Heland, M., Parazzini, F., Artibani, W. Prevalence and risk factors for urinary incontinence in Italy. Eur Urol. 2000 Jan; 37: 30-5

10686   Mason, L., Glenn, S., Walton, I., Appleton, C. The experience of stress incontinence after childbirth. Birth. 1999 Sep; 26: 164-71

# Appendix A6. Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

10687    Sand, P. K., Winkler, H., Blackhurst, D. W., Culligan, P. J. A prospective randomized study comparing modified Burch retropubic urethropexy and suburethral sling for treatment of genuine stress incontinence with low-pressure urethra. Am J Obstet Gynecol. 2000 Jan; 182: 30-4

10688    Chaikin, D. C., Groutz, A., Blaivas, J. G. Predicting the need for anti-incontinence surgery in continent women undergoing repair of severe urogenital prolapse. J Urol. 2000 Feb; 163: 531-4

10689    Yamanishi, T., Yasuda, K., Suda, S., Ishikawa, N., Sakakibara, R., Hattori, T. Effect of functional continuous magnetic stimulation for urinary incontinence. J Urol. 2000 Feb; 163: 456-9

10690    Persson, J., Wolner-Hanssen, P. Laparoscopic Burch colposuspension for stress urinary incontinence: a randomized comparison of one or two sutures on each side of the urethra. Obstet Gynecol. 2000 Jan; 95: 151-5

10691    Shinopulos, N. M., Dann, J. A., Smith, J. J.,  3rd Patient selection and education for use of the CapSure (Re/Stor) continence shield. Urol Nurs. 1999 Jun; 19: 135-40

10692    Lim, P. P., Sahadevan, S., Choo, G. K., Anthony, P. Burden of caregiving in mild to moderate dementia: an Asian experience. Int Psychogeriatr. 1999 Dec; 11: 411-20

10693    Loughlin, K. R. The thimble: a useful adjunct to needle suspension procedures for female stress incontinence. Urology. 2000 Dec 20; 56: 1050-1

10694    Giberti, C., Rovida, S. Transvaginal bone-anchored synthetic sling for the treatment of stress urinary incontinence: an outcomes analysis. Urology. 2000 Dec 20; 56: 956-61

10695    Takahashi, S., Homma, Y., Fujishiro, T., Hosaka, Y., Kitamura, T., Kawabe, K. Electromyographic study of the striated urethral sphincter in type 3 stress incontinence: evidence of myogenic-dominant damages. Urology. 2000 Dec 20; 56: 946-50

10696    Maloney, C., Cafiero, M. R. Urinary incontinence. Noninvasive treatment options. Adv Nurse Pract. 1999 Jun; 7: 36-42

10697    Woodman, P. J. In situ anterior vaginal wall sling formation with preservation of the endopelvic fascia for treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 409

10698    Sze, E. H., Kohli, N., Miklos, J. R., Roat, T., Karram, M. M. A retrospective comparison of abdominal sacrocolpopexy with Burch colposuspension versus sacrospinous fixation with transvaginal needle suspension for the management of vaginal vault prolapse and coexisting stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 390-3

10699    Maher, C. F., Dwyer, P. L., Carey, M. P., Moran, P. A. Colposuspension or sling for low urethral pressure stress incontinence?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 384-9

10700    Bergman, J., Elia, G. Effects of the menstrual cycle on urodynamic work-up: should we change our practice?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 375-7

10701    Elser, D. M., London, W., Fantl, J. A., McBride, M. A., Beck, R. P. A comparison of urethral profilometry using microtip and fiberoptic catheters. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 371-4

10702    James, M., Jackson, S., Shepherd, A., Abrams, P. Pure stress leakage symptomatology: is it safe to discount detrusor instability?. Br J Obstet Gynaecol. 1999 Dec; 106: 1255-8

10703    Chaliha, C., Stanton, S. L. Complications of surgery for genuine stress incontinence. Br J Obstet Gynaecol. 1999 Dec; 106: 1238-45

10704    Sampselle, C. M., Burns, P. A., Dougherty, M. C., Newman, D. K., Thomas, K. K., Wyman, J. F. Continence for women: evidence-based practice. J Obstet Gynecol Neonatal Nurs. 1999; 28: 25-33

10705    Enzler, M., Agins, H. J., Kogan, M., Kudurna, J., Sand, P., Wurtz, R., Culligan, P. Osteomyelitis of the pubis following suspension of the neck of the bladder with use of bone anchors. A report of four cases. J Bone Joint Surg Am. 1999 Dec; 81: 1736-40

10706    Butler, R. N., Maby, J. I., Montella, J. M., Young, G. P. Urinary incontinence: when to refer for procedural therapies. Geriatrics. 1999 Dec; 54: 49-54, 56

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

SUI Guidelines Panel

10707   Klutke, J. J., Klutke, C. G., Bergman, J., Elia, G. Urodynamics changes in voiding after anti-incontinence surgery: an insight into the mechanism of cure. Urology. 1999 Dec; 54: 1003-7

10708   Tchetgen, M. B., Sanda, M. G., Montie, J. E., Faerber, G. J. Collagen injection for the treatment of incontinence after cystectomy and orthotopic neobladder reconstruction in women. J Urol. 2000 Jan; 163: 212-4

10709   Tamussino, K. F., Zivkovic, F., Pieber, D., Moser, F., Haas, J., Ralph, G. Five-year results after anti-incontinence operations. Am J Obstet Gynecol. 1999 Dec; 181: 1347-52

10710   FitzGerald, M. P., Mollenhauer, J., Bitterman, P., Brubaker, L. Functional failure of fascia lata allografts. Am J Obstet Gynecol. 1999 Dec; 181: 1339-44; discussion 1344-6

10711   Amaye-Obu, F. A., Drutz, H. P. Surgical management of recurrent stress urinary incontinence: A 12-year experience. Am J Obstet Gynecol. 1999 Dec; 181: 1296-307; discussion 1307-9

10712   Ushiroyama, T., Ikeda, A., Ueki, M. Prevalence, incidence, and awareness in the treatment of menopausal urinary incontinence. Maturitas. 1999 Oct 24; 33: 127-32

10713   Olsson, I., Kroon, U. A three-year postoperative evaluation of tension-free vaginal tape. Gynecol Obstet Invest. 1999; 48: 267-9

10714   Matanyi, S., Acs, N., Fontanyi, Z., Paulin, F. Urodynamic investigation of women operated on for genuine stress incontinence. Gynecol Obstet Invest. 1999; 48: 263-6

10715   Brink, D. M., de Jong, P. R. New thoughts in the understanding of female urinary incontinence. S Afr Med J. 1999 Oct; 89: 1059-60

10716   del Campo-Rodriguez, M., Batista-Miranda, J. E., Errando-Smet, C., Arano-Bertran, P. Outcome of colposuspension in patients with stress urinary incontinence and abnormal cystometry. Arch Esp Urol. 1999 Sep; 52: 810-4

10717   Luna, M. T., Hirakawa, T., Kamura, T., Yahata, H., Ogawa, S., Sonoda, T., Nakano, H. Comparison of the anterior colporrhaphy procedure and the Marshall- Marchetti-Krantz operation in the treatment of stress urinary incontinence among women. J Obstet Gynaecol Res. 1999 Aug; 25: 255-60

10718   Connolly, A. M., Thorp, J. M.,  Jr Childbirth-related perineal trauma: clinical significance and prevention. Clin Obstet Gynecol. 1999 Dec; 42: 820-35

10719   Ouslander, J. G., Cooper, E., Godley, D. Estrogen treatment for incontinence in frail older women. J Am Geriatr Soc. 1999 Nov; 47: 1383-4

10720   Gorton, E., Stanton, S., Monga, A., Wiskind, A. K., Lentz, G. M., Bland, D. R. Periurethral collagen injection: a long-term follow-up study. BJU Int. 1999 Dec; 84: 966-71

10721   Brown, K., Hilton, P. The incidence of detrusor instability before and after colposuspension: a study using conventional and ambulatory urodynamic monitoring. BJU Int. 1999 Dec; 84: 961-5

10722   Su, T. H., Huang, J. P., Wang, Y. L., Yang, J. M., Wei, H. J., Huang, C. L. Is modified in situ vaginal wall sling operation the treatment of choice for recurrent genuine stress incontinence?. J Urol. 1999 Dec; 162: 2073-7

10723   Kobashi, K. C., Dmochowski, R., Mee, S. L., Mostwin, J., Nitti, V. W., Zimmern, P. E., Leach, G. E. Erosion of woven polyester pubovaginal sling. J Urol. 1999 Dec; 162: 2070-2

10724   Jacoby, K., Rowbotham, R. K. Double balloon positive pressure urethrography is a more sensitive test than voiding cystourethrography for diagnosing urethral diverticulum in women. J Urol. 1999 Dec; 162: 2066-9

10725   Comiter, C. V., Vasavada, S. P., Raz, S. Transvaginal culdosuspension: technique and results. Urology. 1999 Nov; 54: 819-22

10726   Corcos, J., Fournier, C. Periurethral collagen injection for the treatment of female stress urinary incontinence: 4-year follow-up results. Urology. 1999 Nov; 54: 815-8

10727   Drouin, J., Tessier, J., Bertrand, P. E., Schick, E. Burch colposuspension: long-term results and review of published reports. Urology. 1999 Nov; 54: 808-14

Appendix A6. Bibliography sorted by Procite Number
Master Bibliography
Case 2:10-md-02187 Document 304-4 Filed 03/15/13 Page 501 of 800 PageID #: 146576

**Appendix A6. Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**10728** Kuo, H. C. Videourodynamic results after pubovaginal sling procedure for stress urinary incontinence. Urology. 1999 Nov; 54: 802-6; discussion 806-7

**10729** Kuh, D., Cardozo, L., Hardy, R. Urinary incontinence in middle aged women: childhood enuresis and other lifetime risk factors in a British prospective cohort. J Epidemiol Community Health. 1999 Aug; 53: 453-8

**10730** Lightner, D. J., Itano, N. M. Treatment options for women with stress urinary incontinence. Mayo Clin Proc. 1999 Nov; 74: 1149-56

**10731** Petros, P. P. Medium-term follow-up of the intravaginal slingplasty operation indicates minimal deterioration of urinary continence with time. Aust N Z J Obstet Gynaecol. 1999 Aug; 39: 354-6

**10732** Shafik, A. Levator ani muscle: new physioanatomical aspects and role in the micturition mechanism. World J Urol. 1999 Oct; 17: 266-73

**10733** FitzGerald, M. P., Gitelis, S., Brubaker, L. Pubic osteomyelitis and granuloma after bone anchor placement. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 346-8

**10734** Gordon, D., Groutz, A., Sinai, T., Wiezman, A., Lessing, J. B., David, M. P., Aizenberg, D. Sexual function in women attending a urogynecology clinic. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 325-8

**10735** Kobata, S. A., Girao, M. J., Sartori, M. G., Baracat, E. C., Rodrigues de Lima, G. Urodynamic and ultrasonographic evaluation after continence surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 321-4

**10736** Tunn, R., DeLancey, J. O., Howard, D., Thorp, J. M., Ashton-Miller, J. A., Quint, L. E. MR imaging of levator ani muscle recovery following vaginal delivery. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 300-7

**10737** Schettini, M., Fortunato, P., Gallucci, M. Abdominal sacral colpopexy with prolene mesh. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 295-9

**10738** Handa, V. L., Jensen, J. K., Ostergard, D. R. Stress urinary incontinence at rest. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 290-4

**10739** Lin, L. Y., Chen, S. Y., Lee, H. S., Chung, S. L., Ying, T. H., Chen, G. D. Female bladder neck changes with position. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 277-82

**10740** Diana, M., Schettini, M., Gallucci, M. Evaluation and management of malfunctionings following implantation of the artificial urinary sphincter. Int Surg. 1999 Jul-Sep; 84: 241-5

**10741** El-Toukhy, T. A., Tolba, M. A., Davies, A. E. Assessment of a new bone anchor system for the treatment of female genuine stress incontinence. BJU Int. 1999 Nov; 84: 780-4

**10742** Porru, D., Madeddu, G., Campus, G., Montisci, I., Scarpa, R. M., Usai, E. Evaluation of morbidity of multi-channel pressure-flow studies. Neurourol Urodyn. 1999; 18: 647-52

**10743** Bump, R. C., Hurt, W. G., Elser, D. M., Theofrastous, J. P., Addison, W. A., Fantl, J. A., McClish, D. K. Understanding lower urinary tract function in women soon after bladder neck surgery. Continence Program for Women Research Group. Neurourol Urodyn. 1999; 18: 629-37

**10744** Klutke, J. J., Klutke, C. G., Bergman, J., Elia, G. Bladder neck suspension for stress urinary incontinence: how does it work?. Neurourol Urodyn. 1999; 18: 623-7

**10745** Gunnarsson, M., Mattiasson, A. Female stress, urge, and mixed urinary incontinence are associated with a chronic and progressive pelvic floor/vaginal neuromuscular disorder: An investigation of 317 healthy and incontinent women using vaginal surface electromyography. Neurourol Urodyn. 1999; 18: 613-21

**10746** Siltberg, H., Larsson, G., Hallen, B., Johansson, C., Ulmsten, U. Validation of cough-induced leak point pressure measurement in the evaluation of pharmacological treatment of stress incontinence. Neurourol Urodyn. 1999; 18: 591-602

**10747** Leroi, A. M., Weber, J., Menard, J. F., Touchais, J. Y., Denis, P. Prevalence of anal incontinence in 409 patients investigated for stress urinary incontinence. Neurourol Urodyn. 1999; 18: 579-90

**10748** Chapron, C., Laforest, L., Ansquer, Y., Fauconnier, A., Fernandez, B., Breart, G., Dubuisson, J. B. Hysterectomy techniques used for benign pathologies: results of a French multicentre study. Hum Reprod. 1999 Oct; 14: 2464-70

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

10749   Serels, S. R., Rackley, R. R., Appell, R. A. In situ slings with concurrent cystocele repair. Tech Urol. 1999 Sep; 5: 129-32

10750   Ulmsten, U., Falconer, C. Connective tissue in female urinary incontinence. Curr Opin Obstet Gynecol. 1999 Oct; 11: 509-15

10751   Yasuda, K., Yamanishi, T. Critical evaluation of electro-stimulation for management of female urinary incontinence. Curr Opin Obstet Gynecol. 1999 Oct; 11: 503-7

10752   Schulz, J. A., Drutz, H. P. The surgical management of recurrent stress urinary incontinence. Curr Opin Obstet Gynecol. 1999 Oct; 11: 489-94

10753   Bhatia, N. N. A vaginal approach to Burch's retropubic urethropexy. Curr Opin Obstet Gynecol. 1999 Oct; 11: 473-6

10754   Nguyen, A., Mahoney, S., Minor, L., Ghoniem, G. A simple objective method of adjusting sling tension. J Urol. 1999 Nov; 162: 1674-6

10755   Chaikin, D. C., Blaivas, J. G., Rosenthal, J. E., Weiss, J. P. Results of pubovaginal sling for stress incontinence: a prospective comparison of 4 instruments for outcome analysis. J Urol. 1999 Nov; 162: 1670-3

10756   Lin, H. H., Sheu, B. C., Lo, M. C., Huang, S. C. Comparison of treatment outcomes for imipramine for female genuine stress incontinence. Br J Obstet Gynaecol. 1999 Oct; 106: 1089-92

10757   Ozek, C., Gurler, T., Alper, M., Gundogan, H., Bilkay, U., Songur, E., Akin, Y., Cagdas, A. Modified McIndoe procedure for vaginal agenesis. Ann Plast Surg. 1999 Oct; 43: 393-6

10758   Patrick, D. L., Martin, M. L., Bushnell, D. M., Marquis, P., Andrejasich, C. M., Buesching, D. P. Cultural adaptation of a quality-of-life measure for urinary incontinence. Eur Urol. 1999 Nov; 36: 427-35

10759   Guneren, E., Eroglu, L., Kocak, I., Uysal, O. A. Urinary incontinence was improved after abdominoplasty using a very low incision. Plast Reconstr Surg. 1999 Oct; 104: 1582-4

10760   Bruce, R. G., El-Galley, R. E., Galloway, N. T. Paravaginal defect repair in the treatment of female stress urinary incontinence and cystocele. Urology. 1999 Oct; 54: 647-51

10761   Choe, J. M., Staskin, D. R. Gore-Tex patch sling: 7 years later. Urology. 1999 Oct; 54: 641-6

10762   Glazer, H. I., Romanzi, L., Polaneczky, M. Pelvic floor muscle surface electromyography. Reliability and clinical predictive validity. J Reprod Med. 1999 Sep; 44: 779-82

10763   Johnson, T. M.,  2nd, Ouslander, J. G. Urinary incontinence in the older man. Med Clin North Am. 1999 Sep; 83: 1247-66

10764   Petros, P. P., Von Konsky, B. Anchoring the midurethra restores bladder-neck anatomy and continence. Lancet. 1999 Sep 18; 354: 997-8

10765   Supanich, B. Urethral barriers for stress incontinence. J Fam Pract. 1999 Sep; 48: 662-3

10766   Gunnarsson, M., Ahlmann, S., Lindstrom, S., Rosen, I., Mattiasson, A. Cortical magnetic stimulation in patients with genuine stress incontinence: correlation with results of pelvic floor exercises. Neurourol Urodyn. 1999; 18: 437-44; discussion 444-5

10767   Elser, D. M., Wyman, J. F., McClish, D. K., Robinson, D., Fantl, J. A., Bump, R. C. The effect of bladder training, pelvic floor muscle training, or combination training on urodynamic parameters in women with urinary incontinence. Continence Program for Women Research Group. Neurourol Urodyn. 1999; 18: 427-36

10768   Groutz, A., Gordon, D., Keidar, R., Lessing, J. B., Wolman, I., David, M. P., Chen, B. Stress urinary incontinence: prevalence among nulliparous compared with primiparous and grand multiparous premenopausal women. Neurourol Urodyn. 1999; 18: 419-25

10769   Kayigil, O., Iftekhar Ahmed, S., Metin, A. The coexistence of intrinsic sphincter deficiency with type II stress incontinence. J Urol. 1999 Oct; 162: 1365-6

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

---

**10770** McClish, D. K., Wyman, J. F., Sale, P. G., Camp, J., Earle, B. Use and costs of incontinence pads in female study volunteers. Continence Program for Women Research Group. J Wound Ostomy Continence Nurs. 1999 Jul; 26: 207-8, 210-3

**10771** Lemack, G. E., Zimmern, P. E. Predictability of urodynamic findings based on the Urogenital Distress Inventory-6 questionnaire. Urology. 1999 Sep; 54: 461-6

**10772** Nishimatsu, H., Moriyama, N., Hamada, K., Ukai, Y., Yamazaki, S., Kameyama, S., Konno, N., Ishida, Y., Ishii, Y., Murayama, T., Kitamura, T. Contractile responses to alpha1-adrenoceptor agonists in isolated human male and female urethra. BJU Int. 1999 Sep; 84: 515-20

**10773** Hawkyard, S., Poon, P., Morgan, D. R. Sertoli tumour presenting with stress incontinence in a patient with testicular feminization. BJU Int. 1999 Aug; 84: 382-3

**10774** van Zon-Rabelink, I., Laven, J., Vleugels, M. The bacteriological changes after re-using a vaginal continence guard. Acta Obstet Gynecol Scand. 1999 Sep; 78: 722-7

**10775** Kobashi, K. C., Leach, G. E. Stress urinary incontinence. Curr Opin Urol. 1999 Jul; 9: 285-90

**10776** Lawton, V., Smith, A. R. Laparoscopic colposuspension. Semin Laparosc Surg. 1999 Jun; 6: 90-9

**10777** Margossian, H., Pollard, R. R., Walters, M. D. Small bowel obstruction in a peritoneal defect after laparoscopic Burch procedure. J Am Assoc Gynecol Laparosc. 1999 Aug; 6: 343-5

**10778** Thorp, J. M., Jr, Norton, P. A., Wall, L. L., Kuller, J. A., Eucker, B., Wells, E. Urinary incontinence in pregnancy and the puerperium: a prospective study. Am J Obstet Gynecol. 1999 Aug; 181: 266-73

**10779** Tschopp, P. J., Wesley-James, T., Spekkens, A., Lohfeld, L. Collagen injections for urinary stress incontinence in a small urban urology practice: time to failure analysis of 99 cases. J Urol. 1999 Sep; 162: 779-82; discussion 782-3

**10780** Hojberg, K. E., Salvig, J. D., Winslow, N. A., Lose, G., Secher, N. J. Urinary incontinence: prevalence and risk factors at 16 weeks of gestation. Br J Obstet Gynaecol. 1999 Aug; 106: 842-50

**10781** Petrou, S. P., Wan, J. VLPP in the evaluation of the female with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 254-9

**10782** Ballanger, P., Rischmann, P. Female urinary incontinence. An overview of a report presented to the French Urological Association. Eur Urol. 1999 Sep; 36: 165-74

**10783** Filbeck, T., Ullrich, T., Pichlmeier, U., Kiel, H. J., Wieland, W. F., Roessler, W. Correlation of persistent stress urinary incontinence with quality of life after suspension procedures: is continence the only decisive postoperative criterion of success?. Urology. 1999 Aug; 54: 247-51

**10784** Takeda, M., Hatano, A., Kurumada, S., Takahashi, H., Wakatsuki, S., Go, H., Watanabe, R., Tomita, Y., Takahashi, K. Bladder neck suspension using percutaneous bladder neck stabilization to the pubic bone with a bone-anchor suture fixation system: A new extraperitoneal laparoscopic approach. Urol Int. 1999; 62: 57-60

**10785** Serel, T. A., Gungor, M. Urodynamic evaluation after endoscopic modified bladder neck suspension. Urol Int. 1999; 62: 17-20

**10786** Athanasiou, S., Khullar, V., Boos, K., Salvatore, S., Cardozo, L. Imaging the urethral sphincter with three-dimensional ultrasound. Obstet Gynecol. 1999 Aug; 94: 295-301

**10787** Su, T. H., Hsu, C. Y., Chen, J. C. Injection therapy for stress incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 200-6

**10788** Kondo, A., Narushima, M., Itoh, Y., Saito, M. Vaginal nylon sling: loop length and surgical outcomes in those with urethral hypermobility and intrinsic sphincter deficiency. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 182-7

**10789** Meschia, M., Bruschi, F., Amicarelli, F., Pifarotti, P., Marchini, M., Crosignani, P. G. The sacrospinous vaginal vault suspension: Critical analysis of outcomes. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 155-9

**10790** Schultheiss, D., Jonas, U. Do we need bone anchors in urogynecology?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 153-4

---

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**10791** Maher, C., Dwyer, P., Carey, M., Gilmour, D. The Burch colposuspension for recurrent urinary stress incontinence following retropubic continence surgery. Br J Obstet Gynaecol. 1999 Jul; 106: 719-24

**10792** Jackson, S., Shepherd, A., Brookes, S., Abrams, P. The effect of oestrogen supplementation on post-menopausal urinary stress incontinence: a double-blind placebo-controlled trial. Br J Obstet Gynaecol. 1999 Jul; 106: 711-8

**10793** Cervigni, M., Natale, F. Surgical treatment of stress urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1999 Jul; 85: 63-70

**10794** Margossian, H., Walters, M. D., Falcone, T. Laparoscopic management of pelvic organ prolapse. Eur J Obstet Gynecol Reprod Biol. 1999 Jul; 85: 57-62

**10795** Kralj, B. Conservative treatment of female stress urinary incontinence with functional electrical stimulation. Eur J Obstet Gynecol Reprod Biol. 1999 Jul; 85: 53-6

**10796** Khullar, V., Cardozo, L., McLellan, A., Bidmead, J., Kelleher, C. Impact of surgery for stress incontinence on the social lives of women. Br J Obstet Gynaecol. 1999 Mar; 106: 290-1

**10797** Watson, A. J., Currie, I., Jarvis, G. J. A prospective placebo controlled double blind randomised study to investigate the use of indoramin to prevent post-operative voiding disorders after surgical treatment for genuine stress incontinence. Br J Obstet Gynaecol. 1999 Mar; 106: 270-2

**10798** O'Connor, R. A. Impact of surgery for stress incontinence on the social lives of women. Br J Obstet Gynaecol. 1999 Jun; 106: 613-4

**10799** Moore, K. H., Foote, A., Burton, G., King, J. An open study of the bladder neck support prosthesis in genuine stress incontinence. Br J Obstet Gynaecol. 1999 Jan; 106: 42-9

**10800** Ulmsten, U., Johnson, P., Rezapour, M. A three-year follow up of tension free vaginal tape for surgical treatment of female stress urinary incontinence. Br J Obstet Gynaecol. 1999 Apr; 106: 345-50

**10801** Cardozo, L., Hextall, A., Bailey, J., Boos, K. Colposuspension after previous failed incontinence surgery: a prospective observational study. Br J Obstet Gynaecol. 1999 Apr; 106: 340-4

**10802** Ou, C. S., Rowbotham, R. Five-year follow-up of laparoscopic bladder neck suspension using synthetic mesh and surgical staples. J Laparoendosc Adv Surg Tech A. 1999 Jun; 9: 249-52

**10803** Jongen, V. H., Brouwer, W. K. Comparison of the modified Pereyra procedure using permanent suture material and Burch urethropexy. Eur J Obstet Gynecol Reprod Biol. 1999 May; 84: 7-11

**10804** Quadri, G., Magatti, F., Belloni, C., Barisani, D., Natale, N. Marshall-Marchetti-Krantz urethropexy and Burch colposuspension for stress urinary incontinence in women with low pressure and hypermobility of the urethra: early results of a prospective randomized clinical trial. Am J Obstet Gynecol. 1999 Jul; 181: 12-8

**10805** Das, S. Dynamic suburethral suspension with pedicled external oblique aponeurosis in the management of female urinary incontinence. J Urol. 1999 Aug; 162: 469-73

**10806** Moore, K. H., Simons, A., Dowell, C., Bryant, C., Prashar, S. Efficacy and user acceptability of the urethral occlusive device in women with urinary incontinence. J Urol. 1999 Aug; 162: 464-8

**10807** Hsu, T. H., Rackley, R. R., Appell, R. A. The supine stress test: a simple method to detect intrinsic urethral sphincter dysfunction. J Urol. 1999 Aug; 162: 460-3

**10808** Khullar, V., Salvatore, S., Bidmead, J., Anders, K., Cardozo, L. Conservative management of genuine stress incontinence in women. Study's flaws may be misleading. BMJ. 1999 Jul 17; 319: 190-1

**10809** Perez, N., Garcier, J. M., Pin-Leveugle, J., Lhoste-Trouilloud, A., Ravel, A., McLaughlin, P., Viallet, J. F., Boyer, L. Dynamic magnetic resonance imaging of the female pelvis: radio-anatomy and pathologic applications. Preliminary results. Surg Radiol Anat. 1999; 21: 133-8

**10810** Marana, H. R., Andrade, J. M., Marana, R. R., Matheus de Sala, M., Philbert, P. M., Rodrigues, R. Vaginal hysterectomy for correcting genital prolapse. Long-term evaluation. J Reprod Med. 1999 Jun; 44: 529-34

**10811** Sandvik, H. Health information and interaction on the internet: a survey of female urinary incontinence. BMJ. 1999 Jul 3; 319: 29-32

**American Urological Association, Inc.**

SUI Guidelines Panel

**10812**    Swift, S. E., Yoon, E. A. Test-retest reliability of the cough stress test in the evaluation of urinary incontinence. Obstet Gynecol. 1999 Jul; 94: 99-102

**10813**    Brown, J. S., Grady, D., Ouslander, J. G., Herzog, A. R., Varner, R. E., Posner, S. F. Prevalence of urinary incontinence and associated risk factors in postmenopausal women. Heart & Estrogen/Progestin Replacement Study (HERS) Research Group. Obstet Gynecol. 1999 Jul; 94: 66-70

**10814**    Chen, H. Y., Chang, W. C., Lin, W. C., Yeh, L. S., Hsu, T. Y., Tsai, H. D., Yang, K. Y. Efficacy of pelvic floor rehabilitation for treatment of genuine stress incontinence. J Formos Med Assoc. 1999 Apr; 98: 271-6

**10815**    Sand, P. K., Staskin, D., Miller, J., Diokno, A., Sant, G. R., Davila, G. W., Knapp, P., Rappaport, S., Tutrone, R. Effect of a urinary control insert on quality of life in incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 100-5

**10816**    Jung, S. Y., Fraser, M. O., Ozawa, H., Yokoyama, O., Yoshiyama, M., De Groat, W. C., Chancellor, M. B. Urethral afferent nerve activity affects the micturition reflex; implication for the relationship between stress incontinence and detrusor instability. J Urol. 1999 Jul; 162: 204-12

**10817**    Nitahara, K. S., Aboseif, S., Tanagho, E. A. Long-term results of colpocystourethropexy for persistent or recurrent stress urinary incontinence. J Urol. 1999 Jul; 162: 138-41

**10818**    Fulford, S. C., Flynn, R., Barrington, J., Appanna, T., Stephenson, T. P. An assessment of the surgical outcome and urodynamic effects of the pubovaginal sling for stress incontinence and the associated urge syndrome. J Urol. 1999 Jul; 162: 135-7

**10819**    Rosamilia, A., Clements, J. A., Dwyer, P. L., Kende, M., Campbell, D. J. Activation of the kallikrein kinin system in interstitial cystitis. J Urol. 1999 Jul; 162: 129-34

**10820**    Zorn, B. H., Montgomery, H., Pieper, K., Gray, M., Steers, W. D. Urinary incontinence and depression. J Urol. 1999 Jul; 162: 82-4

**10821**    Simeonova, Z., Milsom, I., Kullendorff, A. M., Molander, U., Bengtsson, C. The prevalence of urinary incontinence and its influence on the quality of life in women from an urban Swedish population. Acta Obstet Gynecol Scand. 1999 Jul; 78: 546-51

**10822**    Pantuck, A. J., Li, R. Z., Perrotti, M. Stamey needle passage of fascial pubovaginal sling after failed vesicourethropexy. Tech Urol. 1999 Mar; 5: 21-3

**10823**    Hudson, A., Jones, L. R., Weber, M. T. Adult survivors of childhood sexual abuse as patients: two case studies. J Wound Ostomy Continence Nurs. 1999 Mar; 26: 60-6

**10824**    Kane, L., Chung, T., Lawrie, H., Iskaros, J. The pubofascial anchor sling procedure for recurrent genuine urinary stress incontinence. BJU Int. 1999 Jun; 83: 1010-4

**10825**    Weatherall, M. Biofeedback or pelvic floor muscle exercises for female genuine stress incontinence: a meta-analysis of trials identified in a systematic review. BJU Int. 1999 Jun; 83: 1015-6

**10826**    Galloway, N. T., El-Galley, R. E., Sand, P. K., Appell, R. A., Russell, H. W., Carlan, S. J. Extracorporeal magnetic innervation therapy for stress urinary incontinence. Urology. 1999 Jun; 53: 1108-11

**10827**    Ishikawa, N., Suda, S., Sasaki, T., Yamanishi, T., Hosaka, H., Yasuda, K., Ito, H. Development of a non-invasive treatment system for urinary incontinence using a functional continuous magnetic stimulator (FCMS). Med Biol Eng Comput. 1998 Nov; 36: 704-10

**10828**    Davila, G. W., Neal, D., Horbach, N., Peacher, J., Doughtie, J. D., Karram, M. A bladder-neck support prosthesis for women with stress and mixed incontinence. Obstet Gynecol. 1999 Jun; 93: 938-42

**10829**    Payne, C. K. A transvaginal sling procedure with bone anchor fixation. Urol Clin North Am. 1999 May; 26: 423-30, x

**10830**    Kay, L., Stigsby, B., Brasso, K., Mortensen, S. O., Munkgaard, S. Lower urinary tract symptoms--a population survey using the Danish Prostatic Symptom Score (DAN-PSS) questionnaire. Scand J Urol Nephrol. 1999 Apr; 33: 94-9

**10831**    Swithinbank, L. V., James, M., Shepherd, A., Abrams, P. Role of ambulatory urodynamic monitoring in clinical urological practice. Neurourol Urodyn. 1999; 18: 215-22

**Appendix A6: Bibliography sorted by Procite Number**

## American Urological Association, Inc.

### SUI Guidelines Panel

**10832**   Gordon, D., Groutz, A., Wolman, I., Lessing, J. B., David, M. P. Development of postoperative urinary stress incontinence in clinically continent patients undergoing prophylactic Kelly plication during genitourinary prolapse repair. Neurourol Urodyn. 1999; 18: 193-7; discussion 197-8

**10833**   Ali-el-Dein, B., el-Sobky, E., Hohenfellner, M., Ghoneim, M. A. Orthotopic bladder substitution in women: functional evaluation. J Urol. 1999 Jun; 161: 1875-80

**10834**   Amundsen, C., Lau, M., English, S. F., McGuire, E. J. Do urinary symptoms correlate with urodynamic findings?. J Urol. 1999 Jun; 161: 1871-4

**10835**   Stenberg, A., Larsson, G., Johnson, P., Heimer, G., Ulmsten, U. DiHA Dextran Copolymer, a new biocompatible material for endoscopic treatment of stress incontinent women. Short term results. Acta Obstet Gynecol Scand. 1999 May; 78: 436-42

**10836**   Bodden-Heidrich, R., Beckmann, M. W., Libera, B., Rechenberger, I., Bender, H. G. Psychosomatic aspects of urinary incontinence. Arch Gynecol Obstet. 1999; 262: 151-8

**10837**   Winder, A. Incontinence: why women are still suffering in silence. Community Nurse. 1998 Oct; 4: 15-6

**10838**   Sugerman, H. J., Felton, W. L., 3rd, Sismanis, A., Kellum, J. M., DeMaria, E. J., Sugerman, E. L. Gastric surgery for pseudotumor cerebri associated with severe obesity. Ann Surg. 1999 May; 229: 634-40; discussion 640-2

**10839**   Dowell, C. J., Bryant, C. M., Moore, K. H., Simons, A. M. Calculating the direct costs of urinary incontinence: a new test instrument. BJU Int. 1999 Apr; 83: 596-606

**10840**   Groutz, A., Fait, G., Lessing, J. B., David, M. P., Wolman, I., Jaffa, A., Gordon, D. Incidence and obstetric risk factors of postpartum anal incontinence. Scand J Gastroenterol. 1999 Mar; 34: 315-8

**10841**   Ferland, R. D., Rosenblatt, P. Ureteral compromise after laparoscopic Burch colpopexy. J Am Assoc Gynecol Laparosc. 1999 May; 6: 217-9

**10842**   Blander, D. S., Carpiniello, V. L., Harryhill, J. F., Malloy, T. R., Rovner, E. S. Extraperitoneal laparoscopic urethropexy with Marlex mesh. Urology. 1999 May; 53: 985-9

**10843**   De Ridder, D., Vermeulen, C., Ketelaer, P., Van Poppel, H., Baert, L. Pelvic floor rehabilitation in multiple sclerosis. Acta Neurol Belg. 1999 Mar; 99: 61-4

**10844**   Mutlu, N., Kazado, M., Culha, M., Merder, E., Baykal, M., Canbazoglu, N. Burch bladder neck colposuspension, comparison of early and late results. Mater Med Pol. 1997 Jan-Dec; 29: 8-10

**10845**   Mast, B. A. Alleviation of urinary incontinence after abdominoplasty. Ann Plast Surg. 1999 Apr; 42: 456-7

**10846**   Papa Petros, P. E., Ulmsten, U. An anatomical classification--a new paradigm for management of urinary dysfunction in the female. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 29-35

**10847**   Dwyer, P. L., Carey, M. P., Rosamilia, A. Suture injury to the urinary tract in urethral suspension procedures for stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 15-21

**10848**   Hirsch, A., Weirauch, G., Steimer, B., Bihler, K., Peschers, U., Bergauer, F., Leib, B., Dimpfl, T. Treatment of female urinary incontinence with EMG-controlled biofeedback home training. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 7-10

**10849**   Karram, M. M. What is the optimal anti-incontinence procedure in women with advanced prolapse and 'potential' stress incontinence?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 1-2

**10850**   Lagro-Janssen, T., van Weel, C. Long-term effect of treatment of female incontinence in general practice. Br J Gen Pract. 1998 Nov; 48: 1735-8

**10851**   Gorton, E., Stanton, S. Iontophoresis as a new method of delivering local anesthesia to the urethra: a pilot study. Urology. 1999 Apr; 53: 790-2

**10852**   Pelosi, M. A., 3rd, Pelosi, M. A. Pubic bone suburethral stabilization sling: laparoscopic assessment of a transvaginal operation for the treatment of stress urinary incontinence. J Laparoendosc Adv Surg Tech A. 1999 Feb; 9: 45-50

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**10853**  Weinberger, M. W., Goodman, B. M., Carnes, M. Long-term efficacy of nonsurgical urinary incontinence treatment in elderly women. J Gerontol A Biol Sci Med Sci. 1999 Mar; 54: M117-21

**10854**  Miller, J. M., Ashton-Miller, J. A., Carchidi, L. T., DeLancey, J. O. On the lack of correlation between self-report and urine loss measured with standing provocation test in older stress-incontinent women. J Womens Health. 1999 Mar; 8: 157-62

**10855**  Browne, D. S. Re: The sign of stress incontinence--should we believe what we see?. Aust N Z J Obstet Gynaecol. 1999 Feb; 39: 139-40

**10856**  Farnsworth, B. Re: The sign of stress incontinence--should we believe what we see?. Aust N Z J Obstet Gynaecol. 1999 Feb; 39: 139

**10857**  Haylen, B. T., Cerqui, A. J., Meagher, A. P. Five-layer repair of rectovaginal fistula using a vaginal approach. A case report. Aust N Z J Obstet Gynaecol. 1999 Feb; 39: 131-3

**10858**  Chai, T. C., Sklar, G. N. Use of the flexible cystoscope as a vaginoscope to aid in the diagnosis of artificial sling erosion. Urology. 1999 Mar; 53: 617-8

**10859**  Liapis, A., Papoulias, I., Chryssicopoulos, A., Creatsas, G. Results of the colposuspension operation in pre and postmenopausal incontinent women. Maturitas. 1998 Nov 30; 31: 69-75

**10860**  Eisenberger, C. F., Schoenberg, M., Fitter, D., Marshall, F. F. Orthotopic ileocolic neobladder reconstruction following radical cystectomy: history, technique and results of the Johns Hopkins experience, 1986-1998. Urol Clin North Am. 1999 Feb; 26: 149-56, ix

**10861**  Appleby, S. Stress urinary incontinence: issues and answers for women. Ostomy Wound Manage. 1999 Jan; 45: 44-8, 50-3

**10862**  Liu, C. Y. Laparoscopic treatment of stress urinary incontinence. Obstet Gynecol Clin North Am. 1999 Mar; 26: 149-67

**10863**  Cucchi, A. Sequential changes in voiding dynamics related to the development of detrusor instability in women with stress urinary incontinence. Neurourol Urodyn. 1999; 18: 73-80

**10864**  Petrou, S. P., Brown, J. A., Blaivas, J. G. Suprameatal transvaginal urethrolysis. J Urol. 1999 Apr; 161: 1268-71

**10865**  Diokno, A. C., Dimaculangan, R. R., Lim, E. U., Steinert, B. W. Office based criteria for predicting type II stress incontinence without further evaluation studies. J Urol. 1999 Apr; 161: 1263-7

**10866**  Migliari, R., Usai, E. Treatment results using a mixed fiber mesh in patients with grade IV cystocele. J Urol. 1999 Apr; 161: 1255-8

**10867**  Fink, D., Perucchini, D., Schaer, G. N., Haller, U. The role of the frequency-volume chart in the differential diagnostic of female urinary incontinence. Acta Obstet Gynecol Scand. 1999 Mar; 78: 254-7

**10868**  Aanestad, O., Flink, R. Urinary stress incontinence. A urodynamic and quantitative electromyographic study of the perineal muscles. Acta Obstet Gynecol Scand. 1999 Mar; 78: 245-53

**10869**  Schaer, G. N., Perucchini, D., Munz, E., Peschers, U., Koechli, O. R., Delancey, J. O. Sonographic evaluation of the bladder neck in continent and stress- incontinent women. Obstet Gynecol. 1999 Mar; 93: 412-6

**10870**  Sander, P., Thyssen, H., Lose, G., Andersen, J. T. Effect of a vaginal device on quality of life with urinary stress incontinence. Obstet Gynecol. 1999 Mar; 93: 407-11

**10871**  Rosenbaum, T. P., Shaw, P. J., Woodhouse, C. R. Symptomatic intermittent bladder acontractility after clam cystoplasty. Br J Urol. 1993 Nov; 72: 664-5

**10872**  Cucchi, A. Bladder contractility and idiopathic detrusor instability in the female. Br J Urol. 1993 Nov; 72: 559-65

**10873**  Casper, F. W., Linn, J. F., Black, P. Obstetrical management following incontinence surgery. J Obstet Gynaecol Res. 1999 Feb; 25: 51-3

**10874**  Rizvi, J. H. Genital fistulae. A continuing tragedy. J Obstet Gynaecol Res. 1999 Feb; 25: 1-7

# American Urological Association, Inc.

## SUI Guidelines Panel

**10875** Goldman, H. B., Rackley, R. R., Appell, R. A. The efficacy of urethrolysis without re-suspension for iatrogenic urethral obstruction. J Urol. 1999 Jan; 161: 196-8; discussion 198-9

**10876** Shafik, A., Doss, S. Surgical anatomy of the somatic terminal innervation to the anal and urethral sphincters: role in anal and urethral surgery. J Urol. 1999 Jan; 161: 85-9

**10877** Bo, K., Talseth, T., Holme, I. Single blind, randomised controlled trial of pelvic floor exercises, electrical stimulation, vaginal cones, and no treatment in management of genuine stress incontinence in women. BMJ. 1999 Feb 20; 318: 487-93

**10878** Glavind, K., Mouritsen, A. L., Lose, G. Management of stress and urge urinary incontinence in women. Acta Obstet Gynecol Scand. 1999 Feb; 78: 75-81

**10879** Hale, D. S., Benson, J. T., Brubaker, L., Heidkamp, M. C., Russell, B. Histologic analysis of needle biopsy of urethral sphincter from women with normal and stress incontinence with comparison of electromyographic findings. Am J Obstet Gynecol. 1999 Feb; 180: 342-8

**10880** Carley, M. E., Turner, R. J., Scott, D. E., Alexander, J. M. Obstetric history in women with surgically corrected adult urinary incontinence or pelvic organ prolapse. J Am Assoc Gynecol Laparosc. 1999 Feb; 6: 85-9

**10881** Jacome, E. G., Tutera, G., Mattox, F. T. Laparoscopic Burch urethropexy in a private clinical practice. J Am Assoc Gynecol Laparosc. 1999 Feb; 6: 39-44

**10882** Appell, R. A. Teloscopy. J Am Assoc Gynecol Laparosc. 1998 Nov; 5: 445-6

**10883** Hassouna, M. E., Ghoniem, G. M. Long-term outcome and quality of life after modified pubovaginal sling for intrinsic sphincteric deficiency. Urology. 1999 Feb; 53: 287-91

**10884** Busacchi, P., De Giorgio, R., Santini, D., Bellavia, E., Perri, T., Oliverio, C., Paradisi, R., Corinaldesi, R., Flamigni, C. A histological and immunohistochemical study of neuropeptide containing somatic nerves in the levator ani muscle of women with genitourinary prolapse. Acta Obstet Gynecol Scand. 1999 Jan; 78: 2-5

**10885** Bent, A. E., McLennan, M. T. Surgical management of urinary incontinence. Obstet Gynecol Clin North Am. 1998 Dec; 25: 883-906

**10886** Visco, A. G., Figuers, C. Nonsurgical management of pelvic floor dysfunction. Obstet Gynecol Clin North Am. 1998 Dec; 25: 849-65, vii

**10887** O'Connell, H. E., McKertich, K. M. Common urological problems in women. Aust Fam Physician. 1998 Dec; 27: 1098-104

**10888** Kammerer-Doak, D. N., Dorin, M. H., Rogers, R. G., Cousin, M. O. A randomized trial of burch retropubic urethropexy and anterior colporrhaphy for stress urinary incontinence. Obstet Gynecol. 1999 Jan; 93: 75-8

**10889** Safir, M. H., Gousse, A. E., Rovner, E. S., Ginsberg, D. A., Raz, S. 4-Defect repair of grade 4 cystocele. J Urol. 1999 Feb; 161: 587-94

**10890** Romanzi, L. J., Chaikin, D. C., Blaivas, J. G. The effect of genital prolapse on voiding. J Urol. 1999 Feb; 161: 581-6

**10891** English, S. F., Amundsen, C. L., McGuire, E. J. Bladder neck competency at rest in women with incontinence. J Urol. 1999 Feb; 161: 578-80

**10892** Nesrallah, L. J., Srougi, M., Gittes, R. F. The O'Conor technique: the gold standard for supratrigonal vesicovaginal fistula repair. J Urol. 1999 Feb; 161: 566-8

**10893** Shandera, K. C. Diagnosis and management of female urinary incontinence. Hawaii Med J. 1998 Dec; 57: 746-8

**10894** Faerber, G. J. Urethral diverticulectomy and pubovaginal sling for simultaneous treatment of urethral diverticulum and intrinsic sphincter deficiency. Tech Urol. 1998 Dec; 4: 192-7

**10895** Rovner, E. S. Primary slings for everyone with genuine stress incontinence? The argument against. Int Urogynecol J 1997,8:321-322. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 419

**10896** Madjar, S., Beyar, M., Nativ, O. Pubic bone anchoring in the treatment of women with stress urinary incontinence: new applications to an old concept. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 416-8

# Appendix A6: Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**10897** Levin, S., Bennet, A. E., Levin, D., Danielli, L., Levin, R., Sidi, A. Minimally invasive surgical treatment of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 405-8

**10898** Meyer, S., Bachelard, O., De Grandi, P. Do bladder neck mobility and urethral sphincter function differ during pregnancy compared with during the non-pregnant state?. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 397-404

**10899** Tincello, D. G., Richmond, D. H. The Larsson frequency/volume chart is not a substitute for cystometry in the investigation of women with urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 391-6

**10900** Dainer, M., Hall, C. D., Choe, J., Bhatia, N. Pregnancy following incontinence surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 385-90

**10901** Vasavada, S. P., Rackley, R. R., Appell, R. A. In situ anterior vaginal wall sling formation with preservation of the endopelvic fascia for treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 379-84

**10902** Giacalone, P. L., Laffargue, F., Daures, J. P., Lombard, I. The Bologna bladder neck suspension procedure for treatment of stress urinary incontinence associated with cystocele. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 370-8

**10903** Dietz, H. P., Wilson, P. D. Anatomical assessment of the bladder outlet and proximal urethra using ultrasound and videocystourethrography. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 365-9

**10904** Brubaker, L. Vaginal delivery and the pelvic floor. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 363-4

**10905** Dainer, M., Hall, C. D., Choe, J., Bhatia, N. N. The Burch procedure: a comprehensive review. Obstet Gynecol Surv. 1999 Jan; 54: 49-60

**10906** Patrick, D. L., Martin, M. L., Bushnell, D. M., Yalcin, I., Wagner, T. H., Buesching, D. P. Quality of life of women with urinary incontinence: further development of the incontinence quality of life instrument (I-QOL). Urology. 1999 Jan; 53: 71-6

**10907** King, J. K., Freeman, R. M. Is antenatal bladder neck mobility a risk factor for postpartum stress incontinence?. Br J Obstet Gynaecol. 1998 Dec; 105: 1300-7

**10908** Soler, D., Borzyskowski, M. Lower urinary tract dysfunction in children with central nervous system tumours. Arch Dis Child. 1998 Oct; 79: 344-7

**10909** Lee, C. L., Yen, C. F., Wang, C. J., Huang, K. G., Soong, Y. K. Extraperitoneoscopic colposuspension using $CO_2$ distension method. Int Surg. 1998 Jul-Sep; 83: 262-4

**10910** Aboseif, S. R., Borirakchanyavat, S., Lue, T. F., Carroll, P. R. Continence mechanism of the ileal neobladder in women: a urodynamics study. World J Urol. 1998; 16: 400-4

**10911** Lin, H. H., Sheu, B. C., Lo, M. C., Huang, S. C. Abnormal urodynamic findings after radical hysterectomy or pelvic irradiation for cervical cancer. Int J Gynaecol Obstet. 1998 Nov; 63: 169-74

**10912** Rechberger, T., Postawski, K., Jakowicki, J. A., Gunja-Smith, Z., Woessner, J. F., Jr Role of fascial collagen in stress urinary incontinence. Am J Obstet Gynecol. 1998 Dec; 179: 1511-4

**10913** Scotti, R. J., Garely, A. D., Greston, W. M., Flora, R. F., Olson, T. R. Paravaginal repair of lateral vaginal wall defects by fixation to the ischial periosteum and obturator membrane. Am J Obstet Gynecol. 1998 Dec; 179: 1436-45

**10914** Myers, D. L., LaSala, C. A. Conservative surgical management of Mersilene mesh suburethral sling erosion. Am J Obstet Gynecol. 1998 Dec; 179: 1424-8; discussion 1428-9

**10915** Khullar, V., Damiano, R., Toozs-Hobson, P., Cardozo, L. Prevalence of faecal incontinence among women with urinary incontinence. Br J Obstet Gynaecol. 1998 Nov; 105: 1211-3

**10916** Rane, A. Laparoscopic colposuspension. Br J Obstet Gynaecol. 1998 Nov; 105: 1237

**10917** Siltberg, H., Larsson, G., Victor, A. Cough-induced leak-point pressure--a valid measure for assessing treatment in women with stress incontinence. Acta Obstet Gynecol Scand. 1998 Nov; 77: 1000-7

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

**10918**  Versi, E., Harvey, M. A. Efficacy of an external urethral device in women with genuine stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 271-4

**10919**  Miller, K., Richardson, D. A., Siegel, S. W., Karram, M. M., Blackwood, N. B., Sand, P. K. Pelvic floor electrical stimulation for genuine stress incontinence: who will benefit and when?. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 265-70

**10920**  Appell, R. A. Primary slings for everyone with genuine stress incontinence? The argument for... Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 249-51

**10921**  Shafik, A. Pudendal canal syndrome as a cause of vulvodynia and its treatment by pudendal nerve decompression. Eur J Obstet Gynecol Reprod Biol. 1998 Oct; 80: 215-20

**10922**  Fielding, J. R., Griffiths, D. J., Versi, E., Mulkern, R. V., Lee, M. L., Jolesz, F. A. MR imaging of pelvic floor continence mechanisms in the supine and sitting positions. AJR Am J Roentgenol. 1998 Dec; 171: 1607-10

**10923**  Harris, R. L., Cundiff, G. W., Coates, K. W., Bump, R. C. Urinary incontinence and pelvic organ prolapse in nulliparous women. Obstet Gynecol. 1998 Dec; 92: 951-4

**10924**  Hutchings, A., Griffiths, J., Black, N. A. Surgery for stress incontinence: factors associated with a successful outcome. Br J Urol. 1998 Nov; 82: 634-41

**10925**  Bump, R. C., Hurt, W. G., Addison, W. A., Fantl, J. A., McClish, D. K. Reliability and correlation of measurements during and after bladder neck surgery. The Continence Program for Women Research Group. Br J Urol. 1998 Nov; 82: 628-33

**10926**  Haeusler, G., Tempfer, C., Heinzl, H., Sam, C., Hefler, L., Hanzal, E., Koelbl, H. Value of urethral pressure profilometry in the female incontinent patient: a prospective trial with an 8-channel urethral catheter. Urology. 1998 Dec; 52: 1113-7

**10927**  Ehren, I., Lundberg, J. O., Adolfsson, J., Wiklund, N. P. Effects of L-arginine treatment on symptoms and bladder nitric oxide levels in patients with interstitial cystitis. Urology. 1998 Dec; 52: 1026-9

**10928**  Gallagher, M. S. Urogenital distress and the psychosocial impact of urinary incontinence on elderly women. Rehabil Nurs. 1998 Jul-Aug; 23: 192-7

**10929**  Tunn, R., Paris, S., Fischer, W., Hamm, B., Kuchinke, J. Static magnetic resonance imaging of the pelvic floor muscle morphology in women with stress urinary incontinence and pelvic prolapse. Neurourol Urodyn. 1998; 17: 579-89

**10930**  Versi, E., Lyell, D. J., Griffiths, D. J. Videourodynamic diagnosis of occult genuine stress incontinence in patients with anterior vaginal wall relaxation. J Soc Gynecol Investig. 1998 Nov-Dec; 5: 327-30

**10931**  Atahan, O., Kayigil, O., Metin, A. Modified four corner bladder neck suspension in anatomical stress incontinence with moderate cystocele. Int Urol Nephrol. 1998; 30: 439-44

**10932**  Ross, J. Laparoscopy or open Burch colposuspension?. Curr Opin Obstet Gynecol. 1998 Oct; 10: 405-9

**10933**  Khullar, V., Cardozo, L. Incontinence in the elderly. Curr Opin Obstet Gynecol. 1998 Oct; 10: 391-4

**10934**  Chaikin, D. C., Blaivas, J. G. Weakened cadaveric fascial sling: an unexpected cause of failure. J Urol. 1998 Dec; 160: 2151

**10935**  Abdel-Mageed, A. B., Ghoniem, G. M. Potential role of rel/nuclear factor-kappaB in the pathogenesis of interstitial cystitis. J Urol. 1998 Dec; 160: 2000-3

**10936**  Olson, M. E., Morck, D. W., Ceri, H., Lee, C. C., Chancellor, M. B. Evaluation of autologous fat implantation in the rat urinary bladder submucosa. Urology. 1998 Nov; 52: 915-9

**10937**  Jozwik, M., Jozwik, M. The physiological basis of pelvic floor exercises in the treatment of stress urinary incontinence. Br J Obstet Gynaecol. 1998 Oct; 105: 1046-51

**10938**  Ulmsten, U., Falconer, C., Johnson, P., Jomaa, M., Lanner, L., Nilsson, C. G., Olsson, I. A multicenter study of tension-free vaginal tape (TVT) for surgical treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 210-3

# Appendix A6: Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**10939** Hextall, A., Boos, K., Cardozo, L., Toozs-Hobson, P., Anders, K., Khullar, V. Videocystourethrography with a ring pessary in situ. A clinically useful preoperative investigation for continent women with urogenital prolapse?. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 205-9

**10940** Flood, C. G., Drutz, H. P., Waja, L. Anterior colporrhaphy reinforced with Marlex mesh for the treatment of cystoceles. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 200-4

**10941** Ostrzenski, A., Osborne, N. G. Ultrasonography as a screening tool for paravaginal defects in women with stress incontinence: a pilot study. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 195-9

**10942** Perkins, J. Vaginal weights for assessment and training of the pelvic floor. J Wound Ostomy Continence Nurs. 1998 Jul; 25: 206-16

**10943** Wyman, J. F., Fantl, J. A., McClish, D. K., Bump, R. C. Comparative efficacy of behavioral interventions in the management of female urinary incontinence. Continence Program for Women Research Group. Am J Obstet Gynecol. 1998 Oct; 179: 999-1007

**10944** Madjar, S., Wald, M., Halachmi, S., Issaq, E., Moskovitz, B., Beyar, M., Nativ, O. Minimally invasive pervaginam procedures for the treatment of female stress incontinence using a new pubic bone anchoring system. Artif Organs. 1998 Oct; 22: 879-85

**10945** Sasso, K. C. New treatment options for stress incontinence. RN. 1998 Sep; 61: 36-9

**10946** Griffiths, J. M., Black, N. A., Pope, C., Stanley, J., Bowling, A., Abel, P. D. What determines the choice of procedure in stress incontinence surgery? The use of multilevel modeling. Int J Technol Assess Health Care. 1998 Summer; 14: 431-45

**10947** Weiss, J. P., Blaivas, J. G., Stember, D. S., Brooks, M. M. Nocturia in adults: etiology and classification. Neurourol Urodyn. 1998; 17: 467-72

**10948** Gosalbez, R., Castellan, M. Defining the role of the bladder-neck sling in the surgical treatment of urinary incontinence in children with neurogenic incontinence. World J Urol. 1998; 16: 285-91

**10949** Thuroff, J. W., Chartier-Kastler, E., Corcus, J., Humke, J., Jonas, U., Palmtag, H., Tanagho, E. A. Medical treatment and medical side effects in urinary incontinence in the elderly. World J Urol. 1998; 16 Suppl 1: S48-61

**10950** Hadley, H. R., Pineda, E. B. The urethral sling and stress urinary incontinence. West J Med. 1998 Sep; 169: 167-8

**10951** Saidi, M. H., Gallagher, M. S., Skop, I. P., Saidi, J. A., Sadler, R. K., Diaz, K. C. Extraperitoneal laparoscopic colposuspension: short-term cure rate, complications, and duration of hospital stay in comparison with Burch colposuspension. Obstet Gynecol. 1998 Oct; 92: 619-21

**10952** Meyer, S., Schreyer, A., De Grandi, P., Hohlfeld, P. The effects of birth on urinary continence mechanisms and other pelvic- floor characteristics. Obstet Gynecol. 1998 Oct; 92: 613-8

**10953** McLennan, M. T., Melick, C. F., Bent, A. E. Clinical and urodynamic predictors of delayed voiding after fascia lata suburethral sling. Obstet Gynecol. 1998 Oct; 92: 608-12

**10954** Meyer, S., Kuntzer, T., De Grandi, P., Bachelard, O., Schreyer, A. Stimulated pressure profile at rest: a noninvasive method for assessing urethral sphincter function. Urology. 1998 Oct; 52: 679-84

**10955** Ghoniem, G. M., Hassouna, M. E. Bladder neck prop using vaginal wall island for intrinsic sphincteric deficiency in elderly patients: a new technique. Urology. 1998 Oct; 52: 668-71

**10956** Petros, P. P., Ulmsten, U. An anatomical classification--a new paradigm for management of female lower urinary tract dysfunction. Eur J Obstet Gynecol Reprod Biol. 1998 Sep; 80: 87-94

**10957** Matkov, T. G., Hejna, M. J., Coogan, C. L. Osteomyelitis as a complication of vesica percutaneous bladder neck suspension. J Urol. 1998 Oct; 160: 1427

**10958** Chaikin, D. C., Rosenthal, J., Blaivas, J. G. Pubovaginal fascial sling for all types of stress urinary incontinence: long-term analysis. J Urol. 1998 Oct; 160: 1312-6

**10959** Leng, W. W., McGuire, E. J. Management of female urethral diverticula: a new classification. J Urol. 1998 Oct; 160: 1297-300

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**
**sorted by Procite Number**

**10960** Gofrit, O. N., Landau, E. H., Shapiro, A., Pode, D. The Stamey procedure for stress incontinence: long-term results. Eur Urol. 1998 Oct; 34: 339-43

**10961** Ordonez, E., Zivkovic, F., Moser, F., Tamussino, K. Inadvertent ureteral catheterizaion with a microtip catheter at cystometry. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 184-5

**10962** Kelly, H. A., Dumm, W. M. Urinary incontinence in women, without manifest injury to the bladder. 1914. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 158-64

**10963** Petros, P. E. The pubourethral ligaments--an anatomical and histological study in the live patient. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 154-7

**10964** Glavind, K., Laursen, B., Jaquet, A. Efficacy of biofeedback in the treatment of urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 151-3

**10965** Weil, E. H., Eerdmans, P. H., Dijkman, G. A., Tamussino, K., Feyereisl, J., Vierhout, M. E., Schmidbauer, C., Egarter, C., Kolle, D., Plasman, J. E., Heidler, H., Abbuhl, B. E., Wein, W. Randomized double-blind placebo-controlled multicenter evaluation of efficacy and dose finding of midodrine hydrochloride in women with mild to moderate stress urinary incontinence: a phase II study. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 145-50

**10966** Sustersic, O., Kralj, B. The influence of obesity, constitution and physical work on the phenomenon of urinary incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 140-4

**10967** Chilaka, V. N., Mayne, C. J. Postoperative urinary tract infections (UTIs) following single-dose intraoperative antibiotic prophylaxis in colposuspension patients. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 132-5

**10968** Stenberg, A., Larsson, G., Heimer, G., Johnson, P., Ulmsten, U. Transurethral endoscopic treatment of urinary stress incontinence in women. Materials and results in former and present agents. Acta Obstet Gynecol Scand Suppl. 1998; 168: 44-6

**10969** Fischer-Rasmussen, W. Transvaginal needle bladder neck suspension for stress urinary incontinence: practicable methods but not optimal results. Acta Obstet Gynecol Scand Suppl. 1998; 168: 38-43

**10970** Nilsson, C. G. The tensionfree vaginal tape procedure (TVT) for treatment of female urinary incontinence. A minimal invasive surgical procedure. Acta Obstet Gynecol Scand Suppl. 1998; 168: 34-7

**10971** Lose, G. Laparoscopic Burch colposuspension. Acta Obstet Gynecol Scand Suppl. 1998; 168: 29-33

**10972** Lose, G., Kulseng-Hanssen, S., Nilsson, C. G. Aspects on the actual practice of surgical management of urinary incontinence in Norway and Finland. Acta Obstet Gynecol Scand Suppl. 1998; 168: 25-8

**10973** Bratt, H., Salvesen, K. A., Eriksen, B. C., Kulseng-Hanssen, S. Long-term effects ten years after maximal electrostimulation of the pelvic floor in women with unstable detrusor and urge incontinence. Acta Obstet Gynecol Scand Suppl. 1998; 168: 22-4

**10974** Fall, M. Advantages and pitfalls of functional electrical stimulation. Acta Obstet Gynecol Scand Suppl. 1998; 168: 16-21

**10975** Kulseng-Hanssen, S., Kristoffersen, M., Larsen, E. Evaluation of the subjective and objective effect of maximal electrical stimulation in patients complaining of urge incontinence. Acta Obstet Gynecol Scand Suppl. 1998; 168: 12-5

**10976** Bo, K. Effect of electrical stimulation on stress and urge urinary incontinence. Clinical outcome and practical recommendations based on randomized controlled trials. Acta Obstet Gynecol Scand Suppl. 1998; 168: 3-11

**10977** Portera, J. C., Summitt, R. L., Jr Common operations for stress incontinence: selecting the correct operation. Clin Obstet Gynecol. 1998 Sep; 41: 712-8

**10978** Drutz, H. P., Alnaif, B. Surgical management of pelvic organ prolapse and stress urinary incontinence. Clin Obstet Gynecol. 1998 Sep; 41: 786-93

**10979** Brown, C. Pelvic floor rehabilitation: conservative treatment for incontinence. Ostomy Wound Manage. 1998 Jun; 44: 72-6

**10980** Papa Petros, P. E. A cystocele may compensate for latent stress incontinence by stretching the vaginal hammock. Gynecol Obstet Invest. 1998; 46: 206-9

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

10981    Cespedes, R. D., Cross, C. A., McGuire, E. J. Pelvic prolapse: diagnosing and treating cystoceles, rectoceles, and enteroceles. Medscape Womens Health. 1998 Jul; 3: 4

10982    Bernier, P. A., Zimmern, P. E. Bone anchor removal after bladder neck suspension. Br J Urol. 1998 Aug; 82: 302-3

10983    Schultheiss, D., Hofner, K., Oelke, M., Grunewald, V., Jonas, U. Does bone anchor fixation improve the outcome of percutaneous bladder neck suspension in female stress urinary incontinence?. Br J Urol. 1998 Aug; 82: 192-5

10984    Berghmans, L. C., Hendriks, H. J., Bo, K., Hay-Smith, E. J., de Bie, R. A., van Waalwijk van Doorn, E. S. Conservative treatment of stress urinary incontinence in women: a systematic review of randomized clinical trials. Br J Urol. 1998 Aug; 82: 181-91

10985    Kuczyk, M. A., Klein, S., Grunewald, V., Machtens, S., Denil, J., Hofner, K., Wagner, T., Jonas, U. A questionnaire-based outcome analysis of the Stamey bladder neck suspension procedure for the treatment of urinary stress incontinence: the Hannover experience. Br J Urol. 1998 Aug; 82: 174-80

10986    Koelbl, H., Saz, V., Doerfler, D., Haeusler, G., Sam, C., Hanzal, E. Transurethral injection of silicone microimplants for intrinsic urethral sphincter deficiency. Obstet Gynecol. 1998 Sep; 92: 332-6

10987    Miannay, E., Cosson, M., Lanvin, D., Querleu, D., Crepin, G. Comparison of open retropubic and laparoscopic colposuspension for treatment of stress urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1998 Aug; 79: 159-66

10988    Labasky, R. F. Maybe we can do better for more--new insights on surgical candidates and techniques for incontinence surgery. J Urol. 1998 Sep; 160: 763

10989    Wright, E. J., Iselin, C. E., Carr, L. K., Webster, G. D. Pubovaginal sling using cadaveric allograft fascia for the treatment of intrinsic sphincter deficiency. J Urol. 1998 Sep; 160: 759-62

10990    Cummings, J. M., Boullier, J. A., Parra, R. O. Surgical correction of stress incontinence in morbidly obese women. J Urol. 1998 Sep; 160: 754-5

10991    Yamada, T., Arai, G., Masuda, H., Tsukamoto, T., Nagahama, K., Nagamatsu, H. The correction of type 2 stress incontinence with a polytetrafluoroethylene patch sling: 5-year mean followup. J Urol. 1998 Sep; 160: 746-9

10992    Khullar, V., Cardozo, L. The urethra (UPP, MUPP, instability, LPP). Eur Urol. 1998; 34 Suppl 1: 20-2

10993    Griffiths, D. Clinical aspects of detrusor instability and the value of urodynamics: a review of the evidence. Eur Urol. 1998; 34 Suppl 1: 13-5

10994    Owens, R. G., Karram, M. M. Comparative tolerability of drug therapies used to treat incontinence and enuresis. Drug Saf. 1998 Aug; 19: 123-39

10995    Versi, E., Griffiths, D. J., Harvey, M. A. A new external urethral occlusive device for female urinary incontinence. Obstet Gynecol. 1998 Aug; 92: 286-91

10996    Jozwik, M., Jr, Jozwik, M., Lotocki, W. Stress urinary incontinence in women. III. Different tissue biochemistry in patients with concomitant detrusor instability. Preliminary report. Int Urol Nephrol. 1998; 30: 279-82

10997    Lose, G., Walter, S. Impact of surgery for stress incontinence on morbidity. Pragmatic randomised trial is required. BMJ. 1998 Jul 11; 317: 144

10998    Duckett, J. R. Impact of surgery for stress incontinence on morbidity. Colposuspension has highest cure rates. BMJ. 1998 Jul 11; 317: 144

10999    Theodorou, C. h., Floratos, D., Katsifotis, C. h., Moutzouris, G., Mertziotis, N., Thermogianni, H. Transvaginal incisionless bladder neck suspension. A simplified technique for female genuine stress incontinence. Int Urol Nephrol. 1998; 30: 273-8

11000    Czaplicki, M., Dobronski, P., Torz, C., Borkowski, A. Long-term subjective results of Marshall-Marchetti-Krantz procedure. Eur Urol. 1998 Aug; 34: 118-23

11001    Yip, S. K., Leung, T. Y., Chan, C. K. Hematuria and clot retention after Burch colposuspension and Cystofix suprapubic catheterization: suprapubic cystotomy as an alternative suprapubic drainage method. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 122-4

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Procite Number

---

11002    Hilton, P., Ward, A., Molloy, M., Umana, O. Periurethral injection of autologous fat for the treatment of post-fistula repair stress incontinence: a preliminary report. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 118-21

11003    Papa Petros, P. E., Bush, M. B. A mathematical model for micturition gives new insights into pressure measurement and function. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 103-7

11004    Marinkovic, S., Mian, H., Evankovich, M., Poplawsky, D., Novi, J., Frey, C., Yap, W. Analysis of early outcome: Burch procedure versus pubovaginal sling. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 94-9

11005    Chiara, G., Piccioni, V., Perino, M., Ohlmeier, U., Fassino, S., Leombruni, P. Psychological investigation in female patients suffering from urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 73-7

11006    Meier, D. E., Foster, M. E., Guzzetta, P. C., Coln, D. Antegrade continent enema management of chronic fecal incontinence in children. J Pediatr Surg. 1998 Jul; 33: 1149-51; discussion 1151-2

11007    Rabin, J. M. Clinical use of the FemAssist device in female urinary incontinence. J Med Syst. 1998 Aug; 22: 257-71

11008    Wahle, G. Durable continence procedures for women. J Urol. 1998 Aug; 160: 377

11009    Clemens, J. Q., Stern, J. A., Bushman, W. A., Schaeffer, A. J. Long-term results of the Stamey bladder neck suspension: direct comparison with the Marshall-Marchetti-Krantz procedure. J Urol. 1998 Aug; 160: 372-6

11010    Das, S. Comparative outcome analysis of laparoscopic colposuspension, abdominal colposuspension and vaginal needle suspension for female urinary incontinence. J Urol. 1998 Aug; 160: 368-71

11011    Drake, M. J., Nixon, P. M., Crew, J. P. Drug-induced bladder and urinary disorders. Incidence, prevention and management. Drug Saf. 1998 Jul; 19: 45-55

11012    Lin, A. S., Carrier, S., Morgan, D. M., Lue, T. F. Effect of simulated birth trauma on the urinary continence mechanism in the rat. Urology. 1998 Jul; 52: 143-51

11013    Ginsberg, D. A., Rovner, E. S., Raz, S. Posthysterectomy vaginal cuff fistula: diagnosis and management of an unusual cause of 'incontinence'. Urology. 1998 Jul; 52: 61-4; discussion 64-5

11014    Miller, J. M., Ashton-Miller, J. A., DeLancey, J. O. A pelvic muscle precontraction can reduce cough-related urine loss in selected women with mild SUI. J Am Geriatr Soc. 1998 Jul; 46: 870-4

11015    Shoemaker, E. S., Wilkinson, P. D. Teloscopy after bladder neck suspension. J Am Assoc Gynecol Laparosc. 1998 Aug; 5: 261-3

11016    Saidi, M. H., Sadler, R. K., Saidi, J. A. Extraperitoneal laparoscopic colposuspension for genuine urinary stress incontinence. J Am Assoc Gynecol Laparosc. 1998 Aug; 5: 247-52

11017    Silvis, R., Gooszen, H. G., Kahraman, T., Groenendijk, A. G., Lock, M. T., Italiaander, M. V., Janssen, L. W. Novel approach to combined defaecation and micturition disorders with rectovaginovesicopexy. Br J Surg. 1998 Jun; 85: 813-7

11018    Beco, J., Leonard, D., Leonard, F. Study of the female urethra's submucous vascular plexus by color Doppler. World J Urol. 1998; 16: 224-8

11019    O'Connor, R. A. Impact of surgery for stress incontinence on morbidity. Treatment needs to be based on objective assessment rather than on symptoms. BMJ. 1998 Jul 11; 317: 143-4; discussion 144

11020    James, M., Abrams, P., Gujral, S. Impact of surgery for stress incontinence on morbidity. Patients should be told hospital results and allowed to choose where they want surgery. BMJ. 1998 Jul 11; 317: 143; discussion 144

11021    Khullar, V., Cardozo, L., Boos, K., Bidmead, J., Kelleher, C. Impact of surgery for stress incontinence on morbidity. Effects of confounding variables on outcomes of incontinence surgery must be considered. BMJ. 1998 Jul 11; 317: 143; disscussion 144

11022    Bombieri, L., Freeman, R. M. Recurrence of stress incontinence after vault suspension: can it be prevented?. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 58-60

11023    Elsergany, R., Elgamasy, A. N., Ghoniem, G. M. Transurethral collagen injection for female stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 13-8

---

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

11024   Cucchi, A. A possible link between stress urinary incontinence and detrusor instability in the female--urodynamic (pressure/flow) data and speculative considerations. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 3-8

11025   Koyama, W., Koyanagi, A., Mihara, S., Kawazu, S., Uemura, T., Nakano, H., Gotou, Y., Nishizawa, M., Noyama, A., Hasegawa, C., Nakano, M. Prevalence and conditions of urinary incontinence among the elderly. Methods Inf Med. 1998 Jun; 37: 151-5

11026   Duggan, P. M., Arnold, E. P. Assessment and management of female urinary incontinence--a survey of current practice. Aust N Z J Obstet Gynaecol. 1998 May; 38: 234-6

11027   McLennan, M. T., Bent, A. E. Fascia lata suburethral sling vs. Burch retropubic urethropexy. A comparison of morbidity. J Reprod Med. 1998 Jun; 43: 488-94

11028   Ostrzenski, A. Genuine stress urinary incontinence in women. New laparoscopic paravaginal reconstruction. J Reprod Med. 1998 Jun; 43: 477-82

11029   Leach, G. E. Stress urinary incontinence in women: guidelines for surgical treatment. J Womens Health. 1998 Jun; 7: 583-6

11030   Black, N. A., Bowling, A., Griffiths, J. M., Pope, C., Abel, P. D. Impact of surgery for stress incontinence on the social lives of women. Br J Obstet Gynaecol. 1998 Jun; 105: 605-12

11031   Pycha, A., Klingler, C. H., Haitel, A., Heinz-Peer, G., Marberger, M. Implantable microballoons: an attractive alternative in the management of intrinsic sphincter deficiency. Eur Urol. 1998; 33: 469-75

11032   Jones, T. V., Bunner, S. H. Approaches to urinary incontinence in a rural population: a comparison of physician assistants, nurse practitioners, and family physicians. J Am Board Fam Pract. 1998 May-Jun; 11: 207-15

11033   Benshushan, A., Brzezinski, A., Shoshani, O., Rojansky, N. Periurethral injection for the treatment of urinary incontinence. Obstet Gynecol Surv. 1998 Jun; 53: 383-8

11034   Laurikkala, J., Juhola, M. A genetic-based machine learning system to discover the diagnostic rules for female urinary incontinence. Comput Methods Programs Biomed. 1998 Mar; 55: 217-28

11035   Videla, F. L., Wall, L. L. Stress incontinence diagnosed without multichannel urodynamic studies. Obstet Gynecol. 1998 Jun; 91: 965-8

11036   Wainstein, M. A., Klutke, C. G. Periurethral pseudocyst following cystoscopic collagen injection. Urology. 1998 May; 51: 835-6

11037   Hom, D., Desautel, M. G., Lumerman, J. H., Feraren, R. E., Badlani, G. H. Pubovaginal sling using polypropylene mesh and Vesica bone anchors. Urology. 1998 May; 51: 708-13

11038   Bellin, P., Smith, J., Poll, W., Bogojavlensky, S., Knoll, D., Childs, S., Tuttle, J., Barada, J., Dann, J. Results of a multicenter trial of the CapSure (Re/Stor) Continence shield on women with stress urinary incontinence. Urology. 1998 May; 51: 697-706

11039   Wang, A. C., Lo, T. S. Tension-free vaginal tape. A minimally invasive solution to stress urinary incontinence in women. J Reprod Med. 1998 May; 43: 429-34

11040   Currie, I., Drutz, H. P., Deck, J., Oxorn, D. Adipose tissue and lipid droplet embolism following periurethral injection of autologous fat: case report and review of the literature. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 377-80

11041   Sarver, R., Govier, F. E. Pubovaginal slings: past, present and future. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 358-68

11042   Glavind, K. Use of a vaginal sponge during aerobic exercises in patients with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 351-3

11043   Barbalias, G. A., Liatsikos, E. N., Athanasopoulos, A. Gore-Tex sling urethral suspension in type III female urinary incontinence: clinical results and urodynamic changes. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 344-50

11044   Noblett, K. L., Jensen, J. K., Ostergard, D. R. The relationship of body mass index to intra-abdominal pressure as measured by multichannel cystometry. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 323-6

Appendix A6 Bibliography sorted by Procite Number

Case 2:16-md-02740-JTM-MBN Document 934-4 Filed 10/06/17 Page 516 of 800 PageID #: 146591

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography
sorted by Procite Number

**11045**  Ostergard, D. R. Primary slings for everyone with genuine stress incontinence? The argument against. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 321-2

**11046**  Duckett, J. R. The use of periurethral injectables in the treatment of genuine stress incontinence. Br J Obstet Gynaecol. 1998 Apr; 105: 390-6

**11047**  Smith, A. R., Stanton, S. L. Laparoscopic colposuspension. Br J Obstet Gynaecol. 1998 Apr; 105: 383-4

**11048**  New solutions for urinary stress incontinence. Johns Hopkins Med Lett Health After 50. 1998 Mar; 10: 4-6

**11049**  Kjolhede, P. Genital prolapse in women treated successfully and unsuccessfully by the Burch colposuspension. Acta Obstet Gynecol Scand. 1998 Apr; 77: 444-50

**11050**  Awad, S. A., Al-Zahrani, H. M., Gajewski, J. B., Bourque-Kehoe, A. A. Long-term results and complications of augmentation ileocystoplasty for idiopathic urge incontinence in women. Br J Urol. 1998 Apr; 81: 569-73

**11051**  Hilton, P. Urodynamic findings in patients with urogenital fistulae. Br J Urol. 1998 Apr; 81: 539-42

**11052**  Faerber, G. J., Vashi, A. R. Variations in Valsalva leak point pressure with increasing vesical volume. J Urol. 1998 Jun; 159: 1909-11

**11053**  Kirschner-Hermanns, R., Scherr, P. A., Branch, L. G., Wetle, T., Resnick, N. M. Accuracy of survey questions for geriatric urinary incontinence. J Urol. 1998 Jun; 159: 1903-8

**11054**  Black, S. A., Goodwin, J. S., Markides, K. S. The association between chronic diseases and depressive symptomatology in older Mexican Americans. J Gerontol A Biol Sci Med Sci. 1998 May; 53: M188-94

**11055**  Pelosi, M. A., 3rd, Pelosi, M. A. Transvaginal needle suspension with LeFort colpocleisis for stress incontinence and advanced uterovaginal prolapse in a high-risk patient. J Am Assoc Gynecol Laparosc. 1998 May; 5: 207-11

**11056**  Pelosi, M. A., Papasakelariou, C., Pelosi, M. A., 3rd Laparoscopic colposuspension with a transvaginal illuminator. J Am Assoc Gynecol Laparosc. 1998 May; 5: 179-82

**11057**  Dougherty, M. C. Current status of research on pelvic muscle strengthening techniques. J Wound Ostomy Continence Nurs. 1998 Mar; 25: 75-83

**11058**  Kuo, H. C. Transrectal sonographic investigation of urethral and paraurethral structures in women with stress urinary incontinence. J Ultrasound Med. 1998 May; 17: 311-20

**11059**  Myers, D. L., Lasala, C. A., Hogan, J. W., Rosenblatt, P. L. The effect of posterior wall support defects on urodynamic indices in stress urinary incontinence. Obstet Gynecol. 1998 May; 91: 710-4

**11060**  Miller, J. M., Ashton-Miller, J. A., Delancey, J. O. Quantification of cough-related urine loss using the paper towel test. Obstet Gynecol. 1998 May; 91: 705-9

**11061**  Menefee, S. A., Chesson, R., Wall, L. L. Stress urinary incontinence due to prescription medications: alpha-blockers and angiotensin converting enzyme inhibitors. Obstet Gynecol. 1998 May; 91: 853-4

**11062**  North, B. B. A disposable adhesive patch for stress urinary incontinence. Fam Med. 1998 Apr; 30: 258-64

**11063**  Gilja, I., Puskar, D., Mazuran, B., Radej, M. Comparative analysis of bladder neck suspension using Raz, Burch and transvaginal Burch procedures. A 3-year randomized prospective study. Eur Urol. 1998; 33: 298-302

**11064**  Gorton, E., Stanton, S. Urinary incontinence in elderly women. Eur Urol. 1998; 33: 241-7

**11065**  Thom, D. Variation in estimates of urinary incontinence prevalence in the community: effects of differences in definition, population characteristics, and study type. J Am Geriatr Soc. 1998 Apr; 46: 473-80

**11066**  Petros, P. E. Re: change in urethral pressure during voluntary pelvic floor muscle contraction and vaginal stimulation. Bo K, Talseth T. Int Urogynecol J 1997;8:3-7. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 318

**11067**  Kato, K., Kondo, A. Clinical value of vaginal cones for the management of female stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 314-7

**11068**  Choe, J. M., Staskin, D. R. Clinical usefulness of urinary control urethral insert devices. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 307-13

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**11069** Davila, G. W., Kondo, A. Introl bladder neck support prosthesis: international clinical experience. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 301-6

**11070** Cammu, H., Van Nylen, M. Pelvic floor muscle exercises in genuine urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 297-300

**11071** Quadri, G., Magatti, F., Belloni, C., Mattioli, G. Transabdominal repair of cystocele by wedge colpectomy during combined abdominal-vaginal surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 278-83

**11072** Petros, P. E. New ambulatory surgical methods using an anatomical classification of urinary dysfunction improve stress, urge and abnormal emptying. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 270-7

**11073** Pace, J., Ballard, C. A., Klutke, J., Klutke, C., Kobak, W. Intraoperative transvesical cystoscopy for urogynecologic procedures. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 265-9

**11074** Chen, H. Y., Lin, W. C., Tsai, H. D. The mechanism of successful colposuspension in genuine stress incontinence. Zhonghua Yi Xue Za Zhi (Taipei). 1998 Mar; 61: 146-50

**11075** Rovner, E. S., Ginsberg, D. A., Raz, S. Re: Female Stress Urinary Incontinence Clinical Guidelines Panel summary report on surgical management of female stress urinary incontinence. J Urol. 1998 May; 159: 1646-7

**11076** Stothers, L., Goldenberg, S. L. Delayed hypersensitivity and systemic arthralgia following transurethral collagen injection for stress urinary incontinence. J Urol. 1998 May; 159: 1507-9

**11077** Cammu, H., Van Nylen, M. Pelvic floor exercises versus vaginal weight cones in genuine stress incontinence. Eur J Obstet Gynecol Reprod Biol. 1998 Mar; 77: 89-93

**11078** Pelosi, M. A., 3rd, Pelosi, M. A. Laparoscopic-assisted transpectineal needle suspension of the bladder neck. J Am Assoc Gynecol Laparosc. 1998 Feb; 5: 39-46

**11079** Iglesia, C. B., Shott, S., Fenner, D. E., Brubaker, L. Effect of preoperative voiding mechanism on success rate of autologous rectus fascia suburethral sling procedure. Obstet Gynecol. 1998 Apr; 91: 577-81

**11080** Harris, R. L., Cundiff, G. W., Coates, K. W., Addison, W. A., Bump, R. C. Urethral prolapse after collagen injection. Am J Obstet Gynecol. 1998 Mar; 178: 614-5

**11081** Meltomaa, S., Haarala, M., Makinen, J., Kiilholma, P. Endoscopic colposuspension with simplified extraperitoneal approach. Tech Urol. 1997 Winter; 3: 216-21

**11082** Cespedes, R. D., Cross, C. A., McGuire, E. J. Pubovaginal fascial slings. Tech Urol. 1997 Winter; 3: 195-201

**11083** Gungor, T., Ekin, M., Dogan, M., Mungan, T., Ozcan, U., Gokmen, O. Influence of anterior colporrhaphy with colpoperineoplasty operations for stress incontinence and/or genital descent on sexual life. J Pak Med Assoc. 1997 Oct; 47: 248-50

**11084** Sakakibara, R., Hattori, T., Kita, K., Arai, K., Yamanishi, T., Yasuda, K. Stress induced urinary incontinence in patients with spinocerebellar degeneration. J Neurol Neurosurg Psychiatry. 1998 Mar; 64: 389-91

**11085** Petros, P. E. Symptoms of defective emptying and raised residual urine may arise from ligamentous laxity in the posterior vaginal fornix. Gynecol Obstet Invest. 1998; 45: 105-8

**11086** Vereecken, R. L., Van Nuland, T. Detrusor pressure in ambulatory versus standard urodynamics. Neurourol Urodyn. 1998; 17: 129-33

**11087** Elkabir, J. J., Mee, A. D. Long-term evaluation of the Gittes procedure for urinary stress incontinence. J Urol. 1998 Apr; 159: 1203-5

**11088** Blaivas, J. G. Female urology. J Urol. 1998 Apr; 159: 1202

**11089** Cross, C. A., Cespedes, R. D., English, S. F., McGuire, E. J. Transvaginal urethrolysis for urethral obstruction after anti- incontinence surgery. J Urol. 1998 Apr; 159: 1199-201

**11090** Cross, C. A., Cespedes, R. D., McGuire, E. J. Our experience with pubovaginal slings in patients with stress urinary incontinence. J Urol. 1998 Apr; 159: 1195-8

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6: Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**11091** Okada, H., Sengoku, J., Gohji, K., Arakawa, S., Kamidono, S. Clinical effect of propiverine in patients with urge or stress incontinence. Kobe University Incontinence Study Group. Hinyokika Kiyo. 1998 Jan; 44: 65-9

**11092** Frauscher, F., Helweg, G., Strasser, H., Enna, B., Klauser, A., Knapp, R., Colleselli, K., Bartsch, G., Zur Nedden, D. Intraurethral ultrasound: diagnostic evaluation of the striated urethral sphincter in incontinent females. Eur Radiol. 1998; 8: 50-3

**11093** Hendren, W. H. Construction of a female urethra using the vaginal wall and a buttock flap: experience with 40 cases. J Pediatr Surg. 1998 Feb; 33: 180-7

**11094** Bjornsdottir, L. T., Geirsson, R. T., Jonsson, P. V. Urinary incontinence and urinary tract infections in octogenarian women. Acta Obstet Gynecol Scand. 1998 Jan; 77: 105-9

**11095** Vierhout, M. E., Hol, M. Vaginal ultrasound studies before and after successful colposuspension and in continent controls. Acta Obstet Gynecol Scand. 1998 Jan; 77: 101-4

**11096** Falconer, C., Ekman-Ordeberg, G., Blomgren, B., Johansson, O., Ulmsten, U., Westergren-Thorsson, G., Malmstrom, A. Paraurethral connective tissue in stress-incontinent women after menopause. Acta Obstet Gynecol Scand. 1998 Jan; 77: 95-100

**11097** Falconer, C., Blomgren, B., Johansson, O., Ulmsten, U., Malmstrom, A., Westergren-Thorsson, G., Ekman-Ordeberg, G. Different organization of collagen fibrils in stress-incontinent women of fertile age. Acta Obstet Gynecol Scand. 1998 Jan; 77: 87-94

**11098** Sampselle, C. M., Miller, J. M., Mims, B. L., Delancey, J. O., Ashton-Miller, J. A., Antonakos, C. L. Effect of pelvic muscle exercise on transient incontinence during pregnancy and after birth. Obstet Gynecol. 1998 Mar; 91: 406-12

**11099** Salvatore, S., Khullar, V., Anders, K., Cardozo, L. D. Reducing artefacts in ambulatory urodynamics. Br J Urol. 1998 Feb; 81: 211-4

**11100** Stothers, L., Goldenberg, S. L., Leone, E. F. Complications of periurethral collagen injection for stress urinary incontinence. J Urol. 1998 Mar; 159: 806-7

**11101** English, S. F., Pisters, L. L., McGuire, E. J. The use of the appendix as a continent catheterizable stoma. J Urol. 1998 Mar; 159: 747-9

**11102** Graham, J. M. A modified cystourethropexy in management of incontinence and dyspareunia. J S C Med Assoc. 1998 Jan; 94: 33

**11103** Schaer, G. N., Siegwart, R., Perucchini, D., DeLancey, J. O. Examination of voiding in seated women using a remote-controlled ultrasound probe. Obstet Gynecol. 1998 Feb; 91: 297-301

**11104** Robinson, D., Pearce, K. F., Preisser, J. S., Dugan, E., Suggs, P. K., Cohen, S. J. Relationship between patient reports of urinary incontinence symptoms and quality of life measures. Obstet Gynecol. 1998 Feb; 91: 224-8

**11105** Escamilla, J. O. Uterine suspension. Am J Obstet Gynecol. 1998 Jan; 178: 194-5

**11106** Ross, J. W. Multichannel urodynamic evaluation of laparoscopic Burch colposuspension for genuine stress incontinence. Obstet Gynecol. 1998 Jan; 91: 55-9

**11107** Scotti, R. J., Angell, G., Flora, R., Greston, W. M. Antecedent history as a predictor of surgical cure of urgency symptoms in mixed incontinence. Obstet Gynecol. 1998 Jan; 91: 51-4

**11108** Bogren, M. A., Hvarfwen, E., Fridlund, B. Urinary incontinence among a 65-year old Swedish population: medical history and psychosocial consequences. Vard Nord Utveckl Forsk. 1997 Winter; 17: 14-7

**11109** GAX collagen for genuine stress incontinence. Drug Ther Bull. 1997 Nov; 35: 86-8

**11110** Norman, D., Neu, L., Pearce, K. L. Asking patients about incontinence. Adv Nurse Pract. 1997 May; 5: 12

**11111** Grimby, A., Svanborg, A. Morbidity and health-related quality of life among ambulant elderly citizens. Aging (Milano). 1997 Oct; 9: 356-64

**11112** Pieber, D., Zivkovic, F., Tamussino, K. Timing of urethral pressure pulses before and after continence surgery. Neurourol Urodyn. 1998; 17: 19-23

**American Urological Association, Inc.**

SUI Guidelines Panel

**11113**   Petrou, S. P., Kollmorgen, T. A. Valsalva leak point pressure and bladder volume. Neurourol Urodyn. 1998; 17: 3-7

**11114**   McLennan, M. T., Bent, A. E. Sling incision with associated vaginal wall interposition for obstructed voiding secondary to suburethral sling procedure. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 168-72

**11115**   Cummings, J. M. Leakpoint pressures in female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 153-5

**11116**   Ross, J. W. Apical vault repair, the cornerstone or pelvic vault reconstruction. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 146-52

**11117**   Thyssen, H. H., Lose, G. Long-term efficacy and safety of a disposable vaginal device (continence guard) in the treatment of female stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 130-2; discussion 133

**11118**   Wyman, J. F., Fantl, J. A., McClish, D. K., Harkins, S. W., Uebersax, J. S., Ory, M. G. Quality of life following bladder training in older women with urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 223-9

**11119**   Shimonovitz, S., Monga, A. K., Stanton, S. L. Does the menstrual cycle influence cystometry?. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 213-5; discussion 215-6

**11120**   Batra, A. K., Mathews, R., Lopresti, A. Initial experience with the modified vaginal wall sling in the treatment of female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 209-12

**11121**   Heit, M., Vogt, V., Brubaker, L. An alternative statistical approach for predicting prolonged catheterization after Burch colposuspension during reconstructive pelvic surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 203-8

**11122**   Clarke, B. The role of urodynamic assessment in the diagnosis of lower urinary tract disorders. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 196-9

**11123**   Brieger, G. M., Mongelli, M., Hin, L. Y., Chung, T. K. The epidemiology of urinary dysfunction in Chinese women. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 191-5

**11124**   Shafik, A. Endoscopic pudendal canal decompression for the treatment of fecal incontinence due to pudendal canal syndrome. J Laparoendosc Adv Surg Tech A. 1997 Aug; 7: 227-34

**11125**   Janssens, L. A., Peeters, S. Comparisons between stress incontinence in women and sphincter mechanism incompetence in the female dog. Vet Rec. 1997 Dec 13; 141: 620-5

**11126**   Atalan, G., Holt, P. E., Barr, F. J. Relationships between urethrovesical angles and urinary incontinence due to urethral sphincter mechanism incompetence in bitches. J Small Anim Pract. 1997 Dec; 38: 551-3

**11127**   Smith, R. N., Cardozo, L. Early voiding difficulty after colposuspension. Br J Urol. 1997 Dec; 80: 911-4

**11128**   Wilson, P. D., George, M., Imrie, J. J. Vaginal electrostimulation for the treatment of genuine stress incontinence. Aust N Z J Obstet Gynaecol. 1997 Nov; 37: 446-9

**11129**   Moore, K. H., Foote, A., Siva, S., King, J., Burton, G. The use of the bladder neck support prosthesis in combined genuine stress incontinence and detrusor instability. Aust N Z J Obstet Gynaecol. 1997 Nov; 37: 440-5

**11130**   Carey, M. P., Dwyer, P. L., Glenning, P. P. The sign of stress incontinence--should we believe what we see?. Aust N Z J Obstet Gynaecol. 1997 Nov; 37: 436-9

**11131**   Kim, Y. H., Kattan, M. W., Boone, T. B. Correlation of urodynamic results and urethral coaptation with success after transurethral collagen injection. Urology. 1997 Dec; 50: 941-8

**11132**   Siegel, S. W., Richardson, D. A., Miller, K. L., Karram, M. M., Blackwood, N. B., Sand, P. K., Staskin, D. R., Tuttle, J. P. Pelvic floor electrical stimulation for the treatment of urge and mixed urinary incontinence in women. Urology. 1997 Dec; 50: 934-40

**11133**   Rowland, G. F. Incontinence: first find the cause. Practitioner. 1997 Aug; 241: 470-3

**11134**   Jenkins, V. R., 2nd Uterosacral ligament fixation for vaginal vault suspension in uterine and vaginal vault prolapse. Am J Obstet Gynecol. 1997 Dec; 177: 1337-43; discussion 1343-4

   © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.   

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Procite Number**

**11135** Mouchel, J., Beco, J. Stress urinary incontinence: here we are. Am J Obstet Gynecol. 1997 Dec; 177: 1561

**11136** Ferrari, A., Frigerio, L. The triangular vaginal patch sling for stress urinary incontinence and hypermobile urethra. Am J Obstet Gynecol. 1997 Dec; 177: 1426-31

**11137** Harris, R. L., Cundiff, G. W., Theofrastous, J. P., Yoon, H., Bump, R. C., Addison, W. A. The value of intraoperative cystoscopy in urogynecologic and reconstructive pelvic surgery. Am J Obstet Gynecol. 1997 Dec; 177: 1367-9; discussion 1369-71

**11138** Breen, J. M., Geer, B. E., May, G. E. The fascia lata suburethral sling for treating recurrent urinary stress incontinence. Am J Obstet Gynecol. 1997 Dec; 177: 1363-5; discussion 1365-6

**11139** Miyazaki, F. S. The Bonney test: a reassessment. Am J Obstet Gynecol. 1997 Dec; 177: 1322-8; discussion 1328-9

**11140** Veronikis, D. K., Nichols, D. H., Wakamatsu, M. M. The incidence of low-pressure urethra as a function of prolapse- reducing technique in patients with massive pelvic organ prolapse (maximum descent at all vaginal sites). Am J Obstet Gynecol. 1997 Dec; 177: 1305-13; discussion 1313-4

**11141** Black, N., Griffiths, J., Pope, C., Bowling, A., Abel, P. Impact of surgery for stress incontinence on morbidity: cohort study. BMJ. 1997 Dec 6; 315: 1493-8

**11142** Brenner, B. Expert system technology: a new aid for the gynaecologist in managing stress urinary incontinence. N Z Med J. 1997 Nov 14; 110: 425

**11143** Pfister, C., Vallancien, G., Bougaran-Andre, J., Grise, P. Preliminary results of muscle cuff cervicoplasty in the ewe for the treatment of urinary incontinence. Eur Urol. 1997; 32: 448-54

**11144** Rose, V. L. AUA releases Treatment Guidelines for Female Stress Urinary Incontinence. Am Fam Physician. 1997 Nov 1; 56: 1891-2

**11145** Maloney, C. Patient with stress urinary incontinence. Answers and discussion of urinary health case study. Lippincotts Prim Care Pract. 1997 Nov-Dec; 1: 567-71

**11146** Chancellor, M. B., Heesakkers, J. P., Janknegt, R. A. Gracilis muscle transposition with electrical stimulation for sphincteric incontinence: a new approach. World J Urol. 1997; 15: 320-8

**11147** McGuire, E. J., English, S. F. Periurethral collagen injection for male and female sphincteric incontinence: indications, techniques, and result. World J Urol. 1997; 15: 306-9

**11148** Appell, R. A. The use of bone anchoring in the surgical management of female stress urinary incontinence. World J Urol. 1997; 15: 300-5

**11149** Staskin, D. R., Choe, J. M., Breslin, D. S. The Gore-tex sling procedure for female sphincteric incontinence: indications, technique, and results. World J Urol. 1997; 15: 295-9

**11150** Rovner, E. S., Ginsberg, D. A., Raz, S. The UCLA surgical approach to sphincteric incontinence in women. World J Urol. 1997; 15: 280-94

**11151** Stanton, S. L. Surgical treatment of sphincteric incontinence in women. World J Urol. 1997; 15: 275-9

**11152** DeLancey, J. O. The pathophysiology of stress urinary incontinence in women and its implications for surgical treatment. World J Urol. 1997; 15: 268-74

**11153** Valerius, A. J. Quality of life tools for assessment of urinary incontinence. Urol Nurs. 1997 Sep; 17: 104-5

**11154** Valerius, A. J. The psychosocial impact of urinary incontinence on women aged 25 to 45 years. Urol Nurs. 1997 Sep; 17: 96-103

**11155** Loughlin, K. R. Re: Epithelial inclusion cyst formation after free vaginal wall swing sling procedure for stress urinary incontinence. J Urol. 1998 Jan; 159: 208

**11156** Klingler, H. C., Madersbacher, S., Djavan, B., Schatzl, G., Marberger, M., Schmidbauer, C. P. Morbidity of the evaluation of the lower urinary tract with transurethral multichannel pressure-flow studies. J Urol. 1998 Jan; 159: 191-4

**American Urological Association, Inc.**

SUI Guidelines Panel

11157    Cross, C. A., English, S. F., Cespedes, R. D., McGuire, E. J. A followup on transurethral collagen injection therapy for urinary incontinence. J Urol. 1998 Jan; 159: 106-8

11158    Swami, S., Batista, J. E., Abrams, P. Collagen for female genuine stress incontinence after a minimum 2-year follow-up. Br J Urol. 1997 Nov; 80: 757-61

11159    Tincello, D. G., Bolderson, J., Richmond, D. H. Preliminary experience with a urinary control device in the management of women with genuine stress incontinence. Br J Urol. 1997 Nov; 80: 752-6

11160    Bogren, M. A., Hvarfwen, E., Fridlund, B. Urinary incontinence among a 65-year old Swedish population: medical history and psychosocial consequences. Vard Nord Utveckl Forsk. 1997; 17: 21-4

11161    Domany, B., Bodis, J. Colposuspension and the possibility of recurrent cystocele. Am J Obstet Gynecol. 1997 Oct; 177: 982-3

11162    Yamanishi, T., Yasuda, K., Sakakibara, R., Hattori, T., Ito, H., Murakami, S. Pelvic floor electrical stimulation in the treatment of stress incontinence: an investigational study and a placebo controlled double- blind trial. J Urol. 1997 Dec; 158: 2127-31

11163    Foldspang, A., Mommsen, S. The International Continence Society (ICS) incontinence definition: is the social and hygienic aspect appropriate for etiologic research?. J Clin Epidemiol. 1997 Sep; 50: 1055-60

11164    Jolic, V., Gilja, I. Vaginal vs. transabdominal ultrasonography in the evaluation of female urinary tract anatomy, stress urinary incontinence and pelvic organs static disturbances. Zentralbl Gynakol. 1997; 119: 483-91

11165    Geirsson, G., Fall, M. Maximal functional electrical stimulation in routine practice. Neurourol Urodyn. 1997; 16: 559-65

11166    Theofrastous, J. P., Wyman, J. F., Bump, R. C., McClish, D. K., Elser, D. M., Robinson, D., Fantl, J. A. Relationship between urethral and vaginal pressures during pelvic muscle contraction. The Continence Program for Women Research Group. Neurourol Urodyn. 1997; 16: 553-8

11167    Luber, K. M., Wolde-Tsadik, G. Efficacy of functional electrical stimulation in treating genuine stress incontinence: a randomized clinical trial. Neurourol Urodyn. 1997; 16: 543-51

11168    Zivkovic, F., Tamussino, K. Effects of vaginal surgery on the lower urinary tract. Curr Opin Obstet Gynecol. 1997 Oct; 9: 329-31

11169    Vierhout, M. E., Lose, G. Preventive vaginal and intra-urethral devices in the treatment of female urinary stress incontinence. Curr Opin Obstet Gynecol. 1997 Oct; 9: 325-8

11170    Schulman, C., Claes, H., Matthijs, J. Urinary incontinence in Belgium: a population-based epidemiological survey. Eur Urol. 1997; 32: 315-20

11171    Sheriff, M. K., Foley, S., Mcfarlane, J., Nauth-Misir, R., Shah, P. J. Endoscopic correction of intractable stress incontinence with silicone micro-implants. Eur Urol. 1997; 32: 284-8

11172    Fortunato, P., Schettini, M., Gallucci, M. Diverticula of the female urethra. Br J Urol. 1997 Oct; 80: 628-32

11173    Karram, M. M., Partoll, L., Bilotta, V., Angel, O. Factors affecting detrusor contraction strength during voiding in women. Obstet Gynecol. 1997 Nov; 90: 723-6

11174    Nygaard, I. E. Does prolonged high-impact activity contribute to later urinary incontinence? A retrospective cohort study of female Olympians. Obstet Gynecol. 1997 Nov; 90: 718-22

11175    Ostrzenski, A., Osborne, N. G., Ostrzenska, K. Method for diagnosing paravaginal defects using contrast ultrasonographic technique. J Ultrasound Med. 1997 Oct; 16: 673-7

11176    Sherman, R. A., Davis, G. D., Wong, M. F. Behavioral treatment of exercise-induced urinary incontinence among female soldiers. Mil Med. 1997 Oct; 162: 690-4

11177    Haab, F., Leach, G. E. Feasibility of outpatient percutaneous bladder neck suspension under local anesthesia. Urology. 1997 Oct; 50: 585-7

11178    McGuire, E. J., English, S. F. Ventral bladder hernia following vesica percutaneous bladder neck suspension for stress urinary incontinence. J Urol. 1997 Nov; 158: 1910

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**11179**  Nativ, O., Levine, S., Madjar, S., Issaq, E., Moskovitz, B., Beyar, M. Incisionless per vaginal bone anchor cystourethropexy for the treatment of female stress incontinence: experience with the first 50 patients. J Urol. 1997 Nov; 158: 1742-4

**11180**  Haab, F., Trockman, B. A., Zimmern, P. E., Leach, G. E. Results of pubovaginal sling for the treatment of intrinsic sphincter deficiency determined by questionnaire analysis. J Urol. 1997 Nov; 158: 1738-41

**11181**  Goode, P. S., Burgio, K. L. Pharmacologic treatment of lower urinary tract dysfunction in geriatric patients. Am J Med Sci. 1997 Oct; 314: 262-7

**11182**  Burgio, K. L., Goode, P. S. Behavioral interventions for incontinence in ambulatory geriatric patients. Am J Med Sci. 1997 Oct; 314: 257-61

**11183**  Pandit, L., Ouslander, J. G. Postmenopausal vaginal atrophy and atrophic vaginitis. Am J Med Sci. 1997 Oct; 314: 228-31

**11184**  Brubaker, L., Benson, J. T., Bent, A., Clark, A., Shott, S. Transvaginal electrical stimulation for female urinary incontinence. Am J Obstet Gynecol. 1997 Sep; 177: 536-40

**11185**  Maloney, C. Patient with stress urinary incontinence. Lippincotts Prim Care Pract. 1997 Sep-Oct; 1: 448-9

**11186**  Newman, D. K., Burns, P. A. New approaches for managing stress incontinence in women. Lippincotts Prim Care Pract. 1997 Sep-Oct; 1: 382-7

**11187**  Keane, D. P., Sims, T. J., Abrams, P., Bailey, A. J. Analysis of collagen status in premenopausal nulliparous women with genuine stress incontinence. Br J Obstet Gynaecol. 1997 Sep; 104: 994-8

**11188**  Chai, T. C., Steers, W. D. Neurophysiology of micturition and continence in women. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 85-97

**11189**  Petros, P. E., Ulmsten, U. Role of the pelvic floor in bladder neck opening and closure I: muscle forces. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 74-80

**11190**  Papa Petros, P. E., Ulmsten, U. Role of the pelvic floor in bladder neck opening and closure II: vagina. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 69-73

**11191**  Kjolhede, P., Lindehammar, H. Pelvic floor neuropathy in relation to the outcome of Burch colposuspension. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 61-5

**11192**  Hancock, R., Bender, P., Dayhoff, N., Nyhuis, A. Factors associated with nursing interventions to reduce incontinence in hospitalized older adults. Urol Nurs. 1996 Sep; 16: 79-85

**11193**  Dobson, P. Continence--growing pains. Nurs Times. 1997 Jul 23-29; 93: 63-4

**11194**  Bump, R. C., Coates, K. W., Cundiff, G. W., Harris, R. L., Weidner, A. C. Diagnosing intrinsic sphincteric deficiency: comparing urethral closure pressure, urethral axis, and Valsalva leak point pressures. Am J Obstet Gynecol. 1997 Aug; 177: 303-10

**11195**  Cundiff, G. W., Harris, R. L., Coates, K. W., Bump, R. C. Clinical predictors of urinary incontinence in women. Am J Obstet Gynecol. 1997 Aug; 177: 262-6; discussion 266-7

**11196**  Valley, M. T. Pubic bone suburethral stabilization sling for recurrent urinary incontinence. Obstet Gynecol. 1997 Sep; 90: 481-2

**11197**  Leach, G. E., Dmochowski, R. R., Appell, R. A., Blaivas, J. G., Hadley, H. R., Luber, K. M., Mostwin, J. L., O'Donnell, P. D., Roehrborn, C. G. Female Stress Urinary Incontinence Clinical Guidelines Panel summary report on surgical management of female stress urinary incontinence. The American Urological Association. J Urol. 1997 Sep; 158: 875-80

**11198**  Ball, T. P., Jr, Teichman, J. M., Sharkey, F. E., Rogenes, V. J., Adrian, E. K., Jr Terminal nerve distribution to the urethra and bladder neck: considerations in the management of stress urinary incontinence. J Urol. 1997 Sep; 158: 827-9

**11199**  Coates, K. W., Harris, R. L., Cundiff, G. W., Bump, R. C. Uroflowmetry in women with urinary incontinence and pelvic organ prolapse. Br J Urol. 1997 Aug; 80: 217-21

© 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

11200  Chancellor, M. B., Hong, R. D., Rivas, D. A., Watanabe, T., Crewalk, J. A., Bourgeois, I. Gracilis urethromyoplasty--an autologous urinary sphincter for neurologically impaired patients with stress incontinence. Spinal Cord. 1997 Aug; 35: 546-9

11201  Rovner, E. S., Ginsberg, D. A., Raz, S. A method for intraoperative adjustment of sling tension: prevention of outlet obstruction during vaginal wall sling. Urology. 1997 Aug; 50: 273-6

11202  Belair, G., Tessier, J., Bertrand, P. E., Schick, E. Retropubic cystourethropexy: is it an obstructive procedure?. J Urol. 1997 Aug; 158: 533-8

11203  Cross, C. A., Cespedes, R. D., McGuire, E. J. Treatment results using pubovaginal slings in patients with large cystoceles and stress incontinence. J Urol. 1997 Aug; 158: 431-4

11204  Haller, K. B. Coming out of the (water) closet. J Obstet Gynecol Neonatal Nurs. 1997 Jul-Aug; 26: 370

11205  Su, T. H., Wang, K. G., Hsu, C. Y., Wei, H. J., Hong, B. K. Prospective comparison of laparoscopic and traditional colposuspensions in the treatment of genuine stress incontinence. Acta Obstet Gynecol Scand. 1997 Jul; 76: 576-82

11206  Darai, E., Perdu, M., Benifla, J. L., Madelenat, P. Percutaneous needle colposuspension to Cooper's ligament for the treatment of stress incontinence in women: a report of 82 cases. Eur J Obstet Gynecol Reprod Biol. 1997 Jul; 74: 53-5

11207  Stanton, S. L. What is the right operation for stress incontinence? A gynaecological view. Br J Urol. 1997 Jul; 80 Suppl 1: 84-7

11208  Cardozo, L., Cutner, A. Lower urinary tract symptoms in pregnancy. Br J Urol. 1997 Jul; 80 Suppl 1: 14-23

11209  Sze, E. H., Kohli, N., Miklos, J. R., Roat, T. W., Karram, M. M. Comparative morbidity and charges associated with route of hysterectomy and concomitant Burch colposuspension. Obstet Gynecol. 1997 Jul; 90: 42-5

11210  Cosimo, O., Pierluigi, P., Angelo, Z. M., Santa, U., Gabriele, F., Salvatore, M. A clinical and urodynamic study of patients with varying degrees of cystocele. Maturitas. 1997 Jun; 27: 125-32

11211  Foote, A. J., Lam, A. Laparoscopic colposuspension in women with previously failed anti- incontinence surgery. J Obstet Gynaecol Res. 1997 Jun; 23: 313-7

11212  Pelosi, M. A.,  3rd, Pelosi, M. A. Stress urinary incontinence. Laparoscopically assisted transvaginal needle suspension. J Reprod Med. 1997 Jun; 42: 319-24

11213  Bodis, J., Domany, B., Torok, A., Buzogany, I., Gotz, F. Modified Gittes's needle colposuspension method complemented with the laparoscopic ventrosuspension of the uterus for the treatment of stress incontinence associated with stage III or IV pelvic organ prolapse. Am J Obstet Gynecol. 1997 Jun; 176: 1394-5

11214  DeLancey, J. O., Morley, G. W. Total colpocleisis for vaginal eversion. Am J Obstet Gynecol. 1997 Jun; 176: 1228-32; discussion 1232-5

11215  Cruikshank, S. H., Kovac, S. R. The functional anatomy of the urethra: role of the pubourethral ligaments. Am J Obstet Gynecol. 1997 Jun; 176: 1200-3; discussion 1203-5

11216  Tomezsko, J. E., Sand, P. K. Pregnancy and intercurrent diseases of the urogenital tract. Clin Perinatol. 1997 Jun; 24: 343-68

11217  Ang, L. P., Tay, K. P., Lim, P. H., Chng, H. C. Endoscopic injection of collagen for the treatment of female urinary stress incontinence. Int J Urol. 1997 May; 4: 254-8

11218  Kjolhede, P., Ryden, G. Clinical and urodynamic characteristics of women with recurrent urinary incontinence after Burch colposuspension. Acta Obstet Gynecol Scand. 1997 May; 76: 461-7

11219  Fischer, W., Linde, A. Pelvic floor findings in urinary incontinence--results of conditioning using vaginal cones. Acta Obstet Gynecol Scand. 1997 May; 76: 455-60

11220  Lobel, R. W., Davis, G. D. Long-term results of laparoscopic Burch urethropexy. J Am Assoc Gynecol Laparosc. 1997 May; 4: 341-5

**Appendix A6 Bibliography sorted by Procite Number**

## American Urological Association, Inc.

### SUI Guidelines Panel

**11221**   von Theobald, P., Barjot, P., Levy, G. Feasibility of and interest in laparoscopic assessment in recurrent urinary stress incontinence after Burch procedure performed by laparotomy. Surg Endosc. 1997 May; 11: 468-71

**11222**   Nativ, O., Moskovitz, B., Issaq, E., Condrea, A., Kastin, A., Halachmi, S., Burbara, J., Madjar, S., Beyar, M. Bladder neck suspension using bone anchors for the treatment of female stress incontinence. ASAIO J. 1997 May-Jun; 43: 204-8

**11223**   Chen, G. D., Su, T. H., Lin, L. Y. Applicability of perineal sonography in anatomical evaluation of bladder neck in women with and without genuine stress incontinence. J Clin Ultrasound. 1997 May; 25: 189-94

**11224**   Conrad, S., Pieper, A., De la Maza, S. F., Busch, R., Huland, H. Long-term results of the Stamey bladder neck suspension procedure: a patient questionnaire based outcome analysis. J Urol. 1997 May; 157: 1672-7

**11225**   Seim, A., Hermstad, R., Hunskaar, S. Management in general practice significantly reduced psychosocial consequences of female urinary incontinence. Qual Life Res. 1997 Apr; 6: 257-64

**11226**   Rasmussen, K. L., Krue, S., Johansson, L. E., Knudsen, H. J., Agger, A. O. Obesity as a predictor of postpartum urinary symptoms. Acta Obstet Gynecol Scand. 1997 Apr; 76: 359-62

**11227**   Falconer, C., Ekman-Ordeberg, G., Hilliges, M., Johansson, O. Decreased innervation of the paraurethral epithelium in stress urinary incontinent women. Eur J Obstet Gynecol Reprod Biol. 1997 Apr; 72: 195-8

**11228**   Chapron, C., Dubuisson, J. B., Ansquer, Y., Capella-Allouc, S. Hysterectomy with adnexectomy. Can operative laparoscopy offer advantages?. J Reprod Med. 1997 Apr; 42: 201-6

**11229**   Lowe, E. M., Anand, P., Terenghi, G., Williams-Chestnut, R. E., Sinicropi, D. V., Osborne, J. L. Increased nerve growth factor levels in the urinary bladder of women with idiopathic sensory urgency and interstitial cystitis. Br J Urol. 1997 Apr; 79: 572-7

**11230**   Hendren, W. H. The genetic male with absent penis and urethrorectal communication: experience with 5 patients. J Urol. 1997 Apr; 157: 1469-74

**11231**   Haab, F., Zimmern, P. E., Leach, G. E. Urinary stress incontinence due to intrinsic sphincteric deficiency: experience with fat and collagen periurethral injections. J Urol. 1997 Apr; 157: 1283-6

**11232**   Litwiller, S. E., Nelson, R. S., Fone, P. D., Kim, K. B., Stone, A. R. Vaginal wall sling: long-term outcome analysis of factors contributing to patients satisfaction and surgical success. J Urol. 1997 Apr; 157: 1279-82

**11233**   Kovac, S. R., Cruikshank, S. H. Pubic bone suburethral stabilization sling for recurrent urinary incontinence. Obstet Gynecol. 1997 Apr; 89: 624-7

**11234**   Palmer, M. H. Pelvic muscle rehabilitation: where do we go from here?. J Wound Ostomy Continence Nurs. 1997 Mar; 24: 98-105

**11235**   Gerard, L. Group learning behavior modification and exercise for women with urinary incontinence. Urol Nurs. 1997 Mar; 17: 17-22

**11236**   Kjolhede, P., Hallbook, O., Ryden, G., Sjodahl, R. Anorectal manometry in women with urinary stress incontinence. Acta Obstet Gynecol Scand. 1997 Mar; 76: 266-70

**11237**   Siegelman, E. S., Banner, M. P., Ramchandani, P., Schnall, M. D. Multicoil MR imaging of symptomatic female urethral and periurethral disease. Radiographics. 1997 Mar-Apr; 17: 349-65

**11238**   Baldwin, D. D., Hadley, H. R. Epithelial inclusion cyst formation after free vaginal wall swing sling procedure for stress urinary incontinence. J Urol. 1997 Mar; 157: 952

**11239**   Kondo, A., Yokoyama, E., Koshiba, K., Fukui, J., Gotoh, M., Yoshikawa, Y., Yamada, T., Takei, M. Bladder neck support prosthesis: a nonoperative treatment for stress or mixed urinary incontinence. J Urol. 1997 Mar; 157: 824-7

**11240**   Cummings, J. M., Boullier, J. A., Parra, R. O., Wozniak-Petrofsky, J. Leak point pressures in women with urinary stress incontinence: correlation with patient history. J Urol. 1997 Mar; 157: 818-20

**11241**   Fokaefs, E. D., Lampel, A., Hohenfellner, M., Lazica, M., Thuroff, J. W. Experimental evaluation of free versus pedicled fascial flaps for sling surgery of urinary stress incontinence. J Urol. 1997 Mar; 157: 1039-43

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

11242    Aslan, P., Woo, H. H. Ureteric injury following laparoscopic colposuspension. Br J Obstet Gynaecol. 1997 Feb; 104: 266-8

11243    Monga, A. K., Stanton, S. L. Urodynamics: prediction, outcome and analysis of mechanism for cure of stress incontinence by periurethral collagen. Br J Obstet Gynaecol. 1997 Feb; 104: 158-62

11244    Stanton, S. L., Monga, A. K. Incontinence in elderly women: is periurethral collagen an advance?. Br J Obstet Gynaecol. 1997 Feb; 104: 154-7

11245    Colombo, M., Maggioni, A., Scalambrino, S., Vitobello, D., Milani, R. Surgery for genitourinary prolapse and stress incontinence: a randomized trial of posterior pubourethral ligament plication and Pereyra suspension. Am J Obstet Gynecol. 1997 Feb; 176: 337-43

11246    Berglund, A. L., Eisemann, M., Lalos, A., Lalos, O. Predictive factors of the outcome of primary surgical treatment of stress incontinence in women. Scand J Urol Nephrol. 1997 Feb; 31: 49-55

11247    Papasakelariou, C., Papasakelariou, B. Laparoscopic bladder neck suspension. J Am Assoc Gynecol Laparosc. 1997 Feb; 4: 185-9

11248    Ross, J. W. Techniques of laparoscopic repair of total vault eversion after hysterectomy. J Am Assoc Gynecol Laparosc. 1997 Feb; 4: 173-83

11249    Palma, P. C., Riccetto, C. L., Herrmann, V., Netto, N. R., Jr Repeated lipoinjections for stress urinary incontinence. J Endourol. 1997 Feb; 11: 67-70

11250    Matthews, K., Govier, F. E. Osteitis pubis after periurethral collagen injection. Urology. 1997 Feb; 49: 237-8

11251    Stamey, T. A. Re: Editorial comment: should Stamey colposuspension be our primary surgery for stress incontinence?. J Urol. 1997 Feb; 157: 627-8

11252    Golomb, J., Shenfeld, O., Shelhav, A., Ramon, J. Suspended pubovaginal fascial sling for the correction of complicated stress urinary incontinence. Eur Urol. 1997; 32: 170-4

11253    Heit, M. Infectious peritonitis complicating suprapubic catheter removal. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 47-9

11254    Herschorn, S., Radomski, S. B. Collagen injections for genuine stress urinary incontinence: patient selection and durability. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 18-24

11255    Montella, J. M., Ewing, S., Cater, J. Visual assessment of urethrovesical junction mobility. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 13-7

11256    Bo, K., Talseth, T. Change in urethral pressure during voluntary pelvic floor muscle contraction and vaginal electrical stimulation. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 3-6; discussion 6-7

11257    Mouritsen, L., Lose, G., Ulmsten, U., Ludviksson, K., Siltberg, H., Kulseng-Hanssen, S., Kujansuu, E. Consensus of basic assessment of female incontinence. Acta Obstet Gynecol Scand Suppl. 1997; 166: 59-60

11258    Mouritsen, L. Techniques for imaging bladder support. Acta Obstet Gynecol Scand Suppl. 1997; 166: 48-9

11259    Lose, G. Uroflowmetry and pressure/flow study of voiding in women. Acta Obstet Gynecol Scand Suppl. 1997; 166: 43-7

11260    Lose, G. Urethral pressure measurement. Acta Obstet Gynecol Scand Suppl. 1997; 166: 39-42

11261    Kulseng-Hanssen, S. Reliability and validity of stationary cystometry, stationary cysto- urethrometry and ambulatory cysto-urethro-vaginometry. Acta Obstet Gynecol Scand Suppl. 1997; 166: 33-8

11262    Siltberg, H., Victor, A., Larsson, G. Pad weighing tests: the best way to quantify urine loss in patients with incontinence. Acta Obstet Gynecol Scand Suppl. 1997; 166: 28-32

11263    Siltberg, H., Larsson, G., Victor, A. Frequency/volume chart: the basic tool for investigating urinary symptoms. Acta Obstet Gynecol Scand Suppl. 1997; 166: 24-7

11264    Ludviksson, K. The value of clinical examination of the female incontinent patient. Acta Obstet Gynecol Scand Suppl. 1997; 166: 19-23

# American Urological Association, Inc.

## SUI Guidelines Panel

**11265** Kujansuu, E. Patient history in the diagnosis of urinary incontinence and determining the quality of life. Acta Obstet Gynecol Scand Suppl. 1997; 166: 15-8

**11266** Ulmsten, U. Some reflections and hypotheses on the pathophysiology of female urinary incontinence. Acta Obstet Gynecol Scand Suppl. 1997; 166: 3-8

**11267** Costa, P., Mottet, N. Assessing the impact of urinary incontinence in a female population. Eur Urol. 1997; 32 Suppl 2: 25-7

**11268** Jackson, S. Female urinary incontinence--symptom evaluation and diagnosis. Eur Urol. 1997; 32 Suppl 2: 20-4

**11269** Meyer, S., de Grandi, P., Caccia, G., Gerber, S. Pressure transmission ratio: is it a reliable parameter in increased urethro-vesical junction mobility?. Neurourol Urodyn. 1997; 16: 277-84

**11270** Bernstein, I. T. The pelvic floor muscles: muscle thickness in healthy and urinary- incontinent women measured by perineal ultrasonography with reference to the effect of pelvic floor training. Estrogen receptor studies. Neurourol Urodyn. 1997; 16: 237-75

**11271** Gallo, M. L., Hancock, R., Davila, G. W. Clinical experience with a balloon-tipped urethral insert for stress urinary incontinence. J Wound Ostomy Continence Nurs. 1997 Jan; 24: 51-7

**11272** Kuo, H. C. Clinical outcome and quality of life after enterocystoplasty for contracted bladders. Urol Int. 1997; 58: 160-5

**11273** Barbalias, G., Liatsikos, E., Barbalias, D. Use of slings made of indigenous and allogenic material (Goretex) in type III urinary incontinence and comparison between them. Eur Urol. 1997; 31: 394-400

**11274** Krue, S., Jensen, H., Agger, A. O., Rasmussen, K. L. The influence of infant birth weight on post partum stress incontinence in obese women. Arch Gynecol Obstet. 1997; 259: 143-5

**11275** Iqbal, P., Castleden, C. M. Management of urinary incontinence in the elderly. Gerontology. 1997; 43: 151-7

**11276** Gallo, M. L., Staskin, D. R. Cues to action: pelvic floor muscle exercise compliance in women with stress urinary incontinence. Neurourol Urodyn. 1997; 16: 167-77

**11277** Cundiff, G. W., Harris, R. L., Theofrastous, J. P., Bump, R. C. Pressure transmission ratio reproducibility in stress continent and stress incontinent women. Neurourol Urodyn. 1997; 16: 161-6

**11278** Jarolim, L., Babjuk, M., Hanus, T., Jansky, M., Skrivanova, V. Female urethra-sparing cystectomy and orthotopic bladder replacement. Eur Urol. 1997; 31: 173-7

**11279** Sugerman, H., Windsor, A., Bessos, M., Wolfe, L. Intra-abdominal pressure, sagittal abdominal diameter and obesity comorbidity. J Intern Med. 1997 Jan; 241: 71-9

**11280** Miklos, J. R., Saye, W. B. A randomized comparison of Burch colposuspension and abdominal paravaginal defect repair. Am J Obstet Gynecol. 1997 Jan; 176: 255-6

**11281** Dmochowski, R. R., Zimmern, P. E., Ganabathi, K., Sirls, L., Leach, G. E. Role of the four-corner bladder neck suspension to correct stress incontinence with a mild to moderate cystocele. Urology. 1997 Jan; 49: 35-40

**11282** Sze, E. H., Miklos, J. R., Partoll, L., Roat, T. W., Karram, M. M. Sacrospinous ligament fixation with transvaginal needle suspension for advanced pelvic organ prolapse and stress incontinence. Obstet Gynecol. 1997 Jan; 89: 94-6

**11283** Khullar, V., Cardozo, L. D., Abbott, D., Anders, K. GAX collagen in the treatment of urinary incontinence in elderly women: a two year follow up. Br J Obstet Gynaecol. 1997 Jan; 104: 96-9

**11284** Zimmern, P. E., Hadley, R. Re: The endoscopic fascial sling for treatment of female urinary stress incontinence. J Urol. 1997 Jan; 157: 268

**11285** Carr, L. K., Walsh, P. J., Abraham, V. E., Webster, G. D. Favorable outcome of pubovaginal slings for geriatric women with stress incontinence. J Urol. 1997 Jan; 157: 125-8

**11286** Berman, C. J., Kreder, K. J. Comparative cost analysis of collagen injection and fascia lata sling cystourethropexy for the treatment of type III incontinence in women. J Urol. 1997 Jan; 157: 122-4

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**11287**  Kim, K. J., Ashton-Miller, J. A., Strohbehn, K., DeLancey, J. O., Schultz, A. B. The vesico-urethral pressuregram analysis of urethral function under stress. J Biomech. 1997 Jan; 30: 19-25

**11288**  Philippe, H. J., Perdu, M., Dompeyre, P., Wahid, A., Dien, D. T. Transvaginal colpo-urethropexy with fibrin sealant: 4 years-follow up in 23 cases. Eur J Obstet Gynecol Reprod Biol. 1996 Dec 27; 70: 157-8

**11289**  Laurikkala, J., Juhola, M., Penttinen, J., Aukee, P. Parameter evaluation of the differential diagnosis of female urinary incontinence for the construction of an expert system. Stud Health Technol Inform. 1997; 43 Pt B: 671-5

**11290**  Fournier, C., Corcos, J. Collagen injections in difficult cases of stress urinary incontinence: study results. Urol Nurs. 1996 Dec; 16: 123-6

**11291**  Black, N. A., Griffiths, J. M., Pope, C., Stanley, J., Bowling, A., Abel, P. D. Sociodemographic and symptomatic characteristics of women undergoing stress incontinence surgery in the UK. Br J Urol. 1996 Dec; 78: 847-55

**11292**  Seim, A., Eriksen, B. C., Hunskaar, S. A study of female urinary incontinence in general practice. Demography, medical history, and clinical findings. Scand J Urol Nephrol. 1996 Dec; 30: 465-71

**11293**  Pannek, J., Haupt, G., Sommerfeld, H. J., Schulze, H., Senge, T. Urodynamic and rectomanometric findings in urinary incontinence. Scand J Urol Nephrol. 1996 Dec; 30: 457-60

**11294**  Ho, A. M., Roth, P., Cowan, W. D. Gaseous distention of the urinary bag indicating bladder perforation during laparoscopic pelvic procedures. Int J Gynaecol Obstet. 1996 Dec; 55: 297-8

**11295**  Wall, L. L., Copas, P., Galloway, N. T. Use of a pedicled rectus abdominis muscle flap sling in the treatment of complicated stress urinary incontinence. Am J Obstet Gynecol. 1996 Dec; 175: 1460-4; discussion 1464-6

**11296**  Mason, R. C., Roach, M. Modified pubovaginal sling for treatment of intrinsic sphincteric deficiency. J Urol. 1996 Dec; 156: 1991-4

**11297**  Handa, V. L., Jensen, J. K., Germain, M. M., Ostergard, D. R. Banked human fascia lata for the suburethral sling procedure: a preliminary report. Obstet Gynecol. 1996 Dec; 88: 1045-9

**11298**  Brieger, G. M., Yip, S. K., Hin, L. Y., Chung, T. K. The prevalence of urinary dysfunction in Hong Kong Chinese women. Obstet Gynecol. 1996 Dec; 88: 1041-4

**11299**  Kreder, K. J., Austin, J. C. Treatment of stress urinary incontinence in women with urethral hypermobility and intrinsic sphincter deficiency. J Urol. 1996 Dec; 156: 1995-8

**11300**  Wagg, A. S., Lieu, P. K., Ding, Y. Y., Malone-Lee, J. G. A urodynamic analysis of age associated changes in urethral function in women with lower urinary tract symptoms. J Urol. 1996 Dec; 156: 1984-8

**11301**  Hannah, S. L., Chin, A. Laparoscopic retropubic urethropexy. J Am Assoc Gynecol Laparosc. 1996 Nov; 4: 47-52

**11302**  Petros, P. P. The intravaginal slingplasty operation, a minimally invasive technique for cure of urinary incontinence in the female. Aust N Z J Obstet Gynaecol. 1996 Nov; 36: 453-61

**11303**  Klovning, A., Hunskaar, S., Eriksen, B. C. Validity of a scored urological history in detecting detrusor instability in female urinary incontinence. Acta Obstet Gynecol Scand. 1996 Nov; 75: 941-5

**11304**  Harriss, D. R., Iacovou, J. W., Lemberger, R. J. Peri-urethral silicone microimplants (Macroplastique) for the treatment of genuine stress incontinence. Br J Urol. 1996 Nov; 78: 722-5; discussion 726-8

**11305**  Kondo, A., Yamada, Y., Morishige, R., Niijima, R. An intensive programme for pelvic floor muscle exercises: short- and long-term effects on those with stress urinary incontinence. Hinyokika Kiyo. 1996 Nov; 42: 853-9

**11306**  Fielding, J. R., Versi, E., Mulkern, R. V., Lerner, M. H., Griffiths, D. J., Jolesz, F. A. MR imaging of the female pelvic floor in the supine and upright positions. J Magn Reson Imaging. 1996 Nov-Dec; 6: 961-3

**11307**  Halligan, S., Spence-Jones, C., Kamm, M. A., Bartram, C. I. Dynamic cystoproctography and physiological testing in women with urinary stress incontinence and urogenital prolapse. Clin Radiol. 1996 Nov; 51: 785-90

**11308**  Erickson, D. R., Olt, G. J. Urethral obstruction after anterior colporrhaphy: correction by simple vaginoplasty. Urology. 1996 Nov; 48: 805-8

Appendix A6 Bibliography sorted by Procite Number

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

11309    Sand, P. K. Pelvic floor stimulation in the treatment of mixed incontinence complicated by a low-pressure urethra. Obstet Gynecol. 1996 Nov; 88: 757-60

11310    Strohbehn, K., Quint, L. E., Prince, M. R., Wojno, K. J., Delancey, J. O. Magnetic resonance imaging anatomy of the female urethra: a direct histologic comparison. Obstet Gynecol. 1996 Nov; 88: 750-6

11311    Fantl, J. A., Bump, R. C., Robinson, D., McClish, D. K., Wyman, J. F. Efficacy of estrogen supplementation in the treatment of urinary incontinence. The Continence Program for Women Research Group. Obstet Gynecol. 1996 Nov; 88: 745-9

11312    Klutke, C. G. Female stress incontinence in the 1990s--changing concepts. J Urol. 1996 Nov; 156: 1626-7

11313    Benizri, E. J., Volpe, P., Pushkar, D., Chevallier, D., Amiel, J., Sanian, H., Toubol, J. A new vaginal procedure for cystocele repair and treatment of stress urinary incontinence. J Urol. 1996 Nov; 156: 1623-5

11314    Zaragoza, M. R. Expanded indications for the pubovaginal sling: treatment of type 2 or 3 stress incontinence. J Urol. 1996 Nov; 156: 1620-2

11315    Manhes, H. Laparoscopic Retzio-plasty. A new surgical approach to stress incontinence. Int Surg. 1996 Oct-Dec; 81: 371-3

11316    Dmochowski, R. R., Appell, R. A. Percutaneous bladder neck suspension: technique and results. Tech Urol. 1996 Fall; 2: 147-53

11317    Black, N. A., Downs, S. H. The effectiveness of surgery for stress incontinence in women: a systematic review. Br J Urol. 1996 Oct; 78: 497-510

11318    Kjolhede, P., Noren, B., Ryden, G. Prediction of genital prolapse after Burch colposuspension. Acta Obstet Gynecol Scand. 1996 Oct; 75: 849-54

11319    Marshall, H. J., Beevers, D. G. Alpha-adrenoceptor blocking drugs and female urinary incontinence: prevalence and reversibility. Br J Clin Pharmacol. 1996 Oct; 42: 507-9

11320    Korn, A. P., Learman, L. A. Operations for stress urinary incontinence in the United States, 1988- 1992. Urology. 1996 Oct; 48: 609-12

11321    Toozs-Hobson, P., Gleeson, C., Perdu, M., Cardozo, L. The Burch colposuspension for women with and without detrusor overactivity. Br J Obstet Gynaecol. 1996 Oct; 103: 1050-1

11322    Sze, E. H., Miklos, J. R., Karram, M. M. Voiding after Burch colposuspension and effects of concomitant pelvic surgery: correlation with preoperative voiding mechanism. Obstet Gynecol. 1996 Oct; 88: 564-7

11323    Kelvin, F. M., Maglinte, D. D., Hale, D., Benson, J. T. Voiding cystourethrography in female stress incontinence. AJR Am J Roentgenol. 1996 Oct; 167: 1065-6

11324    Takahashi, S., Moriyama, N., Yamazaki, R., Kawabe, K. Urodynamic analysis of age-related changes of alpha 1-adrenoceptor responsiveness in female beagle dogs. J Urol. 1996 Oct; 156: 1485-8

11325    Mak, V., Radomski, S. B. Value of magnetic resonance imaging of the lumbosacral spinal cord in patients with voiding dysfunction. J Urol. 1996 Oct; 156: 1421-3

11326    Herschorn, S., Steele, D. J., Radomski, S. B. Followup of intraurethral collagen for female stress urinary incontinence. J Urol. 1996 Oct; 156: 1305-9

11327    Dovey, S., McNaughton, T., Tilyard, M., Gurr, E., Jolleys, J., Wilson, D. General practitioners' opinions of continence care training. N Z Med J. 1996 Sep 13; 109: 340-3

11328    Jensen, L. M., Aabech, J., Lundvall, F., Iversen, H. G. Female urethral diverticulum. Clinical aspects and a presentation of 15 cases. Acta Obstet Gynecol Scand. 1996 Sep; 75: 748-52

11329    el Hemaly, A. K., Mousa, L. A. Stress urinary incontinence, a new concept. Eur J Obstet Gynecol Reprod Biol. 1996 Sep; 68: 129-35

11330    Hardiman, P. J., Drutz, H. P. Sacrospinous vault suspension and abdominal colposacropexy: success rates and complications. Am J Obstet Gynecol. 1996 Sep; 175: 612-6

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

11331   Bhattacharya, S., Mollison, J., Pinion, S., Parkin, D. E., Abramovich, D. R., Terry, P., Kitchener, H. C. A comparison of bladder and ovarian function two years following hysterectomy or endometrial ablation. Br J Obstet Gynaecol. 1996 Sep; 103: 898-903

11332   Nygaard, I. E., Lemke, J. H. Urinary incontinence in rural older women: prevalence, incidence and remission. J Am Geriatr Soc. 1996 Sep; 44: 1049-54

11333   Handa, V. L., Harris, T. A., Ostergard, D. R. Protecting the pelvic floor: obstetric management to prevent incontinence and pelvic organ prolapse. Obstet Gynecol. 1996 Sep; 88: 470-8

11334   Flax, S. The gasless laparoscopic Burch bladder neck suspension: early experience. J Urol. 1996 Sep; 156: 1105-7

11335   Pelosi, M. A., 3rd, Pelosi, M. A. Laparoscopic-assisted pubovaginal sling procedure for the treatment of stress urinary incontinence. J Am Assoc Gynecol Laparosc. 1996 Aug; 3: 593-600

11336   Kung, R. C., Lie, K., Lee, P., Drutz, H. P. The cost-effectiveness of laparoscopic versus abdominal Burch procedures in women with urinary stress incontinence. J Am Assoc Gynecol Laparosc. 1996 Aug; 3: 537-44

11337   Rosen, D. M., Korda, A. R., Waugh, R. C. Ureteric injury at Burch colposuspension. 4 case reports and literature review. Aust N Z J Obstet Gynaecol. 1996 Aug; 36: 354-8

11338   Adams, J. B., 2nd, Micali, S., Moore, R. G., Babayan, R. K., Kavoussi, L. R. Complications of extraperitoneal balloon dilation. J Endourol. 1996 Aug; 10: 375-8

11339   Milsom, I. Rational prescribing for postmenopausal urogenital complaints. Drugs Aging. 1996 Aug; 9: 78-86

11340   Hogston, P. Treatment of urinary stress incontinence. Am J Obstet Gynecol. 1996 Aug; 175: 514-5

11341   Bump, R. C., Hurt, W. G., Theofrastous, J. P., Addison, W. A., Fantl, J. A., Wyman, J. F., McClish, D. K. Randomized prospective comparison of needle colposuspension versus endopelvic fascia plication for potential stress incontinence prophylaxis in women undergoing vaginal reconstruction for stage III or IV pelvic organ prolapse. The Continence Program for W. Am J Obstet Gynecol. 1996 Aug; 175: 326-33; discussion 333-5

11342   DeLancey, J. O. Stress urinary incontinence: where are we now, where should we go?. Am J Obstet Gynecol. 1996 Aug; 175: 311-9

11343   McDowell, B. J., Engberg, S. J., Rodriguez, E., Engberg, R., Sereika, S. Characteristics of urinary incontinence in homebound older adults. J Am Geriatr Soc. 1996 Aug; 44: 963-8

11344   Mold, J. W. Pharmacotherapy of urinary incontinence. Am Fam Physician. 1996 Aug; 54: 673-80, 683-5

11345   Leach, G. E., Appell, R. Percutaneous bladder neck suspension. Urol Clin North Am. 1996 Aug; 23: 511-6

11346   Dupont, M. C., Albo, M. E., Raz, S. Diagnosis of stress urinary incontinence. An overview. Urol Clin North Am. 1996 Aug; 23: 407-15

11347   Klutke, J. J., Bergman, A., Pace, J., Klutke, C. G. Transvaginal bladder neck suspension to Cooper's ligament: a modified Pereyra procedure. Obstet Gynecol. 1996 Aug; 88: 294-7

11348   Enzelsberger, H., Helmer, H., Schatten, C. Comparison of Burch and lyodura sling procedures for repair of unsuccessful incontinence surgery. Obstet Gynecol. 1996 Aug; 88: 251-6

11349   Perez, L. M., Smith, E. A., Broecker, B. H., Massad, C. A., Parrott, T. S., Woodard, J. R. Outcome of sling cystourethropexy in the pediatric population: a critical review. J Urol. 1996 Aug; 156: 642-6

11350   Perez, L. M., Smith, E. A., Parrott, T. S., Broecker, B. H., Massad, C. A., Woodard, J. R. Submucosal bladder neck injection of bovine dermal collagen for stress urinary incontinence in the pediatric population. J Urol. 1996 Aug; 156: 633-6

11351   Johnson, V. Y., Hubbard, D., Vordermark, J. S. Urologic manifestations of postpolio syndrome. J Wound Ostomy Continence Nurs. 1996 Jul; 23: 218-23

11352   Tay, K. P., Lim, P. H., Ravintharan, T. Laparoscopic bladder-neck suspension for urinary stress incontinence in women: our first twenty patients. Int J Urol. 1996 Jul; 3: 278-81

# Appendix A6 Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**11353** Wang, A. C. Burch colposuspension vs. Stamey bladder neck suspension. A comparison of complications with special emphasis on detrusor instability and voiding dysfunction. J Reprod Med. 1996 Jul; 41: 529-33

**11354** Bartholomew, B., Grimaldi, T. Collagen injection therapy for type III stress urinary incontinence. AORN J. 1996 Jul; 64: 75-83, 85-6

**11355** Colombo, M., Milani, R., Vitobello, D., Maggioni, A. A randomized comparison of Burch colposuspension and abdominal paravaginal defect repair for female stress urinary incontinence. Am J Obstet Gynecol. 1996 Jul; 175: 78-84

**11356** Richardson, D. A., Miller, K. L., Siegel, S. W., Karram, M. M., Blackwood, N. B., Staskin, D. R. Pelvic floor electrical stimulation: a comparison of daily and every- other-day therapy for genuine stress incontinence. Urology. 1996 Jul; 48: 110-8

**11357** Lobel, R. W., Sand, P. K. The empty supine stress test as a predictor of intrinsic urethral sphincter dysfunction. Obstet Gynecol. 1996 Jul; 88: 128-32

**11358** Haab, F., Zimmern, P. E., Leach, G. E. Female stress urinary incontinence due to intrinsic sphincteric deficiency: recognition and management. J Urol. 1996 Jul; 156: 3-17

**11359** Berglund, A. L., Fugl-Meyer, K. S. Some sexological characteristics of stress incontinent women. Scand J Urol Nephrol. 1996 Jun; 30: 207-12

**11360** Berglund, A. L., Eisemann, M., Lalos, A., Lalos, O. Social adjustment and spouse relationships among women with stress incontinence before and after surgical treatment. Soc Sci Med. 1996 Jun; 42: 1537-44

**11361** Davila, G. W. Introl bladder neck support prosthesis: a nonsurgical urethropexy. J Endourol. 1996 Jun; 10: 293-6

**11362** Miller, J. L., Bavendam, T. Treatment with the Reliance urinary control insert: one-year experience. J Endourol. 1996 Jun; 10: 287-92

**11363** Darson, M. F., Malizia, A. A., Barrett, D. M. Periurethral injection of the genitourinary spheroidal membrane. J Endourol. 1996 Jun; 10: 283-6

**11364** Burney, T. L., Badlani, G. H. Rationale and treatment results with bioinjectables. J Endourol. 1996 Jun; 10: 273-7

**11365** Kreder, K. J., Winfield, H. N. Laparoscopic urethral sling for treatment of intrinsic sphincter deficiency. J Endourol. 1996 Jun; 10: 255-7

**11366** Breda, G., Silvestre, P., Gherardi, L., Xausa, D., Tamai, A., Giunta, A. Correction of stress urinary incontinence: laparoscopy combined with vaginal suturing. J Endourol. 1996 Jun; 10: 251-3

**11367** McDougall, E. M. Correction of stress urinary incontinence: retropubic approach. J Endourol. 1996 Jun; 10: 247-50

**11368** Cadeddu, J. A., Kavoussi, L. R. Correction of stress urinary incontinence: transperitoneal approach. J Endourol. 1996 Jun; 10: 241-5

**11369** Norris, J. P., Breslin, D. S., Staskin, D. R. Use of synthetic material in sling surgery: a minimally invasive approach. J Endourol. 1996 Jun; 10: 227-30

**11370** Appell, R. A., Rackley, R. R., Dmochowski, R. R. Vesica percutaneous bladder neck stabilization. J Endourol. 1996 Jun; 10: 221-5

**11371** Trockman, B. A., Leach, G. E. Needle suspension procedures: past, present, and future. J Endourol. 1996 Jun; 10: 217-20

**11372** Mostwin, J. L., Genadry, R., Sanders, R., Yang, A. Anatomic goals in the correction of female stress urinary incontinence. J Endourol. 1996 Jun; 10: 207-12

**11373** McGuire, E. J., Cespedes, R. D. Proper diagnosis: a must before surgery for stress incontinence. J Endourol. 1996 Jun; 10: 201-5

**11374** Austin, P., Spyropoulos, E., Lotenfoe, R., Helal, M., Hoffman, M., Lockhart, J. L. Urethral obstruction after anti-incontinence surgery in women: evaluation, methodology, and surgical results. Urology. 1996 Jun; 47: 890-4

**American Urological Association, Inc.**

SUI Guidelines Panel

11375    Kaplan, S. A., Santarosa, R. P., Te, A. E. Comparison of fascial and vaginal wall slings in the management of intrinsic sphincter deficiency. Urology. 1996 Jun; 47: 885-9

11376    Nygaard, I. E., Glowacki, C., Saltzman, C. L. Relationship between foot flexibility and urinary incontinence in nulliparous varsity athletes. Obstet Gynecol. 1996 Jun; 87: 1049-51

11377    McClelland, M., Delustro, F. Evaluation of antibody class in response to bovine collagen treatment in patients with urinary incontinence. J Urol. 1996 Jun; 155: 2068-73

11378    Nezhat, C. H., Nezhat, F., Seidman, D. S., Nasserbakht, F., Nezhat, C., Roemisch, M. A new method for laparoscopic access to the space of Retzius during retropubic cystourethropexy. J Urol. 1996 Jun; 155: 1916-8

11379    Ross, J. Two techniques of laparoscopic Burch repair for stress incontinence: a prospective, randomized study. J Am Assoc Gynecol Laparosc. 1996 May; 3: 351-7

11380    Stenberg, A., Heimer, G., Ulmsten, U., Cnattingius, S. Prevalence of genitourinary and other climacteric symptoms in 61-year- old women. Maturitas. 1996 May; 24: 31-6

11381    Kuo, H. C. Transrectal sonography of the female urethra in incontinence and frequency-urgency syndrome. J Ultrasound Med. 1996 May; 15: 363-70

11382    Hoffman, M. S., Harris, M. S., Bouis, P. J. Sacrospinous colpopexy in the management of uterovaginal prolapse. J Reprod Med. 1996 May; 41: 299-303

11383    Hahn, I., Milsom, I. Treatment of female stress urinary incontinence with a new anatomically shaped vaginal device (Conveen Continence Guard). Br J Urol. 1996 May; 77: 711-5

11384    Theofrastous, J. P., Cundiff, G. W., Harris, R. L., Bump, R. C. The effect of vesical volume on Valsalva leak-point pressures in women with genuine stress urinary incontinence. Obstet Gynecol. 1996 May; 87: 711-4

11385    McGuire, E. J., Cespedes, R. D., O'Connell, H. E. Leak-point pressures. Urol Clin North Am. 1996 May; 23: 253-62

11386    Staskin, D., Bavendam, T., Miller, J., Davila, G. W., Diokno, A., Knapp, P., Rappaport, S., Sand, P., Sant, G., Tutrone, R. Effectiveness of a urinary control insert in the management of stress urinary incontinence: early results of a multicenter study. Urology. 1996 May; 47: 629-36

11387    Ghoniem, G. M. Modified rectus fascial suburethral sling. Tech Urol. 1996 Spring; 2: 16-21

11388    Eckford, S. D., Jackson, S. R., Lewis, P. A., Abrams, P. The continence control pad--a new external urethral occlusion device in the management of stress incontinence. Br J Urol. 1996 Apr; 77: 538-40

11389    Rigby, D. Promoting continence with electrostimulation. Prof Nurse. 1996 Apr; 11: 431-434

11390    Loughlin, K. R. The endoscopic fascial sling for treatment of female urinary stress incontinence. J Urol. 1996 Apr; 155: 1265-7

11391    Carr, L. K., Herschorn, S., Leonhardt, C. Magnetic resonance imaging after intraurethral collagen injected for stress urinary incontinence. J Urol. 1996 Apr; 155: 1253-5

11392    Wells, M. Continence following childbirth. Br J Nurs. 1996 Mar 28-Apr 10; 5: 353-4, 356, 358, passim

11393    Brenner, B. Colposuspension: a comparison of Stamey and laparoscopic Burch procedures. N Z Med J. 1996 Mar 8; 109: 84

11394    McGuire, E. J. Stress incontinence: new alternatives. Int J Fertil Menopausal Stud. 1996 Mar-Apr; 41: 142-7

11395    Beizer, J. L. Urinary incontinence in women: a review for the pharmacist. J Am Pharm Assoc (Wash). 1996 Mar; NS36: 196-202

11396    Hall, J., Napier-Hemy, R., O'Reilly, P. H. Osteomyelitis complicating Burch colposuspension. Br J Urol. 1996 Mar; 77: 470-1

11397    Wall, L. L., Hewitt, J. K. Voiding function after Burch colposuspension for stress incontinence. J Reprod Med. 1996 Mar; 41: 161-5

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

11398  Homma, Y., Kawabe, K., Kageyama, S., Koiso, K., Akaza, H., Kakizoe, T., Koshiba, K., Yokoyama, E., Aso, Y. Injection of glutaraldehyde cross-linked collagen for urinary incontinence: two-year efficacy by self-assessment. Int J Urol. 1996 Mar; 3: 124-7

11399  Berglund, A. L., Lalos, O. The pre- and postsurgical nursing of women with stress incontinence. J Adv Nurs. 1996 Mar; 23: 502-11

11400  Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Usefulness of ultrasound contrast medium in perineal sonography for visualization of bladder neck funneling--first observations. Urology. 1996 Mar; 47: 452-3

11401  Colombo, M., Zanetta, G., Vitobello, D., Milani, R. The Burch colposuspension for women with and without detrusor overactivity. Br J Obstet Gynaecol. 1996 Mar; 103: 255-60

11402  Pelsang, R. E., Bonney, W. W. Voiding cystourethrography in female stress incontinence. AJR Am J Roentgenol. 1996 Mar; 166: 561-5

11403  Carr, L. K., Herschorn, S. Periurethral collagen injection and pregnancy. J Urol. 1996 Mar; 155: 1037

11404  Blaivas, J. G., Heritz, D. M. Vaginal flap reconstruction of the urethra and vesical neck in women: a report of 49 cases. J Urol. 1996 Mar; 155: 1014-7

11405  Karabacak, O., Taner, M. Z., Tiras, M. B., Kaya, A., Guner, H., Yildirim, M. An extraperitoneal burch procedure: a case report. J Laparoendosc Surg. 1996 Feb; 6: 65-8

11406  ACOG criterial set. Surgery for genuine stress incontinence due to urethral hypermobility. American College of Obstetricians and Gynecologists Committee on Quality Assessment. Int J Gynaecol Obstet. 1996 Feb; 52: 211-2

11407  Eckford, S. D., Finney, R., Jackson, S. R., Abrams, P. Detection of urinary incontinence during ambulatory monitoring of bladder function by a temperature-sensitive device. Br J Urol. 1996 Feb; 77: 194-7

11408  Brieger, G. M., Yip, S. K., Fung, Y. M., Chung, T. Genital prolapse: a legacy of the West?. Aust N Z J Obstet Gynaecol. 1996 Feb; 36: 52-4

11409  Cooper, M. J., Cario, G., Lam, A., Carlton, M. A review of results in a series of 113 laparoscopic colposuspensions. Aust N Z J Obstet Gynaecol. 1996 Feb; 36: 44-8

11410  Mattox, T. F., Bhatia, N. N. The prevalence of urinary incontinence or prolapse among white and Hispanic women. Am J Obstet Gynecol. 1996 Feb; 174: 646-8

11411  Mushkat, Y., Bukovsky, I., Langer, R. Female urinary stress incontinence--does it have familial prevalence?. Am J Obstet Gynecol. 1996 Feb; 174: 617-9

11412  Thyssen, H., Lose, G. New disposable vaginal device (continence guard) in the treatment of female stress incontinence. Design, efficacy and short term safety. Acta Obstet Gynecol Scand. 1996 Feb; 75: 170-3

11413  Colombo, M., Maggioni, A., Zanetta, G., Vignali, M., Milani, R. Prevention of postoperative urinary stress incontinence after surgery for genitourinary prolapse. Obstet Gynecol. 1996 Feb; 87: 266-71

11414  Bo, K., Talseth, T. Long-term effect of pelvic floor muscle exercise 5 years after cessation of organized training. Obstet Gynecol. 1996 Feb; 87: 261-5

11415  Zivkovic, F., Tamussino, K., Ralph, G., Schied, G., Auer-Grumbach, M. Long-term effects of vaginal dissection on the innervation of the striated urethral sphincter. Obstet Gynecol. 1996 Feb; 87: 257-60

11416  Bomalaski, M. D., Bloom, D. A., McGuire, E. J., Panzl, A. Glutaraldehyde cross-linked collagen in the treatment of urinary incontinence in children. J Urol. 1996 Feb; 155: 699-702

11417  Palma, P. C., Riccetto, C. L., Netto Junior, N. R. Urethral pseudolipoma: a complication of periurethral lipo-injection for stress urinary incontinence in a woman. J Urol. 1996 Feb; 155: 646

11418  Chancellor, M. B., Shenot, P. J., Rivas, D. A., Mandel, S., Schwartzman, R. J. Urological symptomatology in patients with reflex sympathetic dystrophy. J Urol. 1996 Feb; 155: 634-7

11419  Radomski, S. B., Herschorn, S. Laparoscopic Burch bladder neck suspension: early results. J Urol. 1996 Feb; 155: 515-8

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 11420 | Faerber, G. J. Endoscopic collagen injection therapy in elderly women with type I stress urinary incontinence. J Urol. 1996 Feb; 155: 512-4 |
| 11421 | Glavind, K., Nohr, S. B., Walter, S. Biofeedback and physiotherapy versus physiotherapy alone in the treatment of genuine stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 339-43 |
| 11422 | Elia, G., Bergman, A. Periurethral collagen implant: ultrasound assessment and prediction of outcome. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 335-8 |
| 11423 | Cholhan, H. J., Stevenson, K. R. Sling transection of urethra: a rare complication. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 331-4 |
| 11424 | Swift, S. E., Rust, P. F., Ostergard, D. R. Intrasubject variability of the pressure-transmission ratio in patients with genuine stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 312-6 |
| 11425 | Cundiff, G. W., Bent, A. E. The contribution of urethrocystoscopy to evaluation of lower urinary tract dysfunction in women. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 307-11 |
| 11426 | Stanton, S. L. Minimally invasive surgery: competent and continent?. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 305-6 |
| 11427 | Briggs, T. P., Shah, P. J., Rickards, D. Newer surgical techniques in urology. Chir Ital. 1996; 48: 5-6 |
| 11428 | Beco, J. Functional sonography of the lower urinary tract. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 270-3 |
| 11429 | Ramsay, I. N., Ali, H. M., Hunter, M., Stark, D., McKenzie, S., Donaldson, K., Major, K. A prospective, randomized controlled trial of inpatient versus outpatient continence programs in the treatment of urinary incontinence in the female. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 260-3 |
| 11430 | Heit, M., Brubaker, L. Clinical correlates in patients not completing a voiding diary. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 256-9 |
| 11431 | Samodai, L., Zamori, A., Kelemen, I., Kovacs, L. Continent urinary diversion after radical cystectomy: 3 years' experience. Int Urol Nephrol. 1996; 28: 511-6 |
| 11432 | Jozwik, M., Jr, Lotocki, W., Jozwik, M. Stress urinary incontinence in women. II. Abnormalities of glycogenolysis in tissues related to the lower urinary tract. Int Urol Nephrol. 1996; 28: 485-94 |
| 11433 | Magrina, J. F. Primary surgery for stage IB-IIA cervical cancer, including short-term and long-term morbidity and treatment in pregnancy. J Natl Cancer Inst Monogr. 1996; : 53-9 |
| 11434 | Black, N., Griffiths, J., Pope, C. Development of a symptom severity index and a symptom impact index for stress incontinence in women. Neurourol Urodyn. 1996; 15: 630-40 |
| 11435 | Resnick, N. M., Brandeis, G. H., Baumann, M. M., DuBeau, C. E., Yalla, S. V. Misdiagnosis of urinary incontinence in nursing home women: prevalence and a proposed solution. Neurourol Urodyn. 1996; 15: 599-613; discussion 613-8 |
| 11436 | Meyer, S., De Grandi, P., Schreyer, A., Caccia, G. The assessment of bladder neck position and mobility in continent nullipara, mulitpara, forceps-delivered and incontinent women using perineal ultrasound: a future office procedure?. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 138-46 |
| 11437 | Falconer, C., Ekman-Ordeberg, G., Malmstrom, A., Ulmsten, U. Clinical outcome and changes in connective tissue metabolism after intravaginal slingplasty in stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 133-7 |
| 11438 | Demirci, F., Fine, P. M. Ultrasonography in stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 125-32 |
| 11439 | Iosif, C. S. Laparoscopic surgery for stress urinary incontinence. Urol Int. 1996; 57: 180-4 |
| 11440 | Jensen, D., Stien, R. The importance of complex repetitive discharges in the striated female urethral sphincter and the male bulbocavernosus muscle. Scand J Urol Nephrol Suppl. 1996; 179: 69-73 |
| 11441 | Bo, K., Maanum, M. Does vaginal electrical stimulation cause pelvic floor muscle contraction? A pilot study. Scand J Urol Nephrol Suppl. 1996; 179: 39-45 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 804-4 Filed 09/19/13 Page 534 of 800 PageID #: 146609

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

**11442**   Kulseng-Hanssen, S., Klevmark, B. Ambulatory urodynamic monitoring of women. Scand J Urol Nephrol Suppl. 1996; 179: 27-37

**11443**   Athanassopoulos, A., Barbalias, G. Burch colposuspension versus stamey endoscopic bladder neck suspension: a urodynamic appraisal. Urol Int. 1996; 56: 23-7

**11444**   de Aloysio, D., Altieri, P., Penacchioni, P., Mauloni, M., Bottiglioni, F. Premenopause-dependent changes. Gynecol Obstet Invest. 1996; 42: 120-7

**11445**   Demirci, F., Kuyumcuoglu, U., Uludogan, M., Gorgen, H., Sahinoglu, Z., Delikara, M. N. Evaluation of urethrovesical junction mobility by perineal ultrasonography in stress urinary incontinence. J Pak Med Assoc. 1996 Jan; 46: 2-5

**11446**   Liapis, A., Pyrgiotis, E., Kontoravdis, A., Louridas, C., Zourlas, P. A. Genuine stress incontinence: prospective randomized comparison of two operative methods. Eur J Obstet Gynecol Reprod Biol. 1996 Jan; 64: 69-72

**11447**   Schiotz, H. A. Comparison of 1 and 3 days' transurethral Foley catheterization after retropubic incontinence surgery. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 98-101

**11448**   Thorp, J. M., Jones, L. H., Wells, E., Ananth, C. V. Assessment of pelvic floor function: a series of simple tests in nulliparous women. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 94-7

**11449**   Farrell, S. A., Tynski, G. The effect of urethral pressure variation on detrusor activity in women. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 87-93

**11450**   Ulmsten, U., Henriksson, L., Johnson, P., Varhos, G. An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 81-5; discussion 85-6

**11451**   Burgio, K. L., Locher, J. L., Zyczynski, H., Hardin, J. M., Singh, K. Urinary incontinence during pregnancy in a racially mixed sample: characteristics and predisposing factors. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 69-73

**11452**   Colakoglu, M., Capar, M., Kilic, M., Colakoglu, U., Kaya, H., Acar, A. A new needle suspension procedure for genuine stress incontinence and anterior vaginal wall prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 64-7; discussion 67-8

**11453**   Barlas, P., Hatzipapas, J., Bias, A., Athanasopoulos, A. Transvaginal colposuspension for the treatment of genuine stress incontinence combined with vaginal hysterectomy: a preliminary report. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 20-3

**11454**   Siltberg, H., Larsson, G., Victor, A. Reproducibility of a new method to determine cough-induced leak-point pressure in women with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 13-9

**11455**   Morley, R., Cumming, J., Weller, R. Morphology and neuropathology of the pelvic floor in patients with stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 3-12

**11456**   Hahn, I., Milsom, I., Ohlsson, B. L., Ekelund, P., Uhlemann, C., Fall, M. Comparative assessment of pelvic floor function using vaginal cones, vaginal digital palpation and vaginal pressure measurements. Gynecol Obstet Invest. 1996; 41: 269-74

**11457**   Errando, C., Batista, J. E., Arano, P. Polytetrafluoroethylene sling for failure in female stress incontinence surgery. World J Urol. 1996; 14 Suppl 1: S48-50

**11458**   Primus, G., Kramer, G. Maximal external electrical stimulation for treatment of neurogenic or non-neurogenic urgency and/or urge incontinence. Neurourol Urodyn. 1996; 15: 187-94

**11459**   Meyer, S., Kuntzer, T., Newsom, N., de Grandi, P. Stress urinary incontinence due to a low-pressure urethra: a socially invalidizing disease. Neurourol Urodyn. 1996; 15: 177-86

**11460**   Cosiski Marana, H. R., Moreira de Andrade, J., Matheus de Sala, M., Duarte, G., Fonzar Marana, R. R. Evaluation of long-term results of surgical correction of stress urinary incontinence. Gynecol Obstet Invest. 1996; 41: 214-9

# Appendix A6  Bibliography sorted by Procite Number

**American Urological Association, Inc.**

**SUI Guidelines Panel**

11461    Berghmans, L. C., Frederiks, C. M., de Bie, R. A., Weil, E. H., Smeets, L. W., van Waalwijk van Doorn, E. S., Janknegt, R. A. Efficacy of biofeedback, when included with pelvic floor muscle exercise treatment, for genuine stress incontinence. Neurourol Urodyn. 1996; 15: 37-52

11462    Thind, P., Bagi, P., Mieszczak, C., Lose, G. Influence of pudendal nerve blockade on stress relaxation in the female urethra. Neurourol Urodyn. 1996; 15: 31-6

11463    Helt, M., Benson, J. T., Russell, B., Brubaker, L. Levator ani muscle in women with genitourinary prolapse: indirect assessment by muscle histopathology. Neurourol Urodyn. 1996; 15: 17-29

11464    Mills, R., Persad, R., Handley Ashken, M. Long-term follow-up results with the Stamey operation for stress incontinence of urine. Br J Urol. 1996 Jan; 77: 86-8

11465    Jolic, V. Should Burch colposuspension be replaced by fibrin glue colpofixation in women with urinary stress incontinence?. Zentralbl Gynakol. 1996; 118: 236-8

11466    Cancrini, A., De Carli, P., Pompeo, V., Fattahi, H., Lamanna, L., Giuseppe, C., Cantiani, R., Mainiero, G., von Heland, M. Lower urinary tract reconstruction following cystectomy: experience and results in 96 patients using the orthotopic ileal bladder substitution of Studer et al. Eur Urol. 1996; 29: 204-9

11467    Nygaard, I. E., Kreder, K. J., Lepic, M. M., Fountain, K. A., Rhomberg, A. T. Efficacy of pelvic floor muscle exercises in women with stress, urge, and mixed urinary incontinence. Am J Obstet Gynecol. 1996 Jan; 174: 120-5

11468    Weinberger, M. W., Ostergard, D. R. Postoperative catheterization, urinary retention, and permanent voiding dysfunction after polytetrafluroethylene suburethral sling placement. Obstet Gynecol. 1996 Jan; 87: 50-4

11469    Hautmann, R. E., Paiss, T., de Petriconi, R. The ileal neobladder in women: 9 years of experience with 18 patients. J Urol. 1996 Jan; 155: 76-81

11470    Kurzrock, E. A., Lowe, P., Hardy, B. E. Bladder wall pedicle wraparound sling for neurogenic urinary incontinence in children. J Urol. 1996 Jan; 155: 305-8

11471    Bavendam, T. G. Incontinence--lower urinary tract dysfunction and urodynamic evaluations. J Urol. 1996 Jan; 155: 286-7

11472    Nitti, V. W., Combs, A. J. Correlation of Valsalva leak point pressure with subjective degree of stress urinary incontinence in women. J Urol. 1996 Jan; 155: 281-5

11473    Bennett, C. J. The evolving importance of neurourology and urodynamics. J Urol. 1996 Jan; 155: 275-6

11474    Zorzos, I., Paterson, P. J. Quality of life after a Marshall-Marchetti-Krantz procedure for stress urinary incontinence. J Urol. 1996 Jan; 155: 259-62

11475    Smith, J. J.,  3rd Intravaginal stimulation randomized trial. J Urol. 1996 Jan; 155: 127-30

11476    Nixon, E. Continence. Easing the social stress. Nurs Times. 1995 Dec 13-19; 91: 60

11477    Lenderking, W. R., Nackley, J. F., Anderson, R. B., Testa, M. A. A review of the quality-of-life aspects of urinary urge incontinence. Pharmacoeconomics. 1996 Jan; 9: 11-23

11478    Bennett, J. K., Green, B. G., Foote, J. E., Gray, M. Collagen injections for intrinsic sphincter deficiency in the neuropathic urethra. Paraplegia. 1995 Dec; 33: 697-700

11479    Yang, S. C., Park, D. S., Lee, J. M., Graham, R. W. Laparoscopic extraperitoneal bladder neck suspension (LEBNS) for stress urinary incontinence. J Korean Med Sci. 1995 Dec; 10: 426-30

11480    Smith, A. R. Laparoscopic and needle colposuspension. Baillieres Clin Obstet Gynaecol. 1995 Dec; 9: 757-67

11481    Tay, K. P., Lim, P. H., Chng, H. C. Surgical management of stress urinary incontinence: Burch colposuspension, modified Pereyra and Stamey bladder neck suspension, and collagen injection--Toa Payoh Hospital experience. Singapore Med J. 1995 Dec; 36: 651-5

11482    Ng, K. W. Which is the most appropriate operation for genuine stress incontinence (GSI)?. Singapore Med J. 1995 Dec; 36: 590-6

# American Urological Association, Inc.

## SUI Guidelines Panel

**11483** Bachmann, G. The estradiol vaginal ring--a study of existing clinical data. Maturitas. 1995 Dec; 22 Suppl: S21-9

**11484** Venus, J. T., Calhoun, B. C. Urinary incontinence procedures performed on a military teaching hospital. Mil Med. 1995 Dec; 160: 613-4

**11485** Kinn, A. C. Burch colposuspension for stress urinary incontinence. 5-year results in 153 women. Scand J Urol Nephrol. 1995 Dec; 29: 449-55

**11486** Young, S. B., Rosenblatt, P. L., Pingeton, D. M., Howard, A. E., Baker, S. P. The Mersilene mesh suburethral sling: a clinical and urodynamic evaluation. Am J Obstet Gynecol. 1995 Dec; 173: 1719-25; discussion 1725-6

**11487** Aronson, M. P., Bates, S. M., Jacoby, A. F., Chelmow, D., Sant, G. R. Periurethral and paravaginal anatomy: an endovaginal magnetic resonance imaging study. Am J Obstet Gynecol. 1995 Dec; 173: 1702-8; discussion 1708-10

**11488** Brubaker, L. Sacrocolpopexy and the anterior compartment: support and function. Am J Obstet Gynecol. 1995 Dec; 173: 1690-5; discussion 1695-6

**11489** Varner, R. E., Plessala, K. J., Richter, H. Effects of sacrocolposuspension on the lower urinary tract. Am J Obstet Gynecol. 1995 Dec; 173: 1684-8; discussion 1688-9

**11490** Harris, R. L., Yancey, C. A., Wiser, W. L., Morrison, J. C., Meeks, G. R. Comparison of anterior colporrhaphy and retropubic urethropexy for patients with genuine stress urinary incontinence. Am J Obstet Gynecol. 1995 Dec; 173: 1671-4; discussion 1674-5

**11491** Debaere, C., Rigauts, H., Steyaert, L., Pattyn, G., Ampe, J. MR imaging of a diverticulum in a female urethra. J Belge Radiol. 1995 Dec; 78: 345-6

**11492** Dumoulin, C., Seaborne, D. E., Quirion-DeGirardi, C., Sullivan, S. J. Pelvic-floor rehabilitation, Part 2: Pelvic-floor reeducation with interferential currents and exercise in the treatment of genuine stress incontinence in postpartum women--a cohort study. Phys Ther. 1995 Dec; 75: 1075-81

**11493** Dumoulin, C., Seaborne, D. E., Quirion-DeGirardi, C., Sullivan, S. J. Pelvic-floor rehabilitation, Part 1: Comparison of two surface electrode placements during stimulation of the pelvic-floor musculature in women who are continent using bipolar interferential currents. Phys Ther. 1995 Dec; 75: 1067-74

**11494** Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Improvement of perineal sonographic bladder neck imaging with ultrasound contrast medium. Obstet Gynecol. 1995 Dec; 86: 950-4

**11495** Makinen, J. I., Pitkanen, Y. A., Salmi, T. A., Gronroos, M., Rinne, R., Paakkari, I. Transdermal estrogen for female stress urinary incontinence in postmenopause. Maturitas. 1995 Nov; 22: 233-8

**11496** Tampakoudis, P., Tantanassis, T., Grimbizis, G., Papaletsos, M., Mantalenakis, S. Cigarette smoking and urinary incontinence in women--a new calculative method of estimating the exposure to smoke. Eur J Obstet Gynecol Reprod Biol. 1995 Nov; 63: 27-30

**11497** von Theobald, P., Guillaumin, D., Levy, G. Laparoscopic preperitoneal colposuspension for stress incontinence in women. Technique and results of 37 procedures. Surg Endosc. 1995 Nov; 9: 1189-92

**11498** Lee, P. S., Reid, D. W., Saltmarche, A., Linton, L. Measuring the psychosocial impact of urinary incontinence: the York Incontinence Perceptions Scale (YIPS). J Am Geriatr Soc. 1995 Nov; 43: 1275-8

**11499** Sultana, C. J. Urethral closure pressure and leak-point pressure in incontinent women. Obstet Gynecol. 1995 Nov; 86: 839-42

**11500** Trockman, B. A., Leach, G. E., Hamilton, J., Sakamoto, M., Santiago, L., Zimmern, P. E. Modified Pereyra bladder neck suspension: 10-year mean followup using outcomes analysis in 125 patients. J Urol. 1995 Nov; 154: 1841-7

**11501** Sirls, L. T., Keoleian, C. M., Korman, H. J., Kirkemo, A. K. The effect of study methodology on reported success rates of the modified Pereyra bladder neck suspension. J Urol. 1995 Nov; 154: 1732-5

**11502** Rush, C. B., Entman, S. S. Pelvic organ prolapse and stress urinary incontinence. Med Clin North Am. 1995 Nov; 79: 1473-9

**11503** Torrance, C., Jordan, S. Bionursing: assessment of stress incontinence. Nurs Stand. 1995 Oct 18-24; 10: 29-31

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

11504 Juma, S. Anterior vaginal suspension for vaginal vault prolapse. Tech Urol. 1995 Fall; 1: 150-6

11505 Petrou, S. P. Use of the Cobb-Ragde needle in pubovaginal sling surgery. Tech Urol. 1995 Fall; 1: 136-40

11506 Lim, F. K., Razvi, K., Tham, K. F., Ratnam, S. S. Current approach to the management of urinary stress incontinence. Singapore Med J. 1995 Oct; 36: 532-7

11507 Dellas, A., Drewe, J. Conservative therapy of female genuine stress incontinence with vaginal cones. Eur J Obstet Gynecol Reprod Biol. 1995 Oct; 62: 213-5

11508 Nataluk, E. A., Assimos, D. G., Kroovand, R. L. Collagen injections for treatment of urinary incontinence secondary to intrinsic sphincter deficiency. J Endourol. 1995 Oct; 9: 403-6

11509 Woodtli, A. Mixed incontinence: a new nursing diagnosis?. Nurs Diagn. 1995 Oct-Dec; 6: 135-42

11510 Langer, R., Tal, Z., Schneider, D., Avrech, O., Bukovsky, I., Caspi, E. Continence mechanism after colpo-needle suspension for stress urinary incontinence. J Reprod Med. 1995 Oct; 40: 699-702

11511 Neale, R. Complications of urogynaecological surgery. Curr Opin Obstet Gynecol. 1995 Oct; 7: 400-3

11512 Smith, A. R. Laparoscopic surgery for incontinence and genitourinary prolapse. Curr Opin Obstet Gynecol. 1995 Oct; 7: 397-9

11513 Appell, R. A. Injectables in the treatment of female stress incontinence. Curr Opin Obstet Gynecol. 1995 Oct; 7: 393-6

11514 Wilson, D., Herbison, P. Conservative management of incontinence. Curr Opin Obstet Gynecol. 1995 Oct; 7: 386-92

11515 Brubaker, L. Suburethral sling release. Obstet Gynecol. 1995 Oct; 86: 686-8

11516 Kondo, A., Yamada, Y., Niijima, R. Treatment of stress incontinence by vaginal cones: short- and long-term results and predictive parameters. Br J Urol. 1995 Oct; 76: 464-6

11517 Mazur, D., Wehnert, J., Dorschner, W., Schubert, G., Herfurth, G., Alken, R. G. Clinical and urodynamic effects of propiverine in patients suffering from urgency and urge incontinence. A multicentre dose-optimizing study. Scand J Urol Nephrol. 1995 Sep; 29: 289-94

11518 Weerasekera, D. S., Gunawardena, K. K. The Stamy procedure: a retrospective analysis of clinical outcome in stress incontinence. Ceylon Med J. 1995 Sep; 40: 101-2

11519 Sugerman, H. J., Felton, W. L., 3rd, Salvant, J. B., Jr, Sismanis, A., Kellum, J. M. Effects of surgically induced weight loss on idiopathic intracranial hypertension in morbid obesity. Neurology. 1995 Sep; 45: 1655-9

11520 Haeusler, G., Hanzal, E., Joura, E., Sam, C., Koelbl, H. Differential diagnosis of detrusor instability and stress-incontinence by patient history: the Gaudenz-Incontinence-Questionnaire revisited. Acta Obstet Gynecol Scand. 1995 Sep; 74: 635-7

11521 Richardson, T. D., Kennelly, M. J., Faerber, G. J. Endoscopic injection of glutaraldehyde cross-linked collagen for the treatment of intrinsic sphincter deficiency in women. Urology. 1995 Sep; 46: 378-81

11522 Miklos, J. R., Sze, E. H., Karram, M. M. A critical appraisal of the methods of measuring leak-point pressures in women with stress incontinence. Obstet Gynecol. 1995 Sep; 86: 349-52

11523 Das, S., Palmer, J. K. Laparoscopic colpo-suspension. J Urol. 1995 Sep; 154: 1119-21

11524 Morgan, J. E., Heritz, D. M., Stewart, F. E., Connolly, J. C., Farrow, G. A. The polypropylene pubovaginal sling for the treatment of recurrent stress urinary incontinence. J Urol. 1995 Sep; 154: 1013-4; discussion 1015-6

11525 Sauer, H. A., Klutke, C. G. Transvaginal sacrospinous ligament fixation for treatment of vaginal prolapse. J Urol. 1995 Sep; 154: 1008-12

11526 Alcalay, M., Monga, A., Stanton, S. L. Burch colposuspension: a 10-20 year follow up. Br J Obstet Gynaecol. 1995 Sep; 102: 740-5

11527 Schurmans, J. R., Weerman, P. C., Bosch, J. L., van der Leij, E. M., Schroder, F. H. Quality of life assessment in heterotopic and orthotopic neobladder reconstruction: a comparison. Acta Urol Belg. 1995 Sep; 63: 55-8

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

11528    van Gool, J. D. Dysfunctional voiding: a complex of bladder/sphincter dysfunction, urinary tract infections and vesicoureteral reflux. Acta Urol Belg. 1995 Sep; 63: 27-33

11529    Henley, C. The Henley staple-suture technique for laparoscopic Burch colposuspension. J Am Assoc Gynecol Laparosc. 1995 Aug; 2: 441-4

11530    Su, T. H., Yang, J. M., Chen, C. P., Wei, H. J., Hwu, Y. M., Yang, Y. C. Mini-catheter used for bladder drainage following stress-incontinence surgery and the factors relating to drainage failure. J Obstet Gynaecol. 1995 Aug; 21: 319-24

11531    Neuman, M., Lavie, O., Gdansky, E., Diamant, Y. Z., Beller, U. Early uterine prolapse following colponeedle suspension. Aust N Z J Obstet Gynaecol. 1995 Aug; 35: 339-40

11532    Monga, A. K., Robinson, D., Stanton, S. L. Periurethral collagen injections for genuine stress incontinence: a 2-year follow-up. Br J Urol. 1995 Aug; 76: 156-60

11533    Kennedy, K. L., Steidle, C. P., Letizia, T. M. Urinary incontinence: the basics. Ostomy Wound Manage. 1995 Aug; 41: 16-8, 20, 22 passim; quiz 33-4

11534    Bump, R. C., Elser, D. M., Theofrastous, J. P., McClish, D. K. Valsalva leak point pressures in women with genuine stress incontinence: reproducibility, effect of catheter caliber, and correlations with other measures of urethral resistance. Continence Program for Women Research Group. Am J Obstet Gynecol. 1995 Aug; 173: 551-7

11535    Theofrastous, J. P., Bump, R. C., Elser, D. M., Wyman, J. F., McClish, D. K. Correlation of urodynamic measures of urethral resistance with clinical measures of incontinence severity in women with pure genuine stress incontinence. The Continence Program for Women Research Group. Am J Obstet Gynecol. 1995 Aug; 173: 407-12; discussion 412-4

11536    McGuire, E. J., O'Connell, H. E. Surgical treatment of intrinsic urethral dysfunction. Slings. Urol Clin North Am. 1995 Aug; 22: 657-64

11537    Stothers, L., Chopra, A., Raz, S. Vaginal reconstructive surgery for female incontinence and anterior vaginal-wall prolapse. Urol Clin North Am. 1995 Aug; 22: 641-55

11538    Klutke, J. J., Bergman, A. Hormonal influence on the urinary tract. Urol Clin North Am. 1995 Aug; 22: 629-39

11539    Bourcier, A. P., Juras, J. C. Nonsurgical therapy for stress incontinence. Urol Clin North Am. 1995 Aug; 22: 613-27

11540    Mostwin, J. L., Yang, A., Sanders, R., Genadry, R. Radiography, sonography, and magnetic resonance imaging for stress incontinence. Contributions, uses, and limitations. Urol Clin North Am. 1995 Aug; 22: 539-49

11541    Handa, V. L., Jensen, J. K., Ostergard, D. R. The effect of patient position on proximal urethral mobility. Obstet Gynecol. 1995 Aug; 86: 273-6

11542    Wattiez, A., Boughizane, S., Alexandre, F., Canis, M., Mage, G., Pouly, J. L., Bruhat, M. A. Laparoscopic procedures for stress incontinence and prolapse. Curr Opin Obstet Gynecol. 1995 Aug; 7: 317-21

11543    Resnick, N. M. Urinary incontinence. Lancet. 1995 Jul 8; 346: 94-9

11544    Kiilholma, P., Haarala, M., Polvi, H., Makinen, J., Chancellor, M. B. Sutureless endoscopic colposuspension with fibrin sealant. Tech Urol. 1995 Summer; 1: 81-3

11545    Narepalem, N., Kreder, K. J., Winfield, H. N. Laparoscopic urethral sling for the treatment of intrinsic urethral weakness (type III stress urinary incontinence). Tech Urol. 1995 Summer; 1: 102-5

11546    Weinberger, M. W., Ostergard, D. R. Long-term clinical and urodynamic evaluation of the polytetrafluoroethylene suburethral sling for treatment of genuine stress incontinence. Obstet Gynecol. 1995 Jul; 86: 92-6

11547    Swift, S. E., Ostergard, D. R. Evaluation of current urodynamic testing methods in the diagnosis of genuine stress incontinence. Obstet Gynecol. 1995 Jul; 86: 85-91

11548    Lepor, H., Theune, C. Randomized double-blind study comparing the efficacy of terazosin versus placebo in women with prostatism-like symptoms. J Urol. 1995 Jul; 154: 116-8

**American Urological Association, Inc.**

SUI Guidelines Panel

11549   Petros, P. E., Ulmsten, U. Urethral and bladder neck closure mechanisms. Am J Obstet Gynecol. 1995 Jul; 173: 346-8

11550   Woodtli, A. Stress incontinence: clinical identification and validation of defining characteristics. Nurs Diagn. 1995 Jul-Sep; 6: 115-22

11551   Woo, H. H., Rosario, D. J., Chapple, C. R. Stone formation on permanent suture material used previously in colposuspension. Br J Urol. 1995 Jul; 76: 139-40

11552   Sand, P. K., Richardson, D. A., Staskin, D. R., Swift, S. E., Appell, R. A., Whitmore, K. E., Ostergard, D. R. Pelvic floor electrical stimulation in the treatment of genuine stress incontinence: a multicenter, placebo-controlled trial. Am J Obstet Gynecol. 1995 Jul; 173: 72-9

11553   Bergman, A., Elia, G. Three surgical procedures for genuine stress incontinence: five-year follow-up of a prospective randomized study. Am J Obstet Gynecol. 1995 Jul; 173: 66-71

11554   Song, J. T., Rozanski, T. A., Belville, W. D. Stress leak point pressure: a simple and reproducible method utilizing a fiberoptic microtransducer. Urology. 1995 Jul; 46: 81-4

11555   Ostergard, D. R. Urogynecology and pelvic reconstructive surgery: office preoperative evaluation of the incontinent female. Int J Gynaecol Obstet. 1995 Jul; 49 Suppl: S43-7

11556   Elia, G., Bergman, A. Genuine stress urinary incontinence with low urethral pressure. Five- year follow-up after the Ball-Burch procedure. J Reprod Med. 1995 Jul; 40: 503-6

11557   Peters, W. A., 3rd, Christenson, M. L. Fixation of the vaginal apex to the coccygeus fascia during repair of vaginal vault eversion with enterocele. Am J Obstet Gynecol. 1995 Jun; 172: 1894-900; discussion 1900-2

11558   Huddleston, H. T., Dunnihoo, D. R., Huddleston, P. M., 3rd, Meyers, P. C., Sr Magnetic resonance imaging of defects in DeLancey's vaginal support levels I, II, and III. Am J Obstet Gynecol. 1995 Jun; 172: 1778-82; discussion 1782-4

11559   Lyons, T. L. Minimally invasive treatment of urinary stress incontinence and laparoscopically directed repair of pelvic floor defects. Clin Obstet Gynecol. 1995 Jun; 38: 380-91

11560   Leonhardt, C., Krysl, J., Arenson, A. M., Herschorn, S. Periurethral injection of collagen in the treatment of urinary stress incontinence: ultrasonographic appearance. Can Assoc Radiol J. 1995 Jun; 46: 189-93

11561   Wasserman, G. A. Correction of a vault suspension graft complication. J Am Assoc Gynecol Laparosc. 1995 May; 2: 359-61

11562   Everaert, K., Van Laecke, E., De Sy, W. A. Colpopromontoriopexy. Acta Urol Belg. 1995 May; 63: 47-50

11563   Costa, P., Mottet, N., el Sandid, M., Sahwi, A., Navratil, H. The artificial urinary sphincter AMS 800: our experience in women with or without uterine prolapse. Acta Urol Belg. 1995 May; 63: 45-6

11564   Stanton, S. L. Indications and operative treatment of stress urinary incontinence. Acta Urol Belg. 1995 May; 63: 41-3

11565   Janknegt, R. A. Minimal prerequisites to operate a stress-incontinent woman. Acta Urol Belg. 1995 May; 63: 37-8

11566   Opsomer, R. J. Female urinary incontinence: imaging by or for the urologist. Acta Urol Belg. 1995 May; 63: 31-4

11567   Rosenthal, A. J., McMurtry, C. T. Urinary incontinence in the elderly. Often simple to treat when properly evaluated. Postgrad Med. 1995 May; 97: 109-16, 121

11568   Holley, R. L., Varner, R. E., Kerns, D. J., Mestecky, P. J. Long-term failure of pelvic floor musculature exercises in treatment of genuine stress incontinence. South Med J. 1995 May; 88: 547-9

11569   Swift, S. E., Ostergard, D. R. A comparison of stress leak-point pressure and maximal urethral closure pressure in patients with genuine stress incontinence. Obstet Gynecol. 1995 May; 85: 704-8

11570   Labasky, R. F. Neurogenic bladder. J Urol. 1995 May; 153: 1467-8

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

---

**11571** Susset, J., Galea, G., Manbeck, K., Susset, A. A predictive score index for the outcome of associated biofeedback and vaginal electrical stimulation in the treatment of female incontinence. J Urol. 1995 May; 153: 1461-6

**11572** Gilja, I., Sarac, S., Radej, M. A modified Raz bladder neck suspension operation (transvaginal Burch). J Urol. 1995 May; 153: 1455-7

**11573** Gallagher, P. V., Mellon, J. K., Ramsden, P. D., Neal, D. E. Tanagho bladder neck reconstruction in the treatment of adult incontinence. J Urol. 1995 May; 153: 1451-4

**11574** Sartori, M. G., Baracat, E. C., Girao, M. J., Goncalves, W. J., Sartori, J. P., de Lima, G. R. Menopausal genuine stress urinary incontinence treated with conjugated estrogens plus progestogens. Int J Gynaecol Obstet. 1995 May; 49: 165-9

**11575** Kisack, G. Stress incontinence in women with asthma. N Z Med J. 1995 Apr 26; 108: 156

**11576** Teichman, J. M. Laparoscopic Burch colposuspension. Tech Urol. 1995 Spring; 1: 19-24

**11577** O'Sullivan, D. C., Chilton, C. P., Munson, K. W. Should Stamey colposuspension be our primary surgery for stress incontinence?. Br J Urol. 1995 Apr; 75: 457-60

**11578** Ames, D., Hastie, I. R. Urinary incontinence. Postgrad Med J. 1995 Apr; 71: 195-7

**11579** Polascik, T. J., Moore, R. G., Rosenberg, M. T., Kavoussi, L. R. Comparison of laparoscopic and open retropubic urethropexy for treatment of stress urinary incontinence. Urology. 1995 Apr; 45: 647-52

**11580** McDougall, E. M., Klutke, C. G., Cornell, T. Comparison of transvaginal versus laparoscopic bladder neck suspension for stress urinary incontinence. Urology. 1995 Apr; 45: 641-6

**11581** Ulmsten, U. On urogenital ageing. Maturitas. 1995 Apr; 21: 163-9

**11582** McGuire, E. J. Diagnosis and treatment of intrinsic sphincter deficiency. Int J Urol. 1995 Apr; 2 Suppl 1: 7-10; discussion 16-8

**11583** Stricker, P. D. Proper patient selection for Contigen Bard Collagen implant. Int J Urol. 1995 Apr; 2 Suppl 1: 2-6; discussion 16-8

**11584** Yokoyama, E. Contigen Bard Collagen implant: the Japanese experience. Int J Urol. 1995 Apr; 2 Suppl 1: 11-5; discussion 16-8

**11585** Liem, N. T., Hau, B. D., Thu, N. X. The long-term follow-up result of Swenson's operation in the treatment of Hirschsprung's disease in Vietnamese children. Eur J Pediatr Surg. 1995 Apr; 5: 110-2

**11586** Carter, J. E. Laparoscopic bladder neck suspension. Endosc Surg Allied Technol. 1995 Apr-Jun; 3: 81-7

**11587** Wallwiener, D., Grischke, E. M., Rimbach, S., Maleika, A., Bastert, G. Endoscopic retropubic colposuspension: 'Retziusscopy' versus laparoscopy--a reasonable enlargement of the operative spectrum in the management of recurrent stress incontinence?. Endosc Surg Allied Technol. 1995 Apr-Jun; 3: 115-8

**11588** Unsworth, J. Stress incontinence: treatment using pelvic floor re-education. Br J Nurs. 1995 Mar 23-Apr 12; 4: 323-4, 326-7

**11589** Frazer, M. I. Ambulatory surgery for urinary stress incontinence and vaginal prolapse. Med J Aust. 1995 Mar 6; 162: 279

**11590** Sandvik, H., Hunskaar, S., Vanvik, A., Bratt, H., Seim, A., Hermstad, R. Diagnostic classification of female urinary incontinence: an epidemiological survey corrected for validity. J Clin Epidemiol. 1995 Mar; 48: 339-43

**11591** Erickson, D. R. Glomerulations in women with urethral sphincter deficiency: report of 2 cases. J Urol. 1995 Mar; 153: 728-9

**11592** Stein, M., Discippio, W., Davia, M., Taub, H. Biofeedback for the treatment of stress and urge incontinence. J Urol. 1995 Mar; 153: 641-3

**11593** Cardozo, L. D., Kelleher, C. J. Sex hormones, the menopause and urinary problems. Gynecol Endocrinol. 1995 Mar; 9: 75-84

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Procite Number

---

11594    Bernier, F., Harris, L. Treating stress incontinence with the bladder neck support prosthesis. Urol Nurs. 1995 Mar; 15: 5-9

11595    Hoffman, M. S., Arango, H. Transvestibular retropubic bladder neck suspension. A pilot study. J Reprod Med. 1995 Mar; 40: 181-4

11596    Moore, K. N., Chetner, M. P., Metcalfe, J. B., Griffiths, D. J. Periurethral implantation of glutaraldehyde cross-linked collagen (Contigen) in women with type I or III stress incontinence: quantitative outcome measures. Br J Urol. 1995 Mar; 75: 359-63

11597    Ulmsten, U., Petros, P. Intravaginal slingplasty (IVS): an ambulatory surgical procedure for treatment of female urinary incontinence. Scand J Urol Nephrol. 1995 Mar; 29: 75-82

11598    Weinberger, M. W. Conservative treatment of urinary incontinence. Clin Obstet Gynecol. 1995 Mar; 38: 175-88

11599    Brenner, B. Is the Stamey colposuspension feasible as a day stay procedure?. N Z Med J. 1995 Feb 8; 108: 43

11600    Lyons, T. L., Winer, W. K. Clinical outcomes with laparoscopic approaches and open Burch procedures for urinary stress incontinence. J Am Assoc Gynecol Laparosc. 1995 Feb; 2: 193-8

11601    Bo, K. Vaginal weight cones. Theoretical framework, effect on pelvic floor muscle strength and female stress urinary incontinence. Acta Obstet Gynecol Scand. 1995 Feb; 74: 87-92

11602    Langebrekke, A., Dahlstrom, B., Eraker, R., Urnes, A. The laparoscopic Burch procedure. A preliminary report. Acta Obstet Gynecol Scand. 1995 Feb; 74: 153-5

11603    Bo, K. Adherence to pelvic floor muscle exercise and long-term effect on stress urinary incontinence. A five-year follow-up study. Scand J Med Sci Sports. 1995 Feb; 5: 36-9

11604    Barrington, J. W., Roberts, A. Burch colposuspension facilitated by means of the Ferguson speculum. Br J Urol. 1995 Feb; 75: 242-3

11605    Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Perineal ultrasound for evaluating the bladder neck in urinary stress incontinence. Obstet Gynecol. 1995 Feb; 85: 220-4

11606    Brieger, G., Ditton, J., Korda, A. Insertion of a permanent electrode for intractable detrusor instability. Aust N Z J Obstet Gynaecol. 1995 Feb; 35: 107-8

11607    Chin, Y. K., Stanton, S. L. A follow up of silastic sling for genuine stress incontinence. Br J Obstet Gynaecol. 1995 Feb; 102: 143-7

11608    Thorpe, A. C., Roberts, J. P., Williams, N. S., Blandy, J. P., Badenoch, D. F. Pelvic floor physiology in women with faecal incontinence and urinary symptoms. Br J Surg. 1995 Feb; 82: 173-6

11609    Lam, A. M., Jenkins, G. J., Hyslop, R. S. Laparoscopic Burch colposuspension for stress incontinence: preliminary results. Med J Aust. 1995 Jan 2; 162: 18-21

11610    Cisternino, A., Passerini-Glazel, G. Bladder dysfunction in children. Scand J Urol Nephrol Suppl. 1995; 173: 25-8; discussion 29

11611    Partain-DeLisle, N. The use of laparoscopic surgery in the treatment of urinary stress incontinence. Minim Invasive Surg Nurs. 1995 Fall; 9: 118-22

11612    Mikkelsen, A. L., Felding, C., Clausen, H. V. Clinical effects of preoperative oestradiol treatment before vaginal repair operation. A double-blind, randomized trial. Gynecol Obstet Invest. 1995; 40: 125-8

11613    Genadry, R. R. Evaluation and conservative management of women with stress urinary incontinence. Md Med J. 1995 Jan; 44: 31-5

11614    Knapp, T. R., Nickel, J. T. Re: 'Factors associated with risk of stress urinary incontinence in women'. Nurs Res. 1995 Jan-Feb; 44: 58

11615    Hol, M., van Bolhuis, C., Vierhout, M. E. Vaginal ultrasound studies of bladder neck mobility. Br J Obstet Gynaecol. 1995 Jan; 102: 47-53

---

# Appendix A6. Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

---

**11616** Cammu, H., Van Nylen, M. Pelvic floor muscle exercises: 5 years later. Urology. 1995 Jan; 45: 113-7; discussion 118

**11617** Chinegwundoh, F. I., Nayeem, N. Outcome of Burch colposuspension in a district general hospital. Br J Clin Pract. 1995 Jan-Feb; 49: 41-2

**11618** Whiting, M. A., Smith, N. I., Agar, J. W. Vaginal peritoneal dialysate leakage per fallopian tubes. Perit Dial Int. 1995; 15: 85

**11619** Fedorkow, D. M., Sand, P. K., Retzky, S. S., Johnson, D. C. The cotton swab test. Receiver-operating characteristic curves. J Reprod Med. 1995 Jan; 40: 42-6

**11620** Rayome, R. G., King, C., King, T. Patient with nocturnal enuresis and stress incontinence after previous hysterectomy and radiation therapy for cervical cancer. J Wound Ostomy Continence Nurs. 1995 Jan; 22: 64-7

**11621** Canning, D. A., Seibold, J., Saito, M., Zderic, S. A., Snyder, H. M., Duckett, J. W., Levin, R. M. Use of injectable fat to obstruct the urethra in rabbits. Neurourol Urodyn. 1995; 14: 259-67

**11622** Ho, Y. H., Goh, H. S. The neurophysiological significance of perineal descent. Int J Colorectal Dis. 1995; 10: 107-11

**11623** Athanassopoulos, A., Perimenis, P., Markou, S., Melekos, M., Barbalias, G. Prognostic factors for the operative correction of stress urinary incontinence. Int Urol Nephrol. 1995; 27: 43-9

**11624** Demirci, F., Kuyumcuoglu, U., Kekovali, M., Ergenekon, E., Eren, S., Uludogan, M., Sofuoglu, K. Perineal ultrasonography in postoperative assessment of two different surgical procedures for stress urinary incontinence. Int Urol Nephrol. 1995; 27: 279-87

**11625** Falconer, C., Larsson, B. New and simplified vaginal approach for correction of urinary stress incontinence in women. Neurourol Urodyn. 1995; 14: 365-70

**11626** Petros, P. E., Ulmsten, U. Urethral pressure increase on effort originates from within the urethra, and continence from musculovaginal closure. Neurourol Urodyn. 1995; 14: 337-46; discussion 346-50

**11627** Bo, K., Stien, R., Kulseng-Hanssen, S., Kristofferson, M. Clinical and urodynamic assessment of nulliparous young women with and without stress incontinence symptoms: a case-control study. Obstet Gynecol. 1994 Dec; 84: 1028-32

**11628** Nanninga, J. B. Some aspects of striated urethral sphincter structure and function. J Urol. 1994 Dec; 152: 2321-3

**11629** Benderev, T. V. A modified percutaneous outpatient bladder neck suspension system. J Urol. 1994 Dec; 152: 2316-20

**11630** Liu, C. Y. Laparoscopic treatment for genuine urinary stress incontinence. Baillieres Clin Obstet Gynaecol. 1994 Dec; 8: 789-98

**11631** Moore, K. N. Electrical stimulation for the treatment of urinary incontinence: do we know enough to accept it as part of our practice?. J Adv Nurs. 1994 Dec; 20: 1018-22

**11632** Querleu, D., Debodinance, P., Crepin, G. Adverse tissue reaction after surgical management of stress incontinence with expanded polytetrafluoroethylene. Am J Obstet Gynecol. 1994 Dec; 171: 1674

**11633** Colombo, M., Scalambrino, S., Maggioni, A., Milani, R. Burch colposuspension versus modified Marshall-Marchetti-Krantz urethropexy for primary genuine stress urinary incontinence: a prospective, randomized clinical trial. Am J Obstet Gynecol. 1994 Dec; 171: 1573-9

**11634** Wall, L. L., Wiskind, A. K., Taylor, P. A. Simple bladder filling with a cough stress test compared with subtracted cystometry for the diagnosis of urinary incontinence. Am J Obstet Gynecol. 1994 Dec; 171: 1472-7; discussion 1477-9

**11635** Peacock, L. M., Wiskind, A. K., Wall, L. L. Clinical features of urinary incontinence and urogenital prolapse in a black inner-city population. Am J Obstet Gynecol. 1994 Dec; 171: 1464-9; discussion 1469-71

**11636** Byck, D. B., Varner, R. E., Clough, C. Urinary complaints after modified Burch urethropexy: an analysis. Am J Obstet Gynecol. 1994 Dec; 171: 1460-2; discussion 1462-4

# Appendix A6: Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

---

**11637**  Sultana, C. J., Walters, M. D. Estrogen and urinary incontinence in women. Maturitas. 1994 Dec; 20: 129-38

**11638**  Stanley, K. E., Kreder, K. J., Winfield, H. N., Cohen, M. B. Laparoscopic approaches to the treatment of intrinsic urethral weakness (type III stress urinary incontinence). J Endourol. 1994 Dec; 8: 439-43

**11639**  Swash, M. The pelvic floor and incontinence. Lancet. 1994 Nov 5; 344: 1301

**11640**  Gunn, G. C., Cooper, R. P., Gordon, N. S., Gagnon, L. Use of a new device for endoscopic suturing in the laparoscopic Burch procedure. J Am Assoc Gynecol Laparosc. 1994 Nov; 2: 65-70

**11641**  Norton, P. A., Baker, J. E. Postural changes can reduce leakage in women with stress urinary incontinence. Obstet Gynecol. 1994 Nov; 84: 770-4

**11642**  Raz, S. Fistulas, diverticula and incontinence. J Urol. 1994 Nov; 152: 1458-9

**11643**  Korman, H. J., Sirls, L. T., Kirkemo, A. K. Success rate of modified Pereyra bladder neck suspension determined by outcomes analysis. J Urol. 1994 Nov; 152: 1453-7

**11644**  Ganabathi, K., Leach, G. E., Zimmern, P. E., Dmochowski, R. Experience with the management of urethral diverticulum in 63 women. J Urol. 1994 Nov; 152: 1445-52

**11645**  Falconer, C., Ekman, G., Malmstrom, A., Ulmsten, U. Decreased collagen synthesis in stress-incontinent women. Obstet Gynecol. 1994 Oct; 84: 583-6

**11646**  Papa Petros, P. E. Tissue reaction to implanted foreign materials for cure of stress incontinence. Am J Obstet Gynecol. 1994 Oct; 171: 1159

**11647**  Shumaker, S. A., Wyman, J. F., Uebersax, J. S., McClish, D., Fantl, J. A. Health-related quality of life measures for women with urinary incontinence: the Incontinence Impact Questionnaire and the Urogenital Distress Inventory. Continence Program in Women (CPW) Research Group. Qual Life Res. 1994 Oct; 3: 291-306

**11648**  Virtanen, H. S., Makinen, J. I. Vesicocervical fistula--a rare cause of urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1994 Oct; 57: 54-5

**11649**  Ramoso-Jalbuena, J. Climacteric Filipino women: a preliminary survey in the Philippines. Maturitas. 1994 Oct; 19: 183-90

**11650**  Boulet, M. J., Oddens, B. J., Lehert, P., Vemer, H. M., Visser, A. Climacteric and menopause in seven South-east Asian countries. Maturitas. 1994 Oct; 19: 157-76

**11651**  Lara, C., Nacey, J. Ethnic differences between Maori, Pacific Island and European New Zealand women in prevalence and attitudes to urinary incontinence. N Z Med J. 1994 Sep 28; 107: 374-6

**11652**  Feyereisl, J., Dreher, E., Haenggi, W., Zikmund, J., Schneider, H. Long-term results after Burch colposuspension. Am J Obstet Gynecol. 1994 Sep; 171: 647-52

**11653**  Monga, M., Ghoniem, G. M. Ilioinguinal nerve entrapment following needle bladder suspension procedures. Urology. 1994 Sep; 44: 447-50

**11654**  Wall, L. L., Hewitt, J. K. Urodynamic characteristics of women with complete posthysterectomy vaginal vault prolapse. Urology. 1994 Sep; 44: 336-41; discussion 341-2

**11655**  Ghoniem, G. M., Walters, F., Lewis, V. The value of the vaginal pack test in large cystoceles. J Urol. 1994 Sep; 152: 931-4

**11656**  Berglund, A. L., Eisemann, M., Lalos, O. Personality characteristics of stress incontinent women: a pilot study. J Psychosom Obstet Gynaecol. 1994 Sep; 15: 165-70

**11657**  Kirschner-Hermanns, R., Klein, H. M., Muller, U., Schafer, W., Jakse, G. Intra-urethral ultrasound in women with stress incontinence. Br J Urol. 1994 Sep; 74: 315-8

**11658**  Kjolhede, P., Ryden, G. Prognostic factors and long-term results of the Burch colposuspension. A retrospective study. Acta Obstet Gynecol Scand. 1994 Sep; 73: 642-7

**11659**  Skoner, M. M., Thompson, W. D., Caron, V. A. Factors associated with risk of stress urinary incontinence in women. Nurs Res. 1994 Sep-Oct; 43: 301-6

---

# American Urological Association, Inc.

## SUI Guidelines Panel

**11660** Thind, P., Lose, G. The effect of bilateral pudendal blockade on the adjunctive urethral closure forces in healthy females. Scand J Urol Nephrol. 1994 Sep; 28: 249-55

**11661** Nezhat, C. H., Nezhat, F., Nezhat, C. R., Rottenberg, H. Laparoscopic retropubic cystourethropexy. J Am Assoc Gynecol Laparosc. 1994 Aug; 1: 339-49

**11662** Murphy, K. P., Kliever, E. M., Moore, M. J. The voiding alert system: a new application in the treatment of incontinence. Arch Phys Med Rehabil. 1994 Aug; 75: 924-7

**11663** Horbach, N. S., Ostergard, D. R. Predicting intrinsic urethral sphincter dysfunction in women with stress urinary incontinence. Obstet Gynecol. 1994 Aug; 84: 188-92

**11664** Nygaard, I. E., Thompson, F. L., Svengalis, S. L., Albright, J. P. Urinary incontinence in elite nulliparous athletes. Obstet Gynecol. 1994 Aug; 84: 183-7

**11665** Kelvin, F. M., Maglinte, D. D., Benson, J. T., Brubaker, L. P., Smith, C. Dynamic cystoproctography: a technique for assessing disorders of the pelvic floor in women. AJR Am J Roentgenol. 1994 Aug; 163: 368-70

**11666** Ordorica, R. C. Surgical repair of stress urinary incontinence. R I Med. 1994 Aug; 77: 275-7

**11667** Ordorica, R., Stein, B. Incontinence: defining the problem. R I Med. 1994 Aug; 77: 262-3

**11668** Brown, J. B., Copas, P. R., McDonald, T. W. Urodynamic studies before and after radical hysterectomy. J Tenn Med Assoc. 1994 Aug; 87: 332-4

**11669** German, K. A., Kynaston, H., Weight, S., Stephenson, T. P. A prospective randomized trial comparing a modified needle suspension procedure with the vagina/obturator shelf procedure for genuine stress incontinence. Br J Urol. 1994 Aug; 74: 188-90

**11670** Haadem, K. The effects of parturition on female pelvic floor anatomy and function. Curr Opin Obstet Gynecol. 1994 Aug; 6: 326-30

**11671** Smith, A. R. Role of connective tissue and muscle in pelvic floor dysfunction. Curr Opin Obstet Gynecol. 1994 Aug; 6: 317-9

**11672** Papa Petros, P. E. Ambulatory surgery for urinary incontinence and vaginal prolapse. Med J Aust. 1994 Jul 18; 161: 171-2

**11673** Nitti, V. W., Raz, S. Obstruction following anti-incontinence procedures: diagnosis and treatment with transvaginal urethrolysis. J Urol. 1994 Jul; 152: 93-8

**11674** Foldspang, A., Mommsen, S. Adult female urinary incontinence and childhood bedwetting. J Urol. 1994 Jul; 152: 85-8

**11675** Appell, R. A. Urinary incontinence. J Urol. 1994 Jul; 152: 103-4

**11676** McFarlane, H. J. Anaesthesia and the new generation monoamine oxidase inhibitors. Anaesthesia. 1994 Jul; 49: 597-9

**11677** Davila, G. W., Ostermann, K. V. The bladder neck support prosthesis: a nonsurgical approach to stress incontinence in adult women. Am J Obstet Gynecol. 1994 Jul; 171: 206-11

**11678** DeLancey, J. O. Structural support of the urethra as it relates to stress urinary incontinence: the hammock hypothesis. Am J Obstet Gynecol. 1994 Jun; 170: 1713-20; discussion 1720-3

**11679** Summitt, R. L., Jr, Sipes, D. R., 2nd, Bent, A. E., Ostergard, D. R. Evaluation of pressure transmission ratios in women with genuine stress incontinence and low urethral pressure: a comparative study. Obstet Gynecol. 1994 Jun; 83: 984-8

**11680** Wheeler, J. S., Jr Osteomyelitis of the pubis: complication of a Stamey urethropexy. J Urol. 1994 Jun; 151: 1638-40

**11681** Abu-Heija, A. T. Long-term results of colposuspension operation for genuine stress incontinence. Asia Oceania J Obstet Gynaecol. 1994 Jun; 20: 179-81

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

**11682** Dorsey, J. H., Cundiff, G. Laparoscopic procedures for incontinence and prolapse. Curr Opin Obstet Gynecol. 1994 Jun; 6: 223-30

**11683** Hosker, G. L., Mallet, V. T. Denervation and re-innervation of the urethral sphincter in the aetiology of genuine stress incontinence and a comparison of bioelectrical and mechanical activity of the female urethra. Br J Obstet Gynaecol. 1994 Jun; 101: 559-60

**11684** Valaitis, S. R., Stanton, S. L. Sacrocolpopexy: a retrospective study of a clinician's experience. Br J Obstet Gynaecol. 1994 Jun; 101: 518-22

**11685** Wall, L. L., Helms, M., Peattie, A. B., Pearce, M., Stanton, S. L. Bladder neck mobility and the outcome of surgery for genuine stress urinary incontinence. A logistic regression analysis of lateral bead- chain cystourethrograms. J Reprod Med. 1994 Jun; 39: 429-35

**11686** Adams, C., Lorish, C., Cushing, C., Willis, E., Jackson, J., Walter, J. Anatomical urinary stress incontinence in women with rheumatoid arthritis: its frequency and coping strategies. Arthritis Care Res. 1994 Jun; 7: 97-103

**11687** Stanton, S. L. Indications and operative treatment of stress urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 1994 May 31; 55: 45-6

**11688** Lam, A. M., Hyslop, R. Laparoscopic surgery for stress incontinence. Med J Aust. 1994 May 2; 160: 590-1

**11689** Jensen, J. K., Nielsen, F. R., Jr, Ostergard, D. R. The role of patient history in the diagnosis of urinary incontinence. Obstet Gynecol. 1994 May; 83: 904-10

**11690** Beck, R. O., Betts, C. D., Fowler, C. J. Genitourinary dysfunction in multiple system atrophy: clinical features and treatment in 62 cases. J Urol. 1994 May; 151: 1336-41

**11691** Jarvis, G. J. Surgery for genuine stress incontinence. Br J Obstet Gynaecol. 1994 May; 101: 371-4

**11692** Flynn, L., Cell, P., Luisi, E. Effectiveness of pelvic muscle exercises in reducing urge incontinence among community residing elders. J Gerontol Nurs. 1994 May; 20: 23-7

**11693** Watson, R. Continence. Anxious moments. Nurs Times. 1994 Apr 13-19; 90: 82

**11694** Haggar, V. Continence. Cultural challenge. Nurs Times. 1994 Apr 13-19; 90: 71-2

**11695** Whittington, R., Faulds, D. Hormone replacement therapy: I. A pharmacoeconomic appraisal of its therapeutic use in menopausal symptoms and urogenital estrogen deficiency. Pharmacoeconomics. 1994 May; 5: 419-45

**11696** Pidutti, R. W., George, S. W., Morales, A. Correction of recurrent stress urinary incontinence by needle urethropexy with a vaginal wall sling. Br J Urol. 1994 Apr; 73: 418-22

**11697** Deindl, F. M., Vodusek, D. B., Hesse, U., Schussler, B. Pelvic floor activity patterns: comparison of nulliparous continent and parous urinary stress incontinent women. A kinesiological EMG study. Br J Urol. 1994 Apr; 73: 413-7

**11698** Harrison, G. L., Memel, D. S. Urinary incontinence in women: its prevalence and its management in a health promotion clinic. Br J Gen Pract. 1994 Apr; 44: 149-52

**11699** Mouritsen, L., Strandberg, C. Vaginal ultrasonography versus colpo-cysto-urethrography in the evaluation of female urinary incontinence. Acta Obstet Gynecol Scand. 1994 Apr; 73: 338-42

**11700** Wahle, G. R., Young, G. P., Raz, S. Vaginal surgery for stress urinary incontinence. Urology. 1994 Apr; 43: 416-9

**11701** Holschneider, C. H., Solh, S., Lebherz, T. B., Montz, F. J. The modified Pereyra procedure in recurrent stress urinary incontinence: a 15-year review. Obstet Gynecol. 1994 Apr; 83: 573-8

**11702** Rowe, S. J., Thomas, A. J., Jr, Goldfarb, D. A., Klein, E. A., Montague, D. K., Streem, S. B., Novick, A. C. Safety of transurethral surgery in the early postoperative period following an open cardiac procedure. J Urol. 1994 Apr; 151: 902-4

**11703** Turner, T. Continence. Muscle control. Nurs Times. 1994 Mar 9-15; 90: 64-9

**11704** Liapis, A. H., Kalovidoyris, A., Logis, C. D., Hassiakos, D. K., Zourlas, P. A. Transvaginal sonography in the postoperative evaluation of colposuspension. J Gynecol Surg. 1993 Fall; 9: 155-9

| | |
|---|---|
| 11705 | Santarosa, R. P., Blaivas, J. G. Periurethral injection of autologous fat for the treatment of sphincteric incontinence. J Urol. 1994 Mar; 151: 607-11 |
| 11706 | Lekan-Rutledge, D. Soft sculpture model for teaching pelvic muscle exercises. Urol Nurs. 1994 Mar; 14: 26-7 |
| 11707 | Virtanen, H., Hirvonen, T., Makinen, J., Kiilholma, P. Outcome of thirty patients who underwent repair of posthysterectomy prolapse of the vaginal vault with abdominal sacral colpopexy. J Am Coll Surg. 1994 Mar; 178: 283-7 |
| 11708 | Jones, K. R. Ambulatory bio-feedback for stress incontinence exercise regimes: a novel development of the perineometer. J Adv Nurs. 1994 Mar; 19: 509-12 |
| 11709 | Bo, K. Reproducibility of instruments designed to measure subjective evaluation of female stress urinary incontinence. Scand J Urol Nephrol. 1994 Mar; 28: 97-100 |
| 11710 | Cummings, J. M., Houston, K. The treatment of urinary incontinence. Hosp Pract (Off Ed) 1994 Feb 15; 29: 97-9, 103, 107 |
| 11711 | Spence-Jones, C., Kamm, M. A., Henry, M. M., Hudson, C. N. Bowel dysfunction: a pathogenic factor in uterovaginal prolapse and urinary stress incontinence. Br J Obstet Gynaecol. 1994 Feb; 101: 147-52 |
| 11712 | Mark, S. D., McRae, C. U., Arnold, E. P., Gowland, S. P. Clam cystoplasty for the overactive bladder: a review of 23 cases. Aust N Z J Surg. 1994 Feb; 64: 88-90 |
| 11713 | Resnick, N. M., Beckett, L. A., Branch, L. G., Scherr, P. A., Wetle, T. Short-term variability of self report of incontinence in older persons. J Am Geriatr Soc. 1994 Feb; 42: 202-7 |
| 11714 | Bump, R. C., McClish, D. M. Cigarette smoking and pure genuine stress incontinence of urine: a comparison of risk factors and determinants between smokers and nonsmokers. Am J Obstet Gynecol. 1994 Feb; 170: 579-82 |
| 11715 | Couillard, D. R., Deckard-Janatpour, K. A., Stone, A. R. The vaginal wall sling: a compressive suspension procedure for recurrent incontinence in elderly patients. Urology. 1994 Feb; 43: 203-8 |
| 11716 | Dwyer, P. L., Desmedt, E. Impaired bladder emptying in women. Aust N Z J Obstet Gynaecol. 1994 Feb; 34: 73-8 |
| 11717 | Haylen, B. T. Laparoscopic surgery for urinary incontinence. Med J Aust. 1994 Jan 3; 160: 42-3 |
| 11718 | Taylor, J. D., Tsokos, N. A retroperitoneal approach to surgery for stress incontinence using the laparoscope. Med J Aust. 1994 Jan 3; 160: 42 |
| 11719 | Seman, E., O'Shea, R. T. Laparoscopic Burch colposuspension--a new approach for stress incontinence. Med J Aust. 1994 Jan 3; 160: 42 |
| 11720 | Golomb, J., Goldwasser, B., Mashiach, S. Raz bladder neck suspension in women younger than sixty-five years compared with elderly women: three years' experience. Urology. 1994 Jan; 43: 40-3 |
| 11721 | Fantl, J. A., Cardozo, L., McClish, D. K. Estrogen therapy in the management of urinary incontinence in postmenopausal women: a meta-analysis. First report of the Hormones and Urogenital Therapy Committee. Obstet Gynecol. 1994 Jan; 83: 12-8 |
| 11722 | Wiskind, A. K., Miller, K. F., Wall, L. L. One hundred unstable bladders. Obstet Gynecol. 1994 Jan; 83: 108-12 |
| 11723 | Grunberger, W., Grunberger, V., Wierrani, F. Pelvic promontory fixation of the vaginal vault in sixty-two patients with prolapse after hysterectomy. J Am Coll Surg. 1994 Jan; 178: 69-72 |
| 11724 | Schick, E. Regarding 'Reproducibility of pressure transmission ratios in stress incontinent women'. Neurourol Urodyn. 1994; 13: 81-3 |
| 11725 | Schiotz, H. A. One month maximal electrostimulation for genuine stress incontinence in women. Neurourol Urodyn. 1994; 13: 43-50 |
| 11726 | Guner, H., Yildiz, A., Erdem, A., Erdem, M., Tiftik, Z., Yildirim, M. Surgical treatment of urinary stress incontinence by a suburethral sling procedure using a Mersilene mesh graft. Gynecol Obstet Invest. 1994; 37: 52-5 |

**Appendix A6 Bibliography sorted by Procite Number**

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

11727  Bergman, A., Elia, G., Cheung, D., Perelman, N., Nimni, M. E. Biochemical composition of collagen in continent and stress urinary incontinent women. Gynecol Obstet Invest. 1994; 37: 48-51

11728  Caffrey, R. Continence. A personal plan. Nurs Times. 1994 Jan 26-Feb 1; 90: 84-6

11729  Kiilholma, P. J., Makinen, J. I., Pitkanen, Y. A., Varpula, M. J. Perineal ultrasound: an alternative for radiography for evaluating stress urinary incontinence in females. Ann Chir Gynaecol Suppl. 1994; 208: 43-5

11730  Dorschner, W., Stolzenburg, J. U. A new theory of micturition and urinary continence based on histomorphological studies. 3. The two parts of the musculus sphincter urethrae: physiological importance for continence in rest and stress. Urol Int. 1994; 52: 185-8

11731  De Jong, P. R., Pontin, A., Pillay, G. Where is the bladder neck following needle suspension operations?. Clin Exp Obstet Gynecol. 1994; 21: 10-3

11732  Athanassopoulos, A., Melekos, M. D., Speakman, M., Perimenis, P., Markou, S., Barbalias, G. A. Stamey endoscopic vesical neck suspension in female urinary stress incontinence: results and changes in various urodynamic parameters. Int Urol Nephrol. 1994; 26: 293-9

11733  Bercovich, E., Manferrari, F., Fiore, F. A new device for self-adjustment of colposuspension. Eur Urol. 1994; 26: 189-92

11734  Ulmsten, U., Johnson, P., Petros, P. Intravaginal slingplasty. Zentralbl Gynakol. 1994; 116: 398-404

11735  Gunnarsson, M., Mattiasson, A. Circumvaginal surface electromyography in women with urinary incontinence and in healthy volunteers. Scand J Urol Nephrol Suppl. 1994; 157: 89-95

11736  Kuo, H. C., Chang, S. C., Hsu, T. Application of transrectal sonography in the diagnosis and treatment of female stress urinary incontinence. Eur Urol. 1994; 26: 77-84

11737  Porru, D., Usai, E. Standard and extramural ambulatory urodynamic investigation for the diagnosis of detrusor instability-correlated incontinence and micturition disorders. Neurourol Urodyn. 1994; 13: 237-42

11738  Mayer, R., Wells, T. J., Brink, C. A., Clark, P. Correlations between dynamic urethral profilometry and perivaginal pelvic muscle activity. Neurourol Urodyn. 1994; 13: 227-35

11739  Stanley, K. E., Winfield, H. N., Donovan, J. F. Urologic laparoscopy. Surg Annu. 1994; 26: 67-88

11740  Wedenberg, K., Ronquist, G., Waldenstrom, A., Ulmsten, U. Low energy charge and high adenosine content in smooth muscle of human bladder in comparison with striated muscle. Int J Clin Lab Res. 1994; 24: 230-2

11741  Beco, J., Leonard, D., Lambotte, R. Study of the artefacts induced by linear array transvaginal ultrasound scanning in urodynamics. World J Urol. 1994; 12: 329-32

11742  Mommsen, S., Foldspang, A. Body mass index and adult female urinary incontinence. World J Urol. 1994; 12: 319-22

11743  Erol, A., Sargin, S. Y., Dalva, I., Gunes, Z. E., Akbay, E., Yazicioglu, A. H. Endoscopic transvaginal bladder neck suspension for stress urinary incontinence. Int Urol Nephrol. 1994; 26: 513-8

11744  Kondo, A., Kapoor, R., Ohmura, M., Saito, M. Functional obstruction of the female urethra: relevance to refractory bed wetting and recurrent urinary tract infection. Neurourol Urodyn. 1994; 13: 541-6

11745  Kondo, A., Narushima, M., Yoshikawa, Y., Hayashi, H. Pelvic fascia strength in women with stress urinary incontinence in comparison with those who are continent. Neurourol Urodyn. 1994; 13: 507-13

11746  Langer, R., Schneider, D., Ariely, S., Bukovsky, I., Caspi, E. A new colpo-needle suspension for the surgical treatment of stress incontinence: a 2-year follow-up. Eur Urol. 1994; 26: 258-61

11747  Lampel, A., Fokaefs, E., Hohenfellner, M., Lazica, M., Thuroff, J. W. Free versus pedicled fascial flaps--a chronic animal study. Investig Urol (Berl). 1994; 5: 165-70

11748  Mouritsen, L., Bach, P. Ultrasonic evaluation of bladder neck position and mobility: the influence of urethral catheter, bladder volume, and body position. Neurourol Urodyn. 1994; 13: 637-46

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

11749   Hanzal, E., Joura, E. M., Haeusler, G., Koelbl, H. Influence of catheterisation on the results of sonographic urethrocystography in patients with genuine stress incontinence. Arch Gynecol Obstet. 1994; 255: 189-93

11750   Athanassopoulos, A., Melekos, M., Perimenis, P., Markou, S., Speakman, M., Barbalias, G. Evaluation of urodynamic parameters following Burch colposuspension. Urol Int. 1994; 53: 150-4

11751   Taylor, J. D., Tsokos, N. Retroperitoneal laparoscopic surgery for stress incontinence. Lancet. 1993 Dec 18-25; 342: 1564-5

11752   Boemers, T. M., van Gool, J. D., de Jong, T. P. Displacement of incontinence device into the bladder. Br J Urol. 1993 Dec; 72: 985

11753   Virtanen, H., Makinen, J., Tenho, T., Kiilholma, P., Pitkanen, Y., Hirvonen, T. Effects of abdominal hysterectomy on urinary and sexual symptoms. Br J Urol. 1993 Dec; 72: 868-72

11754   Wall, L. L. The muscles of the pelvic floor. Clin Obstet Gynecol. 1993 Dec; 36: 910-25

11755   Klutke, C. G., Moore, S., Shea, L., Lindquist, S., Davis, K. A., Craven, C. L. Stress urinary incontinence in women: surgical treatment. Urol Nurs. 1993 Dec; 13: 116-9

11756   Viktrup, L., Lose, G. Epidural anesthesia during labor and stress incontinence after delivery. Obstet Gynecol. 1993 Dec; 82: 984-6

11757   Ou, C. S., Presthus, J., Beadle, E. Laparoscopic bladder neck suspension using hernia mesh and surgical staples. J Laparoendosc Surg. 1993 Dec; 3: 563-6

11758   Bortel, D. T. Candida osteomyelitis pubis following a Marshall-Marchetti procedure. Orthopedics. 1993 Dec; 16: 1353-5

11759   Chalmers, C. Continence. A psychological approach. Nurs Times. 1993 Nov 24-30; 89: 68-74

11760   Liu, C. Y., Paek, W. Laparoscopic retropubic colposuspension (Burch procedure). J Am Assoc Gynecol Laparosc. 1993 Nov; 1: 31-5

11761   McGuire, E. J., Fitzpatrick, C. C., Wan, J., Bloom, D., Sanvordenker, J., Ritchey, M., Gormley, E. A. Clinical assessment of urethral sphincter function. J Urol. 1993 Nov; 150: 1452-4

11762   Foster, H. E., McGuire, E. J. Management of urethral obstruction with transvaginal urethrolysis. J Urol. 1993 Nov; 150: 1448-51

11763   Kadakia, S. C. Urinary incontinence associated with dysphagia. Gastrointest Endosc. 1993 Nov-Dec; 39: 860-1

11764   Kirschner-Hermanns, R., Wein, B., Niehaus, S., Schaefer, W., Jakse, G. The contribution of magnetic resonance imaging of the pelvic floor to the understanding of urinary incontinence. Br J Urol. 1993 Nov; 72: 715-8

11765   Iliev, V. N., Jelovsek, F. R. Urodynamics in female incontinence: basic testing. J Tenn Med Assoc. 1993 Nov; 86: 487-90

11766   Petros, P. E., Ulmsten, U. Tests for 'detrusor instability' in women. These mainly measure the urethral resistance created by pelvic floor contraction acting against a premature activation of the micturition reflex. Acta Obstet Gynecol Scand. 1993 Nov; 72: 661-7

11767   Fonda, D., Brimage, P. J., D'Astoli, M. Simple screening for urinary incontinence in the elderly: comparison of simple and multichannel cystometry. Urology. 1993 Nov; 42: 536-40

11768   Bagi, P., Thind, P., Colstrup, H. In vivo evaluation of visco-elasticity in a biological tube. Part 1. Stress relaxation in the female urethra studied by cross-sectional area and pressure measurements. Med Biol Eng Comput. 1993 Nov; 31: 576-9

11769   Vierhout, M. E., Gianotten, W. L. Mechanisms of urine loss during sexual activity. Eur J Obstet Gynecol Reprod Biol. 1993 Nov; 52: 45-7

11770   Debodinance, P., Querleu, D. Comparison of the Bologna and Ingelman-Sundberg procedures for stress incontinence associated with genital prolapse: prospective randomized study. Eur J Obstet Gynecol Reprod Biol. 1993 Nov; 52: 35-40

---

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

**11771**  Richmond, D. The incontinent woman: 1. Br J Hosp Med. 1993 Oct 6-19; 50: 418-23

**11772**  Richmond, D. The incontinent woman: 2. Br J Hosp Med. 1993 Oct 20-Nov 2; 50: 490-2

**11773**  Ekstrom, J., Iosif, C. S., Malmberg, L. Effects of long-term treatment with estrogen and progesterone on in vitro muscle responses of the female rabbit urinary bladder and urethra to autonomic drugs and nerve stimulation. J Urol. 1993 Oct; 150: 1284-8

**11774**  Sexton, D. J., Heskestad, L., Lambeth, W. R., McCallum, R., Levin, L. S., Corey, G. R. Postoperative pubic osteomyelitis misdiagnosed as osteitis pubis: report of four cases and review. Clin Infect Dis. 1993 Oct; 17: 695-700

**11775**  McIntosh, L. J., Mallett, V. T., Richardson, D. A. Complications from permanent suture in surgery for stress urinary incontinence. A report of two cases. J Reprod Med. 1993 Oct; 38: 823-5

**11776**  Karram, M. M., Rosenzweig, B. A., Bhatia, N. N. Artificial urinary sphincter for recurrent/severe stress incontinence in women. Urogynecologic perspective. J Reprod Med. 1993 Oct; 38: 791-4

**11777**  Srinivasan, V., Blackford, H. N. Genuine stress incontinence induced by prazosin. Br J Urol. 1993 Oct; 72: 510

**11778**  Nielsen, K. K., Walter, S., Maegaard, E., Kromann-Andersen, B. The urethral plug II: an alternative treatment in women with genuine urinary stress incontinence. Br J Urol. 1993 Oct; 72: 428-32

**11779**  Hahn, I., Milsom, I., Fall, M., Ekelund, P. Long-term results of pelvic floor training in female stress urinary incontinence. Br J Urol. 1993 Oct; 72: 421-7

**11780**  O'Dowd, T. C. Management of urinary incontinence in women. Br J Gen Pract. 1993 Oct; 43: 426-9

**11781**  Ceresoli, A., Zanetti, G., Seveso, M., Bustros, J., Montanari, E., Guarneri, A., Tzoumas, S. Perineal biofeedback versus pelvic floor training in the treatment of urinary incontinence. Arch Ital Urol Androl. 1993 Oct; 65: 559-60

**11782**  Raboy, A., Hakim, L. S., Ferzli, G., Antario, J. M., Albert, P. S. Extraperitoneal endoscopic vesicourethral suspension. J Laparoendosc Surg. 1993 Oct; 3: 505-8

**11783**  Fitzpatrick, C., Swierzewski, S. J., 3rd, McGuire, E. J. Periurethral collagen for urinary incontinence after gender reassignment surgery. Urology. 1993 Oct; 42: 458-60

**11784**  Wyman, J. F., Elswick, R. K., Jr, Ory, M. G., Wilson, M. S., Fantl, J. A. Influence of functional, urological, and environmental characteristics on urinary incontinence in community-dwelling older women. Nurs Res. 1993 Sep-Oct; 42: 270-5

**11785**  Lopez, A. E., Padron, O. F., Patsias, G., Politano, V. A. Transurethral polytetrafluoroethylene injection in female patients with urinary continence. J Urol. 1993 Sep; 150: 856-8

**11786**  Dougherty, M., Bishop, K., Mooney, R., Gimotty, P., Williams, B. Graded pelvic muscle exercise. Effect on stress urinary incontinence. J Reprod Med. 1993 Sep; 38: 684-91

**11787**  Caputo, R. M., Benson, J. T., McClellan, E. Intravaginal maximal electrical stimulation in the treatment of urinary incontinence. J Reprod Med. 1993 Sep; 38: 667-71

**11788**  McIntosh, L. J., Frahm, J. D., Mallett, V. T., Richardson, D. A. Pelvic floor rehabilitation in the treatment of incontinence. J Reprod Med. 1993 Sep; 38: 662-6

**11789**  Urogynecology. Curr Opin Obstet Gynecol. 1993 Aug; 5: 535-8

**11790**  Elser, D. M., Fantl, J. A. Pelvic relaxation of the anterior compartment. Curr Opin Obstet Gynecol. 1993 Aug; 5: 446-51

**11791**  Wall, L. L. Medical management of pelvic relaxation. Curr Opin Obstet Gynecol. 1993 Aug; 5: 440-5

**11792**  Barnick, C. G., Cardozo, L. D. A comparison of bioelectrical and mechanical activity of the female urethra. Br J Obstet Gynaecol. 1993 Aug; 100: 754-7

**11793**  Barnick, C. G., Cardozo, L. D. Denervation and re-innervation of the urethral sphincter in the aetiology of genuine stress incontinence: an electromyographic study. Br J Obstet Gynaecol. 1993 Aug; 100: 750-3

**11794**  McConnell, E. A. Teaching a patient to perform Kegel exercises. Nursing. 1993 Aug; 23: 90

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

11795  Churchill, B. M., Aliabadi, H., Landau, E. H., McLorie, G. A., Steckler, R. E., McKenna, P. H., Khoury, A. E. Ureteral bladder augmentation. J Urol. 1993 Aug; 150: 716-20

11796  Wan, J., McGuire, E. J., Bloom, D. A., Ritchey, M. L. Stress leak point pressure: a diagnostic tool for incontinent children. J Urol. 1993 Aug; 150: 700-2

11797  Jolleys, J. Urinary incontinence. Practitioner. 1993 Aug; 237: 630-3

11798  Harewood, L. M. Laparoscopic needle colposuspension for genuine stress incontinence. J Endourol. 1993 Aug; 7: 319-22

11799  Virtanen, H. S., Makinen, J. I. Retrospective analysis of 711 patients operated on for pelvic relaxation in 1983-1989. Int J Gynaecol Obstet. 1993 Aug; 42: 109-15

11800  Liu, C. Y. Laparoscopic retropubic colposuspension (Burch procedure). A review of 58 cases. J Reprod Med. 1993 Jul; 38: 526-30

11801  Elia, G., Bergman, A. Estrogen effects on the urethra: beneficial effects in women with genuine stress incontinence. Obstet Gynecol Surv. 1993 Jul; 48: 509-17

11802  Moore, K., Griffiths, D., Latimer, G., Merke, R. Twenty four-hour monitoring of incontinence and bladder function in a community hospital. J ET Nurs. 1993 Jul-Aug; 20: 163-8

11803  Burns, P. A., Pranikoff, K., Nochajski, T. H., Hadley, E. C., Levy, K. J., Ory, M. G. A comparison of effectiveness of biofeedback and pelvic muscle exercise treatment of stress incontinence in older community-dwelling women. J Gerontol. 1993 Jul; 48: M167-74

11804  Mommsen, S., Foldspang, A., Elving, L., Lam, G. W. Association between urinary incontinence in women and a previous history of surgery. Br J Urol. 1993 Jul; 72: 30-7

11805  Wise, B. G., Cardozo, L. D., Cutner, A., Benness, C. J., Burton, G. Prevalence and significance of urethral instability in women with detrusor instability. Br J Urol. 1993 Jul; 72: 26-9

11806  Jozwik, M. Stress urinary incontinence in women--an overuse syndrome. Med Hypotheses. 1993 Jun; 40: 381-2

11807  Geirsson, G., Fall, M., Lindstrom, S. The ice-water test--a simple and valuable supplement to routine cystometry. Br J Urol. 1993 Jun; 71: 681-5

11808  Gray, M., King, C. J. Urodynamic evaluation of the intrinsically incompetent sphincter. Urol Nurs. 1993 Jun; 13: 67-9

11809  Nghiem Toan, N. Simplified urethrocystovaginal suspension as treatment for stress urinary incontinence. Am J Obstet Gynecol. 1993 May; 168: 1642

11810  Swierzewski, S. J., 3rd, McGuire, E. J. Pubovaginal sling for treatment of female stress urinary incontinence complicated by urethral diverticulum. J Urol. 1993 May; 149: 1012-4

11811  Rechberger, T., Donica, H., Baranowski, W., Jakowicki, J. Female urinary stress incontinence in terms of connective tissue biochemistry. Eur J Obstet Gynecol Reprod Biol. 1993 May; 49: 187-91

11812  Wyman, J. F. Managing urinary incontinence with bladder training: a case study. J ET Nurs. 1993 May-Jun; 20: 121-6

11813  Herbertsson, G., Iosif, C. S. Surgical results and urodynamic studies 10 years after retropubic colpourethrocystopexy. Acta Obstet Gynecol Scand. 1993 May; 72: 298-301

11814  Kvale, J. N., Kvale, J. K. Common gynecologic problems after age 75. Postgrad Med. 1993 Apr; 93: 263-8, 271-2

11815  Nitti, V. W., Bregg, K. J., Sussman, E. M., Raz, S. The Raz bladder neck suspension in patients 65 years old and older. J Urol. 1993 Apr; 149: 802-7

11816  Raz, S., Nitti, V. W., Bregg, K. J. Transvaginal repair of enterocele. J Urol. 1993 Apr; 149: 724-30

11817  Mouritsen, L., Strandberg, C., Jensen, A. R., Berget, A., Frimodt-Moller, C., Folke, K. Inter- and intra-observer variation of colpo-cysto-urethrography diagnoses. Acta Obstet Gynecol Scand. 1993 Apr; 72: 200-4

**American Urological Association, Inc.**

SUI Guidelines Panel

11818  Ng, R. K., Murray, A. Can we afford to take short cuts in the management of stress urinary incontinence?. Singapore Med J. 1993 Apr; 34: 121-4

11819  Bohm-Velez, M., Mendelson, E. B. Transperineal ultrasound assists in GU diagnoses. Diagn Imaging (San Franc). 1993 Apr; Suppl: 48-53, 64

11820  Tokunaka, S., Fujii, H., Hashimoto, H., Yachiku, S. Proportions of fiber types in the external urethral sphincter of young nulliparous and old multiparous rabbits. Urol Res. 1993 Mar; 21: 121-4

11821  Grimby, A., Milsom, I., Molander, U., Wiklund, I., Ekelund, P. The influence of urinary incontinence on the quality of life of elderly women. Age Ageing. 1993 Mar; 22: 82-9

11822  Scotti, R. J., Myers, D. L. A comparison of the cough stress test and single-channel cystometry with multichannel urodynamic evaluation in genuine stress incontinence. Obstet Gynecol. 1993 Mar; 81: 430-3

11823  Hanzal, E., Berger, E., Koelbl, H. Levator ani muscle morphology and recurrent genuine stress incontinence. Obstet Gynecol. 1993 Mar; 81: 426-9

11824  Bump, R. C. Racial comparisons and contrasts in urinary incontinence and pelvic organ prolapse. Obstet Gynecol. 1993 Mar; 81: 421-5

11825  Lalos, O., Berglund, A. L., Bjerle, P. Urodynamics in women with stress incontinence before and after surgery. Eur J Obstet Gynecol Reprod Biol. 1993 Mar; 48: 197-205

11826  Gregory, S. P., Holt, P. E. Comparison of stressed simultaneous urethral pressure profiles between anesthetized continent and incontinent bitches with urethral sphincter mechanism incompetence. Am J Vet Res. 1993 Feb; 54: 216-22

11827  Lotenfoe, R., O'Kelly, J. K., Helal, M., Lockhart, J. L. Periurethral polytetrafluoroethylene paste injection in incontinent female subjects: surgical indications and improved surgical technique. J Urol. 1993 Feb; 149: 279-82

11828  Elia, G., Bergman, A. Pelvic muscle exercises: when do they work?. Obstet Gynecol. 1993 Feb; 81: 283-6

11829  Kiilholma, P., Makinen, J., Chancellor, M. B., Pitkanen, Y., Hirvonen, T. Modified Burch colposuspension for stress urinary incontinence in females. Surg Gynecol Obstet. 1993 Feb; 176: 111-5

11830  Stricker, P., Haylen, B. Injectable collagen for type 3 female stress incontinence: the first 50 Australian patients. Med J Aust. 1993 Jan 18; 158: 89-91

11831  Sandvik, H., Kveine, E., Hunskaar, S. Female urinary incontinence--psychosocial impact, self care, and consultations. Scand J Caring Sci. 1993; 7: 53-6

11832  Ramsay, I. N., Hilton, P., Cox, T. F. Time-series analysis of urethral electrical conductance measurements in the assessment of unstable urethral pressure: results in normal patients and in those with genuine stress incontinence. Neurourol Urodyn. 1993; 12: 23-31

11833  Griffiths, D. J., McCracken, P. N., Harrison, G. M., Gormley, E. A. Relationship of fluid intake to voluntary micturition and urinary incontinence in geriatric patients. Neurourol Urodyn. 1993; 12: 1-7

11834  Hubner, W. A., Trigo-Rocha, F., Plas, E. G., Tanagho, E. A. Urethral function after cystectomy: a canine in vivo experiment. Urol Res. 1993 Jan; 21: 45-8

11835  Gambino, J., Cohen, A. J., Friedenberg, R. M. The direction of bladder displacement by adnexal masses. Clin Imaging. 1993 Jan-Mar; 17: 8-11

11836  Harrison, S. C., Brown, C., O'Boyle, P. J. Periurethral Teflon for stress urinary incontinence: medium-term results. Br J Urol. 1993 Jan; 71: 25-7

11837  Dewan, P. A., Byard, R. W. Re: Transurethral Polytef injection for post-prostatectomy urinary incontinence and Long-term follow-up of women treated with periurethral Teflon injections for stress incontinence. Br J Urol. 1993 Jan; 71: 112

11838  Dewan, P. A., Byard, R. W. Re: Long-term follow-up of women treated with perurethral teflon injections for stress incontinence. Br J Urol. 1993 Jan; 71: 112

# Appendix A6 Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

11839    Thorpe, A. C., Williams, N. S., Badenoch, D. F., Blandy, J. P., Grahn, M. F. Simultaneous dynamic electromyographic proctography and cystometrography. Br J Surg. 1993 Jan; 80: 115-20

11840    Lindell, L. Suburethral sling--an old procedure revisited. Iowa Med. 1993 Jan; 83: 25-6

11841    Molander, U. Urinary incontinence and related urogenital symptoms in elderly women. Acta Obstet Gynecol Scand Suppl. 1993; 158: 1-22

11842    Woodtli, M. A. Assessing urge incontinence in elderly women. Geriatr Nurs. 1993 Jan-Feb; 14: 19-22

11843    Bosman, G., Vierhout, M. E., Huikeshoven, F. J. A modified Raz bladder neck suspension operation. Results of a one to three years follow-up investigation. Acta Obstet Gynecol Scand. 1993 Jan; 72: 47-9

11844    Weil, E. H., van Waalwijk van Doorn, E. S., Heesakkers, J. P., Meguid, T., Janknegt, R. A. Transvaginal ultrasonography: a study with healthy volunteers and women with genuine stress incontinence. Eur Urol. 1993; 24: 226-30

11845    Petros, P. E., Ulmsten, U. Natural volume handwashing urethrocystometry: a physiological technique for the objective diagnosis of the unstable detrusor. Gynecol Obstet Invest. 1993; 36: 42-6

11846    Walter, J. S., Wheeler, J. S., Morgan, C., Zaszczurynski, P., Plishka, M. Measurement of total urethral compliance in females with stress incontinence. Neurourol Urodyn. 1993; 12: 273-6

11847    Petros, P. E., Ulmsten, U. Bladder instability in women: a premature activation of the micturition reflex. Neurourol Urodyn. 1993; 12: 235-9

11848    Nochajski, T. H., Burns, P. A., Pranikoff, K., Dittmar, S. S. Dimensions of urine loss among older women with genuine stress incontinence. Neurourol Urodyn. 1993; 12: 223-33

11849    Leach, G. E., Sirls, L. T., Ganabathi, K., Zimmern, P. E. L N S C3: a proposed classification system for female urethral diverticula. Neurourol Urodyn. 1993; 12: 523-31

11850    Contreras Ortiz, O., Lombardo, R. J., Pellicari, A. Non-invasive diagnosis of bladder instability using the Bladder Instability Discriminant Index (BIDI). Zentralbl Gynakol. 1993; 115: 446-9

11851    Meyer, S., de Grandi, P., Kuntzer, T., Hurlimann, P., Schmidt, N. Birth trauma: its effect on the urine continence mechanisms. Gynakol Geburtshilfliche Rundsch. 1993; 33: 236-42

11852    Petros, P. E., Ulmsten, U. I. An integral theory and its method for the diagnosis and management of female urinary incontinence. Scand J Urol Nephrol Suppl. 1993; 153: 1-93

11853    Kiilholma, P. J., Chancellor, M. B., Makinen, J., Hirsch, I. H., Klemi, P. J. Complications of Teflon injection for stress urinary incontinence. Neurourol Urodyn. 1993; 12: 131-7

11854    Richardson, D. A., Ramahi, A. Reproducibility of pressure transmission ratios in stress incontinent women. Neurourol Urodyn. 1993; 12: 123-30

11855    Hopkins, M. P., Morley, G. W. Pelvic exenteration for the treatment of vulvar cancer. Cancer. 1992 Dec 15; 70: 2835-8

11856    Foldspang, A., Mommsen, S., Lam, G. W., Elving, L. Parity as a correlate of adult female urinary incontinence prevalence. J Epidemiol Community Health. 1992 Dec; 46: 595-600

11857    Lam, G. W., Foldspang, A., Elving, L. B., Mommsen, S. Social context, social abstention, and problem recognition correlated with adult female urinary incontinence. Dan Med Bull. 1992 Dec; 39: 565-70

11858    Borenstein, R., Elchalal, U., Goldchmit, R., Rosenman, D., Ben-Hur, H., Katz, Z. The importance of the endopelvic fascia repair during vaginal hysterectomy. Surg Gynecol Obstet. 1992 Dec; 175: 551-4

11859    Phillips, T. H., Zeidman, E. J., Thompson, I. M. The fate of buried vaginal epithelium. J Urol. 1992 Dec; 148: 1941-3

11860    Langer, R., Golan, A., Arad, D., Pansky, M., Bukovsky, I., Caspi, E. Effects of induced menopause on Burch colposuspension for urinary stress incontinence. J Reprod Med. 1992 Dec; 37: 956-8

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

11861   Albala, D. M., Schuessler, W. W., Vancaillie, T. G. Laparoscopic bladder suspension for the treatment of stress incontinence. Semin Urol. 1992 Nov; 10: 222-6

11862   Lagro-Janssen, A. L., Debruyne, F. M., Van Weel, C. Psychological aspects of female urinary incontinence in general practice. Br J Urol. 1992 Nov; 70: 499-502

11863   Bump, R. C., McClish, D. K. Cigarette smoking and urinary incontinence in women. Am J Obstet Gynecol. 1992 Nov; 167: 1213-8

11864   Benderev, T. V. Anchor fixation and other modifications of endoscopic bladder neck suspension. Urology. 1992 Nov; 40: 409-18

11865   Chan, K. M., Lim, P. H., Chee, Y. C., Jayaratnam, F. J. Urinary symptoms and urodynamic diagnosis of patients in one geriatric department. Ann Acad Med Singapore. 1992 Nov; 21: 813-7

11866   Resnick, N. M. Urinary incontinence in older adults. Hosp Pract (Off Ed). 1992 Oct 15; 27: 139-42, 147, 150 passim

11867   Fowler, C. J., Betts, C. D., Christmas, T. J., Swash, M., Fowler, C. G. Botulinum toxin in the treatment of chronic urinary retention in women. Br J Urol. 1992 Oct; 70: 387-9

11868   Papa Petros, P. E., Ulmsten, U. An analysis of rapid pad testing and the history for the diagnosis of stress incontinence. Acta Obstet Gynecol Scand. 1992 Oct; 71: 529-36

11869    Non-surgical treatment of stress incontinence. Lancet. 1992 Sep 12; 340: 643-4

11870   Keane, D. P., Eckford, S. D. Surgical treatment of urinary stress incontinence. Br J Hosp Med. 1992 Sep 16-Oct 6; 48: 308-13

11871   Smith, N. Application of urodynamics to incontinence. Br J Hosp Med. 1992 Sep 16-Oct 6; 48: 289-90

11872   Barrows, B., Bavendam, T., Leach, G. E. Ectopically draining dysplastic kidney associated with genuine stress urinary incontinence: unusual combined cause of incontinence. Urology. 1992 Sep; 40: 283-5

11873   Kursh, E. D. Factors influencing the outcome of a no incision endoscopic urethropexy. Surg Gynecol Obstet. 1992 Sep; 175: 254-8

11874   Brodak, P. P., Juma, S., Raz, S. Levator hernia. J Urol. 1992 Sep; 148: 872-3

11875   Raz, S., Sussman, E. M., Erickson, D. B., Bregg, K. J., Nitti, V. W. The Raz bladder neck suspension: results in 206 patients. J Urol. 1992 Sep; 148: 845-50

11876   Lagro-Janssen, A. L., Debruyne, F. M., Smits, A. J., van Weel, C. The effects of treatment of urinary incontinence in general practice. Fam Pract. 1992 Sep; 9: 284-9

11877   Lagro-Janssen, T., Smits, A., Van Weel, C. Urinary incontinence in women and the effects on their lives. Scand J Prim Health Care. 1992 Sep; 10: 211-6

11878   Ogundipe, A., Rosenzweig, B. A., Karram, M. M., Blumenfeld, D., Bhatia, N. N. Modified suburethral sling procedure for treatment of recurrent or severe stress urinary incontinence. Surg Gynecol Obstet. 1992 Aug; 175: 173-6

11879   Miyazaki, F., Shook, G. Ilioinguinal nerve entrapment during needle suspension for stress incontinence. Obstet Gynecol. 1992 Aug; 80: 246-8

11880   Keane, D. P., Eckford, S. D., Abrams, P. Surgical treatment and complications of urinary incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 559-64

11881   Bump, R. C., Sugerman, H. J., Fantl, J. A., McClish, D. K. Obesity and lower urinary tract function in women: effect of surgically induced weight loss. Am J Obstet Gynecol. 1992 Aug; 167: 392-7; discussion 397-9

11882   Karram, M. M., Angel, O., Koonings, P., Tabor, B., Bergman, A., Bhatia, N. The modified Pereyra procedure: a clinical and urodynamic review. Br J Obstet Gynaecol. 1992 Aug; 99: 655-8

11883   Walters, M. D., Realini, J. P., Dougherty, M. Nonsurgical treatment of urinary incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 554-8

**American Urological Association, Inc.**

**SUI Guidelines Panel**

11884    Vierhout, M. E., Mulder, A. F. De novo detrusor instability after Burch colposuspension. Acta Obstet Gynecol Scand. 1992 Aug; 71: 414-6

11885    Wise, B. G., Burton, G., Cutner, A., Cardozo, L. D. Effect of vaginal ultrasound probe on lower urinary tract function. Br J Urol. 1992 Jul; 70: 12-6

11886    Klein, L., Pollack, H. M. Computed tomography and magnetic resonance imaging of the female lower urinary tract. Radiol Clin North Am. 1992 Jul; 30: 843-60

11887    Thind, P., Lose, G., Colstrup, H. Pressure response to rapid dilation of resting urethra in healthy women. Urology. 1992 Jul; 40: 44-9

11888    Summitt, R. L., Jr, Stovall, T. G., Bent, A. E., Ostergard, D. R. Urinary incontinence: correlation of history and brief office evaluation with multichannel urodynamic testing. Am J Obstet Gynecol. 1992 Jun; 166: 1835-40; discussion 1840-4

11889    Goodno, J. A., Jr, Powers, T. W. Modified retropubic cystourethropexy. II. Am J Obstet Gynecol. 1992 Jun; 166: 1678-81; discussion 1681-2

11890    Walker, G. T., Texter, J. H., Jr Success and patient satisfaction following the Stamey procedure for stress urinary incontinence. J Urol. 1992 Jun; 147: 1521-3

11891    Meyer, S., Dhenin, T., Schmidt, N., De Grandi, P. Subjective and objective effects of intravaginal electrical myostimulation and biofeedback in patients with genuine stress urinary incontinence. Br J Urol. 1992 Jun; 69: 584-8

11892    Beckingham, I. J., Wemyss-Holden, G., Lawrence, W. T. Long-term follow-up of women treated with perurethral Teflon injections for stress incontinence. Br J Urol. 1992 Jun; 69: 580-3

11893    Rachagan, S. P., Mathews, A. Urinary incontinence caused by prazosin. Singapore Med J. 1992 Jun; 33: 308-9

11894    Sampselle, C. M. What is the role of pelvic muscle exercise (PME) in the prevention and treatment of stress urinary incontinence (SUI)?. NAACOG Newsl. 1992 Jun; 19: 11

11895    Ulmsten, U., Petros, P. Surgery for female urinary incontinence. Curr Opin Obstet Gynecol. 1992 Jun; 4: 456-62

11896    Webster, G. D., Perez, L. M., Khoury, J. M., Timmons, S. L. Management of type III stress urinary incontinence using artificial urinary sphincter. Urology. 1992 Jun; 39: 499-503

11897    Gillon, G., Engelstein, D., Servadio, C. Risk factors and their effect on the results of Burch colposuspension for urinary stress incontinence. Isr J Med Sci. 1992 Jun; 28: 354-6

11898    Viktrup, L., Lose, G., Rolff, M., Barfoed, K. The symptom of stress incontinence caused by pregnancy or delivery in primiparas. Obstet Gynecol. 1992 Jun; 79: 945-9

11899    Weiss, R. E., Cohen, E. Erosion of buttress following bladder neck suspension. Br J Urol. 1992 Jun; 69: 656-7

11900    De Muylder, X., Claes, H., Neven, P., De Jaegher, K. Usefulness of urodynamic investigations in female incontinence. Eur J Obstet Gynecol Reprod Biol. 1992 May 13; 44: 205-8

11901    Cardozo, L., Brindley, G. S. Endoscopically guided bladder neck suspension for continence in paraplegic women with implant driven micturition. Paraplegia. 1992 May; 30: 336-8

11902    Juma, S., Little, N. A., Raz, S. Vaginal wall sling: four years later. Urology. 1992 May; 39: 424-8

11903    Wall, L. L., Davidson, T. G. The role of muscular re-education by physical therapy in the treatment of genuine stress urinary incontinence. Obstet Gynecol Surv. 1992 May; 47: 322-31

11904    van Waalwijk van Doorn, E. S., Remmers, A., Janknegt, R. A. Conventional and extramural ambulatory urodynamic testing of the lower urinary tract in female volunteers. J Urol. 1992 May; 147: 1319-25; discussion 1326

11905    Kelly, J. Vesico-vaginal and recto-vaginal fistulae. J R Soc Med. 1992 May; 85: 257-8

11906    Petros, P. E., Ulmsten, U. Stress incontinence following vaginal repair. Acta Obstet Gynecol Scand. 1992 May; 71: 323

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

11907   Phua, S. M., Low, J. J., Chew, S. Y. The role of urodynamics in evaluating incontinent females. Singapore Med J. 1992 Apr; 33: 139-42

11908   Bonney, W. Voiding dysfunction and incontinence. Iowa Med. 1992 Apr; 82: 173-5

11909   Baker, K. R., Drutz, H. P. Age as a risk factor in major genitourinary surgery. Can J Surg. 1992 Apr; 35: 188-91

11910   Awad, S. A., Gajewski, J. B., Katz, N. O., Acker-Roy, K. Final diagnosis and therapeutic implications of mixed symptoms of urinary incontinence in women. Urology. 1992 Apr; 39: 352-7

11911   Rosenzweig, B. A., Pushkin, S., Blumenfeld, D., Bhatia, N. N. Prevalence of abnormal urodynamic test results in continent women with severe genitourinary prolapse. Obstet Gynecol. 1992 Apr; 79: 539-42

11912   O'Brien, J. Measuring and treating urinary incontinence. Nurs Times. 1992 Apr 1-7; 88: 51-2

11913   Niecestro, R. M., Wheeler, J. S., Jr, Nanninga, J., Einhorn, C., Goggin, C. Use of stresscath for diagnosing stress incontinence. Urology. 1992 Mar; 39: 266-9

11914   Fawdry, R. Symptoms analysis for the diagnosis of genuine stress incontinence. Br J Obstet Gynaecol. 1992 Mar; 99: 271

11915   Sampselle, C. M., DeLancey, J. O. The Urine Stream Interruption Test and pelvic muscle function. Nurs Res. 1992 Mar-Apr; 41: 73-7

11916   Colling, J., Ouslander, J., Hadley, B. J., Eisch, J., Campbell, E. The effects of patterned urge-response toileting (PURT) on urinary incontinence among nursing home residents. J Am Geriatr Soc. 1992 Feb; 40: 135-41

11917   Johnson, J. D., Lamensdorf, H., Hollander, I. N., Thurman, A. E. Use of transvaginal endosonography in the evaluation of women with stress urinary incontinence. J Urol. 1992 Feb; 147: 421-5

11918   Brieger, G., Korda, A. The effect of obesity on the outcome of successful surgery for genuine stress incontinence. Aust N Z J Obstet Gynaecol. 1992 Feb; 32: 71-2

11919   Duncan, H. J., Nurse, D. E., Mundy, A. R. Role of the artificial urinary sphincter in the treatment of stress incontinence in women. Br J Urol. 1992 Feb; 69: 141-3

11920   Thind, P., Lose, G., Colstrup, H. Initial urethral pressure increase during stress episodes in genuine stress incontinent women. Br J Urol. 1992 Feb; 69: 137-40

11921   Dimpfl, T., Hesse, U., Schussler, B. Incidence and cause of postpartum urinary stress incontinence. Eur J Obstet Gynecol Reprod Biol. 1992 Jan 9; 43: 29-33

11922   Thind, P., Lose, G. Urethral stress relaxation phenomenon in healthy and stress incontinent women. Br J Urol. 1992 Jan; 69: 75-8

11923   O'Flynn, K. J., Murphy, R., Thomas, D. G. Neurogenic bladder dysfunction in lumbar intervertebral disc prolapse. Br J Urol. 1992 Jan; 69: 38-40

11924   Ganabathi, K., Abrams, P., Mundy, A. R., Dwyer, P. L., Glenning, P. P. Stamey-Martius procedure for severe genuine stress incontinence. Br J Urol. 1992 Jan; 69: 34-7

11925   Kieswetter, H., Fischer, M., Wober, L., Flamm, J. Endoscopic implantation of collagen (GAX) for the treatment of urinary incontinence. Br J Urol. 1992 Jan; 69: 22-5

11926   Dwyer, P. L., Teele, J. S. Prazosin: a neglected cause of genuine stress incontinence. Obstet Gynecol. 1992 Jan; 79: 117-21

11927   Iosif, C. S. Effects of protracted administration of estriol on the lower genito urinary tract in postmenopausal women. Arch Gynecol Obstet. 1992; 251: 115-20

11928   Wijma, J., Tinga, D. J., Visser, G. H. Compensatory mechanisms which prevent urinary incontinence in aging women. Gynecol Obstet Invest. 1992; 33: 102-4

11929   O'Donnell, P. D. Combined Raz urethral suspension and McGuire pubovaginal sling for treatment of complicated stress urinary incontinence. J Ark Med Soc. 1992 Jan; 88: 389-92

# Appendix A6. Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

11930    Lopez Lopez, J. A., Valdivia Uria, J. G., Ucar Terren, A. Percutaneous endoscopic urethrocervicopexy. Eur Urol. 1992; 22: 167-70

11931    Klutke, C. G. Advances in therapy of female stress incontinence. Henry Ford Hosp Med J. 1992; 40: 118-21

11932    Cardozo, L. Urinary incontinence in women: have we anything new to offer?. BMJ. 1991 Dec 7; 303: 1453-7

11933    Beck, R. P., McCormick, S., Nordstrom, L. A 25-year experience with 519 anterior colporrhaphy procedures. Obstet Gynecol. 1991 Dec; 78: 1011-8

11934    Wein, A. J. Oral and intravaginal estrogens alone and in combination with alpha- adrenergic stimulation in genuine stress incontinence. J Urol. 1991 Dec; 146: 1670-1

11935    Yamada, T., Mizuo, T., Kawakami, S., Watanabe, T., Negishi, T., Oshima, H. Application of transrectal ultrasonography in modified Stamey procedure for stress urinary incontinence. J Urol. 1991 Dec; 146: 1555-8

11936    MacArthur, C., Lewis, M., Knox, E. G. Health after childbirth. Br J Obstet Gynaecol. 1991 Dec; 98: 1193-5

11937    Rosenzweig, B. A., Hischke, D., Thomas, S., Nelson, A. L., Bhatia, N. N. Stress incontinence in women. Psychological status before and after treatment. J Reprod Med. 1991 Dec; 36: 835-8

11938    Robertson, A. S., Davies, J. B., Webb, R. J., Neal, D. E. Bladder augmentation and replacement. Urodynamic and clinical review of 25 patients. Br J Urol. 1991 Dec; 68: 590-7

11939    Eckford, S. D., Abrams, P. Para-urethral collagen implantation for female stress incontinence. Br J Urol. 1991 Dec; 68: 586-9

11940    Ramon, J., Mekras, J., Webster, G. D. Transvaginal needle suspension procedures for recurrent stress incontinence. Urology. 1991 Dec; 38: 519-22

11941    Burgio, K. L., Matthews, K. A., Engel, B. T. Prevalence, incidence and correlates of urinary incontinence in healthy, middle-aged women. J Urol. 1991 Nov; 146: 1255-9

11942    Fossaluzza, V., Di Benedetto, P., Zampa, A., De Vita, S. Misoprostol-induced urinary incontinence. J Intern Med. 1991 Nov; 230: 463-4

11943    Lagro-Janssen, T. L., Debruyne, F. M., Smits, A. J., van Weel, C. Controlled trial of pelvic floor exercises in the treatment of urinary stress incontinence in general practice. Br J Gen Pract. 1991 Nov; 41: 445-9

11944    Lee, K. S., Chan, C. J., Merriman, A., Tan, E. C., Osborn, V. Clinical profile of elderly urinary incontinence in Singapore: a community-based study. Ann Acad Med Singapore. 1991 Nov; 20: 736-9

11945    Caspi, E., Langer, R. Colpo-needle suspension for the treatment of urinary stress incontinence--a new surgical technique. Br J Obstet Gynaecol. 1991 Nov; 98: 1183-4

11946    Cutner, A., Cardozo, L. D., Wise, B. G. The effects of pregnancy on previous incontinence surgery. Case report. Br J Obstet Gynaecol. 1991 Nov; 98: 1181-3

11947    Hilton, P., Mayne, C. J. The Stamey endoscopic bladder neck suspension: a clinical and urodynamic investigation, including actuarial follow-up over four years. Br J Obstet Gynaecol. 1991 Nov; 98: 1141-9

11948    Poole, M. D., Postma, D. S. Characterization of cough associated with angiotensin-converting enzyme inhibitors. Otolaryngol Head Neck Surg. 1991 Nov; 105: 714-6

11949    de Jong, P. Easier needle bladder-neck suspension procedure. S Afr Med J. 1991 Oct 5; 80: 360

11950    Hanzal, E., Berger, E., Koelbl, H. Reliability of the urethral closure pressure profile during stress in the diagnosis of genuine stress incontinence. Br J Urol. 1991 Oct; 68: 369-71

11951    Varner, R. E., Sparks, J. M. Surgery for stress urinary incontinence. Surg Clin North Am. 1991 Oct; 71: 1111-34

11952    Raz, S., Little, N. A., Juma, S., Sussman, E. M. Repair of severe anterior vaginal wall prolapse (grade IV cystourethrocele). J Urol. 1991 Oct; 146: 988-92

11953    Cammu, H., Van Nylen, M., Derde, M. P., DeBruyne, R., Amy, J. J. Pelvic physiotherapy in genuine stress incontinence. Urology. 1991 Oct; 38: 332-7

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

11954   Versi, E., Cardozo, L., Cooper, D. J. Urethral pressures: analysis of transmission pressure ratios. Br J Urol. 1991 Sep; 68: 266-70

11955   Marshall, S. Conservative management of stress urinary incontinence. Urology. 1991 Sep; 38: 294

11956   Smart, R. F. Polytef paste for urinary incontinence. Aust N Z J Surg. 1991 Sep; 61: 663-6

11957   Wells, T. J., Brink, C. A., Diokno, A. C., Wolfe, R., Gillis, G. L. Pelvic muscle exercise for stress urinary incontinence in elderly women. J Am Geriatr Soc. 1991 Aug; 39: 785-91

11958   Huddleston, H. T., Dunnihoo, D. R., Otterson, W. O. Digital augmentation during repair for a paravaginal defect. Surg Gynecol Obstet. 1991 Aug; 173: 157

11959   Versi, E., Cardozo, L., Anand, D., Cooper, D. Symptoms analysis for the diagnosis of genuine stress incontinence. Br J Obstet Gynaecol. 1991 Aug; 98: 815-9

11960   Shull, B. L. Urologic surgical techniques. Curr Opin Obstet Gynecol. 1991 Aug; 3: 534-40

11961   Webb, R. J., Ramsden, P. D., Neal, D. E. Ambulatory monitoring and electronic measurement of urinary leakage in the diagnosis of detrusor instability and incontinence. Br J Urol. 1991 Aug; 68: 148-52

11962    Gynecologic urology. Curr Opin Obstet Gynecol. 1991 Aug; 3: 610-3

11963   Timmons, M. C., Addison, W. A. Choice of operation for genuine stress incontinence. Curr Opin Obstet Gynecol. 1991 Aug; 3: 528-33

11964   Wise, B., Cardozo, L. Urge incontinence and stress incontinence. Curr Opin Obstet Gynecol. 1991 Aug; 3: 520-7

11965   Richardson, D. A. Investigative procedures in urogynecology. Curr Opin Obstet Gynecol. 1991 Aug; 3: 513-9

11966   Meyer, S., DeGrandi, P., Schmidt, N. Effect of occluding the urethra while recording urethral stress profile. Urology. 1991 Aug; 38: 157-60

11967   Stein, M., Weinberg, J. J. Polytetrafluoroethylene vs. polypropylene suture for endoscopic bladder neck suspension. Urology. 1991 Aug; 38: 119-22

11968   Carey, M. P., Dwyer, P. L. Position and mobility of the urethrovesical junction in continent and in stress incontinent women before and after successful surgery. Aust N Z J Obstet Gynaecol. 1991 Aug; 31: 279-84

11969   Kuo, H. C., Chang, S. C., Hsu, T. A new classification of female stress urinary incontinence--based on transrectal sonographic cystourethrography. J Formos Med Assoc. 1991 Aug; 90: 769-75

11970   Kil, P. J., Hoekstra, J. W., van der Meijden, A. P., Smans, A. J., Theeuwes, A. G., Schreinemachers, L. M. Transvaginal ultrasonography and urodynamic evaluation after suspension operations: comparison among the Gittes, Stamey and Burch suspensions. J Urol. 1991 Jul; 146: 132-6

11971   van Waalwijk van Doorn, E. S., Remmers, A., Janknegt, R. A. Extramural ambulatory urodynamic monitoring during natural filling and normal daily activities: evaluation of 100 patients. J Urol. 1991 Jul; 146: 124-31

11972   Stanton, S. L. Female stress incontinence. Treatment options and indications. Urologe A. 1991 Jul; 30: 239-43

11973   Versi, E. The significance of an open bladder neck in women. Br J Urol. 1991 Jul; 68: 42-3

11974   Mouritsen, L., Frimodt-Moller, C., Moller, M. Long-term effect of pelvic floor exercises on female urinary incontinence. Br J Urol. 1991 Jul; 68: 32-7

11975   Lose, G. Urethral pressure and power generation during coughing and voluntary contraction of the pelvic floor in females with genuine stress incontinence. Br J Urol. 1991 Jun; 67: 580-5

11976   Lagro-Janssen, A. L., Debruyne, F. M., van Weel, C. Value of the patient's case history in diagnosing urinary incontinence in general practice. Br J Urol. 1991 Jun; 67: 569-72

11977   Nghiem Toan, N. Simplified urethrocystovaginal suspension for stress urinary incontinence. Am J Obstet Gynecol. 1991 Jun; 164: 1689-90

11978   Blaivas, J. G., Jacobs, B. Z. Pubovaginal fascial sling for the treatment of complicated stress urinary incontinence. J Urol. 1991 Jun; 145: 1214-8

**American Urological Association, Inc.**

**SUI Guidelines Panel**

11979    Gardy, M., Kozminski, M., DeLancey, J., Elkins, T., McGuire, E. J. Stress incontinence and cystoceles. J Urol. 1991 Jun; 145: 1211-3

11980    Kohorn, E. I. Surgery for stress urinary incontinence. Curr Opin Obstet Gynecol. 1991 Jun; 3: 394-7

11981    Byrne, P., Morris, J., Mordey, S., Condie, R. Physiotherapy for stress incontinence of urine. BMJ. 1991 May 4; 302: 1084

11982    Kursh, E. D., Angell, A. H., Resnick, M. I. Evolution of endoscopic urethropexy: seven-year experience with various techniques. Urology. 1991 May; 37: 428-31

11983    Kelly, M. J., Zimmern, P. E., Leach, G. E. Complications of bladder neck suspension procedures. Urol Clin North Am. 1991 May; 18: 339-8

11984    Lam, T. C., Hadley, H. R. Surgical procedures for uncomplicated ('routine') female stress incontinence. Urol Clin North Am. 1991 May; 18: 327-37

11985    DuBeau, C. E., Resnick, N. M. Evaluation of the causes and severity of geriatric incontinence. A critical appraisal. Urol Clin North Am. 1991 May; 18: 243-56

11986    Mostwin, J. L. Current concepts of female pelvic anatomy and physiology. Urol Clin North Am. 1991 May; 18: 175-95

11987    Bass, J. S., Leach, G. E. Surgical treatment of concomitant urethral diverticulum and stress incontinence. Urol Clin North Am. 1991 May; 18: 365-73

11988    Thind, P., Colstrup, H., Lose, G., Kristensen, J. K. Method for evaluation of the urethral closure mechanism in women during standardised changes of cross-sectional area. Clin Phys Physiol Meas. 1991 May; 12: 163-70

11989    Scheve, A. A., Engel, B. T., McCormick, K. A., Leahy, E. G. Exercise in continence. Geriatr Nurs. 1991 May-Jun; 12: 124

11990    Hunskaar, S., Vinsnes, A. The quality of life in women with urinary incontinence as measured by the sickness impact profile. J Am Geriatr Soc. 1991 Apr; 39: 378-82

11991    Rosenzweig, B. A., Bhatia, N. N., Nelson, A. L. Dynamic urethral pressure profilometry pressure transmission ratio: what do the numbers really mean?. Obstet Gynecol. 1991 Apr; 77: 586-90

11992    Mantle, J., Versi, E. Physiotherapy for stress urinary incontinence: a national survey. BMJ. 1991 Mar 30; 302: 753-5

11993    Griffith-Jones, M. D., Jarvis, G. J., McNamara, H. M. Adverse urinary symptoms after total abdominal hysterectomy--fact or fiction?. Br J Urol. 1991 Mar; 67: 295-7

11994    Sethia, K. K., Webb, R. J., Neal, D. E. Urodynamic study of ileocystoplasty in the treatment of idiopathic detrusor instability. Br J Urol. 1991 Mar; 67: 286-90

11995    McInerney, P. D., Vanner, T. F., Harris, S. A., Stephenson, T. P. Ambulatory urodynamics. Br J Urol. 1991 Mar; 67: 272-4

11996    Kelly, M. J., Knielsen, K., Bruskewitz, R., Roskamp, D., Leach, G. E. Symptom analysis of patients undergoing modified Pereyra bladder neck suspension for stress urinary incontinence. Pre- and postoperative findings. Urology. 1991 Mar; 37: 213-9

11997    Craggs, M. D., Chaffey, N. J., Mundy, A. R. A preliminary report on a new hydraulic sphincter for controlling urinary incontinence. J Med Eng Technol. 1991 Mar-Apr; 15: 58-62

11998    Dennis, P. J., Rohner, T. J., Jr, Hu, T. W., Igou, J. F., Yu, L. C., Kaltreider, D. L. Simple urodynamic evaluation of incontinent elderly female nursing home patients. A descriptive analysis. Urology. 1991 Feb; 37: 173-9

11999    Cutner, A., Cardozo, L. Treatment of incontinence. Practitioner. 1991 Feb; 235: 98, 100, 102-4

12000    Bergman, A., Koonings, P. P., Ballard, C. A. The Ball-Burch procedure for stress incontinence with low urethral pressure. J Reprod Med. 1991 Feb; 36: 137-40

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| **12001** | Anderson, P. A., Rickwood, A. M. Detrusor hyper-reflexia as a factor in spontaneous perforation of augmentation cystoplasty for neuropathic bladder. Br J Urol. 1991 Feb; 67: 210-2 |
| **12002** | O'Flynn, K. J., Thomas, D. G. Artificial urinary sphincter insertion in congenital neuropathic bladder. Br J Urol. 1991 Feb; 67: 155-7 |
| **12003** | Weston, P. M., Morgan, J. D., Hussain, J., Stephenson, T. P. Artificial urinary sphincters around intestinal segments--are they safe?. Br J Urol. 1991 Feb; 67: 150-4 |
| **12004** | Suarez, G. M., Baum, N. H., Jacobs, J. Use of standard contraceptive diaphragm in management of stress urinary incontinence. Urology. 1991 Feb; 37: 119-22 |
| **12005** | Fiorelli, C., Menghetti, I., Trippitelli, A., Saltutti, C., Mottola, A. Simplified endoscopic suspension for stress incontinence through pervaginal route. Arch Esp Urol. 1991 Jan-Feb; 44: 101-4 |
| **12006** | Jorgensen, L., Lose, G., Alexander, N. Acute effect of norfenefrine on the urethral pressure profile in females with genuine stress incontinence. Urol Int. 1991; 46: 176-9 |
| **12007** | Richardson, D. A., Ramahi, A., Chalas, E. Surgical management of stress incontinence in patients with low urethral pressure. Gynecol Obstet Invest. 1991; 31: 106-9 |
| **12008** | Macaulay, A. J., Stern, R. S., Stanton, S. L. Psychological aspects of 211 female patients attending a urodynamic unit. J Psychosom Res. 1991; 35: 1-10 |
| **12009** | Vinsnes, A. G., Hunskaar, S. Distress associated with urinary incontinence, as measured by a visual analogue scale. Scand J Caring Sci. 1991; 5: 57-61 |
| **12010** | Grischke, E. M., Anton, H., Stolz, W., von Fournier, D., Bastert, G. Urodynamic assessment and lateral urethrocystography. A comparison of two diagnostic procedures for female urinary incontinence. Acta Obstet Gynecol Scand. 1991; 70: 225-9 |
| **12011** | Molander, U., Milsom, I., Ekelund, P., Arvidsson, L., Eriksson, O. A health care program for the investigation and treatment of elderly women with urinary incontinence and related urogenital symptoms. Acta Obstet Gynecol Scand. 1991; 70: 137-42 |
| **12012** | Esa, A., Kiwamoto, H., Sugiyama, T., Park, Y. C., Kaneko, S., Kurita, T. Functional electrical stimulation in the management of incontinence: studies of urodynamics. Int Urol Nephrol. 1991; 23: 135-41 |
| **12013** | Saxton, H. M. Urodynamics in the investigation of women with frequency, urgency, and incontinence, and voiding difficulties. Urol Radiol. 1991; 13: 48-57 |
| **12014** | Borstad, E., Skrede, M., Rud, T. Failure to predict and attempts to explain urinary stress incontinence following vaginal repair in continent women by using a modified lateral urethrocystography. Acta Obstet Gynecol Scand. 1991; 70: 501-6 |
| **12015** | Kiilholma, P., Makinen, J. Disappointing effect of endoscopic Teflon injection for female stress incontinence. Eur Urol. 1991; 20: 197-9 |
| **12016** | Shafik, A. Dilatation and closing anal reflexes. Description and clinical significance of new reflexes: preliminary report. Acta Anat (Basel). 1991; 142: 293-8 |
| **12017** | Freeman, S. B. Management of perimenopausal symptoms. NAACOGS Clin Issu Perinat Womens Health Nurs. 1991; 2: 429-39 |
| **12018** | Wijma, J., Tinga, D. J., Visser, G. H. Perineal ultrasonography in women with stress incontinence and controls: the role of the pelvic floor muscles. Gynecol Obstet Invest. 1991; 32: 176-9 |
| **12019** | Simeonova, Z., Bengtsson, C. Prevalence of urinary incontinence among women at a Swedish primary health care centre. Scand J Prim Health Care. 1990 Dec; 8: 203-6 |
| **12020** | Snooks, S. J., Swash, M., Mathers, S. E., Henry, M. M. Effect of vaginal delivery on the pelvic floor: a 5-year follow-up. Br J Surg. 1990 Dec; 77: 1358-60 |
| **12021** | Wells, M. Stress incontinence and pelvic floor exercises. Prof Nurse. 1990 Dec; 6: 151, 154-6 |

**Appendix A6. Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

SUI Guidelines Panel

12022   Cornella, J. L., Ostergard, D. R. Needle suspension procedures for urinary stress incontinence: a review and historical perspective. Obstet Gynecol Surv. 1990 Dec; 45: 805-16

12023   Parra, R. O., Shaker, L. Experience with a simplified technique for the treatment of female stress urinary incontinence. Br J Urol. 1990 Dec; 66: 615-7

12024   Cabrera, J. A., Szekely, Z., Ospitia, J. A. Suprapubic or vaginal procedure. Am J Obstet Gynecol. 1990 Dec; 163: 2025-6

12025   Chang, H. C., Chang, S. C., Kuo, H. C., Tsai, T. C. Transrectal sonographic cystourethrography: studies in stress urinary incontinence. Urology. 1990 Dec; 36: 488-92

12026   Winter, C. C. Re: Review of an 8-year experience with modifications of endoscopic suspension of the bladder neck for female stress urinary incontinence. J Urol. 1990 Dec; 144: 1481-2

12027   Le Coutour, X., Jung-Faerber, S., Klein, P., Renaud, R. Female urinary incontinence: comparative value of history and urodynamic investigations. Eur J Obstet Gynecol Reprod Biol. 1990 Dec; 37: 279-86

12028   Fischer-Rasmussen, W. Treatment of stress urinary incontinence. Ann Med. 1990 Dec; 22: 455-65

12029   Cutner, A., Cardozo, L. Urinary incontinence: clinical features. Practitioner. 1990 Dec; 234: 1018-24

12030   Graham, J. M., Stresing, H. A. A modified cystourethropexy in the management of incontinence and dyspareunia. J S C Med Assoc. 1990 Nov; 86: 578-82

12031   Diokno, A. C., Normolle, D. P., Brown, M. B., Herzog, A. R. Urodynamic tests for female geriatric urinary incontinence. Urology. 1990 Nov; 36: 431-9

12032   Lose, G., Colstrup, H. Mechanical properties of the urethra in healthy and stress incontinent females: dynamic measurements in the resting urethra. J Urol. 1990 Nov; 144: 1258-62

12033   Nielsen, K. K., Kromann-Andersen, B., Jacobsen, H., Nielsen, E. M., Nordling, J., Holm, H. H., Larsen, J. F. The urethral plug: a new treatment modality for genuine urinary stress incontinence in women. J Urol. 1990 Nov; 144: 1199-202

12034   Browne, D. S., Frazer, M. I. Abdominoperineal urethral suspension: a report of 20 cases. Aust N Z J Obstet Gynaecol. 1990 Nov; 30: 366-9

12035   Thiede, H. A., Thiede, F. K. A glance at the urodynamic database. J Reprod Med. 1990 Oct; 35: 925-31

12036   Langer, R., Golan, A., Neuman, M., Schneider, D., Bukovsky, I., Caspi, E. The effect of large uterine fibroids on urinary bladder function and symptoms. Am J Obstet Gynecol. 1990 Oct; 163: 1139-41

12037   Sand, P. K., Bowen, L. W., Ostergard, D. R. The prognostic significance of augmentation of urethral closure pressure and functional length. Int J Gynaecol Obstet. 1990 Oct; 33: 135-9

12038   Holmes, P. Cones for continence. Nurs Times. 1990 Sep 5-11; 86: 20-1

12039   Koonings, P. P., Bergman, A., Ballard, C. A. Low urethral pressure and stress urinary incontinence in women: risk factor for failed retropubic surgical procedure. Urology. 1990 Sep; 36: 245-8

12040   Cervigni, M., Sbiroli, C. Transvaginal bladder neck suspension: a safer method. Urology. 1990 Sep; 36: 219-21

12041   Webster, G. D., Kreder, K. J. Voiding dysfunction following cystourethropexy: its evaluation and management. J Urol. 1990 Sep; 144: 670-3

12042   Allen, R. E., Hosker, G. L., Smith, A. R., Warrell, D. W. Pelvic floor damage and childbirth: a neurophysiological study. Br J Obstet Gynaecol. 1990 Sep; 97: 770-9

12043   Summitt, R. L., Jr, Bent, A. E., Ostergard, D. R., Harris, T. A. Stress incontinence and low urethral closure pressure. Correlation of preoperative urethral hypermobility with successful suburethral sling procedures. J Reprod Med. 1990 Sep; 35: 877-80

12044   Sampselle, C. M. Changes in pelvic muscle strength and stress urinary incontinence associated with childbirth. J Obstet Gynecol Neonatal Nurs. 1990 Sep-Oct; 19: 371-7

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

Appendix A6. Bibliography sorted by Procite Number
Case 2:15-md-02641-DGC Document 9498-5 Filed 12/09/17 Page 561 of 800 PageID #: 146636

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Procite Number

| | |
|---|---|
| **12045** | Frazer, M. I., Haylen, B. T., Sissons, M. Do women with idiopathic sensory urgency have early interstitial cystitis?. Br J Urol. 1990 Sep; 66: 274-8 |
| **12046** | Norton, K. R., Bhat, A. V., Stanton, S. L. Psychiatric aspects of urinary incontinence in women attending an outpatient urodynamic clinic. BMJ. 1990 Aug 4; 301: 271-2 |
| **12047** | Harris, T. A., Bent, A. E. Genital prolapse with and without urinary incontinence. J Reprod Med. 1990 Aug; 35: 792-8 |
| **12048** | Walters, M. D., Jackson, G. M. Urethral mobility and its relationship to stress incontinence in women. J Reprod Med. 1990 Aug; 35: 777-84 |
| **12049** | Scotti, R. J., Ostergard, D. R., Guillaume, A. A., Kohatsu, K. E. Predictive value of urethroscopy as compared to urodynamics in the diagnosis of genuine stress incontinence. J Reprod Med. 1990 Aug; 35: 772-6 |
| **12050** | Horbach, N. S. Problems in the clinical diagnosis of stress incontinence. J Reprod Med. 1990 Aug; 35: 751-7 |
| **12051** | Varner, R. E. Retropubic long-needle suspension procedures for stress urinary incontinence. Am J Obstet Gynecol. 1990 Aug; 163: 551-7 |
| **12052** | Araki, T., Takamoto, H., Hara, T., Fujimoto, H., Yoshida, M., Katayama, Y. The loop-loosening procedure for urination difficulties after Stamey suspension of the vesical neck. J Urol. 1990 Aug; 144: 319-22; discussion 322-3 |
| **12053** | Dwyer, P. L., Glenning, P. P. Anatomy and neurology of the lower urinary tract. Curr Opin Obstet Gynecol. 1990 Aug; 2: 573-9 |
| **12054** | Sand, P. K., Brubaker, L. T. Advances in nonoperative treatment of genuine stress incontinence. Curr Opin Obstet Gynecol. 1990 Aug; 2: 599-604 |
| **12055** | Sommer, P., Bauer, T., Nielsen, K. K., Kristensen, E. S., Hermann, G. G., Steven, K., Nordling, J. Voiding patterns and prevalence of incontinence in women. A questionnaire survey. Br J Urol. 1990 Jul; 66: 12-5 |
| **12056** | Ramon, J., Mekras, J. A., Webster, G. D. The outcome of transvaginal cystourethropexy in patients with anatomical stress urinary incontinence and outlet weakness. J Urol. 1990 Jul; 144: 106-8; discussion 108-9 |
| **12057** | Wall, L. L., Wang, K., Robson, I., Stanton, S. L. The Pyridium pad test for diagnosing urinary incontinence. A comparative study of asymptomatic and incontinent women. J Reprod Med. 1990 Jul; 35: 682-4 |
| **12058** | Langer, R., Golan, A., Ron-El, R., Neuman, M., Pansky, M., Bukovsky, I., Caspi, E. Colposuspension for urinary stress incontinence in premenopausal and postmenopausal women. Surg Gynecol Obstet. 1990 Jul; 171: 13-6 |
| **12059** | Bergman, A., Bader, K. Reliability of the patient's history in the diagnosis of urinary incontinence. Int J Gynaecol Obstet. 1990 Jul; 32: 255-9 |
| **12060** | Dixon, P. J., Christmas, T. J., Chapple, C. R. Stress incontinence due to pelvic floor muscle involvement in limb-girdle muscular dystrophy. Br J Urol. 1990 Jun; 65: 653-4 |
| **12061** | Casanova, J. E. Incontinence after use of enalapril. J Urol. 1990 Jun; 143: 1237-8 |
| **12062** | Susset, J. G., Galea, G., Read, L. Biofeedback therapy for female incontinence due to low urethral resistance. J Urol. 1990 Jun; 143: 1205-8 |
| **12063** | Lim, P. H., Brown, A. D., Chisholm, G. D. The Burch Colposuspension operation for stress urinary incontinence. Singapore Med J. 1990 Jun; 31: 242-6 |
| **12064** | Wall, L. L. The management of detrusor instability. Clin Obstet Gynecol. 1990 Jun; 33: 367-77 |
| **12065** | Bent, A. E. Management of recurrent genuine stress incontinence. Clin Obstet Gynecol. 1990 Jun; 33: 358-66 |
| **12066** | DeLancey, J. O. Anatomy and physiology of urinary continence. Clin Obstet Gynecol. 1990 Jun; 33: 298-307 |
| **12067** | McGuire, E. J. Identifying and managing stress incontinence in the elderly. Geriatrics. 1990 Jun; 45: 44-6, 51-2 |
| **12068** | Michiels, E., Knockaert, D. C., Vanneste, S. B. Infectious osteitis pubis. Neth J Med. 1990 Jun; 36: 297-300 |
| **12069** | Wilson, P. D., Borland, M. Vaginal cones for the treatment of genuine stress incontinence. Aust N Z J Obstet Gynaecol. 1990 May; 30: 157-60 |

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**12070**  Donovan, J. M., Gleason, D. M. Identifying types of female incontinence with retrograde urethrocystography. Urology. 1990 May; 35: 458-63

**12071**  Reid, G. C., DeLancey, J. O., Hopkins, M. P., Roberts, J. A., Morley, G. W. Urinary incontinence following radical vulvectomy. Obstet Gynecol. 1990 May; 75: 852-8

**12072**  Nygaard, I., DeLancey, J. O., Arnsdorf, L., Murphy, E. Exercise and incontinence. Obstet Gynecol. 1990 May; 75: 848-51

**12073**  Benson, J. T., Agosta, A., McClellan, E. Evaluation of a minimal-incision pubovaginal suspension as an adjunct to other pelvic-floor surgery. Obstet Gynecol. 1990 May; 75: 844-7

**12074**  Koelbl, H., Bernaschek, G., Deutinger, J. Assessment of female urinary incontinence by introital sonography. J Clin Ultrasound. 1990 May; 18: 370-4

**12075**  Realini, J. P., Walters, M. D. Vaginal diaphragm rings in the treatment of stress urinary incontinence. J Am Board Fam Pract. 1990 Apr-Jun; 3: 99-103

**12076**  Molander, U., Milsom, I., Ekelund, P., Mellstrom, D. An epidemiological study of urinary incontinence and related urogenital symptoms in elderly women. Maturitas. 1990 Apr; 12: 51-60

**12077**  Ferguson, K. L., McKey, P. L., Bishop, K. R., Kloen, P., Verheul, J. B., Dougherty, M. C. Stress urinary incontinence: effect of pelvic muscle exercise. Obstet Gynecol. 1990 Apr; 75: 671-5

**12078**  Leach, G. E. Urethral resistance after surgery for stress incontinence. Urology. 1990 Apr; 35: 373-4

**12079**  Yu, L. C., Rohner, T. J., Kaltreider, D. L., Hu, T. W., Igou, J. F., Dennis, P. J. Profile of urinary incontinent elderly in long-term care institutions. J Am Geriatr Soc. 1990 Apr; 38: 433-9

**12080**  Lockhart, J. L., Ellis, G. F., Helal, M., Pow-Sang, J. M. Combined cystourethropexy for the treatment of type 3 and complicated female urinary incontinence. J Urol. 1990 Apr; 143: 722-5

**12081**  Versi, E. Discriminant analysis of urethral pressure profilometry data for the diagnosis of genuine stress incontinence. Br J Obstet Gynaecol. 1990 Mar; 97: 251-9

**12082**  Bavendam, T. G. Stress urinary incontinence in women. J Enterostomal Ther. 1990 Mar-Apr; 17: 57-66

**12083**  Raz, S. Vaginal surgery for stress incontinence. J Am Geriatr Soc. 1990 Mar; 38: 345-7

**12084**  Wall, L. L., Addison, W. A. Prazosin-induced stress incontinence. Obstet Gynecol. 1990 Mar; 75: 558-60

**12085**  Karram, M. M., Bhatia, N. N. Patch procedure: modified transvaginal fascia lata sling for recurrent or severe stress urinary incontinence. Obstet Gynecol. 1990 Mar; 75: 461-3

**12086**  Klutke, C., Golomb, J., Barbaric, Z., Raz, S. The anatomy of stress incontinence: magnetic resonance imaging of the female bladder neck and urethra. J Urol. 1990 Mar; 143: 563-6

**12087**  Wenderoth, U. K., Bachor, R., Egghart, G., Frohneberg, D., Miller, K., Hautmann, R. E. The ileal neobladder: experience and results of more than 100 consecutive cases. J Urol. 1990 Mar; 143: 492-6; discussion 496-7

**12088**  Bihrle, W., 3rd, Tarantino, A. F. Complications of retropubic bladder neck suspension. Urology. 1990 Mar; 35: 213-4

**12089**  Stanton, S. L. Suprapubic approaches for stress incontinence in women. J Am Geriatr Soc. 1990 Mar; 38: 348-51

**12090**  Burns, P. A., Pranikoff, K., Nochajski, T., Desotelle, P., Harwood, M. K. Treatment of stress incontinence with pelvic floor exercises and biofeedback. J Am Geriatr Soc. 1990 Mar; 38: 341-4

**12091**  Resnick, N. M. Initial evaluation of the incontinent patient. J Am Geriatr Soc. 1990 Mar; 38: 311-6

**12092**  Griffith-Jones, M. D., Abrams, P. H. The Stamey endoscopic bladder neck suspension in the elderly. Br J Urol. 1990 Feb; 65: 170-2

**12093**  Ashken, M. H. Follow-up results with the Stamey operation for stress incontinence of urine. Br J Urol. 1990 Feb; 65: 168-9

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Procite Number

---

**12094** Battcock, T. M., Castleden, C. M. Pharmacological treatment of urinary incontinence. Br Med Bull. 1990 Jan; 46: 147-55

**12095** van Waalwijk van Doorn, E. S., Zwiers, W. Ambulant monitoring to assess the efficacy of oxybutynin chloride in patients with mixed incontinence. Eur Urol. 1990; 18: 49-51

**12096** Ferriani, R. A., Silva de Sa, M. F., Dias de Moura, M., Charaffedine, M. N., Hockgreb de Freitas Junior, A. Ureteral blockage as a complication of Burch colposuspension: report of 6 cases. Gynecol Obstet Invest. 1990; 29: 239-40

**12097** Bergman, A., Karram, M. M., Bhatia, N. N. Changes in urethral cytology following estrogen administration. Gynecol Obstet Invest. 1990; 29: 211-3

**12098** Thunedborg, P., Fischer-Rasmussen, W., Jensen, S. B. Stress urinary incontinence and posterior bladder suspension defects. Results of vaginal repair versus Burch colposuspension. Acta Obstet Gynecol Scand. 1990; 69: 55-9

**12099** Enzelsberger, H., Schatten, C., Kurz, C., Fitzal, P. Urodynamic and radiologic parameters before and after loop surgery for recurrent urinary stress incontinence. Acta Obstet Gynecol Scand. 1990; 69: 51-4

**12100** Eriksen, B. C., Hagen, B., Eik-Nes, S. H., Molne, K., Mjolnerod, O. K., Romslo, I. Long-term effectiveness of the Burch colposuspension in female urinary stress incontinence. Acta Obstet Gynecol Scand. 1990; 69: 45-50

**12101** Katlowitz, N. M., Karwa, G., Lautin, E. Stress incontinence secondary to a vesicourethral fistula: case report. Urol Radiol. 1990; 12: 37-8

**12102** Parys, B. T., Woolfenden, K. A., Parsons, K. F. Bladder dysfunction after simple hysterectomy: urodynamic and neurological evaluation. Eur Urol. 1990; 17: 129-33

**12103** Cucchi, A. Acceleration of flow rate as a screening test for detrusor instability in women with stress incontinence. Br J Urol. 1990 Jan; 65: 17-9

**12104** Olah, K. S., Bridges, N., Denning, J., Farrar, D. J. The conservative management of patients with symptoms of stress incontinence: a randomized, prospective study comparing weighted vaginal cones and interferential therapy. Am J Obstet Gynecol. 1990 Jan; 162: 87-92

**12105** Kohorn, E. I. Negative Q-tip test as a risk factor for failed incontinence surgery in women. J Reprod Med. 1990 Jan; 35: 68

**12106** Koonings, P. P., Bergman, A., Ballard, C. A. Prostaglandins for enhancing detrusor function after surgery for stress incontinence in women. J Reprod Med. 1990 Jan; 35: 1-5

**12107** Walters, M. D., Taylor, S., Schoenfeld, L. S. Psychosexual study of women with detrusor instability. Obstet Gynecol. 1990 Jan; 75: 22-6

**12108** Loughlin, K. R., Whitmore, W. F., 3rd, Gittes, R. F., Richie, J. P. Review of an 8-year experience with modifications of endoscopic suspension of the bladder neck for female stress urinary incontinence. J Urol. 1990 Jan; 143: 44-5

**12109** Rockner, G. Urinary incontinence after perineal trauma at childbirth. Scand J Caring Sci. 1990; 4: 169-72

**12110** Eriksen, B. C., Sandvik, H., Hunskaar, S. Management of urinary incontinence in gynecological practice in Norway. Acta Obstet Gynecol Scand. 1990; 69: 515-9

**12111** Jonasson, A., Larsson, B., Pschera, H., Nylund, L. Short-term maximal electrical stimulation--a conservative treatment of urinary incontinence. Gynecol Obstet Invest. 1990; 30: 120-3

**12112** Ahlstrom, K., Sandahl, B., Sjoberg, B., Ulmsten, U., Stormby, N., Lindskog, M. Effect of combined treatment with phenylpropanolamine and estriol, compared with estriol treatment alone, in postmenopausal women with stress urinary incontinence. Gynecol Obstet Invest. 1990; 30: 37-43

**12113** Burgio, K. L. Behavioral training for stress and urge incontinence in the community. Gerontology. 1990; 36 Suppl 2: 27-34

**12114** Benassayag, E. Simple surgical procedure for urinary stress incontinence. Eur Urol. 1990; 18: 68-70

# American Urological Association, Inc.

## SUI Guidelines Panel

**12115**    Poryazov, K. Once more on G. Marion's operation in the treatment of urinary stress incontinence (in memoriam--70 years after its introduction). Folia Med (Plovdiv). 1990; 32: 20-2

**12116**    Poryazov, K. The therapeutic effect of treatment of urinary stress incontinence with estriol. Folia Med (Plovdiv). 1990; 32: 16-9

**12117**    Poryazov, K. Modified Marshall-Marchetti-Krantz method by Joseph A. Riggs in urinary stress incontinence (our experience--a preliminary report). Folia Med (Plovdiv). 1990; 32: 26-9

**12118**    Porjazov, K. A ten-year follow-up of postoperative results of the treatment of urinary incontinence. Folia Med (Plovdiv). 1990; 32: 26-8

**12119**    Penttinen, J. Female genuine stress incontinence. A study with single cough urethrocystometry using a six-microtransducer catheter. Acta Obstet Gynecol Scand. 1990; 69: 673

**12120**    Petros, P. E., Ulmsten, U. I. Pregnancy effects on the intravaginal sling operation. Acta Obstet Gynecol Scand Suppl. 1990; 153: 77-8

**12121**    Petros, P. E., Ulmsten, U. I. Cure of stress incontinence by repair of external anal sphincter. Two case reports. Acta Obstet Gynecol Scand Suppl. 1990; 153: 75

**12122**    Petros, P. E., Ulmsten, U. I. The role of a lax posterior vaginal fornix in the causation of stress and urgency symptoms: a preliminary report. Acta Obstet Gynecol Scand Suppl. 1990; 153: 71-3

**12123**    Petros, P. E., Ulmsten, U. I. An integral theory of female urinary incontinence. Experimental and clinical considerations. Acta Obstet Gynecol Scand Suppl. 1990; 153: 7-31

**12124**    Petros, P. E., Ulmsten, U. I. Non stress non urge female urinary incontinence--diagnosis and cure: a preliminary report. Acta Obstet Gynecol Scand Suppl. 1990; 153: 69-70

**12125**    Petros, P. E., Ulmsten, U. I. The tethered vagina syndrome, post surgical incontinence and I-plasty operation for cure. Acta Obstet Gynecol Scand Suppl. 1990; 153: 63-7

**12126**    Petros, P. E., Ulmsten, U. I. Cure of urge incontinence by the combined intravaginal sling and tuck operation. Acta Obstet Gynecol Scand Suppl. 1990; 153: 61-2

**12127**    Petros, P. E., Ulmsten, U. I. The combined intravaginal sling and tuck operation. An ambulatory procedure for cure of stress and urge incontinence. Acta Obstet Gynecol Scand Suppl. 1990; 153: 53-9

**12128**    Petros, P. E., Ulmsten, U. I., Papadimitriou, J. The autogenic ligament procedure: a technique for planned formation of an artificial neo-ligament. Acta Obstet Gynecol Scand Suppl. 1990; 153: 43-51

**12129**    Petros, P. E., Ulmsten, U. I. The tuck procedure: a simplified vaginal repair for treatment of female urinary incontinence. Acta Obstet Gynecol Scand Suppl. 1990; 153: 41-2

**12130**    Petros, P. E., Ulmsten, U. I. Cough transmission ratio: an indicator of suburethral vaginal wall tension rather than urethral closure?. Acta Obstet Gynecol Scand Suppl. 1990; 153: 37-9

**12131**    Petros, P. E., Ulmsten, U. I. Pinch test for diagnosis of stress urinary incontinence. Acta Obstet Gynecol Scand Suppl. 1990; 153: 33-5

**30112**    Al-Hadithi, H., Tincello, D. G., Vince, G. S., Richmond, D. H. Leukocyte populations in interstitial cystitis and idiopathic reduced bladder storage. Urology. 2002 Jun; 59: 851-5

**30220**    Larsson, U. E., Mattsson, E. Perceived disability and observed functional limitations in obese women. Int J Obes Relat Metab Disord. 2001 Nov; 25: 1705-12

**30223**    Fernandez, H. H., Tabamo, R. E., David, R. R., Friedman, J. H. Predictors of depressive symptoms among spouse caregivers in Parkinson's disease. Mov Disord. 2001 Nov; 16: 1123-5

**30322**    Shimizu, I., Ishii, D., Kawashima, K., Oka, M., Hosoki, K. Pharmacological effect of amezinium on urethra and bladder of rabbits. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 170-7

**30344**    Maher, C. F., Murray, C. J., Carey, M. P., Dwyer, P. L., Ugoni, A. M. Iliococcygeus or sacrospinous fixation for vaginal vault prolapse. Obstet Gynecol. 2001 Jul; 98: 40-4

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

**30345**  Rosenblum, N., Nitti, V. W. Post-urethral suspension obstruction. Curr Opin Urol. 2001 Jul; 11: 411-6

**30428**  Kochakarn, W., Ratana-Olarn, K., Viseshsindh, V., Leenanupunth, C., Muangman, V. Urethral diverticulum in females: 25 years experience at Ramathibodi Hospital. J Med Assoc Thai. 2000 Dec; 83: 1437-41

**30442**  Johanson, R., Rigby, C., Jones, P. Democratic prioritization of maternity care: a rational basis for planning a clinical effectiveness programme. J Public Health Med. 2000 Dec; 22: 486-91

**30453**  Bo, K., Lilleas, F., Talseth, T., Hedland, H. Dynamic MRI of the pelvic floor muscles in an upright sitting position. Neurourol Urodyn. 2001; 20: 167-74

**30495**  Rompel, R., Mischke, A. L., Langner, C., Happle, R. Linear atrophoderma of Moulin. Eur J Dermatol. 2000 Dec; 10: 611-3

**30500**  Ewies, A. A., Olah, K. S. Subtotal abdominal hysterectomy: a surgical advance or a backward step?. BJOG. 2000 Nov; 107: 1376-9

**30501**  Fox, S. D., Stanton, S. L. Vault prolapse and rectocele: assessment of repair using sacrocolpopexy with mesh interposition. BJOG. 2000 Nov; 107: 1371-5

**30656**  Tamer, S. K. The pediatric non-epileptic seizure. Indian J Pediatr. 1997 Sep-Oct; 64: 671-6

**30670**  Siskin, G. P., Stainken, B. F., Dowling, K., Meo, P., Ahn, J., Dolen, E. G. Outpatient uterine artery embolization for symptomatic uterine fibroids: experience in 49 patients. J Vasc Interv Radiol. 2000 Mar; 11: 305-11

**30732**  Hale, D. S., Rogers, R. M., Jr Abdominal sacrospinous ligament colposuspension. Obstet Gynecol. 1999 Dec; 94: 1039-41

**30740**  Kumar, A., Mandhani, A., Gogoi, S., Srivastava, A. Management of functional bladder neck obstruction in women: use of alpha-blockers and pediatric resectoscope for bladder neck incision. J Urol. 1999 Dec; 162: 2061-5

**30848**  Gordon, D., Groutz, A., Goldman, G., Avni, A., Wolf, Y., Lessing, J. B., David, M. P. Anal incontinence: prevalence among female patients attending a urogynecologic clinic. Neurourol Urodyn. 1999; 18: 199-204

**30933**  Ozcan, U., Gungor, T., Ekin, M., Eken, S. Sacrospinous fixation for the prolapsed vaginal vault. Gynecol Obstet Invest. 1999; 47: 65-8

**30974**  Hewson, A. D. Transvaginal sacrospinous colpopexy for posthysterectomy vault prolapse. Aust N Z J Obstet Gynaecol. 1998 Aug; 38: 318-24

**31051**  Hassink, E. A., Brugman-Boezeman, A. T., Robbroeckx, L. M., Rieu, P. N., van Kuyk, E. M., Wels, P. M., Festen, C. Parenting children with anorectal malformations: implications and experiences. Pediatr Surg Int. 1998 Jul; 13: 377-83

**31178**  Wu, V., Farrell, S. A., Baskett, T. F., Flowerdew, G. A simplified protocol for pessary management. Obstet Gynecol. 1997 Dec; 90: 990-4

**31196**  Strinic, T., Eterovic, D., Dujic, Z., Markovic, V., Tocilj, J. Spirometric disorders in women with genital descensus. Acta Obstet Gynecol Scand. 1997 Oct; 76: 879-83

**31232**  Chan, F. Y., Chau, M. T., Pun, T. C., Lam, C., Leong, L. Transperineal versus transvaginal color Doppler imaging of the uterine circulation. J Clin Ultrasound. 1997 Jul-Aug; 25: 293-9

**31249**  Heok, K. E., Li, T. S. Stress of caregivers of dementia patients in the Singapore Chinese family. Int J Geriatr Psychiatry. 1997 Apr; 12: 466-9

**31266**  Knight, R. G., Devereux, R. C., Godfrey, H. P. Psychosocial consequences of caring for a spouse with multiple sclerosis. J Clin Exp Neuropsychol. 1997 Feb; 19: 7-19

**31300**  von Gontard, A., Hollmann, E., Eiberg, H., Benden, B., Rittig, S., Lehmkuhl, G. Clinical enuresis phenotypes in familial nocturnal enuresis. Scand J Urol Nephrol Suppl. 1997; 183: 11-6

**31315**  Taniguchi, N., Hamada, K., Ogasawara, T., Ukai, Y., Yoshikuni, Y., Kimura, K. NS-49, an alpha 1A-adrenoceptor agonist, selectively increases intraurethral pressure in dogs. Eur J Pharmacol. 1996 Dec 27; 318: 117-22

**31322**  Kohli, N., Sze, E. H., Roat, T. W., Karram, M. M. Incidence of recurrent cystocele after anterior colporrhaphy with and without concomitant transvaginal needle suspension. Am J Obstet Gynecol. 1996 Dec; 175: 1476-80; discussion 1480-2

**31358**  Arrowsmith, S., Hamlin, E. C., Wall, L. L. Obstructed labor injury complex: obstetric fistula formation and the multifaceted morbidity of maternal birth trauma in the developing world. Obstet Gynecol Surv. 1996 Sep; 51: 568-74

**31572**  Noyes, W. R., Bastin, K., Edwards, S. A., Buchler, D. A., Stitt, J. A., Thomadsen, B. R., Fowler, J. F., Kinsella, T. J. Postoperative vaginal cuff irradiation using high dose rate remote afterloading: a phase II clinical protocol. Int J Radiat Oncol Biol Phys. 1995 Jul 30; 32: 1439-43

**31585**  Silverman, M., Musa, D., Martin, D. C., Lave, J. R., Adams, J., Ricci, E. M. Evaluation of outpatient geriatric assessment: a randomized multi-site trial. J Am Geriatr Soc. 1995 Jul; 43: 733-40

**31608**  Blaivas, J. G., Heritz, D. M., Romanzi, L. J. Early versus late repair of vesicovaginal fistulas: vaginal and abdominal approaches. J Urol. 1995 Apr; 153: 1110-2; discussion 1112-3

**31637**  Norton, P. A., Baker, J. E., Sharp, H. C., Warenski, J. C. Genitourinary prolapse and joint hypermobility in women. Obstet Gynecol. 1995 Feb; 85: 225-8

**31717**  Carey, M. P., Slack, M. C. Transvaginal sacrospinous colpopexy for vault and marked uterovaginal prolapse. Br J Obstet Gynaecol. 1994 Jun; 101: 536-40

**31721**  Watson, V. The duration of the second stage of labour. Mod Midwife. 1994 Jun; 4: 21-2

**31724**  Hill, J., Corson, R. J., Brandon, H., Redford, J., Faragher, E. B., Kiff, E. S. History and examination in the assessment of patients with idiopathic fecal incontinence. Dis Colon Rectum. 1994 May; 37: 473-7

**31797**  Elbadawi, A., Yalla, S. V., Resnick, N. M. Structural basis of geriatric voiding dysfunction. II. Aging detrusor: normal versus impaired contractility. J Urol. 1993 Nov; 150: 1657-67

**31822**  Longstreth, G. F. Bowel patterns and anxiety. Demographic factors. J Clin Gastroenterol. 1993 Sep; 17: 128-32

**31823**  Longstreth, G. F., Wolde-Tsadik, G. Irritable bowel-type symptoms in HMO examinees. Prevalence, demographics, and clinical correlates. Dig Dis Sci. 1993 Sep; 38: 1581-9

**31900**  Backer, M. H.,  Jr Success with sacrospinous suspension of the prolapsed vaginal vault. Surg Gynecol Obstet. 1992 Nov; 175: 419-20

**31907**  Summitt, R. L.,  Jr, Stovall, T. G. Urethral diverticula: evaluation by urethral pressure profilometry, cystourethroscopy, and the voiding cystourethrogram. Obstet Gynecol. 1992 Oct; 80: 695-9

**31955**  Elkins, T. E., Ghosh, T. S., Tagoe, G. A., Stocker, R. Transvaginal mobilization and utilization of the anterior bladder wall to repair vesicovaginal fistulas involving the urethra. Obstet Gynecol. 1992 Mar; 79: 455-60

**32052**  Major, O., Sipos, L., Czirjak, S., Benoist, G., Horvath, M., Pasztor, E. Spontaneous spinal epidural haematomas. Acta Neurochir (Wien). 1991; 111: 40-2

**32062**  Rosing, U., Fianu, S., Larsson, B. A new surgical technique for repairing cystocele in hysterectomized women. J Gynecol Surg. 1990 Winter; 6: 281-5

**32138**  Redman, J. F. Female urologic diagnostic techniques. Urol Clin North Am. 1990 Feb; 17: 5-8

**32163**  Holschneider, A. M. Secondary sagittal posterior anorectoplasty. Prog Pediatr Surg. 1990; 25: 103-17

**40000**  Rollins, G. Behavior management improves urinary incontinence in older women living at home. Rep Med Guidel Outcomes Res. 2002 Mar 8; 13: 7-9

**40001**  Burgio, K. L., Goode, P. S., Locher, J. L., Umlauf, M. G., Roth, D. L., Richter, H. E., Varner, R. E., Lloyd, L. K. Behavioral training with and without biofeedback in the treatment of urge incontinence in older women: a randomized controlled trial. JAMA. 2002 Nov 13; 288: 2293-9

**40002**  Maloney, C. M., Cafiero, M. Achieving bladder control. Treatment in the primary care setting. Adv Nurse Pract. 2002 May; 10: 73-8

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

40003  Hsieh, C. L., Sheu, C. F., Hsueh, I. P., Wang, C. H. Trunk control as an early predictor of comprehensive activities of daily living function in stroke patients. Stroke. 2002 Nov; 33: 2626-30

40007  McGuire, E. J. Editorial: Sling procedures for incontinence. J Urol. 2002 Nov; 168: 2069

40010  Graham, C. W., Dmochowski, R. R., Faerber, G. J., Clemens, J. Q., Westney, O. L. Pubic osteomyelitis following bladder neck surgery using bone anchors: a report of 9 cases. J Urol. 2002 Nov; 168: 2055-7; discussion 2057-8

40011  Scheepens, W. A., de Bie, R. A., Weil, E. H., van Kerrebroeck, P. E. Unilateral versus bilateral sacral neuromodulation in patients with chronic voiding dysfunction. J Urol. 2002 Nov; 168: 2046-50

40012  Yoshimura, N., Chancellor, M. B. Current and future pharmacological treatment for overactive bladder. J Urol. 2002 Nov; 168: 1897-913

40013  Etus, V., Akansel, G., Ilbay, K., Koc, K., Ceylan, S. Multiple sclerosis and coexisting intradural extramedullary spinal cord tumour: a case report. Neurol Sci. 2002 Sep; 23: 119-22

40014  O'Boyle, A. L., Davis, G. D., Calhoun, B. C. Informed consent and birth: protecting the pelvic floor and ourselves. Am J Obstet Gynecol. 2002 Oct; 187: 981-3

40015  Bump, R. C. Advising prospective mothers about the maternal morbidity of vaginal childbirth. Am J Obstet Gynecol. 2002 Oct; 187: 823

40020  Meschia, M., Buonaguidi, A., Pifarotti, P., Somigliana, E., Spennacchio, M., Amicarelli, F. Prevalence of anal incontinence in women with symptoms of urinary incontinence and genital prolapse. Obstet Gynecol. 2002 Oct; 100: 719-23

40022  Clark, T., Pope, J. C., 4th, Adams, C., Wells, N., Brock, J. W., 3rd Factors that influence outcomes of the Mitrofanoff and Malone antegrade continence enema reconstructive procedures in children. J Urol. 2002 Oct; 168: 1537-40; discussion 1540

40026  Colvert, J. R., 3rd, Kropp, B. P., Cheng, E. Y., Pope, J. C., 4th, Brock, J. W., 3rd, Adams, M. C., Austin, P., Furness, P. D., 3rd, Koyle, M. A. The use of small intestinal submucosa as an off-the-shelf urethral sling material for pediatric urinary incontinence. J Urol. 2002 Oct; 168: 1872-5; discussion 1875-6

40027  Caione, P., Capozza, N. Endoscopic treatment of urinary incontinence in pediatric patients: 2- year experience with dextranomer/hyaluronic acid copolymer. J Urol. 2002 Oct; 168: 1868-71

40028  Lottmann, H. B., Margaryan, M., Bernuy, M., Rouffet, M. J., Bau, M. O., El-Ghoneimi, A., Aigrain, Y., Stenberg, A., Lackgren, G. The effect of endoscopic injections of dextranomer based implants on continence and bladder capacity: a prospective study of 31 patients. J Urol. 2002 Oct; 168: 1863-7; discussion 1867

40029  Medel, R., Ruarte, A. C., Herrera, M., Castera, R., Podesta, M. L. Urinary continence outcome after augmentation ileocystoplasty as a single surgical procedure in patients with myelodysplasia. J Urol. 2002 Oct; 168: 1849-52

40030  Capozza, N., Lais, A., Matarazzo, E., Nappo, S., Patricolo, M., Caione, P. Influence of voiding dysfunction on the outcome of endoscopic treatment for vesicoureteral reflux. J Urol. 2002 Oct; 168: 1695-8

40034  Palmer, M. H., Baumgarten, M., Langenberg, P., Carson, J. L. Risk factors for hospital-acquired incontinence in elderly female hip fracture patients. J Gerontol A Biol Sci Med Sci. 2002 Oct; 57: M672-7

40036  Goldstein, S. R., Nanavati, N. Adverse events that are associated with the selective estrogen receptor modulator levormeloxifene in an aborted phase III osteoporosis treatment study. Am J Obstet Gynecol. 2002 Sep; 187: 521-7

40037  Papais-Alvarenga, R. M., Miranda-Santos, C. M., Puccioni-Sohler, M., de Almeida, A. M., Oliveira, S., Basilio De Oliveira, C. A., Alvarenga, H., Poser, C. M. Optic neuromyelitis syndrome in Brazilian patients. J Neurol Neurosurg Psychiatry. 2002 Oct; 73: 429-35

40039  Rabah, D. M., Spiess, P. E., Begin, L. R., Corcos, J. Tissue reaction of the rabbit urinary bladder to tension-free vaginal tape and porcine small intestinal submucosa. BJU Int. 2002 Oct; 90: 601-6

40040  Van der Werf, B. A., Creed, K. E. Mechanical properties and innervation of the smooth muscle layers of the urethra of greyhounds. BJU Int. 2002 Oct; 90: 588-95

# American Urological Association, Inc.

## SUI Guidelines Panel

**40044** Torres, C., Ciocon, J. O., Galindo, D., Ciocon, D. G. Clinical approach to urinary incontinence: a comparison between internists and geriatricians. Int Urol Nephrol. 2001; 33: 549-52

**40047** Simpler solutions for incontinence. Health News. 2002 Sep; 8: 9

**40049** Wilson, T. S., Zimmern, P. E. Urinary incontinence in elderly women. Contemp Longterm Care. 2002 Aug; 25: 18-20

**40050** Kim, H. H., Kang, J., Kwak, C., Byun, S. S., Oh, S. J., Choi, H. Laparoscopy for definite localization and simultaneous treatment of ectopic ureter draining a dysplastic kidney in children. J Endourol. 2002 Aug; 16: 363-6

**40052** Pomfret, I. Developing a multidisciplinary continence service. Nurs Times. 2002 Jan 24-30; 98: 48

**40053** Coyne, K., Revicki, D., Hunt, T., Corey, R., Stewart, W., Bentkover, J., Kurth, H., Abrams, P. Psychometric validation of an overactive bladder symptom and health- related quality of life questionnaire: the OAB-q. Qual Life Res. 2002 Sep; 11: 563-74

**40055** Simeonsson, R. J., McMillen, J. S., Huntington, G. S. Secondary conditions in children with disabilities: spina bifida as a case example. Ment Retard Dev Disabil Res Rev. 2002; 8: 198-205

**40056** Harris, P. F. Medical issues and hormone replacement therapy. Curr Womens Health Rep. 2002 Oct; 2: 373-81

**40058** Thomas, S. Continence in older people: a priority for primary care. Nurs Stand. 2001 Mar 7-13; 15: 45-50; quiz 52, 55

**40059** Woodman, P. J., Graney, D. O. Anatomy and physiology of the female perineal body with relevance to obstetrical injury and repair. Clin Anat. 2002 Aug; 15: 321-34

**40062** De Paepe, H., Renson, C., Hoebeke, P., Raes, A., Van Laecke, E., Vande Walle, J. The role of pelvic-floor therapy in the treatment of lower urinary tract dysfunctions in children. Scand J Urol Nephrol. 2002; 36: 260-7

**40063** Gupta, G., Aronow, W. S. Hormone replacement therapy. An analysis of efficacy based on evidence. Geriatrics. 2002 Aug; 57: 18-20, 23-4

**40064** Endo, J. O., Chen, S., Potter, J. F., Ranno, A. E., Asadullah, S., Lahiri, P. Vitamin B(12) deficiency and incontinence: is there an association?. J Gerontol A Biol Sci Med Sci. 2002 Sep; 57: M583-7

**40072** Haderer, J. M., Pannu, H. K., Genadry, R., Hutchins, G. M. Controversies in female urethral anatomy and their significance for understanding urinary continence: observations and literature review. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 236-52

**40076** Fleischmann, N., Christ, G., Sclafani, T., Melman, A. The effect of ovariectomy and long-term estrogen replacement on bladder structure and function in the rat. J Urol. 2002 Sep; 168: 1265-8

**40078** Taskinen, S., Valanne, L., Rintala, R. Effect of spinal cord abnormalities on the function of the lower urinary tract in patients with anorectal abnormalities. J Urol. 2002 Sep; 168: 1147-9

**40081** Fujishiro, T., Takahashi, S., Enomoto, H., Ugawa, Y., Ueno, S., Kitamura, T. Magnetic stimulation of the sacral roots for the treatment of urinary frequency and urge incontinence: an investigational study and placebo controlled trial. J Urol. 2002 Sep; 168: 1036-9

**40082** Michel, M. C., Schneider, T., Krege, S., Goepel, M. Does gender or age affect the efficacy and safety of tolterodine?. J Urol. 2002 Sep; 168: 1027-31

**40083** Corcos, J., Beaulieu, S., Donovan, J., Naughton, M., Gotoh, M. Quality of life assessment in men and women with urinary incontinence. J Urol. 2002 Sep; 168: 896-905

**40084** Klotz, R., Joseph, P. A., Ravaud, J. F., Wiart, L., Barat, M. The Tetrafigap Survey on the long-term outcome of tetraplegic spinal cord injured persons: Part III. Medical complications and associated factors. Spinal Cord. 2002 Sep; 40: 457-67

**40085** Chartier-Kastler, E. J., Mozer, P., Denys, P., Bitker, M. O., Haertig, A., Richard, F. Neurogenic bladder management and cutaneous non-continent ileal conduit. Spinal Cord. 2002 Sep; 40: 443-8

# Appendix A6: Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

40086    Braverman, A. S., Tallarida, R. J., Ruggieri, M. R.,  Sr Interaction between muscarinic receptor subtype signal transduction pathways mediating bladder contraction. Am J Physiol Regul Integr Comp Physiol. 2002 Sep; 283: R663-8

40090    Soulie, M., Seguin, P., Martel, P., Vazzoler, N., Mouly, P., Plante, P. A modified intussuscepted nipple in the Kock pouch urinary diversion: assessment of perioperative complications and functional results. BJU Int. 2002 Sep; 90: 397-402

40091    Leung, H. Y., Yip, S. K., Cheon, C., Liu, Y. S., Lau, J., Wong, H. K., Chung, K. H. A randomized controlled trial of tolterodine and oxybutynin on tolerability and clinical efficacy for treating Chinese women with an overactive bladder. BJU Int. 2002 Sep; 90: 375-80

40094    Wu, W. J., Chiang, P. H., Huang, C. H. Retroperitoneal laparoscopic nephrectomy in the treatment of incontinence from ectopic ureter with renal hypoplasia in the child--a case report. Kaohsiung J Med Sci. 2001 Dec; 17: 626-9

40095    Nixon, G. M., Glazner, J. A., Martin, J. M., Sawyer, S. M. Urinary incontinence in female adolescents with cystic fibrosis. Pediatrics. 2002 Aug; 110: e22

40096    Girman, C. J., Chandler, J. M., Zimmerman, S. I., Martin, A. R., Hawkes, W., Hebel, J. R., Sloane, P. D., Magaziner, J. Prediction of fracture in nursing home residents. J Am Geriatr Soc. 2002 Aug; 50: 1341-7

40097    Zannolli, R., Gilman, S., Rossi, S., Volpi, N., Bernini, A., Galluzzi, P., Galimberti, D., Pucci, L., D'Ambrosio, A., Morgese, G., Giannini, F. Hereditary neuronal intranuclear inclusion disease with autonomic failure and cerebellar degeneration. Arch Neurol. 2002 Aug; 59: 1319-26

40098    Milne, J. The impact of information on health behaviors of older adults with urinary incontinence. Clin Nurs Res. 2000 May; 9: 161-76

40101    Keil, K. Urogenital atrophy: diagnosis, sequelae, and management. Curr Womens Health Rep. 2002 Aug; 2: 305-11

40103    Rahman, M., Gafur, M. A., Sarwar, J., Rahman, M. M. Urinary incontinence due to duplication of ureter--a case report. Mymensingh Med J. 2002 Jan; 11: 29-31

40104    Locher, J. L., Burgio, K. L., Goode, P. S., Roth, D. L., Rodriguez, E. Effects of age and causal attribution to aging on health-related behaviors associated with urinary incontinence in older women. Gerontologist. 2002 Aug; 42: 515-21

40105    Marret, E., Pruszkowski, O., Deleuze, A., Bonnet, F. Accelerated idioventricular rhythm associated with desflurane administration. Anesth Analg. 2002 Aug; 95: 319-21, table of contents

40106     Bibliography. Current world literature. Voiding dysfunction and female urology. Curr Opin Urol. 2002 Jul; 12: 363-9

40111    Soroka, D., Drutz, H. P., Glazener, C. M., Hay-Smith, E. J., Ross, S. Perineal pad test in evaluating outcome of treatments for female incontinence: a systematic review. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 165-75

40112    Walter, A. J., Buller, J. L., Davis, G. Variability of reported techniques for performance of the pubovaginal sling procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 160-4; discussion 164

40113    Dietz, H. P., Jarvis, S. K., Vancaillie, T. G. The assessment of levator muscle strength: a validation of three ultrasound techniques. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 156-9; discussion 159

40115    Choi, I. S. Parkinsonism after carbon monoxide poisoning. Eur Neurol. 2002; 48: 30-3

40116    Wraige, E., Borzyskowski, M. Investigation of daytime wetting: when is spinal cord imaging indicated?. Arch Dis Child. 2002 Aug; 87: 151-5

40117    Glazener, C. M., Lapitan, M. C. Urodynamic investigations for management of urinary incontinence in adults. Cochrane Database Syst Rev. 2002; : CD003195

40120    Anderson, R. C., Grant, J. J., de la Paz, F., Frucht, S., Goodman, R. R. Volumetric measurements in the detection of reduced ventricular volume in patients with normal-pressure hydrocephalus whose clinical condition improved after ventriculoperitoneal shunt placement. J Neurosurg. 2002 Jul; 97: 73-9

September  2009         © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

**40121**  De Ganck, J., Everaert, K., Van Laecke, E., Oosterlinck, W., Hoebeke, P. A high easy-to-treat complication rate is the price for a continent stoma. BJU Int. 2002 Aug; 90: 240-3

**40123**  Shaw, C., Matthews, R. J., Perry, S. I., Assassa, R. P., Williams, K., McGrother, C., Dallosso, H., Jagger, C., Mayne, C., Clarke, M. Validity and reliability of an interviewer-administered questionnaire to measure the severity of lower urinary tract symptoms of storage abnormality: the Leicester Urinary Symptom Questionnaire. BJU Int. 2002 Aug; 90: 205-15

**40124**  Holmes, N. M., Coplen, D. E., Strand, W., Husmann, D., Baskin, L. S. Is bladder dysfunction and incontinence associated with ureteroceles congenital or acquired?. J Urol. 2002 Aug; 168: 718-9

**40126**  Dmochowski, R. R., Davila, G. W., Zinner, N. R., Gittelman, M. C., Saltzstein, D. R., Lyttle, S., Sanders, S. W. Efficacy and safety of transdermal oxybutynin in patients with urge and mixed urinary incontinence. J Urol. 2002 Aug; 168: 580-6

**40127**  Silva, C., Ribeiro, M. J., Cruz, F. The effect of intravesical resiniferatoxin in patients with idiopathic detrusor instability suggests that involuntary detrusor contractions are triggered by C-fiber input. J Urol. 2002 Aug; 168: 575-9

**40128**  Kalita, J., Shah, S., Kapoor, R., Misra, U. K. Bladder dysfunction in acute transverse myelitis: magnetic resonance imaging and neurophysiological and urodynamic correlations. J Neurol Neurosurg Psychiatry. 2002 Aug; 73: 154-9

**40139**  Hullfish, K. L., Bovbjerg, V. E., Gibson, J., Steers, W. D. Patient-centered goals for pelvic floor dysfunction surgery: what is success, and is it achieved?. Am J Obstet Gynecol. 2002 Jul; 187: 88-92

**40141**  Elia, G., Bergman, J., Dye, T. D. Familial incidence of urinary incontinence. Am J Obstet Gynecol. 2002 Jul; 187: 53-5

**40145**  Pursley, H. G., Kwolek, D. S. A women's health track for internal medicine residents using evidence- based medicine. Acad Med. 2002 Jul; 77: 743-4

**40146**  Donato, D. M., Waller-Smith, S. The vaginal-psoas suspension repair of uterovaginal prolapse. J Am Coll Surg. 2002 Jul; 195: 51-4

**40147**  Heit, M., Mudd, K., Culligan, P. Prevention of childbirth injuries to the pelvic floor. Curr Womens Health Rep. 2001 Aug; 1: 72-80

**40150**  Valente, E. M., Brancati, F., Caputo, V., Bertini, E., Patrono, C., Costanti, D., Dallapiccola, B. Novel locus for autosomal dominant pure hereditary spastic paraplegia (SPG19) maps to chromosome 9q33-q34. Ann Neurol. 2002 Jun; 51: 681-5

**40151**  Savolainen, S., Hurskainen, H., Paljarvi, L., Alafuzoff, I., Vapalahti, M. Five-year outcome of normal pressure hydrocephalus with or without a shunt: predictive value of the clinical signs, neuropsychological evaluation and infusion test. Acta Neurochir (Wien). 2002 Jun; 144: 515-23; discussion 523

**40153**  Baskerville, J. R., McAninch, S. A. Focal lingual dystonia, urinary incontinence, and sensory deficits secondary to low voltage electrocution: case report and literature review. Emerg Med J. 2002 Jul; 19: 368-71

**40157**  Warshaw, E., Nix, D., Kula, J., Markon, C. E. Clinical and cost effectiveness of a cleanser protectant lotion for treatment of perineal skin breakdown in low-risk patients with incontinence. Ostomy Wound Manage. 2002 Jun; 48: 44-51

**40166**  Hay-Smith, J., Herbison, P., Morkved, S. Physical therapies for prevention of urinary and faecal incontinence in adults. Cochrane Database Syst Rev. 2002; : CD003191

**40169**  Kreder, K., Mayne, C., Jonas, U. Long-term safety, tolerability and efficacy of extended-release tolterodine in the treatment of overactive bladder. Eur Urol. 2002 Jun; 41: 588-95

**40170**  Berghmans, B., van Waalwijk van Doorn, E., Nieman, F., de Bie, R., van den Brandt, P., Van Kerrebroeck, P. Efficacy of physical therapeutic modalities in women with proven bladder overactivity. Eur Urol. 2002 Jun; 41: 581-7

**40174**  Cooper, P., Gray, D. Comparison of two skin care regimes for incontinence. Br J Nurs. 2001 Mar; 10: S6, S8, S10 passim

**American Urological Association, Inc.**

SUI Guidelines Panel

40175   Singer, M. A., Cintron, J. R., Fleshman, J. W., Chaudhry, V., Birnbaum, E. H., Read, T. E., Spitz, J. S., Abcarian, H. Early experience with stapled hemorrhoidectomy in the United States. Dis Colon Rectum. 2002 Mar; 45: 360-7; discussion 367-9

40176   Armstrong, D. N., Frankum, C., Schertzer, M. E., Ambroze, W. L., Orangio, G. R. Harmonic scalpel hemorrhoidectomy: five hundred consecutive cases. Dis Colon Rectum. 2002 Mar; 45: 354-9

40179   Brennan, M. L., Evans, A. Why catheterize?: audit findings on the use of urinary catheters. Br J Nurs. 2001 May 10-23; 10: 580-90

40180   Dixon, G. R., Friedman, J. A., Luetmer, P. H., Quast, L. M., McClelland, R. L., Petersen, R. C., Maher, C. O., Ebersold, M. J. Use of cerebrospinal fluid flow rates measured by phase-contrast MR to predict outcome of ventriculoperitoneal shunting for idiopathic normal- pressure hydrocephalus. Mayo Clin Proc. 2002 Jun; 77: 509-14

40181   Sander, P., Mouritsen, L., Andersen, J. T., Fischer-Rasmussen, W. Should measurement of maximum urinary flow rate and residual urine volume be a part of a 'minimal care' assessment programme in female incontinence?. Scand J Urol Nephrol. 2002; 36: 124-7

40182   Eastwood, S., Kralik, D., Koch, T. Compromising and containing: self-management strategies used by men and women who live with multiple sclerosis and urinary incontinence. Aust J Holist Nurs. 2002 Apr; 9: 33-43

40184   Tincello, D. G., Alfirevic, Z. Important clinical outcomes in urogynecology: views of patients, nurses and medical staff. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 96-8; discussion 98

40187   Mortensen, S., Lose, G., Thyssen, H. Repeatability of cystometry and pressure-flow parameters in female patients. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 72-5

40195   Thompson, J. F., Roberts, C. L., Currie, M., Ellwood, D. A. Prevalence and persistence of health problems after childbirth: associations with parity and method of birth. Birth. 2002 Jun; 29: 83-94

40199   Dowd, T., Kolcaba, K., Steiner, R. Correlations among measures of bladder function and comfort. J Nurs Meas. 2002 Spring-Summer; 10: 27-38

40201   Borrie, M. J., Bawden, M., Speechley, M., Kloseck, M. Interventions led by nurse continence advisers in the management of urinary incontinence: a randomized controlled trial. CMAJ. 2002 May 14; 166: 1267-73

40202   Brown, J. S. Epidemiology and changing demographics of overactive bladder: a focus on the postmenopausal woman. Geriatrics. 2002 May; 57 Suppl 1: 6-12

40203   Dmochowski, R. R. Management of postoperative overactive bladder complications. Geriatrics. 2002 May; 57 Suppl 1: 18-23

40204   DuBeau, C. E. The continuum of urinary incontinence in an aging population. Geriatrics. 2002 May; 57 Suppl 1: 12-7

40208   Specht, J. K., Lyons, S. S., Maas, M. L. Patterns and treatments of Urinary incontinence on special care units. J Gerontol Nurs. 2002 May; 28: 13-21

40209   Lake, D. Catheter care. Nurs Stand. 2000 Oct 18-24; 15: 26

40210   Ho, N. C., Hadley, D. W., Jain, P. K., Francomano, C. A. Case 47: dural ectasia associated with Marfan syndrome. Radiology. 2002 Jun; 223: 767-71

40211   Ng, S. C., Chen, Y. C., Lin, L. Y., Chen, G. D. Anorectal dysfunction in women with urinary incontinence or lower urinary tract symptoms. Int J Gynaecol Obstet. 2002 May; 77: 139-45

40213   Baseman, A. G., Baseman, J. G., Zimmern, P. E., Lemack, G. E. Effect of 6F urethral catheterization on urinary flow rates during repeated pressure-flow studies in healthy female volunteers. Urology. 2002 Jun; 59: 843-6

40215   Chiarelli, P., Cockburn, J. Promoting urinary continence in women after delivery: randomised controlled trial. BMJ. 2002 May 25; 324: 1241

40216   Brubaker, L. Postpartum urinary incontinence. BMJ. 2002 May 25; 324: 1227-8

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

40218   Wang, P. S., Levin, R., Zhao, S. Z., Avorn, J. Urinary antispasmodic use and the risks of ventricular arrhythmia and sudden death in older patients. J Am Geriatr Soc. 2002 Jan; 50: 117-24

40220   Zinner, N. R., Mattiasson, A., Stanton, S. L. Efficacy, safety, and tolerability of extended-release once-daily tolterodine treatment for overactive bladder in older versus younger patients. J Am Geriatr Soc. 2002 May; 50: 799-807

40221   Saltvedt, I., Mo, E. S., Fayers, P., Kaasa, S., Sletvold, O. Reduced mortality in treating acutely sick, frail older patients in a geriatric evaluation and management unit. A prospective randomized trial. J Am Geriatr Soc. 2002 May; 50: 792-8

40223   Perez, M. A., Skinner, E. C., Meyerowitz, B. E. Sexuality and intimacy following radical prostatectomy: patient and partner perspectives. Health Psychol. 2002 May; 21: 288-93

40225   Kirkman, S. The midwife and pelvic floor dysfunction. Pract Midwife. 2000 Sep; 3: 20-2

40229   Barthet, M., Bellon, P., Abou, E., Portier, F., Berdah, S., Lesavre, N., Orsoni, P., Bouvier, M., Grimaud, J. C. Anal endosonography for assessment of anal incontinence with a linear probe: relationships with clinical and manometric features. Int J Colorectal Dis. 2002 Mar; 17: 123-8

40234   Leighton, B. L., Halpern, S. H. The effects of epidural analgesia on labor, maternal, and neonatal outcomes: a systematic review. Am J Obstet Gynecol. 2002 May; 186: S69-77

40236   Kato, H., Igawa, Y., Komiyama, I., Nishizawa, O. Continent urinary reservoir formation with transverse colon for patients with pelvic irradiation. Int J Urol. 2002 Apr; 9: 200-3

40237   Potter, J. M., Duffy, P. G., Gordon, E. M., Malone, P. R. Detrusor myotomy: a 5-year review in unstable and non-compliant bladders. BJU Int. 2002 Jun; 89: 932-5

40238   Marte, A., Di Meglio, D., Cotrufo, A. M., Di Iorio, G., De Pasquale, M., Vessella, A. A long-term follow-up of autoaugmentation in myelodysplastic children. BJU Int. 2002 Jun; 89: 928-31

40239   Pohl, H. G., Bauer, S. B., Borer, J. G., Diamond, D. A., Kelly, M. D., Grant, R., Briscoe, C. J., Doonan, G., Retik, A. B. The outcome of voiding dysfunction managed with clean intermittent catheterization in neurologically and anatomically normal children. BJU Int. 2002 Jun; 89: 923-7

40241   Ong, L. C., Lim, Y. N., Sofiah, A. Malaysian children with spina bifida: relationship between functional outcome and level of lesion. Singapore Med J. 2002 Jan; 43: 012-7

40242   Ammini, A. C., Gupta, R., Kapoor, A., Karak, A., Kriplani, A., Gupta, D. K., Kucheria, K. Etiology, clinical profile, gender identity and long-term follow up of patients with ambiguous genitalia in India. J Pediatr Endocrinol Metab. 2002 Apr; 15: 423-30

40243   Vickerman, J. The role of the occupational therapist in continence care. Nurs Times. 2002 Apr 23-29; 98: 52

40244   Leighton, B. L., Halpern, S. H. Epidural analgesia: effects on labor progress and maternal and neonatal outcome. Semin Perinatol. 2002 Apr; 26: 122-35

40245   Lehtoranta, K., Tainio, H., Lukkari-Lax, E., Hakonen, T., Tammela, T. L. Pharmacokinetics, efficacy, and safety of intravesical formulation of oxybutynin in patients with detrusor overactivity. Scand J Urol Nephrol. 2002 Feb; 36: 18-24

40247   Rovner, E. S., Wein, A. J. Once-daily, extended-release formulations of antimuscarinic agents in the treatment of overactive bladder: a review. Eur Urol. 2002 Jan; 41: 6-14

40251   Subak, L. L., Johnson, C., Whitcomb, E., Boban, D., Saxton, J., Brown, J. S. Does weight loss improve incontinence in moderately obese women?. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 40-3

40254   Thyssen, H. H., Clevin, L., Olesen, S., Lose, G. Urinary incontinence in elite female athletes and dancers. Int Urogynecol J Pelvic Floor Dysfunct. 2002; 13: 15-7

40255   Bush, T. A., Castellucci, D. T., Phillips, C. Exploring women's beliefs regarding urinary incontinence. Urol Nurs. 2001 Jun; 21: 211-8

40256   Market research on urinary incontinence offers insightful findings. Urol Nurs. 2001 Dec; 21: 413

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

40257  Meade-D'Alisera, P., Merriweather, T., Wentland, M. Impact of commercial marketing on patient demand. Urol Nurs. 2001 Dec; 21: 406-7, 410

40258  Abdelghany, S., Hughes, J., Lammers, J., Wellbrock, B., Buffington, P. J., Shank, R. A., 3rd Biofeedback and electrical stimulation therapy for treating urinary incontinence and voiding dysfunction: one center's experience. Urol Nurs. 2001 Dec; 21: 401-5, 410

40260  Broome, B. A. Psychometric analysis of the Broome Pelvic Muscle Self-Efficacy Scale in African-American women with incontinence. Urol Nurs. 2001 Aug; 21: 289-97

40261  Reilly, N. A matter of life or death. Urol Nurs. 2001 Apr; 21: 68

40264  Hayn, M. A., Greco, S. J., Capuano, K., Byrnes, A. Compliance with pelvic floor exercise program: maintaining bladder symptom relief. Urol Nurs. 2000 Apr; 20: 129-31

40265  Kincade, J. E., Peckous, B. K., Busby-Whitehead, J. A pilot study to determine predictors of behavioral treatment completion for urinary incontinence. Urol Nurs. 2001 Feb; 21: 39-44

40266  Newton, M., Kosier, J. H., Smith, D. Treatments for overactive bladder. Urol Nurs. 2000 Aug; 20: 267-8

40267  Butler, L., Downe-Wamboldt, B., Marsh, S., Bell, D., Jarvi, K. Behind the scenes: partners' perceptions of quality of life post radical prostatectomy. Urol Nurs. 2000 Aug; 20: 254-8

40270  Heuser, M., Zoller, G., Seseke, F., Zappel, H., Ringert, R. H. Bladder dysfunction in children with bilateral single ectopic ureters. J Pediatr Surg. 2002 May; 37: E15

40272  Langa, K. M., Fultz, N. H., Saint, S., Kabeto, M. U., Herzog, A. R. Informal caregiving time and costs for urinary incontinence in older individuals in the United States. J Am Geriatr Soc. 2002 Apr; 50: 733-7

40273  Patel, M. D., Coshall, C., Rudd, A. G., Wolfe, C. D. Cognitive impairment after stroke: clinical determinants and its associations with long-term stroke outcomes. J Am Geriatr Soc. 2002 Apr; 50: 700-6

40274  Bryant, C. M., Dowell, C. J., Fairbrother, G. Caffeine reduction education to improve urinary symptoms. Br J Nurs. 2002 Apr 25-May 8; 11: 560-5

40276  Schlienger, R. G., Keller, M. J., Krahenbuhl, S. Tolterodine-associated acute mixed liver injury. Ann Pharmacother. 2002 May; 36: 817-9

40278  Evans, R. W., Nasir, N., Jr Case report: Dr. Lecter's convulsive syncope. MedGenMed. 2001 Oct 1; 3: 7

40279  Starr, C. H. Eroding the quality of life. Bus Health. 2002 Spring; Spec No: 8-10, 14, 23-4

40280  Starr, C. H. The numbers lie. Bus Health. 2002 Spring; Spec No: 4-7, 23

40281  Starr, C. H. Getting the word out. Bus Health. 2002 Spring; Spec No: 20-2, 24

40282  Starr, C. H. Treatment can lead to a long dry spell. Bus Health. 2002 Spring; Spec No: 15-9, 24

40284  Wilcox, D. T. The management of urinary incontinence in the exstrophy complex, posterior urethral valves, and infrasphincteric ureters. Semin Pediatr Surg. 2002 May; 11: 128-33

40285  van Gool, J. D. Enuresis and incontinence in children. Semin Pediatr Surg. 2002 May; 11: 100-7

40286  Boemers, T. M. Urinary incontinence and vesicourethral dysfunction in pediatric surgical conditions. Semin Pediatr Surg. 2002 May; 11: 91-9

40289  Brown, J. S., Waetjen, L. E., Subak, L. L., Thom, D. H., Van den Eeden, S., Vittinghoff, E. Pelvic organ prolapse surgery in the United States, 1997. Am J Obstet Gynecol. 2002 Apr; 186: 712-6

40290  Sanders, C., Driver, C. P., Rickwood, A. M. The anocutaneous reflex and urinary continence in children with myelomeningocele. BJU Int. 2002 May; 89: 720-1

40293  Wilkins, K. Medications and fall-related fractures in the elderly. Health Rep. 1999 Summer; 11: 45-53(Eng); 49-58(Fre)

40295  Vernon, T. Managing excoriation. Nurs Times. 2000 Jul 20; 96: 12

# American Urological Association, Inc.

## SUI Guidelines Panel

**40296**   Dallosso, H. Lower urinary tract symptoms: why incidence rates are vital. Nurs Times. 2001 May 17-23; 97: 72

**40297**   Rigby, D., Whelan, L. Parkinson's disease and the nurse's role in continence assessment. Nurs Times. 2001 May 17-23; 97: 64-5

**40298**   White, H., Holland, D. Looking good and feeling good: clothes to help promote continence. Nurs Times. 2001 May 17-23; 97: 60-1

**40300**   Rigby, D., Whelan, L. Parkinson's disease--continence management. Nurs Times. 2001 Jul 26-Aug 1; 97: 65-6

**40301**   Mueller, C., Cain, H. Comprehensive management of urinary incontinence through quality improvement efforts. Geriatr Nurs. 2002 Mar-Apr; 23: 82-7

**40302**   Mather, K. F., Bakas, T. Nursing assistants' perceptions of their ability to provide continence care. Geriatr Nurs. 2002 Mar-Apr; 23: 76-81

**40303**   Petrou, S. P., Jones, J., Parra, R. O. Martius flap harvest site: patient self-perception. J Urol. 2002 May; 167: 2098-9

**40305**   Kjerulff, K. H., Langenberg, P. W., Greenaway, L., Uman, J., Harvey, L. A. Urinary incontinence and hysterectomy in a large prospective cohort study in American women. J Urol. 2002 May; 167: 2088-92

**40307**   Costa, J. A., Kreder, K. J., Howe, J. R. Combined urinary and fecal diversion using a no bowel anastomosis technique. J Urol. 2002 May; 167: 2063-5

**40308**   Addison, R., Roberts, J. Female devices: are your patients missing out?. Nurs Times. 2001 Feb 8-14; 97: III-V

**40310**   Todd, L. T.,  Jr, Yaszemski, M. J., Currier, B. L., Fuchs, B., Kim, C. W., Sim, F. H. Bowel and bladder function after major sacral resection. Clin Orthop. 2002 Apr; : 36-9

**40311**   Jayne, D. G., Botterill, I., Ambrose, N. S., Brennan, T. G., Guillou, P. J., O'Riordan, D. S. Randomized clinical trial of Ligasure versus conventional diathermy for day-case haemorrhoidectomy. Br J Surg. 2002 Apr; 89: 428-32

**40312**   Hvidman, L., Foldspang, A., Mommsen, S., Bugge Nielsen, J. Does urinary incontinence occurrence depend on the menstrual cycle phase?. Acta Obstet Gynecol Scand. 2002 Apr; 81: 347-50

**40314**   Montoya, A., Weiss, A. P., Price, B. H., Cassem, E. H., Dougherty, D. D., Nierenberg, A. A., Rauch, S. L., Cosgrove, G. R. Magnetic resonance imaging-guided stereotactic limbic leukotomy for treatment of intractable psychiatric disease. Neurosurgery. 2002 May; 50: 1043-9; discussion 1049-52

**40318**   Ishizuka, O., Gu, B., Igawa, Y., Nishizawa, O., Pehrson, R., Andersson, K. E. Role of supraspinal serotonin receptors for micturition in normal conscious rats. Neurourol Urodyn. 2002; 21: 225-30

**40320**   Corcos, J., Behlouli, H., Beaulieu, S. Identifying cut-off scores with neural networks for interpretation of the incontinence impact questionnaire. Neurourol Urodyn. 2002; 21: 198-203

**40321**   Bogner, H. R., Gallo, J. J., Sammel, M. D., Ford, D. E., Armenian, H. K., Eaton, W. W. Urinary incontinence and psychological distress in community-dwelling older adults. J Am Geriatr Soc. 2002 Mar; 50: 489-95

**40324**   Fitzgerald, S. T., Palmer, M. H., Kirkland, V. L., Robinson, L. The impact of urinary incontinence in working women: a study in a production facility. Women Health. 2002; 35: 1-16

**40325**   Hannah, M. E., Hannah, W. J., Hodnett, E. D., Chalmers, B., Kung, R., Willan, A., Amankwah, K., Cheng, M., Helewa, M., Hewson, S., Saigal, S., Whyte, H., Gafni, A. Outcomes at 3 months after planned cesarean vs planned vaginal delivery for breech presentation at term: the international randomized Term Breech Trial. JAMA. 2002 Apr 10; 287: 1822-31

**40326**   Henningsohn, L., Wijkstrom, H., Dickman, P. W., Bergmark, K., Steineck, G. Distressful symptoms after radical radiotherapy for urinary bladder cancer. Radiother Oncol. 2002 Feb; 62: 215-25

**40328**   Miller, J. A. Urinary incontinence: a classification system and treatment protocols for the primary care provider. J Am Acad Nurse Pract. 2000 Sep; 12: 374-9

**40330**   Murphy, M. L., Pichichero, M. E. Prospective identification and treatment of children with pediatric autoimmune neuropsychiatric disorder associated with group A streptococcal infection (PANDAS). Arch Pediatr Adolesc Med. 2002 Apr; 156: 356-61

# Appendix A6 Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

40332    Hsu, T. H., Rackley, R. R., Abdelmalak, J. B., Madjar, S., Vasavada, S. P. Novel technique for combined repair of postirradiation vesicovaginal fistula and augmentation ileocystoplasty. Urology. 2002 Apr; 59: 597-9

40334    Joshi, H. B., Okeke, A., Newns, N., Keeley, F. X., Jr, Timoney, A. G. Characterization of urinary symptoms in patients with ureteral stents. Urology. 2002 Apr; 59: 511-6

40338    Xu, Y. M., Qiao, Y., Sa, Y. L., Zhang, J., Li, T., Zhang, X. R., Chen, Z. Study of efferent tube suspension as a continent diversion mechanism. an experimental study in dogs. Urol Int. 2002; 68: 193-6

40340    Ferrara, P., D'Aleo, C., Ruggiero, A., Paoletti, F. P., Chiozza, M. L., Plebani, M., Caione, P., Del Gado, R., Salvaggio, E. Plasma antidiuretic hormone levels in children with spina bifida. Urol Int. 2002; 68: 144-7

40341    Kumar, R., Bansal, K. K., Chhabra, D. K. Occurrence of split cord malformation in meningomyelocele: complex spina bifida. Pediatr Neurosurg. 2002 Mar; 36: 119-27

40343    Giannantoni, A., Di Stasi, S. M., Stephen, R. L., Navarra, P., Scivoletto, G., Mearini, E., Porena, M. Intravesical capsaicin versus resiniferatoxin in patients with detrusor hyperreflexia: a prospective randomized study. J Urol. 2002 Apr; 167: 1710-4

40344    Pettersen, R., Dahl, T., Wyller, T. B. Prediction of long-term functional outcome after stroke rehabilitation. Clin Rehabil. 2002 Mar; 16: 149-59

40346    Rawlings, C. A. Colposuspension as a treatment for urinary incontinence in spayed dogs. J Am Anim Hosp Assoc. 2002 Mar-Apr; 38: 107-10

40347    Brown, W. J., Miller, Y. D. Too wet to exercise? Leaking urine as a barrier to physical activity in women. J Sci Med Sport. 2001 Dec; 4: 373-8

40351    Bayliss, V., Cherry, M., Locke, R., Salter, L. Pathways for continence care: background and audit. Br J Nurs. 2000 May 11-24; 9: 590-2, 594, 596

40353    Topsakal, C., Kaplan, M., Erol, F., Cetin, H., Ozercan, I. Unusual arachnoid cyst of the quadrigeminal cistern in an adult presenting with apneic spells and normal pressure hydrocephalus--case report. Neurol Med Chir (Tokyo). 2002 Jan; 42: 44-50

40354    Muller, N. Promoting urinary health. Provider. 2002 Mar; 28: 51-3

40355    Koch, T., Kelly, S. Understanding what is important for women who live with multiple sclerosis. Aust J Holist Nurs. 1999 Apr; 6: 14-24

40357    Sloane, K. Continence promotion during pregnancy. Aust Nurs J. 2000 Aug; 8: 32

40358    Leaver, R., Pressland, D. Intermittent self-catheterisation in urinary tract reconstruction. Br J Community Nurs. 2001 May; 6: 253-8

40362    Blanes, L., Pinto Rde, C., Santos, V. L. Urinary incontinence knowledge and attitudes in Sao Paulo. Ostomy Wound Manage. 2001 Dec; 47: 43-51

40363    Schulz, J. A. Assessing and treating pelvic organ prolapse. Ostomy Wound Manage. 2001 May; 47: 54-9

40364    Capewell, A. Target treatment of female urinary dysfunction. Lancet. 2002 Mar 2; 359: 801

40365    Molloy, W. B. Target treatment of female urinary dysfunction. Lancet. 2002 Mar 2; 359: 800-1

40367    Robinson, J. P. Phases of the qualitative research interview with institutionalized elderly individuals. J Gerontol Nurs. 2000 Nov; 26: 17-23

40370    Golliot, F., Astagneau, P., Cassou, B., Okra, N., Rothan-Tondeur, M., Brucker, G. Nosocomial infections in geriatric long-term-care and rehabilitation facilities: exploration in the development of a risk index for epidemiological surveillance. Infect Control Hosp Epidemiol. 2001 Dec; 22: 746-53

40372    Nuotio, M., Jylha, M., Luukkaala, T., Tammela, T. L. Urgency, urge incontinence and voiding symptoms in men and women aged 70 years and over. BJU Int. 2002 Mar; 89: 350-5

40375    Tsuji, T., Matsuyama, Y., Sato, K., Iwata, H. Infantile spinal cord tumor: diagnostic difficulties. A case report. J Pediatr Orthop B. 2002 Jan; 11: 1-5

Case 1:20-cv-01580-RCL Document 84-8 Filed 06/20/22 Page 576 of 800 PageID #: 146651

## American Urological Association, Inc.

### SUI Guidelines Panel

**40376**  Senior, J. Clean intermittent self-catheterisation and children. Br J Community Nurs. 2001 Aug; 6: 381-6

**40377**  Cogan, S. L., Weber, A. M., Hammel, J. P. Is urethral mobility really being assessed by the pelvic organ prolapse quantification (POP-Q) system?. Obstet Gynecol. 2002 Mar; 99: 473-6

**40378**  Piloni, V. Dynamic imaging of pelvic floor with transperineal sonography. Tech Coloproctol. 2001 Aug; 5: 103-5

**40379**  Griffiths, D. J., McCracken, P. N., Harrison, G. M., Gormley, E. A., Moore, K. N. Urge incontinence and impaired detrusor contractility in the elderly. Neurourol Urodyn. 2002; 21: 126-31

**40381**  Eke, N. Urological complications of coitus. BJU Int. 2002 Feb; 89: 273-7

**40383**  Finkelstein, M. M. Medical conditions, medications, and urinary incontinence. Analysis of a population-based survey. Can Fam Physician. 2002 Jan; 48: 96-101

**40384**  Swanson, J. G., Skelly, J., Hutchison, B., Kaczorowski, J. Urinary incontinence in Canada. National survey of family physicians' knowledge, attitudes, and practices. Can Fam Physician. 2002 Jan; 48: 86-92

**40385**  Borrie, M. J., Valiquette, L. Managing adults with urinary incontinence. Clinical practice guidelines. Can Fam Physician. 2002 Jan; 48: 114-6

**40387**  Beer-Gabel, M., Teshler, M., Barzilai, N., Lurie, Y., Malnick, S., Bass, D., Zbar, A. Dynamic transperineal ultrasound in the diagnosis of pelvic floor disorders: pilot study. Dis Colon Rectum. 2002 Feb; 45: 239-45; discussion 245-8

**40389**  Skeil, D., Thorpe, A. C. Transcutaneous electrical nerve stimulation in the treatment of neurological patients with urinary symptoms. BJU Int. 2001 Dec; 88: 899-908

**40390**  Samuelsson, E., Mansson, L., Milsom, I. Incontinence aids in Sweden: users and costs. BJU Int. 2001 Dec; 88: 893-8

**40395**  Sugerman, H. J. Bariatric surgery for severe obesity. J Assoc Acad Minor Phys. 2001 Jul; 12: 129-36

**40396**  Hafez, A. T., McLorie, G., Bagli, D., Khoury, A. A single-centre long-term outcome analysis of artificial urinary sphincter placement in children. BJU Int. 2002 Jan; 89: 82-5

**40398**  Dhar, H. L. Gender, aging, health and society. J Assoc Physicians India. 2001 Oct; 49: 1012-20

**40399**  Jirovec, M. M., Jenkins, J., Isenberg, M., Baiardi, J. Urine control theory derived from Roy's conceptual framework. Nurs Sci Q. 1999 Jul; 12: 251-5

**40401**  Merkelj, I. Basic assessment of urinary incontinence. South Med J. 2002 Feb; 95: 178-82

**40403**  Clarke-O'Neill, S., Pettersson, L., Fader, M., Dean, G., Brooks, R., Cottenden, A. A multicentre comparative evaluation: washable pants with an integral pad for light incontinence. J Clin Nurs. 2002 Jan; 11: 79-89

**40404**  Telford, C. Understanding the problem of urinary incontinence. JAAPA. 2002 Jan; 15: 45-50

**40405**  Prayson, R. A., Chowdhary, S., Woodhouse, S., Hanson, M., Nair, S. Collision of a syncytial meningioma and malignant astrocytoma. Ann Diagn Pathol. 2002 Feb; 6: 44-8

**40406**  Controlling urinary incontinence. Aust Fam Physician. 2002 Jan; 31: 88-93

**40407**  Sexuality and reproductive issues. Aust Fam Physician. 2002 Jan; 31: 102-5

**40410**  Agut, A., Fernandez del Palacio, M. J., Laredo, F. G., Murciano, J., Bayon, A., Soler, M. Unilateral renal agenesis associated with additional congenital abnormalities of the urinary tract in a Pekingese bitch. J Small Anim Pract. 2002 Jan; 43: 32-5

**40411**  Kerschan-Schindl, K., Uher, E., Wiesinger, G., Kaider, A., Ebenbichler, G., Nicolakis, P., Kollmitzer, J., Preisinger, E., Fialka-Moser, V. Reliability of pelvic floor muscle strength measurement in elderly incontinent women. Neurourol Urodyn. 2002; 21: 42-7

**40415**  Gomes, C. M., Trigo-Rocha, F., Arap, M. A., Gabriel, A. J., Alaor de Figueiredo, J., Arap, S. Schistosomal myelopathy: urologic manifestations and urodynamic findings. Urology. 2002 Feb; 59: 195-200

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

40417    Barton, D. L., Loprinzi, C., Gostout, B. Current management of menopausal symptoms in cancer patients. Oncology (Huntingt). 2002 Jan; 16: 67-72, 74; discussion 75-6, 79-80

40418    Melton, L. Targeted treatment for incontinence beckons. Lancet. 2002 Jan 26; 359: 326

40419    DiSaia, P. J., Brewster, W. R. Hormone replacement therapy for survivors of breast and endometrial cancer. Curr Oncol Rep. 2002 Mar; 4: 152-8

40420    Nomura, S., Ishido, T., Tanaka, K., Komiya, A. Augmentation ileocystoplasty in patients with neurogenic bladder due to spinal cord injury or spina bifida. Spinal Cord. 2002 Jan; 40: 30-3

40421    Hicken, B. L., Putzke, J. D., Richards, J. S. Bladder management and quality of life after spinal cord injury. Am J Phys Med Rehabil. 2001 Dec; 80: 916-22

40423    Shaw, C. A review of the psychosocial predictors of help-seeking behaviour and impact on quality of life in people with urinary incontinence. J Clin Nurs. 2001 Jan; 10: 15-24

40426    Nelson, R., Furner, S., Jesudason, V. Urinary incontinence in Wisconsin skilled nursing facilities: prevalence and associations in common with fecal incontinence. J Aging Health. 2001 Nov; 13: 539-47

40427    Cochrane, D. D., Irwin, B., Chambers, K. Clinical outcomes that fetal surgery for myelomeningocele needs to achieve. Eur J Pediatr Surg. 2001 Dec; 11 Suppl 1: S18-20

40428    Koch, T., Kralik, D., Eastwood, S., Schofield, A. Breaking the silence: women living with multiple sclerosis and urinary incontinence. Int J Nurs Pract. 2001 Feb; 7: 16-23

40429    Brazzelli, M., Shirran, E., Vale, L. Absorbent products for containing urinary and/or fecal incontinence in adults. J Wound Ostomy Continence Nurs. 2002 Jan; 29: 45-54

40430    Thompson, D. L. The national coverage decision for reimbursement for biofeedback and pelvic floor electrical stimulation for treatment of urinary incontinence. J Wound Ostomy Continence Nurs. 2002 Jan; 29: 11-9

40431    Palmer, M. H. Urinary incontinence in nursing homes. J Wound Ostomy Continence Nurs. 2002 Jan; 29: 4-5

40432    Mandigers, R. J., Nell, T. Treatment of bitches with acquired urinary incontinence with oestriol. Vet Rec. 2001 Dec 22-29; 149: 764-7

40433    Dougherty, M. C., Dwyer, J. W., Pendergast, J. F., Boyington, A. R., Tomlinson, B. U., Coward, R. T., Duncan, R. P., Vogel, B., Rooks, L. G. A randomized trial of behavioral management for continence with older rural women. Res Nurs Health. 2002 Feb; 25: 3-13

40434    Rizk, D. E. Epidemiology consequences and natural history of urinary incontinence in non-caucasian women. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 413

40435    Madjar, S., Gousse, A. Postirradiation vesicovaginal fistula completely resolved with conservative treatment. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 405-6

40440    Elia, G., Dye, T. D., Scariati, P. D. Body mass index and urinary symptoms in women. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 366-9

40441    Rogers, G. R., Villarreal, A., Kammerer-Doak, D., Qualls, C. Sexual function in women with and without urinary incontinence and/or pelvic organ prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 361-5

40442    Gerharz, E. W., Kohl, U. N., Melekos, M. D., Bonfig, R., Weingartner, K., Riedmiller, H. Ten years' experience with the submucosally embedded in situ appendix in continent cutaneous diversion. Eur Urol. 2001 Dec; 40: 625-31

40443    Hammel, S. P., Bjorling, D. E. Results of vulvoplasty for treatment of recessed vulva in dogs. J Am Anim Hosp Assoc. 2002 Jan-Feb; 38: 79-83

40444    Lautzenhiser, S. J., Bjorling, D. E. Urinary incontinence in a dog with an ectopic ureterocele. J Am Anim Hosp Assoc. 2002 Jan-Feb; 38: 29-32

40446    Tincello, D. G., Adams, E. J., Richmond, D. H. Antenatal screening for postpartum urinary incontinence in nulliparous women: a pilot study. Eur J Obstet Gynecol Reprod Biol. 2002 Feb 10; 101: 70-3

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

40447    Gividen, J., Van Savage, J. G. Improvement in neurogenic bladder after the antegrade continence enema procedure. Urology. 2002 Jan; 59: 137

40452    Naglie, G., Radomski, S. B., Brymer, C., Mathiasen, K., O'Rourke, K., Tomlinson, G. A randomized, double-blind, placebo controlled crossover trial of nimodipine in older persons with detrusor instability and urge incontinence. J Urol. 2002 Feb; 167: 586-90

40453    Miller, K. L., DuBeau, C. E., Bergmann, M., Griffiths, D. J., Resnick, N. M. Quest for a detrusor overactivity index. J Urol. 2002 Feb; 167: 578-84; discussion 584-5

40454    Lev, N., Maimon, S., Rappaport, Z. H., Melamed, E. Spinal dural arteriovenous fistulae--a diagnostic challenge. Isr Med Assoc J. 2001 Jul; 3: 492-6

40455    Singh, I., Nabi, G., Kumar, R., Hemal, A. K. Endourologic management of obstetrical ureterouterine fistula: case report and review of literature. J Endourol. 2001 Dec; 15: 985-8

40457    Stocklin-Gautschi, N. M., Hassig, M., Reichler, I. M., Hubler, M., Arnold, S. The relationship of urinary incontinence to early spaying in bitches. J Reprod Fertil Suppl. 2001; 57: 233-6

40458    Olson, P. N., Kustritz, M. V., Johnston, S. D. Early-age neutering of dogs and cats in the United States (a review). J Reprod Fertil Suppl. 2001; 57: 223-32

40459    Goer, H. The case against elective cesarean section. J Perinat Neonatal Nurs. 2001 Dec; 15: 23-38; quiz 89

40460    McNagny, S. E., Wenger, N. K. Postmenopausal hormone-replacement therapy. N Engl J Med. 2002 Jan 3; 346: 63-5

40462    Major, H., Culligan, P., Heit, M. Urethral sphincter morphology in women with detrusor instability. Obstet Gynecol. 2002 Jan; 99: 63-8

40463    Ganz, P. A., Desmond, K. A., Leedham, B., Rowland, J. H., Meyerowitz, B. E., Belin, T. R. Quality of life in long-term, disease-free survivors of breast cancer: a follow-up study. J Natl Cancer Inst. 2002 Jan 2; 94: 39-49

40466    Mori, K. Management of idiopathic normal-pressure hydrocephalus: a multiinstitutional study conducted in Japan. J Neurosurg. 2001 Dec; 95: 970-3

40468    Hextall, A., Bidmead, J., Cardozo, L., Hooper, R. The impact of the menstrual cycle on urinary symptoms and the results of urodynamic investigation. BJOG. 2001 Nov; 108: 1193-6

40471    Shobeiri, S. A., Chesson, R. R., Echols, K. T. Cystoscopic fistulography: a new technique for the diagnosis of vesicocervical fistula. Obstet Gynecol. 2001 Nov; 98: 1124-6

40472    Brown, J. S., Vittinghoff, E., Kanaya, A. M., Agarwal, S. K., Hulley, S., Foxman, B. Urinary tract infections in postmenopausal women: effect of hormone therapy and risk factors. Obstet Gynecol. 2001 Dec; 98: 1045-52

40475    Riedmiller, H., Androulakakis, P., Beurton, D., Kocvara, R., Gerharz, E. EAU guidelines on paediatric urology. Eur Urol. 2001 Nov; 40: 589-99

40478    Perez-Abadia, G., Van Aalst, V. C., Palacio, M. M., Werker, P. M., Ren, X., Van Savage, J., Fernandez, A. G., Kon, M., Barker, J. H. Gracilis muscle neosphincter for treating urinary incontinence. Microsurgery. 2001; 21: 271-80

40479    Sakakibara, R., Hattori, T., Uchiyama, T., Yamanishi, T. Urinary dysfunction in Brown-Sequard syndrome. Neurourol Urodyn. 2001; 20: 661-7

40480    McLennan, M. T., Melick, C., Bent, A. E. Urethral instability: clinical and urodynamic characteristics. Neurourol Urodyn. 2001; 20: 653-60

40481    Barber, M. D., Kuchibhatla, M. N., Pieper, C. F., Bump, R. C. Psychometric evaluation of 2 comprehensive condition-specific quality of life instruments for women with pelvic floor disorders. Am J Obstet Gynecol. 2001 Dec; 185: 1388-95

40482    Jabs, C. F., Drutz, H. P. The role of intraoperative cystoscopy in prolapse and incontinence surgery. Am J Obstet Gynecol. 2001 Dec; 185: 1368-71; discussion 1372-3

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

---

**40483**    Ellerkmann, R. M., Cundiff, G. W., Melick, C. F., Nihira, M. A., Leffler, K., Bent, A. E. Correlation of symptoms with location and severity of pelvic organ prolapse. Am J Obstet Gynecol. 2001 Dec; 185: 1332-7; discussion 1337-8

**40484**    Arya, L. A., Jackson, N. D., Myers, D. L., Verma, A. Risk of new-onset urinary incontinence after forceps and vacuum delivery in primiparous women. Am J Obstet Gynecol. 2001 Dec; 185: 1318-23; discussion 1323-4

**40489**    Wiseman, O. J., v, d., Hombergh U, Koldewijn, E. L., Spinelli, M., Siegel, S. W., Fowler, C. J. Sacral neuromodulation and pregnancy. J Urol. 2002 Jan; 167: 165-8

**40490**    O'Reilly, B. A., Kosaka, A. H., Knight, G. F., Chang, T. K., Ford, A. P., Rymer, J. M., Popert, R., Burnstock, G., McMahon, S. B. P2X receptors and their role in female idiopathic detrusor instability. J Urol. 2002 Jan; 167: 157-64

**40492**    Edwards, N. I., Jones, D. The prevalence of faecal incontinence in older people living at home. Age Ageing. 2001 Nov; 30: 503-7

**40494**    Rizk, D. E., Hassan, M. Y., Shaheen, H., Cherian, J. V., Micallef, R., Dunn, E. The prevalence and determinants of health care-seeking behavior for fecal incontinence in multiparous United Arab Emirates females. Dis Colon Rectum. 2001 Dec; 44: 1850-6

**40495**    Tilling, K., Sterne, J. A., Rudd, A. G., Glass, T. A., Wityk, R. J., Wolfe, C. D. A new method for predicting recovery after stroke. Stroke. 2001 Dec 1; 32: 2867-73

**40497**    Chung, C. C., Ha, J. P., Tsang, W. W., Li, M. K. Laparoscopic-assisted total mesorectal excision and colonic J pouch reconstruction in the treatment of rectal cancer. Surg Endosc. 2001 Oct; 15: 1098-101

**40498**    Spellacy, E. Urinary incontinence in pregnancy and the puerperium. J Obstet Gynecol Neonatal Nurs. 2001 Nov-Dec; 30: 634-41

**40499**    Goldberg, R. P., Sand, P. K., Beck, H. Early-stage ovarian carcinoma presenting with irritative voiding symptoms and urge incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 342-4

**40501**    Woodman, P. J., Misko, C. A., Fischer, J. R. The use of short-form quality of life questionnaires to measure the impact of imipramine on women with urge incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 312-5; discussion 315-6

**40504**    Davila, G. W. Informed consent for obstetrics management: a urogynecologic perspective. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 289-91

**40507**    Kaufman, H. S., Buller, J. L., Thompson, J. R., Pannu, H. K., DeMeester, S. L., Genadry, R. R., Bluemke, D. A., Jones, B., Rychcik, J. L., Cundiff, G. W. Dynamic pelvic magnetic resonance imaging and cystocolpoproctography alter surgical management of pelvic floor disorders. Dis Colon Rectum. 2001 Nov; 44: 1575-83; discussion 1583-4

**40508**    Johanson, R., Newburn, M. Promoting normality in childbirth. BMJ. 2001 Nov 17; 323: 1142-3

**40512**    Tanaka, N., Tamai, T., Mukaiyama, H., Hirabayashi, A., Muranaka, H., Ishikawa, T., Akahane, S., Akahane, M. Beta(3)-adrenoceptor agonists for the treatment of frequent urination and urinary incontinence: 2-[4-(2-[[(1S,2R)-2-hydroxy-2-(4- hydroxyphenyl)-1-methylethyl]amino]ethyl)phenoxy]-2-methylpropionic acid. Bioorg Med Chem. 2001 Dec; 9: 3265-71

**40514**    Roe, B., Moore, K. N. Utilization of incontinence clinical practice guidelines. J Wound Ostomy Continence Nurs. 2001 Nov; 28: 297-304

**40521**    Lose, G., Fantl, J. A., Victor, A., Walter, S., Wells, T. L., Wyman, J., Mattiasson, A. Outcome measures for research in adult women with symptoms of lower urinary tract dysfunction. Standardization Committee of the International Continence Society. Acta Obstet Gynecol Scand. 2001 Nov; 80: 981-5

**40522**    Lose, G. Proper outcome assessment is pivotal for the reader of a paper to be able to compare results from different studies and relate them to one's own practice. Acta Obstet Gynecol Scand. 2001 Nov; 80: 979-80

**40523**    Bug, G. J., Kiff, E. S., Hosker, G. A new condition-specific health-related quality of life questionnaire for the assessment of women with anal incontinence. BJOG. 2001 Oct; 108: 1057-67

**40524**    Merkelj, I. Urinary incontinence in the elderly. South Med J. 2001 Oct; 94: 952-7

---

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| **40526** | Neveus, T. Oxybutynin, desmopressin and enuresis. J Urol. 2001 Dec; 166: 2459-62 |
| **40527** | von Gontard, A., Schaumburg, H., Hollmann, E., Eiberg, H., Rittig, S. The genetics of enuresis: a review. J Urol. 2001 Dec; 166: 2438-43 |
| **40528** | Schulman, S. L., Von Zuben, F. C., Plachter, N., Kodman-Jones, C. Biofeedback methodology: does it matter how we teach children how to relax the pelvic floor during voiding?. J Urol. 2001 Dec; 166: 2423-6 |
| **40529** | Bower, W. F., Moore, K. H., Adams, R. D. A pilot study of the home application of transcutaneous neuromodulation in children with urgency or urge incontinence. J Urol. 2001 Dec; 166: 2420-2 |
| **40530** | Hoebeke, P., Van Laecke, E., Everaert, K., Renson, C., De Paepe, H., Raes, A., Vande Walle, J. Transcutaneous neuromodulation for the urge syndrome in children: a pilot study. J Urol. 2001 Dec; 166: 2416-9 |
| **40531** | Kirchlechner, V., Hoffmann-Ehrhart, B., Kovacs, J., Waldhauser, F. Melatonin production is similar in children with monosymptomatic nocturnal enuresis or other forms of enuresis/incontinence and in controls. J Urol. 2001 Dec; 166: 2407-10 |
| **40532** | Eiberg, H., Shaumburg, H. L., Von Gontard, A., Rittig, S. Linkage study of a large Danish 4-generation family with urge incontinence and nocturnal enuresis. J Urol. 2001 Dec; 166: 2401-3 |
| **40533** | Kodman-Jones, C., Hawkins, L., Schulman, S. L. Behavioral characteristics of children with daytime wetting. J Urol. 2001 Dec; 166: 2392-5 |
| **40535** | Cappellano, F., Bertapelle, P., Spinelli, M., Catanzaro, F., Carone, R., Zanollo, A., De Seta, F., Giardiello, G. Quality of life assessment in patients who undergo sacral neuromodulation implantation for urge incontinence: an additional tool for evaluating outcome. J Urol. 2001 Dec; 166: 2277-80 |
| **40536** | Nguyen, J. K., Bhatia, N. N. Resolution of motor urge incontinence after surgical repair of pelvic organ prolapse. J Urol. 2001 Dec; 166: 2263-6 |
| **40539** | Faure, J. P., Hauet, T., Scepi, M., Chansigaud, J. P., Kamina, P., Richer, J. P. The pectineal ligament: anatomical study and surgical applications. Surg Radiol Anat. 2001; 23: 237-42 |
| **40541** | White, R. N. Urethropexy for the management of urethral sphincter mechanism incompetence in the bitch. J Small Anim Pract. 2001 Oct; 42: 481-6 |
| **40543** | Maurer, C. A., Z'Graggen, K., Renzulli, P., Schilling, M. K., Netzer, P., Buchler, M. W. Total mesorectal excision preserves male genital function compared with conventional rectal cancer surgery. Br J Surg. 2001 Nov; 88: 1501-5 |
| **40544** | Loera, J. A., Black, S. A., Markides, K. S., Espino, D. V., Goodwin, J. S. The use of herbal medicine by older Mexican Americans. J Gerontol A Biol Sci Med Sci. 2001 Nov; 56: M714-8 |
| **40545** | Giles, L. G., Yamada, S. An unusual cause of incontinence. Aust Fam Physician. 2001 Aug; 30: 767-9 |
| **40546** | Ritchie, J., Kuchel, G. A. A prospective evaluation of the pathogenesis of detrusor instability in women, using electron microscopy and immunohistochemistry. BJU Int. 2001 Oct; 88: 645-6 |
| **40547** | Bulmer, P. J., James, M., Ellis-Jones, J., Smith, D., Timoney, A. G., Donovan, J. A randomized trial comparing the effectiveness and preference of a touch-screen computer system with a leaflet for providing women with information on urinary symptoms suggestive of detrusor instability. BJU Int. 2001 Oct; 88: 532-5 |
| **40548** | Greenwell, T. J., Venn, S. N., Mundy, A. R. Augmentation cystoplasty. BJU Int. 2001 Oct; 88: 511-25 |
| **40549** | Shah, M., Moogerfeld, M. S., Ahmed, J., Mughal, M., Aziz, K. Metastatic cervical cancer with unusual presentation: a case report. Conn Med. 2001 Sep; 65: 523-5 |
| **40550** | MacKay, K., Hemmett, L. Needs assessment of women with urinary incontinence in a district health authority. Br J Gen Pract. 2001 Oct; 51: 801-4 |
| **40551** | Rizk, D. E., Raaschou, T., Mason, N., Berg, B. Evidence of progesterone receptors in the mucosa of the urinary bladder. Scand J Urol Nephrol. 2001 Sep; 35: 305-9 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6: Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**40552**  Tullberg, M., Jensen, C., Ekholm, S., Wikkelso, C. Normal pressure hydrocephalus: vascular white matter changes on MR images must not exclude patients from shunt surgery. AJNR Am J Neuroradiol. 2001 Oct; 22: 1665-73

**40553**  Vapnek, J. M. Urinary incontinence. Screening and treatment of urinary dysfunction. Geriatrics. 2001 Oct; 56: 25-9; quiz 32

**40554**  Christ, G. J., Day, N. S., Day, M., Santizo, C., Zhao, W., Sclafani, T., Zinman, J., Hsieh, K., Venkateswarlu, K., Valcic, M., Melman, A. Bladder injection of 'naked' hSlo/pcDNA3 ameliorates detrusor hyperactivity in obstructed rats in vivo. Am J Physiol Regul Integr Comp Physiol. 2001 Nov; 281: R1699-709

**40555**  Sakakibara, R., Hattori, T., Uchiyama, T., Yamanishi, T. Videourodynamic and sphincter motor unit potential analyses in Parkinson's disease and multiple system atrophy. J Neurol Neurosurg Psychiatry. 2001 Nov; 71: 600-6

**40557**  Halverson, A. L., Hull, T. L., Paraiso, M. F., Floruta, C. Outcome of sphincteroplasty combined with surgery for urinary incontinence and pelvic organ prolapse. Dis Colon Rectum. 2001 Oct; 44: 1421-6

**40559**  Hirai, K., Ishiko, O., Sumi, T., Hyun, Y., Nakagawa, E., Ogita, S. Indifference and resignation of Japanese women toward urinary incontinence. Int J Gynaecol Obstet. 2001 Oct; 75: 89-91

**40561**  Sommerfeld, D. K., von Arbin, M. H. Disability test 10 days after acute stroke to predict early discharge home in patients 65 years and older. Clin Rehabil. 2001 Oct; 15: 528-34

**40562**  Metitieri, T., Zanetti, O., Geroldi, C., Frisoni, G. B., De Leo, D., Dello Buono, M., Bianchetti, A., Trabucchi, M. Reality orientation therapy to delay outcomes of progression in patients with dementia. A retrospective study. Clin Rehabil. 2001 Oct; 15: 471-8

**40563**  Dietz, H. P., Clarke, B. Is the irritable bladder associated with anterior compartment relaxation? A critical look at the 'integral theory of pelvic floor dysfunction'. Aust N Z J Obstet Gynaecol. 2001 Aug; 41: 317-9

**40564**  Land, R., Parry, E., Rane, A., Wilson, D. Personal preferences of obstetricians towards childbirth. Aust N Z J Obstet Gynaecol. 2001 Aug; 41: 249-52

**40565**  Sarioglu, A., Tanyel, F. C., Senocak, M. E., Buyukpamukcu, N., Hicsonmez, A. Complications of the two major operations of Hirschsprung's disease: a single center experience. Turk J Pediatr. 2001 Jul-Sep; 43: 219-22

**40566**  Swithinbank, L., Abrams, P. Lower urinary tract symptoms in community-dwelling women: defining diurnal and nocturnal frequency and 'the incontinence case'. BJU Int. 2001 Sep; 88 Suppl 2: 18-22; discussion 49-50

**40568**  Dwyer, P. L. Female pelvic floor dysfunction and estrogen therapy. Climacteric. 2001 Sep; 4: 179-80

**40569**  van Kuijk, A. A., van der Linde, H., van Limbeek, J. Urinary incontinence in stroke patients after admission to a postacute inpatient rehabilitation program. Arch Phys Med Rehabil. 2001 Oct; 82: 1407-11

**40570**  Nikolaev, V. V. Treatment of incontinence in children with bladder exstrophy after rectal urinary diversion: the anal sling procedure. J Urol. 2001 Nov; 166: 1904-5

**40571**  Gousse, A. E., Madjar, S., Lambert, M. M., Fishman, I. J. Artificial urinary sphincter for post-radical prostatectomy urinary incontinence: long-term subjective results. J Urol. 2001 Nov; 166: 1755-8

**40572**  Lyon, R. P. Re: the treatment of post-urethrotomy incontinence in pediatric and adolescent females. J Urol. 2001 Nov; 166: 1838

**40574**  Bayraktar, Z., Sevin, G., Gurbuz, G., Tasci, A. I. Ileal orthotopic neobladder in women: the first experiences from Turkey and our modifications. Int Urol Nephrol. 2001; 32: 371-5

**40576**  Messinger-Rapport, B. J., Thacker, H. L. Prevention for the older woman. A practical guide to hormone replacement therapy and urogynecologic health. Geriatrics. 2001 Sep; 56: 32-4, 37-8, 40-2

**40580**  Subak, L. L., Waetjen, L. E., van den Eeden, S., Thom, D. H., Vittinghoff, E., Brown, J. S. Cost of pelvic organ prolapse surgery in the United States. Obstet Gynecol. 2001 Oct; 98: 646-51

**40582**  Sherburn, M., Guthrie, J. R., Dudley, E. C., O'Connell, H. E., Dennerstein, L. Is incontinence associated with menopause?. Obstet Gynecol. 2001 Oct; 98: 628-33

# Appendix A6: Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

40583   Davis, N. S., Bavendam, T. G. Use of a urethral occlusion device for treatment of incontinence in a patient with heterotopic urinary diversion. Tech Urol. 2001 Sep; 7: 246-8

40584   Beck, S. D., Koch, M. O. Spiral ileal neobladder substitution with orthotopic ureteral reimplantation: early results. Tech Urol. 2001 Sep; 7: 223-8

40585   Vinker, S., Kaplan, B., Nakar, S., Samuels, G., Shapira, G., Kitai, E. Urinary incontinence in women: prevalence, characteristics and effect on quality of life. A primary care clinic study. Isr Med Assoc J. 2001 Sep; 3: 663-6

40587   Simon, H. B. On call. My wife's problem with urinary leakage has improved with Kegel exercises. I've had dribbling since my TURP operation last month. Can these exercises help me, too?. Harv Mens Health Watch. 2001 Sep; 6: 8

40589   Robinson, D., Khullar, V., Cardozo, L. Pharmacological management of detrusor instability. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 271-8

40590   McLellan, A., Cardozo, L. Urodynamic techniques. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 266-70

40596   Dietz, H. P., Wilson, P. D., Clarke, B., Haylen, B. T. Irritative symptoms after colposuspension: are they due to distortion or overelevation of the anterior vaginal wall and trigone?. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 232-5; discussion 235-6

40598   Washington, J. L. A pilgrim's progress: my urogynecological quest. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 221-2

40601   Dave, S., Grover, V. P., Agarwala, S., Mitra, D. K., Bhatnagar, V. Cystometric evaluation of reconstructed classical bladder exstrophy. BJU Int. 2001 Sep; 88: 403-8

40603   Silva, C., Avelino, A., Souto-Moura, C., Cruz, F. A light- and electron-microscopic histopathological study of human bladder mucosa after intravesical resiniferatoxin application. BJU Int. 2001 Sep; 88: 355-60

40604   Engberg, S., Sereika, S., Weber, E., Engberg, R., McDowell, B. J., Reynolds, C. F. Prevalence and recognition of depressive symptoms among homebound older adults with urinary incontinence. J Geriatr Psychiatry Neurol. 2001 Fall; 14: 130-9

40605   Rawlings, C., Barsanti, J. A., Mahaffey, M. B., Bement, S. Evaluation of colposuspension for treatment of incontinence in spayed female dogs. J Am Vet Med Assoc. 2001 Sep 15; 219: 770-5

40606   Chesterman, J., Bauld, L., Judge, K. Satisfaction with the care-managed support of older people: an empirical analysis. Health Soc Care Community. 2001 Jan; 9: 31-42

40607   Rannestad, T., Eikeland, O. J., Helland, H., Qvarnstrom, U. Are the physiologically and psychosocially based symptoms in women suffering from gynecological disorders alleviated by means of hysterectomy?. J Womens Health Gend Based Med. 2001 Jul-Aug; 10: 579-87

40608   Kirkland, V. L., Palmer, M. H., Fitzgerald, S. T. Incontinence in a manufacturing setting: women's perceptions and responses. Public Health Nurs. 2001 Sep-Oct; 18: 312-7

40609   Patel, M., Coshall, C., Lawrence, E., Rudd, A. G., Wolfe, C. D. Recovery from poststroke urinary incontinence: associated factors and impact on outcome. J Am Geriatr Soc. 2001 Sep; 49: 1229-33

40610   Ricci, J. A., Baggish, J. S., Hunt, T. L., Stewart, W. F., Wein, A., Herzog, A. R., Diokno, A. C. Coping strategies and health care-seeking behavior in a US national sample of adults with symptoms suggestive of overactive bladder. Clin Ther. 2001 Aug; 23: 1245-59

40611   Liem, N. T., Hau, B. D. Long-term follow-up results of the treatment of high and intermediate anorectal malformations using a modified technique of posterior sagittal anorectoplasty. Eur J Pediatr Surg. 2001 Aug; 11: 242-5

40612   Glazener, C. M., Herbison, G. P., Wilson, P. D., MacArthur, C., Lang, G. D., Gee, H., Grant, A. M. Conservative management of persistent postnatal urinary and faecal incontinence: randomised controlled trial. BMJ. 2001 Sep 15; 323: 593-6

40613   Sheikh, M. A., Khan, M. S., Khatoon, A., Arain, G. M. Incidence of urinary tract infection during pregnancy. East Mediterr Health J. 2000 Mar-May; 6: 265-71

# Appendix A6 Bibliography sorted by Procite Number

**American Urological Association, Inc.**

**SUI Guidelines Panel**

40614    Koch, T., Kralik, D. Chronic illness: reflections on a community-based action research programme. J Adv Nurs. 2001 Oct; 36: 23-31

40615    Curtis, L. A., Dolan, T. S., Cespedes, R. D. Acute urinary retention and urinary incontinence. Emerg Med Clin North Am. 2001 Aug; 19: 591-619

40616    Dreitlein, D. A., Suner, S., Basler, J. Genitourinary trauma. Emerg Med Clin North Am. 2001 Aug; 19: 569-90

40618    De Risio, L., Sharp, N. J., Olby, N. J., Munana, K. R., Thomas, W. B. Predictors of outcome after dorsal decompressive laminectomy for degenerative lumbosacral stenosis in dogs: 69 cases (1987-1997). J Am Vet Med Assoc. 2001 Sep 1; 219: 624-8

40621    Ali-El-Dein, B., Ghoneim, M. A. Effects of selective autonomic and pudendal denervation on the urethral function and development of retention in female dogs. J Urol. 2001 Oct; 166: 1549-54

40622    Chin-Peuckert, L., Salle, J. L. A modified biofeedback program for children with detrusor-sphincter dyssynergia: 5-year experience. J Urol. 2001 Oct; 166: 1470-5

40623    Stec, A. A., Pannu, H. K., Tadros, Y. E., Sponseller, P. D., Fishman, E. K., Gearhart, J. P. Pelvic floor anatomy in classic bladder exstrophy using 3-dimensional computerized tomography: initial insights. J Urol. 2001 Oct; 166: 1444-9

40631    Bergamaschi, R., Berzuini, C., Romani, A., Cosi, V. Predicting secondary progression in relapsing-remitting multiple sclerosis: a Bayesian analysis. J Neurol Sci. 2001 Aug 15; 189: 13-21

40632    De Leeuw, J. W., Vierhout, M. E., Struijk, P. C., Hop, W. C., Wallenburg, H. C. Anal sphincter damage after vaginal delivery: functional outcome and risk factors for fecal incontinence. Acta Obstet Gynecol Scand. 2001 Sep; 80: 830-4

40633    Wilson, L., Brown, J. S., Shin, G. P., Luc, K. O., Subak, L. L. Annual direct cost of urinary incontinence. Obstet Gynecol. 2001 Sep; 98: 398-406

40634    Johnson, T. M., 2nd, Ouslander, J. G. The shifting impact of UI. J Am Geriatr Soc. 2001 Jul; 49: 998-9

40636    Rosen, H. R., Urbarz, C., Holzer, B., Novi, G., Schiessel, R. Sacral nerve stimulation as a treatment for fecal incontinence. Gastroenterology. 2001 Sep; 121: 536-41

40637    Layton, D., Pearce, G. L., Shakir, S. A. Safety profile of tolterodine as used in general practice in England: results of prescription-event monitoring. Drug Saf. 2001; 24: 703-13

40639    Hall, J. A., Nelson, M. A., Meyer, J. W., Williamson, T., Wagner, S. Costs and resources associated with the treatment of overactive bladder using retrospective medical care claims data. Manag Care Interface. 2001 Aug; 14: 69-75

40640    Jacquetin, B., Wyndaele, J. Tolterodine reduces the number of urge incontinence episodes in patients with an overactive bladder. Eur J Obstet Gynecol Reprod Biol. 2001 Sep; 98: 97-102

40641    Tsuchiya, K., Ikeda, K., Haga, C., Kobayashi, T., Morimatsu, Y., Nakano, I., Matsushita, M. Atypical amyotrophic lateral sclerosis with dementia mimicking frontal Pick's disease: a report of an autopsy case with a clinical course of 15 years. Acta Neuropathol (Berl). 2001 Jun; 101: 625-30

40642    Kim, N. K., Lim, D. J., Yun, S. H., Sohn, S. K., Min, J. S. Ultralow anterior resection and coloanal anastomosis for distal rectal cancer: functional and oncological results. Int J Colorectal Dis. 2001 Aug; 16: 234-7

40646    Cannon, T. W., Damaser, M. S. Effects of anesthesia on cystometry and leak point pressure of the female rat. Life Sci. 2001 Jul 27; 69: 1193-202

40649    Fultz, N. H., Herzog, A. R. Prevalence of urinary incontinence in middle-aged and older women: a survey-based methodological experiment. J Aging Health. 2000 Nov; 12: 459-69

40651    Rovner, E. S., Wein, A. J. Modern pharmacotherapy of urge urinary incontinence in the USA: tolterodine and oxybutynin. BJU Int. 2000 Oct; 86 Suppl 2: 44-53; discussion 53-4

40652    Krumholz, H. M., Chen, J., Chen, Y. T., Wang, Y., Radford, M. J. Predicting one-year mortality among elderly survivors of hospitalization for an acute myocardial infarction: results from the Cooperative Cardiovascular Project. J Am Coll Cardiol. 2001 Aug; 38: 453-9

September 2009     © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 40653 | Wood, B. C., Rossmeisl, J. H., Jr, Rohleder, J. J. What is your diagnosis? Pronounced ventral deviation of the colon by an irregular soft tissue opacity in the retroperitoneal area. J Am Vet Med Assoc. 2001 Aug 1; 219: 305-6 |
| 40654 | Ganio, E., Ratto, C., Masin, A., Luc, A. R., Doglietto, G. B., Dodi, G., Ripetti, V., Arullani, A., Frascio, M., BertiRiboli, E., Landolfi, V., DelGenio, A., Altomare, D. F., Memeo, V., Bertapelle, P., Carone, R., Spinelli, M., Zanollo, A Neuromodulation for fecal incontinence: outcome in 16 patients with definitive implant. The initial Italian Sacral Neurostimulation Group (GINS) experience. Dis Colon Rectum. 2001 Jul; 44: 965-70 |
| 40656 | Sapsford, R. R., Hodges, P. W. Contraction of the pelvic floor muscles during abdominal maneuvers. Arch Phys Med Rehabil. 2001 Aug; 82: 1081-8 |
| 40658 | Barroso, U., Jr, Jednak, R., Barthold, J. S., Gonzalez, R. Outcome of ureteral reimplantation in children with the urge syndrome. J Urol. 2001 Sep; 166: 1031-5 |
| 40660 | Wyczolkowski, M., Klima, W., Piasecki, Z. Reoperation after complicated tension-free vaginal tape procedures. J Urol. 2001 Sep; 166: 1004-5 |
| 40662 | van Balken, M. R., Vandoninck, V., Gisolf, K. W., Vergunst, H., Kiemeney, L. A., Debruyne, F. M., Bemelmans, B. L. Posterior tibial nerve stimulation as neuromodulative treatment of lower urinary tract dysfunction. J Urol. 2001 Sep; 166: 914-8 |
| 40663 | Wadley, J., Harkness, W., Thompson, D., Hayward, R. Urinary incontinence and ventriculoperitoneal shunts. Pediatr Neurosurg. 2001 Jul; 35: 52 |
| 40664 | Patel, P. M., Stock, J. A., Hanna, M. K., Lutzker, L. Ureteral triplication with ectopic upper pole moiety. Urology. 2001 Aug; 58: 279-80 |
| 40665 | van Melick, H. H., Gisolf, K. W., Eckhardt, M. D., van Venrooij, G. E., Boon, T. A. One 24-hour frequency-volume chart in a woman with objective urinary motor urge incontinence is sufficient. Urology. 2001 Aug; 58: 188-92 |
| 40667 | Foley, S. J., Adamson, A. S. Minimally invasive harvesting of fascia lata for use in the pubovaginal sling procedure. BJU Int. 2001 Aug; 88: 293-4 |
| 40668 | Ayan, S., Gokce, G., Kilicarslan, H., Kaya, K., Gultekin, E. Y. An unusual cause of incontinence: urethral coitus. Scand J Urol Nephrol. 2001 Jun; 35: 254 |
| 40669 | Mteta, K. A., Mbwambo, J. S., Eshleman, J. L., Aboud, M. M., Oyieko, W. Urinary diversion in children with mainly exstrophy and epispadias: alternative to primary bladder closure. Cent Afr J Med. 2000 Dec; 46: 318-20 |
| 40670 | Hartnett, N. M., Saver, B. G. Is extended-release oxybutynin (Ditropan XL) or tolterodine (Detrol) more effective in the treatment of an overactive bladder?. J Fam Pract. 2001 Jul; 50: 571 |
| 40671 | English, B. A., Still, D. J., Harper, J., Saklad, S. R. Failure of tolterodine to treat clozapine-induced nocturnal enuresis. Ann Pharmacother. 2001 Jul-Aug; 35: 867-9 |
| 40673 | Leron, E., Stanton, S. L. Vaginal leiomyoma--an imitator of prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 196-8 |
| 40674 | Vereecken, R. L. A critical view on the value of urodynamics in non-neurogenic incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 188-95 |
| 40678 | Niknejad, K. G., Atala, A. Bladder augmentation techniques in women. Int Urogynecol J Pelvic Floor Dysfunct. 2000 Jun; 11: 156-69 |
| 40686 | Steele, A. C., Walsh, P., Bentley, M., Neff, J., Karram, M. A randomized, double-blind placebo-controlled trial of the effects of the 5-hydroxytriptamine(4) agonist cisapride on the female urinary bladder. Am J Obstet Gynecol. 2001 Jul; 185: 62-4 |
| 40687 | Harvey, M. A., Baker, K., Wells, G. A. Tolterodine versus oxybutynin in the treatment of urge urinary incontinence: a meta-analysis. Am J Obstet Gynecol. 2001 Jul; 185: 56-61 |
| 40690 | Harvey, M. A., Kristjansson, B., Griffith, D., Versi, E. The Incontinence Impact Questionnaire and the Urogenital Distress Inventory: a revisit of their validity in women without a urodynamic diagnosis. Am J Obstet Gynecol. 2001 Jul; 185: 25-31 |

# American Urological Association, Inc.

## SUI Guidelines Panel

40694 Sakakibara, R., Hattori, T., Uchiyama, T., Yamanishi, T. Micturitional disturbance in subacute myelo-optico-neuropathy (SMON). Auton Neurosci. 2001 Mar 23; 87: 282-5

40695 Maliski, S. L., Heilemann, M. V., McCorkle, R. Mastery of postprostatectomy incontinence and impotence: his work, her work, our work. Oncol Nurs Forum. 2001 Jul; 28: 985-92

40696 Buchanan, R. J., Wang, S., Huang, C., Graber, D. Profiles of nursing home residents with multiple sclerosis using the minimum data set. Mult Scler. 2001 Jun; 7: 189-200

40697 Tromp, A. M., Pluijm, S. M., Smit, J. H., Deeg, D. J., Bouter, L. M., Lips, P. Fall-risk screening test: a prospective study on predictors for falls in community-dwelling elderly. J Clin Epidemiol. 2001 Aug; 54: 837-44

40698 Wang, Y., Lim, L. L., Levi, C., Heller, R. F., Fischer, J. A prognostic index for 30-day mortality after stroke. J Clin Epidemiol. 2001 Aug; 54: 766-73

40701 Brolmann, H. A., Vervest, H. A., Heineman, M. J. Declining trend in major gynaecological surgery in The Netherlands during 1991-1998. Is there an impact on surgical skills and innovative ability?. BJOG. 2001 Jul; 108: 743-8

40702 Wijma, J., Weis Potters, A. E., de Wolf, B. T., Tinga, D. J., Aarnoudse, J. G. Anatomical and functional changes in the lower urinary tract during pregnancy. BJOG. 2001 Jul; 108: 726-32

40706 Nuininga, J. E., Feitz, W. F., van Dael, K. C., de Gier, R. P., Cornelissen, E. A. Urological complications in pediatric renal transplantation. Eur Urol. 2001 May; 39: 598-602

40707 Schmidbauer, J., Temml, C., Schatzl, G., Haidinger, G., Madersbacher, S. Risk factors for urinary incontinence in both sexes. Analysis of a health screening project. Eur Urol. 2001 May; 39: 565-70

40708 Stoddart, H., Donovan, J., Whitley, E., Sharp, D., Harvey, I. Urinary incontinence in older people in the community: a neglected problem?. Br J Gen Pract. 2001 Jul; 51: 548-52

40709 Sugerman, H. J., Sugerman, E. L., Wolfe, L., Kellum, J. M., Jr, Schweitzer, M. A., DeMaria, E. J. Risks and benefits of gastric bypass in morbidly obese patients with severe venous stasis disease. Ann Surg. 2001 Jul; 234: 41-6

40710 Van Savage, J. G., Yepuri, J. N. Transverse retubularized sigmoidovesicostomy continent urinary diversion to the umbilicus. J Urol. 2001 Aug; 166: 644-7

40711 Clemens, J. Q., Bushman, W. Urethral diverticulum following transurethral collagen injection. J Urol. 2001 Aug; 166: 626

40713 Spinelli, M., Bertapelle, P., Cappellano, F., Zanollo, A., Carone, R., Catanzaro, F., Giardiello, G., De Seta, F. Chronic sacral neuromodulation in patients with lower urinary tract symptoms: results from a national register. J Urol. 2001 Aug; 166: 541-5

40714 Ouslander, J. G., Greendale, G. A., Uman, G., Lee, C., Paul, W., Schnelle, J. Effects of oral estrogen and progestin on the lower urinary tract among female nursing home residents. J Am Geriatr Soc. 2001 Jun; 49: 803-7

40715 Johnson, T. M., Ouslander, J. G., Uman, G. C., Schnelle, J. F. Urinary incontinence treatment preferences in long-term care. J Am Geriatr Soc. 2001 Jun; 49: 710-8

40716 Ouslander, J. G., Ai-Samarrai, N., Schnelle, J. F. Prompted voiding for nighttime incontinence in nursing homes: is it effective?. J Am Geriatr Soc. 2001 Jun; 49: 706-9

40717 Malone-Lee, J. G., Walsh, J. B., Maugourd, M. F. Tolterodine: a safe and effective treatment for older patients with overactive bladder. J Am Geriatr Soc. 2001 Jun; 49: 700-5

40719 Miklos, J. R., Kohli, N., Moore, R. D. Laparoscopic management of urinary incontinence, ureteric and bladder injuries. Curr Opin Obstet Gynecol. 2001 Aug; 13: 411-7

40734 Ade-Ajayi, N., Wilcox, D. T., Duffy, P. G., Ransley, P. G. Upper pole heminephrectomy: is complete ureterectomy necessary?. BJU Int. 2001 Jul; 88: 77-9

40737 Pycha, A., Klingler, C. H., Reiter, W. J., Schroth, B., Haitel, A., Latal, D. Von Recklinghausen neurofibromatosis with urinary bladder involvement. Urology. 2001 Jul; 58: 106

**American Urological Association, Inc.**

**SUI Guidelines Panel**

40738    Hakenberg, O. W., Ebermayer, J., Manseck, A., Wirth, M. P. Application of the Mitrofanoff principle for intermittent self- catheterization in quadriplegic patients. Urology. 2001 Jul; 58: 38-42

40740    Hohenfellner, M., Pannek, J., Botel, U., Dahms, S., Pfitzenmaier, J., Fichtner, J., Hutschenreiter, G., Thuroff, J. W. Sacral bladder denervation for treatment of detrusor hyperreflexia and autonomic dysreflexia. Urology. 2001 Jul; 58: 28-32

40743    Sakakibara, R., Shinotoh, H., Uchiyama, T., Yoshiyama, M., Hattori, T., Yamanishi, T. SPECT imaging of the dopamine transporter with. J Neurol Sci. 2001 Jun 15; 187: 55-9

40744    Tanaka, R., Hoshi, K., Yamane, Y. Partial bladder resection in a bitch with urinary retention following surgical excision of a vaginal leiomyoma. J Small Anim Pract. 2001 Jun; 42: 301-3

40745    Vachvanichsanong, P., Malagon, M., Moore, E. S. Recurrent abdominal and flank pain in children with idiopathic hypercalciuria. Acta Paediatr. 2001 Jun; 90: 643-8

40746    24th annual meeting of the International Urogynecological Association (IUGA). A joint meeting with the International Continence Society (ICS) and the International Children's Continence Society (ICCS). August 23-26, 1999, Denver, Colorado, USA. Abstracts. Int Urogynecol J Pelvic Floor Dysfunct. 1999 Aug; 10 Suppl 1: S1-194

40747    Wyndaele, J. J., Madersbacher, H., Kovindha, A. Conservative treatment of the neuropathic bladder in spinal cord injured patients. Spinal Cord. 2001 Jun; 39: 294-300

40748    Foxman, B., Somsel, P., Tallman, P., Gillespie, B., Raz, R., Colodner, R., Kandula, D., Sobel, J. D. Urinary tract infection among women aged 40 to 65: behavioral and sexual risk factors. J Clin Epidemiol. 2001 Jul; 54: 710-8

40751    Nitti, V. W. Improving conservative treatment of overactive bladder and urge incontinence--1 small step at a time. J Urol. 2001 Jul; 166: 150-1

40753    Choe, J. M., Bell, T. Genetic material is present in cadaveric dermis and cadaveric fascia lata. J Urol. 2001 Jul; 166: 122-4

40756    Govier, F. E., Kobashi, K. Pubovaginal slings: a review of the technical variables. Curr Opin Urol. 2001 Jul; 11: 405-10

40759    Orr, A., McVean, R. J., Webb, A. K., Dodd, M. E. Questionnaire survey of urinary incontinence in women with cystic fibrosis. BMJ. 2001 Jun 23; 322: 1521

40760    Nicholson, J. H., Morton, R. E., Attfield, S., Rennie, D. Assessment of upper-limb function and movement in children with cerebral palsy wearing lycra garments. Dev Med Child Neurol. 2001 Jun; 43: 384-91

40764    Versi, E. The clinical value of video-urethrography. Scand J Urol Nephrol Suppl. 2001; : 74-9; discussion 106-25

40769    Kato, H., Kiyokawa, H., Igawa, Y., Nishizawa, O. The serous-lined tunnel principle for urinary reconstruction: a more rational method. BJU Int. 2001 Jun; 87: 783-8

40770    Milsom, I., Abrams, P., Cardozo, L., Roberts, R. G., Thuroff, J., Wein, A. J. How widespread are the symptoms of an overactive bladder and how are they managed? A population-based prevalence study. BJU Int. 2001 Jun; 87: 760-6

40771    Vachvanichsanong, P., Malagon, M., Moore, E. S. Urinary tract infection in children associated with idiopathic hypercalciuria. Scand J Urol Nephrol. 2001 Apr; 35: 112-6

40775    Shaw, C., McColl, E., Bond, S. Functional abilities and continence: the use of proxy respondents in research involving older people. Qual Life Res. 2000; 9: 1117-26

40777    Chancellor, M. B., Appell, R. A., Sathyan, G., Gupta, S. K. A comparison of the effects on saliva output of oxybutynin chloride and tolterodine tartrate. Clin Ther. 2001 May; 23: 753-60

40778    Pernice, L. M., Bartalucci, B., Bencini, L., Borri, A., Catarzi, S., Kroning, K. Early and late (ten years) experience with circular stapler hemorrhoidectomy. Dis Colon Rectum. 2001 Jun; 44: 836-41

40779    Mannaerts, G. H., Rutten, H. J., Martijn, H., Groen, G. J., Hanssens, P. E., Wiggers, T. Abdominosacral resection for primary irresectable and locally recurrent rectal cancer. Dis Colon Rectum. 2001 Jun; 44: 806-14

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

40781   Leroi, A. M., Michot, F., Grise, P., Denis, P. Effect of sacral nerve stimulation in patients with fecal and urinary incontinence. Dis Colon Rectum. 2001 Jun; 44: 779-89

40782   Duker, P. C., Averink, M., Melein, L. Response restriction as a method to establish diurnal bladder control. Am J Ment Retard. 2001 May; 106: 209-15

40783   Paolucci, S., Antonucci, G., Grasso, M. G., Pizzamiglio, L. The role of unilateral spatial neglect in rehabilitation of right brain- damaged ischemic stroke patients: a matched comparison. Arch Phys Med Rehabil. 2001 Jun; 82: 743-9

40784   Lawrence, E. S., Coshall, C., Dundas, R., Stewart, J., Rudd, A. G., Howard, R., Wolfe, C. D. Estimates of the prevalence of acute stroke impairments and disability in a multiethnic population. Stroke. 2001 Jun; 32: 1279-84

40785   Doran, C. M., Chiarelli, P., Cockburn, J. Economic costs of urinary incontinence in community-dwelling Australian women. Med J Aust. 2001 May 7; 174: 456-8

40786   Moore, K. H. The costs of urinary incontinence. Med J Aust. 2001 May 7; 174: 436-7

40792   Wright, E. J. Current status of fascia lata allograft slings treating urinary incontinence: effective or ephemeral?. Tech Urol. 2001 Jun; 7: 81-6

40793   Dohke, M., Mitchell, D. G., Vasavada, S. P. Fast magnetic resonance imaging of pelvic organ prolapse. Tech Urol. 2001 Jun; 7: 133-8

40794   Westney, O. L., McGuire, E. J. Surgical procedures for the treatment of urge incontinence. Tech Urol. 2001 Jun; 7: 126-32

40799   Law, P. A., Danin, J. C., Lamb, G. M., Regan, L., Darzi, A., Gedroyc, W. M. Dynamic imaging of the pelvic floor using an open-configuration magnetic resonance scanner. J Magn Reson Imaging. 2001 Jun; 13: 923-9

40800   Chun, Y. S., Kim, W. K., Park, K. W., Lee, S. C., Jung, S. E. Lipoblastoma. J Pediatr Surg. 2001 Jun; 36: 905-7

40801   Caraballo, R., Bologna, R. A., Lukban, J., Whitmore, K. E. Sacral nerve stimulation as a treatment for urge incontinence and associated pelvic floor disorders at a pelvic floor center: a follow-up study. Urology. 2001 Jun; 57: 121

40802   Liberman, J. N., Hunt, T. L., Stewart, W. F., Wein, A., Zhou, Z., Herzog, A. R., Lipton, R. B., Diokno, A. C. Health-related quality of life among adults with symptoms of overactive bladder: results from a U.S. community-based survey. Urology. 2001 Jun; 57: 1044-50

40803   Fourie, T., Ramphal, S. Aerosol caps and vesicovaginal fistulas. Int J Gynaecol Obstet. 2001 Jun; 73: 275-6

40804   Stamp, G., Kruzins, G., Crowther, C. Perineal massage in labour and prevention of perineal trauma: randomised controlled trial. BMJ. 2001 May 26; 322: 1277-80

40813   Surer, I., Baker, L. A., Jeffs, R. D., Gearhart, J. P. Modified Young-Dees-Leadbetter bladder neck reconstruction in patients with successful primary bladder closure elsewhere: a single institution experience. J Urol. 2001 Jun; 165: 2438-40

40814   Hafez, A. T., Elsherbiny, M. T., Ghoneim, M. A. Complete repair of bladder exstrophy: preliminary experience with neonates and children with failed initial closure. J Urol. 2001 Jun; 165: 2428-30

40815   Capolicchio, G., McLorie, G. A., Farhat, W., Merguerian, P. A., Bagli, D. J., Khoury, A. E. A population based analysis of continence outcomes and bladder exstrophy. J Urol. 2001 Jun; 165: 2418-21

40816   Bau, M. O., Younes, S., Aupy, A., Bernuy, M., Rouffet, M. J., Yepremian, D., Lottmann, H. B. The Malone antegrade colonic enema isolated or associated with urological incontinence procedures: evaluation from patient point of view. J Urol. 2001 Jun; 165: 2399-403

40817   Liard, A., Seguier-Lipszyc, E., Mathiot, A., Mitrofanoff, P. The Mitrofanoff procedure: 20 years later. J Urol. 2001 Jun; 165: 2394-8

40818   Wedderburn, A., Lee, R. S., Denny, A., Steinbrecher, H. A., Koyle, M. A., Malone, P. S. Synchronous bladder reconstruction and antegrade continence enema. J Urol. 2001 Jun; 165: 2392-3

# Appendix A6. Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

40819   Guys, J. M., Fakhro, A., Louis-Borrione, C., Prost, J., Hautier, A. Endoscopic treatment of urinary incontinence: long-term evaluation of the results. J Urol. 2001 Jun; 165: 2389-91

40820   Kryger, J. V., Leverson, G., Gonzalez, R. Long-term results of artificial urinary sphincters in children are independent of age at implantation. J Urol. 2001 Jun; 165: 2377-9

40821   Castera, R., Podesta, M. L., Ruarte, A., Herrera, M., Medel, R. 10-Year experience with artificial urinary sphincter in children and adolescents. J Urol. 2001 Jun; 165: 2373-6

40822   De Badiola, F., Ruiz, E., Puigdevall, J., Lobos, P., Moldes, J., Lopez Raffo, M., Gallo, A. Sigmoid cystoplasty with argon beam without mucosa. J Urol. 2001 Jun; 165: 2253-5

40823   Surer, I., Baker, L. A., Jeffs, R. D., Gearhart, J. P. Combined bladder neck reconstruction and epispadias repair for exstrophy-epispadias complex. J Urol. 2001 Jun; 165: 2425-7

40830   Beyersdorff, D., Schiemann, T., Taupitz, M., Kooijman, H., Hamm, B., Nicolas, V. Sectional depiction of the pelvic floor by CT, MR imaging and sheet plastination: computer-aided correlation and 3D model. Eur Radiol. 2001; 11: 659-64

40831   Chow, M., Clarke, D. B., Maloney, W. J., Sangalang, V. Meningeal melanocytoma of the planum sphenoidale. Case report and review of the literature. J Neurosurg. 2001 May; 94: 841-5

40832   Easton, B. T. Is hormone replacement therapy (estrogen plus progestin) effective for the treatment of urinary incontinence in postmenopausal women?. J Fam Pract. 2001 May; 50: 470

40833   Dugan, E., Roberts, C. P., Cohen, S. J., Preisser, J. S., Davis, C. C., Bland, D. R., Albertson, E. Why older community-dwelling adults do not discuss urinary incontinence with their primary care physicians. J Am Geriatr Soc. 2001 Apr; 49: 462-5

40835   Alewijnse, D., Mesters, I., Metsemakers, J., Adriaans, J., van den Borne, B. Predictors of intention to adhere to physiotherapy among women with urinary incontinence. Health Educ Res. 2001 Apr; 16: 173-86

40836   Lekcharoensuk, C., Osborne, C. A., Lulich, J. P. Epidemiologic study of risk factors for lower urinary tract diseases in cats. J Am Vet Med Assoc. 2001 May 1; 218: 1429-35

40837   Kassouf, W., Capolicchio, G., Berardinucci, G., Corcos, J. Collagen injection for treatment of urinary incontinence in children. J Urol. 2001 May; 165: 1666-8

40843   Malone-Lee, J., Shaffu, B., Anand, C., Powell, C. Tolterodine: superior tolerability than and comparable efficacy to oxybutynin in individuals 50 years old or older with overactive bladder: a randomized controlled trial. J Urol. 2001 May; 165: 1452-6

40844   Cavina, E. Total anorectal reconstruction after abdominoperineal resection. Int J Surg Investig. 1999; 1: 262-3

40846   Aylett, V., Lynch, O. Catheterisation in elderly women is no 'easy' option. BMJ. 2001 Apr 21; 322: 997

40848   Hanley, J., Capewell, A., Hagen, S. Validity study of the severity index, a simple measure of urinary incontinence in women. BMJ. 2001 May 5; 322: 1096-7

40851   Eldar, R., Ring, H., Tshuwa, M., Dynia, A., Ronen, R. Quality of care for urinary incontinence in a rehabilitation setting for patients with stroke. Simultaneous monitoring of process and outcome. Int J Qual Health Care. 2001 Feb; 13: 57-61

40854   Bass, J., Rubin, S. Z., Walton, J. M., Cada, M. Combined posterior sagittal and three-flap anoplasty in the repair of anorectal anomalies. J Pediatr Surg. 2001 May; 36: 711-4

40857   Lantzsch, T., Goepel, C., Wolters, M., Koelbl, H., Methfessel, H. D. Sacrospinous ligament fixation for vaginal vault prolapse. Arch Gynecol Obstet. 2001 Mar; 265: 21-5

40858   Georgiou, A., Potter, J., Brocklehurst, J. C., Lowe, D., Pearson, M. Measuring the quality of urinary continence care in long-term care facilities: an analysis of outcome indicators. Age Ageing. 2001 Jan; 30: 63-6

40861   El-Lamie, I. K. Preliminary experience with Mainz type II pouch in gynecologic oncology patients. Eur J Gynaecol Oncol. 2001; 22: 77-80

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

40863   Buttar, A., Blaum, C., Fries, B. Clinical characteristics and six-month outcomes of nursing home residents with low activities of daily living dependency. J Gerontol A Biol Sci Med Sci. 2001 May; 56: M292-7

40864   Preisser, J. S., Qaqish, B. F. Robust regression for clustered data with application to binary responses. Biometrics. 1999 Jun; 55: 574-9

40865   Valk, M., Post, M. W., Cools, H. J., Schrijvers, G. A. Measuring disability in nursing home residents: validity and reliability of a newly developed instrument. J Gerontol B Psychol Sci Soc Sci. 2001 May; 56: P187-91

40867   Tanaka, N., Tamai, T., Mukaiyama, H., Hirabayashi, A., Muranaka, H., Akahane, S., Miyata, H., Akahane, M. Discovery of novel N-phenylglycine derivatives as potent and selective beta(3)-adrenoceptor agonists for the treatment of frequent urination and urinary incontinence. J Med Chem. 2001 Apr 26; 44: 1436-45

40868   Lionis, C., Vlachonikolis, L., Bathianaki, M., Daskalopoulos, G., Anifantaki, S., Cranidis, A. Urinary incontinence, the hidden health problem of Cretan women: report from a primary care survey in Greece. Women Health. 2000; 31: 59-66

40869   Knight, J. Positive thinking. Nurs Stand. 2000 Feb 16-22; 14: 18-9

40874   Chan, D. Y., Jeffs, R. D., Gearhart, J. P. Determinants of continence in the bladder exstrophy population: predictors of success?. Urology. 2001 Apr; 57: 774-7

40880   Azam, U., Castleden, M., Turner, D. Economics of lower urinary tract symptoms (LUTS) in older people. Drugs Aging. 2001; 18: 213-23

40882   Al-Qutob, R. Menopause-associated problems: types and magnitude. A study in the Ain Al-Basha area, Jordan. J Adv Nurs. 2001 Mar; 33: 613-20

40883   Hoebeke, P., Van Laecke, E., Van Camp, C., Raes, A., Van De Walle, J. One thousand video-urodynamic studies in children with non-neurogenic bladder sphincter dysfunction. BJU Int. 2001 Apr; 87: 575-80

40884   Hjalmas, K., Hellstrom, A. L., Mogren, K., Lackgren, G., Stenberg, A. The overactive bladder in children: a potential future indication for tolterodine. BJU Int. 2001 Apr; 87: 569-74

40886   Jabs, C. F., Stanton, S. L. Urge incontinence and detrusor instability. Int Urogynecol J Pelvic Floor Dysfunct. 2001; 12: 58-68

40892   Indrekvam, S., Sandvik, H., Hunskaar, S. A Norwegian national cohort of 3198 women treated with home-managed electrical stimulation for urinary incontinence--effectiveness and treatment results. Scand J Urol Nephrol. 2001 Feb; 35: 32-9

40894   Matsuoka, N., Moriya, Y., Akasu, T., Fujita, S. Long-term outcome of urinary function after extended lymphadenectomy in patients with distal rectal cancer. Eur J Surg Oncol. 2001 Mar; 27: 165-9

40895   Jervis, L. L. The pollution of incontinence and the dirty work of caregiving in a U.S. nursing home. Med Anthropol Q. 2001 Mar; 15: 84-99

40897   Abu, J., Wong, M. Y., Foo, K. T., Yu, S. L. A case report on vesico-uterine fistula: a very rare complication of the lower caesarean section. Singapore Med J. 2000 Nov; 41: 554-6

40899   Simons, A. M., Yoong, W. C., Buckland, S., Moore, K. H. Inadequate repeatability of the one-hour pad test: the need for a new incontinence outcome measure. BJOG. 2001 Mar; 108: 315-9

40900   Romanzi, L. J. Urinary incontinence: a family affair. J Gend Specif Med. 1998 Oct-Nov; 1: 52-3

40901   Page for patients. Menopause. Prev Med. 2001 Mar; 32: 207-8

40904   Gaur, C., Mathur, A., Agarwal, A., Verma, K., Jain, R., Swaroop, A. Diabetic autonomic neuropathy causing gall bladder dysfunction. J Assoc Physicians India. 2000 Jun; 48: 603-5

40905   Lekan-Rutledge, D. Diffusion of innovation. A model for implementation of prompted voiding in long-term care settings. J Gerontol Nurs. 2000 Apr; 26: 25-33

40907   Khoury, J. M. Urinary incontinence. No need to be wet and upset. N C Med J. 2001 Mar-Apr; 62: 74-7

# Appendix A6: Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**
**sorted by Procite Number**

---

**40908**  Kuchel, G. A., Tannenbaum, C., Greenspan, S. L., Resnick, N. M. Can variability in the hormonal status of elderly women assist in the decision to administer estrogens?. J Womens Health Gend Based Med. 2001 Mar; 10: 109-16

**40910**  Emiroglu, R., Karakayall, H., Sevmis, S., Akkoc, H., Bilgin, N., Haberal, M. Urologic complications in 1275 consecutive renal transplantations. Transplant Proc. 2001 Feb-Mar; 33: 2016-7

**40912**  What is urinary incontinence?. Health News. 2001 Mar; 7: 3

**40913**  Rogers, R. G., Kammerer-Doak, D., Villarreal, A., Coates, K., Qualls, C. A new instrument to measure sexual function in women with urinary incontinence or pelvic organ prolapse. Am J Obstet Gynecol. 2001 Mar; 184: 552-8

**40914**  McGhan, W. F. Cost effectiveness and quality of life considerations in the treatment of patients with overactive bladder. Am J Manag Care. 2001 Mar; 7: S62-75

**40915**  Lemack, G. E. Overactive bladder: optimizing quality of care. Am J Manag Care. 2001 Mar; 7: S46-61

**40916**  Optimizing quality of care and cost effectiveness in the treatment of overactive bladder. Am J Manag Care. 2001 Mar; 7: S43-5

**40917**  Shaw, C., Williams, K. S., Assassa, R. P. Patients' views of a new nurse-led continence service. J Clin Nurs. 2000 Jul; 9: 574-82

**40918**  Williams, K. S., Assassa, R. P., Smith, N. K., Jagger, C., Perry, S., Shaw, C., Dallosso, H., McGrother, C., Clarke, M., Brittain, K. R., Castleden, C. M., Mayne, C. Development, implementation and evaluation of a new nurse-led continence service: a pilot study. J Clin Nurs. 2000 Jul; 9: 566-73

**40919**  Jirovec, M. M., Templin, T. Predicting success using individualized scheduled toileting for memory- impaired elders at home. Res Nurs Health. 2001 Feb; 24: 1-8

**40922**  Hemal, A. K., Kumar, R., Nabi, G. Post-cesarean cervicovesical fistula: technique of laparoscopic repair. J Urol. 2001 Apr; 165: 1167-8

**40924**  Greendale, G. A., Petersen, L., Zibecchi, L., Ganz, P. A. Factors related to sexual function in postmenopausal women with a history of breast cancer. Menopause. 2001 Summer; 8: 111-9

**40927**  Gladh, G., Mattsson, S., Lindstrom, S. Anogenital electrical stimulation as treatment of urge incontinence in children. BJU Int. 2001 Mar; 87: 366-71

**40928**  Marinkovic, S. P., Badlani, G. H. Imaging of the lower urinary tract in adults. J Endourol. 2001 Feb; 15: 75-86

**40929**  Van Kerrebroeck, P., Kreder, K., Jonas, U., Zinner, N., Wein, A. Tolterodine once-daily: superior efficacy and tolerability in the treatment of the overactive bladder. Urology. 2001 Mar; 57: 414-21

**40931**  Thomas, V. S. Excess functional disability among demented subjects? Findings from the Canadian Study of Health and Aging. Dement Geriatr Cogn Disord. 2001 May-Jun; 12: 206-10

**40932**  Farrell, S. A., Allen, V. M., Baskett, T. F. Parturition and urinary incontinence in primiparas. Obstet Gynecol. 2001 Mar; 97: 350-6

**40933**  Del Ser, T., Hachinski, V., Merskey, H., Munoz, D. G. Clinical and pathologic features of two groups of patients with dementia with Lewy bodies: effect of coexisting Alzheimer-type lesion load. Alzheimer Dis Assoc Disord. 2001 Jan-Mar; 15: 31-44

**40935**  Patten, J. A case study in evidence-based wound management. Br J Nurs. 2000 Jun suppl; 9: S38-40, S42, S44 passim

**40937**  Stoker, J., Halligan, S., Bartram, C. I. Pelvic floor imaging. Radiology. 2001 Mar; 218: 621-41

**40939**  Roijen, L. E., Postema, K., Limbeek, V. J., Kuppevelt, V. H. Development of bladder control in children and adolescents with cerebral palsy. Dev Med Child Neurol. 2001 Feb; 43: 103-7

**40940**  Burkhart, K. S. Urinary incontinence in women: assessment and management in the primary care setting. Nurse Pract Forum. 2000 Dec; 11: 192-204

---

# **American Urological Association, Inc.**

## SUI Guidelines Panel

40943    Sponseller, P. D., Jani, M. M., Jeffs, R. D., Gearhart, J. P. Anterior innominate osteotomy in repair of bladder exstrophy. J Bone Joint Surg Am. 2001 Feb; 83-A: 184-93

40944    Suguita, M., Giraio, M. J., Simoes, M. J., Sartori, M. G., Baracat, E. C., Rodrigues de Lima, G. R. A morphologic and morphometric study of the vesical mucosa and urethra of castrated female rats following estrogen and/or progestogen replacement. Clin Exp Obstet Gynecol. 2000; 27: 176-8

40945    MacKinnon, A. E., Roberts, J. P., Searles, J. Day-care ultrasound avoids urodynamics. Eur J Pediatr Surg. 2000 Dec; 10 Suppl 1: 24-5

40949    Truss, M. C., Stief, C. G., Uckert, S., Becker, A. J., Schultheiss, D., Machtens, S., Jonas, U. Initial clinical experience with the selective phosphodiesterase-I isoenzyme inhibitor vinpocetine in the treatment of urge incontinence and low compliance bladder. World J Urol. 2000 Dec; 18: 439-43

40950    Freeman, E. W., Grisso, J. A., Berlin, J., Sammel, M., Garcia-Espana, B., Hollander, L. Symptom reports from a cohort of African American and white women in the late reproductive years. Menopause. 2001 Jan-Feb; 8: 33-42

40951    Edlund, C., Hellstrom, M., Peeker, R., Fall, M. First Scandinavian experience of electrical sacral nerve stimulation in the treatment of the overactive bladder. Scand J Urol Nephrol. 2000 Dec; 34: 366-76

40954    Diokno, A. C. Epidemiology of urinary incontinence. J Gerontol A Biol Sci Med Sci. 2001 Jan; 56: M3-4

40955    Miles, T. P., Palmer, R. F., Espino, D. V., Mouton, C. P., Lichtenstein, M. J., Markides, K. S. New-onset incontinence and markers of frailty: data from the Hispanic Established Populations for Epidemiologic Studies of the Elderly. J Gerontol A Biol Sci Med Sci. 2001 Jan; 56: M19-24

40956    Maggi, S., Minicuci, N., Langlois, J., Pavan, M., Enzi, G., Crepaldi, G. Prevalence rate of urinary incontinence in community-dwelling elderly individuals: the Veneto study. J Gerontol A Biol Sci Med Sci. 2001 Jan; 56: M14-8

40957    Burgio, K. L., Locher, J. L., Roth, D. L., Goode, P. S. Psychological improvements associated with behavioral and drug treatment of urge incontinence in older women. J Gerontol B Psychol Sci Soc Sci. 2001 Jan; 56: P46-51

40958    MacLennan, A. H., Taylor, A. W., Wilson, D. H., Wilson, D. The prevalence of pelvic floor disorders and their relationship to gender, age, parity and mode of delivery. BJOG. 2000 Dec; 107: 1460-70

40959    Bignell, V. Using charts to assess urinary incontinence. Community Nurse. 1999 Dec; 5: 23-4

40960    O'Connell-Gifford, E. Contact dermatitis complicated by environment. Ostomy Wound Manage. 2000 Sep; 46: 16-7

40961    Ouslander, J. G., Shih, Y. T., Malone-Lee, J., Luber, K. Overactive bladder: special considerations in the geriatric population. Am J Manag Care. 2000 Jul; 6: S599-606

40962    Abrams, P., Kelleher, C. J., Kerr, L. A., Rogers, R. G. Overactive bladder significantly affects quality of life. Am J Manag Care. 2000 Jul; 6: S580-90

40963    Brown, J. S., McGhan, W. F., Chokroverty, S. Comorbidities associated with overactive bladder. Am J Manag Care. 2000 Jul; 6: S574-9

40964    Milsom, I., Stewart, W., Thuroff, J. The prevalence of overactive bladder. Am J Manag Care. 2000 Jul; 6: S565-73

40965    Wein, A. J. Overactive bladder: defining the disease. Am J Manag Care. 2000 Jul; 6: S559-64; discussion S607-19

40970    de,, JONG TP, Van Gool, J. D., Dik, P., Klijn, A. J., Vijverberg, M. A. The treatment of post-urethrotomy incontinence in pediatric and adolescent females. J Urol. 2001 Mar; 165: 929-33

40971    Munding, M., Wessells, H., Thornberry, B., Riden, D. Use of tolterodine in children with dysfunctional voiding: an initial report. J Urol. 2001 Mar; 165: 926-8

40972    Husmann, O. A., Cain, M. P. Fecal and urinary continence after ileal cecal cystoplasty for the neurogenic bladder. J Urol. 2001 Mar; 165: 922-5

40973    Sureshkumar, P., Craig, J. C., Roy, L. P., Knight, J. F. A reproducible pediatric daytime urinary incontinence questionnaire. J Urol. 2001 Feb; 165: 569-73

# Appendix A6  Bibliography sorted by Procite Number

**American Urological Association, Inc.**

**SUI Guidelines Panel**

40976  Marinkovic, S., Badlani, G. Voiding and sexual dysfunction after cerebrovascular accidents. J Urol. 2001 Feb; 165: 359-70

40977  Yavuzer, G., Gok, H., Tuncer, S., Soygur, T., Arikan, N., Arasil, T. Compliance with bladder management in spinal cord injury patients. Spinal Cord. 2000 Dec; 38: 762-5

40981  Janknegt, R. A., Hassouna, M. M., Siegel, S. W., Schmidt, R. A., Gajewski, J. B., Rivas, D. A., Elhilali, M. M., Milam, D. C., van Kerrebroeck, P. E., Dijkema, H. E., Lycklama, a., Nyeholt AA, Fall, M., Jonas, U., Catanzaro, F., Fowler, C. J Long-term effectiveness of sacral nerve stimulation for refractory urge incontinence. Eur Urol. 2001 Jan; 39: 101-6

40982  Nobili, F., Copello, F., Buffoni, F., Vitali, P., Girtler, N., Bordoni, C., Safaie-Semnani, E., Mariani, G., Rodriguez, G. Regional cerebral blood flow and prognostic evaluation in Alzheimer's disease. Dement Geriatr Cogn Disord. 2001 Mar-Apr; 12: 89-97

40983  Hannah, S. L., Roland, B., Gengenbacher, P. M. Extraperitoneal retropubic laparoscopic urethropexy. J Am Assoc Gynecol Laparosc. 2001 Feb; 8: 107-10

40986  Edlund, C., Peeker, R., Fall, M. Lidocaine cystometry in the diagnosis of bladder overactivity. Neurourol Urodyn. 2001; 20: 147-55

40991  Geomini, P. M., Brolmann, H. A., van Binsbergen, N. J., Mol, B. W. Vaginal vault suspension by abdominal sacral colpopexy for prolapse: a follow up study of 40 patients. Eur J Obstet Gynecol Reprod Biol. 2001 Feb; 94: 234-8

40993  VanderHorst, V. G., Meijer, E., Holstege, G. Estrogen receptor-alpha immunoreactivity in parasympathetic preganglionic neurons innervating the bladder in the adult ovariectomized cat. Neurosci Lett. 2001 Feb 9; 298: 147-50

40999  Weckermann, D., Wawroschek, F., Schipp, J., Krawczak, G., Harzmann, R. Metabolic changes and urodynamic findings after continent urinary diversion. Int Urol Nephrol. 1999; 31: 665-74

41001  Pannek, J. Vesicostomy in adult meningomyelocele patients. Reappraisal of an old technique. Int Urol Nephrol. 1999; 31: 643-5

41002  Cetinel, B., Demirkesen, O., Talat, Z., Yaycioglu, O., Solok, V. Application of continent retubularized ileal stoma (Monti procedure) to an ileocecal pouch. Urology. 2000 Feb; 55: 286

41003  Rovner, E. S., Gomes, C. M., Banner, M. P., Wein, A. J. Ventral hernia of the urinary bladder with mixed urinary incontinence: treatment with herniorrhaphy and allograft fascial sling. Urology. 2000 Jan; 55: 145

41005  Cain, M. P., Rink, R. C. Vaginal stenosis and hydrometrocolpos: late complication of inadvertent perivaginal placement of an artificial urinary sphincter in prepubertal girls(1). Urology. 1999 Nov; 54: 923

41010  Hruby, G., Choo, R., Lehman, M., Herschorn, S., Kapusta, L. Female clear cell adenocarcinoma arising within a urethral diverticulum. Can J Urol. 2000 Dec; 7: 1160-3

41012  Zvosec, D. L., Smith, S. W., McCutcheon, J. R., Spillane, J., Hall, B. J., Peacock, E. A. Adverse events, including death, associated with the use of 1,4- butanediol. N Engl J Med. 2001 Jan 11; 344: 87-94

41013  Dinh, D. H., Tompkins, J., Clark, S. B. Transcostovertebral approach for thoracic disc herniations. J Neurosurg. 2001 Jan; 94: 38-44

41015  Nabi, G., Hemal, A. K., Kumar, M., Ansari, M. S., Dorairajan, L. N. Diagnosis and management of post-cesarean ureterouterine fistulae. Int Urogynecol J Pelvic Floor Dysfunct. 2000  Dec; 11: 389-91

41016  Votolato, N. A., Stern, S., Caputo, R. M. Serotonergic antidepressants and urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000  Dec; 11: 386-8

41018  Benson, J. T. Sacral nerve stimulation results may be improved by electrodiagnostic techniques. Int Urogynecol J Pelvic Floor Dysfunct. 2000  Dec; 11: 352-7

41022  Faundes, A., Guarisi, T., Pinto-Neto, A. M. The risk of urinary incontinence of parous women who delivered only by cesarean section. Int J Gynaecol Obstet. 2001 Jan; 72: 41-6

# American Urological Association, Inc.
## SUI Guidelines Panel

**41023** Shaw, C., Tansey, R., Jackson, C., Hyde, C., Allan, R. Barriers to help seeking in people with urinary symptoms. Fam Pract. 2001 Feb; 18: 48-52

**41024** Doherty, W. Urinary sheaths and drainage bags available from Manfred Sauer. Br J Nurs. 2000 Apr 27-May 10; 9: 514-7

**41025** Roe, B., Wilson, K., Doll, H. Public awareness and health education: findings from an evaluation of health services for incontinence in England. Int J Nurs Stud. 2001 Feb; 38: 79-89

**41026** Pena, A., Hong, A. Advances in the management of anorectal malformations. Am J Surg. 2000 Nov; 180: 370-6

**41027** Patel, M., Coshall, C., Rudd, A. G., Wolfe, C. D. Natural history and effects on 2-year outcomes of urinary incontinence after stroke. Stroke. 2001 Jan; 32: 122-7

**41029** Walsh, I. K., Thompson, T., Loughridge, W. G., Johnston, S. R., Keane, P. F., Stone, A. R. Non-invasive antidromic neurostimulation: a simple effective method for improving bladder storage. Neurourol Urodyn. 2001; 20: 73-84

**41032** FitzGerald, M. P., Manaves, V., Martin, A. F., Shott, S., Brubaker, L. Myosin isoforms in female human detrusor. Neurourol Urodyn. 2001; 20: 23-9

**41034** Madjar, S., Evans, D., Duncan, R. C., Gousse, A. E. Collaboration and practice patterns among urologists and gynecologists in the treatment of urinary incontinence and pelvic floor prolapse: a survey of the International Continence Society members. Neurourol Urodyn. 2001; 20: 3-11

**41035** Caruso, J. M., Tung, G. A., Brown, W. D. Central nervous system and renal vasculitis associated with primary varicella infection in a child. Pediatrics. 2001 Jan; 107: E9

**41036** Swift, B. J. Early neutering of dogs. Vet Rec. 2000 Dec 2; 147: 667

**41037** Ryden, M. B., Snyder, M., Gross, C. R., Savik, K., Pearson, V., Krichbaum, K., Mueller, C. Value-added outcomes: the use of advanced practice nurses in long-term care facilities. Gerontologist. 2000 Dec; 40: 654-62

**41038** Roovers, J. P., van der Vaart, C. H., van der Bom, J. G., Heintz, A. P. Urinary incontinence after hysterectomy. Lancet. 2000 Dec 9; 356: 2012-3

**41040** Milsom, I. The prevalence of urinary incontinence. Acta Obstet Gynecol Scand. 2000 Dec; 79: 1056-9

**41042** Seim, A., Hunskaar, S. Female urinary incontinence--the role of the general practitioner. Acta Obstet Gynecol Scand. 2000 Dec; 79: 1046-51

**41044** Kataria, R., Bajpai, M., Lall, A., Gupta, D. K., Grover, V. P., Mitra, D. K. Neurogenic bladder: urodynamic and surgical aspects. Indian J Pediatr. 1997 Nov-Dec; 64: 68-76

**41045** Koie, H., Yamaya, Y., Sakai, T. Four cases of lowered urethral pressure in canine ectopic ureter. J Vet Med Sci. 2000 Nov; 62: 1221-2

**41052** Groen, J., van Mastrigt, R., Bosch, J. L. Computerized assessment of detrusor instability in patients treated with sacral neuromodulation. J Urol. 2001 Jan; 165: 169-73

**41060** Mattox, T. F., Lucente, V., McIntyre, P., Miklos, J. R., Tomezsko, J. Abnormal spinal curvature and its relationship to pelvic organ prolapse. Am J Obstet Gynecol. 2000 Dec; 183: 1381-4; discussion 1384

**41061** Alcalay, M., Thompson, P. K., Boone, T. B. Ball urethroplasty combined with Marshall-Marchetti-Krantz urethropexy versus suburethral sling in patients with intrinsic sphincter deficiency and urethral hypermobility. Am J Obstet Gynecol. 2000 Dec; 183: 1348-53; discussion 1353-4

**41063** Carey, M. P., De Jong, S., Friedhuber, A., Moran, P. A., Dwyer, P. L., Scurry, J. A prospective evaluation of the pathogenesis of detrusor instability in women, using electron microscopy and immunohistochemistry. BJU Int. 2000 Dec; 86: 970-6

**41068** Tinnion, E., Jowitt, F. The active urine collection device: a novel continence management system focusing particularly on the needs of disabled women. Disabil Rehabil. 2000 Nov 10; 22: 745-8

**41071** Shimanouchi, S., Kamei, T., Hayashi, M. Home care for the frail elderly based on urinary incontinence level. Public Health Nurs. 2000 Nov-Dec; 17: 468-73

**American Urological Association, Inc.**

SUI Guidelines Panel

41073   Siegel, S. W., Catanzaro, F., Dijkema, H. E., Elhilali, M. M., Fowler, C. J., Gajewski, J. B., Hassouna, M. M., Janknegt, R. A., Jonas, U., van Kerrebroeck, P. E., Lycklama, a., Nijeholt AA, Oleson, K. A., Schmidt, R. A. Long-term results of a multicenter study on sacral nerve stimulation for treatment of urinary urge incontinence, urgency-frequency, and retention. Urology. 2000 Dec 4; 56: 87-91

41078   Dmochowski, R. R., Appell, R. A. Advancements in pharmacologic management of the overactive bladder. Urology. 2000 Dec 4; 56: 41-9

41086   Honjo, H., Naya, Y., Ukimura, O., Kojima, M., Miki, T. Acupuncture on clinical symptoms and urodynamic measurements in spinal- cord-injured patients with detrusor hyperreflexia. Urol Int. 2000; 65: 190-5

41087   Pannu, H. K., Kaufman, H. S., Cundiff, G. W., Genadry, R., Bluemke, D. A., Fishman, E. K. Dynamic MR imaging of pelvic organ prolapse: spectrum of abnormalities. Radiographics. 2000 Nov-Dec; 20: 1567-82

41090   Weatherall, M. Biofeedback in urinary incontinence: past, present and future. Curr Opin Obstet Gynecol. 2000 Oct; 12: 411-3

41091   Shafik, A. Neuronal innervation of urethral and anal sphincters: surgical anatomy and clinical implications. Curr Opin Obstet Gynecol. 2000 Oct; 12: 387-98

41093   Roe, B., Doll, H. Prevalence of urinary incontinence and its relationship with health status. J Clin Nurs. 2000 Mar; 9: 178-87

41094   Talic, R. F. Paramedian extraperitoneal approach for combined nephrectomy and augmentation ureterocystoplasty in children with neurovesical dysfunction. Eur Urol. 2000 Dec; 38: 762-5

41096   Kilciler, M., Tan, O., Tahmaz, L., Dayanc, M., Harmankaya, C. Ureterocystoplasty in bilaterally functional kidneys. Eur Urol. 2000 Dec; 38: 742-7

41098   Garcia, A., Smith, M., Freedman, M. Vitamin B12 deficiency and incontinence in older people. Can J Urol. 2000 Aug; 7: 1077-80

41099   Rawlings, C. A., Mahaffey, M. B., Chernosky, A., Huzella, L. Immediate urodynamic and anatomic response to colposuspension in female Beagles. Am J Vet Res. 2000 Nov; 61: 1353-7

41101   Kolcaba, K., Dowd, T., Winslow, E. H., Jacobson, A. F. Kegel exercises. Strengthening the weak pelvic floor muscles that cause urinary incontinence. Am J Nurs. 2000 Nov; 100: 59

41102   Abrams, P., Wein, A. Recent advances: urology. BMJ. 2000 Dec 2; 321: 1393-6

41103   Addison, R., Lavender, R. Vaginal examination--2 and teaching pelvic muscle exercises. Nurs Times. 1999 Dec 1-7; 95: suppl 1-2

41105   Skelly, J., Boblin-Cummings, S. Promoting seniors' health--confronting the issue of incontinence. Can J Nurs Leadersh. 1999 Sep-Oct; 12: 13-7

41107   Thakar, R., Stanton, S. Regular review: management of urinary incontinence in women. BMJ. 2000 Nov 25; 321: 1326-31

41108   Maas, C. P., Moriya, Y., Steup, W. H., Klein Kranenbarg, E., van de Velde, C. J. A prospective study on radical and nerve-preserving surgery for rectal cancer in the Netherlands. Eur J Surg Oncol. 2000 Dec; 26: 751-7

41110   Nakamura, S., Hirano, T., Tsujimae, K., Aoyama, M., Kondo, K., Yamamura, Y., Mori, T., Tominaga, M. Antidiuretic effects of a nonpeptide vasopressin V(2)-receptor agonist, OPC-51803, administered orally to rats. J Pharmacol Exp Ther. 2000 Dec; 295: 1005-11

41111   Kim, N. K., Park, J. S., Park, J. K., Sohn, S. K., Min, J. S. Restorative proctocolectomy: operative safety and functional outcomes. Yonsei Med J. 2000 Oct; 41: 634-41

41112   Perry, S., Shaw, C., Assassa, P., Dallosso, H., Williams, K., Brittain, K. R., Mensah, F., Smith, N., Clarke, M., Jagger, C., Mayne, C., Castleden, C. M., Jones, J., McGrother, C. An epidemiological study to establish the prevalence of urinary symptoms and felt need in the community: the Leicestershire MRC Incontinence Study. Leicestershire MRC Incontinence Study Team. J Public Health Med. 2000 Sep; 22: 427-34

41113   Goldberg, R. P., Sand, P. K. Electromagnetic pelvic floor stimulation: applications for the gynecologist. Obstet Gynecol Surv. 2000 Nov; 55: 715-20

# American Urological Association, Inc.

## SUI Guidelines Panel

**41114**    Petros, P. Influence of hysterectomy on pelvic-floor dysfunction. Lancet. 2000 Oct 7; 356: 1275

**41115**    McDonough, C. M., Swift, G., Managan, B., Sheehan, J. D. Neuroleptic malignant syndrome: a diagnosis easily missed. Ir Med J. 2000 Jul-Aug; 93: 152-4

**41118**    Ferrara, P., Rigante, D., Lambert-Gardini, S., Salvaggio, E., Ricci, R., Chiozza, M. L., Antuzzi, D. Urinary excretion of glycosaminoglycans in patients with isolated nocturnal enuresis or combined with diurnal incontinence. BJU Int. 2000 Nov; 86: 824-5

**41119**    Yono, M., Yoshida, M., Takahashi, W., Inadome, A., Ueda, S. Comparison of the effects of novel antimuscarinic drugs on human detrusor smooth muscle. BJU Int. 2000 Oct; 86: 719-25

**41120**    Leissner, J., Black, P., Fisch, M., Hockel, M., Hohenfellner, R. Colon pouch (Mainz pouch III) for continent urinary diversion after pelvic irradiation. Urology. 2000 Nov 1; 56: 798-802

**41121**    Yamanishi, T., Sakakibara, R., Uchiyama, T., Suda, S., Hattori, T., Ito, H., Yasuda, K. Comparative study of the effects of magnetic versus electrical stimulation on inhibition of detrusor overactivity. Urology. 2000 Nov 1; 56: 777-81

**41123**    Klingler, H. C., Pycha, A., Schmidbauer, J., Marberger, M. Use of peripheral neuromodulation of the S3 region for treatment of detrusor overactivity: a urodynamic-based study. Urology. 2000 Nov 1; 56: 766-71

**41124**    McFall, S. L., Yerkes, A. M., Cowan, L. D. Outcomes of a small group educational intervention for urinary incontinence:  health-related quality of life. J Aging Health. 2000 Aug; 12: 301-17

**41125**    Sacral nerve stimulation for the treatment of urinary urgency/frequency. Tecnologica MAP Suppl. 2000 Jun; : 12-5

**41126**    Roe, B. Effective and ineffective management of incontinence: issues around illness trajectory and health care. Qual Health Res. 2000 Sep; 10: 677-90

**41127**    Shehu, B. B., Ameh, E. A., Ismail, N. J. Spina bifida cystica: selective management in Zaria, Nigeria. Ann Trop Paediatr. 2000 Sep; 20: 239-42

**41128**    de Jong, T. P., Dik, P., Klijn, A. J., Uiterwaal, C. S., van Gool, J. D. Ectopic ureterocele: results of open surgical therapy in 40 patients. J Urol. 2000 Dec; 164: 2040-3; discussion 2043-4

**41132**    Meeks, G. R. Advanced laparoscopic gynecologic surgery. Surg Clin North Am. 2000 Oct; 80: 1443-64

**41133**    Sutaria, P. M., Staskin, D. R. Hydronephrosis and renal deterioration in the elderly due to abnormalities of the lower urinary tract and ureterovesical junction. Int Urol Nephrol. 2000; 32: 119-26

**41135**    Celayir, S., Ilce, Z., Danismend, N. Effects of male sex hormones on urodynamics in childhood: intersex patients are a natural model. Pediatr Surg Int. 2000; 16: 502-4

**41136**    Yoshiyama, M., Yamamoto, T., de Groat, W. C. Role of spinal alpha(1)-adrenergic mechanisms in the control of lower urinary tract in the rat. Brain Res. 2000 Nov 3; 882: 36-44

**41137**    Walter, A., Magtibay, P., Cornella, J. L. Percutaneous bone anchor sling using synthetic mesh associated with urethral overcorrection and erosion. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 328-9

**41139**    Hunskaar, S., Arnold, E. P., Burgio, K., Diokno, A. C., Herzog, A. R., Mallett, V. T. Epidemiology and natural history of urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 301-19

**41140**    Goode, P. S., Locher, J. L., Bryant, R. L., Roth, D. L., Burgio, K. L. Measurement of postvoid residual urine with portable transabdominal bladder ultrasound scanner and urethral catheterization. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 296-300

**41144**    Davies, J. A., Hosker, G., Lord, J., Smith, A. R. An evaluation of the efficacy of in-patient bladder retraining. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 271-5; discussion 275-6

**41145**    Hollabaugh, R. S., Jr, Steiner, M. S., Sellers, K. D., Samm, B. J., Dmochowski, R. R. Neuroanatomy of the pelvis: implications for colonic and rectal resection. Dis Colon Rectum. 2000 Oct; 43: 1390-7

**41146**    Takano, M., Hamada, A. Evaluation of pelvic descent disorders by dynamic contrast roentgenography. Dis Colon Rectum. 2000 Oct; 43: S6-11

   © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.   

# American Urological Association, Inc.

**SUI Guidelines Panel**

**41147**    Marrie, T. J. Community-acquired pneumonia in the elderly. Clin Infect Dis. 2000 Oct; 31: 1066-78

**41149**    Isozaki, E., Matsubara, S., Hayashida, T., Oda, M., Hirai, S. Morphometric study of nucleus ambiguus in multiple system atrophy presenting with vocal cord abductor paralysis. Clin Neuropathol. 2000 Sep-Oct; 19: 213-20

**41152**    Speights, S. E., Moore, R. D., Miklos, J. R. Frequency of lower urinary tract injury at laparoscopic burch and paravaginal repair. J Am Assoc Gynecol Laparosc. 2000 Nov; 7: 515-8

**41153**    Johnson, J. C., Jayadevappa, R., Baccash, P. D., Taylor, L. Nonspecific presentation of pneumonia in hospitalized older people: age effect or dementia?. J Am Geriatr Soc. 2000 Oct; 48: 1316-20

**41154**    Silverblatt, F. J., Tibert, C., Mikolich, D., Blazek-D'Arezzo, J., Alves, J., Tack, M., Agatiello, P. Preventing the spread of vancomycin-resistant enterococci in a long- term care facility. J Am Geriatr Soc. 2000 Oct; 48: 1211-5

**41157**    Brown, S., Lumley, J. Physical health problems after childbirth and maternal depression at six to seven months postpartum. BJOG. 2000 Oct; 107: 1194-201

**41159**    Yamanishi, T., Yasuda, K., Murayama, N., Sakakibara, R., Uchiyama, T., Ito, H. Biofeedback training for detrusor overactivity in children. J Urol. 2000 Nov; 164: 1686-90

**41167**    Chartier-Kastler, E. J., Ruud Bosch, J. L., Perrigot, M., Chancellor, M. B., Richard, F., Denys, P. Long-term results of sacral nerve stimulation (S3) for the treatment of neurogenic refractory urge incontinence related to detrusor hyperreflexia. J Urol. 2000 Nov; 164: 1476-80

**41168**    Hoebeke, P., De Kuyper, P., Goeminne, H., Van Laecke, E., Everaert, K. Bladder neck closure for treating pediatric incontinence. Eur Urol. 2000 Oct; 38: 453-6

**41169**    Silva, C., Rio, M. E., Cruz, F. Desensitization of bladder sensory fibers by intravesical resiniferatoxin, a capsaicin analog: long-term results for the treatment of detrusor hyperreflexia. Eur Urol. 2000 Oct; 38: 444-52

**41170**    Mitsui, T., Minami, K., Furuno, T., Morita, H., Koyanagi, T. Is suprapubic cystostomy an optimal urinary management in high quadriplegics?. A comparative study of suprapubic cystostomy and clean intermittent catheterization. Eur Urol. 2000 Oct; 38: 434-8

**41171**    Sakakibara, R., Hattori, T., Boku, K., Uchiyama, T., Yamanishi, T. Micturitional disturbance in neuro-Behcet's syndrome. Auton Neurosci. 2000 Sep 1; 83: 86-9

**41172**    Ozawa, H., Noma, S., Yoshida, Y., Sekine, H., Hashimoto, T. Acute disseminated encephalomyelitis associated with poliomyelitis vaccine. Pediatr Neurol. 2000 Aug; 23: 177-9

**41174**    Mowzoon, N., Bradley, W. G. Successful immunosuppressant therapy of severe progressive cerebellar degeneration and sensory neuropathy: a case report. J Neurol Sci. 2000 Sep 1; 178: 63-5

**41175**    Nicolle, L. E. Urinary tract infection in long-term-care facility residents. Clin Infect Dis. 2000 Sep; 31: 757-61

**41176**    McFall, S. L., Yerkes, A. M., Cowan, L. D. Outcomes of a small group educational intervention for urinary incontinence: episodes of incontinence and other urinary symptoms. J Aging Health. 2000 May; 12: 250-67

**41177**    Pelvic floor electrical stimulation in the treatment of adult urinary incontinence. Tecnologica MAP Suppl. 2000 Apr; : 15-7

**41178**    Cochran, A. Don't ask, don't tell: the incontinence conspiracy. Manag Care Q. 2000 Winter; 8: 44-52

**41179**    Hextall, A. Oestrogens and lower urinary tract function. Maturitas. 2000 Aug 31; 36: 83-92

**41180**    Everaert, K., Van Laecke, E., De Muynck, M., Peeters, H., Hoebeke, P. Urodynamic assessment of voiding dysfunction and dysfunctional voiding in girls and women. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 254-64

**41183**    Hautmann, R. E., de Petriconi, R., Kleinschmidt, K., Gottfried, H. W., Gschwend, J. E. Orthotopic ileal neobladder in females: impact of the urethral resection line on functional results. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 224-9; discussion 230

**41187**    Bibliography. Current world literature. Voiding dysfunction and female urology. Curr Opin Urol. 2000 Sep; 10: 499-508

# Appendix A6. Bibliography sorted by Procite Number

## American Urological Association, Inc.
### SUI Guidelines Panel

**41188** Hohlbrugger, G., Riedl, C. Non-bacterial cystitis. Curr Opin Urol. 2000 Sep; 10: 371-80

**41191** Blaivas, J. G., Groutz, A. Bladder outlet obstruction nomogram for women with lower urinary tract symptomatology. Neurourol Urodyn. 2000; 19: 553-64

**41192** Wall, L. L. Cost-effectiveness of elective cesarean delivery after one prior low transverse cesarean. Obstet Gynecol. 2000 Sep; 96: 482

**41194** Katsuragi, S., Teraoka, K., Ikegami, K., Amano, K., Yamashita, K., Ishizuka, K., Miyakawa, T. Late onset X-linked hydrocephalus with normal cerebrospinal fluid pressure. Psychiatry Clin Neurosci. 2000 Aug; 54: 487-92

**41195** Nakazato, I., Kinjo, T., Sirirungsi, W., Tsuhako, K., Miyagi, J., Higa, M., Iwamasa, T. Experimental myelitis in BALB/cN and C57BL/6N mice caused by herpes simplex virus type 1 compared with herpes simplex virus type 2. Pathol Res Pract. 2000; 196: 635-45

**41196** Falls and incontinence: a missing link?. Health News. 2000 Sep; 6: 6

**41197** Bayles, K. A., Tomoeda, C. K., Cruz, R. F., Mahendra, N. Communication abilities of individuals with late-stage Alzheimer disease. Alzheimer Dis Assoc Disord. 2000 Jul-Sep; 14: 176-81

**41198** O'Leary, M. P., Gee, W. F., Holtgrewe, H. L., Blute, M. L., Cooper, T. P., Miles, B. J., Nellans, R. E., Thomas, R., Painter, M. R., Meyer, J. J., Naslund, M. J., Gormley, E. A., Blizzard, R., Fenninger, R. B. 1999 American Urological Association Gallup Survey: changes in physician practice patterns, treatment of incontinence and bladder cancer, and impact of managed care. J Urol. 2000 Oct; 164: 1311-6

**41199** Ismael, S. S., Epstein, T., Bayle, B., Denys, P., Amarenco, G. Bladder cooling reflex in patients with multiple sclerosis. J Urol. 2000 Oct; 164: 1280-4

**41202** Neulander, E. Z., Rivera, I., Eisenbrown, N., Wajsman, Z. Simple cystectomy in patients requiring urinary diversion. J Urol. 2000 Oct; 164: 1169-72

**41204** Newey, M. L., Sen, P. K., Fraser, R. D. The long-term outcome after central cord syndrome: a study of the natural history. J Bone Joint Surg Br. 2000 Aug; 82: 851-5

**41205** Rangnekar, N. P., Imdad Ali, N., Kaul, S. A., Pathak, H. R. Role of the martius procedure in the management of urinary-vaginal fistulas. J Am Coll Surg. 2000 Sep; 191: 259-63

**41206** Garcia-Porrua, C., Gonzalez-Gay, M. A., Picallo, J. A. Rapid response to intravenous corticosteroids in osteitis pubis after Marshall-Marchetti-Krantz urethropexy. Rheumatology (Oxford). 2000 Sep; 39: 1048-9

**41207** Harrington, C., Zimmerman, D., Karon, S. L., Robinson, J., Beutel, P. Nursing home staffing and its relationship to deficiencies. J Gerontol B Psychol Sci Soc Sci. 2000 Sep; 55: S278-87

**41208** Cunha, D. F., Frota, R. B., Arruda, M. S., Cunha, S. F., Teixeira, V. P. Pressure sores among malnourished necropsied adults--preliminary data. Rev Hosp Clin Fac Med Sao Paulo. 2000 May-Jun; 55: 79-82

**41209** Ng, W. T., Kwok, K. W., Hwang, J. Laparoscopy as the investigation and treatment of choice for urinary incontinence caused by small 'invisible' dysplastic kidneys with infrasphincteric ureteric ectopia. BJU Int. 2000 Jul; 86: 145-6

**41210** Hirono, N., Kitagaki, H., Kazui, H., Hashimoto, M., Mori, E. Impact of white matter changes on clinical manifestation of Alzheimer's disease: A quantitative study. Stroke. 2000 Sep; 31: 2182-8

**41211** Hankey, G. J., Jamrozik, K., Broadhurst, R. J., Forbes, S., Burvill, P. W., Anderson, C. S., Stewart-Wynne, E. G. Five-year survival after first-ever stroke and related prognostic factors in the Perth Community Stroke Study. Stroke. 2000 Sep; 31: 2080-6

**41212** Rosario, D. J., Radley, S. C., Chapple, C. R. The pressure-flow plot in the evaluation of female incontinence. BJU Int. 2000 Sep; 86: 564-5

**41213** Choi, H., Oh, S. J. The management of children with complete ureteric duplication: selective use of uretero-ureterostomy as a primary and salvage procedure. BJU Int. 2000 Sep; 86: 508-12

**41214** Johnson, T. M., 2nd, Kincade, J. E., Bernard, S. L., Busby-Whitehead, J., DeFriese, G. H. Self-care practices used by older men and women to manage urinary incontinence: results from the national follow-up survey on self-care and aging. J Am Geriatr Soc. 2000 Aug; 48: 894-902

## American Urological Association, Inc.

### SUI Guidelines Panel

| | |
|---|---|
| 41215 | Razak, M., Sappani, K. Neurological recovery following posterior decompression of spinal secondaries. Med J Malaysia. 1998 Sep; 53 Suppl A: 6-11 |
| 41216 | Jozwik, M., Jozwik, M. Clinical classification of vesicouterine fistula. Int J Gynaecol Obstet. 2000 Sep; 70: 353-7 |
| 41218 | Ginsberg, D., Rovner, E., Raz, S. Continence mechanism based on a modified ileocecal valve. Tech Urol. 2000 Sep; 6: 167-71 |
| 41223 | Petrou, S. P., Elliott, D. S., Barrett, D. M. Artificial urethral sphincter for incontinence. Urology. 2000 Sep 1; 56: 353-9 |
| 41224 | Hurley, R. M., Harris, D., Shepherd, R. R. Incontinence in myelodysplasia: imipramine hydrochloride revisited. Clin Pediatr (Phila). 2000 Aug; 39: 489-91 |
| 41225 | Holtedahl, K., Verelst, M., Schiefloe, A., Hunskaar, S. Usefulness of urodynamic examination in female urinary incontinence-- lessons from a population-based, randomized, controlled study of conservative treatment. Scand J Urol Nephrol. 2000 Jun; 34: 169-74 |
| 41230 | Van Savage, J. G., Yohannes, P. Laparoscopic antegrade continence enema in situ appendix procedure for refractory constipation and overflow fecal incontinence in children with spina bifida. J Urol. 2000 Sep; 164: 1084-7 |
| 41231 | Farhat, W., Bagli, D. J., Capolicchio, G., O'Reilly, S., Merguerian, P. A., Khoury, A., McLorie, G. A. The dysfunctional voiding scoring system: quantitative standardization of dysfunctional voiding symptoms in children. J Urol. 2000 Sep; 164: 1011-5 |
| 41232 | Perez, L. M., Wilbanks, J. T., Joseph, D. B., Oakes, W. J. Urological outcome of patients with cervical and upper thoracic myelomeningocele. J Urol. 2000 Sep; 164: 962-4 |
| 41233 | Diamond, D. A., Bauer, S. B., Retik, A. B., Atala, A. Initial experience with the transurethral self-detachable balloon system for urinary incontinence in pediatric patients. J Urol. 2000 Sep; 164: 942-5; discussion 945-6 |
| 41234 | Atkinson, M. Decisions on euthanasia. Vet Rec. 2000 Jul 15; 147: 82 |
| 41241 | Malm, J., Kristensen, B., Stegmayr, B., Fagerlund, M., Koskinen, L. O. Three-year survival and functional outcome of patients with idiopathic adult hydrocephalus syndrome. Neurology. 2000 Aug 22; 55: 576-8 |
| 41242 | Wiener, J. S., Scales, M. T., Hampton, J., King, L. R., Surwit, R., Edwards, C. L. Long-term efficacy of simple behavioral therapy for daytime wetting in children. J Urol. 2000 Sep; 164: 786-90 |
| 41245 | Venn, S. N., Greenwell, T. J., Mundy, A. R. The long-term outcome of artificial urinary sphincters. J Urol. 2000 Sep; 164: 702-6; discussion 706-7 |
| 41246 | Groutz, A., Blaivas, J. G., Chaikin, D. C., Resnick, N. M., Engleman, K., Anzalone, D., Bryzinski, B., Wein, A. J. Noninvasive outcome measures of urinary incontinence and lower urinary tract symptoms: a multicenter study of micturition diary and pad tests. J Urol. 2000 Sep; 164: 698-701 |
| 41247 | Schurch, B., Stohrer, M., Kramer, G., Schmid, D. M., Gaul, G., Hauri, D. Botulinum-A toxin for treating detrusor hyperreflexia in spinal cord injured patients: a new alternative to anticholinergic drugs? Preliminary results. J Urol. 2000 Sep; 164: 692-7 |
| 41248 | Hashimoto, M., Imamura, T., Tanimukai, S., Kazui, H., Mori, E. Urinary incontinence: an unrecognised adverse effect with donepezil. Lancet. 2000 Aug 12; 356: 568 |
| 41249 | Brown, J. S., Sawaya, G., Thom, D. H., Grady, D. Hysterectomy and urinary incontinence: a systematic review. Lancet. 2000 Aug 12; 356: 535-9 |
| 41255 | Day, P. L. Findings of a three-year retrospective study to investigate prevalence and incidence of urinary incontinence and overactive bladder in a typical managed care setting. Pharm Pract Manag Q. 2000 Apr; 20: 1-11 |
| 41256 | Volkmer, B. G., Kuefer, R., Nesslauer, T., Loeffler, M., Gottfried, H. W. Colour Doppler ultrasound in vesicovaginal fistulas. Ultrasound Med Biol. 2000 Jun; 26: 771-5 |
| 41257 | Hsu, J. W., Wang, Y. C., Lin, C. C., Bai, Y. M., Chen, J. Y., Chiu, H. J., Tsai, S. J., Hong, C. J. No evidence for association of alpha 1a adrenoceptor gene polymorphism and clozapine-induced urinary incontinence. Neuropsychobiology. 2000; 42: 62-5 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

41259   Reports from the Swedish Council on Technology Assessment in Health Care (SBU). Urinary incontinence. Int J Technol Assess Health Care. 2000 Spring; 16: 722-6

41261   Chen, B. H., Lee, C. P., Chao, M. C. Coexistent insulin dependent diabetes mellitus and hyperthyroidism in a patient with Down's syndrome. Kaohsiung J Med Sci. 2000 Apr; 16: 210-3

41262   Husain, A., Curtin, J., Brown, C., Chi, D., Hoskins, W., Poynor, E., Alektiar, K., Barakat, R. Continent urinary diversion and low-rectal anastomosis in patients undergoing exenterative procedures for recurrent gynecologic malignancies. Gynecol Oncol. 2000 Aug; 78: 208-11

41264   Banerjee, N., Deka, D., Roy, K. K., Takkar, D. Vesicocervical fistula: an unusual presentation. Aust N Z J Obstet Gynaecol. 2000 May; 40: 219-20

41265   Donaldson, S. K. Breakthroughs in scientific research: the discipline of nursing, 1960- 1999. Annu Rev Nurs Res. 2000; 18: 247-311

41267   Mummaneni, P. V., Pitts, L. H., McCormack, B. M., Corroo, J. M., Weinstein, P. R. Microsurgical treatment of symptomatic sacral Tarlov cysts. Neurosurgery. 2000 Jul; 47: 74-8; discussion 78-9

41268   Li, L., Yan-Xia, W., Xia-Na, W., Jin-Zhe, Z. Posterior sagittal approach: megasigmoid resection and anal reconstruction for severe constipation and fecal incontinence after anoplasty. J Pediatr Surg. 2000 Jul; 35: 1058-62

41270   Aggazzotti, G., Pesce, F., Grassi, D., Fantuzzi, G., Righi, E., De Vita, D., Santacroce, S., Artibani, W. Prevalence of urinary incontinence among institutionalized patients: a cross-sectional epidemiologic study in a midsized city in northern Italy. Urology. 2000 Aug 1; 56: 245-9

41272   Dannecker, C., Anthuber, C. The effects of childbirth on the pelvic-floor. J Perinat Med. 2000; 28: 175-84

41277   Fisher, R., Frank, D. Detrusor instability; day and night time wetting, urinary tract infections. Arch Dis Child. 2000 Aug; 83: 135-7

41279   Blakeman, P. J., Hilton, P., Bulmer, J. N. Oestrogen and progesterone receptor expression in the female lower urinary tract, with reference to oestrogen status. BJU Int. 2000 Jul; 86: 32-8

41280   Assessment and treatment of urinary incontinence. Scientific Committee of the First International Consultation on Incontinence. Lancet. 2000 Jun 17; 355: 2153-8

41282   Kelleher, C. Quality of life and urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 363-79

41283   Anders, K. Coping strategies for women with urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 355-61

41284   Wells, M. The role of the nurse in urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 335-54

41288   Bristow, S. E., Hilton, P. Assessment and investigations for urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 227-49

41290   Cheater, F. M., Castleden, C. M. Epidemiology and classification of urinary incontinence. Baillieres Best Pract Res Clin Obstet Gynaecol. 2000 Apr; 14: 183-205

41292   Sze, K. H., Wong, E., Or, K. H., Lum, C. M., Woo, J. Factors predicting stroke disability at discharge: a study of 793 Chinese. Arch Phys Med Rehabil. 2000 Jul; 81: 876-80

41293   Kim, M. S., Kim, K. J., Chung, C. K., Kim, H. J. Intradural extramedullary tuberculoma of the spinal cord: a case report. J Korean Med Sci. 2000 Jun; 15: 368-70

41295   Swift, S. E., Utrie, J. W. The need for standardization of the valsalva leak-point pressure. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 227-30

41297   Fischer, W., Baessler, K. Postpartum pelvic floor conditioning using vaginal cones: not only for prophylaxis against urinary incontinence and descensus. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 208-14

**American Urological Association, Inc.**

**SUI Guidelines Panel**

41300    Gosling, J. A. The structure of the bladder neck, urethra and pelvic floor in relation to female urinary continence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 177-8

41301    Yoshimura, T., Nagata, Y., Matsuura, K., Okamura, H. Primary vaginal stone in an 11-year-old recumbent girl. Gynecol Obstet Invest. 2000; 50: 64-6

41302    Bosch, J. L., Klijn, A. J., Schroder, F. H., Hop, W. C. The artificial urinary sphincter in 86 patients with intrinsic sphincter deficiency: satisfactory actuarial adequate function rates. Eur Urol. 2000 Aug; 38: 156-60

41304    Wolf, S. L., Riolo, L., Ouslander, J. G. Urge incontinence and the risk of falling in older women. J Am Geriatr Soc. 2000 Jul; 48: 847-8

41308    Menopause and beyond. Advances in medicine, understanding, shift focus from an ending to a beginning. Mayo Clin Health Lett. 1999 Oct; Suppl: 1-8

41309    Broome, B. A. Development and testing of a scale to measure self-efficacy for pelvic muscle exercises in women with urinary incontinence. Urol Nurs. 1999 Dec; 19: 258-68

41311    Dowse, J., Fordham, S., Mackender, J. Back to basics continence. Nurs Times Nurs Homes. 1999 Nov-Dec; 1: 23-5, 27

41313    Barnes, T. R., McPhillips, M. A. Critical analysis and comparison of the side-effect and safety profiles of the new antipsychotics. Br J Psychiatry Suppl. 1999; : 34-43

41314    De Serres, G., Shadmani, R., Duval, B., Boulianne, N., Dery, P., Douville Fradet, M., Rochette, L., Halperin, S. A. Morbidity of pertussis in adolescents and adults. J Infect Dis. 2000 Jul; 182: 174-9

41319    Bassili, A., Zaki, A., Zaher, S. R., El-Sawy, I. H., Ahmed, M. H., Omar, M., Omar, T., Bedwani, R. N., Davies, C., Tognoni, G. Quality of care of children with chronic diseases in Alexandria, Egypt: the models of asthma, type I diabetes, epilepsy, and rheumatic heart disease. Egyptian-Italian Collaborative Group on Pediatric Chronic Diseases. Pediatrics. 2000 Jul; 106: E12

41321    Weber, A. M., Walters, M. D., Piedmonte, M. R. Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol. 2000 Jun; 182: 1610-5

41326    Kuo, H. C. Videourodynamic study for diagnosis of bladder outlet obstruction in women. J Formos Med Assoc. 2000 May; 99: 386-92

41328    Schatzl, G., Temml, C., Schmidbauer, J., Dolezal, B., Haidinger, G., Madersbacher, S. Cross-sectional study of nocturia in both sexes: analysis of a voluntary health screening project. Urology. 2000 Jul; 56: 71-5

41329    Adams, D., Samuel, D., Goulon-Goeau, C., Nakazato, M., Costa, P. M., Feray, C., Plante, V., Ducot, B., Ichai, P., Lacroix, C., Metral, S., Bismuth, H., Said, G. The course and prognostic factors of familial amyloid polyneuropathy after liver transplantation. Brain. 2000 Jul; 123 ( Pt 7): 1495-504

41331    Roe, B., Doll, H. Lifestyle factors and continence status: comparison of self-report data from a postal survey in England. J Wound Ostomy Continence Nurs. 1999 Nov; 26: 312-3, 315-9

41332    Gufler, H., DeGregorio, G., Allmann, K. H., Kundt, G., Dohnicht, S. Comparison of cystourethrography and dynamic MRI in bladder neck descent. J Comput Assist Tomogr. 2000 May-Jun; 24: 382-8

41333    Arya, L. A., Myers, D. L., Jackson, N. D. Dietary caffeine intake and the risk for detrusor instability: a case-control study. Obstet Gynecol. 2000 Jul; 96: 85-9

41334    Odejinmi, F. Advances in women's health. Practitioner. 2000 Mar; 244: 214-6, 219-20, 222-3

41335    Ghoniem, G. M. Surgical management of intrinsic sphincter deficiency in women. Curr Opin Urol. 2000 May; 10: 245-50

41336    Bosch, J. L. The contemporary role of the artificial urinary sphincter. Curr Opin Urol. 2000 May; 10: 219-23

41338    Chiang, L., Ouslander, J., Schnelle, J., Reuben, D. B. Dually incontinent nursing home residents: clinical characteristics and treatment differences. J Am Geriatr Soc. 2000 Jun; 48: 673-6

41340    Madersbacher, S. Prevalence of lower urinary tract symptoms and urinary incontinence in the elderly: recent data from Austria. Wien Klin Wochenschr. 2000 May 5; 112: 379-80

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

41341    Johnson, T. M., 2nd, Bernard, S. L., Kincade, J. E., Defriese, G. H. Urinary incontinence and risk of death among community-living elderly people: results from the National Survey on Self-Care and Aging. J Aging Health. 2000 Feb; 12: 25-46

41342    Fitzgerald, S. T., Palmer, M. H., Berry, S. J., Hart, K. Urinary incontinence. Impact on working women. AAOHN J. 2000 Mar; 48: 112-8

41344    Women's health literaturewatch. J Womens Health Gend Based Med. 1999 May; 8: 559-68

41345    Greenberger, P. Public education for women's health. J Womens Health Gend Based Med. 1999 Jun; 8: 583-5

41346    Oi, S., Shimoda, M., Shibata, M., Honda, Y., Togo, K., Shinoda, M., Tsugane, R., Sato, O. Pathophysiology of long-standing overt ventriculomegaly in adults. J Neurosurg. 2000 Jun; 92: 933-40

41348    Sakashita, N., Ando, Y., Obayashi, K., Terazaki, H., Yamashita, T., Takei, M., Kinjo, M., Takahashi, K. Familial amyloidotic polyneuropathy (ATTR Ser50Ile): the first autopsy case report. Virchows Arch. 2000 Apr; 436: 345-50

41349    Yokoyama, O., Yoshiyama, M., Namiki, M., de Groat, W. C. Role of the forebrain in bladder overactivity following cerebral infarction in the rat. Exp Neurol. 2000 Jun; 163: 469-76

41350    Gu, B. J., Ishizuka, O., Igawa, Y., Nishizawa, O., Andersson, K. E. Role of supraspinal tachykinins for micturition in conscious rats with and without bladder outlet obstruction. Naunyn Schmiedebergs Arch Pharmacol. 2000 May; 361: 543-8

41351    Tulikangas, P. K., Weber, A. M., Larive, A. B., Walters, M. D. Intraoperative cystoscopy in conjunction with anti-incontinence surgery. Obstet Gynecol. 2000 Jun; 95: 794-6

41352    Asanuma, H., Nakai, H., Shishido, S., Tajima, E., Kawamura, T., Kawamura, T. Congenital vesicovaginal fistula. Int J Urol. 2000 May; 7: 195-8

41356    Bemelmans, B. L., Kiemeney, L. A., Debruyne, F. M. Low-dose oxybutynin for the treatment of urge incontinence: good efficacy and few side effects. Eur Urol. 2000 Jun; 37: 709-13

41358    Parazzini, F., Colli, E., Origgi, G., Surace, M., Bianchi, M., Benzi, G., Artibani, W. Risk factors for urinary incontinence in women. Eur Urol. 2000 Jun; 37: 637-43

41359    Moller, L. A., Lose, G., Jorgensen, T. Incidence and remission rates of lower urinary tract symptoms at one year in women aged 40-60: longitudinal study. BMJ. 2000 May 27; 320: 1429-32

41360    Hunskaar, S. Fluctuations in lower urinary tract symptoms in women. Reassurance and watchful waiting can prevent overtreatment. BMJ. 2000 May 27; 320: 1418-9

41361    Stamm, W. E., Raz, R. Factors contributing to susceptibility of postmenopausal women to recurrent urinary tract infections. Clin Infect Dis. 1999 Apr; 28: 723-5

41362    Haferkamp, A., Staehler, G., Gerner, H. J., Dorsam, J. Dosage escalation of intravesical oxybutynin in the treatment of neurogenic bladder patients. Spinal Cord. 2000 Apr; 38: 250-4

41364    Carley, M. E., Schaffer, J. Urinary incontinence and pelvic organ prolapse in women with Marfan or Ehlers Danlos syndrome. Am J Obstet Gynecol. 2000 May; 182: 1021-3

41365    Swithinbank, L. V., Donovan, J. L., du Heaume, J. C., Rogers, C. A., James, M. C., Yang, Q., Abrams, P. Urinary symptoms and incontinence in women: relationships between occurrence, age, and perceived impact. Br J Gen Pract. 1999 Nov; 49: 897-900

41366    Agarwal, V. Urinary incontinence with risperidone. J Clin Psychiatry. 2000 Mar; 61: 219

41368    Farouk, R., Pemberton, J. H., Wolff, B. G., Dozois, R. R., Browning, S., Larson, D. Functional outcomes after ileal pouch-anal anastomosis for chronic ulcerative colitis. Ann Surg. 2000 Jun; 231: 919-26

41369    Cruccetti, A., Kiely, E. M., Spitz, L., Drake, D. P., Pritchard, J., Pierro, A. Pelvic neuroblastoma: low mortality and high morbidity. J Pediatr Surg. 2000 May; 35: 724-8

41370    Sampselle, C. M. Behavioral intervention for urinary incontinence in women: evidence for practice. J Midwifery Womens Health. 2000 Mar-Apr; 45: 94-103

**American Urological Association, Inc.**

SUI Guidelines Panel

**41372** Holt, P. E., Jones, A. In vitro study of the significance of bladder neck position in incontinent bitches. Vet Rec. 2000 Apr 8; 146: 437-9

**41373** Gavira Iglesias, F. J., Caridad, y., Ocerin JM, Perez del Molino Martin, J., Valderrama Gama, E., Lopez Perez, M., Romero Lopez, M., Pavon Aranguren, M. V., Guerrero Munoz, J. B. Prevalence and psychosocial impact of urinary incontinence in older people of a Spanish rural population. J Gerontol A Biol Sci Med Sci. 2000 Apr; 55: M207-14

**41376** Ross, J. W. Numerous indications for office flexible minihysteroscopy. J Am Assoc Gynecol Laparosc. 2000 May; 7: 221-6

**41378** Woodman, P. J., Davis, G. D. The relationship of the in-situ advancing vaginal wall sling to vaginal epithelial inclusion cyst. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 124-6

**41379** Wen, J. G., Yeung, C. K., Djurhuus, J. C. Cystometry techniques in female infants and children. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 103-12

**41384** Selcuki, M., Unlu, A., Ugur, H. C., Soygur, T., Arikan, N., Selcuki, D. Patients with urinary incontinence often benefit from surgical detethering of tight filum terminale. Childs Nerv Syst. 2000 Mar; 16: 150-4; discussion 155

**41385** Kudo, T., Mima, T., Hashimoto, R., Nakao, K., Morihara, T., Tanimukai, H., Tsujio, I., Koike, Y., Tagami, S., Mori, H., Nakamura, Y., Tanaka, T., Mori, K., Takeda, M. Tau protein is a potential biological marker for normal pressure hydrocephalus. Psychiatry Clin Neurosci. 2000 Apr; 54: 199-202

**41386** Harris, C. F., Cooper, C. S., Hutcheson, J. C., Snyder, H. M., 3rd Appendicovesicostomy: the mitrofanoff procedure-a 15-year perspective. J Urol. 2000 Jun; 163: 1922-6

**41393** Westney, O. L., Amundsen, C. L., McGuire, E. J. Bladder endometriosis: conservative management. J Urol. 2000 Jun; 163: 1814-7

**41394** Ordorica, R. C., Masel, J., Seigne, J., Persky, L., Lockhart, J. L. Evaluation and management of mechanical dysfunction in continent colonic urinary reservoirs. J Urol. 2000 Jun; 163: 1679-84

**41395** Carlan, S. J., Russell, H., Shelnutt, J., Peppy, T., Griggs, B. Extracorporeal magnetic innervation (EXMI) therapy in the treatment of urinary incontinence in women: results from a single center. J Am Geriatr Soc. 2000 Apr; 48: 456

**41396** Dugan, E., Cohen, S. J., Bland, D. R., Preisser, J. S., Davis, C. C., Suggs, P. K., McGann, P. The association of depressive symptoms and urinary incontinence among older adults. J Am Geriatr Soc. 2000 Apr; 48: 413-6

**41398** Sloss, E. M., Solomon, D. H., Shekelle, P. G., Young, R. T., Saliba, D., MacLean, C. H., Rubenstein, L. Z., Schnelle, J. F., Kamberg, C. J., Wenger, N. S. Selecting target conditions for quality of care improvement in vulnerable older adults. J Am Geriatr Soc. 2000 Apr; 48: 363-9

**41399** Sakamoto, K., Smith, G. M., Storer, P. D., Jones, K. J., Damaser, M. S. Neuroregeneration and voiding behavior patterns after pudendal nerve crush in female rats. Neurourol Urodyn. 2000; 19: 311-21

**41401** Temml, C., Haidinger, G., Schmidbauer, J., Schatzl, G., Madersbacher, S. Urinary incontinence in both sexes: prevalence rates and impact on quality of life and sexual life. Neurourol Urodyn. 2000; 19: 259-71

**41403** Groutz, A., Blaivas, J. G., Chaikin, D. C. Bladder outlet obstruction in women: definition and characteristics. Neurourol Urodyn. 2000; 19: 213-20

**41406** Carroli, G., Belizan, J. Episiotomy for vaginal birth. Cochrane Database Syst Rev. 2000; : CD000081

**41407** Smith, L., Smith, P., Lee, S. K. Behavioural treatment of urinary incontinence and encopresis in children with learning disabilities: transfer of stimulus control. Dev Med Child Neurol. 2000 Apr; 42: 276-9

**41408** Wells, J. A., Ouslander, J. G., Meadows, E., Johnson, V. Y. Urinary incontinence in a geriatric patient with a complex neurologic history. J Wound Ostomy Continence Nurs. 1999 Sep; 26: 270-4; discussion 274-5

**41409** Remsburg, R. E., Palmer, M. H., Langford, A. M., Mendelson, G. F. Staff compliance with and ratings of effectiveness of a prompted voiding program in a long-term care facility. J Wound Ostomy Continence Nurs. 1999 Sep; 26: 261-9

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

**Master Bibliography**

## SUI Guidelines Panel

**sorted by Procite Number**

---

41411    De Paepe, H., Renson, C., Van Laecke, E., Raes, A., Vande Walle, J., Hoebeke, P. Pelvic-floor therapy and toilet training in young children with dysfunctional voiding and obstipation. BJU Int. 2000 May; 85: 889-93

41412    Oge, O., Tekgul, S., Ergen, A., Kendi, S. Urothelium-preserving augmentation cystoplasty covered with a peritoneal flap. BJU Int. 2000 May; 85: 802-5

41414    Muneuchi, J., Tokunaga, Y., Kira, R., Gondo, K., Hara, T. Acute disseminated encephalomyelitis in a female with hereditary neuropathy with susceptibility to pressure palsy. Pediatr Neurol. 2000 Apr; 22: 302-4

41415    Scott, D. Continence. Bangladeshi venture. Nurs Times. 1999 Oct 20-26; 95: 76-9

41416    Koch, T., Kelly, S. Identifying strategies for managing urinary incontinence with women who have multiple sclerosis. J Clin Nurs. 1999 Sep; 8: 550-9

41417    Janknegt, R. A. Urinary incontinence: pathophysiology, diagnosis and treatment in clinical (neuro-)urological practice of patients with Chronic Impairment of Voiding and Continence Activities (CIVCA). Arch Physiol Biochem. 1999 Jul; 107: 189-94

41418    Rigby, M. Lost continence. Nurs Stand. 1999 Sep 29-Oct 5; 14: 14-5

41419    Swithinbank, L. V., Abrams, P. A detailed description, by age, of lower urinary tract symptoms in a group of community-dwelling women. BJU Int. 2000 Apr; 85 Suppl 2: 19-24

41420    Schwartz, B. F., Stoller, M. L. The vesical calculus. Urol Clin North Am. 2000 May; 27: 333-46

41421    Versi, E., Appell, R., Mobley, D., Patton, W., Saltzstein, D. Dry mouth with conventional and controlled-release oxybutynin in urinary incontinence. The Ditropan XL Study Group. Obstet Gynecol. 2000 May; 95: 718-21

41423    Diana, M., Zoppe, C., Mastrangeli, B. Treatment of vaginal vault prolapse with abdominal sacral colpopexy using prolene mesh. Am J Surg. 2000 Feb; 179: 126-8

41424    Friday, P. A., Scarratt, W. K., Elvinger, F., Timoney, P. J., Bonda, A. Ataxia and paresis with equine herpesvirus type 1 infection in a herd of riding school horses. J Vet Intern Med. 2000 Mar-Apr; 14: 197-201

41425    Lawrence, M., Guay, D. R., Benson, S. R., Anderson, M. J. Immediate-release oxybutynin versus tolterodine in detrusor overactivity: a population analysis. Pharmacotherapy. 2000 Apr; 20: 470-5

41426    Brubaker, L. Electrical stimulation in overactive bladder. Urology. 2000 May; 55: 17-23; discussion 31-2

41427    Bo, K., Berghmans, L. C. Nonpharmacologic treatments for overactive bladder-pelvic floor exercises. Urology. 2000 May; 55: 7-11; discussion 14-6

41428    Overactive Bladder and Its Treatments Consensus Conference. London, United Kingdom, July 4, 1999. Urology. 2000 May; 55: 1-84

41429    Brook, I., Frazier, E. H. Aerobic and anaerobic microbiology of wound infection following spinal fusion in children. Pediatr Neurosurg. 2000 Jan; 32: 20-3

41430    FitzGerald, M. P., Russell, B., Hale, D., Benson, J. T., Brubaker, L. Ultrastructure of detrusor and urethral smooth muscle in women with urinary incontinence. Am J Obstet Gynecol. 2000 Apr; 182: 879-84

41431    Bump, R. C. The urethrodetrusor facilitative reflex in women: results of urethral perfusion studies. Am J Obstet Gynecol. 2000 Apr; 182: 794-802; discussion 802-4

41433    Kowalczyk, J. J. Office evaluation of the patient with an overactive urinary bladder. J Am Osteopath Assoc. 2000 Mar; 100: S1-4

41434    Siracusano, S., Trombetta, C., Liguori, G., De Giorgi, G., d'Aloia, G., Di Benedetto, P., Belgrano, E. Laparoscopic bladder auto-augmentation in an incomplete traumatic spinal cord injury. Spinal Cord. 2000 Jan; 38: 59-61

41435    Chang, S., Chern, I., Bown, S. G. Photodynamic therapy of rat bladder and urethra: evaluation of urinary and reproductive function after inducing protoporphyrin IX with 5- aminolaevulinic acid. BJU Int. 2000 Apr; 85: 747-53

41439    Chadha, Y., Mollison, J., Howie, F., Grimshaw, J., Hall, M., Russell, I. Guidelines in gynaecology: evaluation in menorrhagia and in urinary incontinence. BJOG. 2000 Apr; 107: 535-43

---

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

**SUI Guidelines Panel**

41440    Lachowsky, M. Urinary problems around the menopause; emotional and psychological consequences; can we help our patients to cope with them?. Maturitas. 2000 Jan; 34 Suppl 1: S25-27

41441    Galizia, G., Lieto, E., Castellano, P., Pelosio, L., Imperatore, V., Pigantelli, C. Lateral internal sphincterotomy together with haemorrhoidectomy for treatment of haemorrhoids: a randomised prospective study. Eur J Surg. 2000 Mar; 166: 223-8

41444    Tediosi, F., Parazzini, F., Bortolotti, A., Garattini, L. The cost of urinary incontinence in Italian women. A cross-sectional study. Gruppo di Studio Incontinenza. Pharmacoeconomics. 2000 Jan; 17: 71-6

41446    Chan, K. M., Pang, W. S., Ee, C. H., Ding, Y. Y., Choo, P. Functional status of the elderly in Singapore. Singapore Med J. 1999 Oct; 40: 635-8

41447    Miszko, T. A., Cress, M. E. A lifetime of fitness. Exercise in the perimenopausal and postmenopausal woman. Clin Sports Med. 2000 Apr; 19: 215-32

41448    Bhandarkar, A. D., Raju, A. M., Rao, M. S. Single unilateral ectopic bifid ureter with contralateral orthotopic quadrufid ureter--a rare combination. J Postgrad Med. 1997 Oct-Dec; 43: 104-5

41452    Brandt, F. T., Albuquerque, C. D., Lorenzato, F. R., Amaral, F. J. Perineal assessment of urethrovesical junction mobility in young continent females. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 18-22

41454    van Geelen, J. M., van de Weijer, P. H., Arnolds, H. T. Urogenital symptoms and resulting discomfort in non-institutionalized Dutch women aged 50-75 years. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 9-14

41455    Prashar, S., Simons, A., Bryant, C., Dowell, C., Moore, K. H. Attitudes to vaginal/urethral touching and device placement in women with urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2000; 11: 4-8

41457    Gilbert, A. M., Antane, M. M., Argentieri, T. M., Butera, J. A., Francisco, G. D., Freeden, C., Gundersen, E. G., Graceffa, R. F., Herbst, D., Hirth, B. H., Lennox, J. R., McFarlane, G., Norton, N. W., Quagliato, D., Sheldon, J. H., Warga, Design and SAR of novel potassium channel openers targeted for urge urinary incontinence. 2. Selective and potent benzylamino cyclobutenediones. J Med Chem. 2000 Mar 23; 43: 1203-14

41458    Butera, J. A., Antane, M. M., Antane, S. A., Argentieri, T. M., Freeden, C., Graceffa, R. F., Hirth, B. H., Jenkins, D., Lennox, J. R., Matelan, E., Norton, N. W., Quagliato, D., Sheldon, J. H., Spinelli, W., Warga, D., Wojdan, A., Woods, Design and SAR of novel potassium channel openers targeted for urge urinary incontinence. 1. N-Cyanoguanidine bioisosteres possessing in vivo bladder selectivity. J Med Chem. 2000 Mar 23; 43: 1187-202

41459    Chartier-Kastler, E. Re: Dynamic suburethral suspension with pedicled external oblique aponeurosis in the management of female urinary incontinence. J Urol. 2000 Apr; 163: 1259

41460    Krishna, N. S., Glen, E. S. Re: A remote controlled intraurethral insert for artificial voiding: a new concept for treating women with voiding dysfunction. J Urol. 2000 Apr; 163: 1258

41461    Bosch, J. L., Groen, J. Sacral nerve neuromodulation in the treatment of patients with refractory motor urge incontinence: long-term results of a prospective longitudinal study. J Urol. 2000 Apr; 163: 1219-22

41462    Fielding, J. R., Lee, J. H., Dubeau, C. E., Zou, K. H., Resnick, N. M. Voiding cystourethrography findings in elderly women with urge incontinence. J Urol. 2000 Apr; 163: 1216-8

41463    Martin, S. Child with incontinence. J Pediatr Health Care. 2000 Mar-Apr; 14: 76; quiz 89-90

41470    Zulkowski, K., Kindsfater, D. Examination of care-planning needs for elderly newly admitted to an acute care setting. Ostomy Wound Manage. 2000 Jan; 46: 32-8

41471    Sumi, T., Ishiko, O., Hirai, K., Yoshida, H., Ogita, S. Is measuring the posterior urethrovesical angle of clinical value for controlling pelvic organ Prolapse?. Retrospective analysis of 107 postoperative cases. Gynecol Obstet Invest. 2000; 49: 183-6

41472    Araki, I., Kuno, S. Assessment of voiding dysfunction in Parkinson's disease by the international prostate symptom score. J Neurol Neurosurg Psychiatry. 2000 Apr; 68: 429-33

41473    Carson, C. C. Reconstructive surgery using urological prostheses. Curr Opin Urol. 1999 May; 9: 233-9

41476    Ueda, T., Yoshimura, N., Yoshida, O. Prognostic factors for long-term maintenance of urinary continence in patients with incontinence managed by diapers or indwelling catheters. Eur Urol. 2000 Mar; 37: 318-24

# American Urological Association, Inc.

## SUI Guidelines Panel

41479    Buccimazza, S., Molteno, C., Dunne, T. Pre-school follow-up of a cohort of children with myelomeningocele in Cape Town, South Africa. Ann Trop Paediatr. 1999 Sep; 19: 245-52

41480    von Holst, T., Salbach, B. Efficacy and tolerability of a new 7-day transdermal estradiol patch versus placebo in hysterectomized women with postmenopausal complaints. Maturitas. 2000 Feb 15; 34: 143-53

41481    Molander, U., Arvidsson, L., Milsom, I., Sandberg, T. A longitudinal cohort study of elderly women with urinary tract infections. Maturitas. 2000 Feb 15; 34: 127-31

41482    Min, J. K., Byun, J. Y., Lee, S. H., Hong, Y. S., Park, S. H., Cho, C. S., Kim, H. Y. Urinary bladder involvement in patients with systemic lupus erythematosus: with review of the literature. Korean J Intern Med. 2000 Jan; 15: 42-50

41485    Kjerulff, K. H., Langenberg, P. W., Rhodes, J. C., Harvey, L. A., Guzinski, G. M., Stolley, P. D. Effectiveness of hysterectomy. Obstet Gynecol. 2000 Mar; 95: 319-26

41486    Addison, R. Catheter valves: a special focus on the Bard Flip-Flo catheter. Br J Nurs. 1999 May 13-26; 8: 576-80

41487    Parker, L. J. Urinary catheter management: minimizing the risk of infection. Br J Nurs. 1999 May 13-26; 8: 563-6, 568, 570 passim

41488    Prevalent urinary incontinence as a correlate of pregnancy, vaginal childbirth and obstetric techniques. J Wound Ostomy Continence Nurs. 1999 May; 26: 28A-29A

41490    Van Savage, J. G., Chancellor, M. B., Slaughenhoupt, B. Transverse retubularized ileovesicostomy continent urinary diversion to the umbilicus. Tech Urol. 2000 Mar; 6: 29-33

41492    Sheu, J. J., Yuan, R. Y., Lu, J. J., Chung, C. L., Hsu, C. Y. Tuberculous meningitis in a Filipino maid. J Formos Med Assoc. 1999 Nov; 98: 783-6

41493    Vakar-Lopez, F., Abrams, J. Basaloid squamous cell carcinoma occurring in the urinary bladder. Arch Pathol Lab Med. 2000 Mar; 124: 455-9

41494    Weil, E. H., Ruiz-Cerda, J. L., Eerdmans, P. H., Janknegt, R. A., Bemelmans, B. L., van Kerrebroeck, P. E. Sacral root neuromodulation in the treatment of refractory urinary urge incontinence: a prospective randomized clinical trial. Eur Urol. 2000 Feb; 37: 161-71

41497    Smith, D. B. Urinary continence issues in oncology. Clin J Oncol Nurs. 1999 Oct; 3: 161-7

41499    Bergstrom, K., Carlsson, C. P., Lindholm, C., Widengren, R. Improvement of urge- and mixed-type incontinence after acupuncture treatment among elderly women - a pilot study. J Auton Nerv Syst. 2000 Mar 15; 79: 173-80

41502    Yamanishi, T., Yasuda, K., Sakakibara, R., Hattori, T., Suda, S. Randomized, double-blind study of electrical stimulation for urinary incontinence due to detrusor overactivity. Urology. 2000 Mar; 55: 353-7

41503    Das, S. Laparoscopic surgery for female urinary incontinence: prudence shall prevail. JSLS. 1999 Oct-Dec; 3: 273-7

41504    Thomas, S. Investing in continence. Nurs Stand. 1999 Sep 15-21; 13: 38

41505    Mathews, R., Sponseller, P. D., Jeffs, R. D., Gearhart, J. P. Bladder neck reconstruction in classic bladder exstrophy: the role of osteotomy in the development of continence. BJU Int. 2000 Mar; 85: 498-500

41506    Tincello, D. G., Adams, E. J., Sutherst, J. R., Richmond, D. H. Oxybutynin for detrusor instability with adjuvant salivary stimulant pastilles to improve compliance: results of a multicentre, randomized controlled trial. BJU Int. 2000 Mar; 85: 416-20

41507    Ana, J. N., Gana, B. M. Extra-urethral urinary incontinence after incompetent vaginal obstetrics. BJU Int. 2000 Jan; 85: 172-3

41511    Wooldridge, L. S. Toileting assistance based on bladder volume. Ostomy Wound Manage. 1999 Dec; 45: 50

41517    Johnson, S. T. From incontinence to confidence. Am J Nurs. 2000 Feb; 100: 69-74, 76

41519    Sandvik, H., Seim, A., Vanvik, A., Hunskaar, S. A severity index for epidemiological surveys of female urinary incontinence: comparison with 48-hour pad-weighing tests. Neurourol Urodyn. 2000; 19: 137-45

# American Urological Association, Inc.

## SUI Guidelines Panel

41520   Groutz, A., Blaivas, J. G., Rosenthal, J. E. A simplified urinary incontinence score for the evaluation of treatment outcomes. Neurourol Urodyn. 2000; 19: 127-35

41521   Nesbakken, A., Nygaard, K., Bull-Njaa, T., Carlsen, E., Eri, L. M. Bladder and sexual dysfunction after mesorectal excision for rectal cancer. Br J Surg. 2000 Feb; 87: 206-10

41522   Werkstrom, V., Lam, D. S., Farnsworth, R. H., Awad, N., Burcher, E., Moore, K. H. In vitro contractile responses of detrusor to carbachol and neurokinin A, in children with recurrent urinary tract infection or day wetting. BJU Int. 2000 Feb; 85: 319-25

41524   Berghmans, L. C., Hendriks, H. J., De Bie, R. A., van Waalwijk van Doorn, E. S., Bo, K., van Kerrebroeck, P. E. Conservative treatment of urge urinary incontinence in women: a systematic review of randomized clinical trials. BJU Int. 2000 Feb; 85: 254-63

41526   Talic, R. F. Augmentation ureterocystoplasty with ipsilateral renal preservation in the management of patients with compromised renal function secondary to dysfunctional voiding. Int Urol Nephrol. 1999; 31: 463-70

41527   Sakakibara, R., Hattori, T., Uchiyama, T., Asahina, M., Yamanishi, T. Micturitional disturbance in pure autonomic failure. Neurology. 2000 Jan 25; 54: 499-501

41528   Fuchs, O., Booss, D. Rehbein's procedure for Hirschsprung's disease. An appraisal of 45 years. Eur J Pediatr Surg. 1999 Dec; 9: 389-91

41529   Kumar, H., Cauchi, J., MacKinnon, A. E. Periurethral Goretex sling in lower urinary reconstruction. Eur J Pediatr Surg. 1999 Dec; 9 Suppl 1: 33-4

41530   Jawaheer, G., Rangecroft, L. The Pippi Salle procedure for neurogenic urinary incontinence in childhood: a three-year experience. Eur J Pediatr Surg. 1999 Dec; 9 Suppl 1: 9-11

41531   Palacios, S. Current perspectives on the benefits of HRT in menopausal women. Maturitas. 1999 Nov; 33 Suppl 1: S1-13

41532   Sampselle, C. M., Wyman, J. F., Thomas, K. K., Newman, D. K., Gray, M., Dougherty, M., Burns, P. A. Continence for women: a test of AWHONN's evidence-based protocol in clinical practice. Association of Women's Health Obstetric and Neonatal Nurses. J Obstet Gynecol Neonatal Nurs. 2000 Jan-Feb; 29: 18-26

41533   Sampselle, C. M., Wyman, J. F., Thomas, K. K., Newman, D. K., Gray, M., Dougherty, M., Burns, P. A. Continence for women: evaluation of AWHONN's third research utilization project. Association of Women's Health Obstetric and Neonatal Nurses. J Obstet Gynecol Neonatal Nurs. 2000 Jan-Feb; 29: 9-17

41534   Bingol, A., Yucemen, N., Meco, O. Medically treated intraspinal 'Brucella' granuloma. Surg Neurol. 1999 Dec; 52: 570-6

41535   Watson, A. J., Currie, I., Curran, S., Jarvis, G. J. A prospective study examining the association between the symptoms of anxiety and depression and severity of urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 2000 Jan; 88: 7-9

41536   Al-Waili, N. S. Carbamazepine to treat primary nocturnal enuresis: double-blind study. Eur J Med Res. 2000 Jan 26; 5: 40-4

41537   Stenberg, A., Heimer, G., Holmberg, L., Ulmsten, U. Prevalence of postmenopausal symptoms in two age groups of elderly women in relation to oestrogen replacement therapy. Maturitas. 1999 Dec 15; 33: 229-37

41539   Labrecque, M., Eason, E., Marcoux, S. Randomized trial of perineal massage during pregnancy: perineal symptoms three months after delivery. Am J Obstet Gynecol. 2000 Jan; 182: 76-80

41541   Reznicek, S. B. Common urologic problems in the elderly. Prostate cancer, outlet obstruction, and incontinence require special management. Postgrad Med. 2000 Jan; 107: 163-4, 167-70, 177-8

41542   Vroomen, P. C., de Krom, M. C., Knottnerus, J. A. Consistency of history taking and physical examination in patients with suspected lumbar nerve root involvement. Spine. 2000 Jan; 25: 91-6; discussion 97

41543   Mills, I. W., Greenland, J. E., McMurray, G., McCoy, R., Ho, K. M., Noble, J. G., Brading, A. F. Studies of the pathophysiology of idiopathic detrusor instability: the physiological properties of the detrusor smooth muscle and its pattern of innervation. J Urol. 2000 Feb; 163: 646-51

# Appendix A6: Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

41544    Sheldon, C. A., Minevich, E., Wacksman, J. Modified technique of antegrade continence enema using a stapling device. J Urol. 2000 Feb; 163: 589-91

41545    Vereecken, R. L., Proesmans, W. Urethral instability as an important element of dysfunctional voiding. J Urol. 2000 Feb; 163: 585-8

41546    Curran, M. J., Kaefer, M., Peters, C., Logigian, E., Bauer, S. B. The overactive bladder in childhood: long-term results with conservative management. J Urol. 2000 Feb; 163: 574-7

41547    Stein, R., Fisch, M., Ermert, A., Schwarz, M., Black, P., Filipas, D., Hohenfellner, R. Urinary diversion and orthotopic bladder substitution in children and young adults with neurogenic bladder: a safe option for treatment? J Urol. 2000 Feb; 163: 568-73

41550    Opeskin, K., Clarke, I., Berkovic, S. F. Prolactin levels in sudden unexpected death in epilepsy. Epilepsia. 2000 Jan; 41: 48-51

41551    Gross, J. C. Urinary incontinence and stroke outcomes. Arch Phys Med Rehabil. 2000 Jan; 81: 22-7

41554    Henderson, J. S., Kashka, M. S. Development and testing of the Urinary Incontinence Scales. Urol Nurs. 1999 Jun; 19: 109-19

41555    Desai, M. M., Zhang, P., Hennessy, C. H. Surveillance for morbidity and mortality among older adults--United States, 1995-1996. MMWR CDC Surveill Summ. 1999 Dec 17; 48: 7-25

41556    Robinson, J. P. Managing urinary incontinence in the nursing home: residents' perspectives. J Adv Nurs. 2000 Jan; 31: 68-77

41558    Schmidt, H., Haberlik, A., Uray, E., Ratschek, M., Lackner, H., Hollwarth, M. E. Sacrococcygeal teratoma: clinical course and prognosis with a special view to long-term functional results. Pediatr Surg Int. 1999; 15: 573-6

41559    Hennessey, A., Robertson, N. P., Swingler, R., Compston, D. A. Urinary, faecal and sexual dysfunction in patients with multiple sclerosis. J Neurol. 1999 Nov; 246: 1027-32

41560    Schroder, A., Levin, R. M., Kogan, B. A., Das, A. K., Kay, F., Mahashabde, A. Absorption of oxybutynin from vaginal inserts: drug blood levels and the response of the rabbit bladder. Urology. 2000 Dec 20; 56: 1063-7

41562    Cetinel, B., Demirkesen, O., Onder, A. U., Yaycioglu, O., Ismailoglu, V., Solok, V. Reconstructive surgery in voiding dysfunction: experience with 69 patients. Urology. 2000 Dec 20; 56: 962-6

41566    Ali-El-Dein, B., El-Demerdash, R., Kock, N. G., Ghoneim, M. A. A magnetic device for increasing the urethral resistance to flow: an experimental study in female dogs. BJU Int. 2000 Jan; 85: 150-4

41567    Raz, R., Gennesin, Y., Wasser, J., Stoler, Z., Rosenfeld, S., Rottensterich, E., Stamm, W. E. Recurrent urinary tract infections in postmenopausal women. Clin Infect Dis. 2000 Jan; 30: 152-6

41569    Morkved, S., Bo, K. Prevalence of urinary incontinence during pregnancy and postpartum. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 394-8

41574    Papa Petros, P. E. Cure of urinary and fecal incontinence by pelvic ligament reconstruction suggests a connective tissue etiology for both. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 356-60

41575    Jones, S. Promoting continence in older people. Elder Care. 1999 Nov; 11: 34-8; quiz 39

41576    Billington, A. Incontinence in older women. Elder Care. 1999 Nov; 11: 32-3

41579    Boyington, A. R., Tomlinson, B. U., Dougherty, M. C. Using a relational database to support nursing research. Comput Nurs. 1999 Nov-Dec; 17: 269-74; quiz 275-7

41582    Maloney, C., Cafiero, M. Implementing an incontinence program in long-term care settings. A multidisciplinary approach. J Gerontol Nurs. 1999 Jun; 25: 47-52

41586    Groutz, A., Blaivas, J. G., Fait, G., Sassone, A. M., Chaikin, D. C., Gordon, D. The significance of the American Urological Association symptom index score in the evaluation of women with bladder outlet obstruction. J Urol. 2000 Jan; 163: 207-11

# American Urological Association, Inc.

SUI Guidelines Panel

41587    Kerns, J. M., Damaser, M. S., Kane, J. M., Sakamoto, K., Benson, J. T., Shott, S., Brubaker, L. Effects of pudendal nerve injury in the female rat. Neurourol Urodyn. 2000; 19: 53-69

41588    Sugaya, K., Nishizawa, O., Satoh, T., Hatano, T., Ogawa, Y. Bladder-pumping therapy for the treatment of low-capacity or low- compliance bladders. Neurourol Urodyn. 2000; 19: 19-28

41589    Sander, P., Mouritsen, L., Andersen, J. T., Fischer-Rasmussen, W. Evaluation of a simple, non-surgical concept for management of urinary incontinence (minimal care) in an open-access, interdisciplinary incontinence clinic. Neurourol Urodyn. 2000; 19: 9-17

41590    Visco, A. G., Weidner, A. C., Cundiff, G. W., Bump, R. C. Observed patient compliance with a structured outpatient bladder retraining program. Am J Obstet Gynecol. 1999 Dec; 181: 1392-4

41593    Bland, D. R., Earle, B. B., Vitolins, M. Z., Burke, G. Use of the Pelvic Organ Prolapse staging system of the International Continence Society, American Urogynecologic Society, and Society of Gynecologic Surgeons in perimenopausal women. Am J Obstet Gynecol. 1999 Dec; 181: 1324-7; discussion 1327-8

41595    Nobili, F., Copello, F., Vitali, P., Prastaro, T., Carozzo, S., Perego, G., Rodriguez, G. Timing of disease progression by quantitative EEG in Alzheimer' s patients. J Clin Neurophysiol. 1999 Nov; 16: 566-73

41597    Komatsu, K., Niikura, S., Maeda, Y., Ishiura, Y., Yokoyama, O., Namiki, M. Single ectopic vaginal ureter diagnosed by computed tomography. Urol Int. 1999; 63: 147-50

41600    Wang, K., Yamataka, A., Morioka, A., Lane, G. J., Iwashita, K., Miyano, T. Complications after sigmoidocolocystoplasty: review of 100 cases at one institution. J Pediatr Surg. 1999 Nov; 34: 1672-7

41601    Ouslander, J., Johnson, T., Nasr, S., Schnelle, J., Miller, M. Atrial natriuretic peptide levels in geriatric patients with nocturia and nursing home residents with nighttime incontinence. J Am Geriatr Soc. 1999 Dec; 47: 1439-44

41602    Schonherr, M. C., Groothoff, J. W., Mulder, G. A., Eisma, W. H. Functional outcome of patients with spinal cord injury: rehabilitation outcome study. Clin Rehabil. 1999 Dec; 13: 457-63

41603    Hyman, N. Endoanal advancement flap repair for complex anorectal fistulas. Am J Surg. 1999 Oct; 178: 337-40

41604    Sibbald, B. Unique health needs of elderly women being ignored, symposium told. CMAJ. 1999 Nov 16; 161: 1309-10

41606    Lemack, G. E. Reversing the tide: emerging options for treating overactive bladder symptoms in women. Tex Med. 1999 Nov; 95: 78-81

41609    Diana, M., Schettini, M. Treatment of vaginal vault prolapse with abdominal sacral colpopexy using prolene mesh. Minerva Ginecol. 1999 Sep; 51: 349-53

41611    Robson, W. L. Enuresis treatment in the US. Scand J Urol Nephrol Suppl. 1999; 202: 56-60

41613    Callsen-Cencic, P., Mense, S. Control of the unstable urinary bladder by graded thermoelectric cooling of the spinal cord. BJU Int. 1999 Dec; 84: 1084-92

41614    Arena, F., Romeo, C., Cruccetti, A., Antonuccio, P., Basile, M., Romeo, G. The neonatal management and surgical correction of urinary hydrometrocolpos caused by a persistent urogenital sinus. BJU Int. 1999 Dec; 84: 1063-8

41615    Pfister, C., Dacher, J. N., Gaucher, S., Liard-Zmuda, A., Grise, P., Mitrofanoff, P. The usefulness of a minimal urodynamic evaluation and pelvic floor biofeedback in children with chronic voiding dysfunction. BJU Int. 1999 Dec; 84: 1054-7

41618    Vowles, J. E., Wagg, A. S. The pressure-flow plot in the evaluation of female incontinence. BJU Int. 1999 Dec; 84: 948-52

41619    Butler, R. N., Maby, J. I., Montella, J. M., Young, G. P. Urinary incontinence: primary care therapies for the older woman. Geriatrics. 1999 Nov; 54: 31-4, 39-40, 43-4

41620    Guys, J. M., Simeoni-Alias, J., Fakhro, A., Delarue, A. Use of polydimethylsiloxane for endoscopic treatment of neurogenic urinary incontinence in children. J Urol. 1999 Dec; 162: 2133-5

Case 2:12-md-02327 Document 597-8 Filed 05/15/14 Page 609 of 800 PageID #: 146684

# Appendix A6. Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

41624    Jackson, A. B., Wadley, V. A multicenter study of women's self-reported reproductive health after spinal cord injury. Arch Phys Med Rehabil. 1999 Nov; 80: 1420-8

41625    O'Meara, B. Continence. Hidden dangers. Nurs Times. 1999 Aug 4-10; 95: 70, 73

41626    Willis, J. Sex, relationships and continence. Nurs Times. 1999 Aug 4-10; 95: 62, 65

41627    Rigby, D. Persistence the key for patient who resists change. Nurs Times. 1999 Aug 4-10; 95: 61

41634    Ong, N. C., Dwyer, P. L. Labial fusion causing voiding difficulty and urinary incontinence. Aust N Z J Obstet Gynaecol. 1999 Aug; 39: 391-3

41637    Meier, U., Zeilinger, F. S., Kintzel, D. Signs, symptoms and course of normal pressure hydrocephalus in comparison with cerebral atrophy. Acta Neurochir (Wien). 1999; 141: 1039-48

41638    Bugg, G., Hosker, G., Kiff, E. Prevalence of faecal incontinence among women with urinary incontinence. Br J Obstet Gynaecol. 1999 Nov; 106: 1233-4

41639    Hodges, A. M. Vesico-vaginal fistula associated with uterine prolapse. Br J Obstet Gynaecol. 1999 Nov; 106: 1227-8

41640    Di Carlo, A., Lamassa, M., Pracucci, G., Basile, A. M., Trefoloni, G., Vanni, P., Wolfe, C. D., Tilling, K., Ebrahim, S., Inzitari, D. Stroke in the very old : clinical presentation and determinants of 3- month functional outcome: A European perspective. European BIOMED Study of Stroke Care Group. Stroke. 1999 Nov; 30: 2313-9

41641    Chaliha, C., Kalia, V., Stanton, S. L., Monga, A., Sultan, A. H. Antenatal prediction of postpartum urinary and fecal incontinence. Obstet Gynecol. 1999 Nov; 94: 689-94

41642    Thomas, S. Investing in continence. Elder Care. 1999 Feb-Mar; 11: 32

41644    Clark, M. H., Benson, J. T. Fecal incontinence and the menstrual cycle: a case report. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 344-5

41645    Shaker, H., Hassouna, M. M. Sacral root neuromodulation in the treatment of various voiding and storage problems. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 336-43

41646    Okada, N., Igawa, Y., Nishizawa, O. Functional electrical stimulation for detrusor instability. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 329-35

41649    Aygen, E. M., Ekmekcioglu, O., Basbug, M. The menopause and bladder weight. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 316-20

41653    Drutz, H. P., Appell, R. A., Gleason, D., Klimberg, I., Radomski, S. Clinical efficacy and safety of tolterodine compared to oxybutynin and placebo in patients with overactive bladder. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 283-9

41655    Butler, R. N., Maby, J. I., Montella, J. M., Young, G. P. Urinary incontinence: keys to diagnosis of the older woman.1. Geriatrics. 1999 Oct; 54: 22-6, 29-30

41656    Fleishman, R., Heilbrun, G., Mandelson, J., Shirazi, V. Improving the quality of institutional care of urinary incontinence among the elderly: a challenge for governmental regulation. Int J Health Care Qual Assur Inc Leadersh Health Serv. 1999; 12: 105-19

41657    Overactive bladder. Harv Womens Health Watch. 1999 Oct; 7: 6

41658    Hagglund, D., Olsson, H., Leppert, J. Urinary incontinence: an unexpected large problem among young females. Results from a population-based study. Fam Pract. 1999 Oct; 16: 506-9

41660    Schurch, B., Suter, S., Dubs, M. Intraurethral sphincter prosthesis to treat hyporeflexic bladders in women: does it work?. BJU Int. 1999 Nov; 84: 789-94

41662    Gill, M. A., Schutze, G. E. Citrobacter urinary tract infections in children. Pediatr Infect Dis J. 1999 Oct; 18: 889-92

41667    Romanzi, L. J., Polaneczky, M., Glazer, H. I. Simple test of pelvic muscle contraction during pelvic examination: correlation to surface electromyography. Neurourol Urodyn. 1999; 18: 603-12

# American Urological Association, Inc.

## SUI Guidelines Panel

41670    Chiarelli, P., Brown, W., McElduff, P. Leaking urine: prevalence and associated factors in Australian women. Neurourol Urodyn. 1999; 18: 567-77

41677    Cain, M. P., Casale, A. J., King, S. J., Rink, R. C. Appendicovesicostomy and newer alternatives for the Mitrofanoff procedure: results in the last 100 patients at Riley Children's Hospital. J Urol. 1999 Nov; 162: 1749-52

41678    Khoury, A. E., Agarwal, S. K., Bagli, D., Merguerian, P., McLorie, G. A. Concomitant modified bladder neck closure and Mitrofanoff urinary diversion. J Urol. 1999 Nov; 162: 1746-8

41681    Braun, P. M., Boschert, J., Bross, S., Scheepe, J. R., Alken, P., Juenemann, P. Tailored laminectomy: a new technique for neuromodulator implantation. J Urol. 1999 Nov; 162: 1607-9

41682    Dandy, D. Assessment tool promotes continence after childbirth. Nurs Times. 1999 Jul 14-20; 95: 42-3

41683    Park, T., Lee, S. Y. Simple pattern-mixture models for longitudinal data with missing observations: analysis of urinary incontinence data. Stat Med. 1999 Nov 15; 18: 2933-41

41684    Sakakibara, R., Hattori, T., Uchiyama, T., Yamanishi, T. Urinary function in elderly people with and without leukoaraiosis: relation to cognitive and gait function. J Neurol Neurosurg Psychiatry. 1999 Nov; 67: 658-60

41685    Wenning, G. K., Scherfler, C., Granata, R., Bosch, S., Verny, M., Chaudhuri, K. R., Jellinger, K., Poewe, W., Litvan, I. Time course of symptomatic orthostatic hypotension and urinary incontinence in patients with postmortem confirmed parkinsonian syndromes: a clinicopathological study. J Neurol Neurosurg Psychiatry. 1999 Nov; 67: 620-3

41687    Sirls, L. T., Rashid, T. Geriatric urinary incontinence. Geriatr Nephrol Urol. 1999; 9: 87-99

41689    Damani, N., Wilson, S. R. Nongynecologic applications of transvaginal US. Radiographics. 1999 Oct; 19 Spec No: S179-200; quiz S265-6

41690    Eterovic, D., Strinic, T., Dujic, Z., Boban, M. Blood gases and sex hormones in women with and without genital descensus. Respiration. 1999; 66: 400-6

41691    Abd-el-Gawad, G., Abrahamsson, K., Hanson, E., Norlen, L., Sillen, U., Stokland, E., Hjalmas, K. Kock urinary reservoir maturation in children and adolescents: consequences for kidney and upper urinary tract. Eur Urol. 1999 Nov; 36: 443-9

41694    Fischer, J. R., Berg, P. H. Urinary incontinence in United States Air Force female aircrew. Obstet Gynecol. 1999 Oct; 94: 532-6

41697    Atan, A., Konety, B. R., Nangia, A., Chancellor, M. B. Advantages and risks of ileovesicostomy for the management of neuropathic bladder. Urology. 1999 Oct; 54: 636-40

41698    Wedderburn, A. W., Adamson, A. S. Management of the incompetent urethra in the chronically debilitated female patient: an alternative to urethral closure. BJU Int. 1999 Oct; 84: 727-8

41699    Hayes, M. C., Bulusu, A., Terry, T., Mouriquand, P. D., Malone, P. S. The Pippi Salle urethral lengthening procedure; experience and outcome from three United Kingdom centres. BJU Int. 1999 Oct; 84: 701-5

41700    Madersbacher, H., Halaska, M., Voigt, R., Alloussi, S., Hofner, K. A placebo-controlled, multicentre study comparing the tolerability and efficacy of propiverine and oxybutynin in patients with urgency and urge incontinence. BJU Int. 1999 Oct; 84: 646-51

41701    Peake, S., Manderson, L., Potts, H. 'Part and parcel of being a woman': female urinary incontinence and constructions of control. Med Anthropol Q. 1999 Sep; 13: 267-85

41703    Freeman, L. Continence care: home and dry. Nurs Times. 1999 Jun 30-Jul 6; 95: 44-5

41706    Roe, B., May, C. Incontinence and sexuality: findings from a qualitative perspective. J Adv Nurs. 1999 Sep; 30: 573-9

41707    Jawad, S. H., Ward, A. B., Jones, P. Study of the relationship between premorbid urinary incontinence and stroke functional outcome. Clin Rehabil. 1999 Oct; 13: 447-52

41709    Cook, E. Assessing continence needs in children. Nurs Stand. 1999 Jun 9-15; 13: 48-52; quiz 54

Case 2:15-md-02641-DGC Document 800-8 Filed 06/13/16 Page 611 of 800 PageID #: 146686

41710    Yamanishi, T., Yasuda, K., Sakakibara, R., Suda, S., Ishikawa, N., Hattori, T., Hosaka, H. Induction of urethral closure and inhibition of bladder contraction by continuous magnetic stimulation. Neurourol Urodyn. 1999; 18: 505-10

41714    Levi, A. D. Treatment of a retroperitoneal lymphocele after lumbar fusion surgery with intralesional povidone iodine: technical case report. Neurosurgery. 1999 Sep; 45: 658-60; discussion 660-1

41715    Dietz, H. P., McKnoulty, L., Clarke, B. Translabial color Doppler for imaging in urogynecology: a preliminary report. Ultrasound Obstet Gynecol. 1999 Aug; 14: 144-7

41717    Strasser, H., Tiefenthaler, M., Steinlechner, M., Bartsch, G., Konwalinka, G. Urinary incontinence in the elderly and age-dependent apoptosis of rhabdosphincter cells. Lancet. 1999 Sep 11; 354: 918-9

41718    Weber, A. M., Walters, M. D., Schover, L. R., Church, J. M., Piedmonte, M. R. Functional outcomes and satisfaction after abdominal hysterectomy. Am J Obstet Gynecol. 1999 Sep; 181: 530-5

41719    Hemingway-Eltomey, J. M., Lerner, A. J. Adverse effects of donepezil in treating Alzheimer's disease associated with Down's syndrome. Am J Psychiatry. 1999 Sep; 156: 1470

41720    Kelleher, C., Braude, P. Recent advances. Gynaecology. BMJ. 1999 Sep 11; 319: 689-92

41721    Lin, C. C., Bai, Y. M., Chen, J. Y., Lin, C. Y., Lan, T. H. A retrospective study of clozapine and urinary incontinence in Chinese in-patients. Acta Psychiatr Scand. 1999 Aug; 100: 158-61

41722    Al-Shammari, S. A., Al-Subaie, A. Prevalence and correlates of depression among Saudi elderly. Int J Geriatr Psychiatry. 1999 Sep; 14: 739-47

41724    Nakanishi, N., Tatara, K., Shinsho, F., Murakami, S., Takatorige, T., Fukuda, H., Nakajima, K., Naramura, H. Mortality in relation to urinary and faecal incontinence in elderly people living at home. Age Ageing. 1999 May; 28: 301-6

41726    Gleason, D. M., Susset, J., White, C., Munoz, D. R., Sand, P. K. Evaluation of a new once-daily formulation of oxbutynin for the treatment of urinary urge incontinence. Ditropan XL Study Group. Urology. 1999 Sep; 54: 420-3

41727    Cheng, E. Y., Ozerdemoglu, R. A., Transfeldt, E. E., Thompson, R. C., Jr Lumbosacral chordoma. Prognostic factors and treatment. Spine. 1999 Aug 15; 24: 1639-45

41728    Lubeck, D. P., Prebil, L. A., Peeples, P., Brown, J. S. A health related quality of life measure for use in patients with urge urinary incontinence: a validation study. Qual Life Res. 1999 Jun; 8: 337-44

41730    Hodges, A. M. The Mitrofanoff urinary diversion for complex vesicovaginal fistulae: experience from Uganda. BJU Int. 1999 Sep; 84: 436-9

41732    Caione, P., Nappo, S., De Castro, R., Prestipino, M., Capozza, N. Low-dose desmopressin in the treatment of nocturnal urinary incontinence in the exstrophy-epispadias complex. BJU Int. 1999 Aug; 84: 329-34

41733    Yeung, C. K., Liu, K. W., Ng, W. T., Tan, H. L., Tam, Y. H., Lee, K. H. Laparoscopy as the investigation and treatment of choice for urinary incontinence caused by small 'invisible' dysplastic kidneys with infrasphincteric ureteric ectopia. BJU Int. 1999 Aug; 84: 324-8

41735    Palmer, M. H., Fitzgerald, S., Berry, S. J., Hart, K. Urinary incontinence in working women: an exploratory study. Women Health. 1999; 29: 67-82

41736    Kitamura, H., Miyao, N., Yanase, M., Masumori, N., Matsukawa, M., Takahashi, A., Itoh, N., Tsukamoto, T. Quality of life in patients having an ileal conduit, continent reservoir or orthotopic neobladder after cystectomy for bladder carcinoma. Int J Urol. 1999 Aug; 6: 393-9

41737    Ganz, P. A., Greendale, G. A., Kahn, B., O'Leary, J. F., Desmond, K. A. Are older breast carcinoma survivors willing to take hormone replacement therapy?. Cancer. 1999 Sep 1; 86: 814-20

41738    Gofrit, O. N., Pode, D., Landau, E. H. Vesicocolonic fistula four years after augmentation colocystoplasty. Urol Int. 1999; 62: 117-8

41739    Swithinbank, L. V., Abrams, P. The impact of urinary incontinence on the quality of life of women. World J Urol. 1999 Aug; 17: 225-9

# Appendix A6 Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**41741**    Thuroff, J. W. Epidemiology of bladder control problems. Curr Opin Urol. 1999 Jul; 9: 283-4

**41745**    Atan, A., Konety, B. R., Erickson, J. R., Yokoyama, T., Kim, D. Y., Chancellor, M. B. Tolterodine for overactive bladder: time to onset of action, preferred dosage, and 9-month follow-up. Tech Urol. 1999 Jun; 5: 67-70

**41746**    Kaefer, M., Andler, R., Bauer, S. B., Hendren, W. H., Diamond, D. A., Retik, A. B. Urodynamic findings in children with isolated epispadias. J Urol. 1999 Sep; 162: 1172-5

**41747**    Pattaras, J. G., Rushton, H. G., Majd, M. The role of 99mtechnetium dimercapto-succinic acid renal scans in the evaluation of occult ectopic ureters in girls with paradoxical incontinence. J Urol. 1999 Sep; 162: 821-5

**41749**    Phadke, S. R., Pahi, J., Pandey, A., Agarwal, S. S. Oral-facial-digital syndrome with acromelic short stature: a new variant--overlap with Ellis Van Creveld syndrome. Clin Dysmorphol. 1999 Jul; 8: 185-8

**41750**    Visco, A. G., Yamauchi, M. Collagen cross-linking in patients with urinary incontinence. Am J Obstet Gynecol. 1999 Aug; 181: 509-10

**41752**    Nickel, R. F., Vink-Noteboom, M., van den Brom, W. E. Clinical and radiographic findings compared with urodynamic findings in neutered female dogs with refractory urinary incontinence. Vet Rec. 1999 Jul 3; 145: 11-5

**41753**    Abd-el-Gawad, G., Abrahamsson, K., Hanson, E., Norlen, L., Sillen, U., Sixt, R., Hjalmas, K. Evaluation of Kock urinary reservoir function in children and adolescents at 3-10 years' follow-up. Scand J Urol Nephrol. 1999 Jun; 33: 149-55

**41754**    Butler, R. N., August, P., Ferdinand, K. C., Phillips, R. A., Roccella, E. J. Hypertension: how comorbid disease influences the choice of therapy. Part 4 of a roundtable discussion. Geriatrics. 1999 Aug; 54: 34, 39-44

**41755**    Petri, E., Koelbl, H., Schaer, G. What is the place of ultrasound in urogynecology? A written panel. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 262-73

**41757**    Thyssen, H., Sander, P., Lose, G. A vaginal device (continence guard) in the management of urge incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 219-22

**41758**    Venn, S. N., Mundy, A. R. Continent urinary diversion using the Mainz-type ureterosigmoidostomy-- a valuable salvage procedure. Eur Urol. 1999 Sep; 36: 247-51

**41760**    Neveus, T., Hetta, J., Cnattingius, S., Tuvemo, T., Lackgren, G., Olsson, U., Stenberg, A. Depth of sleep and sleep habits among enuretic and incontinent children. Acta Paediatr. 1999 Jul; 88: 748-52

**41761**    Mattelaer, J. J., Williams, G. Extra-urethral urinary incontinence after incompetent vaginal obstetrics. BJU Int. 1999 Jul; 84: 10-3

**41762**    Burgio, K., Ouslander, J. G. Effects of urge urinary incontinence on quality of life in older people. J Am Geriatr Soc. 1999 Aug; 47: 1032-3

**41763**    DuBeau, C. E., Kiely, D. K., Resnick, N. M. Quality of life impact of urge incontinence in older persons: a new measure and conceptual structure. J Am Geriatr Soc. 1999 Aug; 47: 989-94

**41764**    Brown, J. S., Posner, S. F., Stewart, A. L. Urge incontinence: new health-related quality of life measures. J Am Geriatr Soc. 1999 Aug; 47: 980-8

**41766**    Aghaji, A. E., Odoemene, C. Ureteric injuries in Enugu, Nigeria. East Afr Med J. 1999 Apr; 76: 184-8

**41767**    Hurley, R. A., Bradley, W. G.,  Jr, Latifi, H. T., Taber, K. H. Normal pressure hydrocephalus: significance of MRI in a potentially treatable dementia. J Neuropsychiatry Clin Neurosci. 1999 Summer; 11: 297-300

**41768**    Gupta, A. Pruritus in the elderly. Practitioner. 1999 Mar; 243: 203-7

**41771**    von Gontard, A., Benden, B., Mauer-Mucke, K., Lehmkuhl, G. Somatic correlates of functional enuresis. Eur Child Adolesc Psychiatry. 1999 Jun; 8: 117-25

**41773**    Laurikkala, J., Juhola, M., Lammi, S., Viikki, K. Comparison of genetic algorithms and other classification methods in the diagnosis of female urinary incontinence. Methods Inf Med. 1999 Jun; 38: 125-31

**41775**    Myers, D. L., Arya, L. A., Friedman, J. H. Is urinary incontinence different in women with Parkinson's disease?. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 188-91

41777    Chaliha, C., Stanton, S. L. The ethnic cultural and social aspects of incontinence--a pilot study. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 166-70

41778    Rizk, D. E., Shaheen, H., Thomas, L., Dunn, E., Hassan, M. Y. The prevalence and determinants of health care-seeking behavior for urinary incontinence in United Arab Emirates women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 160-5

41786    Chiarelli, P., Brown, W. J. Leaking urine in Australian women: prevalence and associated conditions. Women Health. 1999; 29: 1-13

41790    Johanson, R. B., Heycock, E., Carter, J., Sultan, A. H., Walklate, K., Jones, P. W. Maternal and child health after assisted vaginal delivery: five-year follow up of a randomised controlled study comparing forceps and ventouse. Br J Obstet Gynaecol. 1999 Jun; 106: 544-9

41794    Arikan, N., Soygur, T., Selcuki, M., Erden, I., Gogus, O. Role of magnetic resonance imaging in children with voiding dysfunction: retrospective analysis of 81 patients. Urology. 1999 Jul; 54: 157-60; discussion 160-1

41795    Arai, Y., Okubo, K., Konami, T., Kin, S., Kanba, T., Okabe, T., Hamaguchi, A., Okada, Y. Voiding function of orthotopic ileal neobladder in women. Urology. 1999 Jul; 54: 44-9

41798    Harris, A. Impact of urinary incontinence on the quality of life of women. Br J Nurs. 1999 Mar 25-Apr 7; 8: 375-80

41800    Miura, T., Tanaka, H., Makino, Y., Okamoto, K., Iida, T., Komura, K., Fukawa, E., Hirano, F., Makino, I. Human T cell leukemia virus type I-associated myelopathy in a patient with systemic lupus erythematosus. Intern Med. 1999 Jun; 38: 512-5

41804    Schmidt, R. A., Jonas, U., Oleson, K. A., Janknegt, R. A., Hassouna, M. M., Siegel, S. W., van Kerrebroeck, P. E. Sacral nerve stimulation for treatment of refractory urinary urge incontinence. Sacral Nerve Stimulation Study Group. J Urol. 1999 Aug; 162: 352-7

41805    Fultz, N. H., Herzog, A. R., Raghunathan, T. E., Wallace, R. B., Diokno, A. C. Prevalence and severity of urinary incontinence in older African American and Caucasian women. J Gerontol A Biol Sci Med Sci. 1999 Jun; 54: M299-303

41807    Roberts, R. O., Jacobsen, S. J., Reilly, W. T., Pemberton, J. H., Lieber, M. M., Talley, N. J. Prevalence of combined fecal and urinary incontinence: a community- based study. J Am Geriatr Soc. 1999 Jul; 47: 837-41

41808    Alessi, C. A., Yoon, E. J., Schnelle, J. F., Al-Samarrai, N. R., Cruise, P. A. A randomized trial of a combined physical activity and environmental intervention in nursing home residents: do sleep and agitation improve?. J Am Geriatr Soc. 1999 Jul; 47: 784-91

41809    Coleman, E. A., Grothaus, L. C., Sandhu, N., Wagner, E. H. Chronic care clinics: a randomized controlled trial of a new model of primary care for frail older adults. J Am Geriatr Soc. 1999 Jul; 47: 775-83

41810    Baines, S. J., Speakman, A. J., Williams, J. M., Cheeseman, M. T. Genitourinary dysplasia in a cat. J Small Anim Pract. 1999 Jun; 40: 286-90

41811    Roe, B., Doll, H., Wilson, K. Help seeking behaviour and health and social services utilisation by people suffering from urinary incontinence. Int J Nurs Stud. 1999 Jun; 36: 245-53

41812    Christiansen, J., Rasmussen, O. O., Lindorff-Larsen, K. Long-term results of artificial anal sphincter implantation for severe anal incontinence. Ann Surg. 1999 Jul; 230: 45-8

41813    Rane, A. Incontinence in women. Don't suffer it. Aust Fam Physician. 1999 Jun; 28: 584-6

41815    Samsioe, G., Heraib, F., Lidfeldt, J., Nerbrand, C., Lindholm, L., Agardh, C., Schersten, B. Urogenital symptoms in women aged 50-59 years. Women's Health in Lund Area (WHILSA) Study Group. Gynecol Endocrinol. 1999 Apr; 13: 113-7

41817    Chu, L. W., Pei, C. K. Risk factors for early emergency hospital readmission in elderly medical patients. Gerontology. 1999 Jul-Aug; 45: 220-6

41818    Gupta, S. K., Sathyan, G., Lindemulder, E. A., Ho, P. L., Sheiner, L. B., Aarons, L. Quantitative characterization of therapeutic index: application of mixed-effects modeling to evaluate oxybutynin dose-efficacy and dose- side effect relationships. Clin Pharmacol Ther. 1999 Jun; 65: 672-84

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Procite Number

---

**41823** Dmochowski, R. R. Female voiding dysfunction and movement disorders. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 144-51

**41824** Nitti, V. W. Evaluation of the female with neurogenic voiding dysfunction. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 119-29

**41825** Ryhammer, A. M., Djurhuus, J. C., Laurberg, S. Pad testing in incontinent women: a review. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 111-5

**41826** Steele, A. C., Kohli, N., Mallipeddi, P., Karram, M. Pharmacologic causes of female incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 106-10

**41828** Fehrmann-Zumpe, P., Karbe, K., Blessman, G. Using flavoxate as primary medication for patients suffering from urge symptomatology. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 91-5

**41829** Laurikkala, J., Juhola, M. Population size and quality in genetics-based rule learning from medical data. Medinfo. 1998; 9 Pt 1: 389-93

**41831** Erdogru, T., Kocak, T., Serdaroglu, P., Kadioglu, A., Tellaloglu, S. Evaluation and therapeutic approaches of voiding and erectile dysfunction in neurological Behcet's syndrome. J Urol. 1999 Jul; 162: 147-53

**41838** Asbury, N. Mines of information. Nurs Times. 1999 May 5-11; 95: 85-6

**41839** Skelton, N. Meeting the challenge. Nurs Times. 1999 May 5-11; 95: 82

**41840** Johnson, C. Accentuate the positive. Nurs Times. 1999 May 5-11; 95: 81

**41841** Peters, N. Eliminate the negative. Nurs Times. 1999 May 5-11; 95: 78

**41842** Malone-Lee, J. Know how. Managing incontinence. Nurs Times. 1999 May 5-11; 95: 74-5

**41843** White, H. Designer gear. Nurs Times. 1999 May 5-11; 95: 69-70, 73, 76

**41844** Page, A. Twelve years of hell. Nurs Times. 1999 May 5-11; 95: 65-6, 69

**41846** Young, S. B., Pingeton, D. M. Office assessment of female urinary incontinence. Clin Obstet Gynecol. 1999 Jun; 42: 249-66

**41847** Bhatnagar, V., Lal, R., Agarwala, S., Mitra, D. K. Bladder-neck repair in urinary bladder exstrophy. Pediatr Surg Int. 1999; 15: 290-3

**41848** Gambassi, G., Landi, F., Lapane, K. L., Sgadari, A., Mor, V., Bernabei, R. Predictors of mortality in patients with Alzheimer's disease living in nursing homes. J Neurol Neurosurg Psychiatry. 1999 Jul; 67: 59-65

**41849** Kenton, K., Sadowski, D., Shott, S., Brubaker, L. A comparison of women with primary and recurrent pelvic prolapse. Am J Obstet Gynecol. 1999 Jun; 180: 1415-8

**41851** Lilas, L. A., Andrews, S. J., Hanbury, D. C. Point of technique. The tunnelled suprapubic catheter. BJU Int. 1999 Jun; 83: 1060-2

**41852** Kryger, J. V., Spencer Barthold, J., Fleming, P., Gonzalez, R. The outcome of artificial urinary sphincter placement after a mean 15- year follow-up in a paediatric population. BJU Int. 1999 Jun; 83: 1026-31

**41854** Dolan, L. M., Casson, K., McDonald, P., Ashe, R. G. Urinary incontinence in Northern Ireland: a prevalence study. BJU Int. 1999 May; 83: 760-6

**41857** Berlowitz, D. R., Brand, H. K., Perkins, C. Geriatric syndromes as outcome measures of hospital care: can administrative data be used?. J Am Geriatr Soc. 1999 Jun; 47: 692-6

**41858** Pannek, J., Muller, M., Haupt, G. An unexpected complicationof the remote-controlled intraurethral valve pump for urinary incontinence. Urol Int. 1998; 61: 235-6

**41859** Pfister, S. M. Bladder diaries and voiding patterns in older adults. J Gerontol Nurs. 1999 Mar; 25: 36-41

**41860** Thomas, K. K., Sampselle, C., Gray, M., Newman, D., Sailer, S., d'Entremont, P., Wheeler, L. Getting into nursing research: dropping in on AWHONN's Continence for Women researchers. AWHONN Lifelines. 1999 Feb-Mar; 3: 24-6

---

# American Urological Association, Inc.

## SUI Guidelines Panel

41863    Tfayli, A., Hentschel, P., Madajewicz, S., Manzione, J., Chowhan, N., Davis, R., Roche, P., Iliya, A., Roque, C., Meek, A., Shady, M. Toxicities related to intraarterial infusion of cisplatin and etoposide in patients with brain tumors. J Neurooncol. 1999 Mar; 42: 73-7

41864    Petersen, T., Nielsen, J. B., Schroder, H. D. Intravesical capsaicin in patients with detrusor hyper-reflexia--a placebo-controlled cross-over study. Scand J Urol Nephrol. 1999 Apr; 33: 104-10

41866    Loughrey, L. Taking a sensitive approach to urinary incontinence. Nursing. 1999 May; 29: 60-1

41867    Hart, K. J., Palmer, M. H., Fitzgerald, S. Perceived causes of urinary incontinence and reporting: a study with working women. Clin Nurs Res. 1999 Feb; 8: 84-92

41868    Pakiam, A. S., Bergeron, C., Lang, A. E. Diffuse Lewy body disease presenting as multiple system atrophy. Can J Neurol Sci. 1999 May; 26: 127-31

41869    Thommessen, B., Bautz-Holter, E., Laake, K. Predictors of outcome of rehabilitation of elderly stroke patients in a geriatric ward. Clin Rehabil. 1999 Apr; 13: 123-8

41870    Scardillo, J., Aronovitch, S. A. Successfully managing incontinence-related irritant dermatitis across the lifespan. Ostomy Wound Manage. 1999 Apr; 45: 36-40, 42-4

41871    Correa, R. J., Jr Informing patients about urinary incontinence. JAMA. 1999 May 19; 281: 1795

41872    Sahadevan, S., Lim, P. P., Choo, P. W. Dementia in the hospitalized elderly--a study of 100 consecutive cases in Singapore. Int J Geriatr Psychiatry. 1999 Apr; 14: 266-71

41873    Gregory, S. P., Holt, P. E., Parkinson, T. J., Wathes, C. M. Vaginal position and length in the bitch: relationship to spaying and urinary incontinence. J Small Anim Pract. 1999 Apr; 40: 180-4

41876    Madersbacher, S., Pycha, A., Klingler, C. H., Schatzl, G., Marberger, M. The International Prostate Symptom score in both sexes: a urodynamics- based comparison. Neurourol Urodyn. 1999; 18: 173-82

41877    Wein, A. J., Rovner, E. S. The overactive bladder: an overview for primary care health providers. Int J Fertil Womens Med. 1999 Mar-Apr; 44: 56-66

41878    Yoshino, M., Yoshimi, Y., Taniguchi, M., Nakamura, S., Ikeda, T. Syndrome of inappropriate secretion of antidiuretic hormone associated with idiopathic normal pressure hydrocephalus. Intern Med. 1999 Mar; 38: 290-2

41879    Stein, R., Fisch, M., Black, P., Hohenfellner, R. Strategies for reconstruction after unsuccessful or unsatisfactory primary treatment of patients with bladder exstrophy or incontinent epispadias. J Urol. 1999 Jun; 161: 1934-41

41880    Donnahoo, K. K., Rink, R. C., Cain, M. P., Casale, A. J. The Young-Dees-Leadbetter bladder neck repair for neurogenic incontinence. J Urol. 1999 Jun; 161: 1946-9

41883    Anderson, R. U., Mobley, D., Blank, B., Saltzstein, D., Susset, J., Brown, J. S. Once daily controlled versus immediate release oxybutynin chloride for urge urinary incontinence. OROS Oxybutynin Study Group. J Urol. 1999 Jun; 161: 1809-12

41884    Leng, W. W., Faerber, G., Del Terzo, M., McGuire, E. J. Long-term outcome of incontinent ileovesicostomy management of severe lower urinary tract dysfunction. J Urol. 1999 Jun; 161: 1803-6

41885    Wise, T. N. Psychosocial side effects of sildenafil therapy for erectile dysfunction. J Sex Marital Ther. 1999 Apr-Jun; 25: 145-50

41891    Kobelt, G., Kirchberger, I., Malone-Lee, J. Review. Quality-of-life aspects of the overactive bladder and the effect of treatment with tolterodine. BJU Int. 1999 Apr; 83: 583-90

41892    Hoebeke, P., Van Laecke, E., Raes, A., Van Gool, D., Vande Walle, J. Anomalies of the external urethral meatus in girls with non-neurogenic bladder sphincter dysfunction. BJU Int. 1999 Feb; 83: 294-8

41893    Abd-El-Gawad, G., Abrahamsson, K., Hanson, E., Norlen, L., Sillen, U., Sixt, R., Hjalmas, K. Early and late metabolic alterations in children and adolescents with a kock urinary reservoir. BJU Int. 1999 Feb; 83: 285-9

41895    Marshman, L. A., Hardwidge, C., Ford-Dunn, S. C., Olney, J. S. Idiopathic spinal cord herniation: case report and review of the literature. Neurosurgery. 1999 May; 44: 1129-33

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

## American Urological Association, Inc.

### SUI Guidelines Panel

---

**41896**   Bartholomew, J. District nursing. What they really, really want. Nurs Times. 1999 Mar 24-30; 95: 30-1

**41897**   Hobgood, E. Midlife women and urinary incontinence: causes, lifestyles, and treatments. Medsurg Nurs. 1999 Feb; 8: 19-24

**41898**   Chassagne, P., Landrin, I., Neveu, C., Czernichow, P., Bouaniche, M., Doucet, J., Denis, P., Bercoff, E. Fecal incontinence in the institutionalized elderly: incidence, risk factors, and prognosis. Am J Med. 1999 Feb; 106: 185-90

**41899**   Kok, A. L., Burger, C. W., van de Weijer, P. H., Voetberg, G. A., Peters-Muller, E. R., Kenemans, P. Micturition complaints in postmenopausal women treated with continuously combined hormone replacement therapy: a prospective study. Maturitas. 1999 Jan 4; 31: 143-9

**41900**   Maeda, H., Shichiri, Y., Kinoshita, H., Okubo, K., Okada, T., Aoki, Y., Maekawa, S., Arai, Y. Urinary undiversion for pelvic actinomycosis: a long-term follow up. Int J Urol. 1999 Feb; 6: 111-3

**41901**   Wisser, J., Schar, G., Kurmanavicius, J., Huch, R., Huch, A. Use of 3D ultrasound as a new approach to assess obstetrical trauma to the pelvic floor. Ultraschall Med. 1999 Feb; 20: 15-8

**41903**   Loo, C. C., Irestedt, L. Cauda equina syndrome after spinal anaesthesia with hyperbaric 5% lignocaine: a review of six cases of cauda equina syndrome reported to the Swedish Pharmaceutical Insurance 1993-1997. Acta Anaesthesiol Scand. 1999 Apr; 43: 371-9

**41904**   Lee, K. S., Cheang, C. M., Lieu, A. S., Howng, S. L. Multiple spinal meningiomas--a case report. Kaohsiung J Med Sci. 1999 Mar; 15: 182-6

**41907**   Yeruham, I., Elad, D., Perl, S., Avidar, Y., Israeli, B., Shlosberg, A. Isolation of Corynebacterium pilosum and Actinomyces pyogenes from cystitis and vulvovaginitis infection in a 2-month-old female calf. Zentralbl Veterinarmed [B]. 1999 Mar; 46: 127-30

**41910**   Plancke, H. R., Delaere, K. P., Pons, C. Indiana pouch in female patients with spinal cord injury. Spinal Cord. 1999 Mar; 37: 208-10

**41911**   Hampel, C., Wienhold, D., Dahms, S. E., Thuroff, J. W. Heterogeneity in epidemiological investigations of bladder control problems: a problem of definition. BJU Int. 1999 Mar; 83 Suppl 2: 10-5

**41912**   Husmann, D. A., Vandersteen, D. R., McLorie, G. A., Churchill, B. M. Urinary continence after staged bladder reconstruction for cloacal exstrophy: the effect of coexisting neurological abnormalities on urinary continence. J Urol. 1999 May; 161: 1598-602

**41913**   Millard, R., Tuttle, J., Moore, K., Susset, J., Clarke, B., Dwyer, P., Davis, B. E. Clinical efficacy and safety of tolterodine compared to placebo in detrusor overactivity. J Urol. 1999 May; 161: 1551-5

**41914**   Choe, J. M., Gallo, M. L., Staskin, D. R. A provocative maneuver to elicit cystometric instability: measuring instability at maximum infusion. J Urol. 1999 May; 161: 1541-4

**41915**   Mouton, C. P., Espino, D. V. Health screening in older women. Am Fam Physician. 1999 Apr 1; 59: 1835-42

**41916**   Freeman, R. M. Psychological investigation in female patients suffering from urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 49

**41917**   Elia, G., Stewart, S., Makhuli, Z. N., Krenzer, B. E., Mathur, S., Simon, H. M., Mehdi, S. Metastatic breast cancer diagnosed during a work-up for urinary incontinence: a case report. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 39-42

**41918**   Bellina, J., Kelly, R., Sartin, B. A unique cause of unconscious urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 36-8

**41920**   Tomlinson, B. U., Dougherty, M. C., Pendergast, J. F., Boyington, A. R., Coffman, M. A., Pickens, S. M. Dietary caffeine, fluid intake and urinary incontinence in older rural women. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 22-8

**41923**   Dietz, H. P., Wilson, P. D. The influence of bladder volume on the position and mobility of the urethrovesical junction. Int Urogynecol J Pelvic Floor Dysfunct. 1999; 10: 3-6

**41925**   Anders, K. Bladder retraining. Prof Nurse. 1999 Feb; 14: 334-6

**Appendix A6. Bibliography sorted by Procite Number**

## American Urological Association, Inc.

### SUI Guidelines Panel

41926    Gurel, H., Gurel, S. A. Pelvic relaxation and associated risk factors: the results of logistic regression analysis. Acta Obstet Gynecol Scand. 1999 Apr; 78: 290-3

41927    Sloane, P. D., Davidson, S., Knight, N., Tangen, C., Mitchell, C. M. Severe disruptive vocalizers. J Am Geriatr Soc. 1999 Apr; 47: 439-45

41928    Case records of the Massachusetts General Hospital. Weekly clinicopathological exercises. Case 11-1999. A 60-year-old woman with epidural and paraspinal masses. N Engl J Med. 1999 Apr 15; 340: 1188-96

41929    Urinary incontinence. Putting an end to the embarrassment. Harv Health Lett. 1999 May; 24: 6-7

41931    Seim, A., Hermstad, R., Hunskaar, S. Female urinary incontinence: long-term follow-up after treatment in general practice. Br J Gen Pract. 1998 Nov; 48: 1731-4

41932    Hollywood, B., O'Dowd, T. C. Female urinary incontinence: another common chronic illness. Br J Gen Pract. 1998 Nov; 48: 1727-8

41934    Gufler, H., Laubenberger, J., DeGregorio, G., Dohnicht, S., Langer, M. Pelvic floor descent: dynamic MR imaging using a half-Fourier RARE sequence. J Magn Reson Imaging. 1999 Mar; 9: 378-83

41936    Yono, M., Yoshida, M., Wada, Y., Kikukawa, H., Takahashi, W., Inadome, A., Seshita, H., Ueda, S. Pharmacological effects of tolterodine on human isolated urinary bladder. Eur J Pharmacol. 1999 Mar 5; 368: 223-30

41938    Palmer, M. H., Bennett, R. G., Marks, J., McCormick, K. A., Engel, B. T. Urinary incontinence: a program that works. J Long Term Care Adm. 1994 Summer; 22: 19-25

41939    Clementson Kockum, C., Helin, I., Malmberg, L., Malmfors, G. Pediatric urinary tract reconstruction using intestine. Scand J Urol Nephrol. 1999 Feb; 33: 53-6

41941    Wall, L. L. Birth trauma and the pelvic floor: lessons from the developing world. J Womens Health. 1999 Mar; 8: 149-55

41945    Pierce, J. T. A 14-year-old victim of sexual assault with an imperforate hymen and urethral meatus tear. J Emerg Nurs. 1999 Apr; 25: 153-4

41947    Gregory, H. Continence. Case study: time well spent. Nurs Times. 1999 Feb 10-16; 95: 72

41948    Nazarko, L. Continence. Assess all areas. Nurs Times. 1999 Feb 10-16; 95: 68, 71-2

41949    Davis, G., Sherman, R., Wong, M. F., McClure, G., Perez, R., Hibbert, M. Urinary incontinence among female soldiers. Mil Med. 1999 Mar; 164: 182-7

41951    Khullar, V., Toozs-Hobson, P., Boos, K., Hextall, A., Cardozo, L. Re: 'The pelvic floor muscles: muscle thickness in healthy and urinary- incontinent women measured by perineal ultrasonography with reference to the effect of pelvic floor training. Estrogen receptor studies.' Neurourol. Urodynam. 1997;16:237-275. Neurourol Urodyn. 1999; 18: 69-70

41952    Velez, J. B. Behavior therapy for urge incontinence in older women. J Fam Pract. 1999 Mar; 48: 168-9

41953    Atala, A. Future perspectives in reconstructive surgery using tissue engineering. Urol Clin North Am. 1999 Feb; 26: 157-65, ix-x

41955    Kershen, R. T., Atala, A. New advances in injectable therapies for the treatment of incontinence and vesicoureteral reflux. Urol Clin North Am. 1999 Feb; 26: 81-94, viii

41956    Leng, W. W., McGuire, E. J. Reconstructive surgery for urinary incontinence. Urol Clin North Am. 1999 Feb; 26: 61-80, viii

41958    Jacquot, J. M., Finiels, H., Fardjad, S., Belhassen, S., Leroux, J. L., Pelissier, J. Neurological complications in insufficiency fractures of the sacrum. Three case-reports. Rev Rhum Engl Ed. 1999 Feb; 66: 109-14

41960    Papa Petros, P. E. Detrusor instability and low compliance may represent different levels of disturbance in peripheral feedback control of the micturition reflex. Neurourol Urodyn. 1999; 18: 81-91

# American Urological Association, Inc.

## SUI Guidelines Panel

**41965**    Giddens, J. L., Radomski, S. B., Hirshberg, E. D., Hassouna, M., Fehlings, M. Urodynamic findings in adults with the tethered cord syndrome. J Urol. 1999 Apr; 161: 1249-54

**41966**    McDowell, B. J., Engberg, S., Sereika, S., Donovan, N., Jubeck, M. E., Weber, E., Engberg, R. Effectiveness of behavioral therapy to treat incontinence in homebound older adults. J Am Geriatr Soc. 1999 Mar; 47: 309-18

**41967**    Reuben, D. B., Frank, J. C., Hirsch, S. H., McGuigan, K. A., Maly, R. C. A randomized clinical trial of outpatient comprehensive geriatric assessment coupled with an intervention to increase adherence to recommendations. J Am Geriatr Soc. 1999 Mar; 47: 269-76

**41970**    Caplan, G. A., Ward, J. A., Brennan, N. J., Coconis, J., Board, N., Brown, A. Hospital in the home: a randomised controlled trial. Med J Aust. 1999 Feb 15; 170: 156-60

**41971**    Shaw, M., Galloway, S. To be or not to be: the challenge of urinary continence in older adults. Perspectives. 1998 Winter; 22: 18-22

**41974**    Gupta, S. K., Sathyan, G. Pharmacokinetics of an oral once-a-day controlled-release oxybutynin formulation compared with immediate-release oxybutynin. J Clin Pharmacol. 1999 Mar; 39: 289-96

**41976**    Duncan, H. J., McInerney, P. D., Mundy, A. R. Late erosion. A new complication of artificial urinary sphincters. Br J Urol. 1993 Nov; 72: 597-8

**41978**    Abrams, P. Urodynamics and the International Continence Society come of age. Br J Urol. 1993 Nov; 72: 527-33

**41979**    Hocking, J. Continence problems: how to tackle reticence of patients. Nurs Times. 1999 Jan 6-12; 95: 56-8

**41982**    Schulman, S. L., Quinn, C. K., Plachter, N., Kodman-Jones, C. Comprehensive management of dysfunctional voiding. Pediatrics. 1999 Mar; 103: E31

**41983**    Barroso, U., Jr, Duel, B., Barthold, J. S., Gonzalez, R. Orthotopic urethral substitution in female patients using the mitrofanoff principle. J Urol. 1999 Jan; 161: 251-3

**41984**    Koo, H. P., Bunchman, T. E., Flynn, J. T., Punch, J. D., Schwartz, A. C., Bloom, D. A. Renal transplantation in children with severe lower urinary tract dysfunction. J Urol. 1999 Jan; 161: 240-5

**41986**    Sweat, S. D., Lightner, D. J. Complications of sterile abscess formation and pulmonary embolism following periurethral bulking agents. J Urol. 1999 Jan; 161: 93-6

**41988**    Towards continence. Nurs Stand. 1998 Dec 9-15; 13: 33-4

**41989**    Keller, S. L. Urinary incontinence: occurrence, knowledge, and attitudes among women aged 55 and older in a rural Midwestern setting. J Wound Ostomy Continence Nurs. 1999 Jan; 26: 30-8

**41990**    Greendale, G. A., Lee, N. P., Arriola, E. R. The menopause. Lancet. 1999 Feb 13; 353: 571-80

**41991**    Iselin, C. E., Webster, G. D. Office management of female urinary incontinence. Urol Clin North Am. 1998 Nov; 25: 625-45, ix

**41992**    Cohen, S. J., Robinson, D., Dugan, E., Howard, G., Suggs, P. K., Pearce, K. F., Carroll, D. D., McGann, P., Preisser, J. Communication between older adults and their physicians about urinary incontinence. J Gerontol A Biol Sci Med Sci. 1999 Jan; 54: M34-7

**41994**    Morris, K. Tackling the taboo of urinary incontinence. Lancet. 1999 Jan 9; 353: 128

**41996**    Wein, A. J. Clinical usefulness of urinary control urethral insert devices. J Urol. 1999 Mar; 161: 1043-4

**41997**    Tanaka, H., Kakizaki, H., Kobayashi, S., Shibata, T., Ameda, K., Koyanagi, T. The relevance of urethral resistance in children with myelodysplasia: its impact on upper urinary tract deterioration and the outcome of conservative management. J Urol. 1999 Mar; 161: 929-32

**41998**    Litwiller, S. E., Frohman, E. M., Zimmern, P. E. Multiple sclerosis and the urologist. J Urol. 1999 Mar; 161: 743-57

**42002**    Laubach, J. The problem of urinary incontinence in the elderly. N C Med J. 1999 Jan-Feb; 60: 42-5

**42003**    Duru, S., Ceylan, S., Ceylan, S. Optic chiasm diastasis in a pituitary tumor. Case illustration. J Neurosurg. 1999 Feb; 90: 363

**September 2009**    © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**
**sorted by Procite Number**

| | |
|---|---|
| 42004 | Foldspang, A., Mommsen, S., Djurhuus, J. C. Prevalent urinary incontinence as a correlate of pregnancy, vaginal childbirth, and obstetric techniques. Am J Public Health. 1999 Feb; 89: 209-12 |
| 42005 | Khorsandi, M., Ginsberg, P. C., Harkaway, R. C. Reassessing the role of urodynamics after cerebrovascular accident. Males versus females. Urol Int. 1998; 61: 142-6 |
| 42007 | Willis, J. Continence: a case for home delivery services. Nurs Times. 1998 Nov 25-Dec 1; 94: 64-6 |
| 42009 | Biofeedback, exercise for urge incontinence. Health News. 1999 Jan 5; 5: 7 |
| 42010 | Maglinte, D. D., Kelvin, F. M., Fitzgerald, K., Hale, D. S., Benson, J. T. Association of compartment defects in pelvic floor dysfunction. AJR Am J Roentgenol. 1999 Feb; 172: 439-44 |
| 42011 | Brown, J. S., Subak, L. L., Gras, J., Brown, B. A., Kuppermann, M., Posner, S. F. Urge incontinence: the patient's perspective. J Womens Health. 1998 Dec; 7: 1263-9 |
| 42013 | Ring, H., Tshuva, M., Ronen, R., Dynia, A., Eldar, R. Quality of care on a stroke rehabilitation ward: the use of urinary incontinence as tracer. Int J Rehabil Res. 1998 Jun; 21: 241-5 |
| 42014 | Vinson, J., Proch, J. Inhibition of moisture penetration to the skin by a novel incontinence barrier product. J Wound Ostomy Continence Nurs. 1998 Sep; 25: 256-60 |
| 42015 | Blair, K. A., White, N. Are older women offered adequate health care?. J Gerontol Nurs. 1998 Oct; 24: 39-44 |
| 42018 | Coates, K. W. Physiologic evaluation of the pelvic floor. Obstet Gynecol Clin North Am. 1998 Dec; 25: 805-24 |
| 42019 | Robinson, D. Pathophysiology of female lower urinary tract dysfunction. Obstet Gynecol Clin North Am. 1998 Dec; 25: 747-56, vi |
| 42020 | Bump, R. C., Norton, P. A. Epidemiology and natural history of pelvic floor dysfunction. Obstet Gynecol Clin North Am. 1998 Dec; 25: 723-46 |
| 42021 | Strohbehn, K. Normal pelvic floor anatomy. Obstet Gynecol Clin North Am. 1998 Dec; 25: 683-705 |
| 42022 | Carranza-Lira, S., Murillo-Uribe, A., Martinez-Trejo, N., Santos-Gonzalez, J. Changes in symptoms, blood pressure, glucose, hormones, and lipid levels according to weight and body fat distribution in climacteric women. Int J Fertil Womens Med. 1998 Nov-Dec; 43: 306-11 |
| 42023 | Hejazi, N., Thaper, P. Y., Hassler, W. Nine cases of nontraumatic spinal epidural hematoma. Neurol Med Chir (Tokyo). 1998 Nov; 38: 718-23; discussion 723-4 |
| 42025 | Whishaw, M. Urinary incontinence in the elderly. Managing for maximum outcomes. Aust Fam Physician. 1998 Dec; 27: 1091-4 |
| 42026 | Whishaw, M. Urinary incontinence in the elderly. Establishing a cause may allow a cure. Aust Fam Physician. 1998 Dec; 27: 1087-90 |
| 42027 | Lau, K. O., Cheng, C. A case report--delayed vesicocutaneous fistula after radiation therapy for advanced vulvar cancer. Ann Acad Med Singapore. 1998 Sep; 27: 705-6 |
| 42028 | Cochran, A. Response to urinary incontinence by older persons living in the community. J Wound Ostomy Continence Nurs. 1998 Nov; 25: 296-303 |
| 42034 | Roberts, M. M., Park, T. A. Pelvic floor function/dysfunction and electrodiagnostic evaluation. Phys Med Rehabil Clin N Am. 1998 Nov; 9: 831-51, vii |
| 42039 | Elliott, D. S., Barrett, D. M. The artificial urinary sphincter in the female: indications for use, surgical approach and results. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 409-15 |
| 42049 | Thrusfield, M. V., Holt, P. E., Muirhead, R. H. Acquired urinary incontinence in bitches: its incidence and relationship to neutering practices. J Small Anim Pract. 1998 Dec; 39: 559-66 |
| 42050 | Phillips, W. Data collection in continence care. Nurs Times. 1998 Oct 28-Nov 3; 94: 59-60 |
| 42051 | Nazarko, L. Back to the future. Nurs Times. 1998 Oct 21-27; 94: 79-80, 83-4 |

# American Urological Association, Inc.

## SUI Guidelines Panel

42054   Wagg, A., Malone-Lee, J. The management of urinary incontinence in the elderly. Br J Urol. 1998 Dec; 82 Suppl 1: 11-7

42055   Fonda, D., Resnick, N. M., Kirschner-Hermanns, R. Prevention of urinary incontinence in older people. Br J Urol. 1998 Dec; 82 Suppl 1: 5-10

42056   Amark, P., Eksborg, S., Juneskans, O., Bussman, G., Palm, C. Pharmacokinetics and effects of intravesical oxybutynin on the paediatric neurogenic bladder. Br J Urol. 1998 Dec; 82: 859-64

42057   Andrews, H. O., Shah, P. J. Surgical management of urethral damage in neurologically impaired female patients with chronic indwelling catheters. Br J Urol. 1998 Dec; 82: 820-4

42058   Carrico, C., Lebowitz, R. L. Incontinence due to an infrasphincteric ectopic ureter: why the delay in diagnosis and what the radiologist can do about it. Pediatr Radiol. 1998 Dec; 28: 942-9

42059   Augsburger, H. R., Cruz-Orive, L. M. Influence of ovariectomy on the canine striated external urethral sphincter (M. urethralis): a stereological analysis of slow and fast twitch fibres. Urol Res. 1998; 26: 417-22

42061   Rondorf-Klym, L. M., Colling, J., Simonson, W. Medication use by community-dwelling elderly with urinary incontinence. Urol Nurs. 1998 Sep; 18: 201-6

42062   Dierich, M. A retrospective review of outcomes in one clinic's treatment of urinary incontinence. Urol Nurs. 1998 Dec; 18: 283-7

42064   Schettini, M., Diana, M., Gallucci, M. Treatment of urinary incontinence with AMS 800 artificial urinary sphincter. Int Surg. 1998 Jul-Sep; 83: 257-61

42066   Jackson, S. L., Hull, T. L. Fecal incontinence in women. Obstet Gynecol Surv. 1998 Dec; 53: 741-7; quiz 748-51

42067   Chadburn, S., Haggar, V., Gooch, S. Developing a continence care programme. Prof Nurse. 1998 Oct; 14: 31-3

42068   Davis, G., McClure, G., Sherman, R., Hibbert, M., Wong, M., Perez, R. Ambulatory urodynamics of female soldiers. Mil Med. 1998 Dec; 163: 808-12

42069   Michielsen, D. P., Wyndaele, J. J., Batchvarov, Y. A. Vesico-uterine fistula secondary to cesarean section. Acta Urol Belg. 1998 Oct; 66: 21-3

42070   Burgio, K. L., Locher, J. L., Goode, P. S., Hardin, J. M., McDowell, B. J., Dombrowski, M., Candib, D. Behavioral vs drug treatment for urge urinary incontinence in older women: a randomized controlled trial. JAMA. 1998 Dec 16; 280: 1995-2000

42071   Jones, S. E., Ogura, T., Shuba, L. M., McDonald, T. F. Inhibition of the rapid component of the delayed-rectifier K+ current by therapeutic concentrations of the antispasmodic agent terodiline. Br J Pharmacol. 1998 Nov; 125: 1138-43

42072   Jones, F. The accuracy of predicting functional recovery in patients following a stroke, by physiotherapists and patients. Physiother Res Int. 1998; 3: 244-56

42074   Beheshti, P., Fonteyn, M. Role of the advanced practice nurse in continence care in the home. AACN Clin Issues. 1998 Aug; 9: 389-95

42081   Biyani, C. S., Upsdell, S. M. An unusual foreign body in the bladder 7 years after a Stamey endoscopic bladder neck suspension. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 303-4

42084   Wilson, P. D., Herbison, G. P. A randomized controlled trial of pelvic floor muscle exercises to treat postnatal urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 257-64

42086   Jay, J., Staskin, D. Urinary Incontinence in Women. Adv Nurse Pract. 1998 Oct; 6: 32-7

42087   Pronsati, M. P. Breaking the silence. Adv Nurse Pract. 1998 Oct; 6: 9

42089   Trieman, N., Hughes, J., Leff, J. The TAPS Project 42: the last to leave hospital--a profile of residual long-stay populations and plans for their resettlement. Team for the Assessment of Psychiatric Services. Acta Psychiatr Scand. 1998 Nov; 98: 354-9

# Appendix A6 Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

42090   Tromp, A. M., Smit, J. H., Deeg, D. J., Bouter, L. M., Lips, P. Predictors for falls and fractures in the Longitudinal Aging Study Amsterdam. J Bone Miner Res. 1998 Dec; 13: 1932-9

42093   Silveri, M., Capitanucci, M. L., Mosiello, G., Broggi, G., De Gennaro, M. Endoscopic treatment for urinary incontinence in children with a congenital neuropathic bladder. Br J Urol. 1998 Nov; 82: 694-7

42096   Virgili, A., Corazza, M., Califano, A. Diaper dermatitis in an adult. A case of erythema papuloerosive of Sevestre and Jacquet. J Reprod Med. 1998 Nov; 43: 949-51

42097   Kolligian, M. E., Palmer, L. S., Cheng, E. Y., Firlit, C. F. Myofascial wrap to treat intractable urinary incontinence in children. Urology. 1998 Dec; 52: 1122-7

42100   Klutke, J. J., Bullock, A., Klutke, C. G. Comparison of anchors used in anti-incontinence surgery. Urology. 1998 Dec; 52: 979-81

42101   Egon, G., Barat, M., Colombel, P., Visentin, C., Isambert, J. L., Guerin, J. Implantation of anterior sacral root stimulators combined with posterior sacral rhizotomy in spinal injury patients. World J Urol. 1998; 16: 342-9

42102   Weil, E. H., Ruiz-Cerda, J. L., Eerdmans, P. H., Janknegt, R. A., Van Kerrebroeck, P. E. Clinical results of sacral neuromodulation for chronic voiding dysfunction using unilateral sacral foramen electrodes. World J Urol. 1998; 16: 313-21

42103   Schultz-Lampel, D., Jiang, C., Lindstrom, S., Thuroff, J. W. Experimental results on mechanisms of action of electrical neuromodulation in chronic urinary retention. World J Urol. 1998; 16: 301-4

42105   Peusch-Dreyer, D., Dreyer, K. H., Muller, C. D., Carl, U. Management of postoperative radiation injury of the urinary bladder by hyperbaric oxygen (HBO). Strahlenther Onkol. 1998 Nov; 174 Suppl 3: 99-100

42108   Gerharz, E. W., Kohl, U. N., Weingartner, K., Kleinhans, B. J., Melekos, M. D., Riedmiller, H. Experience with the Mainz modification of ureterosigmoidostomy. Br J Surg. 1998 Nov; 85: 1512-6

42109   Schultz, I., Mellgren, A., Nilsson, B. Y., Dolk, A., Holmstrom, B. Preoperative electrophysiologic assessment cannot predict continence after rectopexy. Dis Colon Rectum. 1998 Nov; 41: 1392-8

42110   Rosenow, F., Wyllie, E., Kotagal, P., Mascha, E., Wolgamuth, B. R., Hamer, H. Staring spells in children: descriptive features distinguishing epileptic and nonepileptic events. J Pediatr. 1998 Nov; 133: 660-3

42112   Dichgans, M., Mayer, M., Uttner, I., Bruning, R., Muller-Hocker, J., Rungger, G., Ebke, M., Klockgether, T., Gasser, T. The phenotypic spectrum of CADASIL: clinical findings in 102 cases. Ann Neurol. 1998 Nov; 44: 731-9

42114   Hasan, S. T., Neal, D. E. Neuromodulation in bladder dysfunction. Curr Opin Obstet Gynecol. 1998 Oct; 10: 395-9

42116   Selcuki, M., Coskun, K. Management of tight filum terminale syndrome with special emphasis on normal level conus medullaris (NLCM). Surg Neurol. 1998 Oct; 50: 318-22; discussion 322

42118   Bower, W. F., Moore, K. H., Adams, R. D., Shepherd, R. A urodynamic study of surface neuromodulation versus sham in detrusor instability and sensory urgency. J Urol. 1998 Dec; 160: 2133-6

42120   Jensen, L. N., Gerstenberg, T., Kallestrup, E. B., Koefoed, P., Nordling, J., Nielsen, J. E. Urodynamic evaluation of patients with autosomal dominant pure spastic paraplegia linked to chromosome 2p21-p24. J Neurol Neurosurg Psychiatry. 1998 Nov; 65: 693-6

42121   Rai, G. S. Impact of urinary incontinence on quality of life. J Am Geriatr Soc. 1998 Nov; 46: 1480-1

42122   Thom, D. H., Brown, J. S. Reproductive and hormonal risk factors for urinary incontinence in later life: a review of the clinical and epidemiologic literature. J Am Geriatr Soc. 1998 Nov; 46: 1411-7

42123   Kelly, J. D., Keane, P. F. Long-term results and complications of augmentation ileocystoplasty for idiopathic urge incontinence in women. Br J Urol. 1998 Oct; 82: 609-10

42124   Wagg, A., Bayliss, M., Ingham, N. J., Arnold, K., Malone-Lee, J. Urodynamic variables cannot be used to classify the severity of detrusor instability. Br J Urol. 1998 Oct; 82: 499-502

**Appendix A6 Bibliography sorted by Procite Number**

# American Urological Association, Inc.

## SUI Guidelines Panel

42125 Dougherty, M. C., Dwyer, J. W., Pendergast, J. F., Tomlinson, B. U., Boyington, A. R., Vogel, W. B., Duncan, R. P., Coward, R. T., Cox, C. L. Community-based nursing: continence care for older rural women. Nurs Outlook. 1998 Sep-Oct; 46: 233-44

42126 Kim, K. J., Jurnalov, C. D., Lightner, D. J., Webb, M. J., Lee, R. A., An, K. N. Principles of urodynamics pressure measurement and its implication to female continence function. J Biomech. 1998 Sep; 31: 861-5

42129 Baskin, L. S. Case no. 2. Right-sided single system ureterocele. Tech Urol. 1998 Sep; 4: 152-3

42130 Klutke, J. J., Klutke, C. G., Hsieh, G. Bladder injury during the Burch retropubic urethropexy: is routine cystoscopy necessary?. Tech Urol. 1998 Sep; 4: 145-7

42131 Faerber, G. J., Belville, W. D., Ohl, D. A., Plata, A. Comparison of transurethral versus periurethral collagen injection in women with intrinsic sphincter deficiency. Tech Urol. 1998 Sep; 4: 124-7

42132 You, H. Y., Wang, S. R. Normal pressure hydrocephalus in a patient with systemic lupus erythematosus: a case report. Zhonghua Yi Xue Za Zhi (Taipei). 1998 Sep; 61: 551-5

42133 Cruz, F. Desensitization of bladder sensory fibers by intravesical capsaicin or capsaicin analogs. A new strategy for treatment of urge incontinence in patients with spinal detrusor hyperreflexia or bladder hypersensitivity disorders. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 214-20

42138 Chan, K. M., Pang, W. S., Ee, C. H., Ding, Y. Y., Choo, P. Self-perception of health among elderly community dwellers in Singapore. Ann Acad Med Singapore. 1998 Jul; 27: 461-7

42140 RU3: making a difference for women. AWHONN's continence research reveals preliminary findings. AWHONN Lifelines. 1998 Aug; 2: 55-6

42141 Tao, Y. X., Heit, M., Lei, Z. M., Rao, C. V. The urinary bladder of a woman is a novel site of luteinizing hormone-human chorionic gonadotropin receptor gene expression. Am J Obstet Gynecol. 1998 Oct; 179: 1026-31

42144 Nelson, R., Furner, S., Jesudason, V. Fecal incontinence in Wisconsin nursing homes: prevalence and associations. Dis Colon Rectum. 1998 Oct; 41: 1226-9

42145 Palacio, M. M., Van Aalst, V. C., Perez Abadia, G. A., Stremel, R. W., Werker, P. M., Ren, X., Petty, G. D., Heilman, S. J., Van Savage, J. G., Garcia Fernandez, A., Kon, M., Tobin, G. R., Barker, J. H. Muscular urinary sphincter: electrically stimulated myoplasty for functional sphincter reconstruction. J Urol. 1998 Nov; 160: 1867-71

42148 Perneger, T. V., Gaspoz, J. M., Rae, A. C., Borst, F., Heliot, C. Contribution of individual items to the performance of the Norton pressure ulcer prediction scale. J Am Geriatr Soc. 1998 Oct; 46: 1282-6

42149 Ouslander, J. G., Nasr, S. Z., Miller, M., Withington, W., Lee, C. S., Wiltshire-Clement, M., Cruise, P., Schnelle, J. F. Arginine vasopressin levels in nursing home residents with nighttime urinary incontinence. J Am Geriatr Soc. 1998 Oct; 46: 1274-9

42150 Olsen, A. L., Benson, J. T., McClellan, E. Urethral sphincter needle electromyography in women: comparison of periurethral and transvaginal approaches. Neurourol Urodyn. 1998; 17: 531-5

42151 Van Kerrebroeck, P. E., Amarenco, G., Thuroff, J. W., Madersbacher, H. G., Lock, M. T., Messelink, E. J., Soler, J. M. Dose-ranging study of tolterodine in patients with detrusor hyperreflexia. Neurourol Urodyn. 1998; 17: 499-512

42154 Salle, J. L., McLorie, G. A., Bagli, D. J., Khoury, A. E. Modifications of and extended indications for the Pippi Salle procedure. World J Urol. 1998; 16: 279-84

42155 Melchior, H., Kumar, V., Muller, N., van Maanen, H., Norton, C. National public health policies for prevention and care in urinary incontinence in the elderly. World J Urol. 1998; 16 Suppl 1: S71-3

42156 Fusgen, I., Bienstein, C., Bohmer, F., Busch, B., Cottenden, A., Heidler, H., Scherr, A., Pullen, R. Interdisciplinary care of urinary incontinence in the elderly. World J Urol. 1998; 16 Suppl 1: S62-70

42158 Stanton, S. L. Consensus report on pelvic floor weakness of the elderly female. World J Urol. 1998; 16 Suppl 1: S44-7

42159 Madersbacher, H., Awad, S., Fall, M., Janknegt, R. A., Stohrer, M., Weisner, B. Urge incontinence in the elderly--supraspinal reflex incontinence. World J Urol. 1998; 16 Suppl 1: S35-43

# American Urological Association, Inc.

## SUI Guidelines Panel

**42160** Elbadawi, A., Diokno, A. C., Millard, R. J. The aging bladder: morphology and urodynamics. World J Urol. 1998; 16 Suppl 1: S10-34

**42161** McGrother, C., Resnick, M., Yalla, S. V., Kirschner-Hermanns, R., Broseta, E., Muller, C., Welz-Barth, A., Fischer, G., Mattelaer, J., McGuire, E. J. Epidemiology and etiology of urinary incontinence in the elderly. World J Urol. 1998; 16 Suppl 1: S3-9

**42162** Statements of the committees of the WHO consensus conference, 20 August 1997. 1st International Conference on Urinary Incontinence in the Elderly. Bonn, Germany, 20-21 August 1997. World J Urol. 1998; 16 Suppl 1: S1-73

**42164** McLennan, M. T., Bent, A. E. Suburethral abscess: a complication of periurethral collagen injection therapy. Obstet Gynecol. 1998 Oct; 92: 650-2

**42168** Bruce, R. G., McRoberts, J. W. Cecoappendicovesicostomy: conduit-lengthening technique for use in continent urinary reconstruction. Urology. 1998 Oct; 52: 702-4

**42170** Herschorn, S., Hewitt, R. J. Patient perspective of long-term outcome of augmentation cystoplasty for neurogenic bladder. Urology. 1998 Oct; 52: 672-8

**42172** Hankins, G. D. Lower thoracic spinal cord injury--a severe complication of shoulder dystocia. Am J Perinatol. 1998 Jul; 15: 443-4

**42174** Higley, P. With nature's help. Nurs Times. 1998 Aug 12-18; 94: 79-80

**42178** Teichman, J. M., Harris, J. M., Currie, D. M., Barber, D. B. Malone antegrade continence enema for adults with neurogenic bowel disease. J Urol. 1998 Oct; 160: 1278-81

**42179** Voelker, R. International group seeks to dispel incontinence 'taboo'. JAMA. 1998 Sep 16; 280: 951-3

**42180** Yamanishi, T., Yasuda, K., Sakakibara, R., Murayama, N., Hattori, T., Ito, H. Detrusor overactivity and penile erection in patients with lower lumbar spine lesions. Eur Urol. 1998 Oct; 34: 360-4

**42182** Damian, J., Martin-Moreno, J. M., Lobo, F., Bonache, J., Cervino, J., Redondo-Marquez, L., Martinez-Agullo, E. Prevalence of urinary incontinence among Spanish older people living at home. Eur Urol. 1998 Oct; 34: 333-8

**42183** Duckett, J. R., Hall, S. A new questionnaire to assess the quality of life of urinary incontinent women. Br J Obstet Gynaecol. 1998 Aug; 105: 931

**42185** Griebling, T. L., Berman, C. J., Kreder, K. J. Fascia lata sling cystourethropexy for the management of female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 165-73

**42192** Wagner, T. H., Hu, T. W. Economic costs of urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 127-8

**42203** Hendren, W. H. Cloaca, the most severe degree of imperforate anus: experience with 195 cases. Ann Surg. 1998 Sep; 228: 331-46

**42205** Grody, M. H. Urinary incontinence and concomitant prolapse. Clin Obstet Gynecol. 1998 Sep; 41: 777-85

**42206** Young, S. B., Becker, J. Postoperative urinary drainage. Clin Obstet Gynecol. 1998 Sep; 41: 735-43

**42207** Rovner, E. S., Ginsberg, D. A., Raz, S. Why anti-incontinence surgery succeeds or fails. Clin Obstet Gynecol. 1998 Sep; 41: 719-34

**42208** Amuzu, B. J. Nonsurgical therapies for urinary incontinence. Clin Obstet Gynecol. 1998 Sep; 41: 702-11

**42209** Portera, S. G., Lipscomb, G. H. Pharmacologic therapy for urinary incontinence and voiding dysfunctions. Clin Obstet Gynecol. 1998 Sep; 41: 691-701

**42210** Kohli, N., Karram, M. M. Urodynamic evaluation for female urinary incontinence. Clin Obstet Gynecol. 1998 Sep; 41: 672-90

**42211** Julian, T. M. Physical examination and pretreatment testing of the incontinent woman. Clin Obstet Gynecol. 1998 Sep; 41: 663-71

# Appendix A6: Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

42213    Lovatsis, D., Drutz, H. P. The role of estrogen in female urinary incontinence and urogenital aging: a review. Ostomy Wound Manage. 1998 Jun; 44: 48-53

42215    Herbert, J. Overcoming the pelvic flaw: exercises for continence. Prof Care Mother Child. 1998; 8: 39-41

42216    Naito, R., Takeuchi, M., Morihira, K., Hayakawa, M., Ikeda, K., Shibanuma, T., Isomura, Y. Selective muscarinic antagonists. I. Synthesis and antimuscarinic properties of 4-piperidyl benzhydrylcarbamate derivatives. Chem Pharm Bull (Tokyo). 1998 Aug; 46: 1274-85

42217    Mace, J. C., Cure, J., Bailey, B. N., Storrs, B. B. Untethered filum terminale presenting as cauda equina lesion. Pediatr Neurosurg. 1998 Apr; 28: 191-4

42219    Clayton, J., Smith, K., Qureshi, H., Ferguson, B. Collecting patients' views and perceptions of continence services: the development of research instruments. J Adv Nurs. 1998 Aug; 28: 353-61

42221    Keshtgar, A. S., Rickwood, A. M. Urological consequences of incomplete cord lesions in patients with myelomeningocele. Br J Urol. 1998 Aug; 82: 258-60

42222    Wakhlu, A., Dalela, D., Tandon, R. K., Chandra, H., Wakhlu, A. K. The single ectopic ureter. Br J Urol. 1998 Aug; 82: 246-51

42228    Hohenfellner, M., Schultz-Lampel, D., Dahms, S., Matzel, K., Thuroff, J. W. Bilateral chronic sacral neuromodulation for treatment of lower urinary tract dysfunction. J Urol. 1998 Sep; 160: 821-4

42233    Nicita, G. A new operation for genitourinary prolapse. J Urol. 1998 Sep; 160: 741-5

42234    Elabbady, A. A., Elabbasy, W. I., Arafa, A. F., Atta, M. A., Abdel-Rahman, M. A simple technique for urinary diversion: the dismembered detubularized rectosigmoid bladder with distal colorectostomy. J Urol. 1998 Sep; 160: 714-7

42235    Kronner, K. M., Rink, R. C., Simmons, G., Kropp, B. P., Casale, A. J., Cain, M. P. Artificial urinary sphincter in the treatment of urinary incontinence: preoperative urodynamics do not predict the need for future bladder augmentation. J Urol. 1998 Sep; 160: 1093-5; discussion 1103

42236    Pippi Salle, J. L., Capolicchio, G., Houle, A. M., Vernet, O., Jednak, R., O'Gorman, A. M., Montes, J. L., Farmer, J. P. Magnetic resonance imaging in children with voiding dysfunction: is it indicated?. J Urol. 1998 Sep; 160: 1080-3

42237    Your article on incontinence did not mention collagen injections. Can you tell me something about them?. Johns Hopkins Med Lett Health After 50. 1998 Sep; 10: 8

42238    Klatka, L. A., Depper, M. H., Marini, A. M. Infarction in the territory of the anterior cerebral artery. Neurology. 1998 Aug; 51: 620-2

42239    Van Kerrebroeck, P. E. The role of electrical stimulation in voiding dysfunction. Eur Urol. 1998; 34 Suppl 1: 27-30

42240    Schmidt, R. A., Doggweiler, R. Neurostimulation and neuromodulation: a guide to selecting the right urologic patient. Eur Urol. 1998; 34 Suppl 1: 23-6

42242    Zinner, N. R. Clinical aspects of detrusor instability and the value of urodynamics. Eur Urol. 1998; 34 Suppl 1: 16-9

42245    Finsterer, J., Grass, R., Stollberger, C., Mamoli, B. Immunoglobulins in acute, parainfectious, disseminated encephalo- myelitis. Clin Neuropharmacol. 1998 Jul-Aug; 21: 258-61

42247    Gross, J. C. A comparison of the characteristics of incontinent and continent stroke patients in a rehabilitation program. Rehabil Nurs. 1998 May-Jun; 23: 132-40

42252    Amark, P., Bussman, G., Eksborg, S. Follow-up of long-time treatment with intravesical oxybutynin for neurogenic bladder in children. Eur Urol. 1998 Aug; 34: 148-53

42254    Costantini, E., Lombi, R., Micheli, C., Parziani, S., Porena, M. Colposacropexy with Gore-tex mesh in marked vaginal and uterovaginal prolapse. Eur Urol. 1998 Aug; 34: 111-7

42258    Winkler, H. A., Sand, P. K. Treatment of detrusor instability with oxybutynin rectal suppositories. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 100-2

# American Urological Association, Inc.

## SUI Guidelines Panel

---

**42260**    Heidkamp, M. C., Leong, F. C., Brubaker, L., Russell, B. Pudendal denervation affects the structure and function of the striated, urethral sphincter in female rats. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 88-93

**42261**    Kinn, A. C., Zaar, A. Quality of life and urinary incontinence pad use in women. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 83-7

**42262**    Yoon, E., Swift, S. A comparison of maximum cystometric bladder capacity with maximum environmental voided volumes. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 78-82

**42266**    Lindgren, A. M., Svardsudd, K., Tibblin, G. Are health surveys among elderly people worthwhile? The Albertina Project. Scand J Prim Health Care. 1998 Jun; 16: 101-6

**42267**    Wilbur, J., Miller, A. M., Montgomery, A., Chandler, P. Sociodemographic characteristics, biological factors, and symptom reporting in midlife women. Menopause. 1998 Spring; 5: 43-51

**42268**    Holtedahl, K., Verelst, M., Schiefloe, A. A population based, randomized, controlled trial of conservative treatment for urinary incontinence in women. Acta Obstet Gynecol Scand. 1998 Jul; 77: 671-7

**42269**    Schnelle, J. F., Cruise, P. A., Alessi, C. A., Al-Samarrai, N., Ouslander, J. G. Individualizing nighttime incontinence care in nursing home residents. Nurs Res. 1998 Jul-Aug; 47: 197-204

**42270**    Torres, S. A., Holley, J. A., Ando, J., DeVera, J., Harris, P., Giles, A. Maximizing care outcomes of a patient with impaired bladder function: a PI project in a rehabilitation unit. J Nurs Care Qual. 1998 Aug; 12: 64-9

**42271**    Pandita, R. K., Nylen, A., Andersson, K. E. Oxytocin-induced stimulation and inhibition of bladder activity in normal, conscious rats--influence of nitric oxide synthase inhibition. Neuroscience. 1998 Aug; 85: 1113-9

**42272**    Gousse, A. E., Safir, M. H., Cortina, G., Safman, K., Raz, S. Tubulovillous adenoma in the cecal segment after cecocystoplasty. J Urol. 1998 Aug; 160: 490-1

**42276**    Kuo, H. C. Quality of life after active urological management of chronic spinal cord injury in eastern Taiwan. Eur Urol. 1998; 34: 37-46

**42277**    Christiansen, J. Modern surgical treatment of anal incontinence. Ann Med. 1998 Jun; 30: 273-7

**42278**    Jitapunkul, S., Hanvivadhanakul, P. Outcomes and predicting factors of mortality among newly admitted female medical inpatients. J Med Assoc Thai. 1998 Jul; 81: 491-6

**42280**    Vaizey, C. J., Kamm, M. A., Gold, D. M., Bartram, C. I., Halligan, S., Nicholls, R. J. Clinical, physiological, and radiological study of a new purpose- designed artificial bowel sphincter. Lancet. 1998 Jul 11; 352: 105-9

**42283**    Gillberg, P. G., Sundquist, S., Nilvebrant, L. Comparison of the in vitro and in vivo profiles of tolterodine with those of subtype-selective muscarinic receptor antagonists. Eur J Pharmacol. 1998 May 22; 349: 285-92

**42284**    Rana, S., D'Amico, F., Merenstein, J. H. Relationship of vitamin B12 deficiency with incontinence in older people. J Am Geriatr Soc. 1998 Jul; 46: 931-2

**42289**    Batista, J. E., Caffaratti, J., Arano, P., Regalado, R., Garat, J. M. The reliability of cysto-urethrographic signs in the diagnosis of detrusor instability in children. Br J Urol. 1998 Jun; 81: 900-4

**42290**    Denewer, A. A low-pressure rectosigmoid pouch created by side-to-side anastomosis with a stapling technique and sigmoid colon intussusception as an antireflux procedure. Br J Urol. 1998 Jun; 81: 856-61

**42292**    Zaragoza, M. R. The unspoken affliction. Del Med J. 1998 Jun; 70: 301-2

**42297**    Gupta, N. P., Dorairajan, L. N., Chahal, R. Total genitourinary reconstruction in adult female epispadias: a report of 2 cases and literature review. Int Urogynecol J Pelvic Floor Dysfunct. 1998; 9: 55-7

**42301**    van Aalst, V. C., Werker, P. M., Stremel, R. W., Perez Abadia, G. A., Petty, G. D., Heilman, S. J., Palacio, M. M., Kon, M., Tobin, G. R., Barker, J. H. Electrically stimulated free-flap gracioplasty for urinary sphincter reconstruction: a new surgical procedure. Plast Reconstr Surg. 1998 Jul; 102: 84-91

**42305**    Nickel, R. F. Studies on the function of the urethra and bladder in continent and incontinent female dogs. Vet Q. 1998; 20 Suppl 1: S102-3

---

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 42307 | Galejs, L. E., Diokno, A. C. Frequency urgency syndrome following urinary bladder suspension. Geriatr Nephrol Urol. 1998; 8: 25-8 |
| 42308 | Penalver, M. A., Angioli, R., Mirhashemi, R., Malik, R. Management of early and late complications of ileocolonic continent urinary reservoir (Miami pouch). Gynecol Oncol. 1998 Jun; 69: 185-91 |
| 42309 | Cosin, J. A., Carson, L. F. Multidisciplinary management of urinary pouch complications: a better way. Gynecol Oncol. 1998 Jun; 69: 183-4 |
| 42310 | Vaidyananthan, S., Soni, B. M., Brown, E., Sett, P., Krishnan, K. R., Bingley, J., Markey, S. Effect of intermittent urethral catheterization and oxybutynin bladder instillation on urinary continence status and quality of life in a selected group of spinal cord injury patients with neuropathic bladder dysfunction. Spinal Cord. 1998 Jun; 36: 409-14 |
| 42311 | Gordon, D., Groutz, A., Ascher-Landsberg, J., Lessing, J. B., David, M. P., Razz, O. Double-blind, placebo-controlled study of magnesium hydroxide for treatment of sensory urgency and detrusor instability: preliminary results. Br J Obstet Gynaecol. 1998 Jun; 105: 667-9 |
| 42313 | Halverson, A. L., Orkin, B. A. Which physiologic tests are useful in patients with constipation?. Dis Colon Rectum. 1998 Jun; 41: 735-9 |
| 42315 | Nakayama, Y., Tanaka, A., Ohshiro, S., Yoshinaga, S. Extensive edema in the thalamus caused by thrombosed basilar artery aneurysm. Neurol Med Chir (Tokyo). 1998 May; 38: 274-7 |
| 42316 | Griffiths, D. Clinical studies of cerebral and urinary tract function in elderly people with urinary incontinence. Behav Brain Res. 1998 May; 92: 151-5 |
| 42317 | Bosch, J. L., Groen, J. Neuromodulation: urodynamic effects of sacral (S3) spinal nerve stimulation in patients with detrusor instability or detrusor hyperflexia. Behav Brain Res. 1998 May; 92: 141-50 |
| 42318 | Lehur, P. A., Glemain, P., Bruley des Varannes, S., Buzelin, J. M., Leborgne, J. Outcome of patients with an implanted artificial anal sphincter for severe faecal incontinence. A single institution report. Int J Colorectal Dis. 1998; 13: 88-92 |
| 42319 | Lamb, C. R., Gregory, S. P. Ultrasonographic findings in 14 dogs with ectopic ureter. Vet Radiol Ultrasound. 1998 May-Jun; 39: 218-23 |
| 42320 | Sullivan, L. D., Chow, V. D., Ko, D. S., Wright, J. E., McLoughlin, M. G. An evaluation of quality of life in patients with continent urinary diversions after cystectomy. Br J Urol. 1998 May; 81: 699-704 |
| 42321 | De Paepe, H., Hoebeke, P., Renson, C., Van Laecke, E., Raes, A., Van Hoecke, E., Van Daele, J., Vande Walle, J. Pelvic-floor therapy in girls with recurrent urinary tract infections and dysfunctional voiding. Br J Urol. 1998 May; 81 Suppl 3: 109-13 |
| 42322 | von Gontard, A., Lettgen, B., Olbing, H., Heiken-Lowenau, C., Gaebel, E., Schmitz, I. Behavioural problems in children with urge incontinence and voiding postponement: a comparison of a paediatric and child psychiatric sample. Br J Urol. 1998 May; 81 Suppl 3: 100-6 |
| 42323 | Medel, R., Ruarte, A. C., Castera, R., Podesta, M. L. Primary enuresis: a urodynamic evaluation. Br J Urol. 1998 May; 81 Suppl 3: 50-2 |
| 42324 | Moser, R. H. Standing up for aspartame. AWHONN Lifelines. 1998 Apr; 2: 10 |
| 42325 | Hensle, T. W., Reiley, E. A., Chang, D. T. The Malone antegrade continence enema procedure in the management of patients with spina bifida. J Am Coll Surg. 1998 Jun; 186: 669-74 |
| 42326 | Callsen-Cencic, P., Mense, S. Abolition of cystitis-induced bladder instability by local spinal cord cooling. J Urol. 1998 Jul; 160: 236-41 |
| 42327 | Barbalias, G. A., Nikiforidis, G., Liatsikos, E. N. Vesicourethral dysfunction associated with multiple sclerosis: clinical and urodynamic perspectives. J Urol. 1998 Jul; 160: 106-11 |
| 42328 | Chai, T. C., Gray, M. L., Steers, W. D. The incidence of a positive ice water test in bladder outlet obstructed patients: evidence for bladder neural plasticity. J Urol. 1998 Jul; 160: 34-8 |

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

42329    Bochner, B. H., Figueroa, A. J., Skinner, E. C., Lieskovsky, G., Petrovich, Z., Boyd, S. D., Skinner, D. G. Salvage radical cystoprostatectomy and orthotopic urinary diversion following radiation failure. J Urol. 1998 Jul; 160: 29-33

42330    Stude, D. E., Bergmann, T. F., Finer, B. A. A conservative approach for a patient with traumatically induced urinary incontinence. J Manipulative Physiol Ther. 1998 Jun; 21: 363-7

42331    Flynn, P., Franiek, J., Janssen, P., Hannah, W. J., Klein, M. C. How can second-stage management prevent perineal trauma? Critical review. Can Fam Physician. 1997 Jan; 43: 73-84

42332    Andersson, S. H., Lindgren, A., Postlind, H. Biotransformation of tolterodine, a new muscarinic receptor antagonist, in mice, rats, and dogs. Drug Metab Dispos. 1998 Jun; 26: 528-35

42333    Johnson, T. M., 2nd, Kincade, J. E., Bernard, S. L., Busby-Whitehead, J., Hertz-Picciotto, I., DeFriese, G. H. The association of urinary incontinence with poor self-rated health. J Am Geriatr Soc. 1998 Jun; 46: 693-9

42335    Wyman, J. F. Quality of life of older adults with urinary incontinence. J Am Geriatr Soc. 1998 Jun; 46: 778-9

42336    DuBeau, C. E., Levy, B., Mangione, C. M., Resnick, N. M. The impact of urge urinary incontinence on quality of life: importance of patients' perspective and explanatory style. J Am Geriatr Soc. 1998 Jun; 46: 683-92

42337    Cho, C. Y., Alessi, C. A., Cho, M., Aronow, H. U., Stuck, A. E., Rubenstein, L. Z., Beck, J. C. The association between chronic illness and functional change among participants in a comprehensive geriatric assessment program. J Am Geriatr Soc. 1998 Jun; 46: 677-82

42338    Grealish, M., O'Dowd, T. C. General practitioners and women with urinary incontinence. Br J Gen Pract. 1998 Feb; 48: 975-7

42339    Jitapunkul, S., Khovidhunkit, W. Urinary incontinence in Thai elderly living in Klong Toey slum. J Med Assoc Thai. 1998 Mar; 81: 160-8

42340    Atalan, G., Holt, P. E., Barr, F. J. Ultrasonographic assessment of bladder neck mobility in continent bitches and bitches with urinary incontinence attributable to urethral sphincter mechanism incompetence. Am J Vet Res. 1998 Jun; 59: 673-9

42341    Blute, M. L., Gburek, B. M. Continent orthotopic urinary diversion in female patients: early Mayo Clinic experience. Mayo Clin Proc. 1998 Jun; 73: 501-7

42343    Brylewski, J. E., Wiggs, L. A questionnaire survey of sleep and night-time behaviour in a community- based sample of adults with intellectual disability. J Intellect Disabil Res. 1998 Apr; 42 ( Pt 2): 154-62

42345    Newman, D. American perspectives on continence. Nurs Times. 1998 Apr 15-21; 94: 67-8

42346    Carlisle, D. Silent suffering. Nurs Times. 1998 Apr 15-21; 94: 63-4, 67

42347    Willis, J. Promoting continence control. Nurs Times. 1998 Apr 15-21; 94: 59-60

42348    Jackson, S. L. Prevalence and natural history of female incontinence. J Womens Health. 1998 May; 7: 472-3

42349    Newman, D. K. Bladder control requires active management. J Womens Health. 1998 May; 7: 425-6

42350    Resnick, N., Fenner, D. Toward optimal health: the experts respond to urinary incontinence. J Womens Health. 1998 May; 7: 419-24

42351    Snyder, M., Pearson, V., Hanscom, J., Hoyman, K., Hagans, E., Lee, H., Liao, W., Ryden, M. Barriers to progress in urinary incontinence: achieving quality assessments. Geriatr Nurs. 1998 Mar-Apr; 19: 77-80

42352    Luft, J., Vriheas-Nichols, A. A. Identifying the risk factors for developing incontinence: can we modify individual risk?. Geriatr Nurs. 1998 Mar-Apr; 19: 66-70; quiz 70-2

42353    Ebersole, P. R. Unmentionables. Geriatr Nurs. 1998 Mar-Apr; 19: 62-3

42358    Hulbert, W. C., Rabinowitz, R. Prenatal diagnosis of duplex system hydronephrosis: effect on renal salvage. Urology. 1998 May; 51: 23-6

42360    Dugan, E., Cohen, S. J., Robinson, D., Anderson, R., Preisser, J., Suggs, P., Pearce, K., Poehling, U., McGann, P. The quality of life of older adults with urinary incontinence: determining generic and condition-specific predictors. Qual Life Res. 1998 May; 7: 337-44

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**42361** Kohn, I. J., Balsara, R. K., Rabinovitch, H. Placement of a bladder neck purse-string cuff for the management of incontinence in children with myelodysplasia. Urology. 1998 Jun; 51: 1027-30

**42362** Doren, M. Urogenital aging--creation of improved awareness. Am J Obstet Gynecol. 1998 May; 178: S254-6

**42363** Samsioe, G. Urogenital aging--a hidden problem. Am J Obstet Gynecol. 1998 May; 178: S245-9

**42365** Brown, K., Hilton, P. Ambulatory monitoring. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 369-76

**42369** Nygaard, I., Linder, M. Thirst at work--an occupational hazard?. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 340-3

**42370** Ma, S. S. The prevalence of adult female urinary incontinence in Hong Kong Chinese. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 327-31

**42373** Brownlee, R. D., Clark, A. W., Sevick, R. J., Myles, S. T. Symptomatic hamartoma of the spinal cord associated with neurofibromatosis type 1. Case report. J Neurosurg. 1998 Jun; 88: 1099-103

**42374** Iskandar, B. J., Fulmer, B. B., Hadley, M. N., Oakes, W. J. Congenital tethered spinal cord syndrome in adults. J Neurosurg. 1998 Jun; 88: 958-61

**42375** Marshall, K., Thompson, K. A., Walsh, D. M., Baxter, G. D. Incidence of urinary incontinence and constipation during pregnancy and postpartum: survey of current findings at the Rotunda Lying-In Hospital. Br J Obstet Gynaecol. 1998 Apr; 105: 400-2

**42376** Tomlinson, A. J., Thornton, J. G. A randomised controlled trial of antibiotic prophylaxis for vesico- vaginal fistula repair. Br J Obstet Gynaecol. 1998 Apr; 105: 397-9

**42379** Nasr, S. Z., Ouslander, J. G. Urinary incontinence in the elderly. Causes and treatment options. Drugs Aging. 1998 May; 12: 349-60

**42380** Cooper, S. A. Clinical study of the effects of age on the physical health of adults with mental retardation. Am J Ment Retard. 1998 May; 102: 582-9

**42381** Fourcroy, J. L. Urogynecology update: incontinence. Hosp Pract (Off Ed). 1998 May 15; 33: 63-70, 81

**42382** Grignaffini, A., Bazzani, F., Bertoli, P., Petrelli, M., Vadora, E. Intravesicular prostaglandin E2 for the prophylaxis of urinary retention after colpohysterectomy. J Int Med Res. 1998 Mar-Apr; 26: 87-92

**42383** Hjalmas, K. Nocturnal enuresis: basic facts and new horizons. Eur Urol. 1998; 33 Suppl 3: 53-7

**42384** Hagglof, B., Andren, O., Bergstrom, E., Marklund, L., Wendelius, M. Self-esteem in children with nocturnal enuresis and urinary incontinence: improvement of self-esteem after treatment. Eur Urol. 1998; 33 Suppl 3: 16-9

**42386** von Gontard, A. Annotation: day and night wetting in children--a paediatric and child psychiatric perspective. J Child Psychol Psychiatry. 1998 May; 39: 439-51

**42388** Mouritsen, L., Lose, G., Glavind, K. Assessment of women with urinary incontinence. Acta Obstet Gynecol Scand. 1998 Apr; 77: 361-71

**42389** Arango, O. The use of salivary stimulant pastilles to improve compliance in women taking oxybutinin hydrochloride for detrusor instability. Br J Urol. 1998 Apr; 81: 652

**42390** Sung, V. C., Corridan, P. G. Acute-angle closure glaucoma as a side-effect of oxybutynin. Br J Urol. 1998 Apr; 81: 634-5

**42392** Okada, N., Igawa, Y., Ogawa, A., Nishizawa, O. Transcutaneous electrical stimulation of thigh muscles in the treatment of detrusor overactivity. Br J Urol. 1998 Apr; 81: 560-4

**42396** van der Hurk, P. R., Middelkoop, H. A., van Waalwijk-van Doorn, E. S., Roos, R. A., Cools, H. J. Long-term ambulatory monitoring of urine leakage in the elderly: an evaluation of the validity and clinical applicability of thermistor signalling. J Med Eng Technol. 1998 Mar-Apr; 22: 91-3

**42398** Lentz, S. S., Homesley, H. D. Gynecologic problems in older women. Clin Geriatr Med. 1998 May; 14: 297-315

**42399** Busby-Whitehead, J. M., Johnson, T. M. Urinary incontinence. Clin Geriatr Med. 1998 May; 14: 285-96

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

42403    Sampselle, C. M., DeLancey, J. O. Anatomy of female continence. J Wound Ostomy Continence Nurs. 1998 Mar; 25: 63-70, 72-4

42404    Bennett, R. G., Baran, P. J., DeVone, L. V., Bacetti, H., Kristo, B., Tayback, M., Greenough, W. B., 3rd Low airloss hydrotherapy versus standard care for incontinent hospitalized patients. J Am Geriatr Soc. 1998 May; 46: 569-76

42406    Park, J. M., Montie, J. E. Mechanisms of incontinence and retention after orthotopic neobladder diversion. Urology. 1998 Apr; 51: 601-9

42407    Jacobs, M., Wyman, J. F., Rowell, P., Smith, D. A. Continence nurses: a survey of who they are and what they do. Urol Nurs. 1998 Mar; 18: 13-20

42408    Pena, A., Kessler, O. Posterior cloaca: a unique defect. J Pediatr Surg. 1998 Mar; 33: 407-12

42412    Holtedahl, K., Hunskaar, S. Prevalence, 1-year incidence and factors associated with urinary incontinence: a population based study of women 50-74 years of age in primary care. Maturitas. 1998 Jan 12; 28: 205-11

42413    Da Ros, C. T., Teloken, C., Busatto, W. F., Jr, Sogari, P. R., Lisboa, J. F., Vargas Souto, C. A. Endoscopic suspension of the prolapsed vaginal dome. Tech Urol. 1998; 4: 25-8

42414    Kayigil, O., Atahan, O., Metin, A. Experiences with clam ileocystoplasty. Int Urol Nephrol. 1998; 30: 45-8

42416    Ahmed, S., Sen, S. The Mitrofanoff procedure in paediatric urinary tract reconstruction. Aust N Z J Surg. 1998 Mar; 68: 199-202

42417    Kutta, A., Haupt, G. Rotundovaginopexy in orthotopic ileal neobladder following radical cystectomy in women. Eur Urol. 1998; 33: 308-11

42421    Roberts, R. O., Jacobsen, S. J., Rhodes, T., Reilly, W. T., Girman, C. J., Talley, N. J., Lieber, M. M. Urinary incontinence in a community-based cohort: prevalence and healthcare-seeking. J Am Geriatr Soc. 1998 Apr; 46: 467-72

42422    Ouslander, J. G., Buxton, W. G., Al-Samarrai, N. R., Cruise, P. A., Alessi, C., Schnelle, J. F. Nighttime urinary incontinence and sleep disruption among nursing home residents. J Am Geriatr Soc. 1998 Apr; 46: 463-6

42428    van Loenen, N. T., Vierhout, M. E. Augmentation of urethral pressure profile by voluntary pelvic floor contraction. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 284-7

42433    Diseth, T. H., Bjordal, R., Schultz, A., Stange, M., Emblem, R. Somatic function, mental health and psychosocial functioning in 22 adolescents with bladder exstrophy and epispadias. J Urol. 1998 May; 159: 1684-9; discussion 1689-90

42435    Shaker, H. S., Hassouna, M. Sacral nerve root neuromodulation: an effective treatment for refractory urge incontinence. J Urol. 1998 May; 159: 1516-9

42436    Schaeffer, A. J., Clemens, J. Q., Ferrari, M., Stamey, T. A. The male bulbourethral sling procedure for post-radical prostatectomy incontinence. J Urol. 1998 May; 159: 1510-5

42438    N'Dow, J., Leung, H. Y., Marshall, C., Neal, D. E. Bowel dysfunction after bladder reconstruction. J Urol. 1998 May; 159: 1470-4; discussion 1474-5

42439    Sheriff, M. K., Foley, S., McFarlane, J., Nauth-Misir, R., Craggs, M., Shah, P. J. Long-term suprapubic catheterisation: clinical outcome and satisfaction survey. Spinal Cord. 1998 Mar; 36: 171-6

42440    More ways to stay dry. Harv Womens Health Watch. 1998 Mar; 5: 2-3

42441    Takano, K., Yamaguchi, T., Minematsu, K., Sawada, T., Omae, T. Differences in clinical features and computed tomographic findings between embolic and non-embolic acute ischemic stroke: a quantitative differential diagnosis. Intern Med. 1998 Feb; 37: 141-8

42446    Ozawa, H., Kumon, H., Ichikawa, T., Nagai, A., Ohmori, H. Urodynamic changes after endoscopic correction of vesicoureteral reflux. Int J Urol. 1998 Jan; 5: 103-5

42450    Shaw, F. Continence--it's never too late. Nurs Times. 1998 Feb 11-17; 94: 68-70, 72

**American Urological Association, Inc.**

SUI Guidelines Panel

42452   Wikander, B., Ekelund, P., Milsom, I. An evaluation of multidisciplinary intervention governed by functional independence measure (FIMSM) in incontinent stroke patients. Scand J Rehabil Med. 1998 Mar; 30: 15-21

42453   Nickel, R. F., Wiegand, U., van den Brom, W. E. Evaluation of a transpelvic sling procedure with and without colposuspension for treatment of female dogs with refractory urethral sphincter mechanism incompetence. Vet Surg. 1998 Mar-Apr; 27: 94-104

42454   Gallien, P., Robineau, S., Nicolas, B., Le Bot, M. P., Brissot, R., Verin, M. Vesicourethral dysfunction and urodynamic findings in multiple sclerosis: a study of 149 cases. Arch Phys Med Rehabil. 1998 Mar; 79: 255-7

42455   Borer, J. G., Bauer, S. B., Peters, C. A., Diamond, D. A., Decter, R. M., Shapiro, E. A single-system ectopic ureter draining an ectopic dysplastic kidney: delayed diagnosis in the young female with continuous urinary incontinence. Br J Urol. 1998 Mar; 81: 474-8

42456   Larson, B., Collins, A., Landgren, B. M. Urogenital and vasomotor symptoms in relation to menopausal status and the use of hormone replacement therapy (HRT) in healthy women during transition to menopause. Maturitas. 1997 Dec 15; 28: 99-105

42457   Moran, P. A., Carey, M. P., Dwyer, P. L. Urethral diverticula in pregnancy. Aust N Z J Obstet Gynaecol. 1998 Feb; 38: 102-6

42458   Pannek, J., Sommerfeld, H. J. Ovarian cystoid causing Kock pouch incontinence. Urol Int. 1998; 60: 59-61

42460   Kinjo, T., Tsuhako, K., Sirirungsi, W., Sunagawa, K., Nakazato, I., Iwamasa, T. Experimental myelitis caused by herpes simplex virus type 2 in C57BL/6N and BALB/cN mice. Int J Exp Pathol. 1997 Dec; 78: 401-9

42461   Incontinence. Ways to help you stay dry. Mayo Clin Health Lett. 1998 Jan; 16: 1-3

42462   Button, D., Roe, B., Webb, C., Frith, T., Colin-Thome, D., Gardner, L. Consensus guidelines for the promotion and management of continence by primary health care teams: development, implementation and evaluation. NHS Executive Nursing Directorate. J Adv Nurs. 1998 Jan; 27: 91-9

42464   Haeusler, G., Sam, C., Dorfler, D., Tempfer, C., Hanzal, E., Kolbl, H. Present state of diagnostics and therapy in female urinary incontinence. Acta Obstet Gynecol Scand. 1998 Feb; 77: 222-7

42465   Lewey, J., Billington, A., O'Hara, L. Conservative treatment of urinary continence. Elder Care. 1997 Dec-1998 Jan; 9: 9-11

42466   Roy, S. The cost of continence. Elder Care. 1997 Dec-1998 Jan; 9: 3-4

42467   Elliott, D. S., Barrett, D. M. Mayo Clinic long-term analysis of the functional durability of the AMS 800 artificial urinary sphincter: a review of 323 cases. J Urol. 1998 Apr; 159: 1206-8

42472   Heinzlef, O., Paternotte, C., Mahieux, F., Prud'homme, J. F., Dien, J., Madigand, M., Pouget, J., Weissenbach, J., Roullet, E., Hazan, J. Mapping of a complicated familial spastic paraplegia to locus SPG4 on chromosome 2p. J Med Genet. 1998 Feb; 35: 89-93

42474   Brown, S., Lumley, J. Maternal health after childbirth: results of an Australian population based survey. Br J Obstet Gynaecol. 1998 Feb; 105: 156-61

42476   David, G., Durr, A., Stevanin, G., Cancel, G., Abbas, N., Benomar, A., Belal, S., Lebre, A. S., Abada-Bendib, M., Grid, D., Holmberg, M., Yahyaoui, M., Hentati, F., Chkili, T., Agid, Y., Brice, A. Molecular and clinical correlations in autosomal dominant cerebellar ataxia with progressive macular dystrophy (SCA7). Hum Mol Genet. 1998 Feb; 7: 165-70

42477   Castleden, C. M. The Marjory Warren Lecture. Incontinence--still a geriatric giant?. Age Ageing. 1997 Dec; 26 Suppl 4: 47-52

42479   Buffa, P., Di Rovasenda, E., Scarsi, P. L., Granata, C., Podesta, E., Ciardi, M. R., Cama, A. Vesico sphincteric function in spinal lipomas. Review of 80 cases. Eur J Pediatr Surg. 1997 Dec; 7 Suppl 1: 59-60

42480   Marshall, D. F., Boston, V. E. Altered bladder and bowel function following cutaneous electrical field stimulation in children with spina bifida--interim results of a randomized double-blind placebo-controlled trial. Eur J Pediatr Surg. 1997 Dec; 7 Suppl 1: 41-3

Case 2:16-md-02740-JTM-MBN Document 911-4 Filed 09/15/17 Page 631 of 800 PageID #: 146706

# American Urological Association, Inc.

## SUI Guidelines Panel

| | |
|---|---|
| 42481 | Lewis, M. A., Shaw, J., Sattar, T. M., Bannister, C. M. The spectrum of spinal cord dysraphism and bladder neuropathy in children. Eur J Pediatr Surg. 1997 Dec; 7 Suppl 1: 35-7 |
| 42482 | Fantl, J. A. Behavioral intervention for community-dwelling individuals with urinary incontinence. Urology. 1998 Feb; 51: 30-4 |
| 42483 | O'Donnell, P. D. Special considerations in elderly individuals with urinary incontinence. Urology. 1998 Feb; 51: 20-3 |
| 42484 | Blaivas, J. G. Outcome measures for urinary incontinence. Urology. 1998 Feb; 51: 11-9 |
| 42485 | Payne, C. K. Epidemiology, pathophysiology, and evaluation of urinary incontinence and overactive bladder. Urology. 1998 Feb; 51: 3-10 |
| 42486 | Roberts, R. O., Jacobsen, S. J., Jacobson, D. J., Reilly, W. T., Talley, N. J., Lieber, M. M. Natural history of prostatism: high American Urological Association Symptom scores among community-dwelling men and women with urinary incontinence. Urology. 1998 Feb; 51: 213-9 |
| 42487 | Madersbacher, S., Pycha, A., Schatzl, G., Mian, C., Klingler, C. H., Marberger, M. The aging lower urinary tract: a comparative urodynamic study of men and women. Urology. 1998 Feb; 51: 206-12 |
| 42488 | Schuur, P. M., Kasteren, M. E., Sabbe, L., Vos, M. C., Janssens, M. M., Buiting, A. G. Urinary tract infections with Aerococcus urinae in the south of The Netherlands. Eur J Clin Microbiol Infect Dis. 1997 Dec; 16: 871-5 |
| 42489 | Picchio, G. L., Hallous, H., Franceschetti, G. P., Marandola, P., Orlando, G. Correction of complete urogenital prolapse with infibulation. Arch Esp Urol. 1997 Dec; 50: 1137-9 |
| 42490 | Di Benedetto, V., Monfort, G. How prenatal ultrasound can change the treatment of ectopic ureterocele in neonates?. Eur J Pediatr Surg. 1997 Dec; 7: 338-40 |
| 42496 | Wong, E. Y. Uterine didelphys and occult spinal dysraphism: an unusual case. Dev Med Child Neurol. 1998 Feb; 40: 124-5 |
| 42497 | Ishigooka, M., Suzuki, Y., Hashimoto, T., Sasagawa, I., Nakada, T., Handa, Y. A new technique for sacral nerve stimulation: a percutaneous method for urinary incontinence caused by spinal cord injury. Br J Urol. 1998 Feb; 81: 315-8 |
| 42498 | Woodhouse, C. R., Christofides, M. Modified ureterosigmoidostomy (Mainz II)--technique and early results. Br J Urol. 1998 Feb; 81: 247-52 |
| 42500 | Bahnson, R. R. Urology. J Am Coll Surg. 1998 Feb; 186: 241-6 |
| 42501 | Yordan, E. L. Obstetrics and gynecology. J Am Coll Surg. 1998 Feb; 186: 182-8 |
| 42502 | Schlenk, E. A., Erlen, J. A., Dunbar-Jacob, J., McDowell, J., Engberg, S., Sereika, S. M., Rohay, J. M., Bernier, M. J. Health-related quality of life in chronic disorders: a comparison across studies using the MOS SF-36. Qual Life Res. 1998 Jan; 7: 57-65 |
| 42504 | Ryhammer, A. M., Laurberg, S., Djurhuus, J. C., Hermann, A. P. No relationship between subjective assessment of urinary incontinence and pad test weight gain in a random population sample of menopausal women. J Urol. 1998 Mar; 159: 800-3 |
| 42507 | Mahony, C. The impact of continence problems on self-esteem. Nurs Times. 1997 Dec 24-Jan 6; 93: 58, 60 |
| 42510 | Rentzhog, L., Stanton, S. L., Cardozo, L., Nelson, E., Fall, M., Abrams, P. Efficacy and safety of tolterodine in patients with detrusor instability: a dose-ranging study. Br J Urol. 1998 Jan; 81: 42-8 |
| 42514 | Sgadari, A., Topinkova, E., Bjornson, J., Bernabei, R. Urinary incontinence in nursing home residents: a cross-national comparison. Age Ageing. 1997 Sep; 26 Suppl 2: 49-54 |
| 42517 | Maas, C. P., Moriya, Y., Steup, W. H., Kiebert, G. M., Kranenbarg, W. M., van de Velde, C. J. Radical and nerve-preserving surgery for rectal cancer in The Netherlands: a prospective study on morbidity and functional outcome. Br J Surg. 1998 Jan; 85: 92-7 |
| 42518 | Newman, D. K. Research utilization: the continence for women project. Ostomy Wound Manage. 1997 Nov-Dec; 43: 54-6 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6: Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

| | |
|---|---|
| 42519 | Linkletter, D. No more surgery--biofeedback for continence. Ostomy Wound Manage. 1997 Nov-Dec; 43: 50-2 |
| 42520 | Messick, G. M., Powe, C. E. Applying behavioral research to incontinence. Ostomy Wound Manage. 1997 Nov-Dec; 43: 40-6, 48 |
| 42521 | Engberg, S., McDowell, B. J., Donovan, N., Brodak, I., Weber, E. Treatment of urinary incontinence in homebound older adults: interface between research and practice. Ostomy Wound Manage. 1997 Nov-Dec; 43: 18-22, 24-6 |
| 42522 | Peters, S. Don't ask, don't tell. Breaking the silence surrounding female urinary incontinence. Adv Nurse Pract. 1997 May; 5: 41-4 |
| 42524 | Hollins, S., Attard, M. T., von Fraunhofer, N., McGuigan, S., Sedgwick, P. Mortality in people with learning disability: risks, causes, and death certification findings in London. Dev Med Child Neurol. 1998 Jan; 40: 50-6 |
| 42526 | Engberg, S., McDowell, B. J., Weber, E., Brodak, I., Donovan, N., Engberg, R. Assessment and management of urinary incontinence among homebound older adults: a clinical trial protocol. Adv Pract Nurs Q. 1997 Fall; 3: 48-56 |
| 42527 | Leroi, A. M., Ducrotte, P., Bouaniche, M., Touchais, J. Y., Weber, J., Denis, P. Assessment of the reliability of cerebral potentials evoked by electrical stimulation of the anal canal. Int J Colorectal Dis. 1997; 12: 335-9 |
| 42528 | Cobbs, E. L., Ralapati, A. N. Health of older women. Med Clin North Am. 1998 Jan; 82: 127-44 |
| 42529 | Serels, S., Stein, M. Prospective study comparing hyoscyamine, doxazosin, and combination therapy for the treatment of urgency and frequency in women. Neurourol Urodyn. 1998; 17: 31-6 |
| 42532 | Blaivas, J. G. 'If you build it, they will come'. Neurourol Urodyn. 1998; 17: 1-2 |
| 42533 | Gallo, M. L., Gillette, B., Hancock, R., Pelkey, A., Rawlings, L., Sasso, K. Quality of life improvement and the reliance urinary control insert. Urol Nurs. 1997 Dec; 17: 146-53 |
| 42534 | Godfrey, K. Incontinence in ethnic groups. Community Nurse. 1997 Jun; 3: 42 |
| 42535 | Nager, C., Stanton, S. Can HRT help incontinence?. Community Nurse. 1997 May; 3: 32-3 |
| 42541 | Morkved, S., Bo, K. The effect of postpartum pelvic floor muscle exercise in the prevention and treatment of urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 217-22 |
| 42549 | Cravello, L., de Montgolfier, R., D'Ercole, C., Roger, V., Blanc, B. Endoscopic surgery. The end of classic surgery?. Eur J Obstet Gynecol Reprod Biol. 1997 Dec; 75: 103-6 |
| 42550 | Gibbons, G. Assessing and managing incontinence in women. Community Nurse. 1996 Jun; 2: 34-6 |
| 42551 | Sen, S., Ahmed, S., Borghol, M. Surgical management of complete ureteric duplication abnormalities. Pediatr Surg Int. 1998 Jan; 13: 61-4 |
| 42552 | Pohjasvaara, T., Erkinjuntti, T., Ylikoski, R., Hietanen, M., Vataja, R., Kaste, M. Clinical determinants of poststroke dementia. Stroke. 1998 Jan; 29: 75-81 |
| 42554 | Bozorgi, F., Connolly, L. P., Bauer, S. B., Neish, A. S., Tan, P. E., Schofield, D., Treves, S. T. Hypoplastic dysplastic kidney with a vaginal ectopic ureter identified by technetium-99m-DMSA scintigraphy. J Nucl Med. 1998 Jan; 39: 113-5 |
| 42555 | Feldman, E. L., Jaffe, A., Galambos, N., Robbins, A., Kelly, R. B., Froom, J. Clinical practice guidelines on depression: awareness, attitudes, and content knowledge among family physicians in New York. Arch Fam Med. 1998 Jan-Feb; 7: 58-62 |
| 42557 | Winson, L. Catheterization: a need for improved patient management. Br J Nurs. 1997 Nov 27-Dec 10; 6: 1229-32, 1234, 1251-2 |
| 42558 | Richardson, P. Re: The intravaginal slingplasty operation, a minimally invasive technique for cure of urinary incontinence in the female (1). Aust N Z J Obstet Gynaecol. 1997 Nov; 37: 485 |
| 42562 | Yoshimura, N., Nagahama, Y., Ueda, T., Yoshida, O. Paroxysmal urinary incontinence associated with multiple sclerosis. Urol Int. 1997; 59: 197-9 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A6: Bibliography sorted by Procite Number**

# American Urological Association, Inc.

## SUI Guidelines Panel

42563    Hope, T., Keene, J., Gedling, K., Cooper, S., Fairburn, C., Jacoby, R. Behaviour changes in dementia. 1: Point of entry data of a prospective study. Int J Geriatr Psychiatry. 1997 Nov; 12: 1062-73

42564    Kobelt, G. Economic considerations and outcome measurement in urge incontinence. Urology. 1997 Dec; 50: 100-7; discussion 108-10

42565    Appell, R. A. Clinical efficacy and safety of tolterodine in the treatment of overactive bladder: a pooled analysis. Urology. 1997 Dec; 50: 90-6; discussion 97-9

42566    Jackson, S. The patient with an overactive bladder--symptoms and quality-of-life issues. Urology. 1997 Dec; 50: 18-22; discussion 23-4

42567    Hampel, C., Wienhold, D., Benken, N., Eggersmann, C., Thuroff, J. W. Definition of overactive bladder and epidemiology of urinary incontinence. Urology. 1997 Dec; 50: 4-14; discussion 15-7

42572    Sargent, R. P. Primum non nocere?. Am J Obstet Gynecol. 1997 Dec; 177: 1564-5

42577    Chapin, D. S. Teaching sacrospinous colpopexy. Am J Obstet Gynecol. 1997 Dec; 177: 1330-6

42580    Cook, E. Assessing continence needs in children. Paediatr Nurs. 1997 Nov; 9: 29-34; quiz 35-6

42581    Lurie, S. N., Hosmer, C. Oxybutynin and intranasal desmopressin for clozapine-induced urinary incontinence. J Clin Psychiatry. 1997 Sep; 58: 404

42582    Kelleher, C. J., Cardozo, L. D., Khullar, V., Salvatore, S. A new questionnaire to assess the quality of life of urinary incontinent women. Br J Obstet Gynaecol. 1997 Dec; 104: 1374-9

42583    Messelink, E. J., Dobbe, I., Kools, C., Dabhoiwala, N. F., Dijkhuizen, T., Schneider, P., Lettinga, K. P., Kurth, K. Technical features of the system used to perform multichannel urethral pressure profilometry. Tech Urol. 1997 Fall; 3: 158-63

42584    McIntosh, L. J., Mallett, V. T., Frahm, J. D., Richardson, D. A., Evans, M. I. Gynecologic disorders in women with Ehlers-Danlos syndrome. J Soc Gynecol Investig. 1995 May-Jun; 2: 559-64

42587    Lewey, J., Billington, A., O'Hara, L. Conservative treatment of urinary incontinence. Nurs Stand. 1997 Nov 12-18; 12: 45-7

42588    Sakakibara, R., Hattori, T., Kuwabara, S., Yamanishi, T., Yasuda, K. Micturitional disturbance in patients with Guillain-Barre syndrome. J Neurol Neurosurg Psychiatry. 1997 Nov; 63: 649-53

42589    Webb, S., Patterson, V., Hutchinson, M. Two families with autosomal recessive spastic paraplegia, pigmented maculopathy, and dementia. J Neurol Neurosurg Psychiatry. 1997 Nov; 63: 628-32

42590    Publicover, C., Bear, M. The effect of bladder training on urinary incontinence in community- dwelling older women. J Wound Ostomy Continence Nurs. 1997 Nov; 24: 319-24

42591    Nager, C. W., Kumar, D., Kahn, M. A., Stanton, S. L. Management of pelvic floor dysfunction. Lancet. 1997 Dec 13; 350: 1751

42596    Leibovich, B. C., Barrett, D. M. Use of the artificial urinary sphincter in men and women. World J Urol. 1997; 15: 316-9

42605    Bernier, F., Jenkins, P. The role of vaginal estrogen in the treatment of urogenital dysfunction in postmenopausal women. Urol Nurs. 1997 Sep; 17: 92-5

42606    Maloney, C. Estrogen in urinary incontinence treatment: an anatomic and physiologic approach. Urol Nurs. 1997 Sep; 17: 88-91

42607    Gerharz, E. W., Vik, V., Webb, G., Leaver, R., Shah, P. J., Woodhouse, C. R. The value of the MACE (Malone antegrade colonic enema) procedure in adult patients. J Am Coll Surg. 1997 Dec; 185: 544-7

42608    Okkens, A. C., Kooistra, H. S., Nickel, R. F. Comparison of long-term effects of ovariectomy versus ovariohysterectomy in bitches. J Reprod Fertil Suppl. 1997; 51: 227-31

42609    Steiner, J. F., Kramer, A. M., Eilertsen, T. B., Kowalsky, J. C. Development and validation of a clinical prediction rule for prolonged nursing home residence after hip fracture. J Am Geriatr Soc. 1997 Dec; 45: 1510-4

# Appendix A6: Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**42613** Thom, D. H., van den Eeden, S. K., Brown, J. S. Evaluation of parturition and other reproductive variables as risk factors for urinary incontinence in later life. Obstet Gynecol. 1997 Dec; 90: 983-9

**42614** Carlin, B. I., Rutchik, S. D., Resnick, M. I. Comparison of the ileal conduit to the continent cutaneous diversion and orthotopic neobladder in patients undergoing cystectomy: a critical analysis and review of the literature. Semin Urol Oncol. 1997 Aug; 15: 189-92

**42615** Glazier, D. B., Cummings, K. B., Barone, J. G. Urodynamic evaluation of profound microcephaly in children. Br J Urol. 1997 Nov; 80: 825-6

**42616** Glazier, D. B., Murphy, D. P., Fleisher, M. H., Cummings, K. B., Barone, J. G. Evaluation of the utility of video-urodynamics in children with urinary tract infection and voiding dysfunction. Br J Urol. 1997 Nov; 80: 806-8

**42619** de Kort, L. M., Nesselaar, C. H., van Gool, J. D., de Jong, T. P. The influence of colonic enema irrigation on urodynamic findings in patients with neurogenic bladder dysfunction. Br J Urol. 1997 Nov; 80: 731-3

**42621** Hautmann, R. E. The ileal neobladder to the female urethra. Urol Clin North Am. 1997 Nov; 24: 827-35

**42622** Bihrle, R. The Indiana pouch continent urinary reservoir. Urol Clin North Am. 1997 Nov; 24: 773-9

**42623** Vernarec, E. The high costs of hidden conditions. Bus Health. 1998 Jan; 16: 19-23

**42624** Van Hoogmoed, L., Snyder, J. R., Roberts, G., Harmon, F. A. Unilateral nephrectomy in a juvenile llama. Vet Surg. 1997 Nov-Dec; 26: 497-501

**42625** Nazarko, L. Educating Elsie. Nurs Times. 1997 Oct 22-28; 93: 68, 71

**42628** De Ridder, D., Chandiramani, V., Dasgupta, P., Van Poppel, H., Baert, L., Fowler, C. J. Intravesical capsaicin as a treatment for refractory detrusor hyperreflexia: a dual center study with long-term followup. J Urol. 1997 Dec; 158: 2087-92

**42629** Braverman, D. L., Lachmann, E. A., Tunkel, R., Nagler, W. Multiple sclerosis presenting as a spinal cord tumor. Arch Phys Med Rehabil. 1997 Nov; 78: 1274-6

**42630** Bird, M. R., Hii, S., McCrory, P. R., Donnan, G. A. Urinary incontinence in elderly patients with acute stroke and hip fracture. Med J Aust. 1997 Oct 20; 167: 415

**42632** Vernon, S., Bleakley, S. A successful bladder retraining program. Nurs Times. 1997 Sep 17-23; 93: 50-1

**42634** Nagib, M. G., O'Fallon, M. T. Myxopapillary ependymoma of the conus medullaris and filum terminale in the pediatric age group. Pediatr Neurosurg. 1997 Jan; 26: 2-7

**42638** Nilsson, C. G., Lukkari, E., Haarala, M., Kivela, A., Hakonen, T., Kiilholma, P. Comparison of a 10-mg controlled release oxybutynin tablet with a 5-mg oxybutynin tablet in urge incontinent patients. Neurourol Urodyn. 1997; 16: 533-42

**42641** Kirschner-Hermanns, R., Fielding, J. R., Versi, E., Resnick, N. M. Magnetic resonance imaging of the lower urinary tract. Curr Opin Obstet Gynecol. 1997 Oct; 9: 317-9

**42642** Schaer, G. N. Ultrasonography of the lower urinary tract. Curr Opin Obstet Gynecol. 1997 Oct; 9: 313-6

**42643** Strohbehn, K. Urogynecology. Curr Opin Obstet Gynecol. 1997 Oct; 9: 307-8

**42644** Robinson, D. Urinary incontinence in the elderly: a growing problem that needs attention. Curr Opin Obstet Gynecol. 1997 Oct; 9: 285-8

**42645** Mort, J. Medications exacerbating urinary incontinence in the elderly. S D J Med. 1997 Oct; 50: 361-2

**42646** Vahtera, T., Haaranen, M., Viramo-Koskela, A. L., Ruutiainen, J. Pelvic floor rehabilitation is effective in patients with multiple sclerosis. Clin Rehabil. 1997 Aug; 11: 211-9

**42649** Wootton, J. C. Search on urinary incontinence in elderly females. J Womens Health. 1997 Oct; 6: 583-6

**42650** McGhee, M., O'Neill, K., Major, K., Twaddle, S. Evaluation of a nurse-led continence service in the south-west of Glasgow, Scotland. J Adv Nurs. 1997 Oct; 26: 723-8

# American Urological Association, Inc.
## SUI Guidelines Panel

42651  Bower, W. F., Moore, K. H., Adams, R. D., Shepherd, R. B. Frequency-volume chart data from incontinent children. Br J Urol. 1997 Oct; 80: 658-62

42653  Johannesson, M., O'Conor, R. M., Kobelt-Nguyen, G., Mattiasson, A. Willingness to pay for reduced incontinence symptoms. Br J Urol. 1997 Oct; 80: 557-62

42656  Thom, D. H., Haan, M. N., Van Den Eeden, S. K. Medically recognized urinary incontinence and risks of hospitalization, nursing home admission and mortality. Age Ageing. 1997 Sep; 26: 367-74

42657  Hodges, C. Continence care: choosing carefully. Nurs Times. 1997 Aug 27-Sep 2; 93: 48-50, 52

42658  Hogan, D. B. Revisiting the O complex: urinary incontinence, delirium and polypharmacy in elderly patients. CMAJ. 1997 Oct 15; 157: 1071-7

42659  Schnelle, J. F., Adamson, G. M., Cruise, P. A., al-Samarrai, N., Sarbaugh, F. C., Uman, G., Ouslander, J. G. Skin disorders and moisture in incontinent nursing home residents: intervention implications. J Am Geriatr Soc. 1997 Oct; 45: 1182-8

42661  Palace, J., Chandiramani, V. A., Fowler, C. J. Value of sphincter electromyography in the diagnosis of multiple system atrophy. Muscle Nerve. 1997 Nov; 20: 1396-403

42663  Bernier, P. A., Zimmern, P. E., Saboorian, M. H., Chassagne, S. Female outlet obstruction after repeated collagen injections. Urology. 1997 Oct; 50: 618-21

42665  Callahan, E. H., Paris, B. Midlife periodic health exam in the primary care practice. Geriatrics. 1997 Oct; 52: 60-1, 65-6, 69-71 passim; quiz 79

42666  Johnson, T. M., 2nd, Busby-Whitehead, J. Diagnostic assessment of geriatric urinary incontinence. Am J Med Sci. 1997 Oct; 314: 250-6

42667  Jayanthi, V. R., Churchill, B. M., Khoury, A. E., McLorie, G. A. Bilateral single ureteral ectopia: difficulty attaining continence using standard bladder neck repair. J Urol. 1997 Nov; 158: 1933-6

42671  Chen, G. D., Lin, L. Y., Gardner, J. D. The results of laparoscopic adhesiolysis for intractable urinary frequency. J Urol. 1997 Nov; 158: 1714-6

42672  Austin, P. F., DeLeary, G., Homsy, Y. L., Persky, L., Lockhart, J. L. Long-term metabolic advantages of a gastrointestinal composite urinary reservoir. J Urol. 1997 Nov; 158: 1704-7; discussion 1707-8

42673  Galloway, N. T. Surgical treatment of urinary incontinence in geriatric women. Am J Med Sci. 1997 Oct; 314: 268-72

42677  Naughton, M. J., Wyman, J. F. Quality of life in geriatric patients with lower urinary tract dysfunction. Am J Med Sci. 1997 Oct; 314: 219-27

42678  Ouslander, J. G. Aging and the lower urinary tract. Am J Med Sci. 1997 Oct; 314: 214-8

42680  Waaldijk, K. Immediate indwelling bladder catheterization at postpartum urine leakage--personal experience of 1200 patients. Trop Doct. 1997 Oct; 27: 227-8

42681  Lima, S. V., Araujo, L. A., Vilar, F. O. Further experience with the periurethral expander: a new type of artificial sphincter. Br J Urol. 1997 Sep; 80: 460-2

42682  Hooper, P., Tincello, D. G., Richmond, D. H. The use of salivary stimulant pastilles to improve compliance in women taking oxybutynin hydrochloride for detrusor instability: a pilot study. Br J Urol. 1997 Sep; 80: 414-6

42686  Kelleher, C. J., Cardozo, L. D., Khullar, V., Salvatore, S. A medium-term analysis of the subjective efficacy of treatment for women with detrusor instability and low bladder compliance. Br J Obstet Gynaecol. 1997 Sep; 104: 988-93

42687  Prosser, S., Dobbs, F. Case-finding incontinence in the over-75s. Br J Gen Pract. 1997 Aug; 47: 498-500

42688  Elder, J. S. Bladder rehabilitation, the effect of a cognitive training programme on urge incontinence. J Urol. 1997 Oct; 158: 1642

**Appendix A6  Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 42689 | Lippert, M. C., Theodorescu, D. The Hautmann neobladder with a chimney: a versatile modification. J Urol. 1997 Oct; 158: 1510-2 |
| 42690 | deVries, C. R., Kaplan, G. W. An unusual case of urinary incontinence, ataxia-telangiectasia, and metastatic dysgerminoma: case report and review of the literature. Urology. 1997 Sep; 50: 453-5 |
| 42691 | Malone, P. S. The management of urinary incontinence. Arch Dis Child. 1997 Aug; 77: 175-8 |
| 42692 | Alvi, T., Reza, H. Neuroleptic induced incontinence--case report. J Pak Med Assoc. 1997 Jul; 47: 195-6 |
| 42693 | Sumiya, T., Kawamura, K., Tokuhiro, A., Takechi, H., Ogata, H. A survey of wheelchair use by paraplegic individuals in Japan. Part 2: Prevalence of pressure sores. Spinal Cord. 1997 Sep; 35: 595-8 |
| 42694 | Crankson, S. J., Ahmed, S. Female bladder exstrophy. Int Urogynecol J Pelvic Floor Dysfunct. 1997; 8: 98-104 |
| 42700 | Willis, J. Continence--holiday plans. Nurs Times. 1997 Jul 23-29; 93: 73-4 |
| 42702 | Hodder, J. Shy Drager syndrome. Axone. 1997 Jun; 18: 75-9 |
| 42703 | Goodwin, T. M., Banks, E., Millar, L. K., Phelan, J. P. Catastrophic shoulder dystocia and emergency symphysiotomy. Am J Obstet Gynecol. 1997 Aug; 177: 463-4 |
| 42706 | Christensen, H., Laybourn, C., Eickhoff, J. H., Frimodt-Moller, C. Long-term results of the Stamey Bladder-neck suspension procedure and of the Burch colposuspension. Scand J Urol Nephrol. 1997 Aug; 31: 349-53 |
| 42707 | Silverman, M., McDowell, B. J., Musa, D., Rodriguez, E., Martin, D. To treat or not to treat: issues in decisions not to treat older persons with cognitive impairment, depression, and incontinence. J Am Geriatr Soc. 1997 Sep; 45: 1094-101 |
| 42709 | Balcom, A. H., Wiatrak, M., Biefeld, T., Rauen, K., Langenstroer, P. Initial experience with home therapeutic electrical stimulation for continence in the myelomeningocele population. J Urol. 1997 Sep; 158: 1272-6 |
| 42710 | Kaefer, M., Rosen, A., Darbey, M., Kelly, M., Bauer, S. B. Pressure at residual volume: a useful adjunct to standard fill cystometry. J Urol. 1997 Sep; 158: 1268-71 |
| 42711 | Plaire, J. C., Pope, J. C.,  4th, Kropp, B. P., Adams, M. C., Keating, M. A., Rink, R. C., Casale, A. J. Management of ectopic ureters: experience with the upper tract approach. J Urol. 1997 Sep; 158: 1245-7 |
| 42712 | Waters, P. R., Chehade, N. C., Kropp, K. A. Urethral lengthening and reimplantation: incidence and management of catheterization problems. J Urol. 1997 Sep; 158: 1053-6 |
| 42713 | Snodgrass, W. A simplified Kropp procedure for incontinence. J Urol. 1997 Sep; 158: 1049-52 |
| 42714 | Yoo, J. J., Magliochetti, M., Atala, A. Detachable self-sealing membrane system for the endoscopic treatment of incontinence. J Urol. 1997 Sep; 158: 1045-8 |
| 42715 | Lottmann, H. B., Melin, Y., Cendron, M., Lombrail, P., Beze-Beyrie, P., Cendron, J. Bladder exstrophy: evaluation of factors leading to continence with spontaneous voiding after staged reconstruction. J Urol. 1997 Sep; 158: 1041-4 |
| 42718 | Park, T., Lee, S. Y. A test of missing completely at random for longitudinal data with missing observations. Stat Med. 1997 Aug 30; 16: 1859-71 |
| 42719 | Daley, J., Delbanco, T. L., Hartman, E. E. An 89-year-old woman with urinary incontinence, 1 year later. JAMA. 1997 Aug 27; 278: 679 |
| 42721 | Palmer, M. H. Response to Moore's commentary on 'Urinary continence changes after hip fracture repair'. Clin Nurs Res. 1997 Aug; 6: 300-1 |
| 42723 | Vancaillie, T. G. Laparoscopic colposuspension and pelvic floor repair. Curr Opin Obstet Gynecol. 1997 Aug; 9: 244-6 |
| 42725 | Loening-Baucke, V. Urinary incontinence and urinary tract infection and their resolution with treatment of chronic constipation of childhood. Pediatrics. 1997 Aug; 100: 228-32 |
| 42726 | Salle, J. L., McLorie, G. A., Bagli, D. J., Khoury, A. E. Urethral lengthening with anterior bladder wall flap (Pippi Salle procedure): modifications and extended indications of the technique. J Urol. 1997 Aug; 158: 585-90 |

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

## American Urological Association, Inc.

**SUI Guidelines Panel**

42727    Naseer, S. R., Steinhardt, G. F. New renal scars in children with urinary tract infections, vesicoureteral reflux and voiding dysfunction: a prospective evaluation. J Urol. 1997 Aug; 158: 566-8

42730    Stein, J. P., Grossfeld, G. D., Freeman, J. A., Esrig, D., Ginsberg, D. A., Cote, R. J., Skinner, E. C., Boyd, S. D., Lieskovsky, G., Skinner, D. G. Orthotopic lower urinary tract reconstruction in women using the Kock ileal neobladder: updated experience in 34 patients. J Urol. 1997 Aug; 158: 400-5

42731    Nacmias, B., Tedde, A., Guarnieri, B. M., Petruzzi, C., Ortenzi, L., Serio, A., Amaducci, L., Sorbi, S. Analysis of apolipoprotein E, alpha1-antichymotrypsin and presenilin-1 genes polymorphisms in dementia caused by normal pressure hydrocephalus in man. Neurosci Lett. 1997 Jul 4; 229: 177-80

42732    Gallo, M., Staskin, D. R. Patient satisfaction with a reusable undergarment for urinary incontinence. J Wound Ostomy Continence Nurs. 1997 Jul; 24: 226-36

42733    Thornburn, P., Fader, M., Dean, G., Brooks, R., Cottenden, A. Improving the performance of small incontinence pads: a study of 'wet comfort'. J Wound Ostomy Continence Nurs. 1997 Jul; 24: 219-25

42734    Bigio, E. H., Weiner, M. F., Bonte, F. J., White, C. L. Familial dementia due to adult polyglucosan body disease. Clin Neuropathol. 1997 Jul-Aug; 16: 227-34

42735    Kato, H. Incorrect positioning of an indwelling urethral catheter in the ureter. Int J Urol. 1997 Jul; 4: 417-8

42736    Sampselle, C. M., Burns, P. A., Dougherty, M. C., Newman, D. K., Thomas, K. K., Wyman, J. F. Continence for women: evidence-based practice. J Obstet Gynecol Neonatal Nurs. 1997 Jul-Aug; 26: 375-85

42741    N'Dow, J., Neal, D. E. Female adult reconstructive urology. Br J Urol. 1997 Jul; 80 Suppl 1: 69-78

42742    Heslington, K. Ambulatory bladder monitoring: is it an advance?. Br J Urol. 1997 Jul; 80 Suppl 1: 49-53

42744    Chandiramani, V. A., Palace, J., Fowler, C. J. How to recognize patients with parkinsonism who should not have urological surgery. Br J Urol. 1997 Jul; 80: 100-4

42745    Ghali, W. A., Freund, K. M., Boss, R. D., Ryan, C. A., Moskowitz, M. A. Menopausal hormone therapy: physician awareness of patient attitudes. Am J Med. 1997 Jul; 103: 3-10

42746    Nickel, R. F., van den Brom, W. Simultaneous diuresis cysto-urethrometry and multi-channel urethral pressure profilometry in female dogs with refractory urinary incontinence. Am J Vet Res. 1997 Jul; 58: 691-6

42748    Mor, Y., Quinn, F. M., Carr, B., Mouriquand, P. D., Duffy, P. G., Ransley, P. G. Combined Mitrofanoff and antegrade continence enema procedures for urinary and fecal incontinence. J Urol. 1997 Jul; 158: 192-5

42749    Bonney, W. W., Gupta, S., Hunter, D. R., Arndt, S. Bladder dysfunction in schizophrenia. Schizophr Res. 1997 Jun 20; 25: 243-9

42752    Char, D., Krasnokutsky, S., Frischer, Z., Shah, S. M., Bayshtok, J., Khan, S. A. Surgically correcting a vesicouterine fistula with a myouterine flap. A case report. J Reprod Med. 1997 Jun; 42: 372-4

42758    Ishizuka, O., Pandita, R. K., Mattiasson, A., Steers, W. D., Andersson, K. E. Stimulation of bladder activity by volume, L-dopa and capsaicin in normal conscious rats--effects of spinal alpha 1-adrenoceptor blockade. Naunyn Schmiedebergs Arch Pharmacol. 1997 Jun; 355: 787-93

42759    Christmas, T. J., Smith, G. L., Rickards, D. Diagnosis and management of high-pressure peristaltic contractions in cystoplasties. Br J Urol. 1997 Jun; 79: 879-82

42760    Cukier, J. M., Cortina-Borja, M., Brading, A. F. A case-control study to examine any association between idiopathic detrusor instability and gastrointestinal tract disorder, and between irritable bowel syndrome and urinary tract disorder. Br J Urol. 1997 Jun; 79: 865-78

42761    Rintala, R. J., Lindahl, H. G., Rasanen, M. Do children with repaired low anorectal malformations have normal bowel function?. J Pediatr Surg. 1997 Jun; 32: 823-6

42762    Van Savage, J., Slaughenhoupt, B. L. Advances in the management of urinary incontinence in children. J Ky Med Assoc. 1997 Jun; 95: 226-34

42763    Sultan, A. H., Monga, A. K. Anal and urinary incontinence in women with obstetric anal sphincter rupture. Br J Obstet Gynaecol. 1997 Jun; 104: 754-5

**American Urological Association, Inc.**

**SUI Guidelines Panel**

42764    Malik, A., Fenning, N., O'Donnell, E. Anal and urinary incontinence in women with obstetric anal sphincter rupture. Br J Obstet Gynaecol. 1997 Jun; 104: 753-4

42765    Griebling, T. L., Nygaard, I. E. The role of estrogen replacement therapy in the management of urinary incontinence and urinary tract infection in postmenopausal women. Endocrinol Metab Clin North Am. 1997 Jun; 26: 347-60

42766    Caro, F. G., Glickman, L. L., Ingegneri, D., Porell, F., Stern, A. L., Verma, K. The impact of the closing of three Massachusetts public chronic disease hospitals: a multidimensional perspective. J Community Health. 1997 Jun; 22: 155-74

42767    Watanabe, T., Perkash, I., Constantinou, C. E. Modulation of detrusor contraction strength and micturition characteristics by intrathecal baclofen in anesthetized rats. J Urol. 1997 Jun; 157: 2361-5

42768    Sundaram, C. P., Reinberg, Y., Aliabadi, H. A. Failure to obtain durable results with collagen implantation in children with urinary incontinence. J Urol. 1997 Jun; 157: 2306-7

42769    Chernoff, A., Horowitz, M., Combs, A., Libretti, D., Nitti, V., Glassberg, K. I. Periurethral collagen injection for the treatment of urinary incontinence in children. J Urol. 1997 Jun; 157: 2303-5

42770    Nilvebrant, L., Andersson, K. E., Gillberg, P. G., Stahl, M., Sparf, B. Tolterodine--a new bladder-selective antimuscarinic agent. Eur J Pharmacol. 1997 May 30; 327: 195-207

42771    Sekido, N., Kawai, K., Akaza, H. Lower urinary tract dysfunction as persistent complication of radical hysterectomy. Int J Urol. 1997 May; 4: 259-64

42773    Bear, M., Dwyer, J. W., Benveneste, D., Jett, K., Dougherty, M. Home-based management of urinary incontinence: a pilot study with both frail and independent elders. J Wound Ostomy Continence Nurs. 1997 May; 24: 163-71

42774    Maly, R. C., Hirsch, S. H., Reuben, D. B. The performance of simple instruments in detecting geriatric conditions and selecting community-dwelling older people for geriatric assessment. Age Ageing. 1997 May; 26: 223-31

42777    Lobel, R. W., Sand, P. K. Incisional hernia after suprapubic catheterization. Obstet Gynecol. 1997 May; 89: 844-6

42778    Swift, S. E. The reliability of performing a screening cystometrogram using a fetal monitoring device for the detection of detrusor instability. Obstet Gynecol. 1997 May; 89: 708-12

42779    Giladi, N., Kao, R., Fahn, S. Freezing phenomenon in patients with parkinsonian syndromes. Mov Disord. 1997 May; 12: 302-5

42780    Fulford, S. C., Sutton, C., Bales, G., Hickling, M., Stephenson, T. P. The fate of the 'modern' artificial urinary sphincter with a follow-up of more than 10 years. Br J Urol. 1997 May; 79: 713-6

42782    Gil-Nagel, A., Gapany, S., Blesi, K., Villanueva, N., Bergen, D. Incontinence during treatment with gabapentin. Neurology. 1997 May; 48: 1467-8

42784    Farrell, T. A., Wallace, M., Hicks, M. E. Long-term results of transrenal ureteral occlusion with use of Gianturco coils and gelatin sponge pledgets. J Vasc Interv Radiol. 1997 May-Jun; 8: 449-52

42786    Nativ, O., Moskowitz, B., Issaq, E., Condrea, A., Kastin, A., Halachmi, S., Burbara, J., Madjar, S., Beyar, M. A new intraurethral sphincter prosthesis with a self contained urinary pump. ASAIO J. 1997 May-Jun; 43: 197-203

42787    Goepel, M., Sperling, H., Stohrer, M., Otto, T., Rubben, H. Management of neurogenic fecal incontinence in myelodysplastic children by a modified continent appendiceal stoma and antegrade colonic enema. Urology. 1997 May; 49: 758-61

42789    Theus, R., Arnold, S., Hubler, M., Wiestner, T., Binder, H., Ruesch, P. Effect of intra-abdominally induced pressure on the urethral pressure profiles of healthy and incontinent bitches. Am J Vet Res. 1997 May; 58: 555-9

42790    Elbadawi, A., Hailemariam, S., Yalla, S. V., Resnick, N. M. Structural basis of geriatric voiding dysfunction. VII. Prospective ultrastructural/urodynamic evaluation of its natural evolution. J Urol. 1997 May; 157: 1814-22

42791    Elbadawi, A., Hailemariam, S., Yalla, S. V., Resnick, N. M. Structural basis of geriatric voiding dysfunction. VI. Validation and update of diagnostic criteria in 71 detrusor biopsies. J Urol. 1997 May; 157: 1802-13

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6. Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**
**sorted by Procite Number**

42793   Austin, P., Spyropoulos, E., Arango, H., Fiorica, J., Homsy, Y., Lockhart, J. The failed anti-incontinence mechanism: a flap valve or cecal wrap for surgical reconstruction. J Urol. 1997 May; 157: 1638-41

42794   Helal, M., Austin, P., Spyropoulos, E., Pow-Sang, J., Persky, L., Lockhart, J. Evaluation and management of parastomal hernia in association with continent urinary diversion. J Urol. 1997 May; 157: 1630-2

42795   Goessl, C., Knispel, H. H., Miller, K. Is detrusor instability a premature variant of normal micturition reflex?. Lancet. 1997 Apr 26; 349: 1255-6

42796   Haggar, V. Foreign policy. Nurs Times. 1997 Apr 9-15; 93: 78

42797   Dowse, J. Finding the flaw. Nurs Times. 1997 Apr 9-15; 93: 76

42798   Willis, J. Use it or lose it. Nurs Times. 1997 Apr 9-15; 93: 70, 73

42799   Haslam, J. Floor plan. Nurs Times. 1997 Apr 9-15; 93: 67-70

42801   Moore, A. A., Siu, A., Partridge, J. M., Hays, R. D., Adams, J. A randomized trial of office-based screening for common problems in older persons. Am J Med. 1997 Apr; 102: 371-8

42802   Czarapata, B. J., McKillips, K. J. Silent suffering. Helping women find the path to continence. AWHONN Lifelines. 1997 Apr; 1: 28-34

42804   Tetzschner, T., Sorensen, M., Jonsson, L., Lose, G., Christiansen, J. Delivery and pudendal nerve function. Acta Obstet Gynecol Scand. 1997 Apr; 76: 324-31

42805   Hatch, R. C., Regan, K. S., Ishibashi, S., Nakazawa, M., Iwakura, K., Sumi, N. Two-year dietary carcinogenicity study of (+/-)-4-diethylamino-1, 1- dimethylbut-2-yn-1-yl 2-cyclohexyl-2-hydroxy-2-phenylacetate monohydrochloride monohydrate (NS-21), a novel drug for urinary frequency and incontinence, in rats. J Toxicol Sci. 1997 Apr; 22 Suppl 1: 289-306

42806   Hatch, R. C., Regan, K. S., Ishibashi, S., Nakazawa, M., Iwakura, K., Sumi, N. Seventy-eight-week dietary carcinogenicity study of (+/-)-4- diethylamino-1,1-dimethylbut-2-yn-1-yl 2-cyclohexyl-2-hydroxy-2- phenylacetate monohydrochloride monohydrate (NS-21), a novel drug for urinary frequency and incontinence, in mice. J Toxicol Sci. 1997 Apr; 22 Suppl 1: 275-87

42807   Shetty, S. D., Kirkemo, A. K. Bilateral bone anchor vaginal vault suspension: an initial report of a new technique. Tech Urol. 1997 Spring; 3: 1-5

42808   Thomas, D. F. Surgical treatment of urinary incontinence. Arch Dis Child. 1997 Apr; 76: 377-80

42809   Pleym, H., Spigset, O. Peripheral neurologic deficits in relation to subarachnoid or epidural administration of local anesthetics for surgery. A survey of 21 cases. Acta Anaesthesiol Scand. 1997 Apr; 41: 453-60

42812   Moores, D., Cohen, R., Hayden, L. Laparascopic excision of pelvic kidney with single vaginal ectopic ureter. J Pediatr Surg. 1997 Apr; 32: 634-5

42815   Tillem, S. M., Kessler, O. J., Hanna, M. K. Long-term results of lower urinary tract reconstruction with the ceco-appendiceal unit. J Urol. 1997 Apr; 157: 1429-33

42818   Smith, D. N., Appell, R. A., Winters, J. C., Rackley, R. R. Collagen injection therapy for female intrinsic sphincteric deficiency. J Urol. 1997 Apr; 157: 1275-8

42819   Bennett, J. K., Foote, J. E., King, T. L. Treating urinary incontinence in the elderly population: accepting the challenge. J Med Assoc Ga. 1997 Apr; 86: 97-100

42820   Wilson, W. D. Equine herpesvirus 1 myeloencephalopathy. Vet Clin North Am Equine Pract. 1997 Apr; 13: 53-72

42821   Adkins, V. K., Mathews, R. M. Prompted voiding to reduce incontinence in community-dwelling older adults. J Appl Behav Anal. 1997 Spring; 30: 153-6

42822   Scura, K. W., Whipple, B. How to provide better care for the postmenopausal woman. Am J Nurs. 1997 Apr; 97: 36-43

# American Urological Association, Inc.

## SUI Guidelines Panel

42823    Shah, P. N., Maly, R. C., Frank, J. C., Hirsch, S. H., Reuben, D. B. Managing geriatric syndromes: what geriatric assessment teams recommend, what primary care physicians implement, what patients adhere to. J Am Geriatr Soc. 1997 Apr; 45: 413-9

42824    Nyberg, L., Gustafson, Y. Fall prediction index for patients in stroke rehabilitation. Stroke. 1997 Apr; 28: 716-21

42825    Bartels, R. H., van Overbeeke, J. J. Lumbar cerebrospinal fluid drainage for symptomatic sacral nerve root cysts: an adjuvant diagnostic procedure and/or alternative treatment? Technical case report. Neurosurgery. 1997 Apr; 40: 861-4; discussion 864-5

42827    Olsen, A. L., Smith, V. J., Bergstrom, J. O., Colling, J. C., Clark, A. L. Epidemiology of surgically managed pelvic organ prolapse and urinary incontinence. Obstet Gynecol. 1997 Apr; 89: 501-6

42828    Colley, W. Know how male catheterisation. Nurs Times. 1997 Mar 12-18; 93: 32-3

42829    Bladder control. J Pract Nurs. 1997 Mar; 47: 9-11

42830    Moore, K. N., Paul, P. A historical review of selected nursing and medical literature on urinary incontinence between 1850 and 1976. J Wound Ostomy Continence Nurs. 1997 Mar; 24: 106-22

42832    Taguchi, K., Hirose, T., Ito, N., Kumamoto, Y., Tsukamoto, T. Functional outcome and late complications in patients with continent urinary reservoirs. Int J Urol. 1997 Mar; 4: 134-8

42833    Fakhoury, W. K., McCarthy, M., Addington-Hall, J. The effects of the clinical characteristics of dying cancer patients on informal caregivers' satisfaction with palliative care. Palliat Med. 1997 Mar; 11: 107-15

42834    McCarthy, M., Addington-Hall, J., Altmann, D. The experience of dying with dementia: a retrospective study. Int J Geriatr Psychiatry. 1997 Mar; 12: 404-9

42835    Willis, J. Consumer choice in continence products. Nurs Times. 1997 Mar 26-Apr 1; 93: 64-6

42836    Chow, S. H., LaSalle, M. D., Rosenberg, G. S. Urinary incontinence secondary to a vaginal pessary. Urology. 1997 Mar; 49: 458-9

42837    Janknegt, R. A., Weil, E. H., Eerdmans, P. H. Improving neuromodulation technique for refractory voiding dysfunctions: two-stage implant. Urology. 1997 Mar; 49: 358-62

42838    Stein, R., Fisch, M., Beetz, R., Matani, Y., Doi, Y., Hohenfellner, K., Burger, R. A., Abol-Enein, H., Hohenfellner, R. Urinary diversion in children and young adults using the Mainz Pouch I technique. Br J Urol. 1997 Mar; 79: 354-61

42839    Schultz, A., Dickey, G., Skoner, M. Self-report of incontinence in acute care. Urol Nurs. 1997 Mar; 17: 23-8

42841    Vecchioli Scaldazza, C. Rehabilitative treatment of non-neurogenic female urinary incontinence. Clinical and urodynamic evaluation. Minerva Urol Nefrol. 1997 Mar; 49: 5-8

42842    Levitt, M. A., Patel, M., Rodriguez, G., Gaylin, D. S., Pena, A. The tethered spinal cord in patients with anorectal malformations. J Pediatr Surg. 1997 Mar; 32: 462-8

42845    McFall, S., Yerkes, A. M., Bernard, M., LeRud, T. Evaluation and treatment of urinary incontinence. Report of a physician survey. Arch Fam Med. 1997 Mar-Apr; 6: 114-9

42847    Bavendam, T. G. Female incontinence. J Urol. 1997 Mar; 157: 828-9

42849    Carr, L. K., Webster, G. D. Voiding dysfunction following incontinence surgery: diagnosis and treatment with retropubic or vaginal urethrolysis. J Urol. 1997 Mar; 157: 821-3

42852    Beguin, A. M., Combes, T., Lutzler, P., Laffond, G., Belmin, J. Health education improves older subjects' attitudes toward urinary incontinence and access to care: a randomized study in sheltered accommodation centers for the aged. J Am Geriatr Soc. 1997 Mar; 45: 391-2

42853    Bardoux, N., Leroi, A. M., Touchais, J. Y., Weber, J., Denis, P. Difficult defaecation and/or faecal incontinence as a presenting feature of neurologic disorders in four patients. Neurogastroenterol Motil. 1997 Mar; 9: 13-8

42854    Jackson, S. L., Weber, A. M., Hull, T. L., Mitchinson, A. R., Walters, M. D. Fecal incontinence in women with urinary incontinence and pelvic organ prolapse. Obstet Gynecol. 1997 Mar; 89: 423-7

**Appendix A6. Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

SUI Guidelines Panel

42855    Palmer, M. H., Myers, A. H., Fedenko, K. M. Urinary continence changes after hip-fracture repair. Clin Nurs Res. 1997 Feb; 6: 8-21; discussion 21-4

42856    Silveri, M., Capitanucci, M. L., Capozza, N., Mosiello, G., Silvano, A., Gennaro, M. D. Occult spinal dysraphism: neurogenic voiding dysfunction and long-term urologic follow-up. Pediatr Surg Int. 1997 Feb; 12: 148-50

42857    Evenhuis, H. M. Medical aspects of ageing in a population with intellectual disability: III. Mobility, internal conditions and cancer. J Intellect Disabil Res. 1997 Feb; 41 ( Pt 1): 8-18

42858    Mollard, P., Gauriau, L., Bonnet, J. P., Mure, P. Y. Continent cystostomy (Mitrofanoff's procedure) for neurogenic bladder in children and adolescent (56 cases: long-term results). Eur J Pediatr Surg. 1997 Feb; 7: 34-7

42859    Chiarelli, P., Campbell, E. Incontinence during pregnancy. Prevalence and opportunities for continence promotion. Aust N Z J Obstet Gynaecol. 1997 Feb; 37: 66-73

42863    Sultana, C. J., Campbell, J. W., Pisanelli, W. S., Sivinski, L., Rimm, A. A. Morbidity and mortality of incontinence surgery in elderly women: an analysis of Medicare data. Am J Obstet Gynecol. 1997 Feb; 176: 344-8

42865    Belmin, J. Urine sampling methods in the elderly. Drugs Aging. 1997 Feb; 10: 167

42867    Gallo, M. L., Fallon, P. J., Staskin, D. R. Urinary incontinence: steps to evaluation, diagnosis, and treatment. Nurse Pract. 1997 Feb; 22: 21-4, 26, 28 passim

42871    Rackley, R. R., Appell, R. A. Evaluation and medical management of female urinary incontinence. Cleve Clin J Med. 1997 Feb; 64: 83-92

42872    Caputo, L. A., Cusimano, M. D. Schwannoma of the cauda equina. J Manipulative Physiol Ther. 1997 Feb; 20: 124-9

42873    Smith, E. A., Woodard, J. R., Broecker, B. H., Gosalbez, R.,  Jr, Ricketts, R. R. Current urologic management of cloacal exstrophy: experience with 11 patients. J Pediatr Surg. 1997 Feb; 32: 256-61; discussion 261-2

42874    Murphy, E. L., Fridey, J., Smith, J. W., Engstrom, J., Sacher, R. A., Miller, K., Gibble, J., Stevens, J., Thomson, R., Hansma, D., Kaplan, J., Khabbaz, R., Nemo, G. HTLV-associated myelopathy in a cohort of HTLV-I and HTLV-II-infected blood donors. The REDS investigators. Neurology. 1997 Feb; 48: 315-20

42875    Tutuarima, J. A., van der Meulen, J. H., de Haan, R. J., van Straten, A., Limburg, M. Risk factors for falls of hospitalized stroke patients. Stroke. 1997 Feb; 28: 297-301

42877    Nakanishi, N., Tatara, K., Naramura, H., Fujiwara, H., Takashima, Y., Fukuda, H. Urinary and fecal incontinence in a community-residing older population in Japan. J Am Geriatr Soc. 1997 Feb; 45: 215-9

42878    Brandeis, G. H., Baumann, M. M., Hossain, M., Morris, J. N., Resnick, N. M. The prevalence of potentially remediable urinary incontinence in frail older people: a study using the Minimum Data Set. J Am Geriatr Soc. 1997 Feb; 45: 179-84

42879    Weber, A. M., Walters, M. D. Anterior vaginal prolapse: review of anatomy and techniques of surgical repair. Obstet Gynecol. 1997 Feb; 89: 311-8

42881    van Waalwijk van Doorn, E. S., Ambergen, A. W., Janknegt, R. A. Detrusor activity index: quantification of detrusor overactivity by ambulatory monitoring. J Urol. 1997 Feb; 157: 596-9

42882    Eyett-Burton, C. Urinary incontinence in cats. Vet Rec. 1997 Jan 25; 140: 104

42883    Peeker, R., Damber, J. E., Hjalmas, K., Sjodin, J. G., von Zweigbergk, M. The urological fate of young adults with myelomeningocele: a three decade follow-up study. Eur Urol. 1997; 32: 213-7

42885    ter Meulen, P. H., Heesakkers, J. P., Janknegt, R. A. A study on the feasibility of vesicomyotomy in patients with motor urge incontinence. Eur Urol. 1997; 32: 166-9

42886    The Scandinavian opinion on assessment of female urinary incontinence. Proceedings of a meeting. Copenhagen, Denmark, 1995. Acta Obstet Gynecol Scand Suppl. 1997; 166: 1-60

42901    Fonda, D. Promoting continence as a health issue. Eur Urol. 1997; 32 Suppl 2: 28-32

42904    Wyman, J. F. The 'costs' of urinary incontinence. Eur Urol. 1997; 32 Suppl 2: 13-9

**Appendix A6  Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

42905   Hampel, C., Wienhold, D., Benken, N., Eggersmann, C., Thuroff, J. W. Prevalence and natural history of female incontinence. Eur Urol. 1997; 32 Suppl 2: 3-12

42906   Abrams, P. Identifying and evaluating urinary incontinence in a female population. Eur Urol. 1997; 32 Suppl 2: 1-2

42907   Basar, H., Aydoganli, L., Yuksel, M., Basar, M., Akdemir, G., Kaptanoglu, E. The outcome of urological findings in operated tethered cord patients. Int Urol Nephrol. 1997; 29: 167-71

42908   Kattan, S. A. Maternal urological injuries associated with vaginal deliveries: change of pattern. Int Urol Nephrol. 1997; 29: 155-61

42912   Giannakopoulos, X., Grammeniatis, E., Chambilomatis, P., Baltogiannis, D. Massive haemorrhage of inoperable bladder carcinomas: treatment by intravesical formalin solution. Int Urol Nephrol. 1997; 29: 33-8

42914   Wielink, G., Essink-Bot, M. L., van Kerrebroeck, P. E., Rutten, F. F. Sacral rhizotomies and electrical bladder stimulation in spinal cord injury. 2. Cost-effectiveness and quality of life analysis. Dutch Study Group on Sacral Anterior Root Stimulation. Eur Urol. 1997; 31: 441-6

42915   Cimic, J., Meuleman, E. J., Oosterhof, G. O., Hoitsma, A. J. Urological complications in renal transplantation. A comparison between living-related and cadaveric grafts. Eur Urol. 1997; 31: 433-5

42918   Hagglof, B., Andren, O., Bergstrom, E., Marklund, L., Wendelius, M. Self-esteem before and after treatment in children with nocturnal enuresis and urinary incontinence. Scand J Urol Nephrol Suppl. 1997; 183: 79-82

42919   Jonas, U., Hofner, K., Madersbacher, H., Holmdahl, T. H. Efficacy and safety of two doses of tolterodine versus placebo in patients with detrusor overactivity and symptoms of frequency, urge incontinence, and urgency: urodynamic evaluation. The International Study Group. World J Urol. 1997; 15: 144-51

42923   Blaivas, J. G., Appell, R. A., Fantl, J. A., Leach, G., McGuire, E. J., Resnick, N. M., Raz, S., Wein, A. J. Standards of efficacy for evaluation of treatment outcomes in urinary incontinence: recommendations of the Urodynamic Society. Neurourol Urodyn. 1997; 16: 145-7

42924   Van Kerrebroeck, E. V., van der Aa, H. E., Bosch, J. L., Koldewijn, E. L., Vorsteveld, J. H., Debruyne, F. M. Sacral rhizotomies and electrical bladder stimulation in spinal cord injury. Part I: Clinical and urodynamic analysis. Dutch Study Group on Sacral Anterior Root Stimulation. Eur Urol. 1997; 31: 263-71

42925   Gregory, S. P., Trower, N. D. Surgical treatment of urinary incontinence resulting from a complex congenital abnormality in two dogs. J Small Anim Pract. 1997 Jan; 38: 25-8

42926   Niewijk, A. H., Weijts, W. B. Effects of a multi-media course on urinary incontinence. Patient Educ Couns. 1997 Jan; 30: 95-103

42927   Franssen, E. H., Souren, L. E., Torossian, C. L., Reisberg, B. Utility of developmental reflexes in the differential diagnosis and prognosis of incontinence in Alzheimer's disease. J Geriatr Psychiatry Neurol. 1997 Jan; 10: 22-8

42928   Ishigooka, M., Hashimoto, T., Hayami, S., Suzuki, Y., Izumi, T., Nakada, T. Ice water test in patients with overactive bladder due to cerebrovascular accidents and bladder outlet obstruction. Urol Int. 1997; 58: 84-7

42929   Frahm, J. The role of the PT in incontinence: innovation and communication to improve patient care. Ostomy Wound Manage. 1997 Jan-Feb; 43: 42-6, 48-50, 52-3

42930   Newman, D. K. How much society pays for urinary incontinence. Ostomy Wound Manage. 1997 Jan-Feb; 43: 18-20, 22, 24-5

42931   Stein, R., Hohenfellner, K., Fisch, M., Stockle, M., Beetz, R., Hohenfellner, R. Management of bladder exstrophy and incontinent epispadias: 25 years of experience with urinary diversion. Arch Esp Urol. 1997 Jan-Feb; 50: 91-102; discussion 102-4

42933   Devarajan, R., Bishop, M. C., Sands, K. A. Hepatic abscess: a tertiary complication of Mitrofanoff continent urinary diversion. Br J Urol. 1997 Jan; 79: 137-8

42934   Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T., Tojo, M., Mori, M. Micturitional disturbance in Wernicke's encephalopathy. Neurourol Urodyn. 1997; 16: 111-5

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

42936    Samuelsson, E., Victor, A., Tibblin, G. A population study of urinary incontinence and nocturia among women aged 20-59 years. Prevalence, well-being and wish for treatment. Acta Obstet Gynecol Scand. 1997 Jan; 76: 74-80

42937    Gelet, A., Meunier, P., Platet, R. L., AbdelRahim, A. F., Friaa, S., Lopez, J. G., Manzan, K., Dubernard, J. M. Treatment of dual urinary and fecal incontinence by implantation of two AMS 800 artificial sphincters. Case report. Eur Urol. 1997; 31: 115-7; discussion 117-8

42938    Vijverberg, M. A., Elzinga-Plomp, A., Messer, A. P., van Gool, J. D., de Jong, T. P. Bladder rehabilitation, the effect of a cognitive training programme on urge incontinence. Eur Urol. 1997; 31: 68-72

42940    Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Can simultaneous perineal sonography and urethrocystometry help explain urethral pressure variations?. Neurourol Urodyn. 1997; 16: 31-8

42941    Quattrocolo, G., Leombruni, S., Vaula, G., Bergui, M., Riva, A., Bradac, G. B., Bergamini, L. Autosomal dominant late-onset leukoencephalopathy. Clinical report of a new Italian family. Eur Neurol. 1997; 37: 53-61

42942    Curtis, M. R., Gormley, E. A., Latini, J. M., Halsted, A. C., Heaney, J. A. Prospective development of a cost-efficient program for the pubovaginal sling. Urology. 1997 Jan; 49: 41-5

42944    Nakayama, H., Jorgensen, H. S., Pedersen, P. M., Raaschou, H. O., Olsen, T. S. Prevalence and risk factors of incontinence after stroke. The Copenhagen Stroke Study. Stroke. 1997 Jan; 28: 58-62

42946    Krauss, J. K., Regel, J. P., Droste, D. W., Orszagh, M., Borremans, J. J., Vach, W. Movement disorders in adult hydrocephalus. Mov Disord. 1997 Jan; 12: 53-60

42948    Chancellor, M. B., Strup, S., Rivas, D. A., Watanabe, T., Gomella, L. G. Rectus urethromyoplasty of radical prostatectomy anastomosis decreases postoperative incontinence and anastomotic stricture; technique and preliminary results. J Urol. 1997 Jan; 157: 371-5

42949    Di Benedetto, V., Gioviale, M., Bagnara, V., Cacciaguerra, S., Di Benedetto, A. The anterior sagittal transanorectal approach: a modified approach to 1- stage clitoral vaginoplasty in severely masculinized female pseudohermaphrodites--preliminary results. J Urol. 1997 Jan; 157: 330-2

42953    Govier, F. E., Gibbons, R. P., Correa, R. J., Weissman, R. M., Pritchett, T. R., Hefty, T. R. Pubovaginal slings using fascia lata for the treatment of intrinsic sphincter deficiency. J Urol. 1997 Jan; 157: 117-21

42954    Duldulao, K. E., Diokno, A. C., Mitchell, B. Value of urinary cytology in women presenting with urge incontinence and/or irritative voiding symptoms. J Urol. 1997 Jan; 157: 113-6

42955    Fontaine, E., Bendaya, S., Desert, J. F., Fakacs, C., Le Mouel, M. A., Beurton, D. Combined modified rectus fascial sling and augmentation ileocystoplasty for neurogenic incontinence in women. J Urol. 1997 Jan; 157: 109-12

42956    Close, C. E., Mitchell, M. E. Continent gastric tube: new techniques and long-term followup. J Urol. 1997 Jan; 157: 51-5

42957    Sylora, J. A., Gonzalez, R., Vaughn, M., Reinberg, Y. Intermittent self-catheterization by quadriplegic patients via a catheterizable Mitrofanoff channel. J Urol. 1997 Jan; 157: 48-50

42960    Hayes, S. Nurses take the lead. Nurs Times. 1996 Dec 11-17; 92: 53-4

42961    Resnick, N. M. An 89-year-old woman with urinary incontinence. JAMA. 1996 Dec 11; 276: 1832-40

42963    Choe, J. M., Staskin, D. R. Artificial urinary sphincter: evolution and development. J Long Term Eff Med Implants. 1997; 7: 75-100

42964    Sasso, K. C., Gallo, M. Patient selection criteria for treatment of urinary incontinence with pelvic floor stimulation. Urol Nurs. 1996 Dec; 16: 135-9

42965    Elgamasy, A. N., Lewis, V., Hassouna, M. E., Ghoniem, G. M. Effect of transvaginal stimulation in the treatment of detrusor instability. Urol Nurs. 1996 Dec; 16: 127-30

42968    Capitanucci, M. L., Iacobelli, B. D., Silveri, M., Mosiello, G., De Gennaro, M. Long-term urological follow-up of occult spinal dysraphism in children. Eur J Pediatr Surg. 1996 Dec; 6 Suppl 1: 25-6

---

     © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

42972   Millard, R. J., Wang, Y. Early clinical experience with continent urinary diversion. Aust N Z J Surg. 1996 Dec; 66: 826-9

42973   Hall, A. F., Theofrastous, J. P., Cundiff, G. W., Harris, R. L., Hamilton, L. F., Swift, S. E., Bump, R. C. Interobserver and intraobserver reliability of the proposed International Continence Society, Society of Gynecologic Surgeons, and American Urogynecological Society pelvic organ prolapse classification system. Am J Obstet Gynecol. 1996 Dec; 175: 1467-70; discussion 1470-1

42975   Benson, J. T., Lucente, V., McClellan, E. Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: a prospective randomized study with long-term outcome evaluation. Am J Obstet Gynecol. 1996 Dec; 175: 1418-21; discussion 1421-2

42976   Hoebeke, P., Vande Walle, J., Theunis, M., De Paepe, H., Oosterlinck, W., Renson, C. Outpatient pelvic-floor therapy in girls with daytime incontinence and dysfunctional voiding. Urology. 1996 Dec; 48: 923-7

42977   Brenner, H. Measures of differential diagnostic value of diagnostic procedures. J Clin Epidemiol. 1996 Dec; 49: 1435-39

42978   Ferro, J. M., Falcao, I., Rodrigues, G., Canhao, P., Melo, T. P., Oliveira, V., Pinto, A. N., Crespo, M., Salgado, A. V. Diagnosis of transient ischemic attack by the nonneurologist. A validation study. Stroke. 1996 Dec; 27: 2225-9

42979   Lehur, P. A., Michot, F., Denis, P., Grise, P., Leborgne, J., Teniere, P., Buzelin, J. M. Results of artificial sphincter in severe anal incontinence. Report of 14 consecutive implantations. Dis Colon Rectum. 1996 Dec; 39: 1352-5

42981   Kyles, A. E., Vaden, S., Hardie, E. M., Stone, E. A. Vestibulovaginal stenosis in dogs: 18 cases (1987-1995). J Am Vet Med Assoc. 1996 Dec 1; 209: 1889-93

42984   Miller, K. L. Hormone replacement therapy in the elderly. Clin Obstet Gynecol. 1996 Dec; 39: 912-32

42985   Nazir, T., Khan, Z., Barber, H. R. Urinary incontinence. Clin Obstet Gynecol. 1996 Dec; 39: 906-11

42987   Muskat, Y., Bukovsky, I., Schneider, D., Langer, R. The use of scopolamine in the treatment of detrusor instability. J Urol. 1996 Dec; 156: 1989-90

42990   Newman, D. K. What's new: the AHCPR guideline update on urinary incontinence. Ostomy Wound Manage. 1996 Nov-Dec; 42: 46-50, 52-4, 56 passim

42991   Newman, D. K., Wallace, J., Blackwood, N., Spencer, C. Promoting healthy bladder habits for seniors. Ostomy Wound Manage. 1996 Nov-Dec; 42: 18-22, 24-5, 28

42994   Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T. Micturitional disturbance in syringomyelia. J Neurol Sci. 1996 Nov; 143: 100-6

42997   Fuller, M. A., Borovicka, M. C., Jaskiw, G. E., Simon, M. R., Kwon, K., Konicki, P. E. Clozapine-induced urinary incontinence: incidence and treatment with ephedrine. J Clin Psychiatry. 1996 Nov; 57: 514-8

42999   Bartels, R. H., de Vries, J. Hemi-cauda equina syndrome from herniated lumbar disc: a neurosurgical emergency?. Can J Neurol Sci. 1996 Nov; 23: 296-9

43000   Rabin, J. M., McNett, J., Badlani, G. H. A computerized voiding diary. J Reprod Med. 1996 Nov; 41: 801-6

43001   Samandari, T., Smith, B. D., Morgan, H. J. Progressive somnolence and confusion in a patient with hereditary hemorrhagic telangiectasias. Tenn Med. 1996 Nov; 89: 417-8

43003   White, R. N., Davies, J. V., Gregory, S. P. Vaginourethroplasty for treatment of urethral obstruction in the bitch. Vet Surg. 1996 Nov-Dec; 25: 503-10

43008   Van Savage, J. G., Khoury, A. E., McLorie, G. A., Churchill, B. M. Outcome analysis of Mitrofanoff principle applications using appendix and ureter to umbilical and lower quadrant stomal sites. J Urol. 1996 Nov; 156: 1794-7

43009   Gee, W. F., Holtgrewe, H. L., Albertsen, P. C., Litwin, M. S., Manyak, M. J., O'Leary, M. P., Painter, M. R., Blizzard, R. T., Fenninger, R. B., Emmons, L. Practice trends of American urologists in the treatment of impotence, incontinence and infertility. J Urol. 1996 Nov; 156: 1778-80

# Appendix A6. Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

43010　Perkash, I. Vesicourethral dysfunction--neurogenic and nonneurogenic considerations. J Urol. 1996 Nov; 156: 1751-2

43011　Cespedes, R. D., Cross, C. A., McGuire, E. J. Modified Ingelman-Sundberg bladder denervation procedure for intractable urge incontinence. J Urol. 1996 Nov; 156: 1744-7

43012　Flood, H. D., Alevizatos, C., Liu, J. L. Sex differences in the determination of abdominal leak point pressure in patients with intrinsic sphincter deficiency. J Urol. 1996 Nov; 156: 1737-40

43016　Rigby, D. Continence. Face to face support. Nurs Times. 1996 Oct 9-15; 92: 84

43017　Rogers, J. Continence. Single-minded action. Nurs Times. 1996 Oct 9-15; 92: 78-80

43018　McLean, C. Continence. The wraps come off. Interview by Jenine Willis. Nurs Times. 1996 Oct 9-15; 92: 72-5

43019　Kisanga, R. E., Aboud, M. M., Yongolo, C. M. Ureterosigmoidostomy: a useful procedure of internal urinary diversion in selected patients. Cent Afr J Med. 1996 Oct; 42: 288-90

43022　McCarthy, J. M., Mullan, E. The elderly with a learning disability (mental retardation): an overview. Int Psychogeriatr. 1996 Fall; 8: 489-501

43023　Valvanne, J., Juva, K., Erkinjuntti, T., Tilvis, R. Major depression in the elderly: a population study in Helsinki. Int Psychogeriatr. 1996 Fall; 8: 437-43

43024　Nasu, K., Yoshimatsu, J., Miyakawa, I., Nakagawa, M., Nomura, Y. Absence of vagina and hypoplasia of the urethra and ectopia of the ureter. J Obstet Gynaecol Res. 1996 Oct; 22: 451-4

43025　Hutchinson, S., Leger-Krall, S., Skodol Wilson, H. Toileting: a biobehavioral challenge in Alzheimer's dementia care. J Gerontol Nurs. 1996 Oct; 22: 18-27

43027　Griffiths, D. J., Versi, E. Urethral function. Curr Opin Obstet Gynecol. 1996 Oct; 8: 372-5

43028　Monga, A. Fascia--defects and repair. Curr Opin Obstet Gynecol. 1996 Oct; 8: 366-71

43029　Blakeman, P., Hilton, P. Cellular and molecular biology in urogynaecology. Curr Opin Obstet Gynecol. 1996 Oct; 8: 357-60

43030　Nygaard, I. E. Nonoperative management of urinary incontinence. Curr Opin Obstet Gynecol. 1996 Oct; 8: 347-50

43031　Stevenson, K. R. Voiding dysfunction in women. Curr Opin Obstet Gynecol. 1996 Oct; 8: 343-6

43032　Helweg-Larsen, S. Clinical outcome in metastatic spinal cord compression. A prospective study of 153 patients. Acta Neurol Scand. 1996 Oct; 94: 269-75

43034　Catanzaro, J. Managing incontinence: an update. RN. 1996 Oct; 59: 38-9, 41-4; quiz 45

43035　Nevo, Y., Pestronk, A., Lopate, G., Carroll, S. L. Neuropathy of metachromatic leukodystrophy: improvement with immunomodulation. Pediatr Neurol. 1996 Oct; 15: 237-9

43037　Segreti, E. M., Morris, M., Levenback, C., Lucas, K. R., Gershenson, D. M., Burke, T. W. Transverse colon urinary diversion in gynecologic oncology. Gynecol Oncol. 1996 Oct; 63: 66-70

43040　Tetzschner, T., Sorensen, M., Lose, G., Christiansen, J. Anal and urinary incontinence in women with obstetric anal sphincter rupture. Br J Obstet Gynaecol. 1996 Oct; 103: 1034-40

43041　Schiff, D., O'Neill, B. P. Intramedullary spinal cord metastases: clinical features and treatment outcome. Neurology. 1996 Oct; 47: 906-12

43047　Duckett, J. R. Women with urinary incontinence should be referred to a specialist. BMJ. 1996 Sep 21; 313: 754

43048　Ruud Bosch, J. L., Groen, J. Treatment of refractory urge urinary incontinence with sacral spinal nerve stimulation in multiple sclerosis patients. Lancet. 1996 Sep 14; 348: 717-9

43050　Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T. Micturitional disturbance in acute disseminated encephalomyelitis (ADEM). J Auton Nerv Syst. 1996 Sep 12; 60: 200-5

# American Urological Association, Inc.

## SUI Guidelines Panel

**43051** Chiverton, P. A., Wells, T. J., Brink, C. A., Mayer, R. Psychological factors associated with urinary incontinence. Clin Nurse Spec. 1996 Sep; 10: 229-33

**43052** Schaffer, J., Fantl, J. A. Urogenital effects of the menopause. Baillieres Clin Obstet Gynaecol. 1996 Sep; 10: 401-17

**43053** McLaughlin, A., Sciuto, D. Catheter patrols: a unique way to reduce the use of convenience urinary catheters. Geriatr Nurs. 1996 Sep-Oct; 17: 240-3; quiz 243-4

**43055** Diokno, A. C., Atassi, O. Urinary incontinence. Compr Ther. 1996 Sep; 22: 592-7

**43056** Rackley, R., Kursh, E. D. Evaluation and medical management of female urinary incontinence. Compr Ther. 1996 Sep; 22: 547-53

**43057** Saltzman, D. A., Telander, M. J., Brennom, W. S., Telander, R. L. Transanal mucosectomy: a modification of the Soave procedure for Hirschsprung's disease. J Pediatr Surg. 1996 Sep; 31: 1272-5

**43058** Okada, Y., Shichiri, Y., Terai, A., Kakehi, Y., Terachi, T., Arai, Y., Yoshida, O. Management of late complications of continent urinary diversion using the Kock pouch and the Indiana pouch procedures. Int J Urol. 1996 Sep; 3: 334-9

**43060** Okur, H., Kucikaydin, M., Kazez, A., Turan, C., Bozkurt, A. Genitourinary tract injuries in girls. Br J Urol. 1996 Sep; 78: 446-9

**43063** Schulman, S. L., Zderic, S., Kaplan, P. Increased prevalence of urinary symptoms and voiding dysfunction in Williams syndrome. J Pediatr. 1996 Sep; 129: 466-9

**43064** Ween, J. E., Alexander, M. P., D'Esposito, M., Roberts, M. Incontinence after stroke in a rehabilitation setting: outcome associations and predictive factors. Neurology. 1996 Sep; 47: 659-63

**43067** Smith, A. Y., Borden, T. Excisional plication of the ileocecal valve: a useful adjunct for the construction of continent urinary diversions. J Urol. 1996 Sep; 156: 1118-9

**43069** Woodward, S. Impact of neurological problems on urinary continence. Br J Nurs. 1996 Aug 8-Sep 11; 5: 906-13

**43070** Nazarko, L. In search of relief. Nurs Times. 1996 Aug 7-13; 92: 68, 70

**43071** Nazarko, L. A matter of urgency. Nurs Times. 1996 Aug 7-13; 92: 63-4, 66, 68

**43072** Mantle, F. Eliminate the problem. Nurs Times. 1996 Aug 7-13; 92: 50-1

**43073** Dolman, M., Chase, J. Comparison between the Health Belief Model and Subjective Expected Utility Theory: predicting incontinence prevention behaviour in post- partum women. J Eval Clin Pract. 1996 Aug; 2: 217-22

**43076** Ding, Y. Y., Sahadevan, S., Pang, W. S., Choo, P. W. Clinical utility of a portable ultrasound scanner in the measurement of residual urine volume. Singapore Med J. 1996 Aug; 37: 365-8

**43077** Tsuboniwa, N., Kuroda, M., Hanafusa, T., Maeda, O., Saiki, S., Kinouchi, T., Miki, T., Usami, M., Kotake, T. Giant hydronephrosis of bilateral duplex systems associated with ureteral ectopia: a case report. Hinyokika Kiyo. 1996 Aug; 42: 587-90

**43078** Johansson, C., Hellstrom, L., Ekelund, P., Milsom, I. Urinary incontinence: a minor risk factor for hip fractures in elderly women. Maturitas. 1996 Aug; 25: 21-8

**43080** Fuchs, J., Gluer, S., Mildenberger, H. One-stage reconstruction of bladder exstrophy. Eur J Pediatr Surg. 1996 Aug; 6: 212-5

**43081** Kockum, C. C., Hansson, E., Stenberg, A., Svensson, J., Malmfors, G. Bladder exstrophy in Sweden--a long-term follow-up study. Eur J Pediatr Surg. 1996 Aug; 6: 208-11

**43082** Strohbehn, K. Managed care in reconstructive pelvic surgery and urogynecology. Curr Opin Obstet Gynecol. 1996 Aug; 8: 319-24

**43084** Hunskaar, S., Seim, A., Freeman, T. The journey of incontinent women from community to university clinic; implications for selection bias, gatekeeper function, and primary care. Fam Pract. 1996 Aug; 13: 363-8

**Appendix A6: Bibliography sorted by Procite Number**

## American Urological Association, Inc.

### SUI Guidelines Panel

43085    Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T. Micturition disturbance in acute transverse myelitis. Spinal Cord. 1996 Aug; 34: 481-5

43086    Nickel, R. F., van den Brom, W. E. Simultaneous diuresis cysto-urethrometry and multichannel urethral pressure profilometry in continent female dogs. Am J Vet Res. 1996 Aug; 57: 1131-6

43087    Krauss, J. K., Droste, D. W., Vach, W., Regel, J. P., Orszagh, M., Borremans, J. J., Tietz, A., Seeger, W. Cerebrospinal fluid shunting in idiopathic normal-pressure hydrocephalus of the elderly: effect of periventricular and deep white matter lesions. Neurosurgery. 1996 Aug; 39: 292-9; discussion 299-300

43088    Lose, G., Ulmsten, U., Nilsson, C. G., Kulseng-Hanssen, S., Ludviksson, K. Scandinavian urogynecology. Current status and visions for the future. Acta Obstet Gynecol Scand. 1996 Aug; 75: 603-4

43090    Simeoni, J., Guys, J. M., Mollard, P., Buzelin, J. M., Moscovici, J., Bondonny, J. M., Melin, Y., Lortat-Jacob, S., Aubert, D., Costa, F., Galifer, B., Debeugny, P. Artificial urinary sphincter implantation for neurogenic bladder: a multi-institutional study in 107 children. Br J Urol. 1996 Aug; 78: 287-93

43091    Karakayali, H., Bilgin, N., Moray, G., Demirbas, M., Ozkardes, H. Major urological complications in 1051 consecutive renal transplants. Transplant Proc. 1996 Aug; 28: 2339-40

43095    Kalkanis, S. N., Blumenfeld, H., Sherman, J. C., Krebs, D. E., Irizarry, M. C., Parker, S. W., Cosgrove, G. R. Delayed complications thirty-six years after hemispherectomy: a case report. Epilepsia. 1996 Aug; 37: 758-62

43096    Ryhammer, A. M., Laurberg, S., Hermann, A. P. Long-term effect of vaginal deliveries on anorectal function in normal perimenopausal women. Dis Colon Rectum. 1996 Aug; 39: 852-9

43098    Gross, J. S., Shua-Haim, J. R. Urinary incontinence responsive to desmopressin: a case report. J Am Geriatr Soc. 1996 Aug; 44: 1015-6

43104    Kaplinsky, R., Greenfield, S., Wan, J., Fera, M. Expanded followup of intravesical oxybutynin chloride use in children with neurogenic bladder. J Urol. 1996 Aug; 156: 753-6

43106    Leonard, M. P., Decter, A., Mix, L. W., Johnson, H. W., Coleman, G. U. Treatment of urinary incontinence in children by endoscopically directed bladder neck injection of collagen. J Urol. 1996 Aug; 156: 637-40; discussion 640-1

43108    Levesque, P. E., Bauer, S. B., Atala, A., Zurakowski, D., Colodny, A., Peters, C., Retik, A. B. Ten-year experience with the artificial urinary sphincter in children. J Urol. 1996 Aug; 156: 625-8

43109    Lima, S. V., Araujo, L. A., Vilar, F. O., Kummer, C. L., Lima, E. C. Combined use of enterocystoplasty and a new type of artificial sphincter in the treatment of urinary incontinence. J Urol. 1996 Aug; 156: 622-4

43110    Norton, C. Asking simple questions: promoting continence (repeat) (continuing education credit). Nurs Stand. 1996 Jul 31; 10: 5-17; quiz 21-5

43111    Cheater, F. Promoting urinary continence (continuing education credit). Nurs Stand. 1996 Jul 10; 10: 47-51; quiz 53-4

43112    Winters, J. C., Appell, R. A. Collagen injection therapy in the treatment of urinary incontinence. Tech Urol. 1996 Summer; 2: 59-64

43113    Pearson, B. D., Kelber, S. Urinary incontinence: treatments, interventions, and outcomes. Clin Nurse Spec. 1996 Jul; 10: 177-82

43115    Lieu, P. K., Chia, H. H., Heng, L. C., Ding, Y. Y., Choo, P. W. Carer-assisted intermittent urethral catheterisation in the management of persistent retention of urine in elderly women. Ann Acad Med Singapore. 1996 Jul; 25: 562-5

43116    McCarthy, M., Lay, M., Addington-Hall, J. Dying from heart disease. J R Coll Physicians Lond. 1996 Jul-Aug; 30: 325-8

43118    Miyazaki, E., Tsuda, T., Mochizuki, A., Sugisaki, K., Ando, M., Matsumoto, T., Sawabe, T., Kumamoto, T. Sarcoidosis presenting as bilateral hydronephrosis. Intern Med. 1996 Jul; 35: 579-82

43119    Castleden, C. M., Parker, S. G. Lower urinary tract dysfunction in Parkinson's disease: changes relate to age not disease. Age Ageing. 1996 Jul; 25: 336

## American Urological Association, Inc.

### SUI Guidelines Panel

**43122** Canavan, K. ANA endorses guidelines for smoking cessation, urinary incontinence. Am Nurse. 1996 Jul-Aug; 28: 8

**43123** Webster, J. J., Williams, G. Adhesions of the labia minora. Br J Urol. 1996 Jul; 78: 146-7

**43126** Mayeaux, E. J., Jr, Johnson, C. Current concepts in postmenopausal hormone replacement therapy. J Fam Pract. 1996 Jul; 43: 69-75

**43127** Khan, K. S., Chien, P. F. Evaluation of the home pad test in the investigation of female urinary incontinence. Br J Obstet Gynaecol. 1996 Jul; 103: 720

**43129** Williams, M. E., Richman, J., Scatliff, J. A 67-year-old woman with a progressive gait disturbance. J Am Geriatr Soc. 1996 Jul; 44: 843-6

**43130** Chandawarkar, R. Y. Sacrococcygeal chordoma: review of 50 consecutive patients. World J Surg. 1996 Jul-Aug; 20: 717-9

**43132** Raz, S., Stothers, L., Young, G. P., Short, J., Marks, B., Chopra, A., Wahle, G. R. Vaginal wall sling for anatomical incontinence and intrinsic sphincter dysfunction: efficacy and outcome analysis. J Urol. 1996 Jul; 156: 166-70

**43133** Norton, C. Providing appropriate services for continence: an overview. Nurs Stand. 1996 Jun 26; 10: 41-5

**43134** Yusuf, S. W., Booth, S. A., Mishra, R. M. Falls and urinary incontinence in a 66-year-old woman. Lancet. 1996 Jun 22; 347: 1738

**43135** Langford, R. Continence. Behind closed doors. Nurs Times. 1996 Jun 12-8; 92: 72

**43136** Seim, A., Sivertsen, B., Eriksen, B. C., Hunskaar, S. Treatment of urinary incontinence in women in general practice: observational study. BMJ. 1996 Jun 8; 312: 1459-62

**43138** Sampselle, C. M., Miller, J. M., Herzog, A. R., Diokno, A. C. Behavioral modification: group teaching outcomes. Urol Nurs. 1996 Jun; 16: 59-63

**43139** Oostra, K., Everaert, K., Van Laere, M. Urinary incontinence in brain injury. Brain Inj. 1996 Jun; 10: 459-64

**43141** Kaneko, K., Ohtsuka, Y., Suzuki, Y., Yabuta, K., Yamataka, A., Miyano, T. Masked ureteral duplication with ectopic ureter detected by magnetic resonance imaging. Acta Paediatr Jpn. 1996 Jun; 38: 291-3

**43142** Ravalli, R., Brettschneider, N. Nursing assessment and management strategies for urinary incontinence. J Endourol. 1996 Jun; 10: 297-300

**43151** Albo, M., Dupont, M. C., Raz, S. Transvaginal correction of pelvic prolapse. J Endourol. 1996 Jun; 10: 231-9

**43157** Muthukumar, N. Surgical treatment of nonprogressive neurological deficits in children with sacral agenesis. Neurosurgery. 1996 Jun; 38: 1133-7; discussion 1137-8

**43158** Yang, J. M. Factors affecting urethrocystographic parameters in urinary continent women. J Clin Ultrasound. 1996 Jun; 24: 249-55

**43159** Ahmed, S., Fouda-Neel, K., Borghol, M. Continence after bladder-neck reconstruction in patients with bladder exstrophy and pubic diastasis. Br J Urol. 1996 Jun; 77: 896-9

**43160** Jackson, S., Donovan, J., Brookes, S., Eckford, S., Swithinbank, L., Abrams, P. The Bristol Female Lower Urinary Tract Symptoms questionnaire: development and psychometric testing. Br J Urol. 1996 Jun; 77: 805-12

**43161** Chandiramani, V. A., Peterson, T., Duthie, G. S., Fowler, C. J. Urodynamic changes during therapeutic intravesical instillations of capsaicin. Br J Urol. 1996 Jun; 77: 792-7

**43162** Lee, S. S., Robichaux, W., Elsergany, R. E., Ghoniem, G. M. Persistence of injectable collagen in human urethra: case report. Urology. 1996 Jun; 47: 940-1

**43166** Danek, A., Uttner, I., Yoursry, T., Pfister, H. W. Lyme neuroborreliosis disguised as normal pressure hydrocephalus. Neurology. 1996 Jun; 46: 1743-5

**43167** Dooneief, G., Marlink, R., Bell, K., Marder, K., Renjifo, B., Stern, Y., Mayeux, R. Neurologic consequences of HTLV-II infection in injection-drug users. Neurology. 1996 Jun; 46: 1556-60

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A6: Bibliography sorted by Procite Number**

# American Urological Association, Inc.

**SUI Guidelines Panel**

---

43168    Touho, H., Karasawa, J., Tenjin, H., Ueda, S. Omental transplantation using a superficial temporal artery previously used for encephaloduroarteriosynangiosis. Surg Neurol. 1996 Jun; 45: 550-8; discussion 558-9

43169    Martensson, O., Duchek, M. Translabial sonography in evaluating the lower female urogenital tract. AJR Am J Roentgenol. 1996 Jun; 166: 1327-31

43172    McGuire, E. J. This month in Investigative Urology. Commentary on antibody production in response to collagen injection. J Urol. 1996 Jun; 155: 1830

43173    James, W. H. Smoke them out. Nature. 1996 May 30; 381: 363

43174    McCarthy, T. C. Cystoscopy and biopsy of the feline lower urinary tract. Vet Clin North Am Small Anim Pract. 1996 May; 26: 463-82

43175    Lede, R. L., Belizan, J. M., Carroli, G. Is routine use of episiotomy justified?. Am J Obstet Gynecol. 1996 May; 174: 1399-402

43177    Boemers, T. M., de Jong, T. P., van Gool, J. D., Bax, K. M. Urologic problems in anorectal malformations. Part 2: functional urologic sequelae. J Pediatr Surg. 1996 May; 31: 634-7

43179    Schaer, G. N., Koechli, O. R., Schuessler, B., Haller, U. Perineal ultrasound: determination of reliable examination procedures. Ultrasound Obstet Gynecol. 1996 May; 7: 347-52

43180    Cochrane, D. D., Wilson, R. D., Steinbok, P., Farquharson, D. F., Irwin, B., Irvine, B., Chambers, K. Prenatal spinal evaluation and functional outcome of patients born with myelomeningocele: information for improved prenatal counselling and outcome prediction. Fetal Diagn Ther. 1996 May-Jun; 11: 159-68

43181    Sultan, A. H., Monga, A. K., Stanton, S. L. The pelvic floor sequelae of childbirth. Br J Hosp Med. 1996 May 1-14; 55: 575-9

43184    Resnick, B., Slocum, D., Ra, L., Moffett, P. Geriatric rehabilitation: nursing interventions and outcomes focusing on urinary function and knowledge of medications. Rehabil Nurs. 1996 May-Jun; 21: 142-7

43185    Rousseau, T., Sapin, E., Helardot, P. G. Congenital vesicovaginal fistula. Br J Urol. 1996 May; 77: 760-1

43186    Mouriquand, P. D., Boddy, S. Salvage procedures for failed Benchekroun hydraulic valves: experience in four patients. Br J Urol. 1996 May; 77: 740-4

43188    Nordstrom, O., Sandin, R. Recall during intermittent propofol anaesthesia. Br J Anaesth. 1996 May; 76: 699-701

43189    Brown, J. S., Seeley, D. G., Fong, J., Black, D. M., Ensrud, K. E., Grady, D. Urinary incontinence in older women: who is at risk? Study of Osteoporotic Fractures Research Group. Obstet Gynecol. 1996 May; 87: 715-21

43191    McGuire, E. J., Cespedes, R. D., Cross, C. A., O'Connell, H. E. Videourodynamic studies. Urol Clin North Am. 1996 May; 23: 309-21

43194    Routt, M. L., Simonian, P. T., Defalco, A. J., Miller, J., Clarke, T. Internal fixation in pelvic fractures and primary repairs of associated genitourinary disruptions: a team approach. J Trauma. 1996 May; 40: 784-90

43195    Eason, E. L., Feldman, P. Contact dermatitis associated with the use of Always sanitary napkins. CMAJ. 1996 Apr 15; 154: 1173-6

43196    Dawson, C., Whitfield, H. ABC of urology. Urinary incontinence and urinary infection. BMJ. 1996 Apr 13; 312: 961-4

43197    Sadler, C. Combatting incontinence after childbirth. Br J Nurs. 1996 Apr 11-24; 5: 448-9

43198    Haslam, J. Continence. Working together. Nurs Times. 1996 Apr 10-16; 92: 68

43199    Pomfret, I. Continence. Comprehensive care to order. Nurs Times. 1996 Apr 10-16; 92: 62-4

43200    Pyne, K., Stott, M. Continence. Delivering the best service. Nurs Times. 1996 Apr 10-16; 92: 60-2

43201    Stanley, R. Treatment of continence in people with learning disabilities: 2. Br J Nurs. 1996 Apr 25-May 8; 5: 492-8

43202    Sakakibara, R., Hattori, T., Yasuda, K., Yamanishi, T. Micturitional disturbance after acute hemispheric stroke: analysis of the lesion site by CT and MRI. J Neurol Sci. 1996 Apr; 137: 47-56

# American Urological Association, Inc.

## SUI Guidelines Panel

43204    Midgard, R., Riise, T., Nyland, H. Impairment, disability, and handicap in multiple sclerosis. A cross- sectional study in an incident cohort in More and Romsdal County, Norway. J Neurol. 1996 Apr; 243: 337-44

43205    Zimakoff, J., Stickler, D. J., Pontoppidan, B., Larsen, S. O. Bladder management and urinary tract infections in Danish hospitals, nursing homes, and home care: a national prevalence study. Infect Control Hosp Epidemiol. 1996 Apr; 17: 215-21

43206    Murthy, V. K., Orkin, B. A., Smith, L. E., Glassman, L. M. Excellent outcome using selective criteria for rectocele repair. Dis Colon Rectum. 1996 Apr; 39: 374-8

43207    el Ghoneimi, A., Miranda, J., Truong, T., Monfort, G. Ectopic ureter with complete ureteric duplication: conservative surgical management. J Pediatr Surg. 1996 Apr; 31: 467-72

43208    Johansson, C., Molander, U., Milsom, I., Ekelund, P. Association between urinary incontinence and urinary tract infections, and fractures in postmenopausal women. Maturitas. 1996 Apr; 23: 265-71

43209    Tetrud, J. W., Golbe, L. I., Forno, L. S., Farmer, P. M. Autopsy-proven progressive supranuclear palsy in two siblings. Neurology. 1996 Apr; 46: 931-4

43210    Avanoglu, A., Ulman, I., Herek, O., Ozok, G., Gokdemir, A. Posterior urethral injuries in children. Br J Urol. 1996 Apr; 77: 597-600

43211    Mevorach, R. A., Bogaert, G. A., Baskin, L. S., Lazzaretti, C. C., Edwards, M. S., Kogan, B. A. Lower urinary tract function in ambulatory children with spina bifida. Br J Urol. 1996 Apr; 77: 593-6

43212    Woodhouse, C. R., Redgrave, N. G. Late failure of the reconstructed exstrophy bladder. Br J Urol. 1996 Apr; 77: 590-2

43214    Tarvonen-Schroder, S., Roytta, M., Raiha, I., Kurki, T., Rajala, T., Sourander, L. Clinical features of leuko- araiosis. J Neurol Neurosurg Psychiatry. 1996 Apr; 60: 431-6

43215    Arnold, S., Hubler, M., Lott-Stolz, G., Rusch, P. Treatment of urinary incontinence in bitches by endoscopic injection of glutaraldehyde cross-linked collagen. J Small Anim Pract. 1996 Apr; 37: 163-8

43216    Karram, M. M., Partoll, L., Rahe, J. Efficacy of nonsurgical therapy for urinary incontinence. J Reprod Med. 1996 Apr; 41: 215-9

43217    Landau, R., Last, U., Aldor, R., Hartman, M. Sex and sociocultural correlates of urinary incontinence in Israeli preschool children. J Gen Psychol. 1996 Apr; 123: 150-68

43219    Misra, D., Chana, J., Drake, D. P., Kiely, E. M., Spitz, L. Operative trauma to the genitourinary tract in the treatment of anorectal malformations: 15 years' experience. Urology. 1996 Apr; 47: 559-62

43220    King, D. H., Hlavinka, T. C., Sarosdy, M. F. Additional experience with continent urinary diversion using cutaneous ileocecocystoplasty. Urology. 1996 Apr; 47: 471-5

43221    Ouslander, J. G., Simmons, S., Schnelle, J., Uman, G., Fingold, S. Effects of prompted voiding on fecal continence among nursing home residents. J Am Geriatr Soc. 1996 Apr; 44: 424-8

43222    Ouslander, J. G., Schapira, M., Schnelle, J. F., Fingold, S. Pyuria among chronically incontinent but otherwise asymptomatic nursing home residents. J Am Geriatr Soc. 1996 Apr; 44: 420-3

43223    Ellsworth, P. I., Webb, H. W., Crump, J. M., Barraza, M. A., Stevens, P. S., Mesrobian, H. G. The Malone antegrade colonic enema enhances the quality of life in children undergoing urological incontinence procedures. J Urol. 1996 Apr; 155: 1416-8

43224    McMahon, D. R., Cain, M. P., Husmann, D. A., Kramer, S. A. Vesical neck reconstruction in patients with the exstrophy-epispadias complex. J Urol. 1996 Apr; 155: 1411-3

43225    Schilling, A., Krawczak, G., Friesen, A., Kruse, H. Pregnancy in a patient with an ileal substitute bladder followed by severe destabilization of the pelvic support. J Urol. 1996 Apr; 155: 1389-90

43226    Nitti, V. W. The role of clinical research in the diagnosis and treatment of urinary incontinence. J Urol. 1996 Apr; 155: 1268-9

Case 2:14-md-02592-EEF-MBN Document 5104-5 Filed 01/20/17 Page 651 of 800 PageID #: 146726

# Appendix A6 Bibliography sorted by Procite Number

**American Urological Association, Inc.**

**SUI Guidelines Panel**

43229    Ben-Chaim, J., Jeffs, R. D., Reiner, W. G., Gearhart, J. P. The outcome of patients with classic bladder extrophy in adult life. J Urol. 1996 Apr; 155: 1251-2

43230    DuBeau, C. Urinary incontinence: taking action against this 'silent epidemic'. Interview by Marc E. Weksler. Geriatrics. 1996 Apr; 51: 47-51

43231    Reuben, D. B., Maly, R. C., Hirsch, S. H., Frank, J. C., Oakes, A. M., Siu, A. L., Hays, R. D. Physician implementation of and patient adherence to recommendations from comprehensive geriatric assessment. Am J Med. 1996 Apr; 100: 444-51

43232    Moore, A. A., Siu, A. L. Screening for common problems in ambulatory elderly: clinical confirmation of a screening instrument. Am J Med. 1996 Apr; 100: 438-43

43233    Davila, G. W. Vaginal prolapse: management with nonsurgical techniques. Postgrad Med. 1996 Apr; 99: 171-6, 181, 184-5

43236    Luukinen, H., Koski, K., Kivela, S. L., Laippala, P. Social status, life changes, housing conditions, health, functional abilities and life-style as risk factors for recurrent falls among the home-dwelling elderly. Public Health. 1996 Mar; 110: 115-8

43238    Samsioe, G. Medical and surgical strategies for treating urogynecological disorders. Int J Fertil Menopausal Stud. 1996 Mar-Apr; 41: 136-41

43239    Wozniak-Petrofsky, J. Periurethral collagen injection in the treatment of urinary incontinence. Urol Nurs. 1996 Mar; 16: 20-2

43240    Sueppel, C., Arthur, C., Van Why, K., Lepic, M., Foutain, K. A comprehensive screening program for urinary dysfunction in older adults. Urol Nurs. 1996 Mar; 16: 14-9

43243    Kohler-Ockmore, J., Feneley, R. C. Long-term catheterization of the bladder: prevalence and morbidity. Br J Urol. 1996 Mar; 77: 347-51

43245    Billington, A. Workplace continence awareness. Occup Health (Lond). 1996 Mar; 48: 96

43247    Peet, S. M., Castleden, C. M., McGrother, C. W., Duffin, H. M. The management of urinary incontinence in residential and nursing homes for older people. Age Ageing. 1996 Mar; 25: 139-43

43249    Nakagawa, H., Fujita, T., Kubo, S., Izumoto, S., Nakajima, Y., Tsuruzono, K., Tokiyoshi, K., Hayakawa, T. Ventriculolumbar perfusion chemotherapy with methotrexate and cytosine arabinoside for meningeal carcinomatosis: a pilot study in 13 patients. Surg Neurol. 1996 Mar; 45: 256-64

43253    Del-Ser, T., Munoz, D. G., Hachinski, V. Temporal pattern of cognitive decline and incontinence is different in Alzheimer's disease and diffuse Lewy body disease. Neurology. 1996 Mar; 46: 682-6

43254    Boemers, T. M., Soorani-Lunsing, I. J., de Jong, T. P., Pruijs, H. E. Urological problems after surgical treatment of scoliosis in children with myelomeningocele. J Urol. 1996 Mar; 155: 1066-9

43257    O'Brien, J. Evaluating primary care interventions for incontinence. Nurs Stand. 1996 Feb 28; 10: 40-3

43258    Henry, T. Continence. Survey shows hidden problem. Nurs Times. 1996 Feb 14-20; 92: 62-6

43259    Davies, L. A vital consideration. Nurs Times. 1996 Feb 7-14; 92: 165

43262    Rivas, D. A., Chancellor, M. B., Liu, J. -. B., Hanau, C., Bagley, D. H., Goldberg, B. Endoluminal ultrasonographic and histologic evaluation of periurethral collagen injection. J Endourol. 1996 Feb; 10: 61-6

43263    Singh, G., Thomas, D. G. Artificial urinary sphincter in patients with neurogenic bladder dysfunction. Br J Urol. 1996 Feb; 77: 252-5

43267    Rabin, J. M., McNett, J., Badlani, G. H. 'Compu-Void II': the computerized voiding diary. J Med Syst. 1996 Feb; 20: 19-34

43268    Toba, K., Ouchi, Y., Orimo, H., Iimura, O., Sasaki, H., Nakamura, Y., Takasaki, M., Kuzuya, F., Sekimoto, H., Yoshioka, H., Ogiwara, T., Kimura, I., Ozawa, T., Fujishima, M. Urinary incontinence in elderly inpatients in Japan: a comparison between general and geriatric hospitals. Aging (Milano). 1996 Feb; 8: 47-54

**Appendix A6. Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

43269   Fultz, N. H., Herzog, A. R. Epidemiology of urinary symptoms in the geriatric population. Urol Clin North Am. 1996 Feb; 23: 1-10

43270   Baker, J., Norton, P. Evaluation of absorbent products for women with mild to moderate urinary incontinence. Appl Nurs Res. 1996 Feb; 9: 29-33

43273   Versi, E., Orrego, G., Hardy, E., Seddon, G., Smith, P., Anand, D. Evaluation of the home pad test in the investigation of female urinary incontinence. Br J Obstet Gynaecol. 1996 Feb; 103: 162-7

43274   Wilson, P. D., Herbison, R. M., Herbison, G. P. Obstetric practice and the prevalence of urinary incontinence three months after delivery. Br J Obstet Gynaecol. 1996 Feb; 103: 154-61

43275   Chua, K. S., Kong, K. H. Functional outcome in brain stem stroke patients after rehabilitation. Arch Phys Med Rehabil. 1996 Feb; 77: 194-7

43285   Gregory, S. P., Cripps, P. J., Holt, P. E. Comparison of urethral pressure profilometry and contrast radiography in the diagnosis of incompetence of the urethral sphincter mechanism in bitches. Vet Rec. 1996 Jan 20; 138: 58-61

43286   Newman, D. K. Urinary incontinence management in the USA: the role of the nurse. Br J Nurs. 1996 Jan 25-Feb 7; 5: 78, 80, 82-8

43294   Petros, P. E. Re: Farrell SA and Tynskl G. 'The effect of urethral pressure variation in women.' Int Urogynecol J 1996;7:87-93. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 274

43298   Hohlbrugger, G. Leaky urothelium and/or vesical ischemia enable urinary potassium to cause idiopathic urgency/frequency syndrome and urge incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 242-55

43301   Scowen, P. Childbirth and continence: 2. Prof Care Mother Child. 1996; 6: 119-23

43302   Penalver, M. A., Barreau, G., Sevin, B. U., Averette, H. E. Surgery for the treatment of locally recurrent disease. J Natl Cancer Inst Monogr. 1996; : 117-22

43304   Griffiths, D. J., Harrison, G., Moore, K., McCracken, P. Variability of post-void residual urine volume in the elderly. Urol Res. 1996; 24: 23-6

43305   Myers, A. H., Palmer, M. H., Engel, B. T., Warrenfeltz, D. J., Parker, J. A. Mobility in older patients with hip fractures: examining prefracture status, complications, and outcomes at discharge from the acute-care hospital. J Orthop Trauma. 1996; 10: 99-107

43306   Dowd, T. T., Campbell, J. M., Jones, J. A. Fluid intake and urinary incontinence in older community-dwelling women. J Community Health Nurs. 1996; 13: 179-86

43309   Resnick, N. M., Brandeis, G. H., Baumann, M. M., Morris, J. N. Evaluating a national assessment strategy for urinary incontinence in nursing home residents: reliability of the minimum data set and validity of the resident assessment protocol. Neurourol Urodyn. 1996; 15: 583-98

43313   Kobak, W. H., Rosenberger, K., Walters, M. D. Interobserver variation in the assessment of pelvic organ prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 121-4

43314   Nichols, D. H. What is new in vaginal surgery?. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 115-6

43316   Vereecken, R. L. Physiological and pathological urethral pressure variations. Urol Int. 1996; 57: 145-50

43317   Schultz, A., Talseth, T. Continent urinary diversion in patients with dysfunction of the lower urinary tract. Experience with the detubularized right colonic segment as urinary reservoir. Scand J Urol Nephrol Suppl. 1996; 179: 93-6

43319   Andersen, J. T., Sander, P. Minimal care--a new concept for the management of urinary incontinence in an open access, interdisciplinary incontinence clinic. The way ahead?. Scand J Urol Nephrol Suppl. 1996; 179: 55-60

43320   Abrams, P., Klevmark, B. Frequency volume charts: an indispensable part of lower urinary tract assessment. Scand J Urol Nephrol Suppl. 1996; 179: 47-53

43323   Levin, R. M., Levin, S. S., Wein, A. J. Etiology of incontinence: a review and hypothesis. Scand J Urol Nephrol Suppl. 1996; 179: 15-25

**Appendix A6. Bibliography sorted by Procite Number**

## American Urological Association, Inc.

**SUI Guidelines Panel**

---

43326   Marymont, M. H., Geohas, J., Tomita, T., Strauss, L., Brand, W. N., Mittal, B. B. Hyperfractionated craniospinal radiation in medulloblastoma. Pediatr Neurosurg. 1996; 24: 178-84

43327   Misra, U. K., Kalita, J., Srivastava, M., Mandal, S. K. A study of prognostic predictors of supratentorial haematomas. J Neurol. 1996 Jan; 243: 96-100

43328   Thorpe, A. C. Significance of rectal contraction noted on multichannel urodynamics. Neurourol Urodyn. 1996; 15: 577-8

43329   Scowen, P. Childbirth and continence: 1. Prof Care Mother Child. 1996; 6: 91-4

43330   McIntosh, L. J., Stanitski, D. F., Mallett, V. T., Frahm, J. D., Richardson, D. A., Evans, M. I. Ehlers-Danlos syndrome: relationship between joint hypermobility, urinary incontinence, and pelvic floor prolapse. Gynecol Obstet Invest. 1996; 41: 135-9

43331   Turan, C., Zorlu, C. G., Ekin, M., Hancerliogullari, N., Saracoglu, F. Urinary incontinence in women of reproductive age. Gynecol Obstet Invest. 1996; 41: 132-4

43333   Bladou, F., Houvenaeghel, G., Delpero, J. R., Monges, G., Serment, G., Guerinel, G. Construction of a urinary sphincter by means of an electrically stimulated striated muscle: experimental procedure and urodynamic results on canine model. Int Surg. 1996 Jan-Mar; 81: 94-8

43335   Schaer, G., Koelbl, H., Voigt, R., Merz, E., Anthuber, C., Niemeyer, R., Ralph, G., Bader, W., Fink, D., Grischke, E. Recommendations of the German Association of Urogynecology on functional sonography of the lower female urinary tract. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 105-8

43340   Nygaard, I. E. Postvoid residual volume cannot be accurately estimated by bimanual examination. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 74-6

43343   Bernstein, I., Sejr, T., Able, I., Andersen, J. T., Fischer-Rasmussen, W., Klarskov, P., Lose, G., Madsen, H., Mortensen, S., Tetzschner, T., Walter, S. Assessment of lower urinary tract symptoms in women by a self-administered questionnaire: test-retest reliability. Int Urogynecol J Pelvic Floor Dysfunct. 1996; 7: 37-47

43348   Fall, M., Geirsson, G. Positive ice-water test: a predictor of neurological disease?. World J Urol. 1996; 14 Suppl 1: S51-4

43350   Chancellor, M. B., Rivas, D. A., Bourgeois, I. M. Laplace's law and the risks and prevention of bladder rupture after enterocystoplasty and bladder autoaugmentation. Neurourol Urodyn. 1996; 15: 223-33

43351   Robinson, D., Rainer, R. O., Washburn, S. A., Clarkson, T. B. Effects of estrogen and progestin replacement on the urogenital tract of the ovariectomized cynomolgus monkey. Neurourol Urodyn. 1996; 15: 215-21

43354   Carr, M. C., Mitchell, M. E. Continent gastric pouch. World J Urol. 1996; 14: 112-6

43355   Lang, E. W., Chesnut, R. M., Hennerici, M. Urinary retention and space-occupying lesions of the frontal cortex. Eur Neurol. 1996; 36: 43-7

43356   Robinson, D., McClish, D. K., Wyman, J. F., Bump, R. C., Fanti, J. A. Comparison between urinary diaries completed with and without intensive patient instructions. Neurourol Urodyn. 1996; 15: 143-8

43357   Trsinar, B., Kraij, B. Maximal electrical stimulation in children with unstable bladder and nocturnal enuresis and/or daytime incontinence: a controlled study. Neurourol Urodyn. 1996; 15: 133-42

43359   Griffiths, D. J., McCracken, P. N., Harrison, G. M., Moore, K. N. Urge incontinence in elderly people: factors predicting the severity of urine loss before and after pharmacological treatment. Neurourol Urodyn. 1996; 15: 53-7

43363   Pantuck, A. J., Barone, J. G., Rosenfeld, D. L., Fleisher, M. H. Occult bilateral ectopic vaginal ureters causing urinary incontinence: diagnosis by computed tomography. Abdom Imaging. 1996 Jan-Feb; 21: 78-80

43364   Lalos, O., Lalos, A. Urinary, climacteric and sexual symptoms one year after treatment of endometrial and cervical cancer. Eur J Gynaecol Oncol. 1996; 17: 128-36

43367   Gilja, I., Kovacic, M., Radej, M., Kosuta, D., Bakula, B., Goles, L. The sigmoidorectal pouch (Mainz pouch II). Eur Urol. 1996; 29: 210-5

---

# Appendix A6. Bibliography sorted by Procite Number

**American Urological Association, Inc.**

**SUI Guidelines Panel**

43369    Dewan, P. A., Fraundorfer, M. Skin migration following periurethral polytetrafluorethylene injection for urinary incontinence. Aust N Z J Surg. 1996 Jan; 66: 57-9

43370    Urinary incontinence. Number 213--October 1995 (replaces No. 100, January 1987. Committee on Technical Bulletins of the American College of Obstetricians and Gynecologists. Int J Gynaecol Obstet. 1996 Jan; 52: 75-86

43372    Wagner, T. H., Patrick, D. L., Bavendam, T. G., Martin, M. L., Buesching, D. P. Quality of life of persons with urinary incontinence: development of a new measure. Urology. 1996 Jan; 47: 67-71; discussion 71-2

43376    Blok, C. Re: Extensive urodynamic investigation: interaction among diuresis, detrusor instability, urethral relaxation, incontinence and complaints in women with a history of urge incontinence. J Urol. 1996 Jan; 155: 290-1

43389    Notelovitz, M. Estrogen therapy in the management of problems associated with urogenital ageing: a simple diagnostic test and the effect of the route of hormone administration. Maturitas. 1995 Dec; 22 Suppl: S31-3

43391    Stenberg, A., Heimer, G., Ulmsten, U. The prevalence of urogenital symptoms in postmenopausal women. Maturitas. 1995 Dec; 22 Suppl: S17-S20

43392    Bachmann, G. Urogenital ageing: an old problem newly recognized. Maturitas. 1995 Dec; 22 Suppl: S1-S5

43394    Margolis, M. T., Thoen, L. D., Boike, G. M., Mercer, L. J., Keith, L. G. Asymptomatic endometrial carcinoma after endometrial ablation. Int J Gynaecol Obstet. 1995 Dec; 51: 255-8

43396    Umlauf, M. G., Mathis, J. A. Urinary incontinence among primiparous women. Urol Nurs. 1995 Dec; 15: 112-6

43403    Coward, R. T., Horne, C., Peek, C. W. Predicting nursing home admissions among incontinent older adults: a comparison of residential differences across six years. Gerontology. 1995 Dec; 35: 732-43

43404    Fried, G. W., Goetz, G., Potts-Nulty, S., Cioschi, H. M., Staas, W. E., Jr A behavioral approach to the treatment of urinary incontinence in a disabled population. Arch Phys Med Rehabil. 1995 Dec; 76: 1120-4

43408    Addington-Hall, J., Lay, M., Altmann, D., McCarthy, M. Symptom control, communication with health professionals, and hospital care of stroke patients in the last year of life as reported by surviving family, friends, and officials. Stroke. 1995 Dec; 26: 2242-8

43409    Schnelle, J. F., MacRae, P. G., Ouslander, J. G., Simmons, S. F., Nitta, M. Functional Incidental Training, mobility performance, and incontinence care with nursing home residents. J Am Geriatr Soc. 1995 Dec; 43: 1356-62

43410    Williams, K., Roe, B., Sindhu, F. Using a handbook to improve nurses' continence care. Nurs Stand. 1995 Nov 15-21; 10: 39-42

43411    Sakakibara, R., Hattori, T., Tojo, M., Yamanishi, T., Yasuda, K., Hirayama, K. The location of the paths subserving micturition: studies in patients with cervical myelopathy. J Auton Nerv Syst. 1995 Nov 6; 55: 165-8

43412    O'Brien, J., Long, H. Urinary incontinence: long term effectiveness of nursing intervention in primary care. BMJ. 1995 Nov 4; 311: 1208

43414    Talbot, L. A., Cox, M. Differences in coping strategies among community-residing older adults with functional urinary continence, dysfunctional urinary continence and actual urinary incontinence. Ostomy Wound Manage. 1995 Nov-Dec; 41: 30-2, 34-7

43416    Gray, R., Stern, G., Malone-Lee, J. Lower urinary tract dysfunction in Parkinson's disease: changes relate to age and not disease. Age Ageing. 1995 Nov; 24: 499-504

43417    Perrouin-Verbe, B., Labat, J. J., Richard, I., Mauduyt de la Greve, I., Buzelin, J. M., Mathe, J. F. Clean intermittent catheterisation from the acute period in spinal cord injury patients. Long term evaluation of urethral and genital tolerance. Paraplegia. 1995 Nov; 33: 619-24

43418    Matsui, M., Enoki, M., Matsui, Y., Oono, S., Ohta, M., Suenaga, A., Kuroda, Y. Seronegative myasthenia gravis associated with atonic urinary bladder and accommodative insufficiency. J Neurol Sci. 1995 Nov; 133: 197-9

43419    Weiner, H. L., Constantini, S., Cohen, H., Wisoff, J. H. Current treatment of normal-pressure hydrocephalus: comparison of flow- regulated and differential-pressure shunt valves. Neurosurgery. 1995 Nov; 37: 877-84

# American Urological Association, Inc.

## SUI Guidelines Panel

**43421**   Enzelsberger, H., Helmer, H., Kurz, C. Intravesical instillation of oxybutynin in women with idiopathic detrusor instability: a randomised trial. Br J Obstet Gynaecol. 1995 Nov; 102: 929-30

**43423**   Ryhammer, A. M., Bek, K. M., Laurberg, S. Multiple vaginal deliveries increase the risk of permanent incontinence of flatus urine in normal premenopausal women. Dis Colon Rectum. 1995 Nov; 38: 1206-9

**43426**   Janknegt, R. A., Heesakkers, J. P., Weil, E. H., Baeten, C. G. Electrically stimulated gracilis sphincter (dynamic graciloplasty) for treatment of intrinsic sphincter deficiency: a pilot study on feasibility and side effects. J Urol. 1995 Nov; 154: 1830-3

**43428**   Diokno, A., Yuhico, M., Jr Preference, compliance and initial outcome of therapeutic options chosen by female patients with urinary incontinence. J Urol. 1995 Nov; 154: 1727-30; discussion 1731

**43429**   Delodovici, M. L., Fowler, C. J. Clinical value of the pudendal somatosensory evoked potential. Electroencephalogr Clin Neurophysiol. 1995 Nov; 96: 509-15

**43430**   Langley, T. Training staff to provide a continence helpline. Prof Nurse. 1995 Nov; 11: 121-4

**43432**   Wilkinson, K., Williamson, B. Lights, camera, action!. Nurs Stand. 1995 Oct 25-31; 10: 19-21

**43434**   Boulter, P. Increasing independence. Nurs Stand. 1995 Oct 18-24; 10: 18-20

**43438**   Levi, R., Hultling, C., Seiger, A. The Stockholm Spinal Cord Injury Study: 2. Associations between clinical patient characteristics and post-acute medical problems. Paraplegia. 1995 Oct; 33: 585-94

**43439**   Mast, P., Hoebeke, P., Wyndaele, J. J., Oosterlinck, W., Everaert, K. Experience with augmentation cystoplasty. A review. Paraplegia. 1995 Oct; 33: 560-4

**43440**   Shader, R. I., Oesterheld, J. R. Case 7: the addled nonagenarian. J Clin Psychopharmacol. 1995 Oct; 15: 378

**43441**   Martinez, R. Erdheim-Chester disease: MR of intraaxial and extraaxial brain stem lesions. AJNR Am J Neuroradiol. 1995 Oct; 16: 1787-90

**43445**   Prasher, V. P., Filer, A. Behavioural disturbance in people with Down's syndrome and dementia. J Intellect Disabil Res. 1995 Oct; 39 ( Pt 5): 432-6

**43447**   Schnelle, J. F., McNees, P., Crooks, V., Ouslander, J. G. The use of a computer-based model to implement an incontinence management program. Gerontologist. 1995 Oct; 35: 656-65

**43448**   Kelleher, C. J., Cardozo, L. D., Toozs-Hobson, P. M. Quality of life and urinary incontinence. Curr Opin Obstet Gynecol. 1995 Oct; 7: 404-8

**43453**   van Waalwijk van Doorn, E. S., Gommer, E. D. Ambulatory urodynamics. Curr Opin Obstet Gynecol. 1995 Oct; 7: 378-81

**43455**   O'Connell, H. E., McGuire, E. J., Aboseif, S., Usui, A. Transurethral collagen therapy in women. J Urol. 1995 Oct; 154: 1463-5

**43456**   Creagh, T. A., McInerney, P. D., Thomas, P. J., Mundy, A. R. Pregnancy after lower urinary tract reconstruction in women. J Urol. 1995 Oct; 154: 1323-4

**43457**   Schnelle, J. F., Keeler, E., Hays, R. D., Simmons, S., Ouslander, J. G., Siu, A. L. A cost and value analysis of two interventions with incontinent nursing home residents. J Am Geriatr Soc. 1995 Oct; 43: 1112-7

**43458**   Alessi, C. A., Schnelle, J. F., MacRae, P. G., Ouslander, J. G., al-Samarrai, N., Simmons, S. F., Traub, S. Does physical activity improve sleep in impaired nursing home residents?. J Am Geriatr Soc. 1995 Oct; 43: 1098-102

**43460**   Smith, W. Initiative to advise shoppers on continence. Nurs Times. 1995 Sep 13-19; 91: 11-2

**43461**   Bradley, M., Ferris, W., Barr, O. Continence promotion in adults with learning disabilities. Nurs Times. 1995 Sep 27-Oct 3; 91: 38-9

**43463**   Walsh, A. Incontinence in the older woman. Ir Med J. 1995 Sep-Oct; 88: 151

**43464**   Carroll, T. A., Kelly, D. Nocturnal enuresis. A parental nightmare. Ir Med J. 1995 Sep-Oct; 88: 146, 148

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**43465**  Valldeoriola, F., Valls-Sole, J., Tolosa, E. S., Marti, M. J. Striated anal sphincter denervation in patients with progressive supranuclear palsy. Mov Disord. 1995 Sep; 10: 550-5

**43467**  Rivas, D. A., Karasick, S., Chancellor, M. B. Cutaneous ileocystostomy (a bladder chimney) for the treatment of severe neurogenic vesical dysfunction. Paraplegia. 1995 Sep; 33: 530-5

**43469**  Jones, L. C. Urinary incontinence: a major health issue for women. AWHONN Voice. 1995 Sep; 3: 9-10

**43472**  Kuller, J. A., Katz, V. L., McCoy, M. C., Hansen, W. F. Pregnancy complicated by Guillain-Barre syndrome. South Med J. 1995 Sep; 88: 987-9

**43474**  Richardson, J. P., Hricz, L. Risk factors for the development of bacteremia in nursing home patients. Arch Fam Med. 1995 Sep; 4: 785-9

**43475**  Batista, J. E., Bauer, S. B., Shefner, J. M., Kelly, M. D., Darbey, M. D., Siroky, M. B. Urodynamic findings in children with spinal cord ischemia. J Urol. 1995 Sep; 154: 1183-7

**43479**  Stein, R., Fisch, M., Bauer, H., Friedberg, V., Hohenfellner, R. Operative reconstruction of the external and internal genitalia in female patients with bladder exstrophy or incontinent epispadias. J Urol. 1995 Sep; 154: 1002-7

**43480**  Brooks, M. J. Assessment and nursing management of homebound clients with urinary incontinence. Home Healthc Nurse. 1995 Sep-Oct; 13: 11-6; quiz 17-9

**43481**  Swaffield, J. Quality audit--a review of the literature concerning delivery of continence care. J Clin Nurs. 1995 Sep; 4: 277-82

**43485**  Moore, K. N., Gray, M., Rayome, R. Electric stimulation and urinary incontinence: research and alternatives. Urol Nurs. 1995 Sep; 15: 94-6

**43486**  Dowd, T. T., Campbell, J. M. Urinary incontinence in an acute care setting. Urol Nurs. 1995 Sep; 15: 82-5

**43487**  Sandvik, H., Hunskaar, S. General practitioners' management of female urinary incontinence. Medical records do not reflect patients' recall. Scand J Prim Health Care. 1995 Sep; 13: 168-74

**43488**  Mikhail, M. S., Anyaegbunam, A. Lower urinary tract dysfunction in pregnancy: a review. Obstet Gynecol Surv. 1995 Sep; 50: 675-83

**43489**  McCandless, S., Mason, G. Physical therapy as an effective change agent in the treatment of patients with urinary incontinence. J Miss State Med Assoc. 1995 Sep; 36: 271-4

**43490**  Ryan, A., McFadden, L. Timely intervention. Nurs Times. 1995 Aug 16-22; 91: 56, 59

**43491**  Haggar, V. Strong developments. Nurs Times. 1995 Aug 16-22; 91: 53-4

**43494**  Morita, T., Kihara, K., Nagamatsu, H., Oshima, H., Kishimoto, T. Effects of clenbuterol on rabbit vesicourethral muscle contractility. J Smooth Muscle Res. 1995 Aug; 31: 119-27

**43496**  Sayegh, M. E., French, M. E. Urge incontinence secondary to a large abdominal haematoma. Br J Urol. 1995 Aug; 76: 261-2

**43497**  Hellstrom, A., Hanson, E., Hansson, S., Hjalmas, K., Jodal, U. Micturition habits and incontinence at age 17-- reinvestigation of a cohort studied at age 7. Br J Urol. 1995 Aug; 76: 231-4

**43498**  Williams, E. R., Malone, P. S. The social implications of lower urinary tract reconstruction performed during childhood. Br J Urol. 1995 Aug; 76: 226-30

**43499**  Singh, G., Thomas, D. G. Intermittent catheterization following enterocystoplasty. Br J Urol. 1995 Aug; 76: 175-8

**43501**  Chaliha, C., Williams, G. Periurethral injection therapy for the treatment of urinary incontinence. Br J Urol. 1995 Aug; 76: 151-5

**43503**  Stanton, S. L. An unusual cause of post-menopausal bleeding and incontinence of urine: primary lymphoma of the vagina. Br J Obstet Gynaecol. 1995 Aug; 102: 672-3

**43504**  Engberg, S. J., McDowell, B. J., Burgio, K. L., Watson, J. E., Belle, S. Self-care behaviors of older women with urinary incontinence. J Gerontol Nurs. 1995 Aug; 21: 7-14

# Appendix A6  Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

43507    Winters, J. C., Appell, R. Periurethral injection of collagen in the treatment of intrinsic sphincteric deficiency in the female patient. Urol Clin North Am. 1995 Aug; 22: 673-8

43508    Trockman, B. A., Leach, G. E. Surgical treatment of intrinsic urethral dysfunction: injectables (fat). Urol Clin North Am. 1995 Aug; 22: 665-71

43514    Bloom, D. A., Faerber, G., Bomalaski, M. D. Urinary incontinence in girls. Evaluation, treatment, and its place in the standard model of voiding dysfunctions in children. Urol Clin North Am. 1995 Aug; 22: 521-38

43515    Romanzi, L. J., Heritz, D. M., Blaivas, J. G. Preliminary assessment of the incontinent woman. Urol Clin North Am. 1995 Aug; 22: 513-20

43516    Elbadawi, A. Pathology and pathophysiology of detrusor in incontinence. Urol Clin North Am. 1995 Aug; 22: 499-512

43517    Diokno, A. C. Epidemiology and psychosocial aspects of incontinence. Urol Clin North Am. 1995 Aug; 22: 481-5

43518    Moreno, J. G., Chancellor, M. B., Karasick, S., King, S., Abdill, C. K., Rivas, D. A. Improved quality of life and sexuality with continent urinary diversion in quadriplegic women with umbilical stoma. Arch Phys Med Rehabil. 1995 Aug; 76: 758-62

43519    Lentz, S. S., Homesley, H. D. Radiation-induced vesicosacral fistula: treatment with continent urinary diversion. Gynecol Oncol. 1995 Aug; 58: 278-80

43520    Gerdin, E., Cnattingius, S., Johnson, P. Complications after radiotherapy and radical hysterectomy in early-stage cervical carcinoma. Acta Obstet Gynecol Scand. 1995 Aug; 74: 554-61

43522    Jayanthi, V. R., Churchill, B. M., McLorie, G. A., Khoury, A. E. Concomitant bladder neck closure and Mitrofanoff diversion for the management of intractable urinary incontinence. J Urol. 1995 Aug; 154: 886-8

43523    Hensle, T. W., Kirsch, A. J., Kennedy, W. A., 2nd, Reiley, E. A. Bladder neck closure in association with continent urinary diversion. J Urol. 1995 Aug; 154: 883-5

43524    Walker, R. D., 3rd, Flack, C. E., Hawkins-Lee, B., Lim, D. J., Parramore, H., Hackett, R. L. Rectus fascial wrap: early results of a modification of the rectus fascial sling. J Urol. 1995 Aug; 154: 771-4

43525    Husmann, D. A., Ewalt, D. H., Glenski, W. J., Bernier, P. A. Ureterocele associated with ureteral duplication and a nonfunctioning upper pole segment: management by partial nephroureterectomy alone. J Urol. 1995 Aug; 154: 723-6

43526    Bosch, J. L., Groen, J. Sacral (S3) segmental nerve stimulation as a treatment for urge incontinence in patients with detrusor instability: results of chronic electrical stimulation using an implantable neural prosthesis. J Urol. 1995 Aug; 154: 504-7

43527    MacDiarmid, S. A., Arnold, E. P., Palmer, N. B., Anthony, A. Management of spinal cord injured patients by indwelling suprapubic catheterization. J Urol. 1995 Aug; 154: 492-4

43528    Piccini, C., Bracco, L., Falcini, M., Pracucci, G., Amaducci, L. Natural history of Alzheimer's disease: prognostic value of plateaus. J Neurol Sci. 1995 Aug; 131: 177-82

43530    Jain, P., Parada, J. P., David, A., Smith, L. G. Overuse of the indwelling urinary tract catheter in hospitalized medical patients. Arch Intern Med. 1995 Jul 10; 155: 1425-9

43532    Sandvik, H., Hunskaar, S. The epidemiology of pad consumption among community-dwelling incontinent women. J Aging Health. 1995 Aug; 7: 417-26

43535    Neumann, C., Schmid, H. Relationship between the degree of cardiovascular autonomic dysfunction and symptoms of neuropathy and other complications of diabetes mellitus. Braz J Med Biol Res. 1995 Jul; 28: 751-7

43538    Elder, J. S. Autoaugmentation gastrocystoplasty: early clinical results. J Urol. 1995 Jul; 154: 322-3

43542    Quinn, M. Pelvic floor physiology in women with faecal incontinence and urinary symptoms. Br J Surg. 1995 Jul; 82: 998

43543    Wennergren, H., Oberg, B. Pelvic floor exercises for children: a method of treating dysfunctional voiding. Br J Urol. 1995 Jul; 76: 9-15

**Appendix A6. Bibliography sorted by Procite Number**

# American Urological Association, Inc.

## SUI Guidelines Panel

| | |
|---|---|
| 43545 | Chamary, V. L. An unusual cause of iatrogenic bladder stone. Br J Urol. 1995 Jul; 76: 138 |
| 43546 | Products and services: continence/incontinence. Ostomy Wound Manage. 1995 Jul; 41: 19-22, 24-30, 32 passim |
| 43547 | Palumbo, M. V. Continence consultation for the rural homebound. Home Healthc Nurse. 1995 Jul-Aug; 13: 61-7; quiz 68-70 |
| 43550 | Cummings, V., Holt, R., van der Sloot, C., Moore, K., Griffiths, D. Costs and management of urinary incontinence in long-term care. J Wound Ostomy Continence Nurs. 1995 Jul-Aug; 22: 193-8 |
| 43551 | Byers, P. H., Ryan, P. A., Regan, M. B., Shields, A., Carta, S. G. Effects of incontinence care cleansing regimens on skin integrity. J Wound Ostomy Continence Nurs. 1995 Jul; 22: 187-92 |
| 43552 | Aronovitch, S. A. A descriptive study of the career mobility of ET nurses. J Wound Ostomy Continence Nurs. 1995 Jul; 22: 166-72 |
| 43553 | Owen, D. C., Getz, P. A., Bulla, S. A comparison of characteristics of patients with completed stroke: those who achieve continence and those who do not. Rehabil Nurs. 1995 Jul-Aug; 20: 197-203 |
| 43554 | Resnick, B. A bladder scan trial in geriatric rehabilitation. Rehabil Nurs. 1995 Jul-Aug; 20: 194-6, 203 |
| 43556 | Alessi, C. A., Schnelle, J. F., Traub, S., Ouslander, J. G. Psychotropic medications in incontinent nursing home residents: association with sleep and bed mobility. J Am Geriatr Soc. 1995 Jul; 43: 788-92 |
| 43557 | Ouslander, J. G., Schapira, M., Fingold, S., Schnelle, J. Accuracy of rapid urine screening tests among incontinent nursing home residents with asymptomatic bacteriuria. J Am Geriatr Soc. 1995 Jul; 43: 772-5 |
| 43559 | Koldewijn, E. L., Hommes, O. R., Lemmens, W. A., Debruyne, F. M., van Kerrebroeck, P. E. Relationship between lower urinary tract abnormalities and disease- related parameters in multiple sclerosis. J Urol. 1995 Jul; 154: 169-73 |
| 43560 | Szonyi, G., Collas, D. M., Ding, Y. Y., Malone-Lee, J. G. Oxybutynin with bladder retraining for detrusor instability in elderly people: a randomized controlled trial. Age Ageing. 1995 Jul; 24: 287-91 |
| 43561 | Fonda, D., Woodward, M., D'Astoli, M., Chin, W. F. Sustained improvement of subjective quality of life in older community- dwelling people after treatment of urinary incontinence. Age Ageing. 1995 Jul; 24: 283-6 |
| 43563 | Incontinence. Causes, management and provision of services. A Working Party of the Royal College of Physicians. J R Coll Physicians Lond. 1995 Jul-Aug; 29: 272-4 |
| 43564 | Cheater, F. Promoting urinary continence. Nurs Stand. 1995 Jun 21-28; 9: 33-7; quiz 38-9 |
| 43565 | Dolman, M. Continence. Remedial action. Nurs Times. 1995 Jun 14-20; 91: 57-60 |
| 43566 | Dillner, L. Incontinence needs better services, says report. BMJ. 1995 Jun 3; 310: 1429-30 |
| 43569 | Ouslander, J. G., Schnelle, J. F., Uman, G., Fingold, S., Nigam, J. G., Tuico, E., Jensen, B. B. Does oxybutynin add to the effectiveness of prompted voiding for urinary incontinence among nursing home residents? A placebo-controlled trial. J Am Geriatr Soc. 1995 Jun; 43: 610-7 |
| 43570 | van Bennekom, C. A., Jelles, F., Lankhorst, G. J., Bouter, L. M. The Rehabilitation Activities Profile: a validation study of its use as a disability index with stroke patients. Arch Phys Med Rehabil. 1995 Jun; 76: 501-7 |
| 43571 | Henly, D. R., Barrett, D. M., Weiland, T. L., O'Connor, M. K., Malizia, A. A., Wein, A. J. Particulate silicone for use in periurethral injections: local tissue effects and search for migration. J Urol. 1995 Jun; 153: 2039-43 |
| 43572 | Vukovich, J. G., McKenna, P. H., Grice, G. P., Docimo, S. G. A heterotopic autoinnervated urinary neosphincter. J Urol. 1995 Jun; 153: 2010-3 |
| 43573 | Mitteness, L. S., Barker, J. C. Stigmatizing a 'normal' condition: urinary incontinence in late life. Med Anthropol Q. 1995 Jun; 9: 188-210 |
| 43574 | Sandvik, H. Criterion validity of responses to patient vignettes: an analysis based on management of female urinary incontinence. Fam Med. 1995 Jun; 27: 388-92 |
| 43575 | Nunns, D., Higgins, S. P., Hamad, H., Haye, K. R. An unusual cause of incontinence. Genitourin Med. 1995 Jun; 71: 197-8 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6. Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**43576**    Davis, V. M. Electric stimulation: does nursing have a role in the treatment of adult urinary incontinence?. Urol Nurs. 1995 Jun; 15: 56-60

**43577**    Peguero, E., Abou-Khalil, B., Fakhoury, T., Mathews, G. Self-injury and incontinence in psychogenic seizures. Epilepsia. 1995 Jun; 36: 586-91

**43579**    Baker, D. I., Bice, T. W. The influence of urinary incontinence on publicly financed home care services to low-income elderly people. Gerontologist. 1995 Jun; 35: 360-9

**43581**    Campostrini, F., Garusi, G., Donati, E. A practical technique for conformal simulation in radiation therapy of pelvic tumors. Int J Radiat Oncol Biol Phys. 1995 May 15; 32: 355-65

**43582**    Ouslander, J. G., Schapira, M., Schnelle, J. F., Uman, G., Fingold, S., Tuico, E., Nigam, J. G. Does eradicating bacteriuria affect the severity of chronic urinary incontinence in nursing home residents?. Ann Intern Med. 1995 May 15; 122: 749-54

**43583**    Ouslander, J. G., Schnelle, J. F., Uman, G., Fingold, S., Nigam, J. G., Tuico, E., Bates-Jensen, B. Predictors of successful prompted voiding among incontinent nursing home residents. JAMA. 1995 May 3; 273: 1366-70

**43585**    Hoebeke, P., Van Laecke, E., Raes, A., Renson, C., Theunis, M., Vande Walle, J. Bladder function and non-neurogenic dysfunction in children: classification and terminology. Acta Urol Belg. 1995 May; 63: 93-8

**43586**    Cammu, H. Female incontinence. Clinical examination by the gynecologist. Acta Urol Belg. 1995 May; 63: 9

**43590**    Wyndaele, J. J. Non surgical treatment of female incontinence. Acta Urol Belg. 1995 May; 63: 39-40

**43592**    Vandeberg, C. Female incontinence: critical analysis of diagnostic procedures. Acta Urol Belg. 1995 May; 63: 35-6

**43594**    Beco, J. Reducing uncertainty for vesico-urethral sonography in women. Acta Urol Belg. 1995 May; 63: 13-29

**43595**    Van Kerrebroek, E. V. Female incontinence: critical analysis of diagnostic procedures. Acta Urol Belg. 1995 May; 63: 11-2

**43596**    Vereecken, R. L. Clinical history and computerized questionnaires in the evaluation of incontinence. Acta Urol Belg. 1995 May; 63: 1-7

**43597**    Lane, I. F., Lappin, M. R., Seim, H. B., 3rd Evaluation of results of preoperative urodynamic measurements in nine dogs with ectopic ureters. J Am Vet Med Assoc. 1995 May 1; 206: 1348-57

**43598**    Willis, J. Intermittent catheters. Prof Nurse. 1995 May; 10: 523-4, 527-8

**43600**    Docimo, S. G., Remmenga, S., Segne, R., Dmochowski, R. R. Hysterectomy by the transvaginal approach after intestinal bladder augmentation and psoas hitch reimplantation. J Am Coll Surg. 1995 May; 180: 610-2

**43601**    Albers, P., Foster, R. S., Bihrle, R., Adams, M. C., Keating, M. A. Ectopic ureters and ureteroceles in adults. Urology. 1995 May; 45: 870-4

**43602**    Neal, D. E., Jr, Lahaye, M. E., Lowe, D. C. Improved needle placement technique in periurethral collagen injection. Urology. 1995 May; 45: 865-6

**43607**    Bennett, C. J., Young, M. N., Adkins, R. H., Diaz, F. Comparison of bladder management complication outcomes in female spinal cord injury patients. J Urol. 1995 May; 153: 1458-60

**43611**    Waaldijk, K. Surgical classification of obstetric fistulas. Int J Gynaecol Obstet. 1995 May; 49: 161-3

**43612**    The chief scientist reports .... 'Incontinence research--the way ahead'. Health Bull (Edinb). 1995 May; 53: 174-9

**43613**    Dormal, P. A., Delberghe, X., Roeland, A. Infrarenal aortic aneurysm and spinal cord ischaemia. A new case and review of the literature. Acta Chir Belg. 1995 May-Jun; 95: 136-8

**43614**    Weinberger, M. W., Julian, T. M. Voiding dysfunction and incontinence caused by uterine retroversion. A case report. J Reprod Med. 1995 May; 40: 387-90

**43615**    Appleby, S. L. A home health perspective on the management of urinary incontinence. J Wound Ostomy Continence Nurs. 1995 May; 22: 145-52

# American Urological Association, Inc.

**SUI Guidelines Panel**

43617   Thelwell, S., Symon, C., Gay, S., Cottenden, A., Feneley, R. Continence. Systems for leg bags. Nurs Times. 1995 Apr 19-25; 91: 62-4

43618   Holt, P. E., Moore, A. H. Canine ureteral ectopia: an analysis of 175 cases and comparison of surgical treatments. Vet Rec. 1995 Apr 8; 136: 345-9

43620   Wall, L. L., Hewitt, J. K., Helms, M. J. Are vaginal and rectal pressures equivalent approximations of one another for the purpose of performing subtracted cystometry?. Obstet Gynecol. 1995 Apr; 85: 488-93

43621   Weber, A. M., Walters, M. D., Schover, L. R., Mitchinson, A. Sexual function in women with uterovaginal prolapse and urinary incontinence. Obstet Gynecol. 1995 Apr; 85: 483-7

43622   Shibata, T., Nonomura, K., Kakizaki, H., Murayama, M., Seki, T., Koyanagi, T. A case of unique communication between blind-ending ectopic ureter and ipsilateral hemi-hematocolpometra in uterus didelphys. J Urol. 1995 Apr; 153: 1208-10

43623   Zimmern, P. Incontinence. J Urol. 1995 Apr; 153: 1194-5

43626   Oh, C., Divino, C. M., Steinhagen, R. M. Anal fissure. 20-year experience. Dis Colon Rectum. 1995 Apr; 38: 378-82

43629   Wetle, T., Scherr, P., Branch, L. G., Resnick, N. M., Harris, T., Evans, D., Taylor, J. O. Difficulty with holding urine among older persons in a geographically defined community: prevalence and correlates. J Am Geriatr Soc. 1995 Apr; 43: 349-55

43637   Kelleher, C. J. Treatment of dysfunctional uterine bleeding. Ignoring urinary incontinence may reduce long term satisfaction. BMJ. 1995 Mar 25; 310: 802; discussion 804

43638   Ouslander, J. G., Schnelle, J. F. Incontinence in the nursing home. Ann Intern Med. 1995 Mar 15; 122: 438-49

43642   Skelly, J., Flint, A. J. Urinary incontinence associated with dementia. J Am Geriatr Soc. 1995 Mar; 43: 286-94

43643   Ouslander, J. G., Schapira, M., Schnelle, J. F. Urine specimen collection from incontinent female nursing home residents. J Am Geriatr Soc. 1995 Mar; 43: 279-81

43644   Van Savage, J. G., Mesrobian, H. G. The impact of prenatal sonography on the morbidity and outcome of patients with renal duplication anomalies. J Urol. 1995 Mar; 153: 768-70

43646   Kakizaki, H., Shibata, T., Shinno, Y., Kobayashi, S., Matsumura, K., Koyanagi, T. Fascial sling for the management of urinary incontinence due to sphincter incompetence. J Urol. 1995 Mar; 153: 644-7

43648   Theoharides, T. C., Sant, G. R., el-Mansoury, M., Letourneau, R., Ucci, A. A., Jr, Meares, E. M., Jr Activation of bladder mast cells in interstitial cystitis: a light and electron microscopic study. J Urol. 1995 Mar; 153: 629-36

43652   Barger, M., Woolner, B. Primary care for women. Assessment and management of genitourinary tract disorders. J Nurse Midwifery. 1995 Mar-Apr; 40: 231-45

43653   Biesecker, J. E., Edlich, R. F., Thomas, H. L., Jr, Steers, W. D. Recent advances in absorbent products for the incontinent patient with burns. J Burn Care Rehabil. 1995 Mar-Apr; 16: 146-53; discussion 145

43654   Rintala, R. J., Lindahl, H. Is normal bowel function possible after repair of intermediate and high anorectal malformations?. J Pediatr Surg. 1995 Mar; 30: 491-4

43655   Baram, D. A. Hypnosis in reproductive health care: a review and case reports. Birth. 1995 Mar; 22: 37-42

43656   Sumfest, J. M., Burns, M. W., Mitchell, M. E. Pseudoureterocele: potential for misdiagnosis of an ectopic ureter as a ureterocele. Br J Urol. 1995 Mar; 75: 401-5

43657   Roberts, J. P., Moon, S., Malone, P. S. Treatment of neuropathic urinary and faecal incontinence with synchronous bladder reconstruction and the antegrade continence enema procedure. Br J Urol. 1995 Mar; 75: 386-9

43659   Seim, A., Sandvik, H., Hermstad, R., Hunskaar, S. Female urinary incontinence--consultation behaviour and patient experiences: an epidemiological survey in a Norwegian community. Fam Pract. 1995 Mar; 12: 18-21

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

---

**43660** Yarker, Y. E., Goa, K. L., Fitton, A. Oxybutynin. A review of its pharmacodynamic and pharmacokinetic properties, and its therapeutic use in detrusor instability. Drugs Aging. 1995 Mar; 6: 243-62

**43662** Dealey, C. Pressure sores and incontinence: a study evaluating the use of topical agents in skin care. J Wound Care. 1995 Mar; 4: 103-5

**43664** Caione, P., Silveri, M., Capitanucci, M. L., Capozza, N., De Gennaro, M. Urinary continence in Mullerian duct anomalies. Panminerva Med. 1995 Mar; 37: 14-7

**43669** Touho, H., Karasawa, J., Ohnishi, H. Cerebral revascularization using gracilis muscle transplantation for childhood moyamoya disease. Surg Neurol. 1995 Feb; 43: 191-7; discussion 197-8

**43671** Shortliffe, L. M. The management of urinary tract infections in children without urinary tract abnormalities. Urol Clin North Am. 1995 Feb; 22: 67-73

**43673** Fall, M. Vaginal wall bipedicled flap and other techniques in complicated urethral diverticulum and urethrovaginal fistula. J Am Coll Surg. 1995 Feb; 180: 150-6

**43674** Osterweil, D., Martin, M., Syndulko, K. Predictors of skilled nursing placement in a multilevel long-term-care facility. J Am Geriatr Soc. 1995 Feb; 43: 108-12

**43676** Waller, L., Jonsson, O., Norlen, L., Sullivan, L. Clean intermittent catheterization in spinal cord injury patients: long- term followup of a hydrophilic low friction technique. J Urol. 1995 Feb; 153: 345-8

**43677** Lampel, A., Hohenfellner, M., Schultz-Lampel, D., Thuroff, J. W. In situ tunneled bowel flap tubes: 2 new techniques of a continent outlet for Mainz pouch cutaneous diversion. J Urol. 1995 Feb; 153: 308-15

**43679** Clow, W. M., Joannides, T., Saleem, A. K., Melville-Jones, G. R., Martin, I. An unusual cause of postmenopausal bleeding and incontinence of urine: primary lymphoma of the vagina. Br J Obstet Gynaecol. 1995 Feb; 102: 164-5

**43682** Hays, D. M., Raney, R. B., Wharam, M. D., Wiener, E., Lobe, T. E., Andrassy, R. J., Lawrence, W., Jr, Johnston, J., Webber, B., Maurer, H. M. Children with vesical rhabdomyosarcoma (RMS) treated by partial cystectomy with neoadjuvant or adjuvant chemotherapy, with or without radiotherapy. A report from the Intergroup Rhabdomyosarcoma Study (IRS) Committee. J Pediatr Hematol Oncol. 1995 Feb; 17: 46-52

**43683** Nygaard, I. Prevention of exercise incontinence with mechanical devices. J Reprod Med. 1995 Feb; 40: 89-94

**43684** Pena, A. Anorectal malformations. Semin Pediatr Surg. 1995 Feb; 4: 35-47

**43685** Maloney, C. Evaluation and treatment of urinary incontinence: a primary care approach. Nurse Pract. 1995 Feb; 20: 74-5

**43686** Rhodes, P. A postal survey of continence advisers in England and Wales. J Adv Nurs. 1995 Feb; 21: 286-94

**43687** Gray, M., Rayome, R., Anson, C. Incontinence and clean intermittent catheterization following spinal cord injury. Clin Nurs Res. 1995 Feb; 4: 6-18; discussion 19-21

**43688** Stewart, C. I., McMurdo, M. E. Closing the loop in an audit of urinary incontinence. Scott Med J. 1995 Feb; 40: 21-2

**43690** Retzky, S. S., Rogers, R. M., Jr Urinary incontinence in women. Clin Symp. 1995; 47: 2-32

**43691** Ortiz, V., Goldenberg, S. Hypergastrinemia following gastrocystoplasty in rats. Urol Res. 1995; 23: 361-3

**43692** Sarica, K., Kupeli, S. Agenesis of bladder associated with multiple organ anomalies. Int Urol Nephrol. 1995; 27: 697-703

**43693** Augsburger, H. R., Cruz-Orive, L. M. Stereological analysis of the urethra in sexually intact and spayed female dogs. Acta Anat (Basel). 1995; 154: 135-42

**43695** Nazar, G. B., Casale, A. J., Roberts, J. G., Linden, R. D. Occult filum terminale syndrome. Pediatr Neurosurg. 1995; 23: 228-35

**43697** Baradnay, G., Kiss, A., Scultety, A. The results and failures of creating a pelvic reservoir in oncology (surgery, urology). Acta Chir Hung. 1995-96; 35: 119-27

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**43699** Shapiro, E., Lepor, H. Matrix changes in the bladder associated with normal aging. Adv Exp Med Biol. 1995; 385: 187-90; discussion 223-8

**43700** Gorman, R. Expert system for management of urinary incontinence in women. Proc Annu Symp Comput Appl Med Care. 1995; : 527-31

**43701** Filler, A. G., Britton, J. A., Uttley, D., Marsh, H. T. Adult postrepair myelomeningocoele and tethered cord syndrome: good surgical outcome after abrupt neurological decline. Br J Neurosurg. 1995; 9: 659-66

**43702** Breza, J., Hornak, M., Bardos, A., Zvara, P. Transformation of the Bricker to a continent urinary reservoir to eliminate severe complications of uretero-ileostomy performed in eight patients among 200 Bricker. Ann Urol (Paris). 1995; 29: 227-31

**43703** Chida, N., Orikasa, S., Konda, R., Takahashi, M., Ishidoya, S., Ogata, Y. Crossed ureteral ectopia with an ectopic blind-ending ureter. Urol Int. 1995; 55: 169-72

**43704** Grimby, A., Rosenhall, U. Health-related quality of life and dizziness in old age. Gerontology. 1995; 41: 286-98

**43705** Fang, T. C., Chen, K. W., Wu, M. H., Sung, J. M., Huang, J. J. Coumaphos intoxications mimic food poisoning. J Toxicol Clin Toxicol. 1995; 33: 699-703

**43706** Lima, J. S., Reis, C. A. Poisoning due to illegal use of carbamates as a rodenticide in Rio de Janeiro. J Toxicol Clin Toxicol. 1995; 33: 687-90

**43707** Aragona, F., Artibani, W. Re: Periurethral injection of autologous fat for the treatment of sphincteric incontinence. J Urol. 1995 Jan; 153: 162-3

**43709** Cassidy, T. P., Farquhar, D. L. The characteristics of respite patients. Health Bull (Edinb). 1995 Jan; 53: 13-9

**43711** Gearhart, J. P., Peppas, D. S., Jeffs, R. D. The application of continent urinary stomas to bladder augmentation or replacement in the failed exstrophy reconstruction. Br J Urol. 1995 Jan; 75: 87-90

**43712** Fenn, N., Barrington, J. W., Stephenson, T. P. Clam enterocystoplasty and pregnancy. Br J Urol. 1995 Jan; 75: 85-6

**43713** Liu, K. K., Yeung, C. K., Lee, K. H., Ku, K. W. Urinary incontinence due to unilateral vaginally ectopic single ureters. Br J Urol. 1995 Jan; 75: 115

**43715** Gonzalez, R., Buson, H., Reid, C., Reinberg, Y. Seromuscular colocystoplasty lined with urothelium: experience with 16 patients. Urology. 1995 Jan; 45: 124-9

**43717** Uebersax, J. S., Wyman, J. F., Shumaker, S. A., McClish, D. K., Fantl, J. A. Short forms to assess life quality and symptom distress for urinary incontinence in women: the Incontinence Impact Questionnaire and the Urogenital Distress Inventory. Continence Program for Women Research Group. Neurourol Urodyn. 1995; 14: 131-9

**43718** Nygaard, I., Zmolek, G. Exercise pad testing in continent exercisers: reproducibility and correlation with voided volume, pyridium staining, and type of exercise. Neurourol Urodyn. 1995; 14: 125-9

**43719** Root, M. V., Johnston, S. D., Johnston, G. R. Vaginal septa in dogs: 15 cases (1983-1992). J Am Vet Med Assoc. 1995 Jan 1; 206: 56-8

**43720** Krishna, A., Gough, D. C., Fishwick, J., Bruce, J. Ileocystoplasty in children: assessing safety and success. Eur Urol. 1995; 27: 62-6

**43721** Singh, G., Thomas, D. G. Enterocystoplasty in the neuropathic bladder. Neurourol Urodyn. 1995; 14: 5-10

**43724** Powers, I., Lowman, S., Williams, D. Urinary incontinence: a study of teaching practices of nursing students. Ky Nurse. 1995 Jan-Mar; 43: 19-20

**43726** Morgan, D. J., Blackburn, M., Bax, M. Adults with spina bifida and/or hydrocephalus. Postgrad Med J. 1995 Jan; 71: 17-21

**43727** Chia, Y. W., Fowler, C. J., Kamm, M. A., Henry, M. M., Lemieux, M. C., Swash, M. Prevalence of bowel dysfunction in patients with multiple sclerosis and bladder dysfunction. J Neurol. 1995 Jan; 242: 105-8

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A6 Bibliography sorted by Procite Number**

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

---

**43729**   Tsuboi, K., Yoshii, Y., Hyodo, A., Takada, K., Nose, T. Leukoencephalopathy associated with intra-arterial ACNU in patients with gliomas. J Neurooncol. 1995; 23: 223-31

**43731**   Infantino, A., Masin, A., Melega, E., Dodi, G., Lise, M. Does surgery resolve outlet obstruction from rectocele?. Int J Colorectal Dis. 1995; 10: 97-100

**43734**   Ghoniem, G. M., Monga, M. Modified pubovaginal sling and Martius graft for repair of the recurrent vesicovaginal fistula involving the internal urinary sphincter. Eur Urol. 1995; 27: 241-5

**43738**   Elser, D. M., Fantl, J. A., McClish, D. K. Comparison of 'subjective' and 'objective' measures of severity of urinary incontinence in women. Program for Women Research Group. Neurourol Urodyn. 1995; 14: 311-6

**43739**   Flood, H. D., Malhotra, S. J., O'Connell, H. E., Ritchey, M. J., Bloom, D. A., McGuire, E. J. Long-term results and complications using augmentation cystoplasty in reconstructive urology. Neurourol Urodyn. 1995; 14: 297-309

**43740**   Meltzer, H., James, H. E., Trauner, D., Katz, R. Syringomyelia of the distal spinal cord in children. Pediatr Neurosurg. 1995; 22: 248-50

**43741**   Wong, L. Incontinence has different meanings for different people. Aust J Adv Nurs. 1995 Spring; 13: 6-15

**43742**   White, H. M. Choosing continence aids. Br J Nurs. 1994 Dec 8-1995 Jan 11; 3: 1158, 1160, 1162-3

**43743**   Cheriyan, S., Greenberger, P. A., Patterson, R. Outcome of cough variant asthma treated with inhaled steroids. Ann Allergy. 1994 Dec; 73: 478-80

**43744**   Mayo, N. E., Gloutney, L., Levy, A. R. A randomized trial of identification bracelets to prevent falls among patients in a rehabilitation hospital. Arch Phys Med Rehabil. 1994 Dec; 75: 1302-8

**43745**   Branch, L. G., Walker, L. A., Wetle, T. T., DuBeau, C. E., Resnick, N. M. Urinary incontinence knowledge among community-dwelling people 65 years of age and older. J Am Geriatr Soc. 1994 Dec; 42: 1257-62

**43749**   Levy, J. B., Jacobs, J. A., Wein, A. J. Combined abdominal and vaginal approach for bladder neck closure and permanent suprapubic tube: urinary diversion in the neurologically impaired woman. J Urol. 1994 Dec; 152: 2081-2

**43752**   Mouritsen, L., Strandberg, C., Frimodt-Moller, C. Bladder neck anatomy and mobility: effect of vaginal ultrasound probe. Br J Urol. 1994 Dec; 74: 749-52

**43758**   Craig, D. I. Spinal cord injury and pregnancy: the stories of two women. SCI Nurs. 1994 Dec; 11: 100-4

**43761**   Sugiyama, T., Hashimoto, K., Kiwamoto, H., Ohnishi, N., Esa, A., Park, Y. C., Kurita, T. Urinary incontinence in senile dementia of the Alzheimer type (SDAT). Int J Urol. 1994 Dec; 1: 337-40

**43762**   Pomfret, I. Promoting continence. Part III. Revision notes. Nurs Times. 1994 Nov 16-22; 90: suppl 9-12; quiz 13-4

**43763**   Promoting continence. Part II. The role of the nurse. Nurs Times. 1994 Nov 9-15; 90: suppl 5-8

**43765**   Professional development. Promoting continence: knowledge for practice (continuing education credit). Nurs Times. 1994 Nov 2-8; 90: suppl 1-4

**43766**   Kalra, L., Dale, P., Crome, P. Evaluation of a clinical score for prognostic stratification of elderly stroke patients. Age Ageing. 1994 Nov; 23: 492-8

**43768**   Kao, L. W. Detrusor instability--an overview. J Tenn Med Assoc. 1994 Nov; 87: 472-4

**43769**   Brink, C. A., Wells, T. J., Sampselle, C. M., Taillie, E. R., Mayer, R. A digital test for pelvic muscle strength in women with urinary incontinence. Nurs Res. 1994 Nov-Dec; 43: 352-6

**43770**   Ouslander, J. G., Simmons, S., Tuico, E., Nigam, J. G., Fingold, S., Bates-Jensen, B., Schnelle, J. F. Use of a portable ultrasound device to measure post-void residual volume among incontinent nursing home residents. J Am Geriatr Soc. 1994 Nov; 42: 1189-92

**43771**   Butler, R. N., Lewis, M. I., Hoffman, E., Whitehead, E. D. Love and sex after 60: how to evaluate and treat the sexually-active woman. Geriatrics. 1994 Nov; 49: 33-4, 37-8, 41-2

**43773**   Brodak, P. P., Scherz, H. C., Packer, M. G., Kaplan, G. W. Is urinary tract screening necessary for patients with cerebral palsy?. J Urol. 1994 Nov; 152: 1586-7

---

# American Urological Association, Inc.

## SUI Guidelines Panel

43774    Hernandez, R. D., Hurwitz, R. S., Foote, J. E., Zimmern, P. E., Leach, G. E. Nonsurgical management of threatened upper urinary tracts and incontinence in children with myelomeningocele. J Urol. 1994 Nov; 152: 1582-5

43775    Landau, E. H., Churchill, B. M., Jayanthi, V. R., Gilmour, R. F., Steckler, R. E., McLorie, G. A., Khoury, A. E. The sensitivity of pressure specific bladder volume versus total bladder capacity as a measure of bladder storage dysfunction. J Urol. 1994 Nov; 152: 1578-81

43776    van Venrooij, G. E., Boon, T. A. Extensive urodynamic investigation: interaction among diuresis, detrusor instability, urethral relaxation, incontinence and complaints in women with a history of urge incontinence. J Urol. 1994 Nov; 152: 1535-8

43777    Tanagho, E. A. Urinary incontinence. J Urol. 1994 Nov; 152: 1471-2

43781    Keane, D. The role of a female urodynamics clinic. Ir Med J. 1994 Nov-Dec; 87: 164

43782    Skoner, M. M. Self-management of urinary incontinence among women 31 to 50 years of age. Rehabil Nurs. 1994 Nov-Dec; 19: 339-43, 347

43783    Stickler, D. J., Zimakoff, J. Complications of urinary tract infections associated with devices used for long-term bladder management. J Hosp Infect. 1994 Nov; 28: 177-94

43784    McDowell, B. J., Engberg, S., Weber, E., Brodak, I., Engberg, R. Successful treatment using behavioral interventions of urinary incontinence in homebound older adults. Geriatr Nurs. 1994 Nov-Dec; 15: 303-7

43785    Dalela, D., Agarwal, R., Mishra, V. K. Giant vaginolith around an unusual foreign body--an uncommon cause of urinary incontinence in a girl. Br J Urol. 1994 Nov; 74: 673-4

43786    Norton, C., Fader, M. Continence management. Elder Care. 1994 Nov-Dec; 6: 23-7

43787    Maklebust, J., Magnan, M. A. Risk factors associated with having a pressure ulcer: a secondary data analysis. Adv Wound Care. 1994 Nov; 7: 25, 27-8, 31-4 passim

43788    Richardson, P. A. Ambulatory surgery for urinary incontinence and vaginal prolapse. Med J Aust. 1994 Oct 17; 161: 511

43789    Anderson, C. S., Jamrozik, K. D., Broadhurst, R. J., Stewart-Wynne, E. G. Predicting survival for 1 year among different subtypes of stroke. Results from the Perth Community Stroke Study. Stroke. 1994 Oct; 25: 1935-44

43791    Vachvanichsanong, P., Malagon, M., Moore, E. S. Urinary incontinence due to idiopathic hypercalciuria in children. J Urol. 1994 Oct; 152: 1226-8

43792    Richmond, J. Continence. The tyranny of interstitial cystitis. Nurs Times. 1994 Oct 26-Nov 1; 90: 72

43793    Colley, W. Continence. Indwelling urinary catheters. Nurs Times. 1994 Oct 26-Nov 1; 90: 70

43794    Navon, J. D., Weinberg, A. C., Ahlering, T. E. Continent urinary diversion using a Modified Indiana Pouch in elderly patients. Am Surg. 1994 Oct; 60: 786-8

43796    Thayer, D. How to assess and control urinary incontinence. Am J Nurs. 1994 Oct; 94: 42-7; quiz 48

43799    Dewan, P. A., Stefanek, W. Autoaugmentation gastrocystoplasty: early clinical results. Br J Urol. 1994 Oct; 74: 460-4

43800    Hasan, S. T., Marshall, C., Neal, D. E. Continent urinary diversion using the Mitrofanoff principle. Br J Urol. 1994 Oct; 74: 454-9

43801    Woodhouse, C. R., MacNeily, A. E. The Mitrofanoff principle: expanding upon a versatile technique. Br J Urol. 1994 Oct; 74: 447-53

43802    Denays, R., Tondeur, M., Noel, P., Ham, H. R. Bilateral cerebral mediofrontal hypoactivity in Tc-99m HMPAO SPECT imaging. Clin Nucl Med. 1994 Oct; 19: 873-6

43803    Ismael, N. N. A study on the menopause in Malaysia. Maturitas. 1994 Oct; 19: 205-9

43804    Samil, R. S., Wishnuwardhani, S. D. Health of Indonesian women city-dwellers of perimenopausal age. Maturitas. 1994 Oct; 19: 191-7

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

43807    Leiby, D. M., Shanahan, N. Clinical study: assessing the performance and skin environments of two reusable underpads. Ostomy Wound Manage. 1994 Oct; 40: 30-2, 34-7

43810    Becker, K., Enck, P., Wilhelm, K., Fischer, H., Lubke, H. J. Colonic and anorectal dysfunction in a patient with the tethered cord syndrome. Am J Gastroenterol. 1994 Sep; 89: 1564-8

43813    Norton, P., Karram, M., Wall, L. L., Rosenzweig, B., Benson, J. T., Fantl, J. A. Randomized double-blind trial of terodiline in the treatment of urge incontinence in women. Obstet Gynecol. 1994 Sep; 84: 386-91

43816    Reymert, J., Hunskaar, S. Why do only a minority of perimenopausal women with urinary incontinence consult a doctor?. Scand J Prim Health Care. 1994 Sep; 12: 180-3

43817    Mansson-Linstrom, A., Dehlin, O., Isacsson, A. Urinary incontinence in primary health care. 1. Perceived knowledge and training among various categories of nursing personnel and care units. Scand J Prim Health Care. 1994 Sep; 12: 169-74

43818    Ho, C. C., Yu, T. J. Urethral prolapse--a case report. Changgeng Yi Xue Za Zhi. 1994 Sep; 17: 289-91

43819    Mraz, J. P., Sutory, M., Zerhau, P. Simple flap valve for continent urinary diversion. Br J Urol. 1994 Sep; 74: 328-32

43820    Eckford, S. B., Kohler-Ockmore, J., Feneley, R. C. Long-term follow-up of transvaginal urethral closure and suprapubic cystostomy for urinary incontinence in women with multiple sclerosis. Br J Urol. 1994 Sep; 74: 319-21

43822    Smith, D. A. Devices for continence. Nurse Pract Forum. 1994 Sep; 5: 186-9

43823    Webb, M. L. Urinary incontinence in younger women. Nurse Pract Forum. 1994 Sep; 5: 164-9

43824    Pearce, K. L. Levels I and II--care in the outpatient setting. Nurse Pract Forum. 1994 Sep; 5: 146-51

43825    McDowell, B. J. Care of urinary incontinence in the home. Nurse Pract Forum. 1994 Sep; 5: 138-45

43826    Newman, D. K., Burns, P. A. Significance and impact of urinary incontinence. Nurse Pract Forum. 1994 Sep; 5: 130-3

43827    Martel, R. Rita Martel: treating women's urinary incontinence. Interview by Anita Loos-Hannifan. Nurse Pract Forum. 1994 Sep; 5: 122-3

43828    Pierson, C. A. 'We share a certain passion'. Nurse Pract Forum. 1994 Sep; 5: 121

43830    Goals in continence training. Prof Nurse. 1994 Sep; 9: 783

43832    Gregory, S. P., Holt, P. E. The immediate effect of colposuspension on resting and stressed urethral pressure profiles in anaesthetized incontinent bitches. Vet Surg. 1994 Sep-Oct; 23: 330-40

43833    Mattsson, S. Urinary incontinence and nocturia in healthy schoolchildren. Acta Paediatr. 1994 Sep; 83: 950-4

43835    Kjolseth, D., Madsen, B., Knudsen, L. M., Norgaard, J. P., Djurhuus, J. C. Biofeedback treatment of children and adults with idiopathic detrusor instability. Scand J Urol Nephrol. 1994 Sep; 28: 243-7

43836    Warner, J. P., Harvey, C. A., Barnes, T. R. Clozapine and urinary incontinence. Int Clin Psychopharmacol. 1994 Sep; 9: 207-9

43837    Ishizuka, O., Igawa, Y., Lecci, A., Maggi, C. A., Mattiasson, A., Andersson, K. E. Role of intrathecal tachykinins for micturition in unanaesthetized rats with and without bladder outlet obstruction. Br J Pharmacol. 1994 Sep; 113: 111-6

43838    Isshi, K., Hirohata, S., Hashimoto, T., Miyashita, H. Systemic lupus erythematosus presenting with diffuse low density lesions in the cerebral white matter on computed axial tomography scans: its implication in the pathogenesis of diffuse central nervous system lupus. J Rheumatol. 1994 Sep; 21: 1758-62

43839    Miller, J., Kasper, C., Sampselle, C. Review of muscle physiology with application to pelvic muscle exercise. Urol Nurs. 1994 Sep; 14: 92-7

43840    Laycock, J. Pelvic muscle exercises: physiotherapy for the pelvic floor. Urol Nurs. 1994 Sep; 14: 136-40

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

SUI Guidelines Panel

43841    Smith, D. A., Newman, D. K. Basic elements of biofeedback therapy for pelvic muscle rehabilitation. Urol Nurs. 1994 Sep; 14: 130-5

43842    Colling, J., McCreedy, M., Owen, T. Urinary tract infection rates among incontinent nursing home and community dwelling elderly. Urol Nurs. 1994 Sep; 14: 117-9

43843    Arai, Y., Shichiri, Y., Miyakawa, M., Ueda, T., Terai, A., Terachi, T., Takeuchi, H., Yoshida, O. Evolving experience with continent urinary diversion using the Indiana pouch. Int J Urol. 1994 Sep; 1: 241-5

43844    Carter, D., Green, D. Health promotion. Applying COPC to incontinence. Nurs Times. 1994 Aug 31-Sep 6; 90: 44-5

43847    Govier, F. E., Pritchett, T. R., Kornman, J. D. Correlation of the cystoscopic appearance and functional integrity of the female urethral sphincteric mechanism. Urology. 1994 Aug; 44: 250-3

43848    Davila, G. W. Urinary incontinence in women. How to help patients regain bladder control. Postgrad Med. 1994 Aug; 96: 103-10

43852    Gormley, E. A., Bloom, D. A., McGuire, E. J., Ritchey, M. L. Pubovaginal slings for the management of urinary incontinence in female adolescents. J Urol. 1994 Aug; 152: 822-5; discussion 826-7

43853    Salle, J. L., de Fraga, J. C., Amarante, A., Silveira, M. L., Lambertz, M., Schmidt, M., Rosito, N. C. Urethral lengthening with anterior bladder wall flap for urinary incontinence: a new approach. J Urol. 1994 Aug; 152: 803-6

43854    Rink, R. C., Adams, M. C., Keating, M. A. The flip-flap technique to lengthen the urethra (Salle procedure) for treatment of neurogenic urinary incontinence. J Urol. 1994 Aug; 152: 799-802

43855    Franco, I., Kolligian, M., Reda, E. F., Levitt, S. B. The importance of catheter size in the achievement of urinary continence in patients undergoing a Young-Dees-Leadbetter procedure. J Urol. 1994 Aug; 152: 710-2

43856    Springer, J. P., Kropp, B. P., Thor, K. B. Facilitatory and inhibitory effects of selective norepinephrine reuptake inhibitors on hypogastric nerve-evoked urethral contractions in the cat: a prominent role of urethral beta-adrenergic receptors. J Urol. 1994 Aug; 152: 515-9

43857    Arrowsmith, S. D. Genitourinary reconstruction in obstetric fistulas. J Urol. 1994 Aug; 152: 403-6

43858    Herschorn, S., Rangaswamy, S., Radomski, S. B. Urinary undiversion in adults with myelodysplasia: long-term followup. J Urol. 1994 Aug; 152: 329-33

43859    Knapp, P. M., Jr, Siegel, Y. I., Lingeman, J. E. Laparoscopic retroperitoneal needle suspension urethropexy. J Endourol. 1994 Aug; 8: 279-84

43860    Sandvik, H., Hunskaar, S. Incontinence in women: different response rates may introduce bias in community studies of pad consumption. J Epidemiol Community Health. 1994 Aug; 48: 419

43861    Gray, E. H., Ordorica, R. C. Assisting your patient with intractable urinary incontinence: absorbent products and devices. R I Med. 1994 Aug; 77: 287-9

43863    Jackson, N. D. Non-surgical treatment of female incontinence. R I Med. 1994 Aug; 77: 273-4

43864    Susset, J. Evaluation of female incontinence. R I Med. 1994 Aug; 77: 266-72

43867    Wenning, G. K., Ben Shlomo, Y., Magalhaes, M., Daniel, S. E., Quinn, N. P. Clinical features and natural history of multiple system atrophy. An analysis of 100 cases. Brain. 1994 Aug; 117 ( Pt 4): 835-45

43868    Ishigooka, M., Hashimoto, T., Sasagawa, I., Nakada, T., Handa, Y. Electrical pelvic floor stimulation by percutaneous implantable electrode. Br J Urol. 1994 Aug; 74: 191-4

43870    Wyman, J. F. The psychiatric and emotional impact of female pelvic floor dysfunction. Curr Opin Obstet Gynecol. 1994 Aug; 6: 336-9

43871    Bourcier, A. P. Physical therapy for female pelvic floor disorders. Curr Opin Obstet Gynecol. 1994 Aug; 6: 331-5

43873    Henry, M. M. The role of pudendal nerve innervation in female pelvic floor function. Curr Opin Obstet Gynecol. 1994 Aug; 6: 324-5

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

SUI Guidelines Panel

43875    Mallett, V. T., Bump, R. C. The epidemiology of female pelvic floor dysfunction. Curr Opin Obstet Gynecol. 1994 Aug; 6: 308-12

43876    Science of urinary incontinence. Report of a meeting of Physicians and Scientists, University College London. Lancet. 1994 Jul 30; 344: 311-5

43878    Ross, J. Continence. A plan of action. Nurs Times. 1994 Jul 6-12; 90: 64-6

43879    Jones, J. O. Continence. A public inconvenience. Interview by Renata Langford. Nurs Times. 1994 Jul 6-12; 90: 62

43880    Schwartz, S. L., Kennelly, M. J., McGuire, E. J., Faerber, G. J. Incontinent ileo-vesicostomy urinary diversion in the treatment of lower urinary tract dysfunction. J Urol. 1994 Jul; 152: 99-102

43884    Corrie, G. D. AHCPR guides oversimplify treatment approach. J Okla State Med Assoc. 1994 Jul; 87: 333-4

43886    Parra, R. O., Cummings, J. M., Boullier, J. A. Simple detubularization technique for construction of continent colonic urinary reservoirs. Urology. 1994 Jul; 44: 35-7

43887    Kavoussi, L. R., Moore, R. G., Partin, A. W., Bender, J. S., Zenilman, M. E., Satava, R. M. Telerobotic assisted laparoscopic surgery: initial laboratory and clinical experience. Urology. 1994 Jul; 44: 15-9

43888    Colling, J. C., Owen, T. R., McCreedy, M. R. Urine volumes and voiding patterns among incontinent nursing home residents. Residents at highest risk for dehydration are often the most difficult to track. Geriatr Nurs. 1994 Jul-Aug; 15: 188-92

43889    Crino, P. B., Zimmerman, R., Laskowitz, D., Raps, E. C., Rostami, A. M. Magnetic resonance imaging of the cauda equina in Guillain-Barre syndrome. Neurology. 1994 Jul; 44: 1334-6

43891    McAtee-Smith, J., Hebert, A. A., Rapini, R. P., Goldberg, N. S. Skin lesions of the spinal axis and spinal dysraphism. Fifteen cases and a review of the literature. Arch Pediatr Adolesc Med. 1994 Jul; 148: 740-8

43892    Kutner, N. G., Schechtman, K. B., Ory, M. G., Baker, D. I. Older adults' perceptions of their health and functioning in relation to sleep disturbance, falling, and urinary incontinence.FICSIT Group. J Am Geriatr Soc. 1994 Jul; 42: 757-62

43893    Yasumura, S., Haga, H., Nagai, H., Suzuki, T., Amano, H., Shibata, H. Rate of falls and the correlates among elderly people living in an urban community in Japan. Age Ageing. 1994 Jul; 23: 323-7

43894    Tayal, S. C., Bansal, S. K., Chadha, D. K. Hypopituitarism: a difficult diagnosis in elderly people but worth a search. Age Ageing. 1994 Jul; 23: 320-2

43895    Talbot, L. A. Coping with urinary incontinence: development and testing of a scale. Nurs Diagn. 1994 Jul-Sep; 5: 127-32

43896    Carruthers, S. G. Adverse effects of alpha 1-adrenergic blocking drugs. Drug Saf. 1994 Jul; 11: 12-20

43898    Noe, H. N., Williams, R. S., Causey, J., Smith, D. P. Long-term effects of polytetrafluoroethylene injected into the rat bladder submucosa. Urology. 1994 Jun; 43: 852-5; discussion 855-6

43902    Rintala, R., Mildh, L., Lindahl, H. Fecal continence and quality of life for adult patients with an operated high or intermediate anorectal malformation. J Pediatr Surg. 1994 Jun; 29: 777-80

43903    Novell, J. R., Osborne, M. J., Winslet, M. C., Lewis, A. A. Prospective randomized trial of Ivalon sponge versus sutured rectopexy for full-thickness rectal prolapse. Br J Surg. 1994 Jun; 81: 904-6

43905    Shepherd, J. H., Crawford, R. A. Reconstructive procedures in benign and malignant gynecological surgery. Curr Opin Obstet Gynecol. 1994 Jun; 6: 206-9

43906    Freedman, E. R., Rickwood, A. M. Urinary incontinence due to unilateral vaginally ectopic single ureters. Br J Urol. 1994 Jun; 73: 716-7

43907    Freedman, E. R., Singh, G., Donnell, S. C., Rickwood, A. M., Thomas, D. G. Combined bladder neck suspension and augmentation cystoplasty for neuropathic incontinence in female patients. Br J Urol. 1994 Jun; 73: 621-4

**Appendix A6. Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

SUI Guidelines Panel

43910  Cochran, I., Flynn, C. A., Goetz, G., Potts-Nulty, S. E., Rece, J., Sensenig, H. Stroke care--piecing together the long-term picture. Nursing. 1994 Jun; 24: 34-41; quiz 42

43911  Spector, W. D. Correlates of pressure sores in nursing homes: evidence from the National Medical Expenditure Survey. J Invest Dermatol. 1994 Jun; 102: 42S-45S

43912  Ehren, I., Alm, P., Kinn, A. C. Renal and bladder functions in patients after spinal cord injuries. Scand J Urol Nephrol. 1994 Jun; 28: 127-33

43913  Young, S. B., Pingeton, D. M. A practical approach to perimenopausal and postmenopausal urinary incontinence. Obstet Gynecol Clin North Am. 1994 Jun; 21: 357-79

43917  Fischer, W. Therapeutic possibilities and choice of adequate treatment of female urinary incontinence (UI). Eur J Obstet Gynecol Reprod Biol. 1994 May 31; 55: 43-4

43918  Kralj, B. Epidemiology of female urinary incontinence, classification of urinary incontinence, urinary incontinence in elderly women. Eur J Obstet Gynecol Reprod Biol. 1994 May 31; 55: 39-41

43919  Eisenstein, S. M., Engelbrecht, D. J., el Masry, W. S. Low back pain and urinary incontinence. A hypothetical relationship. Spine. 1994 May 15; 19: 1148-52

43921  Seidel, G. K., Millis, S. R., Lichtenberg, P. A., Dijkers, M. Predicting bowel and bladder continence from cognitive status in geriatric rehabilitation patients. Arch Phys Med Rehabil. 1994 May; 75: 590-3

43922  McDowell, B. J., Silverman, M., Martin, D., Musa, D., Keane, C. Identification and intervention for urinary incontinence by community physicians and geriatric assessment teams. J Am Geriatr Soc. 1994 May; 42: 501-5

43924  Koldewijn, E. L., Van Kerrebroeck, P. E., Schaafsma, E., Wijkstra, H., Debruyne, F. M., Brindley, G. S. Bladder pressure sensors in an animal model. J Urol. 1994 May; 151: 1379-84

43926  Griffiths, D. J., McCracken, P. N., Harrison, G. M., Gormley, E. A., Moore, K., Hooper, R., McEwan, A. J., Triscott, J. Cerebral aetiology of urinary urge incontinence in elderly people. Age Ageing. 1994 May; 23: 246-50

43927  Marzan, K. A., Barron, T. F. MRI abnormalities in Behr syndrome. Pediatr Neurol. 1994 May; 10: 247-8

43928  Regensberg, D. Objective social continence: understanding continence. Nurs RSA. 1994 May; 9: 23-6

43929  Sale, P. G., Wyman, J. F. Achievement of goals associated with bladder training by older incontinent women. Appl Nurs Res. 1994 May; 7: 93-6

43932  Bernard, M. A. Urinary incontinence in elderly females. J Okla State Med Assoc. 1994 May; 87: 217-24

43933  Kong, K. H., Chan, K. F., Lim, A. C., Tan, E. S. Detrusor hyperreflexia in strokes. Ann Acad Med Singapore. 1994 May; 23: 319-21

43934  Malissard, M., Souquet, J., Jullien, D. Optimisation of pulse duration for intravaginal electrical stimulation: effect of tissue excitability. Med Biol Eng Comput. 1994 May; 32: 327-30

43935  Fantl, J. A. The lower urinary tract in women--effect of aging and menopause on continence. Exp Gerontol. 1994 May-Aug; 29: 417-22

43936  Proudfoot, L. M., Farmer, E. S., McIntosh, J. B. Testing incontinence pads using single-case research designs. Br J Nurs. 1994 Apr 14-27; 3: 316, 318-20, 322 passim

43938  Fader, M. Continence. From wheelchairs to toilet. Nurs Times. 1994 Apr 13-19; 90: 76-80

43941  Smith, R. D. Magnetic resonance imaging in the identification of an otherwise undetectable upper pole moiety. Br J Urol. 1994 Apr; 73: 470

43945  O'Dowd, T. C. Urinary incontinence in women--a conundrum. Br J Gen Pract. 1994 Apr; 44: 147-8

43946  Khanduja, K. S., Yamashita, H. J., Wise, W. E., Jr, Aguilar, P. S., Hartmann, R. F. Delayed repair of obstetric injuries of the anorectum and vagina. A stratified surgical approach. Dis Colon Rectum. 1994 Apr; 37: 344-9

43947  Elkins, T. E. Surgery for the obstetric vesicovaginal fistula: a review of 100 operations in 82 patients. Am J Obstet Gynecol. 1994 Apr; 170: 1108-18; discussion 1118-20

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

Case 2:12-md-02327 Document 894-3 Filed 11/19/13 Page 669 of 800 PageID #: 146744

# Appendix A6. Bibliography sorted by Procite Number

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**43949** Chancellor, M. B., Erhard, M. J., Kiilholma, P. J., Karasick, S., Rivas, D. A. Functional urethral closure with pubovaginal sling for destroyed female urethra after long-term urethral catheterization. Urology. 1994 Apr; 43: 499-505

**43951** McGuire, E. J., Appell, R. A. Transurethral collagen injection for urinary incontinence. Urology. 1994 Apr; 43: 413-5

**43952** Sadoughi, N., Pessis, D. Endoscopic vesical neck and uterovaginal suspension for cystocele prolapse repair. J Am Coll Surg. 1994 Apr; 178: 326-8

**43953** Brandeis, G. H., Ooi, W. L., Hossain, M., Morris, J. N., Lipsitz, L. A. A longitudinal study of risk factors associated with the formation of pressure ulcers in nursing homes. J Am Geriatr Soc. 1994 Apr; 42: 388-93

**43956** Connor, J. P., Betrus, G., Fleming, P., Perlmutter, A. D., Reitelman, C. Early cystometrograms can predict the response to intravesical instillation of oxybutynin chloride in myelomeningocele patients. J Urol. 1994 Apr; 151: 1045-7

**43957** Dewan, P. A. Re: Periurethral polytetrafluoroethylene paste injection in incontinent female subjects: surgical indications and improved surgical technique. J Urol. 1994 Apr; 151: 1030-1

**43958** Wallace, K. Female pelvic floor functions, dysfunctions, and behavioral approaches to treatment. Clin Sports Med. 1994 Apr; 13: 459-81

**43959** Ng, K. H. Nocturnal enuresis. Singapore Med J. 1994 Apr; 35: 198-200

**43960** Ding, Y. Y., Jayaratnam, F. J. Urinary incontinence in the hospitalised elderly--a largely reversible disorder. Singapore Med J. 1994 Apr; 35: 167-70

**43961** Waaldijk, K. The immediate surgical management of fresh obstetric fistulas with catheter and/or early closure. Int J Gynaecol Obstet. 1994 Apr; 45: 11-6

**43962** Swierzewski, S. J., 3rd, Gormley, E. A., Belville, W. D., Sweetser, P. M., Wan, J., McGuire, E. J. The effect of terazosin on bladder function in the spinal cord injured patient. J Urol. 1994 Apr; 151: 951-4

**43963** Carvalho, J. P., Souen, J. S., Carramao Sda S., Yeu, W. L., Pinotti, J. A. Wertheim-Meigs radical hysterectomy. Rev Paul Med. 1994 Apr-Jun; 112: 539-42

**43964** Payne, C. K., Babiarz, J. W., Raz, S. Genitourinary problems in the elderly patient. Surg Clin North Am. 1994 Apr; 74: 401-29

**43968** Senechal, P. K. Symphysis pubis separation during childbirth. J Am Board Fam Pract. 1994 Mar-Apr; 7: 141-4

**43969** Kodama, H., Hieda, I., Kuchinomachi, Y., Takeichi, H., Matsumoto, H. Non-invasive ultrasonic urination sensor for ambulatory patient support. Methods Inf Med. 1994 Mar; 33: 97-100

**43970** Mollard, P., Mouriquand, P. D., Buttin, X. Urinary continence after reconstruction of classical bladder exstrophy (73 cases). Br J Urol. 1994 Mar; 73: 298-302

**43971** Gibb, H., Wong, G. How to choose: nurses' judgements of the effectiveness of a range of currently marketed continence aids. J Clin Nurs. 1994 Mar; 3: 77-86

**43974** Van Savage, J. G., McSherry, S. A., Lepor, H., Mohler, J. L. Effects of alpha-adrenergic agonist on neobladder water and electrolyte transport. Urology. 1994 Mar; 43: 324-7

**43975** Burgio, L. D., McCormick, K. A., Scheve, A. S., Engel, B. T., Hawkins, A., Leahy, E. The effects of changing prompted voiding schedules in the treatment of incontinence in nursing home residents. J Am Geriatr Soc. 1994 Mar; 42: 315-20

**43976** Herzog, A. R., Diokno, A. C., Brown, M. B., Fultz, N. H., Goldstein, N. E. Urinary incontinence as a risk factor for mortality. J Am Geriatr Soc. 1994 Mar; 42: 264-8

**43977** Talbot, L. A. Coping with urinary incontinence: a conceptualization of the process. Ostomy Wound Manage. 1994 Mar; 40: 28-30, 32, 34 passim

**43978** Gregory, S. P. Developments in the understanding of the pathophysiology of urethral sphincter mechanism incompetence in the bitch. Br Vet J. 1994 Mar-Apr; 150: 135-50

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

---

**43979** Hoppe, A. E. Increasing hope for the incontinent bitch. Br Vet J. 1994 Mar-Apr; 150: 113-4

**43982** Beier-Holgersen, R., Kirkeby, L. T., Nordling, J. 'Clam' ileocystoplasty. Scand J Urol Nephrol. 1994 Mar; 28: 55-8

**43983** Mahran, M. R., Ghoneim, M. A. The application of the modified rectal bladder in management of the compromised urethral damage. Scand J Urol Nephrol. 1994 Mar; 28: 49-53

**43984** Mikami, O., Osawa, O., Matsuda, T., Komatz, Y., Takada, H., Yoshioka, K. The augmented rectal bladder for urinary diversion: experience with the original valved rectum and a valve-less modification. Int J Urol. 1994 Mar; 1: 57-60; discussion 61

**43986** McIntosh, L. J., Richardson, D. A. 30-minute evaluation of incontinence in the older woman. Geriatrics. 1994 Feb; 49: 35-8, 43-4

**43988** Taub, N. A., Wolfe, C. D., Richardson, E., Burney, P. G. Predicting the disability of first-time stroke sufferers at 1 year. 12- month follow-up of a population-based cohort in southeast England. Stroke. 1994 Feb; 25: 352-7

**43990** Appell, R. A. Collagen injection therapy for urinary incontinence. Urol Clin North Am. 1994 Feb; 21: 177-82

**43991** Wilson, T. G., Moreno, J. G., Weinberg, A., Ahlering, T. E. Late complications of the modified Indiana pouch. J Urol. 1994 Feb; 151: 331-4

**43992** Malone, P. S., Wheeler, R. A., Williams, J. E. Continence in patients with spina bifida: long term results. Arch Dis Child. 1994 Feb; 70: 107-10

**43993** Mondoux, L. C. Patients won't ask. RN. 1994 Feb; 57: 35-40

**43994** Fowler, C. J., Beck, R. O., Gerrard, S., Betts, C. D., Fowler, C. G. Intravesical capsaicin for treatment of detrusor hyperreflexia. J Neurol Neurosurg Psychiatry. 1994 Feb; 57: 169-73

**43995** Burgio, K. L., Ives, D. G., Locher, J. L., Arena, V. C., Kuller, L. H. Treatment seeking for urinary incontinence in older adults. J Am Geriatr Soc. 1994 Feb; 42: 208-12

**44000** Muir, P., Goldsmid, S. E., Bellenger, C. R. Management of urinary incontinence in five bitches with incompetence of the urethral sphincter mechanism by colposuspension and a modified sling urethroplasty. Vet Rec. 1994 Jan 8; 134: 38-41

**44001** Lamb, C. R., Gregory, S. P. Ultrasonography of the ureterovesicular junction in the dog: a preliminary report. Vet Rec. 1994 Jan 8; 134: 36-8

**44005** Woodhouse, C. R., Gordon, E. M. The Mitrofanoff principle for urethral failure. Br J Urol. 1994 Jan; 73: 55-60

**44006** Brading, A. F., Turner, W. H. The unstable bladder: towards a common mechanism. Br J Urol. 1994 Jan; 73: 3-8

**44008** Taub, H. C., Stein, M. Bladder distention therapy for symptomatic relief of frequency and urgency: a ten-year review. Urology. 1994 Jan; 43: 36-9

**44009** Schneider, M. S., King, L. R., Surwit, R. S. Kegel exercises and childhood incontinence: a new role for an old treatment. J Pediatr. 1994 Jan; 124: 91-2

**44010** Fernandes, E. T., Reinberg, Y., Vernier, R., Gonzalez, R. Neurogenic bladder dysfunction in children: review of pathophysiology and current management. J Pediatr. 1994 Jan; 124: 1-7

**44013** Igawa, Y., Mattiasson, A., Andersson, K. E. Micturition and premicturition contractions in unanesthetized rats with bladder outlet obstruction. J Urol. 1994 Jan; 151: 244-9

**44014** Williams, M. A., Noe, H. N., Smith, R. A. The importance of urinary tract infection in the evaluation of the incontinent child. J Urol. 1994 Jan; 151: 188-90

**44015** Houser, E. E., Bartholomew, T. H., Cookson, M. S., Marlin, A. E., Little, N. A. A prospective evaluation of leak point pressure, bladder compliance and clinical status in myelodysplasia patients with tethered spinal cords. J Urol. 1994 Jan; 151: 177-80; discussion 180-1

**44019** Woo, J., Ho, S. C., Lau, J., Yuen, Y. K., Chiu, H., Lee, H. C., Chi, I. The prevalence of depressive symptoms and predisposing factors in an elderly Chinese population. Acta Psychiatr Scand. 1994 Jan; 89: 8-13

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

44020    Gutierrez-Molina, M., Caminero Rodriguez, A., Martinez Garcia, C., Arpa Gutierrez, J., Morales Bastos, C., Amer, G. Small arterial granular degeneration in familial Binswanger's syndrome. Acta Neuropathol (Berl). 1994; 87: 98-105

44021    Sengstaken, E. A., King, S. A. Chronic schizophrenia or meningioma?. J Am Board Fam Pract. 1994 Jan-Feb; 7: 71-3

44022    Bax, M. Bladder and bowel. Dev Med Child Neurol. 1994 Jan; 36: 1-2

44023    Wilker, C. E., Meyers-Wallen, V. N., Schlafer, D. H., Dykes, N. L., Kovacs, A., Ball, B. A. XX sex reversal in a llama. J Am Vet Med Assoc. 1994 Jan 1; 204: 112-5

44026    Candy, M. Raising awareness of a hidden problem: pelvic floor promotion. Prof Nurse. 1994 Jan; 9: 278, 280-4

44028    North, A. Continence. The client's view. Nurs Times. 1994 Jan 26-Feb 1; 90: 80-2

44029    Rhodes, P., Parker, G. Continence. Profile of an adviser. Nurs Times. 1994 Jan 26-Feb 1; 90: 75-8

44031    Ghoniem, G. M. Bladder neck wrap: a modified fascial sling in treatment of incontinence in myelomeningocele patients. Eur Urol. 1994; 25: 340-2

44032    Aguiar, P. H., Andrioli, M. S., Cabrera, H. N., Cabral, N. D., Scaff, M. Management of hydrocephalus in Paget's disease. Case report. Zentralbl Neurochir. 1994; 55: 60-2

44035    Mizunaga, M., Miyata, M., Kaneko, S., Yachiku, S., Chiba, K. Intravesical instillation of oxybutynin hydrochloride therapy for patients with a neuropathic bladder. Paraplegia. 1994 Jan; 32: 25-9

44036    Harari, D., Malone-Lee, J., Ridgway, G. L. An age-related investigation of urinary tract symptoms and infection following urodynamic studies. Age Ageing. 1994 Jan; 23: 62-4

44037    Lord, A., Eastwood, H. Detrusor hyperreflexia--are there two types?. Age Ageing. 1994 Jan; 23: 32-3

44038    Autret, E., Jonville, A. P., Dutertre, J. P., Bertiere, M. C., Robert, M., Averous, M., Couet, W. Plasma levels of oxybutynine chloride in children. Eur J Clin Pharmacol. 1994; 46: 83-5

44039    Breza, J., Alemayehu, H. M., Hornak, M., Zvara, V. Advantages of converting incontinent to continent urinary diversion. Int Urol Nephrol. 1994; 26: 447-53

44040    Pfister, S. M., Dougherty, M. C. Behavioral management for bladder control: response in selected rural residential care homes. J Community Health Nurs. 1994; 11: 155-64

44045    Griffiths, D. J., McCracken, P. N., Harrison, G. M., Moore, K. N. Urinary incontinence in the elderly: the brain factor. Scand J Urol Nephrol Suppl. 1994; 157: 83-8

44046    Nielsen, A. F., Walter, S. Epidemiology of infrequent voiding and associated symptoms. Scand J Urol Nephrol Suppl. 1994; 157: 49-53

44048    Rasmussen, A., Mouritsen, L., Dalgaard, A., Frimodt-Moller, C. Twenty-four hour pad weighing test: reproducibility and dependency of activity level and fluid intake. Neurourol Urodyn. 1994; 13: 261-5

44051    Macallum, G. E., Albassam, M. A. Renal toxicity of a nondopaminergic antipsychotic agent, trimethyl imidazopyrazolopyrimidine, in rats. Toxicol Pathol. 1994 Jan-Feb; 22: 39-47

44052    Itoh, H., Morikawa, A., Makino, I. Urinary bladder dysfunction in spontaneously diabetic Chinese hamsters. Diabetes Res Clin Pract. 1994 Jan; 22: 163-70

44055    Kreder, K. J., Nygaard, I. E. The diagnosis and management of urinary incontinence in women. Compr Ther. 1994; 20: 678-81

44056    Ghoniem, G. M., Lapeyrolerie, J., Sood, O. P., Thomas, R. Tulane experience with management of urinary incontinence after placement of an artificial urinary sphincter. World J Urol. 1994; 12: 333-6

44059    Swithinbank, L. V., Carr, J. C., Abrams, P. H. Longitudinal study of urinary symptoms in children. Longitudinal study of urinary symptoms and incontinence in local schoolchildren. Scand J Urol Nephrol Suppl. 1994; 163: 67-73

# Appendix A6 Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

---

**44060** Griffiths, D., Harrison, G., Moore, K., McCracken, P. Long-term changes in urodynamic studies of voiding in the elderly. Urol Res. 1994; 22: 235-8

**44065** Chancellor, M. B., Blaivas, J. G. Urological and sexual problems in multiple sclerosis. Clin Neurosci. 1994; 2: 189-95

**44070** DeLancey, J. O. Childbirth, continence, and the pelvic floor. N Engl J Med. 1993 Dec 23; 329: 1956-7

**44072** Fultz, N. H., Herzog, A. R. Measuring urinary incontinence in surveys. Gerontologist. 1993 Dec; 33: 708-13

**44076** Sherman, S., Umlauf, M. G. Urinary incontinence in community dwelling elders. Urol Nurs. 1993 Dec; 13: 120-7

**44079** Caputo, R. M., Benson, J. T. The Q-tip test and urethrovesical junction mobility. Obstet Gynecol. 1993 Dec; 82: 892-6

**44080** Braslis, K. G., Stephens, D. A. Uretero-fallopian fistula: an unusual complication of open ureterolithotomy. J Urol. 1993 Dec; 150: 1900-2

**44081** Sumfest, J. M., Burns, M. W., Mitchell, M. E. The Mitrofanoff principle in urinary reconstruction. J Urol. 1993 Dec; 150: 1875-7; discussion 1877-8

**44082** Khair, B., Azmy, A. F., Carachi, R., Fyfe, A. H., Drainer, I. K. Continent urinary diversion using Mitrofanoff principle in children with neurogenic bladder. Eur J Pediatr Surg. 1993 Dec; 3 Suppl 1: 8-9

**44083** Jordan, G. H., Winslow, B. H. Laparoscopically assisted continent catheterizable cutaneous appendicovesicostomy. J Endourol. 1993 Dec; 7: 517-20

**44084** Sulak, P. J., Kuehl, T. J., Shull, B. L. Vaginal pessaries and their use in pelvic relaxation. J Reprod Med. 1993 Dec; 38: 919-23

**44085** Sandvik, H., Hunskaar, S., Seim, A., Hermstad, R., Vanvik, A., Bratt, H. Validation of a severity index in female urinary incontinence and its implementation in an epidemiological survey. J Epidemiol Community Health. 1993 Dec; 47: 497-9

**44088** Cardozo, L., Rekers, H., Tapp, A., Barnick, C., Shepherd, A., Schussler, B., Kerr-Wilson, R., van Geelan, J., Barlebo, H., Walter, S. Oestriol in the treatment of postmenopausal urgency: a multicentre study. Maturitas. 1993 Dec; 18: 47-53

**44089** Sultan, A. H., Kamm, M. A., Bartram, C. I., Hudson, C. N. Anal sphincter trauma during instrumental delivery. Int J Gynaecol Obstet. 1993 Dec; 43: 263-70

**44090** Kennedy, A. Continence. Island education. Nurs Times. 1993 Nov 24-30; 89: 74-7

**44092** Chambers, K. Continence. Regained dignity. Nurs Times. 1993 Nov 24-30; 89: 65-6

**44093** Naylor, J. R., Mulley, G. P. Commodes: inconvenient conveniences. BMJ. 1993 Nov 13; 307: 1258-60

**44095** Brubaker, L., Retzky, S., Smith, C., Saclarides, T. Pelvic floor evaluation with dynamic fluoroscopy. Obstet Gynecol. 1993 Nov; 82: 863-8

**44096** Elbadawi, A., Yalla, S. V., Resnick, N. M. Structural basis of geriatric voiding dysfunction. III. Detrusor overactivity. J Urol. 1993 Nov; 150: 1668-80

**44099** Maroun, F. B., Makino, A. P., Tong, T. R., Perkins, P. G., Arts, R., Jacob, J. C., Reddy, R. Cervical myelopathy secondary to ossification of the posterior longitudinal ligament in a Caucasian patient. Can J Neurol Sci. 1993 Nov; 20: 329-32

**44101** Cheater, F. M. Retrospective document survey: identification, assessment and management of urinary incontinence in medical and care of the elderly wards. J Adv Nurs. 1993 Nov; 18: 1734-46

**44102** Moore, K. Controlling urinary incontinence. Interview by Patricia Marck. AARN News Lett. 1993 Nov; 49: 26

**44103** Sakakibara, R., Hattori, T., Tojo, M., Yamanishi, T., Yasuda, K., Hirayama, K. Micturitional disturbance in progressive supranuclear palsy. J Auton Nerv Syst. 1993 Nov; 45: 101-6

**44105** Dippel, D. W., Habbema, J. D. Probabilistic diagnosis of normal pressure hydrocephalus and other treatable cerebral lesions in dementia. J Neurol Sci. 1993 Nov; 119: 123-33

---

**Appendix A6. Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

SUI Guidelines Panel

**44108**  Marsh, T. D. Estrogens for treating urinary incontinence in women. Am Pharm. 1993 Nov; NS33: 47-8, 90

**44110**  Eberle, C. M., Winsemius, D., Garibaldi, R. A. Risk factors and consequences of bacteriuria in non-catheterized nursing home residents. J Gerontol. 1993 Nov; 48: M266-71

**44111**  Belmin, J., Hervias, Y., Avellano, E., Oudart, O., Durand, I. Reliability of sampling urine from disposable diapers in elderly incontinent women. J Am Geriatr Soc. 1993 Nov; 41: 1182-6

**44112**  Siproudhis, L., Dautreme, S., Ropert, A., Bretagne, J. F., Heresbach, D., Raoul, J. L., Gosselin, M. Dyschezia and rectocele--a marriage of convenience? Physiologic evaluation of the rectocele in a group of 52 women complaining of difficulty in evacuation. Dis Colon Rectum. 1993 Nov; 36: 1030-6

**44113**  Goldwasser, B., Ben-Chaim, J., Golomb, J., Leibovitch, I., Mor, Y., Avigad, I. Bladder neck closure with an Indiana stoma outlet as a technique for continent vesicostomy. Surg Gynecol Obstet. 1993 Nov; 177: 448-50

**44115**  Skoner, M. M., Haylor, M. J. Managing incontinence: women's normalizing strategies. Health Care Women Int. 1993 Nov-Dec; 14: 549-60

**44116**  Sherman, A. M. An introduction to urinary incontinence. Orthop Nurs. 1993 Nov-Dec; 12: 27-30

**44117**  Rietberg, C. C., Lindhout, D. Adult patients with spina bifida cystica: genetic counselling, pregnancy and delivery. Eur J Obstet Gynecol Reprod Biol. 1993 Nov; 52: 63-70

**44120**  Bent, A. E., Ostergard, D. R., Zwick-Zaffuto, M. Tissue reaction to expanded polytetrafluoroethylene suburethral sling for urinary incontinence: clinical and histologic study. Am J Obstet Gynecol. 1993 Nov; 169: 1198-204

**44123**  Ouslander, J. G., Palmer, M. H., Rovner, B. W., German, P. S. Urinary incontinence in nursing homes: incidence, remission and associated factors. J Am Geriatr Soc. 1993 Oct; 41: 1083-9

**44124**  Eisman, E., Tries, J. A new probe for measuring electromyographic activity from multiple sites in the anal canal. Dis Colon Rectum. 1993 Oct; 36: 946-52

**44126**  Meyrat, B. J., Vernet, O., Berger, D., de Tribolet, N. Pre- and postoperative urodynamic and anorectal manometric findings in children operated upon for a primary tethered cord. Eur J Pediatr Surg. 1993 Oct; 3: 309-12

**44127**  Sakakibara, R., Hattori, T., Tojo, M., Yamanishi, T., Yasuda, K., Hirayama, K. Micturitional disturbance in radiation myelopathy. J Spinal Disord. 1993 Oct; 6: 402-5

**44131**  Hasson, H. M. Cervical removal at hysterectomy for benign disease. Risks and benefits. J Reprod Med. 1993 Oct; 38: 781-90

**44132**  Shiohama, N., Shinomiya, S., Nagaoka, M. Clinical features of anterior bradyrhythmia. Clin Electroencephalogr. 1993 Oct; 24: 194-201

**44140**  Barrett, D. M., Parulkar, B. G., Kramer, S. A. Experience with AS 800 artificial sphincter in pediatric and young adult patients. Urology. 1993 Oct; 42: 431-6

**44141**  Kavukcu, S., Ozaksoy, D., Turkmen, M., Kovanlikaya, I., Kose, G., Tavli, V. The urological manifestations of the tethered spinal cord. Turk J Pediatr. 1993 Oct-Dec; 35: 313-7

**44142**  Yu, T. J. Single unilateral vaginal ectopic ureter. J Formos Med Assoc. 1993 Oct; 92: 923-5

**44143**  Simor, A. E., Yake, S. L., Tsimidis, K. Infection due to Clostridium difficile among elderly residents of a long-term-care facility. Clin Infect Dis. 1993 Oct; 17: 672-8

**44145**  Effects of terodiline on urinary incontinence among older non- institutionalized women. Terodiline in the Elderly American Multicenter Study Group. J Am Geriatr Soc. 1993 Sep; 41: 915-22

**44146**  Schnelle, J. F., Ouslander, J. G., Simmons, S. F., Alessi, C. A., Gravel, M. D. The nighttime environment, incontinence care, and sleep disruption in nursing homes. J Am Geriatr Soc. 1993 Sep; 41: 910-4

**44147**  Schnelle, J. F., Ouslander, J. G., Simmons, S. F., Alessi, C. A., Gravel, M. D. Nighttime sleep and bed mobility among incontinent nursing home residents. J Am Geriatr Soc. 1993 Sep; 41: 903-9

# Appendix A6 Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Procite Number

---

44148   Herman, J. M., McLone, D. G., Storrs, B. B., Dauser, R. C. Analysis of 153 patients with myelomeningocele or spinal lipoma reoperated upon for a tethered cord. Presentation, management and outcome. Pediatr Neurosurg. 1993 Sep-Oct; 19: 243-9

44151   Benson, J. T., McClellan, E. The effect of vaginal dissection on the pudendal nerve. Obstet Gynecol. 1993 Sep; 82: 387-9

44153   Rintala, R., Lahdenne, P., Lindahl, H., Siimes, M., Heikinheimo, M. Anorectal function in adults operated for a benign sacrococcygeal teratoma. J Pediatr Surg. 1993 Sep; 28: 1165-7

44154   Vincent, C. Osteitis pubis. J Am Board Fam Pract. 1993 Sep-Oct; 6: 492-6

44155   Sakakibara, R., Hattori, T., Tojo, M., Yamanishi, T., Yasuda, K., Hirayama, K. Micturitional disturbance in multiple system atrophy. Jpn J Psychiatry Neurol. 1993 Sep; 47: 591-8

44156   Oot-Giromini, B. A. Pressure ulcer prevalence, incidence and associated risk factors in the community. Decubitus. 1993 Sep; 6: 24-32

44157   van der Linden, M. C., Gerretsen, G., Brandhorst, M. S., Ooms, E. C., Kremer, C. M., Doesburg, W. H. The effect of estriol on the cytology of urethra and vagina in postmenopausal women with genito-urinary symptoms. Eur J Obstet Gynecol Reprod Biol. 1993 Sep; 51: 29-33

44158   Ashworth, P. D., Hagan, M. T. The meaning of incontinence: a qualitative study of non-geriatric urinary incontinence sufferers. J Adv Nurs. 1993 Sep; 18: 1415-23

44160   Clark, A., Romm, J. Effect of urinary incontinence on sexual activity in women. J Reprod Med. 1993 Sep; 38: 679-83

44161   Brubaker, L., Kotarinos, R. Kegel or cut? Variations on his theme. J Reprod Med. 1993 Sep; 38: 672-8

44164   Richardson, D. A. Conservative management of urinary incontinence. A symposium. J Reprod Med. 1993 Sep; 38: 659-61

44165   Stickler, D. J., King, J. B., Winters, C., Morris, S. L. Blockage of urethral catheters by bacterial biofilms. J Infect. 1993 Sep; 27: 133-5

44166   Igawa, Y., Westerling, D., Mattiasson, A., Andersson, K. E. Effects of morphine metabolites on micturition in normal, unanaesthetized rats. Br J Pharmacol. 1993 Sep; 110: 257-62

44167   Crome, P., Wijayawardhana, P., Ankier, S. I., Dowell, P., Chevalier, P., Guillet, P. The pharmacokinetics of suriclone after single- and multiple-dose administration in healthy elderly volunteers. Drugs Aging. 1993 Sep-Oct; 3: 436-40

44168   Holt, P. E., Thrusfield, M. V. Association in bitches between breed, size, neutering and docking, and acquired urinary incontinence due to incompetence of the urethral sphincter mechanism. Vet Rec. 1993 Aug 21; 133: 177-80

44169   Jilek, R. Elderly toileting: is two hourly too often?. Nurs Stand. 1993 Aug 11-17; 7: 25-6

44170   Foreman, M. D., Theis, S. L., Anderson, M. A. Adverse events in the hospitalized elderly. Clin Nurs Res. 1993 Aug; 2: 360-70

44174   Genadry, R. R. Urogynecology. Curr Opin Obstet Gynecol. 1993 Aug; 5: 437-9

44177   Igawa, Y., Mattiasson, A., Andersson, K. E. Effects of GABA-receptor stimulation and blockade on micturition in normal rats and rats with bladder outflow obstruction. J Urol. 1993 Aug; 150: 537-42

44179   Sawle, G. V., Playford, E. D., Brooks, D. J., Quinn, N., Frackowiak, R. S. Asymmetrical pre-synaptic and post-synpatic changes in the striatal dopamine projection in dopa naive parkinsonism. Diagnostic implications of the D2 receptor status. Brain. 1993 Aug; 116 ( Pt 4): 853-67

44182   Hassink, E. A., Rieu, P. N., Severijnen, R. S., vd Staak, F. H., Festen, C. Are adults content or continent after repair for high anal atresia? A long-term follow-up study in patients 18 years of age and older. Ann Surg. 1993 Aug; 218: 196-200

---

   © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6  Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

44183  Karasawa, J., Touho, H., Ohnishi, H., Miyamoto, S., Kikuchi, H. Cerebral revascularization using omental transplantation for childhood moyamoya disease. J Neurosurg. 1993 Aug; 79: 192-6

44184  Nguyen, D. H., Ganesan, G. S., Sumfest, J. M., Liggitt, D. H., Caruso, A., Burns, M. W., Mitchell, M. E. The use of the AMS800 artificial urinary sphincter in combination with the gastric tube for continence in the canine model. J Urol. 1993 Aug; 150: 737-41

44186  Nguyen, D. H., Bain, M. A., Salmonson, K. L., Ganesan, G. S., Burns, M. W., Mitchell, M. E. The syndrome of dysuria and hematuria in pediatric urinary reconstruction with stomach. J Urol. 1993 Aug; 150: 707-9

44188  Caione, P., Lais, A., de Gennaro, M., Capozza, N. Glutaraldehyde cross-linked bovine collagen in exstrophy/epispadias complex. J Urol. 1993 Aug; 150: 631-3

44189  Gearhart, J. P., Canning, D. A., Peppas, D. S., Jeffs, R. D. Techniques to create continence in the failed bladder exstrophy closure patient. J Urol. 1993 Aug; 150: 441-3

44190  Gosalbez, R.,  Jr, Woodard, J. R., Broecker, B. H., Parrott, T. S., Massad, C. The use of stomach in pediatric urinary reconstruction. J Urol. 1993 Aug; 150: 438-40

44194  Hiraizumi, Y., Transfeldt, E. E., Fujimaki, E., Nakabayashi, H., Ishikawa, T., Sato, H. Electrophysiologic evaluation of intermittent sacral nerve dysfunction in lumbar spinal canal stenosis. Spine. 1993 Aug; 18: 1355-60

44196  Weiss, R. E., Garden, R. J., Cohen, E. L., Stone, N. N. Covered exstrophy with sequestered colonic remnant. J Urol. 1993 Jul; 150: 185-7

44197  McCormack, M., Pike, J., Kiruluta, G. Leak point of incontinence: a measure of the interaction between outlet resistance and bladder capacity. J Urol. 1993 Jul; 150: 162-4

44199  Jakobsen, H., Kromann-Andersen, B., Nielsen, K. K., Maegaard, E. Pad weighing tests with 50% or 75% bladder filling. Does it matter?. Acta Obstet Gynecol Scand. 1993 Jul; 72: 377-81

44202  Massat, B. J., Gregory, C. R., Ling, G. V., Cardinet, G. H., Lewis, E. L. Cystourethropexy to correct refractory urinary incontinence due to urethral sphincter mechanism incompetence. Preliminary results in ten bitches. Vet Surg. 1993 Jul-Aug; 22: 260-8

44204  Petrelli, N. J., Nagel, S., Rodriguez-Bigas, M., Piedmonte, M., Herrera, L. Morbidity and mortality following abdominoperineal resection for rectal adenocarcinoma. Am Surg. 1993 Jul; 59: 400-4

44206  Ghosh, T. S., Kwawukume, E. Y. A new method of achieving total continence in vesico-urethro-vaginal fistula (circumferential fistula) with total urethral destruction-- surgical technique. West Afr J Med. 1993 Jul-Sep; 12: 141-3

44209  Zimakoff, J., Pontoppidan, B., Larsen, S. O., Stickler, D. J. Management of urinary bladder function in Danish hospitals, nursing homes and home care. J Hosp Infect. 1993 Jul; 24: 183-99

44210  Gillatt, D. A., Feneley, R. C. Magnetic resonance imaging in the identification of an otherwise undetectable upper pole moiety. Br J Urol. 1993 Jul; 72: 122-3

44211   Diagnostic and therapeutic technology assessment. Use of Teflon preparations for urinary incontinence and vesicoureteral reflux. JAMA. 1993 Jun 16; 269: 2975-80

44212  Weese, D. L., Roskamp, D. A., Leach, G. E., Zimmern, P. E. Intravesical oxybutynin chloride: experience with 42 patients. Urology. 1993 Jun; 41: 527-30

44213  Sherer, D. M., Abramowicz, J. S., Perillo, A. M., Woods, J. R.,  Jr Post cesarean delivery atonic bladder with overflow incontinence appearing sonographically as a large retrovesical hypoechoic mass. J Ultrasound Med. 1993 Jun; 12: 365-7

44214  Lagace, E. A., Hansen, W., Hickner, J. M. Prevalence and severity of urinary incontinence in ambulatory adults: an UPRNet study. J Fam Pract. 1993 Jun; 36: 610-4

44215  Grosshans, C., Passadori, Y., Peter, B. Urinary retention in the elderly: a study of 100 hospitalized patients. J Am Geriatr Soc. 1993 Jun; 41: 633-8

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

---

44217   Milsom, I., Ekelund, P., Molander, U., Arvidsson, L., Areskoug, B. The influence of age, parity, oral contraception, hysterectomy and menopause on the prevalence of urinary incontinence in women. J Urol. 1993 Jun; 149: 1459-62

44220   Smith, P., Heimer, G., Norgren, A., Ulmsten, U. Localization of steroid hormone receptors in the pelvic muscles. Eur J Obstet Gynecol Reprod Biol. 1993 Jun; 50: 83-5

44221   Hollowell, J. G., Hill, P. D., Duffy, P. G., Ransley, P. G. Evaluation and treatment of incontinence after bladder neck reconstruction in exstrophy and epispadias. Br J Urol. 1993 Jun; 71: 743-9

44225   Bunyaratavej, P., La-ornual, S., Kongkanand, A., Prasopsanti, K., Vajarapongse, R. Ten years' experience with enterocystoplasty. J Med Assoc Thai. 1993 Jun; 76: 327-33

44226   Jolleys, J. V., Wilson, J. V. Urinary incontinence. GPs lack confidence. BMJ. 1993 May 15; 306: 1344

44227   Ekelund, P., Grimby, A., Milsom, I. Urinary incontinence. Social and financial costs high. BMJ. 1993 May 15; 306: 1344

44229   Jones, J. A., Mitchell, M. E., Rink, R. C. Improved results using a modification of the Young-Dees-Leadbetter bladder neck repair. Br J Urol. 1993 May; 71: 555-61

44235   Carter, C. T., Schafer, N. Incidence of urethral disruption in females with traumatic pelvic fractures. Am J Emerg Med. 1993 May; 11: 218-20

44236   Herschorn, S., Thijssen, A. J., Radomski, S. B. Experience with the hemi-Kock ileocystoplasty with a continent abdominal stoma. J Urol. 1993 May; 149: 998-1001

44237   Borer, J. G., Corgan, F. J., Krantz, R., Gordon, D. H., Maiman, M., Glassberg, K. I. Unilateral single vaginal ectopic ureter with ipsilateral hypoplastic pelvic kidney and bicornuate uterus. J Urol. 1993 May; 149: 1124-7

44238   Gearhart, J. P., Peppas, D. S., Jeffs, R. D. Complete genitourinary reconstruction in female epispadias. J Urol. 1993 May; 149: 1110-3

44240   Keating, M. A., Rink, R. C., Adams, M. C. Appendicovesicostomy: a useful adjunct to continent reconstruction of the bladder. J Urol. 1993 May; 149: 1091-4

44245   Hayden, D. W., Waters, D. J., Burke, B. A., Manivel, J. C. Disseminated malignant histiocytosis in a golden retriever: clinicopathologic, ultrastructural, and immunohistochemical findings. Vet Pathol. 1993 May; 30: 256-64

44246   Van Kerrebroeck, P. E., Koldewijn, E. L., Scherpenhuizen, S., Debruyne, F. M. The morbidity due to lower urinary tract function in spinal cord injury patients. Paraplegia. 1993 May; 31: 320-9

44247   Topper, A. K., Holliday, P. J., Fernie, G. R. Bladder volume estimation in the elderly using a portable ultrasound-based measurement device. J Med Eng Technol. 1993 May-Jun; 17: 99-103

44249   Mooney, R. A., Newman, D. K., Smith, D. A., Grey, M. Establishing a continence service using AHCPR guidelines. Ostomy Wound Manage. 1993 Apr; 39: 28-30, 32

44250   Lao, T. T., Halpern, S. H., MacDonald, D., Huh, C. Spinal subdural haematoma in a parturient after attempted epidural anaesthesia. Can J Anaesth. 1993 Apr; 40: 340-5

44251   Ouslander, J., Schnelle, J., Simmons, S., Bates-Jensen, B., Zeitlin, M. The dark side of incontinence: nighttime incontinence in nursing home residents. J Am Geriatr Soc. 1993 Apr; 41: 371-6

44252   Hage, J. J., Bouman, F. G., Bloem, J. J. Construction of the fixed part of the neourethra in female-to-male transsexuals: experience in 53 patients. Plast Reconstr Surg. 1993 Apr; 91: 904-10; discussion 911-3

44254   Golomb, J., Ben-Chaim, J., Goldwasser, B., Korach, J., Mashiach, S. Conservative treatment of a vesicocervical fistula resulting from Shirodkar cervical cerclage. J Urol. 1993 Apr; 149: 833-4

44257   Klein, H. M., Kirschner-Hermanns, R., Lagunilla, J., Gunther, R. W. Assessment of incontinence with intraurethral US: preliminary results. Radiology. 1993 Apr; 187: 141-3

44259   Wolfe, C. D., Taub, N. A., Woodrow, J., Richardson, E., Warburton, F. G., Burney, P. G. Does the incidence, severity, or case fatality of stroke vary in southern England?. J Epidemiol Community Health. 1993 Apr; 47: 139-43

---

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

44261    Brocklehurst, J. C. Urinary incontinence in the community--analysis of a MORI poll. BMJ. 1993 Mar 27; 306: 832-4

44262    Jarvis, G. J. Urinary incontinence in the community. BMJ. 1993 Mar 27; 306: 809-10

44264    Holt, P. E. Surgical management of congenital urethral sphincter mechanism incompetence in eight female cats and a bitch. Vet Surg. 1993 Mar-Apr; 22: 98-104

44267    Kurtz, M., Murrey, M., Salmonson, K., Cornell, C. Daytime incontinence. J Pediatr Health Care. 1993 Mar-Apr; 7: 92, 99-100

44270    Gelber, D. A., Good, D. C., Laven, L. J., Verhulst, S. J. Causes of urinary incontinence after acute hemispheric stroke. Stroke. 1993 Mar; 24: 378-82

44274    Hooley, J. S. Kegel exercises. J Fla Med Assoc. 1993 Mar; 80: 213

44276    Whyte, T. D., McNally, D. S., James, E. D. Six-element sensor for measuring vaginal pressure profiles. Med Biol Eng Comput. 1993 Mar; 31: 184-6

44277    Gormley, E. A., Griffiths, D. J., McCracken, P. N., Harrison, G. M. Polypharmacy and its effect on urinary incontinence in a geriatric population. Br J Urol. 1993 Mar; 71: 265-9

44278    Holt, P. E. Incontinence in giant schnauzers. Vet Rec. 1993 Feb 20; 132: 199-200

44279    Hinge, A. J. Incontinence in giant schnauzers. Vet Rec. 1993 Feb 6; 132: 144

44280    Eckford, S. D., Keane, D. P. Management of detrusor instability. Br J Hosp Med. 1993 Feb 17-Mar 2; 49: 282-5

44283    Keane, D. P., Winder, A., Lewis, P., Shepherd, A. M., Abrams, P. A combined urodynamic and continence unit--a review of the first 19 years. Br J Urol. 1993 Feb; 71: 161-5

44287    Schnelle, J. F., Newman, D., White, M., Abbey, J., Wallston, K. A., Fogarty, T., Ory, M. G. Maintaining continence in nursing home residents through the application of industrial quality control. Gerontologist. 1993 Feb; 33: 114-21

44290    Williams, M. P., Wallhagen, M., Dowling, G. Urinary retention in hospitalized elderly women. J Gerontol Nurs. 1993 Feb; 19: 7-14

44294    Sit, K. H. Urinary incontinence caused by prazosin. Singapore Med J. 1993 Feb; 34: 91

44298    Keane, D. P., Eckford, S. D., Shepherd, A. M., Abrams, P. Urodynamic investigation in elderly women. BMJ. 1993 Jan 9; 306: 145

44299    Williams, N. S., Fowler, C. G., George, B. D., Blandy, J. P., Badenoch, D. F., Patel, J. Electrically stimulated gracilis sphincter for bladder incontinence. Lancet. 1993 Jan 9; 341: 115-6

44301    Ishigooka, M., Hashimoto, T., Sasagawa, I., Nakada, T., Handa, Y. Technique of percutaneous electrode implantation for electrical pelvic floor stimulation. Eur Urol. 1993; 23: 413-6

44303    Cohen, H. A., Abarbanel, J., Ashkenasi, A., Frydman, M., Straussberg, R., Varsano, I. Urodynamic manifestations associated with Ramsay-Hunt syndrome. Case report. Scand J Urol Nephrol. 1993; 27: 129-31

44313    Chao, R., Mayo, M. E., Bejany, D. E., Bavendam, T. Bladder neck closure with continent augmentation or suprapubic catheter in patients with neurogenic bladders. J Am Paraplegia Soc. 1993 Jan; 16: 18-22

44314    Triolo, J., Breu, B. A. What is your diagnosis? Hemangiosarcoma of the falciform ligament. J Am Vet Med Assoc. 1993 Jan 1; 202: 133-4

44315    Day, D. G., Bailey, M. Q., Evans, K. L., Smeak, D. D., DiBartola, S. P. Postoperative evaluation of renal function after surgical correction of a ureterovaginal fistula in a cat. J Am Vet Med Assoc. 1993 Jan 1; 202: 104-6

44318    Dijkema, H. E., Weil, E. H., Mijs, P. T., Janknegt, R. A. Neuromodulation of sacral nerves for incontinence and voiding dysfunctions. Clinical results and complications. Eur Urol. 1993; 24: 72-6

44323    Broseta, E., Osca, J. M., Morera, J., Martinez-Agullo, E., Jimenez-Cruz, J. F. Urological manifestations of herpes zoster. Eur Urol. 1993; 24: 244-7

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

**SUI Guidelines Panel**

44331 Ishigooka, M., Hashimoto, T., Izumiya, K., Katoh, T., Yaguchi, H., Nakada, T., Handa, Y., Hoshimiya, N. Electrical pelvic floor stimulation in the management of urinary incontinence due to neuropathic overactive bladder. Front Med Biol Eng. 1993; 5: 1-10

44332 Foreman, M. M., McNulty, A. M. Alterations in K(+)-evoked release of 3H-norepinephrine and contractile responses in urethral and bladder tissues induced by norepinephrine reuptake inhibition. Life Sci. 1993; 53: 193-200

44333 Rabin, J. M., McNett, J., Badlani, G. H. Computerized voiding diary. Neurourol Urodyn. 1993; 12: 541-53; discussion 553-4

44335 Arpa Gutierrez, J., Morales, C., Lara, M., Munoz, C., Garcia-Rojo, M., Caminero, A., Gutierrez, M. Type I familial amyloid polyneuropathy and pontine haemorrhage. Acta Neuropathol (Berl). 1993; 86: 542-5

44336 Mansson, A., Anderson, H., Colleen, S. Time lag to diagnosis of bladder cancer--influence of psychosocial parameters and level of health-care provision. Scand J Urol Nephrol. 1993; 27: 363-9

44338 Ishigooka, M., Hashimoto, T., Izumiya, K., Sasagawa, I., Nakada, T. Incidence of anal incontinence after long-term follow-up of patients treated by ureterosigmoidostomy. Int Urol Nephrol. 1993; 25: 455-60

44339 Isambert, J. L., Egon, G., Colombel, P. Adjuvant drug therapy: a review of 30 cases of sacral anterior root stimulator. Neurourol Urodyn. 1993; 12: 513-5

44340 Egon, G., Colombel, P., Isambert, J. L., Guerin, J., Barat, M. Evolution of bladder contraction in course of time after implantation of a sacral anterior root stimulator. Neurourol Urodyn. 1993; 12: 509-12

44341 Van Kerrebroeck, P. E., Koldewijn, E. L., Debruyne, F. M. Worldwide experience with the Finetech-Brindley sacral anterior root stimulator. Neurourol Urodyn. 1993; 12: 497-503

44342 Sarrias, M., Sarrias, F., Borau, A. The 'Barcelona' technique. Neurourol Urodyn. 1993; 12: 495-6

44343 Del Carro, U., Riva, D., Comi, G. C., Locatelli, T., Magnani, G., Levati, N., Vigano, R., Sambruni, I., Canal, N. Neurophysiological evaluation in detrusor instability. Neurourol Urodyn. 1993; 12: 455-62

44344 Hellstrom, L., Ekelund, P., Larsson, M., Milsom, I. Adapting incontinent patients incontinence aids to their leakage volumes. Scand J Caring Sci. 1993; 7: 67-71

44345 Shen, W. C., Lee, S. K., Ho, Y. J., Lee, K. R. Myelography, CT and MRI in leukaemic infiltration of the lumbar theca. Neuroradiology. 1993; 35: 516-7

44346 Mansi, M., Ahmed, S. Young-Dees-Leadbetter bladder neck reconstruction for sphincteric urinary incontinence: the value of augmentation cystoplasty. Scand J Urol Nephrol. 1993; 27: 509-17

44349 Brandell, R. A., Brock, J. W., 3rd Common problems in pediatric urology. Compr Ther. 1993; 19: 11-6

44350 Van Zak, D. B. Non-invasive feedback of external pubococcegii muscle activity as a treatment for urinary incontinence. Int J Psychosom. 1993; 40: 56-9

44351 Hamvas, A., Nagy, F., Tanko, A. The role of Melipramine in the treatment of bladder instability. Ther Hung. 1993; 41: 150-2

44352 Belville, W. D., Swierzewski, S. J., 3rd, Wedemeyer, G., McGuire, E. J. Fiberoptic microtransducer pressure technology: urodynamic implications. Neurourol Urodyn. 1993; 12: 171-8

44356 Barrett, J. A., Banks, A., Roe, B. Urodynamic investigation in elderly women. BMJ. 1992 Dec 5; 305: 1438

44359 Borzi, P. A., Bruce, J., Gough, D. C. Continent cutaneous diversions in children: experience with the Mitrofanoff procedure. Br J Urol. 1992 Dec; 70: 669-73

44360 Hyams, G., McCoull, K., Smith, P. S., Tyrer, S. P. Behavioural continence training in mental handicap: a 10-year follow-up study. J Intellect Disabil Res. 1992 Dec; 36 ( Pt 6): 551-8

44361 Doan, T., Patterson, R., Greenberger, P. A. Cough variant asthma: usefulness of a diagnostic-therapeutic trial with prednisone. Ann Allergy. 1992 Dec; 69: 505-9

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

44365    Herschorn, S., Radomski, S. B., Steele, D. J. Early experience with intraurethral collagen injections for urinary incontinence. J Urol. 1992 Dec; 148: 1797-800

44366    O'Brien, D. P., Singh, J., Dias, P. S. Spinal epidermoid cyst and cauda equina syndrome in a teenage girl. Ir J Med Sci. 1992 Dec; 161: 675-8

44372    Merimsky, O., Reider-Groswasser, I., Wigler, N., Chaitchik, S. Encephalopathy in ifosfamide-treated patients. Acta Neurol Scand. 1992 Nov; 86: 521-5

44373    Belloli, G., Campobasso, P., Mercurella, A. Neuropathic urinary incontinence in pediatric patients: management with artificial sphincter. J Pediatr Surg. 1992 Nov; 27: 1461-4

44374    Ahmed, S., Morris, L. L., Byard, R. W. Ectopic ureter with complete ureteric duplication in the female child. J Pediatr Surg. 1992 Nov; 27: 1455-60

44375    Fowler, C. J., van Kerrebroeck, P. E., Nordenbo, A., Van Poppel, H. Treatment of lower urinary tract dysfunction in patients with multiple sclerosis. Committee of the European Study Group of SUDIMS (Sexual and Urological Disorders in Multiple Sclerosis). J Neurol Neurosurg Psychiatry. 1992 Nov; 55: 986-9

44377    Ronzoni, G., De Vecchis, M., Raschi, R., Cuneo, L., Cagossi, M. Rome pouch: pre-peritoneal continent ileal reservoir with hydraulic valve. Br J Urol. 1992 Nov; 70: 514-8

44379    Berned Muller, E., Nordwall, A., von Wendt, L. The influence of scoliosis brace treatment on function in children with myelomeningocele. Acta Paediatr. 1992 Nov; 81: 925-8

44383    Salisz, J. A., Diokno, A. C. The management of injuries to the urethra, bladder or vagina encountered during difficult placement of the artificial urinary sphincter in the female patient. J Urol. 1992 Nov; 148: 1528-30

44385    Iliffe, S., Tai, S. S., Haines, A., Gallivan, S., Goldenberg, E., Booroff, A., Morgan, P. Are elderly people living alone an at risk group?. BMJ. 1992 Oct 24; 305: 1001-4

44386    O'Connell, H. E., MacGregor, R. J., Russell, J. M. Female urinary incontinence. Management in primary care. Med J Aust. 1992 Oct 19; 157: 537-44

44387    Squire, K. R., Adams, S. B. Bilateral ureterocystostomy in a 450-kg horse with ectopic ureters. J Am Vet Med Assoc. 1992 Oct 15; 201: 1213-5

44390    Philp, J., Cottenden, A., Ledger, D. Continence. The reuser's guide. Nurs Times. 1992 Oct 28-Nov 3; 88: 66-72

44391    Keane, D. P., Eckford, S. D., Shepherd, A. M., Abrams, P. Referral patterns and diagnoses in women attending a urodynamic unit. BMJ. 1992 Oct 3; 305: 808

44392    Rekers, H., Drogendijk, A. C., Valkenburg, H. A., Riphagen, F. The menopause, urinary incontinence and other symptoms of the genito- urinary tract. Maturitas. 1992 Oct; 15: 101-11

44393    McCormick, K. A., Newman, D. K., Colling, J., Pearson, B. D. Urinary incontinence in adults. Am J Nurs. 1992 Oct; 92: 75-88

44395    Moore, K. H., Gilpin, S. A., Dixon, J. S., Richmond, D. H., Sutherst, J. R. Increase in presumptive sensory nerves of the urinary bladder in idiopathic detrusor instability. Br J Urol. 1992 Oct; 70: 370-2

44396    Viljoen, A. C. Further experience with the vaginal strips sling operation. S Afr Med J. 1992 Oct; 82: 286-7

44397    New studies, new treatments, new organization discussed at national NP symposium. Nurse Pract. 1992 Oct; 17: 66-8

44403    Liptak, G. S., Shurtleff, D. B., Bloss, J. W., Baltus-Hebert, E., Manitta, P. Mobility aids for children with high-level myelomeningocele: parapodium versus wheelchair. Dev Med Child Neurol. 1992 Sep; 34: 787-96

44405    Vara, A. R., Shanberg, A. M., Sawyer, D. E., Tansey, L. A., Martin, D. C. Modification of Le Bag ileocolonic pouch with improved results. Review of 17 cases. Urology. 1992 Sep; 40: 221-6

44411    Rohatgi, M., Gupta, D. K., Subbarao, P. Single-system cecoureterocele. J Pediatr Surg. 1992 Sep; 27: 1241-3

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

44412 Wszolek, Z. K., Pfeiffer, R. F., Bhatt, M. H., Schelper, R. L., Cordes, M., Snow, B. J., Rodnitzky, R. L., Wolters, E. C., Arwert, F., Calne, D. B. Rapidly progressive autosomal dominant parkinsonism and dementia with pallido-ponto-nigral degeneration. Ann Neurol. 1992 Sep; 32: 312-20

44415 Kaufman, D. M., Lipton, R. B. The persistent vegetative state: an analysis of clinical correlates and costs. N Y State J Med. 1992 Sep; 92: 381-4

44416 Bishop, K. R., Dougherty, M., Mooney, R., Gimotty, P., Williams, B. Effects of age, parity, and adherence on pelvic muscle response to exercise. J Obstet Gynecol Neonatal Nurs. 1992 Sep-Oct; 21: 401-6

44417 Hollowell, J. G., Hill, P. D., Duffy, P. G., Ransley, P. G. Lower urinary tract function after exstrophy closure. Pediatr Nephrol. 1992 Sep; 6: 428-32

44418 Dirie, M. A., Lindmark, G. The risk of medical complications after female circumcision. East Afr Med J. 1992 Sep; 69: 479-82

44419 Gregory, S. P., Parkinson, T. J., Holt, P. E. Urethral conformation and position in relation to urinary incontinence in the bitch. Vet Rec. 1992 Aug 22; 131: 167-70

44422 Atala, A., Bauer, S. B., Dyro, F. M., Shefner, J., Shillito, J., Sathi, S., Scott, R. M. Bladder functional changes resulting from lipomyelomeningocele repair. J Urol. 1992 Aug; 148: 592-4

44423 Boone, T. B., Roehrborn, C. G., Hurt, G. Transurethral intravesical electrotherapy for neurogenic bladder dysfunction in children with myelodysplasia: a prospective, randomized clinical trial. J Urol. 1992 Aug; 148: 550-4

44427 Orlander, J. D., Jick, S. S., Dean, A. D., Jick, H. Urinary tract infections and estrogen use in older women. J Am Geriatr Soc. 1992 Aug; 40: 817-20

44428 Lachs, M. S., Becker, M., Siegal, A. P., Miller, R. L., Tinetti, M. E. Delusions and behavioral disturbances in cognitively impaired elderly persons. J Am Geriatr Soc. 1992 Aug; 40: 768-73

44429 Fainsinger, R. L., MacEachern, T., Hanson, J., Bruera, E. The use of urinary catheters in terminally ill cancer patients. J Pain Symptom Manage. 1992 Aug; 7: 333-8

44430 Gynecologic urology. Curr Opin Obstet Gynecol. 1992 Aug; 4: 627-31

44431 Caputo, R. M., Benson, J. T. Idiopathic fecal incontinence. Curr Opin Obstet Gynecol. 1992 Aug; 4: 565-70

44433 Kondo, A., Kato, K., Sakakibara, T., Hashizume, Y., Ito, S. Tethered cord syndrome: cause for urge incontinence and pain in lower extremities. Urology. 1992 Aug; 40: 143-6

44436 Flaherty, J. H., Miller, D. K., Coe, R. M. Impact on caregivers of supporting urinary function in noninstitutionalized, chronically ill seniors. Gerontologist. 1992 Aug; 32: 541-5

44441 Havranek, P., Hedlund, H., Rubenson, A., Guth, D., Husberg, M., Frykberg, T., Larsson, L. T. Sacrococcygeal teratoma in Sweden between 1978 and 1989: long-term functional results. J Pediatr Surg. 1992 Jul; 27: 916-8

44447 Wan, J., McGuire, E. J., Bloom, D. A., Ritchey, M. L. The treatment of urinary incontinence in children using glutaraldehyde cross-linked collagen. J Urol. 1992 Jul; 148: 127-30

44450 Klein, M. C., Gauthier, R. J., Jorgensen, S. H., Robbins, J. M., Kaczorowski, J., Johnson, B., Corriveau, M., Westreich, R., Waghorn, K., Gelfand, M. M., et, a. l. ... Does episiotomy prevent perineal trauma and pelvic floor relaxation?. Online J Curr Clin Trials. 1992 Jul 1; Doc No 10: [6019 words; 65 paragraphs]

44454 McMurdo, M. E., Davey, P. G., Elder, M. A., Miller, R. M., Old, D. C., Malek, M. A cost-effectiveness study of the management of intractable urinary incontinence by urinary catheterisation or incontinence pads. J Epidemiol Community Health. 1992 Jun; 46: 222-6

44458 Mulhall, A. U.K. experience with indwelling urethral catheters. Am J Infect Control. 1992 Jun; 20: 164

44463 Masters, J. C., O'Grady, M. Normal pressure hydrocephalus. A potentially reversible form of dementia. J Psychosoc Nurs Ment Health Serv. 1992 Jun; 30: 25-8

44467 Hattori, T., Yasuda, K., Sakakibara, R., Yamanishi, T., Kitahara, H., Hirayama, K. Micturitional disturbance in tumors of the lumbosacral area. J Spinal Disord. 1992 Jun; 5: 193-7

# Appendix A6. Bibliography sorted by Procite Number

**American Urological Association, Inc.**

**SUI Guidelines Panel**

44471   Holt, P. E., Gibbs, C. Congenital urinary incontinence in cats: a review of 19 cases. Vet Rec. 1992 May 16; 130: 437-42

44473   Mostafa, W. Z., Abahussein, A. A., Alzayer, A. A. Diaper area granuloma of incontinence. J Dermatol. 1992 May; 19: 319-22

44474   McCarthy, R. J., Lipowitz, A. J., O'Brien, T. D. Continent jejunal reservoir (Kock pouch) for urinary diversion in dogs. Vet Surg. 1992 May-Jun; 21: 208-16

44475   Monfort, G., Guys, J. M., Coquet, M., Roth, K., Louis, C., Bocciardi, A. Surgical management of duplex ureteroceles. J Pediatr Surg. 1992 May; 27: 634-8

44476   Gough, M., McDermott, E. W., Lyons, B., Hederman, W. P. Perforation of bladder carcinoma presenting as acute abdomen. Br J Urol. 1992 May; 69: 541-2

44477   Versi, E. The Stamey endoscopic bladder neck suspension: a clinical and urodynamic investigation, including actuarial follow-up over four years. Br J Obstet Gynaecol. 1992 May; 99: 442-3

44478   Hildebrand, J., Moussa, Z., Raftopoulos, C., Vanhouche, J., Laute, M. A., Przedborski, S. Variations of homovanillic acid levels in ventricular cerebrospinal fluid. Acta Neurol Scand. 1992 May; 85: 340-2

44479   Kok, A. L., Voorhorst, F. J., Burger, C. W., van Houten, P., Kenemans, P., Janssens, J. Urinary and faecal incontinence in community-residing elderly women. Age Ageing. 1992 May; 21: 211-5

44480   Griffiths, D. J., McCracken, P. N., Harrison, G. M., Gormley, E. A. Characteristics of urinary incontinence in elderly patients studied by 24-hour monitoring and urodynamic testing. Age Ageing. 1992 May; 21: 195-201

44481   Gladman, J. R., Harwood, D. M., Barer, D. H. Predicting the outcome of acute stroke: prospective evaluation of five multivariate models and comparison with simple methods. J Neurol Neurosurg Psychiatry. 1992 May; 55: 347-51

44483   Hoffman, M. S., Roberts, W. S., Finan, M. A., Fiorica, J. V., Bryson, S. C., Ruffolo, E. H., Cavanagh, D. A comparative study of radical vulvectomy and modified radical vulvectomy for the treatment of invasive squamous cell carcinoma of the vulva. Gynecol Oncol. 1992 May; 45: 192-7

44484   Khoury, J. M., Webster, G. D. Evaluation of augmentation cystoplasty for severe neuropathic bladder using the hostility score. Dev Med Child Neurol. 1992 May; 34: 441-7

44490   Kreder, K., Das, A. K., Webster, G. D. The hemi-Kock ileocystoplasty: a versatile procedure in reconstructive urology. J Urol. 1992 May; 147: 1248-51

44491   Sabnis, R. B., Bapat, S. D., Desai, R. M., Punekar, S. V. Experience of continent urinary diversion with modified Koff's technique. Arch Esp Urol. 1992 May; 45: 383-6

44495   Malone-Lee, J., Lubel, D., Szonyi, G. Low dose oxybutynin for the unstable bladder. BMJ. 1992 Apr 18; 304: 1053

44500   Harada, T., Levounis, P., Constantinou, C. E. Rapid evaluation of the efficacy of pharmacologic agents and their analogs in enhancing bladder capacity and reducing the voiding frequency. J Pharmacol Toxicol Methods. 1992 Apr; 27: 119-26

44501   Hemal, A. K. Re: Actinomycotic vesico-uterine fistula from a wishbone pessary contraceptive device. P. Buckley et al. Br. J. Urol., 68, 206-207, 1991. Br J Urol. 1992 Apr; 69: 442

44502   Ramsay, I. N., Clancy, S., Hilton, P. Subtrigonal phenol injections in the treatment of idiopathic detrusor instability in the female--a long-term urodynamic follow-up. Br J Urol. 1992 Apr; 69: 363-5

44503   Goldstein, M., Hawthorne, M. E., Engeberg, S., McDowell, B. J., Burgio, K. L. Urinary incontinence. Why people do not seek help. J Gerontol Nurs. 1992 Apr; 18: 15-20

44505   Christiansen, J., Sparso, B. Treatment of anal incontinence by an implantable prosthetic anal sphincter. Ann Surg. 1992 Apr; 215: 383-6

44507   McDowell, B. J., Burgio, K. L., Dombrowski, M., Locher, J. L., Rodriguez, E. An interdisciplinary approach to the assessment and behavioral treatment of urinary incontinence in geriatric outpatients. J Am Geriatr Soc. 1992 Apr; 40: 370-4

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

44509  Palmer, M. H., McCormick, K. A., Langford, A., Langlois, J., Alvaran, M. Continence outcomes: documentation on medical records in the nursing home environment. J Nurs Care Qual. 1992 Apr; 6: 36-43

44510  Kontani, H., Nakagawa, M., Sakai, T. Effects of adrenergic agonists on an experimental urinary incontinence model in anesthetized rabbits. Jpn J Pharmacol. 1992 Apr; 58: 339-46

44518  McCormick, K. A., Burgio, L. D., Engel, B. T., Scheve, A., Leahy, E. Urinary incontinence: an augmented prompted void approach. J Gerontol Nurs. 1992 Mar; 18: 3-10

44521  Murphy, S., Denman, S., Bennett, R. G., Greenough, W. B., 3rd, Lindsay, J., Zelesnick, L. B. Methicillin-resistant Staphylococcus aureus colonization in a long-term- care facility. J Am Geriatr Soc. 1992 Mar; 40: 213-7

44522  Creason, N. S., Burgener, S. C., Farrand, L. Guidelines for assessment of incontinence in elderly institutionalized women. Geriatr Nurs. 1992 Mar-Apr; 13: 76-9

44523  Holmes, S. A., Christmas, T. J., Kirby, R. S., Hendry, W. F. Cystectomy and substitution enterocystoplasty: alternative primary treatment for T2/3 bladder cancer. Br J Urol. 1992 Mar; 69: 260-4

44524  Rekers, H., Drogendijk, A. C., Valkenburg, H., Riphagen, F. Urinary incontinence in women from 35 to 79 years of age: prevalence and consequences. Eur J Obstet Gynecol Reprod Biol. 1992 Feb 28; 43: 229-34

44525  Harrington, W. J., Jr, Sheramata, W., Cabral, L. Danazol for urinary incontinence in tropical spastic paraparesis. Lancet. 1992 Feb 8; 339: 368

44527  Goldberg, N. S., Esterly, N. B., Rothman, K. F., Fallon, J. D., Cropley, T. G., Szaniawski, W., Glassman, M. Perianal pseudoverrucous papules and nodules in children. Arch Dermatol. 1992 Feb; 128: 240-2

44534  Briggs, M., Williams, E. S. Urinary incontinence. BMJ. 1992 Jan 25; 304: 255

44535  Oakeshott, P., Hunt, G. M. Urinary incontinence in women. BMJ. 1992 Jan 25; 304: 255

44536  Wise, B. G., Abbott, D., Kelleher, C. J., Haken, J., Burton, G., Cardozo, L. D. Urinary incontinence. BMJ. 1992 Jan 11; 304: 119-20

44543  Yokoyama, O., Nagano, K., Kawaguchi, K., Komatsu, K., Egawa, M., Hisazumi, H. The influence of pelvic nerve transection on the neuromuscular system of the canine urinary bladder. Urol Res. 1992; 20: 45-8

44544  Lyder, C. H., Clemes-Lowrance, C., Davis, A., Sullivan, L., Zucker, A. Structured skin care regimen to prevent perineal dermatitis in the elderly. J ET Nurs. 1992 Jan-Feb; 19: 12-6

44546  Davidsson, T., Barker, S. B., Mansson, W. Tapering of intussuscepted ileal nipple valve or ileocecal valve to correct secondary incontinence in patients with urinary reservoir. J Urol. 1992 Jan; 147: 144-6

44547  Mayo, M. E., Chetner, M. P. Lower urinary tract dysfunction in multiple sclerosis. Urology. 1992 Jan; 39: 67-70

44548  Lamhut, P., Jackson, T. W., Wall, L. L. The treatment of urinary incontinence with electrical stimulation in nursing home patients: a pilot study. J Am Geriatr Soc. 1992 Jan; 40: 48-52

44551  Kirkeby, L. T., Beier-Holgersen, R., Nordling, J. Successful pregnancy after ileocystoplasty. Case report. Scand J Urol Nephrol. 1992; 26: 195

44552  Nordstrom, G., Nyman, C. R., Theorell, T. Psychosocial adjustment and general state of health in patients with ileal conduit urinary diversion. Scand J Urol Nephrol. 1992; 26: 139-47

44553  Stewart, D. A., Taylor, J., Ghosh, S., Macphee, G. J., Abdullah, I., McLenachan, J. M., Stott, D. J. Terodiline causes polymorphic ventricular tachycardia due to reduced heart rate and prolongation of QT interval. Eur J Clin Pharmacol. 1992; 42: 577-80

44554  van Gool, J. D., Vijverberg, M. A., de Jong, T. P. Functional daytime incontinence: clinical and urodynamic assessment. Scand J Urol Nephrol Suppl. 1992; 141: 58-69

44561  Demand for urological devices increases among aging population. Front Med Biol Eng. 1992; 4: 65-6

44563  Colak, A., Tahta, K., Ozcan, O. E., Eryilmaz, M. Congenital lumbosacral lipomas presenting as a form of occult spinal dysraphism. A report of 9 surgically treated cases. Zentralbl Neurochir. 1992; 53: 15-9

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6  Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

44565    Arena, M. G., Di Rosa, A. E., Arcudi, L., Ruello, C., Magaudda, A., Meduri, M. Voiding disorders in patients with cerebrovascular disease. Funct Neurol. 1992 Jan-Feb; 7: 47-9

44566    Laverty, S., Pascoe, J. R., Ling, G. V., Lavoie, J. P., Ruby, A. L. Urolithiasis in 68 horses. Vet Surg. 1992 Jan-Feb; 21: 56-62

44567    McLoughlin, M. A., Walshaw, R., Thomas, M. W., Dunstan, R. W. Gastric conduit urinary diversion in normal dogs. Part I, Upper urinary tract structure, function, and sepsis. Vet Surg. 1992 Jan-Feb; 21: 25-32

44568    O'Donnell, B. F., Drachman, D. A., Barnes, H. J., Peterson, K. E., Swearer, J. M., Lew, R. A. Incontinence and troublesome behaviors predict institutionalization in dementia. J Geriatr Psychiatry Neurol. 1992 Jan-Mar; 5: 45-52

44571    Overmeyer, S., Rothenberger, A., Koelfen, W. Psychiatric disturbances in children with hamartomas: a neglected somatopsychic issue. A case report. Acta Paedopsychiatr. 1992; 55: 243-9

44574    Chapelle, T., Reher, S., Denis, B. Surgical extraction of a bladder stone due to a foreign body. Acta Urol Belg. 1992; 60: 85-7

44575    Pollack, M. H., Reiter, S., Hammerness, P. Genitourinary and sexual adverse effects of psychotropic medication. Int J Psychiatry Med. 1992; 22: 305-27

44576    Urinary incontinence in adults. Agency for Health Care Policy and Research. Clin Pract Guidel Quick Ref Guide Clin. 1992; : QR1-27

44577    Simforoosh, N., Norbala, M. H., Danesh, A., Bassiri, A. Proper use of gastrointestinal tract to achieve continent urinary diversion in 73 patients. J Urol (Paris). 1992; 98: 206-9

44579    Scarratt, W. K., Furr, M. O., Robertson, J. L. Hepatoencephalopathy and hypocalcemia in a miniature horse mare. J Am Vet Med Assoc. 1991 Dec 15; 199: 1754-6

44580    Harrington, W. J., Jr, Sheremata, W. A., Snodgrass, S. R., Emerson, S., Phillips, S., Berger, J. R. Tropical spastic paraparesis/HTLV-1-associated myelopathy (TSP/HAM): treatment with an anabolic steroid danazol. AIDS Res Hum Retroviruses. 1991 Dec; 7: 1031-4

44587    Dandapat, M. C., Mishra, J. N., Das, R. P. Abdominal suture proctopexy for complete prolapse of rectum. J Indian Med Assoc. 1991 Dec; 89: 331-3

44589    Campbell, E. B., Knight, M., Benson, M., Colling, J. Effect of an incontinence training program on nursing home staff's knowledge, attitudes, and behavior. Gerontologist. 1991 Dec; 31: 788-94

44590    Palmer, M. H., German, P. S., Ouslander, J. G. Risk factors for urinary incontinence one year after nursing home admission. Res Nurs Health. 1991 Dec; 14: 405-12

44591    Lie, H. R., Lagergren, J., Rasmussen, F., Lagerkvist, B., Hagelsteen, J., Borjeson, M. C., Muttilainen, M., Taudorf, K. Bowel and bladder control of children with myelomeningocele: a Nordic study. Dev Med Child Neurol. 1991 Dec; 33: 1053-61

44594    Swanson, S. J., 3rd, Skoog, S. J., Garcia, V., Wahl, R. C. Pseudoadrenal mass: unusual presentation of bronchogenic cyst. J Pediatr Surg. 1991 Dec; 26: 1401-3

44595    Burgio, K. L., Burgio, L. D., McCormick, K. A., Engel, B. T. Assessing toileting skills and habits in an adult day care center. J Gerontol Nurs. 1991 Dec; 17: 32-5

44596    Bergman, A., Stanczyk, F. Z., Lobo, R. A. The role of prostaglandins in detrusor instability. Am J Obstet Gynecol. 1991 Dec; 165: 1833-6

44598    O'Brien, J., Austin, M., Sethi, P., O'Boyle, P. Urinary incontinence: prevalence, need for treatment, and effectiveness of intervention by nurse. BMJ. 1991 Nov 23; 303: 1308-12

44599    Magaziner, J., Tenney, J. H., DeForge, B., Hebel, J. R., Muncie, H. L., Jr, Warren, J. W. Prevalence and characteristics of nursing home-acquired infections in the aged. J Am Geriatr Soc. 1991 Nov; 39: 1071-8

44600    Oliver, J. R., Wheeless, C. R., Jr, Fakhoury, G. Correction of incontinent ileocolic urostomy with Kock's nipple valve. Gynecol Oncol. 1991 Nov; 43: 178-81

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**Master Bibliography**

sorted by Procite Number

---

44602    Miller, K., Wenderoth, U. K., de Petriconi, R., Kleinschmidt, K., Hautmann, R. The ileal neobladder. Operative technique and results. Urol Clin North Am. 1991 Nov; 18: 623-30

44603    Luangkhot, R., Peng, B. C., Blaivas, J. G. Ileocecocystoplasty for the management of refractory neurogenic bladder: surgical technique and urodynamic findings. J Urol. 1991 Nov; 146: 1340-4

44612    Almog, S., Winkler, E., Amitai, Y., Dani, S., Shefi, M., Tirosh, M., Shemer, J. Acute pyridostigmine overdose: a report of nine cases. Isr J Med Sci. 1991 Nov-Dec; 27: 659-63

44615    George, V. K., Russell, G. L., Shutt, A., Gaches, C. G., Ashken, M. H. Clam ileocystoplasty. Br J Urol. 1991 Nov; 68: 487-9

44616    Chapple, C. R., Hampson, S. J., Turner-Warwick, R. T., Worth, P. H. Subtrigonal phenol injection. How safe and effective is it?. Br J Urol. 1991 Nov; 68: 483-6

44617    Moore, K. H., Richmond, D. H., Parys, B. T. Sex distribution of adult idiopathic detrusor instability in relation to childhood bedwetting. Br J Urol. 1991 Nov; 68: 479-82

44618    Hollowell, J. G., Hill, P. D., Duffy, P. G., Ransley, P. G. Bladder function and dysfunction in exstrophy and epispadias. Lancet. 1991 Oct 12; 338: 926-8

44619    Carter, J. P., Noronha-Blob, L., Audia, V. H., Dupont, A. C., McPherson, D. W., Natalie, K. J., Jr, Rzeszotarski, W. J., Spagnuolo, C. J., Waid, P. P., Kaiser, C. Analogues of oxybutynin. Synthesis and antimuscarinic and bladder activity of some substituted 7-amino-1-hydroxy-5-heptyn-2-ones and related compounds. J Med Chem. 1991 Oct; 34: 3065-74

44623    Bull, E., Chilton, C. P., Gould, C. A., Sutton, T. M. Single-blind, randomised, parallel group study of the Bard Biocath catheter and a silicone elastomer coated catheter. Br J Urol. 1991 Oct; 68: 394-9

44625    Lockhart, J. L., Pow-Sang, J. M., Persky, L., Sanford, E., Helal, M. Results, complications and surgical indications of the Florida pouch. Surg Gynecol Obstet. 1991 Oct; 173: 289-96

44628    Gearhart, J. P., Canning, D. A., Jeffs, R. D. Failed bladder neck reconstruction: options for management. J Urol. 1991 Oct; 146: 1082-4

44632    Ganzini, L., Heintz, R., Hoffman, W. F., Keepers, G. A., Casey, D. E. Acute extrapyramidal syndromes in neuroleptic-treated elders: a pilot study. J Geriatr Psychiatry Neurol. 1991 Oct-Dec; 4: 222-5

44635    Delamarter, R. B., Sherman, J. E., Carr, J. B. 1991 Volvo Award in experimental studies. Cauda equina syndrome: neurologic recovery following immediate, early, or late decompression. Spine. 1991 Sep; 16: 1022-9

44640    Blandy, J. P., Badenoch, D. F., Fowler, C. G., Jenkins, B. J., Thomas, N. W. Early repair of iatrogenic injury to the ureter or bladder after gynecological surgery. J Urol. 1991 Sep; 146: 761-5

44641    Swaddiwudhipong, W., Koonchote, S., Nguntra, P., Chaovakiratipong, C. Assessment of socio-economic, functional and medical problems among the elderly in one rural community of Thailand. Southeast Asian J Trop Med Public Health. 1991 Sep; 22: 299-306

44642    Kohn, D., Sinoff, G., Strulov, A., Ciechanover, M., Wei, J. Y. Long-term follow-up of patients aged 75 years and older admitted to an acute care hospital in Israel. Aging (Milano). 1991 Sep; 3: 279-85

44643    McGuire, E. J., Appell, R. A. Collagen injection for the dysfunctional urethra. Contemp Urol. 1991 Sep; 3: 11-9

44658    Bump, R. C., Hurt, W. G., Fantl, J. A., Wyman, J. F. Assessment of Kegel pelvic muscle exercise performance after brief verbal instruction. Am J Obstet Gynecol. 1991 Aug; 165: 322-7; discussion 327-9

44659    Baum, N., Suarez, G., Appell, R. A. Urinary incontinence. Not a 'normal' part of aging. Postgrad Med. 1991 Aug; 90: 99-102, 107-9

44661    Perlmutter, A. D., Weinstein, M. D., Reitelman, C. Vesical neck reconstruction in patients with epispadias-exstrophy complex. J Urol. 1991 Aug; 146: 613-5

44663    Bosco, P. J., Bauer, S. B., Colodny, A. H., Mandell, J., Retik, A. B. The long-term results of artificial sphincters in children. J Urol. 1991 Aug; 146: 396-9

---

     © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A6: Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

44668    Urinary incontinence among hospitalized persons aged 65 years and older- -United States, 1984-1987. MMWR Morb Mortal Wkly Rep. 1991 Jul 5; 40: 433-6

44669    Phillips, T. H., Ritchey, M. L., Dunn, C. D., Sarosdy, M. F. Complications of the Heitz-Boyer urinary diversion: case report of late development of malignancy. J Urol. 1991 Jul; 146: 159-61

44672    Page, S. W. Diethylstilboestrol--clinical pharmacology and alternatives in small animal practice. Aust Vet J. 1991 Jul; 68: 226-30

44673    Ju, C. C., Swan, L. K., Merriman, A., Choon, T. E., Viegas, O. Urinary incontinence among the elderly people of Singapore. Age Ageing. 1991 Jul; 20: 262-6

44677    Kockelbergh, R. C., Tan, J. B., Bates, C. P., Bishop, M. C., Dunn, M., Lemberger, R. J. Clam enterocystoplasty in general urological practice. Br J Urol. 1991 Jul; 68: 38-41

44679    Diokno, A. C., Brown, M. B., Herzog, A. R. Relationship between use of diuretics and continence status in the elderly. Urology. 1991 Jul; 38: 39-42

44681    Baraldi, M., Zanoli, P., Truzzi, C., Paro, M., Italiano, G., Prosdocimi, M. Urine retention due to intra-spinal cord injection of colchicine in rats: improved recovery of bladder function by monosialoganglioside GM1 and nerve growth factor administration. Funct Neurol. 1991 Jul-Sep; 6: 235-8

44682    Wise, L. A., Lappin, M. R. A syndrome resembling feline dysautonomia (Key-Gaskell syndrome) in a dog. J Am Vet Med Assoc. 1991 Jun 15; 198: 2103-6

44683    Brown, J., Thomas, E., White, H., McCallum, A. An incontinence helpline service. Nurs Stand. 1991 Jun 12-18; 5: 25-7

44687    Khan, Z., Rajaratnam, R., Singh, V. K. Neurogenic bladder in neuroleptic malignant syndrome. Urology. 1991 Jun; 37: 543-4

44688    Skehan, M. C., Sutherst, J. R. Re: Biofeedback therapy for female incontinence due to low urethral resistance. J Urol. 1991 Jun; 145: 1278

44691    Ahlering, T. E., Weinberg, A. C., Razor, B. Modified Indiana pouch. J Urol. 1991 Jun; 145: 1156-8

44692    Quinlan, D. M., Leonard, M. P., Brendler, C. B., Gearhart, J. P., Jeffs, R. D. Use of the Benchekroun hydraulic valve as a catheterizable continence mechanism. J Urol. 1991 Jun; 145: 1151-5

44694    Patial, R. K., Bansal, S. K., Sehgal, V. K., Chander, B. Sphincteric involvement in organophosphorus poisoning. J Assoc Physicians India. 1991 Jun; 39: 492-3

44695    Hara, M., Watanabe, M., Tagami, H. Jacquet erosive diaper dermatitis in a young girl with urinary incontinence. Pediatr Dermatol. 1991 Jun; 8: 160-1

44697    Gutierrez Segura, C., Teixidor de Otto, J. Neurogenic bladder in children: urodynamic studies and results with medical conservative treatment. Eur J Pediatr Surg. 1991 Jun; 1: 177-9

44700    Benson, J. T., Sumners, J. E., Pittman, J. S. Definition of normal female pelvic floor anatomy using ultrasonographic techniques. J Clin Ultrasound. 1991 Jun; 19: 275-82

44703    Dykes, E. H., Duffy, P. G., Ransley, P. G. The use of the Mitrofanoff principle in achieving clean intermittent catheterisation and urinary continence in children. J Pediatr Surg. 1991 May; 26: 535-8

44705    Griffiths, D. J., McCracken, P. N., Harrison, G. M. Incontinence in the elderly: objective demonstration and quantitative assessment. Br J Urol. 1991 May; 67: 467-71

44707    Davidson, H. A., Borrie, M. J., Crilly, R. G. Copy task performance and urinary incontinence in Alzheimer's disease. J Am Geriatr Soc. 1991 May; 39: 467-71

44710    McGuire, E. J., Gardy, M., Elkins, T., DeLancey, J. O. Treatment of incontinence with pelvic prolapse. Urol Clin North Am. 1991 May; 18: 349-53

44716    Thorp, J. M., Jr Exercise-associated urinary incontinence. JAMA. 1991 May 1; 265: 2191-2

# American Urological Association, Inc.

## SUI Guidelines Panel

44717   Pearman, J. W., Bailey, M., Riley, L. P. Bladder instillations of trisdine compared with catheter introducer for reduction of bacteriuria during intermittent catheterisation of patients with acute spinal cord trauma. Br J Urol. 1991 May; 67: 483-90

44719   Kuhn, W., Rist, M., Zaech, G. A. Intermittent urethral self-catheterisation: long term results (bacteriological evolution, continence, acceptance, complications). Paraplegia. 1991 May; 29: 222-32

44722   Wiseman, P. A., Malone-Lee, J., Rai, G. S. Terodiline with bladder retraining for treating detrusor instability in elderly people. BMJ. 1991 Apr 27; 302: 994-6

44724   Brown, J., Thomas, E., McCallum, A., White, H. Campaigning for continence. Nurs Times. 1991 Apr 3-9; 87: 66, 68

44725   Pike, J. G., Berardinucci, G., Hamburger, B., Kiruluta, G. The surgical management of urinary incontinence in myelodysplastic children. J Pediatr Surg. 1991 Apr; 26: 466-70; discussion 470-1

44726   Ricketts, R. R., Woodard, J. R., Zwiren, G. T., Andrews, H. G., Broecker, B. H. Modern treatment of cloacal exstrophy. J Pediatr Surg. 1991 Apr; 26: 444-8; discussion 448-50

44727   Woods, D., Dobranowski, J., Orovan, W. L., Schiff, D. The Koch pouch: radiographic evaluation of the orthotopic and cutaneous forms. Can Assoc Radiol J. 1991 Apr; 42: 119-26

44730   Gallaspy, J. W. A method for safer urinary incontinence surgery. Am J Obstet Gynecol. 1991 Apr; 164: 1151

44732   Yachia, D. Re: Pulmonary migration following periurethral polytetrafluoroethylene injection for urinary incontinence. J Urol. 1991 Apr; 145: 839-40

44734   Kane, R. L., Garrard, J., Buchanan, J. L., Rosenfeld, A., Skay, C., McDermott, S. Improving primary care in nursing homes. J Am Geriatr Soc. 1991 Apr; 39: 359-67

44736   Holt, P. E., Gregory, S. P. Can urethral pressure profilometry predict the response to colposuspension in bitches?. Vet Rec. 1991 Mar 23; 128: 281-2

44737   Wise, W. E., Jr, Aguilar, P. S., Padmanabhan, A., Meesig, D. M., Arnold, M. W., Stewart, W. R. Surgical treatment of low rectovaginal fistulas. Dis Colon Rectum. 1991 Mar; 34: 271-4

44738   Ebrahim, S., Patel, N., Coats, M., Greig, C., Gilley, J., Bangham, C., Stacey, S. Prevalence and severity of morbidity among Gujarati Asian elders: a controlled comparison. Fam Pract. 1991 Mar; 8: 57-62

44739   Cheng, C., Hendry, W. F., Kirby, R. S., Whitfield, H. N. Detubularisation in cystoplasty: clinical review. Br J Urol. 1991 Mar; 67: 303-7

44742   Hellstrom, P. A., Tammela, T. L., Kontturi, M. J., Lukkarinen, O. A. The bladder cooling test for urodynamic assessment: analysis of 400 examinations. Br J Urol. 1991 Mar; 67: 275-9

44745   Halio, J. H. Urinary incontinence in the elderly. J Am Geriatr Soc. 1991 Mar; 39: 315

44748   Sand, P. K., Brubaker, L. T., Novak, T. Simple standing incremental cystometry as a screening method for detrusor instability. Obstet Gynecol. 1991 Mar; 77: 453-7

44751   Fantl, J. A., Wyman, J. F., McClish, D. K., Harkins, S. W., Elswick, R. K., Taylor, J. R., Hadley, E. C. Efficacy of bladder training in older women with urinary incontinence. JAMA. 1991 Feb 6; 265: 609-13

44752   Banks, S. E., Fleming, I. R., Browning, T. N. Urinary incontinence in a bitch caused by vaginoureteral fistulation. Vet Rec. 1991 Feb 2; 128: 108

44760   Hellstrom, A., Hanson, E., Hansson, S., Hjalmas, K., Jodal, U. Association between urinary symptoms at 7 years old and previous urinary tract infection. Arch Dis Child. 1991 Feb; 66: 232-4

44761   Noronha-Blob, L., Kachur, J. F. Enantiomers of oxybutynin: in vitro pharmacological characterization at M1, M2 and M3 muscarinic receptors and in vivo effects on urinary bladder contraction, mydriasis and salivary secretion in guinea pigs. J Pharmacol Exp Ther. 1991 Feb; 256: 562-7

44764   McClish, D. K., Fantl, J. A., Wyman, J. F., Pisani, G., Bump, R. C. Bladder training in older women with urinary incontinence: relationship between outcome and changes in urodynamic observations. Obstet Gynecol. 1991 Feb; 77: 281-6

# Appendix A6. Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

44765 Merguerian, P. A., McLorie, G. A., McMullin, N. D., Khoury, A. E., Husmann, D. A., Churchill, B. M. Continence in bladder exstrophy: determinants of success. J Urol. 1991 Feb; 145: 350-2

44770 Hosker, G. L. Commentary. Detrusor instability--current management. Br J Obstet Gynaecol. 1991 Jan; 98: 114-5

44771 Ahlering, T. E., Weinberg, A. C., Razor, B. The modified Indiana pouch. Acta Urol Belg. 1991; 59: 135-45

44773 Bernstein, I. T., Bennicke, K., Rordam, P., Klarskov, P., Iversen, H. G. Bricker's ileal conduit urinary diversion with a simple non-refluxing uretero ileal anastomosis. Scand J Urol Nephrol. 1991; 25: 29-33

44776 Kontturi, M. J., Hellstrom, P. A., Tammela, T. L., Lukkarinen, O. A. Colocystoplasty for the treatment of severe interstitial cystitis. Urol Int. 1991; 46: 50-4

44779 Hellstrom, L., Ekelund, P., Larsson, M., Milsom, I. A comparison between experienced and objectively demonstrated urinary leakage in 85-year old men and women. Scand J Caring Sci. 1991; 5: 17-21

44781 Sheldon, C., Cormier, M., Crone, K., Wacksman, J. Occult neurovesical dysfunction in children with imperforate anus and its variants. J Pediatr Surg. 1991 Jan; 26: 49-54

44782 Lundqvist, C., Siosteen, A., Blomstrand, C., Lind, B., Sullivan, M. Spinal cord injuries. Clinical, functional, and emotional status. Spine. 1991 Jan; 16: 78-83

44783 Creighton, S. M., Plevnik, S., Stanton, S. L. Distal urethral electrical conductance (DUEC)--a preliminary assessment of its role as a quick screening test for incontinent women. Br J Obstet Gynaecol. 1991 Jan; 98: 69-72

44784 Rabin, J. M., Badlani, G. Importance of complete cytometric evaluation of vesical dysfunction in elderly diabetic patients. Arch Intern Med. 1991 Jan; 151: 201-3

44785 Newman, D. K., Lynch, K., Smith, D. A., Cell, P. Restoring urinary continence. Am J Nurs. 1991 Jan; 91: 28-34

44788 Yamashita, H., Kumazawa, J. Voiding dysfunction: patients with human T-lymphotropic-virus-type-1- associated myelopathy. Urol Int. 1991; 47 Suppl 1: 69-71

44799 Yamakawa, H., Ohkuma, A., Hattori, T., Niikawa, S., Kobayashi, H. Primary intracranial arachnoid cyst in the elderly: a survey on 39 cases. Acta Neurochir (Wien). 1991; 113: 42-7

44801 Nordstrom, G. M., Nyman, C. R. Living with a urostomy. A follow up with special regard to the peristomal-skin complications, psychosocial and sexual life. Scand J Urol Nephrol Suppl. 1991; 138: 247-51

44802 Wolf, H., Wandt, H., Jonat, W. Immunohistochemical evidence of estrogen and progesterone receptors in the female lower urinary tract and comparison with the vagina. Gynecol Obstet Invest. 1991; 32: 227-31

44804 Sahuquillo, J., Rubio, E., Codina, A., Molins, A., Guitart, J. M., Poca, M. A., Chasampi, A. Reappraisal of the intracranial pressure and cerebrospinal fluid dynamics in patients with the so-called 'normal pressure hydrocephalus' syndrome. Acta Neurochir (Wien). 1991; 112: 50-61

44806 Holt, P. E. Urinary incontinence in the bitch. Vet Rec. 1990 Dec 15; 127: 604

44807 Tew, B., Laurence, K. M., Jenkins, V. Factors affecting employability among young adults with spina bifida and hydrocephalus. Z Kinderchir. 1990 Dec; 45 Suppl 1: 34-6

44811 Holt, P. E. Long-term evaluation of colposuspension in the treatment of urinary incontinence due to incompetence of the urethral sphincter mechanism in the bitch. Vet Rec. 1990 Dec 1; 127: 537-42

44815 MacDonagh, R. P., Forster, D. M., Thomas, D. G. Urinary continence in spinal injury patients following complete sacral posterior rhizotomy. Br J Urol. 1990 Dec; 66: 618-22

44823 Klose, A. G., Sackett, C. K., Mesrobian, H. G. Management of children with myelodysplasia: urological alternatives. J Urol. 1990 Dec; 144: 1446-9

44825 Hattori, T., Yasuda, K., Sakakibara, R., Yamanishi, T., Kitahara, H., Hirayama, K. Micturitional disturbance in ossification of the posterior longitudinal ligament in the cervical spine. J Spinal Disord. 1990 Dec; 3: 285-7

44826 McCormick, K. A., Cella, M., Scheve, A., Engel, B. T. Cost-effectiveness of treating incontinence in severely mobility- impaired long term care residents. QRB Qual Rev Bull. 1990 Dec; 16: 439-43

# Appendix A6: Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**44829**  Ulmsten, U. Connective tissue factors in the aetiology of female pelvic disorders. Ann Med. 1990 Dec; 22: 403

**44833**  Hellstrom, L., Ekelund, P., Milsom, I., Mellstrom, D. The prevalence of urinary incontinence and use of incontinence aids in 85-year-old men and women. Age Ageing. 1990 Nov; 19: 383-9

**44834**  Choudhury, S. L., Brocklehurst, J. C., Lye, M. Bacteriuria in non-catheterized elderly patients in the first eight days of hospital stay. Age Ageing. 1990 Nov; 19: 376-82

**44837**  Chan, A. S., Ouslander, J. G. Effects of diltiazem on urinary incontinence. J Am Geriatr Soc. 1990 Nov; 38: 1265-6

**44841**  Cunsolo, A., Bragaglia, R. B., Manara, G., Poggioli, G., Gozzetti, G. Urogenital dysfunction after abdominoperineal resection for carcinoma of the rectum. Dis Colon Rectum. 1990 Nov; 33: 918-22

**44842**  Binstock, M. A., Semrad, N., Dubow, L., Watring, W. Combined vesicovaginal-ureterovaginal fistulas associated with a vaginal foreign body. Obstet Gynecol. 1990 Nov; 76: 918-21

**44843**  Mathers, S. E., Ingram, D. A., Swash, M. Electrophysiology of motor pathways for sphincter control in multiple sclerosis. J Neurol Neurosurg Psychiatry. 1990 Nov; 53: 955-60

**44845**  Xu, W. P., Song, X. W., Yue, S. Y., Cai, Y. B., Wu, J. Primary sacral tumors and their surgical treatment. A report of 87 cases. Chin Med J (Engl). 1990 Nov; 103: 879-84

**44846**  Moore, K. H., Goldstein, M., Hay, D. The treatment of detrusor instability in postmenopausal women with oxybutynin chloride: a double blind placebo controlled study. Br J Obstet Gynaecol. 1990 Nov; 97: 1063-4

**44848**  Castro-Gago, M., Novo, I., Cimadevila, A., Pena, J., Rodriguez-Nunez, A., Marques'-Queimadelos, A. Management of neurogenic bladder dysfunction secondary to myelomeningocele. Eur J Pediatr. 1990 Nov; 150: 62-5

**44849**  Jessop, M. K. Urinary incontinence in the bitch. Vet Rec. 1990 Oct 27; 127: 436

**44850**  Lockhart, J. L., Pow-Sang, J. M., Persky, L., Kahn, P., Helal, M., Sanford, E. A continent colonic urinary reservoir: the Florida pouch. J Urol. 1990 Oct; 144: 864-7

**44854**  Kahler, J. S., Leach, M. W., Jang, S., Wong, A. Disseminated aspergillosis attributable to Aspergillus deflectus in a springer spaniel. J Am Vet Med Assoc. 1990 Oct 1; 197: 871-4

**44855**  MacDermott, J. P., Palmer, J. M., Stone, A. R. Vesicocutaneous fistula secondary to bladder instability. Br J Urol. 1990 Oct; 66: 430-1

**44856**  Juma, S., Little, N. A., Raz, S. Basic evaluation of female urinary incontinence. Am J Kidney Dis. 1990 Oct; 16: 317-21

**44859**  Maskell, R. Psychiatric aspects of urinary incontinence. BMJ. 1990 Sep 15; 301: 556

**44861**  Fonda, D. Taking the 'in' out of incontinence. Med J Aust. 1990 Sep 3; 153: 245-7

**44866**  Rose, M. A., Baigis-Smith, J., Smith, D., Newman, D. Behavioral management of urinary incontinence in homebound older adults. Home Healthc Nurse. 1990 Sep-Oct; 8: 10-5

**44870**  Johnson, D. E., Muncie, H. L., O'Reilly, J. L., Warren, J. W. An external urine collection device for incontinent women. Evaluation of long-term use. J Am Geriatr Soc. 1990 Sep; 38: 1016-22

**44871**  MacAllister, C. G., Perdue, B. D. Endoscopic diagnosis of unilateral ectopic ureter in a yearling filly. J Am Vet Med Assoc. 1990 Sep 1; 197: 617-8

**44875**  Eyman, R. K., Grossman, H. J., Chaney, R. H., Call, T. L. The life expectancy of profoundly handicapped people with mental retardation. N Engl J Med. 1990 Aug 30; 323: 584-9

**44877**  Holt, P. E., Mair, T. S. Ten cases of bladder paralysis associated with sabulous urolithiasis in horses. Vet Rec. 1990 Aug 4; 127: 108-10

**44879**  Simon, J. K. Cones are not a substitute for specialist physiotherapy. Prof Nurse. 1990 Aug; 5: 585

**44880**  Fukui, J., Sakai, Y., Hosaka, K., Yamashita, T., Ogawa, A., Shirai, H. A newly designed deodorant pad for urinary incontinence. J Am Geriatr Soc. 1990 Aug; 38: 889-92

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**44881** Diokno, A. C., Brock, B. M., Herzog, A. R., Bromberg, J. Medical correlates of urinary incontinence in the elderly. Urology. 1990 Aug; 36: 129-38

**44883** Arnold, M. W., Stewart, W. R., Aguilar, P. S. Rectocele repair. Four years' experience. Dis Colon Rectum. 1990 Aug; 33: 684-7

**44884** Drachman, D. A., O'Donnell, B. F., Lew, R. A., Swearer, J. M. The prognosis in Alzheimer's disease. 'How far' rather than 'how fast' best predicts the course. Arch Neurol. 1990 Aug; 47: 851-6

**44885** Nill, T. G., Peller, P. A., Kropp, K. A. Management of urinary incontinence by bladder tube urethral lengthening and submucosal reimplantation. J Urol. 1990 Aug; 144: 559-61; discussion 562-3

**44886** Mitchell, M. E., Brito, C. G., Rink, R. C. Cloacal exstrophy reconstruction for urinary continence. J Urol. 1990 Aug; 144: 554-8; discussion 562-3

**44887** Hill, D. E., Kramer, S. A. Management of pregnancy after augmentation cystoplasty. J Urol. 1990 Aug; 144: 457-9; discussion 460

**44896** Sauerwein, D., Ingunza, W., Fischer, J., Madersbacher, H., Polkey, C. E., Brindley, G. S., Colombel, P., Teddy, P. Extradural implantation of sacral anterior root stimulators. J Neurol Neurosurg Psychiatry. 1990 Aug; 53: 681-4

**44898** Khoury, A. E., Hendrick, E. B., McLorie, G. A., Kulkarni, A., Churchill, B. M. Occult spinal dysraphism: clinical and urodynamic outcome after division of the filum terminale. J Urol. 1990 Aug; 144: 426-8; discussion 428-9, 443-4

**44900** Hunt, G. M., Whitaker, R. H. A new device for self-catheterisation in wheelchair-bound women. Br J Urol. 1990 Aug; 66: 162-3

**44906** Lagro-Janssen, T. L., Smits, A. J., Van Weel, C. Women with urinary incontinence: self-perceived worries and general practitioners' knowledge of problem. Br J Gen Pract. 1990 Aug; 40: 331-4

**44907** Hu, T. W., Kaltreider, D. L., Igou, J. F., Yu, L. C., Rohner, T. J. Cost effectiveness of training incontinent elderly in nursing homes: a randomized clinical trial. Health Serv Res. 1990 Aug; 25: 455-77

**44910** Burns, A., Jacoby, R., Levy, R. Psychiatric phenomena in Alzheimer's disease. IV: Disorders of behaviour. Br J Psychiatry. 1990 Jul; 157: 86-94

**44913** Garber, S. J., Christmas, T. J., Rickards, D. Voiding dysfunction due to neurosyphilis. Br J Urol. 1990 Jul; 66: 19-21

**44917** Allen-Mersh, T. G., Turner, M. J., Mann, C. V. Effect of abdominal Ivalon rectopexy on bowel habit and rectal wall. Dis Colon Rectum. 1990 Jul; 33: 550-3

**44918** Eigner, E. B., Freiha, F. S. The fate of the remaining bladder following supravesical diversion. J Urol. 1990 Jul; 144: 31-3

**44920** Wan, J. L., McGuire, E. J. Augmentation cystoplasty and closure of the urethra for the destroyed lower urinary tract. J Am Paraplegia Soc. 1990 Jul; 13: 40-5

**44921** Kong, T. K., Morris, J. A., Robinson, J. M., Brocklehurst, J. C. Predicting urodynamic dysfunction from clinical features in incontinent elderly women. Age Ageing. 1990 Jul; 19: 257-63

**44928** Nordstrom, G. M., Nyman, C. R., Theorell, T. The impact on work ability of ileal conduit urinary diversion. Scand J Soc Med. 1990 Jun; 18: 115-24

**44930** von Wendt, L., Simila, S., Niskanen, P., Jarvelin, M. R. Development of bowel and bladder control in the mentally retarded. Dev Med Child Neurol. 1990 Jun; 32: 515-8

**44931** Malone, P. S., Spitz, L., Kiely, E. M., Brereton, R. J., Duffy, P. G., Ransley, P. G. The functional sequelae of sacrococcygeal teratoma. J Pediatr Surg. 1990 Jun; 25: 679-80

**44934** Lowe, B. A., Woodside, J. R. Urodynamic evaluation of patients with continent urinary diversion using cecal reservoir and intussuscepted ileocecal valve. Urology. 1990 Jun; 35: 544-7

**44936** Hill, D. E., Chantigian, P. M., Kramer, S. A. Pregnancy after augmentation cystoplasty. Surg Gynecol Obstet. 1990 Jun; 170: 485-7

**Appendix A6  Bibliography sorted by Procite Number**

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

---

**44940** Tapp, A. J., Cardozo, L. D., Versi, E., Cooper, D. The treatment of detrusor instability in post-menopausal women with oxybutynin chloride: a double blind placebo controlled study. Br J Obstet Gynaecol. 1990 Jun; 97: 521-6

**44941** Cardozo, L. Detrusor instability--current management. Br J Obstet Gynaecol. 1990 Jun; 97: 463-6

**44957** Gardiner, R. A., Samaratunga, M. L. Application of the invaginated sleeve technique to form a continent ileal urostomy. Br J Urol. 1990 May; 65: 457-61

**44958** Mandal, A. K., Sharma, S. K., Vaidyanathan, S., Goswami, A. K. Ureterovaginal fistula: summary of 18 years' experience. Br J Urol. 1990 May; 65: 453-6

**44959** Tabbara, I. A., Sibley, D. S., Quesenberry, P. J. Spinal cord compression due to metastatic neoplasm. South Med J. 1990 May; 83: 519-23

**44960** Ross, L. A., Lamb, C. R. Reduction of hydronephrosis and hydroureter associated with ectopic ureters in two dogs after ureterovesical anastomosis. J Am Vet Med Assoc. 1990 May 1; 196: 1497-9

**44963** Hensle, T. W., Connor, J. P., Burbige, K. A. Continent urinary diversion in childhood. J Urol. 1990 May; 143: 981-3

**44971** Butturini, E. Pants are back in style!. N Z Health Hospital. 1990 May-Jun; 42: 14, 19

**44972** Venkatesan, P., Gladman, J., Macfarlane, J. T., Barer, D., Berman, P., Kinnear, W., Finch, R. G. A hospital study of community acquired pneumonia in the elderly. Thorax. 1990 Apr; 45: 254-8

**44973** Peterson, J. S., Patton, A. J., Noronha-Blob, L. Mini-pig urinary bladder function: comparisons of in vitro anticholinergic responses and in vivo cystometry with drugs indicated for urinary incontinence. J Auton Pharmacol. 1990 Apr; 10: 65-73

**44975** Klockgether, T., Schroth, G., Diener, H. C., Dichgans, J. Idiopathic cerebellar ataxia of late onset: natural history and MRI morphology. J Neurol Neurosurg Psychiatry. 1990 Apr; 53: 297-305

**44979** Ouslander, J. G., Zarit, S. H., Orr, N. K., Muira, S. A. Incontinence among elderly community-dwelling dementia patients. Characteristics, management, and impact on caregivers. J Am Geriatr Soc. 1990 Apr; 38: 440-5

**44980** Starer, P., Libow, L. Cystometric evaluation of bladder dysfunction in elderly diabetic patients. Arch Intern Med. 1990 Apr; 150: 810-3

**44981** Fantl, J. A., Wyman, J. F., McClish, D. K., Bump, R. C. Urinary incontinence in community-dwelling women: clinical, urodynamic, and severity characteristics. Am J Obstet Gynecol. 1990 Apr; 162: 946-51; discussion 951-2

**44982** Chen, K. K., Chang, L. S., Chen, M. T., Huang, J. K., Yin, J. H., Lin, S. N. Clinical experience of Kock pouch continent urinary diversion. Urology. 1990 Apr; 35: 317-20

**44984** Schmidt, R. A., Kogan, B. A., Tanagho, E. A. Neuroprostheses in the management of incontinence in myelomeningocele patients. J Urol. 1990 Apr; 143: 779-82

**44986** Stockle, M., Becht, E., Voges, G., Riedmiller, H., Hohenfellner, R. Ureterosigmoidostomy: an outdated approach to bladder exstrophy?. J Urol. 1990 Apr; 143: 770-4; discussion 774-5

**44987** Webber, E. M., Crofts, P. G., Pomeroy, C., Coleman, G. U., Arnold, W. J., Johnson, H. W. Augmentation ileocystoplasty in children with myelodysplasia. Can J Surg. 1990 Apr; 33: 135-8

**44992** Chapman, B. L., Voith, V. L. Behavioral problems in old dogs: 26 cases (1984-1987). J Am Vet Med Assoc. 1990 Mar 15; 196: 944-6

**44993** Taslitz, L. Informed consent revisited. Hosp Law Newsl. 1990 Apr; 7: 1-4

**44996** Sandvik, H., Hunskaar, S., Eriksen, B. C. Management of urinary incontinence in women in general practice: actions taken at the first consultation. Scand J Prim Health Care. 1990 Mar; 8: 3-8

**44999** Hellstrom, A. L., Hanson, E., Hansson, S., Hjalmas, K., Jodal, U. Micturition habits and incontinence in 7-year-old Swedish school entrants. Eur J Pediatr. 1990 Mar; 149: 434-7

---

# American Urological Association, Inc.

## SUI Guidelines Panel

| | |
|---|---|
| 45000 | Fowler, E. M., Ouslander, J., Papen, J. Managing incontinence in the nursing home population. J Enterostomal Ther. 1990 Mar-Apr; 17: 77-86 |
| 45005 | Herzog, A. R., Diokno, A. C., Brown, M. B., Normolle, D. P., Brock, B. M. Two-year incidence, remission, and change patterns of urinary incontinence in noninstitutionalized older adults. J Gerontol. 1990 Mar; 45: M67-74 |
| 45022 | Fantl, J. A., Wyman, J. F., Harkins, S. W., Hadley, E. C. Bladder training in the management of lower urinary tract dysfunction in women. A review. J Am Geriatr Soc. 1990 Mar; 38: 329-32 |
| 45025 | Wyman, J. F., Harkins, S. W., Fantl, J. A. Psychosocial impact of urinary incontinence in the community-dwelling population. J Am Geriatr Soc. 1990 Mar; 38: 282-8 |
| 45027 | Engel, B. T., Burgio, L. D., McCormick, K. A., Hawkins, A. M., Scheve, A. A., Leahy, E. Behavioral treatment of incontinence in the long-term care setting. J Am Geriatr Soc. 1990 Mar; 38: 361-3 |
| 45028 | Appeldoorn, A., Lemmens, P., Schrauwen, E. Urinary incontinence due to urovagina. Vet Rec. 1990 Feb 3; 126: 121 |
| 45030 | Hansson, S., Hjalmas, K., Jodal, U., Sixt, R. Lower urinary tract dysfunction in girls with untreated asymptomatic or covert bacteriuria. J Urol. 1990 Feb; 143: 333-5 |
| 45031 | Darling, C. A., Davidson, J. K., Sr, Conway-Welch, C. Female ejaculation: perceived origins, the Grafenberg spot/area, and sexual responsiveness. Arch Sex Behav. 1990 Feb; 19: 29-47 |
| 45034 | Francois, Y., Descos, L., Vignal, J. Conservative treatment of low rectovaginal fistula in Crohn's disease. Int J Colorectal Dis. 1990 Feb; 5: 12-4 |
| 45037 | Anand, K. B., Wolf-Klein, G. P., Silverstone, F. A., Foley, C. J. Demographic changes and their financial implications. Clin Geriatr Med. 1990 Feb; 6: 1-12 |
| 45038 | Zweig, S., Lawhorne, L., Post, R. Factors predicting mortality in rural elderly hospitalized for pneumonia. J Fam Pract. 1990 Feb; 30: 153-9 |
| 45039 | De Groote, B., Van Laer, P., Maurus, K., Van Biervliet, J. P., Meeus, L. Embolization of ectopic kidney to control incontinence. Pediatrics. 1990 Feb; 85: 217-9 |
| 45042 | Pickersgill, F. Silent epidemic. Community Outlook. 1990 Jan 31; : 7-9 |
| 45053 | Noronha-Blob, L., Sturm, B. L., Lowe, V. C., Jackson, K. N., Kachur, J. F. In vitro and in vivo antimuscarinic effects of (-)cis 2,3-dihydro-3-(4- methylpiperazinylmethyl)-2-phenyl-1,5 benzothiazepin-4-(5H)one HCl (BTM-1086) in guinea pig peripheral tissues. Life Sci. 1990; 46: 1223-31 |
| 45054 | Burgio, L. D., Engel, B. T., Hawkins, A., McCormick, K., Scheve, A., Jones, L. T. A staff management system for maintaining improvements in continence with elderly nursing home residents. J Appl Behav Anal. 1990 Spring; 23: 111-8 |
| 45056 | Bitsch, M., Nerstrom, H., Nordling, J., Hald, T. Upper urinary tract deterioration after implantation of artificial urinary sphincter. Scand J Urol Nephrol. 1990; 24: 31-4 |
| 45059 | Jensen, H., Nielsen, K., Frimodt-Moller, C. Abacterial cystitis in urinary incontinent females. Urol Int. 1990; 45: 20-4 |
| 45061 | Craig, D. I. The adaptation to pregnancy of spinal cord injured women. Rehabil Nurs. 1990 Jan-Feb; 15: 6-9 |
| 45064 | Diokno, A. C., Brown, M. B., Herzog, A. R. Sexual function in the elderly. Arch Intern Med. 1990 Jan; 150: 197-200 |
| 45066 | Walters, M. D. The unstable urethra in the female. Obstet Gynecol. 1990 Jan; 75: 142-3 |
| 45067 | Delamarter, R. B., Bohlman, H. H., Dodge, L. D., Biro, C. Experimental lumbar spinal stenosis. Analysis of the cortical evoked potentials, microvasculature, and histopathology. J Bone Joint Surg Am. 1990 Jan; 72: 110-20 |
| 45068 | Sidi, A. A., Becher, E. F., Reddy, P. K., Dykstra, D. D. Augmentation enterocystoplasty for the management of voiding dysfunction in spinal cord injury patients. J Urol. 1990 Jan; 143: 83-5 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

SUI Guidelines Panel

45072   Kornhuber, H. H., Schutz, A. Efficient treatment of neurogenic bladder disorders in multiple sclerosis with initial intermittent catheterization and ultrasound- controlled training. Eur Neurol. 1990; 30: 260-7

45075   Jarvelin, M. R., Huttunen, N. P., Seppanen, J., Seppanen, U., Moilanen, I. Screening of urinary tract abnormalities among day and nightwetting children. Scand J Urol Nephrol. 1990; 24: 181-9

45078   Fossberg, E., Sorensen, S., Ruutu, M., Bakke, A., Stien, R., Henriksson, L., Kinn, A. C. Maximal electrical stimulation in the treatment of unstable detrusor and urge incontinence. Eur Urol. 1990; 18: 120-3

45082   Kaltreider, D. L., Hu, T. W., Igou, J. F., Yu, L. C., Craighead, W. E. Can reminders curb incontinence?. Geriatr Nurs. 1990 Jan-Feb; 11: 17-9

45087   Stott, D. J., Dutton, M., Williams, B. O., MacDonald, J. Functional capacity and mental status of elderly people in long-term care in west Glasgow. Health Bull (Edinb). 1990 Jan; 48: 17-24

45090   Caione, P., De Gennaro, M., Zaccara, A., Capozza, N. Female incontinence in childhood: aetiopathogenetic assessment and therapeutic approach. Int Urol Nephrol. 1990; 22: 543-51

45103   Petros, P.E., Ulmsten, U.I. An integral theory of female urinary incontinence. Experimental and clinical considerations. Acta Obstet Gynecol Scand Suppl. 1990; 153: 1-78

50000   Choe, J. M. Surgical implantation of the synthetic sling (the 6-point fixation technique and weight-adjusted spacing nomogram): technique and results. Adv Exp Med Biol. 2003; 539: 493-507

50010   Choe, J. M. The use of synthetic materials in pubovaginal sling. Adv Exp Med Biol. 2003; 539: 481-92

50020   Choe, J. M. Pubovaginal sling surgery without using abdominal leak point pressure: an outcomes analysis. Adv Exp Med Biol. 2003; 539: 467-80

50030   Shafik, A. Stress urinary incontinence: new concept of pathogenesis and treatment by pudendal canal decompression. Adv Exp Med Biol. 2003; 539: 415-40

50040   Frankel, G. Re: Complication of bowel perforation during insertion of tension-free vaginal tape. J Urol. 2004 May; 171: 1888

50050   Schick, E., Dupont, C., Bertrand, P. E., Jolivet-Tremblay, M., Tessier, J. Predictive value of maximum urethral closure pressure, urethral hypermobility and urethral incompetence in the diagnosis of clinically significant female genuine stress incontinence. J Urol. 2004 May; 171: 1871-5

50060   Kane, D. D., Kerns, J. M., Lin, D. L., Damaser, M. S. Early structural effects of oestrogen on pudendal nerve regeneration in the rat. BJU Int. 2004 Apr; 93: 870-8

50070   Carbone, A., Palleschi, G., Ciavarella, S., Morello, P., Tomiselli, G., Parascani, R., Tubaro, A. Experience with a bone anchor sling for treating female stress urinary incontinence: outcome at 30 months. BJU Int. 2004 Apr; 93: 780-8

50080   Digesu, G. A., Bombieri, L., Hutchings, A., Khullar, V., Freeman, R. Effects of Burch colposuspension on the relative positions of the bladder neck to the levator ani muscle: An observational study that used magnetic resonance imaging. Am J Obstet Gynecol. 2004 Mar; 190: 614-9

50090   Meschia, M., Pifarotti, P., Spennacchio, M., Buonaguidi, A., Gattei, U., Somigliana, E. A randomized comparison of tension-free vaginal tape and endopelvic fascia plication in women with genital prolapse and occult stress urinary incontinence. Am J Obstet Gynecol. 2004 Mar; 190: 609-13

50100   deTayrac, R., Deffieux, X., Droupy, S., Chauveaud-Lambling, A., Calvanese-Benamour, L., Fernandez, H. A prospective randomized trial comparing tension-free vaginal tape and transobturator suburethral tape for surgical treatment of stress urinary incontinence. Am J Obstet Gynecol. 2004 Mar; 190: 602-8

50110   Woodman, P. J., Ruiz, H. L. Retropubic urethrolysis without resuspension for the management of posturethropexy urinary retention and voiding dysfunction. Mil Med. 2004 Feb; 169: 117-20

50120   Paick, J. S., Ku, J. H., Shin, J. W., Park, K. J., Kim, S. W., Oh, S. J. Shortening of tension-free vaginal tape for the treatment of recurrent incontinence. J Urol. 2004 Apr; 171: 1634

50130   Game, X., Mouzin, M., Vaessen, C., Malavaud, B., Sarramon, J. P., Rischmann, P. Obturator infected hematoma and urethral erosion following transobturator tape implantation. J Urol. 2004 Apr; 171: 1629

**Appendix A6. Bibliography sorted by Procite Number**

## American Urological Association, Inc.

### SUI Guidelines Panel

**50140** Lee, C. T., Hafez, K. S., Sheffield, J. H., Joshi, D. P., Montie, J. E. Orthotopic bladder substitution in women: nontraditional applications. J Urol. 2004 Apr; 171: 1585-8

**50150** Gomelsky, A., Rudy, D. C., Dmochowski, R. R. Porcine dermis interposition graft for repair of high grade anterior compartment defects with or without concomitant pelvic organ prolapse procedures. J Urol. 2004 Apr; 171: 1581-4

**50160** Laurikainen, E., Rosti, J., Pitkanen, Y., Kiilholma, P. The Rosti sling: a new, minimally invasive, tension-free technique for the surgical treatment of female urinary incontinence-the first 217 patients. J Urol. 2004 Apr; 171: 1576-80; discussion 1580

**50170** Chandi, D. D., Groenendijk, P. M., Venema, P. L. Functional extracorporeal magnetic stimulation as a treatment for female urinary incontinence: 'the chair'. BJU Int. 2004 Mar; 93: 539-42

**50180** Matharu, G. S., Assassa, R. P., Williams, K. S., Donaldson, M. K., Matthews, R. J., Tincello, D. G., Mayne, C. J. Continence nurse treatment of women's urinary symptoms. Br J Nurs. 2004 Feb 12-25; 13: 140-3

**50190** Wang, A. C. The techniques of trocar insertion and intraoperative urethrocystoscopy in tension-free vaginal taping: an experience of 600 cases. Acta Obstet Gynecol Scand. 2004 Mar; 83: 293-8

**50200** Holroyd-Leduc, J. M., Straus, S. E. Management of urinary incontinence in women: scientific review. JAMA. 2004 Feb 25; 291: 986-95

**50210** Ward, K. L., Hilton, P. A prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: two-year follow-up. Am J Obstet Gynecol. 2004 Feb; 190: 324-31

**50220** Brubaker, L. Surgical treatment of urinary incontinence in women. Gastroenterology. 2004 Jan; 126: S71-6

**50230** Dietz, H. P. Ultrasound imaging of the pelvic floor. Part I: two-dimensional aspects. Ultrasound Obstet Gynecol. 2004 Jan; 23: 80-92

**50240** Haslam, J. Nursing management of stress urinary incontinence in women. Br J Nurs. 2004 Jan 8-21; 13: 32-40

**50250** Farrell, S. A., Singh, B., Aldakhil, L. Continence pessaries in the management of urinary incontinence in women. J Obstet Gynaecol Can. 2004 Feb; 26: 113-7

**50260** van Kerrebroeck, P., Abrams, P., Lange, R., Slack, M., Wyndaele, J. J., Yalcin, I., Bump, R. C. Duloxetine versus placebo in the treatment of European and Canadian women with stress urinary incontinence. BJOG. 2004 Mar; 111: 249-57

**50270** Walsh, K., Generao, S. E., White, M. J., Katz, D., Stone, A. R. The influence of age on quality of life outcome in women following a tension-free vaginal tape procedure. J Urol. 2004 Mar; 171: 1185-8

**50280** Blaivas, J. G., Flisser, A. J., Tash, J. A. Treatment of primary bladder neck obstruction in women with transurethral resection of the bladder neck. J Urol. 2004 Mar; 171: 1172-5

**50290** Marinkovic, S. P., Stanton, S. L. Incontinence and voiding difficulties associated with prolapse. J Urol. 2004 Mar; 171: 1021-8

**50300** Wyllie, M. G. Hormone-based approaches: altering the balance. BJU Int. 2004 Feb; 93: 415-6

**50310** Blackwell, A. L., Yoong, W., Moore, K. H. Criterion validity, test-retest reliability and sensitivity to change of the St George Urinary Incontinence Score. BJU Int. 2004 Feb; 93: 331-5

**50320** Hunskaar, S., Lose, G., Sykes, D., Voss, S. The prevalence of urinary incontinence in women in four European countries. BJU Int. 2004 Feb; 93: 324-30

**50330** Barroso, J. C., Ramos, J. G., Martins-Costa, S., Sanches, P. R., Muller, A. F. Transvaginal electrical stimulation in the treatment of urinary incontinence. BJU Int. 2004 Feb; 93: 319-23

**50340** Millard, R. J., Moore, K., Rencken, R., Yalcin, I., Bump, R. C. Duloxetine vs placebo in the treatment of stress urinary incontinence: a four-continent randomized clinical trial. BJU Int. 2004 Feb; 93: 311-8

**50350** Waetjen, L. E., Brown, J. S., Modelska, K., Blackwell, T., Vittinghoff, E., Cummings, S. R. Effect of raloxifene on urinary incontinence: a randomized controlled trial. Obstet Gynecol. 2004 Feb; 103: 261-6

# Appendix A6: Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

50360    Boyles, S. H., Weber, A. M., Meyn, L. Ambulatory procedures for urinary incontinence in the United States, 1994-1996. Am J Obstet Gynecol. 2004 Jan; 190: 33-6

50370    Birnbaum, H. G., Leong, S. A., Oster, E. F., Kinchen, K., Sun, P. Cost of stress urinary incontinence: a claims data analysis. Pharmacoeconomics. 2004; 22: 95-105

50380    Sapsford, R. Rehabilitation of pelvic floor muscles utilizing trunk stabilization. Man Ther. 2004 Feb; 9: 3-12

50390    Wee, H. Y., Low, C., Han, H. C. Burch colposuspension: review of perioperative complications at a women's and children's hospital in Singapore. Ann Acad Med Singapore. 2003 Nov; 32: 821-3

50400    Kowalczyk, J. A review of the overactive bladder in women and men. J Gend Specif Med. 2003; 6: 25-9

50410    Tsivian, A., Kessler, O., Mogutin, B., Rosenthal, J., Korczak, D., Levin, S., Sidi, A. A. Tape related complications of the tension-free vaginal tape procedure. J Urol. 2004 Feb; 171: 762-4

50420    Bradley, C. S., Rovner, E. S. Urodynamically defined stress urinary incontinence and bladder outlet obstruction coexist in women. J Urol. 2004 Feb; 171: 757-60; discussion 760-1

50430    Galloway, N., Nagaraju, P. The anatomy of incontinence--what practitioners and patients need to know. Ostomy Wound Manage. 2003 Dec; 49: 16-26

50440    Muir, T. W., Stepp, K. J., Barber, M. D. Adoption of the pelvic organ prolapse quantification system in peer-reviewed literature. Am J Obstet Gynecol. 2003 Dec; 189: 1632-5; discussion 1635-6

50450    Lovatsis, D., Gupta, C., Dean, E., Lee, F. Tension-free vaginal tape procedure is an ideal treatment for obese patients. Am J Obstet Gynecol. 2003 Dec; 189: 1601-4; discussion 1604-5

50460    Wong, M. Y., Harmanli, O. H., Agar, M., Dandolu, V., Grody, M. H. Collagen content of nonsupport tissue in pelvic organ prolapse and stress urinary incontinence. Am J Obstet Gynecol. 2003 Dec; 189: 1597-9; discussion 1599-1600

50470    Richter, H. E., Burgio, K. L., Holley, R. L., Goode, P. S., Locher, J. L., Wright, K. C., Varner, R. E. Cadaveric fascia lata sling for stress urinary incontinence: a prospective quality-of-life analysis. Am J Obstet Gynecol. 2003 Dec; 189: 1590-5; discussion 1595-6

50480    Elkadry, E. A., Kenton, K. S., FitzGerald, M. P., Shott, S., Brubaker, L. Patient-selected goals: a new perspective on surgical outcome. Am J Obstet Gynecol. 2003 Dec; 189: 1551-7; discussion 1557-8

50490    Mowzoon, N., Keegan, B. M. 61-year-old woman with shortness of breath after surgery. Mayo Clin Proc. 2004 Jan; 79: 117-20

50500    Cucchi, A., Siracusano, S., Di Benedetto, P., Comelli, M., Rovereto, B. Urgency of voiding and abdominal pressure transmission in women with mixed urinary incontinence. Neurourol Urodyn. 2004; 23: 43-7

50510    Handa, V. L., Massof, R. W. Measuring the severity of stress urinary incontinence using the Incontinence Impact Questionnaire. Neurourol Urodyn. 2004; 23: 27-32

50520    Schick, E., Jolivet-Tremblay, M., Tessier, J., Dupont, C., Bertrand, P. E. Observations on the function of the female urethra: III: An overview with special reference to the relation between urethral hypermobility and urethral incompetence. Neurourol Urodyn. 2004; 23: 22-6

50530    Dolan, L. M., Smith, A. R., Hosker, G. L. Opening detrusor pressure and the influence of age on success following colposuspension. Neurourol Urodyn. 2004; 23: 10-5

50540    Levin, I., Groutz, A., Gold, R., Pauzner, D., Lessing, J. B., Gordon, D. Surgical complications and medium-term outcome results of tension-free vaginal tape: a prospective study of 313 consecutive patients. Neurourol Urodyn. 2004; 23: 7-9

50550    Groutz, A., Rimon, E., Peled, S., Gold, R., Pauzner, D., Lessing, J. B., Gordon, D. Cesarean section: does it really prevent the development of postpartum stress urinary incontinence? A prospective study of 363 women one year after their first delivery. Neurourol Urodyn. 2004; 23: 2-6

50560    Espino, D. V., Palmer, R. F., Miles, T. P., Mouton, C. P., Lichtenstein, M. J., Markides, K. P. Prevalence and severity of urinary incontinence in elderly Mexican-American women. J Am Geriatr Soc. 2003 Nov; 51: 1580-6

Appendix A6: Bibliography sorted by Procite Number

Case 2:16-md-02740-JTM-MBN Document 5543-6 Filed 12/11/18 Page 695 of 800 PageID #: 146770

American Urological Association, Inc.

SUI Guidelines Panel

Master Bibliography
sorted by Procite Number

50570    Roovers, J. P., van der Vaart, C. H., van der Bom, J. G., van Leeuwen, J. H., Scholten, P. C., Heintz, A. P. A randomised controlled trial comparing abdominal and vaginal prolapse surgery: effects on urogenital function. BJOG. 2004 Jan; 111: 50-6

50580    Spiess, P. E., Rabah, D., Herrera, C., Singh, G., Moore, R., Corcos, J. The tensile properties of tension-free vaginal tape and cadaveric fascia lata in an in vivo rat model. BJU Int. 2004 Jan; 93: 171-3

50590    Blue, D. R., Daniels, D. V., Gever, J. R., Jett, M. F., O'Yang, C., Tang, H. M., Williams, T. J., Ford, A. P. Pharmacological characteristics of Ro 115-1240, a selective alpha1A/1L-adrenoceptor partial agonist: a potential therapy for stress urinary incontinence. BJU Int. 2004 Jan; 93: 162-70

50600    Musselman, D. M., Ford, A. P., Gennevois, D. J., Harbison, M. L., Laurent, A. L., Mokatrin, A. S., Stoltz, R. R., Blue, D. R. A randomized crossover study to evaluate Ro 115-1240, a selective alpha1A/1L-adrenoceptor partial agonist in women with stress urinary incontinence. BJU Int. 2004 Jan; 93: 78-83

50610    Sharma, B., Oligbo, N. Delayed vaginal erosion of the tape--a rare complication with TVT. J Obstet Gynaecol. 2004 Jan; 24: 96-8

50620    Birnbaum, H., Leong, S., Kabra, A. Lifetime medical costs for women: cardiovascular disease, diabetes, and stress urinary incontinence. Womens Health Issues. 2003 Nov-Dec; 13: 204-13

50630    Aungst, M., Wagner, M. Foley balloon to tamponade bleeding in the retropubic space. Obstet Gynecol. 2003 Nov; 102: 1037-8

50640    Werner, M., Najjari, L., Schuessler, B. Transurethral resection of tension-free vaginal tape penetrating the urethra. Obstet Gynecol. 2003 Nov; 102: 1034-6

50650    Burgio, K. L., Goode, P. S., Locher, J. L., Richter, H. E., Roth, D. L., Wright, K. C., Varner, R. E. Predictors of outcome in the behavioral treatment of urinary incontinence in women. Obstet Gynecol. 2003 Nov; 102: 940-7

50660    Peyromaure, M., Dayma, T., Zerbib, M. Development of a bladder stone following a tension-free vaginal tape intervention. J Urol. 2004 Jan; 171: 337

50670    Singh, M., Bushman, W., Clemens, J. Q. Do pad tests and voiding diaries affect patient willingness to participate in studies of incontinence treatment outcomes?. J Urol. 2004 Jan; 171: 316-8; discussion 318-9

50680    Ho, K. L., Witte, M. N., Bird, E. T. 8-ply small intestinal submucosa tension-free sling: spectrum of postoperative inflammation. J Urol. 2004 Jan; 171: 268-71

50690    Shah, D. K., Paul, E. M., Rastinehad, A. R., Eisenberg, E. R., Badlani, G. H. Short-term outcome analysis of total pelvic reconstruction with mesh: the vaginal approach. J Urol. 2004 Jan; 171: 261-3

50700    Dolan, L. M., Hosker, G. L., Mallett, V. T., Allen, R. E., Smith, A. R. Stress incontinence and pelvic floor neurophysiology 15 years after the first delivery. BJOG. 2003 Dec; 110: 1107-14

50710    Pisarska, M., Sajdak, S. Lower urinary tract function after postoperative radiotherapy in the treatment of cervical cancer. Eur J Gynaecol Oncol. 2003; 24: 490-4

50720    Yalcin, O., Isikoglu, M., Beji, N. K. Results of TVT operations alone and combined with other vaginal surgical procedures. Arch Gynecol Obstet. 2004 Jan; 269: 96-8

50730    Karan, A., Isikoglu, M., Aksac, B., Attar, E., Eskiyurt, N., Yalcin, O. Hypermobility syndrome in 105 women with pure urinary stress incontinence and in 105 controls. Arch Gynecol Obstet. 2004 Jan; 269: 89-90

50740    de Leval, J. Novel surgical technique for the treatment of female stress urinary incontinence: transobturator vaginal tape inside-out. Eur Urol. 2003 Dec; 44: 724-30

50750    Ezzat, I. M. Sling operations in the treatment of stress urinary incontinence: how to adjust sling tension. J Obstet Gynaecol Res. 2003 Dec; 29: 374-9

50760     Abstracts of the 28th Annual meeting of the International Urogynecological Association. Buenos Aires, Argentina, 28-31 October 2003. Int Urogynecol J Pelvic Floor Dysfunct. 2003; 14 Suppl 1: S1-S81

50770    Fultz, N. H., Burgio, K., Diokno, A. C., Kinchen, K. S., Obenchain, R., Bump, R. C. Burden of stress urinary incontinence for community-dwelling women. Am J Obstet Gynecol. 2003 Nov; 189: 1275-82

# Appendix A6: Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**50780**  Rortveit, G., Daltveit, A. K., Hannestad, Y. S., Hunskaar, S. Vaginal delivery parameters and urinary incontinence: the Norwegian EPINCONT study. Am J Obstet Gynecol. 2003 Nov; 189: 1268-74

**50790**  FitzGerald, M. P., Brubaker, L. Colpocleisis and urinary incontinence. Am J Obstet Gynecol. 2003 Nov; 189: 1241-4

**50800**  Amna, M. B., Randrianantenaina, A., Michel, F. Colic perforation as a complication of tension-free vaginal tape procedure. J Urol. 2003 Dec; 170: 2387

**50810**  Madjar, S., Covington-Nichols, C., Secrest, C. L. New periurethral bulking agent for stress urinary incontinence: modified technique and early results. J Urol. 2003 Dec; 170: 2327-9

**50820**  Osman, T. Stress incontinence surgery for patients presenting with mixed incontinence and a normal cystometrogram. BJU Int. 2003 Dec; 92: 964-8

**50830**  Cannon, T. W., Lee, J. Y., Somogyi, G., Pruchnic, R., Smith, C. P., Huard, J., Chancellor, M. B. Improved sphincter contractility after allogenic muscle-derived progenitor cell injection into the denervated rat urethra. Urology. 2003 Nov; 62: 958-63

**50840**  Defreitas, G. A., Lemack, G. E., Zimmern, P. E. Nonintubated uroflowmetry as a predictor of normal pressure flow study in women with stress urinary incontinence. Urology. 2003 Nov; 62: 905-8

**50850**  Rutner, A. B., Levine, S. R., Schmaelzle, J. F. Processed porcine small intestine submucosa as a graft material for pubovaginal slings: durability and results. Urology. 2003 Nov; 62: 805-9

**50860**  Tseng, L. H., Lo, T. S., Wang, A. C., Liang, C. C., Soong, Y. K. Bladder perforation presenting as vulvar edema after the tension-free vaginal tape procedure. A case report. J Reprod Med. 2003 Oct; 48: 824-6

**50870**  Fourie, T., Cohen, P. L. Delayed bowel erosion by tension-free vaginal tape (TVT). Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 362-4

**50880**  Shobeiri, S. A., Echols, K. T., Franco, N. Sinus formation after insertion of a silicone-coated suburethral sling. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 356-7

**50890**  van Brummen, H. J., van de Pol, G., Aalders, C. I., Heintz, A. P., van der Vaart, C. H. Sacrospinous hysteropexy compared to vaginal hysterectomy as primary surgical treatment for a descensus uteri: effects on urinary symptoms. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 350-5; discussion 355

**50900**  Schatz, H., Henriksson, L. Pain during the TVT procedure performed under local anesthesia. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 347-9; discussion 349

**50910**  Krissi, H., Adam, J. E., Stanton, S. L. MRI visualization of the female pelvis in the plane of the tension-free vaginal tape (TVT) procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 342-5; discussion 345-6

**50920**  Kilicarslan, H., Gokce, G., Ayan, S., Guvenal, T., Kaya, K., Gultekin, E. Y. Predictors of outcome after in situ anterior vaginal wall sling surgery. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 339-41; discussion 341

**50930**  Stenberg, A. M., Larsson, G., Johnson, P. Urethral injection for stress urinary incontinence: long-term results with dextranomer/hyaluronic acid copolymer. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 335-8; discussion 338

**50940**  Iglesias, X., Espuna, M. Surgical treatment of urinary stress incontinence using a method for postoperative adjustment of sling tension (Remeex System). Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 326-30; discussion 330

**50950**  Kwon, C. H., Culligan, P. J., Koduri, S., Goldberg, R. P., Sand, P. K. The development of pelvic organ prolapse following isolated Burch retropubic urethropexy. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 321-5; discussion 325

**50960**  Aslan, E., Beji, N. K., Coskun, A., Yalcin, O. An assessment of the importance of pad testing in stress urinary incontinence and the effects of incontinence on the life quality of women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 316-9; discussion 320

**50970**  Olah, K. S. Vaginal colposuspension: a new approach to an established continence procedure. J Obstet Gynaecol. 2003 Nov; 23: 687-8

# American Urological Association, Inc.

**SUI Guidelines Panel**

---

**50980**  Coyne, K. S., Zhou, Z., Thompson, C., Versi, E. The impact on health-related quality of life of stress, urge and mixed urinary incontinence. BJU Int. 2003 Nov; 92: 731-5

**50990**  Fianu-Jonasson, A., Edwall, L. Stress urinary incontinence: feasibility of surgery after urethral injection. Acta Obstet Gynecol Scand. 2003 Nov; 82: 1060

**51000**  Lo, T. S., Chang, T. C., Chao, A. S., Chou, H. H., Tseng, L. H., Liang, C. C. Tension-free vaginal tape procedure on genuine stress incontinent women with coexisting genital prolapse. Acta Obstet Gynecol Scand. 2003 Nov; 82: 1049-53

**51010**  Bo, K., Finckenhagen, H. B. Is there any difference in measurement of pelvic floor muscle strength in supine and standing position?. Acta Obstet Gynecol Scand. 2003 Dec; 82: 1120-4

**51020**  Sarnelli, G., Trovato, C., Imarisio, M., Talleri, D., Braconi, A. Ultrasound assessment of ther female perineum: technique, methods, indications and ultrasound anatomy. Radiol Med (Torino). 2003 Oct; 106: 357-69

**51030**  Hladik, M., Dubravicky, J., Pribylincova, V., Blasko, M. Current problems of diagnostics and treatment of urinary incontinence in females. Bratisl Lek Listy. 2003; 104: 163

**51040**  Siu, L. S., Chang, A. M., Yip, S. K., Chang, A. M. Compliance with a pelvic muscle exercise program as a causal predictor of urinary stress incontinence amongst Chinese women. Neurourol Urodyn. 2003; 22: 659-63

**51050**  Bo, K. Pelvic floor muscle strength and response to pelvic floor muscle training for stress urinary incontinence. Neurourol Urodyn. 2003; 22: 654-8

**51060**  Dumoulin, C., Bourbonnais, D., Lemieux, M. C. Development of a dynamometer for measuring the isometric force of the pelvic floor musculature. Neurourol Urodyn. 2003; 22: 648-53

**51070**  Unsal, A., Saglam, R., Cimentepe, E. Extracorporeal magnetic stimulation for the treatment of stress and urge incontinence in women--results of 1-year follow-up. Scand J Urol Nephrol. 2003; 37: 424-8

**51080**  Wennberg, A. L., Edlund, C., Fall, M., Peeker, R. Stamey's abdominovaginal needle colposuspension for the correction of female genuine stress urinary incontinence--long-term results. Scand J Urol Nephrol. 2003; 37: 419-23

**51090**  Viktrup, L., Bump, R. C. Pharmacological agents used for the treatment of stress urinary incontinence in women. Curr Med Res Opin. 2003; 19: 485-90

**51100**  Kulseng-Hanssen, S., Borstad, E. The development of a questionnaire to measure the severity of symptoms and the quality of life before and after surgery for stress incontinence. BJOG. 2003 Nov; 110: 983-8

**51110**  Kulseng-Hanssen, S. The development of a national database of the results of surgery for urinary incontinence in women. BJOG. 2003 Nov; 110: 975-82

**51120**  LaSala, C. A., Kuchel, G. A. Evaluation and management of urinary incontinence in elderly women. Conn Med. 2003 Sep; 67: 491-5

**51130**  Mitra, S., Hodgkins, J. A case report of migration of buffers to the cecum following Stamey operation. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 216-7

**51140**  ter Meulen, P. H., Berghmans, L. C., van Kerrebroeck, P. E. Systematic review: efficacy of silicone microimplants (Macroplastique) therapy for stress urinary incontinence in adult women. Eur Urol. 2003 Nov; 44: 573-82

**51150**  Ustun, Y., Engin-Ustun, Y., Gungor, M., Tezcan, S. Tension-free vaginal tape compared with laparoscopic Burch urethropexy. J Am Assoc Gynecol Laparosc. 2003 Aug; 10: 386-9

**51160**  Kung, R. C., Liu, G., Lee, P. E., Lie, K. I., Morgan, J. E. Laparoscopic two-team slings for women with stress urinary incontinence. J Am Assoc Gynecol Laparosc. 2003 Aug; 10: 327-33

**51170**  Sousa-Escandon, A., Lema Grille, J., Rodriguez Gomez, J. I., Rios Tallon, L., Uribarri Gonzalez, C., Marques-Queimadelos, A. Externally readjustable device to regulate sling tension in stress urinary incontinence: preliminary results. J Endourol. 2003 Sep; 17: 515-21

**51180**  Bai, S. W., Chung, K. A., Rha, K. H., Kim, S. U., Kim, S. K., Park, K. H. Correlation between urodynamic test results, perineal ultrasound and degree of stress urinary incontinence. J Reprod Med. 2003 Sep; 48: 718-22

---

 © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

---

**51190**  Boyington, A. R., Dougherty, M. C., Liao, Y. M. Analysis of interactive continence health information on the Web. J Wound Ostomy Continence Nurs. 2003 Sep; 30: 280-6

**51200**  Kuhn, A. Analysis of retropubic colpourethrosuspension results by suburethral sling with REMEEX prosthesis. Eur J Obstet Gynecol Reprod Biol. 2003 Nov 10; 111: 98

**51210**  Dietz, H. P., Steensma, A. B. Which women are most affected by delivery-related changes in pelvic organ mobility?. Eur J Obstet Gynecol Reprod Biol. 2003 Nov 10; 111: 15-8

**51220**  Klausner, T. I. Urologic challenges in the menopausal woman: a case study. Urol Nurs. 2003 Aug; 23: 293-5

**51230**  Balmforth, J., Cardozo, L. D. Trends toward less invasive treatment of female stress urinary incontinence. Urology. 2003 Oct; 62: 52-60

**51240**  Robinson, D., Cardozo, L. D. The role of estrogens in female lower urinary tract dysfunction. Urology. 2003 Oct; 62: 45-51

**51250**  Schuessler, B., Baessler, K. Pharmacologic treatment of stress urinary incontinence: expectations for outcome. Urology. 2003 Oct; 62: 31-8

**51260**  Indrekvam, S., Hunskaar, S. Home electrical stimulation for urinary incontinence: a study of the diffusion ofa new technology. Urology. 2003 Oct; 62: 24-30

**51270**  Thor, K. B. Serotonin and norepinephrine involvement in efferent pathways to the urethral rhabdosphincter: implications for treating stress urinary incontinence. Urology. 2003 Oct; 62: 3-9

**51280**  Goldman, H. B. Simple sling incision for the treatment of iatrogenic urethral obstruction. Urology. 2003 Oct; 62: 714-8

**51290**  Cole, E., Gomelsky, A., Dmochowski, R. R. Encapsulation of a porcine dermis pubovaginal sling. J Urol. 2003 Nov; 170: 1950

**51300**  Kobashi, K. C., Govier, F. E. Perioperative complications: the first 140 polypropylene pubovaginal slings. J Urol. 2003 Nov; 170: 1918-21

**51310**  Nuotio, M., Jylha, M., Luukkaala, T., Tammela, T. L. Urinary incontinence in a Finnish population aged 70 and over. Prevalence of types, associated factors and self-reported treatments. Scand J Prim Health Care. 2003 Sep; 21: 182-7

**51320**  Johnson, D. W., ElHajj, M., OBrien-Best, E. L., Miller, H. J., Fine, P. M. Necrotizing fasciitis after tension-free vaginal tape (TVT) placement. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 291-3

**51330**  Duggan, P. M., Wilson, P. D., Norton, P., Brown, A. D., Drutz, H. P., Herbison, P. Utilization of preoperative urodynamic investigations by gynecologists who frequently operate for female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 282-7; discussion 286-7

**51340**  Fu, X., Rezapour, M., Wu, X., Li, L., Sjogren, C., Ulmsten, U. Expression of estrogen receptor-alpha and -beta in anterior vaginal walls of genuine stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 276-81; discussion 281

**51350**  Pang, M. W., Chan, L. W., Yip, S. K. One-year urodynamic outcome and quality of life in patients with concomitant tension-free vaginal tape during pelvic floor reconstruction surgery for genitourinary prolapse and urodynamic stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 256-60; discussion 259-60

**51360**  Dietz, H. P., Vancaillie, P., Svehla, M., Walsh, W., Steensma, A. B., Vancaillie, T. G. Mechanical properties of urogynecologic implant materials. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 239-43; discussion 243

**51370**  Beji, N. K., Yalcin, O., Erkan, H. A. The effect of pelvic floor training on sexual function of treated patients. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 234-8; discussion 238

**51380**  Culligan, P. J., Goldberg, R. P., Sand, P. K. A randomized controlled trial comparing a modified Burch procedure and a suburethral sling: long-term follow-up. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Oct; 14: 229-33; discussion 233

**51390**  Wai, C. Y., Margulis, V., Baugh, B. R., Schaffer, J. I. Multiple vesical calculi and complete vaginal vault prolapse. Am J Obstet Gynecol. 2003 Sep; 189: 884-5

---

**American Urological Association, Inc.**

SUI Guidelines Panel

51400   Huang, C. R., Sun, N., Wei-ping,, Xie, H. W., Hwang, A. H., Hardy, B. E. The management of old urethral injury in young girls: analysis of 44 cases. J Pediatr Surg. 2003 Sep; 38: 1329-32

51410   Horowitz, I. R. What's new in gynecology and obstetrics. J Am Coll Surg. 2003 Oct; 197: 612-9

51420   Iskander, M. N., Kapoor, D. S., Mohammed, A. Subjective outcomes of the TVT procedure. Int J Gynaecol Obstet. 2003 Oct; 83: 69-70

51430   Oremus, M., Collet, J. P., Shapiro, S. H., Penrod, J., Corcos, J. Surgery versus collagen for female stress urinary incontinence: economic assessment in Ontario and Quebec. Can J Urol. 2003 Aug; 10: 1934-44

51440   Dmochowski, R. R., Miklos, J. R., Norton, P. A., Zinner, N. R., Yalcin, I., Bump, R. C. Duloxetine versus placebo for the treatment of North American women with stress urinary incontinence. J Urol. 2003 Oct; 170: 1259-63

51450   Huggins, M. E., Bhatia, N. N., Ostergard, D. R. Urinary incontinence: newer pharmacotherapeutic trends. Curr Opin Obstet Gynecol. 2003 Oct; 15: 419-27

51460   Betson, L. H., Siddiqui, G., Bhatia, N. N. Intrinsic urethral sphincteric deficiency: critical analysis of various diagnostic modalities. Curr Opin Obstet Gynecol. 2003 Oct; 15: 411-7

51470   Brubaker, L., Cundiff, G., Fine, P., Nygaard, I., Richter, H., Visco, A., Zyczynski, H., Brown, M. B., Weber, A. A randomized trial of colpopexy and urinary reduction efforts (CARE): design and methods. Control Clin Trials. 2003 Oct; 24: 629-42

51480   Minassian, V. A., Drutz, H. P., Al-Badr, A. Urinary incontinence as a worldwide problem. Int J Gynaecol Obstet. 2003 Sep; 82: 327-38

51490   Dmochowski, R., Appell, R. A. Advancements in minimally invasive treatments for female stress urinary incontinence: radiofrequency and bulking agents. Curr Urol Rep. 2003 Oct; 4: 350-5

51500   Cody, J., Wyness, L., Wallace, S., Glazener, C., Kilonzo, M., Stearns, S., McCormack, K., Vale, L., Grant, A. Systematic review of the clinical effectiveness and cost-effectiveness of tension-free vaginal tape for treatment of urinary stress incontinence. Health Technol Assess. 2003; 7: iii, 1-189

51510   Nazir, M., Stien, R., Carlsen, E., Jacobsen, A. F., Nesheim, B. I. Early evaluation of bowel symptoms after primary repair of obstetric perineal rupture is misleading: an observational cohort study. Dis Colon Rectum. 2003 Sep; 46: 1245-50

51520   Al-Badr, A., Ross, S., Soroka, D., Minassian, V. A., Karahalios, A., Drutz, H. P. Voiding patterns and urodynamics after a tension-free vaginal tape procedure. J Obstet Gynaecol Can. 2003 Sep; 25: 725-30

51530   Zyczynski, H. M., Howden, N. S. Surgical management of urinary incontinence. Curr Womens Health Rep. 2003 Oct; 3: 399-404

51540   Huang, K. H., Kung, F. T., Liang, H. M., Huang, L. Y., Chang, S. Y. Concomitant surgery with tension-free vaginal tape. Acta Obstet Gynecol Scand. 2003 Oct; 82: 948-53

51550   Saini, J., Axelrod, F. B., Maayan, C., Stringer, J., Smilen, S. W. Urinary incontinence in familial dysautonomia. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 209-13; discussion 213

51560   Amaro, J. L., Oliveira Gameiro, M. O., Padovani, C. R. Treatment of urinary stress incontinence by intravaginal electrical stimulation and pelvic floor physiotherapy. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 204-8; discussion 208

51570   Robinson, H., Schulz, J., Flood, C., Hansen, L. A randomized controlled trial of the NEAT expandable tip continence device. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 199-203; discussion 203

51580   O'Sullivan, R., Simons, A., Prashar, S., Anderson, P., Louey, M., Moore, K. H. Is objective cure of mild undifferentiated incontinence more readily achieved than that of moderate incontinence? Costs and 2-year outcome. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 193-8; discussion 198

51590   Neuman, M. Low incidence of post-TVT genital prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 191-2; discussion 192

51600   Abbas Shobeiri, S., Gasser, R. F., Chesson, R. R., Echols, K. T. The anatomy of midurethral slings and dynamics of neurovascular injury. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 185-90; discussion 190

# Appendix A6. Bibliography sorted by Procite Number

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**51610**   Lukacz, E. S., Luber, K. M., Nager, C. W. The effects of the tension-free vaginal tape on proximal urethral position: a prospective, longitudinal evaluation. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 179-84; discussion 184

**51620**   Cosson, M., Debodinance, P., Boukerrou, M., Chauvet, M. P., Lobry, P., Crepin, G., Ego, A. Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material?. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 169-78; discussion 178

**51630**   Adekanmi, O. A., Freeman, R. M., Bombieri, L. How colposuspensions are performed in the UK: a survey of gynecologists' practice. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 151-9; discussion 159

**51640**   Stach-Lempinen, B., Hakala, A. L., Laippala, P., Lehtinen, K., Metsanoja, R., Kujansuu, E. Severe depression determines quality of life in urinary incontinent women. Neurourol Urodyn. 2003; 22: 563-8

**51650**   Yip, S. K., Sahota, D., Chang, A., Chung, T. Effect of one interval vaginal delivery on the prevalence of stress urinary incontinence: a prospective cohort study. Neurourol Urodyn. 2003; 22: 558-62

**51660**   Miller, Y. D., Brown, W. J., Russell, A., Chiarelli, P. Urinary incontinence across the lifespan. Neurourol Urodyn. 2003; 22: 550-7

**51670**   Karram, M. M. Pathophysiology of genuine stress incontinence: what do we really know?. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 77

**51680**   Gateau, T., Faramarzi-Roques, R., Le Normand, L., Glemain, P., Buzelin, J. M., Ballanger, P. Clinical and urodynamic repercussions after TVT procedure and how to diminish patient complaints. Eur Urol. 2003 Sep; 44: 372-6; discussion 376

**51690**   Kreder, K. J., Jr, Brubaker, L., Mainprize, T. Tolterodine is equally effective in patients with mixed incontinence and those with urge incontinence alone. BJU Int. 2003 Sep; 92: 418-21

**51700**   Kuuva, N., Nilsson, C. G. Tension-free vaginal tape procedure: an effective minimally invasive operation for the treatment of recurrent stress urinary incontinence?. Gynecol Obstet Invest. 2003; 56: 93-8

**51710**   Damaser, M. S., Broxton-King, C., Ferguson, C., Kim, F. J., Kerns, J. M. Functional and neuroanatomical effects of vaginal distention and pudendal nerve crush in the female rat. J Urol. 2003 Sep; 170: 1027-31

**51720**   Hong, B., Park, S., Kim, H. S., Choo, M. S. Factors predictive of urinary retention after a tension-free vaginal tape procedure for female stress urinary incontinence. J Urol. 2003 Sep; 170: 852-6

**51730**   Shah, D. K., Paul, E. M., Amukele, S., Eisenberg, E. R., Badlani, G. H. Broad based tension-free synthetic sling for stress urinary incontinence: 5-year outcome. J Urol. 2003 Sep; 170: 849-51

**51740**   Farrell, S. A., Beckerson, L. A., Epp, A., Flood, C. G., Lajoie, F., MacMillan, J. B., Mainprize, T. C., Robert, M. Tension-free vaginal tape (TVT) procedure. J Obstet Gynaecol Can. 2003 Aug; 25: 692-4, 695-8

**51750**   Tunn, R., Petri, E. Introital and transvaginal ultrasound as the main tool in the assessment of urogenital and pelvic floor dysfunction: an imaging panel and practical approach. Ultrasound Obstet Gynecol. 2003 Aug; 22: 205-13

**51760**   Newman, D. K. Stress urinary incontinence in women. Am J Nurs. 2003 Aug; 103: 46-55; quiz 55

**51770**   Yang, J. M., Huang, W. C. Bladder wall thickness on ultrasonographic cystourethrography: affecting factors and their implications. J Ultrasound Med. 2003 Aug; 22: 777-82

**51780**   Dmochowski, R. R., Sand, P. K., Zinner, N. R., Gittelman, M. C., Davila, G. W., Sanders, S. W. Comparative efficacy and safety of transdermal oxybutynin and oral tolterodine versus placebo in previously treated patients with urge and mixed urinary incontinence. Urology. 2003 Aug; 62: 237-42

**51790**   Defreitas, G. A., Wilson, T. S., Zimmern, P. E., Forte, T. B. Three-dimensional ultrasonography: an objective outcome tool to assess collagen distribution in women with stress urinary incontinence. Urology. 2003 Aug; 62: 232-6

**51800**   Adams, I., Onwude, J. Secondary colposuspension: results of a prospective study from a tertiary centre. BJOG. 2003 Aug; 110: 785; author reply 785

**American Urological Association, Inc.**

**SUI Guidelines Panel**

51810    Thomson, A. J., Tincello, D. G. The influence of pad test loss on management of women with urodynamic stress incontinence. BJOG. 2003 Aug; 110: 771-3

51820    Webster, T. M., Gerridzen, R. G. Gone in 24 hours: the feasibility of performing pubovaginal sling surgery with an overnight hospital stay. Can J Urol. 2003 Jun; 10: 1905-9

51830    Sugaya, K., Owan, T., Hatano, T., Nishijima, S., Miyazato, M., Mukouyama, H., Shiroma, K., Soejima, K., Masaki, Z., Ogawa, Y. Device to promote pelvic floor muscle training for stress incontinence. Int J Urol. 2003 Aug; 10: 416-22

51840    van Veggel, L., Morrell, M., Harris, C., Dormans-Linssen, M. A new device for the treatment of female stress urinary incontinence. Proc Inst Mech Eng [H]. 2003; 217: 317-21

51850    Lienemann, A., Fischer, T. Functional imaging of the pelvic floor. Eur J Radiol. 2003 Aug; 47: 117-22

51860    Deval, B., Levardon, M., Samain, E., Rafii, A., Cortesse, A., Amarenco, G., Ciofu, C., Haab, F. A French multicenter clinical trial of SPARC for stress urinary incontinence. Eur Urol. 2003 Aug; 44: 254-8; discussion 258-9

51870    Bradway, C. Urinary incontinence among older women. Measurement of the effect on health-related quality of life. J Gerontol Nurs. 2003 Jul; 29: 13-9

51880    Aksac, B., Aki, S., Karan, A., Yalcin, O., Isikoglu, M., Eskiyurt, N. Biofeedback and pelvic floor exercises for the rehabilitation of urinary stress incontinence. Gynecol Obstet Invest. 2003; 56: 23-7

51890    Parmet, S., Lynm, C., Glass, R. M. JAMA patient page. Stress incontinence. JAMA. 2003 Jul 16; 290: 426

51900    Resnick, N. M., Griffiths, D. J. Expanding treatment options for stress urinary incontinence in women. JAMA. 2003 Jul 16; 290: 395-7

51910    Goode, P. S., Burgio, K. L., Locher, J. L., Roth, D. L., Umlauf, M. G., Richter, H. E., Varner, R. E., Lloyd, L. K. Effect of behavioral training with or without pelvic floor electrical stimulation on stress incontinence in women: a randomized controlled trial. JAMA. 2003 Jul 16; 290: 345-52

51920    von Pechmann, W. S., Mutone, M., Fyffe, J., Hale, D. S. Total colpocleisis with high levator plication for the treatment of advanced pelvic organ prolapse. Am J Obstet Gynecol. 2003 Jul; 189: 121-6

51930    Yalcin, I., Bump, R. C. Validation of two global impression questionnaires for incontinence. Am J Obstet Gynecol. 2003 Jul; 189: 98-101

51940    Chen, B., Wen, Y., Zhang, Z., Wang, H., Warrington, J. A., Polan, M. L. Menstrual phase-dependent gene expression differences in periurethral vaginal tissue from women with stress incontinence. Am J Obstet Gynecol. 2003 Jul; 189: 89-97

51950    Ellerkmann, R. M., Dunn, J. S., McBride, A. W., Kummer, L. G., Melick, C. F., Bent, A. E., Blomquist, J. L. A comparison of anticipated pain before and pain rating after the procedure in patients who undergo cystourethroscopy. Am J Obstet Gynecol. 2003 Jul; 189: 66-9

51960    Chen, B., Wen, Y., Wang, H., Polan, M. L. Differences in estrogen modulation of tissue inhibitor of matrix metalloproteinase-1 and matrix metalloproteinase-1 expression in cultured fibroblasts from continent and incontinent women. Am J Obstet Gynecol. 2003 Jul; 189: 59-65

51970    Gerstenbluth, R. E., Goldman, H. B. Simultaneous urethral erosion of tension-free vaginal tape and woven polyester pubovaginal sling. J Urol. 2003 Aug; 170: 525-6

51980    Diokno, A. C., Burgio, K., Fultz, H., Kinchen, K. H., Obenchain, R., Bump, R. C. Prevalence and outcomes of continence surgery in community dwelling women. J Urol. 2003 Aug; 170: 507-11

51990    Giannantoni, A., Di Stasi, S. M., Cucchi, A., Mearini, E., Bini, V., Porena, M. Pelvic floor muscle behavior during Valsalva leak point pressure measurement in males and females affected by stress urinary incontinence. J Urol. 2003 Aug; 170: 485-9

52000    Davila, G. W., Bernier, F., Franco, J., Kopka, S. L. Bladder dysfunction in sexual abuse survivors. J Urol. 2003 Aug; 170: 476-9

# Appendix A6  Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

52010    Manning, J., Korda, A., Benness, C., Solomon, M. The association of obstructive defecation, lower urinary tract dysfunction and the benign joint hypermobility syndrome: a case-control study. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 128-32

52020    Costantini, E., Pajoncini, C., Zucchi, A., Lombi, R., Bini, V., Mearini, E., Porena, M. Four-corner colposuspension: clinical and functional results. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 113-8

52030    Cosson, M., Boukerrou, M., Narducci, F., Occelli, B., Querleu, D., Crepin, G. Long-term results of the Burch procedure combined with abdominal sacrocolpopexy for treatment of vault prolapse. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 104-7

52040    Thompson, J. A., O'Sullivan, P. B. Levator plate movement during voluntary pelvic floor muscle contraction in subjects with incontinence and prolapse: a cross-sectional study and review. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 84-8

52050    Farrell, K. D., Robinson, L. M., Scott, T. A. Female urinary incontinence health education on the Internet: pitfalls and opportunities. J Obstet Gynaecol Can. 2003 Jul; 25: 594-600

52060    Al-Badr, A., Ross, S., Soroka, D., Drutz, H. P. What is the available evidence for hormone replacement therapy in women with stress urinary incontinence?. J Obstet Gynaecol Can. 2003 Jul; 25: 567-74

52070    Qureshi, A., Nicolaou, J., Lynch, C. B., Anjum, M. I., Clay, J. Outcome of tension-free vaginal tape (TVT) procedure in women with stress urinary incontinence--patients' perspective. J Obstet Gynaecol. 2003 May; 23: 297-300

52080    Bump, R. C., Norton, P. A., Zinner, N. R., Yalcin, I. Mixed urinary incontinence symptoms: urodynamic findings, incontinence severity, and treatment response. Obstet Gynecol. 2003 Jul; 102: 76-83

52090    Managing postpartum stress urinary incontinence. Drug Ther Bull. 2003 Jun; 41: 46-8

52100    Tong, Y. C. An alternative method of tension-free vaginal tape implantation for the treatment of female urinary incontinence. Urol Int. 2003; 71: 51-4

52110    Goel, M. C., Roberts, J. G. Dynamic rectus abdominis tendon colposuspension for female stress urinary incontinence: a new procedure and its follow-up. Urol Int. 2003; 71: 45-50

52120    Athanasopoulos, A., Barlas, P., Perimenis, P., Dimitrakopoulos, S., Markou, S., Gianitsas, K., Gyftopoulos, K., Hatzipapas, J., Barbalias, G. Long-term results of transvaginal colposuspension for the treatment of genuine stress incontinence combined with vaginal hysterectomy. Urol Int. 2003; 71: 41-4

52130    Moore, K. H., O'Sullivan, R. J., Simons, A., Prashar, S., Anderson, P., Louey, M. Randomised controlled trial of nurse continence advisor therapy compared with standard urogynaecology regimen for conservative incontinence treatment: efficacy, costs and two year follow up. BJOG. 2003 Jul; 110: 649-57

52140    Hartano, V. H., Lightner, D. J., Nitti, V. W. Endoscopic evacuation of Durasphere. Urology. 2003 Jul; 62: 135-7

52150    Minervini, A., Salinitri, G., Minervini, R. Retroperitoneal urinoma complicating Burch colposuspension. Int J Gynaecol Obstet. 2003 Jul; 82: 85-6

52160    Mutone, N., Brizendine, E., Hale, D. Factors that influence voiding function after the tension-free vaginal tape procedure for stress urinary incontinence. Am J Obstet Gynecol. 2003 Jun; 188: 1477-81; discussion 1481-3

52170    Goldberg, R. P., Kwon, C., Gandhi, S., Atkuru, L. V., Sorensen, M., Sand, P. K. Urinary incontinence among mothers of multiples: the protective effect of cesarean delivery. Am J Obstet Gynecol. 2003 Jun; 188: 1447-50; discussion 1450-3

52180    Dallosso, H. M., McGrother, C. W., Matthews, R. J., Donaldson, M. M. The association of diet and other lifestyle factors with overactive bladder and stress incontinence: a longitudinal study in women. BJU Int. 2003 Jul; 92: 69-77

52190    LaSala, C. A. Incomplete bladder emptying after the tension-free vaginal tape procedure, necessitating release of the mesh. A report of three cases. J Reprod Med. 2003 May; 48: 387-90

52200    Sevestre, S., Ciofu, C., Deval, B., Traxer, O., Amarenco, G., Haab, F. Results of the tension-free vaginal tape technique in the elderly. Eur Urol. 2003 Jul; 44: 128-31

# American Urological Association, Inc.

## SUI Guidelines Panel

52210  Bemelmans, B. L., Chapple, C. R. Are slings now the gold standard treatment for the management of female urinary stress incontinence and if so which technique?. Curr Opin Urol. 2003 Jul; 13: 301-7

52220  Hu, T. W., Wagner, T. H., Bentkover, J. D., LeBlanc, K., Piancentini, A., Stewart, W. F., Corey, R., Zhou, S. Z., Hunt, T. L. Estimated economic costs of overactive bladder in the United States. Urology. 2003 Jun; 61: 1123-8

52230  Scarpero, H. M., Fiske, J., Xue, X., Nitti, V. W. American Urological Association Symptom Index for lower urinary tract symptoms in women: correlation with degree of bother and impact on quality of life. Urology. 2003 Jun; 61: 1118-22

52240  Alewijnse, D., Metsemakers, J. F., Mesters, I. E., van den Borne, B. Effectiveness of pelvic floor muscle exercise therapy supplemented with a health education program to promote long-term adherence among women with urinary incontinence. Neurourol Urodyn. 2003; 22: 284-95

52250  Barbic, M., Kralj, B., Cor, A. Compliance of the bladder neck supporting structures: importance of activity pattern of levator ani muscle and content of elastic fibers of endopelvic fascia. Neurourol Urodyn. 2003; 22: 269-76

52260  Harvey, M. A. Pelvic floor exercises during and after pregnancy: a systematic review of their role in preventing pelvic floor dysfunction. J Obstet Gynaecol Can. 2003 Jun; 25: 487-98

52270  Pickard, R., Reaper, J., Wyness, L., Cody, D. J., McClinton, S., N'Dow, J. Periurethral injection therapy for urinary incontinence in women. Cochrane Database Syst Rev. 2003; : CD003881

52280  Alhasso, A., Glazener, C. M., Pickard, R., N'Dow, J. Adrenergic drugs for urinary incontinence in adults. Cochrane Database Syst Rev. 2003; : CD001842

52290  Moehrer, B., Hextall, A., Jackson, S. Oestrogens for urinary incontinence in women. Cochrane Database Syst Rev. 2003; : CD001405

52300  Amundsen, C. L., Flynn, B. J., Webster, G. D. Urethral erosion after synthetic and nonsynthetic pubovaginal slings: differences in management and continence outcome. J Urol. 2003 Jul; 170: 134-7; discussion 137

52310  Rovner, E. S., Wein, A. J. Diagnosis and reconstruction of the dorsal or circumferential urethral diverticulum. J Urol. 2003 Jul; 170: 82-6; discussion 86

52320  Radio waves treat stress incontinence. Health News. 2003 Jun; 9: 8-9

52330  Valpas, A., Kivela, A., Penttinen, J., Kauko, M., Kujansuu, E., Tomas, E., Haarala, M., Meltomaa, S., Nilsson, C. K. Tension-free vaginal tape and laparoscopic mesh colposuspension in the treatment of stress urinary incontinence: immediate outcome and complications--a randomized clinical trial. Acta Obstet Gynecol Scand. 2003 Jul; 82: 665-71

52340  Goepel, C., Hefler, L., Methfessel, H. D., Koelbl, H. Periurethral connective tissue status of postmenopausal women with genital prolapse with and without stress incontinence. Acta Obstet Gynecol Scand. 2003 Jul; 82: 659-64

52350  O'Neil, B., Gilmour, D. Approach to urinary incontinence in women. Diagnosis and management by family physicians. Can Fam Physician. 2003 May; 49: 611-8

52360  Gilmour, D. Urinary incontinence in women. A surgeon's point of view. Can Fam Physician. 2003 May; 49: 557-8, 560-1

52370  Cassells, C., Watt, E. The impact of incontinence on older spousal caregivers. J Adv Nurs. 2003 Jun; 42: 607-16

52380  Stember, D. S., Scarpero, H. M., Nitti, V. W. Vaginal granulation tissue secondary to bone anchors: experience in two patients. J Urol. 2003 Jun; 169: 2300-1

52390  Gomelsky, A., Dmochowski, R. R. Incisional bladder hernia after rectus fascial sling. J Urol. 2003 Jun; 169: 2299

52400  Tsivian, A., Shtricker, A., Levin, S., Sidi, A. A. Bone anchor 4-corner cystourethropexy: long-term results. J Urol. 2003 Jun; 169: 2244-5

52410  Kobashi, K. C., Govier, F. E. Management of vaginal erosion of polypropylene mesh slings. J Urol. 2003 Jun; 169: 2242-3

**Appendix A6. Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Master Bibliography**

**sorted by Procite Number**

52420 Croak, A. J., Schulte, V., Peron, S., Klingele, C., Gebhart, J., Lee, R. Transvaginal tape lysis for urinary obstruction after tension-free vaginal tape placement. J Urol. 2003 Jun; 169: 2238-41

52430 Miller, E. A., Amundsen, C. L., Toh, K. L., Flynn, B. J., Webster, G. D. Preoperative urodynamic evaluation may predict voiding dysfunction in women undergoing pubovaginal sling. J Urol. 2003 Jun; 169: 2234-7

52440 Tamanini, J. T., D'Ancona, C. A., Tadini, V., Netto, N. R., Jr Macroplastique implantation system for the treatment of female stress urinary incontinence. J Urol. 2003 Jun; 169: 2229-33

52450 Yu, H. J., Wong, W. Y., Chen, J., Chie, W. C. Quality of life impact and treatment seeking of Chinese women with urinary incontinence. Qual Life Res. 2003 May; 12: 327-33

52460 Sasso, K. Case study: challenges of pessary management. J Wound Ostomy Continence Nurs. 2003 May; 30: 152-7; discussion 157-8

52470 Viseshsindh, W., Kochakarn, W., Waikakul, W., Roongruangsilp, U., Siripornpinyo, N., Viseshsindh, V. A randomized controlled trial of pubovaginal sling versus vaginal wall sling for stress urinary incontinence. J Med Assoc Thai. 2003 Apr; 86: 308-15

52480 Long, C. Y., Hsu, S. C., Wu, T. P., Fu, J. C., Hsu, Y. S., Su, J. H. Effect of laparoscopic hysterectomy on bladder neck and urinary symptoms. Aust N Z J Obstet Gynaecol. 2003 Feb; 43: 65-9

52490 Demirci, F., Ozdemir, I., Yucel, O., Alhan, A. A new, simple, safe, effective and cost-effective procedure for genuine stress incontinence: midurethral polypropylene sling. Aust N Z J Obstet Gynaecol. 2003 Feb; 43: 58-60

52500 Sendag, F., Vidinli, H., Kazandi, M., Itil, I. M., Askar, N., Vidinli, B., Pourbagher, A. Role of perineal sonography in the evaluation of patients with stress urinary incontinence. Aust N Z J Obstet Gynaecol. 2003 Feb; 43: 54-7

52510 Kamo, I., Torimoto, K., Chancellor, M. B., de Groat, W. C., Yoshimura, N. Urethral closure mechanisms under sneeze-induced stress condition in rats: a new animal model for evaluation of stress urinary incontinence. Am J Physiol Regul Integr Comp Physiol. 2003 Aug; 285: R356-65

52520 Yip, S. K., Chan, A., Pang, S., Leung, P., Tang, C., Shek, D., Chung, T. The impact of urodynamic stress incontinence and detrusor overactivity on marital relationship and sexual function. Am J Obstet Gynecol. 2003 May; 188: 1244-8

52530 Lieb, J., Das, A. K. Urethral erosion of tension-free vaginal tape. Scand J Urol Nephrol. 2003; 37: 184-5

52540 Robinson, D., Bidmead, J., Cardozo, L., Muir, G. An unusual cause of voiding dysfunction following colposuspension. J Obstet Gynaecol. 2003 Mar; 23: 210-1

52550 Kafali, H., Verit, A., Verit, F., Demir, N. Expeditious method of urethrovesical junction determination in retropubic colposuspension with intraballoon illumination of Foley catheter. Urol Int. 2003; 70: 262-4

52560 Schiotz, H. Effect of adding biofeedback to pelvic floor muscle training to treat urodynamic stress incontinence. Obstet Gynecol. 2003 May; 101: 1024; reply 1024-5

52570 Matsuo, K., Takemura, M., Koyama, M., Murata, Y. Bladder tumor found by tension-free vaginal tape procedure. Obstet Gynecol. 2003 May; 101: 937-40

52580 Muir, T. W., Tulikangas, P. K., Fidela Paraiso, M., Walters, M. D. The relationship of tension-free vaginal tape insertion and the vascular anatomy. Obstet Gynecol. 2003 May; 101: 933-6

52590 Karram, M. M., Segal, J. L., Vassallo, B. J., Kleeman, S. D. Complications and untoward effects of the tension-free vaginal tape procedure. Obstet Gynecol. 2003 May; 101: 929-32

52600 Vassallo, B. J., Kleeman, S. D., Segal, J., Karram, M. M. Urethral erosion of a tension-free vaginal tape. Obstet Gynecol. 2003 May; 101: 1055-8

52610 Huang, W. C., Yang, J. M. Bladder neck funneling on ultrasound cystourethrography in primary stress urinary incontinence: a sign associated with urethral hypermobility and intrinsic sphincter deficiency. Urology. 2003 May; 61: 936-41

52620 Tei, T. M., Stolzenburg, T., Buntzen, S., Laurberg, S., Kjeldsen, H. Use of transpelvic rectus abdominis musculocutaneous flap for anal cancer salvage surgery. Br J Surg. 2003 May; 90: 575-80

**American Urological Association, Inc.**

SUI Guidelines Panel

52630    Moore, R. D., Miklos, J. R. Colpocleisis and tension-free vaginal tape sling for severe uterine and vaginal prolapse and stress urinary incontinence under local anesthesia. J Am Assoc Gynecol Laparosc. 2003 May; 10: 276-80

52640    Moran, F., Bradley, J. M., Boyle, L., Elborn, J. S. Incontinence in adult females with cystic fibrosis: a Northern Ireland survey. Int J Clin Pract. 2003 Apr; 57: 182-3

52650    Zibecchi, L., Greendale, G. A., Ganz, P. A. Continuing education: Comprehensive menopausal assessment: an approach to managing vasomotor and urogenital symptoms in breast cancer survivors. Oncol Nurs Forum. 2003 May-Jun; 30: 393-407

52660    Wei, T. S., Su, T. H. Tension-free vaginal tape failure caused by sling displacement and successfully retreated using Burch colposuspension. Acta Obstet Gynecol Scand. 2003 Apr; 82: 385-6

52670    Lo, T. S., Lin, C. T., Huang, H. J., Chang, C. L., Liang, C. C., Soong, Y. K. The use of general anesthesia for the tension-free vaginal tape procedure and concomitant surgery. Acta Obstet Gynecol Scand. 2003 Apr; 82: 367-73

52680    Dietz, H. P., Mouritsen, L., Ellis, G., Wilson, P. D. Does the tension-free vaginal tape stay where you put it?. Am J Obstet Gynecol. 2003 Apr; 188: 950-3

52690    Bai, S. W., Jung, B. H., Chung, B. C., Kim, S. U., Kim, J. Y., Rha, K. H., Cho, J. S., Park, Y. W., Park, K. H. Relationship between urinary profile of the endogenous steroids and postmenopausal women with stress urinary incontinence. Neurourol Urodyn. 2003; 22: 198-205

52700    Petros, P. Changes in bladder neck geometry and closure pressure after midurethral anchoring suggest a musculoelastic mechanism activates closure. Neurourol Urodyn. 2003; 22: 191-7

52710    Wang, A. C., Chen, M. C. Comparison of tension-free vaginal taping versus modified Burch colposuspension on urethral obstruction: a randomized controlled trial. Neurourol Urodyn. 2003; 22: 185-90

52720    Chiaffarino, F., Parazzini, F., Lavezzari, M., Giambanco, V. Impact of urinary incontinence and overactive bladder on quality of life. Eur Urol. 2003 May; 43: 535-8

52730    Ilker, Y., Tarcan, T., Ozveren, B., Yildirim, A. Anterior urethropexy according to lapides: how effective is it in the treatment of genuine female stress incontinence?. Arch Esp Urol. 2003 Jan-Feb; 56: 95-9

52740    Sapmaz, E., Celik, H. Burch colposuspension performed at cesarean delivery in pregnancies complicated by genuine stress urinary incontinence. J Reprod Med. 2003 Mar; 48: 191-3

52750    Sartore, A., Pregazzi, R., Bortoli, P., Grimaldi, E., Ricci, G., Guaschino, S. Assessment of pelvic floor muscle function after vaginal delivery. Clinical value of different tests. J Reprod Med. 2003 Mar; 48: 171-4

52760    Aukee, P., Penttinen, J., Airaksinen, O. The effect of aging on the electromyographic activity of pelvic floor muscles. A comparative study among stress incontinent patients and asymptomatic women. Maturitas. 2003 Apr 25; 44: 253-7

52770    Ho-Yin, P. L., Man-Wah, P., Shing-Kai, Y. Effects of aging on generic SF-36 quality of life measurements in Hong Kong Chinese women with urinary incontinence. Acta Obstet Gynecol Scand. 2003 Mar; 82: 275-9

52780    Stoker, J., Rociu, E., Bosch, J. L., Messelink, E. J., van der Hulst, V. P., Groenendijk, A. G., Eijkemans, M. J., Lameris, J. S. High-resolution endovaginal MR imaging in stress urinary incontinence. Eur Radiol. 2003 Aug; 13: 2031-7

52790    Laurikainen, E., Kiilholma, P. The tension-free vaginal tape procedure for female urinary incontinence without preoperative urodynamic evaluation. J Am Coll Surg. 2003 Apr; 196: 579-83

52800    Margolis, M. T. Tension-free vaginal tape: outcomes among women with primary versus recurrent stress urinary incontinence. Obstet Gynecol. 2003 Apr; 101: 817; author reply 817-8

52810    Waetjen, L. E., Subak, L. L., Shen, H., Lin, F., Wang, T. H., Vittinghoff, E., Brown, J. S. Stress urinary incontinence surgery in the United States. Obstet Gynecol. 2003 Apr; 101: 671-6

52820    Pollak, J. T., Jenkins, P., Kopka, S. L., Davila, G. W. Effect of genital prolapse on assessment of bladder neck mobility by the Q-tip test. Obstet Gynecol. 2003 Apr; 101: 662-5

   © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.   

**Appendix A6: Bibliography sorted by Procite Number**

# American Urological Association, Inc.

## SUI Guidelines Panel

52830    Amundsen, C. L., Flynn, B. J., Webster, G. D. Anatomical correction of vaginal vault prolapse by uterosacral ligament fixation in women who also require a pubovaginal sling. J Urol. 2003 May; 169: 1770-4

52840    Wilson, T. S., Lemack, G. E., Zimmern, P. E. Management of intrinsic sphincteric deficiency in women. J Urol. 2003 May; 169: 1662-9

52850    Kuo, H. C. Videourodynamic results in stress urinary incontinence patients after pelvic floor muscle training. J Formos Med Assoc. 2003 Jan; 102: 23-9

52860    Farrell, S. A., Epp, A., Flood, C., Lajoie, F., MacMillan, B., Mainprize, T., Robert, M. The evaluation of stress incontinence prior to primary surgery. J Obstet Gynaecol Can. 2003 Apr; 25: 313-24

52870    Cor, A., Barbic, M., Kralj, B. Differences in the quantity of elastic fibres and collagen type I and type III in endopelvic fascia between women with stress urinary incontinence and controls. Urol Res. 2003 Jun; 31: 61-5

52880    Ghezzi, F., Franchi, M., Buttarelli, M., Serati, M., Raio, L., Maddalena, F. The use of suction drains at burch colposuspension and postoperative infectious morbidity. Arch Gynecol Obstet. 2003 Apr; 268: 41-4

52890    Long, C. Y., Hsu, S. C., Sun, D. J., Chen, C. C., Tsai, E. M., Su, J. H. Abnormal clinical and urodynamic findings in women with severe genitourinary prolapse. Kaohsiung J Med Sci. 2002 Dec; 18: 593-7

52900    Amarenco, G., Arnould, B., Carita, P., Haab, F., Labat, J. J., Richard, F. European psychometric validation of the CONTILIFE: a Quality of Life questionnaire for urinary incontinence. Eur Urol. 2003 Apr; 43: 391-404

52910    Carey, J. M., Chon, J. K., Leach, G. E. Urethrolysis with Martius labial fat pad graft for iatrogenic bladder outlet obstruction. Urology. 2003 Apr; 61: 21-5

52920    Wang, A. C., Chen, M. C. The correlation between preoperative voiding mechanism and surgical outcome of the tension-free vaginal tape procedure, with reference to quality of life. BJU Int. 2003 Apr; 91: 502-6

52930    Daher, N., Boulanger, J. C., Ulmsten, U. Pre-pubic TVT: an alternative to classic TVT in selected patients with urinary stress incontinence. Eur J Obstet Gynecol Reprod Biol. 2003 Apr 25; 107: 205-7

52940    Siracusano, S., Pregazzi, R., d'Aloia, G., Sartore, A., Di Benedetto, P., Pecorari, V., Guaschino, S., Pappagallo, G., Belgrano, E. Prevalence of urinary incontinence in young and middle-aged women in an Italian urban area. Eur J Obstet Gynecol Reprod Biol. 2003 Apr 25; 107: 201-4

52950    van Os-Bossagh, P., Pols, T., Hop, W. C., Bohnen, A. M., Vierhout, M. E., Drogendijk, A. C. Voiding symptoms in chronic pelvic pain (CPP). Eur J Obstet Gynecol Reprod Biol. 2003 Apr 25; 107: 185-90

52960    Sartore, A., Pregazzi, R., Bortoli, P., Grimaldi, E., Ricci, G., Guaschino, S. Effects of epidural analgesia during labor on pelvic floor function after vaginal delivery. Acta Obstet Gynecol Scand. 2003 Feb; 82: 143-6

52970    Kim, J. K., Kim, Y. J., Choo, M. S., Cho, K. S. The urethra and its supporting structures in women with stress urinary incontinence: MR imaging using an endovaginal coil. AJR Am J Roentgenol. 2003 Apr; 180: 1037-44

52980    Hulens, M., Vansant, G., Claessens, A. L., Lysens, R., Muls, E. Predictors of 6-minute walk test results in lean, obese and morbidly obese women. Scand J Med Sci Sports. 2003 Apr; 13: 98-105

52990    Marinkovic, S. P., Stanton, S. L. Triple compartment prolapse: sacrocolpopexy with anterior and posterior mesh extensions. BJOG. 2003 Mar; 110: 323-6

53000    Manca, A., Sculpher, M. J., Ward, K., Hilton, P. A cost-utility analysis of tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence. BJOG. 2003 Mar; 110: 255-62

53010    Hannestad, Y. S., Rortveit, G., Daltveit, A. K., Hunskaar, S. Are smoking and other lifestyle factors associated with female urinary incontinence? The Norwegian EPINCONT Study. BJOG. 2003 Mar; 110: 247-54

53020    Moehrer, B., Carey, M., Wilson, D. Laparoscopic colposuspension: a systematic review. BJOG. 2003 Mar; 110: 230-5

53030    Palmer, M. H., Fitzgerald, S. Urinary incontinence in working women: a comparison study. J Womens Health (Larchmt). 2002 Dec; 11: 879-88

53040    Bachmann, G., Wiita, B. External occlusive devices for management of female urinary incontinence. J Womens Health (Larchmt). 2002 Nov; 11: 793-800

**American Urological Association, Inc.**

**SUI Guidelines Panel**

53050  Hartanto, V. H., DiPiazza, D., Ankem, M. K., Baccarini, C., Lobby, N. J. Comparison of recovery from postoperative pain utilizing two sling techniques. Can J Urol. 2003 Feb; 10: 1759-63

53060  Perk, H., Soyupek, S., Serel, T. A., Kosar, A., Sayin, A., Hoscan, M. B. Tension-free vaginal tape for surgical treatment of stress urinary incontinence: two years follow-up. Int J Urol. 2003 Mar; 10: 132-5

53070  Kilicarslan, H., Guvenal, T., Ayan, S., Gokce, G., Cetin, A., Gultekin, E. Y. Comparison of outcomes of three different surgical techniques performed for stress urinary incontinence. Int J Urol. 2003 Mar; 10: 126-30; discussion 131

53080  Bai, S. W., Roh, J. L., Kim, J. Y., Chung, K. A., Kim, S. K., Park, K. H. Outcomes and surgical therapeutic index of Burch colposuspension in stress urinary incontinence. J Reprod Med. 2003 Feb; 48: 102-6

53090  Skinner, M. H., Kuan, H. Y., Pan, A., Sathirakul, K., Knadler, M. P., Gonzales, C. R., Yeo, K. P., Reddy, S., Lim, M., Ayan-Oshodi, M., Wise, S. D. Duloxetine is both an inhibitor and a substrate of cytochrome P4502D6 in healthy volunteers. Clin Pharmacol Ther. 2003 Mar; 73: 170-7

53100  Rortveit, G., Daltveit, A. K., Hannestad, Y. S., Hunskaar, S. Urinary incontinence after vaginal delivery or cesarean section. N Engl J Med. 2003 Mar 6; 348: 900-7

53110  Bai, S. W., Kang, S. H., Kim, S. K., Kim, J. Y., Park, K. H. The effect of pelvic organ prolapse on lower urinary tract function. Yonsei Med J. 2003 Feb; 44: 94-8

53120  Bombieri, L., Freeman, R. M. Do bladder neck position and amount of elevation influence the outcome of colposuspension?. BJOG. 2003 Feb; 110: 197-200

53130  Lin, S. Y., Dougherty, M. C. Incontinence impact, symptom distress and treatment-seeking behavior in women with involuntary urine loss in Southern Taiwan. Int J Nurs Stud. 2003 Mar; 40: 227-34

53140  Molmenti, E. P., Pinto, P. A., Montgomery, R. A., Su, L. M., Kraus, E., Cooper, M., Sonnenday, C. J., Klein, A. S., Kavoussi, L. R., Ratner, L. E. Concomitant surgery with laparoscopic live donor nephrectomy. Am J Transplant. 2003 Feb; 3: 219-23

53150  Wall, L. L. The treatment of urinary incontinence in 1814. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 67-9

53160  Lee, J. Y., Cannon, T. W., Pruchnic, R., Fraser, M. O., Huard, J., Chancellor, M. B. The effects of periurethral muscle-derived stem cell injection on leak point pressure in a rat model of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 31-7; discussion 37

53170  Yip, S. K., Chung, T. K. Treatment-seeking behavior in Hong Kong Chinese women with urinary symptoms. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 27-30; discussion 30

53180  Arunkalaivanan, A. S., Barrington, J. W. Randomized trial of porcine dermal sling (Pelvicol implant) vs. tension-free vaginal tape (TVT) in the surgical treatment of stress incontinence: a questionnaire-based study. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 17-23; discussion 21-2

53190  Langer, R., Lipshitz, Y., Halperin, R., Pansky, M., Bukovsky, I., Sherman, D. Prevention of genital prolapse following Burch colposuspension: comparison between two surgical procedures. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 13-6; discussion 16

53200  Adekanmi, O. A., Freeman, R. M., Reed, H., Bombieri, L. Improving the diagnosis of genuine stress incontinence in symptomatic women with negative cough stress test: the Distal Urethral Electrical Conductance test (DUEC) revisited. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 9-12; discussion 12

53210  Rafii, A., Darai, E., Haab, F., Samain, E., Levardon, M., Deval, B. Body mass index and outcome of tension-free vaginal tape. Eur Urol. 2003 Mar; 43: 288-92

53220  van Kerrebroeck, P., ter Meulen, F., Farrelly, E., Larsson, G., Edwall, L., Fianu-Jonasson, A. Treatment of stress urinary incontinence: recent developments in the role of urethral injection. Urol Res. 2003 Feb; 30: 356-62

53230  Hamid, R., Khastgir, J., Arya, M., Patel, H. R., Shah, P. J. Experience of tension-free vaginal tape for the treatment of stress incontinence in females with neuropathic bladders. Spinal Cord. 2003 Feb; 41: 118-21

53240  Pit, M. J., De Ruiter, M. C., Lycklama, A.,  Nijeholt AA, Marani, E., Zwartendijk, J. Anatomy of the arcus tendineus fasciae pelvis in females. Clin Anat. 2003 Mar; 16: 131-7

**Appendix A6 Bibliography sorted by Procite Number**

## American Urological Association, Inc.

### SUI Guidelines Panel

**Master Bibliography**

**sorted by Procite Number**

---

53250   Peeker, I., Peeker, R. Early diagnosis and treatment of genuine stress urinary incontinence in women after pregnancy: midwifery as detectives. J Midwifery Womens Health. 2003 Jan-Feb; 48: 60-6

53260   Chen, G. D., Lin, T. L., Hu, S. W., Chen, Y. C., Lin, L. Y. Prevalence and correlation of urinary incontinence and overactive bladder in Taiwanese women. Neurourol Urodyn. 2003; 22: 109-17

53270   Digesu, G. A., Khullar, V., Cardozo, L., Salvatore, S. Overactive bladder symptoms: do we need urodynamics?. Neurourol Urodyn. 2003; 22: 105-8

53280   Dmochowski, R. R., Avon, M., Ross, J., Cooper, J. M., Kaplan, R., Love, B., Kohli, N., Albala, D., Shingleton, B. Transvaginal radio frequency treatment of the endopelvic fascia: a prospective evaluation for the treatment of genuine stress urinary incontinence. J Urol. 2003 Mar; 169: 1028-32

53290   Scarpero, H. M., Dmochowski, R. R., Nitti, V. W. Repeat urethrolysis after failed urethrolysis for iatrogenic obstruction. J Urol. 2003 Mar; 169: 1013-6

53300   Fleischmann, N., Flisser, A. J., Blaivas, J. G., Panagopoulos, G. Sphincteric urinary incontinence: relationship of vesical leak point pressure, urethral mobility and severity of incontinence. J Urol. 2003 Mar; 169: 999-1002

53310   Ord, T., Hilton, P. Anaesthesia for tension-free vaginal tape. Eur Urol. 2003 Feb; 43: 205-7; author reply 207

53320   Hendrix, S. L. Urinary incontinence and menopause: an evidence-based treatment approach. Dis Mon. 2002 Oct; 48: 622-36

53330   Tamilselvi, A., Duckett, J. R. Surgical correction of genuine stress incontinence in an achondroplastic woman. J Obstet Gynaecol. 2002 Nov; 22: 704

53340   Kunde, D., Varma, R. Feasibility of performing TVT operation for stress urinary incontinence under general anaesthesia. J Obstet Gynaecol. 2002 Nov; 22: 663-5

53350   Martinez, A. M., Ramos, N. M., Requena, J. F., Hernandez, J. A. Analysis of retropubic colpourethrosuspension results by suburethral sling with REMEEX prosthesis. Eur J Obstet Gynecol Reprod Biol. 2003 Feb 10; 106: 179-83

53360   Cheon, W. C., Mak, J. H., Liu, J. Y. Prospective randomised controlled trial comparing laparoscopic and open colposuspension. Hong Kong Med J. 2003 Feb; 9: 10-4

53370   Volkmer, B. G., Nesslauer, T., Rinnab, L., Schradin, T., Hautmann, R. E., Gottfried, H. W. Surgical intervention for complications of tension-free vaginal tape procedure. J Urol. 2003 Feb; 169: 570-4

53380   Lapitan, M. C., Cody, D. J., Grant, A. M. Open retropubic colposuspension for urinary incontinence in women. Cochrane Database Syst Rev. 2003; : CD002912

53390   Sugaya, K., Nishijima, S., Oda, M., Owan, T., Ashitomi, K., Miyazato, M., Morozumi, M., Hatano, T., Ogawa, Y. Transabdominal vesical sonography of urethral syndrome and stress incontinence. Int J Urol. 2003 Jan; 10: 36-42

53400   Lang, J. H., Zhu, L., Sun, Z. J., Chen, J. Estrogen levels and estrogen receptors in patients with stress urinary incontinence and pelvic organ prolapse. Int J Gynaecol Obstet. 2003 Jan; 80: 35-9

53410   Runowicz, C. D. Hysterectomy options. Total and subtotal surgical procedures prove comparable. Health News. 2002 Dec; 8: 4

53420   Oremus, M., Collet, J. P., Corcos, J., Shapiro, S. H. A survey of physician efficacy requirements to plan clinical trials. Pharmacoepidemiol Drug Saf. 2002 Dec; 11: 677-85

53430   Navaneetham, N., Doshani, A. The tension free vaginal tape procedure is successful in the majority of women with indications for surgical treatment of urinary stress incontinence. BJOG. 2003 Jan; 110: 89-90

53440   Hilton, P., Mohammed, K. A., Ward, K. Postural perineal pain associated with perforation of the lower urinary tract due to insertion of a tension-free vaginal tape. BJOG. 2003 Jan; 110: 79-82

53450   Dietz, H. P., Clarke, B., Vancaillie, T. G. Vaginal childbirth and bladder neck mobility. Aust N Z J Obstet Gynecol. 2002 Nov; 42: 522-5

53460   Demirci, F., Yildirim, U., Demirci, E., Ayas, S., Arioglu, P., Kuyumcuoglu, U. Ten-year results of Marshall Marchetti Krantz and anterior colporraphy procedures. Aust N Z J Obstet Gynaecol. 2002 Nov; 42: 513-4

---

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

SUI Guidelines Panel

**53470** Mostwin, J. L. Pathophysiology: the varieties of bladder overactivity. Urology. 2002 Nov; 60: 22-6; discussion 27

**53480** Ruff, C. C., van Rijswijk, L., Okoli, A. The impact of urinary incontinence in African American women. Ostomy Wound Manage. 2002 Dec; 48: 52-8

**53490** Finkelstein, M. M., Skelly, J., Kaczorowski, J., Swanson, G. Incontinence Quality of Life Instrument in a survey of primary care physicians. J Fam Pract. 2002 Nov; 51: 952

**53500** Adeyoju, A. A., Lupton, E. W. Thimble-assisted Burch colposuspension. Ann R Coll Surg Engl. 2002 Nov; 84: 433

**53510** Tosaka, A., Murota-Kawano, A., Ando, M. Video urodynamics using transrectal ultrasonography for lower urinary tract symptoms in women. Neurourol Urodyn. 2003; 22: 33-9

**53520** Lin, H. H., Torng, P. L., Sheu, B. C., Shau, W. Y., Huang, S. C. Urodynamically age-specific prevalence of urinary incontinence in women with urinary symptoms. Neurourol Urodyn. 2003; 22: 29-32

**53530** Resplande, J., Gholami, S., Bruschini, H., Srougi, M. Urodynamic changes induced by the intravaginal electrode during pelvic floor electrical stimulation. Neurourol Urodyn. 2003; 22: 24-8

**53540** Madjar, S., Balzarro, M., Appell, R. A., Tchetgen, M. B., Nelson, D. Baseline abdominal pressure and valsalva leak point pressures-correlation with clinical and urodynamic data. Neurourol Urodyn. 2003; 22: 2-6

**53550** Blaivas, J. G. The Emperor's new clothes. Neurourol Urodyn. 2003; 22: 1

**53560** Aukee, P., Immonen, P., Penttinen, J., Laippala, P., Airaksinen, O. Increase in pelvic floor muscle activity after 12 weeks' training: a randomized prospective pilot study. Urology. 2002 Dec; 60: 1020-3; discussion 1023-4

**53570** Grdal, M., Tekin, A., Erdoan, K., Sengr, F. Endoscopic silicone injection for female stress urinary incontinence due to intrinsic sphincter deficiency: impact of coexisting urethral mobility on treatment outcome. Urology. 2002 Dec; 60: 1016-9

**53580** Viktrup, L. Female stress and urge incontinence in family practice: insight into the lower urinary tract. Int J Clin Pract. 2002 Nov; 56: 694-700

**53590** Hilton, P., Ward, K. L. Pleasing some of the people none of the time. BMJ. 2002 Dec 7; 325: 1361

**53600** Sampselle, C. M., Harlow, S. D., Skurnick, J., Brubaker, L., Bondarenko, I. Urinary incontinence predictors and life impact in ethnically diverse perimenopausal women. Obstet Gynecol. 2002 Dec; 100: 1230-8

**53610** Villet, R., Ercoli, A., Atallah, D., Hoffmann, P., Salet-Lizee, D. Second tension-free vaginal tape procedure and mesh retensioning: two possibilities of treatment of recurrent-persistent genuine stress urinary incontinence after a primary tension-free vaginal tape procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 377-9

**53620** Meyer, S., Achtari, C., Hohlfeld, P., De Grandi, P., Buchser, E. Effects of epidural analgesia on pelvic floor function after spontaneous delivery: a longitudinal retrospective study. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 359-64; discussion 364-5

**53630** Wang, K. H., Wang, K. H., Neimark, M., Davila, G. W. Voiding dysfunction following TVT procedure. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 353-7; discussion 358

**53640** Swart, A. M., Hagerty, J., Corstiaans, A., Rane, A. Management of the very weak pelvic floor. Is there a point?. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 346-8; discussion 348

**53650** Scott, L., Leddy, M., Bernay, F., Davot, J. L. Evaluation of phenylpropanolamine in the treatment of urethral sphincter mechanism incompetence in the bitch. J Small Anim Pract. 2002 Nov; 43: 493-6

**53660** Neuman, M. Infected hematoma following tension-free vaginal tape implantation. J Urol. 2002 Dec; 168: 2549

**53670** Fritel, X., Zabak, K., Pigne, A., Demaria, F., Benifla, J. L. Predictive value of urethral mobility before suburethral tape procedure for urinary stress incontinence in women. J Urol. 2002 Dec; 168: 2472-5

**53680** Miller, J. M. Criteria for therapeutic use of pelvic floor muscle training in women. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 301-11

**53690** Rardin, C. R., Rosenblatt, P. L., Kohli, N., Miklos, J. R., Heit, M., Lucente, V. R. Release of tension-free vaginal tape for the treatment of refractory postoperative voiding dysfunction. Obstet Gynecol. 2002 Nov; 100: 898-902

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

53700   Rardin, C. R., Kohli, N., Rosenblatt, P. L., Miklos, J. R., Moore, R., Strohsnitter, W. C. Tension-free vaginal tape: outcomes among women with primary versus recurrent stress urinary incontinence. Obstet Gynecol. 2002 Nov; 100: 893-7

53710   Persson, J., Teleman, P., Eten-Bergquist, C., Wolner-Hanssen, P. Cost-analyzes based on a prospective, randomized study comparing laparoscopic colposuspension with a tension-free vaginal tape procedure. Acta Obstet Gynecol Scand. 2002 Nov; 81: 1066-73

53720   Huang, W. C., Yang, J. M. Sonographic appearance of a bladder calculus secondary to a suture from a bladder neck suspension. J Ultrasound Med. 2002 Nov; 21: 1303-5

53730   Yang, J. M., Huang, W. C. Discrimination of bladder disorders in female lower urinary tract symptoms on ultrasonographic cystourethrography. J Ultrasound Med. 2002 Nov; 21: 1249-55

53740   Dietz, H. P. A systematic review of tension-free urethropexy for stress urinary incontinence: intravaginal slingplasty and the tension-free vaginal tape procedure. BJU Int. 2002 Nov; 90: 764; author reply 764

53750   Erata, Y. E., Kilic, B., Guclu, S., Saygili, U., Uslu, T. Risk factors for pelvic surgery. Arch Gynecol Obstet. 2002 Nov; 267: 14-8

53770   Boublil, V., Ciofu, C., Traxer, O., Sebe, P., Haab, F. Complications of urethral sling procedures. Curr Opin Obstet Gynecol. 2002 Oct; 14: 515-20

53850   Lee, C. L., Yen, C. F., Wang, C. J., Yuen, L. T., Lee, P. S., Soong, Y. K. Trocar-assisted sling suspension for stress urinary incontinence. J Am Assoc Gynecol Laparosc. 2002 Nov; 9: 500-2

53860   Ross, J. W., Galen, D. I., Abbott, K., Albala, D., Presthus, J., Su-Ou, C., Turk, T. A prospective multisite study of radiofrequency bipolar energy for treatment of genuine stress incontinence. J Am Assoc Gynecol Laparosc. 2002 Nov; 9: 493-9

53870   Paraiso, M. F., Muir, T. W., Sokol, A. I. Are midurethral slings the gold standard surgical treatment for primary genuine stress incontinence?. J Am Assoc Gynecol Laparosc. 2002 Nov; 9: 405-7

53880   Franco, N., Shobeiri, S. A., Echols, K. T. Medium-term follow-up of transvaginal suburethral slings: variance in outcome success using two different evaluation methods. Urology. 2002 Oct; 60: 607-10; discussion 610-1

53900   Jundt, K., Peschers, U. M., Dimpfl, T. Long-term efficacy of pelvic floor re-education with EMG-controlled biofeedback. Eur J Obstet Gynecol Reprod Biol. 2002 Nov 15; 105: 181-5

53920   Staskin, D. R., Plzak, L. Synthetic slings: pros and cons. Curr Urol Rep. 2002 Oct; 3: 414-7

53930   Zimmern, P. E. A new injectable bulking agent for treatment of stress urinary incontinence. Curr Urol Rep. 2002 Oct; 3: 400

53940   Zimmern, P. E. Autologous fat injection as treatment for female stress urinary incontinence. Curr Urol Rep. 2002 Oct; 3: 399

53950   Dmochowski, R. R. Radiofrequency bladder neck suspension for the treatment of genuine stress urinary incontinence. Curr Urol Rep. 2002 Oct; 3: 378-81

53990   Perk, H., Oral, B., Yesildag, A., Serel, T. A., Ozsoy, M., Turgut, T. Magnetic resonance imaging for stress incontinence: evaluation of patients before and after surgical correction. Eur J Radiol. 2002 Oct; 44: 44-7

54000   Debodinance, P., Delporte, P., Engrand, J. B., Boulogne, M. Tension-free vaginal tape (TVT) in the treatment of urinary stress incontinence: 3 years experience involving 256 operations. Eur J Obstet Gynecol Reprod Biol. 2002 Oct 10; 105: 49-58

54040   French, C. T., Fletcher, K. E., Irwin, R. S. Gender differences in health-related quality of life in patients complaining of chronic cough. Chest. 2004 Feb; 125: 482-8

54050   Reed, H., Freeman, R. M., Waterfield, A., Adekanmi, O. Prevalence of bladder neck mobility in asymptomatic non-pregnant nulliparous volunteers. BJOG. 2004 Feb; 111: 172-5

54060   Moretti, R., Torre, P., Antonello, R. M., Cazzato, G., Griggio, S., Bava, A. Olanzapine as a treatment of neuropsychiatric disorders of Alzheimer's disease and other dementias: a 24-month follow-up of 68 patients. Am J Alzheimers Dis Other Demen. 2003 Jul-Aug; 18: 205-14

Appendix A6 Bibliography sorted by Procite Number

Case 1:20-cv-04413-CBA-SJB Document 53-11 Filed 08/10/22 Page 711 of 800 PageID #: 146786

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography

sorted by Procite Number

54070    Chen, G. D., Chen, Y., Lee, H. S., Lin, L. Y. The effect of anterior vaginal wall prolapse on urethral pressure profile. J Soc Gynecol Investig. 2003 Jul; 10: 309-13

54080    DeLancey, J. O., Kearney, R., Chou, Q., Speights, S., Binno, S. The appearance of levator ani muscle abnormalities in magnetic resonance images after vaginal delivery. Obstet Gynecol. 2003 Jan; 101: 46-53

54090    Shaji, K. S., Smitha, K., Lal, K. P., Prince, M. J. Caregivers of people with Alzheimer's disease: a qualitative study from the Indian 10/66 Dementia Research Network. Int J Geriatr Psychiatry. 2003 Jan; 18: 1-6

54100    Clarke-O'Neill, S., Pettersson, L., Fader, M., Cottenden, A., Brooks, R. A multicenter comparative evaluation: disposable pads for women with light incontinence. J Wound Ostomy Continence Nurs. 2004 Jan-Feb; 31: 32-42

54110    Bale, S., Tebble, N., Jones, V., Price, P. The benefits of implementing a new skin care protocol in nursing homes. J Tissue Viability. 2004 Apr; 14: 44-50

54120    Reid, I. R., Eastell, R., Fogelman, I., Adachi, J. D., Rosen, A., Netelenbos, C., Watts, N. B., Seeman, E., Ciaccia, A. V., Draper, M. W. A comparison of the effects of raloxifene and conjugated equine estrogen on bone and lipids in healthy postmenopausal women. Arch Intern Med. 2004 Apr 26; 164: 871-9

54130    Yucel, S., Baskin, L. S. An anatomical description of the male and female urethral sphincter complex. J Urol. 2004 May; 171: 1890-7

54140    Macaulay, M., Clarke-ONeill, S., Fader, M., Pettersson, L., Cottenden, A. Are washable absorbents effective at containing urinary incontinence?. Nurs Times. 2004 Mar 23-29; 100: 58-62

54150    Martignoni, E., Nappi, R. E., Citterio, A., Calandrella, D., Zangaglia, R., Mancini, F., Corengia, E., Riboldazzi, G., Polatti, F., Nappi, G. Reproductive life milestones in women with Parkinson's disease. Funct Neurol. 2003 Oct-Dec; 18: 211-7

54160    Sartore, A., De Seta, F., Maso, G., Pregazzi, R., Grimaldi, E., Guaschino, S. The effects of mediolateral episiotomy on pelvic floor function after vaginal delivery. Obstet Gynecol. 2004 Apr; 103: 669-73

54170    Carrion, R., Arap, S., Corcione, G., Ferreyra, U., Neyra Argote, G., Cantor, A., Seigne, J., Lockhart, J. A multi-institutional study of orthotopic neobladders: functional results in men and women. BJU Int. 2004 Apr; 93: 803-6

54180    McGrother, C. W., Donaldson, M. M., Shaw, C., Matthews, R. J., Hayward, T. A., Dallosso, H. M., Jagger, C., Clarke, M., Castleden, C. M. Storage symptoms of the bladder: prevalence, incidence and need for services in the UK. BJU Int. 2004 Apr; 93: 763-9

54190    Sutherland, S. E., Goldman, H. B. Treatment options for female urinary incontinence. Med Clin North Am. 2004 Mar; 88: 345-66

54200    Costanzo, E. S., Antes, L. M., Christensen, A. J. Behavioral and medical treatment of chronic polydipsia in a patient with schizophrenia and diabetes insipidus. Psychosom Med. 2004 Mar-Apr; 66: 283-6

54210    van der Weide, M., Smits, J. Adoption of innovations by specialised nurses: personal, work and organisational characteristics. Health Policy. 2004 Apr; 68: 81-92

54220    Oglesby, P. A., Carter, A. Ultrasonographic diagnosis of unilateral ectopic ureter in a Labrador dog. J S Afr Vet Assoc. 2003 Sep; 74: 84-6

54230    Adin, C. A., Farese, J. P., Cross, A. R., Provitola, M. K., Davidson, J. S., Jankunas, H. Urodynamic effects of a percutaneously controlled static hydraulic urethral sphincter in canine cadavers. Am J Vet Res. 2004 Mar; 65: 283-8

54240    Rollins, G. Hormone alternative doesn't worsen vasomotor symptoms or impact urinary incontinence in post-menopausal women. Rep Med Guidel Outcomes Res. 2004 Mar 5; 15: 7-9

54250    Moore, C., Kogan, B. A., Parekh, A. Impact of urinary incontinence on self-concept in children with spina bifida. J Urol. 2004 Apr; 171: 1659-62

54260    Almeida, F. G., Bruschini, H., Srougi, M. Urodynamic and clinical evaluation of 91 female patients with urinary incontinence treated with perineal magnetic stimulation: 1-year followup. J Urol. 2004 Apr; 171: 1571-4; discussion 1574-5

54270    Goode, P. S. Behavioral and drug therapy for urinary incontinence. Urology. 2004 Mar; 63: 58-64

# Appendix A6. Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

54280    Diokno, A. C., Burgio, K., Fultz, N. H., Kinchen, K. S., Obenchain, R., Bump, R. C. Medical and self-care practices reported by women with urinary incontinence. Am J Manag Care. 2004 Feb; 10: 69-78

54290    Hackley, B., Rousseau, M. E. CEU:Managing menopausal symptoms after the women's health initiative. J Midwifery Womens Health. 2004 Mar-Apr; 49: 87-95

54300    Kassardjian, Z. G. Sling procedures for urinary incontinence in women. BJU Int. 2004 Mar; 93: 665-70

54310    Browning, A. Prevention of residual urinary incontinence following successful repair of obstetric vesico-vaginal fistula using a fibro-muscular sling. BJOG. 2004 Apr; 111: 357-61

54320    el-Lateef Moharram, A. A., el-Raouf, M. A. Retropubic repair of genitourinary fistula using a free supporting graft. BJU Int. 2004 Mar; 93: 581-3

54330    Uustal Fornell, E., Wingren, G., Kjolhede, P. Factors associated with pelvic floor dysfunction with emphasis on urinary and fecal incontinence and genital prolapse: an epidemiological study. Acta Obstet Gynecol Scand. 2004 Apr; 83: 383-9

54340    Weigel, R., Senn, P., Weis, J., Krauss, J. K. Severe complications after intrathecal methotrexate (MTX) for treatment of primary central nervous system lymphoma (PCNSL). Clin Neurol Neurosurg. 2004 Mar; 106: 82-7

54350    Overactive bladder. Relief for urgency, frequency and incontinence. Mayo Clin Womens Healthsource. 2004 Mar; 8: 1-2

54360    Hulthen de Medina, V., Mellstam, L., Amark, P., Frenckner, B. Neurovesical dysfunction in children after surgery for high or intermediate anorectal malformations. Acta Paediatr. 2004 Jan; 93: 43-6

54370    Parwani, A. V., Rosenthal, D. L., Epstein, J. I., Ali, S. Z. Pathologic quiz case: a 3-year-old girl with dysuria and urinary incontinence. Primary embryonal rhabdomyosarcoma of the urinary bladder. Arch Pathol Lab Med. 2004 Mar; 128: 357-8

54380    Holroyd-Leduc, J. M., Straus, S. E. Management of urinary incontinence in women: clinical applications. JAMA. 2004 Feb 25; 291: 996-9

54390    Ecker, J. L. Once a pregnancy, always a cesarean? Rationale and feasibility of a randomized controlled trial. Am J Obstet Gynecol. 2004 Feb; 190: 314-8

54400    Weber, A. M. The perspective of a gynecologist on treatment-related research for fecal incontinence in women. Gastroenterology. 2004 Jan; 126: S169-71

54410    Tang, W. K., Chan, S. S., Chiu, H. F., Ungvari, G. S., Wong, K. S., Kwok, T. C., Mok, V., Wong, K. T., Richards, P. S., Ahuja, A. T. Frequency and determinants of poststroke dementia in Chinese. Stroke. 2004 Apr; 35: 930-5

54420    Larijani, B., Bastanhagh, M. H., Pajouhi, M., Kargar Shadab, F., Vasigh, A., Aghakhani, S. Presentation and outcome of 93 cases of craniopharyngioma. Eur J Cancer Care (Engl). 2004 Mar; 13: 11-5

54430    Laustsen, G., Wimett, L. Drug approval highlights for 2003. Nurse Pract. 2004 Feb; 29: 8-15, 19-21; quiz 21-3

54440    Forbat, L. Listening to carers talking about the subjects of continence and toileting. Nurs Times. 2004 Jan 13-19; 100: 46-9

54450    Halachmi, S., Farhat, W., Metcalfe, P., Bagli, D. J., McLorie, G. A., Khoury, A. E. Efficacy of polydimethylsiloxane injection to the bladder neck and leaking diverting stoma for urinary continence. J Urol. 2004 Mar; 171: 1287-90

54460    Latini, J. M., Brown, J. A., Kreder, K. J. Abdominal sacral colpopexy using autologous fascia lata. J Urol. 2004 Mar; 171: 1176-9

54470    Diokno, A. C., Sampselle, C. M., Herzog, A. R., Raghunathan, T. E., Hines, S., Messer, K. L., Karl, C., Leite, M. C. Prevention of urinary incontinence by behavioral modification program: a randomized, controlled trial among older women in the community. J Urol. 2004 Mar; 171: 1165-71

54480    Spain, C. V., Scarlett, J. M., Houpt, K. A. Long-term risks and benefits of early-age gonadectomy in dogs. J Am Vet Med Assoc. 2004 Feb 1; 224: 380-7

54490    Nesrallah, L. J., Srougi, M., Dall'Oglio, M. F. Orthotopic ileal neobladder: the influence of reservoir volume and configuration on urinary continence and emptying properties. BJU Int. 2004 Feb; 93: 375-8

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

SUI Guidelines Panel

Master Bibliography
sorted by Procite Number

54500    Yeung, C. K., Sihoe, J. D., Sit, F. K., Bower, W., Sreedhar, B., Lau, J. Characteristics of primary nocturnal enuresis in adults: an epidemiological study. BJU Int. 2004 Feb; 93: 341-5

54510    Thomas, P., Ingrand, P., Lalloue, F., Hazif-Thomas, C., Billon, R., Vieban, F., Clement, J. P. Reasons of informal caregivers for institutionalizing dementia patients previously living at home: the Pixel study. Int J Geriatr Psychiatry. 2004 Feb; 19: 127-35

54520    De Deyn, P. P., Carrasco, M. M., Deberdt, W., Jeandel, C., Hay, D. P., Feldman, P. D., Young, C. A., Lehman, D. L., Breier, A. Olanzapine versus placebo in the treatment of psychosis with or without associated behavioral disturbances in patients with Alzheimer's disease. Int J Geriatr Psychiatry. 2004 Feb; 19: 115-26

54530    Soon, P. S., Lynch, W., Schwartz, P. Breast cancer presenting initially with urinary incontinence: a case of bladder metastasis from breast cancer. Breast. 2004 Feb; 13: 69-71

54540    Konagaya, M., Matsumoto, A., Takase, S., Mizutani, T., Sobue, G., Konishi, T., Hayabara, T., Iwashita, H., Ujihira, T., Miyata, K., Matsuoka, Y. Clinical analysis of longstanding subacute myelo-optico-neuropathy: sequelae of clioquinol at 32 years after its ban. J Neurol Sci. 2004 Mar 15; 218: 85-90

54550    Sakakibara, R., Uchiyama, T., Arai, K., Yamanishi, T., Hattori, T. Lower urinary tract dysfunction in Machado-Joseph disease: a study of 11 clinical-urodynamic observations. J Neurol Sci. 2004 Mar 15; 218: 67-72

54560    Heit, M., Blackwell, L., Thomas, S., Ouseph, R. Prevalence and severity of urinary incontinence in kidney transplant recipients. Obstet Gynecol. 2004 Feb; 103: 352-8

54570    Grodstein, F., Lifford, K., Resnick, N. M., Curhan, G. C. Postmenopausal hormone therapy and risk of developing urinary incontinence. Obstet Gynecol. 2004 Feb; 103: 254-60

54580    Kudoh, K., Kadota, M., Nakayama, Y., Imuta, M., Yasuda, T., Yamashita, Y., Inadome, A., Yoshida, M., Ueda, S. Transcatheter arterial embolization therapy for a hypoplastic pelvic kidney with a single vaginal ectopic ureter to control incontinence: the usefulness of three-dimensional CT angiography using multidetector-row helical CT. Cardiovasc Intervent Radiol. 2003 Sep-Oct; 26: 479-81

54590    McCrink, A. Evaluating the female pelvic floor. AWHONN Lifelines. 2003 Dec-2004 Jan; 7: 516-22

54600    Kersun, L. S., Wimmer, R. S., Hoot, A. C., Meadows, A. T. Secondary malignant neoplasms of the bladder after cyclophosphamide treatment for childhood acute lymphocytic leukemia. Pediatr Blood Cancer. 2004 Mar; 42: 289-91

54610    Meier, U., Kiefer, M., Sprung, C. Evaluation of the Miethke dual- switch valve in patients with normal pressure hydrocephalus. Surg Neurol. 2004 Feb; 61: 119-27; discussion 127-8

54620    Walker, L. J., Evison, J. G., Garrett, C. Recurrent pancreatitis: not just alcohol, gallstones and scorpion venom. J R Soc Med. 2004 Feb; 97: 82-3

54630    Eguare, E. I., Neary, P., Crosbie, J., Johnston, S. M., Beddy, P., McGovern, B., Torreggiani, W. C., Conlon, K. C., Keane, F. B. Dynamic magnetic resonance imaging of the pelvic floor in patients with idiopathic combined fecal and urinary incontinence. J Gastrointest Surg. 2004 Jan; 8: 73-82; discussion 82

54640    Tomizawa, K., Tanaka, S., Saito, B., Ota, K. A peculiar type of dystrophic calcinosis cutis affecting the surface of damaged genital skin and mucosa in an elderly woman with a vesicovaginal fistula. Br J Dermatol. 2004 Jan; 150: 169-71

54650    Altman, A. U. Lessening the burden. Rehab Manag. 2003 Dec; 16: 16-20

54660    Sakakibara, R., Uchiyama, T., Asahina, M., Suzuki, A., Yamanishi, T., Hattori, T. Micturition disturbance in acute idiopathic autonomic neuropathy. J Neurol Neurosurg Psychiatry. 2004 Feb; 75: 287-91

54670    Theofrastous, J. P., Whiteside, J., Paraiso, M. F. The utility of urodynamic testing. J Am Assoc Gynecol Laparosc. 2003 Nov; 10: 548-52

54680    Phelps, J. Y., Lin, L., Liu, C. Y. Laparoscopic suburethral sling procedure. J Am Assoc Gynecol Laparosc. 2003 Nov; 10: 496-500

54690    Hirata, H., Matsuyama, H., Yamakawa, G., Suga, A., Tatsumura, M., Ogata, H., Takemoto, M., Tomimatsu, K., Naito, K. Does surgical repair of pelvic prolapse improve patients' quality of life?. Eur Urol. 2004 Feb; 45: 213-8

**American Urological Association, Inc.**

SUI Guidelines Panel

54700  Matharu, G. S., Assassa, R. P., Williams, K. S., Donaldson, M., Matthews, R., Tincello, D. G., Mayne, C. J. Objective assessment of urinary incontinence in women: comparison of the one-hour and 24-hour pad tests. Eur Urol. 2004 Feb; 45: 208-12

54710  Midthun, S., Paur, R., Bruce, A. W. Pyuria detection using a dipstick applied to urine in incontinence pads. Urol Nurs. 2003 Dec; 23: 430-5, 437

54720  Yang, J. C., Chang, K. C. Exercise-induced acute spinal subdural hematoma: a case report. Kaohsiung J Med Sci. 2003 Dec; 19: 624-7

54730  Koch, T. R. Anal sphincter injury following forceps delivery. Am J Gastroenterol. 2003 Dec; 98: 2798-9

54740  Dubosq, F., Doublet, J. D., Traxer, O., Haab, F., Amarenco, G. Incontinence from ectopic ureter: retroperitoneal laparoscopic urovascular exclusion of upper pole. J Urol. 2004 Feb; 171: 800-1

54750  Landis, J. R., Kaplan, S., Swift, S., Versi, E. Efficacy of antimuscarinic therapy for overactive bladder with varying degrees of incontinence severity. J Urol. 2004 Feb; 171: 752-6

54760  Identifying and treating reversible causes of urinary incontinence. Ostomy Wound Manage. 2003 Dec; 49: 28-33

54770  Berman, M. L., Truong, T. H., DiSaia, P. J., Chan, J. K. Modified technique for suprapubic catheter insertion that avoids urinary leakage. Am J Obstet Gynecol. 2003 Dec; 189: 1670-1

54780  Wai, C. Y., Liehr, P., Tibbals, H. F., Sager, M., Schaffer, J. I., Word, R. A. Effect of periurethral denervation on function of the female urethra. Am J Obstet Gynecol. 2003 Dec; 189: 1637-45

54790  Toglia, M. R., Nolan, T. E. Morbidity and mortality rates of elective gynecologic surgery in the elderly woman. Am J Obstet Gynecol. 2003 Dec; 189: 1584-7; discussion 1587-9

54800  Fenner, D. E., Genberg, B., Brahma, P., Marek, L., DeLancey, J. O. Fecal and urinary incontinence after vaginal delivery with anal sphincter disruption in an obstetrics unit in the United States. Am J Obstet Gynecol. 2003 Dec; 189: 1543-9; discussion 1549-50

54810  Watson, N. M., Brink, C. A., Zimmer, J. G., Mayer, R. D. Use of the Agency for Health Care Policy and Research Urinary Incontinence Guideline in nursing homes. J Am Geriatr Soc. 2003 Dec; 51: 1779-86

54820  Schnelle, J. F., Cadogan, M. P., Grbic, D., Bates-Jensen, B. M., Osterweil, D., Yoshii, J., Simmons, S. F. A standardized quality assessment system to evaluate incontinence care in the nursing home. J Am Geriatr Soc. 2003 Dec; 51: 1754-61

54830  Raghavan, P., Raza, W. A., Ahmed, Y. S., Chamberlain, M. A. Prevalence of pressure sores in a community sample of spinal injury patients. Clin Rehabil. 2003 Dec; 17: 879-84

54840  Godbole, P., Mackinnon, A. E. Expanded PTFE bladder neck slings for incontinence in children: the long-term outcome. BJU Int. 2004 Jan; 93: 139-41

54850  Robinson, D., Cardozo, L. The effect of continence surgery on urogenital prolapse. BJU Int. 2004 Jan; 93: 25-30

54860  Skinner, M. H., Kuan, H. Y., Skerjanec, A., Seger, M. E., Heathman, M., O'Brien, L., Reddy, S., Knadler, M. P. Effect of age on the pharmacokinetics of duloxetine in women. Br J Clin Pharmacol. 2004 Jan; 57: 54-61

54870  Peters, T. J., Horrocks, S., Stoddart, H., Somerset, M. Factors associated with variations in older people's use of community-based continence services. Health Soc Care Community. 2004 Jan; 12: 53-62

54880  Romero, A. A., Hardart, A., Kobak, W., Qualls, C., Rogers, R. Validation of a Spanish version of the Pelvic Organ Prolapse Incontinence Sexual Questionnaire. Obstet Gynecol. 2003 Nov; 102: 1000-5

54890  Balmforth, J., Cardozo, L. Assessment of urinary incontinence. J Br Menopause Soc. 2003 Sep; 9: 111-6

54900  Kajiwara, M., Inoue, K., Usui, A., Kurihara, M., Usui, T. The micturition habits and prevalence of daytime urinary incontinence in Japanese primary school children. J Urol. 2004 Jan; 171: 403-7

54910  Gimbel, H., Zobbe, V., Andersen, B. M., Filtenborg, T., Gluud, C., Tabor, A. Randomised controlled trial of total compared with subtotal hysterectomy with one-year follow up results. BJOG. 2003 Dec; 110: 1088-98

**Appendix A6 Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

SUI Guidelines Panel

| | |
|---|---|
| 54920 | Takeda, M., Araki, I., Kamiyama, M., Takihana, Y., Komuro, M., Furuya, Y. Diagnosis and treatment of voiding symptoms. Urology. 2003 Nov; 62: 11-9 |
| 54930 | Burgio, K. L., Zyczynski, H., Locher, J. L., Richter, H. E., Redden, D. T., Wright, K. C. Urinary incontinence in the 12-month postpartum period. Obstet Gynecol. 2003 Dec; 102: 1291-8 |
| 54940 | Tsao, J. W., Heilman, K. M. Transient memory impairment and hallucinations associated with tolterodine use. N Engl J Med. 2003 Dec 4; 349: 2274-5 |
| 54950 | Baumgarten, M., Margolis, D., Gruber-Baldini, A. L., Zimmerman, S., German, P., Hebel, J. R., Magaziner, J. Pressure ulcers and the transition to long-term care. Adv Skin Wound Care. 2003 Nov; 16: 299-304 |
| 54960 | Davis, K., Kumar, D., Stanton, S. L., Thakar, R., Fynes, M., Bland, J. Symptoms and anal sphincter morphology following primary repair of third-degree tears. Br J Surg. 2003 Dec; 90: 1573-9 |
| 54970 | Clark, A. L., Gregory, T., Smith, V. J., Edwards, R. Epidemiologic evaluation of reoperation for surgically treated pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol. 2003 Nov; 189: 1261-7 |
| 54980 | Frimberger, D., Gearhart, J. P., Mathews, R. Female exstrophy: failure of initial reconstruction and its implications for continence. J Urol. 2003 Dec; 170: 2428-31 |
| 54990 | Stothers, L., Laher, I., Christ, G. T. A review of the L-arginine - nitric oxide - guanylate cyclase pathway as a mediator of lower urinary tract physiology and symptoms. Can J Urol. 2003 Oct; 10: 1971-80 |
| 55000 | Mouriquand, P. D., Bubanj, T., Feyaerts, A., Jandric, M., Timsit, M., Mollard, P., Mure, P. Y., Basset, T. Long-term results of bladder neck reconstruction for incontinence in children with classical bladder exstrophy or incontinent epispadias. BJU Int. 2003 Dec; 92: 997-1001; discussion 1002 |
| 55010 | Pollono, D., Tomarchia, S., Drut, R., Ibanez, O., Ferreyra, M., Cedola, J. Spinal cord compression: a review of 70 pediatric patients. Pediatr Hematol Oncol. 2003 Sep; 20: 457-66 |
| 55020 | Mawajdeh, S. M., Al-Qutob, R., Schmidt, A. Measuring reproductive morbidity: a community-based approach, Jordan. Health Care Women Int. 2003 Aug; 24: 635-49 |
| 55030 | Sampselle, C. M. Teaching women to use a voiding diary. Am J Nurs. 2003 Nov; 103: 62-4 |
| 55040 | Hilton, E. L., Henderson, L. J. Lived female experience of chronic bladder cancer: a phenomenologic case study. Urol Nurs. 2003 Oct; 23: 349-54 |
| 55050 | Hendrix, S. L. Long-term use of hormone therapy for urogenital complaints: is there a role?. Med Clin North Am. 2003 Sep; 87: 1029-37 |
| 55060 | Julia, J., Yacoub, M., Levy, G. Labial fusion causing urinary incontinence in a postmenopausal female: a case report. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 360-1 |
| 55070 | Hagglund, D., Walker-Engstrom, M. L., Larsson, G., Leppert, J. Reasons why women with long-term urinary incontinence do not seek professional help: a cross-sectional population-based cohort study. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Nov; 14: 296-304; discussion 304 |
| 55080 | Homma, Y., Paick, J. S., Lee, J. G., Kawabe, K. Clinical efficacy and tolerability of extended-release tolterodine and immediate-release oxybutynin in Japanese and Korean patients with an overactive bladder: a randomized, placebo-controlled trial. BJU Int. 2003 Nov; 92: 741-7 |
| 55090 | Hatada, Y. Two-step surgical approach to labial adhesions in a postmenopausal woman. Acta Obstet Gynecol Scand. 2003 Nov; 82: 1054-5 |
| 55100 | Spruijt, J., Vierhout, M., Verstraeten, R., Janssens, J., Burger, C. Vaginal electrical stimulation of the pelvic floor: a randomized feasibility study in urinary incontinent elderly women. Acta Obstet Gynecol Scand. 2003 Nov; 82: 1043-8 |
| 55110 | Wells, T. J. Curiouser and curiouser... J Wound Ostomy Continence Nurs. 2003 Nov; 30: 300-4 |
| 55120 | Schultz, S. E., Kopec, J. A. Impact of chronic conditions. Health Rep. 2003 Aug; 14: 41-53 |
| 55130 | Carcio, H. Comprehensive continence care. The nurse practitioner's role. Adv Nurse Pract. 2003 Oct; 11: 26-35; quiz 35-6 |

    © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

**Appendix A6: Bibliography sorted by Procite Number**

# American Urological Association, Inc.

## SUI Guidelines Panel

55140   Tannenbaum, C., Mayo, N. Women's health priorities and perceptions of care: a survey to identify opportunities for improving preventative health care delivery for older women. Age Ageing. 2003 Nov; 32: 626-35

55150   Stikkelbroeck, N. M., Beerendonk, C. C., Willemsen, W. N., Schreuders-Bais, C. A., Feitz, W. F., Rieu, P. N., Hermus, A. R., Otten, B. J. The long term outcome of feminizing genital surgery for congenital adrenal hyperplasia: anatomical, functional and cosmetic outcomes, psychosexual development, and satisfaction in adult female patients. J Pediatr Adolesc Gynecol. 2003 Oct; 16: 289-96

55160   Leeman, L., Spearman, M., Rogers, R. Repair of obstetric perineal lacerations. Am Fam Physician. 2003 Oct 15; 68: 1585-90

55170   Basinski, C., Fuller, E., Brizendine, E. J., Benson, J. T. Bladder-anal reflex. Neurourol Urodyn. 2003; 22: 683-6

55180   Chen, G. D., Hu, S. W., Chen, Y. C., Lin, T. L., Lin, L. Y. Prevalence and correlations of anal incontinence and constipation in Taiwanese women. Neurourol Urodyn. 2003; 22: 664-9

55190   Teleman, P. M., Gunnarsson, M., Lidfeldt, J., Nerbrand, C., Samsioe, G., Mattiasson, A. Urethral pressure changes in response to squeeze: a population-based study in healthy and incontinent 53- to 63-year-old women. Am J Obstet Gynecol. 2003 Oct; 189: 1100-5

55200   Kinchen, K. S., Burgio, K., Diokno, A. C., Fultz, N. H., Bump, R., Obenchain, R. Factors associated with women's decisions to seek treatment for urinary incontinence. J Womens Health (Larchmt). 2003 Sep; 12: 687-98

55210   Alewijnse, D., Mesters, I., Metsemakers, J., van den Borne, B. Predictors of long-term adherence to pelvic floor muscle exercise therapy among women with urinary incontinence. Health Educ Res. 2003 Oct; 18: 511-24

55220   Harmanli, O. H., Dandolu, V., Chatwani, A. J., Grody, M. T. Total colpocleisis for severe pelvic organ prolapse. J Reprod Med. 2003 Sep; 48: 703-6

55230   Midthun, S. J., Paur, R. A., Lindseth, G., Von Duvillard, S. P. Bacteriuria detection with a urine dipstick applied to incontinence pads of nursing home residents. Geriatr Nurs. 2003 Jul-Aug; 24: 206-9

55240   Hunter, S., Anderson, J., Hanson, D., Thompson, P., Langemo, D., Klug, M. G. Clinical trial of a prevention and treatment protocol for skin breakdown in two nursing homes. J Wound Ostomy Continence Nurs. 2003 Sep; 30: 250-8

55250   Meyrat, B. J., Tercier, S., Lutz, N., Rilliet, B., Forcada-Guex, M., Vernet, O. Introduction of a urodynamic score to detect pre- and postoperative neurological deficits in children with a primary tethered cord. Childs Nerv Syst. 2003 Nov; 19: 716-21

55260   Baessler, K., Schuessler, B. Childbirth-induced trauma to the urethral continence mechanism: review and recommendations. Urology. 2003 Oct; 62: 39-44

55270   Hunskaar, S., Burgio, K., Diokno, A., Herzog, A. R., Hjalmas, K., Lapitan, M. C. Epidemiology and natural history of urinary incontinence in women. Urology. 2003 Oct; 62: 16-23

55280   Defreitas, G. A., Lemack, G. E., Zimmern, P. E., Dewey, R. B., Roehrborn, C. G., O'Suilleabhain, P. E. Distinguishing neurogenic from non-neurogenic detrusor overactivity: a urodynamic assessment of lower urinary tract symptoms in patients with and without Parkinson's disease. Urology. 2003 Oct; 62: 651-5

55290   Ansari, M. S., Hemal, A. K., Gupta, N. P., Dogra, P. N. Laparoscopy for the diagnosis and treatment of radiologically occult but symptomatic hypoplastic kidneys. Urology. 2003 Oct; 62: 627-31

55300   Bremer, R. E., Barber, M. D., Coates, K. W., Dolber, P. C., Thor, K. B. Innervation of the levator ani and coccygeus muscles of the female rat. Anat Rec. 2003 Nov; 275A: 1031-41

55310   Lopez Pereira, P., Miguelez, C., Caffarati, J., Estornell, F., Anguera, A. Trospium chloride for the treatment of detrusor instability in children. J Urol. 2003 Nov; 170: 1978-81

55320   de Kort, L. M., Verhulst, J. A., Engelbert, R. H., Uiterwaal, C. S., de Jong, T. P. Lower urinary tract dysfunction in children with generalized hypermobility of joints. J Urol. 2003 Nov; 170: 1971-4

55330   Spinelli, M., Giardiello, G., Gerber, M., Arduini, A., van den Hombergh, U., Malaguti, S. New sacral neuromodulation lead for percutaneous implantation using local anesthesia: description and first experience. J Urol. 2003 Nov; 170: 1905-7

**American Urological Association, Inc.**

**SUI Guidelines Panel**

55340  Araki, I., Zakoji, H., Komuro, M., Furuya, Y., Fukasawa, M., Takihana, Y., Takeda, M. Lower urinary tract symptoms in men and women without underlying disease causing micturition disorder: a cross-sectional study assessing the natural history of bladder function. J Urol. 2003 Nov; 170: 1901-4

55350  Zietman, A. L., Sacco, D., Skowronski, U., Gomery, P., Kaufman, D. S., Clark, J. A., Talcott, J. A., Shipley, W. U. Organ conservation in invasive bladder cancer by transurethral resection, chemotherapy and radiation: results of a urodynamic and quality of life study on long-term survivors. J Urol. 2003 Nov; 170: 1772-6

55360  Ross, J. J., Hu, L. T. Septic arthritis of the pubic symphysis: review of 100 cases. Medicine (Baltimore). 2003 Sep; 82: 340-5

55370  Soligo, M., Salvatore, S., Milani, R., Lalia, M., Malberti, S., Digesu, G. A., Mariani, S. Double incontinence in urogynecologic practice: a new insight. Am J Obstet Gynecol. 2003 Aug; 189: 438-43

55380  Grodstein, F., Fretts, R., Lifford, K., Resnick, N., Curhan, G. Association of age, race, and obstetric history with urinary symptoms among women in the Nurses' Health Study. Am J Obstet Gynecol. 2003 Aug; 189: 428-34

55390  Reichler, I. M., Hubler, M., Jochle, W., Trigg, T. E., Piche, C. A., Arnold, S. The effect of GnRH analogs on urinary incontinence after ablation of the ovaries in dogs. Theriogenology. 2003 Oct 15; 60: 1207-16

55400  Kuo, H. C. Effectiveness of intravesical resiniferatoxin in treating detrusor hyper-reflexia and external sphincter dyssynergia in patients with chronic spinal cord lesions. BJU Int. 2003 Oct; 92: 597-601

55410  Kron, M., Loy, S., Sturm, E., Nikolaus, T., Becker, C. Risk indicators for falls in institutionalized frail elderly. Am J Epidemiol. 2003 Oct 1; 158: 645-53

55420  Yap, L. K., Au, S. Y., Ang, Y. H., Kwan, K. Y., Ng, S. C., Ee, C. H. Who are the residents of a nursing home in Singapore?. Singapore Med J. 2003 Feb; 44: 65-73

55430  Crimmins, C. R., Rathbun, S. R., Husmann, D. A. Management of urinary incontinence and nocturnal enuresis in attention-deficit hyperactivity disorder. J Urol. 2003 Oct; 170: 1347-50

55440  Frimberger, D., Lakshmanan, Y., Gearhart, J. P. Continent urinary diversions in the exstrophy complex: why do they fail?. J Urol. 2003 Oct; 170: 1338-42

55450  Leboeuf, L., Tellez, C. A., Ead, D., Gousse, A. E. Complication of bowel perforation during insertion of tension-free vaginal tape. J Urol. 2003 Oct; 170: 1310; discussion 1310-1

55460  MacNeily, A. E., Afshar, K., Coleman, G. U., Johnson, H. W. Autoaugmentation by detrusor myotomy: its lack of effectiveness in the management of congenital neuropathic bladder. J Urol. 2003 Oct; 170: 1643-6; discussion 1646

55470  Chin-Peuckert, L., Komlos, M., Rennick, J. E., Jednak, R., Capolicchio, J. P., Salle, J. L. What is the variability between 2 consecutive cystometries in the same child?. J Urol. 2003 Oct; 170: 1614-7

55480  Duel, B. P., Steinberg-Epstein, R., Hill, M., Lerner, M. A survey of voiding dysfunction in children with attention deficit-hyperactivity disorder. J Urol. 2003 Oct; 170: 1521-3; discussion 1523-4

55490  Erickson, B. A., Austin, J. C., Cooper, C. S., Boyt, M. A. Polyethylene glycol 3350 for constipation in children with dysfunctional elimination. J Urol. 2003 Oct; 170: 1518-20

55500  Cain, M. P., Wu, S. D., Austin, P. F., Herndon, C. D., Rink, R. C. Alpha blocker therapy for children with dysfunctional voiding and urinary retention. J Urol. 2003 Oct; 170: 1514-5; discussion 1516-7

55510  Bugg, C. E., Jr, Joseph, D. B. Bladder neck cinch for pediatric neurogenic outlet deficiency. J Urol. 2003 Oct; 170: 1501-3; discussion 1503-4

55520  DeFoor, W., Minevich, E., McEnery, P., Tackett, L., Reeves, D., Sheldon, C. Lower urinary tract reconstruction is safe and effective in children with end stage renal disease. J Urol. 2003 Oct; 170: 1497-500; discussion 1500

55530  Lal, M. Prevention of urinary and anal incontinence: role of elective cesarean delivery. Curr Opin Obstet Gynecol. 2003 Oct; 15: 439-48

55540  Lacima, G., Pera, M. Combined fecal and urinary incontinence: an update. Curr Opin Obstet Gynecol. 2003 Oct; 15: 405-10

**Appendix A6: Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

**SUI Guidelines Panel**

55550    Dickersin, K., Munro, M., Langenberg, P., Scherer, R., Frick, K. D., Weber, A. M., Johns, A., Peipert, J. F., Clark, M. Surgical Treatments Outcomes Project for Dysfunctional Uterine Bleeding (STOP-DUB): design and methods. Control Clin Trials. 2003 Oct; 24: 591-609

55560    Jones, W. K. Understanding barriers to physical activity is a first step in removing them. Am J Prev Med. 2003 Oct; 25: 2-4

55570    Pehrson, R., Stenman, E., Andersson, K. E. Effects of tramadol on rat detrusor overactivity induced by experimental cerebral infarction. Eur Urol. 2003 Oct; 44: 495-9

55580    Tash, J., Staskin, D. R. Artificial graft slings at the midurethra: physiology of continence. Curr Urol Rep. 2003 Oct; 4: 367-70

55590    Sampselle, C. M. Behavioral intervention: the first-line treatment for women with urinary incontinence. Curr Urol Rep. 2003 Oct; 4: 356-61

55600    Cramer, E. H., Jones, P., Keenan, N. L., Thompson, B. L. Is naturopathy as effective as conventional therapy for treatment of menopausal symptoms?. J Altern Complement Med. 2003 Aug; 9: 529-38

55610    Frantz, R. A., Xakellis, G. C., Jr, Harvey, P. C., Lewis, A. R. Implementing an incontinence management protocol in long-term care. Clinical outcomes and costs. J Gerontol Nurs. 2003 Aug; 29: 46-53

55620    Titton, R. L., Gervais, D. A., Hahn, P. F., Harisinghani, M. G., Arellano, R. S., Mueller, P. R. Urine leaks and urinomas: diagnosis and imaging-guided intervention. Radiographics. 2003 Sep-Oct; 23: 1133-47

55630    Walker, R. D. The management of the failed bladder neck procedure in patients with spina bifida. BJU Int. 2003 Oct; 92 Suppl 1: 35-7

55640    Bauer, S. B. The management of the myelodysplastic child: a paradigm shift. BJU Int. 2003 Oct; 92 Suppl 1: 23-8

55650    Lee, A. H., Somerford, P. J., Yau, K. K. Factors influencing survival after stroke in Western Australia. Med J Aust. 2003 Sep 15; 179: 289-93

55660    Freeman, R., Hill, S., Millard, R., Slack, M., Sutherst, J. Reduced perception of urgency in treatment of overactive bladder with extended-release tolterodine. Obstet Gynecol. 2003 Sep; 102: 605-11

55670    Learman, L. A., Summitt, R. L., Jr, Varner, R. E., McNeeley, S. G., Goodman-Gruen, D., Richter, H. E., Lin, F., Showstack, J., Ireland, C. C., Vittinghoff, E., Hulley, S. B., Washington, A. E. A randomized comparison of total or supracervical hysterectomy: surgical complications and clinical outcomes. Obstet Gynecol. 2003 Sep; 102: 453-62

55680    Dede, M., Yagci, G., Yenen, M. C., Gorgulu, S., Deveci, M. S., Cetiner, S., Dilek, S. Retroperitoneal benign schwannoma: report of three cases and analysis of clinico-radiologic findings. Tohoku J Exp Med. 2003 Jun; 200: 93-7

55690    Chuang, T. Y., Yu, K. J., Penn, I. W., Chang, Y. C., Lin, P. H., Tsai, Y. A. Neurourological changes before and after radical hysterectomy in patients with cervical cancer. Acta Obstet Gynecol Scand. 2003 Oct; 82: 954-9

55700    Incontinence: the engineering challenge. Proceedings of a seminar sponsored by the Continence Foundation, the Engineering and Physical Sciences Research Council and the Association of Institutions concerned with Medical Engineering. 2001. Proc Inst Mech Eng [H]. 2003; 217: i-ii; 233-321

55710    Rogers, R. G., Coates, K. W., Kammerer-Doak, D., Khalsa, S., Qualls, C. A short form of the Pelvic Organ Prolapse/Urinary Incontinence Sexual Questionnaire (PISQ-12). Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug; 14: 164-8; discussion 168

55720    Meijer, R., Ihnenfeldt, D. S., van Limbeek, J., Vermeulen, M., de Haan, R. J. Prognostic factors in the subacute phase after stroke for the future residence after six months to one year. A systematic review of the literature. Clin Rehabil. 2003 Aug; 17: 512-20

55730    Swithinbank, L., Abrams, P. Prevalence of urinary incontinence in women determined using the BFLUTS questionnaire. Neurourol Urodyn. 2003; 22: 617; author reply 617-8

55740    Sakakibara, R., Uchiyama, T., Yoshiyama, M., Aotsuka, A., Mori, M., Kanesaka, T., Hattori, T., Yamanishi, T. Micturitional disturbance in a patient with a spinal cavernous angioma. Neurourol Urodyn. 2003; 22: 606-10

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6 Bibliography sorted by Procite Number

**American Urological Association, Inc.**

**SUI Guidelines Panel**

55750   Sakakibara, R., Uchiyama, T., Yoshiyama, M., Yamanishi, T., Hattori, T. Urinary dysfunction in patients with systemic lupus erythematosis. Neurourol Urodyn. 2003; 22: 593-6

55760   Davis, K., Kumar, D. Pelvic floor dysfunction: a conceptual framework for collaborative patient-centred care. J Adv Nurs. 2003 Sep; 43: 555-68

55770   Shih, Y. C., Hartzema, A. G., Tolleson-Rinehart, S. Labor costs associated with incontinence in long-term care facilities. Urology. 2003 Sep; 62: 442-6

55780   Gomelsky, A., Nitti, V. W., Dmochowski, R. R. Management of obstructive voiding dysfunction after incontinence surgery: lessons learned. Urology. 2003 Sep; 62: 391-9

55790   Reichle, J. K., Peterson, R. A., 2nd, Mahaffey, M. B., Schelling, C. G., Barthez, P. Y. Ureteral fibroepithelial polyps in four dogs. Vet Radiol Ultrasound. 2003 Jul-Aug; 44: 433-7

55800   Diokno, A. C., Appell, R. A., Sand, P. K., Dmochowski, R. R., Gburek, B. M., Klimberg, I. W., Kell, S. H. Prospective, randomized, double-blind study of the efficacy and tolerability of the extended-release formulations of oxybutynin and tolterodine for overactive bladder: results of the OPERA trial. Mayo Clin Proc. 2003 Jun; 78: 687-95

55810   Peschers, U. M., Sultan, A. H., Jundt, K., Mayer, A., Drinovac, V., Dimpfl, T. Urinary and anal incontinence after vacuum delivery. Eur J Obstet Gynecol Reprod Biol. 2003 Sep 10; 110: 39-42

55820   Malone-Lee, J., Henshaw, D. J., Cummings, K. Urodynamic verification of an overactive bladder is not a prerequisite for antimuscarinic treatment response. BJU Int. 2003 Sep; 92: 415-7

55830   Pomfret, I. J. Understanding post-micturition dribble incontinence in men. Nurs Times. 2003 Jul 22-28; 99: 56-7

55840   Benson, D. The importance of a thorough continence assessment. Nurs Times. 2003 Jul 22-28; 99: 53-4

55850   Colley, W. The assessment of continence problems in adults. Nurs Times. 2003 Jul 22-28; 99: 50-1

55860   Lantz, R. J., Gillespie, T. A., Rash, T. J., Kuo, F., Skinner, M., Kuan, H. Y., Knadler, M. P. Metabolism, excretion, and pharmacokinetics of duloxetine in healthy human subjects. Drug Metab Dispos. 2003 Sep; 31: 1142-50

55870   Hofmeyr, G. J., Hannah, M. E. Planned caesarean section for term breech delivery. Cochrane Database Syst Rev. 2003; : CD000166

55880   Bollard, R. C., Gardiner, A., Duthie, G. S., Lindow, S. W. Anal sphincter injury, fecal and urinary incontinence: a 34-year follow-up after forceps delivery. Dis Colon Rectum. 2003 Aug; 46: 1083-8

55890   Nuotio, M., Tammela, T. L., Luukkaala, T., Jylha, M. Predictors of institutionalization in an older population during a 13-year period: the effect of urge incontinence. J Gerontol A Biol Sci Med Sci. 2003 Aug; 58: 756-62

55900   Wilson, M. M. Urinary incontinence: bridging the gender gap. J Gerontol A Biol Sci Med Sci. 2003 Aug; 58: 752-5

55910   Campos-Sousa, R. N., Quagliato, E., da Silva, B. B., de Carvalho, R. M., Jr, Ribeiro, S. C., de Carvalho, D. F. Urinary symptoms in Parkinson's disease: prevalence and associated factors. Arq Neuropsiquiatr. 2003 Jun; 61: 359-63

55920   Digesu, G. A., Hutchings, A., Salvatore, S., Selvaggi, L., Khullar, V. Reproducibility and reliability of pressure flow parameters in women. BJOG. 2003 Aug; 110: 774-6

55930   Schnelle, J. F., Cadogan, M. P., Yoshii, J., Al-Samarrai, N. R., Osterweil, D., Bates-Jensen, B. M., Simmons, S. F. The minimum data set urinary incontinence quality indicators: do they reflect differences in care processes related to incontinence?. Med Care. 2003 Aug; 41: 909-22

55940   White, C. F. Engineered structures for use in disposable incontinence products. Proc Inst Mech Eng [H]. 2003; 217: 243-51

55950   Fader, M. Review of current technologies for urinary incontinence: strengths and limitations. Proc Inst Mech Eng [H]. 2003; 217: 233-41

55960   Saedi, N. A., Schulman, S. L. Natural history of voiding dysfunction. Pediatr Nephrol. 2003 Sep; 18: 894-7

# American Urological Association, Inc.

## SUI Guidelines Panel

**55970**   Wang, Y., Lim, L. L., Heller, R. F., Fisher, J., Levi, C. R. A prediction model of 1-year mortality for acute ischemic stroke patients. Arch Phys Med Rehabil. 2003 Jul; 84: 1006-11

**55980**   Allahdin, S., McKinley, C. A., Mahmood, T. A., Lyth, D. Vaginal wall erosion of the tension-free vaginal tape procedure: an unusual complication. J Obstet Gynaecol. 2003 Jul; 23: 443

**55990**   Thome-Souza, S., Freitas, A., Fiore, L. A., Valente, K. D. Lamotrigine and valproate: efficacy of co-administration in a pediatric population. Pediatr Neurol. 2003 May; 28: 360-4

**56000**   Engberg, S. J., Bender, M. A., Stilley, C. S. Kegels and communication. Am J Nurs. 2003 Jul; 103: 93-4

**56010**   Lappin, M. S., Lawrie, F. W., Richards, T. L., Kramer, E. D. Effects of a pulsed electromagnetic therapy on multiple sclerosis fatigue and quality of life: a double-blind, placebo controlled trial. Altern Ther Health Med. 2003 Jul-Aug; 9: 38-48

**56020**   Devroey, D., Van Casteren, V., Buntinx, F. Registration of stroke through the Belgian sentinel network and factors influencing stroke mortality. Cerebrovasc Dis. 2003; 16: 272-9

**56030**   Wang, M. Y., Levi, A. D., Green, B. A. Intradural spinal arachnoid cysts in adults. Surg Neurol. 2003 Jul; 60: 49-55; discussion 55-6

**56040**   Fialkow, M. F., Melville, J. L., Lentz, G. M., Miller, E. A., Miller, J., Fenner, D. E. The functional and psychosocial impact of fecal incontinence on women with urinary incontinence. Am J Obstet Gynecol. 2003 Jul; 189: 127-9

**56050**   Melville, J. L., Miller, E. A., Fialkow, M. F., Lentz, G. M., Miller, J. L., Fenner, D. E. Relationship between patient report and physician assessment of urinary incontinence severity. Am J Obstet Gynecol. 2003 Jul; 189: 76-80

**56060**   Boyles, S. H., Weber, A. M., Meyn, L. Procedures for urinary incontinence in the United States, 1979-1997. Am J Obstet Gynecol. 2003 Jul; 189: 70-5

**56070**   Dubernard, G., Rouzier, R., Haddad, B., Dubois, P., Paniel, B. J. Correction of uterine prolapse by the vaginal route using the uterosacral ligaments: Shirodkar procedure. Eur J Obstet Gynecol Reprod Biol. 2003 Aug 15; 109: 214-8

**56080**   Dik, P., Klijn, A. J., van Gool, J. D., de Jong, T. P. Transvaginal sling suspension of bladder neck in female patients with neurogenic sphincter incontinence. J Urol. 2003 Aug; 170: 580-1; discussion 581-2

**56090**   Cole, E. E., Adams, M. C., Brock, J. W., 3rd, Pope, J. C., 4th Outcome of continence procedures in the pediatric patient: a single institutional experience. J Urol. 2003 Aug; 170: 560-3; discussion 563

**56100**   Li, J., Hu, T., Wang, M., Jiang, X., Chen, S., Huang, L. Single ureteral ectopia with congenital renal dysplasia. J Urol. 2003 Aug; 170: 558-9

**56110**   Chou, E. C., Flisser, A. J., Panagopoulos, G., Blaivas, J. G. Effective treatment for mixed urinary incontinence with a pubovaginal sling. J Urol. 2003 Aug; 170: 494-7

**56120**   McLennan, M. T. The role of electrodiagnostic techniques in the reprogramming of patients with a delayed suboptimal response to sacral nerve stimulation. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 98-103

**56130**   Rufford, J., Hextall, A., Cardozo, L., Khullar, V. A double-blind placebo-controlled trial on the effects of 25 mg estradiol implants on the urge syndrome in postmenopausal women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Jun; 14: 78-83

**56140**   ter Meulen, P. H., Zambon, V., Kessels, A. G., van Kerrebroeck, P. E. Quality of life, functional outcome and durability of the AMS 800 artificial urinary sphincter in patients with intrinsic sphincter deficiency. Urol Int. 2003; 71: 55-60

**56150**   Nihira, M. A., Henderson, N. Epidemiology of urinary incontinence in women. Curr Womens Health Rep. 2003 Aug; 3: 340-7

**56160**   Robinson, D., Cardozo, L. Risk factors for urinary incontinence in women. J Br Menopause Soc. 2003 Jun; 9: 75-9

**56170**   Wijma, J., Potters, A. E., de Wolf, B. T., Tinga, D. J., Aarnoudse, J. G. Anatomical and functional changes in the lower urinary tract following spontaneous vaginal delivery. BJOG. 2003 Jul; 110: 658-63

   © 2008 American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

---

**56180**  Peake, S., Manderson, L. The constraints of a normal life: the management of urinary incontinence by middle aged women. Women Health. 2003; 37: 37-51

**56190**  Rodriguez, L. V., Blander, D. S., Dorey, F., Raz, S., Zimmern, P. Discrepancy in patient and physician perception of patient's quality of life related to urinary symptoms. Urology. 2003 Jul; 62: 49-53

**56200**  Bland, D. R., Dugan, E., Cohen, S. J., Preisser, J., Davis, C. C., McGann, P. E., Suggs, P. K., Pearce, K. F. The effects of implementation of the Agency for Health Care Policy and Research urinary incontinence guidelines in primary care practices. J Am Geriatr Soc. 2003 Jul; 51: 979-84

**56210**  Forster, J. A., Thomas, W. M. Patient preferences and side effects experienced with oral bowel preparations versus self-administered phosphate enema. Ann R Coll Surg Engl. 2003 May; 85: 185-6

**56220**  Sterbis, J. R., Lewis, V. L., Bushman, W. Urologic and plastic surgical collaboration for continent diversion when urine leakage is complicated by pressure ulcers or obesity. J Spinal Cord Med. 2003 Summer; 26: 124-8

**56230**  Brown, J. S., Nyberg, L. M., Kusek, J. W., Burgio, K. L., Diokno, A. C., Foldspang, A., Fultz, N. H., Herzog, A. R., Hunskaar, S., Milsom, I., Nygaard, I., Subak, L. L., Thom, D. H. Proceedings of the National Institute of Diabetes and Digestive and Kidney Diseases International Symposium on Epidemiologic Issues in Urinary Incontinence in Women. Am J Obstet Gynecol. 2003 Jun; 188: S77-88

**56240**  Cruikshank, S. H., Muniz, M. Outcomes study: A comparison of cure rates in 695 patients undergoing sacrospinous ligament fixation alone and with other site-specific procedures--a 16-year study. Am J Obstet Gynecol. 2003 Jun; 188: 1509-12; discussion 1512-5

**56250**  Cosson, M., Boukerrou, M., Lacaze, S., Lambaudie, E., Fasel, J., Mesdagh, H., Lobry, P., Ego, A. A study of pelvic ligament strength. Eur J Obstet Gynecol Reprod Biol. 2003 Jul 1; 109: 80-7

**56260**  Halaska, M., Ralph, G., Wiedemann, A., Primus, G., Ballering-Bruhl, B., Hofner, K., Jonas, U. Controlled, double-blind, multicentre clinical trial to investigate long-term tolerability and efficacy of trospium chloride in patients with detrusor instability. World J Urol. 2003 May; 20: 39-46

**56270**  Stewart, W. F., Van Rooyen, J. B., Cundiff, G. W., Abrams, P., Herzog, A. R., Corey, R., Hunt, T. L., Wein, A. J. Prevalence and burden of overactive bladder in the United States. World J Urol. 2003 May; 20: 327-36

**56280**  Schurch, B., Reilly, I., Reitz, A., Curt, A. Electrophysiological recordings during the peripheral nerve evaluation (PNE) test in complete spinal cord injury patients. World J Urol. 2003 May; 20: 319-22

**56290**  Rovner, E. S., Wein, A. J. Evaluation of lower urinary tract symptoms in females. Curr Opin Urol. 2003 Jul; 13: 273-8

**56300**  Lee, W. Y., Jin, D. K., Oh, M. R., Lee, J. E., Song, S. M., Lee, E. A., Kim, G. M., Chung, J. S., Lee, K. H. Frequency analysis and clinical characterization of spinocerebellar ataxia types 1, 2, 3, 6, and 7 in Korean patients. Arch Neurol. 2003 Jun; 60: 858-63

**56310**  Levin, R. M., Whitbeck, C., Borow, A., Burden, O., Leggett, R. E. Effectiveness of vaginally administered oxybutynin on rabbit bladder function. Urology. 2003 Jun; 61: 1273-7

**56320**  Sakakibara, R., Hattori, T., Uchiyama, T., Kamura, K., Yamanishi, T. Uroneurological assessment of spina bifida cystica and occulta. Neurourol Urodyn. 2003; 22: 328-34

**56330**  Kolominsky-Rabas, P. L., Hilz, M. J., Neundoerfer, B., Heuschmann, P. U. Impact of urinary incontinence after stroke: results from a prospective population-based stroke register. Neurourol Urodyn. 2003; 22: 322-7

**56340**  Alessi, C. A., Ouslander, J. G., Maldague, S., Al-Samarrai, N. R., Saliba, D., Osterweil, D., Beck, J. C., Schnelle, J. F. Incidence and costs of acute medical conditions in long-stay incontinent nursing home residents. J Am Med Dir Assoc. 2003 Mar-Apr; 4: S4-S18

**56350**  Davies, G. A., Wolfe, L. A., Mottola, M. F., MacKinnon, C., Arsenault, M. Y., Bartellas, E., Cargill, Y., Gleason, T., Iglesias, S., Klein, M., Martel, M. J., Roggensack, A., Wilson, K., Gardiner, P., Graham, T., Haennel, R., Hughson, R. / Exercise in pregnancy and the postpartum period. J Obstet Gynaecol Can. 2003 Jun; 25: 516-29

**56360**  Sherman, A. M., Shumaker, S. A., Kancler, C., Zheng, B., Reboussin, D. M., Legault, C., Herrington, D. M. Baseline health-related quality of life in postmenopausal women with coronary heart disease: the Estrogen Replacement and Atherosclerosis (ERA) trial. J Womens Health (Larchmt). 2003 May; 12: 351-62

---

56370   Hoeijmakers, M., Janszen, B., Coert, A., Horspool, L. Pharmacokinetics of oestriol after repeated oral administration to dogs. Res Vet Sci. 2003 Aug; 75: 55-9

56380   Jameson, M. B., Thompson, P. I., Baguley, B. C., Evans, B. D., Harvey, V. J., Porter, D. J., McCrystal, M. R., Small, M., Bellenger, K., Gumbrell, L., Halbert, G. W., Kestell, P. Clinical aspects of a phase I trial of 5,6-dimethylxanthenone-4-acetic acid (DMXAA), a novel antivascular agent. Br J Cancer. 2003 Jun 16; 88: 1844-50

56390   Karantanis, E., O'Sullivan, R., Moore, K. H. The 24-hour pad test in continent women and men: normal values and cyclical alterations. BJOG. 2003 Jun; 110: 567-71

56400   Sugerman, H. J., Wolfe, L. G., Sica, D. A., Clore, J. N. Diabetes and hypertension in severe obesity and effects of gastric bypass-induced weight loss. Ann Surg. 2003 Jun; 237: 751-6; discussion 757-8

56410   Chen, Y. C., Chen, G. D., Hu, S. W., Lin, T. L., Lin, L. Y. Is the occurrence of storage and voiding dysfunction affected by menopausal transition or associated with the normal aging process?. Menopause. 2003 May-Jun; 10: 203-8

56420   Wakamatsu, M. M. What affects bladder function more: menopause or age?. Menopause. 2003 May-Jun; 10: 191-2

56430   Antonakos, C. L., Miller, J. M., Sampselle, C. M. Indices for studying urinary incontinence and levator ani function in primiparous women. J Clin Nurs. 2003 Jul; 12: 554-61

56440   Moore, K. N., Saltmarche, B., Query, A. Urinary incontinence. Non-surgical management by family physicians. Can Fam Physician. 2003 May; 49: 602-10

56450   Lindesay, J., Matthews, R., Jagger, C. Factors associated with antipsychotic drug use in residential care: changes between 1990 and 1997. Int J Geriatr Psychiatry. 2003 Jun; 18: 511-9

56460   Bergquist, S. Pressure ulcer prediction in older adults receiving home health care: implications for use with the OASIS. Adv Skin Wound Care. 2003 May-Jun; 16: 132-9

56470   Crosbie, J. J., Eguare, E., McGovern, B., Keane, F. B. The influence of bladder filling on anorectal function. Colorectal Dis. 2003 May; 5: 251-5

56480   Mathews, R. I., Gan, M., Gearhart, J. P. Urogynaecological and obstetric issues in women with the exstrophy-epispadias complex. BJU Int. 2003 Jun; 91: 845-9

56490   Hvidman, L., Foldspang, A., Mommsen, S., Nielsen, J. B. Postpartum urinary incontinence. Acta Obstet Gynecol Scand. 2003 Jun; 82: 556-63

56500   Chou, Y. C., Yu, K. J. Entrapped vaginal pessary presented with frequency and urge incontinence. J Chin Med Assoc. 2003 Mar; 66: 181-3

56510   Colling, J., Owen, T. R., McCreedy, M., Newman, D. The effects of a continence program on frail community-dwelling elderly persons. Urol Nurs. 2003 Apr; 23: 117-22, 127-31

56520   The state of the science of urinary incontinence. Urol Nurs. 2003 Apr; 23: 101-5

56530   Behavior therapy and urge incontinence. Mayo Clin Health Lett. 2003 May; 21: 4

56540   Amarenco, G., Ismael, S. S., Even-Schneider, A., Raibaut, P., Demaille-Wlodyka, S., Parratte, B., Kerdraon, J. Urodynamic effect of acute transcutaneous posterior tibial nerve stimulation in overactive bladder. J Urol. 2003 Jun; 169: 2210-5

56550   Clarke-O'Neill, S., Pettersson, L., Fader, M. An evaluation of disposable pads for women with light incontinence. Nurs Times. 2003 May 13-19; 99: 69-72

56560   Nakajima, M., Nakasu, S., Hatsuda, N., Takeichi, Y., Watanabe, K., Matsuda, M. Third ventricular chordoid glioma: case report and review of the literature. Surg Neurol. 2003 May; 59: 424-8

56570   Miller, Y. D., Brown, W. J., Smith, N., Chiarelli, P. Managing urinary incontinence across the lifespan. Int J Behav Med. 2003; 10: 143-61

56580   Robinson, D., Cardozo, L. The menopause and HRT. Urogenital effects of hormone therapy. Best Pract Res Clin Endocrinol Metab. 2003 Mar; 17: 91-104

# Appendix A6. Bibliography sorted by Procite Number

**American Urological Association, Inc.**

SUI Guidelines Panel

**56590** de Rekeneire, N., Visser, M., Peila, R., Nevitt, M. C., Cauley, J. A., Tylavsky, F. A., Simonsick, E. M., Harris, T. B. Is a fall just a fall: correlates of falling in healthy older persons. The Health, Aging and Body Composition Study. J Am Geriatr Soc. 2003 Jun; 51: 841-6

**56600** Yang, T., Liu, Z., Liu, Y. Electroacupuncture at ciliao and huiyang for treating neuropathic incontinence of defecation and urination in 30 cases. J Tradit Chin Med. 2003 Mar; 23: 53-4

**56610** Chua, K., Chuo, A., Kong, K. H. Urinary incontinence after traumatic brain injury: incidence, outcomes and correlates. Brain Inj. 2003 Jun; 17: 469-78

**56620** Quint, E. H., Smith, Y. R., Bowerman, R. A., DeLancey, J. O. Spasticity of the pelvic floor mimicking an obstructive anomaly. J Pediatr Adolesc Gynecol. 2003 Apr; 16: 83-5

**56630** Moalli, P. A., Jones Ivy, S., Meyn, L. A., Zyczynski, H. M. Risk factors associated with pelvic floor disorders in women undergoing surgical repair. Obstet Gynecol. 2003 May; 101: 869-74

**56640** Horimoto, Y., Matsumoto, M., Akatsu, H., Ikari, H., Kojima, K., Yamamoto, T., Otsuka, Y., Ojika, K., Ueda, R., Kosaka, K. Autonomic dysfunctions in dementia with Lewy bodies. J Neurol. 2003 May; 250: 530-3

**56650** Lazzeri, M., Calo, G., Spinelli, M., Guerrini, R., Salvadori, S., Beneforti, P., Sandri, S., Regoli, D., Turini, D. Urodynamic effects of intravesical nociceptin/orphanin FQ in neurogenic detrusor overactivity: a randomized, placebo-controlled, double-blind study. Urology. 2003 May; 61: 946-50

**56660** Smith, A. R., Higgs, P. J. Evidence-based practice in urogynaecology. Hosp Med. 2003 Apr; 64: 223-9

**56670** Di Gangi Herms, A. M., Pinggera, G. M., De Jonge, P., Strasser, H., Sollner, W. Assessing health care needs and clinical outcome with urological case complexity: a study using INTERMED. Psychosomatics. 2003 May-Jun; 44: 196-203

**56680** Uchiyama, T., Sakakibara, R., Hattori, T., Yamanishi, T. Short-term effect of a single levodopa dose on micturition disturbance in Parkinson's disease patients with the wearing-off phenomenon. Mov Disord. 2003 May; 18: 573-8

**56690** Sen, S., Zachariah, N., Chacko, J., Thomas, G. Buttressing the divided bladder neck by a rectus abdominis muscle flap to prevent urethral recanalisation in paediatric urinary incontinence. Pediatr Surg Int. 2003 Apr; 19: 124-6

**56700** Ertberg, P., Moller, L. A., Lose, G. A comparison of three methods to evaluate maximum bladder capacity: cystometry, uroflowmetry and a 24-h voiding diary in women with urinary incontinence. Acta Obstet Gynecol Scand. 2003 Apr; 82: 374-7

**56710** Gariballa, S. E. Potentially treatable causes of poor outcome in acute stroke patients with urinary incontinence. Acta Neurol Scand. 2003 May; 107: 336-40

**56720** Turkolmez, K., Gogus, C., Baltaci, S. Construction of a continent outlet using an ileal valve, an in vivo animal model. Urol Res. 2003 Jul; 31: 194-7

**56730** Fader, M., Clarke-O'Neill, S., Cook, D., Dean, G., Brooks, R., Cottenden, A., Malone-Lee, J. Management of night-time urinary incontinence in residential settings for older people: an investigation into the effects of different pad changing regimes on skin health. J Clin Nurs. 2003 May; 12: 374-86

**56740** Chiarelli, P., Murphy, B., Cockburn, J. Women's knowledge, practises, and intentions regarding correct pelvic floor exercises. Neurourol Urodyn. 2003; 22: 246-9

**56750** Gladh, G., Mattsson, S., Lindstrom, S. Intravesical electrical stimulation in the treatment of micturition dysfunction in children. Neurourol Urodyn. 2003; 22: 233-42

**56760** Vandoninck, V., van Balken, M. R., Finazzi Agro, E., Petta, F., Micali, F., Heesakkers, J. P., Debruyne, F. M., Kiemeney, L. A., Bemelmans, B. L. Percutaneous tibial nerve stimulation in the treatment of overactive bladder: urodynamic data. Neurourol Urodyn. 2003; 22: 227-32

**56770** Shafik, A., Shafik, I. A. Overactive bladder inhibition in response to pelvic floor muscle exercises. World J Urol. 2003 May; 20: 374-7

**56780** Pinter, A. B., Hock, A., Kajtar, P., Dober, I. Long-term follow-up of cancer in neonates and infants: a national survey of 142 patients. Pediatr Surg Int. 2003 Jun; 19: 233-9

56790    Robinson, D., Savvas, M., Cardozo, L. An unusual cause of 'incontinence' after hysterectomy. BJU Int. 2003 May; 91: 727-8

56800    Quinn, P., Goka, J., Richardson, H. Assessment of an electronic daily diary in patients with overactive bladder. BJU Int. 2003 May; 91: 647-52

56810    Dallosso, H. M., Matthews, R. J., McGrother, C. W., Clarke, M., Perry, S. I., Shaw, C., Jagger, C. An investigation into nonresponse bias in a postal survey on urinary symptoms. BJU Int. 2003 May; 91: 631-6

56820    Arunkalaivanan, A. S., Barrington, J. W. Questionnaire-based survey on obstetricians and gynaecologists' attitudes towards the surgical management of urinary incontinence in women during their childbearing years. Eur J Obstet Gynecol Reprod Biol. 2003 May 1; 108: 85-93

56830    Eva, U. F., Gun, W., Preben, K. Prevalence of urinary and fecal incontinence and symptoms of genital prolapse in women. Acta Obstet Gynecol Scand. 2003 Mar; 82: 280-6

56840    Wagenius, J., Laurin, J. Clinical symptoms after anal sphincter rupture: a retrospective study. Acta Obstet Gynecol Scand. 2003 Mar; 82: 246-50

56850    Di Carlo, A., Lamassa, M., Baldereschi, M., Pracucci, G., Basile, A. M., Wolfe, C. D., Giroud, M., Rudd, A., Ghetti, A., Inzitari, D. Sex differences in the clinical presentation, resource use, and 3-month outcome of acute stroke in Europe: data from a multicenter multinational hospital-based registry. Stroke. 2003 May; 34: 1114-9

56860    Weber, A. M. New approaches to surgery for urinary incontinence and pelvic organ prolapse from the laparoscopic perspective. Clin Obstet Gynecol. 2003 Mar; 46: 44-60

56870    Krause, C., Wells, T., Hughes, S., Brink, C., Mayer, R. Incontinence in women: effect of expectancy to regain control and severity of symptoms on treatment outcomes. Urol Nurs. 2003 Feb; 23: 54-61

56880    Christ, G. J., Day, N. S., Day, M., Zhao, W., Persson, K., Pandita, R. K., Andersson, K. E. Increased connexin43-mediated intercellular communication in a rat model of bladder overactivity in vivo. Am J Physiol Regul Integr Comp Physiol. 2003 May; 284: R1241-8

56890    Olby, N., Levine, J., Harris, T., Munana, K., Skeen, T., Sharp, N. Long-term functional outcome of dogs with severe injuries of the thoracolumbar spinal cord: 87 cases (1996-2001). J Am Vet Med Assoc. 2003 Mar 15; 222: 762-9

56900    Reddy, P. P., Redman, J. F. The management of childhood voiding dysfunction. J Ark Med Soc. 2003 Mar; 99: 295-8

56910    Oertel, W. H., Wachter, T., Quinn, N. P., Ulm, G., Brandstadter, D. Reduced genital sensitivity in female patients with multiple system atrophy of parkinsonian type. Mov Disord. 2003 Apr; 18: 430-2

56920    Mathews, R., Hubbard, J. S., Gearhart, J. P. Ureteral reimplantation before bladder neck plasty in the reconstruction of bladder exstrophy: indications and outcomes. Urology. 2003 Apr; 61: 820-4

56930    Brown, J. S., McNaughton, K. S., Wyman, J. F., Burgio, K. L., Harkaway, R., Bergner, D., Altman, D. S., Kaufman, J., Kaufman, K., Girman, C. J. Measurement characteristics of a voiding diary for use by men and women with overactive bladder. Urology. 2003 Apr; 61: 802-9

56940    Mukamel, D. B., Watson, N. M., Meng, H., Spector, W. D. Development of a risk-adjusted urinary incontinence outcome measure of quality for nursing homes. Med Care. 2003 Apr; 41: 467-78

56950    Dowd, T., Kolcaba, K., Steiner, R. The addition of coaching to cognitive strategies: interventions for persons with compromised urinary bladder syndrome. J Wound Ostomy Continence Nurs. 2003 Mar; 30: 90-9

56960    Mehta, K. M., Simonsick, E. M., Penninx, B. W., Schulz, R., Rubin, S. M., Satterfield, S., Yaffe, K. Prevalence and correlates of anxiety symptoms in well-functioning older adults: findings from the health aging and body composition study. J Am Geriatr Soc. 2003 Apr; 51: 499-504

56970    Godbole, P., Bryant, R., MacKinnon, A. E., Roberts, J. P. Endourethral injection of bulking agents for urinary incontinence in children. BJU Int. 2003 Apr; 91: 536-9

56980    Warming, L., Christoffersen, C., Riis, B. J., Stakkestad, J. A., Delmas, P. D., Christiansen, C. Adverse effects of a SERM (Levormeloxifene). Safety parameters and bone mineral density 12 months after treatment withdrawal. Maturitas. 2003 Mar 28; 44: 189-99

# American Urological Association, Inc.

## SUI Guidelines Panel

**56990**   Weir, N. U., Counsell, C. E., McDowall, M., Gunkel, A., Dennis, M. S. Reliability of the variables in a new set of models that predict outcome after stroke. J Neurol Neurosurg Psychiatry. 2003 Apr; 74: 447-51

**57000**   But, I. Conservative treatment of female urinary incontinence with functional magnetic stimulation. Urology. 2003 Mar; 61: 558-61

**57010**   Hellerstein, S., Linebarger, J. S. Voiding dysfunction in pediatric patients. Clin Pediatr (Phila). 2003 Jan-Feb; 42: 43-9

**57020**   Gerrard, E. R.,  Jr Lloyd, L. K., Kubricht, W. S., Kolettis, P. N. Transvaginal ultrasound for the diagnosis of urethral diverticulum. J Urol. 2003 Apr; 169: 1395-7

**57030**    The state of the science on urinary incontinence. Am J Nurs. 2003 Mar; 103: 45-9

**57040**   Chiarelli, P., Murphy, B., Cockburn, J. Acceptability of a urinary continence promotion programme to women in postpartum. BJOG. 2003 Feb; 110: 188-96

**57050**   Krygowska-Wajs, A., Hussey, J. M., Hulihan, M., Farrer, M. J., Tsuboi, Y., Uitti, R. J., Wszolek, Z. K. Two large Polish kindreds with levodopa-responsive Parkinsonism not linked to known Parkinsonian genes and loci. Parkinsonism Relat Disord. 2003 Mar; 9: 193-200

**57060**   Prasad, R. S., Smith, S. J., Wright, H. Lower abdominal pressure versus external bladder stimulation to aid bladder emptying in multiple sclerosis: a randomized controlled study. Clin Rehabil. 2003 Feb; 17: 42-7

**57070**   Pils, K., Neumann, F., Meisner, W., Schano, W., Vavrovsky, G., Van der Cammen, T. J. Predictors of falls in elderly people during rehabilitation after hip fracture--who is at risk of a second one?. Z Gerontol Geriatr. 2003 Feb; 36: 16-22

**57080**   Landi, F., Cesari, M., Russo, A., Onder, G., Lattanzio, F., Bernabei, R. Potentially reversible risk factors and urinary incontinence in frail older people living in community. Age Ageing. 2003 Mar; 32: 194-9

**57090**   Wyman, J. F. Treatment of urinary incontinence in men and older women: the evidence shows the efficacy of a variety of techniques. Am J Nurs. 2003 Mar; Suppl: 26-35

**57100**   Gray, M. L. Gender, race, and culture in research on UI: sensitivity and screening are integral to adequate patient care. Am J Nurs. 2003 Mar; Suppl: 20-5

**57110**   Sampselle, C. M. Behavioral interventions in young and middle-age women: simple interventions to combat a complex problem. Am J Nurs. 2003 Mar; Suppl: 9-19

**57120**    Executive summary: a look at the proceedings of the symposium, 'The State of the Science on Urinary Incontinence.'. Am J Nurs. 2003 Mar; Suppl: 4-8

**57130**   Bolduc, S., Upadhyay, J., Payton, J., Bagli, D. J., McLorie, G. A., Khoury, A. E., Farhat, W. The use of tolterodine in children after oxybutynin failure. BJU Int. 2003 Mar; 91: 398-401

**57140**   Abrams, P., Blaivas, J. G., Fowler, C. J., Fourcroy, J. L., Macdiarmid, S. A., Siegel, S. W., Van Kerrebroeck, P. The role of neuromodulation in the management of urinary urge incontinence. BJU Int. 2003 Mar; 91: 355-9

**57150**   Nuotio, M., Tammela, T. L., Luukkaala, T., Jylha, M. Urgency and urge incontinence in an older population: ten-year changes and their association with mortality. Aging Clin Exp Res. 2002 Oct; 14: 412-9

**57160**   Ansari, M. S., Gupta, N. P., Kriplani, A. Ectopic ureter with urinary incontinence. An unusual presentation of Mayer-Rokitansky-Kuster-Hauser syndrome. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 64-6

**57170**   Hvidman, L., Foldspang, A., Mommsen, S., Bugge Nielsen, J. Menstrual cycle, female hormone use and urinary incontinence in premenopausal women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 56-61; discussion 61

**57180**   Swift, S., Garely, A., Dimpfl, T., Payne, C. A new once-daily formulation of tolterodine provides superior efficacy and is well tolerated in women with overactive bladder. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 50-4; discussion 54-5

**57190**   Dietz, H. P., Steensma, A. B., Vancaillie, T. G. Levator function in nulliparous women. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 24-6; discussion 26

**Appendix A6 Bibliography sorted by Procite Number**

# American Urological Association, Inc.

## SUI Guidelines Panel

57200    Kerns, J. M., Shott, S., Brubaker, L., Sakamoto, K., Benson, J. T., Fleischer, A. E., Coleman, M. E. Effects of IGF-I gene therapy on the injured rat pudendal nerve. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Feb; 14: 2-7; discussion 8

57210    Khastgir, J., Hamid, R., Arya, M., Shah, N., Shah, P. J. Surgical and patient reported outcomes of 'clam' augmentation ileocystoplasty in spinal cord injured patients. Eur Urol. 2003 Mar; 43: 263-9

57220    Shukla, A. R., Pow-Sang, J. M., Helal, M. A., Seigne, J., Ordorica, R., Lockhart, J. L. Urinary incontinence after continent urinary diversion using cecal wrap or plicated ileum: a patient questionnaire review. Urology. 2003 Feb; 61: 328-31

57230    Abes, M., Sarihan, H., Madenci, E. Evaluation of bone mineral density with dual x-ray absorptiometry for osteoporosis in children with bladder augmentation. J Pediatr Surg. 2003 Feb; 38: 230-2

57240    Bean, J. F., Kiely, D. K., Cairns, K. D., Morris, J. N. Influence of poststroke urinary incontinence on disability: the nursing home setting. Am J Phys Med Rehabil. 2003 Mar; 82: 175-81

57250    Bernier, F. Applying Orem's Self-Care Deficit Theory of Nursing to continence care: Part 2. Urol Nurs. 2002 Dec; 22: 384-90

57260    Bernier, F. Relationship of a pelvic floor rehabilitation program for urinary incontinence to Orem's Self-Care Deficit Theory of Nursing: Part 1. Urol Nurs. 2002 Dec; 22: 378-83, 390; quiz 391

57270    Janschek, E. C., Hohlagschwandtner, M., Nather, A., Schindl, M., Joura, E. A. A study of non-closure of the peritoneum at vaginal hysterectomy. Arch Gynecol Obstet. 2003 Feb; 267: 213-6

57280    Bates-Jensen, B. M., Alessi, C. A., Al-Samarrai, N. R., Schnelle, J. F. The effects of an exercise and incontinence intervention on skin health outcomes in nursing home residents. J Am Geriatr Soc. 2003 Mar; 51: 348-55

57290    Buffa, P., Torre, M., Scarsi, P. L., De Gennaro, M., Battaglino, F., Beseghi, U., Di Lorenzo, F., Cama, A. Caudal regression syndrome: an online multicentre survey. Urological long-term results. Eur J Pediatr Surg. 2002 Dec; 12 Suppl 1: S26-8

57300    Maheswaran, C. M., MacKinnon, A. E. Ambulant? Continent? The missing link. Eur J Pediatr Surg. 2002 Dec; 12 Suppl 1: S25-6

57310    Marcell, D., Ransel, S., Schiau, M., Duffy, E. G. Treatment options alleviate female urge incontinence. Nurse Pract. 2003 Feb; 28: 48-54

57320    Littlejohn, J. O., Jr, Kaplan, S. A. An unexpected association between urinary incontinence, depression and sexual dysfunction. Drugs Today (Barc). 2002 Nov; 38: 777-82

57330    Gauthier, A. R., Jr, Winters, J. C. Incontinent ileovesicostomy in the management of neurogenic bladder dysfunction. Neurourol Urodyn. 2003; 22: 142-6

57340    van der Vaart, C. H., de Leeuw, J. R., Roovers, J. P., Heintz, A. P. Measuring health-related quality of life in women with urogenital dysfunction: the urogenital distress inventory and incontinence impact questionnaire revisited. Neurourol Urodyn. 2003; 22: 97-104

57350    Nguyen, H. T., Baskin, L. S. The outcome of bladder neck closure in children with severe urinary incontinence. J Urol. 2003 Mar; 169: 1114-6; discussion 1116

57360    Tan, T. L., Bergmann, M. A., Griffiths, D., Resnick, N. M. Which stop test is best? Measuring detrusor contractility in older females. J Urol. 2003 Mar; 169: 1023-7

57370    Morkved, S., Bo, K., Schei, B., Salvesen, K. A. Pelvic floor muscle training during pregnancy to prevent urinary incontinence: a single-blind randomized controlled trial. Obstet Gynecol. 2003 Feb; 101: 313-9

57380    Glenn, J. Restorative Nursing Bladder Training program: recommending a strategy. Rehabil Nurs. 2003 Jan-Feb; 28: 15-22

57390    Harper, N., Dunkley, C., Hume, D. Sedation using remifentanil. Anaesthesia. 2003 Feb; 58: 197-8

57400    Sugerman, H. J., Sugerman, E. L., DeMaria, E. J., Kellum, J. M., Kennedy, C., Mowery, Y., Wolfe, L. G. Bariatric surgery for severely obese adolescents. J Gastrointest Surg. 2003 Jan; 7: 102-7; discussion 107-8

# American Urological Association, Inc.

## SUI Guidelines Panel

57410   Alessi, C. A., Josephson, K. R., Harker, J. O., Pietruszka, F. M., Hoyl, M. T., Rubenstein, L. Z. The yield, reliability, and validity of a postal survey for screening community-dwelling older people. J Am Geriatr Soc. 2003 Feb; 51: 194-202

57420   Schnelle, J. F., Kapur, K., Alessi, C., Osterweil, D., Beck, J. G., Al-Samarrai, N. R., Ouslander, J. G. Does an exercise and incontinence intervention save healthcare costs in a nursing home population?. J Am Geriatr Soc. 2003 Feb; 51: 161-8

57430   Tincello, D. G., Teare, J., Fraser, W. D. Second trimester concentration of relaxin and pregnancy related incontinence. Eur J Obstet Gynecol Reprod Biol. 2003 Feb 10; 106: 237-8

57440   Yoon, H. S., Song, H. H., Ro, Y. J. A comparison of effectiveness of bladder training and pelvic muscle exercise on female urinary incontinence. Int J Nurs Stud. 2003 Jan; 40: 45-50

57450   Boyles, S. H., Weber, A. M., Meyn, L. Procedures for pelvic organ prolapse in the United States, 1979-1997. Am J Obstet Gynecol. 2003 Jan; 188: 108-15

57460   Bloch, J., Vernet, O., Aube, M., Villemure, J. G. Non-obstructive hydrocephalus associated with intracranial schwannomas: hyperproteinorrhachia as an etiopathological factor?. Acta Neurochir (Wien). 2003 Jan; 145: 73-8

57470   Rosenblum, N., Eilber, K. S., Raz, S. Herpes zoster following sacral nerve stimulation for overactive bladder. J Urol. 2003 Feb; 169: 619-20

57480   Parazzini, F., Lavezzari, M., Arbitani, W. Prevalence of overactive bladder and urinary incontinence. J Fam Pract. 2002 Dec; 51: 1072-5

57490   Han, P. Y., Ezquerro, R., Pan, K. M., Hwang, S., Chung, Y., Lu, J. J. Comorbidities associated with diabetic foot complications among Asian Americans in southern California. J Am Podiatr Med Assoc. 2003 Jan-Feb; 93: 37-41

57500   Ripetti, V., Caputo, D., Ausania, F., Esposito, E., Bruni, R., Arullani, A. Sacral nerve neuromodulation improves physical, psychological and social quality of life in patients with fecal incontinence. Tech Coloproctol. 2002 Dec; 6: 147-52

57510   Nygaard, I., Turvey, C., Burns, T. L., Crischilles, E., Wallace, R. Urinary incontinence and depression in middle-aged United States women. Obstet Gynecol. 2003 Jan; 101: 149-56

57520   Harari, D., Coshall, C., Rudd, A. G., Wolfe, C. D. New-onset fecal incontinence after stroke: prevalence, natural history, risk factors, and impact. Stroke. 2003 Jan; 34: 144-50

57530   Mattsson, S., Gladh, G. Urethrovaginal reflux--a common cause of daytime incontinence in girls. Pediatrics. 2003 Jan; 111: 136-9

57540   Hollis, C. Developmental precursors of child- and adolescent-onset schizophrenia and affective psychoses: diagnostic specificity and continuity with symptom dimensions. Br J Psychiatry. 2003 Jan; 182: 37-44

57550   Kleeman, S. D., Vasallo, B., Segal, J., Karram, M. M. Vesicocervical fistula following insertion of a modified McDonald suture. BJOG. 2002 Dec; 109: 1408-9

57560   Kwon, C. H., Goldberg, R. P., Koduri, S., Sand, P. K. The use of intraoperative cystoscopy in major vaginal and urogynecologic surgeries. Am J Obstet Gynecol. 2002 Dec; 187: 1466-71; discussion 1471-2

57570   Amundsen, C. L., Webster, G. D. Sacral neuromodulation in an older, urge-incontinent population. Am J Obstet Gynecol. 2002 Dec; 187: 1462-5; discussion 1465

57580   Landi, F., Cesari, M., Russo, A., Onder, G., Sgadari, A., Bernabei, R. Benzodiazepines and the risk of urinary incontinence in frail older persons living in the community. Clin Pharmacol Ther. 2002 Dec; 72: 729-34

57590   Staskin, D. R., Dmochowski, R. R. Future studies of overactive bladder: the need for standardization. Urology. 2002 Nov; 60: 90-3

57600   Burgio, K. L. Influence of behavior modification on overactive bladder. Urology. 2002 Nov; 60: 72-6; discussion 77

57610   Wein, A. J., Rovner, E. S. Definition and epidemiology of overactive bladder. Urology. 2002 Nov; 60: 7-12; discussion 12

# American Urological Association, Inc.

**SUI Guidelines Panel**

---

**57620**  Clever, K., Smith, G., Bowser, C., Monroe, K. Evaluating the efficacy of a uniquely delivered skin protectant and its effect on the formation of sacral/buttock pressure ulcers. Ostomy Wound Manage. 2002 Dec; 48: 60-7

**57630**  Lewis-Byers, K., Thayer, D. An evaluation of two incontinence skin care protocols in a long-term care setting. Ostomy Wound Manage. 2002 Dec; 48: 44-51

**57640**  Ramundo, J. M., Davis, K. E. State of the science: pathology and management of the patient with overactive bladder. Ostomy Wound Manage. 2002 Dec; 48: 22-7

**57650**  Vandoninck, V., Van Balken, M. R., Finazzi Agro, E., Petta, F., Caltagirone, C., Heesakkers, J. P., Kiemeney, L. A., Debruyne, F. M., Bemelmans, B. L. Posterior tibial nerve stimulation in the treatment of urge incontinence. Neurourol Urodyn. 2003; 22: 17-23

**57660**  Oliver, S., Fowler, C., Mundy, A., Craggs, M. Measuring the sensations of urge and bladder filling during cystometry in urge incontinence and the effects of neuromodulation. Neurourol Urodyn. 2003; 22: 7-16

**57670**  Zoubina, E. V., Smith, P. G. Expression of estrogen receptors alpha and beta by sympathetic ganglion neurons projecting to the proximal urethra of female rats. J Urol. 2003 Jan; 169: 382-5

**57680**  Block, C. A., Cooper, C. S., Hawtrey, C. E. Long-term efficacy of periurethral collagen injection for the treatment of urinary incontinence secondary to myelomeningocele. J Urol. 2003 Jan; 169: 327-9

**57690**  Reinberg, Y., Crocker, J., Wolpert, J., Vandersteen, D. Therapeutic efficacy of extended release oxybutynin chloride, and immediate release and long acting tolterodine tartrate in children with diurnal urinary incontinence. J Urol. 2003 Jan; 169: 317-9

**57700**  Quek, M. L., Ginsberg, D. A. Long-term urodynamics followup of bladder augmentation for neurogenic bladder. J Urol. 2003 Jan; 169: 195-8

**57710**  Webster, C., Bukkapatnam, R., Seigne, J. D., Pow-Sang, J., Hoffman, M., Helal, M., Ordorica, R., Lockhart, J. L. Continent colonic urinary reservoir (Florida pouch): long-term surgical complications (greater than 11 years). J Urol. 2003 Jan; 169: 174-6

**57720**  Teleman, P., Gunnarsson, M., Lidfeldt, J., Nerbrand, C., Samsioe, G., Mattiasson, A. Urodynamic characterisation of women with naive urinary incontinence: a population-based study in subjectively incontinent and healthy 53-63 years old women. Eur Urol. 2002 Dec; 42: 583-9

**57730**  Buchanan, R. J., Wang, S., Ju, H. Analyses of the minimum data set: comparisons of nursing home residents with multiple sclerosis to other nursing home residents. Mult Scler. 2002 Dec; 8: 512-22

**57740**  Skobejko-Wlodarska, L. Treatment of neuropathic urinary and faecal incontinence. Eur J Pediatr Surg. 2002 Oct; 12: 318-21

**57750**  Wall, L. L. Fitsari 'dan Duniya. An African (Hausa) praise song about vesicovaginal fistulas. Obstet Gynecol. 2002 Dec; 100: 1328-32

**57760**  Guarisi, T., Pinto-Neto, A. M., Herrmann, V., Faundes, A. Urodynamics in climacteric women with urinary incontinence: correlation with route of delivery. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 366-71; discussion 371

**57770**  Dmochowski, R. Outcomes and consequences: the therapeutic index redefined. Int Urogynecol J Pelvic Floor Dysfunct. 2002 Nov; 13: 341

**57780**  Buchanan, R. J., Choi, M., Wang, S., Huang, C. Analyses of nursing home residents in hospice care using the minimum data set. Palliat Med. 2002 Nov; 16: 465-80

**57790**  Gonzalez, R., Jednak, R., Franc-Guimond, J., Schimke, C. M. Treating neuropathic incontinence in children with seromuscular colocystoplasty and an artificial urinary sphincter. BJU Int. 2002 Dec; 90: 909-11

**57800**  Scheepens, W. A., Van Koeveringe, G. A., De Bie, R. A., Weil, E. H., Van Kerrebroeck, P. E. Long-term efficacy and safety results of the two-stage implantation technique in sacral neuromodulation. BJU Int. 2002 Dec; 90: 840-5

**57810**  Mingin, G. C., Nguyen, H. T., Mathias, R. S., Shepherd, J. A., Glidden, D., Baskin, L. S. Growth and metabolic consequences of bladder augmentation in children with myelomeningocele and bladder exstrophy. Pediatrics. 2002 Dec; 110: 1193-8

---

# American Urological Association, Inc.

## SUI Guidelines Panel

| | |
|---|---|
| 57820 | Neal, R., Linnane, J. Improving access to continence services: action in Walsall. Br J Community Nurs. 2002 Nov; 7: 567, 570-3 |
| 57830 | Zemack, G., Romner, B. Adjustable valves in normal-pressure hydrocephalus: a retrospective study of 218 patients. Neurosurgery. 2002 Dec; 51: 1392-400; discussion 1400-2 |
| 57840 | Sumathi, V. P., Murnaghan, M., Dobbs, S. P., McCluggage, W. G. Extragenital mullerian carcinosarcoma arising from the peritoneum: report of two cases. Int J Gynecol Cancer. 2002 Nov-Dec; 12: 764-7 |
| 57850 | Shimada, K., Matsumoto, F., Tohda, A., Harada, Y., Naitoh, Y. Surgical management of urinary incontinence in children with anatomical bladder-outlet obstruction. Int J Urol. 2002 Oct; 9: 561-6 |
| 57860 | Hoebeke, P., Renson, C., Petillon, L., Vande Walle, J., De Paepe, H. Percutaneous electrical nerve stimulation in children with therapy resistant nonneuropathic bladder sphincter dysfunction: a pilot study. J Urol. 2002 Dec; 168: 2605-7; discussion 2607-8 |
| 57870 | Bolduc, S., Capolicchio, G., Upadhyay, J., Bagli, D. J., Khoury, A. E., McLorie, G. A. The fate of the upper urinary tract in exstrophy. J Urol. 2002 Dec; 168: 2579-82; discussion 2582 |
| 57880 | St John, W., James, H., McKenzie, S. 'Oh, that's a bit of a nuisance': community-dwelling clients ' perspectives of urinary continence health service provision. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 312-9 |
| 57890 | Gray, M., Bliss, D. Z., Bookout, K., Colwell, J., Dutcher, J. A., Engberg, S., Evans, E., Jacobson, T., Scemons, D. Evidence-based nursing practice: a primer for the WOC nurse. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 283-6 |
| 57900 | Gallagher, S. Outcome research and WOC nursing practice. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 278-82 |
| 57910 | Hordienko, G., Smith, J. The Wound, Ostomy and Continence Nursing Conference--a Canadian perspective. J Wound Ostomy Continence Nurs. 2002 Nov; 29: 275 |
| 57920 | Bates, F. Assessment of the female patient with urinary incontinence. Urol Nurs. 2002 Oct; 22: 305-13, 317; quiz 314 |
| 57930 | Henderson, J. S. It's a given, I think. Urol Nurs. 2002 Oct; 22: 302, 342 |
| 57940 | Shaw, C. A systematic review of the literature on the prevalence of sexual impairment in women with urinary incontinence and the prevalence of urinary leakage during sexual activity. Eur Urol. 2002 Nov; 42: 432-40 |
| 57950 | Marshall, K., Walsh, D. M., Baxter, G. D. The effect of a first vaginal delivery on the integrity of the pelvic floor musculature. Clin Rehabil. 2002 Nov; 16: 795-9 |
| 57970 | Robinson, D., Cardozo, L. Overactive bladder in the female patient: the role of estrogens. Curr Urol Rep. 2002 Dec; 3: 452-7 |
| 57980 | Haeusler, G., Leitich, H., van Trotsenburg, M., Kaider, A., Tempfer, C. B. Drug therapy of urinary urge incontinence: a systematic review. Obstet Gynecol. 2002 Nov; 100: 1003-16 |
| 58000 | Birch, C., Fynes, M. M. The role of synthetic and biological prostheses in reconstructive pelvic floor surgery. Curr Opin Obstet Gynecol. 2002 Oct; 14: 527-35 |
| 58010 | Vodusek, D. B. The role of electrophysiology in the evaluation of incontinence and prolapse. Curr Opin Obstet Gynecol. 2002 Oct; 14: 509-14 |
| 58020 | Alewijnse, D., Mesters, I. E., Metsemakers, J. F., van den Borne, B. H. Program development for promoting adherence during and after exercise therapy for urinary incontinence. Patient Educ Couns. 2002 Oct -Nov; 48: 147-60 |
| 58070 | Urinary incontinence. Harv Mens Health Watch. 2002 Oct; 7: 6-7 |
| 58110 | Crawford, J. T., Adams, W. M. Influence of vestibulovaginal stenosis, pelvic bladder, and recessed vulva on response to treatment for clinical signs of lower urinary tract disease in dogs: 38 cases (1990-1999). J Am Vet Med Assoc. 2002 Oct 1; 221: 995-9 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

**SUI Guidelines Panel**

59012 Hannestad, Y. S., Lie, R. T., Rortveit, G., Hunskaar, S. Familial risk of urinary incontinence in women: population based cross sectional study. BMJ. 2004 Oct 16; 329: 889-91

59013 Hoyte, L., Jakab, M., Warfield, S. K., Shott, S., Flesh, G., Fielding, J. R. Levator ani thickness variations in symptomatic and asymptomatic women using magnetic resonance-based 3-dimensional color mapping. Am J Obstet Gynecol. 2004 Sep; 191: 856-61

59014 Nygaard, I. E., McCreery, R., Brubaker, L., Connolly, A., Cundiff, G., Weber, A. M., Zyczynski, H. Abdominal sacrocolpopexy: a comprehensive review. Obstet Gynecol. 2004 Oct; 104: 805-23

59015 Liang, C. C., Chang, Y. L., Chang, S. D., Lo, T. S., Soong, Y. K. Pessary test to predict postoperative urinary incontinence in women undergoing hysterectomy for prolapse. Obstet Gynecol. 2004 Oct; 104: 795-800

59016 Lo, T. S., Lee, S. J. Treatment of recurrent genuine stress incontinence by shortening previously implanted tension-free vaginal tape. Acta Obstet Gynecol Scand. 2004 Oct; 83: 1005-6

59017 Stach-Lempinen, B., Sintonen, H., Kujansuu, E. The relationship between clinical parameters and health-related quality of life as measured by the 15D in incontinent women before and after treatment. Acta Obstet Gynecol Scand. 2004 Oct; 83: 983-8

59018 Rohr, G., Kragstrup, J., Gaist, D., Christensen, K. Genetic and environmental influences on urinary incontinence: a Danish population-based twin study of middle-aged and elderly women. Acta Obstet Gynecol Scand. 2004 Oct; 83: 978-82

59019 Aukee, P., Immonen, P., Laaksonen, D. E., Laippala, P., Penttinen, J., Airaksinen, O. The effect of home biofeedback training on stress incontinence. Acta Obstet Gynecol Scand. 2004 Oct; 83: 973-7

59020 Rohr, G., Christensen, K., Ulstrup, K., Kragstrup, J. Reproducibility and validity of simple questions to identify urinary incontinence in elderly women. Acta Obstet Gynecol Scand. 2004 Oct; 83: 969-72

59021 Glavind, K., Tetsche, M. S. Sexual function in women before and after suburethral sling operation for stress urinary incontinence: a retrospective questionnaire study. Acta Obstet Gynecol Scand. 2004 Oct; 83: 965-8

59022 Tok, E. C., Ertunc, D., Dilek, U., Pata, O., Erdogan, O., Aydin, S. The prevalence of stress urinary incontinence among women operated on for abdominal wall hernias. Acta Obstet Gynecol Scand. 2004 Oct; 83: 962-4

59023 Mazouni, C., Karsenty, G., Bretelle, F., Bladou, F., Gamerre, M., Serment, G. Urinary complications and sexual function after the tension-free vaginal tape procedure. Acta Obstet Gynecol Scand. 2004 Oct; 83: 955-61

59024 de Tayrac, R., Gervaise, A., Chauveaud-Lambling, A., Fernandez, H. Combined genital prolapse repair reinforced with a polypropylene mesh and tension-free vaginal tape in women with genital prolapse and stress urinary incontinence: a retrospective case-control study with short-term follow-up. Acta Obstet Gynecol Scand. 2004 Oct; 83: 950-4

59025 Fritel, X., Fauconnier, A., Levet, C., Benifla, J. L. Stress urinary incontinence 4 years after the first delivery: a retrospective cohort survey. Acta Obstet Gynecol Scand. 2004 Oct; 83: 941-5

59026 Allahdin, S., McKinley, C. A., Mahmood, T. A. Tension free vaginal tape: a procedure for all ages. Acta Obstet Gynecol Scand. 2004 Oct; 83: 937-40

59027 Schytt, E., Lindmark, G., Waldenstrom, U. Symptoms of stress incontinence 1 year after childbirth: prevalence and predictors in a national Swedish sample. Acta Obstet Gynecol Scand. 2004 Oct; 83: 928-36

59028 Ertunc, D., Tok, E. C., Pata, O., Dilek, U., Ozdemir, G., Dilek, S. Is stress urinary incontinence a familial condition?. Acta Obstet Gynecol Scand. 2004 Oct; 83: 912-6

59029 Dietz, H. P., Mouritsen, L., Ellis, G., Wilson, P. D. How important is TVT location?. Acta Obstet Gynecol Scand. 2004 Oct; 83: 904-8

59030 Capar, M. A new retropubic suspension operation technique for transvaginal Burch operation, using newly developed equipment. Acta Obstet Gynecol Scand. 2004 Oct; 83: 898-903

59031 Nilsson, C. G. Introduction of a new surgical procedure for treatment of female urinary incontinence. Acta Obstet Gynecol Scand. 2004 Oct; 83: 877-80

**Appendix A6  Bibliography sorted by Procite Number**

**American Urological Association, Inc.**

SUI Guidelines Panel

59032   Shaw, M. B., Rink, R. C., Kaefer, M., Cain, M. P., Casale, A. J. Continence and classic bladder exstrophy treated with staged repair. J Urol. 2004 Oct; 172: 1450-3; discussion 1453

59033   Leng, W. W., Davies, B. J., Tarin, T., Sweeney, D. D., Chancellor, M. B. Delayed treatment of bladder outlet obstruction after sling surgery: association with irreversible bladder dysfunction. J Urol. 2004 Oct; 172: 1379-81

59034   Crivellaro, S., Smith, J. J., Kocjancic, E., Bresette, J. F. Transvaginal sling using acellular human dermal allograft: safety and efficacy in 253 patients. J Urol. 2004 Oct; 172: 1374-8

59035   Paick, J. S., Ku, J. H., Shin, J. W., Son, H., Oh, S. J., Kim, S. W. Tension-free vaginal tape procedure for urinary incontinence with low Valsalva leak point pressure. J Urol. 2004 Oct; 172: 1370-3

59036   Castillo, O. A., Bodden, E., Olivares, R. A., Urena, R. D. Intestinal perforation: an infrequent complication during insertion of tension-free vaginal tape. J Urol. 2004 Oct; 172: 1364

59037   Yuan, X., Mudge, B. J., Raezer, D. M. Small intestine erosion by artificial urinary sphincter reservoir tubing. J Urol. 2004 Oct; 172: 1363

59038   Hodroff, M., Portis, A., Siegel, S. W. Endoscopic removal of intravesical polypropylene sling with the holmium laser. J Urol. 2004 Oct; 172: 1361-2

59039   Kalota, S. J. Small intestinal submucosa tension-free sling: postoperative inflammatory reactions and additional data. J Urol. 2004 Oct; 172: 1349-50

59040   Ghosh, T., Banfield, P. J., Klazinga, D. A. An unusual complication of tension-free vaginal tape procedure: recurrent anterior vaginal wall abscess and sinus formation. J Obstet Gynaecol. 2004 Aug; 24: 590-1

59041   Barrington, J. W., Abdel-Fattah, M., Arunkalaivanan, A. S., Austin, S., Isaacs, J. Longitudinal study of Pelvicol pubovaginal slings using magnetic resonance imaging. J Obstet Gynaecol. 2004 Aug; 24: 542-6

59042   Allahdin, S., McKinley, C., Mahmood, T. A., Lyth, D. Tension-free vaginal tape: 162 cases in a district general hospital. J Obstet Gynaecol. 2004 Aug; 24: 539-41

59043   Price, N., Jackson, S. R. Clinical audit of the use of tension-free vaginal tape as a surgical treatment for urinary stress incontinence, set against NICE guidelines. J Obstet Gynaecol. 2004 Aug; 24: 534-8

59044   Bai, S. W., Kim, B. J., Kim, S. K., Park, K. H. Comparison of outcomes between Burch colposuspension with and without concomitant abdominal hysterectomy. Yonsei Med J. 2004 Aug 31; 45: 665-70

59045   Handa, V. L., Harvey, L., Fox, H. E., Kjerulff, K. H. Parity and route of delivery: does cesarean delivery reduce bladder symptoms later in life?. Am J Obstet Gynecol. 2004 Aug; 191: 463-9

59046   Jordan, O., Doelker, E., Defabiani, N., Caviezel, A., Iselin, C. Novel injectable urethral bulking agents for the treatment of urinary incontinence. J Mater Sci Mater Med. 2004 Apr; 15: 519-22

59047   Ankardal, M., Ekerydh, A., Crafoord, K., Milsom, I., Stjerndahl, J. H., Engh, M. E. A randomised trial comparing open Burch colposuspension using sutures with laparoscopic colposuspension using mesh and staples in women with stress urinary incontinence. BJOG. 2004 Sep; 111: 974-81

59048   Atala, A. What's new in urology. J Am Coll Surg. 2004 Sep; 199: 446-61

59049   Groen, J., Bosch, J. L. Bladder contraction strength parameters poorly predict the necessity of long-term catheterization after a pubovaginal rectus fascial sling procedure. J Urol. 2004 Sep; 172: 1006-9

59050   Paick, J. S., Ku, J. H., Kim, S. W., Oh, S. J., Son, H., Shin, J. W. Tension-free vaginal tape procedure for the treatment of mixed urinary incontinence: significance of maximal urethral closure pressure. J Urol. 2004 Sep; 172: 1001-5

59051   Tsivian, A., Mogutin, B., Kessler, O., Korczak, D., Levin, S., Sidi, A. A. Tension-free vaginal tape procedure for the treatment of female stress urinary incontinence: long-term results. J Urol. 2004 Sep; 172: 998-1000

59052   Kocjancic, E., Tarrano, E., Panella, M., Crivellaro, S., Smith, J. J., 3rd, Maso, G., Favro, M., Ceratti, G., Gontero, P., Frea, B. Evaluation of minimally invasive analysis system for cough leak point pressure measurement. J Urol. 2004 Sep; 172: 994-7

# American Urological Association, Inc.

## SUI Guidelines Panel

**59053**  Patry, G., Bolduc, S., Martineau, G., Fortin, D. Colovaginal fistula: an unusual complication of the tension-free vaginal tape procedure. J Urol. 2004 Sep; 172: 972-3

**59054**  Kielb, S. J., Clemens, J. Q. Endoscopic excision of intravesical tension-free vaginal tape with laparoscopic instrument assistance. J Urol. 2004 Sep; 172: 971

**59055**  Davila, G. W., Guerette, N. Current treatment options for female urinary incontinence--a review. Int J Fertil Womens Med. 2004 May-Jun; 49: 102-12

**59056**  Rogers, R. G., Kammerer-Doak, D., Darrow, A., Murray, K., Olsen, A., Barber, M., Qualls, C. Sexual function after surgery for stress urinary incontinence and/or pelvic organ prolapse: a multicenter prospective study. Am J Obstet Gynecol. 2004 Jul; 191: 206-10

**59057**  Yalcin, I., Bump, R. C. The effect of previous treatment experience and incontinence severity on the placebo response of stress urinary incontinence. Am J Obstet Gynecol. 2004 Jul; 191: 194-7

**59058**  Rogers, R. G., Kammerer-Doak, D., Olsen, A., Thompson, P. K., Walters, M. D., Lukacz, E. S., Qualls, C. A randomized, double-blind, placebo-controlled comparison of the effect of nitrofurantoin monohydrate macrocrystals on the development of urinary tract infections after surgery for pelvic organ prolapse and/or stress urinary incontinence with suprapubic c. Am J Obstet Gynecol. 2004 Jul; 191: 182-7

**59059**  Davis, T. L., Lukacz, E. S., Luber, K. M., Nager, C. W. Determinants of patient satisfaction after the tension-free vaginal tape procedure. Am J Obstet Gynecol. 2004 Jul; 191: 176-81

**59060**  Dietz, H. P., Eldridge, A., Grace, M., Clarke, B. Pelvic organ descent in young nulligravid women. Am J Obstet Gynecol. 2004 Jul; 191: 95-9

**59061**  de Tayrac, R., Chevalier, N., Chauveaud-Lambling, A., Gervaise, A., Fernandez, H. Risk of urge and stress urinary incontinence at long-term follow-up after vaginal hysterectomy. Am J Obstet Gynecol. 2004 Jul; 191: 90-4

**59062**  Brookes, S. T., Donovan, J. L., Wright, M., Jackson, S., Abrams, P. A scored form of the Bristol Female Lower Urinary Tract Symptoms questionnaire: data from a randomized controlled trial of surgery for women with stress incontinence. Am J Obstet Gynecol. 2004 Jul; 191: 73-82

**59063**  Ugboma, H. A., Okpani, A. O., Anya, S. E. Genital prolapse in Port Harcourt, Nigeria. Niger J Med. 2004 Apr-Jun; 13: 124-9

**59064**  Jackson, R. A., Vittinghoff, E., Kanaya, A. M., Miles, T. P., Resnick, H. E., Kritchevsky, S. B., Simonsick, E. M., Brown, J. S. Urinary incontinence in elderly women: findings from the Health, Aging, and Body Composition Study. Obstet Gynecol. 2004 Aug; 104: 301-7

**59065**  Trospium chloride (Sanctura): another anticholinergic for overactive bladder. Med Lett Drugs Ther. 2004 Aug 2; 46: 63-4

**59066**  Viereck, V., Bader, W., Skala, C., Gauruder-Burmester, A., Emons, G., Hilgers, R., Krauss, T. Determination of bladder neck position by intraoperative introital ultrasound in colposuspension: outcome at 6-month follow-up. Ultrasound Obstet Gynecol. 2004 Aug; 24: 186-91

**59067**  Fisher, K., Riolo, L. What is the evidence regarding specific methods of pelvic floor exercise for a patient with urinary stress incontinence and mild anterior wall prolapse?. Phys Ther. 2004 Aug; 84: 744-53

**59068**  Gaining control of urinary stress incontinence. Johns Hopkins Med Lett Health After 50. 2004 Aug; 17: 3, 7

**59069**  Karantanis, E., Fynes, M. M., Stanton, S. L. The tension-free vaginal tape in older women. BJOG. 2004 Aug; 111: 837-41

**59070**  But, I. Re: Surgical intervention for complications of the tension-free vaginal tape procedure. J Urol. 2004 Aug; 172: 777

**59071**  Kumar, V., Chapple, C. C., Chess-Williams, R. Characteristics of adenosine triphosphatase release from porcine and human normal bladder. J Urol. 2004 Aug; 172: 744-7

**59072**  Michel, M. C., de la Rosette, J. J., Piro, M., Goepel, M. Does concomitant stress incontinence alter the efficacy of tolterodine in patients with overactive bladder?. J Urol. 2004 Aug; 172: 601-4

# American Urological Association, Inc.

**SUI Guidelines Panel**

---

59073  Subasi, M., Arslan, H., Necmioglu, S., Onen, A., Ozen, S., Kaya, M. Long-term outcomes of conservatively treated paediatric pelvic fractures. Injury. 2004 Aug; 35: 771-81

59074  Avery, J. C., Gill, T. K., MacLennan, A. H., Chittleborough, C. R., Grant, J. F., Taylor, A. W. The impact of incontinence on health-related quality of life in a South Australian population sample. Aust N Z J Public Health. 2004 Apr; 28: 173-9

59075  Bardsley, A. Key trends in the management and treatment of stress urinary incontinence. Prof Nurse. 2004 Jun; 19: 30-2

59076  Valpas, A., Kivela, A., Penttinen, J., Kujansuu, E., Haarala, M., Nilsson, C. G. Tension-free vaginal tape and laparoscopic mesh colposuspension for stress urinary incontinence. Obstet Gynecol. 2004 Jul; 104: 42-9

59077  Bader, A. A., Tamussino, K. F., Winter, R. Placement of a retropubic drain with the tension-free vaginal tape operation. Eur J Obstet Gynecol Reprod Biol. 2004 Jul 15; 115: 101-3

59078  Zubke, W., Becker, S., Kramer, B., Wallwiener, D. Persistent urinary retention after tension-free vaginal tape: a new surgical solution. Eur J Obstet Gynecol Reprod Biol. 2004 Jul 15; 115: 95-8

59079  Yan, A., Anne, M., Karine, A., Vanessa, F., Christophe, P., Anne, T., Patrick, M. Cystocele repair by a synthetic vaginal mesh secured anteriorly through the obturator foramen. Eur J Obstet Gynecol Reprod Biol. 2004 Jul 15; 115: 90-4

59080  Dorairajan, L. N., Gupta, H., Kumar, S. Pelvic fracture-associated urethral injuries in girls: experience with primary repair. BJU Int. 2004 Jul; 94: 134-6

59081  Abouassaly, R., Steinberg, J. R., Lemieux, M., Marois, C., Gilchrist, L. I., Bourque, J. L., Tu le, M., Corcos, J. Complications of tension-free vaginal tape surgery: a multi-institutional review. BJU Int. 2004 Jul; 94: 110-3

59082  Nissenkorn, I., Shalev, M., Radziszewski, P., Dobronski, P., Borkowski, A., De Jong, P. R. Patient-adjusted intermittent electrostimulation for treating stress and urge urinary incontinence. BJU Int. 2004 Jul; 94: 105-9

59083  Thaweekul, Y., Bunyavejchevin, S., Wisawasukmongchol, W., Santingamkun, A. Long term results of anterior colporrhaphy with Kelly plication for the treatment of stress urinary incontinence. J Med Assoc Thai. 2004 Apr; 87: 357-60

59084  Berkowitz, L. R. Case records of the Massachusetts General Hospital. Weekly clinicopathological exercises. Case 20-2004. A 46-year-old woman with pelvic-floor relaxation after a second vaginal delivery. N Engl J Med. 2004 Jun 24; 350: 2699-706

59085  El-Toukhy, T. A., Hefni, M., Davies, A., Mahadevan, S. The effect of different types of hysterectomy on urinary and sexual functions: a prospective study. J Obstet Gynaecol. 2004 Jun; 24: 420-5

59086  Cronje, H. S., De Beer, J. A., Bam, R. The pathophysiology of an enterocele and its management. J Obstet Gynaecol. 2004 Jun; 24: 408-13

59087  Wilson, S., Quek, M. L., Ginsberg, D. A. Transurethral injection of bulking agents for stress urinary incontinence following orthotopic neobladder reconstruction in women. J Urol. 2004 Jul; 172: 244-6

59088  Meltomaa, S., Backman, T., Haarala, M. Concomitant vaginal surgery did not affect outcome of the tension-free vaginal tape operation during a prospective 3-year followup study. J Urol. 2004 Jul; 172: 222-6

59089  Quek, M. L., Ginsberg, D. A., Wilson, S., Skinner, E. C., Stein, J. P., Skinner, D. G. Pubovaginal slings for stress urinary incontinence following radical cystectomy and orthotopic neobladder reconstruction in women. J Urol. 2004 Jul; 172: 219-21

59090  Rodriguez, L. V., de Almeida, F., Dorey, F., Raz, S. Does Valsalva leak point pressure predict outcome after the distal urethral polypropylene sling? Role of urodynamics in the sling era. J Urol. 2004 Jul; 172: 210-4

59091  Tunuguntla, H. S., Gousse, A. E. Missed bilateral bladder perforation during pubovaginal sling procedure. J Urol. 2004 Jul; 172: 189-90

59092  Thor, K. B., Donatucci, C. Central nervous system control of the lower urinary tract: new pharmacological approaches to stress urinary incontinence in women. J Urol. 2004 Jul; 172: 27-33

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# American Urological Association, Inc.

## SUI Guidelines Panel

**Master Bibliography**
**sorted by Procite Number**

| | |
|---|---|
| 59093 | Davila, G. W., Stanford, E., Korn, A. Prospective trial of gasless laparoscopic Burch colposuspension using conventional surgical instruments. J Am Assoc Gynecol Laparosc. 2004 May; 11: 197-203 |
| 59094 | Teleman, P. M., Lidfeldt, J., Nerbrand, C., Samsioe, G., Mattiasson, A. Overactive bladder: prevalence, risk factors and relation to stress incontinence in middle-aged women. BJOG. 2004 Jun; 111: 600-4 |
| 59095 | Chaliha, C., Digesu, A., Hutchings, A., Soligo, M., Khullar, V. Caesarean section is protective against stress urinary incontinence: an analysis of women with multiple deliveries. BJOG. 2004 Jul; 111: 754-5 |
| 59096 | Gray, M. Stress urinary incontinence in women. J Am Acad Nurse Pract. 2004 May; 16: 188-90, 192-7 |
| 59097 | Leboeuf, L., Mendez, L. E., Gousse, A. E. Small bowel obstruction associated with tension-free vaginal tape. Urology. 2004 Jun; 63: 1182-4 |
| 59098 | Comiter, C. V., Colegrove, P. M. High rate of vaginal extrusion of silicone-coated polyester sling. Urology. 2004 Jun; 63: 1066-70 |
| 59099 | Kuhn, A. Re: de Leval J. Novel surgical technique for the treatment of female stress urinary incontinence: transobturator vaginal tape inside-out. Eur Urol 2003;44:724-30. Eur Urol. 2004 Jul; 46: 136 |
| 59100 | Delmas, V. Re: de Leval J. Novel surgical technique for the treatment of female stress urinary incontinence: transobturator vaginal tape inside-out. Eur Urol 2003;44:724-30. Eur Urol. 2004 Jul; 46: 134 |
| 59101 | Costa, P., Grise, P., Droupy, S., Monneins, F., Assenmacher, C., Ballanger, P., Hermieu, J. F., Delmas, V., Boccon-Gibod, L., Ortuno, C. Surgical treatment of female stress urinary incontinence with a trans-obturator-tape (T.O.T.) Uratape: short term results of a prospective multicentric study. Eur Urol. 2004 Jul; 46: 102-6; discussion 106-7 |
| 59102 | Hampel, C., Artibani, W., Espuna Pons, M., Haab, F., Jackson, S., Romero, J., Gavart, S., Papanicolaou, S. Understanding the burden of stress urinary incontinence in Europe: a qualitative review of the literature. Eur Urol. 2004 Jul; 46: 15-27 |
| 59104 | Haslam, J. The prevalence of stress urinary incontinence in women. Nurs Times. 2004 May 18; 100: 71-3 |
| 59105 | Herrmann, V., Arya, L. A., Myers, D. L., Jackson, N. D., Palma, P. C., Riccetto, C. L. Urethral resistance measurement: a new method for evaluation of stress urinary incontinence in women. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 208-11 |
| 59106 | Sun, M. J., Chang, S. Y., Lin, K. C., Chen, G. D. Is an indwelling catheter necessary for bladder drainage after modified Burch colposuspension?. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 203-7 |
| 59107 | Feldner, P. C., Jr, Bezerra, L. R., de Castro, R. A., Sartori, M. G., Baracat, E. C., de Lima, G. R., Girao, M. J. Correlation between valsalva leak point pressure and maximal urethral closure pressure in women with stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 194-7 |
| 59108 | Cetinel, B., Demirkesen, O., Onal, B., Akkus, E., Alan, C., Can, G. Are there any factors predicting the cure and complication rates of tension-free vaginal tape?. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 188-93 |
| 59109 | Minassian, V. A., Al-Badr, A., Drutz, H. P., Lovatsis, D. Tension-free vaginal tape, Burch, and slings: are there predictors for early postoperative voiding dysfunction?. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 183-7 |
| 59110 | Glavind, K., Sander, P. Erosion, defective healing and extrusion after tension-free urethropexy for the treatment of stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 179-82 |
| 59111 | Kinchen, K. S., Long, S., Orsini, L., Crown, W., Bump, R. C. Healthcare utilization among women who undergo surgery for stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 154-9 |
| 59112 | Eliasson, K., Nordlander, I., Mattsson, E., Larson, B., Hammarstrom, M. Prevalence of urinary leakage in nulliparous women with respect to physical activity and micturition habits. Int Urogynecol J Pelvic Floor Dysfunct. 2004 May-Jun; 15: 149-53 |
| 59113 | Dallosso, H., Matthews, R., McGrother, C., Donaldson, M. Diet as a risk factor for the development of stress urinary incontinence: a longitudinal study in women. Eur J Clin Nutr. 2004 Jun; 58: 920-6 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

| | |
|---|---|
| 59114 | Harmanli, O. H., Dandolu, V., Chatwani, A. J. Collagen content as a risk factor for urinary incontinence. JAMA. 2004 May 26; 291: 2431-2 |
| 59115 | Klauser, A., Frauscher, F., Strasser, H., Helweg, G., Kolle, D., Strohmeyer, D., Stenzl, A., zur Nedden, D. Age-related rhabdosphincter function in female urinary stress incontinence: assessment of intraurethral sonography. J Ultrasound Med. 2004 May; 23: 631-7; quiz 638-9 |
| 59116 | Bergman, J., Robertson, J. R., Elia, G. Effects of a magnetic field on pelvic floor muscle function in women with stress urinary incontinence. Altern Ther Health Med. 2004 May-Jun; 10: 70-2 |
| 59117 | Heidrich, S. M., Wells, T. J. Effects of urinary incontinence: psychological well-being and distress in older community-dwelling women. J Gerontol Nurs. 2004 May; 30: 47-54 |
| 59118 | Wein, A. J. A randomized crossover study to evaluate Ro 115-1240, a selective alpha-adrenoceptor partial agonist in women with stress urinary incontinence. BJU Int. 2004 May; 93: 1115 |
| 59119 | Van Kerrebroeck, P. Duloxetine: an innovative approach for treating stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 31-7 |
| 59120 | Michel, M. C., Peters, S. L. Role of serotonin and noradrenaline in stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 23-30 |
| 59121 | Viktrup, L., Summers, K. H., Dennett, S. L. Clinical practice guidelines for the initial management of urinary incontinence in women: a European-focused review. BJU Int. 2004 Jul; 94 Suppl 1: 14-22 |
| 59122 | Pesce, F. Current management of stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 8-13 |
| 59123 | Radley, S. C. Differential diagnosis of stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 4-7 |
| 59124 | Cardozo, L. New developments in the management of stress urinary incontinence. BJU Int. 2004 Jul; 94 Suppl 1: 1-3 |
| 59125 | Benedetti-Panici, P., Zullo, M. A., Plotti, F., Manci, N., Muzii, L., Angioli, R. Long-term bladder function in patients with locally advanced cervical carcinoma treated with neoadjuvant chemotherapy and type 3-4 radical hysterectomy. Cancer. 2004 May 15; 100: 2110-7 |
| 59126 | Schick, E., Bertrand, P. E., DuPont, C., Jolivet-Tremblay, M., Tessier, J. Urethral incompetence: an update with special reference to residual maximal urethral closure pressure. Urology. 2004 May; 63: 811-4 |
| 59127 | Osmonov, D. K., Portillo, F. J. Re: functional and neuroanatomical effects of vaginal distention and pudendal nerve crush in the female rat. J Urol. 2004 Jun; 171: 2388; author reply 2388-9 |
| 59128 | Abramov, Y., Sand, P. K., Gandhi, S., Botros-Brey, S., Goldberg, R. P. Chronic pelvic actinomycosis following a bone anchored sling procedure. J Urol. 2004 Jun; 171: 2381 |
| 59129 | Yalcin, I., Versi, E., Benson, J. T., Schafer, W., Bump, R. C. Validation of a clinical algorithm to diagnose stress urinary incontinence for large studies. J Urol. 2004 Jun; 171: 2321-5 |
| 59130 | Mydlo, J. H. The impact of obesity in urology. Urol Clin North Am. 2004 May; 31: 275-87 |
| 59131 | Wai, C. Y., Corton, M. M., Miller, M., Sailors, J., Schaffer, J. I. Multiple vaginal wall cysts: diagnosis and surgical management. Obstet Gynecol. 2004 May; 103: 1099-102 |
| 59132 | Learman, L. A., Summitt, R. L., Jr, Varner, R. E., Richter, H. E., Lin, F., Ireland, C. C., Kuppermann, M., Vittinghoff, E., Showstack, J., Washington, A. E., Hulley, S. B. Hysterectomy versus expanded medical treatment for abnormal uterine bleeding: clinical outcomes in the medicine or surgery trial. Obstet Gynecol. 2004 May; 103: 824-33 |
| 59133 | Bai, S. W., Lee, J. W., Shin, J. S., Park, J. H., Kim, S. K., Park, K. H. The predictive values of various parameters in the diagnosis of stress urinary incontinence. Yonsei Med J. 2004 Apr 30; 45: 287-92 |
| 59134 | Ellerkmann, R. M., McBride, A. W., Dunn, J. S., Bent, A. E., Blomquist, J. L., Kummer, L. G., Melick, C. F. A comparison of anticipatory and postprocedure pain perception in patients who undergo urodynamic procedures. Am J Obstet Gynecol. 2004 Apr; 190: 1034-8 |

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**Appendix A6 Bibliography sorted by Procite Number**

# American Urological Association, Inc.

## SUI Guidelines Panel

59135    Baessler, K., Stanton, S. L. Does Burch colposuspension cure coital incontinence?. Am J Obstet Gynecol. 2004 Apr; 190: 1030-3

59136    Clemons, J. L., Aguilar, V. C., Tillinghast, T. A., Jackson, N. D., Myers, D. L. Patient satisfaction and changes in prolapse and urinary symptoms in women who were fitted successfully with a pessary for pelvic organ prolapse. Am J Obstet Gynecol. 2004 Apr; 190: 1025-9

59137    Kamo, I., Cannon, T. W., Conway, D. A., Torimoto, K., Chancellor, M. B., de Groat, W. C., Yoshimura, N. The role of bladder-to-urethral reflexes in urinary continence mechanisms in rats. Am J Physiol Renal Physiol. 2004 Sep; 287: F434-41

59138    Del Rio, C., Sanchez-Santos, R., Oreja, V., De Oca, J., Biondo, S., Pares, D., Osorio, A., Marti-Rague, J., Jaurrieta, E. Long-term urinary dysfunction after rectal cancer surgery. Colorectal Dis. 2004 May; 6: 198-202

59139    Dietz, H. P., Ellis, G., Wilson, P. D., Herbison, P. Voiding function after tension-free vaginal tape: a longitudinal study. Aust N Z J Obstet Gynaecol. 2004 Apr; 44: 152-5

59140    Salonia, A., Zanni, G., Nappi, R. E., Briganti, A., Deho, F., Fabbri, F., Colombo, R., Guazzoni, G., Di Girolamo, V., Rigatti, P., Montorsi, F. Sexual dysfunction is common in women with lower urinary tract symptoms and urinary incontinence: results of a cross-sectional study. Eur Urol. 2004 May; 45: 642-8; discussion 648

59141    Knight, G. E., Burnstock, G. The effect of pregnancy and the oestrus cycle on purinergic and cholinergic responses of the rat urinary bladder. Neuropharmacology. 2004 Jun; 46: 1049-56

59144    Goldberg, R. P., Tchetgen, M. B., Sand, P. K., Koduri, S., Rackley, R., Appell, R., Culligan, P. J. Incidence of pubic osteomyelitis after bladder neck suspension using bone anchors. Urology. 2004 Apr; 63: 704-8

59145    Huang, W. C., Yang, J. M. Anatomic comparison between laparoscopic and open Burch colposuspension for primary stress urinary incontinence. Urology. 2004 Apr; 63: 676-81; discussion 681

59146    Lo, T. S., Horng, S. G., Liang, C. C., Lee, S. J., Soong, Y. K. Ultrasound assessment of mid-urethra tape at three-year follow-up after tension-free vaginal tape procedure. Urology. 2004 Apr; 63: 671-5

59147    Carey, J. M., Leach, G. E. Transvaginal surgery in the octogenarian using cadaveric fascia for pelvic prolapse and stress incontinence: minimal one-year results compared to younger patients. Urology. 2004 Apr; 63: 665-70

59150    Manikandan, R., Kujawa, M., Pearson, E., O'Reilly, P. H., Brown, S. C. Results of the tension-free vaginal tape procedure for stress incontinence: patient's perspective. Int J Urol. 2004 Apr; 11: 206-12

59151    Ballagh, S. A. Vaginal hormone therapy for urogenital and menopausal symptoms. Semin Reprod Med. 2005 May; 23: 126-40

59152    Gurbuz, A., Karateke, A., Kabaca, C. Enuresis in childhood, and urinary and fecal incontinence in adult life: do they share a common cause?. BJU Int. 2005 May; 95: 1058-62

59153    Nesrallah, L. J., Almeida, F. G., Dall'oglio, M. F., Nesrallah, A. J., Srougi, M. Experience with the orthotopic ileal neobladder in women: a mid-term follow-up. BJU Int. 2005 May; 95: 1045-7

59154    Sakakibara, R., Ito, T., Uchiyama, T., Asahina, M., Liu, Z., Yamamoto, T., Yamanaka, Y., Hattori, T. Lower urinary tract function in dementia of Lewy body type. J Neurol Neurosurg Psychiatry. 2005 May; 76: 729-32

59155    Hijaz, A., Bena, J., Daneshgari, F. Long-term efficacy of a vaginal sling procedure in a rat model of stress urinary incontinence. J Urol. 2005 May; 173: 1817-9

59156    Ghoniem, G. M., Van Leeuwen, J. S., Elser, D. M., Freeman, R. M., Zhao, Y. D., Yalcin, I., Bump, R. C. A randomized controlled trial of duloxetine alone, pelvic floor muscle training alone, combined treatment and no active treatment in women with stress urinary incontinence. J Urol. 2005 May; 173: 1647-53

59157    Domingo, S., Alama, P., Ruiz, N., Perales, A., Pellicer, A. Diagnosis, management and prognosis of vaginal erosion after transobturator suburethral tape procedure using a nonwoven thermally bonded polypropylene mesh. J Urol. 2005 May; 173: 1627-30

59158    Sun, M. J., Chen, G. D., Chang, S. Y., Lin, K. C., Chen, S. Y. Prevalence of lower urinary tract symptoms during pregnancy in Taiwan. J Formos Med Assoc. 2005 Mar; 104: 185-9

59159    Pelvic floor exercise can reduce stress incontinence. Health News. 2005 Apr; 11: 11

**American Urological Association, Inc.**

SUI Guidelines Panel

59160    Giri, S. K., Drumm, J., Saunders, J. A., McDonald, J., Flood, H. D. Day-case sling surgery for stress urinary incontinence: feasibility and safety. BJU Int. 2005 Apr; 95: 827-32

59161    Bradshaw, H. D., Radley, S. C., Rosario, D. J., Chapple, C. R. Towards a better understanding of involuntary detrusor activity. BJU Int. 2005 Apr; 95: 799-803

59162    McIntosh, L. The role of the nurse in the use of vaginal pessaries to treat pelvic organ prolapse and/or urinary incontinence: a literature review. Urol Nurs. 2005 Feb; 25: 41-8

59163    Hamzeh, R., Oligbo, N. Tension-free tape procedure for a woman with a transplanted kidney. BJOG. 2005 Apr; 112: 508

59164    Costantini, S., Mistrangelo, E., Francioso, R., Valenzano Menada, M., Risso, D., Lantieri, P. Vaginal versus transabdominal hysterectomy: is mode of hysterectomy to influence pelvic statics or is pelvic statics to influence mode of hysterectomy?. Acta Obstet Gynecol Scand. 2005 Apr; 84: 376-9

59165    Shafik, A. Re: Functional and neuroanatomical effects of vaginal distention and pudendal nerve crush in the female rat. J Urol. 2005 Apr; 173: 1436; author reply 1436

59166    Reid, S. V., Parys, B. T. Long-term 5-year followup of the results of the vesica procedure. J Urol. 2005 Apr; 173: 1234-6

59167    Frederick, R. W., Leach, G. E. Cadaveric prolapse repair with sling: intermediate outcomes with 6 months to 5 years of followup. J Urol. 2005 Apr; 173: 1229-33

59168    Bonnet, P., Waltregny, D., Reul, O., de Leval, J. Transobturator vaginal tape inside out for the surgical treatment of female stress urinary incontinence: anatomical considerations. J Urol. 2005 Apr; 173: 1223-8

59169    Latini, J. M., Zimmerman, M. B., Kreder, K. J., Jr Association between valsalva and cough leak point pressures and pelvic organ prolapse quantification in women with stress incontinence. J Urol. 2005 Apr; 173: 1219-22

59170    Kuo, H. C. Long-term surgical results of pubovaginal sling procedure using polypropylene mesh in the treatment of stress urinary incontinence. Urol Int. 2005; 74: 147-52

59171    Hendrix, S. L., Cochrane, B. B., Nygaard, I. E., Handa, V. L., Barnabei, V. M., Iglesia, C., Aragaki, A., Naughton, M. J., Wallace, R. B., McNeeley, S. G. Effects of estrogen with and without progestin on urinary incontinence. JAMA. 2005 Feb 23; 293: 935-48

59172    Schweitzer, K. J., Vierhout, M. E., Milani, A. L. Surgery for pelvic organ prolapse in women of 80 years of age and older. Acta Obstet Gynecol Scand. 2005 Mar; 84: 286-9

59173    Bafghi, A., Benizri, E. I., Trastour, C., Benizri, E. J., Michiels, J. F., Bongain, A. Multifilament polypropylene mesh for urinary incontinence: 10 cases of infections requiring removal of the sling. BJOG. 2005 Mar; 112: 376-8

59174    Dietz, H. P., Hansell, N. K., Grace, M. E., Eldridge, A. M., Clarke, B., Martin, N. G. Bladder neck mobility is a heritable trait. BJOG. 2005 Mar; 112: 334-9

59175    Zullo, M. A., Plotti, F., Bellati, F., Muzii, L., Angioli, R., Panici, P. B. Transurethral polydimethylsiloxane implantation: a valid option for the treatment of stress urinary incontinence due to intrinsic sphincter deficiency without urethral hypermobility. J Urol. 2005 Mar; 173: 898-902

59176    Lin, A. T., Wang, S. J., Chen, K. K., Chang, L. S. In vivo tension sustained by fascial sling in pubovaginal sling surgery for female stress urinary incontinence. J Urol. 2005 Mar; 173: 894-7

59177    Kim, J. The development and evaluation of an incontinence intervention program for the elderly women at elderly welfare center. Taehan Kanho Hakhoe Chi. 2004 Dec; 34: 1427-33

59178    Weiss, B. D. Selecting medications for the treatment of urinary incontinence. Am Fam Physician. 2005 Jan 15; 71: 315-22

59179    Murphy, M., Culligan, P. J., Arce, C. M., Graham, C. A., Blackwell, L., Heit, M. H. Is the cough-stress test necessary when placing the tension-free vaginal tape?. Obstet Gynecol. 2005 Feb; 105: 319-24

59180    Palma, P. C., Dambros, M., Riccetto, C. Z., Thiel, M., Netto, N. R., Jr The Ibero-American experience with a re-adjustable minimally invasive sling. BJU Int. 2005 Feb; 95: 341-5

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**59181** Chapple, C. R., Wein, A. J., Artibani, W., Brubaker, L., Haab, F., Heesakkers, J. P., Lightner, D. A critical review of diagnostic criteria for evaluating patients with symptomatic stress urinary incontinence. BJU Int. 2005 Feb; 95: 327-34

**59182** Viktrup, L., Koke, S., Burgio, K. L., Ouslander, J. G. Stress urinary incontinence in active elderly women. South Med J. 2005 Jan; 98: 79-89

**59183** McVeigh, C. Perimenopause: more than hot flushes and night sweats for some Australian women. J Obstet Gynecol Neonatal Nurs. 2005 Jan-Feb; 34: 21-7

**59184** Bradley, C. S., Rovner, E. S., Morgan, M. A., Berlin, M., Novi, J. M., Shea, J. A., Arya, L. A. A new questionnaire for urinary incontinence diagnosis in women: development and testing. Am J Obstet Gynecol. 2005 Jan; 192: 66-73

**59185** Chaliha, C., Digesu, G. A., Hutchings, A., Khullar, V. Changes in urethral function with bladder filling in the presence of urodynamic stress incontinence and detrusor overactivity. Am J Obstet Gynecol. 2005 Jan; 192: 60-5

**59186** Kenton, K., Fitzgerald, M. P., Brubaker, L. Striated urethral sphincter activity does not alter urethral pressure during filling cystometry. Am J Obstet Gynecol. 2005 Jan; 192: 55-9

**59187** Abdel-Hady,, el-S, Constantine, G. Outcome of the use of tension-free vaginal tape in women with mixed urinary incontinence, previous failed surgery, or low valsalva pressure. J Obstet Gynaecol Res. 2005 Feb; 31: 38-42

**59188** Dubravica, M., Demarin, V. Electromyographic study of the anal sphincter in women. Coll Antropol. 2004 Dec; 28: 769-74

**59189** Qiu, Y., DU, C., Shen, X. Transurethral resection in women with lower urinary tract symptoms. Int J Urol. 2004 Dec; 11: 1097-103

**59190** Milani, R., Salvatore, S., Soligo, M., Pifarotti, P., Meschia, M., Cortese, M. Functional and anatomical outcome of anterior and posterior vaginal prolapse repair with prolene mesh. BJOG. 2005 Jan; 112: 107-11

**59191** Ramsay, I. N. The treatment of stress incontinence--is there a role for laparoscopy?. BJOG. 2004 Dec; 111 Suppl 1: 49-52

**59192** Bombieri, L. Is there a role for colposuspension?. BJOG. 2004 Dec; 111 Suppl 1: 46-8

**59193** Stanton, S. L. Mid-urethral tapes: which? Review of available commercial mid-urethral tapes for the correction of stress incontinence. BJOG. 2004 Dec; 111 Suppl 1: 41-5

**59194** Robinson, D., Cardozo, L. Oestrogens and the lower urinary tract. BJOG. 2004 Dec; 111 Suppl 1: 10-4

**59195** Hilton, P., Dolan, L. M. Pathophysiology of urinary incontinence and pelvic organ prolapse. BJOG. 2004 Dec; 111 Suppl 1: 5-9

**59196** Rodriguez, L. V., Chen, S., Jack, G. S., de Almeida, F., Lee, K. W., Zhang, R. New objective measures to quantify stress urinary incontinence in a novel durable animal model of intrinsic sphincter deficiency. Am J Physiol Regul Integr Comp Physiol. 2005 May; 288: R1332-8

**59197** Lara, M. D., Kothari, S. N., Sugerman, H. J. Surgical management of obesity: a review of the evidence relating to the health benefits and risks. Treat Endocrinol. 2005; 4: 55-64

**59198** Dietz, H. P., Haylen, B. T. Symptoms of voiding dysfunction: what do they really mean?. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 52-5; discussion 55

**59199** Dietz, H. P., Wilson, P. D. Laparoscopic colposuspension versus urethropexy: a case-control series. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 15-8; discussion 18

**59200** Chan, L. W., Tse, V. W. Unrecognized bladder perforation while placing a suburethral synthetic sling: a minimally invasive technique for removing an intravesical sling segment. BJU Int. 2005 Jan; 95: 187-8

**59201** Duckett, J. R., Jain, S. Groin pain after a tension-free vaginal tape or similar suburethral sling: management strategies. BJU Int. 2005 Jan; 95: 95-7

**59202** Smith, A. L., Moy, M. L. Modern management of women with stress urinary incontinence. Ostomy Wound Manage. 2004 Dec; 50: 32-9; quiz 40-1

**American Urological Association, Inc.**

SUI Guidelines Panel

---

59203   Scholes, D., Hooton, T. M., Roberts, P. L., Gupta, K., Stapleton, A. E., Stamm, W. E. Risk factors associated with acute pyelonephritis in healthy women. Ann Intern Med. 2005 Jan 4; 142: 20-7

59204   Summaries for patients. Factors associated with acute kidney infections in healthy women. Ann Intern Med. 2005 Jan 4; 142: I34

59205   Ustun, Y., Engin-Ustun, Y., Gungor, M., Tezcan, S. Randomized comparison of Burch urethropexy procedures concomitant with gynecologic operations. Gynecol Obstet Invest. 2005; 59: 19-23

59206   Tapp, K., Connolly, A., Visco, A. G. Evaluation of Aa point and cotton-tipped swab test as predictors of urodynamic stress incontinence. Obstet Gynecol. 2005 Jan; 105: 115-9

59207   Pollock, L. SUI after childbirth. RCM Midwives. 2004 Dec; 7: 504

59208   Ahmad, S., Nishtar, A., Hafeez, G. A., Khan, Z. Management of vesico-vaginal fistulas in women. Int J Gynaecol Obstet. 2005 Jan; 88: 71-5

59209   Digesu, G. A., Khullar, V., Cardozo, L., Sethna, F., Salvatore, S. Preoperative pressure-flow studies: useful variables to predict the outcome of continence surgery. BJU Int. 2004 Dec; 94: 1296-9

59210   Matharu, G., Donaldson, M. M., McGrother, C. W., Matthews, R. J. Relationship between urinary symptoms reported in a postal questionnaire and urodynamic diagnosis. Neurourol Urodyn. 2005; 24: 100-5

59211   Helstrom, L., Nilsson, B. Impact of vaginal surgery on sexuality and quality of life in women with urinary incontinence or genital descensus. Acta Obstet Gynecol Scand. 2005 Jan; 84: 79-84

59212   Oskay, U. Y., Beji, N. K., Yalcin, O. A study on urogenital complaints of postmenopausal women aged 50 and over. Acta Obstet Gynecol Scand. 2005 Jan; 84: 72-8

59213   Dietz, H. P., Eldridge, A., Grace, M., Clarke, B. Does pregnancy affect pelvic organ mobility?. Aust N Z J Obstet Gynaecol. 2004 Dec; 44: 517-20

59214   Ghezzi, F., Cromi, A., Raio, L., Bergamini, V., Triacca, P., Serati, M., Kuhn, A. Influence of the type of anesthesia and hydrodissection on the complication rate after tension-free vaginal tape procedure. Eur J Obstet Gynecol Reprod Biol. 2005 Jan 10; 118: 96-100

59215   Wang, A. C., Lee, L. Y., Lin, C. T., Chen, J. R. A histologic and immunohistochemical analysis of defective vaginal healing after continence taping procedures: a prospective case-controlled pilot study. Am J Obstet Gynecol. 2004 Dec; 191: 1868-74

59216   Amarenco, G., Ismael, S. S., Lagauche, D., Raibaut, P., Rene-Corail, P., Wolff, N., Thoumie, P., Haab, F. Cough anal reflex: strict relationship between intravesical pressure and pelvic floor muscle electromyographic activity during cough. Urodynamic and electrophysiological study. J Urol. 2005 Jan; 173: 149-52

59217   Bjelic-Radisic, V., Dorfer, M., Tamussino, K., Greimel, E. Psychometric properties and validation of the German-language King's Health Questionnaire in women with stress urinary incontinence. Neurourol Urodyn. 2005; 24: 63-8

59218   Connolly, T. P. Necrotizing surgical site infection after tension-free vaginal tape. Obstet Gynecol. 2004 Dec; 104: 1275-6

59219   Long, C. Y., Lo, T. S., Liu, C. M., Hsu, S. C., Chang, Y., Tsai, E. M. Lateral excision of tension-free vaginal tape for the treatment of iatrogenic urethral obstruction. Obstet Gynecol. 2004 Dec; 104: 1270-4

59220   Segal, J. L., Vassallo, B., Kleeman, S., Silva, W. A., Karram, M. M. Prevalence of persistent and de novo overactive bladder symptoms after the tension-free vaginal tape. Obstet Gynecol. 2004 Dec; 104: 1263-9

59221   Paraiso, M. F., Walters, M. D., Karram, M. M., Barber, M. D. Laparoscopic Burch colposuspension versus tension-free vaginal tape: a randomized trial. Obstet Gynecol. 2004 Dec; 104: 1249-58

59222   Minassian, V. A., Al-Badr, A., Pascali, D. U., Lovatsis, D., Drutz, H. P. Tension-free vaginal tape: do patients who fail to follow-up have the same results as those who do?. Neurourol Urodyn. 2005; 24: 35-8

59223   Haferkamp, A., Mundhenk, J., Bastian, P. J., Reitz, A., Dorsam, J., Pannek, J., Schumacher, S., Schurch, B., Buttner, R., Muller, S. C. Increased expression of connexin 43 in the overactive neurogenic detrusor. Eur Urol. 2004 Dec; 46: 799-805

---

**American Urological Association, Inc.**

**SUI Guidelines Panel**

---

59224  Soderberg, M. W., Falconer, C., Bystrom, B., Malmstrom, A., Ekman, G. Young women with genital prolapse have a low collagen concentration. Acta Obstet Gynecol Scand. 2004 Dec; 83: 1193-8

59225  Zullo, F., Palomba, S., Russo, T., Sbano, F. M., Falbo, A., Morelli, M., Pellicano, M., Mastrantonio, P. Laparoscopic colposuspension using sutures or prolene meshes: a 3-year follow-up. Eur J Obstet Gynecol Reprod Biol. 2004 Dec 1; 117: 201-3

59226  Anger, J. T., Rodriguez, L. V. Mixed incontinence: stressing about urge. Curr Urol Rep. 2004 Dec; 5: 427-31

59227  Paick, J. S., Ku, J. H., Shin, J. W., Park, K., Son, H., Oh, S. J., Kim, S. W. Significance of pad test loss for the evaluation of women with urinary incontinence. Neurourol Urodyn. 2005; 24: 39-43

59228  Turkan, A., Inci, Y., Fazli, D. The short-term effects of physical therapy in different intensities of urodynamic stress incontinence. Gynecol Obstet Invest. 2005; 59: 43-8

59229  Mikhail, M. S., Rosa, H., Palan, P., Anderson, P. Comparison of preoperative and postoperative pressure transmission ratio and urethral pressure profilometry in patients with successful outcome following the vaginal wall patch sling technique. Neurourol Urodyn. 2005; 24: 31-4

59230  But, I., Bratus, D., Faganelj, M. Prolene tape in the bladder wall after TVT procedure--intramural tape placement or secondary tape migration?. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 75-6

59231  Early symptoms of ovarian cancer exist but may not be recognized. Mayo Clin Womens Healthsource. 2005 Apr; 9: 3

59232  Hartmann, K., Viswanathan, M., Palmieri, R., Gartlehner, G., Thorp, J., Jr, Lohr, K. N. Outcomes of routine episiotomy: a systematic review. JAMA. 2005 May 4; 293: 2141-8

59234  Boemers, T. M., Schimke, C. M. Colpo-wrap: a new continence procedure. BJU Int. 2005 May; 95: 1063-4

59236  Castellan, M. A., Gosalbez, R., Labbie, A., Ibrahim, E., Disandro, M. Outcomes of continent catheterizable stomas for urinary and fecal incontinence: comparison among different tissue options. BJU Int. 2005 May; 95: 1053-7

59238  Drake, M. J., Harvey, I. J., Gillespie, J. I., Van Duyl, W. A. Localized contractions in the normal human bladder and in urinary urgency. BJU Int. 2005 May; 95: 1002-5

59239  Chapple, C., Steers, W., Norton, P., Millard, R., Kralidis, G., Glavind, K., Abrams, P. A pooled analysis of three phase III studies to investigate the efficacy, tolerability and safety of darifenacin, a muscarinic M3 selective receptor antagonist, in the treatment of overactive bladder. BJU Int. 2005 May; 95: 993-1001

59241  Gill, S. S., Mamdani, M., Naglie, G., Streiner, D. L., Bronskill, S. E., Kopp, A., Shulman, K. I., Lee, P. E., Rochon, P. A. A prescribing cascade involving cholinesterase inhibitors and anticholinergic drugs. Arch Intern Med. 2005 Apr 11; 165: 808-13

59242  Evans, D. Discreet products for children and teenagers with continence problems. Nurs Times. 2005 Mar 22-28; 101: 50-2

59243  Goldstein, R. E., Westropp, J. L. Urodynamic testing in the diagnosis of small animal micturition disorders. Clin Tech Small Anim Pract. 2005 Feb; 20: 65-72

59246  But, I., Faganelj, M., Sostaric, A. Functional magnetic stimulation for mixed urinary incontinence. J Urol. 2005 May; 173: 1644-6

59247  Zinner, N., Harnett, M., Sabounjian, L., Sandage, B., Jr, Dmochowski, R., Staskin, D. The overactive bladder-symptom composite score: a composite symptom score of toilet voids, urgency severity and urge urinary incontinence in patients with overactive bladder. J Urol. 2005 May; 173: 1639-43

59249  McGuire, E. J. Urinary incontinence: a diverse condition. J Urol. 2005 May; 173: 1453-4

59251  Goode, P. S., Burgio, K. L., Halli, A. D., Jones, R. W., Richter, H. E., Redden, D. T., Baker, P. S., Allman, R. M. Prevalence and correlates of fecal incontinence in community-dwelling older adults. J Am Geriatr Soc. 2005 Apr; 53: 629-35

59253  Stem cells may cure urinary incontinence. In this experimental treatment, a patient's own cells can stop leaks in as little as one day. Health News. 2005 Mar; 11: 4-5

---

 © 2008 American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

# Appendix A6 Bibliography sorted by Procite Number

## American Urological Association, Inc.

### SUI Guidelines Panel

**59254** Friedman, S. M., Steinwachs, D. M., Rathouz, P. J., Burton, L. C., Mukamel, D. B. Characteristics predicting nursing home admission in the program of all-inclusive care for elderly people. Gerontologist. 2005 Apr; 45: 157-66

**59257** Artibani, W., Cerruto, M. A. The role of imaging in urinary incontinence. BJU Int. 2005 Apr; 95: 699-703

**59258** Col, C., Hasdemir, O., Yalcin, E., Guzel, H., Tunc, G., Bilgen, K., Kucukpinar, T. The assessment of urinary function following extended lymph node dissection for colorectal cancer. Eur J Surg Oncol. 2005 Apr; 31: 237-41

**59260** Ruff, C. C. Risk factors for urinary incontinence in African-American women. Urol Nurs. 2005 Feb; 25: 33-9

**59262** Rodriguez-Veiga, E., Mestre-Nieto, L., Martinez-Sainz, P., Garcia-Pascual, A., Martin-Palacios, S., Marin-Garcia, P., Gonzalez-Soriano, J. Stereological study of the external urethral sphincter in the female urethra of the lamb: a new model for studies on urinary continence. Anat Histol Embryol. 2005 Apr; 34: 85-92

**59263** Stanton, A. L., Bernaards, C. A., Ganz, P. A. The BCPT symptom scales: a measure of physical symptoms for women diagnosed with or at risk for breast cancer. J Natl Cancer Inst. 2005 Mar 16; 97: 448-56

**59264** Melville, J. L., Katon, W., Delaney, K., Newton, K. Urinary incontinence in US women: a population-based study. Arch Intern Med. 2005 Mar 14; 165: 537-42

**59265** Teunissen, D., Lagro-Janssen, T. Urinary incontinence in community dwelling elderly: are there sex differences in help-seeking behaviour?. Scand J Prim Health Care. 2004 Dec; 22: 209-16

**59267** Jorgensen, L., Engstad, T., Jacobsen, B. K. Self-reported urinary incontinence in noninstitutionalized long-term stroke survivors: A population-based study. Arch Phys Med Rehabil. 2005 Mar; 86: 416-20

**59269** Nijman, R. J., Borgstein, N. G., Ellsworth, P., Djurhuus, J. C. Tolterodine treatment for children with symptoms of urinary urge incontinence suggestive of detrusor overactivity: results from 2 randomized, placebo controlled trials. J Urol. 2005 Apr; 173: 1334-9

**59270** Stothers, L., Thom, D., Calhoun, E. Urologic diseases in America project: urinary incontinence in males--demographics and economic burden. J Urol. 2005 Apr; 173: 1302-8

**59271** Thom, D. H., Nygaard, I. E., Calhoun, E. A. Urologic diseases in America project: urinary incontinence in women-national trends in hospitalizations, office visits, treatment and economic impact. J Urol. 2005 Apr; 173: 1295-301

**59276** Cardozo, L., Dixon, A. Increased warning time with darifenacin: a new concept in the management of urinary urgency. J Urol. 2005 Apr; 173: 1214-8

**59278** Schuessler, B. Research of surgical outcome of incontinence surgery in women. Am J Obstet Gynecol. 2005 Mar; 192: 984-5; author reply 985

**59279** Swift, S., Woodman, P., O'Boyle, A., Kahn, M., Valley, M., Bland, D., Wang, W., Schaffer, J. Pelvic Organ Support Study (POSST): the distribution, clinical definition, and epidemiologic condition of pelvic organ support defects. Am J Obstet Gynecol. 2005 Mar; 192: 795-806

**59280** Bahl, R., Strachan, B., Murphy, D. J. Pelvic floor morbidity at 3 years after instrumental delivery and cesarean delivery in the second stage of labor and the impact of a subsequent delivery. Am J Obstet Gynecol. 2005 Mar; 192: 789-94

**59281** Wren, P. A., Janz, N. K., Brubaker, L., Fitzgerald, M. P., Weber, A. M., LaPorte, F. B., Wei, J. T. Reliability of health-related quality-of-life measures 1 year after surgical procedures for pelvic floor disorders. Am J Obstet Gynecol. 2005 Mar; 192: 780-8

**59282** Samanci, N., Dora, B., Kizilay, F., Balci, N., Ozcan, E., Arman, M. Factors affecting one year mortality and functional outcome after first ever ischemic stroke in the region of Antalya, Turkey (a hospital-based study). Acta Neurol Belg. 2004 Dec; 104: 154-60

**59283** Bo, K., Sherburn, M. Evaluation of female pelvic-floor muscle function and strength. Phys Ther. 2005 Mar; 85: 269-82

**59284** DuBeau, C. E. Estrogen treatment for urinary incontinence: never, now, or in the future?. JAMA. 2005 Feb 23; 293: 998-1001

# Appendix A6: Bibliography sorted by Procite Number

## American Urological Association, Inc.

## SUI Guidelines Panel

**59286** Simmons, R. Conservative and surgical approaches to the treatment of overactive bladder. Prof Nurse. 2005 Feb; 20: 31-3

**59287** Dmochowski, R. Urinary frequency: event measure, outcome significance?. Curr Urol Rep. 2005 Mar; 6: 87-8

**59291** Fornell, E. U., Matthiesen, L., Sjodahl, R., Berg, G. Obstetric anal sphincter injury ten years after: subjective and objective long term effects. BJOG. 2005 Mar; 112: 312-6

**59292** Akbal, C., Genc, Y., Burgu, B., Ozden, E., Tekgul, S. Dysfunctional voiding and incontinence scoring system: quantitative evaluation of incontinence symptoms in pediatric population. J Urol. 2005 Mar; 173: 969-73

**59295** Rao, A. R., Karim, O. M., Motiwala, H. G. Urethral diverticula: a diagnostic dilemma. BJU Int. 2005 Mar; 95: 680-1

**59296** Cardozo, L., Coyne, K. S., Versi, E. Validation of the urgency perception scale. BJU Int. 2005 Mar; 95: 591-6

**59297** Steers, W., Corcos, J., Foote, J., Kralidis, G. An investigation of dose titration with darifenacin, an M3-selective receptor antagonist. BJU Int. 2005 Mar; 95: 580-6

**59298** Kondoh, T., Amamoto, N., Doi, T., Hamada, H., Ogawa, Y., Nakashima, M., Sasaki, H., Aikawa, K., Tanaka, T., Aoki, M., Harada, J., Moriuchi, H. Dramatic improvement in Down syndrome-associated cognitive impairment with donepezil. Ann Pharmacother. 2005 Mar; 39: 563-6

**59299** Chen, C. H., Lee, Y. H., Tzeng, W. S., Huan, S. K. A patient with urgency, frequency, and low serum C reactive protein concentration. Postgrad Med J. 2005 Feb; 81: 139-40

**59300** Elkelini, M., Hassouna, M. M. Canadian experience in sacral neuromodulation. Urol Clin North Am. 2005 Feb; 32: 41-9

**59301** Wall, J., Colley, T. A study to evaluate factors for inclusion in a new self-assessed risk indicator for persons who use a wheelchair for mobility. J Tissue Viability. 2005 Jan; 15: 9-16

**59302** Abeygunasekera, A. M. Clean intermittent catheterisation. Ceylon Med J. 2004 Dec; 49: 107-9

**59305** Trospium chloride (Sanctura): another anticholinergic for overactive bladder. Obstet Gynecol. 2005 Feb; 105: 431-2

**59317** Anders, K. Devices for continence and prolapse. BJOG. 2004 Dec; 111 Suppl 1: 61-6

**59321** Freeman, R. M. The role of pelvic floor muscle training in urinary incontinence. BJOG. 2004 Dec; 111 Suppl 1: 37-40

**59322** Wagg, A. Urinary incontinence--older people: where are we now?. BJOG. 2004 Dec; 111 Suppl 1: 15-9

**59325** Mayne, C. J., Assassa, R. P. Epidemiology of incontinence and prolapse. BJOG. 2004 Dec; 111 Suppl 1: 2-4

**59326** Themistocleous, G. S., Papagelopoulos, P. J., Petraki, K. D., Stilianessi, E. V., Partsinevelos, A. A., Sapkas, G. S. A 23-year-old woman with complete paraplegia and anesthesia below the T8 level. Clin Orthop Relat Res. 2005 Jan; : 258-65

**59327** Newman, D. K. Report of a mail survey of women with bladder control disorders. Urol Nurs. 2004 Dec; 24: 499-507

**59328** Duffau, H., Capelle, L. Incontinence after brain glioma surgery: new insights into the cortical control of micturition and continence. Case report. J Neurosurg. 2005 Jan; 102: 148-51

**59331** Karantanis, E., Allen, W., Stevermuer, T. L., Simons, A. M., O'Sullivan, R., Moore, K. H. The repeatability of the 24-hour pad test. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 63-8; discussion 68

**59333** Culligan, P. J., Myers, J. A., Goldberg, R. P., Blackwell, L., Gohmann, S. F., Abell, T. D. Elective cesarean section to prevent anal incontinence and brachial plexus injuries associated with macrosomia--a decision analysis. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 19-28; discussion 28

**59335** Barth, A., Reichler, I. M., Hubler, M., Hassig, M., Arnold, S. Evaluation of long-term effects of endoscopic injection of collagen into the urethral submucosa for treatment of urethral sphincter incompetence in female dogs: 40 cases (1993-2000). J Am Vet Med Assoc. 2005 Jan 1; 226: 73-6

**59336** Ermer-Seltun, J. Good counsel on continence. Ostomy Wound Manage. 2004 Dec; 50: 20-3

**American Urological Association, Inc.**

SUI Guidelines Panel

---

59337   Lipton, R. B., Kolodner, K., Wesnes, K. Assessment of cognitive function of the elderly population: effects of darifenacin. J Urol. 2005 Feb; 173: 493-8

59338   Frankenburg, F. R., Zanarini, M. C. The association between borderline personality disorder and chronic medical illnesses, poor health-related lifestyle choices, and costly forms of health care utilization. J Clin Psychiatry. 2004 Dec; 65: 1660-5

59341   Kelleher, C. J., Cardozo, L., Chapple, C. R., Haab, F., Ridder, A. M. Improved quality of life in patients with overactive bladder symptoms treated with solifenacin. BJU Int. 2005 Jan; 95: 81-5

59342   Herschorn, S., Becker, D., Miller, E., Thompson, M., Forte, L. Impact of a health education intervention in overactive bladder patients. Can J Urol. 2004 Dec; 11: 2430-7

59346   Jackson, S. L., Boyko, E. J., Scholes, D., Abraham, L., Gupta, K., Fihn, S. D. Predictors of urinary tract infection after menopause: a prospective study. Am J Med. 2004 Dec 15; 117: 903-11

59347   Pereira, C. E., Lynch, J. C. Spinal epidural abscess: an analysis of 24 cases. Surg Neurol. 2005; 63 Suppl 1: S26-9

59349   Schatz, I. J. Case 27-2004: multiple-system atrophy. N Engl J Med. 2004 Dec 30; 351: 2881-3; author reply 2881-3

59351   Ishunina, T. A., Kamphorst, W., Swaab, D. F. Metabolic alterations in the hypothalamus and basal forebrain in vascular dementia. J Neuropathol Exp Neurol. 2004 Dec; 63: 1243-54

59353   Chen, S. Y. The development and testing of the pelvic floor muscle exercise self-efficacy scale. J Nurs Res. 2004 Dec; 12: 257-66

59354   Constantini, E., Mearini, L., Biscotto, S., Giannantoni, A., Bini, V., Porena, M. Impact of different sized catheters on pressure-flow studies in women with lower urinary tract symptoms. Neurourol Urodyn. 2005; 24: 106-10

59355   Schmid, D. M., Curt, A., Hauri, D., Schurch, B. Motor evoked potentials (MEP) and evoked pressure curves (EPC) from the urethral compressive musculature (UCM) by functional magnetic stimulation in healthy volunteers and patients with neurogenic incontinence. Neurourol Urodyn. 2005; 24: 117-27

59356   Glazener, C. M., Herbison, G. P., MacArthur, C., Grant, A., Wilson, P. D. Randomised controlled trial of conservative management of postnatal urinary and faecal incontinence: six year follow up. BMJ. 2005 Feb 12; 330: 337

59357   Chiarelli, P. Urinary incontinence: the last taboo?. Aust J Rural Health. 2004 Dec; 12: 277-8

59359   Vandoninck, V., Bemelmans, B. L., Mazzetta, C., Robertson, C., Keech, M., Boyle, P., Kiemeney, L. A. The prevalence of urinary incontinence in community-dwelling married women: a matter of definition. BJU Int. 2004 Dec; 94: 1291-5

59360   Yokozuka, M., Namima, T., Nakagawa, H., Ichie, M., Handa, Y. Effects and indications of sacral surface therapeutic electrical stimulation in refractory urinary incontinence. Clin Rehabil. 2004 Dec; 18: 899-907

59364   Dannecker, C., Hillemanns, P., Strauss, A., Hasbargen, U., Hepp, H., Anthuber, C. Episiotomy and perineal tears presumed to be imminent: the influence on the urethral pressure profile, analmanometric and other pelvic floor findings--follow-up study of a randomized controlled trial. Acta Obstet Gynecol Scand. 2005 Jan; 84: 65-71

59365   Stern, R. M., Vitellaro, K., Thomas, M., Higgins, S. C., Koch, K. L. Electrogastrographic biofeedback: a technique for enhancing normal gastric activity. Neurogastroenterol Motil. 2004 Dec; 16: 753-7

59368   Wai, C. Y., Liehr, P., Boreham, M. K., Schaffer, J. I., Word, R. A. Effect of periurethral denervation on smooth muscles of the lower urinary tract. Am J Obstet Gynecol. 2004 Dec; 191: 1950-60

59370   Kessler, T. M., Madersbacher, H., Kiss, G. Bilateral migration of sacral neuromodulation tined leads in a thin patient. J Urol. 2005 Jan; 173: 153-4

59372   Lam, S. P., Fong, S. Y., Kwok, A., Wong, T., Wing, Y. K. Delayed neuropsychiatric impairment after carbon monoxide poisoning from burning charcoal. Hong Kong Med J. 2004 Dec; 10: 428-31

59373   Penning-van Beest, F. J., Sturkenboom, M. C., Bemelmans, B. L., Herings, R. M. Undertreatment of urinary incontinence in general practice. Ann Pharmacother. 2005 Jan; 39: 17-21

**American Urological Association, Inc.**

SUI Guidelines Panel

59374   Saleh, N., Bener, A., Khenyab, N., Al-Mansori, Z., Al Muraikhi, A. Prevalence, awareness and determinants of health care-seeking behaviour for urinary incontinence in Qatari women: a neglected problem?. Maturitas. 2005 Jan 10; 50: 58-65

59375   Jenkins, K. R., Fultz, N. H. Functional impairment as a risk factor for urinary incontinence among older Americans. Neurourol Urodyn. 2005; 24: 51-5

59377   Porru, D., Tinelli, C., Gerardini, M., Giliberto, G. L., Stancati, S., Rovereto, B. Evaluation of urinary and general symptoms and correlation with other clinical parameters in interstitial cystitis patients. Neurourol Urodyn. 2005; 24: 69-73

59378   Fultz, N. H., Fisher, G. G., Jenkins, K. R. Does urinary incontinence affect middle-aged and older women's time use and activity patterns?. Obstet Gynecol. 2004 Dec; 104: 1327-34

59384   DuBeau, C. E., Khullar, V., Versi, E. 'Unblinding' in randomized controlled drug trials for urinary incontinence: Implications for assessing outcomes when adverse effects are evident. Neurourol Urodyn. 2005; 24: 13-20

59385   Hely, M. A., Morris, J. G., Reid, W. G., Trafficante, R. Sydney Multicenter Study of Parkinson's disease: non-L-dopa-responsive problems dominate at 15 years. Mov Disord. 2005 Feb; 20: 190-9

59387   Giannitsas, K., Perimenis, P., Athanasopoulos, A., Gyftopoulos, K., Nikiforidis, G., Barbalias, G. Comparison of the efficacy of tolterodine and oxybutynin in different urodynamic severity grades of idiopathic detrusor overactivity. Eur Urol. 2004 Dec; 46: 776-82; discussion 782-3

59391   Staskin, D. R., Harnett, M. D. Effect of trospium chloride on somnolence and sleepiness in patients with overactive bladder. Curr Urol Rep. 2004 Dec; 5: 423-6

59392   Yan, Y. J., Feng, Z. X., Min, Z. H., Jin, Y. X. Single-system ectopic ureters associated with renal dysplasia. Pediatr Surg Int. 2004 Dec; 20: 851-4

59393   Horrocks, S., Somerset, M., Stoddart, H., Peters, T. J. What prevents older people from seeking treatment for urinary incontinence? A qualitative exploration of barriers to the use of community continence services. Fam Pract. 2004 Dec; 21: 689-96

59396   Wenning, G. K., Tison, F., Seppi, K., Sampaio, C., Diem, A., Yekhlef, F., Ghorayeb, I., Ory, F., Galitzky, M., Scaravilli, T., Bozi, M., Colosimo, C., Gilman, S., Shults, C. W., Quinn, N. P., Rascol, O., Poewe, W. Development and validation of the Unified Multiple System Atrophy Rating Scale (UMSARS). Mov Disord. 2004 Dec; 19: 1391-402

59398   Appendino, G., De Petrocellis, L., Trevisani, M., Minassi, A., Daddario, N., Moriello, A. S., Gazzieri, D., Ligresti, A., Campi, B., Fontana, G., Pinna, C., Geppetti, P., Di Marzo, V. Development of the first ultra-potent 'capsaicinoid' agonist at transient receptor potential vanilloid type 1 (TRPV1) channels and its therapeutic potential. J Pharmacol Exp Ther. 2005 Feb; 312: 561-70

59399   Faria, C. A., Sartori, M. G., Baracat, E. C., de Lima, G. R., Girao, M. J. Effects of tamoxifen on Doppler velocimetry parameters of periurethral vessels in postmenopausal women. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 56-9; discussion 59

59400   Glavind, K., Kempf, L. Colpectomy or Le Fort colpocleisis--a good option in selected elderly patients. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 48-51; discussion 51

59401   Byles, J. E., Chiarelli, P., Hacker, A. H., Bruin, C., Cockburn, J., Parkinson, L. An evaluation of three community-based projects to improve care for incontinence. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 29-38; discussion 38

59402   Larrieu, S., Peres, K., Letenneur, L., Berr, C., Dartigues, J. F., Ritchie, K., Fevrier, B., Alperovitch, A., Barberger-Gateau, P. Relationship between body mass index and different domains of disability in older persons: the 3C study. Int J Obes Relat Metab Disord. 2004; 28: 1555-60

59404   Heit, M., Blackwell, L., Ouseph, R. Comorbidities affect the impact of urinary incontinence as measured by disease-specific quality of life instruments. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Jan-Feb; 16: 6-11; discussion 11

**7109 articles listed**

**SUI Guideline Update Panel**

## Efficacy - Cure / Dry
## ANY Prolapse*

| Suspensions | SUBJECTIVE Eval 12 - 23 months | | | OBJECTIVE Eval 12 - 23 months | | | ANY Eval 12 - 23 months | | |
|---|---|---|---|---|---|---|---|---|---|
| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 7/460 | 89% | (84 - 93)% | 2/35 | 86% | (69 - 96)% | 9/517 | 88% | (83 - 92)% |
| Burch | 7/460 | 89% | (84 - 93)% | 2/35 | 86% | (69 - 96)% | 9/517 | 88% | (83 - 92)% |
| Laparoscopic | 3/150 | 87% | (75 - 94)% | 4/146 | 87% | (81 - 92)% | 12/564 | 88% | (85 - 91)% |

| Slings | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|---|---|---|---|---|---|
| Autologous fascia without bone anchors | 1/36 | 89% | (76 - 96)% | 2/42 | 97% | (87 - 100)% | 3/78 | 92% | (82 - 97)% |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | 1/20 | 70% | (48 - 86)% |
| Autologous vaginal wall slings with bone anchors - Suprapubic | | | | | | | 1/19 | 99% | (88 - 100)% |
| Cadaveric with bone anchors - Transvaginal | 1/234 | 82% | (77 - 86)% | | | | 1/234 | 82% | (77 - 86)% |
| Cadaveric without bone anchors | 3/133 | 58% | (36 - 78)% | | | | 3/133 | 58% | (36 - 78)% |
| Homologous tissue (dermis) without bone anchors | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Suprapubic | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Transvaginal | | | | | | | | | |
| Synthetic at bladder neck without bone anchors | | | | | | | 1/20 | 94% | (79 - 99)% |
| Synthetic at midurethra | 8/647 | 85% | (80 - 89)% | 8/489 | 86% | (77 - 93)% | 14/1089 | 85% | (80 - 89)% |
| Other Sling | | | | | | | 1/126 | 92% | (86 - 96)% |

| Injectables | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|---|---|---|---|---|---|
| Other non-degradable synthetics | | | | | | | | | |

| Artificial Sphincter | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Note: **G/P: G** = Number of **G**roups/Treatment arms extracted  / **P** = Number of **P**atients in those groups

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment

© **2009** *American Urological Association, Inc.  All rights reserved.*

**SUI Guideline Update Panel**

## Efficacy - Cure / Dry
## ANY Prolapse*

| | SUBJECTIVE Eval 24 - 47 months | | | OBJECTIVE Eval 24 - 47 months | | | ANY Eval 24 - 47 months | | |
|---|---|---|---|---|---|---|---|---|---|
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 7/346 | 83% | (75 - 90)% | 3/98 | 78% | (55 - 93)% | 9/403 | 83% | (75 - 90)% |
| Burch | 6/306 | 83% | (73 - 91)% | 2/58 | 87% | (59 - 99)% | 7/333 | 85% | (75 - 93)% |
| Laparoscopic | 2/186 | 86% | (59 - 98)% | 2/201 | 91% | (85 - 96)% | 7/359 | 83% | (73 - 91)% |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Slings** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Autologous fascia without bone anchors | 1/80 | 85% | (76 - 92)% | | | | 1/80 | 85% | (76 - 92)% |
| Autologous vaginal wall slings w/without bone anchors | 2/60 | 89% | (64 - 99)% | | | | 2/60 | 89% | (64 - 99)% |
| Autologous vaginal wall slings without bone anchors - Suprapubic | | | | | | | 1/9 | 87% | (59 - 99)% |
| Cadaveric with bone anchors - Transvaginal | | | | | | | | | |
| Cadaveric without bone anchors | 1/39 | 39% | (24 - 54)% | | | | 2/92 | 64% | (21 - 95)% |
| Homologous tissue (dermis) without bone anchors | | | | 1/19 | 89% | (70 - 98)% | 1/19 | 89% | (70 - 98)% |
| Synthetic at bladder neck with bone anchors - Suprapubic | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Transvaginal | | | | | | | 1/32 | 81% | (65 - 92)% |
| Synthetic at bladder neck without bone anchors | 1/98 | 76% | (66 - 83)% | 1/62 | 61% | (49 - 73)% | 3/184 | 75% | (56 - 90)% |
| Synthetic at midurethra | 6/543 | 83% | (74 - 91)% | 4/446 | 92% | (88 - 95)% | 11/881 | 87% | (81 - 91)% |
| Other Sling | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Injectables** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Other non-degradable synthetics | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Artificial Sphincter** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| | 1/206 | 81% | (75 - 86)% | | | | 1/206 | 81% | (75 - 86)% |

Note:  **G/P:  G** = Number of **G**roups/Treatment arms extracted  /  **P** = Number of **P**atients in those groups

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© **2009** *American Urological Association, Inc.  All rights reserved.*

**SUI Guideline Update Panel**

## Efficacy - Cure / Dry
## ANY Prolapse*

| | SUBJECTIVE Eval 48 months and greater | | | OBJECTIVE Eval 48 months and greater | | | ANY Eval 48 months and greater | | |
|---|---|---|---|---|---|---|---|---|---|
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 7/541 | 75% | (61 - 87)% | 1/56 | 80% | (69 - 89)% | 13/1072 | 67% | (56 - 76)% |
| Burch | 6/423 | 71% | (55 - 85)% | 1/56 | 80% | (69 - 89)% | 12/954 | 65% | (53 - 74)% |
| Laparoscopic | | | | | | | 1/34 | 88% | (74 - 96)% |

| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|---|---|---|---|---|---|
| **Slings** | | | | | | | | | |
| Autologous fascia without bone anchors | | | | | | | | | |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | 1/82 | 95% | (89 - 98)% |
| Autologous vaginal wall slings with bone anchors - Suprapubic | | | | | | | | | |
| Cadaveric with bone anchors - Transvaginal | | | | | | | | | |
| Cadaveric without bone anchors | 1/13 | 31% | (11 - 58)% | | | | 1/13 | 31% | (11 - 58)% |
| Homologous tissue (dermis) without bone anchors | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Suprapubic | | | | | | | 1/49 | 85% | (74 - 93)% |
| Synthetic at bladder neck with bone anchors - Transvaginal | | | | | | | | | |
| Synthetic at bladder neck without bone anchors | 1/90 | 82% | (73 - 89)% | | | | 3/182 | 73% | (62 - 82)% |
| Synthetic at midurethra | | | | | | | 2/101 | 76% | (64 - 85)% |
| Other Sling | | | | | | | | | |

| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|---|---|---|---|---|---|
| **Injectables** | | | | | | | | | |
| Other non-degradable synthetics | | | | | | | 1/16 | 32% | (13 - 56)% |

| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|---|---|---|---|---|---|
| **Artificial Sphincter** | | | | | | | | | |

Note: **G/P: G** = Number of **G**roups/Treatment arms extracted  / **P** = Number of **P**atients in those groups

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© **2009** *American Urological Association, Inc.  All rights reserved.*

# Appendix A8 -Efficacy - Cure / Dry / Improved Rates - Any Prolapse
**SUI Guideline Update Panel**

## Efficacy - Cure / Dry / Improved
## ANY Prolapse*

| | SUBJECTIVE Eval 12 - 23 months | | | OBJECTIVE Eval 12 - 23 months | | | ANY Eval 12 - 23 months | | |
|---|---|---|---|---|---|---|---|---|---|
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 8/638 | 89% | (86 - 92)% | 4/189 | 92% | (86 - 97)% | 12/849 | 90% | (86 - 97)% |
| Burch | 8/638 | 89% | (86 - 92)% | 4/189 | 92% | (86 - 97)% | 12/849 | 90% | (87 - 92)% |
| Laparoscopic | 3/150 | 88% | (79 - 94)% | 6/224 | 85% | (78 - 91)% | 14/642 | 88% | (85 - 91)% |

| | SUBJECTIVE Eval | | | OBJECTIVE Eval | | | ANY Eval | | |
|---|---|---|---|---|---|---|---|---|---|
| **Slings** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Autologous fascia without bone anchors | 1/36 | 89% | (76 - 96)% | 2/42 | 97% | (87 - 100)% | 3/78 | 92% | (82 - 97)% |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | 1/20 | 99% | (88 - 100)% |
| Autologous vaginal wall slings with bone anchors - Suprapubic | | | | | | | 1/19 | 99% | (88 - 100)% |
| Cadaveric with bone anchors - Transvaginal | 1/234 | 82% | (77 - 86)% | | | | 1/234 | 82% | (77 - 86)% |
| Cadaveric without bone anchors | 3/133 | 81% | (69 - 90)% | | | | 3/133 | 81% | (69 - 90)% |
| Homologous tissue (dermis) without bone anchors | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Suprapubic | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Transvaginal | | | | | | | | | |
| Synthetic at bladder neck without bone anchors | | | | | | | 1/20 | 99% | (88 - 100)% |
| Synthetic at midurethra | 9/688 | 92% | (88 - 95)% | 8/460 | 89% | (81 - 94)% | 15/1121 | 93% | (89 - 95)% |
| Other Sling | | | | | | | 1/126 | 94% | (89 - 97)% |

| | SUBJECTIVE Eval | | | OBJECTIVE Eval | | | ANY Eval | | |
|---|---|---|---|---|---|---|---|---|---|
| **Injectables** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Other non-degradable synthetics | | | | | | | | | |

| | SUBJECTIVE Eval | | | OBJECTIVE Eval | | | ANY Eval | | |
|---|---|---|---|---|---|---|---|---|---|
| **Artificial Sphincter** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| | | | | | | | | | |

Note: **G/P: G** = Number of **G**roups/Treatment arms extracted / **P** = Number of **P**atients in those groups

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© **2009** *American Urological Association, Inc. All rights reserved.*

# Appendix A8 - Efficacy - Cure / Dry / Improved Rates - Any Prolapse
**SUI Guideline Update Panel**

## Efficacy - Cure / Dry / Improved
## ANY Prolapse*

| | SUBJECTIVE Eval 24 - 47 months | | | OBJECTIVE Eval 24 - 47 months | | | ANY Eval 24 - 47 months | | |
|---|---|---|---|---|---|---|---|---|---|
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 7/346 | 93% | (87 - 97)% | 4/174 | 83% | (69 - 93)% | 10/459 | 91% | (85 - 95)% |
| Burch | 6/306 | 92% | (85 - 97)% | 3/134 | 89% | (77 - 96)% | 8/389 | 92% | (87 - 96)% |
| Laparoscopic | 3/199 | 89% | (77 - 96)% | 2/201 | 95% | (90 - 99)% | 8/372 | 89% | (84 - 92)% |

| | SUBJECTIVE Eval | | | OBJECTIVE Eval | | | ANY Eval | | |
|---|---|---|---|---|---|---|---|---|---|
| **Slings** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Autologous fascia without bone anchors | 1/80 | 95% | (89 - 98)% | | | | 1/80 | 95% | (89 - 98)% |
| Autologous vaginal wall slings w/without bone anchors | 2/60 | 93% | (81 - 99)% | | | | 2/60 | 93% | (81 - 99)% |
| Autologous vaginal wall slings with bone anchors - Suprapubic | | | | | | | 1/9 | 87% | (59 - 99)% |
| Cadaveric with bone anchors - Transvaginal | | | | | | | | | |
| Cadaveric without bone anchors | 1/39 | 39% | (24 - 54)% | | | | 2/92 | 64% | (21 - 95)% |
| Homologous tissue (dermis) without bone anchors | | | | 1/19 | 94% | (78 - 99)% | 1/19 | 94% | (78 - 99)% |
| Synthetic at bladder neck with bone anchors - Suprapubic | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Transvaginal | | | | | | | 1/32 | 87% | (73 - 96)% |
| Synthetic at bladder neck without bone anchors | 1/98 | 76% | (66 - 83)% | 1/62 | 61% | (49 - 73)% | 3/184 | 75% | (56 - 90)% |
| Synthetic at midurethra | 6/543 | 91% | (86 - 95)% | 4/446 | 95% | (89 - 99)% | 10/769 | 92% | (88 - 95)% |
| Other Sling | | | | | | | | | |

| | SUBJECTIVE Eval | | | OBJECTIVE Eval | | | ANY Eval | | |
|---|---|---|---|---|---|---|---|---|---|
| **Injectables** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Other non-degradable synthetics | | | | | | | | | |

| | SUBJECTIVE Eval | | | OBJECTIVE Eval | | | ANY Eval | | |
|---|---|---|---|---|---|---|---|---|---|
| **Artificial Sphincter** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| | 1/206 | 88% | (83 - 92)% | | | | 1/206 | 88% | (83 - 92)% |

Note:  **G/P:  G** = Number of **G**roups/Treatment arms extracted  / **P** = Number of **P**atients in those groups

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© **2009** *American Urological Association, Inc.  All rights reserved.*

# Appendix A8 - Efficacy - Cure / Dry / Improved Rates - Any Prolapse

**SUI Guideline Update Panel**

## Efficacy - Cure / Dry / Improved
## ANY Prolapse*

| | SUBJECTIVE Eval 48 months and greater | | | OBJECTIVE Eval 48 months and greater | | | ANY Eval 48 months and greater | | |
|---|---|---|---|---|---|---|---|---|---|
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 8/557 | 80% | (70 - 87)% | 3/110 | 80% | (70 - 88)% | 15/1118 | 78% | (71 - 83)% |
| Burch | 7/439 | 77% | (66 - 86)% | 3/100 | 80% | (70 - 88)% | 14/1000 | 76% | (69 - 82)% |
| Laparoscopic | | | | | | | 1/34 | 88% | (74 - 96)% |
| **Slings** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Autologous fascia without bone anchors | 1/198 | 70% | (63 - 76)% | | | | 1/198 | 70% | (63 - 76)% |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | 1/82 | 95% | (89 - 98)% |
| Autologous vaginal wall slings with bone anchors - Suprapubic | | | | | | | | | |
| Cadaveric with bone anchors - Transvaginal | | | | | | | | | |
| Cadaveric without bone anchors | 1/13 | 61% | (35 - 84)% | | | | 1/13 | 61% | (35 - 84)% |
| Homologous tissue (dermis) without bone anchors | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Suprapubic | | | | | | | 1/49 | 90% | (79 - 96)% |
| Synthetic at bladder neck with bone anchors - Transvaginal | | | | | | | | | |
| Synthetic at bladder neck without bone anchors | 1/90 | 82% | (73 - 89)% | | | | 3/182 | 73% | (62 - 82)% |
| Synthetic at midurethra | | | | | | | 2/101 | 81% | (70 - 90)% |
| Other Sling | | | | | | | | | |
| **Injectables** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Other non-degradable synthetics | | | | | | | 1/16 | 56% | (33 - 78)% |
| **Artificial Sphincter** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |

Note: **G/P: G** = Number of **G**roups/Treatment arms extracted / **P** = Number of **P**atients in those groups

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 *American Urological Association, Inc.* All rights reserved.

# Appendix A9 - Retention Rates Any Prolapse

**SUI Guideline Update Panel**

## Retention
## ANY Prolapse*

| Suspensions | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|
| All Open Retropubic | 13/851 | **1%** | (1 - 3)% |
| Burch | 10/710 | **1%** | (1 - 3)% |
| Laparoscopic | 11/482 | **2%** | (1 - 4)% |

> 28 days or Intervention

| Slings | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|
| Autologous fascia without bone anchors | 3/301 | **5%** | (2 - 11)% |
| Autologous vaginal wall slings w/without bone anchors | 3/142 | **5%** | (1 - 17)% |
| Autologous vaginal wall slings with bone anchors - Suprapubic | 1/25 | **1%** | (0 - 9)% |
| Cadaveric without bone anchors | 1/26 | **1%** | (0 - 10)% |
| Synthetic at bladder neck with bone anchors - Suprapubic | 1/49 | **4%** | (1 - 12)% |
| Synthetic at bladder neck with bone anchors - Transvaginal | 2/99 | **1%** | (0 - 6)% |
| Synthetic at bladder neck without bone anchors | 7/422 | **10%** | (5 - 18)% |
| Synthetic at midurethra | 11/1107 | **3%** | (2 - 5)% |

Note:  **G/P:  G** = Number of **G**roups/Treatment arms extracted  / **P** = Number of **P**atients in those groups
*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© **2009** *American Urological Association, Inc.  All rights reserved.*

# Appendix A10 -Urgency rates, Any Prolapse

**SUI Guideline Update Panel**

## Urgency
## ANY Prolapse*

| | Urge Incontinence | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | New Onset | | | Pre-Existing | | | Unspecified | | |
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 10/457 | 14% | (8 - 21)% | 2/143 | 22% | (4 - 56)% | 2/256 | 13% | (7 - 22)% |
| Burch | 9/417 | 14% | (8 - 22)% | 1/25 | 48% | (30 - 67)% | 2/256 | 13% | (7 - 22)% |
| Laparoscopic | 5/344 | 11% | (6 - 17)% | | | | 1/32 | 4% | (0 - 14)% |
| **Slings** | | | | | | | | | |
| Autologous fascia without bone anchors | 2/97 | 10% | (4 - 19)% | | | | | | |
| Autologous vaginal wall slings w/without bone anchors | 3/65 | 13% | (2 - 36)% | 2/15 | 47% | (21 - 75)% | | | |
| Autologous vaginal wall slings with bone anchors - Suprapubic | 1/9 | 13% | (1 - 41)% | | | | | | |
| Cadaveric with bone anchors - Transvaginal | 1/238 | 6% | (3 - 9)% | | | | | | |
| Cadaveric without bone anchors | | | | | | | | | |
| Homologous tissue (dermis) without bone anchors | 1/5 | 22% | (2 - 63)% | | | | | | |
| Synthetic at bladder neck with bone anchors - Suprapubic | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Transvaginal | | | | | | | | | |
| Synthetic at bladder neck without bone anchors | 4/150 | 15% | (5 - 31)% | 3/119 | 29% | (16 - 46)% | | | |
| Synthetic at midurethra | 11/805 | 11% | (7 -16)% | 5/107 | 52% | (38 - 66)% | 2/174 | 9% | (1 - 38)% |
| Other Sling | | | | | | | | | |

**Injectables**

**Artificial Sphincter**

Note:  G/P:  G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those groups

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 American Urological Association, Inc.  All rights reserved.

# Appendix A10 - Urgency rates, Any Prolapse
SUI Guideline Update Panel

## Urgency
## ANY Prolapse*

| | Urgency Symptons | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Suspensions** | **New Onset** | | | **Pre-Existing** | | | **Unspecified** | | |
| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 8/380 | 9% | (6 - 13)% | 2/23 | 40% | (6 - 83)% | 2/96 | 9% | (4 - 18)% |
| Burch | 8/380 | 9% | (6 - 13)% | 2/23 | 40% | (6 - 83)% | 2/96 | 9% | (4 - 18)% |
| Laparoscopic | 5/190 | 11% | (4 - 21)% | 1/2 | 10% | (0 - 67)% | 1/40 | 52% | (37 - 67)% |

| **Slings** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Autologous fascia without bone anchors | 1/27 | 23% | (10 - 40)% | | | | | | |
| Autologous vaginal wall slings w/without bone anchors | 1/45 | 1% | (0 - 5)% | | | | | | |
| Autologous vaginal wall slings with bone anchors - Suprapubic | | | | | | | | | |
| Cadaveric with bone anchors - Transvaginal | | | | | | | | | |
| Cadaveric without bone anchors | 1/15 | 14% | (3 - 36)% | 1/11 | 81% | (53 - 96)% | | | |
| Homologous tissue (dermis) without bone anchors | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Suprapubic | 1/47 | 2% | (0 - 10)% | 1/2 | 90% | (33 - 100)% | 1/49 | 2% | (0 - 10)% |
| Synthetic at bladder neck with bone anchors - Transvaginal | 1/32 | 7% | (1 - 19)% | | | | | | |
| Synthetic at bladder neck without bone anchors | 1/45 | 1% | (0 - 5)% | | | | 1/47 | 2% | (0 - 10)% |
| Synthetic at midurethra | 8/539 | 13% | (8 - 20)% | 2/104 | 21% | (4 - 51)% | 1/39 | 21% | (10 - 35)% |
| Other Sling | 1/126 | 21% | (14 - 29)% | | | | | | |

**Injectables**

**Artificial Sphincter**

Note:  **G/P:  G** = Number of **G**roups/Treatment arms extracted  / **P** = Number of **P**atients in those groups

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 American Urological Association, Inc.  All rights reserved.

# Appendix A10 - Urgency rates, Any Prolapse

**SUI Guideline Update Panel**

## Urgency
## ANY Prolapse*

| Suspensions | Unspecified Urgency | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | New Onset | | | Pre-Existing | | | Unspecified | | |
| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 2/85 | 16% | (8 - 27)% | | | | | | |
| Burch | 2/85 | 16% | (8 - 27)% | | | | | | |
| Laparoscopic | 2/73 | 12% | (5 - 23)% | 1/51 | 6% | (2 - 15)% | 1/30 | 24% | (11 - 40)% |

| Slings | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Autologous fascia without bone anchors | | | | | | | | | |
| Autologous vaginal wall slings w/without bone anchors | 1/45 | 1% | (0 - 5)% | | | | 1/45 | 1% | (0 - 5)% |
| Autologous vaginal wall slings with bone anchors - Suprapubic | | | | | | | | | |
| Cadaveric with bone anchors - Transvaginal | | | | | | | | | |
| Cadaveric without bone anchors | | | | | | | 1/36 | 17% | (7 - 31)% |
| Homologous tissue (dermis) without bone anchors | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Suprapubic | | | | | | | | | |
| Synthetic at bladder neck with bone anchors - Transvaginal | | | | | | | | | |
| Synthetic at bladder neck without bone anchors | 2/69 | 5% | (0 - 21)% | | | | | | |
| Synthetic at midurethra | 1/16 | 1% | (0 - 14)% | 1/59 | 26% | (16 - 38)% | 2/214 | 7% | (4 - 12)% |
| Other Sling | | | | | | | | | |

| Injectables |
|---|

| Artificial Sphincter |
|---|

Note: G/P: G = Number of Groups/Treatment arms extracted / P = Number of Patients in those groups

*By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 American Urological Association, Inc. All rights reserved.

**SUI Guideline Update Panel**

## Complications
## ANY Prolapse**

| | Suspensions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | All Retropubic Suspensions | | | Burch Suspension | | | Laparoscopic Suspension | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | | | |
| **Transfusion** | 7/415 | 6% | (2 - 14)% | 6/375 | 7% | (2 - 16)% | 5/183 | 2% | (1 - 6)% |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | 3/342 | 2% | (1 - 4)% | 3/342 | 2% | (1 - 4)% | 3/185 | 3% | (1 - 6)% |
| Febrile | 7/614 | 11% | (5 - 20)% | 5/513 | 14% | (6 - 26)% | 3/296 | 2% | (1 - 5)% |
| Infection | 2/280 | 12% | (6 - 19)% | 2/280 | 12% | (6 - 19)% | | | |
| Infection/Local Extension | 1/51 | 3% | (1 - 7)% | 1/51 | 3% | (1 - 7)% | 2/164 | 3% | (1 - 9)% |
| Neurologic | | | | | | | | | |
| Pulmonary | 1/33 | 4% | (0 - 13)% | | | | 2/151 | 3% | (1 - 7)% |
| Systemic - Abscess | 1/82 | 4% | (1 - 9)% | 1/82 | 4% | (1 - 9)% | 2/149 | 3% | (1 - 8)% |
| UTI | 10/779 | 17% | (11 - 25)% | 10/779 | 17% | (11 - 25)% | 11/545 | 7% | (5 - 11)% |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 8/503 | 3% | (2 - 6)% | 8/503 | 3% | (2 - 6)% | 16/901 | 6% | (4 - 8)% |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | 2/177 | 5% | (1 - 13)% | 2/177 | 5% | (1 - 13)% | 2/98 | 2% | (0 - 8)% |
| Bleeding - Hematoma | 9/600 | 5% | (3 - 7)% | 8/560 | 5% | (3 - 7)% | 7/366 | 3% | (2 - 6)% |
| Bowel Injury | 2/150 | 2% | (0 - 6)% | 1/82 | 1% | (0 - 6)% | 3/182 | 3% | (1 - 8)% |
| Erosion Extrusion | | | | | | | | | |
| Erosion Extrusion - Unknown | | | | | | | | | |
| Erosion Extrusion - Urethral-Bladder | 2/147 | 2% | (0 - 5)% | 2/147 | 2% | (0 - 5)% | 4/201 | 6% | (2 - 11)% |
| Erosion Extrusion - Vaginal | | | | | | | | | |
| Nerve Injury | | | | | | | | | |
| Operative CX - Other | 1/127 | 1% | (0 - 4)% | 1/127 | 1% | (0 - 4)% | 1/36 | 1% | (0 - 7)% |
| Osteomyelitis | 2/2 | 71% | (23 - 98)% | | * | | | | |
| Ureteral Injury | | * | | | * | | 3/109 | 4% | (1 - 10)% |
| Urethral Injury | | | | | | | | | |
| Urinary Tract Injury NS | | * | | | * | | | | |
| Vaginal Operative CX | | | | | | | 1/113 | 1% | (0 - 4)% |
| Wound | 5/408 | 5% | (3 - 9)% | 5/408 | 5% | (3 - 9)% | 4/206 | 4% | (1 - 8)% |
| Abdominal | 3/233 | 5% | (1 - 12)% | 1/132 | 1% | (0 - 3)% | 4/155 | 7% | (2 - 18)% |
| Vaginal | | | | | | | 1/48 | 0% | (0 - 5)% |
| **Subjective Complications** | | | | | | | | | |
| Pain | 2/76 | 9% | (2 - 24)% | 2/76 | 9% | (2 - 24)% | 7/353 | 3% | (2 - 6)% |
| Sexual Dysfunction | 5/262 | 7% | (4 - 12)% | 5/262 | 7% | (4 - 12)% | 1/34 | 12% | (4 - 26)% |
| Voiding Dysfunction | 3/314 | 16% | (5 - 33)% | 3/314 | 16% | (5 - 33)% | 3/104 | 8% | (3 - 15)% |
| **Conversion** | | | | | | | 3/219 | 11% | (5 - 20)% |
| **Other Complications** | 3/183 | 8% | (4 - 14)% | 3/183 | 8% | (4 - 14)% | 1/36 | 6% | (1 - 17)% |

Note: G/P: G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those groups

\* Only case reports of this complication exist, and data are insufficient to estimate the frequency.

**By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 *American Urological Association, Inc.  All rights reserved.*

# Appendix A11 – Complications rates Any Prolapse

## SUI Guideline Update Panel
## Complications
## ANY Prolapse**

| | Slings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Autologous fascia** | | | **Autologous Vaginal Wall Slings** | | | | | |
| | without Bone Anchors | | | with/without Bone anchors | | | w Bone Anchors - Suprapubic | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | | | |
| **Transfusion** | 1/198 | 4% | (2 - 7)% | 2/35 | 9% | (2 - 24)% | | | |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | | | | 1/15 | 8% | (1 - 27)% | | | |
| Febrile | | | | | | | | | |
| Infection | 1/80 | 4% | (1 - 10)% | 2/32 | 22% | (8 - 42)% | | | |
| Infection/Local Extension | | | | | | | | | |
| Neurologic | | | | | | | | | |
| Pulmonary | 1/80 | 10% | (5 - 18)% | | | | | | |
| Systemic - Abscess | | | | | | | | | |
| UTI | 1/80 | 8% | (3 - 15)% | 1/20 | 1% | (0 - 12)% | | | |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 2/278 | 8% | (1 - 26)% | 1/82 | 3% | (1 - 8)% | | | |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | 1/80 | 8% | (3 - 15)% | 1/20 | 6% | (1 - 21)% | | | |
| Bleeding - Hematoma | | | | | | | | | |
| Bowel Injury | 1/80 | 1% | (0 - 6)% | | | | | | |
| Erosion Extrusion | | | | | | | | | |
| Erosion Extrusion - Unknown | | | | | | | | | |
| Erosion Extrusion - Urethral-Bladder | | * | | 1/20 | 1% | (0 - 12)% | | | |
| Erosion Extrusion - Vaginal | | | | | | | | | |
| Nerve Injury | | | | | | | | | |
| Operative CX - Other | | | | 1/82 | 1% | (0 - 6)% | | | |
| Osteomyelitis | | | | | | | | * | |
| Ureteral Injury | | | | 1/20 | 1% | (0 - 12)% | | | |
| Urethral Injury | | | | | | | | | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | | | | | | |
| Wound | 2/278 | 4% | (2 - 8)% | | | | | | |
| Abdominal | | | | 1/82 | 3% | (1 - 8)% | | * | |
| Vaginal | | | | 2/65 | 3% | (0 - 11)% | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | 1/80 | 3% | (1 - 8)% | 1/45 | 3% | (0 - 10)% | | | |
| Sexual Dysfunction | | | | | | | | | |
| Voiding Dysfunction | | | | | | | | | |
| **Conversion** | | | | | | | | | |
| **Other Complications** | | | | | | | | | |

Note: G/P: G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those group
* Only case reports of this complication exist, and data are insufficient to estimate the frequency.
**By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had
  a concurrent prolapse treatment.

© 2009 *American Urological Association, Inc.*  All rights reserved.

**SUI Guideline Update Panel**

## Complications
## ANY Prolapse**

| | Slings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Cadaveric** | | | | | | **Homologous Tissue (Dermis)** | | |
| | with Bone Anchors | | | without Bone Anchors | | | without Bone Anchors | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | | | |
| **Transfusion** | | | | | | | | | |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | | | | | | | | | |
| Febrile | | | | 1/36 | 6% | (1 - 17)% | | | |
| Infection | | | | | | | | | |
| Infection/Local Extension | | | | | | | | | |
| Neurologic | | | | | | | | | |
| Pulmonary | | | | | | | | | |
| Systemic - Abscess | | | | | | | | | |
| UTI | | | | | | | | | |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | | | | 1/36 | 3% | (0 - 12)% | | | |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | | | | | | | | | |
| Bleeding - Hematoma | | | | | | | | | |
| Bowel Injury | | | | | | | | | |
| Erosion Extrusion | | | | | | | | | |
| Erosion Extrusion - Unknown | | | | | | | | | |
| Erosion Extrusion - Urethral-Bladder | | | | | | | | | |
| Erosion Extrusion - Vaginal | | * | | | | | 1/19 | 6% | (1 - 22)% |
| Nerve Injury | | | | | | | | | |
| Operative CX - Other | | | | | | | | | |
| Osteomyelitis | | | | | | | | | |
| Ureteral Injury | | | | | | | 1/19 | 1% | (0 - 12)% |
| Urethral Injury | | | | | | | | | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | | | | | | |
| Wound | | | | | | | | | |
| Abdominal | | | | | | | | | |
| Vaginal | | | | | | | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | | | | | | | | | |
| Sexual Dysfunction | | | | | | | | | |
| Voiding Dysfunction | | | | | | | | | |
| **Conversion** | | | | | | | | | |
| **Other Complications** | | | | | | | | | |

Note: G/P: G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those group

* Only case reports of this complication exist, and data are insufficient to estimate the frequency.

**By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 *American Urological Association, Inc.  All rights reserved.*

## SUI Guideline Update Panel
## Complications
## ANY Prolapse**

| | Slings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Synthetic at Bladder Neck | | | | | | | | |
| | with Bone Anchors | | | w Bone Anchors - Suprapubic | | | without Bone Anchors | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | | | |
| **Transfusion** | | | | | | | 2/92 | 53% | (40 - 66)% |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | | | | | | | | | |
| Febrile | | | | | | | 1/47 | 2% | (0 - 10)% |
| Infection | | | | 1/49 | 0% | (0 - 5)% | 1/20 | 25% | (10 - 46)% |
| Infection/Local Extension | | | | | | | | | |
| Neurologic | | | | | | | | | |
| Pulmonary | | | | | | | | | |
| Systemic - Abscess | | | | | | | | | |
| UTI | | | | | | | 3/112 | 9% | (4 - 17)% |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | | | | | | | 1/24 | 1% | (0 - 10)% |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | | | | | | | 3/112 | 11% | (3 - 24)% |
| Bleeding - Hematoma | | | | | | | | | |
| Bowel Injury | | | | | | | | | |
| Erosion Extrusion | | | | | | | 2/143 | 12% | (2 - 36)% |
| Erosion Extrusion - Unknown | | | | 1/49 | 2% | (0 - 9)% | 1/20 | 1% | (0 - 12)% |
| Erosion Extrusion - Urethral-Bladder | | | | 1/49 | 0% | (0 - 5)% | 4/223 | 9% | (5 - 19)% |
| Erosion Extrusion - Vaginal | | * | | | | | | | |
| Nerve Injury | | | | | | | | | |
| Operative CX - Other | | | | | | | | | |
| Osteomyelitis | | | | | | | | | |
| Ureteral Injury | | | | | | | 1/98 | 1% | (0 - 12)% |
| Urethral Injury | | | | | | | | | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | | | | 1/98 | 20% | (14 - 30)% |
| Wound | | | | | | | 1/98 | 40% | (31 - 50)% |
| Abdominal | | | | | | | 1/98 | 26% | (18 - 35)% |
| Vaginal | | | | | | | 1/20 | 1% | (0 - 12)% |
| **Subjective Complications** | | | | | | | | | |
| Pain | | | | 1/49 | 4% | (1 - 12)% | 1/62 | 2% | (0 - 7)% |
| Sexual Dysfunction | | | | 1/49 | 4% | (1 - 12)% | | | |
| Voiding Dysfunction | | | | 1/49 | 0% | (0 - 5)% | 2/122 | 16% | (3 - 38)% |
| **Conversion** | | | | | | | | | |
| **Other Complications** | | | | | | | | | |

Note:  G/P:  G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those group

\* Only case reports of this complication exist, and data are insufficient to estimate the frequency.

**By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 *American Urological Association, Inc.  All rights reserved.*

# Appendix A11 – Complications rates Any Prolapse

**SUI Guideline Update Panel**

## Complications
## ANY Prolapse**

| | Slings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Synthetic at Midurethra** | | | **Xenograft** without Bone Anchors | | | **Other Sling** | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | | | |
| **Transfusion** | 9/3189 | 1% | (0 - 1)% | | | | 1/126 | 0% | (0 - 2)% |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | 2/2113 | 0% | (0 - 1)% | | | | | | |
| Febrile | 3/468 | 8% | (4 - 14)% | | | | | | |
| Infection | 1/1455 | 1% | (0 - 1)% | 1/18 | 17% | (5 - 38)% | | | |
| Infection/Local Extension | * | | | | | | | | |
| Neurologic | 1/75 | 2% | (0 - 6)% | | | | | | |
| Pulmonary | | | | | | | | | |
| Systemic - Abscess | 2/111 | 3% | (1 - 9)% | 1/10 | 60% | (30 - 85)% | | | |
| UTI | 16/3016 | 7% | (5 - 9)% | | | | 1/126 | 1% | (0 - 4)% |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 29/4248 | 6% | (5 - 8)% | | | | 1/126 | 3% | (1 - 6)% |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | 6/1921 | 2% | (1 - 3)% | | | | 1/126 | 0% | (0 - 2)% |
| Bleeding - Hematoma | 15/3770 | 3% | (2 - 4)% | | | | | | |
| Bowel Injury | * | | | | | | | | |
| Erosion Extrusion | | | | | | | | | |
| Erosion Extrusion - Unknown | 6/632 | 4% | (2 - 7)% | | | | | | |
| Erosion Extrusion - Urethral-Bladder | 5/308 | 3% | (1 - 8)% | | | | | | |
| Erosion Extrusion - Vaginal | 6/2185 | 2% | (1 - 5)% | | | | | | |
| Nerve Injury | 3/1891 | 1% | (0 - 2)% | | | | | | |
| Operative CX - Other | | | | | | | | | |
| Osteomyelitis | | | | | | | | | |
| Ureteral Injury | | | | | | | | | |
| Urethral Injury | 5/1801 | 2% | (1 - 3)% | | | | 1/126 | 0% | (0 - 2)% |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | 3/393 | 1% | (0 - 3)% | 1/18 | 17% | (5 - 38)% | 1/126 | 5% | (2 - 10)% |
| Wound | 2/301 | 2% | (0 - 6)% | | | | | | |
| Abdominal | 3/1612 | 1% | (0 - 2)% | | | | | | |
| Vaginal | 1/45 | 1% | (0 - 5)% | | | | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | 4/1985 | 3% | (1 - 7)% | | | | | | |
| Sexual Dysfunction | | | | | | | | | |
| Voiding Dysfunction | 9/2407 | 16% | (6 - 33)% | | | | | | |
| **Conversion** | | | | | | | | | |
| **Other Complications** | 1/193 | 1% | (0 - 2)% | | | | | | |

Note: G/P: G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those group

* Only case reports of this complication exist, and data are insufficient to estimate the frequency.

**By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 American Urological Association, Inc.  All rights reserved.

# SUI Guideline Update Panel

## Complications
## ANY Prolapse**

| | Injectables | | | Artificial Sphincter | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Collagen | | | | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | |
| **Transfusion** | | | | | | |
| **General Medical Complications** | | | | | | |
| Cardiovascular | | | | 1/206 | 1% | (0 - 3)% |
| Febrile | | | | | | |
| Infection | | | | | | |
| Infection/Local Extension | | | | | | |
| Neurologic | | | | | | |
| Pulmonary | | | | | | |
| Systemic - Abscess | | | | | | |
| UTI | 1/105 | 2% | (0 - 6)% | | | |
| **Operative Complications** | | | | | | |
| Bladder Injury | | | | 2/206 | 15% | (10 - 22)% |
| Bleeding | | | | | | |
| Bleeding - Acute | | | | | | |
| Bleeding - Hematoma | | | | 1/179 | 4% | (2 - 8)% |
| Bowel Injury | | | | | | |
| Erosion Extrusion | | | | | | |
| Erosion Extrusion - Unknown | | | | 1/206 | 7% | (4 - 11)% |
| Erosion Extrusion - Urethral-Bladder | | | | 1/206 | 3% | (1 - 6)% |
| Erosion Extrusion - Vaginal | | | | | | |
| Nerve Injury | | | | | | |
| Operative CX - Other | | | | | | |
| Osteomyelitis | | | | | | |
| Ureteral Injury | | | | | | |
| Urethral Injury | | | | 2/206 | 2% | (0 - 9)% |
| Urinary Tract Injury NS | | | | | | |
| Vaginal Operative CX | | | | 2/206 | 13% | (6 - 22)% |
| Wound | | | | | | |
| Abdominal | | | | 1/179 | 7% | (4 - 12)% |
| Vaginal | | | | | | |
| **Subjective Complications** | | | | | | |
| Pain | | | | | | |
| Sexual Dysfunction | | | | | | |
| Voiding Dysfunction | | | | | | |
| **Conversion** | | | | | | |
| **Other Complications** | | | | 1/206 | 3% | (2 - 7)% |

Note:  G/P:  G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those group

\* Only case reports of this complication exist, and data are insufficient to estimate the frequency.

**By any evaluation method, including subjective and objective; includes groups/arms in which ANY patient had a concurrent prolapse treatment.

© 2009 American Urological Association, Inc.  All rights reserved.

# Appendix A12 -Efficacy - Cure/Dry Rates, No Prolapse

**SUI Guideline Update Panel**

## Efficacy - Cure / Dry
## NO Prolapse

| | SUBJECTIVE Eval 12 - 23 months | | | OBJECTIVE Eval 12 - 23 months | | | ANY Eval 12 - 23 months | | |
|---|---|---|---|---|---|---|---|---|---|
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 12/867 | 80% | (71 - 87)% | 6/369 | 82% | (74 - 89)% | 15/1085 | 82% | (74 - 87)% |
| Burch | 11/862 | 79% | (69 - 87)% | 5/354 | 81% | (72 - 89)% | 14/1070 | 81% | (73 - 87)% |
| Laparoscopic | 4/189 | 66% | (40 - 87)% | 5/234 | 74% | (64 - 83)% | 9/368 | 69% | (52 - 84)% |
| **Slings** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Autologous fascia without bone anchors | 2/283 | 82% | (59 - 95)% | | | | 4/342 | 90% | (76 - 98)% |
| Autologous vaginal wall slings w/without bone anchors | 1/39 | 79% | (65 - 90)% | | | | 1/39 | 79% | (65 - 90)% |
| Autologous vaginal wall slings with bone anchors | | | | | | | | | |
| Cadaveric without bone anchors | 1/104 | 74% | (65 - 82)% | | | | 1/104 | 74% | (65 - 82)% |
| Synthetic at bladder neck with bone anchors | 1/24 | 91% | (76 - 98)% | | | | 2/34 | 88% | (71 - 97)% |
| Synthetic at bladder neck without bone anchors | | | | | | | | | |
| Synthetic at midurethra | 10/917 | 85% | (79 - 90)% | 6/756 | 88% | (85 - 91)% | 14/1215 | 84% | (78 - 89)% |
| **Injectables** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Collagen | 4/207 | 50% | (39 - 61)% | 4/128 | 55% | (44 - 64)% | 7/340 | 48% | (41 - 55)% |
| **Artificial Sphincter** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |

Note: **G/P**: **G** = Number of **G**roups/Treatment arms extracted / **P** = Number of **P**atients in those groups

© **2009** *American Urological Association, Inc. All rights reserved.*

## SUI Guideline Update Panel

## Efficacy - Cure / Dry
## NO Prolapse

| Suspensions | SUBJECTIVE Eval 24 - 47 months | | | OBJECTIVE Eval 24 - 47 months | | | ANY Eval 24 - 47 months | | |
|---|---|---|---|---|---|---|---|---|---|
| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 6/478 | 74% | (60 - 85)% | 2/137 | 81% | (70 - 90)% | 13/803 | 76% | (68 - 82)% |
| Burch | 5/450 | 74% | (58 - 87)% | 2/137 | 81% | (70 - 89)% | 12/775 | 76% | (68 - 83)% |
| Laparoscopic | 4/172 | 74% | (61 - 85)% | 2/53 | 56% | (31 - 80)% | 4/172 | 74% | (61 - 85)% |

| Slings | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|---|---|---|---|---|---|
| Autologous fascia without bone anchors | 3/125 | 82% | (74 - 89)% | | | | 6/232 | 81% | (72 - 88)% |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | | | |
| Autologous vaginal wall slings with bone anchors | 1/58 | 79% | (68 - 88)% | | | | 1/58 | 79% | (68 - 88)% |
| Cadaveric without bone anchors | 1/63 | 71% | (59 - 81)% | | | | 2/71 | 80% | (43 - 98)% |
| Synthetic at bladder neck with bone anchors | | | | | | | | | |
| Synthetic at bladder neck without bone anchors | 3/101 | 69% | (55 - 81)% | 4/62 | 60% | (43 - 75)% | 9/349 | 73% | (64 - 80)% |
| Synthetic at midurethra | 2/188 | 67% | (43 - 86)% | 3/258 | 84% | (76 - 89)% | 7/483 | 81% | (72 - 88)% |

| Injectables | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|---|---|---|---|---|---|
| Collagen | 1/26 | 39% | (22 - 58)% | 3/95 | 42% | (28 - 57)% | 4/210 | 32% | (24 - 42)% |

| Artificial Sphincter | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 3/78 | 83% | (71 - 91)% |

Note:  **G/P: G** = Number of **G**roups/Treatment arms extracted  / **P** = Number of **P**atients in those groups

© 2009 *American Urological Association, Inc.  All rights reserved.*

# Appendix A12 - Efficacy - Cure/Dry Rates, No Prolapse
## SUI Guideline Update Panel

### Efficacy - Cure / Dry
### NO Prolapse

| Suspensions | SUBJECTIVE Eval 48 months and greater | | | OBJECTIVE Eval 48 months and greater | | | ANY Eval 48 months and greater | | |
|---|---|---|---|---|---|---|---|---|---|
| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 10/691 | 65% | (55 - 74)% | 3/157 | 69% | (55 - 82)% | 17/1259 | 73% | (64 - 77)% |
| Burch | 7/598 | 68% | (55 - 79)% | 3/157 | 69% | (55 - 82)% | 13/1065 | 73% | (65 - 80)% |
| Laparoscopic | | | | | | | | | |

| Slings | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|---|---|---|---|---|---|
| Autologous fascia without bone anchors | 2/284 | 71% | (38 - 93)% | | | | 4/368 | 82% | (67 - 93)% |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | 1/29 | 96% | (85 - 100)% |
| Autologous vaginal wall slings with bone anchors | | | | | | | | | |
| Cadaveric without bone anchors | | | | | | | | | |
| Synthetic at bladder neck with bone anchors | | | | | | | 1/27 | 92% | (78 - 98)% |
| Synthetic at bladder neck without bone anchors | | | | | | | | | |
| Synthetic at midurethra | | | | 1/80 | 85% | (76 - 92)% | 3/199 | 84% | (77 - 89)% |

| Injectables | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|---|---|---|---|---|---|
| Collagen | | | | | | | 1/40 | 30% | (18 - 45)% |

| Artificial Sphincter | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Note: **G/P**: **G** = Number of **G**roups/Treatment arms extracted / **P** = Number of **P**atients in those groups

© 2009 *American Urological Association, Inc.  All rights reserved.*

**SUI Guideline Update Panel**

# Efficacy - Cure / Dry / Improved
## NO Prolapse

| | SUBJECTIVE Eval 12 - 23 months | | | OBJECTIVE Eval 12 - 23 months | | | ANY Eval 12 - 23 months | | |
|---|---|---|---|---|---|---|---|---|---|
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 13/950 | 86% | (81 - 90)% | 6/431 | 84% | (78 - 89)% | 16/1168 | 86% | (82 - 90)% |
| Burch | 12/935 | 86% | (81 - 89)% | 6/431 | 84% | (78 - 89)% | 15/1143 | 86% | (81 - 89)% |
| Laparoscopic | 6/242 | 89% | (83 - 94)% | 7/287 | 77% | (66 - 86)% | 10/370 | 87% | (79 - 93)% |

| | SUBJECTIVE | | | OBJECTIVE | | | ANY | | |
|---|---|---|---|---|---|---|---|---|---|
| **Slings** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Autologous fascia without bone anchors | 2/283 | 92% | (88 - 96)% | | | | 4/342 | 93% | (89 - 95)% |
| Autologous vaginal wall slings w/without bone anchors | 1/39 | 79% | (65 - 90)% | | | | 1/39 | 79% | (65 - 90)% |
| Autologous vaginal wall slings with bone anchors | | | | | | | | | |
| Cadaveric without bone anchors | 1/104 | 93% | (87 - 97)% | | | | 1/104 | 93% | (87 - 97)% |
| Synthetic at bladder neck with bone anchors | 1/24 | 91% | (76 - 98)% | | | | 2/34 | 88% | (71 - 97)% |
| Synthetic at bladder neck without bone anchors | | | | | | | | | |
| Synthetic at midurethra | 10/917 | 90% | (86 - 94)% | 6/674 | 89% | (86 - 92)% | 13/1166 | 88% | (82 - 92)% |

| | SUBJECTIVE | | | OBJECTIVE | | | ANY | | |
|---|---|---|---|---|---|---|---|---|---|
| **Injectables** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Collagen | 4/207 | 76% | (69 - 82)% | 4/128 | 57% | (46 - 68)% | 7/340 | 69% | (62 - 75)% |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Artificial Sphincter** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |

Note:  **G/P:  G** = Number of **G**roups/Treatment arms extracted  /  **P** = Number of **P**atients in those groups

© **2009** *American Urological Association, Inc.  All rights reserved.*

**SUI Guideline Update Panel**

# Efficacy - Cure / Dry / Improved
# NO Prolapse

| | SUBJECTIVE Eval 24 - 47 months | | | OBJECTIVE Eval 24 - 47 months | | | ANY Eval 24 - 47 months | | |
|---|---|---|---|---|---|---|---|---|---|
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 6/478 | 82% | (73 - 90)% | 2/137 | 81% | (70 - 89)% | 13/903 | 83% | (77 - 88)% |
| Burch | 5/450 | 83% | (73 - 91)% | 2/137 | 81% | (70 - 89)% | 12/775 | 84% | (77 - 89)% |
| Laparoscopic | 4/172 | 74% | (61 - 85)% | 2/53 | 56% | (31 - 80)% | 4/172 | 74% | (61 - 85)% |
| **Slings** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Autologous fascia without bone anchors | 3/125 | 92% | (81 - 98)% | | | | 6/232 | 92% | (84 - 96)% |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | | | |
| Autologous vaginal wall slings with bone anchors | 1/58 | 79% | (68 - 88)% | | | | 1/58 | 79% | (68 - 88)% |
| Cadaveric without bone anchors | 1/63 | 78% | (66 - 87)% | | | | 2/72 | 80% | (60 - 93)% |
| Synthetic at bladder neck with bone anchors | | | | | | | | | |
| Synthetic at bladder neck without bone anchors | 3/101 | 87% | (72 - 96)% | 4/62 | 60% | (43 - 75)% | 9/349 | 80% | (71 - 88)% |
| Synthetic at midurethra | 2/188 | 71% | (24 - 97)% | 3/258 | 89% | (78 - 96)% | 9/587 | 92% | (84 - 97)% |
| **Injectables** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| Collagen | 1/26 | 69% | (50 - 84)% | 3/95 | 45% | (29 - 61)% | 4/210 | 55% | (41 - 69)% |
| **Artificial Sphincter** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| | | | | | | | 3/78 | 91% | (81 - 97)% |

Note:  **G/P:  G** = Number of **G**roups/Treatment arms extracted  / **P** = Number of **P**atients in those groups

© **2009** *American Urological Association, Inc.  All rights reserved.*

**SUI Guideline Update Panel**

# Efficacy - Cure / Dry / Improved
# NO Prolapse

| Suspensions | SUBJECTIVE Eval 48 months and greater | | | OBJECTIVE Eval 48 months and greater | | | ANY Eval 48 months and greater | | |
|---|---|---|---|---|---|---|---|---|---|
| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 10/691 | 79% | (69 - 86)% | 3/157 | 69% | (55 - 82)% | 17/1259 | 79% | (73 - 85)% |
| Burch | 7/598 | 84% | (76 - 90) | 3/157 | 69% | (55 - 82)% | 13/1065 | 83% | (76 - 88) |
| Laparoscopic | | | | | | | | | |

| Slings | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|---|---|---|---|---|---|
| Autologous fascia without bone anchors | 2/284 | 81% | (63 - 93)% | | | | 4/368 | 86% | (78 - 92)% |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | 1/29 | 96% | (85 - 100)% |
| Autologous vaginal wall slings with bone anchors | | | | | | | | | |
| Cadaveric without bone anchors | | | | | | | | | |
| Synthetic at bladder neck with bone anchors | | | | | | | 1/27 | 92% | (78 - 98)% |
| Synthetic at bladder neck without bone anchors | | | | | | | | | |
| Synthetic at midurethra | | | | 1/80 | 89% | (80 - 94) | 3/199 | 91% | (84 - 96)% |

| Injectables | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|---|---|---|---|---|---|
| Collagen | | | | | | | 1/40 | 70% | (55 - 82)% |

| Artificial Sphincter | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Note: **G/P: G** = Number of **G**roups/Treatment arms extracted / **P** = Number of **P**atients in those groups

© **2009** *American Urological Association, Inc. All rights reserved.*

Case 2:14-md-02592-EEF-MBN   Document 1006-15   Filed 08/15/17   Page 767 of 800 PageID #: 146842

**SUI Guideline Update Panel**

## Retention
## NO Prolapse

|  | > 28 days or Intervention | | |
|---|---|---|---|
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 8/619 | **4%** | (1 - 8)% |
| Burch | 5/347 | **3%** | (1 - 7)% |
| Laparoscopic | 5/188 | **4%** | (1 - 8)% |

| **Slings** | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|
| Autologous fascia without bone anchors | 8/480 | **8%** | (4 - 15)% |
| Autologous vaginal wall slings w/without bone anchors | 2/68 | **2%** | (0 - 8)% |
| Synthetic at bladder neck without bone anchors | 4/360 | **9%** | (5 - 15)% |
| Synthetic at midurethra | 17/2119 | **3%** | (2 - 4)% |

| **Injectables** | G/P | Median | CI (2.5 - 97.5)% |
|---|---|---|---|
| Collagen | 2/104 | **1%** | (0 - 5)% |

Note:  **G/P:  G** = Number of **G**roups/Treatment arms extracted  / **P** = Number of **P**atients in those groups

© 2009 *American Urological Association, Inc.  All rights reserved.*

# Appendix A15 - Urgency rates No Prolapse
SUI Guideline Update Panel

## Urgency
## NO Prolapse

| | Urge Incontinence | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Suspensions** | **New Onset** | | | **Pre-Existing** | | | **Unspecified** | | |
| | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 10/713 | 8% | (5 - 12)% | 5/186 | 14% | (6 - 25)% | 4/305 | 41% | (30 - 54)% |
| Burch | 9/695 | 8% | (5 - 11)% | 3/108 | 17% | (4 - 40)% | 4/305 | 41% | (30 - 54)% |
| Laparoscopic | 2/112 | 5% | (1 - 14)% | | | | 2/100 | 6% | (1 - 14)% |
| **Slings** | | | | | | | | | |
| Autologous fascia without bone anchors | 4/329 | 9% | (6 - 13)% | 4/358 | 33% | (28 - 40)% | | | |
| Autologous vaginal wall slings w/without bone anchors | | | | 1/13 | 9% | (1 - 31)% | | | |
| Cadaveric without bone anchors | 1/25 | 28% | (13 - 47)% | 1/38 | 21% | (10 - 36)% | | | |
| Synthetic at bladder neck with bone anchors | | | | 1/6 | 96% | (67 - 100)% | | | |
| Synthetic at bladder neck without bone anchors | 4/132 | 12% | (6 - 20)% | 1/24 | 17% | (6 - 35)% | | | |
| Synthetic at midurethra | 7/323 | 6% | (3 - 10)% | 1/25 | 44% | (26 - 63)% | 2/532 | 22% | (3 - 58)% |
| **Injectables** | | | | | | | | | |
| Collagen | 1/337 | 13% | (10 - 17)% | | | | 1/50 | 8% | (3 - 18)% |

© **2009** *American Urological Association, Inc.  All rights reserved.*

# Appendix A15 - Urgency rates No Prolapse

SUI Guideline Update Panel

## Urgency
## NO Prolapse

| | **Urgency Symptons** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **New Onset** | | | **Pre-Existing** | | | **Unspecified** | | |
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 5/476 | 15% | (7 - 27)% | 1/90 | 0% | (0 - 3)% | 1/102 | 0% | (0 - 2)% |
| Burch | 5/476 | 15% | (7 - 27)% | 1/90 | 0% | (0 - 3)% | 1/102 | 0% | (0 - 2)% |
| Laparoscopic | | | | | | | | | |

| **Slings** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Autologous fascia without bone anchors | 5/228 | 16% | (10 - 23)% | 3/63 | 41% | (28 - 55)% | | | |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | | | |
| Cadaveric without bone anchors | 1/8 | 14% | (1 - 45)% | | | | | | |
| Synthetic at bladder neck with bone anchors | | | | | | | | | |
| Synthetic at bladder neck without bone anchors | 3/108 | 13% | (6 - 23)% | | | | | | |
| Synthetic at midurethra | 4/190 | 14% | (5 - 30)% | 4/178 | 38% | (27 - 50)% | 2/532 | 45% | (11 - 83)% |

| **Injectables** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Collagen | | | | | | | | | |

© **2009** *American Urological Association, Inc.  All rights reserved.*

**SUI Guideline Update Panel**

## Urgency
## NO Prolapse

| | Unspecified Urgency | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | New Onset | | | Pre-Existing | | | Unspecified | | |
| **Suspensions** | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% | G/P | Median | CI (2.5 - 97.5)% |
| All Open Retropubic | 2/95 | 28% | (18 - 40)% | 2/116 | 23% | (11 - 39%) | 1/36 | 9% | (2 - 21)% |
| Burch | 2/95 | 28% | (18 - 40)% | 2/116 | 23% | (11 - 39)% | 1/36 | 9% | (2 - 21)% |
| Laparoscopic | | | | | | | 2/55 | 9% | (2 - 23)% |
| | | | | | | | | | |
| **Slings** | | | | | | | | | |
| Autologous fascia without bone anchors | 1/10 | 11% | (1 - 38)% | 1/15 | 40% | (19 - 65)% | | | |
| Autologous vaginal wall slings w/without bone anchors | | | | | | | | | |
| Cadaveric without bone anchors | | | | | | | | | |
| Synthetic at bladder neck with bone anchors | | | | | | | | | |
| Synthetic at bladder neck without bone anchors | 1/53 | 32% | (21 - 45)% | | | | | | |
| Synthetic at midurethra | | | | | | | | | |
| | | | | | | | | | |
| **Injectables** | | | | | | | | | |
| Collagen | 3/86 | 17% | (6 - 35)% | | | | 1/28 | 36% | (20 - 54)% |

© 2009 *American Urological Association, Inc.  All rights reserved.*

# SUI Guideline Update Panel
## Complications
## NO Prolapse

| | Suspensions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | All Retropubic Suspensions | | | Burch Suspension | | | Laparoscopic Suspension | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | 2/170 | 3% | (0 - 14)% | 2/170 | 3% | (0 - 14)% | | | |
| **Transfusion** | 6/321 | 6% | (2 - 12)% | 4/169 | 9%§ | (3 - 19)% | 1/24 | 5% | (0 - 18)% |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | 6/592 | 2% | (1 - 4)% | 3/294 | 3% | (1 - 8)% | | | |
| Dermatologic | | | | | | | | | |
| Febrile | 7/426 | 8% | (5 - 12)% | 3/113 | 11% | (5 - 20)% | 1/60 | 0% | (0 - 4)% |
| Infection | 1/98 | 2% | (0 - 6)% | 1/98 | 2% | (0 - 6)% | 1/31 | 4% | (0 - 14)% |
| Infection/Local Extension | | * | | | * | | | | |
| Neurologic | 1/113 | 1% | (0 - 4)% | 1/113 | 1% | (0 - 4)% | | | |
| Pulmonary | 1/15 | 8% | (1 - 27)% | | | | 1/51 | 2% | (0 - 9)% |
| Systemic - Abscess | 1/62 | 7% | (2 - 15)% | 1/62 | 7% | (2 - 15)% | | | |
| UTI | 17/1442 | 13% | (9 - 19%) | 10/978 | 15% | (8 - 24)% | 1/51 | 2% | (0 - 9)% |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 10/887 | 4% | (2 - 7)% | 7/589 | 6% | (2 - 12)% | 5/165 | 5% | (2 - 10)% |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | 3/433 | 4% | (1 - 9)% | 2/334 | 2% | (0 - 6)% | | | |
| Bleeding - Hematoma | 6/484 | 3% | (2 - 6)% | 5/469 | 3% | (1 - 5)% | 1/51 | 2% | (0 - 9)% |
| Bowel Injury | 1/31 | 4% | (0 - 14)% | 1/31 | 4% | (0 - 14)% | 1/31 | 4% | (0 - 14)% |
| Erosion Extrusion - Unknown | | | | | | | | | |
| Erosion Extrusion - Urethral-Bladder | 2/102 | 19%§ | (1 - 70)% | | * | | | | |
| Erosion Extrusion - Vaginal | | | | | | | | | |
| Nerve Injury | | | | | | | | | |
| Osteomyelitis | | * | | | | | | | |
| Ureteral Injury | 5/1739 | 1% | (1 - 2)% | 4/1640 | 1% | (1 - 2)% | 3/57 | 11% | (1 - 42)% |
| Urethral Injury | | | | | | | 2/55 | 2% | (0 - 10)% |
| Urinary Tract Injury NS | 1/60 | 2% | (0 - 8)% | | | | | | |
| Vaginal Operative CX | | | | | | | | | |
| Wound | 13/1229 | 6% | (4 - 7)% | 8/793 | 6% | (4 - 9)% | 1/51 | 2% | (0 - 9)% |
| Wound - Abdominal | 9/761 | 4% | (3 - 6)% | 5/449 | 4% | (2 - 7)% | | | |
| Wound - Vaginal | | | | | | | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | 9/980 | 5% | (3 - 8)% | 6/756 | 6% | (3 - 12)% | | * | |
| Sexual Dysfunction | 8/989 | 4% | (2 - 6)% | 5/801 | 3% | (2 - 4)% | | | |
| Voiding Dysfunction | 6/636 | 9% | (5 - 15)% | 5/583 | 10% | (5 - 18)% | 1/60 | 5% | (1 - 13)% |
| **Conversion** | 1/17 | 7% | (1 - 24)% | 1/17 | 7% | (1 - 24)% | 3/184 | 5% | (2 - 9)% |
| **Other Complications** | 3/253 | 5% | (0 - 20)% | 2/154 | 14% | (0 - 66)% | 1/51 | 2% | (0 - 9)% |

Note: **G/P**: **G** = Number of **G**roups/Treatment arms extracted  **P** = Number of **P**atients in those groups

\* Only case reports of this complication exist, and data are insufficient to estimate the frequency.

§ Although this estimate is based on some published data, the panel believes the estimates
   are not consistent with their experience.

© 2009 American Urological Association, Inc.  All rights reserved.

## SUI Guideline Update Panel
## Complications
## NO Prolapse

| | Slings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Autologous fascia | | | Autologous Vaginal Wall Slings | | | Cadaveric | | |
| | without Bone Anchors | | | with/without Bone anchors | | | without Bone Anchors | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | 1/90 | 0% | (0 - 3)% | | | | | | |
| **Transfusion** | 3/194 | 4% | (1 - 11)% | | | | 1/63 | 0% | (0 - 4)% |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | 2/338 | 2% | (0 - 5)% | | | | | | |
| Dermatologic | | | | | | | | | |
| Febrile | | | | | | | | | |
| Infection | 1/71 | 0% | (0 - 3)% | | | | 1/63 | 7% | (2 - 14)% |
| Infection/Local Extension | | | | | | | | | |
| Neurologic | 1/30 | 4%§ | (0 - 15)% | | | | | | |
| Pulmonary | 1/91 | 1% | (0 - 5)% | | | | | | |
| Systemic - Abscess | | | | | | | 1/104 | 2% | (0 - 6)% |
| UTI | 5/241 | 16% | (6 - 31)% | 2/402 | 4% | (2 - 7)% | 1/63 | 7% | (2 - 14)% |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 6/423 | 4% | (2 - 9)% | 1/29 | 1% | (0 - 8)% | | | |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | 1/20 | 6% | (1 - 21)% | | | | | | |
| Bleeding - Hematoma | 1/247 | 1% | (0 - 3)% | | | | 1/104 | 1% | (0 - 4)% |
| Bowel Injury | | | | | | | | | |
| Erosion Extrusion - Unknown | 1/33 | 1% | (0 - 7)% | | | | | * | |
| Erosion Extrusion - Urethral-Bladder | 4/370 | 2% | (0 - 7)% | | | | 1/63 | 0% | (0 - 4)% |
| Erosion Extrusion - Vaginal | | | | 1/373 | 2% | (1 - 4%) | | * | |
| Nerve Injury | | | | | | | 1/104 | 1% | (0 - 4)% |
| Osteomyelitis | | | | | | | | | |
| Ureteral Injury | | | | | | | | | |
| Urethral Injury | | | | | | | | | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | | | | | | |
| Wound | 2/111 | 8% | (3 - 16)% | | | | | | |
| Wound - Abdominal | 1/247 | 1% | (0 - 3)% | 2/402 | 5% | (3 - 8)% | | | |
| Wound - Vaginal | | | | | | | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | 3/63 | 10% | (1 - 35)% | | | | | | |
| Sexual Dysfunction | 4/105 | 8% | (3 - 16)% | | | | | | |
| Voiding Dysfunction | | * | | | | | 1/8 | 38%§ | (12 - 71)% |
| **Conversion** | | | | | | | | | |
| **Other Complications** | | | | | | | | | |

Note: **G/P**: **G** = Number of **G**roups/Treatment arms extracted  **P** = Number of **P**atients in those groups
\* Only case reports of this complication exist, and data are insufficient to estimate the frequency.
§ Although this estimate is based on some published data, the panel believes the estimates
  are not consistent with their experience.

© 2009 *American Urological Association, Inc.  All rights reserved.*

# SUI Guideline Update Panel
## Complications
## NO Prolapse

| Complications | Slings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Synthetic at Bladder Neck | | | | | | | | |
| | with Bone Anchors | | | w Bone Anchors - Suprapubic | | | w Bone Anchors - Transvaginal | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | | | |
| **Transfusion** | | | | | | | | | |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | | | | | | | | | |
| Dermatologic | | | | | | | | | |
| Febrile | | | | | | | | | |
| Infection | | | | | | | | | |
| Infection/Local Extension | | | | | | | | | |
| Neurologic | | | | | | | | | |
| Pulmonary | | | | | | | | | |
| Systemic - Abscess | | | | | | | | | |
| UTI | | | | | | | | | |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 1/11 | 10%§ | (1 - 35)% | | | | | | |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | | | | | | | | | |
| Bleeding - Hematoma | | | | | | | | | |
| Bowel Injury | | | | | | | | | |
| Erosion Extrusion - Unknown | | | | | | | | | |
| Erosion Extrusion - Urethral-Bladder | | | | | | | | * | |
| Erosion Extrusion - Vaginal | 1/10 | 21%§ | (4 - 50)% | | | | | * | |
| Nerve Injury | | | | | | | | | |
| Osteomyelitis | | * | | 1/108 | 3% | (1 - 7)% | | | |
| Ureteral Injury | | | | | | | | | |
| Urethral Injury | | | | | | | | | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | | | | | | |
| Wound | | | | | | | | | |
| Wound - Abdominal | | | | | | | | | |
| Wound - Vaginal | | | | | | | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | | | | | | | | | |
| Sexual Dysfunction | | | | | | | | | |
| Voiding Dysfunction | | | | | | | | | |
| **Conversion** | | | | | | | | | |
| **Other Complications** | | | | | | | | | |

Note:  G/P:  G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those groups
* Only case reports of this complication exist, and data are insufficient to estimate the frequency.
§ Although this estimate is based on some published data, the panel believes the estimates
  are not consistent with their experience.

© 2009 American Urological Association, Inc.  All rights reserved.

# Appendix A16

## SUI Guideline Update Panel
## Complications
## NO Prolapse

| Complications | Slings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | without Bone Anchors | | | Synthetic at Midurethra | | | Other Sling | | |
| | Synthetic at Bladder Neck | | | | | | | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | 1/25 | 1% | (0 - 9)% | | | |
| **Transfusion** | 1/200 | 1% | (0 - 3)% | 3/569 | 2% | (1 - 4)% | | | |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | | | | 2/261 | 1% | (0 - 3)% | | | |
| Dermatologic | | | | | | | | | |
| Febrile | | | | | | | | * | |
| Infection | | | | | | | | | |
| Infection/Local Extension | | | | 2/174 | 7% | (4 - 13)% | | | |
| Neurologic | | | | | | | | | |
| Pulmonary | | | | | | | | | |
| Systemic - Abscess | 2/315 | 3% | (1 - 5)% | 1/25 | 1% | (0 - 9)% | | | |
| UTI | 2/224 | 10% | (2 - 27)% | 9/771 | 8% | (5 - 13)% | | | |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | 1/200 | 1% | (0 - 2)% | 23/1925 | 6% | (4 - 8)% | | | |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | | | | 6/705 | 3% | (1 - 5)% | | | |
| Bleeding - Hematoma | | | | 7/1035 | 3% | (2 - 4)% | | | |
| Bowel Injury | | | | 3/256 | 1% | (0 - 4)% | | | |
| Erosion Extrusion - Unknown | 2/501 | 17%§ | (9 - 28)% | 6/621 | 1% | (0 - 3)% | | | |
| Erosion Extrusion - Urethral-Bladder | 3/346 | 3% | (1 - 9)% | | | | | | |
| Erosion Extrusion - Vaginal | 6/591 | 8% | (4 - 15)% | 9/891 | 7% | (2 - 15)% | | * | |
| Nerve Injury | 1/200 | 1% | (0 - 2)% | 1/404 | 0% | (0 - 1)% | | | |
| Osteomyelitis | | | | | | | | | |
| Ureteral Injury | | | | | | | | | |
| Urethral Injury | | | | | * | | | * | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | 2/302 | 2% | (0 - 7)% | | | |
| Wound | 2/385 | 7% | (3 - 14)% | 3/280 | 2% | (1 - 5)% | | | |
| Wound - Abdominal | | | | 2/75 | 2% | (0 - 8)% | | | |
| Wound - Vaginal | | | | 4/189 | 4% | (1 - 7)% | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | 2/264 | 9% | (2 - 23)% | 2/512 | 1% | (0 - 3)% | | | |
| Sexual Dysfunction | | | | 1/62 | 0% | (0 - 4)% | | | |
| Voiding Dysfunction | | | | 1/1175 | 2% | (1 - 3)% | | | |
| **Conversion** | | | | | | | | * | |
| **Other Complications** | | | | | | | | | |

Note:  G/P:  G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those groups
* Only case reports of this complication exist, and data are insufficient to estimate the frequency.
§ Although this estimate is based on some published data, the panel believes the estimates
 are not consistent with their experience.

© 2009 American Urological Association, Inc.  All rights reserved.

## SUI Guideline Update Panel
## Complications
## NO Prolapse

| | Injectables | | | | | | Artificial Sphincter | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Collagen | | | Other Non-degradable synthetics | | | | | |
| | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% | G/P | Med | CI (2.5 - 97.5)% |
| **Death** | | | | | | | 1/25 | 5% | (0 - 17)% |
| **Transfusion** | | | | | | | | | |
| **General Medical Complications** | | | | | | | | | |
| Cardiovascular | | | | | | | | | |
| Dermatologic | 3/399 | 5% | (1 - 17)% | | | | | | |
| Febrile | | | | | | | | | |
| Infection | | | | | | | | | |
| Infection/Local Extension | | | | | | | | | |
| Neurologic | | | | | | | | | |
| Pulmonary | 1/60 | 2% | (0 - 8)% | | | | | | |
| Systemic - Abscess | 1/115 | 1% | (0 - 4)% | | | | | | |
| UTI | 6/381 | 10% | (5 - 17)% | | | | | | |
| **Operative Complications** | | | | | | | | | |
| Bladder Injury | | | | | | | | | |
| Bleeding | | | | | | | | | |
| Bleeding - Acute | 4/251 | 5% | (3 - 8)% | | | | | | |
| Bleeding - Hematoma | | | | | | | | | |
| Bowel Injury | | | | | | | | | |
| Erosion Extrusion - Unknown | | | | | | | 1/18 | 28%§ | (11 - 51)% |
| Erosion Extrusion - Urethral-Bladder | | | | | | | | | |
| Erosion Extrusion - Vaginal | | | | | | | | | |
| Nerve Injury | | | | | | | | | |
| Osteomyelitis | | | | | | | | | |
| Ureteral Injury | | | | | | | | | |
| Urethral Injury | | * | | | * | | | | |
| Urinary Tract Injury NS | | | | | | | | | |
| Vaginal Operative CX | | | | | | | | | |
| Wound | | | | | | | | | |
| Wound - Abdominal | | | | | | | | | |
| Wound - Vaginal | | | | | | | | | |
| **Subjective Complications** | | | | | | | | | |
| Pain | | * | | | | | | | |
| Sexual Dysfunction | | | | | | | | | |
| Voiding Dysfunction | | | | | | | | | |
| **Conversion** | | | | | | | | | |
| **Other Complications** | 3/342 | 27%§ | (2 - 76)% | | | | 1/18 | 23%§ | (8 - 45)% |

Note:  G/P:  G = Number of Groups/Treatment arms extracted  / P = Number of Patients in those groups
\* Only case reports of this complication exist, and data are insufficient to estimate the frequency.
§ Although this estimate is based on some published data, the panel believes the estimates
  are not consistent with their experience.

© 2009 American Urological Association, Inc.  All rights reserved.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Complications for Groups with Uniform SUI Treatment - with or without Prolapse RX**

**Artificial Sphincter**

Acute Bleeding

Bladder Injury

Bowel Injury

Death

Fistula

Infection - Wound

Other Complications

PE/DVT

Removal of Foreign Body - other

Urethral Erosion

Vascular Injury

Wound - Abdominal Minor

Wound - Vaginal


**Autologous fascia with bone anchors - Suprapubic**

Infection - UTI

Infection - Wound

None (per Author)


**Autologous fascia without bone anchors**

Acute Bleeding

Bladder Injury

Bowel Injury

Death

DVT

Dysuria

Hematoma

Infection

Infection - UTI

Infection - Wound

None (per Author)

Other Complications

Pain

PE/DVT

Pulmonary

Removal of Foreign Body - other

Sexual Dysfunction

Stitches

Transfusion

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Complications for Groups with Uniform SUI Treatment - with or without Prolapse RX**

Urethral Erosion

Wound - Abdominal

Wound - Abdominal Major

Wound - Abdominal Minor

Wound - Vaginal Minor

**Autologous vaginal wall slings w/without bone anchors**

Acute Bleeding

Bladder Injury

Death

Dysuria

Fistula

Infection - Local Extension

Infection - UTI

Infection - Wound

MI

None (per Author)

Other Complications

Pain

Sexual Dysfunction

Stitches

Transfusion

Urethral Erosion

Wound - Abdominal

Wound - Abdominal Major

Wound - Abdominal Minor

Wound - Vaginal Major

Wound - Vaginal Minor

**Autologous vaginal wall slings with bone anchors - Suprapubic**

None (per Author)

Other Complications

Removal of Foreign Body - other

Wound - Abdominal Major

**Burch Suspension**

Acute Bleeding

Bladder Injury

Bowel Injury

Death

© American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**
**SUI Guidelines Panel**

**Complications for Groups with Uniform SUI Treatment - with or without Prolapse RX**

DVT

Dysuria

Fistula

Hematoma

Infection

Infection - Local Extension

Infection - Systemic

Infection - UTI

Infection - Wound

None (per Author)

Other Complications

Pain

PE/DVT

Pulmonary

Rectal Injury

Sexual Dysfunction

Transfusion

Urethral Erosion

Vascular Injury

Wound

Wound - Abdominal

Wound - Abdominal Major

Wound - Abdominal Minor


**Cadaveric with bone anchors**

Wound - Vaginal Major


**Cadaveric with bone anchors - Transvaginal**

Bladder Injury

Infection - Systemic

Infection - UTI

Other Complications

Pain

Sexual Dysfunction

Wound - Vaginal Minor


**Cadaveric without bone anchors**

Bladder Injury

Hematoma

Infection - UTI

© American Urological Association, Inc.  All rights reserved.  Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Complications for Groups with Uniform SUI Treatment - with or without Prolapse RX**

---

Infection - Wound

Other Complications

Removal of Foreign Body - other

Transfusion

Urethral Erosion

Wound - Abdominal

Wound - Abdominal Major

**Collagen**

Acute Bleeding

Infection - UTI

Infection - Wound

None (per Author)

Other Complications

Pulmonary

**Cooper's ligament sling (all sling materials)**

CVA

Death

Hematoma

Other Complications

**Homologous tissue (dermis) with bone anchors - Transvaginal**

Acute Bleeding

Bladder Injury

Bowel Injury

Infection - Local Extension

Other Complications

Sexual Dysfunction

Wound - Vaginal Minor

**Homologous tissue (dermis) without bone anchors**

None (per Author)

Other Complications

Wound - Vaginal Major

**Laparoscopic Suspension**

Acute Bleeding

Bladder Injury

 © American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Complications for Groups with Uniform SUI Treatment - with or without Prolapse RX**

Bowel Injury

Dysuria

Fistula

Hematoma

Infection

Infection - Local Extension

Infection - Systemic

Infection - UTI

Infection - Wound

None (per Author)

Other Complications

Pain

PE/DVT

Pulmonary

Removal of Foreign Body - other

Sexual Dysfunction

Stitches

Transfusion

Ureteral Injury

Vascular Injury

Wound

Wound - Abdominal

Wound - Abdominal Major

Wound - Abdominal Minor

Wound - Vaginal

Wound - Vaginal Major

**MMK**

Hematoma

Infection - UTI

Infection - Wound

Other Complications

Pulmonary

Sexual Dysfunction

Stitches

Transfusion

Wound - Abdominal

**Open Retropubic Suspensions**

Acute Bleeding

© American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A17 - Grouping of Outcomes

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Complications for Groups with Uniform SUI Treatment - with or without Prolapse RX**

Bladder Injury

Bowel Injury

Hematoma

Infection - Local Extension

Infection - Systemic

Infection - UTI

Infection - Wound

Other Complications

PE/DVT

Transfusion

Vascular Injury

Wound - Abdominal Major

Wound - Abdominal Minor

**Other degradable materials**

Death

Hematoma

Infection - UTI

Other Complications

PE/DVT

**Other Injectables**

Death

Infection - UTI

Other Complications

Removal of Foreign Body - other

Wound - Abdominal Major

Wound - Abdominal Minor

**Other non-degradable synthetics**

Dysuria

Infection - UTI

Other Complications

**Other Sling**

Acute Bleeding

Bladder Injury

Infection

Infection - UTI

© American Urological Association, Inc.  All rights reserved.  Not to be copied or distributed without permission.

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Complications for Groups with Uniform SUI
Treatment - with or without Prolapse RX**

None (per Author)

Other Complications

Transfusion

Wound - Vaginal Major

**Other Suspensions**

Acute Bleeding

Bladder Injury

Bowel Injury

Dysuria

Hematoma

Infection - Systemic

Infection - UTI

Infection - Wound

None (per Author)

Other Complications

PE/DVT

Pulmonary

Removal of Foreign Body - other

Sexual Dysfunction

Stitches

Transfusion

Wound - Abdominal Minor

**Synthetic at bladder neck with bone anchors**

Bladder Injury

None (per Author)

Other Complications

Wound - Vaginal

**Synthetic at bladder neck with bone anchors - Suprapubic**

Bladder Injury

Infection

Other Complications

Removal of Foreign Body - other

Sexual Dysfunction

Urethral Erosion

Wound - Abdominal Minor

© American Urological Association, Inc.  All rights reserved.  Not to be copied or distributed
without permission.

Case 2:12-md-02325 Document 42-4 08/15/17 Page 783 of 800 PageID #: 146858

**American Urological Association, Inc.**

**SUI Guidelines Panel**

### Synthetic at bladder neck with bone anchors - Transvaginal

Acute Bleeding

Bladder Injury

Hematoma

Infection - UTI

Infection - Wound

Other Complications

Removal of Foreign Body - other

Sexual Dysfunction

Urethral Erosion

Wound - Vaginal Major

Wound - Vaginal Minor

### Synthetic at bladder neck without bone anchors

Acute Bleeding

Bladder Injury

Bowel Injury

Hematoma

Infection - Systemic

Infection - UTI

Infection - Wound

MI

None (per Author)

Other Complications

Pulmonary

Removal of Foreign Body - other

Sexual Dysfunction

Stitches

Transfusion

Urethral Erosion

Wound

Wound - Abdominal

Wound - Abdominal Major

Wound - Abdominal Minor

Wound - Vaginal

Wound - Vaginal Major

Wound - Vaginal Minor

### Synthetic at midurethra

Acute Bleeding

 © American Urological Association, Inc.  All rights reserved.   Not to be copied or distributed without permission.

# Appendix A17 - Grouping of Outcomes

**American Urological Association, Inc.**

**SUI Guidelines Panel**

**Complications for Groups with Uniform SUI Treatment - with or without Prolapse RX**

---

Bladder Injury

Bowel Injury

Death

Dysuria

Fistula

Hematoma

Infection

Infection - Local Extension

Infection - Systemic

Infection - UTI

Infection - Wound

MI

None (per Author)

Other Complications

PE/DVT

Removal of Foreign Body - other

Sexual Dysfunction

Transfusion

Urethral Erosion

Vascular Injury

Wound

Wound - Abdominal

Wound - Abdominal Major

Wound - Abdominal Minor

Wound - Vaginal

Wound - Vaginal Major

Wound - Vaginal Minor

**Transvaginal Cooper's Ligament Suspension**

Death

Hematoma

None (per Author)

Other Complications

Wound - Vaginal Minor

**Xenograft without bone anchors**

Wound - Abdominal Major

Wound - Vaginal Major

Wound - Vaginal Minor

© American Urological Association, Inc. All rights reserved. Not to be copied or distributed without permission.

## Appendix A18 – Outcomes Graphs

### No Prolapse Patients:  Median Cure/Dry Rate
### Subjective Evaluation - 12-23 Mos



### No Prolapse Patients:  Median Cure/Dry Rate
### Objective Evaluation - 12-23 Mos



## Appendix A18 – Outcomes Graphs

### No Prolapse Patients:  Median Cure/Dry Rate
### Subjective Evaluation - 24-47 Mos



### No Prolapse Patients:  Median Cure/Dry Rate
### Objective Evaluation - 24-47 Mos



## Appendix A18 – Outcomes Graphs

### No Prolapse Patients:  Median Cure/Dry Rate
### Subjective Evaluation - 48+ Mos



### No Prolapse Patients:  Median Cure/Dry Rate
### Objective Evaluation - 48+ Mos



## Appendix A18 – Outcomes Graphs

### No Prolapse Patients:  Retention > 28 days or Intervention



### No Prolapse Patients:  Urgency Urge Incontinence - New Onset



## Appendix A18 – Outcomes Graphs





## Appendix A18 – Outcomes Graphs

### No Prolapse Patients:  General Medical Complications
### Autologous Fascia Sling



### No Prolapse Patients:  General Medical Complications
### Synthetic at Mid-Urethra



## Appendix A18 – Outcomes Graphs





## Appendix A18 – Outcomes Graphs





## Appendix A18 – Outcomes Graphs





## Appendix A18 – Outcomes Graphs



**Any Prolapse Patients:  Median Cure/Dry Rate**
**Objective Evaluation - 24-47 Mos**



**Any Prolapse Patients:  Median Cure/Dry Rate**
**Subjective Evaluation - 48+ Mos**

## Appendix A18 – Outcomes Graphs





## Appendix A18 – Outcomes Graphs





## Appendix A18 – Outcomes Graphs

### Any Prolapse Patients:  General Medical Complications
### All Retropubic Suspensions



### Any Prolapse Patients:  General Medical Complications
### Autologous Fascia Sling



## Appendix A18 – Outcomes Graphs

### Any Prolapse Patients:  General Medical Complications
### Synthetic at Bladder Neck



### Any Prolapse Patients:  Operative Complications
### All Retropubic Suspensions



## Appendix A18 – Outcomes Graphs





## Appendix A18 – Outcomes Graphs



**Any Prolapse Patients:  Operative Complications**
**Xenograft - Synthetic at Mid-Urethra**