# EXHIBIT A

| | |
|---|---|
| Bell, Patricia | 2:12-cv-06750 |
| Avant, Debbie | 2:12-cv-07413 |
| Burden, Gayle | 2:12-cv-06383 |
| Hosbrook, Patricia | 2:12-cv-07843 |
| Frame, Patsy | 2:12-cv-07524 |
| Landeche, Mary Alice | 2:12-cv-07962 |