# EXHIBIT C

# STEVEN ERIC GOLDWASSER, M.D.

 

---

| | |
|---|---|
| **CURRENT POSITION:** | **North Florida OBGYN**<br>**Jacksonville, Florida** |
| **PREVIOUS EMPLOYMENT** | Florida Urogynecology & Reconstructive Pelvic Surgery, P.A.<br>Jacksonville, Florida<br>9/1/2010 – 1/2/2011 |
| | McIver Urological Clinic<br>Jacksonville, Florida<br>3/1/2006 - 7/31/2010 |
| | Assistant Professor and Chief<br>Division of Urogynecology and Reconstructive Pelvic Surgery<br>Dept. of Obstetrics and Gynecology<br>University of Florida Health Science Center<br>Jacksonville, Florida<br>8/1/2000 – 2/30/2006 |
| **EDUCATION:** | |
| Fellowship: | Clinical Instructor<br>Urogynecology and Reconstructive Pelvic Surgery – Dept. of OB/GYN<br>Good Samaritan Hospital<br>Cincinnati, Ohio<br>1998-2000 |
| Internship & Residency: | University of Tennessee, Memphis<br>Dept. of Obstetrics & Gynecology<br>1994-1998 |

Steve Goldwasser, M.D.                Curriculum Vitae

| | |
|---|---|
| **Medical School** | Tulane University School of Medicine<br>New Orleans, Louisiana<br>M.D. Degree, 1990-1994 |
| **Undergraduate:** | University of California, San Diego<br>La Jolla, California<br>B.A. in Biology, 1985-1990 |
| **LICENSURE:** | Florida MD ME80864 |
| **PROFESSIONAL AFFILIATIONS:** | **Board Certified in Female Pelvic Medicine and Reconstructive Pelvic Surgery**<br><br>**Fellow, American College of Obstetrics & Gynecology**<br><br>Member, The American Urogynecologic Society<br><br>Member, International Urogynecological Association |
| **HONORS/ ORGANIZATIONS:** | Golden Apple Teaching Award (2004-2005) – Department of OB/GYN, University of Florida, Jacksonville.<br><br>Golden Apple Teaching Award (2003-2004) – Department of OB/GYN, University of Florida, Jacksonville.<br><br>Golden Apple Teaching Award (2001-2002) – Department of OB/GYN, University of Florida, Jacksonville.<br><br>Golden Apple Teaching Award (1997-1998) – Department of OB/GYN, University of Tennessee at Memphis.<br><br>Recipient 1997-1998 Best Research Paper and Presentation – Resident Paper Day, Department of OB/GYN, University of Tennessee at Memphis |
| **WORK/ VOLUNTEER EXPERIENCE:** | |
| **2006- present** | Department of Obstetrics and Gynecology<br>University of Florida Health Science Center<br>Jacksonville, Florida |

Steve Goldwasser, M.D.  Curriculum Vitae

|  |  |
|---|---|
|  | Clinical Instructor  - Urogynecology and Reconstructive Pelvic Surgery |
| **2000-2006:** | Department of Obstetrics and Gynecology<br>University of Florida Health Science Center<br>Jacksonville, Florida<br>Assistant Professor<br>Director, Division of Urogynecology and Reconstructive Pelvic Surgery<br>August 2000 – 2006 |
| **1998-2000:** | Fellow, Division of Urogynecology<br>Department of Obstetrics and Gynecology<br>Good Samaritan Hospital<br>Cincinnati, Ohio<br><br>Mercy Fairfield Hospital<br>Fairfield, OH<br>Director<br>Obstetric House Physician Program |
| **1996-1998:** | The Regional Medical Center<br>Memphis, Tennessee<br>Part-time physician in Emergency Room |
| **1993:** | University of Costa Rica<br>San Jose, Costa Rica<br>Position:  Medical Student<br>Duties:  Working in satellite health clinics |
| **1990:** | Quidel Corporation<br>La Jolla, California<br>Position:  Laboratory Technician<br>Duties:  ELISA assays, evaluation of product performance, analysis of product reliability. |
| **1990:** | University of California at San Diego<br>La Jolla, California<br>Position:  Teaching Assistant,<br>Mammalian Physiology |
| **PUBLICATIONS:** | Kleeman S, **Goldwasser S**, Vassallo B, Karram M. |

*Predicting postoperative voiding efficiency after operation for incontinence and prolapse.*
Am J Obstet Gynecol. 2002 Jul;187(1):49-52.

Karram M, **Goldwasser S**, Kleeman S, Steele A, Vassallo B, Walsh P.
*High uterosacral vaginal vault suspension with fascial reconstruction for vaginal repair of enterocele and vaginal vault prolapse.*
Am J Obstet Gynecol. 2001 Dec;185(6):1339-42; discussion 1342-3.

Steele AC, **Goldwasser S**, Karram M.
*Failure of intraoperative cystoscopy to identify partial ureteral obstruction.*
Obstet Gynecol. 2000 Nov;96:847.

Karram M, Partoll L, Miklos J, **Goldwasser S**.
*Suprapubic bladder drainage after extraperitoneal cystotomy.*
Obstet Gynecol. 2000 Aug;96(2):234-6.

Abramovici D, **Goldwasser S**, Mabie BC, Mercer BM, Goldwasser R, Sibai BM.
*A randomized comparison of oral misoprostol versus Foley catheter and oxytocin for induction of labor at term.*
Am J Obstet Gynecol. 1999 Nov;181:1108-12.

**ABSTRACTS & PROCEEDINGS:**

Tucker K, **Goldwasser S**, Costa J. *The Management and Characteristics of Mesh Exposure, Outcomes of a Longitudinal Database Study.* Annual Scientific Meeting American Urological Association, Washington DC, May 2011

**Goldwasser S,** Costa J**.** *A SIMPLIFIED TECNIQUE FOR APICAL FIXATION OF GRAFTS IN REPAIR OF ANTERIOR GENITAL PROLAPSE, THE ANTERIOR PARARECTAL PASS..* Annual Scientific Meeting Southeastern Section American Urological Association, Mobile AL, March 2009

Steve Goldwasser, M.D.                    Curriculum Vitae

Costa J, **Goldwasser S.** *Incidence and Management of Graft Complications in Patients with History of Synthetic Mesh Repair for Pelvic Organ Prolapse,.* Annual Scientific Meeting American Urological Association, June 2008

Mallipeddi P, Steele AC, **Goldwasser S,** Kholi N, Karram MM. *A study of the anatomy and histology of uterosacral ligaments.* 21st annual Scientific Meeting of the American Urogynecologic Society, Hilton Head, SC, Oct. 2000.

Kohli N, **Goldwasser S**, Lucente V, McKinney T, Miklos JR, Garely A, and Karram MM. *Tension Free Vaginal Tape (TVT) for the treatment of Stress incontinence: The initial North American experience*, 20th annual Scientific Meeting of the American Urogynecologic Society, San Diego, CA, Oct. 1999

Steele AC, Kohli N, Walsh P, Neff J, **Goldwasser S**, Mallipeddi P, and Karram MM. *Bladder capacity as a marker of detrusor stability during filling cystometry*, 20th Annual Scientific Meeting of the American Urogynecologic Society, San Diego, CA, Oct. 1999.

**Goldwasser S,** Walsh P, Steele A, Mallipeddi P, Kohli N, and Karram MM. *Uterosacral ligament vaginal vault suspension in the treatment of uterovaginal/ vaginal apex prolapse*, 20th Annual Scientific Meeting of the American Urogynecologic Society, San Diego, CA, Oct. 1999.

**Goldwasser S**, Walsh P, Steele A, Mallipeddi P, Kohli N, and Karram MM. *Uterosacral ligament vaginal vault suspension in the treatment of uterovaginal/ vaginal apex prolapse*, 29th Annual Meeting of the International Continence Society, Denver, CO, Aug. 1999.

Kohli N, **Goldwasser S**, Lucente V, McKinney T, Miklos JR, Garely A, and Karram MM. *Tension Free Vaginal Tape (TVT) for the*

Steve Goldwasser, M.D.  Curriculum Vitae

*treatment of stress incontinence: The initial North American Experience*, 29th annual meeting of the International Continence Society, Denver, CO, Aug. 1999.

Steele A, Mallipeddi P, **Goldwasser S**, Kohli N, Karram MM.  *Retropubic vesicourethrolysis for voiding dysfunction after anti-incontinence surgery*, 25th Annual Scientific Meeting of the Society for Gynecologic Surgeons, San Diego, CA, Feb. 1999.

**GRANTS:**  Yamanouchi Pharma America- educational grant 2004

"A comparison of the anatomy and Histology of uterosacral ligaments in Patients with and without pelvic organ prolapse"
(American Urogynecologic Society / June Allyson Foundation)
Co-investigator
July 1998

**INVENTIONS:**  Device/ procedure for vaginal reconstructive surgery
- Patent Pending

Surgical retractor
- Provisional patent