# EXHIBIT A

# EXHIBIT A

| Case Name | Case Number |
| --- | --- |
| Jane Bailey | 2:12-cv-07952 |
| Deborah & August Barone | 2:12-cv-06802 |
| Patricia D. & Joseph Bell | 2:12-cv-06750 |
| Patricia & Dale Blake | 2:12-cv-07901 |
| Phyllis Clark | 2:12-cv-06481 |
| Paula Carole & Audie L. Pope Clowe | 2:12-cv-06893 |
| Glorida & Henry Friberg | 2:12-cv-06500 |
| Patricia & Jackie Green | 2:12-cv-05688 |
| Kassandra & Cody Greenwood | 2:12-cv-07889 |
| Lela B. & Larry Harrison | 2:12-cv-06160 |
| Iris A. & Michael Jennings | 2:12-cv-06217 |
| Monnica & Marces Reyes | 2:12-cv-06141 |
| Maureen & Dennis M. Shary | 2:12-cv-07483 |
| Lissa Thompson | 2:12-cv-06140 |
| Rebecca Thompson | 2:12-cv-07802 |
| Martha A. & Daniel Cancio Underwood | 2:12-cv-06162 |