# EXHIBIT B

**SURGEON** Brown  **DATE** 12/14/09
**CIRCULATOR** Perry  **PROCEDURE** Total prolift, TVT-O

| IMPLANT STICKER or | | |
|---|---|---|
| GYNECARE TVT System<br>Tension-free Support for Incontinence<br>810081<br>STERILE EO 078<br>LOT 3348138 LCNP15082A | STERILIZED USING | |
| | SHORT CYCLE BIO/FAST PACK | YES NO |
| | IMPLANTED | **YES** NO |
| | EXPLANTED | YES NO |
| | HOSPITAL INVENTORY | **YES** NO |
| | PHYSICIAN SUPPLIED | YES NO |
| SERIAL # _____ | VENDOR SUPPLIED | YES NO |
| MODEL# _____ | BORROWED | YES NO |
| LOT # _____ | EXPIRATION DATE  07/2010 | |

| IMPLANT STICKER or | | |
|---|---|---|
| GYNECARE PROLIFT+M<br>Total Pelvic Floor Repair System<br>PFRT02<br>STERILE EO 173<br>LOT 3352449 LCNP15052A | STERILIZED USING | |
| | SHORT CYCLE BIO/FAST PACK | YES NO |
| | IMPLANTED | **YES** NO |
| | EXPLANTED | YES NO |
| | HOSPITAL INVENTORY | **YES** NO |
| | PHYSICIAN SUPPLIED | YES NO |
| SERIAL # _____ | VENDOR SUPPLIED | YES NO |
| MODEL# _____ | BORROWED | YES NO |
| LOT # _____ | EXPIRATION DATE  03/2012 | |

| IMPLANT STICKER or | | |
|---|---|---|
| | STERILIZED USING | |
| | SHORT CYCLE BIO/FAST PACK | YES NO |
| | IMPLANTED | YES NO |
| | EXPLANTED | YES NO |
| | HOSPITAL INVENTORY | YES NO |
| | PHYSICIAN SUPPLIED | YES NO |
| SERIAL # _____ | VENDOR SUPPLIED | YES NO |
| MODEL# _____ | BORROWED | YES NO |
| LOT # _____ | EXPIRATION DATE | |

| IMPLANT STICKER or | | |
|---|---|---|
| | STERILIZED USING | |
| | SHORT CYCLE BIO/FAST PACK | YES NO |
| | IMPLANTED | YES NO |
| | EXPLANTED | YES NO |
| | HOSPITAL INVENTORY | YES NO |
| | PHYSICIAN SUPPLIED | YES NO |
| SERIAL # _____ | VENDOR SUPPLIED | YES NO |
| MODEL# _____ | BORROWED | YES NO |
| LOT # _____ | EXPIRATION DATE | |

| IMPLANT STICKER or | | |
|---|---|---|
| | STERILIZED USING | |
| | SHORT CYCLE BIO/FAST PACK | YES NO |
| | IMPLANTED | YES NO |
| | EXPLANTED | YES NO |
| | HOSPITAL INVENTORY | YES NO |
| | PHYSICIAN SUPPLIED | YES NO |
| SERIAL # _____ | VENDOR SUPPLIED | YES NO |
| MODEL# _____ | BORROWED | YES NO |
| LOT # _____ | EXPIRATION DATE | |

CONFIDENTIAL COPY☺




OPS  329991  F
MCALEXANDER MONICA J  44
BROWN RC


Infirmary Health System

IR
REV. 5/09

**MEDICAL IMPLANT DEVICE FORM**