# EXHIBIT A

Priddy Exhibit A

| Case Name | Docket Number |
|---|---|
| DuBois, Virginia L. & Ronald | 2:12cv08070 |