IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ETHICON WAVE 5 MOTIONS | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE
CERTAIN GENERAL OPINIONS OF JERRY BLAIVAS, M.D.**

Defendants Ethicon, Inc., Ethicon LLC, and Johnson & Johnson (collectively "Ethicon") submit this memorandum in support of their motion to exclude certain general opinions of Jerry G. Blaivas, M.D., with respect to the cases set forth in Exhibit A to Defendants' accompanying motion.

Ethicon hereby adopts and incorporates by reference all of the arguments that it presented as part of its briefing in the Wave 4 cases. *See* Doc. 3589. Ethicon, however, also asserts the following addition argument:

**I.    The Court should preclude Dr. Blaivas from providing general opinions about Prolift +M, because he has not disclosed any opinions about that device.**

One of the Wave 5 Plaintiffs who designated Dr. Blaivas as a general causation expert, Monnica Reyes in Case No. 2:12-cv-06141, was implanted with a TVT-O device and a Prolift +M device. Ex. B, Product identification labels. Although Dr. Blaivas has prepared a general TVT-O report, Dr. Blaivas has not prepared a report for Prolift +M in this and other waves of cases only for certain devices. To the extent that Dr. Blaivas intends to provide opinions in this case about Prolift +M, the Court should exclude such opinions as being undisclosed.

Ethicon has asked Ms. Reyes, through counsel, if she intends to elicit testimony from Dr. Blaivas only about TVT-O, or also about Prolift +M. Ex. C, 8/1/17 email corresp. Ms. Reyes, however, has not responded. This Court has recognized that, "[u]nder Rule 26, expert reports must contain 'a complete statement of all opinions the witness will express and the basis and reasons for them.'" *Lewis v. Ethicon, Inc.,* 2014 WL 186872, at *17 (S.D.W. Va. Jan 15, 2015) (citing Fed. R. Civ. P. 26(a)(2)(B)(i)). Because Dr. Blaivas has not disclosed any opinions about Prolift +M, the Court should preclude him from testifying about that device in this wave of cases. Otherwise, Ethicon would be prejudiced.

## CONCLUSION

For the foregoing reasons and those set forth in Doc. 3589, the Court should limit Dr. Blaivas's general opinions consistent with the above.

Respectfully Submitted,

/s/ *Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
Christy.jones@butlersnow.com

/s/ *David B. Thomas*
David B. Thomas (W. Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

Counsel for Defendants Ethicon, Inc.,
Ethicon LLC, and Johnson & Johnson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ETHICON WAVE 4 CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I, Christy D. Jones, certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

> */s/ Christy D. Jones*
> Christy D. Jones
> Butler Snow LLP
> 1020 Highland Colony Parkway
> Suite 1400 (39157)
> P.O. Box 6010
> Ridgeland, MS  39158-6010
> (601) 985-4523
> christy.jones@butlersnow.com

3