# EXHIBIT A

# EXHIBIT A

| Case Name | Case Number |
| --- | --- |
| Mary J. Abadie | 2:12-cv-07356 |
| Lesa Adams | 2:12-cv-07658 |
| Margaret Aldridge | 2:12-cv-05750 |
| Rita M. & Charles E. Appleton | 2:12-cv-07872 |
| Cathy & Peter Balura | 2:12-cv-07854 |
| Susan & Ronnie Jerome Bethune | 2:12-cv-07852 |
| Patricia & Dale Blake | 2:12-cv-07901 |
| Jane & Frederick, III Bordelon | 2:12-cv-07431 |
| Celeste P. Bybel | 2:12-cv-07495 |
| Sonja & Layn Callahan | 2:12-cv-06387 |
| Lisa O. Campbell | 2:12-cv-07659 |
| Phyllis Clark | 2:12-cv-06481 |
| Paula Carole & Audie L. Pope Clowe | 2:12-cv-06893 |
| Ethel Davis | 2:12-cv-06388 |
| Sherry P. Deaton | 2:12-cv-05774 |
| Raja Dobard | 2:12-cv-07493 |
| Virginia L. & Ronald DuBois | 2:12-cv-08070 |
| Catherine & Richard Dupont | 2:12-cv-07490 |
| Carla & Edward Lester, Jr. Eason | 2:12-cv-07909 |
| Lula F. Fender | 2:12-cv-06182 |
| Patsy Frame | 2:12-cv-07524 |
| Margaret Richard Fremin | 2:12-cv-07523 |

| | |
|---|---|
| Cherrie Garrison | 2:12-cv-06390 |
| Ora Kay & Clarence Allen Gray | 2:12-cv-07251 |
| Kassandra & Cody Greenwood | 2:12-cv-07889 |
| Sabrina Harris | 2:12-cv-07582 |
| Kathleen Heintz | 2:12-cv-07579 |
| Laurie & Paul Hoggatt | 2:12-cv-05667 |
| Mary & Jimmy Holley | 2:12-cv-07750 |
| Dianne Jaufre | 2:12-cv-07573 |
| Iris A. & Michael Jennings | 2:12-cv-06217 |
| Mary Alice & Nolan, Jr. Landeche | 2:12-cv-07962 |
| Sherrie Leith | 2:12-cv-08079 |
| Maria Lockwood | 2:12-cv-07649 |
| Linda A. & Henry Martin | 2:12-cv-07853 |
| Clarisa McCoy | 2:12-cv-07646 |
| Betty Linton McCumber | 2:12-cv-08083 |
| Jamie & Travis McLain | 2:12-cv-08004 |
| Rosario Mendiola | 2:12-cv-07805 |
| Joycelyn Miller | 2:12-cv-07644 |
| Gwendolyn C. Mixon | 2:12-cv-07143 |
| Ella Morrison | 2:12-cv-07935 |
| Betty Nethercott | 2:12-cv-05802 |
| Teresa Palmer | 2:12-cv-07902 |
| Tamara & John Pavlekovich | 2:12-cv-06772 |
| Teresa L. Phelps | 2:12-cv-05790 |

| | |
|---|---|
| Robin Prestage | 2:12-cv-07936 |
| Judy & Brian E. Rayburn | 2:12-cv-07711 |
| Virginia & Richard Reeves | 2:12-cv-06408 |
| Veronica A. Ross | 2:12-cv-07419 |
| Santa Santana | 2:12-cv-07849 |
| Genevieve S. Schwartz | 2:12-cv-06184 |
| Teresa & Giuseppe Sciumbata | 2:12-cv-07037 |
| Cassandra Scott | 2:12-cv-07846 |
| Tammy Surcey | 2:12-cv-05668 |
| Bessie & William, Sr. Taylor | 2:12-cv-07784 |
| Shirley Terrebonne | 2:12-cv-07779 |
| Anna M. Thompson | 2:12-cv-06179 |
| Loral Tichbourn | 2:12-cv-07777 |
| Jodi & Leffy Valverde | 2:12-cv-07999 |
| Yadira & Ricardo Vazquez | 2:12-cv-07840 |
| Karen & Victor E. Weaver | 2:12-cv-07769 |
| Stephanie & Larry Wells | 2:12-cv-06438 |
| Patricia Wilcher | 2:12-cv-06573 |