# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 5 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF JAIME L. SEPULVEDA-TORO, M.D. FOR WAVE 5

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion filed against Jaime L. Sepulveda-Toro for Ethicon Wave 1, Dkt. 2014 (motion), 2018 (memorandum in support).  Plaintiffs respectfully request that the Court exclude Jaime L. Sepulveda-Toro's testimony, for the reasons expressed in the Wave 1 briefing.  This notice applies to the following Wave 5 cases identified in Exhibit A attached hereto.

Dated: August 15, 2017              Respectfully submitted,

/s/  Bryan F. Aylstock  
Bryan F. Aylstock, Esq.  
Renee Baggett, Esq.  
Aylstock, Witkin, Kreis and Overholtz, PLC  
17 East Main Street, Suite 200  
Pensacola, Florida  32563  
(850) 202-1010  
(850) 916-7449 (fax)  
E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell  
THOMAS P. CARTMELL  
Wagstaff & Cartmell LLP  
4740 Grand Avenue, Suite 300  
Kansas City, MO 64112  
816-701-1102  
Fax 816-531-2372  
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Foy, Connie | 2:12-cv-06589 |
| Bell, Patricia | 2:12-cv-06750 |
| Harrison, Lela | 2:12-cv-06160 |
| Adams, Lesa | 2:12-cv-07658 |
| Thompson, Rebecca | 2:12-cv-07802 |
| Leith, Sherrie | 2:12-cv-08079 |
| Thompson, Lissa | 2:12-cv-06140 |
| Picou, Esther | 2:12-cv-06403 |
| Hoggatt, Laurie | 2:12-cv-05667 |
| Clark, Phyllis | 2:12-cv-06481 |
| Aldridge, Margaret | 2:12-cv-05750 |
| Holley, Mary | 2:12-cv-07750 |
| Sauer, Carol | 2:12-cv-06818 |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com