IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------<br>ETHICON WAVE 5 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**DEFENDANTS' NOTICE OF ADOPTION OF PRIOR DAUBERT MOTIONS AND REPLY BRIEFINGS OF MICHAEL THOMAS MARGOLIS, M.D. FOR WAVE 5**

Come now, Defendants Ethicon, Inc., Ethicon, LLC and Johnson & Johnson (collectively, "Ethicon"), and hereby move to exclude certain general opinions of one of Plaintiffs' experts, Dr. Michael Thomas Margolis. Defendants adopt and incorporate by reference the *Daubert* motion filed against Dr. Michael Thomas Margolis for Ethicon Wave 1 cases, Dkt. Nos. 2029 (motion), 2031 (memorandum in support) and supporting Reply brief, Dkt. 2212, as well as their supplemental briefing filed in Ethicon Wave 3 cases, Dkt. Nos. 2832 and 2833.

Ethicon respectfully requests that the Court exclude Dr. Michael Thomas Margolis's testimony, for the reasons expressed in the Wave 1 and 3 briefings. This notice applies to the Wave 5 cases identified in Exhibit A attached hereto.

Respectfully submitted,

*/s/Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)

1

37727502v1

P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com


*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC AND
JOHNSON & JOHNSON

2

37727502v1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 <br> MDL 2327 |
| -------------------------------------------------------- <br> ETHICON WAVE 5 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com


/s/ David B. Thomas
David B. Thomas (W. Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC AND
JOHNSON & JOHNSON

# EXHIBIT A

37727502v1

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| Rita M. Appleton, et al. v. Ethicon, Inc., et al. | 2:12-cv-07872 | TVT-O |
| Cathy Balura, et al. v. Ethicon, Inc., et al. | 2:12-cv-07854 | TVT |
| Tammy Louise Bell, et al. v. Ethicon, Inc., et al. | 2:12-cv-06474 | TVT |
| Sonja Callahan, et al. v. Ethicon, Inc., et al. | 2:12-cv-06387 | TVT |
| Ethel Davis v. Ethicon, Inc., et al. | 2:12-cv-06388 | TVT |
| Donna Dynes, et al., et al. v. Ethicon, Inc., et al. | 2:12-cv-06104 | TVT-O |
| Cherrie Garrison v. Ethicon, Inc., et al. | 2:12-cv-06390 | TVT |
| Patricia Hosbrook v. Ethicon, Inc., et al. | 2:12-cv-07843 | Prolift |
| Betty Linton McCumber v. Ethicon, Inc., et al. | 2:12-cv-08083 | TVT |
| Anna L. Paschke v. Ethicon, Inc., et al. | 2:12-cv-06399 | Prolift, TVT-S |
| Elizabeth Patterson v. Ethicon, Inc., et al. | 2:12-cv-06081 | TVT |
| Esther Picou v. Ethicon, Inc., et al. | 2:12-cv-06403 | TVT |
| Regina Beth Redden v. Ethicon, Inc., et al. | 2:12-cv-06405 | Prolift, TVT |

37727502v1

| Monnica Reyes, et al. v. Ethicon, Inc., et al. | 2:12-cv-06141 | Prolift, TVT |
| Santa Santana v. Ethicon, Inc., et al. | 2:12-cv-07849 | TVT, TVT-O |
| Cassandra Scott v. Ethicon, Inc., et al. | 2:12-cv-07846 | TVT-S |
| Lynn A. Scuderi v. Ethicon, Inc., et al. | 2:12-cv-06409 | TVT-O |
| Tammy Surcey v. Ethicon, Inc., et al. | 2:12-cv-05668 | TVT |
| Lissa Thompson v. Ethicon, Inc., et al. | 2:12-cv-06140 | Prolift, TVT |
| Suzanne Washburn, et al. v. Ethicon, Inc., et al. | 2:12-cv-06248 | TVT |
| Stephanie Wells, et al. v. Ethicon, Inc., et al. | 2:12-cv-06438 | TVT |

37727502v1