IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 5 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**DEFENDANTS' NOTICE OF ADOPTION OF PRIOR DAUBERT MOTIONS AND REPLY BRIEFINGS OF RALPH ZIPPER, M.D. FOR WAVE 5**

Come now, Defendants Ethicon, Inc., Ethicon, LLC and Johnson & Johnson (collectively, "Ethicon"), and hereby move to exclude certain general opinions of one of Plaintiffs' experts, Dr. Ralph Zipper. Defendants adopt and incorporate by reference the *Daubert* motion filed against Dr. Zipper for Ethicon Wave 1, Dkt. Nos. 2068 (motion), 2072 (memorandum in support), and supporting Reply brief, Dkt. 2221, and the Court's Wave 1 ruling with respect to Dr. Zipper. *See* Order, Dkt.. No. 2717; *see also* Dkt. 2418 (Notice of Adoption for Wave 2 Order), 3299 (Notice of Adoption for Wave 3 Order).

Ethicon respectfully requests that the Court exclude Dr. Zipper's testimony, for the

1

37727571v1

reasons expressed in the Wave 1 briefings. This notice applies to the Wave 5 cases identified in Exhibit A attached hereto.

                          Respectfully submitted,

                          */s/Christy D. Jones*
                          Christy D. Jones
                          Butler Snow LLP
                          1020 Highland Colony Parkway
                          Suite 1400 (39157)
                          P.O. Box 6010
                          Ridgeland, MS 39158-6010
                          (601) 985-4523
                          christy.jones@butlersnow.com

                          */s/ David B. Thomas*
                          David B. Thomas (W.Va. Bar #3731)
                          Thomas Combs & Spann PLLC
                          300 Summers Street
                          Suite 1380 (25301)
                          P.O. Box 3824
                          Charleston, WV 25338
                          (304) 414-1807
                          dthomas@tcspllc.com

                          COUNSEL FOR DEFENDANTS
                          ETHICON, INC., ETHICON, LLC AND
                          JOHNSON & JOHNSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------<br>ETHICON WAVE 5 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com


/s/ David B. Thomas
David B. Thomas (W. Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC AND
JOHNSON & JOHNSON

37727571v1

# EXHIBIT A

37727571v1

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| *Debbie Avant, et al. v. Ethicon, Inc., et al.* | 2:12-cv-07413 | Prolift, TVT |
| *Sammie Marie Ball v. Ethicon, Inc., et al.* | 2:12-cv-07415 | TVT |
| *Chantel Bohne v. Ethicon, Inc., et al.* | 2:12-cv-07417 | TVT |
| *Gayle Burden, et al. v. Ethicon, Inc., et al.* | 2:12-cv-06383 | Prolift |
| *Glenda Dawes, et al. v. Ethicon, Inc., et al.* | 2:12-cv-08048 | TVT |
| *Laura Hoggatt, et al. v. Ethicon, Inc., et al.* | 2:12-cv-05667 | Prosima |
| *Kimberly Jarrell, et al. v. Ethicon, Inc., et al.* | 2:12-cv-07422 | TVT |
| *Hema Kaviratna, et al. v. Ethicon, Inc., et al.* | 2:12-cv-08019 | TVT |
| *Anna L. Paschke v. Ethicon, Inc., et al.* | 2:12-cv-06399 | Prolift, TVT-S |
| *Mary Lee Platt, et al. v. Ethicon, Inc., et al.* | 2:12-cv-07420 | TVT-O |
| *Regina Beth Redden v. Ethicon, Inc., et al.* | 2:12-cv-06405 | Prolift, TVT |
| *Beverly Sampson v. Ethicon, Inc., et al.* | 2:12-cv-07424 | TVT |

37727571v1