# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------<br>ETHICON WAVE 5 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### DEFENDANTS' NOTICE OF ADOPTION OF PRIOR DAUBERT MOTIONS AND REPLY BRIEFINGS OF ABBAS SHOBEIRI, M.D., FOR WAVE 5

Come now, Defendants Ethicon, Inc., Ethicon LLC, and Johnson & Johnson (collectively, "Ethicon"), and hereby move to exclude certain general opinions of one of Plaintiffs' experts, Dr. Abbas Shobeiri. Defendants adopt and incorporate by reference the *Daubert* motion filed against Dr. Shobeiri for Ethicon Wave 1, Dkt. Nos. 2073 (motion), 2077 (memorandum in support), and supporting Reply brief, Dkt. 2219, as well as their supplemental memorandum of law filed in Ethicon Wave 3 cases, Dkt. Nos. 2764 and 2767, which addresses the Court's Wave 1 ruling with respect to Dr. Shobeiri. *See* Order, Dkt.. No. 2685.

Ethicon respectfully requests that the Court exclude Dr. Shobeiri's testimony, for the reasons expressed in the Wave 1 and 3 briefings. This notice applies to the Wave 5 cases identified in Exhibit A attached hereto.

Respectfully submitted,

*/s/Christy D. Jones*
Christy D. Jones
Butler Snow LLP

1

37727672v1

        1020 Highland Colony Parkway
        Suite 1400 (39157)
        P.O. Box 6010
        Ridgeland, MS  39158-6010
        (601) 985-4523
        christy.jones@butlersnow.com


*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON LLC AND
JOHNSON & JOHNSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------<br>ETHICON WAVE 5 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      */s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com

/s/ David B. Thomas
David B. Thomas (W. Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON LLC AND
JOHNSON & JOHNSON

# EXHIBIT A

37727672v1

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| *Veronica A. Ross v. Ethicon, Inc., et al.* | 2:12-cv-07419 | TVT-O |

37727672v1