# EXHIBIT A

| McCumber, Betty Linton | 2:12-cv-08083 |