# Exhibit B

# RAGNVALD (Ron) MJANGER, M.D., FACOG, FPMRS

## CURRICULUM VITAE

**EDUCATION**

College/University:
California State University, Long beach, California          1973-1976

Graduate School:
University of California, San Francisco                     1976-1978

Medical School:
University of Oslo, Norway                                  1978-1982

Internship:
Baerum Hospital, Norway (Medicine and Surgery)          3/1982 -3/1983
Raelingen, Norway  (Family Practice)                    3/1983 –9/1983
Sioux Valley Hospital, Sioux Valley, South Dakota          1984 – 1985

Residency:
St Paul Ramsey Hospital, St. Paul, MN (Obstetrics & Gynecology)    1985 – 1988

**MEDICAL LISENCURE:**

Minnesota # 30361

**BOARD CERTIFICATION:**

Obstetrics and Gynecology                                December 2000

**SUBSPECIALTY BOARD;**

Female Pelvic Medicine and Reconstructive Surgery            June 2015

**PRESENT POSITIONS:**

Private practice in Obstetrics & Gynecology and Female Pelvic
Medicine and Reconstructive Surgery with Premier ObGyn
(formerly known as Metro ObGyn) in St. Paul MN              1999 - Present

Assistant Clinical Professor,
University of Minnesota Medical School                       2004 -Present

**PREVIOUS EMPLOYMENT:**

| | |
|---|---|
| Allina Medical, St. Paul, Minnesota<br>Group Practice | 1995 - 1999 |
| St. Paul Obstetrics & Gynecology, St. Paul, Minnesota<br>Private Practice | 1989 - 1995 |
| Aspen Clinic, St. Paul, Minnesota<br>Group Practice | 1988 - 1989 |
| Raelingen, Norway<br>General Medical Practice | 1983 - 1984 |

**ELECTED POSITIONS;**

| | |
|---|---|
| Midway Hospital<br>Vice Chair, Department of Obstetrics and Gynecology | 1995 - 1996 |
| Health East Hospitals<br>Chair, Department of Obstetrics and Gynecology | 1996 – 1998 |
| United Hospital<br>Vice Chair, Department of Obstetrics and Gynecology<br>Chair, Department of obstetrics and Gynecology | 1996 –1998<br>1998 – 2000 |
| Member of Ramsey County Medical Board<br>Specialty Director | 2000 – 2002 |

**HOSPITAL COMMITTEE APOINTMENTS:**

| | |
|---|---|
| United Hospital, St Paul, MN<br>Member of peer review committee in obstetrics<br>Chair of peer review committee in gynecologic surgery | 1994 - 2001<br>1998 - 2002 |

**TEACHING:**

| | |
|---|---|
| University Of Minnesota Medical School<br>Adjunct Clinical Assistant Professor | 7/1/2010 - Present |
| Teaching Robot Assisted laparoscopic surgery<br>(Epicenter Instructor for Intuitive Surgical) | 2008 - Present |
| Teaching minimally invasive gynecologic surgery to<br>gynecologists, urologists and residents | 1995 - Present |

Preceptor for Ethicon for insertion of TVT, TVT-O, TVT-Exact slings and for use of Prolift Mesh.

Given community lectures about treatment of urinary incontinence and pelvic organ prolapse.

Lectured for doctors about robotic surgery and pelvic organ prolapse.
Spoke at AAGL annual meeting in Las Vegas about repair of vaginal prolapse.

Served on an advisory committee at AMS on new techniques for treatment of pelvic organ prolapse.

Preceptor for Family Practice Residents from United Hospital, St. Paul, M.N.

**AWARDS:**

Teacher of the year award given by the family practice residents at United Hospital, St. Paul, M.N., 2007.

**INTERNATIONAL MEDICINE**

Surgery on indigent population in Guatemala

**MILITARY:**

| | |
|---|---|
| Norwegian Air Force, Officer/air navigator | 1968 – 1973 |

Training:
| | |
|---|---|
| Pilot training, Norwegian Air Force, Norway | 1968 - 1969 |
| Air Navigation School, US Air Force | 1969 – 1970 |
| Anti-Submarine Warfare Training, US Navy | 1979 – 1981 |

**PROFESSIONAL SOCIETY MEMBERSHIPS:**

AAGL, AUGS, AMA, ACOG, Minnesota Medical association,

**POST GRADUATE TRAINING:**

Annual review courses in Gynecology and Female Pelvic Medicine and Reconstructive Surgery.

## AREAS OF SPECIAL INTEREST:
Surgical treatment of endometriosis, pelvic organ prolapse and urinary incontinence including reoperations and removal of mesh using minimally invasive surgery techniques. Performed over 10,000 pelvic surgeries including over 1000 using the DaVinci Robot.

June 2015