USDC/ATTY-010 (Rev. 9/2014) Request for Transcript from an Electronic Recording or for Purchasing a Copy of an Audio Tape or CD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation

v.

Ethicon, Inc., et al.

CASE NUMBER: 2:12-md-02327

## REQUEST FOR TRANSCRIPT FROM AN ELECTRONIC RECORDING OR FOR PURCHASING A COPY OF AN AUDIO TAPE OR CD

Requestor's name: David B. Thomas

Address: Thomas Combs & Spann, PLLC, P.O. Box 3824, Charleston, WV  25338

Telephone: (304) 414-1800        Fax: (304) 414-1801

E-mail address: rdavis@tcspllc.com

Judicial officer presiding: Magistrate Judge Cheryl A. Eifert

Proceeding date(s): August 9, 2017

Proceeding location(s): Charleston, WV

Proceeding type(s)[1]: Telephonic Motion Hearing

Attorney present at hearing (list all attorneys):
David B. Thomas

Witness called at proceeding (list all witnesses):

Court reporter name/Tape number/Courtflow: Amye Cochran

---

[1] Proceeding types include: Motion Hearing, Voir Dire, Jury Selection, Jury Trial, Day 1, 2, etc., Bench Trial, Day 1, 2, etc., Jury Verdict, Sentencing, Bond Hearing, Detention Hearing, Etc.

**USDC/ATTY-010 (Rev. 9/2014) Request for Transcript from an Electronic Recording or for Purchasing a Copy of an Audio Tape or CD**

Indicate type of transcript requested:

- [ ] Ordinary transcript (due 30 days from date assigned to court reporter)
- [ ] Daily
- [ ] 14-Day transcript (due 14 days from date assigned to court reporter)
- [ ] Hourly
- [x] Expedited (due 7 days from date assigned to court reporter)
- [ ] Copy of an audio tape or CD of an electronically recorded proceeding

Additional instructions *(Provide additional information which will aid in the preparation of the transcript)*:

Please e-mail transcript to Robyn Davis at: rdavis@tcspllc.com

I acknowledge that I am responsible for payment to the court reporter for the cost of a transcript of the proceedings described herein or that I am responsible to the Clerk of Court for payment of the cost for recording of the proceedings described herein. Further, I understand that this request will not be processed until appropriate financial arrangements are made.

By: /s/ David B. Thomas                    Date: August 21, 2017
*Requestor's Signature or e-Signature*

- [x] Attorney (Civil or Criminal)
- [ ] Assistant United States Attorney
- [ ] CJA Attorney (completed CJA-24 attached)
- [ ] Pro Se Litigant
- [ ] Federal Public Defender

---

**FOR OFFICIAL COURT USE ONLY:**

Court reporter assigned:

Date assigned:

Delivery method:

- [ ] Hold for pickup
- [ ] Mail to above address
- [ ] Mail to:
- [ ] Ship overnight:
  via _____   Account no.: _____   Priority: _____