APPROVED and SO ORDERED.
ENTER: 8/21/2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: COOK MEDICAL, INC. PELVIC REPAIR
SYSTEMS PRODUCTS LIABILITY LITIGATION                    MDL No. 2440

THIS DOCUMENT RELATES TO:

*Judy A. Enlow*                                          JOSEPH R. GOODWIN
Case No. 2:13-cv-19948                                   U.S. DISTRICT JUDGE

## MOTION TO TRANSFER MDL

COME NOW Cook Incorporated, Cook Biotech, Inc., and Cook Medical, Inc. (the "Cook

Defendants"), by and through the undersigned counsel, and move the court to transfer this

member case from MDL 2440, In Re: Cook Medical, Inc., Pelvic Repair System Products

Liability Litigation, to: MDL 2327, Ethicon, Inc. Pelvic Repair System Products Liability

Litigation.

Plaintiff filed a Short Form Complaint in MDL 2440 against the Cook Defendants, and

others.  Because the Cook Defendants named in the Short Form Complaint are no longer named

defendants in this member case, Cook Defendants respectfully request that the Court: 1) grant

the motion to transfer this civil action from MDL 2440 to MDL 2327; and 2) direct the Clerk to

disassociate this civil action as a member case in MDL 2440 and re-associate it with MDL 2327.

/s/ Douglas B. King
Douglas B. King, IN Bar # 5199-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: (317) 639-6151
Fax: (317) 639-6444
Doug.King@WoodenMcLaughlin.com

*Attorneys for Defendants, Cook Incorporated, Cook Biotech, Inc. and Cook Medical, Inc.*

Dated:  August 16, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on August  16, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Douglas B. King
Douglas B. King