UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

APPROVED and SO ORDERED.
ENTER:  8/21/2017

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN RE: COOK MEDICAL, INC. PELVIC REPAIR
SYSTEMS PRODUCTS LIABILITY LITIGATION

MDL No. 2440

THIS DOCUMENT RELATES TO:

JOSEPH R. GOODWIN
U.S. DISTRICT JUDGE

Audra Patel and Shirish Patel v. Cook Medical, Inc., et.al.

2:13-cv-23150

### STIPULATION OF DISMISSAL AS TO COOK INCORPORATED, COOK BIOTECH, INC., AND COOK MEDICAL, INC., ONLY

The plaintiffs, **Audra Patel and Shirish Patel**, and the defendants, **Cook Incorporated, Cook Biotech, Inc., and Cook Medical, Inc.** (the "Cook Defendants"), by their respective counsel, stipulate that all claims brought in this lawsuit against the Cook Defendants are hereby dismissed with prejudice. The case is still active as to Defendants Ethicon, Inc., and Johnson & Johnson, and Plaintiffs do not dismiss any claims against Ethicon, Inc. or Johnson & Johnson. Each party shall bear its own costs and attorneys' fees.

Respectfully Submitted,

 /s/ Leslie C. MacLean
Leslie C. MacLean
State Bar No. 00794209
**WATERS & KRAUS, LLP**
3141 Hood Street, Suite 700
Dallas, Texas 75219
Telephone:  214-357-6244
Facsimile:   214-357-7252

*Attorneys for the plaintiffs,*
*Audra Patel and Shirish Patel*

Dated: August 16, 2017

 /s/ Douglas B. King
Douglas B. King, IN Bar # 5199-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: (317) 639-6151
Fax: (317) 639-6444
Doug.King@WoodenMcLaughlin.com

*Attorneys for Defendants,*
*Cook Incorporated, Cook Biotech, Inc.,*
*and Cook Medical, Inc.*

Dated: August 16, 2017

US.109903885.01