IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                  MDL 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3994], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: August 22, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

**EXHIBIT A**

| Civil Action Number | Last Name | First Name |
|---|---|---|
| 2:15-cv-03000 | Noland | Judy |
| 2:15-cv-03021 | Boisen | Audrey N. |
| 2:15-cv-03022 | Williams | Deidra |
| 2:15-cv-03072 | Gomez | Rosa D. |
| 2:15-cv-03251 | Smith | Janice D. |
| 2:15-cv-03260 | Alcoser | Rebecca C. |
| 2:15-cv-03271 | Parr | Barbara E. |
| 2:15-cv-03422 | Petersen | Mary E. |
| 2:15-cv-03501 | Ildefonso | Norma M. |
| 2:15-cv-03684 | Garcia | Nannette |
| 2:15-cv-03773 | Gallagher | Carol A. |
| 2:15-cv-03783 | Fitzgerald | Kathryn |
| 2:15-cv-03896 | Fasulo | Frances L. |
| 2:15-cv-03990 | Lawrence | Sharon K. |
| 2:15-cv-04044 | Adasavage | Jennie |
| 2:15-cv-04052 | Powell | Vanda E. |
| 2:15-cv-04204 | Harris | Nancy |
| 2:15-cv-04205 | Normandin | Carol |
| 2:15-cv-04345 | Bearden | Tina |
| 2:15-cv-04377 | Sanders | Wilma F. |
| 2:15-cv-04534 | Hosinski | Patricia |
| 2:15-cv-04889 | Peterson | Phyllis |
| 2:15-cv-04943 | Aliberti | Jeanette |
| 2:15-cv-05005 | McElravy | Gerry L. |
| 2:15-cv-05431 | Falcon | Rosario |
| 2:15-cv-05544 | Hope | Barbara |
| 2:15-cv-05547 | McKee | Connie |
| 2:15-cv-05867 | Griffis | Brenda F. |
| 2:15-cv-05984 | Boucher | Billie J. |
| 2:15-cv-05986 | Landa | Anna |
| 2:15-cv-05989 | Martin | Jennifer L. |
| 2:15-cv-06165 | Wood | Mary J. |
| 2:15-cv-06178 | Vinikow | Lainy |
| 2:15-cv-06189 | Dass | Virginia |
| 2:15-cv-06191 | Fentz | Nancy L. |
| 2:15-cv-06195 | Conrad | Alberta |

| | | |
|---|---|---|
| 2:15-cv-06297 | Dean | Donna R. |
| 2:15-cv-06298 | Brokus | Dorine T. |
| 2:15-cv-06300 | See | Ellen M. |
| 2:15-cv-06956 | Ordonez | Alicia |
| 2:15-cv-06958 | Nolley | Patricia A. |
| 2:15-cv-06961 | Bryan | Carol A. |
| 2:15-cv-06996 | Owens | Cornelia D. |
| 2:15-cv-06998 | Morales | Rosavelia |
| 2:15-cv-07008 | Hickman | Colleen N. |
| 2:15-cv-07032 | Armstrong | Jo A. |
| 2:15-cv-07125 | Ring | Lark |
| 2:15-cv-07141 | Estes | Sandra K. |
| 2:15-cv-07553 | Robertson | Mary L. |
| 2:15-cv-07609 | Slatzer | Sharon |
| 2:15-cv-07611 | Jones | Mary Jean |
| 2:15-cv-07729 | Santana | Maria |
| 2:15-cv-07730 | Kaczmarczyk | Lenore A. |
| 2:15-cv-07806 | Hadder | Linda |
| 2:15-cv-07917 | Mann | Sonia J. |
| 2:15-cv-07969 | Mascorro | Maria R. |
| 2:15-cv-08143 | Lupin | Linda K. |
| 2:15-cv-08478 | Davis | Arlien |
| 2:15-cv-08485 | Escobedo | Alicia |
| 2:15-cv-08500 | Nettles | Harley B. |
| 2:15-cv-08656 | Beckman | Eleanore H. |
| 2:15-cv-08659 | Lane | Dianna L. |
| 2:15-cv-08788 | Boggs | Laura |
| 2:15-cv-08792 | Loyd | Tina |
| 2:15-cv-08855 | Gryner | Violet S. |
| 2:15-cv-08883 | Robison | Carol G. |
| 2:15-cv-09189 | Taylor | Carolyn |
| 2:15-cv-09199 | Jones | Barbara J. |
| 2:15-cv-09210 | Leonardi | Luwella K. |
| 2:15-cv-09246 | McCray | Robin M. |
| 2:15-cv-09480 | Mangen | Sandra L. |
| 2:15-cv-09482 | Owens | Hazel |
| 2:15-cv-09758 | Henderson | Betty L. |
| 2:15-cv-09774 | Lavelle | Nancy H. |
| 2:15-cv-10129 | Lee | Trinity |

| | | |
|---|---|---|
| 2:15-cv-10137 | Campbell | Christina |
| 2:15-cv-10155 | Delley | Rose M. |
| 2:15-cv-11222 | Ruiz | Jessica L. |
| 2:15-cv-11273 | Kelly | Tressie L. |
| 2:15-cv-11278 | Stillwell | Linda A. |
| 2:15-cv-11367 | Williams | Dorothy M. |
| 2:15-cv-11441 | Kelsey | Kathleen |
| 2:15-cv-11444 | McFry | Doris |
| 2:15-cv-11500 | Byram | Rita |
| 2:15-cv-11501 | Turner | Letitia R. |
| 2:15-cv-11504 | Harlow | Rhonda S. |
| 2:15-cv-11506 | Fricano | Edna B. |
| 2:15-cv-11561 | Cabler | Tania L. |
| 2:15-cv-11562 | Pavey | Sandra K. |
| 2:15-cv-11568 | Barlow | Kisha S. |
| 2:15-cv-11639 | Beasley | Theresa |
| 2:15-cv-11773 | Adams | Claudia |
| 2:15-cv-11881 | Gonzalez | Sandra |
| 2:15-cv-11882 | Boggs | Dee Dee |
| 2:15-cv-11933 | Rodriguez | Jacquelin |
| 2:15-cv-11947 | Crumback | Sharon |
| 2:15-cv-11952 | Hughes | Patricia M. |
| 2:15-cv-11953 | Marshall | Evelyn |
| 2:15-cv-11955 | Martinez | Marlene |
| 2:15-cv-11959 | Nearing | Eloise |
| 2:15-cv-11963 | Ryan | Corenia |
| 2:15-cv-11965 | Soto | Claudia |
| 2:15-cv-11969 | McCormick | Whilma |
| 2:15-cv-11973 | Alcantara | Belen |
| 2:15-cv-11976 | Bush | Sheryl Lynn |
| 2:15-cv-11977 | Gage | Shirley C. |
| 2:15-cv-11978 | Gilman | Shirley |
| 2:15-cv-11982 | Mathews | Nancy |
| 2:15-cv-11983 | McMullen | Angela |
| 2:15-cv-12023 | Carr | Tara D. |
| 2:15-cv-12026 | Schraven | Carol L. |
| 2:15-cv-12029 | Hammond | Betty |
| 2:15-cv-12034 | Wynne | Sheryl A. |
| 2:15-cv-12039 | Meyer | Elizabeth L. |

| | | |
|---|---|---|
| 2:15-cv-12043 | George | Nancy M. |
| 2:15-cv-12051 | Grizzle | Betty |
| 2:15-cv-12056 | Crisco | Janice T. |
| 2:15-cv-12060 | Coburn | Nancy S. |
| 2:15-cv-12078 | Humphrey | Mary M. |
| 2:15-cv-12083 | Menendez | Cristina |
| 2:15-cv-12093 | Robertson | Annita T. |
| 2:15-cv-12095 | Springfield | Cherie |
| 2:15-cv-12102 | Zajchowski | Flora |
| 2:15-cv-12111 | Geurkink | Catherine |
| 2:15-cv-12120 | Carrington | Anette |
| 2:15-cv-12168 | Morgan | Ruby F. |
| 2:15-cv-12179 | Winkfield | Lois Ann |
| 2:15-cv-12185 | Mims | Joann |
| 2:15-cv-12188 | Black | Jennifer |
| 2:15-cv-12191 | Hall-Sisson | Kimberly |
| 2:15-cv-12193 | Clark | Lynn M. |
| 2:15-cv-12195 | Jacobs | Emma M. |
| 2:15-cv-12198 | Grayson | Jahazel E. |
| 2:15-cv-12204 | Miles | Tammie R. |
| 2:15-cv-12206 | Pool | Patricia L. |
| 2:15-cv-12208 | Spencer | Karen |
| 2:15-cv-12215 | Cox | Beulah A. |
| 2:15-cv-12219 | Harrison | Donna B. |
| 2:15-cv-12220 | McMullen | Marlynnia |
| 2:15-cv-12221 | Jones | Diana L. |
| 2:15-cv-12222 | Mangram | Gloria F. |
| 2:15-cv-12223 | Mendoza | Margarita |
| 2:15-cv-12225 | Nixon | Sara T. |
| 2:15-cv-12230 | Philp | Barbara J. |
| 2:15-cv-12232 | Riddle | Leticia |
| 2:15-cv-12237 | Bloebaum | Deborah |
| 2:15-cv-12239 | Cluney | Joyce |
| 2:15-cv-12248 | Henry | Shirley |
| 2:15-cv-12250 | Johnson | Emily |
| 2:15-cv-12251 | Kalbaugh | Catherine |
| 2:15-cv-12252 | Lampe | Lilly D. |
| 2:15-cv-12256 | Neeper | Cindy |
| 2:15-cv-12257 | Pendergast | Kathleen |

| | | |
|---|---|---|
| 2:15-cv-12265 | Wiley | Tracie L. |
| 2:15-cv-12266 | Wilhoit | Kelly |
| 2:15-cv-12285 | Lambremont | Pamela |
| 2:15-cv-12292 | Sanders | Tina |
| 2:15-cv-12301 | McElroy | Hattie R. |
| 2:15-cv-12302 | LaForest | Denise |
| 2:15-cv-12304 | Murphy | Sharon D. |
| 2:15-cv-12305 | Oteiza | Araceli A. |
| 2:15-cv-12306 | Perlin | Maya |
| 2:15-cv-12309 | Taylor | Vonita |
| 2:15-cv-12312 | Hampton | Sharon |
| 2:15-cv-12315 | Onstad | Roberta |
| 2:15-cv-12321 | Godwin | Elaine |
| 2:15-cv-12333 | Cisneros | Cora |
| 2:15-cv-12336 | Gregory | Beverly D. |
| 2:15-cv-12337 | Hernandez | Isabel |
| 2:15-cv-12338 | Hubbard | Melissa |
| 2:15-cv-12339 | McDaniel | Carolyn J. |
| 2:15-cv-12340 | Monzingo | Gloria J. |
| 2:15-cv-12341 | Morgan | Melody |
| 2:15-cv-12343 | Rice | Ferne N. |
| 2:15-cv-12345 | Sharninghouse | Amy |
| 2:15-cv-12347 | Trujillo | Gloria |
| 2:15-cv-12388 | Bagnara | Judy D. |
| 2:15-cv-12389 | Bailey | Stacy |
| 2:15-cv-12390 | Canter | Ann |
| 2:15-cv-12391 | Irwin | Cynthia L. |
| 2:15-cv-12392 | Lempinen | Doris A. |
| 2:15-cv-12393 | Morris | Irene |
| 2:15-cv-12394 | Muller | Wilhelmenia |
| 2:15-cv-12397 | Pickens | Helen Madding |
| 2:15-cv-12505 | Morgan | Belinda |
| 2:15-cv-12507 | Mullins | Brenda S. |
| 2:15-cv-12590 | Lagasse | Irene |
| 2:13-cv-32770 | Tapia | Cynthia B. |

36855256v1