APPROVED and SO ORDERED.
ENTER: 8/22/2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: COOK MEDICAL, INC.
PELVIC REPAIR SYSTEM           MDL No. 2440
PRODUCTS LIABILITY LITIGATION  Honorable Joseph R. Goodwin

---

| JACQUELINE GARDEMANN, ET AL., | § | |
|---|---|---|
| *Plaintiffs*, | § | |
| | § | CASE NO. 2:16-cv-04280 |
| v. | § | |
| COOK MEDICAL, INC., ET AL., | § | |
| *Defendants*. | § | |

**MOTION TO TRANSFER MDL**

**COME NOW** the plaintiffs, by and through the undersigned counsel, and move the court to transfer this member case from MDL 2440, In re: Cook Medical, Inc. Pelvic Repair System Products Liability Litigation, to:

MDL 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation

Plaintiffs herein filed a Complaint or Short Form Complaint in MDL 2440 against Cook Medical, Inc. and others. Plaintiffs later filed an Amended Short Form Complaint that no longer included Cook Medical, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL 2327:

Ethicon, Inc. and Johnson & Johnson

Because Cook Medical, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiffs respectfully request that the Court:

1) **GRANT** the Plaintiffs' motion to transfer this civil action from MDL 2440 to 2327; and

2) direct the Clerk to disassociate this civil action as a member case in MDL 2440 and re-associate it with MDL 2327.

                    Respectfully submitted,

                    */s/ J. Steve Mostyn*
                    J. Steve Mostyn
                    Mark Sparks
                    **MOSTYN LAW FIRM**
                    3810 West Alabama Street
                    Houston, TX  77027
                    (713) 714-0000 Telephone
                    (713) 714-1111 Facsimile

                    Kurt Arnold
                    Jason Itkin
                    Noah Wexler
                    **ARNOLD & ITKIN LLP**
                    6009 Memorial Drive
                    Houston, TX 77007
                    (713) 222-3800 Telephone
                    (713) 222-3850 Facsimile

                    **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

                    */s/ J. Steve Mostyn*
                    J. Steve Mostyn