# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327 <br> MDL No. 2327 <br><br> JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs whose cases are listed on the attached Exhibit A and Defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), acting pursuant to F. R. Civ. P. 41(a)(1)(A)(ii), jointly move the court to dismiss with prejudice this action and all claims against the Ethicon Defendants which were, or could have been asserted. Each party shall bear her or its own costs.

Respectfully submitted,

| | |
|---|---|
| Tim K. Goss <br> Tim K. Goss <br> FREESE & GOSS <br> 3500 Maple Ave., Suite 1100 <br> Dallas, TX 75219 <br> *Counsel for Plaintiff* | Christy D. Jones <br> Christy D. Jones <br> BUTLER SNOW LLP <br> P.O. Box 6010 <br> Ridgeland, Mississippi 39158-6010 <br> *Counsel for the Ethicon Defendants* |

# EXHIBIT A

| Civil Action Number (listed numerically in ascending order) | Last Name | First Name |
|---|---|---|
| 2:15-cv-04409 | Wyatt | Johna |
| 2:15-cv-04489 | Mapes | Jackie |
| 2:15-cv-04490 | Humphreys | Sally |
| 2:15-cv-04492 | Gaston | Barbara |
| 2:15-cv-04532 | Andree | Anne |
| 2:15-cv-04548 | Allen | Elizabeth |
| 2:15-cv-04550 | Anania | Mary |
| 2:15-cv-04556 | Beining | Jacqueline |
| 2:15-cv-04559 | Buchholz | Rita |
| 2:15-cv-04560 | Cook | Mary Pat |
| 2:15-cv-04562 | Douglass | Lylas Ruth |
| 2:15-cv-04564 | Engelhardt | Linda E. |
| 2:15-cv-04565 | Friedmann | Judith M. |
| 2:15-cv-04569 | Grochowik | Donna M. |
| 2:15-cv-04573 | Hadzima | Linda |
| 2:15-cv-04574 | Hunnicutt | Alice |
| 2:15-cv-04577 | Hyman | Cheryl |
| 2:15-cv-04580 | Jacobson | Stephanie E. |
| 2:15-cv-04591 | Kurtz | Dolores H. |
| 2:15-cv-04595 | McCauley | Robin |
| 2:15-cv-04597 | Mullin | Linda May |
| 2:15-cv-04598 | Nedved | Cynthia |
| 2:15-cv-04599 | Ohrmundt | Marian |
| 2:15-cv-04600 | Olson | Carmen |
| 2:15-cv-04602 | Probst | Jody |
| 2:15-cv-04606 | Ridling | Betty S. |
| 2:15-cv-04608 | Romano | Marie |
| 2:15-cv-04610 | Shingler | Linda |
| 2:15-cv-04611 | Smith | Diana K. |
| 2:15-cv-04612 | Sousa | Agatha |
| 2:15-cv-04615 | Stone | Clarice Marie |
| 2:15-cv-04619 | Varela | Gina |
| 2:15-cv-04620 | Ward | Mary Ann |
| 2:15-cv-04622 | White | Jill Delaine |
| 2:15-cv-04624 | Wiley | Elizabeth |
| 2:15-cv-04625 | Woodward-Lefevers | Renita |
| 2:15-cv-04628 | Aide | Corie L. |

| | | |
|---|---|---|
| 2:15-cv-04638 | Lay | Toniya M. |
| 2:15-cv-04640 | Lenius | Arleen |
| 2:15-cv-04641 | Lepe | Brianna M. |
| 2:15-cv-04646 | Andretta | Michele |
| 2:15-cv-04650 | Macias | Guisel |
| 2:15-cv-04655 | Mansfield | Marjorie A. |
| 2:15-cv-04657 | Marks | Joice E. |
| 2:15-cv-04658 | Bachmann | Diane |
| 2:15-cv-04659 | Baker | Sharron C. |
| 2:15-cv-04664 | Masella | Elizabeth A. |
| 2:15-cv-04665 | Barder | Erma |
| 2:15-cv-04666 | Mathews | Jean |
| 2:15-cv-04669 | Basden | Tammy |
| 2:15-cv-04672 | Batten | Cynthia |
| 2:15-cv-04674 | McCann | Carrie |
| 2:15-cv-04678 | Bedford | Leslie |
| 2:15-cv-04681 | Biddix | Ruby |
| 2:15-cv-04686 | McLaurin | Marian K. |
| 2:15-cv-04689 | Billington | Linda |
| 2:15-cv-04691 | Blalock | Debra |
| 2:15-cv-04692 | Bobick | Mamie |
| 2:15-cv-04694 | Boggs | Deborah |
| 2:15-cv-04695 | Bongiorno | Anna |
| 2:15-cv-04698 | Borromei | Roseanne |
| 2:15-cv-04700 | Bozeman | Janice K. |
| 2:15-cv-04703 | Brady | Michele |
| 2:15-cv-04705 | Mehring | Pamela E. |
| 2:15-cv-04706 | Melpignano | Melissa |
| 2:15-cv-04709 | Mendez | Violetta |
| 2:15-cv-04711 | Brown | Barbara |
| 2:15-cv-04720 | Moore | April |
| 2:15-cv-04721 | Moore | Christina |
| 2:15-cv-04722 | Moore | Spring H. |
| 2:15-cv-04725 | Morgan | Stacy L. |
| 2:15-cv-04726 | Moseley | Etta H. |
| 2:15-cv-04727 | Mucci | Margaret |
| 2:15-cv-04729 | Nelson | Michelle |
| 2:15-cv-04731 | Ochoa | Rhonda |
| 2:15-cv-04733 | O'Connor | Katherine |
| 2:15-cv-04734 | Olson | Phyllis S. |
| 2:15-cv-04736 | Pepper | Kimberly Denise |
| 2:15-cv-04737 | Perez | Luz M. |
| 2:15-cv-04742 | Pigg | Kim P. |

| | | |
|---|---|---|
| 2:15-cv-04743 | Pooler | Theresa C. |
| 2:15-cv-04746 | Prevost | Patricia |
| 2:15-cv-04749 | Queen | Angelia D. |
| 2:15-cv-04751 | Raines | Sandra |
| 2:15-cv-04753 | Rego | Maria |
| 2:15-cv-04754 | Reuther | Patricia A. |
| 2:15-cv-04756 | Kappus | Bonnie M. |
| 2:15-cv-04761 | LaFont | Cynthia H. |
| 2:15-cv-04771 | Bumgarner | Sharon |
| 2:15-cv-04774 | Burgoyne | Kileen |
| 2:15-cv-04785 | Burrows | Melanie |
| 2:15-cv-04791 | Carden | Gloria |
| 2:15-cv-04796 | Chenaille | Jacqueline |
| 2:15-cv-04798 | Mazingo | Tonya |
| 2:15-cv-04806 | Clark | Dina |
| 2:15-cv-04814 | Coraggio | Mary |
| 2:15-cv-04824 | Davenport | Janet |
| 2:15-cv-04828 | Davison | Kimberly |
| 2:15-cv-04831 | Oppermann | Gail M. |
| 2:15-cv-04832 | Dedmond | Lucinda |
| 2:15-cv-04837 | Dixon | Betty |
| 2:15-cv-04864 | Larsen | Janice E. |
| 2:15-cv-05176 | Moore | Susan M. |
| 2:15-cv-05587 | Brun | Brooke |
| 2:15-cv-06012 | Edwards | Minnie C. |
| 2:15-cv-06013 | Turnbow | Dixie |
| 2:15-cv-06014 | Crose | Robyn Michelle |
| 2:15-cv-06051 | Stockdale | Victoria |
| 2:15-cv-06260 | Edwards | Debbie |
| 2:15-cv-06263 | Elliott | Velma |
| 2:15-cv-06270 | Esser | Susan |
| 2:15-cv-06271 | Evans | Tina |
| 2:15-cv-06274 | Fedock | Paula |
| 2:15-cv-06283 | Figarino | Karen |
| 2:15-cv-06286 | Jones | Miranda |
| 2:15-cv-06287 | Flight | Pamela |
| 2:15-cv-06288 | Follin | Janice |
| 2:15-cv-06290 | Fonte | Kathy |
| 2:15-cv-06293 | French | Misti |
| 2:15-cv-06294 | Johnson | Cheryl |
| 2:15-cv-06296 | Johnson | Bethany |
| 2:15-cv-06307 | Garcia | Laura |
| 2:15-cv-06308 | Jennings | Vicki |

| | | |
|---|---|---|
| 2:15-cv-06320 | Huff | Marnita |
| 2:15-cv-06323 | Goodrich | Debra |
| 2:15-cv-06327 | Hoge | Janette |
| 2:15-cv-06331 | Green | Tina |
| 2:15-cv-06334 | Griffin | Brenda Gail |
| 2:15-cv-06335 | Griffith | Tammie |
| 2:15-cv-06338 | Groth | Robin |
| 2:15-cv-06340 | Grund | Rosalie |
| 2:15-cv-06342 | Gunderson | Darcey |
| 2:15-cv-06348 | Hamilton | Angelique |
| 2:15-cv-06350 | Hanfler | Debra |
| 2:15-cv-06357 | Heinisch | Cheryl |
| 2:15-cv-06415 | Mire | Danita |
| 2:15-cv-06799 | Cuzzort | Vickie L. |
| 2:15-cv-06885 | Osborne | Amanda Karen |
| 2:15-cv-07153 | Miller | Janice M. |
| 2:15-cv-07244 | Caldwell | Adriana G. |
| 2:15-cv-07389 | Garcia | Gracie |
| 2:15-cv-07392 | Logan | Angela |
| 2:15-cv-07511 | Parma | Rena |
| 2:15-cv-07628 | Barnett | Debra J. |
| 2:15-cv-08126 | White | Judith |
| 2:15-cv-08128 | Trujillo | Veronica |
| 2:15-cv-08775 | Nelson-Brown | Donna Jo |
| 2:15-cv-09605 | Carroll | Roberta |
| 2:15-cv-11033 | Voyce | Ellen |
| 2:15-cv-11368 | Gernt | Melanie |
| 2:15-cv-11578 | King | Otilia Toscano |
| 2:15-cv-11579 | Molidor | Rebecca A. |
| 2:15-cv-11581 | Elswick | Delmira |
| 2:15-cv-11872 | Rinehart | Jacqueline |
| 2:15-cv-12373 | Klein | Pamela J. |
| 2:15-cv-12382 | Mize | Ellen B. |
| 2:15-cv-12384 | Walker | Grace Mattie |
| 2:15-cv-12435 | Abouarra | Brenda L. |
| 2:15-cv-12436 | Bartos | Hyly N. |
| 2:15-cv-12437 | Blocker | Melissa |
| 2:15-cv-12440 | Botruff | Virginia |
| 2:15-cv-12441 | Browning | Wendy W. |
| 2:15-cv-12442 | Burke | Christine M. |
| 2:15-cv-12444 | Chambers | Deborah B |
| 2:15-cv-12445 | Collins | Della |
| 2:15-cv-12446 | Cook | Teresa L. |

| | | |
|---|---|---|
| 2:15-cv-12447 | Faiella | Madeline |
| 2:15-cv-12448 | Fischer | Vickie |
| 2:15-cv-12449 | Gilleski | Bernadette |
| 2:15-cv-12451 | Graham | Evelyn P. |
| 2:15-cv-12452 | Hager | Karen |
| 2:15-cv-12453 | Holt | Amy |
| 2:15-cv-12455 | Langendorf | Debra |
| 2:15-cv-12456 | Lathrop | Christina |
| 2:15-cv-12457 | Layton | Tammy |
| 2:15-cv-12458 | Lingle | Helen |
| 2:15-cv-12459 | Lockman | Kim |
| 2:15-cv-12465 | Lofaro | Sandra |
| 2:15-cv-12467 | Mack | Maryann |
| 2:15-cv-12468 | Miller | Patricia |
| 2:15-cv-12469 | Murphy | Virginia |
| 2:15-cv-12470 | Norris | Carol |
| 2:15-cv-12471 | Northover | Marti |
| 2:15-cv-12472 | Nowak | Barbara |
| 2:15-cv-12473 | Overton | Victoria |
| 2:15-cv-12480 | Reiss | Darlene |
| 2:15-cv-12482 | Richards | Susan |
| 2:15-cv-12483 | Sales | Carol |
| 2:15-cv-12486 | Scott | Felicia |
| 2:15-cv-12487 | Stevens | Deanna |
| 2:15-cv-12488 | Steverson | Coralene |
| 2:15-cv-12490 | Tewksbury | Barbara Rose |
| 2:15-cv-12492 | Travers | Donna |
| 2:15-cv-12823 | Boyce | Linda |
| 2:15-cv-13627 | Andrade-Wheaton | Donna M. |
| 2:15-cv-13630 | Baslee | Jacqueline |
| 2:15-cv-15035 | McDonald | Bernice R. |
| 2:15-cv-15036 | Bowie | Addie Mae |
| 2:15-cv-15037 | Bursey | Joleen |
| 2:15-cv-15038 | McManus | Lillian |

36739278v1