UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs whose cases are listed on the attached Exhibit A and Defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), acting pursuant to F. R. Civ. P. 41(a)(1)(A)(ii), jointly move the court to dismiss with prejudice this action and all claims against the Ethicon Defendants which were, or could have been asserted. Each party shall bear her or its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Tim K. Goss | /s/ Christy D. Jones |
| Tim K. Goss | Christy D. Jones |
| FREESE & GOSS | BUTLER SNOW LLP |
| 3500 Maple Ave., Suite 1100 | P.O. Box 6010 |
| Dallas, TX 75219 | Ridgeland, Mississippi 39158-6010 |
| *Counsel for Plaintiff* | *Counsel for the Ethicon Defendants* |

36738868v1

## EXHIBIT A

| Civil Action Number (listed numerically in ascending order) | Last Name | First Name |
|---|---|---|
| 2:14-cv-10983 | Reese | Fleeta |
| 2:14-cv-11432 | Bradbury | Cheryl |
| 2:14-cv-11433 | Dennis | Judy |
| 2:14-cv-11444 | Phillips | Ann E. |
| 2:14-cv-11680 | Thomas | LouAnn |
| 2:14-cv-11844 | Vollowitz | Isabel |
| 2:14-cv-12230 | Ajose | Patricia |
| 2:14-cv-12350 | Bennett | Wanda |
| 2:14-cv-12360 | Pafford | Deborah |
| 2:14-cv-12832 | Fisk | Rhonda J. |
| 2:14-cv-12838 | Mason | Kelly R. |
| 2:14-cv-12918 | Greive | Karen E. |
| 2:14-cv-12924 | Rudicil | Kimberly |
| 2:14-cv-13197 | George | Theresa |
| 2:14-cv-13423 | Overcash | Lucille E. |
| 2:14-cv-13432 | Roberts | Evie |
| 2:14-cv-14001 | Konon | Rita A. |
| 2:14-cv-14030 | Sherwood | Ethel |
| 2:14-cv-14032 | Stiebris | Sylvia |
| 2:14-cv-14342 | Kesseler | Valerie L. |
| 2:14-cv-14406 | Bidwell | Shirley |
| 2:14-cv-14526 | Southerland | Edith |
| 2:14-cv-14972 | Eversole | Ena |
| 2:14-cv-15164 | Bingham | Bernadette |
| 2:14-cv-15332 | Amidon | Cynthia |
| 2:14-cv-15344 | Stewart | Zella |
| 2:14-cv-15346 | Youngblood | Teresa Faye |
| 2:14-cv-15700 | Barksdale | Lisa A. |
| 2:14-cv-15707 | Ely | Susan |
| 2:14-cv-15790 | Holland | Anita |
| 2:14-cv-15805 | Widla | Teresa J. |
| 2:14-cv-15960 | Macomber | Kimberly |
| 2:14-cv-16064 | Malkovich | Kim C. |
| 2:14-cv-16066 | Hamlin | Regina |
| 2:14-cv-16074 | Siddall | Christine Catherine |
| 2:14-cv-16181 | Ames | Doreanna |

36738868v1

| | | |
|---|---|---|
| 2:14-cv-16329 | Taylor | Lorene S. |
| 2:14-cv-16586 | Brown | Rebecca A. |
| 2:14-cv-17390 | Bowman | Alene |
| 2:14-cv-17403 | Scott | Malinda |
| 2:14-cv-17772 | Riden | Alayna |
| 2:14-cv-18165 | Hill | Linda |
| 2:14-CV-18172 | Ogg | Jane A. |
| 2:14-cv-18175 | Roman | Roberta L. |
| 2:14-cv-18784 | Lillywhite | Blanca |
| 2:14-cv-18790 | Obrzut | Margaret |
| 2:14-cv-18794 | Perry | Debra |
| 2:14-cv-18802 | Rogers | Shirley |
| 2:14-cv-18805 | Sears | Ronna |
| 2:14-cv-20065 | Mills | Carrie E. |
| 2:14-cv-20456 | Currie | Laura |
| 2:14-cv-24288 | Krallman | Tiffany C. |
| 2:14-cv-24501 | Thomas | Annie Belle |
| 2:14-cv-24705 | Beatty | Damaris |
| 2:14-cv-24707 | Jouan | Mary I. |
| 2:14-cv-24752 | McAfee | Margaret M. |
| 2:14-cv-24776 | Larrison | Michelle D. |
| 2:14-cv-25004 | Johnson | Sally M. |
| 2:14-cv-25440 | Powell | Pamela J. |
| 2:14-cv-25469 | Barnes | Tammy |
| 2:14-cv-25526 | Oltarzewski | Pamela J. |
| 2:14-cv-25590 | Causley | Patricia |
| 2:14-cv-25726 | Powell | Dianne |
| 2:14-cv-25977 | Chacon | Christy L |
| 2:14-cv-26619 | Kuperman | Sharyl L. |
| 2:14-cv-26840 | McDonald | Laura A. |
| 2:14-cv-27153 | Sivley | Wanda |
| 2:14-cv-27211 | Corbin | Georgianna |
| 2:14-cv-27825 | Puckett | Annette |
| 2:14-cv-27842 | Pulliam | Eilene |
| 2:14-CV-27843 | Ramirez | Glenda |
| 2:14-CV-27844 | Ramos | Tonia |
| 2:14-cv-27847 | Ream | Bertha |
| 2:14-cv-27848 | Rebhun | Indy |
| 2:14-cv-27851 | Reynolds | Paula |
| 2:14-cv-27858 | Robinson | Wanda |
| 2:14-cv-27860 | Rodriguez | Elva |
| 2:14-cv-27886 | Rose | Lori |
| 2:14-cv-27890 | Salas | Lupe F. |

3

36738868v1

| | | |
|---|---|---|
| 2:14-cv-27892 | Sasser | Brenda |
| 2:14-cv-27893 | Shafer | Linda |
| 2:14-cv-27898 | Sharpe | Sharon |
| 2:14-cv-27902 | Siefker | Roseanna |
| 2:14-cv-27906 | Smith | Carole |
| 2:14-cv-27909 | Smith | Deborah A. |
| 2:14-cv-27912 | Springer | Parris |
| 2:14-cv-27917 | Steward | Carole A. |
| 2:14-cv-27919 | Talton | Linda |
| 2:14-cv-27950 | Taylor | Monica |
| 2:14-cv-27953 | Thomas | Karen |
| 2:14-cv-27962 | Thomas | Patricia |
| 2:14-cv-27963 | Thompson | Linda |
| 2:14-cv-27965 | Van Buren | Charlotte |
| 2:14-CV-27972 | Weiner | Leslie Ann |
| 2:14-cv-27976 | Welch-Langford | Sylvia |
| 2:14-CV-27981 | White | Tracy |
| 2:14-cv-27988 | Williams | Shirley |
| 2:14-cv-27992 | Williams | Deborah |
| 2:14-cv-27996 | Wilson | Sheila |
| 2:14-cv-27999 | Wilson | Sandra |
| 2:14-cv-28008 | Wold-Johnson | Josie |
| 2:14-cv-28014 | Yancey | Jacki |
| 2:14-cv-28019 | Yoakam | Susan |
| 2:14-cv-28061 | Abuzalaf | Laura R. |
| 2:14-cv-28063 | Adams | Theresa |
| 2:14-CV-28066 | Angel-Nierop | Michele |
| 2:14-cv-28069 | Brownlee | Evelyn |
| 2:14-cv-28070 | Bruhn | Robin |
| 2:14-cv-28074 | Burton | Brenda |
| 2:14-cv-28076 | Johnson | Melisa |
| 2:14-cv-28078 | Kobeski | Susan |
| 2:14-cv-28080 | Kruslicky | Lynne |
| 2:14-cv-28083 | Lenzkes | Shelva |
| 2:14-cv-28085 | Link | Terry |
| 2:14-cv-28086 | Lords | Vicki |
| 2:14-cv-28090 | Maestas | Lucille |
| 2:14-cv-28091 | Maggard | Patricia |
| 2:14-cv-28092 | Mahoney | Patricia |
| 2:14-cv-28093 | Mann | Sylvia |
| 2:14-cv-28099 | Mazak | Jeannine |
| 2:14-CV-28107 | McClure | Joy |
| 2:14-cv-28110 | McCluskey | Cheryl |

36738868v1

| | | |
|---|---|---|
| 2:14-cv-28111 | McElroy | Chastity |
| 2:14-cv-28113 | McFarlin | Pamela |
| 2:14-cv-28127 | Caldwell | Jamie |
| 2:14-cv-28134 | McSweeney | Judith |
| 2:14-cv-28135 | Carter | Patricia A |
| 2:14-cv-28137 | Chambers | Diane |
| 2:14-cv-28139 | Chesser | Jeanette V. |
| 2:14-cv-28141 | Clarke | Joan |
| 2:14-cv-28145 | Coates | Janice A. |
| 2:14-cv-28147 | Collins | Janice |
| 2:14-cv-28149 | Coon | Sharron K. |
| 2:14-cv-28151 | Cooper | Joann L. |
| 2:14-cv-28152 | Cornelius | Tamara Beth |
| 2:14-cv-28161 | Curro | Shawn M. |
| 2:14-cv-28162 | Daniels | Cynthia L. |
| 2:14-cv-28180 | Scales | Patricia |
| 2:14-cv-28181 | Schmidt | Seawillow |
| 2:14-cv-28186 | Schumacher Lindsay | Lorraine |
| 2:14-cv-28187 | Scott | Nicole |
| 2:14-cv-28188 | Sechrist | Rhonda |
| 2:14-cv-28190 | Severo | Donna |
| 2:14-cv-28197 | Crosthwaite | Margo Henderson |
| 2:14-cv-28213 | Shannon-McDowell | Peggy |
| 2:14-cv-28215 | Shazer | Terri |
| 2:14-cv-28216 | Sheppard | Shari P. |
| 2:14-cv-28220 | Sillen | Kimberly |
| 2:14-cv-28222 | Simpson | Elizabeth |
| 2:14-cv-28224 | Skains | Teresa |
| 2:14-cv-28225 | Skorupa-Todd | Norma |
| 2:14-cv-28226 | Smith | Candy |
| 2:14-cv-28227 | Smith | Isabel M. |
| 2:14-cv-28232 | Smith | Joanne |
| 2:14-cv-28234 | Smith | Stacey |
| 2:14-cv-28238 | Steele | Darlene |
| 2:14-cv-28239 | Stephens | Judy |
| 2:14-cv-28240 | Stephens | Ylonda |
| 2:14-cv-28242 | Stevenson | Karolyn |
| 2:14-cv-28243 | Stone | Judith |
| 2:14-cv-28244 | Stroud | Emily M. |
| 2:14-cv-28245 | Swan | Jody A. |
| 2:14-cv-28246 | Swetnam | Sue |
| 2:14-cv-28247 | Swick | April |
| 2:14-cv-28248 | Swingle | Barbara |

| | | |
|---|---|---|
| 2:14-cv-28250 | Swofford | Mona |
| 2:14-cv-28251 | Talavera | Cruz |
| 2:14-cv-28252 | Tanner | Shirley |
| 2:14-cv-28254 | Tarr | Catherine |
| 2:14-cv-28255 | Meador-Sharp | Kayla |
| 2:14-cv-28256 | Melnick | Debbie |
| 2:14-cv-28258 | Miller | Malinda |
| 2:14-CV-28262 | Morin | Josie |
| 2:14-cv-28263 | Tassier | Heather |
| 2:14-CV-28265 | Morrow | Cherise |
| 2:14-cv-28267 | Neal | Donna |
| 2:14-cv-28268 | Nobbe | Virginia |
| 2:14-cv-28269 | Nolen | Lisa |
| 2:14-cv-28271 | Normand | Caryn |
| 2:14-cv-28272 | Terry | Blanca |
| 2:14-cv-28275 | Thomas | Terri |
| 2:14-cv-28279 | Nye | Theresa |
| 2:14-cv-28284 | Perkins | Susan |
| 2:14-cv-28285 | Perry | Karen |
| 2:14-cv-28286 | Perry | Rosann |
| 2:14-cv-28288 | Pfeiff-Pieper | Dixie |
| 2:14-cv-28289 | Pfleger | Karin |
| 2:14-CV-28290 | Phelps | Terrie |
| 2:14-cv-28293 | Pitchford | Kristina |
| 2:14-cv-28297 | Thurmond | Connie |
| 2:14-cv-28317 | Curry | Brandi |
| 2:14-cv-28318 | Curtis | Deborah D. |
| 2:14-cv-28319 | Cushenberry | Marie |
| 2:14-cv-28322 | Dalton | Donna |
| 2:14-cv-28324 | Todd | Colleen |
| 2:14-cv-28338 | Devish | Jamie |
| 2:14-cv-28339 | Doctor | Sandra |
| 2:14-cv-28342 | Dranowsky | Graciela E. |
| 2:14-cv-28345 | Wagner | Carol |
| 2:14-cv-28350 | Eich | Maryann |
| 2:14-cv-28354 | Elder (Wixson) | Lisa |
| 2:14-cv-28362 | Watson | Glena |