IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                           MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 4074], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: August 23, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

# EXHIBIT A

| Civil Action Number (listed numerically in ascending order) | Last Name | First Name |
|---|---|---|
| 2:15-cv-15040 | Medicraft | Jeanne Marie |
| 2:15-cv-15041 | Butler | Shannon |
| 2:15-cv-15042 | Caraballo-Cotto | Annette |
| 2:15-cv-15044 | Casey | Joan |
| 2:15-cv-15048 | Minus | Sharlene R. |
| 2:15-cv-15052 | Christians | Betty |
| 2:15-cv-15053 | Connealy | Jane |
| 2:15-cv-15054 | Corbin | Georgianna |
| 2:15-cv-15057 | Nicholson | Jean |
| 2:15-cv-15059 | Cormier | Christine |
| 2:15-cv-15060 | Delisle | Jane |
| 2:15-cv-15064 | Nieters | Pamela |
| 2:15-cv-15066 | Nodurfth | Kelli |
| 2:15-cv-15072 | O'Neil | Fanny |
| 2:15-cv-15074 | Pascua | Daysy |
| 2:15-cv-15076 | Peck | Arletta |
| 2:15-cv-15082 | Rey | Nikki |
| 2:15-cv-15084 | Reyes | M. Carmen |
| 2:15-cv-15086 | Dinsmore | Annette |
| 2:15-cv-15089 | Reynolds | Dorothy |
| 2:15-cv-15090 | Dorsey | Betty |
| 2:15-cv-15091 | Reynolds | Maryjo |
| 2:15-cv-15093 | Engles | Debra |
| 2:15-cv-15094 | Rivero | Linda |
| 2:15-cv-15095 | Estey | Beverly |
| 2:15-cv-15096 | Evans | Catherine |
| 2:15-cv-15097 | Ross | Terry |
| 2:15-cv-15098 | Faltersack | Linda |
| 2:15-cv-15102 | Fyksen | Kimberly |
| 2:15-cv-15103 | Getchell | Mary |
| 2:15-cv-15104 | Ruiz | Marla |
| 2:15-cv-15106 | Godfrey | Nancy |
| 2:15-cv-15116 | Santiago | Carmen |
| 2:15-cv-15118 | Sayers | Deborah |
| 2:15-cv-15120 | Grover | Lucille |
| 2:15-cv-15122 | Schaub | Karen |
| 2:15-cv-15123 | Hager | Nancy |

36739782v1

| | | |
|---|---|---|
| 2:15-cv-15128 | Halstead-Mapel | Rebecca |
| 2:15-cv-15129 | Schofield | Lisa R. |
| 2:15-cv-15130 | Schultz | Marie |
| 2:15-cv-15131 | Heitzman | Jean |
| 2:15-cv-15132 | Scriver | JoAnn |
| 2:15-cv-15135 | Sears | Carole |
| 2:15-cv-15136 | Hendrix | Bernice |
| 2:15-cv-15138 | Hewlett | Gayle |
| 2:15-cv-15140 | Hibbard | Kathryn |
| 2:15-cv-15141 | Hiers | Jean |
| 2:15-cv-15148 | Smith | Pamela |
| 2:15-cv-15150 | Marden | Pamela |
| 2:15-cv-15151 | Leo | Elizabeth |
| 2:15-cv-15153 | Sola | Cindy |
| 2:15-cv-15157 | Spry | Mary |
| 2:15-cv-15158 | Stanfill | Helen |
| 2:15-cv-15159 | Lindsay | Lorraine |
| 2:15-cv-15162 | Jacobi | Judith |
| 2:15-cv-15163 | Starr | Marcia |
| 2:15-cv-15164 | Jaegar | Kelly |
| 2:15-cv-15165 | James | Carmel |
| 2:15-cv-15167 | Stockman | Virginia |
| 2:15-cv-15169 | Johnson | Charlotte |
| 2:15-cv-15171 | Johnson | Peggy |
| 2:15-cv-15172 | Stradtman | Tammy |
| 2:15-cv-15173 | Jones | Eleanor |
| 2:15-cv-15175 | Suarez | Helen |
| 2:15-cv-15178 | Swanson | Marjorie |
| 2:15-cv-15182 | Kepler | Denise |
| 2:15-cv-15183 | Kerkenbush | Diane |
| 2:15-cv-15184 | Tierney | Kimberly |
| 2:15-cv-15185 | Kessenich | Cathleen |
| 2:15-cv-15186 | Vetsch | Jeanne |
| 2:15-cv-15187 | Klingsporn | Susan |
| 2:15-cv-15189 | Kramer | Debbie |
| 2:15-cv-15192 | Walker | Anne |
| 2:15-cv-15196 | Lando-King | Elizabeth |
| 2:15-cv-15198 | Leanna | Patricia |
| 2:15-cv-15200 | Leighley | Betty |
| 2:15-cv-15201 | Weseman | Sandra |
| 2:15-cv-15203 | White | Anissa |
| 2:15-cv-15204 | White | Carolyn |
| 2:15-cv-15205 | Williams | Carol |

| | | |
|---|---|---|
| 2:15-cv-15207 | Witte-Dunton | Deanna |
| 2:15-cv-15210 | Zamenski | Barbara |
| 2:15-cv-15211 | Zanotti | Nancy |
| 2:15-cv-15403 | Duwell | Theresa A. |
| 2:15-cv-15429 | Goodman | Patricia |
| 2:15-cv-15438 | Sangiacomo | Gertrude |
| 2:15-cv-15782 | Westfall | Jenny |
| 2:15-cv-15786 | Parker | Dianne |
| 2:15-cv-15787 | Wood | Queen E. |
| ~~2:16-cv-01728~~ | ~~Filler~~ | ~~Brenda K.~~ |
| ~~2:16-cv-03805~~ | ~~Almond~~ | ~~Judith~~ |
| ~~2:16-cv-03805~~ | ~~Barile~~ | ~~Geraldine~~ |
| ~~2:16-cv-03805~~ | ~~Barnes~~ | ~~Gayle Christen~~ |
| ~~2:16-cv-03805~~ | ~~Bethancourt~~ | ~~Yazmina~~ |
| ~~2:16-cv-03805~~ | ~~Cantrell~~ | ~~Teresa~~ |
| ~~2:16-cv-03805~~ | ~~Carter~~ | ~~Angela~~ |
| ~~2:16-cv-03805~~ | ~~Cobb~~ | ~~Debbie~~ |
| ~~2:16-cv-03805~~ | ~~Davis~~ | ~~Lillie - verify~~ |
| ~~2:16-cv-03805~~ | ~~Davis~~ | ~~Linda - verify~~ |
| ~~2:16-cv-03805~~ | ~~Demaray~~ | ~~Sally~~ |
| ~~2:16-cv-03805~~ | ~~Dodson~~ | ~~Elaine~~ |
| ~~2:16-cv-03805~~ | ~~Eakes~~ | ~~Lisa~~ |
| ~~2:16-cv-03805~~ | ~~Fagundes~~ | ~~Margaret~~ |
| ~~2:16-cv-03805~~ | ~~Glidden~~ | ~~Lisa~~ |
| ~~2:16-cv-03805~~ | ~~Goltz~~ | ~~Jody~~ |
| ~~2:16-cv-03805~~ | ~~Hall~~ | ~~Mary~~ |
| ~~2:16-cv-03805~~ | ~~Hardee~~ | ~~Sandra~~ |
| ~~2:16-cv-03805~~ | ~~Harper~~ | ~~Susan~~ |
| ~~2:16-cv-03805~~ | ~~Herrera-Pleasant~~ | ~~Karen~~ |
| ~~2:16-cv-03805~~ | ~~Jenkins~~ | ~~Beatrice~~ |
| ~~2:16-cv-03805~~ | ~~Johnson~~ | ~~Annie~~ |
| ~~2:16-cv-03805~~ | ~~Johnson~~ | ~~Ginger~~ |
| ~~2:16-cv-03805~~ | ~~Kapala~~ | ~~Karen~~ |
| ~~2:16-cv-03805~~ | ~~Karr~~ | ~~Rhonda~~ |
| ~~2:16-cv-03805~~ | ~~Keller~~ | ~~Sue~~ |
| ~~2:16-cv-03805~~ | ~~King~~ | ~~Cecelia~~ |
| ~~2:16-cv-03805~~ | ~~LeBlanc-Grant~~ | ~~Jeannine~~ |
| ~~2:16-cv-03805~~ | ~~Leone-Joy~~ | ~~Jacqueline~~ |
| ~~2:16-cv-03805~~ | ~~Mattice~~ | ~~Karen~~ |
| ~~2:16-cv-03805~~ | ~~McKee~~ | ~~Ginger~~ |
| ~~2:16-cv-03805~~ | ~~Meadows~~ | ~~Carolyn~~ |
| ~~2:16-cv-03805~~ | ~~Miller~~ | ~~Barbara~~ |
| ~~2:16-cv-03805~~ | ~~Mitchell~~ | ~~Joan~~ |

36739782v1

| | | |
|---|---|---|
| ~~2:16-cv-03805~~ | ~~Moore~~ | ~~Marsha~~ |
| ~~2:16-cv-03805~~ | ~~Morris~~ | ~~Melanie~~ |
| ~~2:16-cv-03805~~ | ~~Mosely~~ | ~~Patricia~~ |
| ~~2:16-cv-03805~~ | ~~Nogrady~~ | ~~Jane~~ |
| ~~2:16-cv-03805~~ | ~~Powell~~ | ~~Laurie~~ |
| ~~2:16-cv-03805~~ | ~~Powell~~ | ~~Rebbecca~~ |
| ~~2:16-cv-03805~~ | ~~Reimer~~ | ~~Teresa~~ |
| ~~2:16-cv-03805~~ | ~~Rowles~~ | ~~Darlene~~ |
| ~~2:16-cv-03805~~ | ~~Scholl~~ | ~~Ginger~~ |
| ~~2:16-cv-03805~~ | ~~Seward~~ | ~~Cheryl~~ |
| ~~2:16-cv-03805~~ | ~~Smith~~ | ~~Jaime~~ |
| ~~2:16-cv-03805~~ | ~~Smith~~ | ~~Sandra~~ |
| ~~2:16-cv-03805~~ | ~~Sotero~~ | ~~Renee~~ |
| ~~2:16-cv-03805~~ | ~~Speece~~ | ~~Barbara~~ |
| ~~2:16-cv-03805~~ | ~~Stadler~~ | ~~Donna~~ |
| ~~2:16-cv-03805~~ | ~~Swain~~ | ~~Martha~~ |
| ~~2:16-cv-03805~~ | ~~Viers~~ | ~~Kristen~~ |
| ~~2:16-cv-03805~~ | ~~Wahl~~ | ~~Georgette~~ |
| ~~2:16-cv-03805~~ | ~~Watson~~ | ~~Pamela~~ |
| ~~2:16-cv-03805~~ | ~~Welsh~~ | ~~Amanda~~ |
| ~~2:16-cv-03805~~ | ~~Wolfe~~ | ~~Pamela~~ |
| ~~2:16-cv-03814~~ | ~~Argyle~~ | ~~Lella~~ |
| ~~2:16-cv-03814~~ | ~~Bottella~~ | ~~Linda~~ |
| ~~2:16-cv-03814~~ | ~~Breehl~~ | ~~Debbie~~ |
| ~~2:16-cv-03814~~ | ~~Brock~~ | ~~Lorraine~~ |
| ~~2:16-cv-03814~~ | ~~Bushnell~~ | ~~Anita~~ |
| ~~2:16-cv-03814~~ | ~~Cody~~ | ~~Sherry~~ |
| ~~2:16-cv-03814~~ | ~~Commodore~~ | ~~Jessica~~ |
| ~~2:16-cv-03814~~ | ~~Dacey~~ | ~~Joy~~ |
| ~~2:16-cv-03814~~ | ~~Elliott~~ | ~~Debra~~ |
| ~~2:16-cv-03814~~ | ~~Geier~~ | ~~Susan~~ |
| ~~2:16-cv-03814~~ | ~~George~~ | ~~Gena~~ |
| ~~2:16-cv-03814~~ | ~~Jackson~~ | ~~Clara~~ |
| ~~2:16-cv-03814~~ | ~~Kalnbach~~ | ~~Kimberly~~ |
| ~~2:16-cv-03814~~ | ~~Latham-West~~ | ~~Mary S.~~ |
| ~~2:16-cv-03814~~ | ~~Lindeman~~ | ~~Jamie~~ |
| ~~2:16-cv-03814~~ | ~~Lomax~~ | ~~Pamela~~ |
| ~~2:16-cv-03814~~ | ~~Lundell~~ | ~~Linda~~ |
| ~~2:16-cv-03814~~ | ~~Mantle~~ | ~~Karen~~ |
| ~~2:16-cv-03814~~ | ~~Mosher~~ | ~~Kellene~~ |
| ~~2:16-cv-03814~~ | ~~Myer~~ | ~~Donna~~ |
| ~~2:16-cv-03814~~ | ~~Perez~~ | ~~Maira~~ |
| ~~2:16-cv-03814~~ | ~~Rabuck~~ | ~~Sharon~~ |

36739782v1

| | | |
|---|---|---|
| ~~2:16-cv-03814~~ | ~~Reed~~ | ~~Kelly~~ |
| ~~2:16-cv-03814~~ | ~~Rice~~ | ~~Dorothy~~ |
| ~~2:16-cv-03814~~ | ~~Rich~~ | ~~Lisa~~ |
| ~~2:16-cv-03814~~ | ~~Rouse~~ | ~~Christy~~ |
| ~~2:16-cv-03814~~ | ~~Rubin~~ | ~~Peggy~~ |
| ~~2:16-cv-03814~~ | ~~Steelman~~ | ~~Gloria~~ |
| ~~2:16-cv-03814~~ | ~~Wilson~~ | ~~Gina~~ |
| ~~2:16-cv-03814~~ | ~~Worley~~ | ~~Stacy~~ |
| ~~2:16-cv-03814~~ | ~~Zolinski~~ | ~~Christina~~ |