IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                          MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3995], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: August 23, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

**EXHIBIT A**

| Civil Action Number | Last Name | First Name | |
|---|---|---|---|
| 2:14-cv-24701 | Johnson | Vicki | |
| 2:14-cv-24701 | Almquist | Maxine | |
| 2:14-cv-24701 | Barnett | Norma | |
| 2:14-cv-24701 | Baylis | Katrina | |
| 2:14-cv-24701 | Bohmert | Tamara | |
| 2:14-cv-24701 | Brand | Deborah | |
| 2:14-cv-24701 | Cortright | Leslie | |
| 2:14-cv-24701 | Edwards | Tovola | |
| 2:14-cv-24701 | Elia | Nellie | |
| 2:14-cv-24701 | Foley | Sandra | |
| 2:14-cv-24701 | Foss | Marla | |
| 2:14-cv-24701 | Garrison | Charlotte | |
| 2:14-cv-24701 | Halliday | Jayne | |
| 2:14-cv-24701 | Hollman | Susan | |
| 2:14-cv-24701 | Hooks | Linda | |
| 2:14-cv-24701 | Hopkins | Sharon | |
| 2:14-cv-24701 | Lee-Dever | Carol | |
| 2:14-cv-24701 | Nagy | Eula | |
| 2:14-cv-24701 | Palomaki | Mary | |
| 2:14-cv-24701 | Perreault | Rita | |
| 2:14-cv-24701 | Pruett | Betty | |
| 2:14-cv-24701 | Skinner | Marian | |
| 2:14-cv-24701 | Welsch | Janet | |
| 2:15-cv-05855 | Blanchett | Patricia | |
| 2:15-cv-05855 | Compton | Betty | |
| 2:15-cv-05855 | Davis | Fern | |
| 2:15-cv-05855 | Giardina | Beth | |
| 2:15-cv-05855 | Gregory | Ann | |
| 2:15-cv-05855 | Ireland | Sandra | |
| 2:15-cv-05855 | Koch | Alexandra | |
| 2:15-cv-05855 | Martin | Nichol | |
| 2:15-cv-05855 | ~~Gonzales~~ | Lillian ~~Joan~~ | Joan, Lillian |
| 2:15-cv-05855 | Dees | Marjorie | |
| 2:15-cv-05855 | Dial | Glenda | |
| 2:15-cv-05855 | Ebert | Darlene | |
| 2:15-cv-05855 | Gant | Cora | |
| 2:15-cv-05855 | Gibbs | Wilma | |
| 2:15-cv-05855 | King | Shirley | |
| 2:15-cv-05855 | McKamey | Redeena | |
| 2:15-cv-05855 | Mellinger | Kathryn | |
| 2:15-cv-05855 | Mennenga | Linda | |
| 2:15-cv-05855 | Nuttall | Wanda | |
| 2:15-cv-05855 | Richards | Theresa | |

| | | |
|---|---|---|
| 2:15-cv-05855 | Ritchie | Betty |
| 2:15-cv-05855 | Sutton | Karen |
| 2:15-cv-05855 | Torres | Irma |
| 2:15-cv-05855 | Traynor | Shirley |
| 2:15-cv-05855 | Wickline | Brenda |
| 2:15-cv-05856 | Jackson | Natalie |
| 2:15-cv-05856 | King | Barbara |
| 2:15-cv-05856 | Friend | Jacquelyn |
| 2:15-cv-05856 | Bailey | Sandra |
| 2:15-cv-05856 | Barrows | Annette |
| 2:15-cv-05856 | Capponi | Jacqueline |
| 2:15-cv-05856 | Endl | Darlene |
| 2:15-cv-05856 | Faircloth | Marsha |
| 2:15-cv-05856 | Hammitt | Debra |
| 2:15-cv-05856 | Iverson | Sharon |
| 2:15-cv-05856 | Morgan | Willie |
| 2:15-cv-05856 | Mustin | Elizabeth |
| 2:15-cv-05856 | Peterson | Rebecca |
| 2:15-cv-05856 | Schulz | Nina |
| 2:15-cv-05856 | Strube | Virdona |
| 2:15-cv-05856 | Lubinsky | Paula |
| 2:15-cv-05856 | Castilleja | Doris |
| 2:15-cv-05857 | Campbell | Barbara |
| 2:15-cv-05857 | Bible | Vada |
| 2:15-cv-05857 | Breen | Dolores |
| 2:15-cv-05857 | Carson | Marlis |
| 2:15-cv-05857 | Clark | Emma |
| 2:15-cv-05857 | Clement | Gail |
| 2:15-cv-05857 | Czeslawski | Joanne |
| 2:15-cv-05857 | Gadowski | Sharon |
| 2:15-cv-05857 | Gall | Terri |
| 2:15-cv-05857 | Sierra | Deena |
| 2:15-cv-05857 | Smith | Stephanie |
| 2:15-cv-05857 | Taylor | Dinah |
| 2:15-cv-05857 | Fix | Theresa |
| 2:15-cv-05857 | Hamilton | Alice |
| 2:15-cv-05857 | Phillips | Patricia |
| 2:15-cv-05857 | Bracciodieta | Alina |
| 2:15-cv-05857 | Hunter | Amy |
| 2:15-cv-05858 | Madden | Maria |
| 2:15-cv-05858 | Brown | Cynthia |
| 2:15-cv-05858 | Coleman | Ruby |
| 2:15-cv-05858 | Hurley | Irene |
| 2:15-cv-05858 | Locklear | Zona |
| 2:15-cv-05858 | Medina | Alma |

| | | |
|---|---|---|
| 2:15-cv-05858 | Nations | Faye |
| 2:15-cv-05858 | Price | Kathi |
| 2:15-cv-05858 | Rosario | Berjica |
| 2:15-cv-05858 | Rudolph | Kalin |
| 2:15-cv-05858 | Sanders | Johnnie |
| 2:15-cv-05858 | Stoltenberg | Carole |
| 2:15-cv-05858 | Tracey | Joan |
| 2:15-cv-05858 | Bashaw | Dorla |
| 2:15-cv-05858 | Cady | Sandra |
| 2:15-cv-05858 | Gagliano | Patsy |
| 2:15-cv-05858 | Gourlay | Barbara |
| 2:15-cv-05858 | Mikitaroff | Cecelia |
| 2:15-cv-05858 | Wallace | Judith |
| 2:14-cv-29691 | Geel | Julia |