IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                              MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3997], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: August 23, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

## EXHIBIT A

| Civil Action Number | Last Name | First Name |
|---|---|---|
| 2:12-cv-04157 | Burger | Linda |
| 2:12-cv-05151 | Marin | Deborah |
| 2:12-cv-05153 | Evans | Connie S. |
| 2:12-cv-05161 | Childers | Edith |
| 2:12-cv-05178 | Howell | Janice |
| 2:12-cv-06320 | McKnight | Carolyn |
| 2:12-cv-06325 | White | Betty S. |
| 2:12-cv-07067 | Roppolo | Tanya G. |
| 2:12-cv-07070 | Womack | Kristy L. |
| 2:12-cv-07197 | Best | Marjorie |
| 2:12-cv-08516 | Gault | Sunny |
| 2:12-cv-08520 | Mondul | Leslie |
| 2:12-cv-09026 | Lamoreaux | Brenda |
| 2:12-cv-09044 | Blanchard | Dolores |
| 2:12-cv-09046 | Schilling | Lanell |
| 2:12-cv-09048 | Keeton | Mary |
| 2:12-cv-09213 | O'Quinn | Peggy |
| 2:14-cv-08545 | Seal | Gina M. |
| 2:14-cv-29224 | Morgan | Patricia E. |
| 2:14-cv-29669 | Diaz | Delia |
| 2:12-cv-03550 | Bush | Robin L. |
| 2:12-cv-03803 | Davis | Shirley |
| 2:12-cv-03809 | Falconer | Clorah |
| 2:12-cv-04157 | Burger | Linda |
| 2:12-cv-04154 | Cisneros | Josephine M. |
| 2:12-cv-00540 | Feidler | Nancy |
| 2:12-cv-03436 | Flenniken | Evelyn |
| 2:12-cv-00863 | Gunter | Dorothy S. |
| 2:12-cv-03549 | Ogden | Sharon |
| 2:12-cv-03395 | Plaisance | Gertrude M. |
| 2:12-cv-03477 | Neathery | Cindy |
| 2:13-cv-11430 | Salazar | Ines |
| 2:15-cv-07809 | Thompson | Janie M. |
| 2:12-cv-07626 | Melancon | Clara |
| 2:12-cv-09407 | Marcum | Artie |
| 2:12-cv-09209 | Craig | Dedra |
| 2:13-cv-31709 | Heyder | Lori A. |
| ~~2:14-cv-01266~~ | ~~Hufnagel~~ | ~~Priscilla~~ |
| ~~2:14-cv-02992~~ | ~~Miller~~ | ~~Iva~~ |
| ~~2:14-cv-03334~~ | ~~Burger~~ | ~~Elise~~ |
| ~~2:14-cv-03393~~ | ~~Deckert~~ | ~~Lynn~~ |
| ~~2:14-cv-14668~~ | ~~Champion~~ | ~~Lillian~~ |
| ~~2:14-cv-14674~~ | ~~Contreras~~ | ~~Mary Lou~~ |

| ~~2:14-cv-14721~~ | ~~Price~~ | ~~Lenett~~ |
| --- | --- | --- |
| 2:14-cv-15645 | Karen | Kubicsek |
| 2:12-cv-03371 | Alice | Duhe |
| 2:15-cv-12943 | Carol | Lovell |

36884334v1