IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                              MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 4076], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: August 24, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

# EXHIBIT A

| Civil Action Number | Last Name | First Name |
|---|---|---|
| 2:12-cv-01839 | Lewis | Sheryl |
| ~~2:14-cv-23509~~ | ~~Kelley~~ | ~~Daisy~~ |
| 2:12-cv-01215 | Bollinger | Karen |
| 2:12-cv-01839 | Lewis | Sheryl |
| 2:12-cv-02224 | Bass | Debbie J. |
| ~~2:12-cv-02224~~ | ~~Bass~~ | ~~Debbie J.~~ |
| 2:13-cv-00938 | Chappell | Karen |
| ~~2:13-cv-00938~~ | ~~Chappell~~ | ~~Karen~~ |
| ~~2:13-cv-00951~~ | ~~Hogan~~ | ~~Rebecca~~ |
| 2:13-cv-00971 | Reed | Lena |
| 2:13-cv-00975 | Blair | Jodi |
| ~~2:13-cv-06188~~ | ~~Koch~~ | ~~Mary~~ |
| 2:13-cv-16025 | Walls | Melissa |
| 2:13-cv-18241 | Dougherty | Nancy |
| ~~2:13-cv-19164~~ | ~~Smith~~ | ~~Diana~~ |
| 2:13-cv-19233 | Pylant | Linda |
| 2:13-cv-20474 | Wilson | Sarah |
| 2:13-cv-20477 | Chan | Debra |
| 2:13-cv-20488 | Pinkins | Michelle Washington |
| 2:13-cv-21558 | Wilson | Elizabeth |
| 2:13-cv-25322 | Gambill | Angela |
| 2:13-cv-25325 | Harrison | Karin |
| 2:13-cv-25327 | Keller | Leora |
| 2:13-cv-25329 | Martin | Lynn |
| 2:13-cv-25330 | Sanchez | Jova |
| 2:13-cv-25332 | Uszler | Katie |
| 2:13-cv-25334 | Young | Kelly |
| 2:13-cv-31041 | Hodges | Donnis |
| 2:14-cv-14417 | Singsheim | Kathleen |
| ~~2:14-cv-23508~~ | ~~English~~ | ~~Sheryle~~ |
| 2:14-cv-23516 | Strigo | Wilda |
| ~~2:14-cv-23519~~ | ~~Thompson~~ | ~~Peggy~~ |
| 2:14-cv-24775 | Maynard | Roxanne E. |
| 2:14-cv-27031 | Calvary | Francine |
| 2:14-cv-27040 | Ingram | Mary |
| 2:14-cv-27045 | Phillips | Kimberly |
| 2:14-cv-27752 | James | Connie L. |

| | | |
|---|---|---|
| 2:14-cv-27756 | Redden | Regina |
| 2:14-cv-28443 | Korn | Grace |
| 2:14-cv-28580 | Taylor | Wanda |
| 2:14-cv-28847 | Hall | Rita |
| 2:14-cv-28877 | Pokorny | Antoinette |
| 2:14-cv-28912 | Fridley | Beverly |
| 2:14-cv-28919 | Hulburd-Game | Ramona |
| ~~2:14-cv-29047~~ | ~~Milakovich~~ | ~~Linda~~ |
| 2:14-cv-29049 | Payette | Linda K. |
| 2:15-cv-04575 | Huss | Sandra |
| 2:15-cv-10886 | Kaufman | Arlene |
| 2:15-cv-11371 | Ginese | Ann |
| 2:15-cv-12485 | Schmidt | Susan |
| 2:15-cv-12494 | Vertz | Kathleen |
| 2:15-cv-12508 | Rosenberg | Verna |
| 2:15-cv-15010 | Lykken | Susie A. |
| 2:15-cv-15011 | Anderson | Carol |
| 2:15-cv-15014 | Lynch | Charlene |
| 2:15-cv-15016 | MacDonald | Diana |
| 2:15-cv-15018 | Arhos | Norma |
| 2:15-cv-15020 | Magnuson | Maureen |
| 2:15-cv-15021 | Mahnke | Rosemary A. |
| 2:15-cv-15023 | Mariette | Becky |
| 2:15-cv-15025 | Best | Judith |
| 2:15-cv-15029 | Birth | Joyce |
| 2:15-cv-15030 | Martinez | Veronica |
| 2:15-cv-15031 | Bohannon | Cynthia |
| 2:15-cv-15033 | McCoy | Mary A. |
| 2:16-cv-00217 | Masten | Janice |
| 2:16-cv-00267 | Williams | Sharon |
| 2:16-cv-00269 | Williams | Phyllis M. |
| 2:16-cv-00276 | Galles | Pamela S. |
| 2:16-cv-01289 | Yates | Vicky |
| 2:16-cv-01290 | Valerio | Christina |
| 2:16-cv-01519 | Clary | Amber |
| 2:16-cv-02365 | Henry | Martha |
| 2:16-cv-02367 | Kimball | Susan M. |
| 2:16-cv-02368 | Thornton | Debra |
| 2:16-cv-04082 | Leyva-Teveni | Bernadette L. |
| 2:16-cv-04160 | Robles | Elsie |
| ~~2:14-cv-21439~~ | ~~Alcantara~~ | ~~Reyna~~ |
| ~~2:13-cv-19314~~ | ~~Allen-Kelsay~~ | ~~Barbara A.~~ |
| 2:12-cv-00960 | Amsden | Donna |

| | | |
|---|---|---|
| ~~2:13-cv-20461~~ | ~~Batiste~~ | ~~Shyann L.~~ |
| ~~2:13-cv-19317~~ | ~~Becker~~ | ~~Terrie~~ |
| ~~2:14-cv-10831~~ | ~~Burton~~ | ~~Patricia~~ |
| ~~2:14-cv-15882~~ | ~~Crenwelge-Dyal~~ | ~~D'Ann~~ |
| ~~2:14-cv-09952~~ | ~~Davis~~ | ~~Kathy~~ |
| ~~2:13-cv-20463~~ | ~~Dickinson~~ | ~~Bobbi~~ |
| ~~2:13-cv-12338~~ | ~~Dister~~ | ~~Alice~~ |
| ~~2:14-cv-10169~~ | ~~Esqueda~~ | ~~Judith~~ |
| ~~2:13-cv-19322~~ | ~~Everhart~~ | ~~Carol~~ |
| ~~2:13-cv-19326~~ | ~~Garey~~ | ~~Dawn~~ |
| ~~2:14-cv-01213~~ | ~~Harris~~ | ~~Janice~~ |
| ~~2:14-cv-17399~~ | ~~Herron~~ | ~~Laura~~ |
| ~~2:14-cv-12937~~ | ~~Honaker~~ | ~~Jan~~ |
| ~~2:14-cv-09496~~ | ~~Hunter~~ | ~~Helen~~ |
| ~~2:13-cv-19327~~ | ~~Jackson~~ | ~~Cheryl~~ |
| ~~2:13-cv-19353~~ | ~~Keneavy~~ | ~~Janet~~ |
| ~~2:13-cv-18249~~ | ~~Kimbrough~~ | ~~Sandy Boling~~ |
| ~~2:16-CV-04263~~ | ~~Kosuda~~ | ~~Judith~~ |
| ~~2:14-cv-21559~~ | ~~Leahy~~ | ~~Rebecca~~ |
| ~~2:13-cv-19264~~ | ~~Leonardi~~ | ~~Darlene~~ |
| ~~2:14-cv-04594~~ | ~~Marshall~~ | ~~Deborah~~ |
| ~~2:14-cv-21561~~ | ~~Martinez~~ | ~~Martha~~ |
| ~~2:14-cv-18115~~ | ~~Marx~~ | ~~Nancy~~ |
| ~~2:14-cv-21571~~ | ~~McDaniel~~ | ~~Fanyetta~~ |
| ~~2:14-cv-21577~~ | ~~Medina~~ | ~~Sheryll~~ |
| ~~2:14-cv-10339~~ | ~~Paschall~~ | ~~Joeli~~ |
| ~~2:14-cv-21587~~ | ~~Rice~~ | ~~Mildred~~ |
| ~~2:13-cv-19512~~ | ~~Riech~~ | ~~Delores~~ |
| ~~2:14-cv-25461~~ | ~~Rivera~~ | ~~Nereida~~ |
| ~~2:13-cv-06823~~ | ~~Rubio~~ | ~~Evora~~ |
| ~~2:16CV03935~~ | ~~Sandoval~~ | ~~Verna~~ |
| ~~2:16-CV-03893~~ | ~~Schoenecker~~ | ~~Donna~~ |
| ~~2:14-cv-04604~~ | ~~Sears~~ | ~~Lorrie~~ |
| ~~2:13-CV-18153~~ | ~~Sellers~~ | ~~Regina T.~~ |
| ~~2:14-cv-21592~~ | ~~Shankweiler~~ | ~~Marion~~ |
| ~~2:14-cv-25161~~ | ~~Simpson~~ | ~~Laura~~ |
| ~~2:14-cv-09482~~ | ~~Slade~~ | ~~Brandi~~ |
| ~~2:14-cv-21595~~ | ~~Soto~~ | ~~Francine~~ |
| ~~2:13-cv-20469~~ | ~~Trevino~~ | ~~Maria~~ |
| ~~2:14-cv-09449~~ | ~~Tursic~~ | ~~Jasna~~ |
| ~~2:14-cv-21598~~ | ~~Valentino~~ | ~~Anne-Marie~~ |
| ~~2:14-cv-21599~~ | ~~Williams~~ | ~~Jane Hyder~~ |
| ~~2:13-cv-25585~~ | ~~Wisniewski~~ | ~~Lynette~~ |