IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 4070], is a Joint Motion to

Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and

Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named

as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking

dismissal of these actions with prejudice. After careful consideration, it is **ORDERED**

that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further

**ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH**

**PREJUDICE** and **STRICKEN** from the docket and any motions pending in the

individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and

in the individual cases listed on the attached Exhibit A.

ENTER:  August 24, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

**EXHIBIT A**

| Civil Action Number (listed numerically in ascending order) | Last Name | First Name |
| --- | --- | --- |
| 2:12-cv-01772 | Young | Tina |
| ~~2:12-cv-02308~~ | ~~Pendleton~~ | ~~Merry~~ |
| ~~2:12-cv-02885~~ | ~~Harrell~~ | ~~Mavis C.~~ |
| 2:12-cv-04275 | Baker | Denise |
| 2:12-cv-04301 | Lewis | Carolyn |
| ~~2:12-cv-05144~~ | ~~Mitema~~ | ~~Sonja~~ |
| 2:12-cv-06939 | Bush | Gayle |
| 2:12-cv-08204 | Hammond | Linda |
| 2:12-cv-08807 | Belt | Debra |
| 2:12-cv-09225 | Bartolomucci | Beth |
| 2:13-cv-00367 | Sacre | Candace |
| 2:13-cv-00921 | Addington | Carol |
| 2:13-cv-00922 | Altheide | Frances |
| 2:13-cv-00923 | Bennett | Ronda |
| 2:13-cv-00924 | Biggs | Carlotta |
| ~~2:13-cv-00945~~ | ~~Fisher~~ | ~~Violet~~ |
| ~~2:13-cv-00949~~ | ~~Gardner~~ | ~~Juanita~~ |
| 2:13-cv-00950 | Goodlett | Mary |
| 2:13-cv-00953 | Kiern | Carol |
| 2:13-cv-00954 | King | Brenda |
| 2:13-cv-00955 | Longmire | Charlene |
| 2:13-cv-00956 | Lord | Susan |
| 2:13-cv-00957 | McNair | Sarita |
| 2:13-cv-00958 | Morelock | Vicky |
| 2:13-cv-00965 | Smith | Sundye |
| 2:13-cv-00967 | Street | Retha |
| 2:13-cv-00969 | Thompson | Brenda Ann |
| 2:13-cv-00970 | Ward | Priscilla |
| 2:13-cv-00972 | Mills | Rhonda |
| 2:13-cv-00977 | Carsins | Kathy |
| 2:13-cv-01419 | Dunagan | Shelly |
| ~~2:13-cv-01639~~ | ~~Brown~~ | ~~Jennifer~~ |
| 2:13-cv-01803 | Diggs - Benthal | Mary C. |
| 2:13-cv-01805 | Lewis | Latricia R. |
| 2:13-cv-04187 | Calero-Huertas | Hidida |
| 2:13-cv-04191 | Gray | Frances L. |
| 2:13-cv-05834 | Cash-Hazlewood | Cynthia |

| 2:13-cv-05835 | Clark | Chris |
|---|---|---|
| 2:13-cv-06185 | Aime | Anna |
| 2:13-cv-06191 | Savage | Annette |
| 2:13-cv-06194 | Warhurst | Mary |
| 2:13-cv-09702 | Hinton | Tracy Dawn |
| 2:13-cv-10698 | Stidham | Michelle L. |
| 2:13-cv-11386 | Redmond | Bernice |
| 2:13-cv-12029 | Oliver | Cathy E. |
| 2:13-cv-12534 | Chambliss | Peggy |
| 2:13-cv-12941 | Hartley | Diana D. |
| 2:13-cv-12945 | Sessions | Velma E. |
| 2:13-cv-12950 | Verran | Wendy |
| 2:13-cv-12953 | Linder | Judith E. |
| 2:13-cv-13841 | Jerke | Susan D. |
| 2:13-cv-13856 | Hugueley | Barbara |
| 2:13-cv-13860 | Smith | Tammy |
| 2:13-cv-13869 | Dial | Freeda |
| 2:13-cv-13873 | Langley | Tammy L. |
| 2:13-cv-16069 | Robbins | Shelia |
| 2:13-cv-16083 | Pasquale | Patricia |
| 2:13-cv-16153 | Taylor | Glenna |
| 2:13-cv-18251 | Maniscalco | Denise |
| 2:13-cv-18991 | Clay | Torrey E. |
| ~~2:13-cv-19164~~ | ~~Smith~~ | ~~Diana L.~~ |
| 2:13-cv-19172 | Asbury | Betty |
| 2:13-cv-19180 | Baldwin | Treca |
| 2:13-cv-19183 | Barlow | Dana N. |
| 2:13-cv-19186 | Barnett | Dorothy |
| 2:13-cv-19190 | Capurso | Mary |
| 2:13-cv-19195 | Cruz | Ana P. |
| 2:13-cv-19196 | Dean | Rita |
| 2:13-cv-19198 | Helms | Inger |
| 2:13-cv-19200 | Hernandez | Jody |
| 2:13-cv-19202 | Johnson | Janel |
| 2:13-cv-19203 | Keay- Crane | Patricia |
| 2:13-cv-19205 | Kohr | Sheila |
| 2:13-cv-19213 | Murr | Betty |
| 2:13-cv-19218 | Newton | Karen |
| 2:13-cv-19220 | Pack | Debra |
| 2:13-cv-19234 | Scott | Sharon E. |
| 2:13-cv-19236 | Shiyan | Sharon |
| 2:13-cv-19240 | Stout | Mildred Virginia |
| 2:13-cv-19242 | Strait | Raeleen |

| | | |
|---|---|---|
| 2:13-cv-19259 | Browning | Dolores |
| 2:13-cv-19270 | Duke | Audrey |
| 2:13-cv-19278 | Frankewich | Carol |
| 2:13-cv-19283 | Hardin-Corrie | Claudette |
| 2:13-cv-19286 | Huff | Gayle |
| 2:13-cv-19292 | Jones | Angel |
| 2:13-cv-19296 | McClure | Cathryn M. |
| 2:13-cv-19516 | Rhoads | Sandra |
| 2:13-cv-19519 | Shiffer | Roberta |
| 2:13-cv-19527 | Roberts | Jane E. |
| 2:13-cv-19534 | Harmon | Mary |
| 2:13-cv-19537 | Grevin | Tammie D. |
| 2:13-cv-19539 | Garcia | Sonia N. |
| 2:13-cv-19547 | Carroll | Linda |
| 2:13-cv-19550 | Bass | Johnnie M. |
| 2:13-cv-20486 | Moser | Linda |
| 2:13-cv-20884 | Myers | Barbara A. |
| 2:13-cv-21376 | Houchens | Linda Louise |
| 2:13-cv-21383 | Raynor | Elizabeth Ann |
| 2:13-cv-21396 | Sisk | Geraldine Judy |
| 2:13-cv-21402 | Tudor | Donna Marie |
| 2:13-cv-21406 | Taylor | Mary K. |
| 2:13-cv-21590 | Brooks | Elizabeth H. |
| 2:13-cv-21591 | Chavez | Judith |
| 2:13-cv-21597 | Muncy | Donna |
| 2:13-cv-21602 | Murphy | Donna B. |
| 2:13-cv-21620 | Woods | Tina |
| ~~2:13-cv-22259~~ | ~~Borders~~ | ~~Theresa~~ |
| 2:13-cv-22291 | Savage-Guptill | Nancy |
| 2:13-cv-22414 | Philpot | Polly J. |
| 2:13-cv-22581 | Gallardo | Anita |
| 2:13-cv-22816 | Dean | Becky |
| 2:13-cv-22817 | Fender | Carol |
| 2:13-cv-22839 | Hickle | Lisa |
| 2:13-cv-22948 | Cambron | Cecilia W. |
| 2:13-cv-22956 | Hall | Myrtle L. |
| 2:13-cv-23491 | Nostrom | Joy |
| 2:13-cv-23608 | Cornaggia | Bonnie |
| 2:13-cv-23610 | Jones | Shirley |
| 2:13-cv-23816 | Pitts | Reva |
| 2:13-cv-23889 | Gogna | Gloria |
| 2:13-cv-24386 | Chapman | Jawanna K. |
| 2:13-cv-24392 | Jones | Jeanna S. |

| 2:13-cv-24824 | Reed | Rebecca |
| 2:13-cv-25108 | Runge (Calkins) | Patricia |
| 2:13-cv-25318 | Brown - Singletary | Augustina |
| 2:13-cv-25326 | Headrick | Patricia |
| ~~2:13-cv-25475~~ | ~~Hammond~~ | ~~Lisa~~ |
| ~~2:13-cv-25486~~ | ~~Hoerig~~ | ~~Amy~~ |
| 2:13-cv-25489 | Meyers | Paula |
| 2:13-cv-25495 | Sink | Eva |
| ~~2:13-cv-25503~~ | ~~Wasson~~ | ~~Cynthia~~ |
| 2:13-cv-26403 | Bernard | Tina L. |
| 2:13-cv-26404 | Bolin | Sharon Lynn |
| 2:13-cv-26439 | Lewis-Hammock | Lisa |
| 2:13-cv-27568 | Ledford | Janet |
| 2:13-cv-27573 | Watson | Ada Jo |
| 2:13-cv-27579 | Thornhill | Suzanne |
| 2:13-cv-28120 | Frye | Bess L. |
| 2:13-cv-28139 | Davis | Shelby |
| 2:13-cv-29024 | Wolfe | Deedra |
| 2:13-cv-29026 | Hawks | Leota |
| 2:13-cv-29145 | Brown | Kellie |
| 2:13-cv-29793 | Parker | Angela Darlene |
| 2:13-cv-29831 | Waller | Sandra |
| 2:13-cv-30801 | Orona | Elizabeth |
| 2:13-cv-30936 | Garrison | Shirley |
| 2:13-cv-30937 | Gillespie | Renee |
| 2:13-cv-30938 | Goeyns | Andrea |
| 2:13-cv-30939 | Gomez | Brook |
| 2:13-cv-30940 | Gomez | Teresa |
| 2:13-cv-30942 | Gossman | Norma |
| 2:13-cv-30964 | Griffith | Kathy |
| 2:13-cv-30965 | Hallock | Neena |
| 2:13-cv-30967 | Hanna | Kelly |
| 2:13-cv-30969 | Harlow | Nicole |
| 2:13-cv-30970 | Harriman | Judith |
| 2:13-cv-30979 | Harrod | Tammy |
| 2:13-cv-30982 | Headrick | Olivia |
| 2:13-cv-30993 | Healy | Shelley |
| 2:13-cv-30999 | Heckathorn | Gloria |
| 2:13-cv-31010 | Hensley | Natalie |
| 2:13-cv-31017 | Herring-Patterson | Katherine |
| 2:13-cv-31030 | Hill | Dorothy |
| 2:13-cv-31034 | Hodge | Annabeth |
| 2:13-cv-31041 | Hodges | Donnis |

| | | |
|---|---|---|
| 2:13-cv-31053 | Horton | Jeanette |
| 2:13-cv-31055 | Houchins | Deborah |
| 2:13-cv-31063 | Houston | Marian |
| 2:13-cv-31095 | Hughes-Lockett | Tara |
| 2:13-cv-31099 | Hull | Sandra |
| 2:13-cv-31160 | Hyde | Gloria |
| 2:13-cv-31161 | Ingram | Ruth |
| 2:13-cv-31162 | Iwanaga | Mary |
| 2:13-cv-31167 | Jaworski | Angela |
| 2:13-cv-32196 | Taylor | Virginia |
| 2:13-cv-32334 | Kasper | Kathie |
| 2:13-cv-32336 | Offutt | Dawn |
| 2:13-cv-32463 | Sorenson | Dixie M. |
| 2:14-cv-01007 | Lisenby | Theresa |
| 2:14-cv-01481 | Walker | Charlene |
| 2:14-cv-01827 | Gailey | Ruby |
| 2:14-cv-03839 | Turner | Sharon |
| ~~2:14-cv-04096~~ | ~~Adams~~ | ~~Nancy~~ |
| 2:14-cv-04478 | Bennett | Sandra |
| 2:14-cv-04482 | Hensley | Tracy |
| 2:14-cv-04741 | Freitag | Sharon |
| ~~2:14-cv-04751~~ | ~~Huff~~ | ~~Margaret~~ |
| 2:14-cv-06225 | Chalkley | Diane |
| 2:14-cv-06231 | Evans | Marianna |
| 2:14-cv-06281 | Romero-Keller | Danielle |
| 2:14-cv-08295 | Mayfield | Robin V. |
| 2:14-cv-10776 | Harris | Shonnice |
| 2:14-cv-10842 | McDermott | Carol J. |

36738530v1