IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.                                          MDL NO. 2327
        PELVIC REPAIR SYSTEM
        PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES
ASSIGNED TO JUDGE GOODWIN

### O R D E R

Pending before the court is a Motion for Change of Address, filed on October 27, 2016 [ECF No. 3079]. In the motion, counsel request that in the main MDL and each individual case in which Leslie C. MacLean, Sara E. Coopwood, Rachel A. Gross, Erin M. Wood and/or Gibbs C. Henderson of Waters & Kraus, L.L.P. are associated, the firm address be updated as set forth in the motion.

It is **ORDERED** that the Motion for Change of Address is **GRANTED**.

The Clerk is **DIRECTED** to update the firm address, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which Leslie C. MacLean, Sara E. Coopwood, Rachel A. Gross, Erin M. Wood and/or Gibbs C. Henderson are associated.

The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 23, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE