IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 4071], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: August 25, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

## EXHIBIT A

| Civil Action Number (listed numerically in ascending order) | Last Name | First Name |
|---|---|---|
| 2:14-cv-10983 | Reese | Fleeta |
| 2:14-cv-11432 | Bradbury | Cheryl |
| 2:14-cv-11433 | Dennis | Judy |
| 2:14-cv-11444 | Phillips | Ann E. |
| 2:14-cv-11680 | Thomas | LouAnn |
| 2:14-cv-11844 | Vollowitz | Isabel |
| 2:14-cv-12230 | Ajose | Patricia |
| 2:14-cv-12350 | Bennett | Wanda |
| 2:14-cv-12360 | Pafford | Deborah |
| 2:14-cv-12832 | Fisk | Rhonda J. |
| 2:14-cv-12838 | Mason | Kelly R. |
| 2:14-cv-12918 | Greive | Karen E. |
| ~~2:14-cv-12924~~ | ~~Rudicil~~ | ~~Kimberly~~ |
| 2:14-cv-13197 | George | Theresa |
| 2:14-cv-13423 | Overcash | Lucille E. |
| 2:14-cv-13432 | Roberts | Evie |
| 2:14-cv-14001 | Konon | Rita A. |
| 2:14-cv-14030 | Sherwood | Ethel |
| 2:14-cv-14032 | Stiebris | Sylvia |
| 2:14-cv-14342 | Kesseler | Valerie L. |
| 2:14-cv-14406 | Bidwell | Shirley |
| 2:14-cv-14526 | Southerland | Edith |
| 2:14-cv-14972 | Eversole | Ena |
| 2:14-cv-15164 | Bingham | Bernadette |
| 2:14-cv-15332 | Amidon | Cynthia |
| 2:14-cv-15344 | Stewart | Zella |
| 2:14-cv-15346 | Youngblood | Teresa Faye |
| 2:14-cv-15700 | Barksdale | Lisa A. |
| 2:14-cv-15707 | Ely | Susan |
| 2:14-cv-15790 | Holland | Anita |
| 2:14-cv-15805 | Widla | Teresa J. |
| 2:14-cv-15960 | Macomber | Kimberly |
| 2:14-cv-16064 | Malkovich | Kim C. |
| 2:14-cv-16066 | Hamlin | Regina |
| 2:14-cv-16074 | Siddall | Christine Catherine |
| 2:14-cv-16181 | Ames | Doreanna |

| | | |
|---|---|---|
| 2:14-cv-16329 | Taylor | Lorene S. |
| 2:14-cv-16586 | Brown | Rebecca A. |
| 2:14-cv-17390 | Bowman | Alene |
| 2:14-cv-17403 | Scott | Malinda |
| 2:14-cv-17772 | Riden | Alayna |
| 2:14-cv-18165 | Hill | Linda |
| 2:14-CV-18172 | Ogg | Jane A. |
| 2:14-cv-18175 | Roman | Roberta L. |
| 2:14-cv-18784 | Lillywhite | Blanca |
| 2:14-cv-18790 | Obrzut | Margaret |
| 2:14-cv-18794 | Perry | Debra |
| 2:14-cv-18802 | Rogers | Shirley |
| 2:14-cv-18805 | Sears | Ronna |
| 2:14-cv-20065 | Mills | Carrie E. |
| 2:14-cv-20456 | Currie | Laura |
| 2:14-cv-24288 | Krallman | Tiffany C. |
| 2:14-cv-24501 | Thomas | Annie Belle |
| 2:14-cv-24705 | Beatty | Damaris |
| 2:14-cv-24707 | Jouan | Mary I. |
| 2:14-cv-24752 | McAfee | Margaret M. |
| 2:14-cv-24776 | Larrison | Michelle D. |
| 2:14-cv-25004 | Johnson | Sally M. |
| 2:14-cv-25440 | Powell | Pamela J. |
| 2:14-cv-25469 | Barnes | Tammy |
| 2:14-cv-25526 | Oltarzewski | Pamela J. |
| 2:14-cv-25590 | Causley | Patricia |
| 2:14-cv-25726 | Powell | Dianne |
| 2:14-cv-25977 | Chacon | Christy L |
| 2:14-cv-26619 | Kuperman | Sharyl L. |
| 2:14-cv-26840 | McDonald | Laura A. |
| 2:14-cv-27153 | Sivley | Wanda |
| 2:14-cv-27211 | Corbin | Georgianna |
| 2:14-cv-27825 | Puckett | Annette |
| 2:14-cv-27842 | Pulliam | Eilene |
| 2:14-CV-27843 | Ramirez | Glenda |
| 2:14-CV-27844 | Ramos | Tonia |
| 2:14-cv-27847 | Ream | Bertha |
| 2:14-cv-27848 | Rebhun | Indy |
| 2:14-cv-27851 | Reynolds | Paula |
| 2:14-cv-27858 | Robinson | Wanda |
| 2:14-cv-27860 | Rodriguez | Elva |
| 2:14-cv-27886 | Rose | Lori |
| 2:14-cv-27890 | Salas | Lupe F. |

3

36738868v1

| | | |
|---|---|---|
| 2:14-cv-27892 | Sasser | Brenda |
| 2:14-cv-27893 | Shafer | Linda |
| 2:14-cv-27898 | Sharpe | Sharon |
| 2:14-cv-27902 | Siefker | Roseanna |
| 2:14-cv-27906 | Smith | Carole |
| 2:14-cv-27909 | Smith | Deborah A. |
| 2:14-cv-27912 | Springer | Parris |
| 2:14-cv-27917 | Steward | Carole A. |
| 2:14-cv-27919 | Talton | Linda |
| 2:14-cv-27950 | Taylor | Monica |
| 2:14-cv-27953 | Thomas | Karen |
| 2:14-cv-27962 | Thomas | Patricia |
| 2:14-cv-27963 | Thompson | Linda |
| 2:14-cv-27965 | Van Buren | Charlotte |
| 2:14-CV-27972 | Weiner | Leslie Ann |
| 2:14-cv-27976 | Welch-Langford | Sylvia |
| 2:14-CV-27981 | White | Tracy |
| 2:14-cv-27988 | Williams | Shirley |
| 2:14-cv-27992 | Williams | Deborah |
| 2:14-cv-27996 | Wilson | Sheila |
| 2:14-cv-27999 | Wilson | Sandra |
| 2:14-cv-28008 | Wold-Johnson | Josie |
| 2:14-cv-28014 | Yancey | Jacki |
| 2:14-cv-28019 | Yoakam | Susan |
| 2:14-cv-28061 | Abuzalaf | Laura R. |
| 2:14-cv-28063 | Adams | Theresa |
| 2:14-CV-28066 | Angel-Nierop | Michele |
| 2:14-cv-28069 | Brownlee | Evelyn |
| 2:14-cv-28070 | Bruhn | Robin |
| 2:14-cv-28074 | Burton | Brenda |
| 2:14-cv-28076 | Johnson | Melisa |
| 2:14-cv-28078 | Kobeski | Susan |
| 2:14-cv-28080 | Kruslicky | Lynne |
| 2:14-cv-28083 | Lenzkes | Shelva |
| 2:14-cv-28085 | Link | Terry |
| 2:14-cv-28086 | Lords | Vicki |
| 2:14-cv-28090 | Maestas | Lucille |
| 2:14-cv-28091 | Maggard | Patricia |
| 2:14-cv-28092 | Mahoney | Patricia |
| 2:14-cv-28093 | Mann | Sylvia |
| 2:14-cv-28099 | Mazak | Jeannine |
| 2:14-CV-28107 | McClure | Joy |
| 2:14-cv-28110 | McCluskey | Cheryl |

4

36738868v1

| | | |
|---|---|---|
| 2:14-cv-28111 | McElroy | Chastity |
| 2:14-cv-28113 | McFarlin | Pamela |
| 2:14-cv-28127 | Caldwell | Jamie |
| 2:14-cv-28134 | McSweeney | Judith |
| 2:14-cv-28135 | Carter | Patricia A |
| 2:14-cv-28137 | Chambers | Diane |
| 2:14-cv-28139 | Chesser | Jeanette V. |
| 2:14-cv-28141 | Clarke | Joan |
| 2:14-cv-28145 | Coates | Janice A. |
| 2:14-cv-28147 | Collins | Janice |
| 2:14-cv-28149 | Coon | Sharron K. |
| 2:14-cv-28151 | Cooper | Joann L. |
| 2:14-cv-28152 | Cornelius | Tamara Beth |
| 2:14-cv-28161 | Curro | Shawn M. |
| 2:14-cv-28162 | Daniels | Cynthia L. |
| 2:14-cv-28180 | Scales | Patricia |
| 2:14-cv-28181 | Schmidt | Seawillow |
| 2:14-cv-28186 | Schumacher ~~Lindsay~~ | Lorraine |
| 2:14-cv-28187 | Scott | Nicole |
| 2:14-cv-28188 | Sechrist | Rhonda |
| 2:14-cv-28190 | Severo | Donna |
| 2:14-cv-28197 | Crosthwaite | Margo Henderson |
| 2:14-cv-28213 | Shannon-McDowell | Peggy |
| 2:14-cv-28215 | Shazer | Terri |
| 2:14-cv-28216 | Sheppard | Shari P. |
| 2:14-cv-28220 | Sillen | Kimberly |
| 2:14-cv-28222 | Simpson | Elizabeth |
| 2:14-cv-28224 | Skains | Teresa |
| 2:14-cv-28225 | Skorupa-Todd | Norma |
| 2:14-cv-28226 | Smith | Candy |
| 2:14-cv-28227 | Smith | Isabel M. |
| 2:14-cv-28232 | Smith | Joanne |
| 2:14-cv-28234 | Smith | Stacey |
| 2:14-cv-28238 | Steele | Darlene |
| 2:14-cv-28239 | Stephens | Judy |
| ~~2:14-cv-28240~~ | ~~Stephens~~ | ~~Ylonda~~ |
| 2:14-cv-28242 | Stevenson | Karolyn |
| 2:14-cv-28243 | Stone | Judith |
| 2:14-cv-28244 | Stroud | Emily M. |
| 2:14-cv-28245 | Swan | Jody A. |
| 2:14-cv-28246 | Swetnam | Sue |
| 2:14-cv-28247 | Swick | April |
| 2:14-cv-28248 | Swingle | Barbara |

36738868v1

| | | |
|---|---|---|
| 2:14-cv-28250 | Swofford | Mona |
| 2:14-cv-28251 | Talavera | Cruz |
| 2:14-cv-28252 | Tanner | Shirley |
| 2:14-cv-28254 | Tarr | Catherine |
| 2:14-cv-28255 | Meador-Sharp | Kayla |
| 2:14-cv-28256 | Melnick | Debbie |
| 2:14-cv-28258 | Miller | Malinda |
| 2:14-CV-28262 | Morin | Josie |
| 2:14-cv-28263 | Tassier | Heather |
| 2:14-CV-28265 | Morrow | Cherise |
| 2:14-cv-28267 | Neal | Donna |
| 2:14-cv-28268 | Nobbe | Virginia |
| 2:14-cv-28269 | Nolen | Lisa |
| 2:14-cv-28271 | Normand | Caryn |
| 2:14-cv-28272 | Terry | Blanca |
| 2:14-cv-28275 | Thomas | Terri |
| 2:14-cv-28279 | Nye | Theresa |
| 2:14-cv-28284 | Perkins | Susan |
| 2:14-cv-28285 | Perry | Karen |
| 2:14-cv-28286 | Perry | Rosann |
| 2:14-cv-28288 | Pfeiff ~~Pieper~~ | Dixie |
| 2:14-cv-28289 | Pfleger | Karin |
| 2:14-CV-28290 | Phelps | Terrie |
| 2:14-cv-28293 | Pitchford | Kristina |
| 2:14-cv-28297 | Thurmond | Connie |
| 2:14-cv-28317 | Curry | Brandi |
| 2:14-cv-28318 | Curtis | Deborah D. |
| 2:14-cv-28319 | Cushenberry | Marie |
| 2:14-cv-28322 | Dalton | Donna |
| 2:14-cv-28324 | Todd | Colleen |
| 2:14-cv-28338 | Devish | Jamie |
| 2:14-cv-28339 | Doctor | Sandra |
| 2:14-cv-28342 | Dranowsky | Graciela E. |
| 2:14-cv-28345 | Wagner | Carol |
| 2:14-cv-28350 | Eich | Maryann |
| 2:14-cv-28354 | Elder (Wixson) | Lisa |
| 2:14-cv-28362 | Watson | Glena |

6

36738868v1