# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

## ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 4073], is a Joint Motion to
Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and
Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named
as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking
dismissal of these actions with prejudice. After careful consideration, it is **ORDERED**
that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further
**ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH
PREJUDICE** and **STRICKEN** from the docket and any motions pending in the
individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and
in the individual cases listed on the attached Exhibit A.

ENTER:  August 25, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

_____

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including
Johnson & Johnson, Inc.

**EXHIBIT A**

| Civil Action Number (listed numerically in ascending order) | Last Name | First Name |
|---|---|---|
| 2:15-cv-04409 | Wyatt | Johna |
| 2:15-cv-04489 | Mapes | Jackie |
| 2:15-cv-04490 | Humphreys | Sally |
| 2:15-cv-04492 | Gaston | Barbara |
| 2:15-cv-04532 | Andree | Anne |
| 2:15-cv-04548 | Allen | Elizabeth |
| 2:15-cv-04550 | Anania | Mary |
| 2:15-cv-04556 | Beining | Jacqueline |
| 2:15-cv-04559 | Buchholz | Rita |
| 2:15-cv-04560 | Cook | Mary Pat |
| 2:15-cv-04562 | Douglass | Lylas Ruth |
| 2:15-cv-04564 | Engelhardt | Linda E. |
| 2:15-cv-04565 | Friedmann | Judith M. |
| 2:15-cv-04569 | Grochowik | Donna M. |
| 2:15-cv-04573 | Hadzima | Linda |
| 2:15-cv-04574 | Hunnicutt | Alice |
| 2:15-cv-04577 | Hyman | Cheryl |
| 2:15-cv-04580 | Jacobson | Stephanie E. |
| 2:15-cv-04591 | Kurtz | Dolores H. |
| 2:15-cv-04595 | McCauley | Robin |
| 2:15-cv-04597 | Mullin | Linda May |
| 2:15-cv-04598 | Nedved | Cynthia |
| 2:15-cv-04599 | Ohrmundt | Marian |
| 2:15-cv-04600 | Olson | Carmen |
| 2:15-cv-04602 | Probst | Jody |
| 2:15-cv-04606 | Ridling | Betty S. |
| 2:15-cv-04608 | Romano | Marie |
| 2:15-cv-04610 | Shingler | Linda |
| 2:15-cv-04611 | Smith | Diana K. |
| 2:15-cv-04612 | Sousa | Agatha |
| 2:15-cv-04615 | Stone | Clarice Marie |
| 2:15-cv-04619 | Varela | Gina |
| 2:15-cv-04620 | Ward | Mary Ann |
| 2:15-cv-04622 | White | Jill Delaine |
| 2:15-cv-04624 | Wiley | Elizabeth |
| 2:15-cv-04625 | Woodward-Lefevers | Renita |
| 2:15-cv-04628 | Aide | Corie L. |

| | | |
|---|---|---|
| 2:15-cv-04638 | Lay | Toniya M. |
| 2:15-cv-04640 | Lenius | Arleen |
| 2:15-cv-04641 | Lepe | Brianna M. |
| 2:15-cv-04646 | Andretta | Michele |
| 2:15-cv-04650 | Macias | Guisel |
| 2:15-cv-04655 | Mansfield | Marjorie A. |
| 2:15-cv-04657 | Marks | Joice E. |
| 2:15-cv-04658 | Bachmann | Diane |
| 2:15-cv-04659 | Baker | Sharron C. |
| 2:15-cv-04664 | Masella | Elizabeth A. |
| 2:15-cv-04665 | Barder | Erma |
| 2:15-cv-04666 | Mathews | Jean |
| 2:15-cv-04669 | Basden | Tammy |
| 2:15-cv-04672 | Batten | Cynthia |
| 2:15-cv-04674 | McCann | Carrie |
| 2:15-cv-04678 | Bedford | Leslie |
| 2:15-cv-04681 | Biddix | Ruby |
| 2:15-cv-04686 | McLaurin | Marian K. |
| 2:15-cv-04689 | Billington | Linda |
| 2:15-cv-04691 | Blalock | Debra |
| 2:15-cv-04692 | Bobick | Mamie |
| 2:15-cv-04694 | Boggs | Deborah |
| 2:15-cv-04695 | Bongiorno | Anna |
| 2:15-cv-04698 | Borromei | Roseanne |
| 2:15-cv-04700 | Bozeman | Janice K. |
| 2:15-cv-04703 | Brady | Michele |
| 2:15-cv-04705 | Mehring | Pamela E. |
| 2:15-cv-04706 | Melpignano | Melissa |
| 2:15-cv-04709 | Mendez | Violetta |
| 2:15-cv-04711 | Brown | Barbara |
| 2:15-cv-04720 | Moore | April |
| 2:15-cv-04721 | Moore | Christina |
| 2:15-cv-04722 | Moore | Spring H. |
| 2:15-cv-04725 | Morgan | Stacy L. |
| 2:15-cv-04726 | Moseley | Etta H. |
| 2:15-cv-04727 | Mucci | Margaret |
| 2:15-cv-04729 | Nelson | Michelle |
| 2:15-cv-04731 | Ochoa | Rhonda |
| 2:15-cv-04733 | O'Connor | Katherine |
| 2:15-cv-04734 | Olson | Phyllis S. |
| 2:15-cv-04736 | Pepper | Kimberly Denise |
| 2:15-cv-04737 | Perez | Luz M. |
| 2:15-cv-04742 | Pigg | Kim P. |

| 2:15-cv-04743 | Pooler | Theresa C. |
|---|---|---|
| 2:15-cv-04746 | Prevost | Patricia |
| 2:15-cv-04749 | Queen | Angelia D. |
| 2:15-cv-04751 | Raines | Sandra |
| 2:15-cv-04753 | Rego | Maria |
| 2:15-cv-04754 | Reuther | Patricia A. |
| 2:15-cv-04756 | Kappus | Bonnie M. |
| 2:15-cv-04761 | LaFont | Cynthia H. |
| 2:15-cv-04771 | Bumgarner | Sharon |
| 2:15-cv-04774 | Burgoyne | Kileen |
| 2:15-cv-04785 | Burrows | Melanie |
| 2:15-cv-04791 | Carden | Gloria |
| 2:15-cv-04796 | Chenaille | Jacqueline |
| 2:15-cv-04798 | Mazingo | Tonya |
| 2:15-cv-04806 | Clark | Dina |
| 2:15-cv-04814 | Coraggio | Mary |
| 2:15-cv-04824 | Davenport | Janet |
| 2:15-cv-04828 | Davison | Kimberly |
| 2:15-cv-04831 | Oppermann | Gail M. |
| 2:15-cv-04832 | Dedmond | Lucinda |
| 2:15-cv-04837 | Dixon | Betty |
| 2:15-cv-04864 | Larsen | Janice E. |
| 2:15-cv-05176 | Moore | Susan M. |
| 2:15-cv-05587 | Brun | Brooke |
| 2:15-cv-06012 | Edwards | Minnie C. |
| 2:15-cv-06013 | Turnbow | Dixie |
| 2:15-cv-06014 | Crose | Robyn Michelle |
| 2:15-cv-06051 | Stockdale | Victoria |
| 2:15-cv-06260 | Edwards | Debbie |
| 2:15-cv-06263 | Elliott | Velma |
| 2:15-cv-06270 | Esser | Susan |
| 2:15-cv-06271 | Evans | Tina |
| 2:15-cv-06274 | Fedock | Paula |
| 2:15-cv-06283 | Figarino | Karen |
| 2:15-cv-06286 | Jones | Miranda |
| 2:15-cv-06287 | Flight | Pamela |
| 2:15-cv-06288 | Follin | Janice |
| 2:15-cv-06290 | Fonte | Kathy |
| 2:15-cv-06293 | French | Misti |
| 2:15-cv-06294 | Johnson | Cheryl |
| 2:15-cv-06296 | Johnson | Bethany |
| 2:15-cv-06307 | Garcia | Laura |
| 2:15-cv-06308 | Jennings | Vicki |

| 2:15-cv-06320 | Huff | Marnita |
| 2:15-cv-06323 | Goodrich | Debra |
| 2:15-cv-06327 | Hoge | Janette |
| 2:15-cv-06331 | Green | Tina |
| 2:15-cv-06334 | Griffin | Brenda Gail |
| 2:15-cv-06335 | Griffith | Tammie |
| 2:15-cv-06338 | Groth | Robin |
| 2:15-cv-06340 | Grund | Rosalie |
| 2:15-cv-06342 | Gunderson | Darcey |
| 2:15-cv-06348 | Hamilton | Angelique |
| 2:15-cv-06350 | Hanfler | Debra |
| 2:15-cv-06357 | Heinisch | Cheryl |
| 2:15-cv-06415 | Mire | Danita |
| 2:15-cv-06799 | Cuzzort | Vickie L. |
| 2:15-cv-06885 | Osborne | Amanda Karen |
| 2:15-cv-07153 | Miller | Janice M. |
| 2:15-cv-07244 | Caldwell | Adriana G. |
| 2:15-cv-07389 | Garcia | Gracie |
| 2:15-cv-07392 | Logan | Angela |
| 2:15-cv-07511 | Parma | Rena |
| 2:15-cv-07628 | Barnett | Debra J. |
| 2:15-cv-08126 | White | Judith |
| 2:15-cv-08128 | Trujillo | Veronica |
| 2:15-cv-08775 | Nelson-Brown | Donna Jo |
| 2:15-cv-09605 | Carroll | Roberta |
| 2:15-cv-11033 | Voyce | Ellen |
| 2:15-cv-11368 | Gernt | Melanie |
| 2:15-cv-11578 | King | Otilia Toscano |
| 2:15-cv-11579 | Molidor | Rebecca A. |
| 2:15-cv-11581 | Elswick | Delmira |
| 2:15-cv-11872 | Rinehart | Jacqueline |
| 2:15-cv-12373 | Klein | Pamela J. |
| 2:15-cv-12382 | Mize | Ellen B. |
| 2:15-cv-12384 | Walker | Grace Mattie |
| 2:15-cv-12435 | Abouarra | Brenda L. |
| 2:15-cv-12436 | Bartos | Hyly N. |
| 2:15-cv-12437 | Blocker | Melissa |
| 2:15-cv-12440 | Botruff | Virginia |
| 2:15-cv-12441 | Browning | Wendy W. |
| 2:15-cv-12442 | Burke | Christine M. |
| 2:15-cv-12444 | Chambers | Deborah B |
| 2:15-cv-12445 | Collins | Della |
| 2:15-cv-12446 | Cook | Teresa L. |

| 2:15-cv-12447 | Faiella | Madeline |
|---|---|---|
| 2:15-cv-12448 | Fischer | Vickie |
| 2:15-cv-12449 | Gilleski | Bernadette |
| 2:15-cv-12451 | Graham | Evelyn P. |
| 2:15-cv-12452 | Hager | Karen |
| 2:15-cv-12453 | Holt | Amy |
| 2:15-cv-12455 | Langendorf | Debra |
| 2:15-cv-12456 | Lathrop | Christina |
| 2:15-cv-12457 | Layton | Tammy |
| 2:15-cv-12458 | Lingle | Helen |
| 2:15-cv-12459 | Lockman | Kim |
| 2:15-cv-12465 | Lofaro | Sandra |
| 2:15-cv-12467 | Mack | Maryann |
| 2:15-cv-12468 | Miller | Patricia |
| 2:15-cv-12469 | Murphy | Virginia |
| 2:15-cv-12470 | Norris | Carol |
| 2:15-cv-12471 | Northover | Marti |
| 2:15-cv-12472 | Nowak | Barbara |
| 2:15-cv-12473 | Overton | Victoria |
| 2:15-cv-12480 | Reiss | Darlene |
| 2:15-cv-12482 | Richards | Susan |
| 2:15-cv-12483 | Sales | Carol |
| 2:15-cv-12486 | Scott | Felicia |
| 2:15-cv-12487 | Stevens | Deanna |
| 2:15-cv-12488 | Steverson | Coralene |
| 2:15-cv-12490 | Tewksbury | Barbara Rose |
| 2:15-cv-12492 | Travers | Donna |
| 2:15-cv-12823 | Boyce | Linda |
| 2:15-cv-13627 | Andrade-Wheaton | Donna M. |
| 2:15-cv-13630 | Baslee | Jacqueline |
| 2:15-cv-15035 | McDonald | Bernice R. |
| 2:15-cv-15036 | Bowie | Addie Mae |
| 2:15-cv-15037 | Bursey | Joleen |
| 2:15-cv-15038 | McManus | Lillian |

36739278v1