IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                      MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 4075], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: August 25, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

# EXHIBIT A

| Civil Action Number (listed numerically in ascending order) | Last Name | First Name |
|---|---|---|
| 2:16-cv-03888 | Allen | Teresa M. |
| 2:16-cv-03888 | Anderson | Anne Holly |
| 2:16-cv-03888 | Archer | Della R |
| 2:16-cv-03888 | Austin | Patricia |
| 2:16-cv-03888 | Barnes | Ellen |
| 2:16-cv-03888 | Bennett | Mamie |
| 2:16-cv-03888 | Bowman | Angela |
| 2:16-cv-03888 | Bramwell | Linda |
| 2:16-cv-03888 | Browder | Mary |
| 2:16-cv-03888 | Brown | Susan |
| 2:16-cv-03888 | Buchanan | Sherry |
| 2:16-cv-03888 | Buelna | Debra |
| 2:16-cv-03888 | Bulmer | Ann |
| 2:16-cv-03888 | Butcher | Paulett |
| 2:16-cv-03888 | Cardenas | Lorena |
| 2:16-cv-03888 | Carillo | Christina |
| 2:16-cv-03888 | Cartwright | Grace |
| 2:16-cv-03888 | Cherry | Donna |
| 2:16-cv-03888 | Clark | Dolores |
| 2:16-cv-03888 | Clark | Susan |
| 2:16-cv-03888 | Cobb | Colleen |
| 2:16-cv-03888 | Conley | Ann Renee |
| 2:16-cv-03888 | Contreras | Angelica |
| 2:16-cv-03888 | Council | Ruth |
| 2:16-cv-03888 | Cox | Gloria |
| 2:16-cv-03888 | Craig | Evelyn |
| 2:16-cv-03888 | Cravens | Connie |
| 2:16-cv-03888 | Davidson | Katie |
| 2:16-cv-03888 | Davis | Dorothy |
| 2:16-cv-03888 | Davis Myers | Maxine |
| 2:16-cv-03888 | Dellinger | Cindy |
| 2:16-cv-03888 | Dias | Leslie |
| 2:16-cv-03888 | Djirikian | Nancy |
| 2:16-cv-03888 | Doemling | Pamela |
| 2:16-cv-03888 | Donnelly | Aurelia |
| 2:16-cv-03888 | Duhon | Mindie |
| 2:16-cv-03888 | Elswick | Kathy |

| | | |
|---|---|---|
| 2:16-cv-03888 | Eutsler | Sandra |
| 2:16-cv-03888 | Fields | Charlene |
| 2:16-cv-03888 | Forbes | Sondra |
| 2:16-cv-03888 | Fowks | Sally |
| 2:16-cv-03888 | Franks | Anita |
| 2:16-cv-03888 | Friday | Carla |
| 2:16-cv-03888 | Geiwitz | Cynthia |
| 2:16-cv-03888 | Gilbert | Shirley |
| 2:16-cv-03888 | Gonzalez | Nicki |
| 2:16-cv-03888 | Grady | Sandy |
| 2:16-cv-03888 | Gravley | Diane |
| 2:16-cv-03888 | Green | Jacqueline |
| 2:16-cv-03888 | Griffin | Denise |
| 2:16-cv-03888 | Griffis | Wanda |
| 2:16-cv-03888 | Grover | Linda |
| 2:16-cv-03888 | Gullick | Kathy |
| 2:16-cv-03888 | Hagen | Shelby |
| 2:16-cv-03888 | Hagy | Judy |
| 2:16-cv-03888 | Hall | Yvonne |
| 2:16-cv-03888 | Harding | Deloris |
| 2:16-cv-03888 | Harris | Gail |
| 2:16-cv-03888 | Hockaday | Barbara |
| 2:16-cv-03888 | Hollon | Gail |
| 2:16-cv-03888 | Horton | Tyra |
| 2:16-cv-03888 | Isaacs | Nellie |
| 2:16-cv-03888 | Isbell | Marilyn |
| 2:16-cv-03888 | Jabro | Patricia |
| 2:16-cv-03888 | James | Mary |
| 2:16-cv-03888 | Johnston | Carol |
| 2:16-cv-03888 | Keary | Carole |
| 2:16-cv-03888 | Keeney | Donna |
| 2:16-cv-03888 | Kinney | Mary |
| 2:16-cv-03888 | Kinzer-Basham | Kimberly |
| 2:16-cv-03888 | Kirk | Linda |
| 2:16-cv-03888 | Kirksey | Ramona |
| 2:16-cv-03888 | Krypciak | Cynthia |
| 2:16-cv-03888 | Ladd | Karen |
| 2:16-cv-03888 | Lane | Joan |
| 2:16-cv-03888 | Lawrence | Donna |
| 2:16-cv-03888 | Levett | Valerie |
| 2:16-cv-03888 | Martin | Betty |
| 2:16-cv-03888 | Maxwell | Lucille |
| 2:16-cv-03888 | McBay | Jean |

| | | |
|---|---|---|
| 2:16-cv-03888 | McDaniel | Glynell |
| 2:16-cv-03888 | McDonald | Kathryn |
| 2:16-cv-03888 | McDowell | Gail |
| 2:16-cv-03888 | McNeil | Deborah |
| 2:16-cv-03888 | McQuaide | Catherine |
| 2:16-cv-03888 | Miller | Margaret |
| 2:16-cv-03888 | Mills | Peggy |
| 2:16-cv-03888 | Mock | Christine |
| 2:16-cv-03888 | Mooney | Jennifer |
| 2:16-cv-03888 | Morris | Patricia |
| 2:16-cv-03888 | Nelson-Jones | Bernice |
| 2:16-cv-03888 | Noble | Louise |
| 2:16-cv-03888 | Oldfield | Judy |
| 2:16-cv-03888 | Orr | Judith |
| 2:16-cv-03888 | Owensby | Marilyn |
| 2:16-cv-03888 | Owings | Heather |
| 2:16-cv-03888 | Pack | Barbara |
| 2:16-cv-03888 | Patchan | Mary |
| 2:16-cv-03888 | Petitfils | Juanita |
| 2:16-cv-03888 | Poole | Lisa |
| 2:16-cv-03888 | Porter | Tammy |
| 2:16-cv-03888 | Prewitt | Brenda |
| 2:16-cv-03888 | Reed | Martha |
| 2:16-cv-03888 | Relles | Cheryl |
| 2:16-cv-03888 | Roberts | Helen |
| 2:16-cv-03888 | Sapp | Annie |
| 2:16-cv-03888 | Schibler | Donna |
| 2:16-cv-03888 | Sippel | Tracy |
| 2:16-cv-03888 | Smitley | Tabatha |
| 2:16-cv-03888 | Smrcka | Judith |
| 2:16-cv-03888 | Sperry | Mary |
| 2:16-cv-03888 | Stack | Debbie |
| 2:16-cv-03888 | Stapleton | Margaret |
| 2:16-cv-03888 | Tevis | Nancy |
| 2:16-cv-03888 | Timberlake-Hill | Brenda Joyce |
| 2:16-cv-03888 | Torix | Vicki |
| 2:16-cv-03888 | Voltz | Kathryn |
| 2:16-cv-03888 | Webb | Hazel |
| 2:16-cv-03888 | Welch | Pamela |
| 2:16-cv-03888 | Williams | Rubye |
| 2:16-cv-03888 | Wilson | Mary |
| 2:16-cv-03888 | Wilson | Shirley |
| 2:16-cv-03888 | Wojtum | Nancy |

| | | |
|---|---|---|
| 2:16-cv-03888 | Worrey | Anne-Marie |
| 2:16-cv-03888 | Young | Debra |
| 2:16-cv-03888 | Younse | Lori |
| ~~2-16-cv-0847~~ | ~~Agosto~~ | ~~Maria~~ |
| ~~2-16-cv-0847~~ | ~~Avery~~ | ~~Dorothy~~ |
| ~~2-16-cv-0847~~ | ~~Boles~~ | ~~Pamela~~ |
| ~~2-16-cv-0847~~ | ~~Butler~~ | ~~Linda~~ |
| ~~2-16-cv-0847~~ | ~~Campbell~~ | ~~Linda~~ |
| ~~2-16-cv-0847~~ | ~~DeHart~~ | ~~Mary Lou~~ |
| ~~2-16-cv-0847~~ | ~~Elliott~~ | ~~Rhoda~~ |
| ~~2-16-cv-0847~~ | ~~Fishburn~~ | ~~Barbara~~ |
| ~~2-16-cv-0847~~ | ~~Gallow~~ | ~~Shawanda~~ |
| ~~2-16-cv-0847~~ | ~~Hanbury~~ | ~~Anna~~ |
| ~~2-16-cv-0847~~ | ~~Herndon~~ | ~~Brenda~~ |
| ~~2-16-cv-0847~~ | ~~Hunt~~ | ~~Helen~~ |
| ~~2-16-cv-0847~~ | ~~Kennedy~~ | ~~Deloris~~ |
| ~~2-16-cv-0847~~ | ~~LaFollette~~ | ~~Margaret~~ |
| ~~2-16-cv-0847~~ | ~~Lilly~~ | ~~Carolyn~~ |
| ~~2-16-cv-0847~~ | ~~Manderfield~~ | ~~Debra~~ |
| ~~2-16-cv-0847~~ | ~~Moore~~ | ~~Rhonda~~ |
| ~~2-16-cv-0847~~ | ~~Napier~~ | ~~Connie~~ |
| ~~2-16-cv-0847~~ | ~~Quintana~~ | ~~Sylvia~~ |
| ~~2-16-cv-0847~~ | ~~Rawlings~~ | ~~Cynthia~~ |
| ~~2-16-cv-0847~~ | ~~Shultz~~ | ~~Melonie~~ |
| ~~2-16-cv-0847~~ | ~~Stagray~~ | ~~Janet~~ |
| ~~2-16-cv-0847~~ | ~~Toler~~ | ~~Mary~~ |
| ~~2-16-cv-0847~~ | ~~Wall~~ | ~~Carolyn~~ |

36739878v1