IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                          MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 4072], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: August 28, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

## EXHIBIT A

| Civil Action Number (listed numerically in ascending order) | Last Name | First Name |
|---|---|---|
| 2:14-cv-28363 | Farnsworth | Shelly |
| 2:14-cv-28366 | Favors | Valeria D. |
| 2:14-cv-28367 | Webb | Janet |
| 2:14-cv-28373 | Webb | Terri |
| 2:14-cv-28377 | Foote | Tara L. |
| 2:14-cv-28380 | Ford | Corisa L. |
| 2:14-cv-28381 | White | Carrie |
| 2:14-cv-28382 | Forrester | Sheila |
| 2:14-cv-28386 | Baxley | Marjean |
| 2:14-cv-28389 | Baxter | Judith |
| 2:14-cv-28392 | Benda | Thelma |
| 2:14-cv-28397 | Bock | Jennifer |
| 2:14-cv-28398 | Bowman | Barbara |
| 2:14-cv-28399 | Bradford | Gloria |
| 2:14-cv-28401 | Bradford | Leah |
| 2:14-cv-28403 | Brantley | Jennie |
| 2:14-cv-28404 | Brock | Delores |
| 2:14-cv-28407 | Brown | Brenda |
| 2:14-cv-28408 | Brown | Judy |
| 2:14-cv-28410 | Brown | Stephanie |
| 2:14-cv-28412 | Buegler | Polly |
| 2:14-cv-28416 | Byars | Martha |
| 2:14-cv-28422 | Capua | Jo Ann |
| 2:14-cv-28426 | Jenkins | Debra |
| 2:14-CV-28430 | Johnson | Carolyn |
| 2:14-cv-28432 | Johnson | Nicole |
| 2:14-cv-28433 | Johnson | Tammie |
| 2:14-cv-28434 | Jordan | Christine |
| 2:14-cv-28440 | Kellenbenz | Jana |
| 2:14-cv-28441 | Knode | Danette I. |
| 2:14-CV-28448 | Kraft | Brenda |
| 2:14-cv-28449 | Kramer | Jennifer |
| 2:14-cv-28450 | Carter | Angella |
| 2:14-cv-28454 | Colburn | Michele |
| ~~2:14-cv-28455~~ | ~~Colcord~~ | ~~Margaret~~ |
| 2:14-cv-28456 | Collins | Belinda |
| 2:14-cv-28458 | Cooper | Elizabeth |
| 2:14-cv-28459 | Cooper | Peggy |

36739112v1

| | | |
|---|---|---|
| ~~2:14-cv-28461~~ | ~~Copeland~~ | ~~Patricia~~ |
| 2:14-cv-28462 | Covey | Traci |
| 2:14-cv-28463 | Covington | Donna |
| 2:14-cv-28464 | Cox | Sonia |
| 2:14-cv-28465 | Garrett | Sheila M. |
| 2:14-cv-28466 | Cracchiolo | Rosalie |
| 2:14-cv-28467 | Craft | Carolyn |
| 2:14-cv-28468 | Gardner | Sherilyn |
| 2:14-cv-28469 | Garcia | Rosamaria |
| 2:14-cv-28470 | Gallagher | Sherri |
| 2:14-cv-28473 | Fowler | Bridget |
| 2:14-cv-28477 | Fox | Laura J. |
| 2:14-cv-28479 | Franks ~~(Schlabach)~~ | Katherine M. |
| 2:14-cv-28481 | Freeland | Sandra L. |
| 2:14-cv-28482 | Freno | Pamela S. |
| 2:14-cv-28491 | Leonor | Debra |
| 2:14-cv-28493 | Lievens | Danan |
| 2:14-cv-28494 | Lindsay | Tammy |
| 2:14-cv-28497 | Lennear | Lillie |
| 2:14-cv-28499 | Lopez | Maria |
| 2:14-cv-28500 | Lynch | Joycelyn |
| 2:14-cv-28507 | Martinez | Belinda |
| 2:14-cv-28513 | McCarthy | Janet |
| 2:14-cv-28517 | McCartney | Rebekah |
| 2:14-cv-28520 | McClarren | Rachelle |
| 2:14-cv-28521 | Whiteley | Teresa |
| 2:14-cv-28526 | Mercado | Jill |
| 2:14-cv-28529 | Wiggins | Dorothy |
| 2:14-cv-28535 | Miller | Dawn |
| 2:14-cv-28537 | Miracle | Carla |
| 2:14-cv-28550 | Willey | Destiny |
| 2:14-cv-28559 | Wilson | Cathy |
| 2:14-cv-28562 | Woodrow | Christine |
| 2:14-cv-28565 | Wright | Janice |
| 2:14-cv-28569 | Wright | Trenda |
| 2:14-cv-28574 | Zamora | Hilda |
| 2:14-cv-28576 | Zeller | E. Louise |
| 2:14-CV-28584 | Bennett | Jennie |
| 2:14-CV-28585 | Brown | Sherrian |
| 2:14-cv-28586 | Brown | Nina |
| 2:14-CV-28587 | Brantley | Tammy |
| 2:14-CV-28589 | Bounds | Jacqueline |
| 2:14-CV-28590 | Boughner | Audrey |

36739112v1

| | | |
|---|---|---|
| 2:14-CV-28591 | Botello | San Juanita "Janie" |
| 2:14-cv-28593 | Bonefas | Mary |
| 2:14-cv-28595 | Blasko | Kathleen |
| 2:14-cv-28598 | Berry | Candace |
| 2:14-cv-28599 | Berrong | Sharon |
| 2:14-cv-28601 | Berg | Charlene S. |
| 2:14-cv-28605 | Belt | Therese |
| 2:14-cv-28606 | Lewis | Jean Ann |
| 2:14-cv-28608 | Bayliss | Lynn Markette |
| 2:14-cv-28612 | Bartolomie | Jill |
| 2:14-cv-28614 | Barclay | Victoria |
| 2:14-cv-28618 | Barajas | Mary |
| 2:14-cv-28624 | Bagrowski | Judy |
| 2:14-cv-28625 | Babb | Laura |
| 2:14-cv-28628 | Allen | Leslie |
| 2:14-cv-28630 | Allen | Peggy |
| 2:14-cv-28634 | Andreshak | Gwen |
| 2:14-cv-28638 | Arnold | Janice |
| 2:14-cv-28639 | Asuncion | Karina |
| 2:14-cv-28640 | Atkinson | Pamela |
| ~~2:14-cv-28712~~ | ~~Burkholder~~ | ~~Maryann~~ |
| 2:14-cv-28772 | Darnall | Kim |
| 2:14-cv-28776 | Davila | Debbilynn |
| 2:14-cv-28780 | Denton | Kimberly |
| 2:14-cv-28782 | Auger | Shellie |
| 2:14-cv-28795 | Dike | Anora |
| 2:14-cv-28797 | Dixon | Vallie |
| 2:14-cv-28799 | Douros | Vonda |
| 2:14-cv-28801 | Dube | Deborah |
| 2:14-cv-28802 | Duddridge | Stephanie |
| 2:14-cv-28803 | Dunston | Sherry |
| 2:14-cv-28805 | Egginton | Kim |
| 2:14-cv-28806 | Englebert | Lucyann |
| 2:14-cv-28807 | Evans | Stella |
| 2:14-cv-28808 | Fitzjarrell | Vera Lois |
| 2:14-cv-28811 | Fleming | Glenda |
| 2:14-cv-28813 | Fuller | Amanda |
| 2:14-cv-28815 | Gardner | Susan |
| 2:14-cv-28818 | Gardom | Christy |
| 2:14-cv-28820 | Gibbs | Ashley |
| 2:14-cv-28827 | Granillo | Estella |
| 2:14-cv-28830 | Greubel | LeAnn |
| 2:14-cv-28844 | Grimes | Margie |

36739112v1

| | | |
|---|---|---|
| 2:14-cv-28854 | Harper | Johnnie |
| 2:14-cv-28856 | Hartzell | Linda |
| 2:14-cv-28858 | Hatcher | Mildred |
| 2:14-cv-28859 | Haugh | Debra |
| 2:14-cv-28860 | Henzlik | Kittie |
| 2:14-cv-28862 | Heuer | Bonnie |
| 2:14-cv-28864 | Higdon | Lori |
| 2:14-cv-28866 | Higginbotham | Debra |
| 2:14-cv-28872 | Holzem | Carol |
| 2:14-cv-28874 | Homan | Vicki |
| 2:14-cv-28875 | Hopp | Carla |
| 2:14-cv-28878 | Howard | Cynthia |
| 2:14-cv-28881 | Human | Phyllis |
| 2:14-cv-28885 | Jackson | Tammy |
| 2:14-cv-28895 | Di Pierro | Susie |
| 2:14-cv-28898 | Efseroff | Bryn |
| 2:14-cv-28905 | Hawkins | Lila |
| 2:14-cv-29165 | Laverty | Elizabeth M. |
| 2:14-cv-29431 | Lawson | Lela |
| 2:14-cv-29432 | Lee | Rene K. |
| 2:14-cv-29700 | Evans | Mary Nell |
| 2:14-cv-29743 | Bragg | Denise |
| 2:15-cv-00140 | Clemens | Melissa |
| 2:15-cv-00420 | White | Nancy |
| 2:15-cv-01051 | Thomas | Catherine Sampson |
| 2:15-cv-01053 | Troncoso | Patricia D. |
| 2:15-cv-01341 | Tencza | Patricia |
| 2:15-cv-01347 | Kennedy | Cynthia D. |
| 2:15-cv-01353 | Franks | Betty |
| 2:15-cv-01539 | Johnson | Cynthia A. |
| 2:15-cv-02125 | Gaskill | Tiffany |
| 2:15-cv-02126 | Gergel | Karen |
| 2:15-cv-02128 | Wyers | Connie |
| 2:15-cv-02404 | Bajazitovich-Binns | Gabriella |
| 2:15-cv-02436 | Cartwright | Becky |
| 2:15-cv-02438 | Mongognia | Amanda |
| 2:15-cv-02710 | St. Mary | Mary S. |
| 2:15-cv-02714 | Smith | Barbara |
| 2:15-cv-02717 | Travers | Dolores |
| 2:15-cv-02721 | Trantham | Martha |
| 2:15-cv-02723 | Track | Liza |
| 2:15-cv-02725 | Rhodes | Peggy |
| 2:15-cv-02728 | Thompson | Tamara |

| | | |
|---|---|---|
| 2:15-cv-02731 | Thomas | Marsha L. |
| 2:15-cv-02735 | Rippinger | Georgette |
| 2:15-cv-02736 | Risher | Dawn |
| 2:15-cv-02749 | Thomas | Charlene |
| 2:15-cv-02752 | Swartz | Lorena |
| 2:15-cv-02753 | Swanson | Katherine |
| 2:15-cv-02756 | Stewart | Theresa |
| 2:15-cv-02759 | Moriarty | Danielle L. |
| 2:15-cv-02762 | Robey | Terresa |
| 2:15-cv-02766 | Rohr | Lisa |
| 2:15-cv-02768 | Ryland | Debra |
| 2:15-cv-02772 | Schoen | Suzanne |
| 2:15-cv-02773 | Sears | Carrie |
| 2:15-cv-02775 | Serrano | Deborah |
| 2:15-cv-02778 | Shaw | Vickie |
| 2:15-cv-02779 | Shipman | Mary |
| 2:15-cv-02780 | Simarano | Donna |
| 2:15-cv-02788 | Somarriba | Rosamaria |
| 2:15-cv-02801 | Troncoso | Niza |
| 2:15-cv-02803 | Williams | Kathy |
| 2:15-cv-02810 | Wilder | Gloria |
| 2:15-cv-02817 | Wedner | Audrey |
| 2:15-cv-02818 | Watson | Tamara |
| 2:15-cv-02821 | VanLieshout | Barbara |
| 2:15-cv-02830 | Villeneuve | Sandra Lee |
| 2:15-cv-03243 | LaBranche | Layna F. |
| 2:15-cv-03650 | Kern | Debra |
| 2:15-cv-03907 | May | Kristy S. |
| 2:15-cv-03909 | Rook | Donna |
| 2:15-cv-04279 | Bowden | Mary E. |
| 2:15-cv-04339 | Earl | S. Justine |
| 2:15-cv-04340 | Van Gool | Daniele |

36739112v1