IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                                  MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 4445], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: August 28, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

# EXHIBIT A

| Civil Action Number | Last Name | First Name |
|---|---|---|
| ~~2:14-cv-28645~~ | ~~Ayvazian~~ | ~~Louise~~ |
| ~~2:15-cv-04704~~ | ~~Branam~~ | ~~Claudia~~ |
| ~~2:15-cv-12824~~ | ~~Branneman~~ | ~~Tina~~ |
| 2:15-cv-15149 | Imboden | Leslie |
| ~~2:14-cv-28104~~ | ~~McCarty~~ | ~~Patricia~~ |
| ~~2:15-cv-02129~~ | ~~Rife~~ | ~~Nancy~~ |
| ~~2:13-cv-19334~~ | ~~Vanderhartt~~ | ~~Deborah~~ |
| ~~2:14-cv-28534~~ | ~~Wilkinson~~ | ~~Sandra~~ |
| ~~2:14-cv-28071~~ | ~~Bruna~~ | ~~Elizabeth~~ |
| ~~2:14-cv-26837~~ | ~~Erskine~~ | ~~Jennifer~~ |

37069252v1