**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**


IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY           MDL 2327
LITIGATION
-----------------------------------------------------
ETHICON WAVE 5 CASES LISTED IN       JOSEPH R. GOODWIN
EXHIBIT A TO PLAINTIFFS' NOTICE OF     U.S. DISTRICT JUDGE
ADOPTION


<u>**NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE
OF SHELBY THAMES FOR WAVE 5**</u>


       Plaintiffs filed a Notice of Adoption [Dkt. 4381] in the Wave 5 cases identified in Exhibit A to their Notice adopting their Motion to Exclude the Opinions and Testimony of Shelby Thames and Supporting Memorandum from Ethicon Wave 1 Dkt. #2039, Wave 2 Dkt. #2455 and Wave 3 Dkt. #2839.  Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to Shelby Thames Ethicon Wave 1, Dkt. #2187, Wave 2, Dkt. #2553 and Wave 3 Dkt. #2957. Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in Waves 1, 2 and 3 response briefings.

Dated: August 28, 2017

Respectfully submitted,


_/s/ David B. Thomas_
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338

_/s/ Christy D. Jones_
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010

COUNSEL FOR DEFENDANTS ETHICON, INC.
AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ David B. Thomas
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  25338-3824
(304) 414-1800
dthomas@tcspllc.com