# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 5 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSES OF HARRY JOHNSON, JR., M.D. FOR WAVE 5

Defendants adopt and incorporate by reference the *Daubert* responses filed as to Harry Johnson, Jr., M.D. for Ethicon Wave 3 (Dkt. [3295]) and Wave 4 (Dkt. [3781]). Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 3 and 4 response briefing.

      Respectfully submitted,

      ETHICON, INC., ETHICON, LLC AND
      JOHNSON & JOHNSON

      */s/ Christy D. Jones*
      Christy D. Jones
      Butler Snow LLP
      1020 Highland Colony Parkway
      Suite 1400 (39157)
      P.O. Box 6010
      Ridgeland, MS 39158-6010
      (601) 985-4523

      /s/ David B. Thomas
      David B. Thomas (W. Va. Bar #3731)
      Thomas Combs & Spann PLLC
      300 Summers Street
      Suite 1380 (25301)
      P.O. Box 3824
      Charleston, WV 25338
      (304) 414-1807
      dthomas@tcspllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Christy D. Jones*
Christy D. Jones

37772994v1