**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------ | |
| This document applies to: | |
| ETHICON WAVE 5 CASES LISTED IN PLAINTIFFS' EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF WAVE 3 *DAUBERT* RESPONSE REGARDING GREGORY T. BALES, M.D. FOR WAVE 5**

Plaintiffs filed a Notice of Adoption (Dkt. 4330) as to the opinion testimony of Gregory T. Bales, M.D in the Wave 5 cases identified in Exhibit A to their Notice. In response, Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to the general-causation opinions of Gregory T. Bales, M.D. for Ethicon Wave 3 (Dkt. 2914) as their response for Wave 5. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 3 response briefing.

Dated: August 28, 2017

Respectfully submitted,

ETHICON, INC. AND
JOHNSON & JOHNSON

*/s/ Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Tel:  216.592.5000
Fax:  216.592.5002
rita.maimbourg@tuckerellis.com

2

       */s/ David B. Thomas*
       David B. Thomas
       THOMAS COMBS & SPANN PLLC
       300 Summers St.
       Suite 1380 (25301)
       P.O. Box 3824
       Charleston, WV 25338
       Tel:   304.414.1807
       dthomas@tcspllc.com

       */s/ Christy D. Jones*
       Christy D. Jones
       BUTLER SNOW LLP
       1020 Highland Colony Parkway
       Suite 1400 (39157)
       P.O. Box 6010
       Ridgeland, MS 39158-6010
       Tel:   601.985.4523
       christy.jones@butlersnow.com

**CERTIFICATE OF SERVICE**

I certify that on August 28, 2017, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Tel:  216.592.5000
Fax:  216.592.5002
rita.maimbourg@tuckerellis.com