## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327**<br>**MDL 2327** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ETHICON WAVE 5 CASES LISTED IN EXHIBIT A** | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

### DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* RESPONSE OF HARVEY A. WINKLER, M.D. FOR WAVE 5

Plaintiffs filed a Notice of Adoption (ECF No. 4345) in the Wave 5 cases identified in Exhibit A to their Notice, adopting their Motion to Exclude Expert Testimony of Harvey A. Winkler, M.D., ECF No. 3671 ("Plaintiffs' Wave 4 Motion").

Defendants hereby adopt and incorporate by reference their prior *Daubert* response in Ethicon Wave 4, Case No. 2:12-md-02327, ECF No. 3784 ("Defendants' Wave 4 Response").

Respectfully submitted,

August 28, 2017

/s/  Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com

/s/ David B. Thomas
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

/s/ Kelly S. Crawford
Kelly S. Crawford
Riker Danzig Scherer Hyland &
Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 451-8417
kcrawford@riker.com

COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC, AND
JOHNSON & JOHNSON

# EXHIBIT A

|    | **WAVE 5 CASE NAME** | **CASE NO.** |
|----|----------------------|--------------|
| 1. | Cathy Balura v. Ethicon, Inc., et al. | 2:12-cv-07854 |
| 2. | Esther Picou v. Ethicon, Inc., et al. | 2:12-cv-06403 |
| 3. | Maria Shook v. Ethicon, Inc., et al. | 2:12-cv-07446 |
| 4. | Carol Sauer v. Ethicon, Inc., et al. | 2:12-cv-06818 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


_/s/  Kelly S. Crawford_
Kelly S. Crawford