# EXHIBIT

# "A"



# Gynecare

# PROLIFT*

**Total Pelvic Floor Repair System**
**Anterior Pelvic Floor Repair System**
**Posterior Pelvic Floor Repair System**

System til total reparation af bækkenbund
System til anterior reparation af bækkenbund
System til posterior reparation af bækkenbund

Systeem voor reparatie van de gehele bekkenbodem
Systeem voor reparatie van de anterieure bekkenbodem
Systeem voor reparatie van de posterieure bekkenbodem

Totaali lantionpohjan korjausjärjestelmä
Anteriorinen lantionpohjan korjausjärjestelmä
Posteriorinen lantionpohjan korjausjärjestelmä

Système pour cure de prolapsus total
Système pour cure de prolapsus antérieur
Système pour cure de prolapsus postérieur

Totalprolaps-Beckenboden-Rekonstruktionssystem
Anteriores Beckenboden-Rekonstruktionssystem
Posteriores Beckenboden-Rekonstruktionssystem

Sistema di riparazione totale del pavimento pelvico
Sistema di riparazione anteriore del pavimento pelvico
Sistema di riparazione posteriore del pavimento pelvico

Sistema de reparação do pavimento pélvico total
Sistema de reparação do pavimento pélvico anterior
Sistema de reparação do pavimento pélvico posterior

Sistema de reparación del suelo pélvico total
Sistema de reparación del suelo pélvico anterior
Sistema de reparación del suelo pélvico posterior

System för total reparation av bäckenbotten
System för reparation av främre delen av bäckenbotten
System för reparation av bakre delen av bäckenbotten

Σύστημα ολικής αποκατάστασης πυελικού εδάφους
Σύστημα αποκατάστασης πρόσθιου πυελικού εδάφους
Σύστημα αποκατάστασης οπίσθιου πυελικού εδάφους

Manufactured for:
GYNECARE WORLDWIDE
A division of ETHICON, INC.
a Johnson-Johnson company
Somerville, New Jersey 08876-0151

Made in Switzerland
©ETHICON, INC. 2004 *Trademark

EC
Legal Manufacturer
ETHICON, Sàrl
Rue du Puits-Godet 20
CH-2000 Neuchâtel
Switzerland

P19070/E

**ETH.MESH.02341454**

**ENGLISH**



Gynecare

# PROLIFT*

Total Pelvic Floor Repair System
Anterior Pelvic Floor Repair System
Posterior Pelvic Floor Repair System

**Please read all information carefully.**

Failure to properly follow instructions may result in improper functioning of the devices and lead to injury.

*CAUTION:* Federal (USA) law restricts this device to sale by or on the order of a physician.

Training on the use of the GYNECARE PROLIFT* Pelvic Floor Repair Systems is recommended and available. Contact your company sales representative to arrange for this training.

**Refer to the recommended surgical technique for the GYNECARE PROLIFT Pelvic Floor Repair Systems for further information on the GYNECARE PROLIFT procedures.**

## INDICATIONS

The GYNECARE PROLIFT Total, Anterior, and Posterior Pelvic Floor Repair Systems are indicated for tissue reinforcement and long-lasting stabilization of fascial structures of the pelvic floor in vaginal wall prolapse where surgical treatment is intended, either as mechanical support or bridging material for the fascial defect.

## DESCRIPTION

The GYNECARE PROLIFT Total, Anterior, and Posterior Pelvic Floor Repair Systems consist of pre-cut GYNECARE GYNEMESH* PS Nonabsorbable PROLENE* Soft Mesh implants and a set of instruments to facilitate mesh implant placement. The following table summarizes the instruments included with each system:

| REPAIR SYSTEM | COMPONENTS | | | |
|---|---|---|---|---|
| | Mesh Implant | Guide | Retrieval Devices | Cannulas |
| Total | 1 Total | 1 | 6 | 6 |
| Anterior | 1 Anterior | 1 | 4 | 4 |
| Posterior | 1 Posterior | 1 | 2 | 2 |

*Table 1 -- GYNECARE PROLIFT Pelvic Floor Repair System Components*

## GYNECARE GYNEMESH PS

GYNECARE GYNEMESH PS is mesh constructed of knitted filaments of extruded polypropylene identical in composition to PROLENE Polypropylene Suture, Nonabsorbable Surgical Sutures, U.S.P. (ETHICON, INC.). This material, when used as a suture, has been reported to be non-reactive and to retain its strength indefinitely in clinical use. The mesh affords excellent strength, durability, and surgical adaptability, with sufficient porosity for necessary tissue ingrowth. Blue PROLENE monofilaments have been incorporated to produce contrast striping in the mesh. The mesh is constructed of reduced diameter monofilament fibers, knitted into a unique design that results in a mesh that is approximately 50 percent more flexible than standard PROLENE mesh. The mesh is knitted by a process which interlinks each fiber junction and which provides for elasticity in both directions. This construction permits the mesh to be cut into any desired shape or size without unraveling. The bi-directional elastic property allows adaptation to various stresses encountered in the body.

## Total Mesh Implant

The Total mesh implant is constructed from GYNECARE GYNEMESH PS and is shaped for performing a total vaginal repair. The implant has 6 straps: 4 for securing the anterior portion of the implant via a transobturator approach and two for securing the posterior portion of the implant in the sacrospinous ligament via a transgluteal approach. Alternatively, the 2 posterior straps may be cut to reduce their length and secured in the sacrospinous ligament via a vaginal approach. The proximal and distal anterior straps have squared and triangular ends, respectively, while the posterior straps have rounded ends *(see Figure 1)*.

## Anterior Mesh Implant

The Anterior mesh implant is constructed from GYNECARE GYNEMESH PS and is shaped for repair of anterior vaginal defects. The implant has 4 straps that are secured via a transobturator approach. The proximal and distal anterior straps have squared and triangular ends, respectively *(see Figure 1)*.

2

ETH.MESH.02341455



## Posterior Mesh Implant

The Posterior mesh implant is constructed from GYNECARE GYNEMESH PS and is shaped for repair of posterior and/or apical vaginal vault defects. The implant has 2 straps that are secured in the sacrospinous ligament via a transgluteal approach. Alternatively, the 2 posterior straps may be cut to reduce their length and secured in the sacrospinous ligament via a vaginal approach. The posterior straps have rounded ends *(see Figure 1)*.



*Figure 1 – Mesh Implants (Total, Anterior, and Posterior)*

## GYNECARE PROLIFT Guide

The GYNECARE PROLIFT Guide is a single-patient-use instrument designed to create tissue paths to allow placement of the Total, Anterior, and Posterior mesh implants and to facilitate placement of the GYNECARE PROLIFT Cannula. Its length and curvature are specifically designed to create proper placement paths for all mesh implant straps. The GYNECARE PROLIFT Guide is suitable for use on both sides of the patient *(see Figure 2)*.



*Figure 2 – GYNECARE PROLIFT Guide*

## GYNECARE PROLIFT Cannula

The GYNECARE PROLIFT Cannula is a single-patient-use instrument used in conjunction with the GYNECARE PROLIFT Guide to facilitate passage of the implant straps while protecting the surrounding tissue. Each GYNECARE PROLIFT Cannula is placed over the GYNECARE PROLIFT Guide prior to passage and remains in place after the GYNECARE PROLIFT Guide is withdrawn *(see Figure 3)*.



| *Figure 3 – GYNECARE PROLIFT Cannula* | *Figure 4 – GYNECARE PROLIFT Retrieval Device* |

## GYNECARE PROLIFT Retrieval Device

The GYNECARE PROLIFT Retrieval Device is a single-patient-use instrument designed to facilitate placement of the mesh implant straps. The GYNECARE PROLIFT Retrieval Device is passed through the previously positioned GYNECARE PROLIFT Cannula until its distal end is retrieved through the vaginal dissection. The distal end of the GYNECARE PROLIFT Retrieval Device has a loop to securely capture the mesh implant strap as the strap is drawn out through the GYNECARE PROLIFT Cannula *(see Figure 4)*.



3

ETH.MESH.02341456



## INSTRUCTIONS FOR USE

*NOTE:* All figures below are not intended to provide any clinical teaching and only demonstrate the general use of each device.

**Placement of the the GYNECARE PROLIFT Cannula onto the GYNECARE PROLIFT Guide** *(See Figures 5A and 5B)*





*Figure 5A*

*Figure 5B*

*IMPORTANT:* Ensure proper alignment of GYNECARE PROLIFT Cannula and GYNECARE PROLIFT Guide upon assembly as demonstrated in *Figure 5B.*

**Placement of the GYNECARE PROLIFT Cannula into the Patient** *(See Figures 6A, 6B and 6C)*







*Figure 6A*

*Figure 6B*

*Figure 6C*

**Insertion and Passage of the GYNECARE PROLIFT Retrieval Device into the GYNECARE PROLIFT Cannula** *(See Figures 7A and 7B)*





*Figure 7A*

*Figure 7B*

*IMPORTANT:* All provided GYNECARE PROLIFT Cannulas and GYNECARE PROLIFT Retrieval Devices should be placed prior to mesh implant installation.





ETH.MESH.02341457



**Capture of a Mesh Implant Strap with GYNECARE PROLIFT Retrieval Device** *(See Figures 8A , 8B and 8C)*



| Figure 8A | Figure 8B | Figure 8C |

**Passage of a Mesh Implant Strap through the GYNECARE PROLIFT Cannula** *(See Figures 9A , 9B and 9C)*



| Figure 9A | Figure 9B |



Figure 9C

*IMPORTANT: Do not remove the GYNECARE PROLIFT Cannulas from the patient until the mesh implant has been properly positioned.*

In the event that sutures, staples, or other fixation devices are used in conjunction with the mesh it is recommended that they be placed at least 6.5 mm (1/4") from the edge of the mesh.

## PERFORMANCE

Animal studies show that implantation of GYNECARE GYNEMESH PS mesh elicits a minimum to slight inflammatory reaction, which is transient and is followed by the deposition of a thin fibrous layer of tissue which can grow through the interstices of the mesh, thus incorporating the mesh into adjacent tissue. The mesh remains soft and pliable, and normal wound healing is not noticeably impaired. The material is not absorbed, nor is it subject to degradation or weakening by the action of tissue enzymes.

5


ETH.MESH.02341458



## CONTRAINDICATIONS

When GYNECARE GYNEMESH PS mesh is used in infants, children, pregnant women, or women planning future pregnancies, the surgeon should be aware that this product will not stretch significantly as the patient grows.

## WARNINGS AND PRECAUTIONS

- Users should be familiar with surgical procedures and techniques involving pelvic floor repair and nonabsorbable meshes before employing the GYNECARE PROLIFT Pelvic Floor Repair Systems.
- Acceptable surgical practices should be followed in the presence of infected or contaminated wounds.
- Post-operatively the patient should be advised to refrain from intercourse, heavy lifting and/or exercise (e.g. cycling, jogging) until the physician determines when it is suitable for the patient to return to her normal activities.
- Avoid placing excessive tension on the mesh implant during handling.
- Refer to the recommended surgical technique for the GYNECARE PROLIFT Pelvic Floor Repair System for further information on the GYNECARE PROLIFT procedures.
- The GYNECARE PROLIFT Pelvic Floor Repair Systems should be used with care to avoid damage to vessels, nerves, bladder and bowel. Attention to patient anatomy and correct use of the device will minimize risks.
- Transient leg pain may occur and can usually be managed with mild analgesics.
- Do not manipulate the GYNECARE PROLIFT Retrieval Device with sharp instruments or cut it to alter its length.

## ADVERSE REACTIONS

- Potential adverse reactions are those typically associated with surgically implantable materials, including infection potentiation, inflammation, adhesion formation, fistula formation, erosion, extrusion and scarring that results in implant contraction.
- Punctures or lacerations of vessels, nerves, bladder, urethra or bowel may occur during GYNECARE PROLIFT Guide passage and may require surgical repair.

## STERILITY

The GYNECARE PROLIFT Pelvic Floor Repair Systems are sterilized by ethylene oxide. DO NOT RESTERILIZE. DO NOT REUSE. Do not use if package is opened or damaged. Discard all opened, unused devices.

## DISPOSAL

Dispose of the devices and packaging according to your facility's policies and procedures concerning biohazardous materials and waste.

## STORAGE

Recommended storage conditions: controlled room temperature and relative humidity (approximately 25°C, 60% RH), away from moisture and direct heat. Do not use after expiry date.



**Symbols Used on Labeling**





6

**ETH.MESH.02341459**





**DANSK**

# Gynecare

# PROLIFT*

System til total reparation af bækkenbund
System til anterior reparation af bækkenbund
System til posterior reparation af bækkenbund

**Læs venligst al information omhyggeligt.**
Hvis anvisningerne ikke følges nøje, kan det resultere i, at produktet ikke fungerer korrekt og derved medfører personskade.

*FORSIGTIG:* Gældende lov (i USA) begrænser salget af dette produkt til læger eller på ordination af en læge.

Oplæring i anvendelsen af GYNECARE PROLIFT* systemerne til reparation af bækkenbunden anbefales og er tilgængelige. Kontakt firmaets salgsrepræsentant for at arrangere en sådan oplæring.

**Der henvises til den anbefalede kirurgiske teknik i forbindelse med GYNECARE PROLIFT systemerne til reparation af bækkenbunden for yderligere oplysninger om GYNECARE PROLIFT procedurerne.**

## INDIKATIONER
GYNECARE PROLIFT systemerne til total, anterior eller posterior reparation af bækkenbunden er indikeret til forstærkning af væv og langvarig stabilisering af fasciale strukturer i bækkenbunden ved prolaps af vaginalvæggen, hvor kirurgisk behandling påtænkes, enten som mekanisk støtte eller brodannende materiale for den fasciale defekt.

## BESKRIVELSE
GYNECARE PROLIFT systemerne til total, anterior eller posterior reparation af bækkenbunden består af et forskåret GYNECARE GYNEMESH* PS ikke-resorbart PROLENE* blødt netimplantat og et sæt instrumenter, der gør det nemmere at anbringe netimplantatet. Tabellen herunder opsummerer de instrumenter, der følger med hvert system:



| REPARATIONSSYSTEM | KOMPONENTER | | | |
|---|---|---|---|---|
| | Netimplantat | Guide | Tilbagetrækningsenheder | Kanyle |
| Total | 1 total | 1 | 6 | 6 |
| Anterior | 1 anterior | 1 | 4 | 4 |
| Posterior | 1 posterior | 1 | 2 | 2 |

*Tabel 1 – Komponenter til GYNECARE PROLIFT system til reparation af bækkenbund*

## GYNECARE GYNEMESH PS
GYNECARE GYNEMESH PS er et net, der består af knyttede filamenter af ekstruderet polypropylen, som svarer til den sammensætning, der er anvendt i PROLENE-polypropylensutur, ikke-resorberbare operationssuturer, U.S.P. (ETHICON, INC.). Ved anvendelse til sutur er det rapporteret, at dette materiale er nonreaktivt, og at det bevarer styrken uendeligt ved klinisk anvendelse. Nettet besidder fortræffelige styrke-, holdbarheds- og operationstilpasningsevner med tilstrækkelig porøsitet til nødvendig indvækst af væv. Der er indlagt blå PROLENE-monofilamenter for at skabe kontraststriber i nettet. Nettet er konstrueret af monofilamentfibre med reduceret diameter, som er knyttet til et unikt design, hvilket resulterer i et net, der er cirka 50 procent mere fleksibelt end standard PROLENE-net. Nettet er knyttet vha. en proces, der sammenkæder hver enkelt fibersamling og giver elasticitet i begge retninger. Denne konstruktion gør det muligt at klippe nettet i enhver ønskelig form eller størrelse, uden at det trævler. Den dobbeltvirkende elastiske egenskab muliggør tilpasning til de forskellige belastninger, som kroppen udsætter det for.

## Total netimplantat
Det totale netimplantat er fremstillet af GYNECARE GYNEMESH PS og formet til at udføre en total vaginalreparation. Implantatet har 6 stropper: 4 til fastgørelse af den anteriore del af implantatet via en transobturator-adgang, og 2 til fastgørelse af den posteriore del af implantatet i ligamentum sacrospinale via transgluteal adgang. Alternativt kan de 2 posteriore stropper kortes af og fastgøres i ligamentum sacrospinale via vaginal adgang. De proksimale og distale anteriore stropper har hhv. firkantede og trekantede ender, mens de posteriore stropper har afrundede ender *(se figur 1).*





7

**ETH.MESH.02341460**



**Anterior netimplantat**

Det anteriore netimplantat er fremstillet af GYNECARE GYNEMESH PS og formet til reparation af anteriore vaginale defekter. Implantatet har 4 stropper, som fastgøres via transobturator-adgang. De proksimale og distale anteriore stropper har hhv. firkantede og trekantede ender *(se figur 1)*.

**Posterior netimplantat**

Det posteriore netimplantat er fremstillet af GYNECARE GYNEMESH PS og formet til reparation af posteriore og/eller apikale defekter af vaginaltoppen. Implantatet har 2 stropper, der fastgøres i ligamentum sacrospinale via transgluteal adgang. Alternativt kan de 2 posteriore stropper kortes af og fastgøres i ligamentum sacrospinale via vaginal adgang. De posteriore stropper har afrundede ender *(se figur 1)*.



*Figur 1 – Netimplantater (total, anterior og posterior)*

**GYNECARE PROLIFT guide**

GYNECARE PROLIFT guiden er et instrument til engangsbrug, som er udviklet til at skabe vævsgange, så et total, anterior eller posterior netimplantat kan anbringes, og for at gøre det nemmere at anbringe GYNECARE PROLIFT kanylen. Instrumentets længde og bøjning er specifikt udviklet til at frembringe passende anbringelsesgange til alle netimplantatstropper. GYNECARE PROLIFT guiden egner sig til anvendelse på begge sider af patienten *(se figur 2)*.






*Figur 2 – GYNECARE PROLIFT guide*



11/9/07   9:13:29 AM

ETH.MESH.02341461



## GYNECARE PROLIFT kanyle

GYNECARE PROLIFT kanylen er et instrument til engangsbrug, som bruges i forbindelse med GYNECARE PROLIFT guiden til at gøre fremføringen af implantatstropperne nemmere, og som samtidig beskytter det omkringliggende væv. Hver enkelt GYNECARE PROLIFT kanyle anbringes over GYNECARE PROLIFT guiden inden fremføringen og forbliver på plads, når GYNECARE PROLIFT guiden er trukket ud *(se figur 3).*



*Figur 3 -- GYNECARE PROLIFT kanyle*



*Figur 4 – GYNECARE PROLIFT tilbagetrækningsenhed*

## GYNECARE PROLIFT tilbagetrækningsenhed

GYNECARE PROLIFT tilbagetrækningsenheden er et instrument til engangsbrug, som er udviklet til at gøre det nemmere at anbringe netimplantatstropperne. GYNECARE PROLIFT tilbagetrækningsenheden føres gennem den allerede anbragte GYNECARE PROLIFT kanyle, indtil dens distale ende kan trækkes ud gennem den vaginale dissektion. Den distale ende af GYNECARE PROLIFT tilbagetrækningsenheden er forsynet med en løkke, som på sikker vis fastholder netimplantatstroppen, når denne trækkes ud gennem GYNECARE PROLIFT kanylen *(se figur 4).*

## BRUGSANVISNING

*BEMÆRK:* Figurerne herunder er ikke beregnet til klinisk oplæring og viser kun den generelle anvendelse af de enkelte enheder.

### Anbringelse af GYNECARE PROLIFT kanylen på GYNECARE PROLIFT guiden *(se figur 5A og 5B)*



*Figur 5A*



*Figur 5B*



*VIGTIGT:* Sørg for, at GYNECARE PROLIFT kanylen og GYNECARE PROLIFT guiden rettes korrekt ind ved monteringen, som vist i *figur 5B.*



9

ETH.MESH.02341462



**Anbringelse af GYNECARE PROLIFT kanylen i patienten** *(se figur 6A, 6B og 6C)*

  



| *Figur 6A* | *Figur 6B* | *Figur 6C* |
|---|---|---|

**Ind- og fremføring af GYNECARE PROLIFT tilbagetrækningsenheden i GYNECARE PROLIFT kanylen** *(se figur 7A og 7B)*

 

| *Figur 7A* | *Figur 7B* |
|---|---|

*VIGTIGT:* Alle medfølgende GYNECARE PROLIFT kanyler og GYNECARE PROLIFT tilbagetrækningsenheder skal anbringes, inden netimplantatet placeres.

**Fastholdelse af en netimplantatstrop med GYNECARE PROLIFT tilbagetrækningsenheden** *(se figur 8A, 8B og 8C)*

  

2–3 cm

| *Figur 8A* | *Figur 8B* | *Figur 8C* |
|---|---|---|

**10**


**ETH.MESH.02341463**



**Transfer af en netimplantatstrop gennem GYNECARE PROLIFT kanylen** *(se figur 9A, 9B og 9C)*





*Figur 9A*  *Figur 9B*



*Figur 9C*

**VIGTIGT: GYNECARE PROLIFT kanylerne må ikke fjernes fra patienten, før netimplantatet er korrekt anbragt.**

Hvis suturer, staplere eller andet fikseringsudstyr anvendes i forbindelse med nettet, tilrådes det, at de anbringes mindst 6,5 mm fra nettets kant.

**YDEEVNE**

Dyreforsøg viser, at implantation af GYNECARE GYNEMESH PS net fremkalder en minimal til let inflammatorisk reaktion, som er kortvarig og efterfølges af dannelsen af et tyndt fibrøst vævslag, som kan vokse gennem nettets mellemrum og således inkorporere nettet i det tilstødende væv. Nettet forbliver blødt og smidigt, og den normale sårheling nedsættes ikke mærkbart. Materialet resorberes ikke, og det nedbrydes eller svækkes heller ikke af vævsenzymer.

**KONTRAINDIKATIONER**

Når GYNECARE GYNEMESH PS nettet anvendes på spædbørn, børn, gravide kvinder eller kvinder, der planlægger fremtidig graviditet, skal kirurgen være opmærksom på, at produktet ikke vil udvide sig signifikant, når patienten vokser.

11

ETH.MESH.02341464



## ADVARSLER OG FORSIGTIGHEDSREGLER

- Før anvendelse af GYNECARE PROLIFT systemer til bækkenbundsreparation skal brugeren være fortrolig med de operationsprocedurer og -teknikker, der omfatter bækkenbundsreparation og ikke-resorberbare net.
- Tilfredsstillende operationspraksis skal følges ved tilstedeværelsen af inficerede eller kontaminerede sår.
- Efter operationen skal patienten informeres om, at samleje, løft af tunge ting og/eller motion (f.eks. cykling, jogging) skal undgås, indtil lægen vurderer, at patienten kan vende tilbage til sine normale aktiviteter.
- Undgå at stramme netimplantatet for meget, når det håndteres.
- Der henvises til den anbefalede kirurgiske teknik i forbindelse med GYNECARE PROLIFT systemet til bækkenbundsreparation for yderligere oplysninger om GYNECARE PROLIFT procedurerne.
- GYNECARE PROLIFT systemerne til bækkenbundsreparation skal anvendes med forsigtighed for at undgå beskadigelse af kar, nerver, blære og tarm. Opmærksomhed rettet mod patientens anatomi og korrekt anvendelse af anordningen vil minimere risici.
- Forbigående bensmerter kan forekomme og sædvanligvis behandles med et mildt analgetikum.
- GYNECARE PROLIFT tilbagetrækningsenheden må ikke manipuleres med skarpe instrumenter eller forsøges med en længdereducering.

## BIVIRKNINGER

- Potentielle bivirkninger er de, der typisk forbindes med operativt implanterbare materialer, herunder potentielle infektioner, inflammation, adhæsions- og fisteldannelse, erosion, udstødelse og ardannelse, som medfører, at implantatet trækker sig sammen.
- Punkteringer eller lacerationer af kar, nerver, blære, urethra eller tarm kan opstå under fremføringen af GYNECARE PROLIFT guiden og eventuelt kræve operation.

## STERILISERING

GYNECARE PROLIFT systemerne til bækkenbundsreparation er steriliserede med ethylenoxid. MÅ IKKE RESTERILISERES. MÅ IKKE GENBRUGES. Må ikke anvendes, hvis emballagen er åbnet eller beskadiget. Kassér alle åbnede, ubrugte produkter.

## BORTSKAFFELSE

Bortskaf udstyret og indpakningen i henhold til institutionens politik og procedurer vedrørende biologisk farlige materialer og affald.

## OPBEVARING

Anbefalede opbevaringsforhold: ved kontrolleret stuetemperatur og relativ fugtighed (ca. 25 °C, 60 % relativ fugtighed), beskyttet mod fugt og direkte varme. Må ikke anvendes efter, at udløbsdatoen er overskredet.





**Symboler anvendt på mærkater**



ETH.MESH.02341465

NEDERLANDS



Gynecare

# PROLIFT*

Systeem voor reparatie van de gehele bekkenbodem
Systeem voor reparatie van de anterieure bekkenbodem
Systeem voor reparatie van de posterieure bekkenbodem

**Lees alle informatie zorgvuldig.**

Het negeren van deze instructies kan een ondoelmatige werking van de hulpmiddelen tot gevolg hebben en letsel veroorzaken.

*LET OP:* In de Verenigde Staten mag dit product alleen door of op voorschrift van een arts worden verkocht.

Gebruikers wordt geadviseerd, zich te oefenen in het gebruik van de GYNECARE PROLIFT* systemen voor bekkenbodemreparatie. Hiertoe zijn trainingsmogelijkheden beschikbaar. Neem voor het maken van afspraken voor zulke trainingen contact op met de vertegenwoordiger van uw leverancier.

**Raadpleeg de aanbevolen chirurgische handleiding voor de GYNECARE PROLIFT bekkenbodemreparatiesystemen om meer informatie te verkrijgen over de GYNECARE PROLIFT procedures.**

## INDICATIES

De GYNECARE PROLIFT systemen voor reparatie van de gehele, anterieure en posterieure bekkenbodem zijn geïndiceerd voor weefselversterking en duurzame stabilisering van de bekkenbodem bij prolaps van de vaginawand waarvoor chirurgische behandeling wordt beoogd, als mechanische ondersteuning of als overbruggingsmateriaal voor het fasciadefect.

## BESCHRIJVING

De GYNECARE PROLIFT systemen voor reparatie van de gehele, anterieure en posterieure bekkenbodem bestaan uit vooraf gesneden GYNECARE GYNEMESH* PS niet-resorbeerbare PROLENE* soft mesh-implantaten en een set instrumenten ter vergemakkelijking van de plaatsing van het mesh-implantaat. De onderstaande tabel biedt een overzicht van de instrumenten die van elk individueel systeem-pakket deel uitmaken:

| REPARATIESYSTEEM | COMPONENTEN | | | |
|---|---|---|---|---|
| | Mesh-implantaat | Geleider | Doorhaal-instrumenten | Canules |
| Gehele bekkenbodem | 1 totaal-implantaat | 1 | 6 | 6 |
| Anterieure bekkenbodem | 1 anterieur-implantaat | 1 | 4 | 4 |
| Posterieure bekkenbodem | 1 posterieur-implantaat | 1 | 2 | 2 |

*Tabel 1 – Componenten van de GYNECARE PROLIFT systemen voor reparatie van de bekkenbodem*

## GYNECARE GYNEMESH PS

GYNECARE GYNEMESH PS is meshmateriaal gemaakt van tricotvezels van geëxtrudeerd polypropyleen, qua samenstelling identiek aan PROLENE niet-resorbeerbaar chirurgisch polypropyleen hechtdraad, USP (ETHICON, INC.). Vastgesteld is dat dit materiaal bij gebruik als hechtmateriaal niet reactief is en dat het bij klinisch gebruik zijn kracht voor onbeperkte tijd behoudt. De mesh biedt een uitstekende sterkte, duurzaamheid en aanpasbaarheid voor chirurgische doeleinden en is voldoende poreus voor de noodzakelijke weefselingroei. Er is blauw PROLENE monofilamentmateriaal in het weefsel verwerkt, waardoor een contraststreep in de mesh ontstaat. De mesh is gemaakt volgens een uniek ontwerp van samengebreide monofilamentvezels met gereduceerde diameter, wat resulteert in een mesh die ongeveer 50 procent flexibeler is dan de standaard PROLENE meshes. De mesh wordt gebreid met gebruikmaking van een proces waardoor alle knooppunten van de vezels onderling met elkaar worden verbonden en waardoor er in beide richtingen elasticiteit wordt verschaft. Door deze constructie kan de mesh in iedere gewenste vorm en grootte worden geknipt zonder te rafelen. Door de elasticiteit in twee richtingen kan de mesh worden aangepast aan uiteenlopende spanningsbelastingen die in het lichaam voorkomen.

## Totaal-meshimplantaat

Het totaal-meshimplantaat is vervaardigd van GYNECARE GYNEMESH PS en is zodanig gevormd dat er een totaal vaginale reparatie mee kan worden uitgevoerd. Het implantaat heeft 6 bevestigingsbandjes: vier voor het vastzetten van het voorste deel van het implantaat middels een transobturatorbenadering en twee voor het vastzetten van het achterste deel met het implantaat in het lig. sacrospinale middels een transgluteale benadering. Ook kunnen de twee posterieure bandjes door afknippen worden ingekort en middels een vaginale benadering in het lig. sacrospinale worden vastgezet. De uiteinden van de proximale en distale anterieure bandjes zijn respectievelijk vierkant en driehoekig van vorm, en de posterieure bandjes hebben een rond uiteinde *(zie afbeelding 1).*



13

**ETH.MESH.02341466**



**Anterieur meshimplantaat**

Het meshimplantaat voor de anterieure bekkenbodem is vervaardigd van GYNECARE GYNEMESH PS en is zodanig gevormd dat er anterieure vaginale defecten mee kunnen worden gerepareerd. Het implantaat heeft vier bevestigingsbandjes, die middels een transobturatorbenadering worden vastgezet. De uiteinden van de proximale en distale anterieure bandjes zijn respectievelijk vierkant en driehoekig van vorm *(zie afbeelding 1)*.

**Posterieur meshimplantaat**

Het meshimplantaat voor de posterieure bekkenbodem is vervaardigd van GYNECARE GYNEMESH PS en is zodanig gevormd dat er posterieure en/of apicale defecten van het vaginagewelf mee kunnen worden gerepareerd. Het implantaat heeft twee bevestigings-bandjes, die middels een transgluteale benadering in het lig. sacrospinale worden vastgezet. Ook kunnen de twee posterieure bandjes door afknippen worden ingekort en middels een vaginale benadering in het lig. sacrospinale worden vastgezet. De bevestigingsbandjes van het posterieure meshimplantaat hebben ronde uiteinden *(zie afbeelding 1)*.



Gehele bekkenbodem     Anterieure bekkenbodem     Posterieure bekkenbodem

*Afbeelding 1 – Meshimplantaten (voor de gehele, de anterieure en de posterieure bekkenbodem)*

**GYNECARE PROLIFT geleider**

De GYNECARE PROLIFT geleider is een instrument voor eenmalig gebruik, met als toepassingsdoelen het tot stand brengen van weefseltrajecten waarlangs de meshimplantaten voor de gehele, anterieure en posterieure bekkenbodem kunnen worden geplaatst, en vergemakkelijking van het plaatsen van de GYNECARE PROLIFT canule. De lengte en kromming van de geleider zijn zodanig ontworpen dat voor alle implantaatbandjes goed passende plaatsingstrajecten worden verschaft. De GYNECARE PROLIFT geleider kan aan beide zijden van de anatomie van de patiënt worden gebruikt *(zie afbeelding 2)*.



*Afbeelding 2 – GYNECARE PROLIFT geleider*

ETH.MESH.02341467



**GYNECARE PROLIFT canule**

De GYNECARE PROLIFT canule is een instrument voor eenmalig gebruik, dat in combinatie met de GYNECARE PROLIFT geleider dienst doet ter vergemakkelijking van de doorvoer van de implantaatbandjes en ter bescherming van het omliggende weefsel. De GYNECARE PROLIFT canule wordt over de GYNECARE PROLIFT geleider geschoven voordat de geleider wordt ingebracht, en blijft op zijn plaats nadat de GYNECARE PROLIFT geleider is teruggetrokken *(zie afbeelding 3)*.



*Afbeelding 3 – GYNECARE PROLIFT canule*



*Afbeelding 4 – GYNECARE PROLIFT doorhaalinstrument*

**GYNECARE PROLIFT doorhaalinstrument**

Het GYNECARE PROLIFT doorhaalinstrument is een hulpmiddel voor eenmalig gebruik, met als doel het vergemakkelijken van de plaatsing van de meshimplantaatbandjes. Het GYNECARE PROLIFT doorhaalinstrument wordt door de eerder geplaatste GYNECARE PROLIFT canule opgevoerd totdat het distale uiteinde van het doorhaalinstrument door het losgeprepareerde vaginale weefsel uittreedt. Het distale uiteinde van het GYNECARE PROLIFT doorhaalinstrument is voorzien van een lus, waarmee het bevestigingsbandje van het meshimplantaat stevig kan worden vastgehouden terwijl het bandje via de GYNECARE PROLIFT canule naar buiten wordt getrokken *(zie afbeelding 4)*.

**GEBRUIKSAANWIJZING**

*OPMERKING:* De onderstaande afbeeldingen hebben niet als doel, klinisch onderricht te verschaffen. Zij dienen slechts als illustratie van het algemeen gebruik van de onderscheiden hulpmiddelen.

**Plaatsing van de GYNECARE PROLIFT canule op de GYNECARE PROLIFT geleider *(zie afbeeldingen 5A en 5B)***





**Afbeelding 5A**



**Afbeelding 5B**

*BELANGRIJK:* Zorg dat de GYNECARE PROLIFT canule en de GYNECARE PROLIFT geleider bij het samenvoegen goed op elkaar lijnen, zoals afgebeeld in *afbeelding 5B*.



15



**ETH.MESH.02341468**

**Het inbrengen van de GYNECARE PROLIFT canule in het lichaam van de patiënt** *(zie afbeeldingen 6A, 6B en 6C)*

  

| *Afbeelding 6A* | *Afbeelding 6B* | *Afbeelding 6C* |

**Insertie en doorvoer van het GYNECARE PROLIFT doorhaalinstrument in de GYNECARE PROLIFT canule** *(zie afbeeldingen 7A en 7B)*

 

| *Afbeelding 7A* | *Afbeelding 7B* |

*BELANGRIJK:* Alle GYNECARE PROLIFT canules en GYNECARE PROLIFT doorhaalinstrumenten moeten worden geplaatst voordat het meshimplantaat wordt ingebracht.

**Een meshimplantaat-bevestigingsbandje vasthouden met een GYNECARE PROLIFT doorhaalinstrument** *(zie afbeeldingen 8A, 8B en 8C)*

  

| *Afbeelding 8A* | *Afbeelding 8B* | *Afbeelding 8C* |

16

**ETH.MESH.02341469**



**Doorvoer van een meshimplantaat-bevestigingsbandje door de GYNECARE PROLIFT canule** *(zie afbeeldingen 9A, 9B en 9C)*



*Afbeelding 9A*



*Afbeelding 9B*



*Afbeelding 9C*

***BELANGRIJK: Neem de GYNECARE PROLIFT canules pas uit het lichaam van de patiënt nadat het meshimplantaat in de goede positie is geplaatst.***

Wanneer in combinatie met het meshmateriaal gebruik wordt gemaakt van hechtingen, staples of andere fixatiehulpmiddelen, is het raadzaam deze op minstens 6,5 mm afstand van de rand van het meshimplantaat te plaatsen.

## WERKINGSEIGENSCHAPPEN
Onderzoek bij proefdieren toont aan dat implantatie van een GYNECARE GYNEMESH PS meshimplantaat een minimale tot lichte ontstekingsreactie opwekt, die van voorbijgaande aard is en wordt gevolgd door afzetting van een dun laagje bindweefsel dat door de openingen in de mesh kan groeien, zodat de mesh in het naastliggende weefsel wordt opgenomen. De mesh blijft zacht en buigzaam en de normale wondgenezing wordt niet merkbaar belemmerd. Het materiaal wordt niet geresorbeerd en is evenmin onderhevig aan afbreking of verzwakking door de werking van weefselenzymen.

## CONTRA-INDICATIES
Als GYNECARE GYNEMESH PS mesh wordt gebruikt bij zuigelingen, kinderen, zwangere vrouwen of vrouwen die in de toekomst nog zwanger wensen te worden, dient de chirurg zich ervan bewust te zijn dat de mesh niet noemenswaardig zal meerekken bij groei van de patiënt.

17

ETH.MESH.02341470



## WAARSCHUWINGEN EN VOORZORGSMAATREGELEN

- Gebruikers dienen vertrouwd zijn met de chirurgische procedures en technieken samenhangend met reconstructie van de bekkenbodem en met niet-resorbeerbare meshes voordat GYNECARE PROLIFT SYSTEMEN voor bekkenbodemreparatie worden gebruikt.
- Voor behandeling van geïnfecteerde of gecontamineerde wonden moet van algemeen aanvaarde chirurgische methoden gebruik worden gemaakt.
- De patiënt moet worden geïnstrueerd om zich na de operatie te onthouden van seksuele gemeenschap, het tillen van zware voorwerpen en/of andere lichamelijke inspanningen (b.v. fietsen of joggen), totdat de arts het verantwoord acht dat de patiënt haar normale activiteiten hervat.
- Vermijd dat er tijdens de plaatsing overmatige druk- of trekspanning op het meshimplantaat wordt uitgeoefend.
- Raadpleeg de aanbevolen chirurgische handleiding voor het GYNECARE PROLIFT bekkenbodemreparatiesysteem om meer informatie te verkrijgen over de GYNECARE PROLIFT procedures.
- Bij het werken met GYNECARE PROLIFT bekkenbodemreparatiesystemen moet contact met bloedvaten, zenuwen, blaas en darmen zorgvuldig worden vermeden. Door aandacht te besteden aan de anatomie van de patiënt en aan een correct gebruik van het hulpmiddel houdt men de risico's minimaal.
- Er kan voorbijgaande pijn in de benen optreden. Deze kan doorgaans worden behandeld met lichte pijnstillers.
- Manipuleer het GYNECARE PROLIFT doorhaalinstrument niet met scherpe instrumenten en knip er geen delen af om de lengte te veranderen.

## BIJWERKINGEN

- Mogelijke ongewenste reacties zijn de bij chirurgisch implanteerbare materialen gangbare reacties, zoals verhoogde infectiekans, ontsteking, vorming van adhesies, vorming van fistels, erosie, uitstoting van het implantaat en contractie van het implantaat als gevolg van littekenvorming.
- Tijdens het inbrengen van de GYNECARE PROLIFT geleider kan zich punctuur of laceratie van bloedvaten, zenuwen, blaas of darmen voordoen. Dit vergt mogelijk operatieve reparatie.

## STERILITEIT

De GYNECARE PROLIFT bekkenbodemreparatiesystemen zijn met ethyleenoxide gesteriliseerd. NIET OPNIEUW STERILISEREN. NIET OPNIEUW GEBRUIKEN. Niet gebruiken wanneer de verpakking geopend of beschadigd is. Werp geopende en niet gebruikte hulpmiddelen altijd weg.

## AFVOER

Voer de hulpmiddelen en verpakkingsmaterialen af volgens in uw instelling van kracht zijnde beleidslijnen en procedures met betrekking tot biologisch gevaarlijk materiaal en afval.

## OPSLAG



Aanbevolen omstandigheden voor opslag: regelbare kamertemperatuur en relatieve luchtvochtigheid (temperatuur ca. 25 °C, relatieve luchtvochtigheid ca. 60%), op veilige afstand van vocht en directe hitte. Niet gebruiken na de uiterste gebruiksdatum.

### Op etiketten en in productdocumentatie gebruikte symbolen



ETH.MESH.02341471





SUOMI

# Gynecare

# PROLIFT*

Totaali lantionpohjan korjausjärjestelmä
Anteriorinen lantionpohjan korjausjärjestelmä
Posteriorinen lantionpohjan korjausjärjestelmä

**Lue kaikki ohjeet huolellisesti.**

Ohjeiden laiminlyöminen saattaa johtaa laitteiden virheelliseen toimintaan ja potilasvahinkoon.

*HUOMIO:* Yhdysvaltain liittovaltion lain mukaan tämän tuotteen saa myydä ainoastaan lääkäri tai lääkärin määräyksestä.

Lantionpohjan GYNECARE PROLIFT* -korjausjärjestelmien käyttöön tutustuminen on suositeltua ja koulutusta tähän tarkoitukseen on järjestettävissä. Lisätietoja koulutusohjelmasta saa yhtiön myyntiedustajalta.

**Lisätietoja GYNECARE PROLIFT -toimenpiteistä on lantionpohjan GYNECARE PROLIFT -korjausjärjestelmien kirurgisten menetelmien kuvauksissa.**

## INDIKAATIOT

Totaalit, anterioriset ja posterioriset GYNECARE PROLIFT -korjausjärjestelmät on tarkoitettu kudoksen tukemiseen ja lantionpohjan sidekudoskalvorakenteiden pitkäaikaiseen stabilointiin emättimen seinämän laskeuman kirurgisessa hoidossa. Se toimii joko sidekudosvamman mekaanisena tukena tai siltamateriaalina.

## KUVAUS

Totaalit, anterioriset ja posterioriset GYNECARE PROLIFT -lantionpohjan korjausjärjestelmät koostuvat valmiiksi muotoon leikatuista resorboitumattomista ja pehmeistä GYNECARE GYNEMESH* PS PROLENE*-verkkoimplanteista ja instrumenttisarjasta, jotka helpottavat verkkoimplantin sijoittamista. Seuraavassa taulukossa on yhteenveto eri järjestelmien mukana toimitettavista instrumenteista:

| KORJAUSJÄRJESTELMÄ | OSAT | | | |
|---|---|---|---|---|
| | Verkkoimplantti | Ohjain | Noutosilmukat | Kanyylit |
| **Totaali** | 1 totaali | 1 | 6 | 6 |
| **Anteriorinen** | 1 anteriorinen | 1 | 4 | 4 |
| **Posteriorinen** | 1 posteriorinen | 1 | 2 | 2 |

*Taulukko 1 – Lantionpohjan GYNECARE PROLIFT -korjausjärjestelmän osat*

## GYNECARE GYNEMESH PS

GYNECARE GYNEMESH PS -verkko on valmistettu puristetusta polypropyleenineulekudoksesta, joka on koostumukseltaan samanlainen kuin resorboitumattomat kirurgiset PROLENE-polypropyleeniommelaineet, U.S.P. (ETHICON, INC.). Tämän materiaalin ei ole todettu ommellankana käytettäessä aiheuttavan kudosreaktioita ja se pysyy kliinisessä käytössä pysyvästi muuttumattomana. Verkko on erittäin vahva, kestävä ja kirurgisesti monikäyttöinen, ja se on riittävän huokoinen kudoskasvulle. Verkkoon on lisätty sinisiä, yksisäikeisiä PROLENE-kuituja kontrastiraidoituksen aikaansaamiseksi. Verkko on valmistettu läpimitaltaan redusoiduista yksisäikeisistä kuiduista ja kudottu ainutlaatuisella menetelmällä verkoksi, joka on noin 50 prosenttia joustavampi kuin normaali PROLENE-verkko. Verkko on kudottu menetelmällä, joka liittää yhteen kolkaisen säikeen haaran, minkä ansiosta se joustaa molempiin suuntiin. Tämän rakenteen ansiosta verkkoa voidaan leikata minkä tahansa muotoiseksi tai kokoiseksi ilman rispaantumatta. Molempisuuntaisen joustavuuden ansiosta verkko sopeutuu moniin erityyppisiin kehon rasituksiin.

### Totaali verkkoimplantti

Totaali verkkoimplantti on valmistettu GYNECARE GYNEMESH PS -materiaalista ja muotoiltu totaaliin emättimen korjaustoimenpiteeseen. Implantissa on 6 kiinnitysnauhaa: neljä kiinnitysnauhaa anteriorisen implanttiosan kiinnittämiseen transobturaattorista lähestymistapaa käyttäen ja kaksi kiinnitysnauhaa posteriorisen implanttiosan kiinnittämiseen ristiluu-selkärankasiteeseen transgluteaalista lähestymistapaa käyttäen. Vaihtoehtoisesti kahta (2) posteriorista kiinnitysnauhaa voidaan leikata lyhyemmiksi ja kiinnittää ristiluu-selkärankasiteeseen emättimen kautta. Proksimaalisissa kiinnitysnauhoissa on neliönmuotoiset ja distaalisissa anteriorisissa kiinnitysnauhoissa kolmionmuotoiset päät, ja posteriorisissa kiinnitysnauhoissa pyöristetyt päät *(kuva 1)*.

### Anteriorinen verkkoimplantti

Anteriorinen verkkoimplantti on valmistettu GYNECARE GYNEMESH PS -materiaalista ja muotoiltu anteriorisiin emättimen korjaustoimenpiteeseen. Implantissa on neljä kiinnitysnauhaa, jotka kiinnitetään transobturaattorista lähestymistapaa käyttäen. Anterioristen kiinnitysnauhojen proksimaalipäissä on neliönmalliset ja distaalipäissä kolmionmalliset päät *(kuva 1)*.



19



**ETH.MESH.02341472**



### Posteriorinen verkkoimplantti

Posteriorinen verkkoimplantti on valmistettu GYNECARE GYNEMESH PS -materiaalista ja muotoiltu posteriorisiin ja/tai apikaalisiin emättimen laskeuman korjaustoimenpiteeseen. Implantissa on kaksi kiinnitysnauhaa, jotka kiinnitetään ristiluu-selkärankasiteeseen transgluteaalista lähestymistapaa käyttäen. Vaihtoehtoisesti kahta posteriorista kiinnitysnauhaa voidaan leikata lyhyemmiksi ja kiinnittää ristiluu-selkärankasiteeseen emättimen kautta. Posteriorisissa kiinnitysnauhoissa on pyöristetyt päät *(kuva 1)*.



*Kuva 1 – Verkkoimplantit (totaali, anteriorinen ja posteriorinen)*

### GYNECARE PROLIFT -ohjain

GYNECARE PROLIFT -ohjain on kertakäyttöinen ja potilaskohtainen instrumentti, joka on tarkoitettu käytettäväksi kudosreitin aikaansaamiseen totaalin, anteriorisen ja posteriorisen verkkoimplantin sijoittamisen ja GYNECARE PROLIFT -kanyylin sijoittamisen helpottamiseksi. Sen pituus ja kaarevuus on suunniteltu erityisesti asianmukaisten sijoitusreittien aikaansaamiseen kaikkia verkkoimplanttinauhoja varten. GYNECARE PROLIFT -ohjain sopii käytettäväksi potilaan molemmilla puolilla *(kuva 2)*.






*Kuva 2 – GYNECARE PROLIFT -ohjain*

**ETH.MESH.02341473**



**GYNECARE PROLIFT -kanyyli**

GYNECARE PROLIFT -kanyyli on potilaskohtainen kertakäyttöinen instrumentti, jota käytetään yhdessä GYNECARE PROLIFT -ohjaimen kanssa avustamaan implanttinauhojen reitittämisessä ympäröivää kudosta suojaten. GYNECARE PROLIFT -kanyyli sijoitetaan GYNECARE PROLIFT -ohjainta pitkin ja se jätetään paikalleen, kun GYNECARE PROLIFT -ohjain vedetään pois *(kuva 3).*



*Kuva 3 – GYNECARE PROLIFT -kanyyli*



*Kuva 4 – GYNECARE PROLIFT -noutosilmukka*

**GYNECARE PROLIFT -noutosilmukka**

GYNECARE PROLIFT -noutosilmukka on potilaskohtainen kertakäyttöinen instrumentti, joka on tarkoitettu avustamaan verkkoimplantti-nauhojen sijoittamisessa. GYNECARE PROLIFT -noutosilmukka viedään aiemmin sijoitetun GYNECARE PROLIFT -kanyylin kautta kunnes sen distaalipää tulee ulos emättimen avausviillosta. GYNECARE PROLIFT -noutosilmukan distaalipäässä on silmukka, joka sitoo verkkoimplanttinauhan tukevasti, kun se vedetään ulos GYNECARE PROLIFT -kanyylin kautta *(kuva 4).*

**KÄYTTÖOHJEET**

*HUOMAUTUS:* Alla olevia kuvia ei ole tarkoitettu kirurgiseen koulutukseen, vaan ne kuvaavat kunkin laitteen yleistä käyttötarkoitusta.

**GYNECARE PROLIFT -kanyylin sijoittaminen GYNECARE PROLIFT -ohjaimeen *(kuvat 5A ja 5B)***




*Kuva 5A*




*Kuva 5B*

*TÄRKEÄÄ:* Varmista GYNECARE PROLIFT -kanyylin ja GYNECARE PROLIFT -ohjaimen asianmukainen kohdistus kokoamisen aikana *kuvan 5B* mukaisesti.

21

ETH.MESH.02341474



**GYNECARE PROLIFT -kanyylin sijoittaminen potilaaseen** *(kuvat 6A, 6B ja 6C)*





| Kuva 6A | Kuva 6B | Kuva 6C |

**GYNECARE PROLIFT -noutosilmukan sisäänvienti ja reititys GYNECARE PROLIFT -kanyyliin** *(kuvat 7A ja 7B)*




| Kuva 7A | Kuva 7B |

*TÄRKEÄÄ:* Kaikki pakkauksen mukana olevat GYNECARE PROLIFT -kanyylit ja GYNECARE PROLIFT -noutosilmukat on sijoitettava ennen verkkoimplantin asentamista.

**Tartu verkkoimplanttinauhaan GYNECARE PROLIFT -noutosilmukalla** *(kuvat 8A, 8B ja 8C)*





| Kuva 8A | Kuva 8B | Kuva 8C |



**ETH.MESH.02341475**



**Verkkoimplanttinauhan reititys GYNECARE PROLIFT -kanyylin läpi *(kuvat 9A, 9B ja 9C)***





*Kuva 9A*              *Kuva 9B*



*Kuva 9C*

***TÄRKEÄÄ: GYNECARE PROLIFT -kanyylia ei saa poistaa potilaasta ennen kuin verkkoimplantti on sijoitettu kunnolla paikoilleen.***

Siinä tapauksessa, että ompeleita, hakasia tai muita kiinnityslaitteita käytetään verkon kanssa, suosittelemme että ne sijoitetaan vähintään 6,5 mm etäisyydelle verkon reunasta.

**OMINAISUUDET**

Eläimillä suoritetut kokeet osoittavat, että GYNECARE GYNEMESH PS -verkon implantointi aiheuttaa minimaalisen tai vähäisen tulehdusreaktion, joka on tilapäistä ja jonka jälkeen ohut, kuitumainen kudoskerros kiinnittyy verkkoon ja kasvaa verkon rakojen läpi, mikä yhdistää verkon viereiseen kudokseen. Verkko säilyy pehmeänä ja joustavana, eikä se haittaa näkyvästi normaalia haavan paranemisprosessia. Materiaali ei resorboidu, eikä se myöskään hajoa tai heikkene kudosentsyymien vaikutuksesta.

**KONTRAINDIKAATIOT**

Kun GYNECARE GYNEMESH PS -verkkoa käytetään vastasyntyneillä, vielä kasvavilla lapsilla, raskaana olevilla naisilla tai raskautta suunnittelevilla naisilla, kirurgin on otettava huomioon, ettei verkko veny merkittävästi potilaan kasvaessa.

23

ETH.MESH.02341476



## VAROITUKSET JA VAROTOIMET

- Käyttäjän on tunnettava lantionpohjan korjauksia ja resorboitumattomia verkkoja koskevat toimenpiteet ja menetelmät ennen lantionpohjan GYNECARE PROLIFT -korjausjärjestelmien käyttöä.
- Tulehtuneiden tai kontaminoitujen haavojen hoidossa on noudatettava hyväksyttyjä kirurgisia toimenpiteitä.
- Leikkauksen jälkeen potilasta on neuvottava pidättäytymään yhdynnästä, raskaiden esineiden nostamisesta ja/tai liikunnasta (esim. pyöräily, hölkkä) kunnes lääkäri päättää milloin potilas voi palata normaaleihin toimintoihin.
- Vältä kiristämästä verkkoimplanttia liikaa käsittelyn aikana.
- Lisätietoja GYNECARE PROLIFT -toimenpiteistä ja suositelluista lantionpohjan GYNECARE PROLIFT -korjausjärjestelmistä on laitteen käyttöohjeissa.
- Lantionpohjan GYNECARE PROLIFT -korjausjärjestelmiä on käytettävä varovaisuutta noudattaen suonien, hermojen, virtsarakon ja suolien vaurioitumisen välttämiseksi. Riskit minimoidaan kiinnittämällä huomiota potilaan anatomiaan ja laitteen asianmukaiseen käyttöön.
- Ohimenevää kipua voi esiintyä alaraajoissa ja se voidaan normaalisti hallita kipulääkityksellä.
- GYNECARE PROLIFT -poistolaitetta ei saa käsitellä terävillä instrumenteilla tai leikata se pituuden muuttamiseksi.

## KOMPLIKAATIOT

- Mahdollisia haittavaikutuksia ovat normaalit, kirurgisesti implantoitujen materiaalien yhteydessä havaitut haittavaikutukset, mukaan lukien infektion lisääntyminen, tulehdus, kiinnikkeiden muodostuminen, fisteleiden muodostuminen, eroosio, ulostyöntyminen ja arpeutumisesta aiheutuva implantin supistuminen.
- GYNECARE PROLIFT -ohjaimen sisäänviennin yhteydessä saattaa tapahtua kirurgista korjausta vaativia verisuonien, hermojen, virtsarakon tai suolen lävistyksiä tai repeämiä.

## STERIILIYS

Lantionpohjan GYNECARE PROLIFT -korjausjärjestelmät on steriloitu etyleenioksidilla. EI SAA STERILOIDA UUDELLEEN. EI SAA KÄYTTÄÄ UUDELLEEN. Ei saa käyttää, jos pakkaus on avattu tai vaurioitunut. Hävitä avatut, käyttämättömät laitteet.

## LAITTEEN JA TARVIKKEIDEN HÄVITTÄMINEN

Hävitä laitteet ja pakkausmateriaalit sairaalan biomateriaaleja ja -jätteitä koskevien ohjeiden mukaisesti.

## SÄILYTYS

Suositeltavat säilytysolosuhteet: kontrolloitu huoneen lämpötila ja suhteellinen kohteus (noin 25 °C, 60 % suhteellinen kosteus), etäällä kosteudesta ja suorasta lämmöstä. Ei saa käyttää viimeisen käyttöpäivän jälkeen.

**Tuotetarrojen symbolit**



**ETH.MESH.02341477**



**FRANÇAIS**



Gynecare

# PROLIFT*

Système pour cure de prolapsus total
Système pour cure de prolapsus antérieur
Système pour cure de prolapsus postérieur

**Lire attentivement toutes les informations.**

Le non-respect des instructions d'utilisation peut entraîner un dysfonctionnement des dispositifs médicaux et conduire à des lésions pour la patiente.

*ATTENTION :* La Loi Fédérale (États-Unis d'Amérique), n'autorise la vente de ce dispositif que par un médecin ou sur sa prescription.

Une formation relative à l'utilisation des systèmes pour cure de prolapsus GYNECARE PROLIFT* est recommandée. Il est possible de contacter le représentant de la Société afin d'obtenir des informations complémentaires.

**Se reporter à la technique chirurgicale recommandée pour les systèmes pour cure de prolapsus GYNECARE PROLIFT afin d'obtenir plus d'informations sur les procédures GYNECARE PROLIFT.**

## INDICATIONS

Les systèmes pour cure de prolapsus GYNECARE PROLIFT sont indiqués pour le renforcement et la stabilisation à long terme des structures musculo-aponévrotiques du plancher pelvien lorsqu'une réparation chirurgicale de prolapsus génital est indiquée dans le but de créer un renfort mécanique ou pour couvrir les défauts musculo-aponévrotiques.

## DESCRIPTION

Les systèmes pour cures de prolapsus antérieur, postérieur et total GYNECARE PROLIFT sont constitués de prothèses prédécoupées de treillis GYNECARE GYNEMESH* PS fait de PROLENE* non résorbable et d'un ensemble d'instruments facilitant la mise en place de ces prothèses. Le tableau suivant synthétise la composition de chaque système :



| SYSTÈME POUR CURE DE PROLAPSUS | COMPOSANT | | | |
|---|---|---|---|---|
| | Prothèse | Guide | Dispositifs de récupération | Canules |
| Système pour cure de prolapsus total | 1 prothèse totale | 1 | 6 | 6 |
| Système pour cure de prolapsus antérieur | 1 prothèse antérieure | 1 | 4 | 4 |
| Système pour cure de prolapsus postérieur | 1 prothèse postérieure | 1 | 2 | 2 |

*Tableau 1 -- Composants des systèmes pour cure de prolapsus GYNECARE PROLIFT*

### GYNECARE GYNEMESH PS

Le treillis GYNECARE GYNEMESH PS est tricoté à partir de filaments de polypropylène extrudé dont la composition est identique à celle du fil de suture chirurgical non résorbable en polypropylène PROLENE, (ETHICON, INC.), conforme à la Pharmacopée des États-Unis d'Amérique (U.S.P.). Ce matériau, utilisé comme fil de suture, est signalé comme inerte et conserve sa résistance indéfiniment lors d'une utilisation clinique. Le treillis présente une résistance, une durabilité ainsi qu'une adaptabilité chirurgicale excellentes, avec une porosité suffisante pour permettre la colonisation tissulaire nécessaire. Des monofilaments de PROLENE Bleus ont été intégrés pour créer des stries de contraste dans le treillis. Le treillis est composé de fibres monofilamentaires de diamètre réduit, tricotées selon un modèle unique créant un treillis plus souple d'environ 50 pour cent que le treillis standard PROLENE. Le treillis est tricoté selon un procédé qui permet d'obtenir une maille interlock qui lui assure une extensibilité bidirectionnelle. Cette caractéristique permet de couper le treillis à la forme et aux dimensions souhaitées sans démaillage. Cette extensibilité bi-directionnelle permet au treillis de s'adapter aux différentes contraintes de l'organisme.

### Prothèse totale

La prothèse totale est construite à partir d'un treillis GYNECARE GYNEMESH PS qui est découpé pour la réparation complète d'un prolapsus génital. La prothèse comprend 6 bras : 4 pour permettre la mise en place de la partie antérieure de la prothèse par voie trans-obturatrice et deux pour la mise en place de sa partie postérieure dans le ligament sacro-épineux par voie trans-glutéale. Alternativement, les deux bras postérieurs peuvent être raccourcis et fixés au ligament sacro-épineux par voie vaginale. Les bras antérieurs proximal et distal présentent respectivement des extrémités carrées et triangulaires, alors que les bras postérieurs présentent des extrémités arrondies *(voir la figure 1).*

**25**

**ETH.MESH.02341478**



**Prothèse antérieure**

La prothèse antérieure est construite à partir d'un treillis GYNECARE GYNEMESH PS qui est découpé pour la réparation d'une cystocèle. La prothèse comprend 4 bras qui sont mis en place par voie trans-obturatrice. Les bras antérieurs proximal et distal présentent respectivement des extrémités carrées et triangulaires *(voir la figure 1)*.

**Prothèse postérieure**

La prothèse postérieure est construite à partir d'un treillis GYNECARE GYNEMESH PS qui est découpé pour la suspension du fond vaginal et/ou la réparation d'une élytrocèle et/ou rectocèle. La prothèse comprend deux bras qui sont passés dans le ligament sacro-épineux par voie trans-glutéale. Alternativement, les deux bras postérieurs peuvent être raccourcis et fixés au ligament sacro-épineux par voie vaginale. Les bras postérieurs présentent des extrémités arrondies *(voir la figure 1)*.



Total                Antérieur                Postérieur

*Figure 1 – Prothèse (totale, antérieure et postérieure)*

**Guide GYNECARE PROLIFT**

Le guide GYNECARE PROLIFT est un instrument à usage unique conçu pour créer un passage à travers les tissus afin de permettre la mise en place des prothèses totale, antérieure et postérieure et de faciliter la mise en place de la canule GYNECARE PROLIFT. Sa longueur et sa courbure sont conçues tout particulièrement pour créer un passage adapté pour chaque bras de la prothèse. Le guide GYNECARE PROLIFT peut être utilisé indifféremment des deux côtés de la patiente *(voir la figure 2)*.






*Figure 2 – Guide GYNECARE PROLIFT*

ETH.MESH.02341479



## Canule GYNECARE PROLIFT

La canule GYNECARE PROLIFT est un instrument à usage unique utilisé en même temps que le guide GYNECARE PROLIFT afin de faciliter le passage des bras de la prothèse tout en protégeant les tissus environnants. Chaque canule GYNECARE PROLIFT est placée sur le guide GYNECARE PROLIFT avant introduction et reste en place une fois le guide GYNECARE PROLIFT retiré *(voir la figure 3)*.



*Figure 3 – Canule GYNECARE PROLIFT*



*Figure 4 – Dispositif de récupération GYNECARE PROLIFT*

## Dispositif de récupération GYNECARE PROLIFT

Le dispositif de récupération GYNECARE PROLIFT est un instrument à usage unique conçu pour faciliter la mise en place des bras de la prothèse. Le dispositif de récupération GYNECARE PROLIFT s'insère à travers la canule GYNECARE PROLIFT préalablement mise en place jusqu'à ce que son extrémité distale puisse être récupérée à travers la dissection vaginale. L'extrémité distale du dispositif de récupération GYNECARE PROLIFT dispose d'une boucle qui permet de capturer solidement le bras de la prothèse pendant son retrait à travers la canule GYNECARE PROLIFT *(voir la figure 4)*.

## MODE D'EMPLOI

*REMARQUE :* Toutes les figures présentées ci-dessous n'ont pas pour but de se substituer à un enseignement de la chirurgie mais uniquement d'illustrer l'utilisation générale de chaque dispositif.

**Mise en place de la canule GYNECARE PROLIFT sur le guide GYNECARE PROLIFT *(voir les figures 5A et 5B)*.**





*Figure 5A*



*Figure 5B*

*IMPORTANT :* Vérifier que l'alignement de la canule GYNECARE PROLIFT avec le guide GYNECARE PROLIFT est correct comme indiqué dans la *figure 5B*.



27

**ETH.MESH.02341480**

**Mise en place de la canule GYNECARE PROLIFT sur la patiente *(voir les figures 6A, 6B et 6C)*.**



*Figure 6A*



*Figure 6B*



*Figure 6C*

**Insertion et passage du dispositif de récupération GYNECARE PROLIFT dans la canule GYNECARE PROLIFT *(voir les figures 7A et 7B)*.**



*Figure 7A*



*Figure 7B*

*IMPORTANT :* Toutes canules GYNECARE PROLIFT et tous les dispositifs de récupération GYNECARE PROLIFT doivent être positionnés avant l'installation de la prothèse.

**Capture d'un des bras de la prothèse avec le dispositif de récupération GYNECARE PROLIFT *(voir les figures 8A, 8B et 8C)*.**



*Figure 8A*



*Figure 8B*



*Figure 8C*

28


**ETH.MESH.02341481**

**Passage d'un des bras de la prothèse à travers la canule GYNECARE PROLIFT *(voir les figures 9A, 9B et 9C)*.**



*Figure 9A*



*Figure 9B*



*Figure 9C*

*IMPORTANT : Ne pas retirer les canules GYNECARE PROLIFT de la patiente tant que la prothèse n'a pas été correctement positionnée.*

En cas d'utilisation de sutures, agrafes ou autres fixations en même temps que la prothèse, il est recommandé de les placer à 6,5 mm au moins du bord du treillis.

**MODE D'ACTION**

Des études réalisées sur l'animal ont montré que l'implantation du treillis GYNECARE GYNEMESH PS faisait apparaître une réaction inflammatoire minime à légère, qui est transitoire, et suivie d'une incorporation progressive du treillis par la fibrose consécutive à la colonisation des mailles du treillis. Le treillis reste souple et flexible, et la cicatrisation normale de la plaie n'est pas sensiblement affectée. Le matériau n'est pas résorbé ou dégradé ni fragilisé par l'action des enzymes tissulaires.

ETH.MESH.02341482



## CONTRE-INDICATIONS

Lorsque le treillis GYNECARE GYNEMESH PS est utilisé chez le nourrisson, l'enfant, la femme enceinte ou désirant une grossesse, le chirurgien doit être averti que ce produit n'est pas suffisamment extensible pour accompagner la croissance du patient.

## MISES EN GARDE ET PRÉCAUTIONS D'EMPLOI

- Avant d'employer les systèmes de réparation du plancher pelvien GYNECARE PROLIFT, l'utilisateur doit connaître les techniques et règles chirurgicales relatives à l'utilisation des treillis non résorbables pour la réparation du plancher pelvien.
- Des pratiques chirurgicales reconnues doivent être suivies en cas de plaies infectées ou contaminées.
- Après l'opération, la patiente doit être avertie qu'elle doit s'abstenir de tout rapport sexuel, éviter de soulever des charges lourdes et/ou de faire de l'exercice (par exemple, du vélo ou du jogging) tant que le médecin ne l'aura pas autorisée à reprendre une activité normale.
- Éviter d'appliquer une tension excessive sur la prothèse lors de sa manipulation.
- Se reporter à la technique chirurgicale recommandée pour l'utilisation des systèmes pour cure de prolapsus GYNECARE PROLIFT afin d'obtenir plus d'informations sur les procédures GYNECARE PROLIFT.
- Les systèmes pour cure de prolapsus GYNECARE PROLIFT doivent être utilisés avec précaution afin d'éviter d'endommager les vaisseaux, les nerfs, la vessie ou les intestins. Une prise en compte de l'anatomie propre à chaque patiente et le respect de la procédure de mise en place du dispositif permettra de minimiser les risques.
- Des douleurs passagères dans les jambes sont possibles et peuvent normalement être traitées avec de faibles doses d'analgésiques.
- Ne pas manipuler le dispositif de récupération GYNECARE PROLIFT avec des instruments coupants et ne pas le couper pour le raccourcir.

## EFFETS INDÉSIRABLES

- Les réactions indésirables potentielles sont celles généralement lors de l'implantation de biomatériaux, en particulier une augmentation des risques infectieux, une réaction inflammatoire, la formation d'adhérences, la survenue de fistule ou d'érosion, la possibilité d'extrusion et de cicatrisation entraînant une rétraction de la prothèse.
- Des plaies ou lacérations des vaisseaux, des nerfs, de la vessie, de l'urètre ou de l'intestin peuvent se produire lors du passage du guide GYNECARE PROLIFT et entraîner la nécessité d'une réparation chirurgicale.

## STÉRILITÉ

Les systèmes pour cures de prolapsus GYNECARE PROLIFT sont stérilisés à l'oxyde d'éthylène. NE PAS RESTÉRILISER. NE PAS RÉUTILISER. Ne pas utiliser si le protecteur de stérilité a été ouvert ou détérioré. Jeter tous les dispositifs non utilisés si l'emballage a été ouvert.

## ÉLIMINATION

Éliminer les dispositifs et emballages conformément aux règles et procédures de votre établissement relatives aux matériaux et déchets présentant un danger biologique.

## CONSERVATION

Conditions de stockage recommandées : température ambiante et humidité relative contrôlées (environ 25 °C, 60 % d'humidité relative), loin de toute source de chaleur directe et d'humidité. Ne pas utiliser au-delà de la date de péremption.

**Symboles utilisés sur les étiquettes**



**ETH.MESH.02341483**



DEUTSCH



**Gynecare**

# PROLIFT*

Totalprolaps-Beckenboden-Rekonstruktionssystem
Anteriores Beckenboden-Rekonstruktionssystem
Posteriores Beckenboden-Rekonstruktionssystem

**Bitte alle Informationen sorgfältig durchlesen.**

Ein Nichtbeachten der Gebrauchsanweisung kann zu einer Fehlfunktion der Instrumente und Implantate und Verletzungen führen.

*ACHTUNG: Laut Gesetz ist der Verkauf dieses Produkts in den USA nur auf ärztliche Anordnung gestattet.*

Eine Schulung über die Verwendung des GYNECARE PROLIFT* Beckenboden-Rekonstruktionssystems wird empfohlen und angeboten. Wenden Sie sich an den für Sie zuständigen Außendienstmitarbeiter, um diese Schulung zu vereinbaren.

**Weitere Informationen über die GYNECARE PROLIFT Verfahren sind in den Anweisungen zur empfohlenen chirurgischen Technik für das GYNECARE PROLIFT Beckenboden-Rekonstruktionssystems enthalten.**

## INDIKATIONEN

Die GYNECARE PROLIFT Totalprolaps-, anterioren und posterioren Beckenboden-Rekonstruktionssysteme sind zur Gewebeverstärkung und langfristigen Stabilisierung von Faszienstrukturen des Beckenbodens bei chirurgischen Verfahren in der Vaginalwand indiziert, bei denen das Netz als mechanische Stütze oder Überbrückung für den Fasziendefekt vorgesehen ist.

## BESCHREIBUNG

Die GYNECARE PROLIFT Totalprolaps-, anterioren und posterioren Beckenboden-Rekonstruktionssysteme bestehen aus vorgefertigten GYNECARE GYNEMESH* PS nicht-resorbierbaren, weichen PROLENE* Netzimplantaten und einem Instrumentensatz, der das Einbringen des Netzimplantats erleichtert. Die folgende Tabelle fasst die in jedem System enthaltenen Komponenten zusammen:

| REKONSTRUKTIONSSYSTEM | KOMPONENTEN | | | |
|---|---|---|---|---|
| | Netzimplantat | Führung | Rückholinstrument | Kanülen |
| Total | 1, Total | 1 | 6 | 6 |
| Anterior | 1, anterior | 1 | 4 | 4 |
| Posterior | 1, posterior | 1 | 2 | 2 |

*Tabelle 1 -- Komponenten der GYNECARE PROLIFT Beckenboden-Rekonstruktionssysteme*

## GYNECARE GYNEMESH PS

GYNECARE GYNEMESH PS ist ein Netz, das aus geflochtenen Fäden aus extrudiertem Polypropylen hergestellt wird und in der Zusammensetzung identisch mit dem Material ist, das für PROLENE Polypropylen-Nahtmaterial verwendet wird, ein nicht-resorbierbares, chirurgisches Nahtmaterial, U.S.P. (ETHICON, INC.). Erfahrungen haben gezeigt, dass dieses Material bei Verwendung als chirurgisches Nahtmaterial keinerlei Reaktionen hervorruft und seine Festigkeit bei klinischer Anwendung unbeschränkt erhalten bleibt. Das Netz bietet hohe Zugkraft und Haltbarkeit, ist chirurgisch vielseitig einsetzbar und ausreichend porös, um das notwendige Einwachsen von Gewebe zu ermöglichen. Blaue PROLENE Monofilamente wurden eingewebt, um Kontraststreifen im Netz darzustellen. Das Netz besteht aus monofilen Fäden mit geringem Durchmesser, die auf besondere Weise zu einem Netz geknüpft werden, das ca. 50 Prozent flexibler ist als ein normales PROLENE Netz. Das Netz ist so verknüpft, dass die Fadenverbindungen miteinander verkettet sind, so dass es bidirektional dehnbar ist. Durch diese Struktur kann das Netz in jede gewünschte Form und Größe geschnitten werden, ohne auszufransen. Die bidirektionale Elastizität ermöglicht die Adaptation an verschiedene Belastungssituationen im Körper.

## Totalprolaps-Netzimplantat

Das Totalprolaps-Netzimplantat wird aus GYNECARE GYNEMESH PS hergestellt und ist speziell geformt, um einen Vaginalprolaps zu beheben. Das Implantat verfügt über 6 Halteschlaufen: 4 zur Sicherung des anterioren Teils des Implantats über einen transobturatorischen Zugang und zwei zur Sicherung des posterioren Teils des Implantats im sakrospinalen Ligament über einen transglutealen Zugang. Alternativ können die 2 posterioren Halteschlaufen gekürzt werden, um ihre Länge zu reduzieren, und über einen vaginalen Zugang im sakrospinalen Ligament gesichert werden. Die proximalen und distalen anterioren Halteschlaufen haben rechteckige bzw. dreieckige Enden, während die posterioren Schlaufen abgerundet sind *(siehe Abbildung 1).*

**ETH.MESH.02341484**



**Anteriores Netzimplantat**

Das anteriore Netzimplantat wird aus GYNECARE GYNEMESH PS hergestellt und ist für eine Rekonstruktion anteriorer vaginaler Defekte geformt. Das Implantat verfügt über 4 Halteschlaufen, die über einen transobturatorischen Zugang gesichert werden. Die proximalen und distalen anterioren Halteschlaufen haben rechteckige bzw. dreieckige Enden *(siehe Abbildung 1)*.

**Posteriores Netzimplantat**

Das posteriore Netzimplantat wird aus GYNECARE GYNEMESH PS hergestellt und ist für eine Rekonstruktion posteriorer und/oder apikaler Defekte des Scheidengewölbes geformt. Das Implantat verfügt über 2 Halteschlaufen, die über einen transglutealen Zugang im sakrospinalen Ligament gesichert werden. Alternativ können die 2 posterioren Halteschlaufen gekürzt werden, um ihre Länge zu reduzieren, und über einen vaginalen Zugang im sakrospinalen Ligament gesichert werden. Die posterioren Schlaufen haben abgerundete Enden *(siehe Abbildung 1)*.



*Abbildung 1 – Netzimplantate (Total, anterior und posterior)*

**GYNECARE PROLIFT Führung**

Die GYNECARE PROLIFT Führung ist ein Einmalinstrument und dient zur Erstellung der Gewebepassage, um das Einbringen des Total-, anterioren oder posterioren Netzimplantats zu ermöglichen und die Einführung der GYNECARE PROLIFT Kanüle zu erleichtern. Seine Länge und Krümmung wurden speziell gestaltet, um geeignete Passagen für das Einführen der Halteschlaufen der Netzimplantate zu erstellen. Die GYNECARE PROLIFT Führung ist zur Verwendung auf beiden Seiten der Patientin geeignet *(siehe Abbildung 2)*.



*Abbildung 2 – GYNECARE PROLIFT Führung*

ETH.MESH.02341485



**GYNECARE PROLIFT Kanüle**

Die GYNECARE PROLIFT Kanüle ist ein Einmalinstrument, das in Verbindung mit der GYNECARE PROLIFT Führung verwendet wird, um das Einbringen der Netzimplantatschlaufen bei gleichzeitigem Schutz des umgebenden Gewebes zu erleichtern. Jede GYNECARE PROLIFT Kanüle wird vor der Einbringung in das Gewebe über die GYNECARE PROLIFT Führung geschoben und verbleibt in situ, nachdem die GYNECARE PROLIFT Führung entfernt wurde *(siehe Abbildung 3)*.



*Abbildung 3 – GYNECARE PROLIFT Kanüle*



*Abbildung 4 – GYNECARE PROLIFT Rückholinstrument*

**GYNECARE PROLIFT Rückholinstrument**

Das GYNECARE PROLIFT Rückholinstrument ist für den Einmalgebrauch bestimmt und dient zur leichteren Positionierung der Halteschlaufen des Netzimplantats. Das GYNECARE PROLIFT Rückholinstrument wird durch die zuvor positionierte GYNECARE PROLIFT Kanüle geschoben, bis sein distales Ende durch die vaginale Inzision wieder erscheint. Das distale Ende des GYNECARE PROLIFT Rückholinstruments verfügt über eine Schlinge, um die Halteschlaufen des Netzimplantats sicher zu fassen, während das Implantat durch die GYNECARE PROLIFT Kanüle hindurch herausgezogen wird *(siehe Abbildung 4)*.

**GEBRAUCHSINFORMATION**

*HINWEIS:* Alle nachfolgenden Abbildungen sind nicht dazu vorgesehen, klinische Techniken zu vermitteln, sondern demonstrieren nur die allgemeine Anwendung der Instrumente.

**Aufsetzen der GYNECARE PROLIFT Kanüle auf die GYNECARE PROLIFT Führung** *(siehe Abbildungen 5A und 5B)*





*Abbildung 5A*



*Abbildung 5B*

*WICHTIG:* Die GYNECARE PROLIFT Kanüle und die GYNECARE PROLIFT Führung müssen beim Zusammensetzen korrekt ausgerichtet sein, wie in *Abbildung 5B* gezeigt

33



**ETH.MESH.02341486**

**Einführen der GYNECARE PROLIFT Kanüle in die Patientin** *(siehe Abbildungen 6A, 6B und 6C)*



*Abbildung 6A*



*Abbildung 6B*



*Abbildung 6C*

**Einführen und Durchführen des GYNECARE PROLIFT Rückholinstruments durch die GYNECARE PROLIFT Kanüle** *(siehe Abbildungen 7A und 7B)*





*Abbildung 7A*

*Abbildung 7B*

*WICHTIG:* Die mitgelieferten GYNECARE PROLIFT Kanülen und GYNECARE PROLIFT Rückholinstrumente müssen vor dem Einsetzen des Netzimplantats positioniert werden.

**Fassen einer Halteschlaufe des Netzimplantats mit dem GYNECARE PROLIFT Rückholinstrument** *(siehe Abbildungen 8A, 8B und 8C)*



*Abbildung 8A*



*Abbildung 8B*



*Abbildung 8C*



ETH.MESH.02341487

**Durchführen einer Netzimplantat-Halteschlaufe durch die GYNECARE PROLIFT Kanüle *(siehe Abbildungen 9A, 9B und 9C)***



*Abbildung 9A*



*Abbildung 9B*



*Abbildung 9C*

*WICHTIG: Die GYNECARE PROLIFT Kanülen dürfen erst aus dem Gewebe der Patientin entfernt werden, nachdem das Netzimplantat korrekt positioniert wurde.*

Es wird empfohlen, eventuell verwendetes Nahtmaterial, Klammern und andere Fixierungshilfen mindestens 6,5 mm vom Rand des Netzes anzubringen.

## WIRKUNGSWEISE

Tierversuche haben gezeigt, dass die Implantation von GYNECARE GYNEMESH PS Netz vorübergehend minimale bis leichte entzündliche Reaktionen hervorruft, gefolgt von der Ablagerung einer dünnen, fibrösen Gewebeschicht, welche die Zwischenräume des Geflechts durchdringen kann, wodurch das Netz mit dem anliegenden Gewebe verwächst. Das Netz bleibt weich und formbar, und die normale Wundheilung wird kaum beeinträchtigt. Das Material wird weder resorbiert noch durch Gewebeenzyme abgebaut oder geschwächt.

## KONTRAINDIKATIONEN

Wenn GYNECARE GYNEMESH PS Netz bei Kleinkindern, Kindern, schwangeren Frauen oder Frauen mit Kinderwunsch verwendet wird, sollte der Arzt bedenken, dass das Netz nicht sehr dehnbar ist und sich dem Wachstum der Patientin nicht anpassen kann.

35

**ETH.MESH.02341488**



## WARNUNGEN UND VORSICHTSMASSNAHMEN

- Der Chirurg sollte mit den entsprechenden Verfahren und Techniken zur Beckenbodenrekonstruktion mit nicht-resorbierbaren Netzimplantaten vertraut sein, bevor die GYNECARE PROLIFT Beckenboden-Rekonstruktionssysteme eingesetzt werden.
- Sollten infizierte oder kontaminierte Wunden vorliegen, so sind diese mit anerkannten chirurgischen Verfahren zu behandeln.
- Postoperativ sollte die Patientin angehalten werden, Geschlechtsverkehr, das Heben schwerer Gegenstände und/oder körperliches Training (z.B. Radfahren, Jogging) zu vermeiden, bis zu dem vom Arzt als geeignet festgestellten Zeitpunkt, ab dem die Patientin ihre normalen Aktivitäten wieder aufnehmen kann.
- Übermäßige Zugspannung auf das Netzimplantat während der Handhabung vermeiden.
- Weitere Informationen über die GYNECARE PROLIFT Verfahren sind in den Anweisungen zur empfohlenen chirurgischen Technik für das GYNECARE PROLIFT Beckenboden-Rekonstruktionssystem enthalten.
- Bei der Verwendung der GYNECARE PROLIFT Beckenboden-Rekonstruktionssysteme ist unbedingt darauf zu achten, dass Schäden an Gefäßen, Nerven, Blase und Darm vermieden werden. Durch Beachtung der Anatomie der Patientin und korrekte Verwendung des Produkts werden Risiken minimiert.
- Es können vorübergehende Schmerzen in den Beinen auftreten, die normalerweise durch Verabreichung schwacher Analgetika gelindert werden können.
- Das GYNECARE PROLIFT Rückholinstrument nicht mit scharfen Instrumenten manipulieren oder abschneiden, um die Länge zu ändern.

## NEBENWIRKUNGEN

- Zu den möglichen Nebenwirkungen gehören die typischerweise mit chirurgischem Implantatmaterial verbundenen Reaktionen, wie erhöhte Infektionsgefahr, Entzündung, Verwachsungen, Fistelbildung, Erosion, Extrusion und Narbenbildung, die zu einer Kontraktion des Implantats führt.
- Bei der Platzierung der GYNECARE PROLIFT Führung kann es zu Beschädigungen von Blutgefäßen, Nerven, Blase, Harnröhre oder Darm in Form von Einstichen oder Rissen kommen, die chirurgischer Behandlung bedürfen.

## STERILITÄT

Die GYNECARE PROLIFT Beckenboden-Reparatursysteme werden mit Ethylenoxid sterilisiert. NICHT RESTERILISIEREN. NICHT WIEDERVERWENDEN. Nicht verwenden, wenn die Verpackung geöffnet oder beschädigt ist. Alle geöffneten, nicht verwendeten Instrumente entsorgen.

## ENTSORGUNG

Die Entsorgung von Instrumenten und Verpackung hat unter Beachtung geltender Vorschriften für Gefahrenstoffe und Abfall zu erfolgen.

## AUFBEWAHRUNG

Empfohlene Lagerbedingungen: kontrollierte Raumtemperatur und relative Luftfeuchtigkeit (ungefähr 25 °C, 60 % relative Luftfeuchtigkeit), geschützt vor Feuchtigkeit und direkter Hitzeeinwirkung. Nach Ablauf des Verfalldatums nicht mehr verwenden.

**Etikettensymbole**



**ETH.MESH.02341489**



**ITALIANO**



# Gynecare

# PROLIFT*

Sistema di riparazione totale del pavimento pelvico
Sistema di riparazione anteriore del pavimento pelvico
Sistema di riparazione posteriore del pavimento pelvico

**Leggere attentamente le istruzioni.**

La mancata osservanza di queste istruzioni può causare un funzionamento inadeguato dei dispositivi e provocare lesioni.

*ATTENZIONE:* la legge federale U.S.A. consente la vendita del prodotto solo dietro prescrizione medica.

L'addestramento all'uso dei sistemi per la riparazione del pavimento pelvico GYNECARE PROLIFT* è consigliato e disponibile. Per organizzare l'addestramento, contattare il promotore di zona.

**Per ulteriori informazioni sulle procedure GYNECARE PROLIFT, fare riferimento alla tecnica chirurgica consigliata per i sistemi di riparazione del pavimento pelvico GYNECARE PROLIFT.**

### INDICAZIONI

I sistemi di riparazione totale, anteriore e posteriore del pavimento pelvico GYNECARE PROLIFT sono indicati per il rinforzo del tessuto e la stabilizzazione duratura delle strutture fasciali del pavimento pelvico nel prolasso della parete vaginale, in cui sono previsti trattamenti chirurgici, sia come supporto meccanico, sia come materiale di congiunzione per i difetti fasciali.

### DESCRIZIONE

I sistemi di riparazione totale, anteriore e posteriore del pavimento pelvico GYNECARE PROLIFT sono costituiti da impianti in rete PROLENE* morbida non assorbibile GYNECARE GYNEMESH* PS pre-sagomata e da un set di strumenti per il posizionamento degli impianti in rete. Nella tabella seguente sono elencati gli strumenti contenuti in ciascun sistema:

| SISTEMA DI RIPARAZIONE | COMPONENTI | | | |
|---|---|---|---|---|
| | Impianto in rete | Guida | Dispositivi di recupero | Cannule |
| Totale | 1 totale | 1 | 6 | 6 |
| Anteriore | 1 anteriore | 1 | 4 | 4 |
| Posteriore | 1 posteriore | 1 | 2 | 2 |

*Tabella 1 – Componenti del sistema di riparazione del pavimento pelvico GYNECARE PROLIFT*

### GYNECARE GYNEMESH PS

GYNECARE GYNEMESH PS è una rete costituita da filamenti intrecciati di polipropilene estruso avente la stessa composizione delle suture chirurgiche non assorbibili in polipropilene PROLENE U.S.P. (ETHICON, INC.). Questo materiale, usato come sutura, è risultato non reattivo e, in applicazioni cliniche, ha dimostrato di mantenere la propria resistenza indefinitamente. La rete presenta caratteristiche di resistenza eccellente, durevolezza ed adattabilità come presidio chirurgico, con una porosità sufficiente alla necessaria crescita del tessuto. Nella rete sono stati incorporati dei monofilamenti blu di PROLENE allo scopo di produrre una rigatura di contrasto. La rete è costituita con fibre monofilamento a diametro ridotto, intrecciate secondo un modello esclusivo che genera una rete di circa il 50 percento più flessibile delle reti standard in PROLENE. La rete è lavorata con un processo che collega fra di loro le congiunzioni di ogni fibra e che conferisce elasticità in entrambe le direzioni. Questa struttura permette di tagliare la rete in qualunque forma o dimensione desiderata senza sfilarla. La proprietà di elasticità bidirezionale consente l'adattamento alle varie tensioni presenti nel corpo.

### Impianto in rete totale

L'impianto in rete totale è costituito da GYNECARE GYNEMESH PS ed è pre-sagomato per l'esecuzione di una riparazione vaginale totale. L'impianto è dotato di 6 cinghie: 4 per fissare la parte anteriore dell'impianto tramite un sistema transotturatorio e due per il fissaggio della parte posteriore dell'impianto nel legamento sacrospinoso per via transgluteale. In alternativa, è possibile tagliare le 2 cinghie posteriori per ridurne la lunghezza e fissarle nel legamento sacrospinoso per via vaginale. Le cinghie anteriori prossimali e distali hanno rispettivamente estremità quadrate e triangolari, mentre le cinghie posteriori hanno estremità arrotondate *(vedere figura 1)*.

ETH.MESH.02341490



**Impianto in rete anteriore**

L'impianto in rete anteriore è costituito da GYNECARE GYNEMESH PS ed è pre-sagomato per l'esecuzione di una riparazione di difetti vaginali anteriori. L'impianto è dotato di 4 cinghie fissate tramite un sistema transotturatorio. Le cinghie anteriori prossimali e distali hanno rispettivamente estremità quadrate e triangolari *(vedere figura 1).*

**Impianto in rete posteriore**

L'impianto in rete posteriore è costituito da GYNECARE GYNEMESH PS ed è pre-sagomato per l'esecuzione della riparazione di difetti della volta vaginale posteriore e/o apicale. L'impianto è dotato di 2 cinghie fissate al legamento sacrospinoso per via transgluteale. In alternativa, è possibile tagliare le 2 cinghie posteriori per ridurne la lunghezza e fissarle nel legamento sacrospinoso per via vaginale. Le cinghie posteriori hanno estremità arrotondate *(vedere figura 1).*



Totale  Anteriore  Posteriore

*Figura 1 – Impianti in rete (totale, anteriore e posteriore)*

**Guida GYNECARE PROLIFT**

La guida GYNECARE PROLIFT è uno strumento per l'utilizzo su una sola paziente, avente lo scopo di creare i percorsi di tessuto per consentire il posizionamento degli impianti in rete totale, anteriore e posteriore e per facilitare il posizionamento della cannula GYNECARE PROLIFT. La rispettiva lunghezza e curvatura sono appositamente studiate per creare percorsi adeguati per il posizionamento di tutte le cinghie dell'impianto in rete. La guida GYNECARE PROLIFT è adatta all'uso su entrambi i lati della paziente *(vedere figura 2).*






*Figura 2 – Guida GYNECARE PROLIFT*

**ETH.MESH.02341491**



**Cannula GYNECARE PROLIFT**

La cannula GYNECARE PROLIFT è uno strumento per l'utilizzo su una sola paziente, utilizzato in combinazione con la guida GYNECARE PROLIFT per facilitare il passaggio delle cinghie dell'impianto, proteggendo nel contempo il tessuto circostante. Ciascuna cannula GYNECARE PROLIFT viene posizionata sopra la guida GYNECARE PROLIFT prima del passaggio e rimane in posizione dopo il ritiro della guida GYNECARE PROLIFT *(vedere figura 3).*



*Figura 3 – Cannula GYNECARE PROLIFT*



*Figura 4 – Dispositivo di recupero GYNECARE PROLIFT*

**Dispositivo di recupero GYNECARE PROLIFT**

Il dispositivo di recupero GYNECARE PROLIFT è uno strumento per l'utilizzo su una singola paziente, avente lo scopo di facilitare il posizionamento delle cinghie dell'impianto in rete. Il dispositivo di recupero GYNECARE PROLIFT viene fatto passare attraverso la cannula GYNECARE PROLIFT precedentemente posizionata fino a quando la sua estremità distale viene recuperata attraverso la dissezione vaginale. L'estremità distale del dispositivo di recupero GYNECARE PROLIFT è dotata di un anello per l'aggancio della cinghia dell'impianto in rete quando questa viene estratta dalla cannula GYNECARE PROLIFT *(vedere figura 4).*

**ISTRUZIONI PER L'USO**

*NOTA:* le seguenti figure non vengono fornite a scopo di addestramento, ma solo per mostrare l'uso generico di ciascun dispositivo.

**Posizionamento della cannula GYNECARE PROLIFT sulla guida GYNECARE PROLIFT *(vedere figure 5A e 5B)***





*Figura 5A*





*Figura 5B*

*IMPORTANTE:* verificare il corretto allineamento della cannula GYNECARE PROLIFT e della guida GYNECARE PROLIFT al momento del montaggio come mostrato in *figura 5B.*


39

**ETH.MESH.02341492**

**Posizionamento della cannula GYNECARE PROLIFT nella paziente** *(vedere figure 6A, 6B e 6C)*





*Figura 6A*          *Figura 6B*          *Figura 6C*

**Inserimento e passaggio del dispositivo di recupero GYNECARE PROLIFT nella cannula GYNECARE PROLIFT** *(vedere figure 7A e 7B)*




*Figura 7A*                    *Figura 7B*

*IMPORTANTE:* Tutte le cannule GYNECARE PROLIFT ed i dispositivi di recupero GYNECARE PROLIFT devono essere posizionati prima dell'installazione dell'impianto in rete.

**Aggancio di una cinghia dell'impianto in rete con il dispositivo di recupero GYNECARE PROLIFT** *(vedere figure 8A, 8B e 8C)*





*Figura 8A*          *Figura 8B*          *Figura 8C*



**ETH.MESH.02341493**

**Passaggio di una cinghia dell'impianto in rete attraverso la cannula GYNECARE PROLIFT** *(vedere figure 9A, 9B e 9C)*



Figura 9A



Figura 9B



Figura 9C

*IMPORTANTE: rimuovere le cannule GYNECARE PROLIFT dalla paziente solo dopo il corretto posizionamento degli impianti in rete.*

Nel caso si utilizzino suture, punti o altri dispositivi di fissaggio insieme alla rete, si consiglia di posizionarli ad almeno 6,5 mm dal bordo della rete.

**PRESTAZIONI**

Studi su animali hanno mostrato che l'impianto della rete GYNECARE GYNEMESH PS causa una reazione infiammatoria minima o leggera, solo transitoria e seguita dalla deposizione di un sottile strato fibroso di tessuto in grado di crescere attraverso gli interstizi della rete, incorporando quindi la rete nel tessuto adiacente. La rete resta morbida e pieghevole e la normale guarigione della ferita non viene alterata. Il materiale non viene assorbito, né subisce degrado o indebolimento dall'azione degli enzimi tessutali.

**CONTROINDICAZIONI**

Quando la rete GYNECARE GYNEMESH PS viene usata in neonati, bambini, donne in gravidanza o donne che hanno intenzione di avere una futura gravidanza, il chirurgo deve essere consapevole che questo prodotto potrebbe non estendersi sufficientemente per la crescita della paziente.

**ETH.MESH.02341494**



**AVVERTENZE E PRECAUZIONI**

- Gli utilizzatori devono conoscere molto bene le procedure e le tecniche chirurgiche che riguardano la riparazione del pavimento pelvico e delle reti non assorbibili prima di usare i sistemi di riparazione del pavimento pelvico GYNEMESH PS GYNECARE.
- Attenersi a procedure chirurgiche riconosciute in presenza di ferite infette o contaminate.
- Dopo l'intervento, la paziente dovrà astenersi dall'avere rapporti sessuali, dal sollevare pesi e/o svolgere esercizio fisico (ad es. ciclismo, corsa) fino a quando il medico non stabilirà che la paziente può tornare alle normali attività.
- Durante la manipolazione, evitare di esercitare un'eccessiva tensione sull'impianto in rete.
- Per ulteriori informazioni sulle procedure GYNECARE PROLIFT, fare riferimento alla tecnica chirurgica consigliata per il sistema di riparazione del pavimento pelvico GYNECARE PROLIFT.
- I sistemi di riparazione del pavimento pelvico GYNECARE PROLIFT devono essere utilizzati con attenzione per evitare di danneggiare vasi, nervi, vescica e intestino. Per ridurre al minimo i rischi è importante conoscere l'anatomia della paziente ed effettuare un uso corretto del dispositivo.
- È possibile che si presenti un dolore transitorio alle gambe che di solito potrà essere risolto mediante analgesici leggeri.
- Evitare di manipolare il dispositivo di recupero GYNECARE PROLIFT con strumenti appuntiti o di tagliarlo per modificarne la lunghezza.

**EFFETTI INDESIDERATI**

- I potenziali effetti collaterali sono quelli di solito associati ai materiali impiantabili chirurgicamente, compresa una possibilità di infezione, infiammazione, formazione di aderenze, formazione di fistole, erosione, estrusione e cicatrizzazione con conseguente contrazione dell'impianto.
- Durante il passaggio della guida GYNECARE PROLIFT possono verificarsi perforazioni o lacerazioni di vasi, nervi, vescica, uretra o intestino, che potrebbero necessitare di una riparazione chirurgica.

**STERILITÀ**

I sistemi di riparazione del pavimento pelvico GYNECARE PROLIFT sono sterilizzati con ossido di etilene. NON RISTERILIZZARE. NON RIUTILIZZARE. Non usare se la confezione è stata aperta o danneggiata. Eliminare tutti i dispositivi aperti e non usati.

**SMALTIMENTO**

Smaltire i dispositivi e le confezioni conformemente alle politiche dell'azienda e alle procedure relative ai materiali e rifiuti a rischio biologico.

**CONSERVAZIONE**



Condizioni raccomandate per la conservazione: temperatura ambiente e umidità relativa controllate (circa 25 °C, 60 % di umidità relativa), al riparo da umidità e calore diretto. Non usare dopo la data di scadenza.

**Simboli usati sulle etichette**





**ETH.MESH.02341495**





# PROLIFT*

Sistema de reparação do pavimento pélvico total
Sistema de reparação do pavimento pélvico anterior
Sistema de reparação do pavimento pélvico posterior

**Leia atentamente todas as informações.**

O não cumprimento das instruções poderá originar o funcionamento indevido dos dispositivos e provocar lesões pessoais.

*ATENÇÃO:* A lei federal (dos Estados Unidos da América) só permite a venda deste dispositivo a médicos ou sob receita destes.

Recomenda-se e encontra-se disponível formação relativa ao uso dos sistemas de reparação do pavimento pélvico GYNECARE PROLIFT*. Contacte o representante de vendas da sua empresa para providenciar esta formação.

**Consulte a técnica cirúrgica recomendada para os sistemas de reparação do pavimento pélvico GYNECARE PROLIFT para obter mais informações sobre os procedimentos GYNECARE PROLIFT.**

## INDICAÇÕES

Os sistemas de reparação do pavimento pélvico total, anterior e posterior GYNECARE PROLIFT estão indicados para reforço do tecido e estabilização de longa duração de estruturas fasciais do pavimento pélvico no prolapso da parede vaginal com indicação de trata-mento cirúrgico, como suporte mecânico ou material de ligação para o defeito fascial.

## DESCRIÇÃO

Os sistemas de reparação do pavimento pélvico total, anterior e posterior GYNECARE PROLIFT são constituídos por implantes da rede PROLENE* soft não absorvível GYNECARE GYNEMESH* PS pré-cortados e por um conjunto de instrumentos destinados a facilitar a colocação do implante de rede. No quadro seguinte resumem-se os instrumentos fornecidos com cada sistema:



| SISTEMA DE REPARAÇÃO | COMPONENTES | | | |
|---|---|---|---|---|
| | Implante de rede | Guia | Dispositivos de recuperação | Cânulas |
| Total | 1 total | 1 | 6 | 6 |
| Anterior | 1 anterior | 1 | 4 | 4 |
| Posterior | 1 posterior | 1 | 2 | 2 |

*Quadro 1 -- Componentes dos sistemas de reparação do pavimento pélvico GYNECARE PROLIFT*

## GYNECARE GYNEMESH PS

A GYNECARE GYNEMESH PS é uma rede feita a partir de filamentos tecidos de polipropileno extrudido, idêntico em composição ao utilizado na sutura cirúrgica não absorvível de polipropileno PROLENE, U.S.P. (ETHICON, INC.). Este material, quando usado como sutura, demonstrou não ser reactivo e manter a sua resistência indefinidamente em uso clínico. A rede proporciona excelente resistência, durabilidade e adaptabilidade cirúrgica, com porosidade suficiente para o necessário crescimento interno do tecido. Os monofilamentos azuis PROLENE foram introduzidos para criar faixas de contraste na rede. A rede é constituída por fibras monofilamentares de diâmetro reduzido, tecidas de modo a formar um padrão exclusivo que confere a esta rede uma flexibilidade de cerca de 50 porcento superior à da rede PROLENE standard. A rede é tecida mediante um processo que entrelaça as uniões de cada fibra e que lhe confere elasticidade em ambas as direcções. Este processo de fabrico permite que a rede seja cortada em qualquer formato ou tamanho desejado, sem desfiar. A propriedade elástica bidireccional permite a adaptação às várias tensões encontradas no corpo.

## Implante de rede total

O implante de rede total é construído a partir da GYNECARE GYNEMESH PS e a sua forma destina-se à realização de uma reparação vaginal total. O implante apresenta 6 tiras: 4 para fixação da zona anterior do implante através de uma abordagem transobturador e duas para fixação da zona posterior do implante no ligamento sacro-espinal através de uma abordagem transglútea. Em alternativa, as 2 tiras posteriores podem ser cortadas para reduzir o seu comprimento e fixas ao ligamento sacro-espinal através de uma abordagem vaginal. As tiras anteriores proximais e distais apresentam extremidades quadradas e triangulares, respectivamente, enquanto que as tiras posteriores apresentam extremidades arredondadas *(consulte a Figura 1).*

43



**ETH.MESH.02341496**



**Implante de rede anterior**

O implante de rede anterior é construído a partir da GYNECARE GYNEMESH PS e a sua forma destina-se à reparação de defeitos vaginais anteriores. O implante apresenta 4 tiras que são fixas através de uma abordagem transobturador. As tiras anteriores proximais e distais apresentam extremidades quadradas e triangulares, respetivamente *(consulte a Figura 1)*.

**Implante de rede posterior**

O implante de rede posterior é construído a partir da GYNECARE GYNEMESH PS e a sua forma destina-se à reparação de defeitos vaginais posteriores e/ou da abóbada vaginal apical. O implante apresenta 2 tiras que são fixas no ligamento sacro-espinal através de uma abordagem transglútea. Em alternativa, as 2 tiras posteriores podem ser cortadas para reduzir o seu comprimento e fixas ao ligamento sacro-espinal através de uma abordagem vaginal. As tiras posteriores apresentam extremidades arredondadas *(consulte a Figura 1)*.



Total      Anterior      Posterior

*Figura 1 -- Implantes de rede (total, anterior e posterior)*

**Guia GYNECARE PROLIFT**

O guia GYNECARE PROLIFT consiste num instrumento destinado a ser utilizado numa única doente, concebido para criar vias nos tecidos para permitir a colocação dos implantes de rede anterior, posterior e total e facilitar a colocação da cânula GYNECARE PROLIFT. O seu comprimento e curvatura foram especificamente concebidos para criar vias de colocação adequadas para todas as tiras do implante de rede. O guia GYNECARE PROLIFT é adequado para utilização nos dois lados da doente *(consulte a Figura 2)*.






*Figura 2 -- Guia GYNECARE PROLIFT*

ETH.MESH.02341497



**Cânula GYNECARE PROLIFT**

A cânula GYNECARE PROLIFT consiste num instrumento destinado a ser utilizado numa única doente, usado em conjunto com o guia GYNECARE PROLIFT para facilitar a passagem das tiras do implante e proteger simultaneamente os tecidos circundantes. Cada cânula GYNECARE PROLIFT é colocada sobre o guia GYNECARE PROLIFT antes da passagem e permanece colocada depois de se retirar o guia GYNECARE PROLIFT *(consulte a Figura 3)*.





*Figura 3 – Cânula GYNECARE PROLIFT*

*Figura 4 – Dispositivo de recuperação GYNECARE PROLIFT*

**Dispositivo de recuperação GYNECARE PROLIFT**

O dispositivo de recuperação GYNECARE PROLIFT consiste num instrumento destinado a ser utilizado numa única doente, concebido para facilitar a colocação das tiras do implante de rede. O dispositivo de recuperação GYNECARE PROLIFT é passado através da cânula GYNECARE PROLIFT previamente posicionada, até à sua extremidade distal ser recuperada através da dissecção vaginal. A extremidade distal do dispositivo de recuperação GYNECARE PROLIFT dispõe de uma ansa para prender bem a tira do implante de rede à medida que a tira é puxada para fora, através da cânula GYNECARE PROLIFT *(consulte a Figura 4)*.

**INSTRUÇÕES DE UTILIZAÇÃO**

*NOTA:* Nenhuma das figuras apresentadas em baixo se destina a facultar qualquer formação clínica, tendo por exclusiva finalidade demonstrar a utilização genérica de cada dispositivo.

**Colocação da cânula GYNECARE PROLIFT no guia GYNECARE PROLIFT** *(consulte as Figuras 5A e 5B)*








*Figura 5A*

*Figura 5B*

*IMPORTANTE:* Assegure-se do alinhamento adequado do conjunto da cânula GYNECARE PROLIFT e guia GYNECARE PROLIFT, conforme demonstrado na *Figura 5B*.


45

**ETH.MESH.02341498**

**Colocação da cânula GYNECARE PROLIFT na doente** *(consulte as Figuras 6A, 6B e 6C)*



| *Figura 6A* | *Figura 6B* | *Figura 6C* |

**Introdução e passagem do dispositivo de recuperação GYNECARE PROLIFT na cânula GYNECARE PROLIFT** *(consulte as Figuras 7A e 7B)*



| *Figura 7A* | *Figura 7B* |

*IMPORTANTE:* Todas as cânulas GYNECARE PROLIFT e os dispositivos de recuperação GYNECARE PROLIFT fornecidos deverão ser colocados antes da instalação do implante de rede.

**Captura de uma tira do implante de rede com o dispositivo de recuperação GYNECARE PROLIFT** *(consulte as Figuras 8A, 8B e 8C)*



| **Figura 8A** | **Figura 8B** | **Figura 8C** |

**46**



**ETH.MESH.02341499**

**Passagem de uma tira do implante de rede através da cânula GYNECARE PROLIFT** *(consulte as Figuras 9A, 9B e 9C)*





*Figura 9A*

*Figura 9B*



*Figura 9C*

*IMPORTANTE: Não remova as cânulas GYNERCARE PROLIFT da doente até que o implante de rede esteja colocado de forma apropriada.*

Caso se utilizem suturas, agrafos ou outros dispositivos de fixação em conjunto com a rede, recomenda-se que os mesmos sejam colocados a uma distância mínima de 6,5 mm do rebordo da rede.

### ACTUAÇÃO
Estudos feitos em animais mostram que a implantação da rede GYNECARE GYNEMESH PS provoca uma reacção inflamatória mínima a ligeira, a qual é passageira e é seguida do depósito de uma fina camada fibrosa de tecido que pode crescer através dos intervalos da rede, incorporando assim a rede no tecido adjacente. A rede mantém-se macia e flexível, não se verificando dificuldades no processo de cicatrização normal da ferida. O material não é absorvido nem está sujeito a degradação ou enfraquecimento pela acção das enzimas dos tecidos.

### CONTRA-INDICAÇÕES
Quando a rede GYNECARE GYNEMESH PS é utilizada em lactentes, crianças, mulheres grávidas ou que pretendam engravidar futuramente, o cirurgião deverá estar ciente de que este produto não tem elasticidade suficiente para acompanhar o crescimento da doente.

**ETH.MESH.02341500**



## ADVERTÊNCIAS E PRECAUÇÕES

- Antes de utilizar os sistemas de reparação do pavimento pélvico GYNECARE PROLIFT, os utilizadores devem estar familiarizados com as técnicas e os procedimentos cirúrgicos que envolvem a reparação do pavimento pélvico e redes não absorvíveis.
- Devem ser seguidas práticas cirúrgicas aceitáveis na presença de feridas infectadas ou contaminadas.
- No pós-operatório, deverá ser recomendado à doente que se abstenha de ter relações sexuais, não levante pesos e/ou faça exercícios físicos (como ciclismo e correr) até que o médico determine ser adequado para a doente voltar às suas actividades normais.
- Deve evitar-se aplicar uma tensão excessiva no implante de rede durante o manuseamento.
- Deve consultar-se a técnica cirúrgica recomendada para o sistema de reparação do pavimento pélvico GYNECARE PROLIFT, para obter mais informações sobre os procedimentos GYNECARE PROLIFT.
- Os sistemas de reparação do pavimento pélvico GYNECARE PROLIFT deverão ser usados com precaução de forma a evitar lesões em vasos, nervos, bexiga e intestinos. O facto de ter atenção à anatomia da doente e à utilização adequada do dispositivo irá minimizar os riscos.
- Pode ocorrer dor transitória nas pernas, que geralmente pode ser controlada com analgésicos fracos.
- Não se deve manipular o dispositivo de recuperação GYNECARE PROLIFT com instrumentos afiados nem cortá-lo para alterar o seu comprimento.

## REACÇÕES ADVERSAS

- As reacções adversas potenciais são aquelas tipicamente associadas a materiais cirurgicamente implantáveis, incluindo potenciação de infecção, inflamação, formação de aderências, formação de fístulas, erosão, extrusão e formação de tecido cicatricial originando contracção do implante.
- Podem ocorrer perfurações ou lacerações de vasos, nervos, bexiga, uretra ou intestino durante a passagem do guia GYNECARE PROLIFT, que podem exigir reparação cirúrgica.

## ESTERILIZAÇÃO

Os sistemas de reparação do pavimento pélvico GYNECARE PROLIFT são esterilizados com óxido de etileno. NÃO REESTERILIZAR. NÃO REUTILIZAR. Não utilizar se a embalagem estiver aberta ou danificada. Descartar todos os dispositivos abertos, que tenham sido utilizados ou não.

## ELIMINAÇÃO

Descartar os dispositivos e embalagens de acordo com a política e os procedimentos relativos a materiais e resíduos de risco biológico em vigor na sua instituição.

## ARMAZENAMENTO

Condições recomendadas de armazenamento: temperatura ambiente controlada e humidade relativa (aproximadamente 25 °C, 60% de humidade relativa), afastado da humidade e calor directo. Não utilizar para além do prazo de validade.



**Símbolos utilizados nas etiquetas**





**ETH.MESH.02341501**



ESPAÑOL



# Gynecare

# PROLIFT*

Sistema de reparación del suelo pélvico total
Sistema de reparación del suelo pélvico anterior
Sistema de reparación del suelo pélvico posterior

**Por favor lea con atención toda la información.**

De no seguir las instrucciones correctamente, los dispositivos podrían no funcionar adecuadamente e incluso causar lesiones personales.

*ATENCIÓN:* las leyes federales de los EE.UU. restringen la venta de este dispositivo al personal facultativo o bajo su prescripción.

Se recomienda recibir la instrucción adecuada antes de utilizar los sistemas de reparación del suelo pélvico GYNECARE PROLIFT*. Coordine la instrucción con el representante de ventas de su compañía.

**Refiérase a la técnica quirúrgica recomendada para los sistemas de reparación del suelo pélvico GYNECARE PROLIFT para obtener más información sobre los procedimientos GYNECARE PROLIFT.**

## INDICACIONES

Los sistemas de reparación del suelo pélvico total, anterior y posterior GYNECARE PROLIFT están indicados para el refuerzo del tejido y la estabilización prolongada de las estructuras fasciales del suelo pélvico en el prolapso de la pared vaginal donde debe realizarse el tratamiento quirúrgico, ya sea como soporte mecánico o como material de unión para el defecto fascial.

## DESCRIPCIÓN

Los sistemas de reparación del suelo pélvico total, anterior y posterior GYNECARE PROLIFT constan de implantes de malla blanda PROLENE* no absorbibles GYNECARE GYNEMESH* PS previamente cortados y un juego de instrumental para facilitar la colocación de los implantes de malla. En la siguiente tabla se resumen los instrumentos incluidos en cada sistema:

| SISTEMA DE REPARACIÓN | COMPONENTES | | | |
|---|---|---|---|---|
| | Implante de malla | Guía | Dispositivos de tracción | Cánulas |
| Total | 1 total | 1 | 6 | 6 |
| Anterior | 1 anterior | 1 | 4 | 4 |
| Posterior | 1 posterior | 1 | 2 | 2 |

*Tabla 1 – Componentes del sistema de reparación del suelo pélvico GYNECARE PROLIFT*

## GYNECARE GYNEMESH PS

La malla GYNECARE GYNEMESH PS está fabricada con filamentos tejidos de polipropileno extruido de composición idéntica a la utilizada en la sutura de polipropileno PROLENE, suturas quirúrgicas no absorbibles, U.S.P. (ETHICON, INC.). Según se ha comprobado, este material no es reactivo cuando se emplea como sutura y retiene su resistencia indefinidamente en el uso clínico. La malla ofrece una resistencia, durabilidad y adaptabilidad quirúrgica excelentes, con suficiente porosidad para la necesaria integración del tejido. Contiene además monofilamentos de PROLENE de color azul que forman líneas de contraste con el resto de la malla. Ésta está fabricada con fibras monofilamento de diámetro reducido tejidas con un diseño único, que le otorga una flexibilidad casi un 50 por ciento superior a la de la malla PROLENE común. La malla está tejida mediante un proceso que entrelaza la unión de cada fibra y proporciona elasticidad en ambas direcciones. Esta construcción permite cortar la malla en cualquier forma o tamaño deseados sin que se desenrede. La elasticidad bidireccional le permite adaptarse a las diferentes tensiones presentes en el cuerpo.

## Implante de malla total

El implante de malla total está fabricado con GYNECARE GYNEMESH PS y tiene la forma requerida para realizar una reparación vaginal total. El implante tiene 6 tiras: 4 para fijar la parte anterior del implante utilizando un transobturador y dos para fijar la parte posterior en el ligamento sacroespinoso de forma transglútea. Como alternativa, las 2 tiras posteriores pueden cortarse para reducir su longitud y fijarse en el ligamento sacroespinoso de forma vaginal. Las tiras anteriores proximales y distales tienen extremos cuadrados y triangulares, respectivamente, mientras que las tiras posteriores tienen extremos redondeados *(ver la figura 1).*



**49**

**ETH.MESH.02341502**



**Implante de malla anterior**

El implante de malla anterior está fabricado con GYNECARE GYNEMESH PS y tiene la forma requerida para realizar la reparación de defectos vaginales anteriores. El implante tiene 4 tiras que se fijan con un transobturador. Las tiras anteriores proximales y distales tienen extremos cuadrados y triangulares, respectivamente *(ver la figura 1)*.

**Implante de malla posterior**

El implante de malla posterior está fabricado con GYNECARE GYNEMESH PS y tiene la forma requerida para reparar defectos en la cúpula vaginal posterior y/o apical. El implante tiene 2 tiras que se fijan en el ligamento sacroespinoso de forma transglútea. Como alternativa, las 2 tiras posteriores pueden cortarse para reducir su longitud y fijarse en el ligamento sacroespinoso de forma vaginal. Las tiras posteriores tienen extremos redondeados *(ver la figura 1)*.



Total          Anterior          Posterior

*Figura 1 -- Implantes de malla (total, anterior y posterior)*

 

**Guía GYNECARE PROLIFT**

La guía GYNECARE PROLIFT es un instrumento para uso en un solo paciente diseñado para crear vías de tejido que permitan colocar los implantes de malla total, anterior y posterior y para facilitar la colocación de la cánula GYNECARE PROLIFT. Su longitud y curvatura están específicamente diseñadas para crear vías de colocación adecuadas para todas las tiras de implante de malla. La guía GYNECARE PROLIFT es adecuada para ser utilizada a ambos lados de la paciente *(ver figura 2)*.



*Figura 2 -- Guía GYNECARE PROLIFT*



ETH.MESH.02341503



**Cánula GYNECARE PROLIFT**

La cánula GYNECARE PROLIFT es un instrumento para uso en un solo paciente que se utiliza junto con la guía GYNECARE PROLIFT para facilitar el pasaje de las tiras del implante y, al mismo tiempo, proteger el tejido adyacente. Cada cánula GYNECARE PROLIFT se coloca sobre la guía GYNECARE PROLIFT antes de pasarla y se deja en su lugar después de retirar la guía GYNECARE PROLIFT *(ver figura 3)*.



*Figura 3 – Cánula GYNECARE PROLIFT*



*Figura 4 – Dispositivo de tracción GYNECARE PROLIFT*

**Dispositivo de tracción GYNECARE PROLIFT**

El dispositivo de tracción GYNECARE PROLIFT es un instrumento para uso en un solo paciente diseñado para facilitar la colocación de las tiras de implante de malla. El dispositivo de tracción GYNECARE PROLIFT se pasa por la cánula GYNECARE PROLIFT previamente posicionada hasta que se recupera su extremo distal a través de la disección vaginal. El extremo distal del dispositivo de tracción GYNECARE PROLIFT tiene un lazo para capturar de forma segura la tira del implante de malla al retirarla a través de la cánula GYNECARE PROLIFT *(ver figura 4)*.

**INSTRUCCIONES DE USO**

*NOTA:* las siguientes figuras no ilustran técnicas clínicas sino que se limitan a mostrar el uso general de cada dispositivo.

**Colocación de la cánula GYNECARE PROLIFT sobre la guía GYNECARE PROLIFT** *(ver figuras 5A y 5B)*




*Figura 5A*



*Figura 5B*

*IMPORTANTE:* asegúrese de que la cánula GYNECARE PROLIFT y la guía GYNECARE PROLIFT están correctamente alineadas una vez montadas, según muestra la *figura 5B*.





51

**ETH.MESH.02341504**



**Colocación de la cánula GYNECARE PROLIFT en la paciente** *(ver figuras 6A, 6B y 6C)*





*Figura 6A*                *Figura 6B*                *Figura 6C*

**Inserción y pasaje del dispositivo de tracción GYNECARE PROLIFT en la cánula GYNECARE PROLIFT** *(ver figuras 7A y 7B)*




*Figura 7A*                *Figura 7B*

*IMPORTANTE:* todas las cánulas GYNECARE PROLIFT y dispositivos de tracción GYNECARE PROLIFT suministrados deben colocarse antes de instalar los implantes de malla.

**Captura de una tira de implante de malla con el dispositivo de tracción GYNECARE PROLIFT** *(ver figuras 8A, 8B y 8C)*





*Figura 8A*                *Figura 8B*                *Figura 8C*



ETH.MESH.02341505

**Pasaje de una tira de implante de malla a través de la cánula GYNECARE PROLIFT** *(ver figuras 9A, 9B y 9C)*



*Figura 9A*



*Figura 9B*



*Figura 9C*

*IMPORTANTE: no retirar las cánulas GYNECARE PROLIFT de la paciente hasta haber posicionado correctamente el implante de malla.*

En el caso de utilizar suturas, grapas u otros dispositivos de fijación junto con la malla, se recomienda colocarlos a al menos 6,5 mm del borde de la malla.

**RENDIMIENTO**

Los estudios realizados en animales demuestran que la implantación de la malla GYNECARE GYNEMESH PS provoca una reacción inflamatoria pasajera de mínima a leve, seguida por la deposición de una capa fibrosa delgada de tejido capaz de crecer entre los intersticios de la malla y, de esta manera, incorporarla al tejido adyacente. La malla se mantiene blanda y maleable y la cicatrización normal de la herida no se ve afectada de forma notoria. El material no es absorbido ni sometido a degradación o debilitamiento por la acción de las enzimas de los tejidos.

**CONTRAINDICACIONES**

Cuando la malla GYNECARE GYNEMESH PS se utiliza en bebés, niños, mujeres embarazadas o mujeres que tienen pensado tener hijos en el futuro, el cirujano debe ser consciente de que este producto no se estirará de forma significativa a medida que crece la paciente.

ETH.MESH.02341506



## ADVERTENCIAS Y PRECAUCIONES

- Antes de utilizar los sistemas de reparación del suelo pélvico GYNECARE PROLIFT, se recomienda a los usuarios familiarizarse con los procedimientos y técnicas quirúrgicas para la reparación del suelo pélvico y mallas no absorbibles.
- Deben seguirse las prácticas quirúrgicas aceptables para el tratamiento de heridas infectadas o contaminadas.
- Debe recomendarse a la paciente que, después de la operación, se abstenga de tener relaciones sexuales, levantar objetos pesados y/o hacer ejercicio (por ejemplo, ir en bicicleta o correr) hasta que el médico determine que puede reanudar sus actividades normales.
- Evite colocar una tensión excesiva sobre el implante de malla durante su manipulación.
- Refiérase a la técnica quirúrgica recomendada para los sistemas de reparación del suelo pélvico GYNECARE PROLIFT para obtener más información sobre los procedimientos GYNECARE PROLIFT.
- Los sistemas de reparación del suelo pélvico GYNECARE PROLIFT deben utilizarse con cuidado para evitar dañar vasos grandes, nervios, la vejiga y los intestinos. Prestando atención a la anatomía de la paciente y utilizando el dispositivo correctamente se reducen los riesgos al mínimo.
- Puede producirse dolor temporal en la pierna pero, por lo general, puede tratarse con analgésicos suaves.
- No manipule el dispositivo de tracción GYNECARE PROLIFT con instrumentos afilados ni lo corte para modificar su longitud.

## REACCIONES ADVERSAS

- Las posibles reacciones adversas son típicamente asociadas con materiales implantables quirúrgicos e incluyen potenciamiento de infecciones, inflamación, formación de adherencias, formación de fístulas, erosión, extrusión y heridas que producen contracción del implante.
- Pueden producirse perforaciones o laceraciones en vasos, nervios, la vejiga, la uretra o los intestinos durante el pasaje de la guía GYNECARE PROLIFT que pueden necesitar reparación quirúrgica.

## ESTERILIDAD

Los sistemas de reparación del suelo pélvico GYNECARE PROLIFT están esterilizados con óxido de etileno. NO REESTERILIZAR. NO REUTILIZAR. No utilizar si el envase está abierto o dañado. Desechar todos los dispositivos abiertos no utilizados.

## ELIMINACIÓN

Deseche los dispositivos y envases según las normas y procedimientos utilizados en su institución para materiales y desechos biopeligrosos.

## ALMACENAJE

Condiciones de almacenamiento recomendadas: temperatura ambiente y humedad relativa controladas (aproximadamente 25 °C, 60 % humedad relativa), alejado de la humedad y el calor directo. No usarlo después de la fecha de caducidad.



**Símbolos utilizados en las etiquetas**





**ETH.MESH.02341507**





# PROLIFT*

System för total reparation av bäckenbotten
System för reparation av främre delen av bäckenbotten
System för reparation av bakre delen av bäckenbotten

**Läs noga igenom all information.**

Underlåtenhet att noggrant följa dessa anvisningar kan resultera i att instrumenten inte fungerar korrekt och även medföra att skada uppstår.

*OBS!* Enligt amerikansk federal lagstiftning får denna anordning endast säljas av eller på order av läkare.

Utbildning i hur man använder GYNECARE PROLIFT* system för reparation av bäckenbotten rekommenderas och kan ordnas. Kontakta företagets försäljningsrepresentant för att planera utbildning.

**Se rekommenderad kirurgisk teknik för GYNECARE PROLIFT system för reparation av bäckenbotten för ytterligare information om ingrepp med GYNECARE PROLIFT.**

## INDIKATIONER

GYNECARE PROLIFT system för total, främre och bakre reparation av bäckenbotten är indikerade för att stärka vävnad och för långvarig stabilisering av fasciala strukturer i bäckenbotten vid vaginalprolaps när kirurgisk behandling är planerad, antingen som mekaniskt stöd eller som brygga för att korrigera defekten i fascia.

## BESKRIVNING

GYNECARE PROLIFT system för total, främre och bakre reparation av bäckenbotten består av tillklippta GYNECARE GYNEMESH* PS icke resorberbara PROLENE* mjuka nätimplantat och en uppsättning instrument för att underlätta implantatplacering. I följande tabell finns en sammanställning av de instrument som ingår i respektive system:



| SYSTEM | KOMPONENTER | | | |
|--------|-------------|-------|-----------------|--------|
|        | Nätimplantat | Guide | Grip-instrument | Kanyler |
| Total  | 1 total     | 1     | 6               | 6      |
| Främre | 1 främre    | 1     | 4               | 4      |
| Bakre  | 1 bakre     | 1     | 2               | 2      |

*Tabell 1 – GYNECARE PROLIFT komponenter i system för reparation av bäckenbotten*

## GYNECARE GYNEMESH PS

GYNECARE GYNEMESH PS är ett nät tillverkat av sammanvävda filament av strängsprutad polypropen med en sammansättning som är identisk med PROLENE icke resorberbar polypropensutur, U.S.P. (ETHICON, INC.). Detta material har vid användning som suturmaterial rapporterats vara icke-reaktivt och behålla sin styrka under obegränsad tid vid klinisk användning. Nätet är utomordentligt starkt, hållbart och kirurgiskt anpassningsbart och samtidigt tillräckligt poröst för att möjliggöra nödvändig vävnadsinväxt. Blå PROLENE monofilament har vävts in för att ge kontrasterande ränder i nätet. Nätet är gjort av monofilamentfiber med reducerad diameter, vävda i en unik design som ger ett nät som är ca 50 procent mer flexibelt än PROLENE-nät av standardtyp. Nätet är tillverkat enligt en process som länkar samman varje fiberkorsning vilket ger elasticitet i båda riktningarna. Tack vare denna konstruktion kan nätet klippas till i vilken form och storlek som helst utan att fransas upp. Denna tvåvägselasticitet gör att nätet kan anpassa sig till de varierande påfrestningar som uppstår i kroppen.

## Total nätimplantat

Det totala nätimplantatet är tillverkat av GYNECARE GYNEMESH PS och utformat för total vaginal reparation. Implantatet har sex remsor: fyra för att fästa den främre delen av implantatet genom slyngingrepp och två för att fästa den bakre delen av implantatet i det sakrospinala ligamentet genom ett transglutealt ingrepp. Alternativt kan de två bakre remsorna klippas till och förkortas för att fästas i det sakrospinala ligamentet vid ingrepp genom vagina. De proximala och distala främre remsorna har raka respektive trekantiga ändar, medan de bakre remsorna har rundade ändar *(se figur 1).*



**55**

**ETH.MESH.02341508**



**Främre nätimplantat**

Det främre nätimplantatet är tillverkat av GYNECARE GYNEMESH PS och utformat för reparation av defekter i främre delen av vagina. Implantatet har fyra remsor som fästs genom ett slyngingrepp. De proximala och distala främre remsorna har raka respektive trekantiga ändar *(se figur 1)*.

**Bakre nätimplantat**

Det bakre nätimplantatet är tillverkat av GYNECARE GYNEMESH PS och utformat för reparation av defekter i bakre och/eller apikala delen av vagina. Implantatet har två remsor som fästs i det sakrospinala ligamentet genom ett transglutealt ingrepp. Alternativt kan de två bakre remsorna klippas till och förkortas för att fästas i det sakrospinala ligamentet vid ingrepp genom vagina. De bakre remsorna har rundade ändar *(se figur 1)*.



Total    Främre    Bakre

*Figur 1 – Nätimplantat (total, främre och bakre)*

**GYNECARE PROLIFT guide**

GYNECARE PROLIFT guide är engångsinstrument utformat för att skapa vägar i vävnaden för att placera nätimplantaten (total, främre och bakre) och för att underlätta placeringen av GYNECARE PROLIFT kanyl. Dess längd och böjning är speciellt utformad för att skapa korrekta vägar för placering av alla nätimplantatremsor. GYNECARE PROLIFT är lämplig att användа på patientens båda sidor *(se figur 2)*.





*Figur 2 – GYNECARE PROLIFT guide*


ETH.MESH.02341509



## GYNECARE PROLIFT kanyl

GYNECARE PROLIFT kanyl är ett engångsinstrument som används tillsammans med GYNECARE PROLIFT guide för att underlätta passage av implantatremsorna samtidigt som omgivande vävnad skyddas. GYNECARE PROLIFT kanyl placeras över GYNECARE PROLIFT guide före passage och ska sitta kvar när GYNECARE PROLIFT guide dras tillbaka *(se figur 3)*.



*Figur 3 – GYNECARE PROLIFT kanyl*



*Figur 4 – GYNECARE PROLIFT gripinstrument*

## GYNECARE PROLIFT gripinstrument

GYNECARE PROLIFT gripinstrument är ett engångsinstrument avsett att underlätta placeringen av nätimplantatremsorna. GYNECARE PROLIFT gripinstrument dras genom den tidigare placerade GYNECARE PROLIFT kanylen tills dess distala ände går igenom den vaginala dissektionen. Den distala änden av GYNECARE PROLIFT gripinstrument har en ögla för att på ett säkert sätt gripa tag i nätimplantatremsan när den dras ut genom GYNECARE PROLIFT kanyl *(se figur 4)*.

## BRUKSANVISNING

*ANM:* Bilderna nedan är inte avsedda att tillhandahålla någon klinisk utbildning och visar endast allmän användning av respektive instrument.

**Placering av GYNECARE PROLIFT kanyl i GYNECARE PROLIFT guide** *(se figur 5A och 5B)*




*Figur 5A*




*Figur 5B*

*VIKTIGT:* Kontrollera att GYNECARE PROLIFT kanyl och GYNECARE PROLIFT guide placeras korrekt vid hopsättning, *se figur 5B*.



57

ETH.MESH.02341510

en



**Placering av GYNECARE PROLIFT kanyl på patienten** *(se figur 6A, 6B och 6C)*





*Figur 6A*                    *Figur 6B*                    *Figur 6C*

**Införande och passage av GYNECARE PROLIFT gripinstrument i GYNECARE PROLIFT kanyl** *(se figur 7A och 7B)*





*Figur 7A*                                        *Figur 7B*

*VIKTIGT:* Alla medföljande GYNECARE PROLIFT kanyler och GYNECARE PROLIFT gripinstrument ska vara på plats innan nätimplantatet fästs.

**Grip tag i en nätimplantatremsa med GYNECARE PROLIFT gripinstrument** *(se figur 8A, 8B och 8C)*





*Figur 8A*                    *Figur 8B*                    *Figur 8C*



**ETH.MESH.02341511**



**Passage av nätimplantatremsa genom GYNECARE PROLIFT kanyl *(se figur 9A, 9B och 9C)***



*Figur 9A*



*Figur 9B*



*Figur 9C*

*VIKTIGT: Ta inte bort inte GYNECARE PROLIFT kanyler från patienten förrän nätimplantatet är korrekt placerat.*

Om suturer, klamrar eller andra fixationsinstrument används tillsammans med nätet bör dessa placeras minst 6,5 mm från nätets kant.

**PRESTANDA**
Djurstudier visar att implantation av GYNECARE GYNEMESH PH nät framkallar en minimal till lindrig inflammatorisk reaktion, vilken är övergående och efterföljs av deponering av ett tunt bindvävslager som kan växa igenom nätmaskorna så att nätet införlivas med intilliggande vävnad. Nätet förblir mjukt och formbart och den normala sårläkningen påverkas inte märkbart. Materialet resorberas inte och bryts inte ned eller försvagas av vävnadsenzymer.

**KONTRAINDIKATIONER**
Vid användning av GYNECARE GYNEMESH PS nät på spädbarn, barn, gravida eller kvinnor som planerar framtida graviditet skall kirurgen vara medveten om att denna produkt inte kan sträckas i någon signifikant omfattning efterhand som patienten växer.

**ETH.MESH.02341512**



## VARNINGAR OCH FÖRSIKTIGHETSÅTGÄRDER

- Användare ska ha erfarenhet av operationsteknik som används vid reparation av bäckenbotten samt icke resorberbara nät innan de börjar använda GYNECARE PROLIFT system för reparation av bäckenbotten.
- Accepterad kirurgisk praxis skall följas om det finns infekterade eller kontaminerade sår.
- Efter operationen bör patienten rådas att avstå från samlag, tunga lyft och/eller motion (t.ex. cykla, jogga) tills läkaren meddelar att det är lämpligt för patienten att återgå till sina normala aktiviteter.
- Undvik att belasta nätimplantatet kraftigt vid behandlingen.
- Se rekommenderad kirurgisk teknik för GYNECARE PROLIFT system för reparation av bäckenbotten för ytterligare information om ingrepp med GYNECARE PROLIFT.
- GYNECARE PROLIFT system för reparation av bäckenbotten ska användas med försiktighet för att undvika skador på blodkärl, nerver, urinblåsa och tarmar. Hänsynstagande till patientens anatomi och korrekt användning av instrumentet bidrar till att minimera riskerna.
- Övergående bensmärtor kan förekomma och kan vanligen behandlas med lätta analgetika.
- Manipulera inte GYNECARE PROLIFT gripinstrument med vassa instrument och klipp inte i det för att ändra längden.

## BIVERKNINGAR

- Möjliga biverkningar är sådana som vanligen kan sättas i samband med kirurgiska implantat, däribland försämring av infektion, inflammation, adherensbildning, fistelbildning, erosion, extrusion och ärrbildning som kan leda till kontraktion av implantatet.
- Punktion eller laceration av blodkärl, nerver, urinblåsa, urinrör eller tarmar kan förekomma i samband med passage av GYNECARE PROLIFT guide och kan kräva kirurgisk reparation.

## STERILITET

GYNECARE PROLIFT system för reparation av bäckenbotten är steriliserade med etylenoxid. FÅR EJ RESTERILISERAS. FÅR EJ ÅTERANVÄNDAS. Produkterna får ej användas om förpackningen varit öppnad tidigare eller är skadad. Kassera oanvända produkter vars förpackningar har öppnats.

## KASSERING

Kassera instrument och förpackningar enligt de regler och rutiner som gäller på din arbetsplats för hantering av biologiskt riskavfall.

## FÖRVARING

Rekommenderade förvaringsförhållanden: kontrollerad rumstemperatur och relativ luftfuktighet (cirka 25 °C, 60 % relativ luftfuktighet). Skyddas mot fukt och direkt värme. Får ej användas efter utgångsdatum.




### Symboler på etiketterna





**60**

ETH.MESH.02341513



---

ΕΛΛΗΝΙΚΑ



# Gynecare
# PROLIFT*

**Σύστημα ολικής αποκατάστασης πυελικού εδάφους**
**Σύστημα αποκατάστασης πρόσθιου πυελικού εδάφους**
**Σύστημα αποκατάστασης οπίσθιου πυελικού εδάφους**

**Διαβάστε προσεκτικά όλες τις πληροφορίες.**

Εάν δεν ακολουθήσετε σωστά τις οδηγίες, οι συσκευές πιθανόν να μη λειτουργήσουν σωστά και ενδέχεται να προκληθεί τραυματισμός.

*ΠΡΟΣΟΧΗ:* Η ομοσπονδιακή νομοθεσία (των Η.Π.Α.) περιορίζει την πώληση της συσκευής αυτής σε ιατρούς ή κατόπιν εντολής ιατρού.

Συνιστάται και διατίθεται εκπαίδευση στη χρήση των συστημάτων αποκατάστασης πυελικού εδάφους GYNECARE PROLIFT*. Επικοινωνήστε με τον αντιπρόσωπο πωλήσεων της εταιρείας για να κανονίσετε την εκπαίδευση.

**Ανατρέξτε στη συνιστώμενη χειρουργική τεχνική για τα συστήματα αποκατάστασης πυελικού εδάφους GYNECARE PROLIFT για επιπλέον πληροφορίες σχετικά με τις διαδικασίες GYNECARE PROLIFT.**

## ΕΝΔΕΙΞΕΙΣ

Τα συστήματα ολικής αποκατάστασης, αποκατάστασης πρόσθιου και οπίσθιου πυελικού τοιχώματος GYNECARE PROLIFT ενδείκνυνται για την ενίσχυση ιστού και τη μακροχρόνια σταθεροποίηση των περιτοναϊκών δομών του πυελικού εδάφους, σε περιπτώσεις πρόπτωσης του κολπικού τοιχώματος όπου επίκειται χειρουργική αντιμετώπιση, είτε ως μηχανική υποστήριξη είτε ως υλικό γεφύρωσης του ελλείμματος της περιτονίας.

## ΠΕΡΙΓΡΑΦΗ

Το σύστημα ολικής αποκατάστασης και τα συστήματα αποκατάστασης του πρόσθιου και του οπίσθιου πυελικού τοιχώματος GYNECARE PROLIFT αποτελούνται από ήδη κομμένα εμφυτεύματα μαλακού πλέγματος GYNECARE GYNEMESH* PS από μη απορροφήσιμο υλικό PROLENE* και από ένα σετ εργαλείων για τη διευκόλυνση της τοποθέτησης των εμφυτευμάτων πλέγματος. Ο παρακάτω πίνακας δίνει συνοπτικά τα εργαλεία που περιλαμβάνονται με κάθε σύστημα:



| ΣΥΣΤΗΜΑ ΕΠΙΣΚΕΥΗΣ | ΕΞΑΡΤΗΜΑΤΑ | | | |
|---|---|---|---|---|
| | Εμφύτευμα πλέγματος | Οδηγός | Συσκευές ανάκτησης | Σωληνίσκοι |
| Ολικό | 1 ολικό | 1 | 6 | 6 |
| Πρόσθιο | 1 πρόσθιο | 1 | 4 | 4 |
| Οπίσθιο | 1 οπίσθιο | 1 | 2 | 2 |

*Πίνακας 1 - Εξαρτήματα συστημάτων αποκατάστασης πυελικού εδάφους GYNECARE PROLIFT*

**GYNECARE GYNEMESH PS**

Το πλέγμα GYNECARE GYNEMESH PS κατασκευάζεται από πλεκτά νήματα εξωθημένου πολυπροπυλενίου, πανομοιότυπα σε σύνθεση με εκείνα που χρησιμοποιούνται στο ράμμα πολυπροπυλενίου, στα μη απορροφήσιμα χειρουργικά ράμματα PROLENE, κατά U.S.P. (ETHICON, INC.). Το υλικό αυτό, όταν χρησιμοποιείται ως ράμμα, έχει αναφερθεί ότι είναι μη δραστικό και ότι διατηρεί την αντοχή του επ' αόριστο κατά την κλινική χρήση. Το πλέγμα χαρακτηρίζεται από εξαιρετική αντοχή, διάρκεια ζωής και δυνατότητα προσαρμογής σε διάφορες χειρουργικές τεχνικές, καθώς διαθέτει επαρκώς πορώδη δομή που επιτρέπει την απαραίτητη διείσδυση ιστών. Για την εμφάνιση λωρίδων αντίθεσης στο πλέγμα, έχουν ενσωματωθεί μεμονωμένα μπλε νήματα PROLENE. Το πλέγμα κατασκευάζεται από μονόκλωνες ίνες μεικασμένης διαμέτρου, πλεγμένες ώστε να σχηματίζουν ένα μοναδικό σχέδιο που καταλήγει σε πλέγμα, το οποίο είναι περίπου 50 τοις εκατό πιο εύκαμπτο από το τυπικό πλέγμα PROLENE. Το πλέγμα πλέκεται με μια διαδικασία που συνδέει μεταξύ τους τις ενώσεις των ινών, εξασφαλίζοντας έτσι την ελαστικότητα και προς τις δύο διευθύνσεις. Η κατασκευή αυτή επιτρέπει την κοπή του πλέγματος σε οποιοδήποτε επιθυμητό σχήμα ή μέγεθος, χωρίς να ξετυλίγεται. Η ελαστικότητα προς δύο κατευθύνσεις επιτρέπει την προσαρμογή του στις διάφορες τάσεις που παρουσιάζονται στο σώμα.



**61**

**ETH.MESH.02341514**



**Ολικό εμφύτευμα πλέγματος**

Το ολικό εμφύτευμα πλέγματος κατασκευάζεται από GYNECARE GYNEMESH PS και έχει σχήμα κατάλληλο για την εκτέλεση ολικής κολπικής αποκατάστασης. Το εμφύτευμα διαθέτει 6 ιμάντες: οι 4 προορίζονται για την καθήλωση του πρόσθιου τμήματος του εμφυτεύματος μέσω διαθυροειδούς προσέγγισης και οι δύο για την καθήλωση του οπίσθιου τμήματος του εμφυτεύματος στον ιερονωτιαίο σύνδεσμο, μέσω διαγλουτιαίας προσέγγισης. Εναλλακτικά, οι 2 οπίσθιοι ιμάντες μπορούν να κοπούν στο κατάλληλο μήκος και να στερεωθούν στον ιερονωτιαίο σύνδεσμο μέσω κολπικής προσέγγισης. Οι εγγύς και περιφερικοί πρόσθιοι ιμάντες φέρουν τετράγωνα και τριγωνικά άκρα, αντίστοιχα, ενώ οι οπίσθιοι ιμάντες φέρουν στρογγυλεμένα άκρα *(βλ. εικόνα 1)*.

**Πρόσθιο εμφύτευμα πλέγματος**

Το πρόσθιο εμφύτευμα πλέγματος κατασκευάζεται από GYNECARE GYNEMESH PS και έχει σχήμα κατάλληλο για την αποκατάσταση πρόσθιων κολπικών βλαβών. Το εμφύτευμα φέρει 4 ιμάντες, οι οποίοι στερεώνονται μέσω διαθυροειδούς προσέγγισης. Οι εγγύς και περιφερικοί πρόσθιοι ιμάντες φέρουν τετράγωνα και τριγωνικά άκρα, αντίστοιχα *(βλ. εικόνα 1)*.

**Οπίσθιο εμφύτευμα πλέγματος**

Το οπίσθιο εμφύτευμα πλέγματος κατασκευάζεται από GYNECARE GYNEMESH PS και έχει σχήμα κατάλληλο για την αποκατάσταση οπίσθιων και/ή κορυφαίων κολπικών βλαβών. Το εμφύτευμα φέρει 2 ιμάντες, οι οποίοι στερεώνονται στον ιερονωτιαίο σύνδεσμο μέσω διαγλουτιαίας προσέγγισης. Εναλλακτικά, οι 2 οπίσθιοι ιμάντες μπορούν να κοπούν στο κατάλληλο μήκος και να στερεωθούν στον ιερονωτιαίο σύνδεσμο μέσω κολπικής προσέγγισης. Οι οπίσθιοι ιμάντες φέρουν στρογγυλεμένα άκρα *(βλ. εικόνα 1)*.




*Εικόνα 1 - Εμφυτεύματα πλέγματος (ολικό, πρόσθιο και οπίσθιο)*

**Οδηγός GYNECARE PROLIFT**

Ο οδηγός GYNECARE PROLIFT είναι ένα εργαλείο για χρήση σε μία μόνον ασθενή, σχεδιασμένο ώστε να δημιουργεί οδούς στον ιστό για τη διευκόλυνση της τοποθέτησης των ολικών, των πρόσθιων και των οπίσθιων εμφυτευμάτων πλέγματος, καθώς και για τη διευκόλυνση της τοποθέτησης του σωληνίσκου GYNECARE PROLIFT. Το μήκος και η καμπυλότητά τους είναι ειδικά σχεδιασμένα για να δημιουργούν τις κατάλληλες οδούς τοποθέτησης για όλους τους ιμάντες των εμφυτευμάτων πλέγματος. Ο οδηγός GYNECARE PROLIFT είναι κατάλληλος για χρήση και στις δύο πλευρές της ασθενούς *(βλ. εικόνα 2)*.



*Εικόνα 2 - Οδηγός GYNECARE PROLIFT*




ETH.MESH.02341515



### Σωληνάριο GYNECARE PROLIFT

Ο σωληνίσκος GYNECARE PROLIFT είναι ένα εργαλείο για χρήση σε μία μόνον ασθενή, το οποίο χρησιμοποιείται σε συνδυασμό με τον οδηγό GYNECARE PROLIFT, για τη διευκόλυνση της διέλευσης των ιμάντων των εμφυτευμάτων, προστατεύοντας ταυτόχρονα τους περιβάλλοντες ιστούς. Κάθε σωληνίσκος GYNECARE PROLIFT τοποθετείται επάνω από τον οδηγό GYNECARE PROLIFT πριν από τη διέλευση και παραμένει στη θέση αυτή μετά την απομάκρυνση του οδηγού GYNECARE PROLIFT *(βλ. εικόνα 3)*.



*Εικόνα 3 - Σω ECARE PROLIFT*



*Εικόνα 4 - Συσκευή ανάκτησης GYNECARE PROLIFT*

### Συσκευή ανάκτησης GYNECARE PROLIFT

Η συσκευή ανάκτησης GYNECARE PROLIFT είναι ένα εργαλείο για χρήση σε μία μόνον ασθενή, το οποίο έχει σχεδιαστεί για να διευκολύνει την τοποθέτηση των ιμάντων των εμφυτευμάτων πλέγματος. Η συσκευή ανάκτησης GYNECARE PROLIFT διέρχεται διαμέσου του σωληνίσκου GYNECARE PROLIFT που έχει τοποθετηθεί προηγουμένως, μέχρις ότου το περιφερικό άκρο του ανακτηθεί διαμέσου της κολπικής διατομής. Το περιφερικό άκρο της συσκευής ανάκτησης GYNECARE PROLIFT φέρει ένα βρόχο για την ασφαλή σύλληψη του ιμάντα του εμφυτεύματος πλέγματος, καθώς ο ιμάντας έλκεται προς τα έξω διαμέσου του σωληνίσκου GYNECARE PROLIFT *(βλ. εικόνα 4)*.

## ΟΔΗΓΙΕΣ ΧΡΗΣΗΣ

*ΣΗΜΕΙΩΣΗ:* Καμία από τις παρακάτω εικόνες δεν προορίζεται να παρέχει κλινική εκπαίδευση, αλλά παρουσιάζουν απλώς τη γενική χρήση κάθε συσκευής.

**Τοποθέτηση του σωληνίσκου GYNECARE PROLIFT μέσα στον οδηγό GYNECARE PROLIFT** *(βλ. εικόνες 5A και 5B)*



*Εικόνα 5A*



*Εικόνα 5B*

*ΣΗΜΑΝΤΙΚΟ:* Βεβαιωθείτε ότι ο σωληνίσκος GYNECARE PROLIFT και ο οδηγός GYNECARE PROLIFT είναι σωστά ευθυγραμμισμένοι κατά τη συναρμολόγηση, όπως παρουσιάζεται στην *εικόνα 5B*.



63



**ETH.MESH.02341516**

**Τοποθέτηση του σωληνίσκου GYNECARE PROLIFT στην ασθενή** *(βλ. εικόνες 6Α, 6Β και 6Γ)*



*Εικόνα 6Α*



*Εικόνα 6Β*



*Εικόνα 6Γ*

**Εισαγωγή και διέλευση της συσκευής ανάκτησης GYNECARE PROLIFT μέσα στο σωληνίσκο GYNECARE PROLIFT** *(βλ. εικόνες 7Α και 7Β)*



*Εικόνα 7Α*



*Εικόνα 7Β*

*ΣΗΜΑΝΤΙΚΟ: Όλοι οι σωληνίσκοι GYNECARE PROLIFT και οι συσκευές ανάκτησης GYNECARE PROLIFT που παρέχονται πρέπει να τοποθετηθούν πριν από την εγκατάσταση του εμφυτεύματος πλέγματος.*

**Σύλληψη ενός ιμάντα εμφυτεύματος πλέγματος με τη συσκευή ανάκτησης GYNECARE PROLIFT** *(βλ. εικόνες 8Α, 8Β και 8Γ)*



*Εικόνα 8Α*



*Εικόνα 8Β*



*Εικόνα 8Γ*

64



**ETH.MESH.02341517**

Διέλευση ενός ιμάντα εμφυτεύματος πλέγματος διαμέσου του σωληνίσκου GYNECARE PROLIFT *(βλ. εικόνες 9Α, 9Β και 9Γ)*



*Εικόνα 9Α*



*Εικόνα 9Β*



*Εικόνα 9Γ*

***ΣΗΜΑΝΤΙΚΟ: Οι σωληνίσκοι GYNECARE PROLIFT θα πρέπει να αφαιρούνται από την ασθενή μόνον όταν το εμφύτευμα πλέγματος έχει τοποθετηθεί σωστά.***

Σε περίπτωση που, σε συνδυασμό με το πλέγμα, χρησιμοποιηθούν ράμματα, συνδετήρες ή άλλες διατάξεις καθήλωσης, συνιστάται αυτές να τοποθετηθούν τουλάχιστον 6,5 mm από την παρυφή του πλέγματος.

## ΑΠΟΔΟΣΗ

Μελέτες σε ζώα δείχνουν ότι η εμφύτευση πλέγματος GYNECARE GYNEMESH PS προκαλεί μια ελάχιστη έως πολύ μικρή φλεγμονώδη αντίδραση που είναι παροδική και ακολουθείται από την εναπόθεση ενός λεπτού ινώδους στρώματος ιστού, το οποίο μπορεί να αναπτυχθεί διαμέσου των διάκενων του πλέγματος, ενσωματώνοντας έτσι το πλέγμα στον παρακείμενο ιστό. Το πλέγμα παραμένει μαλακό και εύπλαστο, ενώ η φυσιολογική επούλωση του τραύματος δεν επηρεάζεται εμφανώς. Το υλικό δεν απορροφάται, ούτε υφίσταται αποδόμηση ή εξασθένηση από τη δράση των ενζίμων του ιστού.

## ΑΝΤΕΝΔΕΙΞΕΙΣ

Όταν το πλέγμα GYNECARE GYNEMESH PS χρησιμοποιείται σε βρέφη, σε παιδιά, σε εγκύους ή σε γυναίκες που σκοπεύουν να τεκνοποιήσουν στο μέλλον, ο χειρουργός θα πρέπει να γνωρίζει ότι αυτό το προϊόν δεν θα εκταθεί σε σημαντικό βαθμό καθώς η ασθενής αναπτύσσεται.

**ETH.MESH.02341518**



## ΠΡΟΕΙΔΟΠΟΙΗΣΕΙΣ ΚΑΙ ΠΡΟΦΥΛΑΞΕΙΣ

- Πριν από τη χρήση των συστημάτων αποκατάστασης πυελικού εδάφους GYNECARE PROLIFT, οι ιατροί που το χρησιμοποιούν θα πρέπει να είναι εξοικειωμένοι με τις χειρουργικές διαδικασίες και τεχνικές που σχετίζονται με την αποκατάσταση πυελικού εδάφους και τη χρήση μη απορροφήσιμων πλεγμάτων.
- Σε περιπτώσεις τραυμάτων που έχουν υποστεί λοίμωξη ή μόλυνση, θα πρέπει να ακολουθούνται οι γενικά αποδεκτές χειρουργικές πρακτικές.
- Μετά από την επέμβαση, συνιστάται στην ασθενή να μην έλθει σε σεξουαλική επαφή, να αποφεύγει να σηκώνει βάρη και/ή να ασκείται (π.χ. ποδηλασία, τρέξιμο), μέχρις ότου ο ιατρός της καθορίσει ότι μπορεί να επανέλθει στις κανονικές της δραστηριότητες.
- Αποφύγετε την εφαρμογή υπερβολικής τάσης στο εμφύτευμα πλέγματος κατά το χειρισμό του.
- Ανατρέξτε στη συνιστώμενη χειρουργική τεχνική για το σύστημα αποκατάστασης πυελικού εδάφους GYNECARE PROLIFT για επιπλέον πληροφορίες σχετικά τις διαδικασίες GYNECARE PROLIFT.
- Τα συστήματα αποκατάστασης πυελικού εδάφους GYNECARE PROLIFT πρέπει να χρησιμοποιούνται με προσοχή ώστε να αποφευχθούν τυχόν βλάβες σε αγγεία, σε νεύρα, στην ουροδόχο κύστη και το έντερο. Οι κίνδυνοι ελαχιστοποιούνται εάν δοθεί προσοχή στην ανατομία της ασθενούς και στη σωστή χρήση της συσκευής.
- Ενδέχεται να εμφανιστεί παροδικό άλγος στα πόδια, το οποίο συνήθως μπορεί να αντιμετωπιστεί με ήπια αναλγητικά.
- Μη χειρίζεστε τη συσκευή ανάκτησης GYNECARE PROLIFT με αιχμηρά εργαλεία και μην την κόβετε για να αλλάξετε το μήκος της.

## ΑΝΕΠΙΘΥΜΗΤΕΣ ΑΝΤΙΔΡΑΣΕΙΣ

- Οι δυνητικές ανεπιθύμητες αντιδράσεις είναι εκείνες που σχετίζονται τυπικά με τα χειρουργικώς εμφυτεύσιμα υλικά, στις οποίες συγκαταλέγεται η εμφάνιση πιθανότητας λοίμωξης, η φλεγμονή, ο σχηματισμός συμφύσεων, ο σχηματισμός συριγγίων, η διάβρωση, η εξώθηση και η δημιουργία ουλών που έχουν ως αποτέλεσμα τη συστολή του εμφυτεύματος.
- Κατά τη διέλευση του οδηγού GYNECARE ενδέχεται να προκύψει διάτρηση ή ρήξη αγγείων και νεύρων, καθώς και της ουροδόχου κύστης, της ουρήθρας ή του εντέρου, οι οποίες πιθανόν να απαιτήσουν χειρουργική αποκατάσταση.

## ΣΤΕΙΡΟΤΗΤΑ

Τα συστήματα αποκατάστασης πυελικού εδάφους GYNECARE PROLIFT αποστειρώνονται με αιθυλενοξείδιο. ΜΗΝ ΤΑ ΕΠΑΝΑΠΟΣΤΕΙΡΩΝΕΤΕ.
ΜΗΝ ΤΑ ΕΠΑΝΑΧΡΗΣΙΜΟΠΟΙΕΙΤΕ. Μην τα χρησιμοποιείτε εάν η συσκευασία έχει ανοιχτεί ή έχει υποστεί ζημιά. Απορρίψτε όλες τις συσκευές που ανοίχθηκαν αλλά δεν χρησιμοποιήθηκαν.

## ΑΠΟΡΡΙΨΗ

Απορρίψτε τις συσκευές και τη συσκευασία τους σύμφωνα με την πολιτική και τις διαδικασίες απόρριψης βιολογικά επικίνδυνων υλικών και αποβλήτων του ιδρύματός σας.

## ΦΥΛΑΞΗ

Συνιστώμενες συνθήκες φύλαξης: ελεγχόμενη θερμοκρασία και σχετική υγρασία δωματίου (περίπου 25 °C, 60 % σχετική υγρασία), μακριά από υγρασία και άμεσες πηγές θερμότητας. Μην τα χρησιμοποιείτε μετά από την παρέλευση της ημερομηνίας λήξης.

**Σύμβολα που χρησιμοποιούνται στις ετικέτες**

CE 0086
Σήμανση CE και αριθμός αναγνώρισης του φορέα πιστοποίησης.
Το προϊόν πληροί τις ουσιώδεις απαιτήσεις της οδηγίας περί ιατροτεχνολογικών προϊόντων 93/42/ΕΟΚ
Κατασκευαστής
Μην επαναχρησιμοποιείτε/ επαναποστειρώνετε
LOT
Αριθμός παρτίδας
Δείτε τις οδηγίες χρήσης
Ημερομηνία λήξης - έτος και μήνας
STERILE EO
Μέθοδος αποστείρωσης - αιθυλενοξείδιο

THIS PAGE HAS BEEN LEFT
BLANK INTENTIONALLY.




ETH.MESH.02341520



Authorized Representative • Autoriseret repræsentant
Bevoegde vertegenwoordiger • Valtuutettu edustaja
Représentant autorisé • Autorisierte Vertretung
Rappresentante autorizzato • Representante autorizado
Representante autorizado • Auktoriserad representant
Εξουσιοδοτημένος Αντιπρόσωπος

ETHICON GmbH
Robert-K    -Strasse 1
D-22851 Norderstedt
Deutschland

Distributors • Distributører • Distributeurs
Tukkumyyjät • Distributeurs • Vertrieb durch
Distributori • Distribuidores • Distribuidores
Distributörer • Διανομείς

ETHICON France                          ETHICON Limited
une division de ETHICON S.A.S.          PO Box 468
TSA 81002                               Bankhead Avenue
1, rue Camille Desmoulins               Edinburgh EH11 4HE
92787 Issy Les Moulineaux Cedex 9       United Kingdom
France

JOHNSON & JOHNSON Medical S.p.A.        CH: Johnson & Johnson AG
Via del Mare 56                         Rotzenbuehlstrasse 55
00040 Pomezia                           8957 Spreitenbach
Roma
Italia









ETH.MESH.02341521