# EXHIBIT 2

CURRICULUM VITAE

# BOBBY LEWIS SHULL, M.D.



**ADDRESS:**  **Home:**    1519 Hilltop Circle
Salado, Texas 76571
Phone: 254-773-1217

**Office:**   Scott & White Clinic and Hospital
Department of Obstetrics and Gynecology
2401 S. 31st Street
Temple, Texas 76508
Phone: (254)724-5872 Fax:  (254)724-8927
E-Mail: bshull@swmail.sw.org
Beeper: 0685

## PERSONAL INFORMATION:
Born March 20, 1943, in Shelby, North Carolina
Married (Sara Shull) three children (Margaret, Kathryn, Andrew)

## EDUCATION

College:  Duke University, Durham, North Carolina, 1961-64
Medical School:  Tulane University, New Orleans, Louisiana, 1964-68 - M.D.

## POSTGRADUATE TRAINING: (Obstetrics and Gynecology)
Internship:  University of Virginia, Charlottesville, Virginia, 1968-69.
Residency:  University of Virginia, Charlottesville, Virginia, 1969-1973.

## PROFESSIONAL APPOINTMENTS:

### CURRENT POSITION:
Professor, Division of Gynecology
Chief, Section of Urogynecology and Reconstructive Pelvic Surgery
Department of Obstetrics and Gynecology
Scott and White Clinic & Memorial Hospital
Texas A&M System Health Science Center College of Medicine

### STAFF APPOINTMENTS:
Sheppard Air Force Base Regional Hospital, Wichita Falls, Texas, 1973-75
Chief of Obstetrics and Gynecology, 1973-1975
Scott and White Clinic, Temple, Texas, 1975-present
Director, Division of Gynecology, January, 1983-1997
Chief, Section of Urogynecology and Reconstructive Pelvic Surgery

Bob Shull, M.D.
Curriculum Vitae - Page 2

>Texas A & M System Health Science Center College of Medicine, faculty, 1978 - present
>>Associate Professor, 1981-1985
>>Professor, March, 1985 - present
>Trustee, Scott and White Hospital, January 1993 - present

**BOARDS:**   American Board of Obstetrics and Gynecology, 1975
ABOG Recertification, June 30, 1986 and 1996

**LICENSE:**   Texas and Louisiana

**HONORS:**

President, Texas Association of Obstetricians & Gynecologists, 1986-1987
President, North American Obstetrical and Gynecological Society, 1988-1989
President, University of Virginia Obstetrical-Gynecological Society, April, 1988
President, American Urogynecologic Society, 1996-1997
President, Society of Gynecologic Surgeons, 2001-2002
Patron, Urogynecologic and Reconstructive Pelvic Surgery Society of India, 2006 - present
Elected to Alpha Omega Alpha, ETA Chapter, Texas A&M College of Medicine, April, 1988
Reviewer, Obstetrics and Gynecology, 1988-present
Reviewer, American Journal of Obstetrics and Gynecology, 1990-present
Reviewer, Texas Medicine
Associate Examiner, American Board of Obstetrics and Gynecology, 1991 - present
Editorial Board, Journal of Pelvic Surgery
Reviewer, New England Journal of Medicine, 1996-
Reviewer, International Urogynecology Journal, 1996
Honorary Fellow, Royal Australia and New Zealand College of Obstericians and Gynaecologists, 2011

**AWARDS:**

1.   Certificate of Merit Award, Central Association of Obstetricians - Gynecologists, "Bilateral Attachment of the vaginal cuff to iliococcygeus fascia: an effective method of cuff suspension", Shull BL, Capen CV, Riggs M, Kuehl T, Chicago, Illinois, October 1992.

2.   Outstanding manuscript, The American Urogynecologic Society Annual Meeting, "The squirrel monkey: An animal model of pelvic relaxation", Coates KW, Galan HL, Kuehl TJ, Shull BL, San Antonio, Texas, November 1993.

3.   Presidential Prize Paper, The Society of Gynecologic Surgeons, "Surgical management of prolapse of the anterior vaginal segment: an analysis of support defects, operative morbidity, and anatomic outcome", Shull BL, Benn SJ, and Kuehl TJ, Nashville, Tennessee, March, 1994.

Bob Shull, M.D.
Curriculum Vitae - Page 3

## MEDICAL AND PROFESSIONAL ACTIVITIES:

Societies:    Fellow, American College Obstetricians and Gynecologists, 1975-present
American Medical Association
American Fertility Society
Association of Professors of Gynecology & Obstetrics, 1978-1986
Council on Resident Education in Obstetrics and Gynecology, 1980-86
North American Obstetrical and Gynecological Society
Texas Association of Obstetricians and Gynecologists
Texas Medical Association
Texas Civil Justice League, Board of Directors
Bell County Medical Society
University of Virginia - Obstetrical-Gynecological Society
Society of Gynecologic Surgeons
Society of Air Force Clinical Surgeons
Central Association Obstetricians & Gynecologists
American Urogynecologic Society
International Continence Society
Central Travel Club

Committees:    **Scott and White Clinic and Hospital**
Residency Program Director, June, 1980-June, 1986
    Member, Program Directors' Committee, 1980-1986
Personnel Committee
Operating Room Services Committee, 1987-present
Surgical Case Review Committee, Chairman, 1987-1993
Procedures Committee
Social Committee, Co-Chairman
Clinicopathology Committee
Clinic Staff Organization
    President, 1984-85
    Chairman, Fringe Benefits Committee, 1982-1987
Professional Advocacy Committee, Chairman, 1983-present
Access and Advisory Committee, Scott and White Health Plan
Growth Strategies Planning Team, 1993
Trustee, Scott, Sherwood and Brindley Foundation and Executive Committee
    Hospital Board of Trustees, 1993 - 2002
    Secretary - Treasurer, 1995 - 1996
    First Vice President 1997
    Treasurer 1998
Credentials Committee

**Texas A&M System Health Science Center College of Medicine**
Curriculum Task Force on Preventive Medicine, 1981-1982
Course Director, Senior Elective in Ambulatory OB/GYN, 1980-1982
Department Education Coordinating Committee, 1987-present

**Bob Shull, M.D.**
**Curriculum Vitae - Page 4**

        Task Force on Teaching in the Ambulatory Setting, 1988-present
        Chairman, Search Committee for Anesthesia Chair, 2000-2001

**American Board of Obstetrics and Gynecology**
        Associate Board Examiner, 1991-present

**American College of Obstetricians and Gynecologists**
        Committee Chairman, District VII ACOG, Special Interest Group in Reproductive Endocrinology, 1979
        State Legislative Designee, 1986 - present
        Vice Chairman, Texas Section, A.C.O.G., October, 1992-October, 1995
        Chairman, Texas Section, A.C.O.G., 1995 – 1998
        Member, Review Committee, PROLOG Test Booklet "Gynecologic Surgery and Oncology", Washington, DC, 1999

**American Uro-Gynecologic Society**
        Vice President, 1994-95
        President Elect, 1995-96
        President, 1996 - 97

**Central Association of Obstetricians/Gynecologists**
        Board of Directors, 1994 - 1996

**Society of Gynecologic Surgeons**
        Executive Committee, 1993-1995
        Vice President, 2000-2001
        President, 2001-2002

**Texas Association of Obstetricians/Gynecologists**
        Executive Board member, March 1982-1988
        President, 1986-87

**Texas Medical Association**
        Perinatal Committee, 1986-1992
        Maternal-Child Health Committee, 1986-1992
        Secretary, Section of Ob/Gyn, 1991-92

**Urogynecologic and Reconstructive Pelvic Surgery Society of India**
        Patron, 2006 - present

**World Health Organization**
        Chairman Sub-Committee on Physical Examination
        First International Consultation on Continence

**Liaison Committee in Medical Education**
        Appointed member, OB/GYN Division, 2001-present

RESEARCH PROJECTS:

Bob Shull, M.D.
Curriculum Vitae - Page 5

1. "Randomized Prospective Comparison of Laparoscopic-Burch Urethropexy with Standard Transabdominal Burch Urethropexy for the Treatment of Genuine Stress Incontinence", co-investigator, 1994.

2. EW Higgins, PM Yandell, BL Shull, HT Papaconstantinou: Coexistent Rectal and Vaginal Prolapse: Report of a Case Series of Combined Surgical Repair Utilizing a Perineal Approach. No Funding Required.

3. EW Higgins, PM Yandell, TJ Kuehl, BL Shull: Use of graft materials in transvaginal pelvic reconstructive surgery: A survey of attitudes, judgments and practice patterns among urogynecologists. No Funding Required.

4. JB Bracken, M Rankin, JM Gendron, LM Pierce, VM Runge, BL Shull, TJ Kuehl: Serial Magnetic Resonance Imaging of Primiparous Squirrel Monkeys Demonstrates Pelvic Floor Muscle Change. Funded by TJK's Chair Account

5. ND Livers, ET Bird, PM Yandell, TW Muir, BL Shull, KP McMorries, TJ Kuehl, RK Huffaker: Does Body Mass Index Impact Successful Voiding Following Midurethral Sling Procedures for Stress Urinary Incontinence. No Funding Required

6. EW Higgins, PM Yandell, JN Bracken, TJ Kuehl, BL Shull: Does Post-Operative Prophylaxis with Macrobid Reduce the Incidence of Post-Operative Urinary Tract Infection in Patients Undergoing Placement of Mid-Urethral Sling for the Treatment of Stress Urinary Incontinence: A Randomized, Double Blinded, Placebo Controlled Clinical Trial- Departmental Research Funded

7. JB Bracken, EW Higgins, PM Yandell, TJ Kuehl, BL Shull: Randomized controlled trial of local anaesthesia versus saline with effect on post operative urinary retention after TVT midurethral sling. Departmental Research Funded

8. DH Tran, JN Bracken, PM Yandell, TJ Kuehl, BL Shull: Transvaginal Repair of Failed Abdominal Sacral Colpopexy Utlilizing Graft: Case Series. No Funding Required.

9. C Chung, PM Yandell, TJ Kuehl, BL Shull: Retrospective multi-center case-control study assessing risk factors for the development of postoperative voiding dysfunction following miduretral sling placement. No Funding Required

10. C Chung, PM Yandell, BL Shull, WI Larsen, TJ Kuehl: The Impact of Age on Pain Management after Pelvic Reconstructive Surgery: A Retrospective Study No Funding Required

11. C Chung, PM Yandell, R Miskimins, TJ Kuehl, BL Shull: Association of outcomes to choice of apical support suture type in uterosacral ligament suspension procedures. No Funding Required

12. C Chung, PM Yandell, TJ Kuehl, BL Shull: Risk Factors for synthetic Mesh Extrusion Following Abdominal Sacral Colopexy and Vaginal Mesh Procedures: A Retrospective Study. No Funding Required.

## PUBLICATIONS: PEER REVIEW

1. Shull B, Haskins T: Adnexal torsion - A mind-twisting diagnosis. So Med Journ, 79(5):576, May, 1986.

2. Shull BL, Verheyden, CN: Combined plastic and gynecological surgical procedures. Annals of Plast Surg, 20 (6):552, June 1988.

Bob Shull, M.D.
Curriculum Vitae - Page 6

3.     Shull BL, Taylor PT: Testicular feminization syndrome: A case study of four generations.
       So Med Journ, 82(2):251, 1989.

4.     Shull BL, Baden WF: Paravaginal defect repair for urinary incontinence: A six year
       experience. Am J Obstets Gynecol 1989; 160(6):1432-40.

5.     Hampton CR, Shull BL: Entero-uterine fistulae: Two rare cases of intestinal neoplasms
       manifested by gynecologic symptoms. Southern Med J, 1990;83(2):235-38.

6.     Shull BL, McMillion JS: 46,XY Gonadal dysgenesis: Three case reports demonstrating an
       evolution in management. Texas Medicine, 1990;
       86(11):64-67.

7.     Shull BL: Using videography to teach retropubic space anatomy and surgical technique
       Obstets Gynecol, 1991, 77(4):640-41.

8.     Shull BL: Surgery for urinary incontinence - excluding stress.   Current Opinions in
       Obstetrics and Gynecology, 1991, 8.

9.     Shull BL, Capen CV, Riggs M, Kuehl T: Pre- and postoperative analysis of site-specific
       pelvic support defects in 81 women treated by sacrospinous ligament suspension and pelvic
       reconstruction. Amer J Obstet Gynecol, 1992: 166(6-1):1764-68.

10.    Shull BL, Capen CV, Riggs M, Kuehl T:  Bilateral attachment of the vaginal cuff to
       iliococcygeus fascia: an effective method of cuff suspension. American J Obstets Gynecol,
       1993, 168:1669-77.

11.    Sulak PJ, Kuehl TJ, Shull BL:  Vaginal pessaries and their use in pelvic relaxation. Journal
       of Reproductive Medicine, 1993, 38:919-923.

12.    Shull BL: Clinical evaluation of women with pelvic support defects.   Clinical Obstet
       Gynecol, 1993, 36:939-951.

13.    Shull BL, Benn SJ, Kuehl TJ:  Surgical management of prolapse of the anterior vaginal
       segment: an analysis of support defects, operative morbidity, and anatomic outcome, Am J
       Obstet Gynecol 1994;171:1429-39.

14.    Coates KW, Galan HL, Kuehl TJ, Shull BL: The Squirrel Monkey: An Animal Model of
       Pelvic Relaxation. Amer J Obstet Gynecol, 1995;172:588-593.

15.    Coates KW, Gibson S, Williams LE, Brady A, Abee CR, Shull BL, Kuehl TJ:  The squirrel
       monkey as an animal model of pelvic relaxation: An evaluation of a large breeding colony.
       Amer J Obstet Gynecol, 1995; 173:1664-1670.

16.    Shull BL: How I do the abdominal paravaginal repair. Journal of Pelvic Surgery,
       1995;1:43.

**Bob Shull, M.D.**
**Curriculum Vitae - Page 7**

17.  Bump RC, Mattiasson A, Bo K, Brubaker LP, DeLancey JOL, Klarskov P, Shull BL, Smith ARB: The standardization of terminology of female pelvic organ prolapse and pelvic floor dysfunction. Am J Obstet Gynecol, 1996;175:10-7

18.  Weary KP, Coates KW, Shull BL, Yandell PM, Huddleston KP, Kuehl TJ: Laparoscopic release of unilateral postoperative ureteral obstruction. Journal of Pelvic Surgery, 1996; 2(2):72-75.

19.  Coates KW, Shull BL: Paravaginal Defect Repair. Operative Techniques in Gynecologic Surgery, 1997; 2(1):31-34.

20.  Shull BL. Pelvic organ prolapse: anterior, superior and posterior vaginal segment defects. Am J Obstets Gynecol 1999;181:6-11.

21.  Summitt RL, Lucente V, Karram MM, Shull BL, Bent AE. Randomized comparison of laparoscopic and transabdominal burch urethropexy for the treatment of genuine stress incontinence, Obstets Gynecol 2000; 95 (1SUP4):S2

22.  Shull BL, Bachofen CG, Coates KW, Kuehl TJ. A Transvaginal Approach to Repair of Apical and Other Associated Sites of Pelvic Organ Prolapse Using Uterosacral Ligaments. Am J Obstet Gynecol, 2000: 183;1365-1374.

23.  Shull BL. Clinical Evaluation and Physical Examination of the Incontinent Woman. Journal of Pelvic Surgery, 2000; 6(6): 334-343.

24.  Coates KW, Kuehl TJ, Bachofen CG, Shull BL. Analysis of surgical complications and patient outcomes in a residency training program. Am J Obstet Gynecol 2001; 184:1380-5

25.  Shull BL, et al. PROLOG Task Force for Gynecologic Oncology and Surgery, Fourth Edition, American College of Obstetricians and Gynecologists, Washington, DC, 2001

26.  Sulak PJ, Kuehl TJ, Ortiz M, Shull BL: Acceptance of Altering the Standard 21 day/7 day Oral Contraceptive Regimen to Delay Menses and Reduce Hormone Withdrawal Symptoms. Am J Obstet Gynecol 2002; 186: 1142-1149.

27.  Vineyard DD, Kuehl TJ, Coates KW, Shull BL: A comparison of preoperative and intraoperative evaluations for patients who undergo site-specific operation for the correction of pelvic organ prolapse. Am J Obstet Gynecol 2002; 186: 1155-1159.

28.  Shull BL. Equilibrium – Presidential address. Transactions of the Twenty-eighth scientific meeting of the Society of Gynecological Surgeons. Am J Obstet Gynecol 2002; 187: 1431-33.

29.  Shull BL. A Cullen Richardson: Noticer, pioneer, mentor, and friend. Presented at the Sixty-Fifth Annual Meeting of the South Atlantic Association of Obstetricians and Gynecologists, Hot Springs, Ark, January 25-28, 2003. Am J Obstet Gynecol 2003; 189:403-7.

30.  Brubaker L, Shull B. EGGS for patient-centered outcomes. Int Urogynecol J (2005) 16: 171-173.

Bob Shull, M.D.
Curriculum Vitae - Page 8

31.     Shull BL, Karram MM.  Concerns regarding pelvic reconstructive surgery.  Int Urogynecol J (2005) 16:251-252.

32.     Kramer LA, Gendron JM, Pierce LM, Runge VM, Shull BL, Kuehl TJ.  Magnetic resonance imaging of the levator ani in the squirrel monkey: a comparison of muscle volume between a cohort with pelvic organ prolapse and matched normals.  AMERICAN JOURNAL OF OBSTETRICS AND GYNECOLOGY 2006; 194:1467-71.

33.     Shull BL, Foster R.  The Ulf Ulmsten Lecture presented at the opening ceremonies of the 30th Annual congress of the International Urogynecologic Association – August 10, 2005, Copenhagen, Denmark. Int Urogynecol J (2006) 17:430-435.

34.     Huffaker RK, Kuehl TJ, Muir TM, Yandell PM, Pierce L, Shull, BL. Transverse cystocele repair with uterine preservation using native tissue.  Int Urogynecol J (2008) 19:1275-1281.

35.     Huffaker RK, Shull BL, Thomas JS.  A serious complication following placement of posterior Prolift.  Int Urogynecol J (2009) 20:1383-1385.

36.     Huffaker RK, Livers N, Yandell PM, Shull BL, Muir TW, Kuehl TJ, Bird ET.  Does Body Mass Index Impact Passing Voiding Trial After Midurethral Sling Procedures for Stress Urinary Incontinence?  Female Pelvic Medicine & Reconstructive Surgery (2010) 16:6; 358.

37.     Bracken JN, Tran DH, Kuehl TJ, Yandell PM, Shull BL, Transvaginal Repair of Failed Abdominal Sacral Colpopexy Utilizing Graft.  Abstract Accepted at ICS/IUGA 2010, Poster presentation at ICS/IUGA 2010, Toronto, Canada, August 2010

38.     Bracken JN, Reyes M, Gendron JM, Pierce LM, Runge VM, Shull BL, Kuehl TJ, Serial Magnetic Resonance Imaging of Primiparous Squirrel Monkeys Demonstrate Pelvic Floor Muscle Changes, Abstract Accepted for read by title presentation  at ICS/IUGA 2010, Toronto, Canada. August 2010.

39.     Bracken JN, Tran DH, Kuehl TJ, Yandell PM, Shull BL, Transvaginal Repair of Failed Abdominal Sacral Colpopexy Utilizing Graft.  Poster presentation at Texas A&M University Health Science Center Collect of Medicine Student Research Forum.  April 2010, College Station, TX.


# PUBLICATIONS: OTHER (non-peer review)

1.      Piziak V, Shull BL: Menopausal hormone replacement.  Hosp Pract, 20(2):82GG, February 15, 1985.

2.      Shull BL: Female urinary incontinence: Tips on office diagnosis and treatment.  Consultant, 17:147, March, 1987.

3.      Shull BL: Office evaluation of incontinence.  Modern Med, 1989;57:84-93.

Bob Shull, M.D.
Curriculum Vitae - Page 9

4.      Shull BL: The changing face of gynecologic surgery: The "M" perspective.  The Female
        Patient, 1990;15(Jan.):69-75.

## BOOK CHAPTER

1.      Shull BL: Vaginal alternative:  sacrospinous colpopexy, in Surgical repair of vaginal
        defects (Baden WF, Walker T), JB Lippincott Co, Philadelphia Pa, 1992, pp. 175-182.

2.      Shull BL: The Anatomy of Pelvic Relaxation and Stress Urinary Incontinence, in Benign
        Postreproductive Gynecologic Surgery edited by Marvin H. Terry Grody, M.D., McGraw-
        Hill, Inc., Philadelphia, PA, 1995.

3.      Shull BL: Initial Evaluation and Physical Examination, in The Female Pelvic Floor --
        Disorders of Function and Support, edited by Dr. Linda Brubaker and Theodore J.
        Saclarides, JB Lippincott Co, Philadelphia Pa, 1996.

4.      Shull BL: Recurrent Protrusion of the Anterior Vaginal Wall with Vault Eversion,
        Paravaginal Defects, and Thin Vaginal Epithelium, in Clinical Problems, Injuries, and
        Complications of Gynecologic Surgery, 3rd Edition, edited by David H. Nichols and J.O.L.
        DeLancey, Williams and Wilkins Company, 1995.

5.      Coates KW, Shull BL: Standardization of the Description of Pelvic Organ Prolapse, in
        Urogynecology and Urodynamics, Theory and Practice, Fourth Edition, edited by Donald
        R. Ostergard and Alfred E. Bent, Williams and Wilkins, 1996.

6.      Shull BL: Anterior Paravaginal Defects, in TeLinde's Operative Gynecology,  Eighth
        Edition, edited by John A. Rock and John D. Thompson, Lippincott-Raven, 1997, pages
        996-1005.

7.      Bachofen CG, Shull BL:   Pelvic Organ Prolapse, Enterocele and Rectocele in
        Urogynecology and Reconstructive Pelvic Surgery, Second Edition, edited by Mark D.
        Walters and Mickey Karram, accepted for publication.

8.      Shull BL, Hurt G, Halaska M, Kinn A, Laycock J, Palmtag H, Reilly N, Qubieta R, Yong
        Yang:   Physical Examination in Incontinence □ 1st International Consultation on
        Incontinence, edited by Paul Abrams, Saad Khoury, Alan Wein, Plymbridge Distributors
        Ltd, 1999, pages 333-350.

9.      Shull BL: Choice of Surgery – Prolapse, in Female Pelvic Reconstructive Surgery, edited
        by Stuart Stanton and Philippe Zimmern.Springer-Verlag London Ltd, 2000.

10.     Shull BL, Hurt G, Laycock J, Palmtag H, Yong Y, Zubieta R:  Physical Examination in
        Incontinence – 2nd International Consultation on Incontinence, 2nd Edition 2002, edited by
        Paul Abrams, Linda Cardozo, Saad Khoury, and Alan Wein, Plymbridge Distributors Ltd,
        pages 373-388.

Bob Shull, M.D.
Curriculum Vitae - Page 10

11.     Shull BL: Choice <u>of Surgery for Prolapse, in Female Pelvic Reconstructive Surgery,</u> edited
        by Stuart Stanton and Philippe E. Zimmern.   Springer — Verlag London Limited 2003,
        pages 368-373.

12.     Shull BL, Yandell PM. <u>Paravaginal Defect Repair, in Telinde's Operative Gynecology, 2008</u>

## Abstracts and Discussions

1.      Stovall TG, Ling FW, Henry LC, Woodruff MR, (Shull BL-Official Discussant):
        A Randomized Trial Evaluating Leuprolide Acetate Prior to Hysterectomy for
        Leiomyomata (accepted for publication); <u>Am J Obstet Gynecol</u>, 1991; 164(6): 1420-25.

2.      Shull BL, Capen CV, Riggs M, Kuehl T:  Bilateral attachment of the vaginal cuff to
        iliococcygeus fascia:  an effective method of cuff suspension.  Central Association of
        Obstetricians and Gynecologists Annual Meeting, Chicago, October 15-17, 1992.

3.      Coates KW, Galan HL, Kuehl TJ, Shull BL: The Squirrel Monkey: An Animal Model of
        Pelvic Relaxation. Proceedings of the 23rd Annual Meeting of the International Continence
        Society, Rome, Italy, 1993.

4.      Discussant: Huddleston HT, Dunnihoo DR, Huddleston PM, Meyers PC. Magnetic
        resonance imaging of defects in DeLancey's vaginal support levels, I, II, and III. Am J
        Obstet Gynecol, June 1995; 172:1778-84.

5.      Discussant: Paraiso MFR, Ballard LA, Walters MD, Lee JC, Mitchinson AR.  Pelvic
        support defects and visceral and sexual function in women treated with sacrospinous
        ligament suspension and pelvic reconstruction.Am J Obstet Gynecol, December 1996; 175:1423-31.

6.      Klouda KA, Klouda MJ, Naul LG, Kuehl TJ, Shull BL: Assessment of pelvic anatomy by
        magnetic resonance imaging in the adult human female, 1996 Bunkley Day Proceedings,
        Department of OB/GYN, Scott & White Memorial Hospital & Clinic, p 17-30.

7.      Scow R, Coates KW, Shull BL, Klouda M, Piper D, Kuehl TJ: Description of the squirrel
        monkey pelvis using three-dimensional computer tomography. 1997 Bunkley Proceedings,
        Department of OB/GYN, Scott & White Memorial Hospital & Clinic, p 45-49.

8.      Scow R, Coates KW, Shull BL, Klouda M, Piper D, Kuehl TJ. Three-dimensional
        computed tomography of the squirrel monkey pelvis. Presented at Annual Meeting of
        American Urogynecology Society in October 1997, Tucson, AZ.

9.      Bachofen CG, Shull BL, Gayle LJ, Kuehl TJ: Enterocele repair utilizing endopelvic fascia
        and uterosacral cuff suspension: an illustrated text. 1997 Bunkley Proceedings, Department
        of OB/GYN, Scott & White Memorial Hospital & Clinic, p 57-66.

10. ·   Shull BL, Bachofen CG, Coates KW, Kuehl, TJ:  A transvaginal approach to repair of
        apical and other associated sites of pelvic organ prolapse using uterosacral ligaments. Oral

Bob Shull, M.D.
Curriculum Vitae - Page 11

presentation at the 26th Scientific Meeting of the Society of Gynecologic Surgeons, New Orleans, LA, February 28-March 1, 2000.

11.   Coates KW, Kuehl TJ, Bachofen CG, Shull BL. Analysis of Surgical Complications and Patient Outcomes in a Residency Training Program. 2000  Orally presented at 68th Annual Meeting of the Central Association of Obstetricians and Gynecologists.

12.   Vineyard DD, Kuehl TJ, Coates, KW, Shull BL: A Comparison of Preoperative, Intra-operative and Post-surgical Evaluations in Patients Undergoing Site-Specific Surgery for Correction of Pelvic Organ Prolapse. (1) Error! Bookmark not defined.  Proceedings, 42nd T. F. Bunkley Lectureship/11[th] Annual Resident Research Day, Temple, Mar 23, 2001 (Winner, Best Presentation) (2) Presented orally at 9th Annual Texas Resident Research Day/72[nd] Annual Texas Association OB/GYN-Texas Section ACOG Annual Meeting, Apr 6, 2001, Austin, TX

13.   Sulak PJ, Ortiz M, Kuehl TJ, Shull BL.  Acceptance of Altering the standard 21/7 Day Oral Contraception Regimen 2001.  Accepted for presentation and published as abstract. Central Association of OB/GYN Annual Meeting scheduled for October 10-13, 2001, in San Francisco, CA, cancelled due to "9-11".

14.   Vineyard DD, Kuehl TJ, Coates KW, Shull BL. A Comparison of Preoperative and Intraoperative Evaluation in Patients Undergoing Site-Specific Surgery for Correction of Pelvic Organ Prolapse.  Accepted for presentation and published as abstract. Central Association of OB/GYN Annual Meeting scheduled for October 10-13, 2001, in San Francisco, CA, cancelled due to "9-11".

15.   Kramer LA, Gendron JM, Pierce LM, Runge VM, Shull BL Kuehl TJ: Magnetic Resonance Imaging of the Levator Ani in the Squirrel Monkey: A Comparison of Muscle Volume Between a Cohort With Pelvic Organ Prolapse and Matched Normals. Oral paper presentation at the American Urogynecologic Society 26th Annual Scientific Meeting, September 15-17, 2005, Atlanta, Georgia.

16.   Stratford RR, Baumann SS, Jamroz RC, Kuehl TJ, Shull BL, Pierce LM: Poster 14: Histology and Differential mRNA Expression in Vaginal Connective Tissue of Women With Pelvic Relaxation.  The American Urogynecologic Society 26th Annual Scientific Meeting, September 15-17, 2005, Atlanta, Georgia.

17.   Stratford RR, Runge V, Gendron J, Pierce LM, Shull BL, Kuehl TJ.  A comparison of levator ani muscle volumes in nulliparous and multiparous women using 3-dimensional magnetic resonance imaging.  Oral paper presentation at the Central Association of Obstetricians and Gynecologists Scientific Meeting, October 2005, Scottsdale, AZ.

18.   Stratford RR, Kuehl TJ, Coates KW, Thor KB, Shull BL and Pierce LM.  (2005). Evaluation of the squirrel monkey model of pelvic organ prolapse: anatomical and histological comparisons of the pelvic floor between women and squirrel monkeys. International Urogynecological Association 2005 Scientific Meeting, August 9-12, Copenhagen, Denmark.  Awarded Best Oral Poster Presentation.

Bob Shull, M.D.
Curriculum Vitae - Page 12

19.   Stratford RR, Baumann SS, Jamroz RC, Kuehl TJ, Shull BL, Pierce LM. Apoptosis and differential mRNA expression in vaginal connective tissue of women with pelvic relaxation.   Oral paper presentation at the Central Association of Obstetricians and Gynecologists Scientific Meeting, October 2005, Scottsdale, AZ.

20.   Kramer LA, Gendron JM, Pierce LM, Runge VM, Shull BL, Kuehl TJ.   Magnetic resonance imaging of the levator ani in the squirrel monkey: a comparison of muscle volume between a cohort with pelvic organ prolapse and matched normals. AMERICAN JOURNAL OF OBSTETRICS AND GYNECOLOGY 2006; 194:1467-71.

## AUDIO/VIDEO PRODUCTIONS

1.   Paravaginal Defect Repair for Stress Urinary Incontinence (presented at Annual ACOG Meeting, Boston, Massachusetts, April, 1988) Accepted for inclusion in the Motion Picture Library, American College of Surgeons, 1991.

2.   Using Laparoscopic Photography to Teach Retropubic Space Anatomy and Surgery (presented at Annual APGO/CREOG meeting, New Orleans, March, 1989

3.   Shull BL, Baker DB, Masterson BJ: Discussion. Audio Digest: General Surgery, Pelvic and Vaginal Surgery. 37(2), January 24, 1990.

4.   Shull BL: Office workup of stress urinary incontinence. Audio Digest: General Surgery, 37(6), March 13, 1990

5.   Shull BL: Clinical Evaluation of Vaginal Defects.   Audio Digest: Obstetrics and Gynecology, "Pelvic and Vaginal Surgery", Vol. 38, No. 21, November 5, 1991

6.   Shull BL: Operative Management of Vaginal Prolapse.  Audio Digest: Obstetrics and Gynecology, "Pelvic and Vaginal Surgery", Vol. 38, No. 21, November 5, 1991

7.   Shull BL: Vaginal Paravaginal Repair. Video produced October 1992.

8.   Coates KW, Fanning P, Shull BL: Enterocele.  Video produced June 1995.

9.   Shull BL: Vaginal Paravaginal Repair. Medical Video Productions, The Video Reference of Vaginal Surgery, August 1996.

10.   Shull BL, Guest Lecturer:Audio-Digest: Obstetrics and Gynecology, Panel Discussion on Advanced Gynecologic Surgery, Part 2", Vol. 44, No.24, December 15,1997.

## EXHIBITS

1.   "Vaginal Pessaries and Their Use in Pelvic Relaxation" (Sulak PJ and Shull BL) presented at 38th Annual Clinical Meeting, American College of OB/GYN, San Francisco, 1990.

Bob Shull, M.D.
Curriculum Vitae - Page 13

## CME ACTIVITES -  LECTURES AND PRESENTATIONS AND CME MEETINGS ATTENDED/COMMITTEE/SOCIETY MEETINGS:

### 2011

Dec 1-3:        Guest faculty, 21st Annual Postgraduate Course in Advanced Gynecologic Surgery in San Francisco, CA. Presenting: "Uterosacral Ligament Suspension of the Vaginal Apex", "Surgical Management of Anterior Wall Support", "The Role of Uterine Preservation in Reconstructive Surgery" and "Is there a cure for pelvic floor dysfunction?".

Nov 28:        Guest speaker: Melbourne Australia, RANZCOG Plenary Lecture: "Is There a Surgical Cure for Disorders of the Pelvic Floor" and "The Place of Physical Examination in Planning Reconstructive Surgery".

Nov 25:        Guest speaker: Mercy Hospital, Melbourne Australia, live surgery workshop. Presenting: "Apical Support, the Cornerstone to Successful Reconstructive Surgery".

Oct 24:        Faculty, Advanced Pelvic Floor Surgery course in Salado, Texas.  Presenting: "Overview of Prolapse" and "Demo-Uterosacral Ligament Procedure" and present 2 cases of vaginal reconstructive surgery using the principles discussed in class.

Oct 20-21:        Guest speaker, the ACOG 2011 District IV annual meeting in Naples, FL. Presenting: "Valuable Lessons I Learned from Dr. Cullen Richardson's Observational Skills".

Sept 14-16:        Attended the AUGS 32nd Annual Scientific meeting in Providence RI.

Aug 11-12:        Guest speaker, 2011 Annual meeting of the Ob/Gyn Society of South Carolina in Charleston, SC.

July 20:        Guest speaker: Grand Rounds, Department of Obstetrics and Gynecology at University of Texas Southwestern Medical School presenting: "Recent FDA Warning Re: Dangers of Mesh".

May 15-17:        Program Director for the (S&W/TAMU sponsored) Advanced Pelvic Floor Surgery Course in Salado, TX

May 13:        Attended the (S&W/TAMU sponsored) 3rd Annual F. Lurry Leavelle Lectureship in conjunction with the 52nd Annual T.F. Bunkley Lectureship and 24th Annual Baker Alumni Society meeting in Temple, Texas.

April 11-14        Attended the 37th Annual SGS Scientific meeting in San Antonio, TX

Jan 24-28        Teaches gynecologic surgery in Chennai, India during a mission trip.

### 2010

Dec 2-4        Guest Speaker at the 20th Annual Postgraduate Course in Advanced Gynecologic

Bob Shull, M.D.
Curriculum Vitae - Page 14

|  | Surgery in Chicago, IL.  Presenting "Planning Surgical Strategies: The Physical Examination", "Anterior Wall Support", "The Role of Uterine Preservation in Reconstructive Surgery", and "Is there a cure for pelvic floor dysfunction?". |
|---|---|
| Oct 25-26 | Faculty for the Advanced Pelvic Floor Surgery course in Salado, Texas. |
| Oct 4-5 | Attended the IUGA Symposium in Tel Aviv, Israel. |
| Sept 29-Oct 1 | Attended the AUGS 31st Annual Scientific meeting in Long Beach, CA. |
| Aug 21-29 | Attended the 40th Annual IUGA meeting in Toronto, Canada. |
| May 7 | Attended the (S&W/TAMU sponsored) 51st Annual T.F. Bunkley Lectureship and 23rd Annual Resident Research Day, and 19th Annual Baker Alumni Society meeting in Temple, Texas. May 7, 2010 |
| May 2-4: | Faculty for the (S&W/TAMU sponsored) Advanced Pelvic Floor Surgery with Hands-On Cadaver Lab and Live Surgery course in Salado, Texas. |
| Apr 10-14 | Attended the 36th Annual SGS meeting at the JW Marriot Starr Pass Resort & Spa, Tucson, Arizona. |
| Apr 14-18 | Attends the 81st Annual Joint meeting of the Texas Association OB/GYN and District XI ACOG and 18th Annual Texas Junior Fellow Resident Research Forum at Moody Gardens Hotel, Galveston, Texas. |
| Mar 13-20 | Attends a missionary trip to Guatemala. |
| Feb 19 | Faculty for the Update in Urogynecology and Female Urology at the Houston Omni Hotel in Houston, Texas.  Presenting "Vaginal Approach to Prolapse Repair" and "Planning Surgeries based on Physical Findings". |

**2009**

|  |  |
|---|---|
| Dec 2-6 | Faculty for the 19th Annual SGS Postgraduate Course in Advanced Gynecologic Surgery meeting in Chicago, IL. Presenting: "Contemporary Concepts in the Evaluation and Management of Pelvic Organ Prolapse", "Is there a cure for pelvic floor dysfunction?", "Planning Surgical Strategies: The Physical Examination" and "The Rose of Uterine Preservation in Reconstructive Surgery". |
| Oct 16-18 | Guest Speaker for the 2009 Annual District Meeting in Asheville, NC.  Presenting "Dr. A. Cullen Richardson – His Influence on 21[st] Century Reconstructive Surgery and Surgeons". |
| Oct 11-13 | Program Director for the S&W/TAMU Sponsored Advanced Pelvic Floor Surgery Conference in Salado, Texas. |
| Sept 23-27 | Attended the AUGS 30th Annual Scientific meeting in Hollywood, FL. |

Bob Shull, M.D.
Curriculum Vitae - Page 15

| | |
|---|---|
| Aug 20-22 | Visiting Professor for Grand Rounds at the University of Missouri, St. Louis, MO |
| June 14-20 | Attended the IUGA 2009 meeting in Como, Italy. |
| May 10-12 | Guest Faculty for the (S&W/TAMU sponsored) Advanced Pelvic Floor Surgery Course in Salado, Texas.  Presenting "Overview of Prolapse" and "Demo-Uterosaral Ligament Procedure". |
| Apr 20-24 | Invited Guest Professor to the Ireland Continence Society. |
| Apr 10-11 | Attended the (S/W - TAMU sponsored) Inaugural F. Lurry Leavelle Lectureship in conjunction with the 50th Annual T.F. Bunkley Lectureship and 22nd Annual Resident Research Day, and 18th Annual Baker Alumni Society Meeting in Temple, Texas |
| Apr 9-11 | Invited Guest Speaker for the Continence Society of the United Kingdom. |
| Apr 2-4 | Attended the 80th Annual Joint Meeting of the Texas Association of Ob/Gyn and District XI ACOG and the 17th Annual Texas Junior Fellow Resident Research Forum, Austin, Texas, April 2-5, 2009 |
| Mar 28-Apr 1 | Attended the 35th Annual SGS meeting in New Orleans, LA |
| Jan 26-30 | Attends the "Faith in Practice" surgical mission to Guatemala. |

**2008**

| | |
|---|---|
| Nov 16-18 | Program Director for the Advanced Pelvic Floor Surgery course in Salado, TX |
| Oct 2-4 | Faculty for the 18th Annual Postgraduate Course in Advanced Gynecologic Surgery at Lake Buena Vista, FL, presenting "Planning Surgical Strategies: The Physical Examination", "The Role of Uterine Preservation in Pelvic Reconstructive Surgery", "Contemporary Concepts in the Evaluation & Management of Pelvic Organ Prolapse", and "Is There a Cure for Pelvic Floor Dysfunction?" |
| Sept 19-20 | Faculty at the 1st Annual ACOG District XI, Section 1 (West Texas) meeting in Odessa, Texas speaking on "Physical Findings in Pelvic Organ Prolapse Patients" and "Uterine Preservation in Surgery for Pelvic Organ Prolapse." |
| June 2-6 | Attended the Toyota Business Techniques training meeting in Belton, TX. |
| May 5-6 | Guest Speaker for the annual ACOG meeting in  New Orleans, LA |
| Apr 27-29 | Program Director for the Advanced Pelvic Surgery Course in Salado, TX |
| Apr 24-25 | Attended an educational meeting at Texas Tech at Amarillo, TX |
| Apr 18 | Attended the 49th Annual TF Bunkley Lectureship and 21st Annual Resident Research Day at Scott & White, Temple, Texas, Apr 18, 2008 |
| Apr 13-16 | Faculty for the 34th Annual SGS meeting in Savannah, GA |
| Mar 27-28 | Attended the 79th Annual TAOG meeting in Ft. Worth, Texas. |

**2007**

| | |
|---|---|
| Dec 6-7 | Faculty for the 17th Annual Postgraduate Course in Advanced Gynecologic Surgery in |

**Bob Shull, M.D.**
**Curriculum Vitae - Page 16**

| | |
|---|---|
| | Chicago, Illinois, presenting "Contemporary Concepts in the Evaluation and Management of Pelvic Organ Prolapse", "Is There a Cure for Pelvic Floor Dysfunction", "Planning Surgical Strategies: The Physical Examination", and "The Role of Uterine Preservation in Reconstructive Surgery". |
| Nov 29-12/1: | Attended the Pelvic and Vaginal Surgery Conference in San Antonio, Texas. |
| Oct 14-16 | Program Director for the Advanced Pelvic Floor Surgery course in Salado, TX |
| Jul 17-20 | Visiting Professor in India. |
| Jun 11-15 | Attended the IUGA 32nd Annual meeting in Cancun, Mexico. |
| Jun 7-9 | Dr. Shull is speaker for the Northwestern Medical School, Advances in Urogynecology and Reconstructive Pelvic Surgery conference at the Hotel InterContinental in Chicago, Illinois presenting "No Absolutely Not", "Estogen Effects in the Lower Urinary Tract", "Paravaginal repairs, what is the state of the art", and "Surgical anatomy of the pelvis". |
| Apr30-May 1 | Program Director for the Advanced Pelvic Floor Surgery course in Salado, Texas. |
| April 26-27 | Gynecology Chair at the 6th Annual International Symposium on Female Urology & Urogynecology in Las Vegas, NV. |
| April 11-15 | Annual Clinical meeting of the Thirty-Third Annual SGS Meeting in Orlando, Florida. |
| Mar 26-30 | Visiting Professor and Surgeon guest professor at Ospedale Gemelli Rome, Italy |
| Mar 10-12 | Visiting Professor, Cleveland Clinic at Fort Lauderdale, FL |
| Mar 2 | Visiting Professor for resident research day at Texas Tech. |

**2006:**

| | |
|---|---|
| Dec 1 | Program Director for the 20th Annual Update in Pelvic and Vaginal Surgery in San Antonio, Texas |
| Nov 14-15 | Visiting Professor at the Chinese University of Hong Kong for the Vaginal Reconstructive Surgery Workshop. |
| Oct 27 | Director, Lonnie Burnett video symposium, ACOG District VII meeting in West Virginia. |
| Oct 18-22 | Attended the 27th Annual AUGS Scientific Meeting in Palm Springs, CA |
| Oct 15-17 | Director for the Advanced Pelvic Surgery course in Salado, Texas. |
| Sept 12-13 | Visiting Professor, 2nd Annual Paul B. Underwood Lecture at the University of Virginia, VA. |
| June 14-16 | Visiting surgeon at the Urogynecologic Reconstructive Surgical Society of India, Chennais, India |
| June 7-9 | Visiting Professor at the British Society of Urogynecology Royal College of Ob Gyn, London and visiting surgeon, Department of Gynaecology, Plymouth, England |
| Apr 23-25 | Director for the Advanced Pelvic Floor Surgery meeting in Salado, Texas presenting: "Overview of Prolapse" and a demo on "Uterosacral ligament procedure". |
| Apr 7-9 | Guest speaker at the Fifth Annual International Seminar on Female Urology and Urogynecology, Philadelphia, PA presenting: "Evaluation of Pelvic Organ Prolapse", "Appliances & Pessaries", "Surgical Concepts of Prolapse Repair", and "How to do a good pelvic exam". |
| Apr 1-5 | Attended the 32nd Annual SGS meeting in Tucson, AZ |
| Feb 24-25 | Guest Speaker for the Texas Clinical Symposium on Female Pelvic Surgery in Houston, Texas presenting "Management and Prevention of Complications of Pelvic Reconstructive Surgery" and "Is There a Surgical Cure for Pelvic Floor Dysfunction?". |
| Feb 16-18 | Guest Speaker at the ACOG Postgraduate course on Advanced Pelvic Surgery in St. James, Jamaica, presenting "Current Concepts in Disorders of the Pelvic Floor", "Planning Surgery for Pelvic Organ Prolapse", "Global POP -- Vaginal Approach", and "Surgical Complications of Treatment for Urinary Incontinence". |
| Jan 8-15: | Board Examiner for ABOG in Dallas, Texas. |

**2005:**

| | |
|---|---|
| Dec 28-31 | Visiting Professor and surgeon at Gortsabo Ghandi Hospital, Chennai, India. |
| Dec 2-3: | Faculty at the 19th Annual Update in Pelvic and Vaginal Surgery in San Antonio, Texas |

**Bob Shull, M.D.**
**Curriculum Vitae - Page 17**

|          |                                                                                                                                                                                                                                                                                                                                            |
|----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          | presenting: "Current concepts in disorders of the pelvic floor" and "Evaluation of women with pelvic organ prolapse".                                                                                                                                                                                                                       |
| Nov 10-12: | Guest Speaker for the National Association for Continence (NAFC) in Durham, NC, presenting: "A Physiology Refresher – The Lower Urinary Tract and the Pelvic Floor".                                                                                                                                                                        |
| Oct 23-25: | Program Director and Faculty for the Advanced Pelvic Floor Surgery meeting in Salado, Texas presenting: "Management of Enterocele and Apical Prolapse Vaginally" and "Complications of Pelvic Surgery".                                                                                                                                     |
| Sept 12-16: | Guest Speaker at the 26th Annual AUGS Scientific meeting in Atlanta, Georgia presenting: "Anterior Repair and Paravaginal Repair", "Global Pelvic Organ Prolapse – Vaginal Approaches", and "Is There a Surgical Cure for Pelvic Floor Dysfunction?".                                                                                      |
| Aug 29-30: | Keynote speaker for Research Retreat for the International Continence Society meeting on Anatomic Concepts of Genital Prolapse Etiology: Relation to Current Strategies of Prolapse Surgery in Montreal, Canada presenting: "Anatomic Cuff Fixation", "Diagnosis and Pathophysiology of Prolapse", and "Enterocele Repair with Vault Prolapse". |
| Aug 7-13: | Keynote speaker for the 30th Annual International Urogynecological Association meeting on "Urogynecology: Where are we and were should we be?" in Copenhagen, Denmark.                                                                                                                                                                       |
| May 7-11: | Guest Speaker for the 53rd Annual Clinical Meeting of ACOG, 120 Course Complex Gynecologic Surgery: Preventing and Managing Complications in San Francisco, CA, presenting "Hysteroscopy Complications", "Complications of Surgery for Urinary Incontinence", "Management of Complications of Pelvic Reconstructive Surgery", and "Planning Reconstructive Surgery". |
| Apr 17-18: | Faculty for the Advanced Pelvic Floor Surgery in Salado, Texas presenting "Management of Enterocele and Apical Prolapse Vaginally" and "Complications of Pelvic Surgery".                                                                                                                                                                   |
| Apr 7-9: | Program Faculty for the 76th Annual meeting of ACOG Texas Section and the Texas Association of Obstetrics and Gynecologists in Austin, Texas, presenting: "Contemporary Concepts in Pelvic Organ Prolapse".                                                                                                                                 |
| Apr 2-6 | Attends the 31st Scientific meeting of the Society of Gynecologic Surgeons at Rancho Mirage, California.                                                                                                                                                                                                                                   |
| Mar 31–Apr 2 | Guest Speaker at the 4th Annual International Seminar on Female Urology and Urogynecology in Las Vegas, Nevada presenting "Evaluation of Pelvic Organ Prolapse", "Defecatory Dysfunction", "How to do a good pelvic exam – video", "Retropubic Operations", "Is there a role for mesh augmented vaginal prolapse repairs?", and "Ureterosacral suspension". |
| Feb 17-19: | Guest Speaker for the ACOG Postgraduate Course on Advance Pelvic Surgery in St. Thomas, V.I., presenting "Rectocele", "Complications of Incontinence Surgery", and "Retropubic Suspension and Urethral Slings".                                                                                                                             |
| Jan 26-27: | Visiting Professor for Grand Rounds at Duke University in North Carolina, presenting "Is there a surgical cure for disorders of the pelvic floor?"                                                                                                                                                                                          |
| Jan 9-14: | Board Examiner for ABOG in Dallas, Texas.                                                                                                                                                                                                                                                                                                  |

**2004:**

|          |                                                                                                                                                                              |
|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Dec 3-4: | Program Director at the Eighteenth Annual Update in Pelvic and Vaginal Surgery  in San Antonio, Texas.                                                                      |
| Oct 24-26 | Course Director for Advanced Pelvic Floor Surgery in Salado, TX.                                                                                                           |
| Oct 23 | Guest Speaker  for Advances in Genitourinary Health in Chicago, IL presenting "Pelvic Organ Prolapse: Diagnosis, Conservative, and Obliterative Therapies".                 |
| Oct 16 | Guest Speaker at the Southwest Ob-Gyn Seminar in San Antonio presenting "Surgical Management of Uterovaginal Prolapse" and "Contemporary Concepts in Disorders of the Pelvic Floor". |
| Oct 12 | Guest Speaker for the Central Travel Club (CAOG) meeting presenting "Contemporary Concepts in Disorders of the Pelvic Floor" in Washington, DC                              |

**Bob Shull, M.D.**
**Curriculum Vitae - Page 18**

| | |
|---|---|
| Oct 9-11 | District VII ACOG meeting in Washington, DC.  Presenting the Lonnie Burnett video seminar on Pelvic Surgery. |
| Sep 30-Oct 2 | Guest Speaker at the SGS – 14th Annual Postgraduate Course in Advanced Pelvic Surgery in Chicago, IL.  Presented: "Contemporary Concepts in Disorders of the Pelvic Floor", "Burch vs. Paravaginal Repair", "Complications of Incontinence Surgery", and "Is There a Surgical Cure for Disorders of the Pelvic Floor?". |
| Jun 4 | Faculty, 2004 Resident Research Day, University of Pittsburgh School of Medicine,  Magee Women's Hospital, Pittsburgh, Pennsylvania |
| Apr 16 | 45th Annual Bunkley Day Lectureship & 17th Annual Resident Research Day, Scott & White Memorial Hospital, Temple, Texas |
| Apr 26 | Faculty, Advanced Pelvic Floor Surgery, Salado, Texas |
| Mar 23 | Speaker, Cadaver Course, Dallas, Texas |
| Jan 28-30 | Faculty, ACOG Meeting, San Jose, Costa Rica |
| Jan 12-16 | ABOG Board Examiner, Dallas, Texas |

**2003:**

| | |
|---|---|
| Dec 3-4 | Faculty, Pelvic & Vaginal Surgery course, San Antonio, Texas |
| Oct 1 | Attended Annual CAOG meeting, California, |
| Oct 16-20 | Attended District VII ACOG annual meeting, Ashville, North Carolina |
| Oct 27-28 | Faculty, Advanced Pelvic Floor Surgery, Salado, Texas |
| Sept 11-12 | Attended the 7th Annual American Urogynecologic Society meeting, Florida. |
| Jun 18-20 | Guest Faculty for Scott & White Course, The Adult , Male and Female Issues, "Examination of the Patient with Prolapse", "surgical Management of Urinary Incontinence; What's IN? What's OUT?", "Pharmacologic Management of Urinary Incontinence", "Is There Surgical Cure for Disorders of the Pelvic Floor: What Can Your Patient Expect?", South Padre Island, Texas |
| May 9 | Attended 44th Annual T.F. Bunkley Lectureship & 16th Annual Resident Research Day, Scott & White Hospital, Temple, Texas |
| Apr 4 | Attended the 74th Annual Texas Association of Obstetricians & Gynecologists, Galveston, Texas. |
| Mar 5-7 | Attended the Annual Society of Gynecologic Surgeons meeting, Anaheim, CA |
| Mar 27-29 | Speaker–ACOG freestanding postgraduate course entitled "Advanced Surgical approaches to Incontinence & Prolapse".  Presenting "Burch Procedure and Paravaginal Repair for Treatment of Stress Urinary Incontinence", "Complications of Incontinence Surgery", "Obliterative Procedures: Total Colpocliesis and LeFort", and "Is There a Cure for Pelvic Floor Dysfunction?" |
| Jan 11-18 | ABOG Board Examiner, Dallas, Texas |

**2002:**

| | |
|---|---|
| Dec 6 | Faculty, Pelvic and Vaginal Surgery Course, San Antonio, Texas |
| Nov 7-9 | Faculty - 12th Annual Postgraduate Course in Advanced Gynecologic Surgery.  Presented Is There a cure for Pelvic Floor Dysfunction, Contemporary Concepts in the Evaluation and Management of Pelvic Organ Prolapse, Retropubic Anatomy and Repairs for Urinary Incontinence and Complications of Incontinence Surgery, New York, New York |
| Oct 5 | Speaker for a Women's Forum: Lifelong Pelvic & Bladder Health at the National Association for Continence meeting in Houston presenting "Risk factors for development of urinary incontinence". |
| Oct 12 | Faculty at the ACOG – District VII meeting in New Orleans directing the Lonnie Burnett video session. |
| Oct 13-15 | Course Director for the Advanced Pelvic Surgery course, Salado, Texas |
| Oct 17-19 | Moderator of Panel on Finance in Urogynecology and Past-President's Committee at the AUGS – 23rd Annual scientific meeting, San Francisco, California |

**Bob Shull, M.D.**
**Curriculum Vitae - Page 19**

| | |
|---|---|
| Oct 25-27 | Attend the Central Travel Club meeting in Las Vegas, Nevada |
| Oct 28 | Attends the Central Association of Obstetricians-Gynecologist Annual Meeting in Las Vegas, Nevada |
| Sept 27-28 | Faculty -- Washington Section/ACOG and Seattle Gynecology Society 45th Annual Fall Assembly in Seattle, Washington presenting "Is there a cure for pelvic floor dysfunction", "Burch – paravaginal repair for treatment of stress urinary incontinence", and "The use of native tissue" |
| Sept 17-20 | Visiting Professor and Surgeon 6th Annual German Urogynecological Meeting, Berlin, Germany |
| Aug 3-4 | Guest Speaker - 4th Annual Female Incontinence and Pelvic Organ Prolapse/Practical Urogynecologic Anatomy with Cadaver Dissection meeting. Presented Is There a Surgical Cure for Pelvic Floor Dysfunction, Vaginal Surgery Pearls, Vaginal Approaches to Reconstructive Surgery and Anterior Vaginal Wall and Retropubic Procedures, University of Texas Southwestern Medical Center, Dallas, Texas |
| Jan 6-11 | Oral examiner for ABOG, Dallas, Texas |

**2001:**

| | |
|---|---|
| Feb 2-4 | Faculty, The American Association of Gynecologic Laparoscopists Postgraduate Course on "Urogynecology & Reconstructive Pelvic Surgery: What is the Role of Laparoscopy?", Miami Beach, Florida. "Preoperative Evaluation of the Lower Urinary Tract in Women With Advanced Pelvic Organ Prolapse", "Defecatory Dysfunction, Rectocele and Anal Incontinence: What Every Gynecologist Should Know", "Anterior Vaginal Wall Defects and Stress Incontinence: How Are They Best Managed?", "Contemporary Use of Pessaries", and "Vaginal Vault Prolapse and Enterocele – Vaginal Approaches". |
| Feb 23 | Guest Faculty, The Thomas E. Elkins Memorial Lecture, Dept. of OB/GYN, Johns Hopkins School of Medicine, Baltimore, Maryland, "Ethics, Eugenics, and Pelvic Prolapse" |
| Feb 24 | Guest Faculty, The 18th Annual Houston Everett Memorial Postgraduate Course in Urogynecology, Johns Hopkins University School of Medicine, Baltimore, Maryland ,"Defect Approach to Anterior Vaginal Reconstruction" |
| Feb 25-Mar 3 | Guest Faculty, 42nd Annual Ob/Gyn Update postgraduate course presented by the University of Utah School of Medicine in Park City, Utah, "Contemporary Concepts in the Evaluation and Management of Pelvic Organ Prolapse", "The Use of Native Tissue in the Vaginal Approach to Prolapse", and "Complications of Surgery for Urinary Incontinence". |
| Mar 3-7 | President Elect and panel member, Society of Gynecologic Surgeons Annual Meeting, Orlando, Florida, " Complications of Pelvic Surgery" |
| Mar 9 | Visiting Professor, Lehigh Valley Hospital, Dept of OB/GYN,  Allentown, Pennsylvania, "Management of Vaginal Vault Prolapse." |
| Mar 23-24 | 42nd Annual T. F. Bunkley Lectureship/14th Annual Resident Research Day/11th Annual Meeting of the Baker Society, Temple, Texas |
| Mar 29-31 | Faculty/Host for the Central Travel Club Ob/Gyn Meeting, Salado, Texas: live demonstration of surgical techniques in pelvic reconstructive surgery |
| Apr 4-6 | Attends the 72[nd] Annual TAOG/Texas Section ACOG Meeting, Austin, Texas. |
| Apr 22-24 | Program Director, Advanced Pelvic Floor Surgery Course (S&W/TAMU) Salado, Texas: Live vaginal reconstructive surgery -- two cases. Lectures: "Open procedures for urinary incontinence" and "Vaginal repair for vaginal prolapse" |
| Jul 2-5 | Consultant to the World Health Organization, Paris, France. |
| Sept 21 | Guest Speaker, Oklahoma Section ACOG Meeting: "Management of the Posterior Compartment" |
| Sept 22-26 | Distrit VII ACOG Annual Meeting, Tulsa, OK: conducts the Lonnie S. Burnett Video Seminar |

**Bob Shull, M.D.**
**Curriculum Vitae - Page 20**

| | |
|---|---|
| Sept 27 | GuestSpeaker, Austrian Society for Urogynecology and Reconstructive Surgery, Vienna, Austria, "Is There a Surgical Cure for Pelvic Floor Dysfunction?" |
| Oct 11-12 | Faculty, 11th Annual Postgraduate Course in Advanced Pelvic Surgery (Society of Gynecologic Surgeons), New York, NY: "Management of Mixed Incontinence", "Current Concepts in the Management of Pelvic Organ Prolapse", "Complications of Incontinence Surgery", and "Retropubic Space Surgery" and Elected to President, SGS, 2001-2002 |
| Oct 21-23 | Course Director and Faculty for an Advanced Pelvic Floor Surgery Course, Salado, Texas (S&W/TAMU sponsored) |
| Ot 25-27 | Annual American Urogynecologic Society (AUGS) Meeting, Chicago, Illinois: Presents the J. Marion Sims Lecture, "Is there a Surgical Cure for Pelvic Floor Dysfunction?" |
| Nov 9-10 | Program Director and Faculty, 15th Annual S&W/TAMU Update in Pelvic and Vaginal Surgery Course, San Antonio: "How to do Various Retropubic Urethropexies: Marshall-Marchetti-Krantz", "Compartmentalization of Pelvic Floor Defects", and "Management of Posterior Compartment Defects". |
| Dec 3-7 | The International Urogynecologic Association Meeting, Sydney, Australia, Presenting the Keynote Address on "The Use of Native Tissue in Pelvic Reconstructive Surgery" and performed a workshop on Vaginal Surgery for Uterovaginal Prolapse and performed live surgery demonstrations. |

## 2000:

Guest Speaker, American Urological Association Postgraduate Course on Female Urology/Urogynecology: A Meeting of the Minds, New York City, New York, 1/16-18/00: "Retropubic Prolapse - Diagnosis & Pathophysiology", "Pelvic Organ Prolapse - Planning a Surgical Approach", "Surgical Treatment of Uterine Prolapse, including Hysterectomy and Prophylaxis Against Prolapse", Surgical Treatment of Anterior Compartment Defect: Vaginal Approach", "Surgical Treatment of Posterior Compartment Defects", "Surgical Treatment of Superior (Apical) Defects: Vaginal Approach and "Surgical Treatment of Superior (Apical) Defects: Abdominal Approach"

Faculty for "Update in Gynecologic Urology In St Thomas", (Northwestern University/ Cleveland Clinic sponsored), St. Thomas, Virgin Islands, 2/10-12/00: "Effects of Estrogen on the Lower Urogenital Tract", "Prolapse Videos", "Anterior Vaginal Wall Prolapse Including Paravaginal Repair", "Abdominal Repair of Vaginal Vault Prolapse (Open and Laparoscopic)", "How I Approach Vaginal Vault Prolapse from Below", and "What I do Surgically for My Patients and Why"

Visiting Faculty, 26th Annual Vail Obstetrics and Gynecology Conference (Department of Ob/Gyn, University of Colorado School of Medicine) Vail, Colorado, 2/20-25/00: "How I do a Vaginal Hysterectomy", "How I Repair Vaginal Apical Prolapse", "Management of Urinary Incontinence" and "Pelvic Reconstruction"

Guest Faculty for the 17th Annual Houston Everett Memorial Course in Urgynecoogy, Johns Hopkins University School of Medicine, Baltimore, Maryland, 2/26/00: "Complications of Incontinence and Pelvic Reconstructive Surgery", "Defect Approach to Anterior Reconstructive Surgery", "Vaginal and Paravaginal Repair", and "Vault Prolapse - Texas Technique and Experience"

Annual Meeting of the Society of Gynecologic Surgeons, New Orleans, Louisiana, 2/28-3/1/00: "A Transvaginal Approach to Repair of Apical and Other Associate Sites of Pelvic Organ Prolapse Using Uteroscacral Ligaments" and serves as Discussant for a paper presentation, "Abnormal Spinal Curvature and its Relationship to Pelvic Organ Prolapse", and roundtable discussion on "Standardization of Terminology for Pelvic Organ Prolapse, Urinary Incontinence, and Fecal Incontinence"

Faculty for "Advances in Urogynecology & Pelvic Organ Prolapse for the New Millenium", (sponsored by Univ of Texas HSC, Houston), Houston, Texas, 3/3-4/00: "Anatomy & Surgical Correction of Paravaginal Defects" and "Update on Surgical Management of Recurrent Prolapse".

**Bob Shull, M.D.**
**Curriculum Vitae - Page 21**

41st Annual T. F. Bunkley Lectureship/13th Annual Resident Research Day/10th Annual Baker Alumni Society Meeting, (S&W/TAMU), Temple, 3/24-25/00

Guest Speaker for the University of Stellenbosch Faculty of Medicine, Department of Ob/Gyn, Capetown, South Africa, 3/30-31/00, presenting a day seminar on "Practical Management of Genital Prolapse", including "Contemporary Concepts in the Pathophysiology and Management of Pelvic Organ Prolapse".

71st Annual TAOG/Texas Section ACOG Meeting, San Antonio, Texas, 4/6-8/00

Guest Speaker, Annual Consultants Review at the Royal College of Obstetricians and Gynecologists, Warwick, England, 5/22/00: "Management of the posterior compartment" and "Surgical management of urinary incontinence"

Invited lecturer: Nordic Congress of Obstetrics and Gynecology. Oslo, Norway, 6/3-6/00: "Genital prolapse: The way we do it" and "Functional anatomy of urogenital prolapse".

Guest Speaker for the Florida Obstetrical and Gynecological Society, Naples, Florida., 7/27-30/00: "Enterocele", "The underlying concepts of pelvic floor disorders", and "How to pick an operation for pelvic organ prolapse".

Speaker, "2nd Annual Update in Female Incontinence and Pelvic Organ Prolapse" Symposium at The University of Texas Southwestern Medical Center, Dallas, Texas, 8/5/00: "Site-specific approach to pelvic organ prolapse" and "Office evaluation of pelvic organ prolapse/urinary incontinence".

Served as Panel Member at the Annual FIGO Meeting, Washington, D.C. Subject: Use of Synthetic Graphs in GYN Surgery, 9/6/00

Central Travel Club OB/GYN Meeting, Green Bay, Wisconsin, 9/9-10/00

Speaker, District VII Annual District VII ACOG Meeting, St. Louis, Missouri, 9/30-10/4/00: Presented the Lonnie Burnett Video Seminar on Pelvic Organ Prolapse

Speaker, 10th Annual Postgraduate Course in Advance Gynecologic Surgery, New York, New York, 10/5-7/00: "Retropubic anatomy and repairs for urinary incontinence" and "Laparoscopic correction of incontinence and prolapse".

Annual Meeting of the American Urogynecology Society in Charleston, South Carolina, 10/26-29/00

Discussant, Central Association of Ob/Gyn Annual Meeting, Chicago, Illinois, 10/19-20/00. "Prospective, Randomized Trial of Polyglactin 910 Mesh to Prevent Recurrence of Cystocele and Rectocele".

Invited speaker for the Italian Urodynamic Society, Bologna, Italy, 10/22-26/00: Live surgery for pelvic organ prolapse, and "Contemporary concepts in the evaluation and management of pelvic organ prolapse".

Program Director and Faculty for a S&W/TAMU sponsored "Advanced Pelvic Floor Surgery" course (S&W/TAMU), Salado, Texas, 11/5-7/00: "Anatomy for the Pelvic Reconstructive Surgeon: Clinical Applications", "Testing Bladder Function", "Rectocle-Video Presentation", "Pathophysiology of Enterocele and Vaginal Prolapse", "Prolapse Repair: A Gynecologists' Approach", and conducts live surgery cases.

Program Director, 13th Annual W.F. Baden Lectureship in Gynecology, Scott & White, 11/30/00

Bob Shull, M.D.
Curriculum Vitae - Page 22

Program Director, 14th Annual Update in Pelvic and Vaginal Surgery, San Antonio, Texas, 12/1-2/00: Presented "Tension Free Vaginal Tape", "How to manage post operative obstruction voiding", "Compartmentalization of pelvic floor defects", and "Anterior compartment defects".

**1999**:
Guest Speaker and Visiting Surgeon, Tripler Army Base, Honolulu, Hawaii., 1/18-22/99

25th Annual Society of Gynecology Surgeons meeting, San Diego, California, 2/18-19/99

Committee Member to Rewrite Test Booklet, Gynecologic surgery and Oncology. American College of Obstetricians and Gynecologist, Prolog, Washington, DC, 3/5/99

Chicago Gynecologic Society, Guest Speaker "The vaginal approach to pelvic prolapse". Grand Rounds, Guest Speaker, Loyola University School of Medicine. Grand Rounds, Illinois Lutheran Medical Center, 3/17/99

Faculty speaker for the Stanley F. Rogers Symposium, Houston, Texas., 3/26-27, 99

Speaker, University of Connecticut Postgraduate Course, Hartford, Connecticut, 4/6-7/99

Executive Committee member and Faculty Speaker, 70th Annual Texas Association of Obstetrics and Gynecologist, Houston, Texas, 4/16-17/99: Selecting the Proper Operation for Urinary Incontinence and Enterocele,

Visiting Professor, University of Virginia, "Contemporary Concepts in Pelvic Organ Prolapse: Evaluation and Surgery", Charlottesville, Virginia, 4/23/99

S&W/TAMU Advanced Pelvic Surgery Course, (Program Director), Salado, Texas, 5/3/99: "Anatomy for the Gynecologic Surgeon – Clinical Applications", "Pathophysiology of Enterocele and Prolapse of the Cuff", "Vaginal Repair", "Rectocele", "Overview of Surgery for Urinary Incontinence" and Two Cases of Vaginal Reconstructive Surgery Using the Principles Discussed

Guest Speaker, Alabama Section, American College of Obstetricians and Gynecologist, Birmingham, Alabama, 5/6-7/99: "Enterocele Medical Management during incontinence"

Grand Rounds Speaker and Faculty for the Resident Education Day, Department of OB/GYN, University of South Carolina, Greenville, South Carolina, May 13-16/99:  "Enterocele and Complications of Urinary Incontinence Surgery", "Selecting the Proper Operation for Urinary Incontinence"

Guest Expert Faculty, Nordic Conference on Ob/Gyn, Oslo, Norway, 6/2/99

Guest Speaker, Arkansas Section of ACOG, Little Rock, Arkansas, 6/4/99: "Medical Management of Urinary Incontinence" and "Laparoscopic Surgery for Urinary Incontinence"

Guest Speaker, for the University of Kansas -Wichita Department of Ob/Gyn, 6/19/99, the Daniel K. Roberts Ob/Gyn Update: The Female Patient: Contemporary Issues: "Pelvic and Reconstructive Surgery, Theory and Practice, I & II"

Central Travel Club meeting, Butte, Montana, 7/28-30/99

International Continence Society Meeting, Denver, Colorado, 8/21-25/99

NIH Terminology Workshop for Researchers in Female Pelvic Floor Disorders Meeting, Bethesda, Maryland,

**Bob Shull, M.D.**
**Curriculum Vitae - Page 23**

8/26-27/99

Faculty, Pacific Northwest Review of Ob/Gyn Course, Portland, Oregon, 10/1-2/99: "Utero-sacral Suspension for Vaginal Vault Prolapse and "The Paravaginal Repair"

ACOG District VII Annual Meeting, Charleston, South Carolina, 10/3-5/99: Annual Lonnie Burnett Video Seminar presentation

Annual Meeting of the American Uro-Gynecology Society, New York City, 10/13/99

Annual Meeting of the Society of Gynecologic Surgeons, New York, 10/14-17/99

Advanced Pelvic Floor Surgery Course, (S&W) (Program Director), Salado, Texas, 10/24-25/99: "Anatomy of Pelvic Support", "The Defect Approach to Reconstructive Surgery", "Complications of Incontinence Surgery", "Retropubic Anatomy and Repairs for Urinary Incontinence", and "Management of Mixed Incontinence".

Speaker, Armed Forces District ACOG meeting, San Antonio, Texas, 11/4/99: "Compartmentalization of Pelvic Suport Defects"

Liaison Committee in Ob/Gyn, Chicago, Illinois (member), 11/30/99

Associate Board Examiner for the American Board of OB/GYN certification exams, Chicago, Illinois, 11/8-12/99

12th Annual Wayne F. Baden Lectureship (Program Director), S&W, 12/9/99

Program Director and Faculty, 13th Annual Pelvic and Vaginal Surgery Course (S&W/TAMU), San Antonio, Texas, 12/10-11/99: "How to Pick an Operation for Urinary Incontinence" "Pathophysiology of Enterocele, Rectocele and Cuff Prolapse". Coates: "Evaluation of Urinary Incontinence", "Medical Management of Incontinence" and "Abdominosacrocolpopexy"

NIH Terminology Workshop for Researchers in Female Pelvic Floor Disorders, 12/13-14/99, Bethesda, Washington DC

**1998:**
Faculty, Pelvic Reconstructive Surgery Course, Atlanta, Georgia, 1/12-13/98

24th Annual Society of Gynecology Surgeons meeting, Lake Buena Vista, Florida, 2/28-3/4/98

Faculty, Pelvic Reconstructive Surgery, Northeast Mississippi, Tupelo, Mississippi, 3/20-21/98

69th Annual Meeting, Texas Association of Obstetricians and Gynecologists/Texas Section ACOG, Dallas, Texas, 3/26-27/98, member, Executive Committee

Speaker, St. Paul Medical Center, Dallas, Texas, 3/28/98: "Enterocele" and "Management of the Anterior Segment'

Consultant Surgeon, French Society of Vaginal Surgeons, 4/1/98, Marseilles, French

Guest Lecturer to University of Oklahoma Residents, Austin, Texas, 4/25/98

**Bob Shull, M.D.**
**Curriculum Vitae - Page 24**

Program Director and Faculty, Advanced Pelvic Surgery Course, Salado, Texas, 5/4-5/98

American College of Obstetricians and Gynecologists Annual Clinical Meeting, New Orleans, Louisiana, 5/9-11/98, Chair, Texas Section ACOG

Faculty, Course on Advanced Pelvic Surgery, San Antonio, Texas, 5/21-22/98

American Urogynecologic Society Research Retreat, 6/11/98

1st International Consultation on Incontinence, Monaco, 6/26-7/1/98, Subcommittee Chairman, Physical Examination Committee.

Visiting Professor, Royal College of Obstetricians and Gynecologists, London, England, 7/6-9/98: "Planning Pelvic Reconstructive Surgery" and "The Vaginal Approach to Vaginal Vault Prolapse". Also served as Gust Master Surgeon to St. Georges Hospital, London and Princess Anne Hospital, Southampton

OB/GYN Central Travel Club, Billings, Montana, 9/10-11/98

Society of Gynecologic Surgeons Postgraduate Course in New York, 9/24-26/98

Guest Speaker, 10th Annual Pelham P. Staples, Jr., M.D. Practical Update in Obstetrics and Gynecology, Fort Worth, Texas, 10/10/98: "Pathophysiology and Surgical Correction of Urinary Stress Incontinence", and "Anatomy, Pathophysiology and Surgical Correction of Vaginal Prolapse"

Post Graduate Course Faculty, Surgical Management of Pelvic Organ Prolapse, Central Association of Obstetricians and Gynecologists, Kansas City, Missouri, 10/16-27/98

American College of Obstetricians and Gynecologists District VII Meeting, Birmingham, Alabama, 10/26-27/98 (Chair, Texas Section ACOG)

Program Director and Faculty for Advanced Pelvic Floor Surgery course, (S&W/TAMU), Salado, Texas, 11/2/98: "Anatomy for the Gynecologic Surgeon - Clinical Applications", "Pathophysiology of Enterocele and Prolapse of the Cuff", "Vaginal Repair", "Rectocele", and "Overview of Surgery for Urinary Incontinence"

Executive Committee Meeting, American Urogynecologic Society, Washington, DC, 11/11-14/98

Associate Board Examiner, American Board of Obstetrics and Gynecology oral exams, Chicago, Illinois 11/16-20/98.

Baden Lectureship in Gynecology, Scott & White Hospital, 12/3/98

Course Director and Faculty, S&W/TAMU Update In Pelvic and Vaginal Surgery Course, San Antonio, Texas, 12/3/98: "Anatomy for the Pelvic Surgeon", "Postoperative Care of Patients With Urinary Incontinence", "Complications of Incontinence Surgery", "Pathophysiology of Enterocele, Rectocele and Cuff Prolapse"

**1997:**
Visiting Professor, University of Hawaii at Manoa, Honolulu, Hawaii, 1/7-11/97

Faculty for the 6th Annual Controversies in Women's Health Care Course (TAMU/S&W), Cancun, Mexico, 2/5-8/97: "Review of AHCPR Guidelines for the Evaluation of Urinary Incontinence", "Complications of Incontinence Surgery", "Retropubic Space Surgery for Urinary Incontinence"

**Bob Shull, M.D.**
**Curriculum Vitae - Page 25**

23rd Annual Society of Gynecologic Surgeons meeting, New Orleans, Louisiana, 2/24-25/97. Discussant at scientific session.

Guest Speaker, Stanley F. Rogers Symposium on Recognition of Pelvic Support Defects and Restoration of Functional Anatomy, Columbia Woman's Hospital of Texas, Houston, 3/21-22/97: "New Classification System for Pelvic Support Defects", "My Technique for Posterior Repair", "Transvaginal Approaches to Anterior Defects", and "Transvaginal Repair of Uterovaginal Prolapse"

Faculty (and Executive Council Member) 68th Annual Meeting of the Texas Association of Obstetricians and Gynecologists/Texas Section ACOG, Austin, Texas, 4/16-18/97: "Management of Vaginal Cuff Prolapse and Enterocele"

Speaker, 3rd Annual Scientific Session of the Annual Clinical meeting of the American College of Obstetricians and Gynecologists, Las Vegas, Nevada, 4/28-29/97: "The Vaginal Approach to Urinary Incontinence Pelvic Reconstructive Surgery"

Speaker, Advanced Laparoscopic Training, Atlanta, Georgia, 5/30-31/97

American Urogynecologic Society retreat, 6/6-7/97

Guest Consultant, 1st International Continence Consultation on The Overactive Bladder: From Basic Science to Clinical Management, London, England, 6/27-28/97

Faculty, ACOG Bilingual Postgraduate Course on "Pelvic Floor Dysfunctions", Guadalajara, Mexico, 7/18-19/97 (Organized by the ACOG District VII, Mexico Section, and The Mexican Federation of Gynecology and Obstetrics, and The Guadalajara Society of Gynecology and Obstetrics), "Cystocele, Physiopathology and Diagnostic Approach", "Paravaginal Defect Cystocele, Retropubic Treatment Approach", "Paravaginal Defect Cystocele and Mixed Cystocele; Vaginal Treatment", and "Fecal Incontinence; Patient Evaluation and Treatment".

Faculty, ACOG Postgraduate Course in Pelvic and Vaginal Surgery, Jackson Hole, Wyoming, 8/20-23/97.

Faculty, Society of Gynecologic Surgeons Postgraduate Course, New York City, New York, 9/10-12/97: "The Defect Approach to Reconstructive Surgery", "Complications of Incontinence Surgery", "Retropubic Anatomy and Repairs for Urinary Incontinence", and "Management of Mixed Incontinence"

President: American Urogynecologic Society meeting, Tucson, Arizona, 9/24-27/97

Faculty, ACOG Annual District VII Meeting, San Antonio, Texas, 10/11-15/98, Presented the Lonnie Burnett: Surgical Video Seminar

Guest Speaker, Baptist Hospital/Middle Tennessee Ob-Gyn Society, "Fourth Annual Advances in Pelvic Surgery" program, Nashville, Tennessee., 10/23-25/97

Board Examiner, American Board of Obstetrics and Gynecology oral exams, Chicago, Illinois, 11/3-7/97

Program Director and Faculty, S&W/TAMU Advanced Laparoscopic Training Course, Salado, Texas, 11/17-18/97

Speaker, 3rd International Symposium B Stress Urinary Incontinence and Genital Prolapse, Munich, Germany, 11/28-12/5/97

**Bob Shull, M.D.**
**Curriculum Vitae - Page 26**

<u>1996:</u>
Executive Committee Meeting, American Urogynecologic Society, Chicago, Illinois, 1/6/96

Speaker, University of Alabama Southern Medical Society Progress in OB/GYN meeting, Birmingham, Alabama, 2/1-2/96; "Clinical Evaluation of Women with Pelvic Support Defects" and "Vaginal Pessaries and their use in Pelvic Relaxation".

Speaker, Kiser Permanente OB/GYN Group, San Francisco, California, 2/5-6/96 "Assessment of Pelvic Support Defects"

American College of Obstetricians and Gynecologists, District VII, Advisory meeting, Austin, Texas, 2/23/96

Speaker, Society of Gynecologic Surgeons, Albuquerque, New Mexico, 3/3-6/96: "Incidence of Recurrent Cystocele After Anterior Colporrhaphy and Concomitant Transvaginal Needle Suspension Procedure".

Speaker, Advance Laparoscopic Training Course, Atlanta, Georgia, 3/8-9/96

Guest Speaker, State University of Suffolk OB-Gyn Society, New York, 3/12-13/96

Guest Faculty, The Cleveland Clinic Foundation, Advances in Female Voiding Dysfunction and Pelvic Disorders, Cleveland, Ohio, 3/15-16/98 "Clinical Evaluation of the Female for Prolapse and Lower Urinary Tract Dysfunction", "Vaginal Surgery for Vault Prolapse", and "Paravaginal Repairs".

Speaker, Urogynecologic Review Course on Urogynecology: Incontinence and genital prolapse overview, presented by HealthOne, Keystone, Colorado, 3/28-29/96 "Assessing Genital Prolapse", "Paravaginal Repair", "Drugs and the Bladder", and "Surgical Complications".

Visiting Professor and speaker at the Society of Air Force Clinical Surgeons Meeting, San Antonio, Texas, 4/2/96: "Compartmentalization of Enterocele Repair (video)"

Speaker, Pelvic Surgery Course, Department of Obstetrics and Gynecology at University of Virginia, Charlottesville, Virginia, 4/11-12/96: "Clinical Experience of Paravaginal Repair" and 'Symptoms of Pelvic Relaxation".

ACOG Annual meeting, Denver, Colorado, 4/29-5/1/96

Guest Faculty, University of Miami School of Medicine Henry Lansman Lectureship, Miami, Florida, 5/14-16/96: "Vaginal Paravaginal Repair and Its Role in Management of the Anterior Vaginal Segment" and Update in Pelvic Surgery and Gynecologic Urology. Presented "Compartmentalization of Pelvic Floor Defects" and "Enterocele (a video)" and "Vaginal Approach to Prolapse and Enterocele Repair"

Executive Committee, American Urogynecologic Society, Warrenton, Virginia, 6/6-8/96

Guest Speaker, Mexican Urogynecological Society, Mazatlan, Mexico VII National Congress, 6/26-28/96

Guest Speaker, Society of Gynecologic Surgeons, New York City, New York, 9/11-14/96: "The Defect Approach to Reconstructive Surgery", "Clinical Evaluation of Urinary Incontinence", "Retropubic Anatomy and Repairs for Urinary Incontinence", "Complications of Incontinence Surgery", and "Management of Mixed Incontinence"

**Bob Shull, M.D.**
**Curriculum Vitae - Page 27**

Guest Speaker, International Congress of Gynecologic Endoscopy, AAGL 25th Annual Meeting, Chicago, Illinois, 9/24-26/96. 'The Rectovaginal Septum Revisited: Its Relationship to Rectocele and Its Importance in Rectocele Repair", "Anatomy & Physiology", and "Surgical Therapy of the Pelvic Floor, Traditional Methods" "Urinary Stress Incontinence".

American Urogynecologic Society meeting, New Orleans, Louisiana, 10/4-7/96

Central Association of Obstetricians and Gynecologists, Houston, Texas, 10/16-19/96

Speaker for Women's Health Care Lecture Series on Incontinence and Prolapse presented by S&W Options for Health on 10/26/96: A Pelvic Relaxation..

Board Examiner for the American Board of Obstetrics and Gynecology, Chicago, Illinois, 11/11-15/96

American College of Obstetricians and Gynecologists District VII Annual Meeting, New Orleans, Louisiana, 11/17-18/96 (Chair, Texas Section ACOG)

Program Director and Faculty, S&W/TAMU Update in Pelvic and Vaginal Surgery Conference, San Antonio, Texas, 12/6-7/96.

Speaker, Advanced Pelvic Surgery Urogynecology Postgraduate Course, Scottsdale, Arizona, 12/12-13/96

## MILITARY SERVICE:
U.S. Air Force, 1973-1975, Major, Medical Corps

04/11 rev.