# EXHIBIT A

# Ragnvald Mjanger

## Reliance List
### *in Addition to Materials Referenced in Report*

Ragnvald Mjanger Materials List

**Medical Literature**

| |
|---|
| Agostini A, et al. [Pop 12,280] Immediate complications of tension-free vaginal tape (TVT): results of a French survey. Eur J Obstet Gynecol. 2006; 124:237-239. |
| Aigmueller T, et al. [10 yr fu] Ten-year follow-up after the tension-free vaginal tape procedure. Am J Obstet Gynecol. 2011; 205:496.e1-5. |
| Albo M, Richter, Zimmern, Moalli, Sirls. - NEJM - SISTEr study - Burch Colposuspension versus Fascial Sling to Reduce Urinary Stress Incontinence. N Engl J Med 2007;356:2143-55. |
| Amid PK. Biomaterials for abdominal wall hernia surgery and principles of their applications. Langenbecks Arch Chir (1994) 379:168-171 |
| Amid PK. Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia:1997:1:15-21. |
| Angioli R, Plotti F, Muzii L, Montera R, Panici PB, Zullo MA. Tension-free vaginal tape versus transobturator suburethral tape: five-year follow-up results of a prospective, randomised trial. Eur Urol 2010;58:671-677. |
| Boukerro. Objective analysis of mechanical resistance of tension-free devices. European Journal of Obstetrics & Gynecology and Reproductive Biology 124 (2006) 240-245 |
| Boukerrou M, et al. Study of the biomechanical properties of synthetic mesh implanted in vivo. Eur J Obstet Gynecol Reprod Biol (2007) 134:262-267 |
| Brubaker L, et al. Adverse events over two years after retropubic or transobturator midurethral sling surger: Findings from the trial of midurethral slings (TOMUS) Study. Am J Obstet Gynecol 2011;205:498e.1-6 |
| Cassidenti A. The crushing of innovation for treating female pelvic floor disorders: A Story of "Lead or be Led." OBG Management 2016; 28(4): 9-14 |
| Celebi - [Pop 563, 5 yrs fu] Results of the TVT procedure for treatment of female SUI: a 5 year follow-up study; Arch Gynecol Obstet (2009) 279:463-467 |
| Collinet P. et al. The Safety of the Inside-Out Transobturator approach for transvaginal tape (TVT-O) treatment in stress urinary incontinence: French registry data on 984 women. Int Urogynecol J (2008) 19:711-715 |
| Costantini. [Pop 87, median 100 mos fu] Long-term efficacy of the trans-obturator and retropubic MUS for SUI: update from a randomized clinical trial; World J Urol, DOI 10.1007/s00345-015-1651-z, 2015 |
| Cox A, Herschorn S, Lee L. [Nat Rev Urol] Surgical management of female SUI: is there a gold standard? Nat Rev Urol. 2013 Feb;10(2):78-89. |
| Cresswell J, et al. [pop 118, mean 6.6 yrs fu] Long-term evaluation of tension-free vaginal tape (TVT) outcomes for a UK Surgeon: Objective assessment and patient satisfaction questionnaires. British Journal of Medical and Surgical Urology (2008) 1, 58-62. |
| Dietz HP, et al. [Pop 68, median 1.6 yrs fu] Does the Tension-Free Vaginal tape stay Where you Put It? Am J Obstet Gynecol 2003; 188:950-3 |
| Dietz HP, et al. Mechanical properties of urogynecologic implant materials. Int Urogynecol J (2003) 14:239-243. |
| Drutz H. IUGA guidelines for training in female pelvic medicine and reconstructive pelvic surgery (FPM-RPS). Updated Guildelines 2010. Int Urogynecol K=J 2010; 21: 1445-1453. |
| Dyrkorn OA, Kulseng-Hanssen S, Sandvik L. TVT compared with TVT-O and TOT: Results from the Norwegian National Incontinence Registry; Int Urogynecol J (2010) 21:1321-1326. |
| Falconer C. Clinical Outcome and Changes in Connective Tissue Metabolism After Intravaginal Slingplasty in Stress Incontinence Women. Int Urogynecol J 1996; 7: 133-137 |
| Ford AA, et al. (Cochrane Review[FULL]) Mid-urethral sling operations for stress urinary incontinence in women. The Cochrane Library 2015, Issue 7 |
| Groutz A, Rosen G, Cohen A, Gold R, Lessing JB, Gordon D. [Pop 52, 10 yr fu] Ten-year subjective outcome results of the retropubic tension-free vaginal tape for treatment of stress urinary incontinence. J Minim Invasive Gynecol (2011) 18:726-729 |

Ragnvald Mjanger Materials List

**Medical Literature**

| |
|---|
| Han J-Y, Park J, Choo M-S. [Pop 88, 12 yr fu] Long-term durability, functional outcomes, and factors associated with surgical failure of tension-free vaginal tape procedure. Int Urol Nephrol (2014) 46:1921-1927 |
| Hansen, Gradel. [Danish Registry] Reoperation for urinary incontinence-a nationwide cohort study, 1998 thru 2007; Am J Obstet Gynecol 2016;214:263.e1-8 |
| Heinonen P. [Pop 191, mean 10.5 yrs fu] Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome. Int J Urol 2012; 19:1003-1009 |
| Holmgren S, Nilsson. [Pop 760, 8 yr fu] Long-Term Results with Tension-Free Vaginal Tape on Mixed and Stress Urinary Incontinence. Obstetrics & Gynecology; Vol. 106, No. 1, July 2005 |
| Jelovsek J, et al. [Pop 72, mean 62 mos fu] Randomized trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up. BJOG 2008; 115: 219-225. |
| Jonsson Funk M. Sling Revision/ Removal for Mesh Erosion and Urinary Retention: Long-Term Risk and Predictors. Am J Obstet Gynecol. 2013; 208(1): 73.e1-73.e7 |
| Karlovsky M. Synthetic Biomaterials for Pelvic Floor Reconstruction. Current Urology Report 2005; 6:376-384 |
| Kenton K, Zyczynski H, Sirls LT, Richter HE, et al. (TOMUS published) 5-Year Longitudinal Followup after Retropubic and Transobturator Mid-urethral slings. The Journal of Urology, Vol. 193, 203-210, January 2015. |
| Kersey J. The gauze hammock sling operation in the treatment of stress incontinence. British Journal of Obstetrics & Gynecology 1983; 90:945-949. |
| Kirby A. Midurethral slings: which should I choose and what is the evidence for use? Curr Opin Obstet Gynecol 2015; 27: 359-365 |
| Kuuva N, Nilsson. [Pop 1455, 2 mo fu] A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure. Acta Obstet Gynecol Scand 2002; 81: 72-77 |
| Laurikainen E, Valpas A, Aukee P, Kivelä A, Rinne K, Takala T, Nilsson CG. [Pop 254, 5 yr fu] Five-year results of a randomized trial comparing retropubic and transobturator midurethral slings for stress incontinence. Eur Urol (2014) 65:1109-1114 |
| Li B, Zhu L, Lang JH, Fan R, et al. [Pop 55, 7 yr fu] Long-term outcomes of the tension-free vaginal tape procedure for female stress urinary incontinence: 7-year follow-up in China. J Minim Invasive Gynecol. 2012 Mar-Apr;19(2):201-5. |
| Liapis A, Bakas P, Creatsas G. [Pop 65, 5 & 7 yr fu] Long-term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and 7-year follow-up. Int Urogynecol J Pelvic Floor Dysfunct (2008) 19:1509-1512 |
| Lo TS, et al. Ultrasound assessment of mid-urethra tape at three-year follow-up after tension-free vaginal tape procedure. Urology 63:671-675, 2004 |
| Lukacz ES, et al. [Pop 54, 1 yr fu] The effects of the tension-free vaginal tape on proximal urethral position: a prospective, longitudinal evaluation. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug;14(3):179-84. |
| Moalli PA, et al. Tensile Properties of five commonly used mid-urethral slings relative to the TVT. Int Urogynecol J (2008) 19:655-663. |
| Moir J. The Gauze-Hammock Operation. A Modified Aldrige Sling Procedure. The Journal of Obstetrics and Gynaecology of the British Commonwealth Vol. 75, No. 1 January 1968 |
| Nager C. Midurethral Slings: Evidence-based Medicine vs. The Medicolegal System. Accepted Manuscript to appear in: American Journal of Obstetrics and Gynecology; 2016 doi: 10.1016/j.ajog.2016.04.018 |
| Nager C. Midurethral Slings: Evidence-Based Medicine vs. The Medicolegal System. American Journal of Obstetrics and Gynecology 2016 DOI: 10.1016/j.ajog.2016.04.018 |
| Nguyen J. [Pop 4,142] Perioperative Complications and Reoperations After Incontinence and Prolapse Surgeries Using Prosthetic Implants, Obstet Gynecol. 2012 Mar;119(3):539-46 |

Ragnvald Mjanger Materials List

**Medical Literature**

| |
|---|
| Nichols DH. The Mersilene Mesh Guaze-Hammock for Severe Urinary Stress Incontinence. Obstet Gynecol 1973; 41(1): 88-93. |
| Nilsson C. [7 yr fu] Seven-Year Follow-up of the Tension-Free Vaginal Tape Procedure for Treatment of Urinary Incontinence. Obstet Gynecol (2004) 104, 1259-1262 |
| Nilsson C. Creating a gold standard surgical procedure: the development and implementation of TVT. Int Urogynecol J 2015; 26(4): 467-469 |
| Nilsson C. Long-term Results of the Tension-Free Vaginal Tape (TVT) Procedure for Surgical Treatment of Female Stress Urinary Incontinence. Int Urogynecol J 2001; (Suppl 2): S5-S8 |
| Nilsson CG, Palva K, Aarnio R, Morcos E, Falconer C. [Pop 58, 17 yrs fu] Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. Int Urogynecol J (2013) 24: 1265-1269 |
| Nilsson CG. Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence. Int Urogynecol J (2008) 19: 1043-1047 |
| Nilsson M, et al. (Swedish Registry) [Pop 3334, 12 mo fu] Female urinary incontinence: patient-reported outcomes 1 year after midurethral sling operations. Int Urogynecol J. 2012 Oct;23(10):1353-1359. |
| Novara G, Galfano A, Boscolo-Berto R, Secco S, Cavalleri S, Ficarra V, Artibani W. [meta-analysis] Complication rates of tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials comparing tension-free midurethral tapes to other surgical procedures and different devices. Eur Urol 53 (2008):288-309 |
| Ogah. Minimally invasive synthetic suburethral sling operations. Cochrane Review [Abstract] Cochrane Database Review; The Cochrane Library 2009, Issue 4 |
| Olsson I, Abrahamsson AK, Kroon UB. Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence: a retrospective follow-up 11.5 years post-operatively. Int Urogynecol J (2010) 21:679-683 |
| Pandit A. Design of surgical meshes - an engineering perspective. Technology and Health Care 2004; 12: 51-65 |
| Petros P. Creating a gold standard surgical device. Scientific discoveries leading to TVT and beyond. Int Urogynecol J DOI 10.1007/s00192-015-2639-3 |
| Prien-Larsen JC, Hemmingsen L. [Pop 316, 5 yr fu] Long-term outcomes of TVT and IVS operations for treatment of female stress urinary incontinence: monofilament vs. multifilament polypropylene tape. Int Urogynecol J Pelvic Floor Dysfunct (2009) 20:703-709 |
| Reich A, Kohorst F, Kreienberg R, Flock F. [7 yr fu] Long-term results of the tension-free vaginal tape procedure in an unselected group: a 7-year follow-up study. Urology (2011) 78:774-777 |
| Richter, Brubaker, Zimmern, Sirls (UITN) SISTEr [Pop 482, 7 yr fu] Patient Related Factors Associates with Long-Term Urinary Continence After Burch Colposuspension and Pubovaginal Fascial Sling Surgeries. J Uro, Vol. 188, 485-489, August 2012 |
| Schimpf MO, Rahn DD, Wheeler TL et al. (published) [meta-analysis] Sling surgery for stress urinary incontinence in women: a systematic review and meta-analysis. Am J Obstet Gynecol (2014) 211:71.e1-71.e27 |
| Schiotz H. [Pop 33,10 yrfu] Ten-year follow-up after conservative treatment of stress urinary incontinence. Int Urogynecol J (2008) 19:911-915 |
| Schraffordt Koops. [Pop 634, 2 yr fu] Quality of life before and after TVT, a prospective multicenter cohort study, results from the Netherlands TVT database; BJOG 2006; 113:26-29 |
| Schraffordt Koops. The effectiveness of tension-free vaginal tape (TVT) and quality of life measured in women with previous urogynecologic surgery; Analysis from the Netherlands TVT database; American Journal of Obstetrics and Gynecology (2006) 195, 439-44 |

Ragnvald Mjanger Materials List

**Medical Literature**

| |
|---|
| Serati M, Ghezzi F, Cattoni E, Braga A, Siesto G, Torella M, Cromi A, Vitobello D, Salvatore S. [Pop 58, but 10 yrs fu] Tension-free vaginal tape for the treatment of urodynamic stress incontinence: efficacy and adverse effects at 10-year follow-up. Eur Urol (2012) 61:939-946 |
| Shao U, et al. [Pop 24, median 57 mo fu] Tension-free vaginal tape retropubic sling for recurrent stess urinary incontinence after Burch colposuspension failure. International Journal of Urology (2011) 18, 452-457 |
| Song PH, Kim YD, Kim HT, Lim HS, Hyun CH, Seo JH, Yoo ES, Park CH, Jung HC, Gomelsky A. [Pop 306, 7 yr fu] The 7-year outcome of the tension-free vaginal tape procedure for treating female stress urinary incontinence. BJU Int. 2009 Oct;104(8):1113-1117. |
| Song. [Pop 206, 13 yr fu] AUA Abs. MP33-03 The long-term outcomes from TVT procedure for female SUI; Data from minimal 13 years of follow up; http://www.aua2014.org 2014 |
| Svenningsen R, et al. (Norwegian registry) [Pop 542, median 129 mo fu] Long-term follow-up of the retropubic tension-free vaginal tape procedure. Int Urogynecol J. 2013 Aug;24(8):1271-1278 |
| Svenningsen R. [Pop 810, 10 yr fu] Risk Factors for Long-Term Failure of the Retropubic Tension-Free Vaginal Tape Procedure. Neurourology and Urodynamics (2013) 33:1140-1146 |
| Tamussino K. (Austrian registry) [Pop 2543] Transobturator tapes for stress urinary incontinence: Results of the Austrian registry. Am J Obstet Gynecol 2007;197:634.e1-634.e5. |
| Tamussino KF, et al. Tension-free vaginal tape operation: Results of the Austrian Registry. Obstet Gynecol 2001; 98:732-736. |
| Thubert T. [Pop 98, 1 yr fu] Bladder injury and success rates following retropubic mid-urethral sling: TVT EXACT™ vs. TVT™ European Journal of Obstetrics & Gynecology and Reproductive Biology 2016; 198: 78-83 |
| Tincello. The TVT Worldwide Observational Registry for Long Term Data: Safety and Efficacy of Suburethal Sling Insertion Approaches for Stress Urinary Incontinence in Women; The Journal of Urology; Vol. 186, 2310-2315, December 2011 |
| Tommaselli GA, et al. Medium-term and long-term outcomes following placement of midurethral slings for stress urinary incontinence: a systematic review and metaanalysis. Int Urogynecol J (2015) DOI 10.1007/s00192-015-2645-5 |
| Ulmsten U. A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence. Int Urogynecol J 1998; 9:210-213 |
| Ulmsten U. An Ambulatory Surgical Procedure Under Local Anesthesia for Treatment of Female Urinary Incontinence. Int Urogynecol J 1996; 7:81-86 |
| Ulmsten U. Creating a gold standard surgical device: scientific discoveries leading to TVT and beyond. Ulf Ulmsten Memorial Lecture 2014. Int Urogynecol 2015; 26(6): 787-9 |
| Ulmsten U. Intravaginal Slingplasty (IVS): An Ambulatory Surgical Procedure for treatment of Female Urinary Incontinence. Scand J Urol Nephrol 1995; 29:75-82 |
| Unger CA, et al. [Pop 267] Indications and risk factors for midurethral sling revision. Int Urogynecol J. 2015; DOI:10.1007/s00192-015-2769-7. |
| Valpas, Nilsson. [Pop 121, 5 yr fu] TVT versus laparocopic mesh colposuspension; 5 year follow-up results of a randomized clinical trial; Int Urogynecol J DOI (2014) 10.1007/s00192-014-2454-2 |
| Ward K. Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up. BJOG 2008; 115: 226-233 |
| Ward, Hilton. [Pop 344, 5 yr fu IRELAND study] TVT vs colposuspension for primary urodynamic stress incontinence: 5 year follow up. Bjog 2008; 115:226-233 |
| Welk B. (Pop 60K) Removal or Revision of Vaginal Mesh used for the Treatment of Stress Urinary Incontinence. JAMA Surg (2015) Doi:10.1001/jamasurg.2015.2590 |
| Williams TH, TeLinde RW. The Sling Operation for Urinary Incontinence Using Mersilene Ribbon. Obstet Gynecol 1962; 19(2):241-245. |

**Ragnvald Mjanger Materials List**

**Medical Literature**

| |
|---|
| Young, Rosenblatt, et al. The Mersilene mesh suburethral sling: a clinical and urodynamic evaluation. AJOG 1995; 173:1719-1726. |

Ragnvald Mjanger Materials List

**Production Materials**

| Document Description [Bates Range] |
|---|
| A Solution-Gynecare TVT Tension-Free Support for Incontinence. |
| DEPO.ETH.MESH.00004755 - Guidoin Explant |
| DX23600-R.1-3 - Prolene Resin Manufacturing Specifications 1.23.03 |
| Email string re - Revised write up of the DeLeval and Waltregny visit |
| ETH.MESH.00071794 - Email re: TVT IFUs on tape extrusion, exposure and erosion |
| ETH.MESH.00220335-36 - 12.2.1999 Memo re: Biocompatibility Risk Assessment for Soft Prolene Mesh. |
| ETH.MESH.00262015-016 - Dan Smith Email Plaintiffs Exhibit 2067 |
| ETH.MESH.00349228 - Cytotoxicity Risk Assessment for the TVT (Ulmsten) Device |
| ETH.MESH.00373310 - Gynecare TVT Tension-Free Support for Incontinence: General Profession Education Deck. |
| ETH.MESH.00523942 - Waltregny 2005 ICS Presentation |
| ETH.MESH.00526473-74 - Allison Brown Email re-Laser-cut Mesh |
| ETH.MESH.00541379-80 - Mesh Fraying for TVT Devices |
| ETH.MESH.00575257 - Abbrevo laser cut vs. mechanically cut - notes from meeting with de leval - inappropriate |
| ETH.MESH.00575270-273 - Jean de Leval Email Re: DSCN3332.JPG May 30, 2009 |
| ETH.MESH.00584811-13 - Email string re-Ultrasonic Slitting of Prolene Mesh for TVT |
| ETH.MESH.00590896-897 - Piet Hinoul Email 3.11.09 |
| ETH.MESH.00658177-198 - Surgeons Resource Monograph |
| ETH.MESH.00687819-22 - Email string re-Laser cut mesh |
| ETH.MESH.00857821 - Top Ten Reason to pursue Gynecare TVT Obturator System |
| ETH.MESH.00858080-081 - Perry Trial - Plaintiff's Exhibit 2313 |
| ETH.MESH.00858096-97 - Gynecare R&D Monthly Update - May |
| ETH.MESH.00858175-176 - Mulberry Weekly Meeting MINUTES for 6.3.03 |
| ETH.MESH.00858252-53 - 2004 Memo from London Brown to Dan Smith re Mechanical Cut vs. Laser Cut Mesh Rationale |
| ETH.MESH.00863391 - T-366 - Dan Smith email - particle loss |
| ETH.MESH.00870466 - Ethicon Expert Meeting-Meshes for Pelvic floor |
| ETH.MESH.00993273 - TVT Obturator Anatomic Considerations Clinical Update: Special Considerations, Complications. |
| ETH.MESH.01202189 - Stale Kvitle Email regarding Mini Me follow up from our visit May 20, 2009 |
| ETH.MESH.01202190-191 - David Waltregny Email Re: Mini Me follow up from our visit May 21, 2009 |
| ETH.MESH.01203957-97 - The future of surgical meshes-the industry's perspective |
| ETH.MESH.01219542-48 - Review of Surgeon Responses of VOC Questionnaire |
| ETH.MESH.01220135-45 - Email string re-New Standards for Urethral Slings |
| ETH.MESH.01228079-84 - Nilsson Podcast Transcript |
| ETH.MESH.01238454-56 - Email string re-TVTO length |
| ETH.MESH.01279975-976 - Harel Gadot Email re Next step in SUI sling |
| ETH.MESH.01317508-613 - TVT Factbook DHF - Revised 05.14.2001 |
| ETH.MESH.01752532-35 - Mesh design argumentation issues |
| ETH.MESH.01784823-28 - Clinical Expert report-Laser Cut Mesh |
| ETH.MESH.01785259-260 - Email string re: +M relaxation |
| ETH.MESH.01808311-318 - Trip Report Michael Tracey |
| ETH.MESH.01809082-83 - Memo re: VOC on new laser cut TVT mesh |
| ETH.MESH.01813259; ETH.MESH.02180759-61 - Email string with attachment re-Jeans Ideas. |
| ETH.MESH.01813975-78 - Email string re-FDA Prep-Plaintiff's Exhibit 460 |

# Ragnvald Mjanger Materials List

**Production Materials**

| |
|---|
| ETH.MESH.01822361-363 - Dan Smith Email regarding TVT Secur October 18, 2006 |
| ETH.MESH.01822361-62 - Dan Smith Email regarding TVT-Secur leading to less retention |
| ETH.MESH.02017152-56 - 02.23.2007 Ethicon Expert Meeting: Meshes for Pelvic Floor Repair |
| ETH.MESH.02026591-95 - MSDS-c4001 Polypropylene Homopolymer |
| ETH.MESH.02090196-209 - Plaintiff's Exhibit 4085-04.15.2008 |
| ETH.MESH.02211890 - Test Report |
| ETH.MESH.02319312 - Memo re-TVT-base & TVT-O Complaint Review for Laser Cut Mesh Risk Analysis |
| ETH.MESH.02340331-335 - TVT IFU (12.22.03 to 02.11.05) |
| ETH.MESH.02340568-90 - TVT-S IFU |
| ETH.MESH.02340829-835 - TVT-O IFU - (01.07.04 to 03.04.05) |
| ETH.MESH.02341203-13 - TVT Abbrevo IFU |
| ETH.MESH.03259439-40 - 4.24.2009 Gauld email chain re Green Journal |
| ETH.MESH.03427878-883 - TVT IFU - (11.29.10 to11.26.14) |
| ETH.MESH.03458123-38 - TVT Patient Brochure |
| ETH.MESH.03715978 - Weisberg email re: TVT question. |
| ETH.MESH.03905472-77 - Email string re-TVT recommendation from Dr. Alex Wang |
| ETH.MESH.03907468-9 - Second Generation TVT -  by Axel Arnaud |
| ETH.MESH.03910175 - Email string re - Soft Prolene |
| ETH.MESH.03910418-21 - Email string re-Mini TVT - mesh adjustment |
| ETH.MESH.03911107-08 - Email string re-TVT complications (an Prof. Hausler) |
| ETH.MESH.03913357-359 - Axel Arnaud Email 5.31.07 Re TVT TVT-O |
| ETH.MESH.03916905-13 - Plaintiff's Exhibit 3827 |
| ETH.MESH.03924557-86 - Meshes in Pelvic Floor Repair-Findings from literature review and conversations-interviews with surgeons, June 6, 2000. |
| ETH.MESH.03930120-123 - Nilsson C. Seven-Year Follow-up of the Tension-Free Vaginal Tape Procedure for Treatment of Urinary Incontinence. Obstet Gynecol 2004; 104(6): 1259-62 |
| ETH.MESH.03932909-911 - Confidential - History of TVT-O |
| ETH.MESH.03932912 - The History of TVT |
| ETH.MESH.03941623 - DeLeval Email RE: TVT ABBREVO ALERT - French and English Email and English Translation Certification Plaintiff's Exhibit 3619- Perry |
| ETH.MESH.04048515-520 - Carl Nilsson KOL Interview Project Scion 06.18.08 |
| ETH.MESH.04081189 - Meeting Agenda |
| ETH.MESH.04082973 - Possible Complications for Surgeries to Correct POP and SUI |
| ETH.MESH.04092868 - Email re : 10100080654 and TVT IFUs |
| ETH.MESH.04938298-299 - Piet Hinoul Email Re: Prof. de Leval - TVT Abbrevo |
| ETH.MESH.04941016 - Lightweight Mesh Developments (Powerpoint) |
| ETH.MESH.04945231-239 - Email string re-Ultrapro vs Prolene Soft Mesh |
| ETH.MESH.04945496 - Bernd Klosterhalfen Email Re: Ultrapro vs. Prolene Soft Mesh April 18, 2005 |
| ETH.MESH.05225380-384 - TVT IFU - (09.08.00 to 11.26.03) |
| ETH.MESH.05337217-220 - Email string, top one from D. Miller to J. Paradise, et al |
| ETH.MESH.05347751-762 - Email string re Investigator-initiated studied policy |
| ETH.MESH.05479411 - The (clinical) argument of lightweight mesh in abdominal surgery |
| ETH.MESH.05479535 |
| ETH.MESH.05588123-126 - Stephen Wohlert Email - AW: How inert is polypropylene? July 9, 2007 |
| ETH.MESH.05644163-171 - Pelvic Floor Repair-Surgeon's Feed-back on Mesh Concept |
| ETH.MESH.05799233-39 - TVT Exact IFU |
| ETH.MESH.05918776 - Email re: Marlex Experience |

## Ragnvald Mjanger Materials List

**Production Materials**

| |
|---|
| ETH.MESH.05958248 - Surgeons Resource Monograph |
| ETH.MESH.05998835-836 - Piet Hinoul Email Re: ALERTE TVT ABBREVO |
| ETH.MESH.06592243 - 09.14.2012 Email from Carl Nilsson to Laura Angelini |
| ETH.MESH.06695438 - Justification for Utilizing the Elasticity Test as the Elongation Requirements on TVT LCM |
| ETH.MESH.06887138-40 - Waltregny email written on behalf of Professor de Leval. |
| ETH.MESH.06887244 - 07.16.04 David Waltregny email to Dan Smith re: TVT-O. |
| ETH.MESH.06917699-704 - Form For Customer Requirements Specification (CRS) For Project TVT-O PA |
| ETH.MESH.06923868-71 - TVTO-PA Clinical Strategy - 8.21.13 Exhibit A.M. Mitchell T-2177 |
| ETH.MESH.07192929 - Investigating Mesh Erosion in Pelvic Floor Repair Powerpoint |
| ETH.MESH.07226579-590 - 2000 - TVT CER |
| ETH.MESH.07383730-31 - Email string re-Ultrapro mesh information-identical mesh to Prolift +M |
| ETH.MESH.08003181-96 - TVT Patient Brochure |
| ETH.MESH.08003231-46 - TVT Patient Brochure |
| ETH.MESH.08003279-94 - TVT Patient Brochure |
| ETH.MESH.08003295-302 - TVT Patient Brochure |
| ETH.MESH.08299913-917 - Nilsson C. Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. Int Urogynecol J 2013; 24(8): 1265-9 [9.11.13 Exhibit T-1271] |
| ETH.MESH.08315779 - Clinical Expert report-09.25.2012 |
| ETH.MESH.08334244; ETH.MESH.08334245 - Email re Photographs of LCM vs MCM with attachments |
| ETH.MESH.08334244-45 - Email string re-Photographs of LCM vs MCM with powerpoint attachment |
| ETH.MESH.09264945-46 - Prolene Mesh Re-Design Project |
| ETH.MESH.09630649 - 4.26.1973 FDA Letter RE: NDA 16-374 |
| ETH.MESH.09656792 |
| ETH.MESH.09656795 |
| ETH.MESH.09744858-63 - TVT Patient Brochure |
| ETH.MESH.09746948-998 - License and Supply Agreement [Rosenzweig Exhibit 21 - 12.22.15] |
| ETH.MESH.09747038-097 - Medscand Agreement |
| ETH.MESH.09747337-369 - Asset Purchase Agreement |
| ETH.MESH.09888187-223 - Seven Year Data for Ten Year Prolene Study - Plaintiff's Exhibit 4102 |
| ETH.MESH.09922570-578 - R&D Memorandum of PA Mesh Assessments for TVTO-PA Revision 1 |
| ETH.MESH.10281860 - Tension-Free Midurethral Sling: Market Update. |
| ETH.MESH.11336474-87 - Ten Year In Vivo Suture Study Scanning Electron Microscopy-5 Year Report - Plaintiff's Exhibit 4111 |
| ETH.MESH.12831391-92 - P4128 - IR Microscopy of Explanted Prolene received from Prof. R. Guidoin. |
| ETH.MESH-08476311 - Cytotoxicity assessment of Ulstem sling |
| Gynecology Solutions |
| Johnson & Johnson - Our Credo [8.9.13 A.M. Mitchell Exhibit T-3134] |
| June, 2009 Klosterhalfen intermediate report on explanted mesh (highlighted) |
| Klinge Presentation PVDF: a new alternative? Meeting o Hernia Experts Exhibit P-1944 |
| Librojo updated TVT Declaration (10-23-15) [12 pages] |
| McCabe email re - Sheath Sales Tool - 464 |
| MSDS-Marlex Polypropylenes |
| P4122 - SEM Figure 183: Sample J7959 13409 (Photographs) |
| Payments to Medscand [9.16.13 Exhibit T-3192] |
| Payments to Medscand by J&J [9.16.13 Exhibit T-3183] |
| Payments to Ulmsten as Consultant [9.16.13 Exhibit T-3204] |

**Ragnvald Mjanger Materials List**

**Production Materials**

| |
|---|
| Published clinical data and RCTs - Ethicon.com - 4204-C |
| Seven Year Dog Study - T-2263 |
| TVT Abbrevo IFU - 01.2015 |
| TVT Exact IFU - 01.2015 |
| TVT IFU - 01.2015 |
| TVT Patient Brochure - 2015 |
| TVT-O la bandelette trans-obturatrice (Photograph) |
| TVT-Obturator IFU - 01.2015 |

**Ragnvald Mjanger Materials List**

**Company Witness Depositions**

| Deponent [Date of Deposition] |
| --- |
| Hinoul, Piet - 04.05.2012 Deposition Testimony |
| Hinoul, Piet - 09.18.2012 Deposition Testimony |
| Weisberg, Martin - 05.24.2012 Deposition Testimony |
| Weisberg, Martin - 8.9.2013 Deposition Testimony |
| Weisberg, Martin - 11.12.2015 Deposition Testimony |
| Weisberg, Martin - 11.13.2015 Deposition Testimony |
| Nager, Charles - 06.10.2014 Deposition Testimony |

## Ragnvald Mjanger Materials List

### Other Materials

| Publically Available |
|---|
| 24 Hour Summary of the Gastroenterology and Urology Devices Panel of the Medical Devices Advisory Committee Meeting [02.26.2016]. |
| FDA - Device Labeling Guidance #G91-1 March 1991 |
| FDA Considerations about Surgical Mesh for SUI [03.27.2013]. |
| FDA Executive Summary: Surgical mesh for treatment of women with POP and SUI [09.08.2011] |
| FDA News Release: Surgical Placement of mesh to repair pelvic organ prolapse poses risk [07.13.2011]. |
| FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surigical Mesh in Repair of POP and SUI. Issued: 10.20.2008. |
| FDA Questions: Reclassification of the Urogynecologic Surgical Mesh Instrumentation. |
| Device Labeling Guidance |
| Deposition Subject Matter-Design and Development of Mesh Products |
| Oxford Levels of Evidence; www.cebi.ox.ac.uk/fileadmin/_processed_/csm_Evidence_pyramid_bluef5c85529a0.jpg |
| AUA Guideline for the Surgical Management of Female Stress Urinary Incontinence Update (2009) |
| ACOG, AUGS Practice Bulletin Summary of 155 (replaces 63 from 2005) Urinary Incontinence in Women. November 2015. |
| AUGS SUFU Position Statement on MUS for SUI |
| AUGS SUFU Frequently Asked Questions by Patients MUS for SUI |
| AUGS SUFU Frequently Asked Questions by Providers MUS for SUI |
| AUGS Position Statement on Restrictions of Surgical Options for Pelvic Floor Disorders |
| AUA (2011) - Position Statement on the Use of Vaginal Mesh for SUI |
| FDA Considerations about Surgical Mesh for SUI |
| IUGA Position Statement on MUS for SUI (2014) |
| IUGA Mid-urethral sling (MUS) procedures for stress incontinence (2011) |
| 2013 Sept. NICE 171 Guideline - The management of urinary incontinence in women |
| ICS Fact Sheet 2015 |
| RANZOG and UGSA 2014 Position Statement |
| 2012 ABOG - Guide to Learning in Female Pelvic Medicine and Reconstructive Surgery |
| AUA National Medical Student Curriculum Urinary Incontinence |
| AUGS Resident Learning Objectives |
| ACGME Program Requirements. |

# Ragnvald Mjanger Materials List

**Betty McCumber - Case Specific**

| Depositions |
|---|
| McCumber, Betty - 4.11.2017 |
| |
| |
| **Expert Reports** |
| |
| |
| |
| **Other** |
| |
| |
| |
| **Medical Records** |
| Adena Health Systems - Billing 1-7 |
| Adena Medical Group - Billing 1-9 |
| Adena Regional Medical Center - Pathology 1-2 |
| Adena Regional Medical Center - Radiology 1-1 |
| Adena Regional Medical Center - Radiology 2-2 |
| Adena Urology - Billing 1-7 |
| Adena Urology - Billing 8-16 |
| Adena Urology - Medical 1-5 |
| Adena Urology - Medical 17-17 (cert) |
| Adena Urology - Medical 6-6 (cert) |
| Adena Urology - Medical 7-16 |
| Baker Joyce LPC - Medical 1-1 NRS |
| Centers for Medicare & Medicaid - Insurance NR cert or letter 1-1 |
| Centers for Medicare & Medicaid - Insurance NR cert or letter 2-3 |
| Haller Marla D DO - Medical 1-2 NRS |
| Holzer Clinic - Medical 1080-1101 |
| Holzer Clinic - Medical 1-256 |
| Holzer Clinic - Medical 251-515 |
| Holzer Clinic - Medical 516-1079 |
| Holzer Medical - Billing 10-14 |
| Holzer Medical - Billing 1-9 |
| Holzer Medical Center - Billing 15-16 |
| Holzer Medical Center - Medical 137-191 |
| Holzer Medical Center - Medical 1-93 |
| Holzer Medical Center - Medical 94-136 |
| Holzer Medical Center - Medical cert 192-192 |
| Holzer Medical Center - Pathology 1-1 NRS |
| Holzer Medical Center - Radiology 1-24 |
| Holzer Medical Center - Radiology 25-27 |
| Kincaid Stephen Craig Dr - Medical 1-134 |
| Kings Daughters Family Care - Medical 1-31 |
| Kings Daughters Family Care - Medical 132-132 |
| Kings Daughters Family Care - Medical 133-719 |

# Ragnvald Mjanger Materials List

**Betty McCumber - Case Specific**

| |
|---|
| Kings Daughters Family Care - Medical 32-90 |
| Kings Daughters Family Care - Medical 720-769 |
| Kings Daughters Family Care - Medical 770-844 |
| Kings Daughters Family Care - Medical 91-131 |
| Kings Daughters Family Care Centers - Billing 845-874 |
| Nooranissa J Pasha MD - Medical 1-1 NRS |
| Ohio Health Heart And Vascular Physicians - Medical 1-1 |
| Ohio Health Physician Group - Billing 1-1 |
| Plaintiff Profile Form 1-5 |
| Plaintiff Profile Form 6-10 |
| Plaintiff Supplied Records - 198-294 |
| Plaintiff Supplied Records 100-197 |
| Plaintiff Supplied Records 1-1 |
| Plaintiff Supplied Records 2-99 |
| Shriver Family Practice - Medical 1-17 |
| Shriver Family Practice - Medical 18-18 CER |
| Shriver Family Practice - Medical 19-19 CER |
| Southern Ohio Medical Center - Billing 1-1 NRS |
| Southern Ohio Medical Center - Medical NR cert or letter 1-1 |
| Southern Ohio Medical Center - Pathology 1-1 NRS |
| Southern Ohio Medical Center - Radiology 1-1 |
| SSA Retirement and Disability - 1-290 |
| SSA Retirement and Disability - 291-592 |