IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C. R. BARD, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL NO. 2187
_____
THIS DOCUMENT RELATES TO:

Van Dunk, et al. v. C. R. Bard, Inc., et al.
Civil Action No. 2:15-cv-13334

ORDER
(Dismissing Defendants C. R. Bard, Inc. and Tissue Science Laboratories Limited with Prejudice and Transferring Case to MDL 2327)

On August 28, 2017 the plaintiffs and defendants, filed a Stipulation of Dismissal With Prejudice Pursuant to Rule 41 and Request to Transfer MDLS [ECF No. 9]. In the stipulation, the parties are dismissing defendants C. R. Bard and Tissue Science Laboratories Limited from this action with prejudice and requesting transfer of this civil action to *In re: Ethicon, Inc., Pelvic Repair Systems Products Liability Litigation* ("MDL 2327").

It is **ORDERED** that the Stipulation of Dismissal With Prejudice Pursuant to Rule 41 and Request to Transfer MDLS is **GRANTED**. Plaintiff's counsel is **DIRECTED** to file an appropriate Amended Short Form Complaint within **fourteen (14)** days of the date of this Order. Defendants C. R. Bard, Inc. and Tissue Science Laboratories Limited are **DISMISSED WITH PREJUDICE** as defendants in the action and this action is **TRANSFERRED** to MDL 2327. The Clerk is **DIRECTED** to

disassociate this civil action as a member case in MDL 2187 and re-associate it with MDL 2327.

    The Clerk is further **DIRCETED** to send a copy of this Order to counsel of record and any unrepresented party.

    ENTER: August 30, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE