IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
        PELVIC REPAIR SYSTEM
        PRODUCTS LIABILITY LITIGATION          MDL NO. 2327

## ORDER

On August 31, 2017, I entered an Inactive Docket Order in *Ethicon, Inc. Pelvic Repair System Products Liability Litigation,* 2:12-md-2327 ("MDL 2327") [ECF No. 4570]. For reasons appearing to the court, it is **ORDERED** that the August 31, 2017, order [ECF No. 4570] is **VACATED.**

The Clerk is **DIRECTED** to file a copy of this order in MDL 2327 and to send a copy of this order to counsel of record and any unrepresented parties.

ENTER: August 31, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE