**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br>-----------------------------------------------------<br>This document applies to:<br><br>ETHICON WAVE 5 CASES LISTED IN EXHIBIT A TO DEFENDANTS' WAVE 5 NOTICE OF ADOPTION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF REPLY IN SUPPORT OF PRIOR DAUBERT MOTION TO
EXCLUDE GENERAL-CAUSATION TESTIMONY OF
DONALD R. OSTERGARD, M.D. FOR WAVE 5**

Defendants hereby adopt and incorporate by reference the Wave 3 Reply in Support of

Motion to Exclude General-Causation Testimony of Donald R. Ostergard, M.D., Dkt. 3011.

Defendants respectfully request that the Court exclude Dr. Ostergard's testimony, for the reasons

expressed in the Wave 3 briefing. This notice applies to the Wave 5 cases identified in Exhibit A

attached to Defendants' Wave 5 Notice of Adoption, Dkt. 4315.

Respectfully submitted,

ETHICON, INC., ETHICON, LLC, AND
JOHNSON & JOHNSON

/s/ *Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:   216.592.5000
rita.maimbourg@tuckerellis.com

*/s/ David B. Thomas*

David B. Thomas
THOMAS COMBS & SPANN PLLC
300 Summers St.
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Telephone:   304.414.1807
dthomas@tcspllc.com

*/s/ Christy D. Jones*

Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone:   601.985.4523
christy.jones@butlersnow.com

**CERTIFICATE OF SERVICE**

I certify that on September 1, 2017, I electronically filed this document with the clerk of

the court using the CM/ECF system, which will send notification of this filing to CM/ECF

participants registered to receive service in this MDL.

> /s/ *Rita A. Maimbourg*
> Rita A. Maimbourg
> TUCKER ELLIS LLP
> 950 Main Avenue, Suite 1100
> Cleveland, OH 44113-7213
> Telephone:  216.592.5000
> rita.maimbourg@tuckerellis.com

012177\004186\3413180.1