# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br>------------------------------------------------------<br>This document applies to:<br><br>ETHICON WAVE 5 CASES LISTED IN EXHIBIT A TO DEFENDANTS' WAVE 5 NOTICE OF ADOPTION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF REPLY IN SUPPORT OF PRIOR DAUBERT MOTION TO EXCLUDE GENERAL-CAUSATION TESTIMONY OF ROBERT BRIAN RAYBON, M.D. FOR WAVE 5

Defendants hereby adopt and incorporate by reference the Wave 1 Reply in Support of Motion to Exclude General-Causation Testimony of Robert Brian Raybon, M.D., Dkt. 2264. Defendants respectfully request that the Court exclude Dr. Raybon's testimony, for the reasons expressed in the Wave 1 briefing. This notice applies to the Wave 5 cases identified in Exhibit A attached to Defendants' Wave 4 Notice of Adoption, Dkt. 4316.

Respectfully submitted,

ETHICON, INC., ETHICON, LLC, AND JOHNSON & JOHNSON

/s/ *Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:   216.592.5000
rita.maimbourg@tuckerellis.com

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN PLLC
300 Summers St.
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Telephone:   304.414.1807
dthomas@tcspllc.com

/s/ Christy D. Jones
Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone:   601.985.4523
christy.jones@butlersnow.com

2

## CERTIFICATE OF SERVICE

I certify that on September 1, 2017, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

>/s/ *Rita A. Maimbourg*
>Rita A. Maimbourg
>TUCKER ELLIS LLP
>950 Main Avenue, Suite 1100
>Cleveland, OH 44113-7213
>Telephone:   216.592.5000
>rita.maimbourg@tuckerellis.com