## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR  Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY    MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 5 CASES LISTED IN
EXHIBIT A OF PLAINTIFFS' NOTICE OF  JOSEPH R. GOODWIN U.S. DISTRICT
ADOPTION             JUDGE

### NOTICE OF ADOPTION OF PRIOR DAUBERT REPLY OF
### TERESA IRWIN, M.D. FOR WAVE 5

   Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

reply filed against Teresa Irwin, M.D. for Ethicon Wave 1, Dkt. 2238. Plaintiffs respectfully

request that the Court grant Plaintiffs' motion, for the reasons expressed in the Wave 1 briefing.

Dated: September 1, 2017     Respectfully submitted,

           /s/  D. Renee Baggett
           Bryan F. Aylstock, Esq.
           Renee Baggett, Esq.
           Aylstock, Witkin, Kreis and Overholtz, PLC
           17 East Main Street, Suite 200
           Pensacola, Florida  32563
           (850) 202-1010
           (850) 916-7449 (fax)
           E-mail:  rbaggett@awkolaw.com

           /s/ Thomas P. Cartmell
           THOMAS P. CARTMELL
           Wagstaff & Cartmell LLP
           4740 Grand Avenue, Suite 300
           Kansas City, MO 64112
           816-701-1102
           Fax 816-531-2372
           tcartmell@wcllp.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com

2