# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR          Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                          MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 5 CASES LISTED IN
EXHIBIT A OF PLAINTIFFS' NOTICE OF          JOSEPH R. GOODWIN U.S. DISTRICT
ADOPTION                                                      JUDGE

## NOTICE OF ADOPTION OF PRIOR DAUBERT REPLY OF ELIZABETH KAVALER, M.D. FOR WAVE 5

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

reply filed against Elizabeth Kavaler, M.D. for Ethicon Wave 1, Dkt. 2237. Plaintiffs

respectfully request that the Court grant Plaintiffs' motion, for the reasons expressed in the Wave

1 briefing.

Dated: September 1, 2017                    Respectfully submitted,

                                            /s/  D. Renee Baggett
                                            Bryan F. Aylstock, Esq.
                                            Renee Baggett, Esq.
                                            Aylstock, Witkin, Kreis and Overholtz, PLC
                                            17 East Main Street, Suite 200
                                            Pensacola, Florida  32563
                                            (850) 202-1010
                                            (850) 916-7449 (fax)
                                            E-mail:  rbaggett@awkolaw.com

                                            /s/ Thomas P. Cartmell
                                            THOMAS P. CARTMELL
                                            Wagstaff & Cartmell LLP
                                            4740 Grand Avenue, Suite 300
                                            Kansas City, MO 64112
                                            816-701-1102
                                            Fax 816-531-2372
                                            tcartmell@wcllp.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com