**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY           MDL 2327
LITIGATION

-----------------------------------------------------

ETHICON WAVE 5 CASES LISTED IN
EXHIBIT A OF PLAINTIFFS' NOTICE OF    JOSEPH R. GOODWIN U.S. DISTRICT
ADOPTION                                      JUDGE

### <ins>NOTICE OF ADOPTION OF PRIOR DAUBERT REPLY OF<br>ELIZABETH MUELLER, M.D. FOR WAVE 5</ins>

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

reply filed against Elizabeth Mueller, M.D. for Ethicon Wave 4, Dkt. 3848. Plaintiffs

respectfully request that the Court grant Plaintiffs' motion, for the reasons expressed in the Wave

4 briefing.

Dated: September 2, 2017              Respectfully submitted,

                                     /s/  D. Renee Baggett
                                     Bryan F. Aylstock, Esq.
                                     Renee Baggett, Esq.
                                     Aylstock, Witkin, Kreis and Overholtz, PLC
                                     17 East Main Street, Suite 200
                                     Pensacola, Florida  32563
                                     (850) 202-1010
                                     (850) 916-7449 (fax)
                                     E-mail:  rbaggett@awkolaw.com

                                     /s/ Thomas P. Cartmell
                                     THOMAS P. CARTMELL
                                     Wagstaff & Cartmell LLP
                                     4740 Grand Avenue, Suite 300
                                     Kansas City, MO 64112
                                     816-701-1102
                                     Fax 816-531-2372
                                     tcartmell@wcllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com

2