IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------<br>ETHICON WAVE 5 CASE LISTED IN EXHIBIT A TO DEFENDANTS' MOTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF PRIOR REPLY IN SUPPORT OF DAUBERT MOTION TO EXCLUDE ANNE M. WEBER, M.D., FOR WAVE 5

Come now Defendants Ethicon, Inc. and Johnson & Johnson and hereby adopt and incorporate by reference the Wave 4 reply in support of their *Daubert* motion to exclude the opinions of Anne M. Weber, M.D., Dkt. 3812. Defendants respectfully request that the Court exclude Dr. Weber's testimony, for the reasons expressed in the Wave 4 briefing. This notice applies to the Wave 5 case identified in Exhibit A to Defendants' motion.

Respectfully submitted,

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824

Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Christy D. Jones*

38026427v1