IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**WAVE 5** | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR REPLY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE SUZANNE PARISIAN, M.D.

For the Wave 5 cases identified in Exhibit A to the Motion to Exclude Suzanne Parisian, M.D., Defendants Ethicon, Inc. and Johnson & Johnson hereby adopt and incorporate by reference their Reply in Support of the Motion to Exclude Suzanne Parisian, M.D., from Ethicon Wave 4. *See* ECF No. 3592 (Def. Mot.); ECF No. 3594 (Def. Mem. in Support); ECF No. 3845 (Def. Reply). Defendants respectfully request that the Court exclude Dr. Parisian's testimony in the Wave 5 cases for the reasons discussed in the Wave 4 briefing.

Respectfully submitted,

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)

1

Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ <i>Christy D. Jones</i>_____