**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------ | |
| ETHICON WAVE 5 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT REPLY
REGARDING HOWARD JORDI, PH.D. FOR WAVE 5**

Come now, the Defendants, and hereby adopt and incorporate by reference the Daubert reply filed in relation to Howard Jordi, Ph.D. for Ethicon Wave 4, Dkt. #3836. Defendants respectfully request that the Court exclude Dr. Jordi's testimony, for the reasons expressed in the Wave 4 briefing.

Dated: September 5, 2017

                                            Respectfully submitted,

                                            */s/ David B. Thomas*
                                            David B. Thomas (W. Va. Bar No. 3731)
                                            Thomas Combs & Spann, PLLC
                                            300 Summers Street, Suite 1380
                                            P.O. Box 3824
                                            Charleston, WV  25338-3824
                                            (304) 414-1800
                                            dthomas@tcspllc.com

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 5, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      */s/ David B. Thomas*
      David B. Thomas (W. Va. Bar No. 3731)
      Thomas Combs & Spann, PLLC
      300 Summers Street, Suite 1380
      P.O. Box 3824
      Charleston, WV  25338-3824
      (304) 414-1800
      dthomas@tcspllc.com