# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ETHICON WAVE 5 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT REPLY REGARDING DR. JIMMY W. MAYS FOR WAVE 5

Come now, the Defendants, and hereby adopt and incorporate by reference the Daubert reply filed in relation to of Dr. Jimmy W. Mays for Ethicon Wave 4, Dkt. #3847. Defendants respectfully request that the Court exclude Dr. Mays' testimony for the reasons expressed in the Wave 4 briefing.

Dated: September 5, 2017

Respectfully submitted,

*/s/ David B. Thomas*
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  25338-3824
(304) 414-1800
dthomas@tcspllc.com

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            */s/ David B. Thomas*
                                            David B. Thomas (W. Va. Bar No. 3731)
                                            Thomas Combs & Spann, PLLC
                                            300 Summers Street, Suite 1380
                                            P.O. Box 3824
                                            Charleston, WV  25338-3824
                                            (304) 414-1800
                                            dthomas@tcspllc.com