IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                    MDL NO. 2327
    PELVIC REPAIR SYSTEM
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES
ASSIGNED TO JUDGE CHAMBERS

## O R D E R

Pending before the court is a Motion for Change of Address, filed on November 3, 2016 [ECF No. 3107]. In the motion, counsel requests that in the main MDL and each individual case in which Derek H. Potts of the Potts Law Firm, LLP is associated, his address be updated as set forth in the motion. Also pending is a Motion to Withdraw as Counsel of Record for Patricia L. Campbell, filed on August 3, 2017 [ECF No. 4282], and a Motion to Withdraw as Counsel of Record for Brandon L. Corl, filed on August 3, 2017 [ECF No. 4285]. In the Motions to Withdraw as Counsel, Patricia L. Campbell and Brandon L. Corl request to be withdrawn as counsel in the main MDL and each member case associated with MDL 2327 in which they appear. Counsel state that Derek Potts and Timothy Sifers of the Potts Law Firm, LLP will continue to represent plaintiffs in this MDL.

It is **ORDERED** that the Motion for Change of Address is **GRANTED**. It is further **ORDERED** that the Motion to Withdraw as Counsel of Record for Patricia L. Campbell [ECF No. 4282] and the Motion to Withdraw as Counsel of Record for

Brandon L. Corl [ECF No. 4285] are **GRANTED**.

The Clerk is **DIRECTED** to update the firm address, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which Derek H. Potts is associated. The Clerk is further **DIRECTED** to terminate Patricia L. Campbell and Brandon L. Corl both on the main master docket and in each individual member case in MDL 2327 with which they appear.

The Clerk is **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER: September 7, 2017

        _____
        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE