# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 5 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE REGARDING STEPHEN M. FACTOR, M.D., FOR WAVE 5

In Wave 5, Plaintiffs have adopted their Wave 1 briefing filed against Dr. Stephen M. Factor. [Dkt. 4336] (adopting Dkt. 2015 (motion) and Dkt. 2020 (memorandum)). In its Wave 1 ruling, the Court reserved ruling in part and denied Plaintiffs' motion in part. *In re: Ethicon Inc. Pelvic Repair Sys. Prod. Liab. Litig.*, No. 2327, 2016 WL 4944765, at *3 (S.D. W. Va. Aug. 26, 2016). For Wave 5, Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to Stephen M. Factor, M.D., for Ethicon Wave 1, Dkt. 2135.

For the reasons stated in Defendants' Wave 1 briefing [Dkt. 2135], Plaintiffs' motion should be denied in its entirety. Alternatively, the Court should reserve ruling in part and deny Plaintiffs' motion in part as it did in Wave 1.

Respectfully submitted,

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

*/s/ David B. Thomas*

David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND
JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Christy D. Jones

37876695v1