## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ETHICON WAVE 5 CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO LIMIT THE OPINIONS AND TESTIMONY OF JAIME L. SEPULVEDA-TORO, M.D.

Defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Defendants") submit this memorandum and attached exhibits in opposition to Plaintiffs' motion to limit the opinions and testimony of Jaime L. Sepulveda-Toro, M.D.

Plaintiffs adopt their motion and arguments from Wave 1 in moving to exclude in Wave 5 certain expert testimony of Dr. Sepulveda regarding Ethicon's mesh devices.  Yet the Court already ruled on Plaintiffs' Wave 1 motion regarding Dr. Sepulveda and rejected nearly all of Plaintiffs' arguments.  *See In re: Ethicon, Inc. Pelvic Repair Sys. Prod. Liab. Litig.*, No. 2327, 2016 WL 4536872 (S.D.W. Va. Aug. 30, 2016).  The only exceptions to this sweeping denial were Plaintiffs' arguments regarding Dr. Sepulveda's testimony on Ethicon's warnings (which the Court accepted in part) and his testimony on certain scientific studies (which the Court reserved ruling on until trial).[1]

---

[1] The Court did not address Plaintiffs' attack on Dr. Sepulveda's opinion that fellow pelvic floor surgeons would know of the FDA's 2008 Public Health Notice on surgical pelvic mesh or Plaintiffs' request to exclude his opinion that the TVT-O's design accounts for anatomical considerations.  (Plaintiffs' Mem. (Dkt. No. 2018) at 7, 14).  For the reasons set forth below, Plaintiffs' arguments here are without merit and should be rejected.

Ethicon is mindful of this Court's warning not to assume that a previous *Daubert* ruling is controlling as the Court may be faced "with a different record". *Id.* at *1. Yet in this case, Plaintiffs do not (and cannot) point to any new opinions or testimony by Dr. Sepulveda that might cause the Court to adopt a different course in Wave 5. Instead, Plaintiffs essentially adopt the same arguments and these should suffer the same fate as in Wave 1. Moreover, their arguments with respect to Dr. Sepulveda's opinions on Ethicon's warnings and brochure if narrowly construed, as the Court framed them in Wave 1, should also be denied as moot. Dr. Sepulveda is not being offered to testify as to the legal standard of what should or should not be included in the relevant IFUs or patient brochures.

Instead, he will testify: (a) as to the risks and complications known by surgeons to be common with pelvic surgeries; (b) that mesh surgery has the same risks and complications with only a few, unique exceptions; and (c) those complications and events unique to mesh are covered by the IFU. Those are the relevant facts under the applicable legal standard, as previously found by this Court. Dr. Sepulveda's extensive research of the scientific literature and experience as a surgeon and instructor qualify him to testify to these facts. This is also consistent with this Court's ruling that urogynecologists, like Dr. Sepulveda, may testify as to specific risks of implanting mesh and whether those risks appeared in the IFU.

For these reasons, as detailed further below, Plaintiffs' motion should be denied.

## ARGUMENT

Ethicon incorporates by reference the standard of review for *Daubert* motions as articulated by the Court in *Edwards v. Ethicon, Inc.*, 2014 U.S. Dist. LEXIS 92316, at *3-8 (S.D.W. Va. July 8, 2014).

**I.      Plaintiffs' attempt to preclude Dr. Sepulveda from testifying that the subject devices are safe and effective rests on mischaracterizations of his opinions and testimony.**

37788264v1

In challenging the reliability of Dr. Sepulveda's opinions that Gynemesh PS, Prolift, Prosima, TVT, and TVT-O are safe and effective, Plaintiffs distort and mischaracterize his deposition testimony.[2]  Indeed, after reviewing these exact same arguments in Wave 1, the Court held that each were "wholly devoid of merit." *In re: Ethicon*, 2016 WL 4536872, at *3.  In so doing, the Court found that:

- Plaintiffs' claim that Dr. Sepulveda agreed with the FDA's classification of Gynemesh PS, Prolift, and Prosima as high risk devices was "based on the plaintiffs' mischaracterization of Dr. Sepulveda-Toro's deposition testimony";

- Plaintiffs' argument that Dr. Sepulveda stopped using these devices was "irrelevant because Dr. Sepulveda-Toro merely stopped using the products because they were not on the market"; and

- Plaintiffs' claim that Dr. Sepulveda could not name at his deposition certain five-year studies on SUI products was "meritless because [his] report includes citations to long-term studies, so it does not matter whether Dr. Sepulveda-Toro could recall the studies during his deposition."

*In re: Ethicon*, 2016 WL 4536872, at *3.

The facts and arguments here remain unchanged.  With the record the same as in Wave 1, Plaintiffs' request to exclude Dr. Sepulveda's opinions that the devices at issue are safe and effective should once again be denied.

**II.    Dr. Sepulveda may testify regarding the FDA's 2008 Public Health notice.**

Dr. Sepulveda's opinion that the FDA's 2008 Public Health Notice on surgical pelvic mesh would have been common knowledge to other pelvic floor surgeons is not, as Plaintiffs claim, "pure conjecture."  (Plaintiffs' Mem. (Dkt. No. 2018) at 7).  In arguing otherwise, Plaintiffs ignore Dr. Sepulveda's experience as an instructor, memberships in multiple professional societies, and numerous other interactions with fellow clinicians.  Although the

---

[2] He also has a third general report that addresses TVT, TVT-O, and, in particular, TVT Secur.  Although this report contains similar opinions, Plaintiffs do not cite to it or appear to be challenging it.

3

Court did not in its Wave 1 ruling specifically address Plaintiffs' argument here, Ethicon respectfully requests that it do so now and reject Plaintiffs' request to exclude this testimony.

Dr. Sepulveda has taught surgeons on polypropylene midurethral slings for numerous years and over 500 physicians have watched him place a midurethral sling in his operating room. (Plaintiffs' Motion, Ex. B at 1-2). He is a member of the American Urogynecologic Society, American Urogynecologic Association, International Urogynecology Association, and the International Continence Society and a fellow of the American College of Obstetrics and Gynecology and the American College of Surgeons. (*Id.*). Indeed, as he states in his report, all of "[t]he professional education activities provided the opportunity to exchange knowledge among surgeons." (*Id.* at 18).

As a result, Dr. Sepulveda has interacted for multiple years on a near constant basis with fellow practitioners as both a surgeon and instructor regarding the devices at issue. These experiences uniquely qualify him to say whether the contents of the 2008 Public Health Notice would have been common knowledge to his fellow surgeons. *See Kumho Tire Co., Ltd. V. Carmichael*, 526 U.S. 137, 156 (1999) (stating that "an expert might draw a conclusion from a set of observations based on extensive and specialized experience"); *Flannery v. Bauermeister*, No. CIV.A. 06-399S, 2008 WL 77723, at *2 (D.R.I. Jan. 4, 2008) (granting summary judgment in part based on testimony from the defendants' experts as to what "is known within the correctional medical community"); *Cruz-Vargas v. R.J. Reynolds Tobacco Co.,* 348 F.3d 271, 277 (1st Cir. 2003) (allowing expert testimony of "common knowledge"); *U.S. v. Articles of Device*, 426 F. Supp. 366, 370 (W.D. Pa. 1977) (FDA offered affidavit in misbranding case) ; *Daiichi Pharm. Co. v. Apotex, Inc.*, 380 F. Supp. 2d 478, 489 (D.N.J. 2005) (relying on expert

37788264v1

testimony regarding what an ordinary person skilled in the art would not have known at the relevant time).

It is also interesting to note that Plaintiffs fail to address his contemporaneous writing on this subject in 2008 at the time of the Public Health Notice, which was produced in this litigation. (*See* 10/22/08 Email (ETH.MESH.07383398-401) (attached as Ex. A)). This writing was also reproduced in its entirety within pages 31-37 of his TVT Secur General Report, which pertains to his IFU opinions, complications, and his activities as an instructor. Upon viewing this documentation, it is clear that Plaintiffs' attempt to preclude Dr. Sepulveda from offering such testimony is disingenuous and should therefore be rejected.

### III. Dr. Sepulveda may testify to the adverse event risks known by pelvic floor surgeons and that Ethicon's warnings cover the adverse events said to be unique to mesh.

In its Wave 1 decision on Dr. Sepulveda, the Court distinguished between the types of opinions urogynecologists may offer on Ethicon's IFUs. These physicians, like Dr. Sepulveda, "may testify about the specific risks of implanting mesh and whether those risks appeared on the relevant IFU." *See In re Ethicon, Inc.*, 2016 WL 4536872, at *3. Conversely, they "must possess additional expertise to offer expert testimony about what information should or should not be included in an IFU." *Id*. On this basis, the Court precluded Dr. Sepulveda from testifying in Wave 1 cases about "what an IFU should or should not include." *Id*.

Ethicon is not challenging this ruling as Dr. Sepulveda does not intend to opine that Ethicon's IFUs should or should not have included certain risks as a matter of law. So, to the extent that Plaintiffs seek only to preclude him from offering this specific opinion, as the Court's Wave 1 ruling states, their motion should be denied as moot.

In support of their failure-to-warn claims, Plaintiffs offer experts who have identified a host of alleged risks and complications to mesh surgery that they contend do not appear on the

relevant IFUs. In response, Ethicon is offering physicians, like Dr. Sepulveda, to testify as to which of those risks and complications identified by Plaintiffs' experts are known by surgeons to be common with all pelvic surgeries and, conversely, whether those risks and complications that are truly unique to mesh surgery are covered by the IFU.

This testimony is critical to Ethicon's "common knowledge" defense under the applicable legal standard establishing the risks and complications that needed to be included in the IFUs. Moreover, this testimony is consistent with this Court's Wave 1 ruling that urogynecologists may testify about the risks of implanting mesh and whether they are discussed in the IFU. *In re Ethicon, Inc.*, 2016 WL 4542054, at *3. It also is consistent with the Court's ruling in *Huskey v. Ethicon, Inc.*, that Plaintiffs' expert, Dr. Jerry Blaivas, "need not be an expert on product warnings per se" but "[r]ather, as a urologist, Dr. Blaivas is qualified to testify about the risks of implanting the TVT-O and ***whether those risks were adequately expressed on the TVT-O's IFU.***" 29 F.Supp.3d 691, 719 (S.D. W. Va. 2014) (emphasis added). Dr. Sepulveda is well-qualified to offer this testimony based on both his extensive experience and research. Also, this is a proper subject for expert testimony as numerous courts have held that experts may testify as to whether certain risks associated with a device are commonly known by foreseeable users.

**The legal standard**. Dr. Sepulveda's testimony on Defendants' IFUs and warnings is consistent with the governing legal standard and should therefore be admitted in its entirety. The legal principle that controls here is that a device manufacturer's duty to warn of adverse events does not include a duty to warn of risks commonly known to the surgeons who use the device. As stated generally in the RESTATEMENT (THIRD) OF TORTS: PRODUCT LIABILITY §2, cmt. j, a product seller "is not subject to liability for failing to warn or instruct regarding risks and risk-avoidance measures that should be obvious to, or generally known by, foreseeable product

users." *See also* RESTATEMENT (SECOND) OF THE LAW OF TORTS §§388(b), 402A, cmt. j; *Roney v. Gencorp*, 654 F. Supp. 2d 501 (S.D. W. Va. 2009) (adopting "sophisticated user" defense in §388). The test is an objective test that depends on the knowledge of foreseeable users generally, and not on the knowledge of persons whose use is at issue in the particular case. *Johnson v. American Standard, Inc.*, 179 P.3d 905, 914 (Cal. 2008) (sophisticated user "knew or should have known" of the danger).

This limitation on the duty to warn is recognized in medical cases as well. There is no duty to warn of risks commonly known to implanting surgeons. *See Brooks v. Medtronic, Inc.*, 750 F.2d 1227, 1230 (4th Cir. 1984) (duty to warn only of dangers "not well known to the medical community."). In fact, the FDA device regulations say that information may be omitted from labeling: "if, but only if, the article is a device for which directions, hazards, warnings and other information are commonly known to practitioners licensed by law to use the device." 21 C.F.R. §801.109(c) (emphasis added). *See also Wright ex rel. Trust Co. of Kansas v. Abbott Laboratories, Inc.*, 259 F.3d 1226, 1234 (10th Cir. 2001) (drug company had no duty to warn hospital of the danger of stocking different concentrations of saline solution in the same place); *Brown v. Drake-Willock Intern. Ltd.*, 530 N.W. 2d 510, 516 (Mich. App. 1995) (physician was sophisticated user of dialysis machine).

The IFUs at issue restrict the class of surgeons who are to use the devices. They contemplate that users will be familiar with traditional surgical techniques used to treat stress urinary incontinence. The IFUs for Gynemesh PS, Prolift, and Prosima state that "[u]sers should be familiar with surgical procedures and techniques involving pelvic floor repair and nonabsorbable meshes before employing" the devices. (Plaintiffs' Motion, Ex. B at 16). The TVT IFU says "[u]sers should be familiar with surgical techniques for bladder neck suspension

7

and should be adequately trained in implanting the TVT system" and that it "is not a comprehensive reference to surgical technique for correcting SUI (Stress Urinary Incontinence)." (ETH.MESH.00875456 (attached as Ex. B)). The TVT-O IFU says it should be used "only by physicians trained in the surgical treatment of stress urinary incontinence and specifically in implanting the Gynecare TVT Obturator device." (ETH.MESH. 02340829 (attached as Ex. C)).

So the important question with respect to the plaintiffs' failure to warn claim is what "hazards" are "commonly known" to surgeons familiar with traditional non-mesh SUI surgery and mesh surgery at the time the device was implanted. Ethicon had no duty to warn of adverse events "commonly known" to those surgeons. Its duty was to warn of adverse events that were unique to the new devices, or, at the very least, unique to the use of mesh.

Evidence regarding the risks and complications that were commonly known to pelvic surgeons is also properly provided through expert testimony. Experts may testify as to the knowledge common within a profession or community. *See Flannery*, 2008 WL 77723, at *2; *Cruz-Vargas*, 348 F.3d at 277; *Articles of Device*, 426 F. Supp. at 370. The same holds true here. The proper vehicle for offering evidence as to which of the risks and complications identified by Plaintiffs were already commonly known by surgeons is through physician-experts, like Dr. Sepulveda. Indeed, this Court has previously held that physicians, like Dr. Sepulveda, may testify as to the risks of mesh surgery known by fellow surgeons.

**Dr. Sepulveda's qualifications.** Dr. Sepulveda is well-qualified to render such an opinion. He has over 20 years of practice in the field and has performed over 2,000 synthetic midurethral slings since 1998. (Plaintiffs' Motion, Ex. B at 1-2). Moreover, unlike some of the

experts Plaintiffs offer regarding the adequacy of Defendants' warnings, Dr. Sepulveda has actually used the devices, IFUs, and brochures at issue in his practice.[3]  (*Id.* at 2).

In addition, as an instructor for Ethicon, he has conducted surgical anatomy laboratories with the use of models and cadavers, consensus conferences among experienced users, surgical demonstrations in the operating room, and didactic lectures.  (*Id.* at 18; Plaintiffs' Motion, Ex. C at 22; 10/22/08 Email (ETH.MESH.07383398-401)).   In this professional education role, Dr. Sepulveda covered and taught to fellow surgeons the IFUs at issue.  (Sepulveda 3/30/16 Dep. Tr. (attached as Ex. D) 275:24 – 276:16).  As he testified at his deposition, the IFU was taught at "every single lab" and that "as a preceptor or as teacher, you need to know that IFU by – by steps and know not only what it says, but what it really says in terms of mechanics."  (*Id.*).   Dr. Sepulveda further noted in his reports that "[a]ll these activities offer the opportunity to address the complications and details of the surgery along with the interpretation of the IFU."  (Plaintiffs' Motion, Ex. B at 18; Plaintiffs' Motion, Ex. C at 22).

**His opinion also rests on literature and professional association statements.**  Yet Dr. Sepulveda's opinion is not based solely on his lengthy and distinguished clinical experience. Instead, Dr. Sepulveda also relies on an in-depth review of the medical literature, as outlined in his reports.  These include numerous studies comparing mesh to non-mesh surgery.[4]  He has also

---

[3] Plaintiffs incorrectly suggest that Dr. Sepulveda is not familiar with the IFU for TVT because he testified that the last time he reviewed it was six years ago.  (Plaintiffs' Mem. (Dkt. No. 2018) at 8).  Plaintiffs fail to note that Dr. Sepulveda also testified that he is aware of the contents of the IFUs and his substantial experience with the IFUs, as detailed above, proves the point.  (Sepulveda 3/30/16 Dep. Tr. 122:8-22).

[4] These include: Carey M, Higgs P, Goh J, Lim J, Leong A, Krause H, Cornish A. *Vaginal repair with mesh versus colporrhaphy for prolapse: a randomised controlled trial*, BJOG. 2009 Sep;116(10):1380-6; Withagen MI, Milani AL, den Boon J, Vervest HA, Vierhout ME. *Trocarguided mesh compared with conventional vaginal repair in recurrent prolapse: a randomized controlled trial*, Obstet Gynecol. 2011 Feb;117(2 Pt 1):242-50; Altman D, Väyrynen T, Engh ME, Axelsen S, Falconer C; Nordic Transvaginal Mesh Group, *Anterior colporrhaphy versus transvaginal mesh for pelvic-organ prolapse*, N Engl J Med. 2011 May 12;364(19):1826-36. doi: 10.1056/NEJMoa1009521. Erratum in: N Engl J Med. 2013 Jan 24; 368(4):394; Sokol AI, Iglesia CB, Kudish BI, Gutman RE, Shveiky D, Bercik R, Sokol ER, *One-year objective and functional outcomes of a randomized clinical trial of vaginal mesh for prolapse*, Am J Obstet Gynecol. 2012 Jan;206(1):86.e1-9; Halaska M, Maxova K, Sottner

reviewed and relies on literature on dyspareunia and other complications common to pelvic floor surgeries.[5]  Conversely, Dr. Sepulveda has also reviewed literature on complications unique to mesh surgery, such as mesh exposure.[6]  Further, he has reviewed and relies upon literature on TVT and TVT-O, including long term studies on the devices' efficacy and complications.[7]

In his opinion, complications of traditional non-mesh surgery include voiding dysfunction, permanent retention of urine, catherization, de novo urge incontinence, urinary tract infections, hernias, hematomas, fascial sling exposure, and granulomas.  (Plaintiffs' Motion, Ex. B at 4-12; Plaintiffs' Motion, Ex. C at 5-7).  The use of native tissue surgical repair for prolapse has been associated with high rates of recurrence of 30% to 50%.  (Plaintiffs' Motion, Ex. B at 5).  The Burch procedure has been shown to increase the risk of vaginal prolapse and also cause pain, sexual dysfunction and dyspareunia.  (Plaintiffs' Motion, Ex. C at 5-6).

---

O, Svabik K, Mlcoch M, Kolarik D, Mala I, Krofta L, Halaska MJ, *A multicenter, randomized, prospective, controlled study comparing sacrospinous fixation and transvaginal mesh in the treatment of posthysterectomy vaginal vault prolapse*, Am J Obstet Gynecol. 2012 Oct;207(4):301.e1-7; El-Nazer MA, Gomaa IA, Ismail Madkour WA, Swidan KH, El-Etriby MA, *Anterior colporrhaphy versus repair with mesh for anterior vaginal wall prolapse: a comparative clinical study*, Arch Gynecol Obstet. 2012 Oct;286(4):965-72; Qatawneh A, Al-Kazaleh F, Saleh S, Thekrallah F, Bata M, Sumreen I, Al-Mustafa M, *Transvaginal cystocele repair using tension-free polypropylene mesh at the time of sacrospinous colpopexy for advanced uterovaginal prolapse: a prospective randomised study*, Gynecol Surg 2013; 10:79–85; Svabik K, Martan A, Masata J, El-Haddad R, Hubka P., *Comparison of vaginal mesh repair with sacrospinous vaginal colpopexy in the management of vaginal vault prolapse after hysterectomy in patients with levator ani avulsion: a randomized controlled trial*, Ultrasound Obstet Gynecol. 2014 Apr;43(4):365-71; Dos Reis Brandão da Silveira S, Haddad JM, de Jármy-Di Bella ZI, Nastri F, Kawabata MG, da Silva Carramão S, Rodrigues CA, Baracat EC, Auge AP, *Multicenter, randomized trial comparing native vaginal tissue repair and synthetic mesh repair for genital prolapse surgical treatment*, Int Urogynecol J.2015 Mar;26(3):335-42. (*See* Plaintiffs' Motion, Ex. B at 8, n. 22 (citing all of the studies listed above)).

[5] These include: Francis WJ, Jeffcoate TN, *Dyspareunia following vaginal operations*, J Obstet Gynaecol Br Commonw. 1961 Feb; 68:1-10; Lowman JK, Jones LA, Woodman PJ, Hale DS, *Does the Prolift system cause dyspareunia?*, Am J Obstet Gynecol. 2008 Dec;199(6):707.e1-6. (*See* Plaintiffs' Motion, Ex. B at 12, ns. 25 and 26 (citing and discussing these studies)).

[6] These include: Murphy M, Holzberg A, van Raalte H, Kohli N, Goldman HB, Lucente V; Pelvic Surgeons Network, *Time to rethink: an evidence-based response from pelvic surgeons to the FDA Safety Communication: "UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse,"* Int Urogynecol J. 2012 Jan;23(1):5-9; Benbouzid S, Cornu JN, Benchikh A, Chanu T, Haab F, Delmas V, *Pelvic organ prolapse transvaginal repair by the Prolift system: evaluation of efficacy and complications after a 4.5 years follow up*, Int J Urol. 2012 Nov;19(11):1010-6.  (*See* Plaintiffs' Motion, Ex. B at 12-13 ns. 31 and 33 (citing and discussing these studies)).

[7] (*See* Plaintiffs' Motion, Ex. C at 11 ns. 27 (citing numerous, long-term studies on TVT and TVT-O)).

10

With mesh surgery, there are fewer wound complications than with non-mesh surgery and there are usually mesh exposures which can be conservatively managed on an outpatient basis. Studies show that anatomic superiority of Gynemesh PS and Prolift and improvements in bowel, prolapse, sexual function, urinary incontinence or urgency, voiding difficulty, and vaginal pressure/bulge. (Plaintiffs' Motion, Ex. B at 9). In addition "[t]he most recent Cochrane Review demonstrates that there are lower rates of awareness of prolapse, reoperation for prolapse, and prolapse on examination with permanent polypropylene mesh like Gynemesh PS compared to native tissue repair and there is no difference in repeat surgery for incontinence or dyspareunia versus native tissue repair." (*Id.* at 10). Studies of Prosima have produced similar results. (*Id.* at 15). Also, studies and "[s]urgical experience made clear that patients treated with TVT had less voiding dysfunction, less wound complications and less retention than the historic numbers from patients treated with pubovaginal slings, needle procedures or open retropubic procedures." (Plaintiffs' Motion, Ex. C at 13-14).

"Mesh exposure is the only unique complication with Gynemesh PS and and Prolift," but, "[i]n many cases it can be treated conservatively with estrogen or a simple office procedure to excise the exposure." (Plaintiffs' Motion, Ex. B at 12). Also studies have demonstrated a low mesh exposure rate for patients, including a study with a 54 month follow-up that reported an 85% cure rate, no reoperations for recurrence, a 5.3% mesh exposure rate (of which two cases were excised and two resolved with estrogen), and no infections. (*Id.* at 13). The complications unique to synthetic slings are erosions and extrusions. (Plaintiffs' Motion, Ex. C at 17-20). Yet studies have shown low complication rates, and, in at least one study, none of the patients having any sign of tissue reaction, erosion, or tape protrusion at their 5-year follow-up. (*Id.* at 20).

37788264v1

The risks of dyspareunia and hematomas are well known to surgeons performing stress incontinence repairs and are not limited to mesh surgeries. (Plaintiffs' Motion, Ex. B at 11-13). Other complications with mesh slings are of the same type as those with non-mesh surgery. (*Id.* at 8-14). Studies have shown a cure rate for mesh surgeries in the range of 85% or higher, with a much lower cure rate shown for non-mesh surgeries. (Plaintiffs' Motion, Ex. B at 8-9, 13; Plaintiffs' Motion, Ex. C at 20).

**Dr. Sepulveda's Opinions.** Based on these facts, it is Dr. Sepulveda's opinion that the IFUs for Gynemesh PS, Prolift, Prosima, TVT, and TVT-O specifically identify, among other things, those risks that are unique to mesh surgery. (Plaintiffs' Motion, Ex. B at 18, 39; Plaintiffs' Motion, Ex. C at 22-23). So, Dr. Sepulveda opines that "[m]esh exposure is the only unique complication" with mesh devices and that "other wound complications occur without the use of mesh." (Plaintiffs' Motion, Ex. B at 12). In addition, he opines that:

> The complications such as tissue contraction, scarring, pelvic pain, and dyspareunia are well-known complications that can occur with any pelvic floor surgery, including Prolift. The complication of mesh erosion or exposure is a wound complication like those seen with non-synthetic mesh repair and is not caused by a defect in the mesh. These are well-known complications that surgeons learn in medical school, residency, fellowship, through continued medical education, peer-reviewed literature, discussions with colleagues, and the FDA Public Health Notifications.

(*Id.* at 18).

This is testimony that directly addresses the appropriate legal standard, which cannot be applied without evidence of what is "commonly known" to the class of foreseeable users about the risks of the surgery. Because it is consistent with the applicable legal test, it "fits" this case whether or not Dr. Sepulveda himself can testify what, as matter of law, need or need not be included in Ethicon's IFUs and patient brochures.

**IV.    Dr. Sepulveda may testify that the devices are not defective.**

Plaintiffs' contention in their Wave 1 motion that Dr. Sepulveda is unqualified to say that Gynemesh PS, Prolift, Prosima, TVT, and TVT-O are not defective rests on their erroneous characterization of this as a "design" opinion. (Plaintiffs' Mem. (Dkt. No. 2018) at 8-9). Yet, as this Court held in response to Plaintiffs' same argument in Wave 1, the mere fact that Dr. Sepulveda may have used the word "design" does not transform his opinions into ones concerning the design of the TVT and TVT-O. *See In re Ethicon, Inc.*, 2016 WL 4536872, at *3. Thus, the Court concluded that "Dr. Sepulveda-Toro has not expressed any opinions about the process of designing a product" and denied Plaintiffs' motion as moot. *Id.*

This same ruling should apply here. Plaintiffs' do not identify any additional opinions, testimony, or case law in support of their arguments. Instead, as noted above, they simply adopt their same briefing from Wave 1. As the record here is unchanged, Plaintiffs' motion to exclude Dr. Sepulveda's "design" opinions should once again summarily be denied as moot.

**V.     Dr. Sepulveda may testify as to the value (or lack thereof) in explants and offer critiques of Plaintiffs' experts' pathological opinions.**

Plaintiffs wrongly seek to exclude certain testimony by Dr. Sepulveda because he is not a pathologist. In response to these exact same arguments in Wave 1, the Court denied Plaintiffs' motion after finding that Dr. Sepulveda has "extensive experience studying the relevant part of the body, both through surgery and through the dissection of hundreds of cadaver specimens" and that "[h]e has also written a manual on dissection and how to make the best specimens." *See In re Ethicon, Inc.*, 2016 WL 4536872, at *4. The Court also held that Plaintiffs failed to provide sufficient specificity of the critiques of Plaintiffs' pathologists by Dr. Sepulveda that they contend should be excluded. *Id.*

Plaintiffs' arguments should again suffer the same fate. Although Dr. Sepulveda is not a pathologist, he has a wealth of relevant experience that qualifies him to offer the opinions at

13

issue.  The record here is the same as Plaintiffs have provided no new facts or arguments that might dictate a different result.  Plaintiffs' request to exclude Dr. Sepuvleda's testimony should therefore be rejected.

## VI.   Dr. Sepulveda may testify as to the general number of studies done on the devices and offer opinions on degradation.

Plaintiffs' overwrought characterization of Dr. Sepulveda's reference to the general number of studies performed on the devices at issue as "outlandish" and "conjecture" do not support any limits on his testimony.  (Plaintiffs' Mem. (Dkt. No. 2018) at 10-11).  In response to these same arguments in Wave 1, the Court reserved ruling "until the evidence may be evaluated firsthand at trial."  *See In re Ethicon, Inc.*, 2016 WL 4536872, at *4.  Ethicon asks that the Court adopt the same course here or simply reject Plaintiffs' arguments outright.

As detailed above, Dr. Sepulveda cites to and discusses for pages of his reports numerous studies of Gynemesh PS, Prolift, Prosima, TVT, and TVT-O.  *See supra.*  His list of resources relied upon contains even more.  (List of Materials Relied Upon For Gynemesh PS, Prolift, Prosima, TVT, and TVO-O Reports (attached as Ex. E)).  Dr. Sepulveda has performed an exhaustive review of the relevant scientific literature and not just for his work in this case, but also in his daily practice.  (Plaintiffs' Motion, Exs. A at 3 (noting his regular reading of mesh research) and B at 2 (noting his regular reading of sling research)).   He is more than qualified and able to offer opinions as to the general numbers of studies performed on the devices.

Plaintiffs' attempt to exclude Dr. Sepulveda's opinions regarding degradation of the devices is equally without merit.   In the portion of the testimony cited by Plaintiffs, Dr. Sepulveda does not disclaim sufficient expertise to testify regarding degradation of polypropylene.  Rather, his testimony is entirely consistent with his reliance on studies (or the lack thereof) performed by others regarding degradation.  As Dr. Sepulveda made clear in an

14

earlier deposition, he has reviewed the scientific literature and not found any that support a theory of degradation. (Sepulveda 3/20/16 Dep. Tr. 176:5 – 177:14 (testifying that "there's no evidence" of degradation and that "degradation has not been defined in a reproducible scientific way to have – to be present, or if present, to have any consequences in clinical outcomes") and 282:14 – 284:21 (testifying that he had reviewed the various studies referenced by Plaintiffs' counsel and others and that "I have not seen one yet that proves degradation with any definition that I've given of degradation")). He has also reviewed the data cited by Plaintiffs' experts and finds them without merit:

> These case reports and case series of explants lack reliability and one cannot draw any causal inference from them or extrapolate their reported SEM findings to the larger population. In the referenced Clave study there were several methodologic flaws. Moreover, only a minority of the explants were reported to have surface cracking and degradation and oxidation were not shown on chemical analyses. While the purported surface changes were hypothesized to lead to adverse clinical outcomes, these hypotheses have not been confirmed.

(Plaintiffs' Motion, Ex. B at 20 )

Moreover, the Court has previously found that a urogynecologist's extensive experience with performing mesh implant and explant surgeries can qualify him to opine on "how the product reacts inside the body."[8] Like the physicians in those cases, Dr. Sepulveda is a skilled urogynecologist with 24 years of experience treating pelvic floor disorders, as well as the complications resulting from the implantation of transvaginal mesh. *See supra.* He has performed thousands of stress incontinence surgeries, and has placed the vast majority of the slings through the transobturator route. His opinions are premised upon clinical observations

---

[8] *Winebarger v. Bos. Sci. Corp.,* No. 2:13-CV-28892, 2015 WL 1887222, at *26 (S.D. W. Va. Apr. 24, 2015); *see also Trevino,* No. 2:13-CV-01617, 2016 WL 1718836 at *4-5 (rejecting challenge to practicing urologist whose "clinical experience and review of the scientific literature adequately qualify him to opine on polypropylene, including its degradation, leaching, shrinkage, and contraction").

from performing thousands of procedures involving mesh. (Plaintiffs' Motion, Ex. A at 1-2). Accordingly, Dr. Sepulveda is well-qualified to offer opinions regarding degradation.

## VII. Dr. Sepulveda may testify that the design of TVT-O takes into account anatomical considerations.

Plaintiffs incorrectly argue that Dr. Sepulveda needed to have been involved in the design process in order to opine that the TVT-O's design accounts for anatomical considerations, in particular the hammock of the suburethra and the periurethral tissue. Although the Court did not in its Wave 1 ruling specifically address Plaintiffs' argument here, Ethicon respectfully requests that it do so now and reject Plaintiffs' request to exclude this testimony.

As detailed above, Dr. Sepulveda has performed numerous dissections and even written a manual instructing others on how to perform dissections and make use of specimens. Indeed, the Court acknowledged in this experience when holding that Dr. Sepulveda is qualified to testify as to the value of explanted materials. *See In re Ethicon, Inc.*, 2016 WL 4536872, at *4. When instructing in Ethicon's cadaver labs, Dr. Sepulveda necessarily broke-down for fellow surgeons the anatomical effects of mesh devices. Indeed, he notes in his TVT and TVT-O report that he has "dissected the [urethral] area in cadavers extensively and been able to confirm the support to the urethra in this area." (Plaintiffs' Motion, Ex. C at 8; *see also* 8 n. 15-17 (anatomical studies), 20 (anatomic considerations of the TVT-Os design) and 20 n. 66 (*citing* relevant literature)). Accordingly, Dr. Sepulveda need not have been present at the design of TVT-O to opine as to whether it is consistent with the anatomical considerations he has witnessed first hand in countless dissections. Plaintiffs' request to exclude such testimony should be denied.

## VIII. Dr. Sepulveda may testify that mechanical cut tape is not defective.

Plaintiffs misconstrue the scientific literature and evidence in trying to exclude Dr. Sepulveda's testimony that mechanical cut tape is not defective. In response to these same

16

arguments in Wave 1, the Court held that Plaintiffs' "objections [are] insufficient to credibly call into question the reliability" of Dr. Sepulveda's opinion and therefore denied Plaintiff's motion. *See In re Ethicon, Inc.*, 2016 WL 4536872, at *4. Plaintiffs' effort to exclude this same testimony should once again be rejected. Plaintiffs do not identify any new facts or arguments that would alter the record before the Court. Instead, the record remains the same and Plaintiffs' motion should again be denied.[9]

## CONCLUSION

Dr. Sepulveda's distinguished and lengthy career, together with his extensive review of the scientific literature and many interactions with fellow colleagues, qualifies him to offer the opinions at issue. His methodology of relying on these experiences and interactions and his review of the literature in reaching his conclusion is sound. The Court should enter an order denying Plaintiffs' motion to limit the opinions and testimony of Dr. Sepulveda.

ETHICON, INC. AND
JOHNSON & JOHNSON

*/s/ David B. Thomas*
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824
(304) 414-1800

---

[9] Also, Plaintiffs' request to exclude use of the term "gold standard" remains moot, as this Court held in its Wave 1 ruling. *See Ethicon*, 2016 WL 4536872, at *4. Dr. Sepulveda testified that he prefers "clinical standard" rather than "gold standard," which he views as a marketing term. (Ex. D at 74:15 – 75:6). Finally, Plaintiffs misread Dr. Sepulveda's report in claiming he opines that the Section 510(k) process demonstrated TVT's tolerability and safety. He instead cites to a 2001 study by Folconer, Soderberg, Blomgren, and Ulmsten in support of his opinion that "tolerability and safety has been proven by the predicate device and graft, in this case the TVT Prolene polypropylene mesh tape." (Plaintiffs' Motion, Ex. C at 24 n. 72). Dr. Sepulveda does not intend to opine on the Section 510(k) process in a manner inconsistent with this Court's prior rulings

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523

*Attorneys for Defendants,*
*Ethicon, Inc. and Johnson & Johnson*

## CERTIFICATE OF SERVICE

I, Christy D. Jones, certify that on August 28, 2017, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ Christy D. Jones
Christy D. Jones

37788264v1

# Exhibit A

**From:** Meek, Andrew [ETHUS] <ameek@its.jnj.com>
**Sent:** Thu, 23 Oct 2008 15:33:15 GMT
**To:** Caro-Rosado, Lissette [ETHUS] <LCaro@its.jnj.com>
**Subject:** FW: Information Regarding FDA Notification of Use of Mesh in Pelvic Surgery

_____

-----Original Message-----
**From:** Jaime Sepulveda [mailto:sepu@aol.com]
**Sent:** Wednesday, October 22, 2008 11:33 PM
**To:** Granahan, Michele [ETHUS Non-J&J]
**Cc:** Zipfel, Robert [ETHUS]; Zipfel, Robert [ETHUS]; Meek, Andrew [ETHUS]
**Subject:** Re: Information Regarding FDA Notification of Use of Mesh in Pelvic Surgery

Dr. Robinson and Dr. Kirkemo,

At the light of the FDA warning on mesh complications I find apppropiate to make you aware of the activities devoted to the subject of complications in advanced pelvic surgery using mesh at the preceptorships at South Miami Hospital . Since 2007 the subject of complications associated to the use of Prolift, TVTO, TVT and TVT Secur have been adressed on every professional education activity including every cadaver lab and live surgery preceptorship I have lead.

The following methods and resources have been used:
A copy of the updated monograph with detailed information about complications associated to the use of Prolift has been provided to every physician attending the preceptorships at South Miami Hospital. The monograph is discussed throughout the full day of training. The IFU for Prolift and TVT Secur is included.
A full hour didactic presentation discussing the diagnosis, management and prevention of complications is dedicated separately from the didactics in Prolift technique and indications. The content of the presentation includes

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.07383398

imaging of mesh, removal , complications associated to placement - dissection and best strategies for prevention.  During the presentation and afterwards the attendees are prompted to share their experience related to complications and the counseling of patients. It is interactive and peer driven.

The mechanism for reporting complications to the FDA and to EWH&U is discussed.  If time allows the attendes  get a view of the facilities used to monitor our outcomes through the American College of Surgeons  National Surgical Quality Improvement Program. The ACS NSQIP uses a nationally developed methodology to track complications through a blinded review. I believe we are the first institution to use it specifically for the use of mesh in prolapse surgery.

A list of recomended readings and  peer reviewed  publications is presented at the conclusion of the didactic program on complications. I also include a slide presenting the number of total cases done here and every complication I have handled.

The patient education pamphlet is presented as an aid in the counseling of patients before surgery and its used is encouraged.  The pamphlet delineates the most common complications in a clear language that the patient understands. Being in Miami all materials are available in english and spanish. I have also provided on request a copy of the postoperative instructions and postoperative orders used in our service at Miami Urogynecology Center. The postop instructions are also available in both languages.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.07383399

I have had the privileged opportunity to meet again with some of the physicians trained and go over their outcomes and experiences through advanced users forums. I fly to their location and have a professional education activity consisting on a presentation and an interactive session. It is a good parameter of the relevance of the provided training and the impact on the way care is provided to their patients with prolapse and incontinence.

The use of mesh has given their life back to many women in my area. I have compiled a large number of cases with minimal complications and excellent results. Over my 18 years in  a busy urogynecology practice  I have learned that once a surgery changes the complications also change , not in numbers but in type. All my patients have been pleased with their meshes and have had no major problems. I am practicing at the most satisfying part of my career thanks to the use of this line of products. Lets not allow distorted perception sabotage a good surgical modality for the care of our patients. Lets continue to lead through evidence based education.

Jaime

L. Sepulveda, MD FACS FACOG

On 10/22/08 3:32 PM, "Granahan, Michele [ETHUS Non-J&J]" <MGranah2@its.jnj.com> wrote:

**FINAL - 10/21/08**
**Email message to Prolapse/SUI preceptors**

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.07383400**

**To Advise of FDA Notification**

Dear Preceptor:

On October 21, 2008, the U.S. FDA issued a Public Health Notification to healthcare professionals about complications associated with transvaginal placement of surgical mesh to treat Pelvic Organ Prolapse (POP) and Stress Urinary Incontinence (SUI).  The notification was based on 1,000 reports the FDA has received, over a 3-year period, from at least 9 surgical mesh manufacturers.  On average, there are about 340,000 procedures per year in the U.S. that use a mesh product to treat prolapse or stress incontinence.

The complications stated in the notification are known risks that can occur with surgical procedures of this type that use mesh.  These complications are included in the labeling for our products and we have always communicated these risks in our professional education.  As you know, we take the reporting of complications seriously and diligently monitor and report complications associated with the use of our devices.

If you should have any questions, please feel free to contact the ETHICON Medical Affairs department at 1-800-888-9234 extension 3800 or at ETH_MEDICAL_INFO@ETHUS.JNJ.co <mailto:ETH_MEDICAL_INFO@ETHUS.JNJ.co>

Sincerely,

David Robinson, M.D.                    Aaron Kirkemo, M.D.
Medical Affairs Director              Associate Medical Affairs Director

Attachment: FDA Notice

<<Document.pdf>>

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.07383401

# Exhibit B



GYNECARE

# TVT
**Tension-free Vaginal Tape**

(D) TVT Implantat – Einweg
TVT Einführungsinstrument – wiederverwendbar
TVT Metall Katheter-Führung – wiederverwendbar

(DK) Sterilt TVT bånd til engangsbrug
TVT indfører til flergangsbrug
Stiv TVT guidewire til flergangsbrug

(E) Dispositivo de un solo uso TVT
Introductor reutilizable TVT
Guía rígida reutilizable para el catéter TVT

(F) Dispositif TVT à usage unique
Introducteur TVT réutilisable
Guide de sonde rigide TVT réutilisable

(FIN) TVT neula, kertakäyttöinen
TVT toistokäyttöinen sisäänvieja
TVT toistokäyttöinen jäykkä katetrinohjain

(GB) TVT Single Use Device
TVT Reusable Introducer

(USA) TVT Reusable Rigid Catheter Guide

(GR) Συσκευή μιας χρήσης TVT
Εισαγωγέας TVT πολλαπλής χρήσης
Οδηγός Διακαμπτος Καθετηρα πολλαπλής χρήσης TVT

(I) Dispositivo TVT monouso
Introduttore poliuso per dispositivo TVT
Guida rigida poliuso per catetere TVT

(NL) TVT instrument voor éénmalig gebruik
TVT reusable inbrenghandvat
TVT reusable catheervoorder

(P) Dispositivo TVT – Uso único
Introductor TVT – Reutilizável
Guia rígida de cateter TVT – Reutilizável

(S) TVT nålar med inkontinensband för engångsbruk
TVT handtag för flergångsbruk
TVT katéterguide för flergångsbruk

Authorized Representative • Autoriseret repraesentant
Erkende vertegenwoordiger • Valtuutettu edustaja
Représentant autorisé • Autorisierter Vertreter
Rappresentante autorizzato • Representante autorizado
Representante autorizado • Auktoriserad representant
Εξουσιοδοτημένος Αντιπρόσωπος

ETHICON® GmbH
Robert-Koch-Strasse 1
D-22851 Norderstedt
Germany

EC
Legal Manufacturer
ETHICON® SaRL
Rue de Puits Godet, CH-2000
Neuchâtel, Switzerland

CE0123

**STATUS 8/01**
RMC P 15506 /B

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.00875456**

 **Tension-free Vaginal Tape (TVT) System –
Instructions for Use**

**TVT Single Use Device**
**TVT Reusable Introducer**
**TVT Reusable Rigid Catheter Guide**

**Please read all information carefully.**
Failure to properly follow instructions may result in improper
functioning of the device and lead to injury.

**Important:**
This package insert is designed to provide instructions for use of the
Tension-free Vaginal Tape single use device, reusable introducer,
reusable rigid catheter guide. It is not a comprehensive reference to
surgical technique for correcting SUI (Stress Urinary Incontinence).
The device should be used only by physicians trained in the surgical
treatment of Stress Urinary Incontinence and specifically in implan-
ting the TVT device. These instructions are recommended for ge-
neral use of the device. Variations in use may occur in specific proce-
dures due to individual technique and patient anatomy.

**DESCRIPTION (System)**
TVT consists of the following:

TVT Single-Use Device, provided sterile (available separately)

TVT Reusable Introducer, provided non-sterile
(available separately)

TVT Reusable Rigid Catheter Guide, provided non-sterile
(available separately)

**TVT DEVICE**
The TVT device is a sterile single use device, consisting of one piece
of undyed or blue (Phtalocyanine blue, Colour index. Number 74160)
PROLENE® polypropylene mesh (tape) approximately 1/2 x 18
inches (1.1 x 45 cm), covered by a plastic sheath cut and overlapping
in the middle, and held between two stainless steel needles bonded to
the mesh and sheath with plastic collars.
PROLENE® polypropylene mesh is constructed of knitted filaments
of extruded polypropylene strands identical in composition to that
used in PROLENE® polypropylene nonabsorbable surgical suture.
The mesh is approximately 0.027 inches (0.7mm) thick. This materi-
al, when used as a suture, has been reported to be non-reactive and to
retain its strength indefinitely in clinical use. PROLENE® mesh is
knitted by a process which interlinks each fiber junction and which
provides for elasticity in both directions. This bi-directional elastic
property allows adaptation to various stresses encountered in the
body.

**TVT INTRODUCER**
The TVT introducer is provided non-sterile and is reusable. The in-
troducer is made of stainless steel. It consists of two parts, a handle
and an inserted threaded metal shaft. The introducer is intended to
facilitate the passage of the TVT device from the vagina to the abdo-
minal skin. It is connected and fixed to the needle, via the threaded
end of the shaft, prior to inserting the needle with the tape.

**TVT RIGID CATHETER GUIDE**
The TVT rigid catheter guide is a non-sterile reusable instrument
intended to facilitate the identification of the urethra and the bladder
neck during the surgical procedure. It is inserted into a Foley catheter
(recommended size 18 French) positioned in the bladder via the ure-
thra. To facilitate insertion, it can be lubricated with gel.

**INDICATIONS**
The TVT device is intended to be used as a pubourethral sling for
treatment of stress urinary incontinence (SUI), for female urinary
incontinence resulting from urethral hypermobility and/or intrinsic
sphincter deficiency. The TVT introducer and rigid catheter guide
are available separately and intended to facilitate the placement of
the TVT device.

26

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                                ETH.MESH.00875481

## INSTRUCTIONS FOR USE

The patient should be placed in the lithotomy position taking care to avoid hip flexion greater than 60°.

The procedure can be carried out under local anesthesia, but it can also be performed using regional or general anesthesia. The extent of dissection is minimal, i.e. a vaginal midline entry with a small paraurethral dissection to initially position the needle and two suprapubic skin incisions. Using forceps, grasp the vaginal wall at each side of the urethra. Using a small scalpel, make a sagittal incision about 1.5 cm long starting approximately 1.0 cm from the outer urethral meatus. This incision will cover the mid-urethral zone and will allow for subsequent passage of the sling (tape). With a small pair of blunt scissors, two small paraurethral dissections (approximately 0.5 cm) are made so that the tip of the needle can then be introduced into the paraurethral dissection. Then, two abdominal skin incisions of 0.5 – 1 cm are made, one on each side of the midline just above the symphysis not more than 4 – 5 cm apart. Incision placement and needle passage near the midline and close to the back of the pubic bone are important to avoid anatomic structures in the inguinal area and lateral pelvic sidewall.

The TVT rigid catheter guide is inserted into the channel of the Foley catheter (18 French). The handle of the guide is fixed around the catheter, proximal to its widening. The purpose of the guide is to move the bladder neck and urethra away from where the tip of the needle will pass into the retropubic space. Via use of the Foley catheter and the rigid catheter guide, the urethra and bladder are moved contralaterally to the side of the needle passage. During this maneuver, the bladder should be empty. The threaded end of the introducer is screwed into the end of one of the needles.

Using the introducer, the needle is passed paraurethrally penetrating the urogenital diaphragm. Insertion and passage are controlled by using the long or index finger in the vagina under the vaginal wall on the ipsilateral side and fingertip control on the pelvic rim. The curved part of the needle should rest in the palm of the "vaginal" hand. If you are right handed this means that the left hand generally is the one to be used for needle guidance. With the other hand grip the handle of the introducer gently. Now introduce the needle tip into the retropubic space. Once again observe that this should be done by the palm of the vaginal hand and with the needle tip horizontally i.e. in the frontal plane. After passage of the urogenital diaphragm you will feel that the resistance is significantly reduced.

Immediately aim the tip of the needle towards the abdominal midline and lower the handle of the introducer thereby pressing the tip of the needle against the back of the pubic bone. Now, move the needle tip upwards to the abdominal skin incision, keeping in close contact with the pubic bone all the way.

When the needle tip has reached the abdominal incision, cystoscopy is performed to confirm bladder integrity. The bladder must be emptied after the first cystoscopy. The procedure is then repeated on the other side. The needles are then pulled upward to bring the tape (sling) loosely, i.e. without tension, under the midurethra. Cut the tape close to the needles. Now, adjust the tape so that leakage is reduced allowing a few drops of urinary leakage to occur under stress. For this, use patient feedback i.e. coughing with a full bladder (approximately 300 ml) and keep the vaginal incision temporarily closed by a gentle grip with small forceps. The plastic sheaths that surround the tape are then removed. To avoid putting tension on the tape, a blunt instrument (scissors or forceps) should be placed between the urethra and the tape during removal of the plastic sheaths. Premature removal of the sheath may make subsequent adjustments difficult. After proper adjustment of the tape, close the vaginal incision. The abdominal ends of the tape are then cut and left in subcutis. Do not suture them. Suture the skin incisions. Empty the bladder. Following this procedure, postoperative catheterization is not regularly required. The patient should be encouraged to try to empty the bladder 2 – 3 hours after the operation.

## CONTRAINDICATIONS

As with any suspension surgery, this procedure should not be performed in pregnant patients. Additionally, because the PROLENE® polypropylene mesh will not stretch significantly, it should not be performed in patients with future growth potential including women with plans for future pregnancy.

27

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.00875482

**WARNINGS AND PRECAUTIONS**

- Do not use TVT procedure for patients who are on anti-coagulation therapy.
- Do not use TVT procedure for patients who have a urinary tract infection.
- Users should be familiar with surgical technique for bladder neck suspensions and should be adequately trained in implanting the TVT system before employing the TVT device. It is important to recognize that TVT is different from a traditional sling procedure in that the tape should be located without tension under mid-urethra.
- Acceptable surgical practice should be followed for the TVT procedure as well as for the management of contaminated or infected wounds.
- The TVT procedure should be performed with care to avoid large vessels, nerves, bladder and bowel. Attention to local anatomy and proper passage of needles will minimise risks.
- Retropubic bleeding may occur postoperatively. Observe for any symptoms or signs before releasing the patient from hospital.
- Cystoscopy should be performed to confirm bladder integrity or recognize a bladder perfontion.
- The rigid catheter guide should be gently pushed into the Foley catheter so that the catheter guide does not extend into the holes of the Foley Catheter.
- When removing the rigid catheter guide, open the handle completely so that the catheter remains properly in place.
- Do not remove the plastic sheath until the tape has been properly positioned.
- Ensure that the tape is placed with minimal tension under mid-urethra.
- **PROLENE**® mesh in contaminated areas should be used with the understanding that subsequent infection may require removal of the material.
- The patient should be counseled that future pregnancies may negate the effects of the surgical procedure and the patient may again become incontinent.
- Since no clinical experience is available with vaginal delivery following the TVT procedure, in case of pregnancy delivery via cesarian section is recommended.
- Post-operatively the patient is recommended to refrain from heavy lifting and/or exercise (i.e. cycling, jogging) for at least three to four weeks and intercourse for one month. The patient can return to other normal activity after one or two weeks.
- Should dysuria, bleeding or other problems occur, the patient is instructed to contact the surgeon immediately.
- All surgical instruments are subject to wear and damage under normal use. Before use, the instrument should be visually inspected. Defective instruments or instruments that appear to be corroded should not be used and should be discarded.
- As with other incontinence procedures, de novo detrusor instability may occur following the TVT procedure. To minimize this risk, make sure to place the tape tension-free in the mid-urethral position.
- Do not contact the **PROLENE**® mesh with any staples, clips or clamps as mechanical damage to the mesh may occur.
- Do not resterilize TVT device. Discard opened, unused devices.

**ADVERSE REACTIONS**

- Punctures or lacerations of vessels, nerves, bladder or bowel may occur during needle passage and may require surgical repair.
- Transitory local irritation at the wound site and a transitory foreign body response may occur. This response could result in extrusion, erosion, fistula formation and inflammation.
- As with all foreign bodies, **PROLENE**® mesh may potentiate an existing infection. The plastic sheath initially covering the **PROLENE**® mesh is designed to minimize the risk of contamination.
- Over correction i.e. too much tension applied to the tape, may cause temporary or permanent lower urinary tract obstruction.

28

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.00875483**

## ACTIONS

Animal studies show that implantation of **PROLENE®** mesh elicits a minimal inflammatory reaction in tissues, which is transient and is followed by the deposition of a thin fibrous layer of tissue which can grow through the interstices of the mesh, thus incorporating the mesh into adjacent tissue. The material is not absorbed, nor is it subject to degradation or weakening by the action of tissue enzymes.

## INSTRUCTIONS FOR CLEANING REUSABLE INSTRUMENTS

**(TVT Introducer, TVT Rigid Catheter Guide)** To ensure the reliability and functionality of TVT Introducer and TVT Rigid Catheter Guide, clean the instruments before initial use and after each procedure. The following are suggested manual and automated methods for cleaning the instruments. Prior to cleaning, the TVT introducer should be separated into its component parts (handle and threaded shaft). The Introducer is reassembled after cleaning and before sterilization.

Manual method
1. Soak the instrument components in an enzyme cleaner suitable for stainless steel instruments.
2. Wash in a surgical detergent and disinfecting solution at a temperature of 86° F to 95° F (30° C to 35° C). Remove any contamination from body fluids or tissues using a soft brush.
3. Place the instrument components in an ultrasonic bath with fresh detergent solution for approximately 10 minutes or follow the instructions below if using an automatic washing cycle.
4. Rinse thoroughly in a stream of fresh tap water followed by towel drying. The instrument components may be treated with instrument lubricant.

Automated Method:
Automatic washing cycles are suitable for stainless steel instruments.
One recommended cycle is described below:
• Rinse/Wet Cycle Cold Water – 1 minute
• Wash 176° F (80° C) – 12 minutes
• Rinse Cycle – 1 minute
• Rinse Cycle – 12 minutes
• Final Rinse – 2 minutes
• Rinse with Demineralized water 176° F (80° C) – 2 minutes
• Dry 199.4° F (93° C) – 10 minutes

## STERILIZATION RECOMMENDATIONS FOR REUSABLE INSTRUMENTS

(TVT Introducer, TVT Rigid Catheter Guide)
The TVT Introducer, TVT Rigid Catheter Guide are supplied non-sterile. To sterilize, steam autoclave prior to each use. Steam autoclave at a temperature of 270° F to 284° F (132° C to 140° C) for a minimum of 4 minutes (pre-vacuum). It is the responsibility of the end user to assure sterility of the product when using sterilization process recommended, since bioburden and sterilization equipment will vary.

## INSTRUMENT MAINTENANCE

• TVT Introducer
Before each use, inspect the threaded parts of the inner shaft.
• TVT Rigid Catheter Guide
Before each use, inspect the instrument. Check to ensure that the long end which traverses the catheter channel has no sharp edges or burrs.

## HOW SUPPLIED

The TVT device is provided sterile (ethylene oxide) for single use. **Do** not re-sterilize. Do not use if package is opened or damaged. Discard opened, unused devices. The reusable TVT introducer, TVT rigid catheter guide are supplied separately, and are non-sterile. These accessories are to be cleaned and sterilized prior to each use as described above.

29

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.00875484**

**STORAGE**
Recommended storage conditions for the TVT single use device are
below 25° C, away from moisture and direct heat. Do not use after
expiry date.
**Caution: Federal (USA) law restricts this device to sale by or on
the order of a physician.**

**EC**
**Legal Manufacturer:**
**ETHICON® SARL**
**Rue du Puits Godet 20**
**CH-2000 Neuchâtel**
**Switzerland**

**Distributor (Europe):**
**ETHICON® Ltd.**
**Bankhead Avenue**
**Edinburgh, EH11 4 HE**
**United Kingdom**

**Distributor (USA):**
**Gynecare**
**a division of ETHICON®, Inc.**
**a Johnson &Johnson Company**
**Somerville, NJ**
**08876-0151**

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                **ETH.MESH.00875485**

# Exhibit C

# GYNECARE TVT*

*Obturator System*

**Tension-free Support for Incontinence**

GYNECARE TVT* *obturatorsysteem*
**Spanningsvrij steunbandje tegen incontinentie**

GYNECARE TVT* *obturatorsystem*
**Spændingsfri støtte til inkontinens**

GYNECARE TVT* *-obturaattorijärjestelmä*
**Jännityksetön tuki inkontinenssin hoitoon**

*Système obturateur* GYNECARE TVT*
**Dispositif sans tension contre les incontinences**

GYNECARE TVT* *Obturator System*
**Spannungsfreie Unterstützung bei Inkontinenz**

*Sistema otturatorio* GYNECARE TVT*
**Dispositivo tension-free per l'incontinenza**

*Sistema obturador* GYNECARE TVT*
**Apoio sem tensão para incontinência**

*Sistema obturador* GYNECARE TVT*
**Protector sin tensión para la incontinencia**

GYNECARE TVT* *obturatoriabandsystem*
**Tensionsfritt stöd för behandling av inkontinens**

*Σύστημα επιπωματικού* GYNECARE TVT*
**Σύστημα υποστήριξης για την αντιμετώπιση της ακράτειας, χωρίς τάση**



EC
Legal Manufacturer
ETHICON, Sàrl
Rue du Puits-Godet 20
CH-2000 Neuchâtel
Switzerland

*Manufactured for:*

# GYNECARE

W O R L D W I D E

A division of ETHICON, INC.

a Johnson & Johnson company

Somerville, New Jersey 08876-0151

Made in Switzerland
©ETHICON, INC. 2003 *Trademark

RMC P18070/A

**ETH.MESH.02340829**

**ENGLISH**

### GYNECARE TVT* *Obturator System*
### Tension-free Support for Incontinence

### GYNECARE TVT *Obturator* Device,
###           Sterile Single Use

### GYNECARE TVT *Obturator* Helical Passers,
###           Sterile Single Use

### GYNECARE TVT *Obturator* Atraumatic Winged Guide,
###           Sterile Single Use

**Please read all information carefully.**

Failure to properly follow instructions may result in improper functioning of the device and may lead to injury.

**Important:**

This package insert is designed to provide instructions for use of the GYNECARE TVT* *Obturator* System, including the GYNECARE TVT *Obturator* device, Helical Passers and Atraumatic Winged Guide. It is not a comprehensive reference to surgical technique for correcting SUI (Stress Urinary Incontinence). The device should be used only by physicians trained in the surgical treatment of stress urinary incontinence and specifically the implanting the GYNECARE TVT *Obturator* device. These instructions are intended for general use of the device. Variations in use may occur in specific procedures due to individual technique and patient anatomy.

**DESCRIPTION**

The GYNECARE TVT *Obturator* System is a sterile, single patient use procedure kit consisting of:

**GYNECARE TVT Obturator device**

The GYNECARE TVT *Obturator* device is a sterile, single patient use device, consisting of one piece of undyed or blue (Phtalocyanine blue, Color index Number 74160) PROLENE* polypropylene mesh (tape) approximately 1/2 x 18 inches (1.1 x 45 cm) covered by a plastic sheath overlapping in the middle. Plastic tube receptacles are attached at each end. PROLENE polypropylene mesh is constructed of knitted filaments of extruded polypropylene strands identical in composition to that used in PROLENE polypropylene non-absorbable surgical suture. This material, when used as a suture, has been reported to be non-reactive and to retain its strength indefinitely in clinical use. PROLENE mesh is knitted by a process that interlinks each fiber junction and that providing elasticity in both directions. This bi-directional elastic property allows adaptation to various stresses encountered in the body.

**GYNECARE TVT Helical Passers**

The GYNECARE TVT Helical Passers are two stainless steel, curved wire passers with plastic handles that are designed to deliver the GYNECARE TVT *Obturator* device. Helical Passers are provided as left and right units, pre-assembled to the GYNECARE TVT *Obturator* device. The Helical Passer MUST not be bent or deformed in any way.

**GYNECARE TVT Atraumatic Winged Guide**

The GYNECARE TVT Atraumatic Winged Guide is a stainless steel accessory instrument, which facilitates the passage of the GYNECARE TVT Helical Passers through the dissection tract.

**INDICATIONS**

The GYNECARE TVT *Obturator* device is intended to be used in women as a sub-urethral sling for the treatment of stress urinary incontinence (SUI) resulting from urethral hypermobility and/or intrinsic sphincter deficiency.

**INSTRUCTIONS FOR USE**
**(Note: hand positions shown in illustrations may vary)**

1.   Place the patient in the dorsal lithotomy position with the hips hyperflexed over the abdomen. The buttocks should be positioned flush with the edge of the table.

2.   The procedure can be carried out under local, regional or general anesthesia.

3.   Optionally, the labia may be sutured laterally to provide exposure.

4.   Insert a urethral catheter into the bladder and empty the bladder.

5.   Mark the exit points of the plastic tubes by tracing a horizontal line at the level of the urethral meatus, and a second line parallel and 2 cm above the first line. Locate the exit points on this line, 2 cm lateral to the folds of the thigh (the skin may be flattened by stretching). Mark the exit points, alternatively a 5–10 mm incision may be made at each exit point or at a later stage of the procedure. *(See Figure 1)*

1

**ETH.MESH.02340830**



**FIG. 1**

6.  Using Allis clamps for traction, make a 1 cm midline incision in the vaginal mucosa starting 1 cm proximal to the urethral meatus.

    *(Note: It is suggested that the device insertion be completed on one side before beginning dissection of the second side.)*

    Using a "push-spread technique", begin blunt dissection preferably using pointed, curved scissors. The path of the lateral dissection should be oriented at a 45° angle from the midline, with the scissors oriented either on the horizontal plane or with the tips pointed slightly upward *(See Figure 2)*. Continue dissection toward the "junction" between the body of the pubic bone and the inferior pubic ramus. *(See Figure 2)*



**FIG. 2**

    When the "junction" between the body of the pubic bone and the inferior pubic ramus is reached, perforate the obturator membrane. A loss of resistance can be felt when the membrane is perforated. The channel should be approximately 5–7 mm in diameter and no deeper than 5 cm. Dissection beyond 5 cm may allow unintended entry into the Space of Retzius. If the bone is not reached after dissecting 5 cm, re-evaluate that the angle of dissection is correct.

7.  Remove the GYNECARE TVT Winged Guide from the package. *(See Figure 3)*



**FIG. 3**

8.  Insert the GYNECARE TVT Winged Guide into the dissected tract until it passes the inferior pubic ramus and enters the opening previously made in the obturator membrane. Loss of resistance can be felt as the Winged Guide passes through the obturator membrane.

    If difficulty is encountered during insertion of the guide, reconfirm the direction of the tract with the scissors.

    *(Note: The open side of the guide must be facing the surgeon. The bendable tab can be bent to increase the length of the guide if needed, See Figure 5.)*

2

ETH.MESH.02340831

9. Remove the GYNECARE TVT Helical Passers/Device Assembly and the GYNECARE TVT *Obturator* device assembly from the sterile pack *(See Figure 3 for components).*

***(Note: To ensure correct orientation of the Helical Passers and tape, verify that the GYNECARE logo and thumb indent on the plastic handle are facing the surgeon, and that the points are on the outside facing the surgeon. The Helical Passer in the surgeon's left hand must be used on the patient's right side; See Figure 4.)***



**FIG. 4**

10. Place one of the Helical Passers on the sterile drape or other suitable sterile location until needed. Assure that the tape is not twisted.

11. Insert the correct GYNECARE TVT Helical Passer into the dissected tract following the channel of the GYNECARE TVT Winged Guide. Push the device inward, traversing, and slightly passing the obturator membrane. Make sure the device handle is oriented so the straight tip of the Helical Passer is aligned with the channel in the GYNECARE TVT Winged Guide and remains in that orientation until the tip traverses the obturator membrane. *(See Figure 5)*



**FIG. 5**

12. Once in this position, remove the GYNECARE TVT Winged Guide and keep sterile for later use on the same patient.



**FIG. 6**

13. Once the GYNECARE TVT Winged Guide has been removed, rotate the handle of the Helical Passer simultaneously as you move the handle towards the midline. *(See Figure 6)* ***(Note: Never allow the handle to be oriented in a horizontal position.)***

3

ETH.MESH.02340832



**FIG. 7**

14. The point of the Helical Passer should exit near the previously determined exit points *(See Figure 7)*. However, slight skin manipulation may be required. If the skin incision has not been previously made, make it at the point where the tip of the helical passer tents the skin. When the tip of the plastic tube appears at the skin opening, grasp it with a clamp and, while stabilizing the tube near the urethra remove the Helical Passer by a reverse rotation of the handle. *(See Figure 8)*



**FIG. 8**

15. Pull the plastic tube completely through the skin until the tape appears. *(See Figure 9)*



**FIG. 9**

16. Repeat the technique on the patient's other side ensuring that the tape lies flat under the urethra. *(See Figure 10)*

    ***(Note: If a twist in the tape is discovered, ensure that the twist is not positioned under the urethra after the excess tape is pulled through.)***

4

ETH.MESH.02340833



**FIG. 10**

17. When both plastic tubes have been extracted through the skin incisions, cut the plastic tubes from the tape and plastic sheaths. Position the tape loosely e.g. without tension, and flat under the mid-urethra. At this stage a cough test can be performed. This allows adjustment of the tape so that only a few drops of urine are lost during the cough. (*See Figure 11*)



**FIG. 11**

When the tape is in position, remove the plastic sheath that covers the tapes. To avoid positioning the tape with tension, place a blunt instrument (e.g., scissors or forceps) between the urethra and the tape during removal of the plastic sheaths.

*(Note: Premature removal of the sheath may make subsequent adjustments difficult.)*

18. Following tape adjustment close the vaginal incision. Cut the tape ends at the exit points just below the skin of the inner thigh. Close the skin incisions with suture or surgical skin adhesive.

19. Cystoscopy can be performed at the discretion of the surgeon. If cystoscopy was performed following the first passage, make sure the bladder is emptied prior to initiating passage of the second side. Post-operative indwelling catheterization is not typically required. The patient should be encouraged to try to empty the bladder 2–3 hours after the operation.

## CONTRAINDICATIONS

As with any suspension surgery, this procedure should not be performed in pregnant patients. Additionally, because the PROLENE polypropylene mesh will not stretch significantly, it should not be performed in patients with future growth potential including women with plans for future pregnancy.

## WARNINGS AND PRECAUTIONS

- Do not use GYNECARE TVT *Obturator* procedure for patients who are on anti-coagulation therapy.
- Do not use GYNECARE TVT *Obturator* procedure for patients who have a urinary tract infection.
- Users should be familiar with surgical technique for urethral suspensions and should be adequately trained in the GYNECARE TVT *Obturator* procedure before employing the GYNECARE TVT *Obturator* device.
- Acceptable surgical practice should be followed for the GYNECARE TVT *Obturator* procedure as well as for the management of contaminated or infected wounds.
- The GYNECARE TVT *Obturator* procedure should be performed with care to avoid large vessels, nerves, bladder and bowel. Attention to patient anatomy and correct passage of the device will minimize risks.
- Bleeding may occur post-operatively. Observe for any symptoms or signs before releasing the patient from hospital.
- Although bladder injury is unlikely to occur with this technique, cystoscopy may be performed at the discretion of the surgeon.
- Do not remove the plastic sheaths until the tape has been properly positioned.
- Ensure that the tape is placed with no tension under the mid-urethra.
- Do not perform this procedure if you think the surgical site may be infected or contaminated.

5

ETH.MESH.02340834

- Since no clinical information is available about pregnancy following sub-urethral sling procedure with the GYNECARE TVT *Obturator* System, the patient should be counseled that future pregnancies may negate the effects of the surgical procedure and the patient may again become incontinent.

- Since no clinical information is available about vaginal delivery following a sub-urethral sling procedure with the GYNECARE TVT *Obturator* System, in case of pregnancy delivery via cesarean section should be considered.

- Post-operatively, the patient should be advised to refrain from heavy lifting and/or exercise (e.g., cycling, jogging) for at least three to four weeks and intercourse for one month. The patient can usually return to other normal activity after one or two weeks.

- The patient should be instructed to contact the surgeon immediately if dysuria, bleeding or other problems occur.

- Transient leg pain lasting 24–48 hours may occur and can usually be managed with mild analgesics.

- As with other incontinence procedures, de novo detrusor instability may occur following a sub-urethral sling procedure utilizing the GYNECARE TVT *Obturator* System. To minimize this risk, make sure to place the tape as described above.

- Do not contact the PROLENE mesh with any staples, clips or clamps as mechanical damage to the mesh may occur.

- Do not resterilize GYNECARE TVT *Obturator* device or its components. Discard opened, unused devices.

- Prophylactic antibiotics can be administered according to the surgeon's usual practice.

**ADVERSE REACTIONS**

- Punctures or lacerations of vessels, nerves, bladder, urethra or bowel may occur during needle passage and may require surgical repair.

- Transitory local irritation at the wound site and a transitory foreign body response may occur. This response could result in extrusion, erosion, fistula formation or inflammation.

- As with all foreign bodies, PROLENE mesh may potentiate an existing infection. The plastic sheaths initially covering the PROLENE mesh are designed to minimize the risk of contamination.

- Over correction, i.e. too much tension applied to the tape, may cause temporary or permanent lower urinary tract obstruction.

**ACTIONS**

Animal studies show that implantation of PROLENE mesh elicits a minimal inflammatory reaction in tissues, which is transient and is followed by the deposition of a thin fibrous layer of tissue, that can grow through the interstices of the mesh, thus incorporating the mesh into adjacent tissue. The material is not absorbed, nor is it subject to degradation or weakening by the action of tissue enzymes.

**HOW SUPPLIED**

The GYNECARE TVT *Obturator* System is provided sterile (ethylene oxide) for single use. Do not resterilize. Do not use if package is opened or damaged. Discard opened, unused devices.

**STORAGE**

Recommended storage conditions for the GYNECARE TVT *Obturator* System single use device are below 25°C, away from moisture and direct heat. Do not use after expiry date.

*CAUTION: Federal (USA) law restricts this device to sale by or on the order of a physician.*

*Trademark



ETH.MESH.02340835

# Exhibit D

Jaime Sepulveda, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

_____

| | |
|---|---|
| IN RE:  ETHICON, INC., | Master File No. |
| PELVIC REPAIR SYSTEM PRODUCTS | 2:12-MD-02327 |
| LIABILITY LITIGATION, | MDL No. 2327 |
| _____/ | JOSEPH R. GOODWIN |
| THIS DOCUMENT RELATES TO | U.S. DISTRICT JUDGE |
| PLAINTIFFS: | |

| | |
|---|---|
| Joplin, Deborah Lynn | 2:12-cv-00787 |
| Wheeler, Pamela Gray | 2:12-cv-00455 |
| Collins, Fran | 2:12-cv-00931 |
| Frye, Jackie | 2:12-cv-01004 |
| Bennett, Dina Sanders | 2:12-cv-00497 |
| Miracle, Charlene | 2:12-cv-00510 |
| Adams, Joan | 2:12-cv-001203 |
| Grabowski, Louise | 2:12-cv-00683 |
| Vignos-Ware, Barbara | 2:12-cv-00761 |
| Harter, Beth | 12-cv-00737 |
| Scholl, Sheri | 12-cv-00738 |
| Stubblefield, Margaret | 12-cv-00842 |
| Warmack, Roberta | 12-cv-01150 |
| Smith, Carrie | 2:12-cv-00258 |
| Thomas (Wyatt), Kimberly | 2:12-cv-00499 |
| Georgilakis, Teresa | 2:12-cv-00829 |
| Cone, Mary | 2:12-cv-00261 |
| Destefano-Raston, Dina | 2:12-cv-01299 |
| Hooper, Nancy | 2:12-cv-00493 |
| Lee, Alfreda | 2:12-cv-01013 |
| Reyes, Jennifer | 2:12-cv-00939 |
| Fisk, Paula | 2:12-cv-00848 |
| Sikes, Jennifer | 2:12-cv-00501 |
| Swint, Isabel | 2:12-cv-00786 |
| Teasley, Krystal | 2:12-cv-00500 |
| Thaman(Reeves), Susan | 2:12-cv-00279 |
| Warlick, Cathy | 2:12-cv-00276 |
| Sheperd, Donna | 2:12-cv-00967 |

DEPOSITION OF JAIME SEPULVEDA, M.D.

Wednesday, March 30, 2016
8:12 a.m. - 4:33 p.m.
200 South Biscayne Blvd.
Miami Beach, Florida

Jaime Sepulveda, M.D.

Page 2

```
 1   APPEARANCES:
 2   On behalf of Plaintiffs:
 3       EDWARDS & DE LA CERDA
         3031 Allen Street, Suite 100
 4       Dallas, Texas 75204
         888.795.3352
 5       BY:  PETER DE LA CERDA, ESQUIRE
           peter@edwardsdelacerda.com
 6
         MOSTYN LAW
 7       6280 Delaware Street
         Beaumont, Texas  77706
 8       800.400.4000
         BY:  MARK C. SPARKS, ESQUIRE
 9         mark@mostynlaw.com
10
     On behalf of Defendant:
11
         BUTLER SNOW, LLP
12       500 Office Center Drive
         Suite 400
13       Fort Washington, Pennsylvania  19034
         267.513.1884
14       BY:  NILS B. SNELL, ESQUIRE
           burt.snell@butlersnow.com
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1                INDEX
 2
 3   Examination                      Page
 4   Direct      By Mr. De La Cerda       5
     Cross       By Mr. Snell           269
 5
 6   Certificate of Oath                302
     Certificate of Reporter            303
 7
 8
 9
10               EXHIBITS
11   No.                             Page
```

```
12   Exhibit 1  Gynecare Prolift and Gynecare   43
                Gynemesh PS Preceptor
13              Presentation Kit
14   Exhibit 2  Surgeon's Resource Monograph    43
15   Exhibit 3  Medical Literature              44
16   Exhibit 4  Book: Biomechanics: Mechanical  46
                Properties of Living Tissues,
17              Chapter 7
18   Exhibit 5  Book: Introductory              46
                Biomechanics From Cells to
19              Organisms, Chapter 9
20   Exhibit 6  Book: Introductory              47
                Biomechanics From Cells to
21              Organisms, Chapter 12
22   Exhibit 7  Thumb Drive with Materials      49
                Related to TVT and TVT-O
23
     Exhibit 8  Thumb Drive with Materials      49
24              Relating to TVT-S
```

Page 4

```
 1   Exhibit 9  Thumb Drive with Materials      49
                Relating to Prolift
 2
     Exhibit 10  Thumb Drive with Materials     50
 3               Relating to RVT-S
 4   Exhibit 11  Medical Literature             51
 5   Exhibit 12  Article:  Randomized controlled 52
                 trial comparing TVT-O and TVT-S
 6               for the treatment of stress
                 urinary incontinence:  2-year
 7               results
 8   Exhibit 13  Curriculum Vitae               53
 9   Exhibit 14  Reliance List                  54
10   Exhibit 15  General Expert Opinion Report  55
                 on Gynemesh PS, Prolift and
11               Prosima
12   Exhibit 16  General Expert Opinion Report  55
                 on TVT and TVT-O
13
     Exhibit 17  Invoices                       60
14
     Exhibit 18  Thumb Drive with Presentation  71
15               Material
```
```
16
17
18
19
20
21
22
23
24
```

Page 5

```
 1            P R O C E E D I N G S
 2                  - - -
 3   Thereupon:
 4            JAIME SEPULVEDA, M.D.,
 5   having been first duly sworn, was examined and
 6   testified as follows:
 7            THE WITNESS:  I do.
 8            DIRECT EXAMINATION
 9   BY MR. DE LA CERDA:
10       Q.  Okay.  Doctor, could you please state your
11   full name for the record?
12       A.  Jaime L. Sepulveda.
13       Q.  You're a urogynecologist hired by Johnson &
14   Johnson and Ethicon, Inc. to provide opinions in
15   support of TVT, TVT-O, Gynemesh, Prolift and Prosima,
16   correct?
17            MR. SNELL:  Form.
18       A.  I have -- I have been subpoenaed to provide
19   expert testimony about these products.
20       Q.  (By Mr. De La Cerda)  My name is Peter
21   de al Cerda, I'm one of the attorneys who represents
22   the plaintiffs' group.
23            Do you understand who I am and who I
24   represent?
```

2 (Pages 2 to 5)

Jaime Sepulveda, M.D.

Page 6

1    A.  Yes, I do.
2    Q.  A couple of deposition rules.  As we begin,
3  first of all, we want to try to let each other finish,
4  so allow my question to get out fully before you begin
5  your answer and then I'll allow your answer to get out
6  fully before I begin my next question.  Is that fair?
7    A.  Yes.
8    Q.  And also when you're responding to
9  questions, please do so verbally as opposed to an
10  "uh-huh" or "uh-uh" or a head nod so it is clear on
11  the record.  Okay?
12    A.  Yes.
13    Q.  Also, if you don't understand my question,
14  please ask me to repeat or rephrase it, otherwise,
15  I'll assume that you understood my question.  Is that
16  fair?
17    A.  Yes.
18    Q.  And, of course, if you need a break at any
19  time, please let me know and we'll take a break.  The
20  only thing is if there's a question pending, I ask the
21  question be responded to before we take the break.
22  Okay?
23    A.  I -- I understand.
24    Q.  All right.  This is not the first deposition

Page 7

1  you've given; correct?
2    A.  That's correct.
3    Q.  What other depositions have you given?
4    A.  I have given depositions on Garcia versus
5  Ethicon.
6    Q.  Okay.  Anything else?
7    A.  Yes, I have given deposition in local cases
8  against a physician.
9    Q.  Okay.  So any other mesh cases where you've
10  given a deposition other than Garcia?
11    A.  Only Garcia.
12    Q.  Okay.  And then you've also given
13  depositions, I guess, in medical malpractice cases?
14    A.  Yes.
15    Q.  Okay.  How many of those have you given?
16    A.  I have given two.
17    Q.  Two.  And have you acted as a treater or as
18  an expert in those cases?
19    A.  One was as a treater and the other one was
20  as an expert.
21    Q.  Okay.  And when you acted as the expert,
22  were you for the plaintiff or for the defense?
23    A.  I was for the defense.
24    Q.  And generally speaking, in the case where

Page 8

1  you were the treater, what type of case was that?  I
2  know it's medical malpractice, but what was the
3  subject of that case?
4    A.  That -- that was in 1994, a pelvic mass,
5  specifically a sacral mass.
6    Q.  Okay.  And then how about the one where you
7  acted as the expert for the defense?
8    A.  It was a case of urinary incontinence after
9  a vaginal delivery.
10    Q.  And do you recall approximately when that
11  one was?
12    A.  That may have been three to four years ago.
13    Q.  Did either of those cases involve Butler
14  Snow?
15    A.  No.
16    Q.  Okay.  And then in the Garcia versus
17  Ethicon, you acted as an expert on behalf of Johnson &
18  Johnson and Ethicon; correct?
19    A.  That's correct.
20    Q.  All right.  Any other depos other than the
21  ones you already mentioned?
22    A.  No other depos.
23    Q.  Okay.  A few questions here.  I assume the
24  answers to these are all no, but have you ever had

Page 9

1  your privileges at a hospital revoked, suspended or
2  limited in any way?
3    A.  No.
4    Q.  Have you ever personally been sued for
5  medical malpractice?
6    A.  Yes.
7    Q.  Okay.  And what was the subject of that
8  particular case?
9    A.  It -- it was, again, a chordoma,
10  c-h-o-r-d-o-m-a, a chordoma, which is a tumor on the
11  sacrum.
12    Q.  I see.  Okay.
13    A.  And the other one was an injury to the
14  ureter during the excision of a 20-centimeter pelvic
15  mass.
16    Q.  Okay.  So these are two separate cases;
17  correct?
18    A.  Yes.
19    Q.  In the first case that involved the
20  chordoma, so you were the defendant in that case?
21    A.  Yes.
22    Q.  And was this the one from 1994?
23    A.  Yes.
24    Q.  Okay.  So you actually gave a deposition in

3 (Pages 6 to 9)

Jaime Sepulveda, M.D.

| Page 10 |
| --- |

1 that case; right? Is that right?
2    A. Yes.
3    Q. And in the second case, the injury to ureter
4 with the pelvic mass, did you end up not giving a
5 deposition in that case?
6    A. There was no deposition.
7    Q. Okay. Without revealing -- I know
8 settlements many times can be confidential. Without
9 revealing any confidentiality, can you tell us
10 anything about the resolution of those two cases?
11    A. They were both settled.
12    Q. Settled, okay.
13    Okay. So no trial; right?
14    A. There -- there was no trial and it was for a
15 fully disclosed amount.
16    Q. Okay. Any other litigation against you
17 other than those two cases that we talked about, any
18 litigation of any type?
19    A. No.
20    Q. Have you ever had a disciplinary action
21 against you by any medical board?
22    A. No.
23    Q. Have you ever been arrested or convicted of
24 a crime?

| Page 11 |
| --- |

1    A. No.
2    Q. Okay. We discussed -- okay. Other than
3 being retained in the Garcia case as an expert and in
4 this -- in the case where you were retained as an
5 expert that you mentioned before where you did a
6 deposition, have you ever been retained as an expert
7 in litigation, other than those two instances you've
8 already mentioned?
9    MR. SNELL: Hold on, hold on. I'm going to
10    instruct you. To the extent you have not been
11    disclosed, you should be mindful of that and not
12    identify those cases. To the extent you have not
13    been disclosed, either by deposition, expert
14    report, doing an IME of the plaintiff, under the
15    rules, depending upon where you may have been
16    retained, that is confidential information.
17    A. I gave testimony on Cavness.
18    Q. (By Mr. De La Cerda) Okay. Other than
19 Cavness, Garcia and then this other case involving
20 urinary incontinence after vaginal delivery, any
21 other cases where you've been designated as an
22 expert?
23    A. On -- on Ramirez.
24    Q. Right. Is there a name to the case where

| Page 12 |
| --- |

1 you were the expert for the defense on the urinary
2 incontinence after the vaginal delivery? Do you
3 remember a name?
4    A. I cannot recall.
5    Q. Okay. That would just make it easier to
6 reference, but ...
7    Okay. In all four of these cases, the
8 Cavness case, the Garcia case, the Ramirez case and
9 the case involving urinary incontinence after vaginal
10 delivery, all four of those cases you were retained by
11 the defense; correct?
12    A. That's correct.
13    Q. You've never testified for the plaintiff as
14 an expert; is that right?
15    A. I have not testified for the -- for a
16 plaintiff. I have given opinions as part of the State
17 of Florida Prosecution Unit, which is actually known
18 as the Department of Health, Department of Health now.
19 It's work that I have done for years for the
20 Department of Health.
21    Q. Are these like criminal investigations into
22 doctors or what -- what is it?
23    A. You know, that's why they eliminated the
24 Prosecution Unit name because it sounds criminal, so

| Page 13 |
| --- |

1 now we all understand that it's -- it's any complaints
2 that have been brought against a physician in my -- in
3 my specialty, I and the board feels that needs to be
4 reviewed, I review.
5    Q. Okay. And how long have you been doing
6 that?
7    A. Close to 15 years.
8    Q. 15 years. Okay.
9    Let's talk briefly about your role as a
10 consultant for Ethicon outside of litigation. Okay?
11 So this word "litigation" is not contemplated, this is
12 just your role as a consultant in what -- helping out
13 what Ethicon does in its normal business. Okay?
14    So, first of all, in the past, have you been
15 hired as a consultant for Ethicon; correct?
16    A. Yes.
17    Q. Okay. And do you recall when you were first
18 hired as a consultant for Ethicon?
19    A. It may have been just after the year 2000,
20 2002. I don't recall the specific year.
21    Q. Okay. But early 2000s?
22    A. About -- about that time.
23    Q. Okay. And what was the purpose of you being
24 hired on as a consultant when you first started?

4 (Pages 10 to 13)

Jaime Sepulveda, M.D.

Page 14

```
1        A.  Initially, I was given the opportunity to --
2   to dissect cadavers and to put together the anatomy
3   for the dissection in specimens as it would apply to
4   the use of products.
5        Q.  Okay.  So I'm having a little trouble
6   understanding what that might be.  Explain to me what
7   you would do, then, on a typical day involving that
8   particular role.
9        A.  It changed.  It changed over the -- over the
10  years.  I started dissecting and teaching and being
11  involved with my peers on how to use the different
12  products and it was just an interest that I -- that I
13  had very early in my career about surgical anatomy.
14  So I just expanded that and I was given the
15  opportunity while -- I was given instruments to work
16  in the gallery.
17       Q.  Okay.  Did you have a title when you first
18  began as a consultant for Ethicon?
19       A.  No.
20       Q.  Okay.  Were there defined duties that you
21  had when you first started out as a consultant?
22          MR. SNELL:  Form.
23       A.  No, nothing -- nothing that was defined as
24  different task.
```

Page 15

```
1        Q.  (By Mr. De La Cerda)  Okay.  They didn't
2   have, like, a job description that was given to you
3   when you first started?
4        A.  No.
5        Q.  Okay.  And so in this role involving
6   dissecting cadavers, where you were teaching other
7   peers about how to use the Ethicon products, was that
8   a role that remained consistent throughout your time
9   as a consultant for Ethicon or did it change over
10  time?
11       A.  It changed based on the needs that they had,
12  for what -- what they understood was my expertise.
13       Q.  Okay.  So let's do this.  So the beginning
14  is approximately the beginning of the 2000s.  Has that
15  con- -- has that role as a consultant for Ethicon
16  ended or do you continue to be a consultant for
17  Ethicon?
18       A.  No, I don't consult with them anymore beyond
19  the legal.
20       Q.  And so when did your role as a consultant
21  end?
22       A.  Just -- just about the time that the
23  products -- the prolapse products were
24  decommercialized.
```

Page 16

```
1        Q.  Okay.  So is that 2012, approximately?
2        A.  Yes.
3        Q.  Okay.  So I guess that's about ten years of
4   acting as a consultant; is that fair?
5        A.  Yes.
6        Q.  Okay.  So the manner in which your role as a
7   consultant changed, was it really in -- in regard to
8   the products themselves, what kind of product you were
9   teaching, or is there some other way in which it
10  changed?
11       A.  It changed.  It changed based on what --
12  whatever was understood that there was a need.
13       Q.  Okay.  Can you give me some examples?
14       A.  Initially, it was seeing the products, how
15  they would work, and nothing -- nothing in terms of
16  experiment or research and development.  It was more
17  on how -- how to reproduce their use in the -- in the
18  operating room.
19       Q.  Mm-hmm.
20       A.  And then I was able to -- to see -- to see
21  how -- how the products were actually implemented
22  in -- in the surgical environment.  And there was a
23  time in which I would just see other surgeons that
24  were consultants.  And then there was a time in which
```

Page 17

```
1   I would go to and meet with -- with a group at Ethicon
2   and give a conference on anatomy or I would take them
3   to the lab and show them the anatomy.
4        Q.  Mm-hmm.
5        A.  And then there was a time in which I
6   actually wrote a manual of how to dissect -- dissect a
7   specimen, make the best of that dissection.
8        Q.  Okay.  But tell me about this manual.  What
9   is it that you'd be dissecting -- so tell me, what was
10  the content of this manual?
11       A.  The labs -- the labs using specimens are
12  very unique and they're very -- they're very
13  expensive.
14       Q.  Okay.
15       A.  And the whole setup of getting a good
16  specimen.  And what we call "specimens" is a portion
17  of a person and there -- there are certain things that
18  we have to follow over the years, over the last 25
19  years that I have learned dissecting and understanding
20  the anatomy.  One of the most complex anatomies that
21  you can have in any other -- other part of the body.
22  So when we -- when we did this and there's -- my
23  interest was that, and I verbalized that, that we
24  could make the best use of these specimens in the lab.
```

5 (Pages 14 to 17)

Jaime Sepulveda, M.D.

Page 18

1    Q.  Mm-hmm.
2    A.  And not only that it would be -- it would be
3  the best use, but also that it would be a systematic
4  approach in the same way that first-year medical
5  students are taught anatomy.
6    Q.  Mm-hmm.  Okay.
7    A.  So to get -- to make that organized and to
8  make that systematic and to make that consistent, then
9  there was -- there was a proposal for a manual.  That
10  was just one part of -- of what could be done in -- in
11  the lab- -- laboratory.
12    Q.  And this was a manual that was done for
13  Ethicon; right?
14    A.  It was done for -- for them, but I think it
15  was -- there were other -- other considerations
16  beyond -- beyond anatomy and probably did not get
17  developed, but I got the -- I got the opportunity to
18  take my pictures and actually put it in -- on my thumb
19  drive with presentations, which you're going to be
20  requesting.
21    Q.  Okay.  Are these cadaver specimens, they're
22  reused for purposes of teaching doctors how to do --
23  how to, for example, implant Ethicon's products;
24  right?

Page 19

1    A.  Well, cadavers are used in sections and,
2  obviously, we're going to -- we're going to use a
3  section that pertains to the procedure that we're
4  doing and they -- they form the basis of teaching
5  anatomy from the first year of medical school.
6    Q.  Do they -- do the cadaver -- I guess the
7  portions of the cadaver that are used to present how
8  to implant products, do they eventually get used, to a
9  certain extent, to where, okay, we can't use this
10  cadaver anymore, like it's been used too much for this
11  particular presentation?
12    A.  You can -- you can always make -- make the
13  best of what you're examining.  So, yeah, if there is
14  a portion that is used, you can always go to different
15  things that you can teach from the -- from the
16  cadaver.  That's highly dependent on the condition of
17  the cadaver.
18    Q.  Yeah.
19    A.  It's highly dependent on how it was
20  prepared.  It's highly dependent on how those
21  individuals that are doing the dissection know how to
22  do it.
23    Q.  Okay.  Okay.  So going back to your role as
24  a consultant for Ethicon and what it is that you did,

Page 20

1  have you now explained all the various things that you
2  did as a consultant on behalf of Ethicon?
3    MR. SNELL:  Form.
4    A.  I -- I actually look at presentations.  In
5  addition to, I look at presentations.  I would make a
6  presentation to -- to different groups within Ethicon.
7    Q.  (By Mr. De La Cerda)  You would do
8  presentations for other physicians about Ethicon's
9  products; is that correct?
10    A.  About Ethicon products and about the
11  condition itself.
12    Q.  Okay.  And did the presentations that you do
13  to other doctors for Ethicon include TVT, TVT-O,
14  Gynemesh, Prolift and Prosima?
15    A.  It was TVT-O, TVT-Secur, Gynemesh, Prosima,
16  and Prolift.
17    Q.  Any reason why you didn't do presentations
18  on regular TVT or TVT-R?
19    A.  I had a -- I had a preference for the
20  transobturator slings.
21    Q.  Had you used in the past a TVT Retropubic
22  for your patients?
23    A.  Yes.
24    Q.  And why is it that you preferred the TVT-O

Page 21

1  over the TVT?
2    A.  I felt I could do the same with less risk.
3    Q.  And what risk are you specifically talking
4  about?
5    A.  Getting to the bladder.  Very rare, but
6  potential getting to the bowel and getting to a major
7  blood vessel.
8    Q.  You've testified before that you've made --
9  you've made about $100,000 a year as a consultant for
10  Ethicon; is that right?
11    A.  That -- I may have testified to that number,
12  yes.
13    Q.  Okay.  And so if we're talking about ten
14  years, we're talking about approximately a million
15  dollars you made as a consultant for Ethicon; correct?
16    MR. SNELL:  Form.
17    A.  No, it doesn't -- doesn't get to that
18  because it wasn't -- it wasn't like a salary.  It was
19  in a -- in a need and there were years that it was
20  $3,000.
21    Q.  (By Mr. De La Cerda)  Do you have an
22  approximation of how much you made total as a
23  consultant for Ethicon?
24    A.  I -- I think the largest and the best year,

6 (Pages 18 to 21)

Jaime Sepulveda, M.D.

1   most active year, I may have done about 100. But
2   that -- that's probably one or two years.
3       Q.  Do you have a range, total, for all the
4   years that you acted as a consultant for Ethicon?
5       A.  Never -- never really counted.
6       Q.  Do you have any documentation of that, of
7   what the numbers might be?
8       A.  My 1099s that I receive or my tax returns.
9       Q.  Okay.  And if Ethicon has records of that,
10  you'd, of course, defer to whatever those records say;
11  right?
12          MR. SNELL:  Objection, form, foundation.
13      A.  As -- as long as they correlate with my
14  1099.
15      Q.  (By Mr. De La Cerda)  Right.  So if they
16  had records of the 1099s, which I assume they do,
17  you would defer to whatever those numbers are;
18  right?
19      A.  I -- I would defer to that.
20      Q.  When you've presented on Ethicon's products,
21  where have those presentations occurred,
22  geographically?
23      A.  You know, it happened mostly here either in
24  Florida or in New Jersey.  Occasionally, I would go

1   to -- to other cities, Austin, Toronto, Dallas,
2   Boston.  Never -- never too -- never too far.  I -- I
3   made that decision that I wasn't going to go, let's
4   say, to the Northwest or California maybe once because
5   I have a practice that I have to take care of.
6       Q.  Right.  I guess you have the advantage, too,
7   of being in Miami, doctors would want to come to you
8   for the -- were there many presentations here in
9   Miami, too?
10      A.  There -- there were -- yeah, there were some
11  in Miami, absolutely.
12      Q.  Okay.  When the presentations were out of
13  town, Ethicon, of course, covered your -- your meals,
14  your lodging, your transportation; right?
15      A.  With -- within the -- within the range that
16  was specified for that kind of traveling.
17      Q.  How was that done?  How was the range
18  specified?
19      A.  We -- we were required to take a course on
20  guidelines for -- as consultants for any kind of
21  industry.
22      Q.  Mm-hmm.  And do you recall any of what those
23  guidelines were?
24      A.  I -- I do recall there was -- there were

1   specifics on which hotel we could stay and -- and no
2   first class traveling, and there was compensation, if
3   we would drive, for the miles --
4       Q.  Okay.
5       A.  -- and there were also some -- some limits
6   on what we could spend on food, although most of the
7   time food was provided there.
8       Q.  Do you know whether Ethicon believed you to
9   be a good preceptor or teacher on its TVT products?
10      A.  I -- I think that they visualized me as a
11  good surgeon with good common surgical sense.
12      Q.  And I just used the term "preceptor," I need
13  to make sure that's understood.  Could you explain to
14  us what the term -- what your understanding of the
15  term "preceptor" is?
16      A.  The preceptor is -- is a term that was, I
17  believe, from mostly the marketing people.  I never
18  really saw myself as a preceptor.
19      Q.  Mm-hmm.
20      A.  I saw myself as a surgeon.  And if you ask
21  any of my colleagues, they don't see me as a
22  preceptor.  Through the course -- through the years, I
23  have seen doctors that have seen me for every single
24  product and we always ended up talking about the same

1   thing, the anatomy and the surgery.
2       Q.  Mm-hmm.  And so preceptor, I guess that's
3   used as some version of saying that someone's a
4   teacher; is that right?
5       A.  I -- I think it was an internal term for --
6   for them, preceptor, and it's -- it doesn't get to the
7   level of a teacher or a professor, it doesn't have
8   that -- that responsibility.  It doesn't have -- it
9   has mostly the role of showing something, of
10  demonstrating.
11      Q.  Okay.  Do you know whether Ethicon ever
12  criticized the way in which you taught other
13  physicians in preceptorships?
14      A.  They -- they did not have a specific
15  criticism and they -- they would ask, whenever they
16  would bring someone to see me operating, that they had
17  a -- that the doctors could get to see as much as they
18  could see in terms of the variety of procedures, but,
19  obviously, that -- the cases are what the cases are.
20      Q.  Yeah.
21      A.  You show what you have.
22      Q.  Ethicon -- I guess, in other words, Ethicon
23  never said -- made you personally aware of any
24  specific criticisms of any type of the manner in which

Jaime Sepulveda, M.D.

| Page 26 | Page 28 |
|---|---|

**Page 26**

1  you were teaching other doctors how to perform these
2  procedures; right?
3     MR. SNELL: Form.
4    A. There -- there was -- it was a relationship
5  with -- with a lot of respect for what I did, for what
6  I brought to the -- to their table.
7    Q. (By Mr. De La Cerda) Okay. So the answer
8  is no, you never became aware of any criticisms;
9  right?
10    A. No.
11    Q. In August of 2011, you decided to stop
12  preceptorships due to the FDA situation; correct?
13    A. I -- I -- there was a communication that
14  said we -- we need to look at this and we need to look
15  at what the FDA is saying, and everybody needs to be
16  on the same wavelength.
17    Q. Mm-hmm. And so what -- how long did that
18  last, that decision to suspend or interrupt your
19  preceptorships?
20    A. I don't -- I don't remember exactly how --
21  how long did it last or if I ever went back and did a
22  consultation in other -- other regards. It's -- it
23  was just a gen- -- probably a general concern from all
24  sides.

**Page 27**

1    Q. Okay. Just to make sure. So you're unsure
2  whether, in August of 2011 when you decided to stop
3  the preceptorships due to the FDA concern, you're
4  unsure whether you went back to consulting for Ethicon
5  after that point?
6    A. Yeah, I --
7     MR. SNELL: Objection to form.
8     Go ahead.
9    A. -- I did -- I did not cut completely at that
10  time and actually it was -- it was me relating, I
11  believe, to Bob Zipfel, who was the professional
12  education manager --
13    Q. (By Mr. De La Cerda) You said Bob Zipfel?
14    A. Zipfel, Z-i-p-f-e-l.
15    -- relating that we -- we need to get clear
16  on the -- on the message and we need to include
17  whatever is out there and be transpiring about it.
18    Q. And so what was it that you decided, along
19  with Ethicon, to make clear about the message
20  involving this issue?
21    MR. SNELL: Objection, form, Ethicon.
22    A. As far as I remember from my side, it was
23  let's -- let's look at this. It was -- that's more of
24  the attitude that I can recall.

**Page 28**

1    Q. (By Mr. De La Cerda) Do you remember ever
2  discussing this FDA issue with doctors during a
3  consultation on behalf of Ethicon?
4    A. I -- I don't remember that.
5    Q. Okay. Do you remember discussing this issue
6  at all with any doctors in regard to Ethicon products?
7    MR. SNELL: Objection, form.
8    Go ahead.
9    A. I don't -- I don't remember specifics of
10  talking to a specific doctor or being at a conference
11  just talking about -- about this.
12    I don't even remember if it was 2007, 2008,
13  or -- I don't remember which time frame it was. I
14  am -- you know, I became aware of this, that I say at
15  one point we need to stop or we need to review, we
16  need to revise it, or we need to look at it, but it
17  was never like, oh, no, I'm not teaching anymore, I'm
18  not demonstrating anymore for you.
19    Q. (By Mr. De La Cerda) Mm-hmm.
20    A. That's what I can recall. That's the best
21  of my recollection right now.
22    Q. Why is it important when the FDA puts out a
23  warning, like they did in 2011, to investigate and
24  look into what -- the reason behind the warning?

**Page 29**

1    MR. SNELL: Form.
2    A. It's because the results and the clinical
3  experience that we're getting was different from what
4  we were seeing in those -- in those reports.
5    Q. (By Mr. De La Cerda) Okay. So the FDA
6  warning came out in July of 2011, was that a
7  surprise to you?
8    A. It was -- it was a surprise in 2008 and it
9  was in 2011. What I -- what I thought is evidence is
10  going to come in and is going to show -- it's going to
11  solve this difference that a group of doctors may have
12  with other group of doctors.
13    Q. You're familiar with the Abbott study that
14  came out -- it came out probably in 2014, I think.
15  Abbott -- the lead author is Abbott, Mickey Karram is
16  one of the authors as well. And one of the
17  discussions they have is that many times when -- I
18  think about half the time, at least -- when a patient
19  has a complication involving a mesh implant, whether
20  it be a sling or a pelvic organ prolapse mesh, they do
21  not return to the physician that implanted it.
22    Are you aware of that phenomenon?
23    MR. SNELL: I'm going to object to the
24  foundation on that.

8 (Pages 26 to 29)

Jaime Sepulveda, M.D.

| Page 30 | Page 32 |
|---|---|
| 1  Go ahead. | 1  study? Like have you actually reviewed it? |
| 2  A.  I -- I've heard about that.  I never | 2  A.  I -- I did not read that study complete, no. |
| 3  believed that that's the case. | 3  Q.  Okay.  Then I'm going to move on to another |
| 4  Q.  (By Mr. De La Cerda)  Okay.  And why is | 4  subject then. |
| 5  that? | 5  Going back to acting as a consultant, have |
| 6  A.  Because of my own experience, because of | 6  you ever acted as a consultant for any other |
| 7  my -- the experience that I have heard from my | 7  pharmaceutical or medical device company? |
| 8  colleagues.  That's -- that's not what our experience | 8  A.  For pharmaceuticals, I work for ALZA |
| 9  is. | 9  Pharmaceuticals. |
| 10  You -- you may have a small percentage that | 10  Q.  Is that -- |
| 11  may not come back, but in my community, for example, | 11  A.  A-L-Z-A.  When they came -- they came in |
| 12  we all know, we all communicate.  There are four, five | 12  with a new anticholinergic. |
| 13  board-certified female pelvic medicine in the whole | 13  Q.  I'm sorry, what is that? |
| 14  stretch all the way to Boca from here.  We know each | 14  A.  ALZA, A-L-Z-A, Pharmaceuticals. |
| 15  other and -- and the doctors also communicate with us, | 15  Q.  And the drug? |
| 16  so there is a lot of communication there. | 16  A.  It was Ditropan XL. |
| 17  If there is a loss to follow up, it might be | 17  Q.  Ditropan XL. |
| 18  on the clinic setting, when you have these clinics, | 18  And what was that drug for? |
| 19  other -- other types of settings, but not in the | 19  A.  For overactive bladder. |
| 20  private-practice setting. | 20  Q.  How long did you work as a consultant for |
| 21  Q.  If a patient went to go receive treatment | 21  ALZA Pharmaceutical? |
| 22  for a complication in a different city that's | 22  A.  About two years. |
| 23  something like Dallas, for example, would you | 23  Q.  And do you recall approximately when that |
| 24  necessarily find out about that? | 24  was? |

| Page 31 | Page 33 |
|---|---|
| 1  A.  I may not -- I may not find out, but I know | 1  A.  It was when I was starting the urogyne |
| 2  that most of the time it's not even dependent on the | 2  center here, so it may have been '96, '97. |
| 3  patient.  They -- they come and they communicate with | 3  Q.  Any other medical device or pharmaceutical |
| 4  me.  I've had patients that have gone to New York, | 4  companies that you've acted as a consultant for, other |
| 5  they come back and tell me this was my experience. | 5  than ALZA and Ethicon? |
| 6  Q.  You mentioned something interesting because | 6  A.  I -- oh, I worked for Ethicon on the |
| 7  you're -- and I hear this from physicians every time. | 7  laparoscopy area around 1994, internationally. |
| 8  I think this is our natural inclination. | 8  Q.  Was that just for one year? |
| 9  You mentioned in your experience you haven't | 9  A.  A year, year and a half, yes. |
| 10  seen that happen.  Ultimately, you would agree that | 10  Q.  Any other consulting work for pharmaceutical |
| 11  your personal experience on that issue, on whether | 11  or medical device companies? |
| 12  people come back to the primary physician or not, is, | 12  A.  You know, I may have -- I may have had |
| 13  at best, only anecdotal.  Do you agree with that? | 13  representatives from one or two companies that say I |
| 14  A.  It's -- it is definitely a portion that is | 14  want you to go ahead and teach me how my product works |
| 15  anecdotal.  I do talk to so many of my colleagues and | 15  and -- and teach me how -- how is it that urge |
| 16  if it's anecdotal, it repeats a lot. | 16  incontinence is managed. |
| 17  Q.  Yeah, I get that.  I mean, here you are in a | 17  And I may say, okay, and some of them may |
| 18  community where you do actually know all these | 18  give me a check, which I ended up either giving to the |
| 19  physicians that do this thing and if the general | 19  Residents Fund in Puerto Rico or did something with |
| 20  consensus is that this is what's happening, it can | 20  it, but it was something sporadic. |
| 21  certainly feel like this is the reality of it.  But | 21  Q.  Would these be some of the other mesh |
| 22  ultimately we've got a study that was done that looked | 22  manufacturers, like Boston Scientific or American |
| 23  at many people -- by the way -- strike that. | 23  Medical Systems, companies like that? |
| 24  Are you familiar with this study, the Abbott | 24  A.  No, I did not -- I -- I never did consulting |

9 (Pages 30 to 33)

Jaime Sepulveda, M.D.

Page 34

1   for any other company on mesh but Ethicon.
2       Q.  Do you remem- -- do you recall the names of
3   the companies that you did this urge incontinence work
4   for?
5       A.  I think it may have been Detrol or --
6       Q.  Detrol?
7       A.  -- Enablex.  I don't remember the name of
8   the company.
9       Q.  Okay.  And do you recall the approximate
10  years that would have happened?
11      A.  No.
12      Q.  Okay.  Now let's get to the part that's
13  always the most tedious.  What is it that you brought
14  here today with you?
15      A.  I brought here in compliance with the papers
16  served for the subpoena, I brought my CV --
17          You have a copy?
18      Q.  Yes.
19      A.  -- and a USB, in which I have any file that
20  I had on my computer that when I -- when I was at
21  Ethicon, I just downloaded my presentations.
22      Q.  Okay.
23      A.  And there were some videos of surgeries
24  here.

Page 35

1       Q.  Okay.
2       A.  And I brought my biomechanics books and the
3   book that Ethicon put together for -- about Gynemesh
4   and Prolift, and I did -- the one on Gynemesh is about
5   my slides.
6           And I -- but all the materials that were
7   cited in my report and materials for prolapse, my
8   materials for case specifics for tomorrow,
9   depositions, and the Prolift monograph.
10      Q.  Okay.  And that's it?
11      A.  I am missing the white paper on
12  hydrodissection.  That I could not find at all.  I
13  will make it my business to provide to you.
14      MR. SNELL:  Peter, I think we provided --
15  there's thumb drives that my office did, too.
16      MR. DE LA CERDA:  Are those all -- those are
17  the case-specific ones?
18      MR. SNELL:  Case and general.
19      Q   (By Mr. De La Cerda)  Okay.  So that we're
20  not taxing the court reporter too much on copying
21  and the like -- first of all, are the materials that
22  you brought, other than the books, are those all
23  copies?
24      A.  Yes.

Page 36

1       Q.  Okay.  What -- I guess what I would be most
2   interested in is what you brought that is not on the
3   Reliance List.  Because most of -- just about
4   everything on the Reliance List we can find.
5           And so, first of all, these book chapters,
6   are those referenced in the Reliance List, these books
7   that you have listed here in -- here in front of us?
8       A.  No, they're not.
9       Q.  Okay.  So are there particular portions of
10  those books that are relevant to your opinions or is
11  it the whole book?
12      A.  I -- I -- there are portions that are
13  relevant to the way I see slings and meshes work.
14      Q.  Okay.  Okay.  And can you tell us what -- is
15  it a chapter?  Is it a particular passage or --
16      A.  They're -- they're chapters.
17      Q.  Okay.  And as far as you know, they are not
18  referenced in the Reliance List at all?
19      A.  They're -- they're not, that's why I brought
20  them, and the same with the -- with the USB.
21      Q.  Okay.  So, again, first of all, let's do
22  this.  Let's separate out the items that are not on
23  the Reliance List so we can make sure and mark and
24  identify those and -- so let's do that.

Page 37

1           So the books that are here, these are the
2   ones not on the Reliance List; right?
3       A.  Yes, sir.
4       Q.  And then you've got -- and I'm going to mark
5   each of these in a second-- the USB that you brought;
6   correct?
7       A.  Yes.
8       Q.  Okay.  Anything else, other than those and
9   other than the case-specific USBs that you brought,
10  anything else that is not on the Reliance List?
11      A.  The only one missing that I -- that I didn't
12  bring today that I'm -- I made my best effort to bring
13  you is the white paper that I wrote on hydrodissection
14  along with Dr. Lucente and -- yeah.
15      MR. DE LA CERDA:  Okay.  So as far as
16  marking these, anything -- any particular way you
17  want to -- you want to do this, Burt?
18      MR. SNELL:  It doesn't matter.  This stuff
19  here is like all general stuff, from his general
20  reports and the Reliance List, and I think it's
21  probably duplicative of the hard copies and also
22  specific citations in the materials.  I was just
23  trying to sort out --
24      MR. DE LA CERDA:  The case-specific --

10  (Pages 34 to 37)

Jaime Sepulveda, M.D.

Page 38

1      MR. SNELL: We sent so many cases to the
2  thumb drives and stuff like that over time. This
3  is general. If you want a copy -- I don't even
4  know what's on these. I know they reproduced --
5  I think they were supposed to reproduce the
6  materials list, but I haven't checked them to
7  see.
8      MR. DE LA CERDA: Okay.
9      MR. SNELL: I mean, I agree, I think you
10  ought to mark definitely the stuff that was just
11  kind of general -- general impression, the
12  general stuff that he brought.
13      MR. DE LA CERDA: Yeah.
14      MR. SNELL: And if you want to -- mark
15  whatever you want, you know.
16      MR. DE LA CERDA: Yeah.
17      MR. SNELL: These just have his reports and,
18  like he said, everything that he cited -- here's
19  some articles in here. You can tell him, those
20  are probably cited within there.
21      THE WITNESS: This is cited and this is
22  cited, this is cited, too. This is a monograph.
23  These two are new. These two are new.
24      MR. SNELL: Is there anything in this?

Page 39

1  Here.
2      THE WITNESS: This is not cited. Cited,
3  cited.
4      MR. DE LA CERDA: I think we're going to
5  have to do this the long way.
6      Q. (By Mr. De La Cerda) Okay. All right.
7  So here's what I want to do. Just to make --
8  because I don't want to miss anything, because it
9  looks like you might have some newer stuff. Maybe
10  you looked at some additional research or something
11  and found some newer stuff, but what I want to do
12  is, let's just -- I want to stack it by category and
13  then I'll mark each stack.
14      So the easiest way to do it, for me, at
15  least, is do it by -- you know, we do ours like this,
16  too. We're going to do it by stacks that involve
17  certain subject matters, like, for example, everything
18  you've brought today that is a medical literature,
19  let's put that all into one stack and I'm going to
20  mark that. Okay? And then everything you brought
21  today that would be Ethicon documents, internal
22  documents, we'll -- we'll mark that. And then
23  everything you brought today that would be depositions
24  or testimony that you reviewed and relied on, we'll

Page 40

1  mark that.
2      A. This -- this is all medical literature.
3      Q. Okay. So of the stuff that we've got here,
4  what -- we have a stack here that's medical
5  literature.
6      A. Yes.
7      Q. Are any of the binders medical literature?
8      A. All of it.
9      MR. SNELL: It's all literature. It's the
10  stuff cited directly in his reports.
11      MR. DE LA CERDA: Okay.
12      MR. SNELL: Do you use footnotes or --
13      THE WITNESS: Yes, I did. Every footnote --
14      MR. SNELL: It should correspond in here.
15      MR. DE LA CERDA: And then this stack here
16  that I've got is all not in the Reliance List;
17  right?
18      MR. SNELL: I will say with the -- I'm about
19  99 percent sure that this would have been. The
20  Prolift monograph, surgeons' monograph is
21  definitely on his materials list and he's
22  referenced that before. This is his actual --
23  this is your actual preceptor book. I don't know
24  what you called it.

Page 41

1      THE WITNESS: It's the book that Ethicon
2  made on Gynemesh and Prolift and they -- and I
3  put together the first one.
4      MR. SNELL: I think that that's on his
5  materials list, too, but just in case, I mean he
6  brought that. That's his actual one.
7      The Surgeons' Resource Monograph, I know for
8  a fact, has got to be on there.
9      MR. DE LA CERDA: So what I'm going to do
10  is --
11      MR. SNELL: He brought that. That's
12  obviously his originals.
13      Q. (By Mr. De La Cerda) I'm not going to
14  mark these, I'm just going to identify them.
15      So today you brought with you the Gynecare
16  Prolift and the Gynecare Gynemesh Preceptor
17  Presentation Kit; correct?
18      A. Yes.
19      Q. And these are your -- this is your original?
20      A. Yes.
21      Q. Now, do you have this available at all
22  electronically?
23      A. No.
24      MR. DE LA CERDA: Okay. Do you know if

11 (Pages 38 to 41)

## Jaime Sepulveda, M.D.

Page 42

1  these are available electronically?
2       THE WITNESS: There might be a CD.
3       MR. SNELL: I think if you open the inside
4  cover, there are CDs.
5       THE WITNESS: There might be a CD there,
6  yes.
7       MR. DE LA CERDA: Because what I would like
8  to do is get a copy of this, just electronically,
9  because this -- so it's not copied -- so the
10  court reporter doesn't have to copy it.
11      So how do you want to do that?
12      MR. SNELL: Do you want -- can I take it?
13      THE WITNESS: Yeah. Send it back because
14  it's the only one I have.
15      MR. SNELL: I mean, there's two ways. We
16  can either have the court reporter do it and then
17  it's going through multiple people's hands or if
18  you give it to me, I'll make color copies of
19  everything, the cover, the back, the pages, and
20  then I'll burn the CDs.
21      MR. DE LA CERDA: Okay.
22      MR. SNELL: I'll basically give you an exact
23  copy of what you're holding and then I'll
24  actually make a copy for myself, because I don't

Page 43

1  have a copy of that exact one, and then I'll give
2  it back to the doctor.
3       MR. DE LA CERDA: Okay. So then that --
4       MR. SNELL: Let's make a record for that, a
5  note for that.
6       MR. DE LA CERDA: So for the record, then,
7  that will be Exhibit 1. I'm just going to put
8  this here for now.
9       MR. SNELL: I will make a note I need to
10  take that and copy it.
11      MR. DE LA CERDA: So for the record,
12  Exhibit 1 is the Gynecare Prolift and Gynecare
13  Gynemesh PS Preceptor Presentation Kit.
14      (Plaintiff's Exhibit No. 1 was marked for
15  identification.)
16      MR. DE LA CERDA: Exhibit 2 is going to be
17  Dr. Sepulveda's original Prolift Surgeon's
18  Resource Monograph.
19      (Plaintiff's Exhibit No. 2 was marked for
20  identification.)
21      Q. (By Mr. De La Cerda) Now, Exhibit 3, I'm
22  going to mark, these are -- this is medical
23  literature that you've gathered, Dr. Sepulveda;
24  correct?

Page 44

1  A. Yes.
2  Q. And this is medical literature that happens
3  not to be on the Reliance List; correct?
4  A. That's correct.
5       MR. DE LA CERDA: So I'm marking that as
6  Exhibit 3.
7       (Plaintiff's Exhibit No. 3 was marked for
8  identification.)
9       MR. SNELL: Just for the record, since,
10  obviously, my firm was the one who made the
11  Reliance List, I do believe that one of those may
12  be on there.
13      MR. DE LA CERDA: Okay.
14      MR. SNELL: Like the ACOG committee opinion
15  on vaginal prolapse mesh, I'm pretty sure that's
16  on the materials list, if I even have his
17  materials list.
18      You can keep doing that.
19      MR. DE LA CERDA: Okay.
20      MR. SNELL: But I'm pretty sure that would
21  have been sent.
22      MR. DE LA CERDA: Prosima IFU, I'm sure that
23  was on the Reliance List.
24      MR. SNELL: All that stuff is on the

Page 45

1  Reliance List.
2       THE WITNESS: I can take that back.
3       MR. SNELL: All the professional education
4  slides, those are on there.
5       Q. (By Mr. De La Cerda) All of these are
6  also on the Reliance List; right? Okay. So I'm not
7  going to mark those.
8       And then, now, books. Let's go through each
9  of these.
10      First of all, I'm looking at a book called
11  "Biomechanics: Mechanical Properties of Living
12  Tissues," the Second Edition, published by Springer
13  and the author is Y.C. Fung, F-u-n-g.
14      Do you have specific chapters that you can
15  identify within this book that you rely on?
16      A. Yes. Chapter 7.
17      Q. Okay. Any others?
18      A. No, 7.
19      MR. DE LA CERDA: Okay. So I'm going to
20  mark this book as Exhibit 4 and then if we can
21  just get a copy of chapter 7, just chapter 7,
22  then the book can be returned.
23
24

Jaime Sepulveda, M.D.

Page 46

1     (Plaintiff's Exhibit No. 4 was marked for
2 identification.)
3     Q.  (By Mr. De La Cerda)  You've also brought
4 a book entitled "Introductory Biomechanics From
5 Cells to Organisms."  The author is -- or authors
6 are C. Ross Ethier, E-t-h-i-e-r, and Craig A.
7 Simmons.  It looks like this is published by
8 Cambridge University Press.
9     Are there any chapters or passages within
10 this book --
11     A.  Yes.
12     Q.  -- that supports your opinions?
13     A.  Chapter 9.
14     Q.  Okay.  Great.  I'll mark this book,
15 "Introductory Biomechanics," as Exhibit 5 and then
16 we'll just get a copy of that particular chapter you
17 referenced, chapter 9.
18     (Plaintiff's Exhibit No. 5 was marked for
19 identification.)
20     MR. DE LA CERDA:  Another book you brought
21 is called "Biomaterials and Biomedical
22 Engineering" published by Trans, T-r-a-n-s, Tech,
23 T-e-c-h, Publications.  This one is edited by W.
24 Ahmed, A-h-m-e-d, N. Ali, A-l-i, and A. Öchsner.

Page 47

1 It's O-umlaut-c-h-s-n-e-r.
2     And I'm marking this book as Exhibit 6.
3     (Plaintiff's Exhibit No. 6 was marked for
4 identification.)
5     Q.  (By Mr. De La Cerda)  Are there any
6 chapters or passages in that book that you rely on?
7     A.  Yes.
8     Q.  What are they?
9     A.  Chapter 12.
10     Q.  Okay.  Thank you.  And then we'll get a copy
11 of that and return the original book to you.
12     Okay.  Now, you've also -- the other
13 material other than the case-specific materials, the
14 other material -- materials you've brought with you
15 have all been cited either in your report or in your
16 Reliance List; correct?
17     A.  That's correct.
18     Q.  Okay.  Great.  Now the last thing I'm going
19 to do --
20     MR. SNELL:  Peter, one thing --
21     MR. DE LA CERDA:  Yes.
22     MR. SNELL:  -- for clarification.  I had
23 mentioned I thought the ACOG physician statement
24 from 2011 on transvaginal POP mesh was in.  It's

Page 48

1 on his materials list.  For some reason these
2 don't have page numbers, but it's under "other
3 materials."
4     MR. DE LA CERDA:  Okay.
5     MR. SNELL:  I put a check next to it.
6     MR. DE LA CERDA:  Okay.  Great.  All right.
7     Q.  (By Mr. De La Cerda)  Now, the last bit of
8 materials that you brought with you are various
9 thumb drives.  What are these thumb drives?
10     A.  These are the thumb drives that have the
11 articles that you see in these binders.
12     Q.  Oh, I see.  Okay.  So actually, it would be
13 nice to go ahead and mark these.  So we have four
14 different thumb drives.  Each of these thumb drives is
15 actually labeled with a product, as well.  So there is
16 Sepulveda TVT - TVT-O, Sepulveda TVT-S, Sepulveda
17 Prolift, and then there's another Sepulveda TVT-S, I
18 don't know if that's just a repeat, but I'll mark each
19 of these with its own sticker.  We're on 6.
20     So I'm marking as Exhibit 7 to your
21 deposition the thumb drive that has Sepulveda TVT and
22 TVT-O and this thumb drive contains reliance materials
23 and materials cited in your report; correct?
24     A.  Yes.

Page 49

1     (Plaintiff's Exhibit No. 7 was marked for
2 identification.)
3     Q  (By Mr. De La Cerda)  Then I'm marking as
4 Exhibit 8, Sepulveda TVT-S, and these are also
5 documents referenced in your Reliance List and your
6 report relating to TVT-S; correct?
7     A.  Yes.
8     (Plaintiff's Exhibit No. 8 was marked for
9 identification.)
10     Q  (By Mr. De La Cerda)  Then I'm marking as
11 Exhibit 9 to your deposition the thumb drive that
12 has -- that's marked Sepulveda Prolift, and these
13 are materials referenced in your Reliance List and
14 your report for Prolift; correct?
15     A.  Yes.
16     (Plaintiff's Exhibit No. 9 was marked for
17 identification.)
18     MR. DE LA CERDA:  Do you know why there is a
19 second TVT-S one?
20     MR. SNELL:  I have no idea.
21     MR. DE LA CERDA:  I'll just mark it as
22 another one.
23     MR. SNELL:  Somebody might have just made
24 two copies.  I can open it up and look at it real

Jaime Sepulveda, M.D.

|  | Page 50 |
|---|---|
| 1 | quick. |
| 2 | MR. DE LA CERDA: I'll just mark it. |
| 3 | Then I'm also marking as Exhibit 10 to your |
| 4 | deposition a second thumb drive labeled |
| 5 | "Sepulveda TVT-S," which I assume is also |
| 6 | reliance materials and documents referenced |
| 7 | within your report; correct? |
| 8 | A. Yes. |
| 9 | (Plaintiff's Exhibit No. 10 was marked for |
| 10 | identification.) |
| 11 | MR. DE LA CERDA: Case-specific, they can |
| 12 | deal with that. |
| 13 | THE WITNESS: I need to -- to -- I did not |
| 14 | remember seeing the Bianchi-Ferraro -- |
| 15 | THE COURT REPORTER: I'm sorry, the -- |
| 16 | THE WITNESS: I do not remember seeing the |
| 17 | Bianchi-Ferraro paper on TVT-Secur and TVT-O. |
| 18 | MR. SNELL: Is it in this pile? |
| 19 | THE WITNESS: I want to double-check that |
| 20 | because I -- |
| 21 | MR. SNELL: Bianchi-Ferraro? |
| 22 | THE WITNESS: Bianchi-Ferraro, which I |
| 23 | referred to in the Garcia deposition. |
| 24 | MR. SNELL: Okay. This is other literature. |

|  | Page 51 |
|---|---|
| 1 | You want to give that to him. That's additional. |
| 2 | THE WITNESS: Additional. |
| 3 | MR. DE LA CERDA: Oh, okay. All right. I'm |
| 4 | also marking as Exhibit 11 medical literature |
| 5 | that you've handed to me. |
| 6 | (Plaintiff's Exhibit No. 11 was marked for |
| 7 | identification.) |
| 8 | Q (By Mr. De La Cerda) What is this medical |
| 9 | literature? |
| 10 | A. That is -- this is medical literature about |
| 11 | the -- one case report of clear cell carcinoma of the |
| 12 | vagina and there's -- in a patient that has had a |
| 13 | midurethral sling. This is the response to that |
| 14 | article. |
| 15 | Q. (By Mr. De La Cerda) Okay. So this is |
| 16 | all within Exhibit 11. So the second article within |
| 17 | Exhibit 11 is? |
| 18 | A. The response to this article. |
| 19 | Q. Okay. And the third article within |
| 20 | Exhibit 11? |
| 21 | A. This is vaginal -- these are different |
| 22 | papers, but they're not directly related to this one. |
| 23 | Q. That's okay. So these are all -- I guess |
| 24 | just to make sure just for purposes of the record, |

|  | Page 52 |
|---|---|
| 1 | Exhibit 11 contains additional medical literature that |
| 2 | you're relying on for your opinions; is that right? |
| 3 | A. Yes. |
| 4 | Q. Okay. We'll just leave it at that and then, |
| 5 | of course, if you need to refer to any of it during |
| 6 | your deposition -- |
| 7 | A. And this is the paper that I was just |
| 8 | referring about the Bianchi-Ferraro on TVT-O and |
| 9 | TVT-S. |
| 10 | MR. DE LA CERDA: Okay. So I'll mark this |
| 11 | one separately as Exhibit 12. |
| 12 | MR. SNELL: Is that one in your report, do |
| 13 | you know? |
| 14 | THE WITNESS: No, but I refer to it on the |
| 15 | Garcia deposition. |
| 16 | (Plaintiff's Exhibit No. 12 was marked for |
| 17 | identification.) |
| 18 | MR. DE LA CERDA: For purposes of the |
| 19 | record, Exhibit 12 is a article entitled |
| 20 | "Randomized controlled trial comparing TVT-O and |
| 21 | TVT-S for the treatment of stress urinary |
| 22 | incontinence: 2-year results." |
| 23 | Is it okay if I clip -- |
| 24 | A. Yes. |

|  | Page 53 |
|---|---|
| 1 | Q. (By Mr. De La Cerda) Just for now, and |
| 2 | then if you need to look at them, of course. |
| 3 | A. And I gave you a copy of my CV -- |
| 4 | Q. Yes. |
| 5 | A. -- without my home address. |
| 6 | Q. Okay. I've got one here and if you like, I |
| 7 | can use this one for the record. |
| 8 | A. Yes, I just made it available to you in |
| 9 | case ... |
| 10 | MR. SNELL: Is that the same thing? |
| 11 | THE WITNESS: Yes, that's the one. The |
| 12 | Bianchi-Ferraro has been referred already on |
| 13 | this. |
| 14 | MR. SNELL: Footnote 117. |
| 15 | Q. (By Mr. De La Cerda) Okay. What I'm |
| 16 | going to do is I'm going to mark as Exhibit 13 to |
| 17 | your deposition your CV. |
| 18 | (Plaintiff's Exhibit No. 13 was marked for |
| 19 | identification.) |
| 20 | Q (By Mr. De La Cerda) So I'm marking as |
| 21 | Exhibit 13, that's your -- is that your current |
| 22 | curriculum vitae? |
| 23 | A. Yes. |
| 24 | Q. And is that, to the best of your knowledge, |

14 (Pages 50 to 53)

Jaime Sepulveda, M.D.

Page 54

1  current?
2      A.  It is -- it is current.
3      Q.  Okay.  Anything else -- anything on it that
4  you know of that needs to be updated, corrected,
5  edited, anything like that?
6      A.  On my report that I'm the principal
7  investigator at the Fibroid Registry research project,
8  that project was completed and closed.
9      Q.  Okay.  And is that the only thing on your CV
10  that you know of that would need to be corrected?
11      A.  It was the only research project that was
12  open.
13      (Plaintiff's Exhibit No. 14 was marked for
14  identification.)
15      Q.  (By Mr. De La Cerda)  Okay.  I'm also
16  marking as Exhibit 14 to your deposition your
17  Reliance List for the general report.
18      This is what I've received as your Reliance
19  List.  Does that appear to be a true and correct copy
20  of it?
21      MR. SNELL:  Is this Exhibit 14?
22      MR. DE LA CERDA:  Yeah.
23      A.  I don't see any discrepancies overall in
24  this list from what I have here.

Page 55

1      Q.  (By Mr. De La Cerda)  Okay.  Great.  Now
2  I'm going to show you what I've marked as Exhibit 15
3  to your deposition.
4      (Plaintiff's Exhibit No. 15 was marked for
5  identification.)
6      Q.  (By Mr. De La Cerda)  Does this appear to
7  be a true and correct copy of your expert report,
8  your general expert report, on Gynemesh, Prolift and
9  Prosima?
10      A.  This is accurate and correct.
11      (Plaintiff's Exhibit No. 16 was marked for
12  identification.)
13      Q  (By Mr. De La Cerda)  Okay.  And now I'm
14  showing you what I've marked as Exhibit 16 to your
15  deposition.  Does this appear to be a true and
16  correct copy of your general expert report on TVT
17  and TVT-O?
18      A.  It is a correct copy.
19      MR. DE LA CERDA:  We've been going now for
20  about an hour.  Are you okay to continue or do
21  you want to take a break?
22      THE WITNESS:  Let's take a bladder break and
23  we'll come back in five.
24      MR. DE LA CERDA:  Sounds good.

Page 56

1      (Thereupon, a recess was taken from
2  9:24 a.m. until 9:26 a.m., after which the
3  following proceedings were held:)
4      Q.  (By Mr. De La Cerda)  All right.  Doctor,
5  we're back on the record.
6      When -- when was it that you were first
7  contacted regarding the general opinions that you have
8  as to these products that we're here today for?
9      A.  For -- for the -- for the MDL, around
10  September.  We spoke around September.
11      Q.  September --
12      A.  Last year.
13      Q.  -- of last year, 2015?
14      A.  Yes.
15      Q.  And do you recall who you talked to first?
16      A.  I -- I spoke to Burt.
17      Q.  Okay.  And was the topic discussed that you
18  would be providing general opinions as to these
19  specific products:  TVT, TVT-O, Prosima, Prolift and
20  Gynemesh?
21      A.  That's correct.
22      Q.  And what was the scope of your assignment
23  for this particular -- for your opinions in this case,
24  to your understanding?

Page 57

1      A.  Yes, I understand the scope is to -- to
2  review the literature and -- and go over things that I
3  have read for -- throughout the years.
4      Q.  Were there certain things that you were to
5  focus on within the context of your opinions?
6      A.  The --
7      THE COURT REPORTER:  I'm sorry, did you --
8      MR. SNELL:  Objection, form.  I just say
9  "form," but that means objection, form.  I try to
10  cut down your typing on the record.
11      A.  The randomized controlled trials concentrate
12  in the evidence.
13      Q.  (By Mr. De La Cerda)  What about internal
14  documents, was there any focus that you were to
15  place on the substance or the significance of
16  Ethicon's internal documents in forming your
17  opinions?
18      A.  No.  It's -- I have received -- just to be
19  accurate in my response, I received, probably a year
20  ago, internal documents, but not as part of this.
21      Q.  Okay.  So your focus really was and your
22  opinions here was to provide those opinions based on
23  literature as opposed to what was found in the
24  internal documents; is that fair?

15 (Pages 54 to 57)

Golkow Technologies, Inc. - 1.877.370.DEPS

Jaime Sepulveda, M.D.

| Page 58 | Page 60 |
|---|---|
| 1    MR. SNELL: Form. | 1    A. I can make copies again of it, but I did |
| 2    A. Based on the -- on the evidence, on the | 2  prepare your invoices. My invoices to -- I put it in |
| 3  scientific evidence. | 3  a folder, they were neatly organized, the hours. I -- |
| 4    Q. (By Mr. De La Cerda) As opposed to the | 4  I just cannot find it, honestly cannot find it. |
| 5  internal documents; right? | 5    Q. (By Mr. De La Cerda) Okay. So what we'll |
| 6    A. The internal documents are not -- are not | 6  do is when you do find it, you'll agree to provide |
| 7  included on -- on this review or -- because it's a | 7  that to us? |
| 8  scientific review. | 8    A. Absolutely. |
| 9    Q. I guess you haven't completed all -- well, | 9    Q. Okay. And so -- |
| 10  let me just ask. | 10    MR. SNELL: Why don't we save an exhibit |
| 11      Have you completed all of your work on this | 11  number on the record, and I'll produce that, but |
| 12  case? | 12  I think he probably has a good idea as to how |
| 13    A. Yes. So far from my Reliance List and this | 13  many hours he spent. |
| 14  is -- this is the product. | 14    MR. DE LA CERDA: Okay. So what I'm going |
| 15    Q. Do you currently have any further work | 15  to do is, I'm reserving Exhibit 17 for the |
| 16  planned? | 16  invoices that Dr. Sepulveda has prepared |
| 17    A. As -- as information may be required, | 17  reflecting his work and his opinions for this |
| 18  I'll -- I'll review the papers, I'll review scientific | 18  case. |
| 19  literature, and everything that is coming up. | 19    (Plaintiff's Exhibit No. 17 was marked for |
| 20    Q. So -- but as far as anything specific | 20  identification.) |
| 21  planned, is there any additional -- is there any | 21    Q. (By Mr. De La Cerda) First of all, do you |
| 22  additional task that you have planned? Other than, | 22  have an idea of approximately how many hours you've |
| 23  you know, tomorrow we have depositions for the | 23  spent preparing your opinions? |
| 24  case-specific, but other than the depositions coming | 24    A. It's -- an approximate is about 120 hours. |

| Page 59 | Page 61 |
|---|---|
| 1  up tomorrow, are there any specific tasks that you | 1    Q. And your report mentions that you bill at |
| 2  have planned relating to your opinions in this case? | 2  $500 an hour; right? |
| 3    A. No, this is -- this is my -- my product. | 3    A. Yes. |
| 4    MR. SNELL: I'll make a note for the record. | 4    Q. And so was it -- was that rate the same for |
| 5  As plaintiff's experts' depositions are coming | 5  all 120 hours that you performed -- |
| 6  in, I know there are still depositions going on | 6    A. Yes. |
| 7  today, tomorrow, we'll send those to him, and if | 7    Q. And was -- do you know whether your invoice, |
| 8  he has commentary or his opinions are changed, | 8  did it break down the tasks that you were performing, |
| 9  then, obviously, I'll let you know. | 9  did it break it down by product? |
| 10    Q. (By Mr. De La Cerda) How much have you | 10    A. No, it's all MDL. |
| 11  billed thus far for your general opinions involving | 11    Q. Okay. Was it broken down by, for example, |
| 12  TVT, TVT-O, Prosima, Prolift and Gynemesh? | 12  reviewing documents, meeting -- meetings with defense |
| 13    A. I have -- I have copies of the invoices that | 13  counsel, deposition time? Was it broken down in any |
| 14  I have submitted. | 14  way like that? |
| 15      Is it okay if he has other -- other hours | 15    A. No, it's just for MDL, all the time that |
| 16  from another case, or should I just say the number of | 16  I've spent in putting -- putting together -- putting |
| 17  hours? | 17  the reports together, putting -- for all the different |
| 18    MR. SNELL: Let me see what you're talking | 18  products all into one MDL. |
| 19  about. The invoices -- let me look at them real | 19    Q. Okay. So one block bill of 120 hours -- |
| 20  quick. | 20    A. Right. |
| 21    MR. DE LA CERDA: Do you want to go off the | 21    Q. -- approximately? |
| 22  record for a second? Let's go off the record. | 22    A. That's correct. Around -- approximately. |
| 23    (Discussion held off the record.) | 23    Q. Okay. Now, the types of tasks you would |
| 24    (Mr. Sparks entered the room.) | 24  perform in developing your opinions, what did those |

16 (Pages 58 to 61)

Jaime Sepulveda, M.D.

| Page 62 |
|---|

1    include?
2        A.  I have to write the report, I have to
3    proofread -- proofread it, and I update it with the --
4    with the Reliance List.  I -- I do research and
5    whatever papers I -- I find that are relevant, I just
6    submit it and it gets added to the Reliance List.
7        Q.  Okay.
8        A.  I also -- I review the case specifics and
9    that included seven -- seven cases in which -- in
10   which depositions and medical records and summaries
11   were reviewed.
12       Q.  Okay.
13       A.  And then the time, getting together, getting
14   prepared for this.
15       Q.  Anything else that you can think of?
16       A.  That would be at a later time because we got
17   ready yesterday and the time today.
18       Q.  Let's talk a little about what you just
19   mentioned.  Does the 120 -- approximately 120 hours
20   that you mentioned, does that include all of your work
21   for the case-specific?
22       A.  Yes.
23       Q.  Okay.  Do you know approximately how much
24   you spent -- how much time you spent as to each

| Page 63 |
|---|

1    case-specific report that you prepared?
2        A.  I -- I probably spend about, just -- just a
3    rough, rough estimate, it's ten hours for each one,
4    each one of them.
5        Q.  And do you know how many case-specific
6    reports you prepared?
7        A.  Seven.
8        Q.  Seven.  Okay.  I know these are rough
9    numbers here, but so seven case-specific reports at
10   about ten hours a piece, it's about 70 hours.  So the
11   balance, the rest of that, would that be dedicated
12   towards your general opinions as to the products
13   involved here?
14       A.  Yes.
15       Q.  Okay.  And you mentioned preparation for
16   your deposition.  When is it that you prepared for
17   your deposition today?
18       A.  Yesterday.
19       Q.  And how long did you prepare?
20       A.  We -- we spend eight, ten hours.
21       Q.  And that's eight to ten hours that you spent
22   with Burt Snell?
23       A.  Yes.
24       Q.  Counsel for Ethicon; right?

| Page 64 |
|---|

1        A.  Yes.
2        Q.  Anybody else?
3        A.  No.
4        Q.  In your deposition preparation, you reviewed
5    documents; is that right?
6        A.  Yes.
7        Q.  Okay.  Are those the documents that we have
8    here that we've marked today?
9        A.  Yes.
10       Q.  Okay.
11       A.  And -- yeah, all this has been marked.
12       Q.  Do you have any rough estimate of how much
13   more you anticipate billing before trial?
14       A.  I -- I don't know when it's going to trial.
15   It's -- as they -- as they require, I just -- I'll
16   just review.
17       Q.  Okay.  Have you ever rendered an opinion in
18   litigation that was adverse to Johnson & Johnson or
19   Ethicon, Inc.?
20       A.  No.
21       Q.  Did you take any notes while you were doing
22   your preparation for your opinions?
23       A.  I -- I'm a better highlighter than note
24   taker.

| Page 65 |
|---|

1        Q.  Okay.  I can never read my own notes, so I
2    don't -- I don't even take notes.
3            Okay.  So you don't have any handwritten
4    notes regarding your opinions; is that right?
5        A.  No, not on this.
6        Q.  You mentioned the Reliance List.  Was the
7    Reliance List originally prepared and provided to you
8    by Ethicon counsel?
9        A.  It -- it was given by counsel, but I can
10   tell you that most of that Reliance List is trials
11   that are relevant enough that I have read it over
12   time.
13       Q.  Okay.  So then as you performed your own
14   research and found additional articles, you would then
15   submit them to Ethicon's counsel and then they would
16   get added to the Reliance List; is that right?
17       A.  Right.  That's -- whatever I want to add up,
18   I just submit.
19       Q.  And that Reliance List is exhaustive other
20   than a few of the articles that we've identified
21   today, is that right, that have been marked?
22       A.  Right, that's -- this is what includes it.
23       Q.  Does your Reliance --
24           MR. SNELL:  Could I make -- let me just make

17 (Pages 62 to 65)

Jaime Sepulveda, M.D.

Page 66

1    a note on the record.  He did bring another thumb
2    drive with a lot of Ethicon documents and
3    materials that he had in his possession and,
4    obviously, those would go and make up part and
5    parcel of his knowledge base as well.
6        MR. DE LA CERDA:  I'm glad you brought that
7    up because I forgot to mark this thumb drive.
8        THE WITNESS:  Can you just take a look
9    because I want to make sure I brought the right
10   thumb drive.
11       MR. SNELL:  Okay.
12       THE WITNESS:  I just dump it and I really
13   never review it.
14       I'm seeing one of the slides have the name
15   of a patient.
16       MR. SNELL:  How do we deal with that?
17   because it looks like an image.
18       THE WITNESS:  It's an image, yeah, it has a
19   name of a patient.
20       MR. SNELL:  It has to be redacted.
21       THE WITNESS:  Yeah.
22       MR. SNELL:  Why don't we take it off the
23   thumb drive and we can figure out how to redact
24   it.

Page 67

1        So Peter, just for your reference, we're
2    looking at the thumb drive Dr. Sepulveda brought.
3    There is a PowerPoint titled "Pillowing,
4    P-i-l-l-o-w-i-n-g, .ppxt, and it's got patient
5    identification information, so we'll take that
6    off the thumb drive and figure out how to redact
7    that.  It looks like it's images.  I can't even
8    read the name, but obviously once you open up the
9    file in realtime you can see it.
10       MR. DE LA CERDA:  Okay.  So for purposes of
11   the record, we're going to reserve --
12       Did we already reserve 17?
13       THE COURT REPORTER:  Yes, for --
14       MR. SNELL:  I think 17 was invoices.
15       MR. DE LA CERDA:  Okay.  So for purposes of
16   the record, we're going to reserve Exhibit No. 18
17   for a thumb drive that Dr. Sepulveda has brought
18   here today.
19       Q  (By Mr. De La Cerda)  And, for the record,
20   Dr. Sepulveda, can you tell us, generally speaking,
21   what is on the thumb drive that will be marked as
22   Exhibit 18?
23       A.  It -- it has the presentations that I have
24   used for Prolift throughout the years, and it has the

Page 68

1    presentation on Gynemesh, and it has the surgical
2    videos, and it has pictures of surgery that I have
3    included in those presentations.
4        MR. SNELL:  Did you mention this product?
5        THE WITNESS:  TVT-Secur.
6        Q.  (By Mr. De La Cerda)  And, apparently,
7    there are patient-identifying information on that
8    thumb drive and so that information is going to be
9    redacted and then the thumb drive will be provided
10   at a later date; correct?
11       A.  There is one slide that has the patient ID.
12       MR. SNELL:  What I was going to do is take
13   the file titled "Pillowing" with the
14   patient-protected information off the thumb
15   drive, put it on my local computer, and figure
16   out some time today if this law firm can redact
17   that.
18       MR. DE LA CERDA:  That would be perfect.
19       MR. SNELL:  But you'll have -- I mean, but
20   we'll mark the thumb drive, because I want a copy
21   of it, too.
22       MR. DE LA CERDA:  Okay.
23       MR. SNELL:  I'm just looking for -- is that
24   your data?

Page 69

1        THE WITNESS:  Yes, that's my own data.
2        MR. SNELL:  Tell him about that.
3        A.  I also included data of my own
4    complications.
5        Q.  (By Mr. De La Cerda)  Let's discuss them.
6    Actually, you know what, we'll come to that shortly.
7        MR. SNELL:  Is that the same as the earlier
8    stuff without the patient identifying --
9        THE WITNESS:  No, that's -- I put all the
10   files that have to do with it, so I had the files
11   that I use to prepare the presentation, and I
12   have the actual file slides with the
13   presentation.
14       MR. SNELL:  Did you mention this product?
15       THE WITNESS:  That's TVT-Secur.
16       MR. SNELL:  This one?
17       THE WITNESS:  And there's another
18   presentation on TVT-O.
19       MR. SNELL:  Okay.  Let me pull that one off.
20       Q.  (By Mr. De La Cerda)  Okay.  And we'll
21   come back to the data on your own complications,
22   too.  We'll discuss that in a moment.
23       Okay.  Directing your attention back to
24   Exhibit 16 -- oh, wait.  Is this report -- in

18  (Pages 66 to 69)

Jaime Sepulveda, M.D.

|  | Page 70 |  | Page 72 |
|---|---|---|---|

**Page 70**

1    Exhibit 16 is your general report on TVT and TVT-O;
2    correct?
3        A.   That's correct.
4        Q.   Is this report a complete statement of all
5    general opinions that you'll express as to the TVT and
6    the TVT-O and the reasons for those opinions?
7        A.   That report includes that, up to -- up to
8    today.
9        Q.   So up to today, that report is a complete
10   statement of all general opinions you'll express as to
11   the TVT and TVT-O and the reasons for those opinions;
12   correct?
13       MR. SNELL:  Form.
14       Go ahead.
15       A.   That's correct.
16       Q.   (By Mr. De La Cerda)  Does this report,
17   your Reliance List, and the materials you've brought
18   today include all facts or data considered by you as
19   of today in forming your general opinions about the
20   TVT and the TVT-O?
21       A.   Yes.
22       MR. SNELL:  I took the one file off so you
23   can go ahead and mark that.
24       MR. DE LA CERDA:  All right.  So I am, for

**Page 71**

1    the record, marking the thumb drive that we've
2    just discussed that Dr. Sepulveda brought as
3    Exhibit 18.
4        (Plaintiff's Exhibit No. 18 was marked for
5    identification.)
6        Q.   (By Mr. De La Cerda)  Okay.  Now, Doctor,
7    directing your attention to Exhibit 15 and that's
8    your report on the Gynemesh, Prolift and Prosima;
9    correct?
10       A.   Yes.
11       Q.   Now, is this report a complete statement of
12   all general opinions you will express as to the
13   Gynemesh, Prolift, and Prosima and the reasons for
14   those opinions as of today?
15       A.   Yes.
16       Q.   And does this report, your Reliance List,
17   and the materials you brought today include all facts
18   or data considered by you in forming your general
19   opinions about the TVT and the TVT-O as of today?
20       A.   Yes.
21       Q.   Okay.  Let's talk a little bit about your
22   practice.  Where do you currently have privileges?
23       A.   At South Miami Hospital, Baptist Hospital,
24   and South Miami Medical Arts Surgery Center.

**Page 72**

1        Q.   And do you currently perform surgeries to
2    correct stress urinary incontinence?
3        A.   Yes.
4        Q.   Now let's focus over the last ten years.
5        Over the last ten years, what surgeries have
6    you performed to correct stress urinary incontinence?
7        A.   I have performed Burch procedures, TVT,
8    retropubic, and transobturator inside-out.
9        Q.   Is that TVT-O?
10       A.   That's correct, that's TVT-O.
11       And TVT-Secur, TVT-ABBREVO.
12       Q.   Okay.  Any others that you can recall
13   sitting here today?
14       A.   I -- I recall doing 50 outside-in slings.
15       Q.   Fifty outside-in slings.
16       A.   Slings.
17       Q.   Okay.  Do you recall the brand of those?
18       A.   That was from AMS.
19       Q.   AMS.  Is that the Monarc?
20       A.   Monarc.
21       Q.   You mentioned that you performed Burch as a
22   surgery to correct stress urinary incontinence.  What
23   to you would be an indication to perform a Burch as
24   opposed to a synthetic midurethral sling?

**Page 73**

1        A.   I perform Burches rarely and I cannot -- I
2    cannot really remember off my head my last Burch.
3        Q.   Why do you perform them rarely?
4        A.   Because midurethral synthetic slings work
5    very well.
6        Q.   Performing a synthetic midurethral sling,
7    it's a quicker procedure than a Burch; right?
8        A.   It's just more than -- than quicker.  It
9    performs -- short term and a long term, it performs
10   better than a Burch and it's -- that has been -- has
11   been my experience and that's what's supported by
12   data.
13       Q.   Okay.  So -- but are there any indications
14   to you -- when a patient comes into your office and
15   you're going to perform a surgery to correct the
16   stress urinary incontinence, what indications do you
17   say, I'm going to perform a Burch instead of a
18   synthetic midurethral sling?
19       A.   My first option is a synthetic midurethral
20   sling and I counsel the patients on it.  There may --
21   I may have a patient that may say I want a Burch for
22   one or other reason.
23       Q.   Okay.  So it's the patient making the
24   decision that they prefer a Burch over a synthetic

Jaime Sepulveda, M.D.

Page 74

1    midurethral sling as opposed to you recommending the
2    Burch as the first option?
3        A.   My patients are -- I have a well-educated
4    practice and they -- they actually may -- may bring
5    great questions about one or the other.  My experience
6    is that they will follow my -- my recommendations.
7        Q.   Right.  Do you recall any instance where
8    you've recommended a Burch over a synthetic
9    midurethral sling?
10       A.   There -- there was a time about when TVT
11   came in and for one or two years that we spoke in
12   those terms, but once randomized controlled trials
13   came in, it was -- I tell them that that's
14   basically -- is the best evidence that I have.
15       Q.   Your understanding was that at least at one
16   time the Burch was the gold standard for correcting
17   stress urinary incontinence surgically; correct?
18       A.   I -- I'm going to take exception to the
19   "gold standard" term, but there was a time in which
20   the Burch was the correct clinical -- clinical
21   practice.
22       Q.   Would you use the gold standard term to
23   describe a synthetic midurethral sling?
24       A.   I -- I just try to shy away from "gold

Page 75

1    standard."  I think that clinically, it's -- the
2    current clinical standard is probably a better -- a
3    better term.
4        Q.   So a current clinical standard is a better
5    term to use than the term "gold standard"; right?
6        A.   I -- I agree.
7        Q.   Did you -- in the last ten years, have you
8    ever used slings using biologic materials?
9        A.   I -- I don't know if it's within the last
10   ten years, but I -- I have used slings using
11   autologous, I have done slings using dermis cadaver
12   material.  I may have used them one time posing, but
13   this is so -- so remote that -- that I cannot tell you
14   how many or which brand did I use.
15       Q.   Do you remember any reasons why you would
16   have used those biologic slings?
17       A.   If I had some- -- if I had someone that --
18   that was -- the person that comes to mind is my -- the
19   last pubovaginal sling and it was a smoker with --
20   with bad pressures in the urethra and I used the
21   pubovaginal sling in that patient at that time.
22       Q.   What do you mean by "bad pressures"?
23       A.   Very, very low pressures in the urethra.
24       Q.   Okay.

Page 76

1        A.   It took very little for her to leak.
2        Q.   Okay.  And so why would it be that you would
3    use a biologic sling under those circumstances?
4        A.   I use actually her own fascia and it -- it
5    was -- we didn't have anything -- anything -- we have
6    things that were synthetic but that were not
7    well-studied at that time.
8        Q.   So this would have been, I assume, in either
9    the late '90s or early 2000s?
10       A.   That's a wide range, yes.
11       Q.   Okay.  You mentioned TVT Retropubic, TVT-O,
12   TVT-S, and TVT-ABBREVO that you performed in the last
13   ten years.
14            Do you know approximately how many of each
15   of those you performed?
16       A.   I -- I counted about -- at one time it was
17   about 300 slings a year.
18       Q.   Okay.  And do you know what the breakdown
19   was of those 300 per year as to the TVT Retropubic,
20   TVT-O, TVT-S, and TVT-ABBREVO?
21       A.   It was an evolution from TVT Retropubic to
22   TVT-O to TVT-Secur and then ABBREVO.
23       Q.   Okay.  So over -- over time, you might --
24   you know, you started with a TVT Retropubic, then

Page 77

1    you -- then you preferred the TVT-O, so you would
2    switch to that; is that right?
3        A.   Yes.
4        Q.   And then you would prefer the TVT-S and you
5    would switch to that?
6        A.   Yes.
7        Q.   And then later you preferred the TVT-ABBREVO
8    and switched to that; is that right?
9        A.   Right.
10       Q.   Do you still perform TVT-Os, though, or do
11   you just kind of stick with the TVT-ABBREVO?
12       A.   I do it at the surgery center so we choose
13   one.  And since I do most of the slings, and I'm the
14   medical director for the surgery center, I decide I'm
15   going to use this or that one.  We still have TVT-O on
16   the shelf, but we -- we use TVT -- TVT-ABBREVO.
17       Q.   Okay.  Why would you prefer a TVT-ABBREVO
18   over a TVT-O?
19            MR. SNELL:  Form.
20       A.   I have not found a scientific -- a
21   scientific reason for it except for the fact that --
22   that it's the most recent product and it's -- it's a
23   12-centimeter sling instead of a longer sling.
24       Q.   (By Mr. De La Cerda)  What's the

20  (Pages 74 to 77)

Jaime Sepulveda, M.D.

| Page 78 | Page 80 |
|---|---|
| 1 significance of it being a shorter sling as opposed | 1   Q.  Is the Burch procedure within the standard |
| 2 to a longer sling? | 2 of care? |
| 3   A.  It's -- I decided that if I can do it with | 3   A.  I think that for a physician that wants to |
| 4 12 centimeters, I'm not going to use 19 centimeters | 4 do Burch procedures, that may apply. |
| 5 when the evidence is good in my practice. | 5   Q.  You wouldn't criticize another doctor for |
| 6   Q.  Is -- you agree with the general theory that | 6 doing a Burch procedure over a synthetic midurethral |
| 7 less foreign body is better when it comes to these | 7 sling; right? |
| 8 types of procedures? | 8   A.  I would not be -- be critical.  I can share |
| 9   MR. SNELL:  Form. | 9 it, the evidence, but there's -- there's no reason for |
| 10   A.  No, I think that there are physicians that | 10 being critical over the Burch procedure. |
| 11 have a level of comfort with TVT-O or, for that sake, | 11   Q.  Are pubovaginal slings using native tissue |
| 12 with TVT Retropubic, and that being with a | 12 still taught in medical school, to your knowledge? |
| 13 5-millimeter needle, a 3-millimeter needle. | 13   A.  No, I don't think they are taught -- I |
| 14       Each physician has his own level of comfort | 14 probably don't know, but I don't think they are. |
| 15 and they're going to use what works well for them.  I | 15   Q.  And if a physician performed a pubovaginal |
| 16 have not found any scientific evidence that points out | 16 sling using native tissue, would you criticize him or |
| 17 to one being better than the other based on that. | 17 her for doing that? |
| 18   Q.  (By Mr. De La Cerda)  What about the | 18   A.  That's -- I have to say that's an excellent |
| 19 general -- do you agree with the general | 19 question because it's -- it probably is the procedure |
| 20 proposition, though, that more foreign body will | 20 that would prompt me to say, "Listen, you need to |
| 21 cause more foreign body reaction within the human | 21 reevaluate on how you're taking care of these |
| 22 body? | 22 patients," because that can be a morbid procedure. |
| 23   MR. SNELL:  Objection, asked and answered. | 23   Q.  So that one is a little more borderline for |
| 24   A.  It assumes -- it assumes that there's -- the | 24 you? |

| Page 79 | Page 81 |
|---|---|
| 1 term "foreign body" probably is the same -- in the | 1   A.  Yes. |
| 2 same area as "gold standard."  They're -- they're very | 2   Q.  Yeah. |
| 3 wide, very unscientific.  They -- in terms of the | 3   A.  And I can -- I can do that well -- I want to |
| 4 material that you leave in the area, if a physician | 4 think that I can do it well because I did it well at |
| 5 would come and ask me, "Do you think I should do this | 5 one time, it's just that it's -- in terms of morbidity |
| 6 because it leaves less material," I could not tell him | 6 and seroma and wound complications and obstruction, |
| 7 with certainty, "Yes, you definitely need to move from | 7 it's -- it's a different -- different surgery. |
| 8 one to the other."  I have no evidence to support | 8   Q.  Would you consider it to be within the |
| 9 that. | 9 standard of care or no? |
| 10   Q.  (By Mr. De La Cerda)  And so, ultimately, | 10   A.  I -- I think that in certain areas, probably |
| 11 you switched to the TVT-ABBREVO just because of your | 11 if that's -- we go to areas where they don't have what |
| 12 personal experience with it? | 12 we have, that could be considered standard of care. |
| 13   A.  It's easier -- easier to keep on the shelf, | 13   Q.  You've never done a study to determine what |
| 14 the TVT-ABBREVO.  If -- I guess, right now, if there | 14 percentage of medical schools are teaching Burch or |
| 15 would be -- there would be only TVT-O, I would be | 15 pubovaginal slings using native tissue; right? |
| 16 perfectly comfortable with it. | 16   A.  No, I don't know that. |
| 17   Q.  Okay.  Do you know whether TVT-ABBREVO comes | 17   Q.  In your career, how many revision or |
| 18 in laser cut or mechanically cut? | 18 excision surgeries involving synthetic midurethral |
| 19   A.  Laser -- it comes in laser cut. | 19 slings have you performed? |
| 20   Q.  TVT-ABBREVO is only laser cut; right? | 20   A.  I -- I think I have done three.  I may have |
| 21   A.  Right. | 21 done more than that.  Just in my mind it's -- it's |
| 22   Q.  Do you know whether the Burch procedure is | 22 infrequent enough that I actually -- one of the |
| 23 still taught in medical school? | 23 presentations on the thumb drive is me excising a |
| 24   A.  I don't know. | 24 sling, the pictures.  That's how infrequent it is. |

21 (Pages 78 to 81)

Jaime Sepulveda, M.D.

Page 82

1    Q.  So to -- I'm sorry, I didn't want to cut you
2  off.
3    A.  So I actually consent to the patient and I
4  said, "This is unusual."  I consent to the patient to
5  have it removed.
6    Q.  Okay.  So to your recollection, you've done
7  three revision or excision surgeries involving
8  synthetic midurethral slings?
9    A.  I don't want to come into a fault -- faulty
10  memory, but I can recall about three.
11    Q.  Okay.  Of those three, how many were you
12  able to remove the entire sling?
13    MR. SNELL:  Form.
14    A.  On the -- it's probably two of them, the
15  entire -- the entire sling being up -- up to the
16  descending pubic ramus in that area.  I remove the
17  entirety of it.
18    Q.  (By Mr. De La Cerda)  And so that was --
19  that's the portion that is actually under the
20  urethra but not the portion that goes into the pubic
21  ramus; is that right?
22    A.  The portion that gets about -- to about
23  1 centimeter from the obturator internus muscle.
24    Q.  Okay.

Page 83

1    A.  So anything that is beyond the obturator
2  internus muscle, I -- I stay away from that.
3    Q.  Is that because the risk outweighs the
4  benefit of removing that mesh that's beyond the
5  obturator internus muscle?
6    A.  It's -- there are three factors to it.
7    Q.  Okay.
8    A.  The first one is that the orientation of the
9  tape is very misleading to the surgeon.  It comes
10  forward to you and many surgeons, if they're
11  inexperienced, they'll keep digging into the area and
12  cause harm to the lateral side.  That's one -- one of
13  the other reasons.
14    The second reason is that I haven't found
15  any -- anything convincing, and I keep looking for
16  anything that has been written about excising that --
17  that portion of the -- of the tape.
18    And number three is that most of the time,
19  2, 3 percent of the time that we're going to revise a
20  sling for avoiding this function, it makes no -- no --
21  there's no justification, I should say, there's no
22  justification to go beyond that area.
23    Q.  Okay.
24    A.  Beyond the area within the obturator

Page 84

1  internus muscle.
2    Q.  And of these three revisionary excisions --
3  let me first clarify.
4    Are the three revision or excision
5  surgeries, are they all three excision surgeries or
6  revision or both?  How would you characterize them?
7    A.  They are excisions.  I was speaking about
8  removing the whole thing.
9    Q.  So those three were excision surgeries.
10    Were those three patients, patients you had
11  implanted the sling or someone else?
12    A.  I had one that I implanted the sling and two
13  that came from -- came referred to me.
14    Q.  Okay.  So to your recollection, and you've
15  implanted 300 synthetic midurethral slings for the
16  last -- per year for approximately the last ten years;
17  right?
18    A.  Lately, they're -- the number of slings is
19  less.
20    Q.  Okay.  So would a fair estimation be that
21  somewhere between 2- and 3,000 synthetic midurethral
22  slings is what you've implanted?
23    A.  Yes.
24    Q.  Okay.  In the last ten years; right?

Page 85

1    A.  Yeah, over the last ten years, yeah, that
2  would be accurate.
3    Q.  And of those 2- to 3,000 synthetic
4  midurethral slings, your testimony is that you've only
5  excised one of -- you've only, personally, excised one
6  of the slings that you've put in; is that right?
7    A.  Yes.  That I remember, one.  I may -- may
8  have taken a segment or a fiber from another sling
9  that I might have placed.  I haven't kept track of it
10  because the reality is that it's extremely rare.  I'm
11  going to tell you, what happens most of the time is
12  you put the sling, the patient comes in, she's dry,
13  she's happy, she moves on.
14    Q.  What were the reasons why you performed the
15  three excision surgeries that you can recall?
16    A.  One of them was -- was just a tight sling on
17  the patient.  A young patient with a tight sling and
18  she was having difficulty urinating.
19    I recall one -- another one was someone with
20  a sling that was not a mid-urethra, it was higher.
21  The sling was placed higher than the urethra and it
22  wasn't working and I took that one and put one in the
23  urethra.
24    Q.  Any other reason that you can recall?

22  (Pages 82 to 85)

Page 86

1    A.  No.  I had -- I had one that came in because
2  she had -- she had pain on the area of the insertion
3  of the sling.
4    Q.  Okay.  So you had one with pain -- have you
5  ever removed a synthetic midurethral sling because of
6  an erosion?
7    A.  Yes, I have.  I have removed that erosion
8  and I actually had one that I didn't put in -- put in
9  those three.  Now I recall one that she broke the
10  incision and when I saw the patient coming on the
11  third week, on the third week, I asked her, "How is it
12  working?"  She said, "Well, it's working."
13    And I examine her and she -- she had an
14  exposure on the -- on the sling.  She was honest --
15  honest enough to tell me, "Doctor, I was at home
16  eating, I was choking on food and I threw myself over
17  a chair and I felt -- I felt something."  So she broke
18  the incision line, and I saw it and I said, "Okay,
19  well, I'll -- I recommend that you have this removed."
20    Q.  So is that the -- is your testimony that's
21  the only exposure -- or that circumstance you just
22  mentioned, is that the only exposure where erosion of
23  a synthetic midurethral slings that you had to treat?
24    A.  No, I had a couple of exposures in the -- in

Page 87

1  the past, but it's something that either you give
2  estrogen or you just take the fibers with a tenotomy
3  scissors, which are using in reconstructive surgery,
4  actually they're used in the eye and they have --
5  they're just perfect for this.
6    Q.  I guess my crude understanding of that is
7  it's like an in-office trimming of the exposed mesh;
8  is that right?
9    A.  It's -- you may have a few segments.  In
10  other words, you have not seen the whole incision open
11  up.
12    Q.  Okay.
13    A.  And I -- I do remember a long time ago I saw
14  a patient with a segment on one side.  That's the only
15  one I remember that the exposure was not in the
16  midline on the incision.  And that patient, I tried to
17  convince her to let me take it and she said, "No,
18  you're not going to take anything because it's not
19  bothering me."
20    Q.  So these are -- these are done -- this
21  procedure you just mentioned, this trimming of the
22  sling is done in-office, not under general anesthesia
23  in surgery; right?
24    A.  Right.

Page 88

1    Q.  Have you ever performed an excision surgery
2  or revision surgery because the patient was suffering
3  from dyspareunia?
4    MR. SNELL:  Form.
5    A.  I -- I did one, same one that was having --
6    Q.  (By Mr. De La Cerda)  Pain?
7    A.  -- the pain, yeah.
8    Q.  Got it.  Okay.
9    All right.  The TVTs and the TVT-Os that
10  you've placed, those have involved -- or have been
11  mesh that is mechanically cut mesh and mesh that is
12  laser cut mesh; right?
13    A.  Both.
14    Q.  Did that have anything to do with the time
15  period in which you were implanting it or do you
16  just -- did you stock both or what did that have to
17  do -- any factors that that had to do with?
18    A.  No, I did not have any specific reason to
19  choose one over the other.
20    Q.  Okay.  Over the last ten years you performed
21  surgeries to correct pelvic organ prolapse; right?
22    A.  Yes.
23    Q.  What types of surgeries have you performed?
24    A.  I have performed anterior repairs, posterior

Page 89

1  repairs, enterocele repairs, iliococcygeal suspension,
2  sacral spinous ligamentous suspension, abdominal
3  sacrocolpopexies, robotic sacrocolpopexies, Prolift,
4  graft reinforced repair with biologicals, augmented
5  repairs with Gynemesh, perineoplasty.
6    I think I have mentioned probably all of
7  them.
8    Q.  The anterior and posterior repairs, did
9  those include colporrhaphies?
10    A.  Yes.
11    Q.  Are those synonymous or --
12    A.  Pretty much, yes.
13    Q.  Okay.  Now, all the repairs that you just
14  mentioned, those are all within the standard of care;
15  right?
16    A.  Yes.
17    Q.  Is implanting transvaginal mesh -- strike
18  that.
19    Is implanting synthetic polypropylene mesh
20  transvaginally still within the standard of care?
21    MR. SNELL:  Form.
22    A.  It's still within the standard of care if it
23  will have the product available.
24    Q.  (By Mr. De La Cerda)  As of now, from the

23 (Pages 86 to 89)

Jaime Sepulveda, M.D.

<table>
<tr><td>

**Page 90**

1  Ethicon products, Gynemesh is still available;
2  right?
3      A.  Gynemesh is still available.
4      Q.  And do you -- is it your opinion that it's
5  still within the standard of care to implant Gynemesh
6  transvaginally for the treatment of pelvic organ
7  prolapse?
8      A.  I believe it changed, the actual indication
9  or clearance.  I may have read that.
10     Q.  So the indication now is to use it for
11 abdominal sacrocolpopexies; right?
12     A.  Yes.
13     Q.  So is it within the standard of care,
14 though, to implant Gynemesh -- I'm talking about
15 today -- so is it as of today within the standard of
16 care to implant Gynemesh transvaginally for the
17 treatment of pelvic organ prolapse?
18     A.  Not -- not today.
19     Q.  Okay.
20     A.  Based on what I just stated.
21     Q.  Okay.  What was -- what was for you an
22 indication in the past to implant synthetic mesh
23 transvaginally for the treatment of pelvic organ
24 prolapse as opposed to doing one of the other non-mesh

</td><td>

**Page 92**

1  transvaginal mesh for pelvic organ prolapse?
2      A.  Yes, I have.
3      Q.  And how many have you done of that?
4      A.  I look at those and they may be in the -- in
5  the 10, 20, may be right -- right there based on what
6  I saw the last time.
7      Q.  So approximately 10 to 20 in your career
8  revision or excision surgeries involving synthetic
9  polypropylene transvaginal mesh?
10     A.  That's -- that's a ballpark figure, yes.
11 That's a very general figure.
12     Q.  And of those 10 to 20, how many were you
13 able to remove the entire mesh device?
14         MR. SNELL:  Form, foundation.
15     A.  In most of them -- most of them you can
16 dissect the space -- the same space where you place it
17 and you can -- you can remove it.  It's -- if you have
18 it in the muscle, obviously that's -- I already stated
19 that there is no benefit of doing that.  But if you
20 dissect that area, you bring it up and you
21 hydrodissect your segments, you're -- you can remove
22 most of it.
23     Q.  (By Mr. De La Cerda)  Have you ever
24 performed a revision or excision surgery because the

</td></tr>
<tr><td>

**Page 91**

1  procedures that you've mentioned?
2      A.  I -- I came to the clinical appreciation
3  that patients that have had a hysterectomy, patients
4  that have had recurrent prolapse, patients that had a
5  high degree of exertion, and patients that have a
6  recurrent compartment or a contralateral compartment
7  defect, those patients benefit from it.
8         I -- that's the general.  I knew that I had
9  patients that have -- I had one shot to take to the
10 operating room and I -- for whatever reason, and those
11 are the most difficult ones because they were more
12 complicated, but on the other side, you wanted to give
13 her the durability of the repair.
14        That's -- that's in general what I -- what I
15 use when I counsel someone on the -- on the use of
16 this synthetic graft.  We started -- we started
17 reading then, around the time that we had Gynemesh,
18 more and more about durability and the repairs,
19 specifically for those apical -- apical defects, so it
20 became very attractive to treat patients on the
21 apical, with apical defects, and when we didn't have
22 to do an incision.
23     Q.  Have you ever performed revision or excision
24 surgeries involving synthetic polypropylene

</td><td>

**Page 93**

1  patient was reporting pain and this is, again, I'm
2  talking about patients with transvaginal mesh for
3  pelvic organ prolapse?
4      A.  You know, pain -- pain is rare after this
5  kind of repair.  What most frequently happen is that
6  you would get in to have -- to remove an exposure, and
7  then you end up -- you ended up removing more than
8  what you thought you were going to remove because you
9  had the plane and you were just dissecting the area
10 and remove it.  Then you ended up reinforcing the area
11 with sutures.
12        There are times in which I -- I -- I say I
13 have to do something to support it and it becomes such
14 a subjective thing that I wish I could have explained
15 this not now, but even when doctors would ask me the
16 same questions and -- and be accurate and precise
17 about it, but no, it's a general -- it's a general
18 idea.  What I'm explaining now is a general idea of
19 what happens in the operating room when you're going
20 to remove it.  So you start small, but you start
21 extending yourself on the dissection.
22     Q.  So of the 10 to 20, though, how many of
23 those did you remove for the reason of that they
24 had -- they were experiencing pain?

</td></tr>
</table>

24 (Pages 90 to 93)

Jaime Sepulveda, M.D.

Page 94

1    A.  It's -- I think it's rare.  I can't give you
2  a specific number without -- okay, I want to be
3  accurate and precise, but it was rare.  The most
4  recurring reason was an exposure.
5    Q.  Okay.  And did they report exposure with
6  pain or no?
7    A.  No.  No.  They -- most frequent complaint
8  with the exposure was vaginal discharge.
9    Q.  So were the 10 to 20 excision surgeries,
10 were those primarily because of exposures?
11   A.  It's -- it's -- mostly exposure and
12 symptomatic exposures, exposures in which you saw
13 granulation tissue.
14   Q.  Of granulation tissue, okay.
15     Were any of the excision procedures
16 performed specifically because of dyspareunia?
17   A.  No, I don't remember anyone specific on
18 dyspareunia.  I remember taking one Prolift that was
19 dyspareunia and pain.
20   Q.  Have you ever -- have you ever had a patient
21 come to you reporting dyspareunia or pain after having
22 had a transvaginal mesh or pelvic organ prolapse where
23 you believed it was the transvaginal mesh causing the
24 pain or dyspareunia?

Page 95

1    A.  No.  Most of the patients that we see with
2  dyspareunia, in a busy vaginal surgery practice, is
3  without mesh.
4    Q.  So you've never had that happen where you
5  believed the dyspareunia was being caused by the
6  transvaginal mesh; right?
7    A.  By -- specifically by transvaginal mesh, no.
8    Q.  Same question for the -- I don't know if I
9  asked you for the slings, but have you ever had a
10 patient come to you reporting pelvic pain or
11 dyspareunia after having had a synthetic midurethral
12 sling where you believed that it was the sling causing
13 that pain or dyspareunia?
14   A.  No, I -- I saw one sling that was low enough
15 that I -- it could -- that could have been the source
16 of dyspareunia.
17   Q.  Okay.  And I guess really you're thinking
18 it's more the positioning of the sling as opposed to
19 the actual sling; right?
20   A.  Yes.
21   Q.  Okay.  How many Gynemesh PS's have you
22 implanted in your practice, in your career?
23   A.  Over a hundred.
24   Q.  And how many Prolifts have you implanted in

Page 96

1  your career?
2    A.  Definitely more than 100.
3    Q.  Between 100 and 200?
4    A.  Easily.
5    Q.  How many Prosimas have you implanted in your
6  career?
7    A.  I did about 50.
8    Q.  Okay.  Turning -- we've now been going
9  another hour.  Would you like to take a break?
10   A.  Yes, just quick as before.
11     (Thereupon, a recess was taken from
12   10:21 a.m. until 10:29 a.m., after which the
13   following proceedings were held:)
14   Q.  (By Mr. De La Cerda)  Okay.  We are back
15 on the record.
16     Doctor, I wanted to direct your attention
17 back to your CV, please, which is Exhibit 13.  Just a
18 couple quick things.  If you'll turn to the fourth
19 page, the section which is "Courses Presented."
20   A.  Yes.
21   Q.  The entities that I've seen -- well, the
22 entities that are mentioned within this section where
23 you've presented a course, the only entities I've seen
24 mentioned are Johnson & Johnson, Ethicon Endo and

Page 97

1  Ethicon.
2     Are there any other entities mentioned here
3  or no?
4    A.  No, I never worked outside of Ethicon for
5  any another company.
6    Q.  Then under "Research Experience," which is,
7  I guess, a couple pages later, is there -- do you have
8  listed here any research on transvaginal polypropylene
9  midurethral slings or transvaginal polypropylene
10 pelvic organ prolapse mesh?
11   A.  No, I did not do research on transvaginal
12 sling.  I rely on the randomized control trials.
13   Q.  And then under "Presentations and
14 Publications as Author or Coauthor," I didn't see any
15 presentations or publications that involve
16 transvaginal polypropylene midurethral slings or
17 transvaginal polypropylene mesh for pelvic organ
18 prolapse; is that right?
19   A.  Yes, I did not -- I did not publish on
20 transvaginal slings.
21   Q.  We can set that aside for a second.
22     Okay.  You're not a biomedical engineer;
23 correct?
24   A.  I -- I have a very good understanding of

25  (Pages 94 to 97)

Jaime Sepulveda, M.D.

Page 98

1  biomedical engineering.
2      Q.  Okay.  Would you consider yourself a
3  biomedical engineer?
4      A.  I do not get compensated for doing
5  biomedical engineering.
6      Q.  Okay.
7      A.  And I did not graduate from -- with a degree
8  of biomedical engineering.  I do -- I do understand
9  biomedical engineering well.
10     Q.  I saw that you brought some books here that
11  would relate to that, I believe.  What is it that
12  would provide the basis for your belief that you have
13  expertise in biomedical engineering?
14     A.  I have devoted years to understand it, to
15  read about it beyond what any other physician that I
16  ever met have done.
17     Q.  Anything else?
18     A.  I have studied, I have spoken to biomedical
19  engineers, but specifically it's a passion and a
20  dedication that I have had to understand it.
21     Q.  Would you consider yourself an expert on the
22  design of medical devices?
23     A.  It goes right along with the biomedical
24  engineering, with the surgical expertise that allows

Page 99

1  me to see what -- what can save in terms of efficiency
2  in the operating room, what can I do better for my
3  patients.  That's what I use this for.  This allows me
4  to understand the design better.
5      Q.  Have you ever, personally, designed a
6  medical device?
7      A.  I -- not -- not a medical device, but I have
8  my own set of needles that I actually had made.
9      Q.  What were those needles for?
10     A.  For -- to approach the deep space in the
11  pelvis.
12     Q.  Were those used in connection with
13  implanting mesh at all?
14     A.  No, I use them for sutures.
15     Q.  Okay.  Have you ever been involved in the
16  design of a medical device?
17     A.  I -- I did give input to the design.  It was
18  not -- it was not my own patent.
19     Q.  And what device was that?
20     A.  Staplers for -- for -- staplers, a
21  retractor, again, a circumferential needle.
22     Q.  And these are all devices that are used in
23  connection with surgery?
24     A.  Yes.

Page 100

1      Q.  Were you ever designed -- were you ever
2  involved in the design of any transvaginal mesh
3  devices?
4      A.  Not in the devices of the ones that I use.
5      Q.  Do you have any patents on medical devices?
6      A.  No.
7      Q.  Do you know what the standard is for a --
8  that a manufacturer must follow in designing mesh
9  products?
10     A.  I'm -- I became very familiarized with --
11  when I was with Ethicon by my own inquiries.
12     Q.  What standards did Ethicon employ in the
13  design of its mesh products?
14     A.  It's -- it was from the initiation, from
15  what they had an idea of what the device was, what the
16  need was, and then there were -- I know there was a
17  structure for research and development with the
18  running of different -- different trials at different
19  levels.  And I get that information and submit it,
20  along with other information that I was -- in which --
21  that had nothing to do with surgery, but cytotoxicity,
22  paragenicity assays, cell cultures assays, and all
23  this information submitted to the FDA, who would then
24  review it and -- and within its own division for the

Page 101

1  device and then get back to them.
2      Q.  Do you know what a manufacturer researches
3  before a product is designed or released?
4      MR. SNELL:  Form, overbroad.
5      A.  The --
6      Q.  (By Mr. De La Cerda)  Let's take it a
7  little more specific to the mesh products.
8      What did -- what, to your knowledge, did
9  Ethicon research in regard to its mesh products before
10  they were released?
11     A.  I know that they -- they went through their
12  suture -- suture research and -- and I know that they
13  did experiments short term and long term with sutures.
14     I know that there was an opinion acquired
15  from the field on the use of different sutures.  Then
16  there was a -- there was a use on the type of mesh
17  that was used for prolapse on the different types of
18  meshes.  That wasn't done in the United States, that
19  was done in France.
20     And there was also -- the materials were
21  even evaluated in the same -- in the same way that
22  sutures are evaluated, but also in the operating room.
23  I'm aware of that one, too.
24     I'm aware that the needles and the approach

26 (Pages 98 to 101)

Jaime Sepulveda, M.D.

Page 102

1    that was used was evaluated by them before it was even
2    used in the United States.  And I know the packaging,
3    the packaging was evaluated.  I was able to see how
4    they design the package for the operating room.
5           So all those lines never got to the place
6    where they actually do the knitting of the material,
7    never -- never got to see that, but I know there was a
8    facility for that.
9           So there was a step of -- actually quite an
10   elaborate chain that ended up giving the product.
11       Q.  Do you know what types of experts were
12   involved in the design of Ethicon's mesh products?
13       A.  I spoke to materials engineers.  I actually
14   enjoy very much when I interacted with one of the
15   biomechanical engineers over there that had a doctor's
16   degree on biomaterials and I actually -- and I enjoyed
17   that.  I look at different -- they asked me for
18   different types of materials.  We look at -- they got
19   my input on fibers.
20          I know that there was another group in
21   France that was using those materials.  One thing that
22   I observed is that it would not just go with just one
23   opinion, it was a consensus of different surgeons and
24   different -- different settings.

Page 103

1        Q.  Do you remember the names of any of the
2    folks that you interacted with on those issues?
3        A.  I can't -- I can't remember because it's
4    over -- over five years and, you know, it's -- it
5    wasn't a friendship that would continue beyond that.
6    It was a work relationship.
7        Q.  Do you know what a "design history file" is?
8        A.  No.
9        Q.  Are you familiar with industry standards
10   that govern medical device design?
11       A.  I read at one time, I read that.  I read
12   about ISO testing.  I read about ISO testing.  I read
13   about the different toxicity assays and, actually, at
14   one time I even may have read about the testing that
15   was done for -- for meshes that was using sutures,
16   i.e., I actually research it and read about it.
17       Q.  Anything else that you can recall?
18       A.  No.
19       Q.  I'm sorry, is that --
20       A.  I'm sorry.  Not at this moment.
21       Q.  Are you familiar with regulatory standards
22   that govern medical devices?
23       A.  I became -- I became aware of the regulatory
24   standards.  I knew about the classifications of

Page 104

1    devices.  I had an idea of the classification of the
2    devices and I had an idea, because I use other types
3    of -- of devices that have nothing to do with mesh.
4        Q.  What's your understanding of the
5    classifications of devices?
6        A.  I knew that heart -- heart monitors and
7    nerve stimulators and intermittent nerve stimulator
8    had a different classification than our meshes had and
9    that surgical instruments would have and that sutures
10   would have.  You can -- you can just open -- you go to
11   the operating room and get into one of the boxes of
12   the sutures and you can pull that paper that gives all
13   these different things about the sutures.  So it's --
14   I knew I had -- I had an idea of the different -- at
15   least three classifications that were used.
16       Q.  Some requiring testing before they go out on
17   the market, some perhaps not; right?
18           MR. SNELL:  Form.
19       A.  Some methods -- some methods did require
20   different type -- different types of testing,
21   different -- each one had different requirements.
22       Q.  (By Mr. De La Cerda)  Do you know how
23   pelvic organ prolapse, transvaginal synthetic
24   polypropylene mesh is currently classified?

Page 105

1        A.  It's -- I read, recently, the classification
2    for prolapse meshes and for -- they went up to
3    Class 3.
4        Q.  And what does that mean to your
5    understanding?
6        A.  They are classified as high-risk devices.
7        Q.  Do you agree with that?
8        A.  I -- I'll -- I agree with the approval that
9    the FDA has and I'm not going to challenge the FDA or
10   their panel on that one.
11       Q.  Fair enough.  Would you -- are you an expert
12   in polymer chemistry?
13       A.  I -- I don't design polymer chemicals.  I do
14   understand certain -- the polymers that are used in my
15   specialty.
16       Q.  And what polymers would those be?
17       A.  When it comes down to polymers used in my
18   specialty, it's polypropylene.
19       Q.  Are you an expert in surgical pathology?
20       A.  That -- that's an average over the last 25
21   years, I do look at slides.
22       Q.  And that would -- that would be the basis
23   for you stating that you had expertise in surgical
24   pathology; is that right?

27 (Pages 102 to 105)

Jaime Sepulveda, M.D.

| Page 106 | Page 108 |
|---|---|
| 1 A. I think that everyone that is a surgeon<br>2 needs to have an expertise in surgical pathology.<br>3 Q. Okay. So that would be your basis for<br>4 saying that; right?<br>5 A. That's correct.<br>6 Q. I didn't ask you this. What would be your<br>7 basis for saying you have expertise in polymer<br>8 chemistry, is it your experience?<br>9 A. My experience and what I read, the time that<br>10 I devote, the time that I have devoted over the years<br>11 to look at sutures and specifically polypropylene.<br>12 Q. Have you ever personally done chemical tests<br>13 to determine if polypropylene mesh degrades?<br>14 A. I have not personally done -- done that<br>15 testing. I did -- I did -- I have -- I read about it<br>16 and have considered that hypothesis.<br>17 Q. Have you ever done a microscopic analysis of<br>18 explanted polypropylene mesh to determine if the mesh<br>19 degraded personally?<br>20 A. Not -- not with the purpose of degradation<br>21 because I still -- I still looking for what -- what<br>22 does degradation really mean in the pathology<br>23 specimen.<br>24 Q. Okay. I'm going to shift gears a little | 1 essentially what -- what could happen that is within<br>2 my control that is -- and what's not in my control and<br>3 patients appreciate that we do that.<br>4 Q. (By Mr. De La Cerda) A physician should<br>5 warn his patient -- his or her patient of<br>6 characteristics of the transvaginal mesh or sling<br>7 product that can significantly increase their risk<br>8 of severe complications; correct?<br>9 MR. SNELL: Form, foundation.<br>10 A. On that counseling, the counseling should<br>11 involve what has been tested. In other words, the<br>12 last thing that you want as a patient is to be<br>13 overwhelmed by just a wealth of data that is not<br>14 clinically relevant, and we -- we have studies that<br>15 actually address that.<br>16 Q. (By Mr. De La Cerda) So I think we might<br>17 be getting to something there. If -- if a<br>18 characteristic of a transvaginal mesh or sling<br>19 product is clinically relevant, should that be<br>20 disclosed to a patient during the informed consent<br>21 process?<br>22 MR. SNELL: Same objection, foundation.<br>23 A. The informed consent addresses that.<br>24 Q. (By Mr. De La Cerda) So is that a "yes"? |

| Page 107 | Page 109 |
|---|---|
| 1 bit.<br>2 Would it be fair to say that before a<br>3 physician decides to utilize a transvaginal<br>4 polypropylene mesh or sling to treat a patient, that<br>5 it's necessary for the physician to warn the patient<br>6 of all known side effects of the product, including<br>7 severe ones?<br>8 MR. SNELL: Objection, form, speculation.<br>9 A. I think that before any -- any surgery,<br>10 there has to be -- there has to be a full<br>11 understanding of the -- as part of the informed<br>12 consent. And when -- when that's happening, there --<br>13 there are factors that are going to play into it.<br>14 Yes, ideally, we should be able to clear our<br>15 patients and get -- get a full understanding of it.<br>16 There are times in which the patient cannot understand<br>17 it and we have to find, as physicians and surgeons, a<br>18 way to get them through the most relevance. But that<br>19 including -- includes surgery with or without mesh.<br>20 Q. (By Mr. De La Cerda) Okay. So do you<br>21 think that all the known side effects, including<br>22 severe ones, should be disclosed to patients?<br>23 MR. SNELL: Same objection, form.<br>24 A. It's all known -- not only side effects, but | 1 A. That would be in general a yes within --<br>2 within the parameters of that conversation between the<br>3 physician and the -- and the patient. So it would be<br>4 a yes with a condition that with knowing that that's<br>5 very unique. That's a very unique interaction.<br>6 Q. Okay. Do you agree that a physician has a<br>7 duty to inform his or her patients of the material<br>8 risks associated with a transvaginal mesh or sling<br>9 product before it's implanted in the patient?<br>10 MR. SNELL: Form, foundation, overbroad.<br>11 A. I -- I -- my opinion is that the patient<br>12 should be informed not only of -- of the mesh, but<br>13 if -- if surgery is being done with sutures, the<br>14 patient should know that, too.<br>15 Q. (By Mr. De La Cerda) I mean, what I'm<br>16 trying to do is use different terms for the risks or<br>17 complications and in this one I'm using material<br>18 risks associated with transvaginal mesh or sling<br>19 product. Do you think that material risks should be<br>20 disclosed to the patient?<br>21 MR. SNELL: Same objection, vague,<br>22 immaterial.<br>23 A. Just to clarify, are you talking about the<br>24 material or the material risk? |

28 (Pages 106 to 109)

Jaime Sepulveda, M.D.

| Page 110 | Page 112 |
|---|---|
| 1    Q.  (By Mr. De La Cerda)  That's a good | 1   patient to make a determination of whether she wants |
| 2   question. | 2   to undergo the surgery; right? |
| 3        Material, that term I'm using -- because | 3        A.  It's -- patients are going -- are going to |
| 4   there's different ways that we've seen risks and | 4   eventually follow your -- the -- the doctor, the |
| 5   complications associated with mesh products described | 5   doctor's advice.  But the reason why you do the |
| 6   by physicians.  Sometimes they describe those risks as | 6   informed consent, is more than the patient deciding, |
| 7   material risks, not as the material polypropylene, but | 7   which many times they -- they cannot decide, it's to |
| 8   as being relevant risks. | 8   empower that patient with the information of this is |
| 9    A.  Oh. | 9   what I use for my decision, the decision that I |
| 10    Q.  They're using that word. | 10   recommended to you. |
| 11    A.  I understand. | 11    Q.  Okay.  Ultimately, though, it is -- the |
| 12    Q.  That's a good question.  Some doctors have | 12   patient has the right to decide one way or another |
| 13   used the term "material risk, "Yeah, I disclose it if | 13   what they want to do; right? |
| 14   it was a material risk." | 14        MR. SNELL:  Form, overbroad. |
| 15        Now with that explanation, do you believe | 15    A.  Patient -- patients may -- may ask more |
| 16   that material risks associated with these products | 16   questions or may -- say "I will have a preference," |
| 17   should be disclosed during the informed consent | 17   but in 25 years seeing patients, patients will tell -- |
| 18   process? | 18   will ask you, "Doctor, tell me what you -- you think |
| 19        MR. SNELL:  Same objection. | 19   is the best way of doing it and tell me why and how |
| 20    A.  The material risk associated with the whole | 20   you come to that decision." |
| 21   extent of the procedure should be -- should be | 21    Q.  (By Mr. De La Cerda)  Okay.  So have you |
| 22   disclosed. | 22   ever had a patient say, after being consented or |
| 23    Q.  (By Mr. De La Cerda)  Okay.  You mentioned | 23   receiving informed consent, saying, "No, I don't |
| 24   the term "clinically relevant."  Is that the same | 24   want to have that procedure," as to mesh? |

| Page 111 | Page 113 |
|---|---|
| 1   thing as clinically significant? | 1    A.  No, I -- I have not had that experience. |
| 2    A.  Um, clinically relevant is statistically | 2    Q.  Do you agree it's important for the |
| 3   significant. | 3   physician to have as much information about the risks |
| 4    Q.  Could you explain what that means, what your | 4   associated with transvaginal mesh or sling product so |
| 5   understanding is of that? | 5   that the physician can make an informed decision on |
| 6    A.  It's -- with the best level of evidence that | 6   whether to recommend those products? |
| 7   we have for what we're doing, explain to the patient | 7    A.  I think it's important that the physician |
| 8   this is -- we're going to translate it from the | 8   gets accurate and makes a reasonable effort to get |
| 9   statistically significant to what's common and what's | 9   better on what they use and what they do every single |
| 10   relevant in the surgery. | 10   day. |
| 11    Q.  Okay.  I'm going to try and ask this | 11    Q.  Including the information that they are |
| 12   properly. | 12   going to communicate to the patient; right? |
| 13        Do you agree that a physician should warn | 13    A.  It's especially if you're going to |
| 14   his or her patients of risks or complications | 14   communicate to the patient and -- especially when it |
| 15   associated with the transvaginal mesh or sling | 15   has to do with you making a clinical decision. |
| 16   products that are clinically relevant or statistically | 16    Q.  Do you agree that physicians rely on a |
| 17   significant? | 17   transvaginal mesh manufacturer to provide them with |
| 18        MR. SNELL:  Form. | 18   information about the risks and complications |
| 19    A.  For the whole extent of the procedure. | 19   associated with their transvaginal mesh products? |
| 20    Q.  (By Mr. De La Cerda)  Including the | 20        MR. SNELL:  Objection, overbroad and |
| 21   products, though; right? | 21   requires speculation. |
| 22    A.  Including the products. | 22    A.  I can't -- I cannot think for all the |
| 23    Q.  Okay.  Now, the purpose of warning a patient | 23   physicians, but I -- I can tell you that their |
| 24   during the informed consent process is to allow that | 24   responsibility is within ourselves before we use any |

29 (Pages 110 to 113)

Jaime Sepulveda, M.D.

| Page 114 | Page 116 |
|---|---|
| 1  product. | 1  hypothetical. |
| 2      Q.  (By Mr. De La Cerda)  Do you agree the | 2      Q.  (By Mr. De La Cerda)  The answer is of |
| 3  transvaginal mesh manufacturers are at least one | 3  course; right? |
| 4  source of information that a physician can rely on | 4          MR. SNELL:  I don't know about that.  I |
| 5  in obtaining information about their risks and | 5  mean, that's the doctor's answer, but my |
| 6  complications of transvaginal mesh products? | 6  objection is incomplete hypothetical, purely |
| 7          MR. SNELL:  Objection, speculation. | 7  speculative. |
| 8      A.  It might be at the low end of the -- of the | 8          Go ahead. |
| 9  evidence that we gather. | 9      A.  The explosion thing is a little out there. |
| 10      Q.  (By Mr. De La Cerda)  You're not saying | 10  It's -- we have not seen any devices that actually |
| 11  that a physician shouldn't rely on information from | 11  explode for prolapse or incontinence.  I don't know |
| 12  a transvaginal mesh manufacturer about the risks and | 12  for the other ones. |
| 13  complications of those products; right? | 13          The point I'm trying to come across is, to |
| 14          MR. SNELL:  Form, overbroad. | 14  answer your question, when we look at information, we |
| 15      A.  I think that a physician needs to rely on | 15  look at randomized control trials.  Now, randomized |
| 16  the best evidence, best clinical evidence, not just in | 16  control trials in cohort studies, even case control |
| 17  any sort of marketing communication or sales | 17  studies, you can go down to a list and you're going -- |
| 18  communication.  They need to know that the decision to | 18  the methodology is what allows you to give |
| 19  do surgery is a scientific process and they need to | 19  recommendations and form your counseling. |
| 20  read that. | 20      Q.  (By Mr. De La Cerda)  So even if the |
| 21      Q.  (By Mr. De La Cerda)  If -- but certainly | 21  manufacturer knows of severe life-altering |
| 22  if a transvaginal mesh manufacturer is providing a | 22  complications associated with its products, if that |
| 23  serious warning about its products, even if that | 23  severe life-altering complication hasn't played out |
| 24  warning hasn't played out in the scientific | 24  in the randomized control trials, you believe that |

| Page 115 | Page 117 |
|---|---|
| 1  literature, I mean, that's still something that | 1  physicians shouldn't place much weight on that? |
| 2  needs to be considered; right? | 2      A.  I think as humans -- as humans, if we see |
| 3          MR. SNELL:  Form, overbroad. | 3  that there is any -- any danger for anyone, for any |
| 4      A.  There's a degree of information that you | 4  other human being, we'll just go and say it, |
| 5  need to consider.  You -- you have -- you're a doctor | 5  regardless of who we work for.  And at the end it's |
| 6  and you have the scientific information because that | 6  not a company, it's a group of people working.  So the |
| 7  allows you to analyze information better.  So in that | 7  human -- the human nature is to -- the human thing is |
| 8  regard, what we're going to see is information that is | 8  to actually do that, and that's our nature.  But |
| 9  relevant because they're at the highest level of | 9  that's different from having -- making a clinical |
| 10  evidence, information that is less relevant because | 10  decision. |
| 11  they are the lowest one, but there's a -- there's a | 11      Q.  Okay.  So, ultimately, should information |
| 12  hierarchy -- did I say that word okay? -- there is a | 12  like that, if it's known to manufacturer, but it |
| 13  hierarchy of information and we're going to go for the | 13  hasn't played out in the randomized control trials, |
| 14  highest one. | 14  should information like that about severe |
| 15      Q.  (By Mr. De La Cerda)  Okay.  Let's take a | 15  life-altering complications be communicated to a |
| 16  silly example for a second.  If the manufacturer of | 16  patient during the informed consent process? |
| 17  transvaginal mesh knows that there's a | 17          MR. SNELL:  Form, asked and answered. |
| 18  one-in-a-million chance that it explodes inside a | 18      A.  What we're going to use to counsel patients |
| 19  human body, but that is never played out in the | 19  is randomized control trials.  And if -- if the |
| 20  RCTs, never, ever been seen by anyone other than the | 20  question is if the manufacturer should disclose it, |
| 21  manufacturer, does that information need to be put | 21  I -- I -- my opinion is probably most people would go |
| 22  out to the public and told to physicians? | 22  ahead and disclose it, but in terms of making a |
| 23          MR. SNELL:  Objection.  I'm going to have to | 23  clinical decision, we're going to use for the best |
| 24  object, incomplete, purely speculative, | 24  evidence that we have. |

Jaime Sepulveda, M.D.

**Page 118**

1    Q.  (By Mr. De La Cerda)  And I understand, I
2   definitely understand.  I guess what I'm trying to
3   get at, though, is:  Should that information be
4   communicated to the patient during the informed
5   consent process or not?
6    A.  Only the information that is backed by good
7   science.
8    Q.  Okay.  So the answer is; no, right?
9       MR. SNELL:  Objection, asked and answered.
10   A.  If it's not -- if it's not backed by
11  science, it plays no role in the counseling of a
12  patient.
13   Q.  (By Mr. De La Cerda)  Including if the
14  manufacturer has discovered severe life-altering
15  complications that it knows of, even though it
16  hasn't been played out in the randomized control
17  trials and the medical literature; right?
18   A.  Our counseling --
19      MR. SNELL:  Same objection.
20   A.  Our clinical counseling is evidence-based.
21   Q.  (By Mr. De La Cerda)  Okay.  And evidence
22  from the manufacturer wouldn't necessarily count --
23  well, the finding of a manufacturer as to a severe
24  life-altering complication wouldn't count as

**Page 119**

1   evidence under the framework that you're using;
2   right?
3    A.  The -- the findings, whatever findings, that
4   being from a physician, that being from a patient,
5   that being from -- from a manufacturer or anybody
6   else, a group -- whatever findings needs to be
7   corroborated by evidence, that's why we have studies,
8   that's why we have a well-placed methodology for
9   evidence.
10   Q.  And so the medical -- well, the studies are
11  going to be the foundation of that evidence, not some
12  information from the manufacturer; right?
13   A.  Any -- any -- any radical information, that
14  being of things being too good or too bad need to be
15  evaluated on the light of a randomized control trial,
16  needs to be evaluated on if there is no randomized
17  control trial, needs to be evaluated based on the type
18  of the study that we have and the clinical experience.
19   Q.  Do you consider a permanent injury a severe
20  side effect?
21   A.  A permanent injury is different from a side
22  effect.
23   Q.  Okay.  So what -- so you don't believe that
24  a permanent injury is a severe side effect or they're

**Page 120**

1   just totally different?
2    A.  They're -- there's side effects and there's
3   injuries.
4    Q.  Okay.
5    A.  And the side effect has more to do with what
6   pertains to one particular product and an injury could
7   be from anything that is used in surgery.
8    Q.  Do you consider a permanent injury a severe
9   injury?
10      MR. SNELL:  Form, incomplete hypothetical.
11   A.  I apologize for that.
12      Can you please repeat that?
13      (The requested portion of the record was
14      read back by the reporter.)
15   A.  There could be permanent effects of surgery
16  that are not necessarily severe and severe that are
17  not exactly permanent.
18   Q.  (By Mr. De La Cerda)  Do you consider a
19  risk or complication that requires additional
20  surgeries a severe side effect?
21   A.  Based on the -- on the -- on the evidence on
22  which -- which has a classification is not considered
23  severe, is not considered severe if he needs just to
24  go back to the operating room.

**Page 121**

1    Q.  So that's not severe in your eyes.
2    A.  Yeah.
3    Q.  Do you consider risk or complication that
4   seriously alters a patient's quality of life a severe
5   side effect?
6    A.  It could be -- that side effect could be for
7   improvement of a quality of life, that could be --
8   that's an effect on the side or a side effect, the way
9   we usually recognize it, can be deteriorating to the
10  quality of life.  I will have to look at the specific
11  situation and look at the specific data on it.
12   Q.  Okay.  Let's shift gears.  The content and
13  substance of the professional education sponsored by
14  Ethicon on it's TVT, TVT-O, Gynemesh, Prolift and
15  Prosima did not and does not contradict the content
16  and substance of the IFUs for these products; correct?
17      MR. SNELL:  Form, overbroad.
18   A.  The content of the -- of these programs use
19  the IFU.
20   Q.  (By Mr. De La Cerda)  They don't
21  contradict it; right?
22   A.  No, there is -- there is actually -- in the
23  presentations that you're going to see, they -- they
24  work -- they work together.

31 (Pages 118 to 121)

Jaime Sepulveda, M.D.

Page 122

1    Q.   Okay.  Now, I figured the most efficient way
2  to do this, because now we'll get into the substance
3  of the various issues that you've opined on, there are
4  many of these issues that can be grouped together as
5  to all the products and I think that will be the
6  fastest way to get through it, so that's what I'm
7  going to do.
8         So, for example, I'm about to ask you about
9  the IFU.  I'm going to ask you about -- these are
10  general questions about the IFUs of the TVT, TVT-O,
11  Gynemesh, Prolift and Prosima.  I think we can do it
12  all at once.
13    A.   Yes.
14    Q.   First of all, are you familiar with the
15  contents of the various versions of the IFUs for the
16  TVT, TVT-O, Gynemesh, Prolift and Prosima?
17    A.   I'm aware that they're -- they have changed
18  in 2015.
19    Q.   And you're generally aware of the contents,
20  right, of those -- of those various IFUs?
21    A.   Yes, there are IFUs that actually might be
22  able to tell you separate steps.
23    Q.   Okay.  Do you intend to offer an opinion as
24  to whether the warnings in the IFUs for the TVT,

Page 123

1  TVT-O, Gynemesh, Prolift and Prosima were sufficient
2  to apprize doctors of the risks of those products?
3    A.   Yes, I will -- I will give an opinion on
4  that.
5    Q.   And your opinion will be that they were
6  sufficient warnings; right?
7    A.   Yes, that will be my opinion.
8    Q.   Do you know what standards Ethicon applied
9  in terms of what needed to be included in the warnings
10  in the IFUs for the TVT, TVT-O, Gynemesh, Prolift and
11  Prosima?
12    A.   That's the standards apply?
13    Q.   Yes.
14    A.   I'm aware of certain standards that were
15  used for the IFU.
16    Q.   Okay.  And what were those?
17    A.   The area on side effects, on warnings,
18  procedure steps, and the specifics on informing about
19  the need for specialized training to perform these
20  procedures.
21    Q.   Do you know what -- do you know whether
22  there's any -- are there specific, like, written
23  standards, though, that you're aware of that Ethicon
24  used in deciding exactly what warnings would go in

Page 124

1  there, what adverse reactions would go in there, and
2  what procedure steps would go in there?  Do you know
3  if there's any written standards that Ethicon relied
4  on?
5    A.   I'm -- I'm aware of that.  As for many
6  products, they -- the ones that are disclosed are the
7  ones that are specific to that product.
8    Q.   Okay.
9    A.   In other words, they're not comprehensive
10  guides on incontinence or -- or prolapse care.
11    Q.   Okay.  Have you ever, in your career, been
12  involved in writing or preparing an IFU for a medical
13  device?
14    A.   I have not written an IFU.  I read -- I read
15  IFUs through most of my career.
16    Q.   Have you ever studied the question of what
17  risks and complications were known to doctors across
18  the country with various background and levels of
19  experience with regard to the use of the TVT, TVT-O,
20  Gynemesh, Prolift and Prosima?  Did you ever study
21  that question?
22    A.   The risk with mesh were, with these
23  procedures in general, were addressed in a variety of
24  ways.  And those were -- there were communications

Page 125

1  from the American College of OB/GYN, there were
2  meetings that -- there were journals, there were so
3  many different -- different venues that we have grown
4  used to read and understand.
5         The IFU, we -- we all expected that it was
6  going to give us one specific set, but the other set
7  on the evidence, we expected that from our -- our
8  scientific data.
9    Q.   So back to the question, though:  Did you
10  ever study -- ever perform a study or ever study or do
11  questionnaires that determine what doctors actually
12  knew about these products, about the risks and
13  complications of those products?  Did you ever perform
14  a study like that?
15    A.   There was -- to my -- to my knowledge,
16  there's no -- not a study that have address -- address
17  it.
18    Q.   And you, personally, haven't done a study
19  either; right?
20    A.   No, I have not done -- done a study.  I have
21  examined forms on evaluation of surgical skills that
22  at one time I use.
23    Q.   Okay.  But on this specific question, you
24  haven't actually performed a specific study looking at

Jaime Sepulveda, M.D.

| Page 126 | Page 128 |
|---|---|
| 1 what doctors actually knew about the risks and | 1 Q. (By Mr. De La Cerda) So is that a no? |
| 2 complications associated with transvaginal mesh | 2 A. No, that's not necessarily a no. Actually, |
| 3 products? | 3 that's -- that's exactly -- the IFU cannot -- cannot |
| 4 A. I have not performed such study. | 4 be a comprehensive guide. |
| 5 Q. Do you agree that a surgeon should be able | 5 Q. So what -- what characteristics of these |
| 6 to solely rely on the warnings and description of risk | 6 products -- strike that. |
| 7 and complications in the IFUs for the TVT, TVT-O, | 7 Do you believe that the IFUs for the TVT, |
| 8 Gynemesh, Prolift and Prosima? | 8 TVT-O, Gynemesh, Prolift and Prosima sufficiently |
| 9 MR. SNELL: Form, incomplete. | 9 address any characteristics of those products that |
| 10 A. We -- we don't rely just on the IFU. | 10 could significantly increase their risk of severe |
| 11 Q. (By Mr. De La Cerda) Do you agree that a | 11 complication? |
| 12 surgeon should be able to just rely on the IFU or do | 12 MR. SNELL: Objection. |
| 13 you disagree? | 13 A. As it pertains to the product, yes. |
| 14 MR. SNELL: Same objection, asked and | 14 Q. (By Mr. De La Cerda) The information in |
| 15 answered. | 15 the IFUs for the TVT, TVT-O, Gynemesh, Prolift and |
| 16 A. I -- I disagree that a surgeon should be -- | 16 Prosima should be truthful; correct? |
| 17 rely just on the IFU. | 17 A. Yes. |
| 18 Q. (By Mr. De La Cerda) Should the IFUs for | 18 Q. The information in the IFUs for the TVT, |
| 19 the TVT, TVT-O, Gynemesh, Prolift and Prosima | 19 TVT-O, Gynemesh, Prolift and Prosima should be |
| 20 include the frequency, duration and severity of | 20 accurate; correct? |
| 21 risks associated with those devices? | 21 A. Yes. |
| 22 MR. SNELL: Same objection, lacks | 22 Q. The information in the IFUs for the TVT, |
| 23 foundation. | 23 TVT-O, Gynemesh, Prolift and Prosima should be |
| 24 A. No. As complete as an IFU could be, as | 24 complete; correct? |

| Page 127 | Page 129 |
|---|---|
| 1 complete as an IFU may want to be, it would not be | 1 MR. SNELL: Objection, form. Prior |
| 2 able to address all of them. It may comply with what | 2 testimony. |
| 3 we expect from the IFU, but it will not be able to | 3 A. It is complete -- it is complete for the |
| 4 address every single -- every single risk that has to | 4 product. That's my -- my opinion. |
| 5 do with a surgery that is much more complicated than | 5 Q. (By Mr. De La Cerda) The information in |
| 6 what an IFU can address. | 6 the IFUs for the TVT, TVT-O, Gynemesh, Prolift and |
| 7 Q. (By Mr. De La Cerda) The IFUs for the TVT | 7 Prosima should be fair and balanced about the risks |
| 8 TVT-O, Gynemesh, Prolift and Prosima should include | 8 and benefits of these products? |
| 9 all known material risks associated with these | 9 MR. SNELL: Same objection. |
| 10 products; right? | 10 A. It -- it should be fair and balanced for |
| 11 MR. SNELL: Form, asked and answered. | 11 what pertains to the product. |
| 12 A. It should -- it should include all -- all | 12 Q. (By Mr. De La Cerda) Once an IFU is out |
| 13 unknown risks about the material, but not necessarily | 13 there and -- for physicians to review, if Ethicon |
| 14 will address all known material risk. | 14 learned of a risk or complication that was not |
| 15 Q. (By Mr. De La Cerda) The IFUs for the | 15 previously warned about in the IFU and it was a |
| 16 TVT, TVT-O, Gynemesh, Prolift and Prosima should | 16 significant risk or complication in terms of the |
| 17 include all characteristics of these products that | 17 harm it caused to women, do you know whether or not |
| 18 can significantly increase the risk of severe | 18 Ethicon had an obligation to get that information in |
| 19 complications; right? | 19 the IFU? |
| 20 MR. SNELL: Object to form, lacks | 20 MR. SNELL: Objection, hypothetical, legal |
| 21 foundation. This was asked and answered earlier. | 21 standard. |
| 22 A. Is the -- the instructions for use for the | 22 A. As long as it's evidence-based, yes. |
| 23 device, it addresses one area. The -- the rest is | 23 Q. (By Mr. De La Cerda) Have you compared |
| 24 based on the data. | 24 the differences between the IFUs for the TVT, TVT-O, |

33 (Pages 126 to 129)

Jaime Sepulveda, M.D.

Page 130

1   Gynemesh, Prolift and Prosima, are you aware of the
2   differences between them?
3       A.  I have -- I have read those -- read those --
4   and I have read them many times and I have use it to
5   explain the procedure.
6       Q.  And so you've seen that over time there's
7   been some updates to the IFUs; right?
8       A.  Yes, I have seen that.
9       Q.  Is there a single long-term randomized
10  control trial for TVT, TVT-O, Gynemesh, Prolift or
11  Prosima with safety as a primary end point?
12      A.  I -- I -- they don't -- they're not all
13  included.  There is a randomized control trial that
14  explains about safety of Gynemesh, there is a
15  randomized control trial that explains for Prolift.
16      For each one of them, there's -- safety have
17  been included.  Not only have those randomized control
18  trials explain about safety, they have -- it has
19  spoken specifically about the percentage and the
20  clinical significance of each one of the
21  complications.
22      Q.  Are any of the studies that you're
23  referencing there, has the primary end point, though,
24  been safety in the study?

Page 131

1       A.  The safety -- the safety was evaluated on --
2   on Gynemesh.
3       Q.  Do you know what the name of that study was?
4       A.  Yes, yes.
5       Q.  There is another one over here too.
6       A.  Gynemesh.  Gynemesh on the -- okay.  So --
7   so on the -- to begin with the mesh, we have the
8   Flood, F-l-o-o-d, paper on the use of Marlex.
9       Q.  And what does that study show?
10      A.  That's for the anterior colporrhaphy
11  reinforced with Marlex mesh for treatment of
12  cystocele.
13      Q.  Is this one of the studies that shows it has
14  a primary end point of safety?
15      A.  It's not titled "safety," but they -- they
16  conclude on that study that this is safe to use.  And
17  then there's Nicita, Giulia.
18      Q.  How do you spell that?
19      A.  Giulia Nicita, N-i-c-i-t-a.
20      Q.  And what is that study?
21      A.  And it shows exactly applications in terms
22  of they were able to save -- to do it with safety.
23      So to be accurate to the response to your
24  question, there's no study that says safety of

Page 132

1   Gynemesh on -- or safety of Marlex in the use -- use
2   on -- for cystocele repair.
3       There's -- there are multiple studies -- I
4   can go on with the list -- that cites safety as one of
5   the -- of the things that they study.
6       Q.  So the point of this -- by the way, this is
7   not my question.  I never -- this question, to me,
8   never really gets me anywhere.
9       But the point is that all the studies that
10  have been done on any of these mesh products, the
11  number one end point is, is it effective; right?  Is
12  it effective and then, by the way, was it safe, too?
13      None of these studies is like number one
14  thing safety; right?
15      MR. SNELL:  Objection, overbroad.
16      A.  The -- there's even a better level of
17  evidence that speaks about safety and is when you
18  compare the use of any of these products with what
19  has -- with the -- with the safety profile when you
20  don't use the product.  And that's where the
21  randomized control trial comes into -- into play.
22      The randomized control trials has the
23  capability of evaluating something that I have use
24  without mesh and compare it with something with mesh.

Page 133

1   And that has been used -- that has been reported for
2   Gynemesh, it has been reported for Prolift, it has
3   been -- was reported for -- for TVT and TVT-O, and it
4   was so -- so consistently demonstrated that when it
5   came to Prosima, it became a cohort study.
6       Q.  (By Mr. De La Cerda)  Is it -- is it your
7   opinion that the studies show that any time that
8   mesh products have been compared to whatever the
9   alternative was, a non-mesh alternative, that the
10  mesh products have been shown to be safer than the
11  non-mesh alternative?
12      A.  It's -- it has been shown not to have
13  statistically significantly increased in the number of
14  complications or the frequency of these complications.
15      Q.  Right.  But that's a good point.  So it's
16  been shown to be as safe; right?  And really, the
17  differentiating factor is whether it's more effective;
18  is that fair?
19      A.  It has been shown to be as safe and in some
20  situations, it has been shown -- it has shown to be
21  even safer.
22      Take, for example, the use in the initial
23  study of Marcus Carey on mesh, on Prosima, and
24  straight -- and the known use of an implant.

34 (Pages 130 to 133)

Jaime Sepulveda, M.D.

Page 134

1     When you compare, you see that the three
2  patients that he had to operate for vaginal stenosis
3  were the ones that did not have a mesh.  So there you
4  have an instance in which there was more complications
5  with -- by not using mesh than by using the mesh.
6     Is that directly related to the mesh?  And
7  that's something that could be addressed with a
8  randomized control trial.
9     When we do sutures, suture repairs, and we
10 call them "native tissue repairs," in a randomized
11 control trial or even when we do a cohort of sutures,
12 we see complications on sutures in 36% of uterosacral
13 ligament suspension, we see suture complications in
14 sacrospinous ligament fixations, and when they're
15 compared with mesh, there is -- there is much less.
16    Q.   So on the issue of whether -- you know, the
17 FDA came out with an opinion about -- they actually
18 described that repairs with pelvic organ prolapse mesh
19 are no more effective and might be more dangerous than
20 the alternative non-mesh repairs; right?
21    MR. SNELL:  Objection to foundation.
22    A.   That -- that was the -- that was an opinion
23 that they came in, in the small panel, analyzing the
24 data, I don't know, for two, three days, but that's

Page 135

1  not -- I don't know for how many days they analyze it.
2  I don't even know what papers they consider.
3     But the preponderance of the evidence in the
4  randomized control trial is that it's not more
5  dangerous.
6     Q.   (By Mr. De La Cerda)  Okay.  So on that
7  particular -- I'm sorry.
8     A.   I apologize.  I'll just turn it off.
9     Q.   So on that particular issue, you disagree
10 with the FDA; right?
11    MR. SNELL:  Form, foundation.
12    I think that's misleading because there's
13 two different time periods, Counsel.
14    A.   I -- I disagree -- I disagree with -- with
15 the FDA opinion based on everything else that I review
16 and that I present on my report.
17    Q.   (By Mr. De La Cerda)  All right.  Let's
18 shift gears a little bit and talk some about this is
19 a TVT and TVT-O issue.
20    You're aware that the TVT and the TVT-O can
21 either be mechanically cut into its sling shape or
22 laser cut into its sling shape; right?
23    A.   It can -- the edges can be mechanically cut
24 or laser cut or personically cut.

Page 136

1     Q.   You're aware that Ethicon had evidence as
2  early as 2006 that after elongation, mechanically cut
3  mesh has a greater tendency than laser cut mesh to
4  degrade, lose particles, lose structure, rope, fray
5  and curl; right?
6     MR. SNELL:  Form.  Form, foundation.
7     Go ahead.
8     A.   What -- what I saw in a picture was an
9  uniaxial test done in a sling beyond the capabilities
10 of a sling and beyond any forces that could be placed
11 on a sling when used properly.
12    Q.   (By Mr. De La Cerda)  But you also saw in
13 those pictures that at least under those
14 circumstances, the mechanically cut mesh as compared
15 to the laser cut mesh had a tendency to lose
16 particles, lose structure, rope, fray and curl;
17 correct?
18    A.   They -- they show particles that we -- we
19 have seen over -- over time, not only on that, but
20 also in sutures.  They -- in a picture, I saw a
21 picture of it, and I saw the pictures of uniaxial
22 testing and I saw the communications about it, but
23 that's as much as I can say, I saw it.
24    Q.   And you know that that information was in

Page 137

1  the files of Ethicon at least as of 2006; right?
2     A.   I -- I don't know the time when the
3  information was.
4     Q.   Have you personally seen a TVT or TVT-O that
5  has lost particles, lost structure, roped, frayed or
6  curled in your practice?
7     A.   The only time that I have seen it stretch
8  like that is when I'm actually -- one that I was
9  removing that I put a lot of force into it.  That's --
10 that's a way much force that any patient could ever
11 generate with a sneeze or cough.
12    Q.   You mentioned the one patient that you had
13 that you're removing the sling where it's too tight?
14    A.   Right.
15    Q.   Is this the person you were talking about?
16    A.   That might be the same person; I cannot tell
17 you with certainty.
18    Q.   So when the mesh was placed too tightly, you
19 saw -- would you call that roping or what was it that
20 you actually saw?
21    A.   I -- I -- I started dissecting it and I saw
22 that she still had some -- and the only way I can -- I
23 can recall it is because I actually saw those pictures
24 yesterday in one of the -- of the slide sets.

35 (Pages 134 to 137)

Jaime Sepulveda, M.D.

| Page 138 | Page 140 |
|---|---|
| 1     And all I could -- all I could see was that | 1  within groups that are well-respected within my |
| 2  I actually had to -- had to pull on it from inside, | 2  specialty, that have not describe, not in a single |
| 3  normal attachment. This was not roped, this was not | 3  time, not in any of these papers, that there is such a |
| 4  curled, this not -- there's no such thing that I could | 4  thing happening. |
| 5  describe in telling in general terms or in scientific | 5    Q. If mechanically cut mesh's tendency in |
| 6  terms. I -- this was one -- one anecdotal case in | 6  comparison to laser cut mesh to degrade, lose |
| 7  which I -- that's the only one that looks like the | 7  particles, lose structure, rope, fray and curl is |
| 8  dimensions stretch -- stretch on that device. | 8  clinically significant or clinically relevant, should |
| 9    Q. So would your testimony be that you've never | 9  it be included in the IFU for the TVT and TVT-O? |
| 10  seen a TVT or TVT-O mechanically cut, lose particles, | 10    A. It -- |
| 11  lose structure, rope, fray or curl in your own | 11    MR. SNELL: Objection. Hold on, give me a |
| 12  practice? | 12  minute. |
| 13    A. No, because it has a plastic sheath. | 13    Objection, improper hypothetical based on |
| 14    Q. So you've never seen that yourself? | 14  the particle. |
| 15    A. No. | 15    A. It would have -- it would have to be |
| 16    Q. Should the mechanically cuts -- strike that. | 16  reported. It would have to be reported by |
| 17  Excuse me. | 17  something -- by something dependent by randomized |
| 18    Should mechanically cut meshes tendency | 18  control trial. |
| 19  to -- in comparison to laser cut mesh -- so should | 19    If -- any attributes that being on any of |
| 20  that tendency to degrade, lose particles, lose | 20  the polar sides of things -- things working at one |
| 21  structure, rope, fray or curl be included in the IFU | 21  level or another in both sides of the spectrum needs |
| 22  for the TVT and TVT-O or no? | 22  to be validated by scientific testing. |
| 23    MR. SNELL: Objection, foundation. | 23    Q. (By Mr. De La Cerda) This is a question |
| 24    A. I don't find a need to include that because | 24  that I'll have throughout several of these opinions. |

| Page 139 | Page 141 |
|---|---|
| 1  that's something that has not been demonstrated | 1  I want to make sure to say it in a way that you |
| 2  consistently. | 2  would agree with, because I want you to define for |
| 3    Q. (By Mr. De La Cerda) Is that -- is that | 3  me what it would require for this information to |
| 4  your basis for that opinion or are there | 4  suddenly be required to be in the IFU. |
| 5  additional -- is there additional information that | 5    And so what -- what would be required from |
| 6  provides a basis for that opinion? | 6  your perspective for the information about the |
| 7    A. I have not seen any scientific evidence that | 7  differences between a mechanically cut and laser cut |
| 8  the mesh curls or ropes or -- or -- or frays. Nothing | 8  mesh on the issue of degradation, loss of particles, |
| 9  that I can -- I can tell you that, okay, this is -- | 9  loss of structure, roping, fraying, curling, what |
| 10  we -- we saw this observation on this patient and we | 10  would it take for that information to suddenly be |
| 11  have reported it consistently or out of this number of | 11  information that needs to be in the IFU? |
| 12  procedures that we did, this number actually showed | 12    MR. SNELL: Objection, same objection as |
| 13  that. And if it happened, what is -- how does that | 13  before. |
| 14  translate into the clinical -- and I keep talking with | 14    A. To make it to the -- to the IFU, needs to be |
| 15  my hands because -- that will never get into the | 15  something that is independent of -- of just -- just |
| 16  deposition, but the -- on the -- I have not seen that | 16  the technique beyond what's described in the IFU. If |
| 17  be reported or how that can translate into clinical -- | 17  you see something like a device or a suture breaking, |
| 18  into clinical behavior. | 18  it needs -- the IFU should say, do not make it so |
| 19    Q. So on this issue, the basis for your opinion | 19  tight or place a spacer under the urethra in the case |
| 20  is really the absence of information supporting this | 20  of slings. The IFU says that. |
| 21  information should be in the IFU; right? | 21    So -- so -- and the insertion of the needle |
| 22    A. And the fact that there are multiple | 22  or the removal of the plastic sheath is being done, |
| 23  randomized control trials well -- well-designed | 23  there needs to be instructions in the IFU for the |
| 24  control trials, surgical trials by good surgeons | 24  appropriate placement. So this -- this is not about |

36 (Pages 138 to 141)

Jaime Sepulveda, M.D.

| Page 142 | Page 144 |
|---|---|
| 1 saying this mesh curls or ropes or -- that's not -- | 1 performed a study comparing mechanically cut mesh |
| 2 that's not what the -- what I expect from IFU. What I | 2 versus laser cut mesh in -- actually in women; right? |
| 3 expect is give me the proper technique so I don't put | 3 A. It's -- |
| 4 this material to this extremes that would cause it to | 4 MR. SNELL: Foundation. |
| 5 behave this way. | 5 Go ahead. |
| 6 Q. (By Mr. De La Cerda) So I understand | 6 A. It's -- I'm not aware of any study that was |
| 7 the -- first it would need to be independent of the | 7 performed like that, in that model. |
| 8 technique, but if the roping, fraying, curling, loss | 8 Q. (By Mr. De La Cerda) If mechanically cut |
| 9 of structure, if it's clinically relevant and | 9 mesh, TVT or TVT-O, loses particles when its |
| 10 statistically significant, that would need to be in | 10 implanted in a woman, is there potential for those |
| 11 the IFU; right? | 11 lost particles to migrate into the woman's vaginal |
| 12 MR. SNELL: Objection, improper | 12 wall and cause pain? |
| 13 hypothetical, vague. | 13 A. That's a hypothesis. It has never been |
| 14 A. And to the -- and to the level that it would | 14 demonstrated. |
| 15 say, okay, this is -- this is how it happens in the | 15 Q. Do you know if it's possible or no? |
| 16 clinical setting, not just in a machine. | 16 A. It's medically -- it's medically -- |
| 17 Q. (By Mr. De La Cerda) And I guess that | 17 medically possible, which is way below that within |
| 18 would be encompassed though -- I mean, if it's | 18 the -- within the settings of certain medical |
| 19 statistically significant through randomized control | 19 probability. |
| 20 trials -- let me think about that. So it would need | 20 Q. Okay. Still on this mechanically cut versus |
| 21 to be shown through randomized control trials that | 21 laser cut issue. You agree that mesh -- that mesh and |
| 22 actually involve human implants, not just benched-up | 22 polypropylene slings that is too stiff or rigid can |
| 23 testing or whatever it is in the lab; right? | 23 increase the risk of complications like erosion, |
| 24 A. If you blind -- if you blind this study in a | 24 voiding dysfunction, and urethral obstruction; right? |

| Page 143 | Page 145 |
|---|---|
| 1 way that physicians don't know which type of mesh | 1 MR. SNELL: Form. |
| 2 they're -- they're using, you could -- that would be a | 2 A. No -- no study has been able to corroborate |
| 3 good start. | 3 that. |
| 4 Q. Okay. Do you know if Ethicon ever performed | 4 Q. (By Mr. De La Cerda) So would you |
| 5 a test like that, where they compared laser cut mesh | 5 disagree with that statement? |
| 6 versus mechanically cut mesh actually implanted in | 6 A. I -- I would disagree to that statement |
| 7 women? | 7 based on the fact that there's no evidence confirming |
| 8 A. I -- I don't see anyone placing any human | 8 it. |
| 9 through the stress that a machine could do -- could do | 9 Q. You know that in 2004, Ethicon tested laser |
| 10 that. | 10 cut mesh and found it to be more rigid or stiffer than |
| 11 Q. But Ethicon never performed a study like | 11 mechanically cut mesh; right? |
| 12 that; right? | 12 A. Regardless of the findings that Ethicon may |
| 13 A. I'm going to give you a better -- that was a | 13 have found, I'm not aware that they found one way or |
| 14 very unclear answer what I just gave you. | 14 the other, and with all the research, it would not |
| 15 I don't see -- I don't see an implant being | 15 surprise me that they may have found one way or the |
| 16 stressed to the forces that could be done in uniaxial | 16 other. The question is if that has any -- any |
| 17 testing. Uniaxial testing doesn't always translate | 17 translation to clinical symptoms and the ans- -- of |
| 18 into the behavior in the human body. | 18 the ones you described, and my answer to that is no |
| 19 The IFU was good in addressing the area that | 19 evidence of it. |
| 20 was most important on the urethra and the design was | 20 Q. Okay. So that leads to the next question |
| 21 good in addressing the placement and the -- and the | 21 and this is a question I'm going to have with all |
| 22 confirmation of the mesh with the minimum of the | 22 these opinions, but should laser cut mesh's greater |
| 23 formation. | 23 stiffness or rigidity in comparison to mechanically |
| 24 Q. But back to the question. Ethicon never | 24 cut mesh be included in the IFUs for the TVT and |

37 (Pages 142 to 145)

Jaime Sepulveda, M.D.

| Page 146 | Page 148 |
|---|---|
| 1 TVT-O? | 1 A. Yes. |
| 2 MR. SNELL: Objection, lacks foundation. | 2 Q. And you're aware that Nilsson and Falconer |
| 3 A. No -- no -- there's no evidence that it | 3 opposed the use of laser cut mesh because it did not |
| 4 could work one way or the other. Why would they | 4 have the same stretch profile of mechanically cut |
| 5 include it in the IFU? | 5 mesh. Are you aware of that? |
| 6 Q. (By Mr. De La Cerda) Okay. So let's talk | 6 MR. SNELL: Form. |
| 7 about the bases for why it doesn't need to be | 7 Go ahead. |
| 8 included in the IFU. What is your basis for that? | 8 A. I am not aware of their internal |
| 9 A. It's a -- the use of a laser cut or | 9 conversations about it. |
| 10 mechanical cut meshes do not translate into your | 10 Q. (By Mr. De La Cerda) And does that have |
| 11 procedure being performed any differently and they -- | 11 any effect on your opinion one way or the other? |
| 12 with laser cut or without or with mechanical cut, what | 12 A. It doesn't. Whatever -- whatever |
| 13 you need to be aware is not to place a sling under | 13 interaction they had, I would consider just a healthy |
| 14 excessive tension, which is something that we have | 14 scientific exercise, but until there's data supporting |
| 15 learned even before there was mesh, not to place a | 15 its use and there's data showing that there is a |
| 16 sling under excessive tension, follow good surgical | 16 difference in performance, there is no need to make a |
| 17 principles. And if there was any question about that, | 17 difference -- to make a different recommendation. |
| 18 then doctors could have -- could have requested to be | 18 Q. What is the proper way to tension the TVT |
| 19 trained on it, but I would not include something on | 19 device? |
| 20 the IFU that would just confuse the issue on how to -- | 20 A. It's -- it's to do it tension-free and |
| 21 how to perform the procedure. | 21 tension-free means that there is preservation of the |
| 22 Q. Okay. If laser cut mesh has greater | 22 width of the sling up to 75 percent. |
| 23 stiffness or rigidity in comparison to mechanically | 23 Q. I think I missed something. What did you |
| 24 cut mesh, is clinically relative and statistically | 24 mean -- can you explain that again? |

| Page 147 | Page 149 |
|---|---|
| 1 significant, should it be included in the IFUs for the | 1 A. By the time that I finish doing my |
| 2 TVT and TVT-O? | 2 procedure, the width on my TVT needs to be at least |
| 3 MR. SNELL: Objection, lacks foundation, | 3 1.1 -- at least 75 percent of 1.1-centimeter, that's |
| 4 improper hypothetical. | 4 not just with TVT -- |
| 5 A. There's -- there's no correlate it | 5 Q. Okay. |
| 6 clinically. So my answer to that is no, I would not | 6 A. -- that's with any sling that I may place. |
| 7 expect them to write in the IFU. | 7 Q. Where is that information in the IFU? |
| 8 Q. (By Mr. De La Cerda) So this is a | 8 A. That's not going to be in the IFU because |
| 9 hypothetical. I'm saying assume that it's | 9 that's an observation of Jaime Sepulveda. |
| 10 discovered to be clinically relevant and | 10 Q. Do you believe that Ethicon is responsible |
| 11 statistically significant, under those circumstances | 11 to tell physicians how to properly tension the TVT? |
| 12 would it then be proper to put it in the IFU? | 12 A. There's -- there's -- there's information on |
| 13 MR. SNELL: Same objection. | 13 the IFU about not overtensioning. |
| 14 A. If it's clinically -- clinically relevant or | 14 Q. There's information about that, but is there |
| 15 statistically significant, then it may have been | 15 information, like an exact measurement on how to |
| 16 included on the IFU if it pertains to the performance | 16 tension? For example, I liked your example of |
| 17 of the procedure. | 17 75 percent of 1.1 centimeters. |
| 18 Q. (By Mr. De La Cerda) Now, you're aware | 18 Does Ethicon have a responsibility to |
| 19 that -- you know Ulmsten is the original -- one of | 19 communicate to physicians an exact way in tensioning |
| 20 the original inventors of the TVT; right? | 20 the TVT? |
| 21 A. Yes. | 21 MR. SNELL: Form. |
| 22 Q. You know a couple of the guys that studied | 22 A. I think that Ethicon make every possible |
| 23 TVT with him were Nilsson and Falconer, you remember | 23 effort through their -- through their education |
| 24 those names being mentioned in the studies? | 24 programs to -- to emphasize good practices in doing a |

38 (Pages 146 to 149)

Jaime Sepulveda, M.D.

| Page 150 | Page 152 |
|---|---|
| 1  sling. Ethicon is not re-inventing our technique to | 1  A. That's -- that's part of the art of surgery |
| 2  do a continence procedure. | 2  that I described before. |
| 3  Q. (By Mr. De La Cerda) When you taught on | 3  Q. So you do agree with that; right? |
| 4  behalf of Ethicon regarding slings, did you discuss | 4  A. Repeat that. |
| 5  this issue of the 75 percent of 1.1 centimeters | 5  Q. So do you agree with, quote, there is no |
| 6  indicating proper tensioning? | 6  calibration to let you know when you have the tension |
| 7  A. That's a concept that we all have -- have -- | 7  right, close quote? |
| 8  we, as surgeons, we know we don't want to bring it | 8  A. No, we know -- we know when the tension is |
| 9  tighter than that. But we learned that with the | 9  right. We have experience -- enough experience to |
| 10  pubourethral slings. | 10  know when the tension is right. |
| 11  Q. Okay. So are you saying no, you didn't | 11  It's extremely subjective, but I can tell |
| 12  personally discuss that issue or because everyone | 12  you if you, at the end of your surgery, you see that |
| 13  already knew it anyway? | 13  width that goes underneath, that width that has been |
| 14  A. Right. This is -- this is a common surgical | 14  shown study after study, that effective, if you |
| 15  knowledge, which Ethicon may or may not have known. I | 15  know that is not the width you have at the end of your |
| 16  don't know if they -- if they knew it. This is just a | 16  surgery, you overtensioned it. |
| 17  personal observation. | 17  Q. But there's not like a general calibration |
| 18  Q. So you believe that Ethicon properly | 18  for that; right? Or is there? I mean, is the general |
| 19  instructs physicians on how to tension the TVT; right? | 19  calibration the 75 percent of 1.1 centimeters, is that |
| 20  A. They -- they cover that in the IFU. | 20  the general calibration for everybody or no? |
| 21  Q. Do you agree that the strongest unmet need | 21  MR. SNELL: Form. |
| 22  with the TVT is the ability to adjust tension both | 22  A. It's a visual inspection. |
| 23  intraoperatively and post-operatively? | 23  Q. (By Mr. De La Cerda) So is that a yes? |
| 24  MR. SNELL: Form. | 24  MR. SNELL: Objection, asked and answered. |

| Page 151 | Page 153 |
|---|---|
| 1  A. Well, there's no -- no way to assess | 1  A. Yeah, that's a general calibration that is |
| 2  post-operatively. You're going to close and there's | 2  been used -- I'm sorry, Burt. |
| 3  no -- no study that says how you're going to tension | 3  MR. SNELL: I said, objection, asked and |
| 4  it. We try to make an inference with biomechanics. | 4  answered. |
| 5  Q. (By Mr. De La Cerda) But do you agree | 5  Go ahead and answer it. |
| 6  with that statement? That the strongest unmet need | 6  Q. (By Mr. De La Cerda) Do you agree that |
| 7  of the TVT's ability to adjust tension both | 7  there is no -- quote, there is no consensus on the |
| 8  intraoperatively or post-operatively, do you agree | 8  amount of tension needed and many feel that the |
| 9  or disagree with that statement? | 9  tension will vary based on patient presentation and |
| 10  A. I -- | 10  patient anatomy? Do you agree with that? |
| 11  MR. SNELL: Form. | 11  MR. SNELL: Form. |
| 12  Go ahead. | 12  A. It's -- I would have to agree that it |
| 13  A. I would agree to an extent, but it's so -- | 13  changes from patient to patient and that's one of the |
| 14  so vague that I cannot tell you that I agree | 14  biggest challenges not only in this proceeding, any |
| 15  completely with it. | 15  surgery. |
| 16  Q. (By Mr. De La Cerda) Do you agree that | 16  Q. (By Mr. De La Cerda) Are you going to |
| 17  the mesh and TVT may be too wide? | 17  offer the opinion that tensioning of the TVT sling |
| 18  MR. SNELL: Form. | 18  is the same regardless of whether the sling is made |
| 19  A. I don't -- no, I think it has shown to be of | 19  of mechanically cut mesh or laser cut mesh? |
| 20  the -- of the right -- of the right width to work | 20  A. You're going to visually see at the end of |
| 21  clinically. | 21  your procedure and you know if you tensioned it right |
| 22  Q. (By Mr. De La Cerda) Do you agree that | 22  when you look at it. |
| 23  there is no calibration to let you know when you | 23  Q. So tensioning might change as long as the |
| 24  have the tension right? | 24  width that you're looking for is correct? |

39 (Pages 150 to 153)

Jaime Sepulveda, M.D.

---

Page 154

1    A.  I just say visually see.  I don't know how
2  another way you're going to see if it's not visually.
3    Q.  Right.
4    A.  But it's -- what I -- my opinion is that
5  once you -- once you place a sling, that being laser
6  cut or mechanically cut, at the end of your procedure,
7  that sling needs to look the way -- in a way that it
8  covers the mid urethra to an extent of at least .75 to
9  1-centimeter.
10    Q.  Do you agree that a responsible medical
11  device company would determine the proper way to place
12  a device before putting that product on the market?
13    MR. SNELL:  Form.
14    A.  They -- they have no way -- we have no way
15  to -- to -- to communicate that to each other.  That
16  is -- that is the hard part of surgery.
17    I think that when they say, "Do not
18  overtension it," and when they say, "You need to have
19  experience in continence procedures," and when they
20  say, "This is not a comprehensive guide for continence
21  care," I think that's accurate and fair and as a
22  surgeon you understand that.
23    Q.  (By Mr. De La Cerda)  And so this question
24  is really more of a general proposition, though.

---

Page 155

1  Would you agree that a responsible medical device
2  company would determine the proper way to place a
3  device before putting that product on the market?
4    MR. SNELL:  Same objection, asked and
5  answered.
6    A.  That's where -- that's where all the studies
7  with cadavers come in.
8    Q.  (By Mr. De La Cerda)  So the answer is
9  yes; right?
10    A.  Yes, the device company does that.
11    Q.  Okay.  Shifting gears to a new issue.
12    Before I do that, are you okay?  Do you want
13  to take a break at all?
14    A.  No, I'm okay, if you guys are okay.
15    MR. SNELL:  What time are we going to have
16  lunch?
17    MR. DE LA CERDA:  Yeah, it's almost noon.
18  Do you want to do it now.
19    MR. SNELL:  If he's fine, I'm fine.
20    (Thereupon, a recess was taken from
21  11:47 a.m. until 12:00 p.m., after which the
22  following proceedings were held:)
23    Q.  (By Mr. De La Cerda)  So we're back on the
24  record.

---

Page 156

1    There's a fault question on -- earlier we
2  discussed your work as a consultant for Ethicon and we
3  briefly discussed what you estimated to be what you
4  had received from Ethicon in compensation for that.
5    In another case, the Raviola case, which you
6  may recall, there was actually a production of the
7  payments and it was produced in a -- hard copy --
8  and this question is probably really for Burt.
9    MR. DE LA CERDA:  If I forward that to you,
10  can you send that to us in like an Excel or
11  whatever it originally came in because the print
12  is tiny?
13    MR. SNELL:  Okay.  Yeah, I mean -- well, I
14  can do my best.
15    MR. DE LA CERDA:  Okay.
16    MR. SNELL:  I've been trying to send
17  e-mails.  My e-mail is not working.  It's not
18  letting me send stuff.  I have something
19  important to send.  It's not related to this
20  deposition.  I've been trying all morning.  Is
21  the Internet --
22    MR. DE LA CERDA:  It's coming off and on for
23  me.
24    I'm forwarding this to you and then if we

---

Page 157

1  can get the native version.  It looks like it was
2  an Excel that was then printed off, but the type
3  on it is really small and then that will
4  provide -- this is what Ethicon shows its records
5  of payments and then that can kind of settle that
6  issue.
7    THE WITNESS:  Yeah, it was actually
8  presented on the Cavness trial.
9    MR. DE LA CERDA:  Oh, okay.
10    THE WITNESS:  It was in very small -- very
11  small letters.
12    MR. DE LA CERDA:  Okay.
13    THE WITNESS:  And just as clarifying that
14  number, what was allocated to pay me, not actual
15  payments.
16    MR. DE LA CERDA:  Okay.  So we'll have to
17  clear that up, but if, Burt, you can take a look
18  at getting us that version, thanks.
19    Q.  (By Mr. De La Cerda)  Okay.  All right.
20  The issues that I'm about to discuss will relate to
21  TVT, TVT-O, Gynemesh, Prolift and Prosima, so I'm
22  going to do it all at once.
23    First, you're aware that the TVT and TVT-O
24  are made of Prolene mesh, which is constructed of

---

40 (Pages 154 to 157)

Jaime Sepulveda, M.D.

| Page 158 | Page 160 |
|---|---|
| 1  knitted filaments of extruded polypropylene strands, | 1  strength of the suture on testing that was done before |
| 2  identical in composition to that used in Prolene | 2  placing it on a patient. |
| 3  polypropylene nonabsorbable surgical suture; correct? | 3      Q.  (By Mr. De La Cerda)  Okay.  So why would |
| 4      A.  I agree with that. | 4  it be desirable for a human implant to have those |
| 5      Q.  You're also aware that the mesh in Gynemesh, | 5  characteristics that it doesn't degrade, that it's |
| 6  Prolift, and Prosima is Prolene Soft, which is also | 6  inert, that's it's nonreactive? |
| 7  constructed of knitted filaments of extruded | 7      MR. SNELL:  Same objection. |
| 8  polypropylene identical in composition to Prolene | 8      Go ahead. |
| 9  polypropylene suture; correct? | 9      A.  It is -- it translates, theoretically, on |
| 10     A.  To a -- to a -- identical in composition, | 10  the durability of the repair. |
| 11  yes. | 11     Q.  (By Mr. De La Cerda)  Because these mesh |
| 12     Q.  And the IFUs for the TVT, the TVT-O, | 12  implants are intended to be permanent implants; |
| 13  Gynemesh, Prolift and Prosima all characterize Prolene | 13  correct? |
| 14  as inert; correct? | 14     A.  They're intended to -- to last a lifetime if |
| 15     A.  They -- they characterize it as that word | 15  you can make it interact in a way that it can last a |
| 16  inert, yeah. | 16  lifetime.  In other words, if the host doesn't change, |
| 17     Q.  They state:  "This material, when used as a | 17  you'll want that implant to work and give you |
| 18  suture, has reported to be nonreactive and retain its | 18  durability. |
| 19  strength indefinitely in clinical use"; right? | 19     Q.  Now you're aware that as early as 1987, |
| 20     A.  I -- I'm aware of that statement, yes. | 20  Ethicon had evidence of degradation of Prolene in the |
| 21     Q.  They also -- the IFUs for those products | 21  human body; correct? |
| 22  also state:  "The material is not absorbed nor is it | 22     A.  I -- I don't believe that they call it |
| 23  subject to degradation or weakening by the action of | 23  degradation in the sense that we interpret |
| 24  tissues enzymes"; right? | 24  degradation.  There's -- there's degradation from the |

| Page 159 | Page 161 |
|---|---|
| 1      A.  That's a statement on the IFU. | 1  biomechanical point of view and there's degradation |
| 2      Q.  The mesh in these products not being -- or | 2  from what we see in normal life of degradation. |
| 3  strike that. | 3      Q.  Okay.  So what is it that you believe that |
| 4      The mesh in these products being nonreactive | 4  Ethicon saw in terms of degradation in 1987? |
| 5  or inert or not subject to degradation, that's a | 5      A.  Well, what they saw -- what they saw is |
| 6  property or those are properties that are desirable | 6  purely a microscopic study.  If there will be |
| 7  for an implant designed for a human body; right? | 7  degradation, there will be a significant impact on the |
| 8      MR. SNELL:  Form, overbroad. | 8  durability of the effect of the sling or in the |
| 9      A.  That -- that is -- that is a characteristic | 9  durability of the repair. |
| 10  that we did not see in other types of materials and | 10     Q.  In the context of safety, though -- strike |
| 11  that we're pursuing when we placed those sutures. | 11  that. |
| 12     Q.  (By Mr. De La Cerda)  Okay.  Why would you | 12      If Prolene has a tendency to degrade in a |
| 13  want a human -- an implant designed to be implanted | 13  human body, would that indicate that it's not inert? |
| 14  in humans to be inert or nonreactive or not subject | 14     MR. SNELL:  Form, improper hypothetical. |
| 15  to degradation? | 15     A.  If it would degrade, it would dissolve.  And |
| 16     MR. SNELL:  Objection, overbroad. | 16  if it would dissolve, it would just lose all its |
| 17     Go ahead. | 17  effect.  So whatever -- whatever conclusion is met of |
| 18     A.  The degradation has to -- has to do with -- | 18  degradation is on hypothetical grounds and not based |
| 19  the way we interpret degradation has to do with | 19  on the evidence that we have. |
| 20  absorbables or partially absorbable sutures. | 20     Q.  (By Mr. De La Cerda)  What evidence are |
| 21     The way that non- -- nonreactive means that | 21  you referencing? |
| 22  there's no reaction to hydrolysis. | 22     A.  The durability of a procedure for |
| 23     And the way that it was described as non- -- | 23  incontinence on prolapse. |
| 24  nondegraded is it was that there was no loss on the | 24     (Brief interruption and off the record discussion.) |

Jaime Sepulveda, M.D.

1   Q.  I can't remember if you were finished with
2   your response.  If you could read it back.
3       (The requested portion of the record was
4       read back by the reporter.)
5   A.  Let me clarify this.  The reason why I
6   generalize it on incontinence on prolapse is because
7   we're talking about more than one product here.
8   Q.  (By Mr. De La Cerda)  Yes, yes.
9       And all these products have, within their
10  mesh -- one mesh is called regular Prolene or just
11  Prolene and the other one is called Prolene Soft, but
12  both meshes are made of essentially woven Prolene
13  suture.  It's the same material as Prolene; right?
14  MR. SNELL:  Objection.
15  A.  No, it's not woven.
16  Q.  (By Mr. De La Cerda)  How is it made then?
17  A.  It's knitted.
18  Q.  Knitted, okay.
19      But it's all made of knitted polypropylene
20  that's identical in composition to Prolene; correct?
21  A.  It's knitted -- it's knitted extruded
22  polypropylene.
23  Q.  It's identical in composition to Prolene
24  suture; right?

1   A.  It is -- it has been shown to have the same
2   level of crystallinity as Prolene suture.
3   Q.  If there were findings as to Prolene suture,
4   would those findings, the characteristics of Prolene
5   suture, have relevance to meshes that are also made of
6   extruded polypropylene that's identical in composition
7   to Prolene suture?
8   MR. SNELL:  Form, vague.
9   A.  I did not get that one.  Sorry.
10      (The requested portion of the record was
11      read back by the reporter.)
12  A.  As it pertains to composition, the evidence
13  shows that TVT-O and Prolene sutures, that's the
14  extent of the evidence, has -- has the same
15  crystallinity.  When we define crystallinity, is the
16  most accurate way to evaluate that one material is
17  like the other.
18  Q.  (By Mr. De La Cerda)  Well, what I'm
19  saying, though, is if there is a finding about a
20  characteristic of Prolene sutures like, for example,
21  degradation, if Prolene sutures degrade in the human
22  body, can we also say or is that evidence of that
23  Prolene mesh would also degrade in the human body?
24  MR. SNELL:  Form.

1   A.  And there is -- first of all, there is
2   more -- there are three -- there are three parts to
3   that question.  The first one is the concept of
4   degradation.  And if Prolene would degrade, all the
5   Burches that we did with polypropylene would
6   eventually fail.  And all the -- and most of the
7   slings that we did with polypropylene would eventually
8   fail clinically.
9       And we know that the evidence points out
10  that that's -- that's not the case.  That's the first
11  part of degradation.
12      Number two is polypropylene, the way it
13  defines degradation on a dog or in a rabbit or in a
14  Himalayan or a Wistar rat or a Himalayan -- Himalayan
15  rabbit, the way it's defined cannot be translated
16  to -- to a -- to a person because they're completely
17  different hosts and the stresses that are placed on --
18  on those implants are completely different.
19      The immunologic reaction is different and
20  the cellular level is different, cellular findings are
21  different.  And, finally, is the concept that -- that
22  Prolene and -- would -- would degrade and create
23  anything beyond what the sling would create.  No, they
24  stay -- they're both exactly the same, the same.  Not

1   exactly, but they're both very similar implants.
2       So those are the three -- three aspects to
3   your question, and I know it's an extremely elaborate
4   answer for probably a much more straightforward
5   question.  But there's -- the concept of degradation,
6   I would have to accept that concept to agree with
7   your -- with what you just presented.
8   Q.  (By Mr. De La Cerda)  I think step one is
9   we need to define what we're talking about by
10  degradation.
11      We know that in 1987 there was a study done
12  by Ethicon on explanted Prolene suture from humans;
13  right?
14  A.  On explanted and not -- I believe it's from
15  the dog study.
16  Q.  There is one of humans, too.  Have you seen
17  that one?
18  A.  No, I haven't -- haven't.  I'm not aware of
19  that one.
20  Q.  Okay.  If there's a study from 1987 on --
21  and these are Prolene sutures explanted from humans,
22  if those show the cracking and degrading that's
23  indicative of degraded polypropylene, that's the kind
24  of degradation that I'm talking about.

42 (Pages 162 to 165)

## Jaime Sepulveda, M.D.

Page 166

1    A.  Are you referring to the eye study?
2    Q.  I'm sorry?
3    A.  To the eye study.  Are you referring to the
4  polypropylene being removed from the eye?
5    Q.  Vascular -- I believe they were implanted in
6  the heart.  Unfortunately, I didn't bring that study
7  with me.  I assumed you would already be aware of it.
8        My understanding is they were explanted from
9  the hearts of the patients.  They were Prolene sutures
10  explanted from the heart of human patients.
11       Are you aware of that one?
12    A.  No, I'm not aware.  I know there is a study
13  on blood vessels and I know that there is a study
14  of -- on the eye and I know about the dog study.
15    Q.  Okay.
16    MR. SNELL:  For clarification purposes, you
17  have -- maybe if you knew -- I can tell you -- I
18  know what the name of it is.  I mean, if that
19  would ring a bell with him.
20    MR. DE LA CERDA:  Professor --
21    MR. SNELL:  Gudion, blood vessels.
22    THE COURT REPORTER:  Can you spell that one?
23    MR. DE LA CERDA:  I think it's G-u-d-o-i-n
24  or something like that.  That's the professor's

Page 167

1  last name.
2    Q.  (By Mr. De La Cerda)  Does that ring a
3  bell?
4    A.  It's -- I am -- I read that.  I do recall
5  reading it and I do recall that it was a very thin
6  polypropylene suture that was hand tied, but
7  there's -- I don't know how that translate to
8  degradation.
9    Q.  (By Mr. De La Cerda)  Okay.  So the
10  finding in that study was at the surface, that there
11  was cracking on the surface of the suture; right?
12  And that when they tested the material from the
13  cracking, that it was indicative of oxidative
14  degradation to polypropylene; right?
15    MR. SNELL:  I'm going to object on
16  foundation.
17    Go ahead.
18    A.  I cannot confirm that, no.
19    Q.  (By Mr. De La Cerda)  Okay.  Well, what
20  I'm trying to do is define the degradation I'm
21  talking about.  And I think this is even in the
22  studies that discuss it, degradation, and there have
23  been in the studies discussion of the surface of
24  polypropylene has some sort of cracking that's going

Page 168

1  on and when they look at that cracking, it's
2  believed to be polypropylene that's cracking and
3  degrading.
4        Now you've seen studies that have discussed
5  that issue; right?
6    A.  I'm -- I'm aware of the paper by Clavé.
7    Q.  Okay.
8    A.  By one of the Clavés, by the way, not --
9    Q.  Is there a brother, like an evil twin?
10    A.  So I am aware of that paper and in that same
11  paper they cite the UV -- ultraviolet degradation, but
12  I am also aware that that paper was about normal
13  samples.
14        I'm also aware that the number of
15  low-density polypropylene study was less than -- I
16  believe it was a quarter of the sample and -- I don't
17  have to believe it, I actually have it here.
18    Q.  You're welcome to pull out anything you'd
19  like to review.
20        What I'm trying to get at -- I'm just trying
21  to get us to agree at least on a definition of
22  degradation that I'm going to ask you about.  And what
23  I'm trying to say is that's the version of degradation
24  I'd like to ask you about.

Page 169

1        Now, I know you're already going to tell me
2  that's not clinically significant.  I know you're
3  going to tell me it's not going to matter.  I know
4  that.  What I'm trying to first get is let's get an
5  agreement on that's the degradation I'm talking about
6  and then we can go through the -- to kind of finish up
7  the questions because you'll end up telling me that it
8  doesn't need to be in the IFU.
9        So focusing, first, on the degradation, the
10  version that I'm talking about is the cracking, the
11  surface cracking that happens of the polypropylene
12  that's at least been seen and reported on in some of
13  the studies.  Is that version of degradation, is that
14  clinically significant or clinically relevant such
15  that it needs to be in the IFU for the TVT, TVT-O,
16  Gynemesh, Prolift and Prosima?
17    MR. SNELL:  Objection, lacks foundation.
18    Go ahead.
19    A.  The way it stands right now, with the
20  studies that I have seen, specifically the ones on --
21  in general polypropylene -- the ones on the eye, I
22  believe I saw that.  The way it stands right now, that
23  type of degradation has not been shown on the -- on
24  actual samples of slings.  It has been shown in

Jaime Sepulveda, M.D.

Page 170

1 abnormal samples, not in slings that work or come --
2 or have the clinical results that we have seen on
3 reports and it have -- it have not been shown in
4 any -- any studies having a clinical impact.
5    Q.  (By Mr. De La Cerda)  Okay.  What do you
6 mean by "abnormal slings"?
7    A.  If there is a sling that has an exposure,
8 and especially slings that are exposed to a surface,
9 then that will be abnormal sample.
10   Q.  Okay.  Exposed to what kind of surface?
11   A.  To the vagina or the bladder or the bowel.
12   Q.  Okay.  So is there something that's
13 happening during that exposure that -- that your
14 belief is causing this phenomenon of degradation?
15      MR. SNELL:  Objection.  Hold on.
16   Misstates -- I don't think he testified, Counsel,
17   that he believes in degradation.  I think you're
18   taking what he said -- I think you're misstating
19   his answer.
20      Go ahead.
21   A.  The -- what we see in abnormal slings is
22 that a biofilm is created and this biofilm is -- has
23 been seen in catheters, it has been seen in IUDs, it
24 has been seen in other implants that are exposed to

Page 171

1 air.
2    Q.  (By Mr. De La Cerda)  Okay.  So is that --
3 is that your explanation of what you believe is
4 actually being seen when we see this cracking?
5    A.  That -- that is -- that is actually what --
6 what I see, the only correlation that I can put
7 together with the cracking.
8       There's no other explanation based on what I
9 know and what I have researched that mechanical stress
10 retrieval or a biofilm.
11   Q.  Okay.  We know -- well, you know that raw
12 polypropylene without any antioxidants would degrade
13 in the human body.  Do you know that or no?  Or do you
14 believe that or no?
15   A.  No, there's no evidence that there's
16 degradation.
17   Q.  Okay.  Do strong oxidizers like peroxide, do
18 those affect raw polypropylene or no?
19   A.  The only report that I was able to find on
20 it was in containers, which is different from this --
21 it's the same hydrocarbon, but different containers on
22 a surface outside.
23   Q.  Okay.
24   A.  Actual containers that were used for

Page 172

1 storage.  This is completely different from -- from
2 what is used in slings in prolapse.  So there's --
3 it's a hypothesis.  That's probably upgrading it to a
4 hypothesis.
5    Q.  Ultimately you believe, though, that the
6 cracking that's seen when the studies are discussing
7 degradation is really a biofilm and not the
8 polypropylene itself; right?
9    A.  I -- I don't know if it's the biofilm or
10 it's a matter of technique or if it's a stressor that
11 was placed on the sample on retrieval.  We -- we don't
12 know that.  And most -- most importantly, we know that
13 probably any -- regardless of the reason why it
14 happens, it doesn't translate in any physical outcome,
15 in a clinical significant outcome.
16   Q.  What about the erosions, though?  So you
17 mentioned that they were abnormal meshes that had
18 eroded and were exposed to air, isn't the fact there
19 is an erosion, isn't that some sort of clinical --
20 clinically significant event?
21      MR. SNELL:  Form.
22   A.  No, the exposed segment of the sling doesn't
23 mean that it eroded.  The most frequently -- the
24 most -- normally, the most frequent reason why you see

Page 173

1 an exposed sling or a mesh is because there's a bone
2 healing that -- the dehiscence of the wound, there is
3 a dehiscence of the wound, there is a disorder of the
4 wound healing.
5       So we have seen disorders of wound healing
6 in patients that have prolapse even before we place --
7 we replace it, and we actually have seen it with
8 sutures.  Not only with polypropylene sutures, we have
9 seen it with polyester sutures, specifically, and we
10 have seen it with GORE-TEX sutures.
11      And there's actual clinical evidence that
12 shows these abnormal wound healing occurring on the
13 presence of these sutures, and also with native
14 tissue.  So this is not that the sling work itself
15 around and erode.  This is an incision that has been
16 open.
17   Q.  (By Mr. De La Cerda)  And is there any --
18 and what's responsible for the poor wound healing or
19 the wound healing issue?
20   A.  There are a variety of factors.  These are
21 defects in the fibromuscular layer, specifically, as I
22 place -- as I wrote in my report, loss of tensile
23 strength in the abdominal sutures that put the wound
24 together.

44 (Pages 170 to 173)

Jaime Sepulveda, M.D.

| Page 174 | Page 176 |
|---|---|

**Page 174**

1      Number two, there are mechanical factors.
2      Number three, there are actual wound-healing
3 factors, such as immune disorders, poor tissue
4 healing, cigarette smoking, and finally hematomas,
5 just to mention a few.
6      And these conditions may predispose a wound
7 to open and expose the graft. It may predispose the
8 wound not to heal properly over a suture and it may
9 predispose the wound not to heal properly just over
10 native tissue.
11    Q. Have you -- are you aware of an exposure and
12 erosion ever happening not related to a wound healing
13 issue?
14    A. No, that's -- that's -- is a problem of
15 wound healing.
16    Q. And that's it?
17    A. And that's what I see consistently.
18    Q. But it's your belief that that's the only
19 reason why there might be an exposure or erosion is
20 because of wound healing; right?
21    A. It is the most viable factor of the three
22 fact- -- of the three -- of the interaction between a
23 graft on a host, is the most viable factor is the
24 host. And the -- the sling's consistent. Or the --

**Page 175**

1 or the polypropylene is a consistent material. And
2 there's obviously the third one, which is the
3 insertion, the technique, but if you really look at
4 technique being constant, it's always a wound healing
5 issue.
6    Q. So one of the problems could be the doctor's
7 fault, the other problem could be the patient's fault
8 because of their body and their wound healing, but
9 third issue can't be the implant because it is what it
10 is and it's --
11    A. I would not simplify just with it being a
12 fault. We -- this is not -- these are not issues that
13 are just -- that just happened with -- with mesh.
14 We -- we know that these issues go way -- for any
15 prosthetic material, way back before any prosthetic
16 material. We know that these issues happen with
17 polyester sutures in uterosacral ligament suspensions.
18 We know that there are instances in which there has
19 been no mesh, there being a suture and the suture had
20 to be removed. And we know there are instances in
21 which we don't use a mesh at all and that incision
22 opens up. The most viable aspect is the host.
23 There's definitely a variation on the insertion
24 technique and I think that by now we all have evidence

**Page 176**

1 that those with the most experience have the lowest
2 rate of -- lowest rate of problems. Not only this
3 surgery, any other surgery, but the most consistent
4 part is the prosthesis, the polypropylene.
5    Q. Do you believe that mesh degrading or
6 breaking down can lead to an erosion or exposure or
7 no?
8    MR. SNELL: Foundation.
9    A. There's -- there's no evidence that that's
10 the case.
11    Q. (By Mr. De La Cerda) Do you believe that
12 polypropylene can become brittle?
13    A. How -- how do we define brittle?
14    Q. That's a good question.
15    A. You're going to probably --
16    Q. What's your understanding of the term
17 "brittle"?
18    A. Brittle is weak. Brittle could be friable.
19 Decreased tensile strength to put it in exact terms.
20    Q. So using that explanation of what brittle
21 means to you, do you believe that polypropylene can
22 become brittle?
23    A. No.
24    Q. Okay. So now let's get to the question

**Page 177**

1 about your opinion. Should Prolene's tendency to
2 degrade in the human body be included in the IFUs for
3 the TVT, TVT-O, Gynemesh, Prolift and Prosima?
4    MR. SNELL: Lacks foundation, misstates,
5    opinion testimony.
6    A. There's -- there's nothing to place the
7 result of degradation.
8    Q. (By Mr. De La Cerda) And your basis for
9 that opinion is what?
10    MR. SNELL: Asked and answered.
11    A. That degradation has not been defined in a
12 reproducible scientific way to have -- to be present
13 or, if present, to have any consequences in clinical
14 outcomes.
15    MR. DE LA CERDA: All right. I think that's
16    a good break point. It's 12:30.
17    (Thereupon, a lunch recess was taken from
18    12:30 p.m. until 1:20 p.m., after which the
19    following proceedings were held:).
20    Q. (By Mr. De La Cerda) All right. Doctor,
21 we're back on the record. There is one question I
22 wanted to ask you on the degradation issue.
23    If Prolene's tendency to degrade the human
24 body is clinically significant, clinically relevant

45 (Pages 174 to 177)

Jaime Sepulveda, M.D.

Page 178

1  and statistically significant, should that information
2  be included in the IFUs for the TVT, TVT-O, Gynemesh,
3  Prolift and Prosima?
4        MR. SNELL:  Objection, foundation, form.
5        Go ahead.
6     A.  Any -- any significant clinical response
7  that deviates from what's reported in randomized
8  control trials should be -- should be a matter of
9  addressing it, regardless if there is a degradation
10 there underneath or not.  And there -- there are
11 systems in place that allows for that reporting, more
12 than one system, actually.
13    Q.  (By Mr. De La Cerda)  So any risk or
14 complication that's clinically significant,
15 clinically relevant and statistically significant,
16 any risk or complication that's like that should be
17 included in the IFU, do you agree with that?
18       MR. SNELL:  Form, foundation, misstates.
19    A.  If there's -- anything that is clinically
20 significant, statistically significant, let's say we
21 have a voiding dysfunction that is higher than would
22 happen with a Burch procedure, if we have pain, any
23 type of an incidence of urge incontinence or urge
24 incontinence, incidents of any -- that should be

Page 179

1  addressed.  If it's different from the RCTs.  But if
2  you're going to challenge what's reported on RCTs,
3  then you need to come up with a similar number of
4  patients and you need to have some statistical
5  validity to it.
6     Q.  (By Mr. De La Cerda)  Okay.  Moving on to
7  a new issue and this one involves TVT and TVT-O.
8        What does cytotoxicity mean?
9     A.  It means in the -- in experiment, the number
10 of cells that are not viable after exposure to an
11 agent is lower than the expected of the benchmark we
12 established.
13    Q.  The definition you gave me, which, by the
14 way, is very accurate in a certain sense.  It's funny,
15 so you told me exactly what the scientific definition
16 is.  The other thing I was asking -- that I was
17 thinking in my mind is cytotoxicity, what does that
18 word mean, literally?
19       MR. SNELL:  Form.
20    A.  It means it will -- it means toxicity to the
21 cell.
22    Q.  (By Mr. De La Cerda)  Right.  And you're
23 aware that the cytotoxicity assessment of the
24 Ulmsten Prolene polypropylene sling, using the ISO

Page 180

1  elution method showed cell lysis and toxicity;
2  correct?
3     A.  There was one other place, and I was able to
4  see that on company documents.  There was one other
5  place in which they saw that there was a little
6  cytotoxicity, but when it was -- it could never be
7  reproduced, actually, when it was redone in the
8  agarose, in the agarose form, there was -- in the
9  agarose overlay method, it was not -- it was not
10 cytotoxicity.
11       And this is significant because the -- when
12 you do a drug elution test, essentially, you're
13 immersing the cells on a pool of this -- of this
14 polypropylene.  It will be -- it's a huge amount.
15 It's an amount that you, on purpose, make it -- make
16 it toxic.  The toxicity -- the toxicity is -- is
17 supposed to affect a lot more than this.
18       One of the biggest drawbacks of cytotoxicity
19 assays is that you cannot have a positive control.  So
20 when you put agarose on it, you neutralize and you
21 make it more real.  You neutralize it and make it more
22 real.
23    Q.  In one of those two testing methods
24 cytotoxicity was shown; right?

Page 181

1     A.  It was in one plate.  It was not
2  scientifically significant to it.  When normal
3  polypropylene was -- was examined on L929 mouse
4  fibroblast cells, there was no cytotoxicity.
5     Q.  Have you studied what happens to tissues
6  when it's exposed to a cytotoxic substance?
7     A.  Yes, I have.
8     Q.  And can you explain what those studies were?
9     A.  Before going to OB/GYN, I did a fellowship
10 on molecular pharmacology, and I did a flow cytometry
11 and cytotoxicity assays, that's what I did every day.
12    Q.  Okay.
13    A.  And we use different agents.  So there's --
14 one thing that we know that tissue configures a
15 protection different from cells.  Tissue makes --
16 makes the viability of cells coming -- mediating by
17 whatever response that you may have to a cytotoxic
18 agent.
19       So far, and there has not been any evidence
20 that polypropylene is a cytotoxic in the muscle that
21 been by biopsy or by any other -- other test.
22    Q.  Would you agree that necrotized tissue
23 surrounding mesh could lead to erosion or exposure of
24 the mesh?

46 (Pages 178 to 181)

Jaime Sepulveda, M.D.

Page 182

1      A.  If you see a necrotic tissue in an incision,
2   it's a wound dehiscence.
3      Q.  So do you agree or disagree with that
4   statement -- or that question?
5          MR. SNELL:  Form.
6      A.  That -- you will have to repeat it.  I'm
7   sorry.
8      Q.  (By Mr. De La Cerda)  Would you agree that
9   necrotized tissue surrounding the mesh could lead to
10  an erosion or exposure of the mesh?
11     A.  If it's at the wound, yes, it can lead to
12  that.
13     Q.  Should the cytotoxicity assessment of the
14  Ulmsten polypropylene sling showing cytotoxicity be
15  included in the TVT or TVT-O IFUs?
16         MR. SNELL:  Form, misstates.
17     A.  Once you have a pyrogenicity assays and once
18  you have a drug elution and agarose test, if your
19  testing is negative, you just submit it to the FDA.
20  It doesn't have to be included as cytotoxic because it
21  will be -- it will be inaccurate.
22     Q.  (By Mr. De La Cerda)  So the answer is no;
23  right?
24     A.  No.

Page 183

1      Q.  And what would be your basis for that
2   opinion?
3      A.  My -- the review of the -- the review of the
4   cytotoxicity assays that were made available to me
5   through company documents.
6      Q.  Okay.  And which ones were those?
7      A.  The ones on TVT.
8      Q.  And those included the ISO agarose diffusion
9   method?
10     A.  That includes -- there are two types of
11  tests that were done.  There was the agarose, the drug
12  elution, and pyrogenicity and to check for the
13  inflammatory reaction also of injected polypropylene.
14     Q.  Any other bases for this opinion?
15     A.  This is -- this is the basis for the
16  opinions.
17     Q.  Do you know what the significance is of mesh
18  being heavyweight as opposed to lightweight?
19     A.  There's -- there's -- the difference --
20  difference in weight -- in the weight, essentially.
21     Q.  And it's really a description of density,
22  right, not actual mass?
23     A.  It has -- it has to do with how much per a
24  square -- square millimeter is, how much does it weigh

Page 184

1   in terms of grams per square millimeters.
2      Q.  And so do you have an understanding of what
3   the significance in terms of risks and
4   complications --
5      A.  I -- I misspoke.
6      Q.  Okay.
7      A.  I misspoke.  It's not per square millimeter.
8   It is per square meter.
9      Q.  Okay.
10     A.  I can double-check that.
11     Q.  Do you have any understanding of what the
12  significance is in terms of risks and complications
13  when you look at lightweight mesh versus heavyweight
14  mesh?
15         MR. SNELL:  Form.
16         Go ahead.
17     A.  The heavy -- heavyweight meshes with -- not
18  only just with the weight, but with all the other --
19  the other factors, including fiber size, pore -- pore
20  diameter, and method of coming together, either being
21  knitted or woven, had to do with the tolerability and
22  biocompatibility of the implant.
23     Q.  (By Mr. De La Cerda)  So let's get back to
24  my question, though.  Is there a difference in terms

Page 185

1   of risks and complications for a patient between
2   lightweight and heavyweight mesh?
3          MR. SNELL:  Form.
4      A.  Not to the point that has been clinically
5   demonstrated.
6          In theory, we could -- in theory, there is a
7   difference.  In the lab, when we use large portions we
8   can infer that, but that has not been shown in the
9   clinical arena of incontinence.
10     Q.  (By Mr. De La Cerda)  Okay.  So now --
11  okay.
12         First of all, let's discuss, what is the
13  theory of the difference -- the theory of the
14  significance as to risks and complications when you
15  compare lightweight versus heavyweight mesh?
16     A.  It's the biomechanical behavior is
17  different.  The biomechanical behavior is different
18  not only for that type of preparation, but it's also
19  different for the caliber of the sutures.
20         In other words, if I use a thinner suture,
21  that being polypropylene or any other material, it
22  will -- it can behave differently.  It has a tendency
23  to behave differently than a lightweight mesh or a
24  heavyweight mesh.

Jaime Sepulveda, M.D.

Page 186

1    Q.  Okay.  In what ways?
2    A.  In the testing, when you stretch it, when
3  you fold it, when you place it and have fibroblast
4  growing along the lines of stress of the implant.
5    Q.  Okay.  What about in terms of foreign body
6  reaction, is there a difference between lightweight
7  and heavyweight mesh?
8    A.  We used to believe that there was much more
9  on the heavyweight meshes, much more foreign body
10 reaction.  But has been found is that that initial
11 reaction of the acute inflammatory -- of the acute
12 inflammatory process and eventually of the chronic
13 inflammatory process leads to the creation of
14 fibroblast.
15      What biomechanically has been concluded is
16 that that level of stress, the level of stress in
17 these implants, the level of tension or forces that
18 are applied to these implants, behave differently and
19 that seems to determine how fibroblasts grow.
20      So the heavyweight and the lightweight
21 behave differently.  There has not been a single study
22 that shows, at a microscopic level, 80,000, 100,000
23 samples, but we do have clinical studies that show
24 that number of women.  So in terms of the clinical

Page 187

1  behavior, it's probably less difference than what we
2  could see microscopically.  In terms of the acute
3  inflammatory reaction, the difference between
4  200-micron of fiber and a 300-micron fiber is probably
5  not that much.
6    Q.  So do you disagree with the theory that
7  lightweight mesh is safer for patients than
8  heavyweight mesh for use in the pelvic floor?
9      MR. SNELL:  Form.
10     Go ahead.
11   A.  I think that's a very broad statement to say
12 lightweight meshes for sure are safer.  That is a very
13 elementary statement that -- for much more complicated
14 issue.
15   Q.  (By Mr. De La Cerda)  Okay.  Are you
16 familiar with Closterhofen, Clinga?  Are you
17 familiar with Todd Heniford?  Are you familiar with
18 these physicians' and scientists' opinions about the
19 safety of lightweight mesh versus heavyweight mesh?
20   A.  I am familiar with their work.
21   Q.  Okay.  Do you disagree with their
22 conclusions about lightweight mesh being safer for a
23 patient as compared to heavyweight mesh?
24   A.  I think that their --

Page 188

1      MR. SNELL:  Form, foundation.
2      Go ahead.
3    A.  I think that their conclusions are very,
4  very hypothetical at best.
5    Q.  (By Mr. De La Cerda)  Okay.  Would you use
6  standard Prolene in the correction of pelvic organ
7  prolapse?
8    A.  We did.  Actually, we didn't just use
9  Prolene, we use Mersilene.  We used Marlex.  We used a
10 variety of materials before this, before we actually
11 use it for slings.
12      We didn't use it for slings because by the
13 time that midurethral slings came in, we have that
14 200-micron -- actually 196-micron fiber with a pore
15 size of 1500, and it was -- it was something -- it was
16 something that we knew that would match the thinnest
17 sutures that we could use for a Burch.
18   Q.  To be sure I've got an answer to that
19 particular question, though, the answer is yes, you
20 would use standard Prolene mesh in the surgical
21 correction of pelvic organ prolapse; is that right?
22   A.  Yes.
23   Q.  Okay.
24   A.  I could consider using it.  There are other

Page 189

1  factors that may not lead me to use it, but the weight
2  of the mesh is not the only factor.
3    Q.  So you would disagree with anyone that would
4  say that using Prolene mesh in the treatment of pelvic
5  organ prolapse is too dangerous and risky.  You
6  disagree with that; right?
7    A.  I would disagree with that, yes.
8    Q.  Have you ever read the deposition of Jorge
9  Holste?
10   A.  I may have read it and if I did, I probably
11 read it over a year ago.
12   Q.  Head of the preclinical department of
13 Ethicon for 30 years, german guy, he opined that
14 Prolene mesh is heavyweight mesh.
15      Does that ring any bells?
16     MR. SNELL:  Foundation on that one.
17   A.  Prolene mesh, the way they classify it is
18 heavy -- heavyweight mesh.  There were a number of
19 materials that I'm aware that they work with and they
20 classify according to weight.  From the engineering
21 point of view, that might be accurate.  From a
22 surgical point of view, there are a lot of other
23 factors that have to be considered.
24   Q.  (By Mr. De La Cerda)  Okay.  Do you agree

48 (Pages 186 to 189)

Case 2:12-md-02327 Document 4496-1 Filed 08/08/17 Page 88 of 193 PageID #: 152578
Case 2:12-md-02327 Document 4493-1 Filed 08/08/17 Page 88 of 181 PageID #: 149488

Jaime Sepulveda, M.D.

Page 190

1 or disagree that heavyweight mesh causes greater
2 foreign body reaction than lightweight mesh?
3     MR. SNELL: Form.
4     A. There might have -- there could be in
5 existence something that says that increases the
6 number of neutrophils, but I have not found any -- any
7 utility on clinical care on predicting the behavior of
8 TVT.
9     Q. (By Mr. De La Cerda) So do you agree or
10 disagree with that statement?
11     A. I -- I could not agree or disagree with
12 that. That's so general and I would be speculating on
13 it.
14     Q. Okay. Do you agree or disagree that leaving
15 less mesh material in the patient's body is important
16 because it will reduce the amount of inflammation and
17 foreign body reaction?
18     A. That's --
19     MR. SNELL: Hold on. You have to give me a
20 chance to object.
21     Overbroad and incomplete hypothetical.
22     A. That's more than a scientific approach.
23 That's a very attractive approach. And that's -- as
24 surgeons, we don't always base what we do on -- on

Page 191

1 science, but also on common sense backed by science.
2     And, yeah, if I can take care of something
3 with less mesh, I probably would be attracted to it.
4 On the other side, we need to respect as surgeons
5 that say, "Well, you know, I will use the full-length
6 sling because it has the longest evidence behind it."
7 So in that regard, you're using more material, but you
8 have more evidence behind it.
9     Q. (By Mr. De La Cerda) Do you agree or
10 disagree that reducing the inflammatory reaction of
11 the body will also reduce the risk of contraction or
12 shrinkage of the mesh?
13     MR. SNELL: Same objection.
14     A. We don't -- we don't know that and I could
15 not agree with something that, in general, as a
16 specialty, we don't -- we don't know.
17     The reduced inflammatory reaction may not
18 work for the best. There's a chain of events that
19 happens during the inflammatory process and that leads
20 ultimately to the creation of a fibroblast angle that
21 is what gives the support beyond the implant.
22     Q. (By Mr. De La Cerda) It's scarring;
23 right?
24     A. It is -- it is not a scar. Scar is the most

Page 192

1 simplistic way of looking at it because a scar does
2 not have the same viscoelastic capabilities of tissue.
3 So you have to -- when you say a scar, it's not
4 necessarily a scar in the way that we see scars. It's
5 viscoelastically it's different.
6     That's why someone can urinate after they
7 have a sling placed and they don't have retention.
8 That's how someone can have normal flows, someone can
9 be continent, at the same time also can go and
10 urinate.
11     Q. Are you familiar with the term "fibrotic
12 bridging"?
13     A. I've heard the term "fibrotic bridging,"
14 yes.
15     Q. What's your understanding of that term?
16     A. It's the growth of a fibroblast from one
17 segment to the next.
18     Q. Do you agree or disagree that heavyweight
19 meshes induce more fibrotic bridging tissue reaction
20 causing more shrinkage during maturing of the
21 collagenous tissue?
22     MR. SNELL: Form, foundation.
23     A. I saw it described at one time. I didn't
24 see anything that could conclude it. I did not see a

Page 193

1 paper that could conclude it. I'm welcome to look at
2 anything that says that fibrotic bridging is
3 significantly more. The first thing I would like to
4 know is how you're going to measure it.
5     Q. (By Mr. De La Cerda) Okay. So I guess
6 you don't have enough information to either agree or
7 disagree; is that right?
8     MR. SNELL: Object, misstates.
9     A. I have -- I have enough information to -- to
10 not agree or disagree with it. And that -- the
11 information that I have is that from one segment to
12 the other, just looking at two segments and the
13 fibroblast that grow between, at one point in time
14 that's not enough to make that conclusion, that
15 fibrotic bridging would cause contraction or
16 anything -- or anything similar like that.
17     There's -- in one of the papers that I gave,
18 there are two papers that I submitted today about the
19 effect of stress on fibroblast growth, and I think
20 that's more complete than fibrotic bridging.
21     Q. (By Mr. De La Cerda) So is it fair to say
22 that you disagree with that statement then?
23     A. I -- I cannot say one way or the other
24 fibrotic bridging. If I would have to commit to

Jaime Sepulveda, M.D.

Page 194

1    agreeing or disagreeing with it, I think that fibrotic
2    bridging is, again, very hypothetical -- hypothetical
3    statement. I also believe that I can change my
4    opinion based on what I read.
5        Q. Okay. So as you sit here today, though, I
6    think -- I think what you're saying, as you sit here
7    today, is you would have to disagree because you
8    believe there's not enough evidence to support the
9    statement? I mean, is that what you're saying?
10       A. There's not enough evidence to support
11   fibrotic bridging. It's a concept that is
12   interesting. It's a concept that can be studied.
13   It's a concept that has to be taken into the context
14   of what -- how fibroblast grow under stress.
15       Q. Are you aware that Ethicon's own scientists
16   and consultants have opined that Prolene mesh, the
17   same mesh in the TVT and TVT-O, is heavyweight as
18   opposed to being lightweight?
19       MR. SNELL: Lacks foundation.
20       A. I -- I -- I haven't seen the opinion of each
21   one of them.
22       Q. (By Mr. De La Cerda) Okay. So you're not
23   aware?
24       A. I'm not aware.

Page 195

1        Q. Should a discussion of whether Prolene mesh
2    is heavyweight be included in the IFUs for the TVT and
3    the TVT-O?
4        MR. SNELL: Form, foundation.
5        A. No, I don't think that -- I actually believe
6    that most doctors, if you tell them heavyweight --
7    about heavyweight and lightweight meshes, they have
8    had to be educated on it.
9        I know that the great majority of them are
10   probably going to look at me and say, "Okay, Jaime, so
11   you're telling me about heavyweight and lightweight
12   and all these different aspects, tell me how does this
13   translate in the care of my patients?" And I would
14   disagree with -- with any statement that makes
15   anything firm about heavyweights or lightweights
16   because the fact is that the model to a study have not
17   been found.
18       Q. (By Mr. De La Cerda) Okay. And so your
19   opinion is that it doesn't need to be included in
20   the IFU; right?
21       A. No, I don't think that has any -- any place
22   in the IFU.
23       Q. And your basis for that is what? I don't
24   want to put words in your mouth.

Page 196

1        What would be your basis for not having to
2    include it in the IFU?
3        A. Number one, it's not evidence -- the concept
4    of whatever implications they may have clinically is
5    not evidence-based and, number two, there are no
6    clinical implications that you can attribute to it.
7        Q. Okay. Part of your report discusses the
8    MSDS. So you've reviewed the MSDS for the raw
9    polypropylene that goes into making the Prolene and
10   the TVT, TVT-O, Gynemesh, Prolift and Prosima?
11       A. I saw the MSDS about raw -- raw material.
12       Q. Right. You're familiar with what a Material
13   Safety Data Sheet is?
14       A. I learned about Material Safety Data Sheet
15   along the lines of this -- of this litigation.
16       Q. Okay. So you know that the Material Safety
17   Data Sheet states that raw polypropylene is
18   incompatible with strong oxidizers, such as peroxides;
19   correct?
20       A. I read that in the MSDS.
21       Q. And as a physician, you know that peroxides
22   are present in the human body; right?
23       MR. SNELL: Form.
24       A. I am not aware of anyone measuring the

Page 197

1    levels of peroxide.
2        Q. (By Mr. De La Cerda) Well, as a physician
3    you know that the human body produces hydrogen
4    peroxide as part of the inflammatory process; right?
5        A. I just have not seen a quantitative assay of
6    it.
7        Q. Okay. So you know it happens, you just
8    don't know what quantitatively it amounts to; right?
9        A. I'm not aware of any quantitative study.
10       Q. And the implantation of the TVT, TVT-O,
11   Gynemesh, Prolift and Prosima causes an inflammatory
12   process; correct?
13       A. The inflammatory process being defined as a
14   cellular process.
15       Q. Should the fact that raw polypropylene that
16   goes into making the Prolene, the TVT, the TVT-O,
17   Gynemesh, Prolift and Prosima is incompatible with
18   peroxides according to the MSDS, should that
19   information be included in the IFU?
20       MR. SNELL: Form.
21       A. No, it should not be included and based --
22   no, it shouldn't be included.
23       Q. (By Mr. De La Cerda) You already know my
24   next question.

50 (Pages 194 to 197)

Jaime Sepulveda, M.D.

Page 198

1    What's the basis for not including that
2  information?
3    A.  No raw material is being asserted on humans.
4    Q.  Okay.  Anything else?
5    A.  No.
6    Q.  Okay.  You're also -- you addressed this in
7  your report.  You're also aware that the MSDS states:
8  "Polypropylene has been tested in laboratory rats by
9  subcutaneous implantation of disks or powder, local
10  sarcomas were induced at the site of implantation."
11    Do you recall that verbiage that's from the
12  MSDS?
13    A.  From the MSDS.
14    Q.  What does -- what does that verbiage mean?
15    A.  It's a disk, it's a disk of basically raw
16  polypropylene.  And the way I see it is there are two
17  factors to it.  Number one, the size and the volume of
18  the polypropylene that's being inserted, in addition
19  to the nature of this polypropylene.  I cannot speak
20  about this being even remotely similar to what we use
21  on -- on TVT-O and what we use in Prolene sutures
22  because there is not -- there has been no
23  chromatography, no crystallinity assays, no
24  temperature assays on any of this disk.  So I don't

Page 199

1  have that information available.
2    That being said, you can also consider --
3  you should also consider the host in which most of the
4  time is Wistar rats, Wistar rats or Himalayan rabbits.
5  I had the opportunity to work with Wistar rats.  They
6  have a very, very peculiar immune system.
7    Q.  When there is an indication that a substance
8  can cause cancer in animals, like rats, what does that
9  possibly indicate for humans?
10    MR. SNELL:  Form, speculation.
11    A.  It has very, very little implications unless
12  you are consistently prove that these causes -- causes
13  cancer.
14    Now, this is -- these are -- it's very
15  important to define that these are two different
16  materials.  The raw preparations are different from
17  the preparations used in -- in sutures.  They're two
18  different things.
19    Q.  (By Mr. De La Cerda)  Chronic inflammation
20  has been linked to cancer; hasn't it?
21    A.  That's -- that's not even a theory.  That's
22  a hypothesis, actually.
23    Q.  Okay.  If mesh -- strike that.
24    Ethicon -- I need to go back for just a

Page 200

1  second.
2    You're aware of no test performed by Ethicon
3  to determine whether the surface cracking or
4  degradation, or whatever you want to call it, that's
5  been -- that is seen under -- under microscope of the
6  mesh, whether it's biofilm or whatever you believe it
7  is, you've never seen a test by Ethicon to determine
8  whether that particular characteristic is clinically
9  significant to patients; right?
10    A.  No, there are only three reports that I'm --
11  that I'm aware of.
12    Q.  Okay.  And you're aware of no test by
13  Ethicon to determine whether the weight of Prolene
14  mesh causes more complications in patients in
15  comparison to lightweight mesh; correct?
16    MR. SNELL:  Form, foundation.
17    A.  There's no -- no basis to generate that --
18  that study.
19    Q.  (By Mr. De La Cerda)  What do you mean by
20  that?
21    A.  No one has come out with the actual question
22  in terms -- in the question on the hypothesis of it or
23  the theory of it.
24    Q.  Okay.

Page 201

1    A.  In other words, just because we think that
2  there's a scientific study that we can do doesn't mean
3  that that needs to be done.
4    Q.  Okay.  But Ethicon -- Ethicon, itself,
5  hasn't performed that study; right?
6    A.  I -- I am -- I am not familiar with the
7  specific studies that they have performed on that
8  specific area.
9    Q.  You're aware of no study performed by
10  Ethicon to determine whether polypropylene could be
11  linked to cancer; right?
12    A.  I -- I am not familiar of that, but I know
13  about the dog study that -- in which they -- sutures
14  were evaluated at about eight years and there was
15  no -- no reported cancer that I'm aware of.
16    Q.  Okay.  You brought one study with you here.
17  I think it was a case report of cancer and
18  polypropylene.  What was it?  You mentioned it briefly
19  when we were looking through your materials.
20    A.  It is -- the first case reported of a clear
21  cell carcinoma in the surrounding area to the -- to
22  the incision for the midurethral sling.
23    I also brought the response from two experts
24  to that specific case report.

51 (Pages 198 to 201)

Jaime Sepulveda, M.D.

Page 202

1    Q.  What did that study -- did that study have
2    some sort of conclusion about what might be causing
3    that clear cell carcinoma?
4    A.  No, it does not have a conclusion.  There's
5    a hypothesis and that's as far as they can get about a
6    hypothesis about inflammation, I believe.
7    Q.  And so that's one discussion of inflammatory
8    process being at least hypothesized as being
9    responsible for this particular cancer; right?
10   A.  Yeah, unfort- -- I don't want to say
11   unfortunately, it's not unfortunate.  It's -- this is
12   not an actual study.  This is a case report.
13   Q.  Case report.
14   A.  One case report.  And as we have gone
15   through so many times today, the overwhelming data --
16   there are papers that -- there are articles that
17   describe the continued use of polypropylene in
18   midurethral sling with the incidence of cancer in that
19   population or the frequency of cancer in that
20   population being actually zero.
21   Q.  Okay.  So then the question about your
22   opinion, should this warning that's included in the
23   MSDS -- or this verbiage that's included in the MSDS
24   regarding the subcutaneous implant of disk or powder

Page 203

1    where local carcinomas were induced at the site of
2    implantation, should that information be included in
3    the IFUs for the TVT, the TVT-O, Gynemesh, Prolift and
4    Prosima?
5    A.  The answer is no, and the basis of that is
6    that is not relevant to the product that is being
7    implanted.
8    Q.  Has -- are you aware of any studies that
9    Ethicon's done comparing the raw polypropylene with
10   the manufactured version that is actually implanted in
11   humans, any test of any kind?
12   A.  Raw -- raw polypropylene is not used in
13   humans.  Raw polypropylene is actually not even used
14   on containers.  It has very -- it doesn't have an
15   actual use.  It's raw material.
16   Q.  And so you're aware of no studies, though,
17   where Ethicon's tested raw polypropylene versus the
18   finished manufactured product of any type; right?
19   A.  No, I'm not familiar with any studies using
20   raw polypropylene.
21   Q.  Okay.  Shifting gears a little bit.
22      You agree that as a scien- -- a scientist or
23   a physician should not go into a research study with a
24   desire to achieve a specific result; correct?

Page 204

1    A.  I -- I -- I'll have to read that.  If you
2    can be blinded to your study, that would be optimal,
3    but that's not possible in every -- in every design.
4    Q.  So are you saying that a scientist in a
5    re- -- scientist and a physician -- it's okay for
6    that -- strike that.
7       It's okay for a scientist and a physician to
8    go into a research study with the desire to achieve a
9    specific result?
10   A.  No, I think that the design of the study
11   would actually protect the study from any desire that
12   anyone could have.
13   Q.  So should or should not the scientist and
14   the physician go into a study with the desire to
15   achieve a specific result?
16      MR. SNELL:  Form, overbroad.
17   A.  I don't -- I don't believe that anyone
18   should go into any study hoping or wishing for a
19   specific result.  That's not what the methodology of a
20   science is for.
21   Q.  (By Mr. De La Cerda)  You agree that a
22   scientist and a physician should not design a
23   research project for medical publication with the
24   specific purpose of a single result; correct?

Page 205

1       MR. SNELL:  Form.
2    A.  It's -- there's no science if you are trying
3    to get it or achieve a specific result.
4    Q.  (By Mr. De La Cerda)  You can't go into a
5    medical scientific research trying to answer a
6    question with any preconceived biases; right?
7       MR. SNELL:  Form, overbroad.
8    A.  There's -- we -- we have seen that there --
9    there's some preconceived biases, but they become
10   clearly evident.
11   Q.  (By Mr. De La Cerda)  But you shouldn't go
12   in with any preconceived biases, that's what you
13   shouldn't do; right?
14   A.  You don't -- you don't do that as a
15   scientist.
16   Q.  Right.  Do you agree it's not ethical for
17   researchers performing clinical trials to be paid if
18   and only if the clinical trials have certain results?
19      MR. SNELL:  Form, overbroad.
20      Go ahead.
21   A.  I have no basis to judge anyone that has
22   good science, good knowledge, and to be compensated
23   for it.
24   Q.  (By Mr. De La Cerda)  No, and I -- well,

52 (Pages 202 to 205)

Jaime Sepulveda, M.D.

Page 206

1    that's excellent, but my question is a little
2    different.
3          What I'm saying is whether you believe it's
4    ethical for researchers performing clinical trials to
5    be paid if and only if they produce a study with
6    specific results.
7          MR. SNELL:  Same objection.
8     Q.  (By Mr. De La Cerda)  So not the fact
9    they're being paid, just the fact they only get paid
10   if you give me these results?
11    A.  Well, it's -- you're going -- if I'm going
12   to acquire a product from you, and I'm going to make
13   an investment on that product, I'm going to pay you
14   based on what you show me with your -- with your
15   product.
16         Now, you can -- you can actually do that.
17   You can sell me a product that may not perform as I
18   expect, but if I try that product and I see that
19   consistently works in ways that are the same or better
20   as you present it, you can go back and say that was
21   not an issue there.
22    Q.  Okay.  So you can go back in time and say it
23   was okay, it wasn't unethical to do that?
24    A.  It's -- you can go back in time and say it's

Page 207

1    not a matter of ethical or not ethical.  I know that
2    there was a truth -- a truthful interaction and that
3    what this physician or anyone in that calculating
4    innovation shows me was -- was real, was actually
5    accurate.
6     Q.  Okay.  You mean that you can at least agree
7    that that has a potential to create bias, doesn't it,
8    in the study?
9     A.  I -- but you can -- you cannot put that on
10   the person that is trying to bring it in.  There has
11   to be a level of -- of understanding and backtracking.
12         In other words, if you -- and I'm going to
13   allow myself to place an example.  If you try to sell
14   me a medical device, I will have a hard time buying it
15   from you.  But when -- if you try to sell me a legal
16   product, I might be more attracted to buy from you and
17   I might believe that you may deliver that legal
18   product.
19         That has nothing to do with science.  I
20   deviated into what -- just to illustrate a point just
21   to answer your question.
22    Q.  You're aware, of course, that Ulmsten was
23   the inventor of original TVT; right?
24    A.  Yes.

Page 208

1     Q.  And you've seen the Ulmsten and Nilsson
2    studies that Ethicon touts as long-term support for
3    their TVT line of slings; right?
4          MR. SNELL:  Form.
5     A.  They also wasn't just the inventor of the
6    TVT.  At that time he brought the most innovative kind
7    of approach to incontinence.  I mean, we -- we were --
8    until that time, we were doing continence procedures
9    in the urethrovesical junction, we were using sutures,
10   we were placing things under tension, we were using
11   absorbable materials that didn't work long term,
12   materials that were not pliable and they came up and
13   changed the way we were thinking about continence
14   care.  Continence care became different because of
15   Ulmsten and Petros.
16    Q.  (By Mr. De La Cerda)  Getting back to the
17   question.  You've seen the studies that Ethicon
18   touts as support for their TVT line of slings;
19   right?  You've seen those, the Ulmsten/Nilsson
20   studies; right?
21         MR. SNELL:  Form.
22         Go ahead.
23    A.  I've seen the Ulmsten studies, I've seen
24   Nilsson, I've seen Falconer, I've seen Petros.

Page 209

1     Q.  (By Mr. De La Cerda)  You've seen it in
2    the marketing materials for Ethicon that they
3    frequently site to those studies as being support
4    for the use of their slings; right?
5     A.  For that -- for that specific use, yes.
6     Q.  And you've relied on these studies to
7    support your practice of using the TVT line of
8    products; right?
9     A.  I rely on that and I rely more than that on
10   large studies.  And the fact is that it has been
11   reproduced over and over again.
12    Q.  Did Ethicon ever inform you that Professor
13   Ulmsten's company, MedScan, the company that owned the
14   rights to the TVT, was promised $400,000 if and only
15   if it produced a study with the TVT showing certain
16   results?
17         MR. SNELL:  Form.
18    A.  There's my interaction with -- or any
19   surgeon's interaction for that sake at that time,
20   would never get into that.
21    Q.  (By Mr. De La Cerda)  So you haven't heard
22   that?
23    A.  No, I -- I saw -- I saw that as one of the
24   claims, through all these documents, but really

53 (Pages 206 to 209)

## Jaime Sepulveda, M.D.

| Page 210 |
|---|

1  didn't -- didn't matter much to me.
2      Q.  Okay.  So that particular fact doesn't
3  matter to you?
4      A.  No.
5      Q.  Okay.  Shifting gears a little bit.  Should
6  a medical device company put profits above patient
7  safety?
8          MR. SNELL:  Form, speculation.
9          THE COURT REPORTER:  I'm sorry, form --
10         MR. SNELL:  Form, speculation.  Put
11  overbroad in there, too.
12     A.  Safety and results bring you profits.
13     Q.  (By Mr. De La Cerda)  So is the answer no?
14     A.  No.
15     Q.  Should a medical device company rush a
16  product to market with the primary purpose being to
17  defend its market share?
18     A.  There's -- when you have a good product and
19  you have enough market share, yeah, you want to make
20  sure that you keep it and you keep it with quality.
21     Q.  So the answer is yes to that one?
22         MR. SNELL:  Form.
23     A.  On that one -- on that regard, on the
24  general form of that question, yes.

| Page 211 |
|---|

1      Q.  (By Mr. De La Cerda)  What clinical
2  studies were done of the TVT-O before it was
3  released onto the market?
4      A.  There was -- there were a variety of
5  studies.  There was the Mulberry study --
6          THE COURT REPORTER:  The --
7          THE WITNESS:  The Mulberry.
8      A.  -- and there was -- there were cadaver
9  studies, and there were studies on outside-in
10  transobturator slings.
11     Q.  Was one of the studies by de Leval?
12     A.  By Delorme first and then de Leval.
13     Q.  Delorme was outside-in; right?
14     A.  Right.
15     Q.  And then de Leval was inside-out?
16     A.  Right.
17     Q.  De Leval is considered the inventor of the
18  TVT-O; is that right?
19     A.  Yes.
20     Q.  And do you know whether the results of
21  de Leval's clinical studies were included in the
22  application for clearance submitted to the FDA for the
23  TVT-O?
24     A.  I'm not familiar with what was exactly

| Page 212 |
|---|

1  submitted.  I cannot recall it right now.  I can go
2  back and check what was submitted, but I'm not
3  familiar with it.
4      Q.  If he had performed a study, do you believe
5  that that study should have been submitted along with
6  the information about the TVT-O to the FDA?
7          MR. SNELL:  Form, calls for regulatory
8      opinion, outside the regulatory scope.
9      A.  I think it goes to whatever -- whatever the
10  FDA feels that it requires from the company or
11  whatever the company fulfills in its obligations to
12  the FDA.
13     Q.  (By Mr. De La Cerda)  How about you as a
14  physician, before you're going to use a product,
15  would you want to know all the clinical studies that
16  are out there about that product before you start
17  implanting it?
18     A.  I actually gave -- I have given testimony
19  today that I trust that the FDA is going to do what's
20  best in that regard.
21     Q.  Do you have any understanding of what the
22  clearance process involves, 510(k) clearance?
23     A.  Yes.  I do have an understanding of it.
24     Q.  Do you know whether the FDA requires

| Page 213 |
|---|

1  clinical studies before a product is 510(k) cleared?
2      A.  I think that they have made -- I don't
3  think, I'm aware that they have made a decision to put
4  in place a mechanism that works exactly with a 510(k).
5          Now, am I someone to criticize or favor --
6  or favor that?  I probably could sit in my big chair
7  and decide that, but the reality is that there's
8  people with expertise in regulatory affairs at the FDA
9  and people with expertise on regulatory affairs at
10  Ethicon, and they're the ones that need to come
11  together on that.
12     Q.  I guess the issue that I'm really asking
13  about is what you want to know as a doctor.  Before
14  you ever implant a product, do you want to know that
15  if there are clinical studies on that product before
16  you've implanted it, do you want to know what those
17  clinical -- what the findings were of those clinical
18  studies before you implant the product?
19     A.  I'm aware of clinical products and design.
20  I'm aware of these studies, but you can present all
21  these studies and one final part is going to be what
22  the FDA regulatory process comes -- comes and tells
23  me.
24     Q.  What I'm saying, though, is you, as an

54 (Pages 210 to 213)

Jaime Sepulveda, M.D.

Page 214

1 implanting physician, okay, a product is presented to
2 you by a medical device company and there are clinical
3 studies out there that are about this particular
4 product. You're going to want to know all the
5 clinical studies that are out there about that product
6 before you implant it; right?
7      MR. SNELL: Form, asked and answered.
8      Go ahead.
9     A. I want to know -- I want to know the studies
10 and I want to know -- obviously, I want to know more
11 than just the studies. I want to know the
12 biomechanics of it, I want to know all these things.
13 But that's -- ultimately, it comes down to that
14 process between the -- between Ethicon and the FDA.
15     Q. (By Mr. De La Cerda) Okay.
16     A. And I'm going to trust the product that
17 comes out from it.
18     Q. Okay. Let's shift gears a little bit.
19     You're aware that the IFUs for the Gynemesh,
20 Prolift and Prosima state: "The mesh remains soft and
21 pliable and normal wound healing is not noticeably
22 impaired"; right?
23     MR. SNELL: Foundation on that.
24     Do you have that IFU? I'm not sure if you

Page 215

1 made a correct statement across all those IFUs.
2     Do you mind taking a break?
3     MR. DE LA CERDA: That's fine. Let's do
4 that.
5     (Thereupon, a recess was taken from
6 2:11 p.m. until 2:18 p.m., after which the
7 following proceedings were held:)
8     Q. (By Mr. De La Cerda) Doctor, just for the
9 sake of showing you, this is the Gynemesh -- sorry,
10 I didn't bring a copy of it -- so that's the
11 Gynemesh IFU. The part that I'm referencing is at
12 the bottom, I think it's the second-to-last
13 sentence. It starts with "the mesh remains
14 pliable."
15     MR. SNELL: Soft and pliable.
16     Why don't you ask him to read it just so the
17 record is clear.
18     MR. DE LA CERDA: Yeah, sure.
19     Q. (By Mr. De La Cerda) Can you read that,
20 Doctor?
21     A. "The mesh remains soft and pliable and
22 normal wound healing is not noticeably impaired. The
23 material is not absorbed, nor is subject to
24 degradation or weakening by the action of tissue

Page 216

1 enzymes."
2     Q. (By Mr. De La Cerda) So that statement is
3 included, of course, in the Gynemesh IFU and the
4 Prolift and Prosima IFUs, which also use Gynemesh;
5 right?
6     A. Yes.
7     Q. Now, you're aware that Gynemesh PS is
8 Prolene Soft, except for it's used in the pelvic
9 application as opposed to hernia application; right?
10     A. It's -- Pro- -- Prolene Soft, yes.
11     Q. Are you aware that in 2001, Ethicon had in
12 its files a conclusion that Gynemesh PS was too stiff
13 for use in vaginal tissues?
14     MR. SNELL: Form, foundation.
15     A. It's -- I read something about that from
16 some investigator, but it was -- it was an opinion
17 about being too stiff. I think it was at the -- at
18 the risk of -- I'm not remembering well or -- I'm not
19 speaking accurately, may have been an investigator's
20 opinion.
21     Q. (By Mr. De La Cerda) Okay. Are you aware
22 that Ethicon also had in its files a conclusion that
23 Prolene Soft should not be pursued as a mesh used in
24 pelvic floor repair because it was too stiff for use

Page 217

1 in vaginal tissues?
2     MR. SNELL: Same objection.
3     A. No, I'm not -- I'm not aware of that and
4 that's not what was eventually done.
5     Q. (By Mr. De La Cerda) Do you know whether
6 scar contracture around the mesh can occur with the
7 Gynemesh?
8     A. There's -- there's -- there's this -- again,
9 hypothesis that scar contraction could happen around
10 the mesh. So to that -- to that specific issue, I ask
11 what is the objective measurement of a scar
12 contraction or the mesh contraction. I wanted to see
13 where -- where's the evidence to it?
14     Because when we repair these -- repair these
15 patients with permanent sutures, when we place
16 polypropylene in the uterosacral ligaments or in the
17 sacrospinous ligament, we didn't see any contraction
18 of those fibers. So where is the evidence? No one
19 could ever bring me evidence of a contraction on the
20 mesh.
21     Q. Okay. Do you know if that -- if this scar
22 contracture around Gynemesh was a problem that Ethicon
23 engineers were trying to solve?
24     A. I -- I don't even know if they try to solve

55 (Pages 214 to 217)

Jaime Sepulveda, M.D.

| Page 218 | Page 220 |
|---|---|
| 1  it because I did not see a problem with contraction. | 1      MR. SNELL: Actually, hold on. Objection, |
| 2    Q.  Okay. So you're also not sure, though, | 2  foundation, misstates company intent. |
| 3  whether Ethicon was trying to solve this problem? You | 3    A.  I don't -- I don't think that that's what |
| 4  probably don't believe it's a problem. That's what it | 4  they concluded, that it was safer. I don't think that |
| 5  sounds like you're saying, that it's not a problem, | 5  there is anyone that actually came and say, "Okay, |
| 6  but my question is really are you aware whether | 6  this is safer," or, "We have more evidence to say that |
| 7  Ethicon was trying to solve what it perceived to be a | 7  it's safer, but you may have to adjust it," or "It may |
| 8  problem with contracture of scar tissue around | 8  not contract or they will contract." I don't -- I |
| 9  Gynemesh? | 9  don't think it got to that point. I think that we had |
| 10      MR. SNELL: Foundation. | 10  what we had with Gynemesh. |
| 11    A.  I don't -- I don't see in which model they | 11    Q.  (By Mr. De La Cerda)  Okay. Did you ever |
| 12  would try to solve it. | 12  do a presentation on the benefits of lightweight |
| 13    Q.  (By Mr. De La Cerda)  Okay. But are you | 13  mesh over heavyweight mesh? |
| 14  aware if they were trying to solve this or not? | 14    A.  I did make presen- -- many presentations on |
| 15    A.  No, I'm not aware of them trying to solve | 15  how -- on the benefits of lightweight mesh, and that |
| 16  contractions of any -- any type, any type of implants. | 16  was a prevailing -- the prevailing thought at that |
| 17    Q.  If scar contracture exists around Gynemesh, | 17  time and I still would make a presentation and say |
| 18  would that translate into complications for a patient? | 18  there are some benefits on lightweight mesh. There |
| 19      MR. SNELL: Form. | 19  are -- there's some benefits on having less implant, |
| 20    A.  More than a complication for a patient. The | 20  in having less mesh. |
| 21  contraction would just tell me that I have to -- I | 21      The question is when we have all this -- all |
| 22  have to make adjustments in my surgery and that brings | 22  these different -- different things that we wish for, |
| 23  a whole new set of variables in my -- in my surgery. | 23  how much science do I have behind it? And during |
| 24    Q.  (By Mr. De La Cerda)  Do you know whether | 24  those -- those presentations, there's always the |

| Page 219 | Page 221 |
|---|---|
| 1  or not physicians were asking Ethicon for a mesh | 1  discussion of: Is this really what we want? Do we |
| 2  which would be better than Gynemesh on the issue of | 2  want bigger pores? Do we want a lighter -- |
| 3  scar contracture? | 3  lightweight meshes? Do we want lighter meshes? |
| 4    A.  I -- I believe that there was always the -- | 4      I'm not saying that it's going to be a bad |
| 5  the idea that we could always have innovation on the | 5  thing. It's probably going to be a good thing, but I |
| 6  type of implants that we would have. Although | 6  don't have the science to back it up. |
| 7  Gynemesh had more evidence than any other implant. | 7    Q.  You mentioned that you did present on some |
| 8  There was more evidence, there are more papers | 8  of the benefits of lightweight mesh or using less |
| 9  published on Gynemesh than native tissue for specific | 9  mesh. What would those benefits be? |
| 10  compartments. We have that. We all -- we all did | 10    A.  It's a -- the benefits is that you have less |
| 11  have an understanding that there was going to be a | 11  inflammatory response, you have less cellular |
| 12  progression on the innovation of the product. So if | 12  response, you have a better layout of fibroblast and |
| 13  there is a course to do that, that's -- that's | 13  that's the hypothesis behind all this. |
| 14  something that I think every physician would want to | 14      But none of those things that we, as a |
| 15  see. | 15  group, thought as -- as physicians thought that was |
| 16    Q.  And Ethicon did that -- they did just that, | 16  going to be better, wasn't necessarily going to be |
| 17  didn't they? | 17  better. These were things that were not statements. |
| 18    A.  They -- they actually invited me and give | 18  These were things that we have it here and we have |
| 19  me -- with other doctors, tell me what -- what this -- | 19  this product and it's worth looking to it and it's |
| 20  what would you like to see in -- in the next | 20  worth using it and, you know, if I'm going to have -- |
| 21  generation. | 21  use something heavier or something light, I probably |
| 22    Q.  They innovated so well that they even | 22  go with something light because it's more innovative. |
| 23  developed a mesh, other than Gynemesh, that they | 23    Q.  It's a reasonable theory to believe that the |
| 24  thought was safer than Gynemesh; right? | 24  lightweight mesh is safer for a patient than the |

56 (Pages 218 to 221)

Jaime Sepulveda, M.D.

Page 222

1    heavyweight mesh; right?
2        A.  No.  That's not --
3        MR. SNELL:  Lacks foundation.
4        Go ahead.
5        A.  No.  That's not what we can conclude with
6    it.  We're not talking -- Gynemesh proved to be safe.
7    Gynemesh proved to be effective.  This is a totally
8    different set of considerations, scientifically it's a
9    totally different set of considerations.
10       Q.  (By Mr. De La Cerda)  Let's do it this
11   way.  What I want to do is work from possibility all
12   the way up to truth.  Okay?
13       Possibility, hypothesis, theory and we'll
14   just say reality or truth.  Okay?
15       Is it possible -- do you agree it's possible
16   that lightweight mesh is safer for patients than
17   heavyweight mesh?
18       MR. SNELL:  Calls for speculation.
19       A.  That's -- that's possible.
20       Q.  (By Mr. De La Cerda)  Okay.  Now let's
21   take the next step.
22       Would it be a fair hypothesis that
23   lightweight mesh is safer than heavyweight mesh?
24       A.  That's a hypothesis, period.  Not fair, not

Page 223

1    unfair, it's just a hypothesis that we would have to
2    test.
3        Q.  Okay.  Is it a fair -- based on what you
4    know, is that a hypothesis that could be confirmed?
5        A.  Well, that's a hypothesis that has much less
6    evidence behind it than -- than using Gynemesh.
7        Q.  The step where you would stop the
8    progression, though, would be a theory.  You don't
9    believe there's enough to support the theory that
10   lightweight mesh is safer for patients than
11   heavyweight mesh; is that right?
12       A.  These were -- these were considerations that
13   were entertained not at that time.  They still
14   entertain a scientific meeting.  It doesn't mean that
15   we're going to go -- go out and start using the
16   lightest weight mesh.  It doesn't mean -- because we
17   understand meshes a lot better now as -- as
18   physicians.  As surgeons, as scientists, we understand
19   it better.
20       Now, we knew that what we had would -- would
21   give durability.  We knew that what we had would
22   give -- would be a good product to use for
23   reinforcement on augmented repairs.  There was --
24   there was some concept along the lines that were not

Page 224

1    as explored as is being explored now.  And based on --
2    on those concepts that were unexplored, we made
3    inferences on how we brought the next mesh to be.
4        That doesn't take the fact that what we had
5    behind us was data from Gynemesh.
6        Q.  Do you agree that scar contracture can cause
7    recurrence of prolapse?  This is in terms of if scar
8    contracture is happening around Gynemesh, can that
9    cause recurrence of prolapse?
10       MR. SNELL:  Foundation.
11       A.  Are you talking about the same side or
12   opposite side or just in general?
13       Q.  (By Mr. De La Cerda)  In general.
14       A.  No, that's not the biggest factor on a
15   recurrence of a prolapse.
16       Q.  I'm just going to go through a little list
17   right here.
18       Do you agree that scar contracture around
19   Gynemesh can cause pain?
20       A.  Contractions of scarring always have the
21   potential to decrease the pliability of not only a
22   mesh augmented repair but of any -- any repair.
23       Q.  That was actually going to be my next
24   question.

Page 225

1        First of all, the pliability can lead to
2    pain?  Like reduced pliability can lead to pain in a
3    patient; is that right?
4        A.  If there's less pliability and there are a
5    number of factors to -- for a repair being less
6    pliable, but if there is less pliability and the
7    tissue is placed under -- under stress, yeah, you
8    would -- you would feel more that it would be more
9    pliable.
10       Q.  Could the scar contracture lead to erosion?
11       A.  No.
12       Q.  How about discomfort during sex?
13       A.  Less, less pliability could make things feel
14   not -- not as soft, not as elastic.
15       Q.  Would you agree that for a mesh to be
16   successfully used for the treatment of pelvic organ
17   prolapse it should be soft and compliant with a
18   woman's vaginal tissues?
19       A.  And that is -- that is an excellent question
20   because I would like to define, which I didn't have to
21   define before in the medical arena, I didn't have to
22   define as much what soft and pliable and elastic is.
23       I have tried to come to -- to the conclusion
24   that there is a level of the formation of stress that

57 (Pages 222 to 225)

Jaime Sepulveda, M.D.

## Page 226

1  is required.  You cannot have so much deformation that
2  the prolapse comes out, but you still have to have
3  some firmness to your repair.  In other words, you
4  drive your car, you need your shock absorbers to give
5  some give, to give some, but you don't want your shock
6  absorbers to be bouncing all over the place.  It would
7  be as uncomfortable as no bouncing at all.
8        So when I -- when I take my car for a shock
9  absorbers check, they have something that actually
10  measures it and they can adjust it.  They can adjust
11  the damper and give.  We don't have that in the
12  vagina.
13        Q.  Ethicon certainly never tested that issue;
14  did they?
15            MR. SNELL:  Objection, lacks foundation.
16        A.  The vaginal pliability, I think that there
17  was some papers about designing a device -- there was
18  a paper, actually, Dr. Willy Davila, I believe, was
19  testing a device for vaginal pliability; and that
20  would be very useful in getting an actual number,
21  getting an actual measurement that we can take from.
22        Q.  (By Mr. De La Cerda)  Is that something
23  that Ethicon did?
24        A.  No, I think -- I don't think -- I'm not

## Page 227

1  aware of Ethicon doing that.
2        Q.  Would you agree that clinically there may be
3  an impact of increased rigidity with any given mesh as
4  it may increase vaginal stiffness post-operatively
5  with a potential to impair sexual function?
6        A.  I -- I misspoke on my last answer.  I want
7  to correct that.
8        When I say Ethicon never -- never did that,
9  I cannot conclude that because I'm not aware if they
10  did or if they didn't, but I'm just -- that's what I'm
11  aware of, that I don't know if they did or didn't.
12        Q.  That's fair.
13        Let me go back to my question, the next
14  question.  Would you agree that clinically there may
15  be an impact of increased rigidity with any given mesh
16  as it may increase vaginal stiffness post-operatively
17  with a potential to impair sexual function?
18            MR. SNELL:  Form, speculation, incomplete
19  hypothetical.
20        A.  There's -- the papers that we have does
21  not -- does not suggest or indicate rigidity.  If
22  there is a shrinkage or rigidity, it was not
23  demonstrated on the measurements of total vaginal
24  length.  When you measure total vaginal length, not on

## Page 228

1  one but in two, three studies with comparing different
2  repairs and native tissue repairs to mesh augmented
3  repairs, the vaginal length stays exactly at the
4  same -- at the same length.
5        Q.  (By Mr. De La Cerda)  Should Ethicon's
6  conclusion -- strike that.
7        Should information about the concerns of
8  physicians and at least some within Ethicon that
9  Gynemesh was too stiff or too rigid for vaginal
10  tissues, should that information be included in the
11  IFU or no?
12            MR. SNELL:  Form, asked and answered.
13        A.  No, I don't think it needed to be
14  included and the fact is that surgeons have the
15  options of doing augmented repairs or doing --
16  continue doing native tissue repairs.  And they will
17  have whatever concern they may have with one or the
18  other, they have the option of doing one or the other.
19  No one mandated to do a mesh repair or a native tissue
20  repair at a certain time.  But if you went by the data
21  and went by the durability and went by the evidence
22  about -- with Gynemesh, you have -- you were empowered
23  with information to decide one way or the other.
24        Ethicon does not tell surgeons who --

## Page 229

1  actually, they never told me, I can tell you that, and
2  they would never tell anyone, "You have to do this
3  repair with this type of material."  And I don't think
4  they would include that in the IFU and they would not
5  include that on any communication because it's up to
6  the surgeon to decide that.
7        Q.  (By Mr. De La Cerda)  So would that be the
8  basis for why that information is not -- does not
9  need to be included in the IFU, according to your
10  opinion?
11        A.  If the information on the -- on the IFU has
12  to do with the product itself and if there's no
13  evidence of the product performing one way or the
14  other, I would not expect anyone to misrepresent it
15  one way or the other.  In other words, I don't --
16  don't misrepresent it saying that it performs better,
17  don't misrepresent it saying that it performs worse.
18  Just give me what the evidence shows.
19        Q.  Would you agree that any future meshes
20  developed by Ethicon for pelvic organ prolapse should
21  be less rigid than Gynemesh?
22        A.  I don't -- I don't know if it's going to be
23  any development, I don't know if it's -- it's going to
24  be on the same rate of damage.  I think that --

58 (Pages 226 to 229)

Jaime Sepulveda, M.D.

Page 230

1    THE COURT REPORTER: On the same?
2    A.  On the same rate of -- on the same rate
3 of -- when I say "rate," on the same elasticity or
4 pliability of Gynemesh?
5    I don't know if it's going to be the same
6 stiffness or not.  I just don't know what they're
7 going to do with the next generation.
8    Q.  But my question is, though, is: If they are
9 going to develop the next generation, do you agree
10 that that next generation should be less rigid than
11 Gynemesh?
12    MR. SNELL: Objection, foundation.
13    A.  I think we will have to first establish a
14 way of rigidity in -- once in the vagina and not just
15 on the testing that we have, biomechanical testing.
16    We know that biomechanical testing as
17 accurate and as elaborate and as complicated as it can
18 be, it doesn't always predict the -- the rigidity in
19 the vagina, because we don't know how to measure
20 rigidity in the vagina.  We don't know how you're
21 going to measure it.
22    Q.  Let me shift gears a little bit.
23    Okay.  You understand before a medical
24 device can be marketed in the United States, the FDA

Page 231

1 requires that the device receive some level of
2 clearance or approval before that marketing happens;
3 right?
4    A.  Yes.
5    Q.  You're aware that Prolift wasn't cleared for
6 marketing in the United States by the FDA until
7 May 15, 2008; right?
8    MR. SNELL: Form.
9    A.  There were some -- some dates in there, but
10 I don't have the dates complete.
11    Q.  (By Mr. De La Cerda) You understand that
12 Prolift was marketed in the United States for
13 approximately three years before it received
14 clearance.  Do you understand that?
15    MR. SNELL: Form, foundation.
16    A.  Yeah, it's -- it may have been marketed,
17 yes.  I don't -- I don't know -- I cannot give you an
18 accurate answer on that.
19    Q.  (By Mr. De La Cerda) Should the fact that
20 Prolift wasn't cleared for marketing in the United
21 States been included in the Prolift IFUs in place
22 prior to May 15, 2008?
23    MR. SNELL: Form, foundation, misstates the
24    regulatory --

Page 232

1    A.  Marketing -- marketing a device -- marketing
2 a device doesn't mean that you cannot -- you cannot
3 sell it.  I don't think it has the relationship of one
4 with the other.  If you -- if marketing means someone
5 visited me and giving me a brochure and telling me all
6 these things about the product, I really want to look
7 at the evidence.  I will be courteous and I will
8 listen to it, but I will go to -- with the evidence.
9    And the evidence was, at that time and still
10 today, that -- that the materials used were as good as
11 a native tissue and was more durable.
12    Q.  (By Mr. De La Cerda) So you're telling me
13 that doctors didn't need to know before they put in
14 a Prolift if it hadn't even been cleared by the FDA
15 until May 15, 2008?
16    MR. SNELL: Same objections.
17    Q.  (By Mr. De La Cerda) Because there
18 were -- there were hundreds, if not thousands, of
19 Prolifts put in before it was ever cleared.  Do you
20 understand that?
21    MR. SNELL: Same foundation, objection.
22    A.  I'm not -- I'm not aware of that specific --
23    Q.  (By Mr. De La Cerda) We can -- we don't
24 even have to have a number.  If one was put in

Page 233

1 before it was ever cleared by the FDA, do you think
2 it's okay for a doctor to not know that it wasn't
3 cleared by the FDA before he puts it in to a
4 patient?
5    MR. SNELL: Same objection.
6    A.  It had a 510(k) approval; correct?
7    Q.  (By Mr. De La Cerda) May 15, 2008.  So
8 for three years it didn't.
9    Have you ever seen the correspondence
10 between Ethicon and the FDA about that clearance
11 issue?
12    MR. SNELL: Same objection, foundation.
13    A.  I'm not aware of that, no.
14    Q.  (By Mr. De La Cerda) Are you aware of the
15 510(k) being rejected a couple times?
16    MR. SNELL: Actually misstates the evidence,
17 foundation as well.
18    Q.  (By Mr. De La Cerda) You haven't seen any
19 of that correspondence?
20    A.  Not -- not on that specific issue, no, I
21 have not seen it.
22    Q.  All right.
23    A.  But if you give it to me, I'll check it out.
24 I'll give an opinion on it.  That's -- that's ...

Jaime Sepulveda, M.D.

| Page 234 | Page 236 |
|---|---|
| 1      Q. So let's take the simple fact this product | 1     Out of all the plaintiff's guys you meet, I'm the |
| 2   was marketed in the United States before it ever had | 2   nice one. |
| 3   clearance. Now, before a doctor ever implants the | 3      MR. SPARKS: Hey. |
| 4   product, do you think it's fair for him not to know | 4      MR. DE LA CERDA: He's a nice one, too. |
| 5   that the product he's implanting hasn't even been | 5      Q (By Mr. De La Cerda) Let's switch gears a |
| 6   cleared by the FDA? | 6   little bit. |
| 7      MR. SNELL: Same objection, misstates the | 7      Do you agree with the FDA's viewpoint that |
| 8      evidence and the foundation as to the clearance. | 8   there is a need for more rigorous studies regarding |
| 9      A. If it's -- I don't want to give you an | 9   the safety and efficacy of transvaginal mesh kits? |
| 10   opinion on something that I haven't seen. | 10      A. The -- |
| 11      Q. (By Mr. De La Cerda) As you sit here | 11      MR. SNELL: Hold on. You said -- can you |
| 12   today, you have not reviewed any of the | 12   read that last -- he said transvaginal -- |
| 13   correspondence between the FDA and Ethicon regarding | 13      THE COURT REPORTER: Mesh kits. |
| 14   the clearance of the Prolift under the 510(k) | 14      MR. SNELL: I'm going to object, overbroad, |
| 15   process; right? | 15   to the extent you're including Prolift |
| 16      A. I -- I know that Prolift was cleared and I | 16   midurethral slings. |
| 17   know that there was -- the product had been sold. I | 17      MR. DE LA CERDA: And I'm not, so I do want |
| 18   just don't know the specifics of when was it cleared | 18   to be clear about that. |
| 19   and the dates as you're referring to. | 19      When I'm using this term "transvaginal mesh |
| 20      Q. What I want to try to get at now is, as you | 20   kits," it's transvaginal mesh for the correction |
| 21   sit here today, are you going to provide any opinions | 21   of pelvic organ prolapse. |
| 22   about the Prolift and the timing of its clearance and | 22      So let me go back. Let me read the question |
| 23   what effect that might have on warnings to doctors? | 23   one more time. |
| 24      A. As we sit here today, I cannot give you an | 24      Q. (By Mr. De La Cerda) Do you agree with |

| Page 235 | Page 237 |
|---|---|
| 1   opinion about something that I have not read. | 1   the FDA's viewpoint that there is a need for more |
| 2      Q. Okay. And so you know today is my | 2   rigorous studies regarding the safety and efficacy |
| 3   opportunity to question you about this issue. This | 3   of transvaginal mesh kits, meaning transvaginal mesh |
| 4   isn't a new issue, it's been around since 2008. So if | 4   for the correction of pelvic organ prolapse? |
| 5   you're telling me today that you don't have -- you're | 5      A. No, I disagree with that recommendation. |
| 6   not prepared to provide an opinion on that issue, | 6      Q. (By Mr. De La Cerda) Okay. And why is it |
| 7   that's great. That sends me down one road. | 7   that you disagree? |
| 8      If you're telling me today that you do have | 8      A. I disagree because there was a wealth of |
| 9   an opinion, then that's why -- then I would like to | 9   data on -- on the use of transvaginal mesh that has |
| 10   ask questions about it. But if you're not going to | 10   been determined by more than 400 surgeons -- 400 |
| 11   opine -- if you don't intend to opine on the effect of | 11   active surgeons that it was adequate. |
| 12   the timing of the clearance of the Prolift through the | 12      The decision of the FDA, with all due |
| 13   510(k) process and that effect on what should be | 13   respect to the organization or to whoever put the time |
| 14   warned or what should be told to doctors about the | 14   and put their effort in sitting on that committee, did |
| 15   Prolift, then that's fine and we can move on to the | 15   not -- did not translate on or did not convey the |
| 16   next subject. | 16   experience of all the surgeons. |
| 17      A. No, I can -- I can look at those papers and | 17      Q. Did you ever actually see the FDA's 522 |
| 18   I cannot give you an opinion at this time about papers | 18   orders that were issued with regard to Gynemesh, |
| 19   that I have not seen. | 19   Prolift and Prosima? |
| 20      Q. Are those papers in your Reliance List? | 20      A. I did -- I did read about those, yes. |
| 21      A. No, I don't think they're in my Reliance | 21      Q. Do you know what these orders required of |
| 22   List. If they would be, I would have read it. | 22   Ethicon? |
| 23      THE WITNESS: Oh, you didn't -- | 23      A. Yes. I -- I read about the requirements and |
| 24      MR. DE LA CERDA: I'm actually the nice one. | 24   I also read at one time the response of Ethicon to the |

60 (Pages 234 to 237)

Jaime Sepulveda, M.D.

| Page 238 | Page 240 |
|---|---|

**Page 238**

1  FDA.
2     Q.  That was my next question.  Do you know what
3  is it that Ethicon did in response to the 522 orders?
4     A.  They -- they made a statement along the
5  lines of what I just mentioned, that there were
6  studies, not only RCTs, not only -- but also cohort
7  studies that show the benefits in durability, it
8  showed the safety profile, it showed risk and
9  complications, very well delineated in ways that no
10  other repair had been addressed.
11     Q.  Did you also see any information regarding
12  Ethicon's estimate on the cost to have complied with
13  the 522 orders?
14     A.  I did not see the exact cost, but I know
15  that any -- any study is costly.
16     Q.  And Ethicon ultimately decided not to
17  perform what was discussed within the 522 orders;
18  correct?
19     A.  That's -- that's what I -- I -- I saw from
20  the -- from that process, from that specific process.
21     Q.  Ultimately, Ethicon decided to pull those
22  products from the market; right?  Prolift and Prosima
23  were pulled from the market; correct?
24     A.  Yes.

**Page 239**

1     Q.  And then Gynemesh, the indication was
2  changed from -- well, I guess before there were two
3  indications, then they changed it to just one.  So now
4  the indication for transvaginal implant was removed
5  and now it's just abdominal sacrocolpopexy; is that
6  right?
7     A.  That's correct.
8     MR. SNELL:  I'm going to object.  Wait.
9  Wait.
10     THE WITNESS:  Okay.
11     MR. SNELL:  Objection, foundation, misstates
12  the evidence and the clearance.
13     So go ahead.
14     Q.  (By Mr. De La Cerda)  So that's -- is that
15  your understanding of what was done is that Prolift
16  and Prosima were pulled from the market but Gynemesh
17  wasn't, just its indication was changed?
18     MR. SNELL:  I'm going to have to object.  I
19  didn't hear "pulled from the market."  Same
20  objection, misstates the evidence.
21     If you take my basis, I'm sure you can get a
22  clean question and answer.
23     Q.  (By Mr. De La Cerda)  What I'll do is I'll
24  ask it this way:  When Ethicon invented a word

**Page 240**

1  called "decommercialization" and labeled that as
2  what it did for the Prolift and the Prosima, point
3  is ultimately Prolift and Prosima they stopped
4  selling; right?
5     MR. SNELL:  Form, predicate.
6     A.  Yes.
7     Q.  (By Mr. De La Cerda)  Gynemesh they
8  changed the indication; right?
9     A.  That's -- yeah, I became aware of that.
10     Q.  And that avoided Ethicon having to comply
11  with the studies required in the 522 orders; correct?
12     MR. SNELL:  Objection, speculation.
13     A.  I don't agree with that --
14     Q.  (By Mr. De La Cerda)  Why not?
15     A.  -- last statement.  Because I'm not -- I'm
16  disagreeing on the basis that there's -- they could
17  not continue without doing the 5- -- the 522s.  I
18  think that a fair trial of this would have been to at
19  least be on the committee that the FDA had.  And there
20  was actually the voice of surgeons saying these are --
21  this is the evidence and part of the evidence was
22  presented on a communication.  It was signed by over
23  400 surgeons and still that was ignored.
24     And that has less to do with what Ethicon

**Page 241**

1  could do, the way I look at it, the way I appreciate
2  it, and more to the fact that the FDA decided no, this
3  is the way it's going to be, 522s or -- or not.  So
4  what could they do?
5     Q.  This is an interesting point that's come up
6  in my mind.  Why is it that the physicians didn't
7  petition Ethicon to comply with the 522 orders?  If
8  the product was so good, why don't the physicians say,
9  "Hey, Ethicon, this stuff is great, do the 522 orders,
10  we know it's going to turn out great, we all win"?
11     Why was there no petition for Ethicon to do
12  that?
13     MR. SNELL:  Calls for speculation.
14     A.  I -- I don't know.  That's exactly -- I'm
15  going to -- I'm going to probably answer it that way
16  because it calls for speculation.
17     Q.  (By Mr. De La Cerda)  Ultimately, if the
18  product's great, why didn't Ethicon do the studies?
19     Have you ever been provided a rationale as
20  to why Ethicon decided not to do the 522 studies?
21     A.  No, there was no -- no rationale and we
22  still cannot find a rationale for that, for not
23  complying with the 522.  I think that you can -- you
24  cannot tell a company how they're going to go about

61 (Pages 238 to 241)

Jaime Sepulveda, M.D.

Page 242

1  their -- running their business. Although I would
2  like, yeah, to have that power to tell everyone to run
3  their business, it's not like I'm going to be listened
4  on that. And there are other considerations that they
5  may have.
6          I can tell you that from a surgeons'
7  perspective, yeah, we could have been compelled --
8  going along the statement that you just made, we could
9  have been compelled to go to Ethicon and I think that
10  that was conveyed at some point, but there's no -- no
11  way to go about it when you're imposed a 522 just off
12  like that.
13          And I think that part of it -- just to
14  elab- -- elaborate on that -- part of it was that we
15  saw -- we signed that petition, we signed that letter,
16  we say, "Please reconsider this. Let's find another
17  method to do this. There has to be a better method to
18  do this." And I think ten years from now we're going
19  to look back on this and we're going to say that was
20  an inadequate method. It was too rigid and we have to
21  find other methods to have these devices available to
22  surgeons.
23      Q.  Is it necessarily a bad thing, though, for
24  clinical studies to be required before another

Page 243

1  transvaginal pelvic organ prolapse mesh is put on the
2  market? I mean, is that a bad thing? Isn't that a
3  good thing because it can ensure safety for patients?
4      MR. SNELL: Form.
5      A.  I could -- let me tell you, I'm -- by now,
6  you know that I have done research in one way or
7  another for 25 years and I sponsor individuals to do
8  research and I believe in research and I believe in
9  evidence.
10          I can -- I will never be able to say, "Oh,
11  no, we don't need another study." I think that
12  everybody wants another study, but the fact is that
13  are we going to put individuals through a study when
14  we have evidence from -- from before, multiple
15  randomized control trials, how fair is that to do
16  another study with women when we have evidence of how
17  it works?
18      Q.  (By Mr. De La Cerda) Do you know if any
19  of the hospitals that you have privileges at had any
20  Prolift or Prosima devices leftover after Ethicon
21  stopped selling those products?
22      A.  No, that's -- in my -- my hospital, there
23  was -- it was not there. Basically the communication
24  came in and the communication is clear and that was

Page 244

1  it.
2      Q.  What do you mean by the "communication"?
3  Did Ethicon say, "Hey, take it off your shelves"?
4      A.  No, we have a product manager in the
5  operating room and any of us that have -- any surgeon
6  that receives a letter would go and send it right away
7  to the product manager.
8      Q.  And what did the letter say?
9      A.  That's the decommercialization letter.
10      Q.  Okay.
11      A.  And that was it.
12      Q.  And so at the time it was decommercialized
13  did those products then get pulled from the shelves of
14  the hospital?
15      A.  Yeah, that's it, they're in a separate cart
16  and the cart doesn't work anymore. I actually tried
17  to find one a few -- a few months later, I couldn't
18  find it. No, that goes to a facility, gets destroyed,
19  that's it.
20      Q.  Okay. Here's a few statements, I want to
21  see if you agree with them.
22          Do you agree serious complications
23  associated with surgical mesh for transvaginal repair
24  of pelvic organ prolapse are not rare?

Page 245

1      A.  They are rare.
2      Q.  They are rare?
3      A.  They are rare.
4      Q.  So you disagree with that statement?
5      A.  I disagree with the statement that they are
6  not rare.
7      Q.  Do you agree that there is no evidence that
8  transvaginal repair with mesh provides any added
9  benefit compared to traditional surgery without mesh?
10      A.  That's inaccurate and it's not supported by
11  evidence.
12      Q.  So you disagree with that one?
13      A.  I do.
14      Q.  Do you agree that it's not clear that
15  transvaginal repair with mesh is more effective than
16  traditional non-mesh repair in all patients with
17  pelvic organ prolapse and it may expose patients to
18  greater risk? Do you agree or disagree with that?
19      A.  I disagree with that.
20      Q.  Do you agree that mesh used in transvaginal
21  pelvic organ prolapse repair introduces risks not
22  present in traditional non-mesh surgery for pelvic
23  organ prolapse repair?
24      A.  I -- in a general sense, I disagree with

62 (Pages 242 to 245)

Jaime Sepulveda, M.D.

Page 246

1    that except with a fact that the risk is inherent to
2    the implant only.
3        Q.  Which would be exposure; right?
4        A.  Which would be mesh exposure.
5        Q.  Mesh exposure.  Mesh exposure.
6        Okay.  Do you agree mesh placed abdominally
7    for a pelvic organ prolapse repair results in lower
8    rates of mesh complications compared to transvaginal
9    pelvic organ prolapse surgery with mesh?
10       A.  I don't agree -- I don't agree with that.
11   And the basis for my disagreement with it isn't only
12   the clinical -- the clinical evidence, but also my
13   experience.
14       Q.  Do you agree that native tissue repairs have
15   similar outcomes to synthetic mesh without the risks
16   inherent in mesh use?
17       MR. SNELL:  Form, vague.
18       A.  They -- the evidence shows in randomized
19   control trials that native tissue repairs have
20   other -- other risks.
21       Q.  (By Mr. De La Cerda)  So you would
22   disagree with this statement; right?
23       A.  Yes, I would.
24       Q.  Do you agree or disagree the native

Page 247

1    tissue -- strike that.
2        Do you believe it would be a reasonable
3    decision for a doctor to stop using the Prosima device
4    following the July, 2011, FDA warning?
5        MR. SNELL:  Incomplete hypothetical,
6        speculation.
7        A.  I think that there's a -- I mean, I will
8    have to think for all the other surgeons, but I think
9    it's reasonable whenever you have a letter from an
10   organization like the FDA and you -- all of us not
11   being completely -- completely aware of that process
12   on how it came through, it comes as a surprise that we
13   don't have a problem.  I think it comes as a surprise
14   not only for us, it comes as a surprise for the
15   patients.
16       Q.  (By Mr. De La Cerda)  So it would be
17   reasonable for a doctor to do that?
18       A.  I think it's reasonable for anyone to think
19   that there's something wrong and it requires a lot of
20   reading and a lot of research to really be in tune
21   with the reality.
22       Q.  And so it would also be reasonable for a
23   doctor to stop using the Prolift and the Gynemesh
24   transvaginally after that July, 2011, FDA warning;

Page 248

1    correct?
2        MR. SNELL:  Same objection, speculation,
3        incomplete hypothetical.
4        A.  It's a -- it's reasonable on the basis of
5    human nature.
6        Q.  (By Mr. De La Cerda)  At any point after
7    the July, 2011, FDA warning, did you decide to stop
8    using Prosima, Prolift or Gynemesh transvaginally?
9        A.  I think that everyone look at it and
10   everyone stop using it for the wrong reasons, less
11   because of evidence, and more because of the -- of the
12   fear of being involved in litigation, which is real,
13   and being involved in a situation having to explain
14   themselves when there is not a clear -- a clear
15   picture about the reality of it.
16       Q.  But you did stop using Prosima, Prolift and
17   Gynemesh transvaginally at some point after the July,
18   2011, FDA warning; right?
19       A.  I -- I think I continue using what -- what
20   it did, it did happen is that I communicated, "Listen,
21   we need to take a look at this," but I continued using
22   it.
23       Q.  You continued implanting it?
24       A.  Yes.

Page 249

1        Q.  Until they were pulled from the market or
2    stopped, they were stopped selling or
3    decommercialized; right?
4        A.  Yes, once you have -- you have that, I
5    don't -- I don't want to use it.
6        Q.  Do you agree -- do you agree that surgical
7    mesh to repair pelvic organ prolapse is a high-risk
8    device?
9        A.  It's a --
10       MR. SNELL:  Foundation.
11       Go ahead.
12       A.  It's a game like talking about 522, some
13   510(k)s, high risk, low risk, it's not -- it's not
14   scientifically accurate.
15       I do agree that if you're going -- if you're
16   going to use it, you need to be well-trained on it,
17   and you just don't start doing prolapse or continence
18   procedures because a device is easy to use.  You still
19   have to be trained and read what's behind all that.
20   That's my opinion of how I run my professional career.
21   It's my -- my profession.
22       That's how we do it on credentialing in my
23   hospital, that's going to be up to the credentialing
24   institutions and the physicians to decide how much

63 (Pages 246 to 249)

Jaime Sepulveda, M.D.

Page 250

1    training they will -- they will have.
2        Q.  (By Mr. De La Cerda)  And so at this
3    point, you can't tell me whether you can label
4    surgical mesh to repair pelvic organ prolapse as
5    high risk; right?
6        A.  Yeah, it's labeled high risk and there's
7    communication from the FDA labeling it high risk.
8    What I -- I can tell you is that the terminology of
9    high risk or low risk brings other implications. If
10   you look at the evidence, I will say, "Well, you know,
11   it's really a risky procedure like any surgery."
12       Q.  And so you're not going to offer testimony
13   that the Gynemesh implanted transvaginally or the
14   Prosima or Prolift are low-risk devices, are you?
15           MR. SNELL:  Objection, misstates his prior
16   testimony.
17           Go ahead.
18       A.  I will not go with low risk or high risk.  I
19   think that whole terminology is so -- is so
20   nonspecific.  What's -- if I -- if you compare it to a
21   heart surgery, if you compare it to -- to any other --
22   an appendectomy, there's always risk.  So I cannot
23   classify one way or the other.
24           There's -- there's -- I believe that there

Page 251

1    is more to that high-risk, low-risk classification
2    than what we can actually explain on the frame of a
3    deposition.
4        Q.  (By Mr. De La Cerda)  Do you know whether
5    or not Ethicon did an internal risks analysis to
6    determine risk scores for the pelvic organ prolapse
7    mesh devices?  Like whether they were going to --
8    whether Ethicon was going to label them low,
9    moderate, high risk?
10       A.  I'm not aware of them doing that and
11   actually, there's -- there was an effort, not by
12   Ethicon but by the professional societies to use the
13   Dindo classification and modify it for -- for
14   prolapse.  So that's -- that tells you the extent.
15           The reason why I'm explaining is it tells
16   you the extent of how elaborate the process is.  I
17   don't think that Ethicon probably -- I think they were
18   too busy with other things to develop anything,
19   anything like that.
20       Q.  Let's switch gears a little bit here.
21           Are you okay on breaks?
22       A.  I'm good.
23       Q.  Okay.  We are getting close.  Okay.
24           If a synthetic graft product like Prosima

Page 252

1    does not do better than a native tissue repair in
2    terms of safety and efficacy, do you think it should
3    be introduced to the market?
4            MR. SNELL:  Foundation.
5            Go ahead.
6        A.  The -- the basis for Prosima for any other
7    procedure, they don't do well with whatever benchmark
8    that you use, you need to reconsider, you need -- you
9    have a choice in the market, obviously, but there's --
10   that's not what we saw with Prosima.  The cohort
11   studies done on Prosima follow the experience with
12   Prolift and it showed that it was better than native
13   tissue repairs.
14       Q.  (By Mr. De La Cerda)  You're aware that
15   Ethicon was told by some of its top consultants it
16   did not make sense to use the Prosima in people with
17   lesser degrees of prolapse given the outcomes?
18       A.  Any consultant may have an opinion.  That's
19   something that -- that's something that Ethicon always
20   foster for anyone to give an opinion.  And it's not
21   like we were that shy of giving an opinion because we
22   actually offer plenty of it.
23       Q.  Would you disagree with that -- this
24   particular opinion?

Page 253

1        A.  I disagree.
2        Q.  Do you agree or disagree with the following
3    statement:  There is no authoritative paper to support
4    that Prosima outcomes are superior or even comparable
5    to colporrhaphy?
6        A.  I disagree with that, and the papers are
7    authoritative and in the context of evidence
8    previously gathered by the use of Gynemesh and
9    Prolift.
10       Q.  So if the primary investigator for the
11   Prosima trial which studied whether or not the product
12   was effective for Grade II and III rectocele and
13   cystoceles made that statement, you would disagree
14   with her?
15       A.  I'm not aware -- are you speaking about
16   Dr. Zyczynski?
17       Q.  I guess ultimately -- you know, what I'll
18   do, I'll just withdraw the question.  I think you've
19   already answered anyway.
20           You disagree with the prior statement, so I
21   think you answered that anyway.
22       A.  I'm going to refer to her on first name
23   because I think that she will be okay with it.  Her
24   first name is Halina, H-a-l-i-n-a.

64  (Pages 250 to 253)

Jaime Sepulveda, M.D.

Page 254

1    Q. If the overall consensus of a medical device
2  company's consultants and experts is that it would be
3  a mistake to launch a device on the market, do you
4  think it would be wrongful for the company to launch
5  that device anyway?
6    A. The --
7       MR. SNELL: Wait. Hold on. Objection,
8    speculation, incomplete hypothetical.
9    A. The fact that you're a scientist doesn't
10  always mean that you're going to know marketing.
11  That's -- there's more than one person making those
12  decisions.
13    Q. (By Mr. De La Cerda) So you don't believe
14  that it would necessarily be wrongful for a company
15  to launch a product under those circumstances; is
16  that right?
17       MR. SNELL: Same objection.
18    A. I think there's more than one opinion that
19  needs to be considered, especially in a multicenter
20  study.
21    Q. If the overall consensus of a medical device
22  company's scientists and experts is that it would be a
23  mistake to launch the device on to a market, do you
24  think that doctors or patients who are provided the

Page 255

1  device should be told the company's scientists and
2  experts think that the device is a mistake?
3       MR. SNELL: Form, foundation, incomplete
4    hypothetical.
5    A. Yeah, I don't think that any company is
6  going to tell you, "Yeah, I'm going to release it and
7  it's mistake."
8       No, the evidence is there and -- and the
9  evidence was so very clear with Prosima. It was
10  presented in modules, it was presented on the number
11  of patients, it was presented in a multicenter study.
12  It had all the qualities of a good cohort study.
13    Q. (By Mr. De La Cerda) So you don't think
14  that a doctor or -- a doctor who's implanting a
15  Prosima or a patient who's going to receive a
16  Prosima wants to know before that Prosima is put in
17  that at some point the top consultants and experts
18  at the company believe that Prosima was a mistake,
19  they believe it was a reckless product, that they
20  believe if they put the product out on the market
21  they were going to stop working with Ethicon, you
22  don't think any of that information should be
23  provided to doctors or patients?
24    A. No.

Page 256

1       MR. SNELL: Hold on. You've got to give me
2    a chance.
3       Form, foundation.
4       Go ahead.
5    A. No, it's -- I don't think that's -- that
6  that should be considered. I think that the
7  scientific evidence supersedes whoever feels that it's
8  in so much power to say, "Oh, it's reckless because I
9  say it's reckless."
10       Well, this is the evidence, this is the
11  scientific evidence, this is the multicenter evidence.
12  If you insist on calling it reckless or giving an
13  irresponsible opinion, which is what it is, then it's
14  up to you, but this is the evidence on this device.
15    Q. (By Mr. De La Cerda) So Marcus Carey, you
16  know, is the inventor of Prosima; right?
17    A. Yes.
18    Q. And you know he received -- he would receive
19  royalties each time the Prosima was sold; right?
20       MR. SNELL: Foundation.
21    A. I -- I'm aware that he got paid for his
22  work.
23    Q. (By Mr. De La Cerda) Do you know how much
24  he got paid?

Page 257

1    A. No.
2    Q. Do you know he was the lead author on the
3  Prosima study done by Ethicon prior to launch?
4    A. There was the first one and then there was
5  another study.
6    Q. Do you know what his success rate was with
7  the Prosima in that first study?
8    A. It's -- on the -- the first study was
9  around -- above the hymenal ring, I believe it was in
10  the '70s.
11    Q. What about below? Below the -- I just lost
12  the word. Hymenian, is that what you said?
13    A. Hymenal ring.
14    Q. Hymenal ring.
15       MR. SNELL: Let me caution you. If you have
16  a study, you should pull it out and look at it.
17  He's not asking you to guess. I mean, we have
18  all this stuff here, you can look at it.
19       THE WITNESS: Okay.
20       MR. SNELL: I don't know where you have it,
21  but I would assume it's in one of these things.
22    A. This is it. This is the study.
23    Q. (By Mr. De La Cerda) Okay. So go back to
24  the question. Do you know what his success rate was

65 (Pages 254 to 257)

Jaime Sepulveda, M.D.

Page 258

1  with the Prosima in his first study?
2      A.  Let me look through it and I'll --
3  73.9 percent.
4      Q.  And you say that is above or below the
5  hymenal ring?
6      A.  That's about the hymenal ring.
7      Q.  And how about below the hymenal ring?
8      A.  The rest of it.
9      Q.  What do you mean "the rest of it"?
10     A.  The other percentage.
11     Q.  So it's 70/30?
12     A.  Yes, it's 70 -- yes, it's 73.9 versus
13  20-something.  Either one, yeah.
14     Q.  Do you think the fact that he was the
15  inventor of the product introduced bias in that study?
16         THE WITNESS:  Let me point out -- do you
17     see -- you saw that, right?
18         MR. SNELL:  Okay.
19     A.  Please repeat the question.
20     Q.  Sure.
21         Do you think the fact that he was the
22  inventor of the Prosima introduced bias into that
23  study?
24     A.  No.

Page 259

1      Q.  Why not?
2      A.  I have no reason to believe that he would be
3  bias with it.
4      Q.  Do you know whether Ethicon thought there
5  was a fair amount of spin going on regarding Dr. Carey
6  reporting of his clinical data?
7      A.  Fair amount of?
8      Q.  Spin.  Have you ever heard that term "spin,"
9  spinning the data, spinning the information?
10     A.  No, no.
11     Q.  Like the politicians do?
12     A.  I have no reason to believe that
13  Professor Carey had any deviations from what he would
14  honestly do.
15     Q.  Do you know whether Ethicon believed that
16  Dr. Carey was spinning the data?
17     A.  No.  No, I don't -- I'm not aware of that.
18     Q.  The inventor of Prolift, Dr. Cosson,
19  C-o-s-s-o-n --
20     A.  Cosson.
21     Q.  Cosson.
22         MR. SNELL:  Misstates, lacks foundation.
23     You've got the wrong person.
24     Q  (By Mr. De La Cerda)  Is he the inventor of

Page 260

1  Prolift?
2      A.  It was a group.
3      Q.  It was a group, right.
4      A.  It was a group.
5      Q.  You've relied on -- have you relied on data
6  and literature published by Dr. Cosson and the TVM
7  group to support your conclusions that Prolift is safe
8  and effective?
9         MR. SNELL:  Same objection.
10     A.  Well, there was a TVM and there was Prolift.
11  And TVM was a precursor, but is different from the
12  product on Prolift.
13     Q  (By Mr. De La Cerda)  Okay.  Do you know if
14  Dr. Cosson receives royalties for the Prolift or
15  received?
16     A.  No, I don't -- I'm not aware of what he
17  received.
18     Q.  Do you believe that an inventor who receives
19  royalties for selling his invention can be potentially
20  biased when publishing data regarding his invention?
21         MR. SNELL:  Speculation.
22     A.  I don't -- I don't see them being biased.  I
23  have no reason to believe that would be the case.
24     Q.  (By Mr. De La Cerda)  You're very

Page 261

1  trusting.  You're very trusting.
2      A.  This is high caliber -- high-caliber
3  investigators.
4      Q.  Well paid, too.
5         You're aware that Ethicon had an alternative
6  mesh to Gynemesh PS that they believe would cause
7  fewer compli- -- fewer serious complications at least
8  as early as 2006; right?
9         MR. SNELL:  Foundation, misstates the
10     evidence.
11     A.  Could you please repeat that?
12     Q.  (By Mr. De La Cerda)  Sure.
13         Are you aware that Ethicon had an
14  alternative mesh to Gynemesh PS that they believed
15  would cause fewer complications at least as early as
16  2006?
17         MR. SNELL:  Same objections.
18     A.  No, I'm not aware of that, any mesh like
19  that, but I'm also aware that there's very low
20  likelihood that there was any evidence strong enough
21  for Prolene polypropylene.
22     Q.  (By Mr. De La Cerda)  What do you mean by
23  that?
24     A.  The evidence on Prolene polypropylene, on

66 (Pages 258 to 261)

Jaime Sepulveda, M.D.

| Page 262 | Page 264 |
|---|---|

Page 262

1  the behavior of the material, it's -- it was
2  well-established by the time Gynemesh PS came in.
3      Q.  So you don't believe it's possible that
4  Ethicon can have evidence that it had a mesh different
5  from Gynemesh that they believe was safer than
6  Gynemesh?
7      MR. SNELL:  Objection, same objection.
8      A.  I believe it's possible to have another
9  mesh.  What I don't believe is that the mesh could be
10  based to be safer or with more evidence.
11      Q.  (By Mr. De La Cerda)  Okay.  I'm going to
12  ask you whether you agree with the following
13  statements.
14          Do you agree that physicians should be
15  aware -- made aware of all of the significant safety
16  risks associated with the product in the IFU?
17      MR. SNELL:  Objection, asked and answered.
18  I think he's testified three times on this.
19      A.  The -- the risk of the IFU should pertain to
20  the device.  There is no place in the IFU to make a
21  more comprehensive guide for incontinence, nor should
22  the IFU replace training, expertise and textbook
23  reading.
24      Q.  (By Mr. De La Cerda)  But you agree that

Page 263

1  all significant safety risks associated with the
2  product should be included; right?
3      MR. SNELL:  Objection, misleads prior
4      testimony.
5      Go ahead.
6      A.  With the -- with the product specifically
7  associated to the device and -- and -- and the mesh.
8      Q.  (By Mr. De La Cerda)  Is that a "yes"?
9      MR. SNELL:  Objection, asked and answered.
10      A.  To the device and mesh, yes.
11      Q.  (By Mr. De La Cerda)  Okay.  Do you agree
12  that a manufacturer of a medical device that would
13  be implanted in a woman's body is required --
14  actually, strike that.
15          Do you agree that an IFU should never
16  exclude known hazards or complications?
17      MR. SNELL:  Objection, I think this is all
18      asked and answered.  He's given the same opinions
19      numerous times.
20      Go ahead.
21      A.  The IFU should talk about the things that
22  are inherent to the device.  It's -- it's a guide
23  about the device.
24      Q.  (By Mr. De La Cerda)  Can't -- is it okay

Page 264

1  for it to exclude known hazards or complications?
2      MR. SNELL:  Form.
3      Q.  (By Mr. De La Cerda)  There are
4  circumstances where I think you believe that it can
5  exclude known hazards and complications; right?
6      MR. SNELL:  Same objections.
7      A.  Things that are not at risk to the patient.
8      Q.  (By Mr. De La Cerda)  No, I mean -- okay.
9          If it's a known hazard or complication to it
10  that could happen to a patient, should it ever be
11  excluded from an IFU?
12      MR. SNELL:  Same objection.
13      A.  If it's -- if the complication or the side
14  effect is the same as it would happen with a native
15  tissue repair, I believe that it does not have to be
16  included on the IFU.
17      Q.  (By Mr. De La Cerda)  Okay.  Do native
18  tissue repairs result in chronic foreign body
19  reaction?
20      A.  Yes.
21      Q.  How is that?
22      A.  There's a reaction to sutures.  There's the
23  plication of tissue that dehisce.  There is the
24  formation of hematomas or granulomas.  There are the

Page 265

1  inherent conditions of the host that could cause it,
2  such as atrophy, autoimmune disorders, lichen planus.
3  So there are a number of conditions that can make a
4  native tissue repair not work, not work well or have
5  granulation tissue or have chronic -- chronic
6  inflammation.
7      Q.  Chronic inflammation.  Okay.
8          Do you agree that if a patient undergoes the
9  TVT procedure under general anesthetic, it has the
10  potential to put the patient at increased risk for
11  urinary retention or urethral erosion?
12      A.  No.
13      Q.  And why is that?
14      A.  Initially, the idea was that when you put a
15  midurethral sling, which is tension free, that you
16  have to adjust it so the patient would not be on
17  retention.
18          It was -- it was later described that that
19  may have been true for previous slings that were used
20  ideally for vesical junction, but not for midurethral
21  slings.  Eventually, the data proved that to be
22  correct, because the rate of voiding dysfunction was
23  below 1 percent.
24          So one of the -- one of the things that that

67 (Pages 262 to 265)

Jaime Sepulveda, M.D.

| Page 266 | Page 268 |
|---|---|
| 1 experience validated is something that they didn't<br>2 know, not even the inventor actually knew that, which<br>3 is that there is some viscoelasticity to the implant<br>4 itself.<br>5     MR. DE LA CERDA: Okay. What I'd like to do<br>6     now is take a break and review my notes and<br>7     then --<br>8     MR. SNELL: I'm ready for another bathroom<br>9     break.<br>10     MR. DE LA CERDA: We'll go off the record,<br>11     thank you.<br>12     (Thereupon, a recess was taken from<br>13     3:24 p.m. until 3:45 p.m., after which the<br>14     following proceedings were held:)<br>15     Q. (By Mr. De La Cerda) Okay. Doctor, we're<br>16 back on the record.<br>17     There was one thing you mentioned that I<br>18 wanted to make sure was clear. When we were talking<br>19 about the compensation you had received as a<br>20 consultant and then we had a discussion about trying<br>21 to get --<br>22     MR. SNELL: I haven't gotten that either.<br>23     MR. DE LA CERDA: That's fine. That's fine.<br>24     Get a better version. | 1     Q. Okay. Okay. And then have you had a chance<br>2 to review that on your own, that spreadsheet?<br>3     A. I saw it before -- before the Cavness trial<br>4 and I saw it at the Cavness trial.<br>5     Q. And are you sure one way or the other<br>6 whether those numbers are allocated versus real<br>7 numbers?<br>8     A. They're -- I know they're not real numbers<br>9 because I would have -- I would have remembered that.<br>10     Q. Yeah.<br>11     A. The number is -- is high, and I don't<br>12 remember having 1099s that were that high.<br>13     Q. Okay. Okay. Have you understood all of my<br>14 questions today?<br>15     A. Yes, sir.<br>16     Q. Have you answered them truthfully and to the<br>17 best of your ability?<br>18     A. Absolutely.<br>19     Q. Is there any testimony that you would like<br>20 to go back and change at this point?<br>21     A. No.<br>22     MR. DE LA CERDA: Okay. I'll pass the<br>23     witness. |

| Page 267 | Page 269 |
|---|---|
| 1     MR. SNELL: People are running around like<br>2     on your side, too, like all over the place.<br>3     Q. (By Mr. De La Cerda) There was a<br>4 discussion about trying to get -- there's a<br>5 spreadsheet that has listed out some of this<br>6 information and you mentioned, "Well, it might only<br>7 be money that was allocated for me, but not<br>8 necessarily money that I made."<br>9     Do you remember discussing that? You might<br>10 not have used the term --<br>11     A. Yes.<br>12     Q. -- "allocated."<br>13     A. Yes, they did their own allocations for what<br>14 they were going to spend. It was a budget, internal<br>15 thing from Ethicon, a budget planning. So it could --<br>16 my point is that it could say a number -- it would<br>17 never be higher than that number, but it was -- it<br>18 could be lower than that.<br>19     Q. So the numbers in the spreadsheet may just<br>20 be what would have been an allocation or a budget for<br>21 you for that year and it couldn't be higher, but it<br>22 might be lower?<br>23     A. But it might be lower, yes. It cannot be<br>24 over that number. | 1     CROSS-EXAMINATION<br>2 BY MR. SNELL:<br>3     Q. Doctor, I want to go through some topics and<br>4 I'm actually going to go in the order that<br>5 Mr. de la Cerda covered things just to make sure we're<br>6 all clear on the record here about where you intend to<br>7 testify and then whatnot.<br>8     Do you recall at the beginning of the<br>9 deposition you were asked by Mr. de la Cerda about<br>10 that Abbott study where some of the patients didn't<br>11 return back to the implanting surgeon for care of a<br>12 complication?<br>13     A. Yes.<br>14     Q. All right. In formulating your opinions on<br>15 the devices we've been discussing today, are there<br>16 studies in databases that have captive audiences that<br>17 look at treatment over time regardless of whether it's<br>18 the implanter, explanter, or someone else?<br>19     A. No, there's -- one of the -- one of the<br>20 things that we have with these type of procedures is<br>21 that there have been tracks on Medicare databases,<br>22 they -- and we have other -- other -- other databases<br>23 that I -- and the citations I put, the Kaiser<br>24 Permanente, that's -- |

68 (Pages 266 to 269)

Jaime Sepulveda, M.D.

| Page 270 | Page 272 |
|---|---|

**Page 270**

1    Q.  Why don't we go there because that's what I
2  was going to ask you about.  If you turn to page 14
3  and 15 --
4    A.  Yes, I got it.
5    Q.  -- of your TVT, TVT-O report.  Do you
6  identify different database studies that assess
7  reoperation complication management regardless of who
8  actually is doing that surgery?
9    A.  Right.
10    Q.  Okay.
11    A.  The Canadian registry, there is Medicare,
12  and there's Kaiser Permanente.
13    Q.  So -- and did you find those studies to be
14  reliable?
15    A.  That is -- that is reliable.
16    Q.  So let's take the first one that I'm looking
17  at, it's reference No. 45 in your report, Jonsson
18  Funk, J-o-n-s-s-o-n, Funk.  It's the nine-year study
19  where the rate of removal for mesh urethrolysis was
20  3.7 percent.
21    A.  Yes.
22    Q.  Do you have a recollection as to whether
23  that study contained, you know, over a 100,000
24  patients or --

**Page 271**

1    A.  There was -- I know for a fact it's over
2  80,000 patients, close to -- close to 100,000
3  patients.  Most importantly, that rate of -- of
4  revision was about 3 percent.
5    Q.  And did you see a similar rate as to about
6  3 percent in different database studies and other
7  studies like the Cochrane reviews and randomized
8  control trials?
9    A.  Consistently you go from one paper to
10  another to another and it's 3 percent.  It's 2 percent
11  on one, 3 percent.  The maximum I have seen is
12  5 percent.  But the number that is most consistently
13  repeated is 3 percent.  And that's -- that's accurate
14  to cite to the patients.
15    Q.  So in the Abbott study, let me ask you this.
16  Do you recall that it was a case series based on
17  tertiary referral centers by Dr. Karram, who I think
18  plaintiff's counsel mentioned, and a couple other
19  doctors?
20    A.  Yes, there are probably two papers that say
21  patients would not follow through.  The first one is
22  about the -- a review about randomized control trials
23  or any follow up in which patients do not show up,
24  they tend to be considered as -- in the group that did

**Page 272**

1  not respond to therapy, to treatment, or to the
2  intervention.
3    The second is that paper that you just
4  mentioned, but the overwhelming data is so high in
5  other areas, in other databases that we don't go by
6  specific papers like that.
7    Q.  So the case series, can -- when you
8  formulated your opinions, did you pay attention and
9  put more effort -- more emphasis on higher level data?
10    A.  Not only formulate my opinions.  In
11  everything I read, I need -- I need to know what is it
12  that I'm reading.  And I put that scale, that bridge,
13  some people see it as a pyramid, some people see it as
14  a list.  We know that case series are at the bottom,
15  randomized control trials reviews are on the top.
16    Q.  The first study, the Jonsson Funk study, can
17  you identify, just for the record, how many patients
18  did that involve in the assessment?
19    A.  It's 188,454 eligible women.
20    Q.  And then the other footnotes, 46, 47, 48,
21  and 49, were those also the different databases you
22  mentioned?
23    A.  Right.  The Canadian, the Canadian also has
24  good reliability because the Canadian does have -- has

**Page 273**

1  a tracking because of their socialized system.  They
2  have tracking.  They are known to be able to track a
3  variety of conditions, and this is just another one
4  that they -- that they are -- they report.
5    Q.  And so I guess my question is: Did you find
6  these database studies from different databases, based
7  on the volume of patients assessed and the
8  methodologies, to be more reliable than a case series
9  in a limited number of patients?
10    A.  Absolutely, besides these are up in the
11  hierarchy.
12    Q.  You were asked some questions about what you
13  did in formulating your opinions and you've talked
14  about and testified that you reviewed the medical
15  literature.  I want to make sure we're clear here.
16    Did you also look at various Ethicon company
17  documents and evaluate them?
18    A.  Yes, I -- I -- I did.  I just -- in the
19  order -- in the order that I read them, I -- I read
20  them most remotely.  In other words, I -- it has been
21  more time since I read than from this one.
22    Q.  Did you specifically identify in your report
23  Ethicon documents on topics that Mr. de la Cerda asked
24  you about, like mechanical cut versus laser cut, and

69 (Pages 270 to 273)

Jaime Sepulveda, M.D.

Page 274

1 degradation and pore size and things like that in your
2 reports?
3    A.   Well, by -- through the -- through my
4 testimony today, I address.  There is no way I would
5 have been able to address it if I wouldn't have read
6 it.
7    Q.   I think you testified to this and you can
8 tell me if I'm correct or wrong.
9         Did you earlier testify that based on all of
10 your analyses and the bases you talked about here
11 today, that you have not identified any
12 characteristics of the mesh that are a safety risk?
13    A.   Yeah, I don't -- I don't think that there
14 are concerns about safety on -- on -- on any of the
15 products that we were using.  If I would have thought
16 there were concerns about safety to begin with, I
17 wouldn't have used them.
18    Q.   And besides the medical literature and the
19 high-level data that you have referenced, do you also
20 rely on your clinical experience?
21    A.   There's -- my experience is important, the
22 data is important, and the caliber of the data is
23 important.  Not only that, my experience and the
24 experience of the people that I -- that I talk to.

Page 275

1         You see, it's -- in medicine, we still -- we
2 still value very much the experience, the experience
3 of our colleagues, so I use that and I use also the
4 experience of -- my own experience and the experience
5 of those that investigate.  People -- people that are
6 extremely talented are looking at studies.
7    Q.   And at the end, though, in formulating your
8 opinions and coming to your final conclusions about
9 the safety and efficacy of Gynemesh PS, Prolift, TVT,
10 TVT-O, did you put more weight into the randomized
11 level on control trials than individual experience or
12 case series?
13    A.   Randomized control trial is what -- what we
14 wish we would have on everything.  But once you have a
15 few randomized control trials, you can build up with
16 other -- with the other studies.  You cannot just do
17 the reverse, you have to build up on the strongest
18 ones.
19    Q.   You were asked a lot of questions about your
20 opinions on IFUs and you told Mr. de la Cerda various
21 grounds and bases for your opinions and you talked
22 about how you had reviewed IFUs over many years and
23 numerous times.
24         Let me ask you this.  In your professional

Page 276

1 education role, did you teach and cover the IFU with
2 other pelvic surgeons specific to these devices we
3 talked about today?
4    A.   We could -- we could make -- the answer is
5 yes.  We could make any presentation and present any
6 slide, but at the end when we're working together in
7 the specimen and they collaborate, it's the IFU, the
8 one that comes out.
9         And as a -- as a preceptor or as a teacher,
10 you need to know that IFU by -- by steps and know not
11 only what it says, but what it really says in terms of
12 mechanics.  That's important for all -- all products.
13    Q.   And how many of the cadaver labs or these
14 labs that you did included covering the IFU with the
15 surgeons?
16    A.   Every single -- every single lab.
17    Q.   How many cadaver labs did you do on these
18 products?  Your best estimate is fine.
19    A.   The VCS here did about six cadaver labs
20 locally.  We had -- we used to go to Orlando and it
21 was very convenient for me because when I would miss
22 the plane, because I was seeing patients, I would just
23 drive up there, and it's -- and it was six in the max
24 year, maybe eight.

Page 277

1    Q.   Would there be just one surgeon at this
2 event or would there be multiple?
3    A.   No, multiple surgeons.  There was more than
4 one -- one preceptor.
5    Q.   Do you have an estimate as to the number of
6 pelvic floor surgeons you would have worked with and
7 trained and went through the IFU with?
8    A.   I never -- never saw more than four.  And if
9 I will have two, that would be good.  We -- we started
10 with the IFU.  We would teach the device and after
11 that, one of the opportunities that we have in the
12 cadaver lab is that we could dissect and get an
13 in-depth view of what -- where the devices went by
14 using the IFU.  So it was the ultimate test for an IFU
15 and the test is on performance of the procedure.
16    Q.   You were asked questions about TVT and these
17 products and you expressed the opinion that you don't
18 think that the devices rope, curl, degrade, et cetera.
19         Did you -- so let me -- so with that
20 preface, did you look at the literature to see whether
21 any of the studies in the patients reported a
22 difference or a hypothesis as to a difference as to
23 laser cut versus mechanical cut mesh?  Are there any
24 studies that describe it?

70 (Pages 274 to 277)

Page 278

1     A.  There is not -- there are no actual studies
2  that define one way or the other.
3          There is actually the well-designed
4  randomized control trials, like the TOMUS, which is
5  evaluating midurethral sling, transobturator and
6  retropubic.  And what -- in that specific study, which
7  is an excellent study, it's one of the pillars of what
8  we do, it's -- we -- we found out there was no
9  description of one or the other; and I have the
10 impression that both were used and there was never any
11 difference on it.
12     Q.  For the mechanical versus laser cut, do you
13 cover that in-depth in your report on pages 23 through
14 25?
15     A.  Yes.
16     Q.  Do you have -- is there a TVT-Secur report
17 over there?
18     A.  Yeah.
19     Q.  Do you recall a study by the name -- maybe
20 the first author's name was Neuman that looked at
21 TVT-O versus TVT-Secur and it reported percentages of
22 complications for erosion and dyspareunia and there
23 was a difference seen on dyspareunia which the authors
24 reported may have been to -- may have been due to

Page 279

1  laser cut mesh.  Do you recollect that?
2     A.  That's Dr. Menahem Neuman's study.  He's in
3  Israel and he study -- he studied TVT-Secur.
4     Q.  What page are you on?
5     A.  That's 44.
6     Q.  And was that the only study that you were --
7  that you found in your investigation in the clinical
8  application of these products on women that suggested
9  there may be a difference between the two?
10     A.  There's a -- there's another -- another
11 study that Bianchi-Ferraro and on the -- both of them,
12 there are TVT-Os and TVT-Securs compared and there's
13 no difference on them.  That's -- this is just -- this
14 is just illustrate that mechanical cut and laser cut,
15 unless you put it on extreme conditions, way beyond
16 the stressors that would be found on the pelvis, there
17 is no significant difference on the behavior.
18     Q.  Page 45 on the Neuman study, you wrote that
19 the authors theorized that the laser cut mesh was to
20 blame for higher dyspareunia, but there is no
21 scientific data confirming that.
22     A.  There is no scientific data and that is just
23 an opinion and that's -- that's what we -- we have to
24 define what's science, what's an opinion.  Sometimes

Page 280

1  you see a study that has good science, but then it
2  becomes an opinion at the end.
3     Q.  Do you recall Mr. De al Cerda asking you
4  about a hypothetical that if laser cut mesh was three
5  times stiffer or more stiffer than mechanical cut mesh
6  would it lead to more complications and he may have
7  even mentioned exposure.  Do you recall?
8     A.  Yeah, I do recall.
9     Q.  My question to you is:  So in that study by
10 Neuman, did the laser cut mesh have a significantly
11 different rate of erosion than the mechanical cut
12 mesh?
13     A.  There's -- the rate of erosions were -- was
14 lower on the Secur.  It was zero versus a 1.4 on the
15 TVT-O.
16     Q.  Have you found any reliable, convincing
17 clinical study evidence that, in your mind,
18 establishes that there is a significant difference in
19 laser and mechanical cut mesh when implanted with the
20 TVT devices in women?
21     A.  There has been no study up to now and,
22 obviously, I'm giving you the opinion that I will
23 welcome any study that makes a difference between --
24 between the two of them.

Page 281

1          The Cochrane database, actually, did not
2  define that.  There is no other study that has defined
3  it.
4     Q.  Do you have an opinion as to whether the
5  weight, pore size, and width of the TVT mesh is proper
6  in that device for the treatment of stress urinary
7  incontinence?
8     A.  For which device specifically?
9     Q.  For the TVT, TVT-O devices, do you believe
10 that the mesh is the proper weight, pore size, and
11 width?
12     A.  Yes, and that's -- that's -- that's a mesh
13 that has the evidence behind it.
14     Q.  And when you say "the evidence," are you
15 talking about the various evidence that you put into
16 your reports?
17     A.  Yeah, we have come to the point, even the
18 communication from the FDA, most recent one, just --
19 just speaks about the standard for continence care
20 being a midurethral sling.
21     Q.  You were asked a question by plaintiff's
22 counsel about the lighter weight mesh and larger pore
23 mesh.
24          Has any lighter weight or larger pore mesh

71 (Pages 278 to 281)

Jaime Sepulveda, M.D.

| Page 282 | Page 284 |
|---|---|

**Page 282**

1　been studied as much or demonstrated to be as useful
2　and safe as the mesh in TVT for the application of
3　stress incontinence?
4　　A.　For -- for stress incontinence specifically,
5　there is no other mesh that has been tested to the
6　extent -- actually, there's no other continence
7　procedure material that have been tested to the extent
8　of TVT.
9　　Q.　And is that all different types of studies
10　or just randomized control trials?
11　　A.　There are all types of studies that -- but
12　predominantly randomized control trials as -- and
13　we're talking about devices for urinary incontinence.
14　　Q.　You were asked a lot of questions about
15　degradation.  Do you believe that the available data
16　shows that the Prolene mesh degrades?
17　　A.　No.
18　　　MR. DE LA CERDA:　Form.
19　　Q.　(By Mr. Snell)  And did you review
20　specifically studies referenced by plaintiff's
21　counsel and others, you went and looked for like the
22　Clavé paper, that purportedly raised this issue of
23　degradation?
24　　A.　That is one descriptive paper in which we --

**Page 283**

1　we can actually look at 26 samples of low density.
2　That's 26 samples out of close to over 2 million --
3　between 2 million and 3 million slings that I don't
4　think you can reliably give any opinion on that and
5　actually, if it would degrade, I would expect it to
6　perform worse, and that's not the evidence that we
7　have.
8　　Q.　Is there evidence, long-term data, that
9　shows sustained durability and low complications in
10　your view?
11　　A.　Yes.  There is data at five years, ten years
12　and now I believe there is data bordering on the 15
13　years.
14　　Q.　And is that data, in your opinion,
15　consistent or inconsistent with the degradation
16　theory?
17　　A.　No.
18　　Q.　What's that?
19　　A.　It's not consistent with the degradation
20　theory.  It's actually inconsistent.
21　　Q.　In the Clavé study, did you see that besides
22　the fact that a minority of the mesh is -- had this
23　surface cracking on SEM, when they actually did the
24　chemical analytical testing, did those tests

**Page 284**

1　demonstrate degradation?
2　　A.　No, the samples -- the samples were poorly
3　treated to the point that they -- they were not given
4　a good for analysis.
5　　　Classically, explant -- explanted tissue --
6　I'm sorry, explanted graft is not a good -- it's not a
7　good sample to begin with, much less when you put it
8　through -- through spectroscopy, spectroscopy or
9　chromatography and much less through thermal --
10　thermal changes.
11　　Q.　Were there -- in the Clavé paper, did you
12　see that the authors acknowledged that there was no
13　control group to compare?
14　　A.　No, that's not a control -- control study.
15　That's barely a descriptive study.
16　　Q.　Did you find any of the data that purported
17　to raise this issue of the hypothesis degradation to
18　be reliable?
19　　A.　No, I have not seen one yet that proves
20　degradation with any definition that I've been given
21　of degradation.
22　　Q.　Mr. de la Cerda asked you about cytotoxicity
23　and your report -- your report, I believe, covers that
24　pretty much in-depth.

**Page 285**

1　　A.　Yes.
2　　Q.　And you talked with Mr. de la Cerda about
3　the various Ethicon documents and testing you've
4　reviewed and your opinion about the different types
5　and what those studies show or don't show.
6　　A.　Yes, I -- I reviewed the -- Ethicon actually
7　ask a third-party lab to do it.  It's a third-party
8　lab in Germany and the reports are clear on all the
9　assays.
10　　Q.　And I think Mr. de la Cerda asked you to
11　identify, you know, the bases for your opinion for
12　your cytotoxicity opinions and you identified those
13　documents in your analysis.
14　　　Let me ask you this.  Is the basis for your
15　cytotoxicity opinions also your personal experience on
16　assessing cytotoxicity issues?
17　　　MR. DE LA CERDA:　Leading.
18　　A.　Yeah, well, I assess cytotoxicity with word
19　in science starting to see cytotoxicity in -- in 1985,
20　from 1985 to 1986, that's all I did in the lab.  And
21　it's -- I did that -- I actually presented it at a
22　conference on -- on pharmaco -- on molecular
23　pharmacology.  And that's -- that's my experience with
24　it.

72 (Pages 282 to 285)

Jaime Sepulveda, M.D.

Page 286

1    Q.  (By Mr. Snell)  So you have personal
2  experience in cytotoxicity analyses?
3    A.  I have done bench -- I have done bench work
4  on cytotoxicity.
5    Q.  Did you also evaluate the clinical
6  literature on these devices to see whether they
7  documented or raised a phenomenon that you would
8  attribute to cytotoxicity?
9    A.  I went through all these documents and I
10  read the results on each one of them and I -- I'm in a
11  good position to see what -- what the assays show.
12    Q.  In your opinion, is the TVT mesh cytotoxic?
13    A.  No.
14    Q.  You were asked about clinical data that was
15  available before TVT-O -- the TVT-O device was
16  marketed.  Do you recall just covering that topic with
17  Mr. de la Cerda?
18    A.  Yes.
19    Q.  Was there data on -- clinical data, clinical
20  studies on the TVT device before TVT-O went to market?
21    A.  There was clinical data, yes.
22    Q.  Is that data relevant, in your opinion, to
23  TVT-O?
24    A.  Yes, it is.

Page 287

1    Q.  Is it the same mesh?
2    A.  It's the same implant.
3    Q.  You were asked about the MSDS sheet that you
4  looked at for the raw polypropylene and a statement in
5  it to the effect that the raw polypropylene -- I don't
6  remember the specific, but it had something to do with
7  compatibility.
8        My question to you is this:  Is the TVT
9  compatible with the female human body implanted --
10  implantation in the pelvis for treatment of stress
11  incontinence?
12    A.  It is biocompatible.  It has been
13  demonstrated that it's biocompatible and it has no
14  similarity to raw polypropylene.
15    Q.  That was going to be my next question.  Is
16  raw polypropylene implanted in the TVT process -- TVT
17  device?
18    A.  It's a -- it's a different thing.  Totally
19  different -- different type of material.
20    Q.  There was a discussion about sarcoma
21  formation in rats when raw polypropylene was implanted
22  in disk or powder form.  Do you recall that?
23    A.  Yes.
24    Q.  Is TVT disk or powder form?

Page 288

1    A.  No.  And TVT has not been as to a sarcoma
2  and there is actual -- actually a publication about
3  it.
4    Q.  I think in your report at page 26 you go
5  through some of the different epidemiologic studies
6  with regard to the polypropylene slings and cancer and
7  sarcoma.
8    A.  On the --
9    Q.  On the --
10    A.  Which one of the reports?
11    Q.  Probably be TVT, TVT-O report, page 26.
12    A.  Yes.
13    Q.  The top paragraph where you state:  "The
14  available data does not show any causal links between
15  polypropylene and cancer," and then you have numerous
16  footnote citations.
17    A.  Actually, the evidence is for lack of the
18  carcinogenic.
19    Q.  And as part of Exhibit 11 there is a paper
20  by the lead author Linder where there was over 2,000
21  midurethral sling patients who were analyzed.  I'll
22  just hand it to you.  We'll make sure we put it back
23  into Exhibit 11.
24    A.  Yes.

Page 289

1    Q.  Is that one of the studies that form the
2  basis of your opinion that the data show
3  noncarcinogenic --
4    A.  The rate of cancer in these patients was
5  reported to be below baseline.
6    Q.  Have you seen any studies utilizing the
7  Prolene polypropylene in any of these devices we
8  discussed today that show a statistically significant
9  elevated risk of sarcoma formation or cancer in women
10  over and above the expected background rate?
11    A.  No.
12    Q.  And in that study by Linder you just
13  mentioned, is it correct that 49 of the 50 patients
14  had cancer already a baseline?
15    A.  Yeah, that's -- that's the only -- it's 2
16  out of 2,474.  That's what makes for .0- -- 08.
17  That's extremely low.  That's actually lower than the
18  reported -- one of the cases was an ovarian cancer and
19  that's lower than the reported rate of ovarian cancer.
20    Q.  Let me put that back in Exhibit 11.  Make
21  sure we don't lose that.
22        You were asked questions by Mr. de la
23  Cerda -- I'm going to circle back around to the
24  lighter weight, larger pore mesh theory.

73 (Pages 286 to 289)

Jaime Sepulveda, M.D.

Page 290

1    Do you know whether actually the TVM group
2  evaluated a larger pore, lighter weight mesh in the
3  development of what became Prolift --
4    MR. DE LA CERDA:  Leading.
5    Q.  (By Mr. Snell) -- that was besides
6  Gynemesh PS?
7    A.  They did.  They did and it's in my Reliance
8  List.  Professor Jack Tanny evaluated the IFUs of
9  different meshes with absorbable components and with
10 large pore size.  Their first conclusion and that's
11 non- -- the first conclusion wasn't Dr. -- Professor
12 Berrocal, B-e-r-r-o-c-a-l.
13    Professor Berrocal's paper in which the
14 statement was clear the TVM group decided that no
15 absorbable meshes were going to be used.  And when a
16 combination was used without a partial absorbable
17 partial polypropylene, they decided that the pore size
18 being so large did not work.
19    Q.  Did you see whether or not the surgeons
20 evaluating the different meshes also evaluated a mesh
21 called Vipro?
22    A.  They did.  That's exactly what they did.
23    Q.  Is that a large pore, lightweight mesh as
24 well?

Page 291

1    A.  Yeah, it's a large -- large pore.  You can
2  get pores as high as 5-, 6,000 microns.
3    Q.  Did that mesh demonstrate better efficacy or
4  tolerability than the Gynemesh PS?
5    A.  No, actually it was -- the performance was
6  worse.
7    Q.  You've heard of the mesh Ultrapro,
8  obviously.  Mr. de la Cerda talked to you today about
9  presentations concerning the potential benefits of
10 lighter weight or larger pore meshes.
11    A.  Yes.
12    Q.  Does the Ultrapro mesh also have a risk of
13 mesh exposure?
14    A.  We had -- when we say "we," as the surgeons
15 doing these procedures, we expected that it was going
16 to be less mesh exposure.  We actually found that it
17 was exactly the same.
18    Q.  And same thing for dyspareunia or pain?
19    A.  Yes.
20    Q.  In your Prolift report -- do you have that
21 handy?  Let's go to page 10 and 11.
22    A.  Yes.
23    Q.  Before we actually get to that, let me ask
24 you this.

Page 292

1    Did you see any clinical studies that you
2  found to be reliable that showed that a larger pore or
3  lighter weight mesh than Gynemesh PS was more
4  effective or safer than Gynemesh PS in the Prolift,
5  Prosima or Prolapse application?
6    A.  No, it was -- it remained on a hypothesis.
7  It remained just as a hypothesis and just we -- we all
8  consider at one point that when we we're talking, I'm
9  talking again about the surgeons, the word preceptors
10 and the other surgeons, which one is going to have the
11 longest data behind it and it was polypropylene.
12    Q.  You mentioned earlier, told Mr. de la Cerda,
13 based on your review of the most reliable data that
14 actually the Gynemesh PS and Prolift had a lower risk
15 of wound complications in native tissue.  Do you
16 recall that?
17    A.  Yes.
18    Q.  And I think you also testified that based on
19 your analysis, there was a lower rate or risk of
20 vaginal stenosis requiring surgery for the Gynemesh PS
21 compared to native tissue and you mentioned the Carey
22 study?
23    A.  That is correct.  That's accurate.
24    Q.  Was that the same Carey study we were

Page 293

1  looking at earlier?
2    A.  Yes.
3    Q.  Do you know where that is?  I want to ask
4  you a question about it.
5    A.  That is in the --
6    Q.  My question is:  Do you have it over there
7  somewhere?  I just want to ask you a question about
8  it.
9    Oh, here it is.
10    A.  It is the paper before the last one on the
11 top to the left.
12    Q.  So page 1384, does that report and what you
13 referenced in that randomized control trial that there
14 was a higher rate of reoperation for vaginal stenosis
15 in native tissue compared to the mesh?
16    A.  That's correct.
17    Q.  Do you remember Mr. de la Cerda asked you
18 did Ethicon ever test the pliability of the mesh?
19    A.  Yes, I do recall that.
20    Q.  Now, pliability of the mesh, I think you
21 told Mr. de la Cerda, that that could be related to
22 stenosis or pain.
23    A.  Well, it's -- one thing is that the
24 pliability and the other thing is about the

74 (Pages 290 to 293)

Page 294

1    contraction or shrinkage and what we were talking was
2    along the lines of what mesh contraction or mesh can
3    increase the pliability. Pliability of a tissue or
4    the elasticity of the tissue has more to do with the
5    tissue itself.
6          Now, the question is, if the mesh could add
7    to this and the answer is every clinical indication of
8    shrinkage or -- or elasticity does not hold the test
9    of clinical evaluation. If there would be a
10   shrinkage, there would be an actual contraction. The
11   vagina would be shorter. And there is no -- there's
12   no study that demonstrates that the vagina is shorter
13   on this -- on all patients that have been repaired
14   with mesh.
15         We have had instances in which the vagina is
16   shorter with native tissue repair because there's no
17   augmentation with the mesh. So -- and that
18   communication is not just on my opinion, that's part
19   of the communication that was sent to the FDA.
20   Q.   Are you talking about the paper that was
21   endorsed by hundreds of pelvic surgeons?
22   A.   Yes.
23   Q.   At page 10 and 11 of your report you talk
24   about the Cochrane review and then the randomized

Page 295

1    control data do not show a statistically significant
2    difference in de novo dyspareunia, de novo pelvic
3    pain, vaginal pain, change in sexual function, or
4    change in vaginal length or vaginal caliber.
5    A.   That's the latest Cochrane review, that's
6    exactly what it demonstrates.
7    Q.   And did you also assess the randomized
8    control trials to see if that was an accurate
9    statement, specifically for Gynemesh PS and Prolift?
10   A.   Yeah, there's a -- there's an actual -- 
11   there's a -- there are randomized control trials and
12   there is the Lowman paper in which mesh is placed
13   transabdominally, sacrospinously on fixations,
14   uterosacral suspensions, anterior/posterior repairs,
15   they were all evaluated for the incidence of
16   dyspareunia.
17   Q.   You mention that the urine analysis was
18   consistent with the findings by Dietz and Maher, who
19   did a systematic review and found no difference in
20   post-operative or de novo dyspareunia or change in
21   sexual function. Do you see that?
22   A.   Yes.
23   Q.   And that citation is number 24?
24   A.   24.

Page 296

1    Q.   Is that a high-level of evidence, a
2    systematic review metanalysis?
3    A.   That is at the highest level.
4    Q.   And is that what your opinions are based
5    upon?
6    A.   Yes.
7    Q.   You were asked questions by Mr. de la Cerda
8    about characterization of mesh as high risk or low
9    risk, and I think you basically disagreed and said you
10   prefer to kind of evaluate it on its own terms. Is
11   that correct or not?
12   A.   I -- I saw the classification of low risk or
13   high risk to be restrictive and the question is if
14   this -- if this procedure is done with mesh have a
15   higher risk over native tissue repairs.
16   Q.   Did he -- I'm sorry, go ahead.
17   A.   And the answer to that is every time we look
18   at that randomized control trial, the answer to that
19   is no.
20   Q.   So my question is this: Have you put in
21   your report and will you be prepared to discuss at
22   trial how Prolift, Prosima, Gynemesh PS comparing
23   risk, whether it's less risky or higher risk than
24   native tissue repair for things that we talked about

Page 297

1    today with Mr. de la Cerda like recurrence, wound
2    complications, pain, change in vaginal shape, length,
3    things like that?
4          MR. DE LA CERDA: Form.
5    A.   Surgery has risk. Surgery has multiple
6    risk. Surgery for prolapse has specialized risk that
7    we face every single time that we work with mesh or
8    without mesh. We haven't had a mesh now for a few
9    years and patients still having the same kind of
10   complications that they had with the exception of a
11   mesh exposure because there's no mesh.
12         Incisions still dehisce the same way,
13   incisions still separate, challenges of wound healing
14   are still seen, granulation tissue is still seen, and
15   actually what we're seeing now is a higher rate of
16   hysterectomies with -- with shorter vaginas.
17   Q.   (By Mr. Snell) Do you plan to discuss at
18   trial how the rates and risks with the Gynemesh PS,
19   Prolift, Prosima compare to the rates and risks with
20   native tissue?
21         MR. DE LA CERDA: Form.
22   A.   Yes.
23   Q.   (By Mr. Snell) For example, in your
24   report, you -- so for your Prolift report, page 9,

Jaime Sepulveda, M.D.

| Page 298 | Page 300 |
|---|---|

**Page 298**

1  you have -- you have multiple studies that show the
2  efficacy of Prolift and Gynemesh PS compared to
3  native tissue.  Do you see that?
4     A.  Yes.
5     Q.  Do you plan to talk about the different
6  rates and risks of recurrence for mesh-based repair,
7  particularly I'm focused on Ethicon Gynemesh PS and
8  Prolift, Prosima compared to native tissue.
9     MR. DE LA CERDA:  Form.
10    A.  Yes.
11    Q.  (By Mr. Snell)  And do you plan to discuss
12  rates of wound complications, sexual function and
13  dyspareunia for Ethicon's meshes compared to native
14  tissue?
15     MR. DE LA CERDA:  Form.
16    A.  Yes, I plan -- I plan to testify on those.
17    Q.  (By Mr. Snell)  And have you evaluated and
18  investigated those issues?
19    A.  I have thoroughly evaluated.  I have -- I
20  run randomized control trial after randomized control
21  trial.  I have highlighted the areas that I feel are
22  most important and I have summarized them today on
23  my -- on my testimony.
24    Q.  And have you also identified those --

**Page 299**

1  examples of those data in your reports, as well?
2    A.  I am -- I am ready to go on presented on the
3  numbers.
4    Q.  Lastly, Mr. de la Cerda asked you about if
5  you had any plans for further work in the formulation
6  or analysis.  Obviously, you're being deposed today
7  and tomorrow and I will represent to you that there
8  are transcripts not yet available for plaintiffs'
9  experts and some of plaintiffs' experts are not being
10  deposed until even after you.
11    Do you plan to review those transcripts when
12  they're provided to you and assess them?
13    A.  I will -- I will evaluate them.  I'll assess
14  them, and I'm looking forward to see the scientific
15  validity of it.
16    MR. SNELL:  Okay.  That's all I have.
17    MR. DE LA CERDA:  Nothing further from me.
18    MR. SNELL:  Thank you.
19    THE COURT REPORTER:  Do either of you need a
20  rough draft on this?
21    MR. SPARKS:  Yeah, I put my email on --
22    MR. DE LA CERDA:  Yeah, I'll take one, too.
23    (Thereupon, the taking of the deposition
24  was concluded at 4:33 p.m.)

**Page 300**

2          CERTIFICATE OF OATH
3
4  STATE OF FLORIDA   )
   COUNTY OF BROWARD   )
5
6     I, JODY L. WARREN, Registered Professional
7  Reporter, Florida Professional Reporter, Notary
  Public in and for the State of Florida at Large,
9  certify that the witness, JAIME SEPULVEDA, M.D.,
10  personally appeared before me on 3/30/16 and was
11  duly sworn by me.
12     DATED this 11th day of April, 2016.
13
14
15
16
           _____
17     JODY L. WARREN, RPR, FPR
     Notary Public, State of Florida at Large
     My Commission Expires 2/28/19
18     My Commission No. FF 188650

**Page 301**

1         CERTIFICATE OF REPORTER
2
3     I, JODY L.WARREN, Registered Professional
4  Reporter, Florida Professional Reporter, certify
5  that I was authorized to and did stenographically
6  report the deposition of JAIME SEPULVEDA, M.D., the
7  witness herein on 3/30/16; that a review of the
8  transcript was requested; that the foregoing pages
9  are a true and complete record of my stenographic
10  notes of the deposition by said witness.
11    I further certify that I am not a relative,
12  employee, attorney, or counsel of any of the
13  parties, nor am I a relative or employee of any of
14  the parties' attorney or counsel connected with the
15  action, nor am I financially interested in the
16  action.
17    DATED this 11th day of April, 2016.
18
19
20
           _____
21
     JODY L. WARREN, RPR, FPR
22     Notary Public, State of Florida at Large
23
24

Case 2:12-md-02327 Document 4645-1 Filed 09/04/17 Page 16 of 183 PageID #: 152406

Jaime Sepulveda, M.D.

Page 302

      - - - - - -
     E R R A T A
      - - - - - -

PAGE  LINE  CHANGE
____ ____ _____
   REASON: _____
____ ____ _____
   REASON: _____
____ ____ _____
   REASON: _____
____ ____ _____
   REASON: _____
____ ____ _____
   REASON: _____
____ ____ _____
   REASON: _____
____ ____ _____
   REASON: _____
____ ____ _____
   REASON: _____
____ ____ _____
   REASON: _____

Page 304

LAWYER'S NOTES
PAGE LINE
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____
____ ____ _____

Page 303

ACKNOWLEDGMENT OF DEPONENT

       I,_____, do
hereby certify that I have read the
foregoing pages, and that the same is
a correct transcription of the answers
given by me to the questions therein
propounded, except for the corrections or
changes in form or substance, if any,
noted in the attached Errata Sheet.


_____
JAIME SEPULVEDA, M.D.          DATE


Subscribed and sworn
to before me this
_____ day of _____, 20____.
My commission expires:_____

_____
Notary Public

77 (Pages 302 to 304)

# Exhibit E

# Jaime Sepulveda

**Reliance List**
*in Addition to Materials Referenced in Report*

**MDL Wave 3**

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| 2013 Fistarol - Diagnosis and Treatment of Lichen Sclerosus. Am J Clin Dermatol. 2013_14_27–47 |
| 2013 NIH NIAMS – Pamphlet: What is lichen sclerosus fast facts |
| 2014 Haefner - The impact of vulvar lichen sclerosus on sexual dysfunction.  J Womens Health (23)9:765 |
| 2015 Cooper – Patient Information: Lichen-sclerosus (beyond-the-basics) |
| Abbott JA, Jarvis SK, Lyons SD, Thomson A, Vancaille TG. Botulinum toxin type A for chronic pain and pelvic floor spasm in women: a randomized controlled trial. Obstet Gynecol. 2006 Oct;108(4):915-23. |
| Abdel-Fattah M, Barrington JW, Arunkalaivanan AS. Pelvicol pubovaginal sling versus tension-free vaginal tape for treatment of urodynamic stress incontinence: a prospective randomized three-year follow-up study. Eur Uro/ 2004;46:629-35. |
| Abdel-fattah M, et al. (NHS Scotland) Primary and repeat surgical treatment for female pelvic organ prolapse and incontinence in parous women in the UK: a register linkage study. BMJ (2011); 14(1): 2: e000206 |
| Abdel-Fattah M, Familusi A, Ramsay I, N'Dow J. A randomised prospective single-blinded study comparing inside-out versus outside-in transobturator tapes in the management of female stress urinary incontinence (E-TOT study): 3 years follow-up. Neurourol Urodyn 2011;30:825-826. |
| Abdel-fattah M. Evaluation of transobturator tapes (E-TOT) study: randomised prospective single-blinded study comparing inside-out vs. outside-in transobturator tapes in management of urodynamic stress incontinence: Short term outcomes. European Journal of Obstetrics & Gynecology and Reproductive Biology 149 (2010) 106-111 |
| Abdel-fattah M. Evaluation of Transobturator Tension-Free Vaginal Tapes in the Surgical Management of Mixed urinary Incontinence:  3 Year Outcomes of a Randomized Controlled Trial. Journal of Urology, Vol. 191, 114-119, January 2014. |
| Abdel-fattah M. How common are tape erosions? A comparison of two versions of the transobturator tension-free vaginal tape procedure. BJU International 98 , 594-598 |
| Abdel-fattah M. Lower urinary tract injuries after transobturator tape insertion by different routes: a large retrospective study. BJOG 2006;113:1377-1381. |
| Abdel-fattah M. Prospective Randomised Controlled Trial of Transobturator Tapes in management of Urodynamic Stress Incontinence in Women: 3-Year Outcomes from the Evaluation of Transobturator Tapes Study. EUROPEAN UROLOGY 62 (2012) 843-851 |
| Abdel-fattah M. Randomised prospective single-blinded study comparing 'inside-out' versus 'outside-in' transobturator tapes in the management of urodynamic stress incontinence: 1-year outcomes from the E-TOT study. BJOG 2010;117:870-878. |
| Abdel-fattah M. Retrospective multicenter study of the new minimally invasive mesh repair devices for pelvic organ prolapsed. BTOG 2008;115:22-30. |
| Abdel-Fattah M. Single-Incision Mini-Slings versus Standard Midurethral Slings in Surgical Management of Female Stress Urinary Incontinen: A Meta-Analysis of Effectiveness and Complications. EUROPEAN UROLOGY 60 (2011) 468-480 |
| Abdelmonem AM. Vaginal length and incidence of dyspareunia after total abdominal versus vaginal hysterectomy. European Journal of Obstetrics & Gynecology and Reproductive Biology 151 (2010) 190-192 |
| Abdelwahab O. Tension-Free Vaginal Tape versus Secure Tension-Free Vaginal Tape in Treatment of Female Stress Urinary Incontinence. Curr Urol 2010;4:93-98 |
| Abduljabbar H. Comparison of the classic TVT and TVT Secur. Prime Research on Education ISSN: 2251-1253. Vol. 2(9), pp. 344-347, October 31st, 2012 |
| Abed H. Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials: a systematic review.  Int Urogynecol J; 2011;11:1384-95. |
| Abramov Y. Site-specific rectocele repair compared with standard posterior colporrhaphy. (2005) |
| Achtari C. et al."Risk factors for mesh erosion after transvaginal surgery using polypropylene (Atrium) or composite polypropylene/polyglactin 910 (Vypro II) mesh." Int Urogynecol J (2005) 16:389-394. |

Jaime Sepulveda Materials List

**Medical Literature**

| |
|---|
| Adams K. Does fibromyalgia influence symptom bother from pelvic organ prolapse? Int Urogynecol J (2014) 25:677-682 |
| Adams S. Pelvic Floor Physical Therapy as Primary Treatment of Pelvic Floor Disorders with Urinary Urgency and Frequency-Predominant Symptoms. Female Pelvic Med Reconstr Surg (2015) 21:252-256 |
| Adhoute F, et al. Use of transvaginal polypropylene mesh (Gynemesh) for the treatment of pelvic floor disorders in women. Prospective study in 52 patients. Prog Urol 2004;14(2):196-196. |
| Adile B, Granese R, Lo Bue A, GuglioOtta G, Cardella AM, Adile C. A prospective randomized study comparing laparoscopic Burch versus TVT: short and long term follow-up. JCS 2003:Abstract 550. |
| Adler R. An evaluation of Surgical mesh in the repair of hernias and tissue defects. (1962) |
| Afonso J. Mechanical properties of polypropylene mesh used in pelvic floor repair. Int Urogynecol J (2008) 19:381 |
| Afonso, J. Mechanical properties of polypropylene mesh used in pelvic floor repair. Int Urogynecol J 2008; 19: 375-380 |
| Agarwala N. A randomized comparison of two synthetic mid-urethral tension-free slings. Ura Today IntJ 2008 Oct;1(4) doi:l0.3834/uij. 1939-4810.2008.10.5. |
| Agarwala. An update on existing guidelines and position statements for the credentialing of pelvic surgeons performing complex urogynecological procedures. |
| Agostini A, et al. [Pop 12,280] Immediate complications of tension-free vaginal tape (TVT): results of a French survey. Eur J Obstet Gynecol. 2006; 124:237-239. |
| Aigmueller T, et al. [10 yr fu] Ten-year follow-up after the tension-free vaginal tape procedure. Am J Obstet Gynecol. 2011; 205:496.e1-5. |
| Aigmueller T, et al. Reasons for dissatisfaction ten years after TVT Procedure. Int Urogynecol J (2014) 25:213-217. |
| Akyol A. Additional surgical risk factors and patient characteristics for mesh erosion after abdominal sacrocolpopexy. (2014) |
| Albo M, Richter, Zimmern, Moalli, Sirls. - NEJM - SISTEr study - Burch Colposuspension versus Fascial Sling to Reduce Urinary Stress Incontinence. N Engl J Med 2007;356:2143-55. |
| Albo ME, et al. - NEJM - SISTEr study - Burch Colposuspension versus Fascial Sling to Reduce Urinary Stress Incontinence. N Engl J Med 2007; 356:2143-55. |
| Albrecht K. "How-To" Guide to Pelvic Floor Muscle Dysfunction. Clinical Obstetrics & Gynecology (2015) 58(3)546-550 |
| Alcalay M. Burch colposuspension: a 10-20 year follow up. British Journal of Obstetrics and Gynaecology, September 1995, Vol. 102, pp. 740-745 |
| Alfieri S, et al. "International guidelines for prevention and management of post-operative chronic pain following inguinal hernia surgery," Hernia (2011) 15:239-249. |
| Allegri M, et al. "Acute and chronic pain: where we are and where we have to go," Minerva Anestesiol (2012) 77:222-235. |
| Al-Salihi S, et al. [IUGA Abs 136] Video demonstration of vaginal surgery for prolapse using mesh and a vaginal support device. Int Urogynecol J (2009) 20 (Suppl 2): S188-S189 |
| Altman D. et al. Perioperative Morbidity Using Transvaginal Mesh in Pelvic Organ Prolapse Repair. Obstet Gynecol 2007;109:303-8 |
| Altman D. Female Pelvic Medicine & Reconstructive Surgery - Volume 17, Number 3, May/June 2011 -Transvaginal Mesh for Pelvic Organ Prolapse. N Engl J Med 2011;364:1826-36 |
| Altman D. Short-term outcome after transvaginal mesh repair of pelvic organ prolapse. Int Urogynecol J. (2008) 19:787-793 |
| Altman D. Surgery for cystocele II: replies. Int Urogynecol J (2012) 23:663-664. |

Case 2:12-md-02327 Document 4646-5 Filed 09/08/17 Page 21 of 79 PageID #: 149511

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Altman MD, et al. Anterior Colporrhaphy versus Transvaginal Mesh for Pelvic-Organ Prolapse. N Engl J Med 2011;364:1826-36 |
| Amaro JL, et al. Clinical and Quality-of-Life Outcomes after autologous fascial sling and tension-free vaginal tape: A perspective randomized trial. International Braz J Urol, Vol 35(1):60-67, 2009 |
| Amat I Tardiu L, Martinez Franco E, Lailla Vicens JM. Contasure-Needleless® compared with transobturator-TVT for the treatment of stress urinary incontinence. Int Urogynecol J 2011;22:827-833. |
| American Urogynecologic Society's Guidelines Development Committee - Guidelines for Providing Privileges and Credentials to Physicians for Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse. Female Pelvic Med Reconstr Surg 2012; 18(4): 194-197 |
| Amias A. Sexual Life after Gynaecological Operations- II British Medical Journal 1975; 2: 680-681. |
| Amid P. Biomaterials and Abdominal Wall Hernia Surgery. (1994) |
| Amid P. Biomaterials and Hernia Surgery. Rev. Esp. Enf. Digest., 87, 8 (582-586), 1995 |
| Amid P. Ch. 36 - Polypropylene Prostheses (2001) |
| Amid PK. Biomaterials for abdominal wall hernia surgery and principles of their applications. Langenbecks Arch Chir (1994) 379:168-171 |
| Amid PK. Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia:1997:1:15-21. |
| Anderson R. Chronic pelvic pain syndrome: Reduction of Medication Use After Pelvic Floor Physical Therapy with an Internal Myofascial Trigger Point Wand. Appl Psychophysiol Biofeedback (2015) |
| Anderson, Flynn. PD50-05 - Surgical management of ICS, IUGA class 1-4 transvaginal mesh (TVM) prolapse kit complications 8-year review of 82 patients from a single center. (2015) |
| Andonian S, Chen T, St-Denis B, Coreas J. Randomized clinical trial comparing suprapubic arch sling (SPARC) and tension-free vaginal tape (TVT): one-year results. Eur Urol 2005;47:537-541. |
| Andonian S, et al. Randomized clinical trial comparing suprapubic arch sling (SPARC) and tension-free vaginal tape (TVT): One-year results. European Urology 47 (2005) 537-541 |
| Andonian S, St-Denis B, Lemieux MC, Coreas J. Prospective clinical trial comparing Obtape® and DUPS to TVT: one-year safety and efficacy results. Eur Uro/ 2007;52:245-251. |
| Angioli R, Plotti F, Muzii L, Montera R, Panici PB, Zullo MA. Tension-free vaginal tape versus transobturator suburethral tape: five-year follow-up results of a prospective, randomised trial. Eur Ural 2010;58 :671-677. |
| Aniuliene R. Tension-free vaginal tape versus tension-free vaginal tape obturator (inside-outside) in the surgical treatment of female stress urinary incontinence. Medicina Kaunas 2009;45:639-643. |
| Araco F, Gravante G, Sorge R, et al. TVT-O vs TVT: a randomized trial in patients with different degrees of urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:917-926. |
| Araco F. Risk evaluation of smoking and age on the occurrence of postoperative erosions after transvaginal mesh repair for pelvic organ prolapse. Int Urogynecol J (2008) 19:473-479 |
| Araco F. The influence of BMI, smoking and age on vaginal erosions after synthetic mesh repair of pelvic organ prolapses. A multicenter study. Acta Obstet & Gynecol (2009) 88:772-780 |
| Arunkalaivanan AS, Barrington JW. Randomized trial of porcine dermal sling (Pelvicol implant) vs. tension-free vaginal tape (TVT) in the surgical treatment of stress incontinence: a questionnaire-based study. Int Urogynecol J Pelvic Floor Dysfunct 2003;14:17-23; discussion 21-22. |
| Arunkalaivanan, AS, Barrington, JW. Randomized trial of porcine dermal sling Pelvicol implant vs TVT in the surgical treatment of stress incontinence: a questionnaire-based study. Int Urogynecol J (2003) 14:17-23 |
| Asicioglu. A 5-Year Follow-Up Study Comparing Burch Colposuspension and Transobturator Tape for the surgical treatment of stress urinary incontinence. (2014) |
| Atassi Z, et al. Haemorrhage and nerve damage as complications of TVT-O procedure: case report and literature review. Arch Gynecol Obstet. (2008) 277:161-164. |

Jaime Sepulveda Materials List

**Medical Literature**

| |
|---|
| Athanasiou S, Grigoriadis T, Kalamara E, Sotiropoulou M, Antsaklis A. Mixed urodynamic incontinence: TVT or TVT-O? Int Urogynecol J 2009;20(Suppl 2):S218. |
| Athanasiou S. Grigoriadis T, Zacharakis D, Skampardonis N, Lourantou D, Antsaklis A. [Pop 124, 7 yr fu] Seven years of objective and sub-jective outcomes of transobturator (TVT-O) vaginal tape: why do tapes fail? Int Urogynecol J (2014) 25:219-225 |
| Aube M, et al. (Prolift, Elevate, Avaulta, et al.) [Pop 225, median 37 mo fu] ICS Abs 456 Long term efficacy and patient satisfaction of pelvic organ prolapse reduction using trans-vaginal mesh. (2015) |
| Aube-Peterkin, M. Long-term efficacy and patient satisfaction of pelvic organ prolapse reduction using transvaginal mesh. ABS MP10-16; 2016 |
| Aungst M. De novo stress incontinence and pelvic muscle symptoms after transvaginal mesh repair. Am J Obstet Gynecol 2009;201:73.e1-7 |
| Azar, M. Sexual function in women after surgery for pelvic organ prolapse. Int Urogynecol J 2008; 19: 53-57 |
| Baginska JE. [Abs C38] Prosima - A new device for pelvic organ prolapse repair, an initial experience. Eur Urol Suppl 2011; 10(9):622 |
| Bai SW, Sohn WH, Chung DJ, Park JH, Kim SK. Comparison of the efficacy of Burch colposuspension, pubovaginal sling, and tension-free vaginal tape for stress urinary incontinence. Int J Gynaecol Obstet 2005;91:246-251. |
| Balchandra P. [Pop 59, median 28 mo fu - product not named] Perioperative outcomes and prospective patient reported outcome measures for transvaginal mesh surgery. Arch Gynecol Obstet DOI 10:1007/s00404-015 (Apr. 24, 2015) |
| Balchandra, P. Perioperative outcomes and prospective patient reported outcome measure for transvaginal mesh surgery. Arch Gynecol Obstet 2015 |
| Barber M. Apical Prolapse, Int Urogynecol J (2013) 24:1815-1833 |
| Barber M. Bilateral uterosacral ligament vaginal vault suspension with site-specific endopelvic fascia defect repair for treatment of pelvic organ prolapse. Am J Obstet Gynecol 2000; 183: 1402-11 |
| Barber M. Comparison of 2 Transvaginal Surgical Approaches and Perioperative Behavioral Therapy for Apical Vaginal Prolapse. The Optimal Randomized Trial. JAMA. 2014; 311(10):1023-1034 |
| Barber M. Defining Success After Surgery for Pelvic Organ Prolapse. Obstet Gynecol 2009;114:600-09 |
| Barber M. OPTIMAL RCT SSLFvs. USLS Supplementary Online Content. Table 8 Adverse Events JAMA (2014) |
| Barber MD, Maher C. Surgery for Apical prolapse. Int Urogynecol J (2013) 24: 1815-1833 |
| Barry C, Lim YN, Muller R, et al. [Pop 187, 3 mo fu] [TOT] A multi-centre, randomised clinical control trial comparing the retropubic (RP) approach versus the transobturator approach (TO) for tension-free, suburethral sling treatment of urodynamic stress incontinence: the TORP study. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:171-178. |
| Barski D. Systemic review and classification of complications after anterior, posterior, apical and total vaginal mesh implantation for prolapse repair. Surg Technol Int (March 2014) 24:217-24. |
| Bartuzi A. Transvaginal Prolift mesh surgery due to advanced pelvic organ prolapse does not impair female sexual function: a prospective study. (2012) |
| Bartuzi A. Transvaginal Prolift® mesh surgery due to advanced pelvic organ prolapse does not impair female sexual function: a prospective study. Eur J Obstet Gynecol Reprod Biol 2012; http://dx.doi.org/10.1016/j.ejogrb.2012.07.011 |
| Basu M, Duckett J. A randomised trial of a retropubic tension-free vaginal tape versus a mini-sling for stress incontinence. BJOG 2010;117:730-735. |
| Benbouzid S. Pelvic organ prolapse transvaginal repair by the Prolift system: evaluation of efficacy and complications after a 4.5 years follow up. Int J Urol 2012:19;1010-16. |
| Benson J. Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: A prospective randomized study with long-term outcome evaluation. Am J Obstet Gynecol 1996;175:1418-1422. |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Bernasconi F. TVT SECUR System: Final results of a prospective, observational, multicentric study. Int Urogynecol J (2012) 23:93-98 |
| Berroccal J, et al. (the TVM group) Conceptual Advances in the surgical management of genital prolapse. J Gynecol Obstet Reprod (2004) 33:577-587. |
| Bezhenar V and Guseva E. [ICS Abs 765] The pelvic floor repair with the use of the Prosima Implant - The assessment of complications and life quality. (2013) |
| Bhatia, Murphy, Lucente.  A comparison of short term sexual function outcomes for patients undergoing the transvaginal mesh procedure using the standard polypropylene mesh vs a hybrid polypropylene/poliglecaprone mesh. [Oral Poster 1] Female Pelvic Med Reconstr Surg 2010; 16(2): S15-16 |
| Bhatia, Murphy, Lucente. [AUGS Oral Poster 19] A comparison of sexual function outcomes 1 year after undergoing a transvaginal mesh procedure using polypropylene mesh vs. hybrid polypropylene/poliglecaprone mesh. Female Pelvic Med Reconstr Surg 2012:18:S20-S21. |
| Bianchi AH. Randomised trial of TVT-O and TVT-S for the treatment of stress urinary incontinence. Int Urogynecol J 2011;22(Suppl l):S62. |
| Bianchi-Ferraro A. Single-incision sling compared with transobturator sling for treating stress urinary incontinence - a randomized controlled trial (TVT-O, TVT-S). Int Urogynecol J (2012) |
| Bianchi-Ferraro. Randomized controlled trial comparing TVT-O and TVT-S for the treatment of stress urinary incontinence. 2-year results. Int Urogynecol J (2014) 25: 1343-1348. |
| Bjelic-Radisic V. Mesh devices for pelvic organ prolapse. Results of the Austrian Registry. Int Urogynecol J 2013 24 (Suppl 1): S60-61 |
| Bo K. Evidence-Based Physical Therapy for the Pelvic Floor: Bridging Science and Clinical Practice. (2007) |
| Boukerro. Objective analysis of mechanical resistance of tension-free devices. European Journal of Obstetrics & Gynecology and Reproductive Biology 124 (2006) 240-245 |
| Boukerrou M, et al. Study of the biomechanical properties of synthetic mesh implanted in vivo.  Eur J Obstet Gynecol Reprod Biol (2007) 134:262-267 |
| Boukerrou M. Tissue resistance of the tension-free procedure: What about healing? Int Urogynecol J 2008; 19:397-400 |
| Boulanger L, Boukerrou M, Lambaudie E, Defossez A, Cosson M. Tissue integration and tolerance to meshes used in gynecologic surgery: an experimental study, Eur J Obstet Gynecol Reprod Biol 2006; 125(1): 103-8. |
| Boulanger. Bacteriologoical Analysis of meshes removed for complications after surgical management of urinary incontinence or pelvic organ prolapse. (2008) |
| Brandon CJ, Lewicky-Gaupp C, Larson KA, Delancey JO. Anatomy of the perineal membrane as seen in magnetic resonance images of nulliparous women. Am J Obstet Gynecol. 2009 May;200(5):583 |
| Brubaker L, et al. Adverse events over two years after retropubic or transobturator midurethral sling surger: Findings from the trial of midurethral slings (TOMUS) Study. Am J Obstet Gynecol 2011;205:498e.1-6 |
| Brubaker L. 5-year Continence Rates, Satisfaction and Adverse Events of Burch Urethropexy and Fascial Sling Surgery for Urinary Incontinence. J Uro (2012) Vol. 187, 1324-1330 |
| Brubaker, L. Surgery for Pelvic Organ Prolapse. Female Pelvic Med Reconstr Surg  2010; 16(1): 9-19 |
| Burke S, Shorten GD. "When pain after surgery doesn't go away..." Biochemical Socity Transactions (2009) 37:318-322. |
| But I, Faganelj M. Complications and short-term results of two different transobturator techniques for surgical treatment of women with urinary incontinence: a randomized study. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:857-861. |
| Butrick C. Pathophysiology of Pelvic Hypertonic Disorders. (2009) |
| Caliskan C, et al.  "Experimental comparison of meshes for rectal prolapse surgery." Eur Surg Res, 2009, 43(3): 310-14 |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Campeau L, Tu LM, Lemieux MC, et al. A multicenter, prospective, randomized clinical trial comparing tension-free vaginal tape surgery and no treatment for the management of stress urinary incontinence in elderly women. Neurourol Urodyn 2007;26:990-994. |
| Caquant F. Safety of transvaginal mesh procedure: retrospective study of 684 patients. J. Obstet Gynaecol Res; 2008; 34:449-456. |
| Carey M, et al. Vaginal surgery for pelvic organ prolapse using mesh and a vaginal support device. BJOG 2008; 115:391-397 |
| Carey M. Vaginal repair with mesh versus colporrhaphy for prolapse; a randomized controlled trial.  BJOG 2009;116:1380-1386. |
| Caruso S, Rugolo S, Bandiera S, Mirabella D, Cavallaro A, Cianci A. Clitoral blood flow changes after surgery for stress urinary incontinence: pilot study on TVT Versus TOT procedures. Urology 2007;70:554-557. |
| Cassidenti A. The crushing of innovation for treating female pelvic floor disorders: A Story of "Lead or be Led." OBG Management 2016; 28(4): 9-14 |
| Cervigni M, Natale F, La Penna C, et al. Surgical correction of stress urinary incontinence associated with pelvic organ prolapse: Trans-obturator approach (Monarc) versus retropubic approach (TVT). Neurourol Urodyn 2006;25:552. |
| Chaliha C & Stanton SL, Complications of surgery for genuine stress incontinence. Br J Obstet Gynaecol 1999; 106:1238-45 |
| Chen J. [Pop 31 - Prosima] Prospective study on total pelvic reconstruction surgery with Prosima in the treatment of pelvic organ prolapse stage III.  China J Obstet Gynecol, September 2012; Vol. 47; No. 9; 664. |
| Cheng D. [Pop 103, 5 yr fu] Tension-free vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five-year follow-up. European Journal of Obstetrics & Gynecology and Reproductive Biology 161 (2012) 228-231 |
| Cho, M. Anatomic and functional outcomes with the Prolift Procedure in Elderly Women with Advanced Pelvic Organ Prolapse Who Desire Uterine Preservation. Journal of Minimally Invasive Gynecology 2012; 19: 307-312 |
| Choe J, Kim J, Na Y, Lee J, Seo J. Comparative study of tension-free vaginal tape (TVT) and suprapubic arc (SPARC) sling procedure for female stress urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 2005;16:S68. |
| Cholhan H. Dyspareunia association with paraurethral banding in the transobturator sling. Am J Obstet Gynecol 2010;202:481.e1-5. |
| Chu CC. Characterization of morphologic and mechanical properties of surgical mesh fabrics. Journal of biomedical materials research, Vol 19, 903-916 (1985) |
| Chung C. Incidence and risk factors of postoperative urinary tract infection after uterosacral ligament suspension. Int Urogynecol J 2012; 23:947-950. |
| Chung C. Recognition and management of nerve entrapment pain after uterosacral ligament suspension. Obstet & Gynecol 2012; 120:292-95 |
| Clauw D. The relationship between fibromyalgia and interstitial cystitis. J. psychiat. Res., Vol. 31. 125-131 (1997) |
| Clave. Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 explants.  Int Urogynecol J (2010) 21:261-270 |
| Clemons J. Impact of the 2011 FDA Transvaginal Mesh Safety Update on Augs Members' Use of Synthetic Mesh and Biologic Grafts in Pelvic Reconstructive Surgery. Female Pelvic Med Reconstr Surg 2013; 19: 191-198 |
| Coady D. Chronic sexual pain. A layered guide to evaluation. Contemporary Ob/Gyn, September 2015, pp. 18-28. |
| Cobb W. The argument for lightweight polypropylene mesh in hernia repair. Surgical Innovation, 2005; 12:1; 63-69 |

Jaime Sepulveda Materials List

**Medical Literature**

| |
|---|
| Collinet P. et al. The Safety of the Inside-Out Transobturator approach for transvaginal tape (TVT-O) treatment in stress urinary incontinence: French registry data on 984 women. Int Urogynecol J (2008) 19:711-715 |
| Collinet P. Mesh Treatment of Pelvic Organ Prolapse: Risk Factors and Management of Vaginal Erosion. Abstract 336. |
| Collinet P. Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors. Int Urogynecol J (2006) 17: 315-320 |
| Colombo M, Vitobello D, Bulletti C, Poggi C. Randomized study to compare pereyra and TVT procedures for women with stress urinary incontinence and advanced urogenital prolapse. Urogynaecol Int J 2005;19:177-81. |
| Cornu J. Midterm Prospective Evaluation of TVT-Secur Reveals High Failure Rate. EUROPEAN UROLOGY 58 (2010) 157-161 |
| Corona R. Tension-free vaginal tapes and pelvic nerve neuropathy. Journal of Minimally Invasive Gynecology (2008) 15., 262-267 |
| CORRECTION: Incorrect Data for Absolute Rates of Adverse Effects for JAMA 2015; 313(12): 1258-1259; JAMA 2015; 313(22): 2287 |
| Coskun Z. Mini-slings can cause complications. Int Urogynecol J (2014) |
| Cosson M, et al. Prolift (Mesh (Gynecare) for Pelvic Organ Prolapse Surgical Treatment: Using the TVM Group Technique: A Retrospective Study of 687 Patients. ICS Abstract (2005), pgs. 590-591 |
| Cosson M, et al. Prolift mesh (Gynecare) for pelvic organ prolapse surgical treatment using the TVM group technique: a retrospective study of 96 women of less than 50 years old. ABS 686 (2005) |
| Cosson M. Abst. 56 - Trans-vaginal mesh technique for treatment of pelvic organ prolapse: 5 years of prospective follow up. (2010) |
| Cosson M. Clinical assessment of feasibility, complications and effectiveness at twelve months, three years and five years of the TVM technique for genital prolapse(French 1 year CSR) [ETH.MESH.00012009-74] |
| Cosson M. Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material?  Int Urogynecol J (2003) 14:169-178 |
| Cosson, M. Chapter 7: Properties of Synthetic Implants Used in the Repair of Genital Prolapses and Urinary Incontinence in Women in Theobald's New Techniques in Genital Prolapse Surgery ISBN: 978-1-84882-135-4 |
| Cosson, M; Rosenthal, C. Prospective clinical assessment of the total vaginal mesh (TVM) technique for treatment of pelvic organ prolapse - 6 and 12 months results |
| Costantini. [Pop 87, median 100 mos fu] Long-term efficacy of the trans-obturator and retropubic MUS for SUI: update from a randomized clinical trial; World J Urol, DOI 10.1007/s00345-015-1651-z, 2015 |
| Cox A, Herschorn S, Lee L. [Nat Rev Urol] Surgical management of female SUI: is there a gold standard? Nat Rev Urol. 2013 Feb;10(2):78-89. |
| Crane, A. Surgical privileging in Gynecology: A Fellows' Pelvic Research Network Study. Female Pelvic Medicine & Reconstructive Surgery 2014; 20(1): 19-22 |
| Cresswell J, et al. [pop 118, mean 6.6 yrs fu] Long-term evaluation of tension-free vaginal tape (TVT) outcomes for a UK Surgeon: Objective assessment and patient satisfaction questionnaires. British Journal of Medical and Surgical Urology (2008) 1, 58-62. |
| Cronje HS. "Colposacrosuspension for severe genital prolapse." Int. Journal of Gynecology and Obstetrics 85 (2004) 30-35. |
| Crosby E. Symptom resolution after operative management of complications from transvaginal mesh. (2014) |
| Cundiff GW.  Risk factors for mesh/suture erosion following sacral colpopexy.  Am J Obstet Gynecol.  (Dec 2008) 199(6):688. |
| D'Afiero A, et al. [Abs 0156] Short-term effects of mesh augmented surgery for pelvic organ prolapse on functional outcomes and QOL: A comparison between torcar guided and single incision devices. International Journal of Gynecology & Obstetrics 119S3 (2012) S315-S316 |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| D'Afiero, Tommaselli, et al. [IUGA Presentation 150] Short term efficacy and safety of a single-incision mesh (Prosima) for the treatment of pelvic floor prolapse. Int Urogynecol J (2011) 22 (Suppl 1): S144-S145 |
| Damoiseaux A, et al. [IUGA Abs PP 01] Long-term follow-up (7 years) of a randomized controlled trial. Trocar guided mesh compared with conventional vaginal repair in recurrent pelvic organ prolapse. Int Urogynecol J (2015) 26 (Suppl 1): S23-S174 |
| Dandolu V, Pathak P. [IUGA Abs PP 37] Mesh complications in U.S. after transvaginal mesh repair versus abdominal or laparoscopic sacrocolpopexy. Int Urogynecol J (2015) 26 (Suppl 1): S23-S174 |
| Dandolu V. IUGA Abs PP 37 Mesh complications in U.S. after transvaginal mesh repai versus abdominal or laprascopic sacrocoloplexy. Int Urogynecol J (2015) 26 (Suppl 1): S63-S64. |
| Danford J. Postoperative pain outcomes after transvaginal mesh revision. Int Urogynecol J (2015) 26:65-69 |
| Darai E. Functional Results After the Suburethral Sling Procedure for Urinary Stress Incontinence: A Prospective Randomized Multicentre Study Comparing the Retropubic and Transobturator Routes. EUROPEAN UROLOGY 51 (2007) 795-802 |
| David-Montefiore E. Functional results and quality-of-life after bilateral sacrspinous ligament fixation for genital prolapse. European Journal of Obstetrics & Gynecology and Reproductive Biology 132 (2007) 209-213 |
| De Boer T. Predictive factors for overactive bladder symptoms after pelvic organ prolapse surgery. Int Urogynecol J 2010; 21: 1143-1149. |
| de Landsheere L. Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow-up. Am J Obstet Gynecol 2012;206:83.e1-7 |
| De Leval J. Novel SurgicalTechnique for theTreatment of Female Stress Urinary Incontinence: Transobturator Vaginal Tape Inside-Out. Eur Urol. 2003 Dec;44(6):724-30 |
| de Leval J. The original versus a modified inside-out transobturator procedure: 1-year results of a prospective randomized trial. Int Urogynecol J (2011) 22:145-156 |
| de Oliveira L, Girao MJ, Sartori MG, Castro RA, Fonseca E. Comparison of retro-pubic TVT, pre-pubic TVT and TVT transobturator in surgical treatment of women with stress urinary incontinence. Int Urogynecol J 2007;18(Suppl l):S180-S181. |
| de Tayrac R, Droupy S, Calvanese L, and Fernandez H. A prospective randomized study comparing TVT and transobturator suburethral tape (T.O.T.) for the surgical treatment of stress incontinence. ICS 2003:Abstract 344. |
| de Tayrac R. Complications of pelvic organ prolapse surgery and methods of prevention. Int Urogynecol J 2013; 24: 1859-1872. |
| de Tayrac, R. A prospective randomized trial comparing tension-free vaginal tape and transobturator suburethral tape for surgical treatment of stress urinary incontinence. American Journal of Obstetrics and Gynecology (2004) 190, 602e8 |
| De Tayrac, R. Comparison between tran-obturator trans-vaginal mesh and traditional anterior colporrhaphy in the treatment of anterior vaginal wall prolapse: results of a French RCT. Int Urogynecol J 2013; 24: 1651-1661 |
| de Tayrac, R. Cystocele repair by the vaginal route with a tension-free sub-bladder prosthesis. J Gynecol Obstet Biol Reprod (Paris). 2002 Oct;31(6):597-9. |
| de Tayrac, R. Long-term anatomical and functional assessment of trans-vaginal cystocele repair using a tension-free polypropylene mesh. Int Urogynecol J (2006) 17: 483-488 |
| de Tayrac, R. Tension-Free Polypropylene Mesh for Vaginal Repair of Anterior Vaginal Wall Prolapse. J of Reproductive Medicine 50:2 (Feb 2005) |
| Dean N. Laparoscopic Colposuspension and tension-free vaginal tape: a Systematic Review. BJOG 113;1345-1353 (2006) |
| Debet, B. Transvaginal repair of genital prolapse by the Prolift technique: outcome one year after surgery. |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Debodinance P. Ltr to Editor: From design to marketing (example of Prolift). Journal de Gynecologie Obstetrique et Biologie de la Reproduction (2010) 39, 507-508 |
| Debodinance P. Trans-obturator urethral sling for the surgical correction of female stress urinary incontinence: Ouside-in (Monarc) versus inside-out (TVT-O)are the two ways reassuring? European Journal of Obstetrics & Gynecology and Reproductive Biology 133 (2007) 232-238 |
| DeBord J. Historical Development of Prosthetics in Hernia Surgery. Groin Hernia Surgery, 78:6 (Dec 1998) |
| Deffieux X. Prevention of complications related to the use of prosthetic meshes in prolapse surgery: guidelines for clinical practice. Eur J Obstet Gynecol Reprod Biol 2012 http://dx.doi.org/10.1016/j.ejogrb.2012.09.001 |
| Deffieux X. Transobturator TVT-O versus retropubic TVT: results of a multicenter randomized controlled trial at 24 months follow-up. Int Urogynecol J (2010) 21:1337-1345 |
| Delancey JO, Kearney R, Chou Q, et al. The appearance of levator ani muscle abnormalities in magnetic resonance images after vaginal delivery. Obstet Gynecol. 2003; 101:46-53. |
| Delancey JOL. Correlative study of paraurethral anatomy. (1986) Obstet and Gynecol: 68;91-97 |
| Delroy, C. The use of transvaginal synthetic mesh for anterior vaginal wall prolapse repair: a randomized controlled trial. Int Urogynecol J 2013; 24: 1899-1907 |
| Demirci F, et al. Long-term results of Burch colposuspension Gynecol Obstet Invest 2001; 51:243-247 |
| Demirci F. Perioperative complications in abdominal sacrocolpopexy and vaginal sacrospinous ligament fixation procedures. Int Urogynecol J (2007) 18:257-261. |
| Demirci F. Perioperative Complications in Abdominal Sacrocolpopexy, Sacrospinous Ligament Fixation and Prolift Procedures. Balkan Med J 2014;31:158-63 |
| Deng T. Risk factors for mesh erosion after female pelvic floor reconstructive surgery: a systematic review and meta-analysis. BJU Int. (April 24 2015) 10.1111 |
| Denis S. [IUGA Abs 620] Pelvic Organ prolapse treatment by the vaginal route using a Vypro composite mesh: preliminary results about 106 cases. (2004) |
| Deprest, J. Synthetic and biodegradable prostheses in pelvic floor surgery. International Congress Series 20015; 1279: 387-397 |
| Deprest. The biology behind fascial defects and the use of implants in POP repair. (2006) |
| Dietz H. TVT vs Monarc: a comparative study. Int Urogynecol J (2006) 17: 566-569 |
| Dietz HP, et al. [Pop 68, median 1.6 yrs fu] Does the Tension-Free Vaginal tape stay Where you Put It? Am J Obstet Gynecol 2003; 188:950-3 |
| Dietz HP, et al. Mechanical properties of urogynecologic implant materials. Int Urogynecol J (2003) 14:239-243. |
| Dietz HP, Lanzarone V. Levator trauma after vaginal delivery. Obstet Gynecol. 2005; 106:707-712 |
| Dietz V and Maher C. Pelvic organ prolapse and sexual function. Int Urogynecol J (2013) 24: 1853-1857 |
| Dietz, H. Mesh contraction: myth or reality? Am J Obstet Gynecol 2011; 204: 173.e1-4 |
| Dietz. Opinion: Mesh in prolapse surgery: an imaging perspective. Ultrasound Obstet Gynecol 2012; 40: 495-503 |
| Diwadkar G. Complication and Reoperation Rates After Apical Vaginal Prolapse Surgical Repair. Obstet Gynecol 2009;113:367-73 |
| Dmochowski R, Blaivas. (AUA Guidelines) Update of AUA Guideline on the Surgical Management of Female Stress Urinary Incontinence. J Uro, Vol. 183, 1906-1914, May 2010 |
| dos Reis Brandao da Silveira S. [Pop 184, 1 yr fu] Multicenter, randomized trial comparing native vaginal tissue repair and synthetic mesh repair for genital prolapse surgical treatment. Int Urogynecol J. 2014. 26: 335-342. |
| Drahoradova P, Maata J, Martan A, Svabfk K. Comparative development of quality of life between TVT and Burch colposuspension. ICS 2004:Abstract 278. |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Drutz H. IUGA guidelines for training in female pelvic medicine and reconstructive pelvic surgery (FPM-RPS). Updated Guildlines 2010. Int Urogynecol K=J 2010; 21: 1445-1453. |
| Dwyer P. Evolution of biological and synthetic grafts in reconstructive pelvic surgery. Int Urogynecol J (2006) 17:S10-S15 |
| Dwyer, P. Transvaginal repair of anterior and posterior compartment prolapse with Atrium polypropylene mesh. BJOG 2004; 111: 831-836 |
| Dyrkorn OA, Kulseng-Hanssen S, Sandvik L. TVT compared with TVT-O and TOT: Results from the Norwegian National Incontinence Registry; Int Urogynecol J (2010) 21:1321-1326. |
| El Haddad, et al. "Long-term review on posterior colporrhaphy with levator ani muscles plication and incorporating a Vypro II mesh." Ces. Gynek. 2009, 74: 282-285. |
| El-Barky E, El-Shazly A, El-Wahab OA, Kehinde EO, Al-Hunayan A, Al-Awadi KA. Tension free vaginal tape versus Burch colposuspension for treatment of female stress urinary incontinence. Int Ural Nephrol 2005;37:277-281. |
| El-Hefnawy AS, Wadie BS, El Mekresh M, Nabeeh A, Bazeed MA. TOT for treatment of stress urinary incontinence: how should we assess its equivalence with TVT? Int Urogynecol J 2010;21:947-953. |
| Elmer C. Histological Inflammatory Response to Transvaginal Polypropylene Mesh for Pelvic Reconstructive Surgery. J Urology, 191, 1189-1195 (March 2009) |
| El-Nazer MA, et al. Anterior colporrhaphy versus repair with Gynemesh PS for anterior vaginal wall prolapse: a comparative clinical study. Arch Gynecol Obstet (2012)286:965-972. |
| Elzevier H. Female Sexual Function after Surgery for Stress Urinary Incontinence: Transobturator Suburethral Tape vs. Tension-Free Vaginal Tape Obturator. J Sex Med 2008;5:400-406 |
| Epstein L. Correlation between vaginal stiffness index and pelvic floor disorder quality-of-life scales. IUJ (2008) 19:1013-1018 |
| Erickson D. Nonbladder related symptoms in patients with interstital cystitis. (2001) |
| Falconer C, Ulmsten U. Influence of Different Sling Materials on Connective Tissue Metabolism in Stress Urinary Incontinent Women. Int Urogynecol J (2001) (Suppl 2): S19-S23 |
| Falconer C. Clinical Outcome and Changes in Connective Tissue Metabolism After Intravaginal Slingplasty in Stress Incontinence Women. Int Urogynecol J 1996; 7: 133-137 |
| Fatton B. Transvaginal repair of genital prolapse: preliminary results of a new tensionfree vaginal mesh (ProliftTM technique) - a case series multieentric study. Int Urogynecol J (2007) 18:743-752 |
| Fatton, B. Postoperative pain after transvaginal repair of pelvic organ prolapse with or without mesh: a prospective study of 132 patients. ABS 0300 International Journal of Gynecology & Obstetrics 2009; 107S2: S178-179 |
| Fatton, B. Preliminary restuls of the "Prolift™" technique in the treatment of pelvic organ prolapse by vaginal approach: a multicentric retrospective series of 110 patients. ABS 275 Int Urogynecol J 2006 17(Suppl 2): S212-213 |
| Fatton, B. Transvaginal repair of genital prolapse: preliminary results of a new tension-free vaginal mesh (Prolift™ technique) - case series multicentric study. Int Urogynecol  J 2007; 18: 743-752 |
| Feiner B, et al. Efficacy and safety of transvaginal mesh kits in the treatment of prolapse of the vaginal apex: a systematic review. BJOG 2009;116;15-24 |
| Feiner B. A prospective comparison of two commercial mesh kits in the management of anterior vaginal prolapsed. Int Urogynecol J (2012) 23:279-283 |
| Finnegan S. Clinical outcome of the first cases of the TVT secur in the UK: TVT Obturator system versus TVT Secur: a randomized controlled trial, short term results. (Abstract Only) |
| Fischerlehner G. TVT-Secur System: One Year experience (Abstract Only) |
| Flood CG. Anterior Colporraphy Reinforced with Marlex Mesh. Int Urogynecol J (1998) 9:200-204 |

**Jaime Seplulveda Materials List**

**Medical Literature**

| |
|---|
| Flynn, M. Sensory nerve injury after uterosacral ligament suspension. American Journal of Obstetrics and Gynecology 2006; 195: 1869-72 |
| Ford AA, et al. (Cochrane Review[FULL]) Mid-urethral sling operations for stress urinary incontinence in women. The Cochrane Library 2015, Issue 7 |
| Ford AA. Mid-urethral sling operations for stress unrinary incontinence in women (Summary) 2015 |
| Freeman R, Holmes D, Hillard T, et al. What patients think: patient-reported outcomes of retropubic versus trans-obturator mid-urethral slings for urodynamic stress incontinence-a multi-centre randomised controlled trial. Int Urogynecol J 2011;22:279-286. |
| Friedman M. TVT-O vs TVT-S: first randomized, prospective, comparative study of intraoperative complications, perioperative morbidity and one year postoperative results. J Pelvic Med Surg 2009;15:48. |
| Fuentes AE. A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape transobturator tape (TVT-O) in women with severe genital prolapse and occult stress incontinence: long term follow up. Int Urogynecol J 2011;22(Suppl I):S60-S61. |
| Gagnon LO and Tu LM. [Pop 48, 6 mo fu] Better short-term outcomes with the U-method compared with the Hammock technique for the implantation of the TVT-SECUR under local anesthesia. Urology. 2010 May;75(5):1060-4. doi: 10.1016/j.urology.2009.11.071. Epub 2010 Mar 12. PubMed PMID: 20223506. |
| Gaines, N. Pelvic Prolapse Repair in the Era of Mesh. Curr Urol Rep 2016; 17: 20 |
| Galloway NTM. The Complications of Colposuspension. British Journal of Urology 60;122-124 (1987) |
| Gandhi S. TVT versus SPARC: comparison of outcomes for two midurethral tape prodecures. Int Urogynecol J (2006) 17: 125-130 |
| Ganj FA, et al. Complications of transvaginal monofilament polypropylene mesh in pelvic organ prolapse repair. Int Urogynecol J (2009) 20:919-925 |
| Garry R. The evaluate study: two parallel randomised trials, one comparing laparoscopic with abdominal hysterectomy, the other comparing laparoscopic with vaginal hysterectomy. BMJ doi:10.1136/bmj.37984.623889.F6 (January 7, 2004) |
| Gauruder-Burmester, A. Follow-up after polypropylene mesh repair of anterior and posterior compartments in patients with recurrent prolapse. Int Urogynecol J 2007; 18: 1059-1064 |
| Ghezzi F. Impact of tension-free vaginal tape on sexual function: results of a prospective study. Int Urogynecol J (2005) 17: 54-59 |
| Gibson L. Synthetic Niesh Repair of Abdominal Wall Defects: Follow Up and Reappraisal. The American Surgeon (1964); 30:8 |
| Gigliobianco, G. Biomaterials for pelvic floor reconstructive surgery: How can We do Better? BioMed Research International 2015; Article ID 968087, 20 pages |
| Gilbert AI. Ch. 9 - Polypropylene. The Standard of Mesh Materials. (2004) |
| Glavind K and Shim Susy. Incidence and treatment of postoperative voiding dysfunction after the tension-free vaginal tape procedure. Int Urogynecol J 2015 26;110: 1657-60 |
| Goldman H. Gynemesh PS A New Mesh for Pelvic Floor Repair Early Clinical Experience. |
| Gomelsky A. Pelvic organ prolapse (POP) surgery: the evidence for the repairs. BJU International, 107, 1704-1719 (2011) |
| Gomelsky, A. Commentary on "Pain Scores and Exposure Rates after Polypropylene Mesh for Pelvic Organ Prolapse" Southern Medical Journal 2015; 108(12): 722-723 |
| Gorlero E, et al. [Pop 15, 6 mo fu] A new technique for surgical treatment of stress urinary incontinence: the TVT-Secur. Minerva Ginecol 2008; 60:459-68 |
| Gronnier C., et al. "Risk Factors for Chronic Pain after Open Ventral Hernia Repair by Underlay Mesh Placement," World J Surg (2012) 36:1548-1554. |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Groutz A, Rosen G, Cohen A, Gold R, Lessing JB, Gordon D. [Pop 52, 10 yr fu] Ten-year subjective outcome results of the retropubic tension-free vaginal tape for treatment of stress urinary incontinence. J Minim Invasive Gynecol (2011) 18:726-729 |
| Groutz A. [Pop 61, 5 yr fu] Long-Term Outcome of Transobturator Tension-Free Vaginal Tape: Efficacy and Risk Factors for Surgical Failure. Journal of Women's Health, Volume 20, Number 10, 2011 1525-1528 |
| Guerrero KL, Emery SJ, Wareham K, Ismail S, Watkins A, Lucas MG. A randomised controlled trial comparing TVT'M, Pelvicol™ and autologous fascia I slings for the treatment of stress urinary incontinence in women. BJOG 2010;117:1493-1503. |
| Gupta, Sirls, et al. [AUA Abs PD20-08] The impact of comorbid chronic pain syndromes on sexual activity and dyspareunia after pelvic organ prolapse repair. (2015) |
| Gurlick R. "Laparoscopic rectopexis." Rozhl Chir. 2006 (May; 85(5):233-5. |
| Gutman R. Three-Year Outcomes of Vaginal Mesh for Prolapse. Obstet Gynecol 2013; 122: 770-777. |
| Haddad R. Women's quality of life and sexual function after transvaginal anterior repair with mesh insertion. Eur J Obstet Gynecol Reprod Biol 2013; 167(1): 110-113. |
| Halaska M. A multicenter, randomized, prospective, controlled study comparing sacrospinous fixation and transvaginal mesh in the treatment of posthysterecotmy vaginal vault prolapse.  Am J Obstet Gynecol 2012:207:301.e1-7. |
| Hamamsy, D. new onset stress urinary incontinence following laparoscopic sacrocolpopexy and its relation to anatomical outcomes. Int Urogynecol J 2015; 26: 1041-1045 |
| Hamer M. One-year results of a prospective randomized, evaluator-blinded, multicenter study comparing TVT and TVT Secur. Int Urogynecol J (2013) 24:223-229 |
| Hamer MA, Larsson PG, Teleman P, Eten-Bergqvist C, Persson J. Short-term results of a prospective randomized evaluator blinded multicenter study comparing TVT and TVT-Secur. Int Uragynecol J Pelvic Floor Dysfunct 2011;22:781-787. |
| Han J-Y, Park J, Choo M-S.  [Pop 88, 12 yr fu] Long-term durability, functional outcomes, and factors associated with surgical failure of tension-free vaginal tape procedure. Int Urol Nephrol (2014) 46:1921-1927 |
| Han, Ji-Yeon. Efficacy of TVT-Secur and factors affecting cure of female stress urinary incontinence: 3-year follow-up. Int Urogynecol J (2012) 23:1721-1726 |
| Handa VL, Zyczynski HM, Brubaker L, et al. Sexual function before and after sacrocolpopexy for pelvic organ prolapse. Am J Obstet Gynecol 2007;197:629.e1-6. |
| Hansen, Gradel. [Danish Registry] Reoperation for urinary incontinence-a nationwide cohort study, 1998 thru 2007; Am J Obstet Gynecol 2016;214:263.e1-8 |
| Hardiman P. Sacrospinous vault suspension and abdominal colposacropexy: Success rates and complication. Am J Obstet Gynecol 1996;175:612-6 |
| Hardiman S. Cystocele repair using polypropylene mesh. Bf J Obs!e! Gynaecol 107,813-830 |
| Hazewinkel M. Persistent groin pain following trans-obturator sling procedure for SUI: A diagnostic and therapeutic challenge. Int Urogynecol J 20:363- 365 (2009) |
| Heinonen P, et al. [Pop 161, Median 7 yr fu] IUGA Abs OP 093 - Long-term outccome after transvaginal mesh repair of pelvic organ prolapse.  Int Urogynecol J (2015) 26 (Suppl 1): S121-122 |
| Heinonen P, et al. Long-term outcome after transvaginal mesh repair of pelvic organ prolapse.  Int Urogynecol J (2016) |
| Heinonen P. [Pop 191, mean 10.5 yrs fu] Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome. Int J Urol 2012; 19:1003-1009 |
| Hellberg D. The very old woman and the very old man: tensionfree vaginal tape for the treatment of stress urinary incontinence. Int Urogynecol J (2007) 18:423-429 |
| Helstrom L. Impact of vaginal surgery on sexuality and quality of life in women with urinary incontinence or genital descensus. Acta Obstet Gynecol Scand 2005: 84: 79-84 |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Higgs P. Abdominal sacral colpopexy: an independent prospective long-term follow-up study. Australian and New Zealand Journal of Obstetrics and Gynaecology 2005; 45: 430-434 |
| Hiltunen R. Low-Weight Polypropylene Mesh for Anterior Vaginal Wall Prolapse - A Randomized Controlled Trial. Obstet Gynecol 2007;110-455-62 |
| Hinoul P. A Prospective Study to Evaluate the Anatomic and Functional Outcome of a Transobturator Mesh Kit (Prolift Anterior) for Symptomatic Cystocele Repair. Journal of Minimally Invasive Gynecology (2008) 15, 615-620 |
| Hinoul P. A randomized, controlled trial comparing an innovative single incision sling with an established transobturator sling to treat female stress urinary incontinence.J Urology 2011;185:1356-1362. |
| Hinoul P. Anatomical variability in the trajectory of the inside-out transobturator vaginal tape technique (TVT-O). Int Urogynecol J (2007) 18:1201-1206 |
| Hinoul P. Review of surgical techniques to insert implants in urogynaecology. International Congress Series 1279 (2005) 398-406 |
| Hinoul P. Surgical management of urinary stress incontinence in women: A historical and clinical overview. European Journal of Obstetrics & Gynecology and Reproductive Biology 145 (2009) 219-225 |
| Hinoul P. TVT obturator system versus TVT Secur: a randomized controlled trial, short term results. Int Uragynecol J Pelvic Floor Dysfunct 2009;20:S213. |
| Holmgren C. Frequency of de novo urgency in 463 women who had undergone the tension-free vaginal tape (TVT) procedure for genuine stress urinary incontinence - A long-term follow-up. European Journal of Obstetrics & Gynecology and Reproductive Biology 132 (2007) 121-125 |
| Holmgren S, Nilsson. [Pop 760, 8 yr fu] Long-Term Results with Tension-Free Vaginal Tape on Mixed and Stress Urinary Incontinence. Obstetrics & Gynecology; Vol. 106, No. 1, July 2005 |
| Hong J. Long Term Results of Laparoscopic Burch for Stress Urinary Incontinence in Women. J Korean Med Sci 24; 1182-6 (2009) |
| Hota L. TVT-secur (Hammock) versus TVT-obturator: a randomized trial of suburethral sling operative procedures. Female Pelvic Med Reconstr Surg 2010;16:S87. |
| Hota L. TVT-Secur (Hammock) Versus TVT-Obturator: Randomized Trial of Suburethral Sling OperativeProcedures. Female Pelvic Medicin and Reconstructive Surgery (Jan/ Feb 2012) 18:1, p. 41-45 |
| Houwert R. TVT-O versus Monarc after a 2-4-year follow-up: a prospective comparativestudy. Int Urogynecol J (2009) 20:1327-1333 |
| Huang, L. Medium-term comparison of uterus preservation versus hysterectomy in pelvic organ prolapse treatment with Prolift™ Mesh. Int Urogynecol J 2015 |
| Huebner M.  The use of graft materials in vaginal pelvic floor surgery.  Int J Gynecol & Obstet (2006) 92:279-288 |
| Hung M and Tsai C. [IUGA Oral Presentation 149] Suboptimal suspension effect of the Prosima procedure for severe anterior vaginal wall prolapse. Int Urogynecol J (2012) 23 (Suppl 2): S202-S203 |
| Huseyin S, et al. "A Comparison of Gabapentin and Ketamine in Acute and Chronic Pain after Hysterectomy", Anesth Analg 2009;109:1645-50. |
| Hwang, E. Predictive factors that influence treatment outcomes of innovative single incision sling: comparing TVT-Secur to an established transobturator sling for female stress urinary incontinence. Int Urogynecol J (2012) 23:907-912 |
| Iglesia C. Vaginal Mesh for Prolapse: A Randomized Controlled Trial. Obstet Gynecol 2010;116:293-303 |
| Iglesia CB. The Use of Mesh in Gynecologic Surgery. Int Urogynecol J (1997) 8:105-115 |
| Illston, J. Pain Scores and Exposure Rates after Polypropylene Mesh for Pelvic Organ Prolapse. Southern Medical Journal 2015; 108(12): 715-721 |
| Jacobsen SM, Stickler DJ, Mobley HL, Shirtliff ME. Complicated catheter-associated urinary tract infections due to Escherichia coli and Proteus mirabilis. Clin Microbiol Rev. 2008 Jan;21(1):26-59. |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Jacquetin B, et al. Total transvaginal mesh technique for treatment of pelvic organ prolapse: a 3-year prospective follow-up study. Int Urogynecol J (2010) 21: 1455-1462 |
| Jacquetin B. Complications of vaginal mesh: our experience. Int Urogynecol J 2009; 20: 893-896. |
| Jacquetin B. Prolene Soft (Gynecare) Mesh for Pelvic Organ Prolapse Surgical Treatment: A Prospective Study of 264 Patients. Abstract 767 |
| Jacquetin B. Prospective Clinical Assessment of the Trans Vaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse - One Year Results of 175 Patients. Abstract 291 |
| Jacquetin B. Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse: 1.5-year prospective follow-up study.  Int Urogynecol J 2013. DOI 10.1007/s00192-013-2080-4. |
| Jacquetin B. Trans-vaginal Mesh Technique for Treatment of Pelvic Organ Prolapse: 5 Years of Prospective Follow UP. Int Urogynecol J (2012) |
| Jamieson D. The Prevalence of Dysmenorrhea, Dyspareunia, Pelvic Pain and Irritable Bowel Syndrome in Primary Care Practices. Obstet Gynecol, 1996; 87:1, 55-58 |
| Jarmy-Di Bella ZI, Bianchi AM, Castro RA, Iwata M, Sartori MG, Girao MJ. Randomised trial ofTVT-O and TVT-S for the treatment of stress urinary incontinence. preliminary study. Int Uragynecol J 2009;20:S176-S7. |
| Jelovsek J, et al. [Pop 72, mean 62 mos fu] Randomized trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up. BJOG 2008; 115: 219-225. |
| Jenkins T. Laparoscopic Burch colposuspension. Curr Opin Obstet Gynecol (2007) 19:314-318. |
| Jha S, Ammenbal M, Metwally M. Impact of incontinence surgery on sexual function: a systematic review and meta-analysis. J Sex Med. 2012 Jan;9(1):34-43. doi: 10.1111/j.1743-6109.2011.02366.x. Epub 2011 Jun 23. Review. PubMed PMID: 21699671 |
| Jha S. A systematic review and meta-analysis of the impact of native tissue repair for pelvic organ prolapse on sexual function, Int Urogynecol J. 2014 |
| Jha S. Sexual function following surgery for urodynamic stress incontinence. Int Urngynecol J 18:845-850 (2007) |
| Jones, K. Tensile properties of commonly used prolapse meshes. Int Urogynecol J 2009; 20: 847-853 |
| Jonsson Funk M. Sling Revision/ Removal for Mesh Erosion and Urinary Retention: Long-Term Risk and Predictors. Am J Obstet Gynecol. 2013; 208(1): 73.e1-73.e7 |
| Juang C-M, Yu K-J, Chou P, et al. Efficacy analysis of trans-obturator tension-free vaginal tape (TVT-O) plus modified Ingelman-Sundberg procedure versus TVT-O alone in the treatment of mixed urinary incontinence: a randomized study. Eur Ural 2007;51:1671-1678 |
| Juang C-M, Yu K-J, Chou P, et al. Efficacy analysis oftrans-obturator tension-free vaginal tape (TVT-O) plus modified Ingelman-Sundberg procedure versus TVT-O alone in the treatment of mixed urinary incontinence: a randomized study. Eur Ural 2007;51:1671-1678; discussion 1679. |
| Julian, T. The efficacy of Marlex mesh in the repair recurrent vaginal prolapse of the anterior of severe, midvaginal wall. Am J Obstet Gynecol 1996;175:1472-5. |
| Jung HC, Kim JY, Lim HS, et al. Three-year outcomes of the IRIS procedure for treatment of female stress urinary incontinence: comparison with TVT procedure. Eur Ural Suppl 2007;6:231. |
| Kaelin-Gambirasio I. Complications associated with transobturator sling procedures: analysis of 233 consecutive cases with a 27 months follow-up. BMC Women's Health 2009, 9:28 |
| Kahn MA and Stanton SL. Posterior colporrhaphy: its effects on bowel and sexual function. British Journal of Obstetrics & Gynecology, 1997; 104:82-86. |
| Karateke A, Haliloglu B, Cam C, Sakalli M. Comparison ofTVT and TVT-O in patients with stress urinary incontinence: short-term cure rates and factors influencing the outcome. A prospective randomized study. Australian NZ J Obstet Gynaecol 2009;49:99-105. |
| Karlovsky M. Synthetic Biomaterials for Pelvic Floor Reconstruction. Current Urology Report 2005; 6:376-384 |
| Karram M and Maher C. Surgery for posterior vaginal wall prolapse. Int Urogynecol J (2013) 24: 1835-1841 |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Karram M. Complications and Untoward Effects of the Tension-Free Vaginal Tape Procedure. The American College of Obstetricians and Gynecologists (2003) Vol. 101, No. 5, Part 1 |
| Karram M. High uterosacral vaginal vault suspension with fascial reconstruction for vaginal repair of enterocele and vaginal vault prolapse. Am J Obstet Gynecol 2001; 185: 1339-1343. |
| Karram M. When and how to place an autologous rectus fascia pubovaginal sling OBG Management 24;11 (2012) |
| Karram. An Evaluation Of The Gynecare TVT Secur System (Tension-Free Support For Incontinence) For The Treatment Of Stress Urinary Incontinence. Int Urogynecol J (2007) 18 Suppl 1)S1-S24. |
| Kasturi S. High uterosacral liagment vaginal vault suspension: comparison of absorbable vs. permanent suture for apical fixation, Int Urogynecol J (2012) 23: 941-945 |
| Kasturi S. Pelvic magnetic resonance imaging for assessment of the efficacy of the Prolift system for pelvic organ prolapse. Am J Obstet Gynecol 2010;203:504.e1-5 |
| Kaufman M. Contemporary Role of Autologous Fascial Bladder Neck Slings: A Urology Perspective Urol Clin N Am 39; 317-323 (2012) |
| Kearney R. Obstetric factors associated with levator ani muscle injury after vaginal birth. Obestetrics & Gynecology 107;1: 144-149 (2006) |
| Kenton K, Zyczynski H, Sirls LT, Richter HE, et al. (TOMUS published) 5-Year Longitudinal Followup after Retropubic and Transobturator Mid-urethral slings. The Journal of Urology, Vol. 193, 203-210, January 2015. |
| Kersey J. The gauze hammock sling operation in the treatment of stress incontinence. British Journal of Obstetrics & Gynecology 1983; 90:945-949. |
| Khan ZA, Thomas L, Emery SJ. Outcomes and complications of trans-vaginal mesh repair using the Prolift kit for pelvic organ prolapse at 4 years median follow-up in a tertiary referral centre. Arch Gynecol Obstet (2014) 290:1154-1157. |
| Khan, M. Posterior colporrhaphy: its effect on bowel and sexual function. British Journal of Obstetrics and Gynaecology 1997; 104: 82-86 |
| Khandwala S. A trocar-free procedure for vaginal prolapse repair using mesh and a vaginal support device - an observational registry.  Female Pelvic Medicine & Reconstructive Surgery; Sept/Oct. 2011; Vol 17; No. 5; Supplement 2;S163; Poster 143 |
| Khandwala S. Experience with TVT-Secur sling for stress urinary incontinence: a 141-case analysis. Int Urogynecol J (2010) 21:767-772 |
| Khandwala S. ICS Poster - Clinical Outcomes of an observational registry utilizing a trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh. 2011 |
| Khandwala S. Transvaginal mesh Surgery for Pelvic Organ Prolapse: One-Year Outcomes Analysis. Female Pelvic Med Recontr Surg 2013;19:84-89 |
| Khandwala. TVT-Secur in Office Sling Procedure Under Local Anesthesia: A Prospective 2-Year Analysis. Female Pelvic Medicine & Reconstructive Surgery, Volume 18, Number 4, July/August 2012. |
| Kim D, Jang HC. Randomized control study of Monarc® vs. tension-free vaginal tape obturator (TVT-O®) in the treatment of female urinary incontinence in: comparison of medium term cure rate. Int Uragynecol J 2010;21(Suppl l):S319-S20. |
| Kim JJ, Lee Y-S, Seo JT, et al. Comparison of the efficacy ofTVT and TVT-O on the overactive bladder symptoms in women with stress urinary incontinence. J Ural Suppl 2009;181:560. |
| Kim JY, Jung HC, Moon KH, Park TC, Kim DY, Park CH. Comparisons of IRIS, TVT and SPARC procedure for stress urinary incontinence. Eur Ural Suppl 2004;3:80. |
| Kim, Jung Jun. Randomized Comparative Study of the U-and H-type Approaches of the TVT-Secur Procedure for the Treatment of Female Stress Urinary Incontinence: One Year Follow-Up. Korean J Urol 2010;51:250-256 |
| King A. Is there an association between polypropylene midurethral slings and malignancy. Urology 84: 789-792, 2014 |

**Medical Literature**

| |
|---|
| Kirby A. Midurethral slings: which should I choose and what is the evidence for use? Curr Opin Obstet Gynecol 2015; 27: 359-365 |
| Kjohede P. Long-term Efficacy of Burch Colposuspension: A 14-year Follow-up Study. Acta Obstet Gynecol Scand 2005; 84: 767-772. |
| Klein-Patel M, et al. [AUGS Abs 11] Ultra-Lightweight synthetic mesh has similar cellular response but increased tissue ingrowth relative to heavier weight prototype; Female Pelvic Med Reconstr Surg 2011; 17(5) Suppl 2. |
| Klinge U. Alloplastic Implants for the Treatment of Stress Urinary Incontinence and Pelvic Organ Prolapse. Hernia Repair Sequelae, Ch. 56, 440-444 |
| Klinge U. Demands and Properties of the Alloplastic Implants for the Treatment of Stress Urinary Incontinence. Expert Rev. Med. Devices 4(3), 349–359 (2007) |
| Kociszewski J, et al. Tape Functionality: position, change in shape, and outcome after TVT procedure - mid-term results. Int Urogynecol J (2010) 21:795-800 |
| Kociszewski J, et al. Tape Functionality: Sonographic Tape Characteristics and Outcome After TVT Incontinence Surgery. Neurourology & Urodynamics, 27: 485-490 (2008) |
| Kocjancic E, Costantini E, Frea B, et al. Tension free vaginal tape vs. trans obturator tape: is there any difference in the mixed incontinence patients? Results of a multicentre randomised trial. Eur Ural Suppl 2008;7:123. |
| Koelbl H, Halaska M, Ostermann S, Lautenschlaeger C, Petri E. Burch colposuspension and TVT: Perioperative results of a prospective randomized trial in patients with genuine stress incontinence. Neuraural Uradyn 2002;21:327. |
| Kohli, N. Mesh Erosion after abdominal sacrocolpopexy. Obstet Gynecol  1998; 92: 999-1004 |
| Kokanali MK. (2014) Risk factors for mesh erosion after vaginal sling procedures for urinary incontinence.  Eur J Obstet Gynecol Reprod Biol  (June 2014) 177:146-50. |
| Kolle D. Bleeding Complications With The Tension-Free Vaginal Tape Operation. American Journal of Obstetrics and Gynecology (2005) 193. 2045-9 |
| Komesu YM, et al. Posterior Repair and Sexual Function. AJOG 2007, 101-103 |
| Kondo A, I so be Y, Kimura K, et al. Efficacy, safety and hospital costs of tension-free vaginal tape and pubovaginal sling in the surgical treatment of stress incontinence. J Obstet Gynaecol Res 2006;32:539-544. |
| Koontz A. Failure with tantalum gauze In ventral hernia repair. (1955) |
| Kozal S. Morbidity and functional mid-term outcomes using Prolift pelvic floor repair systems. Can Urol Assoc J 2014;8(9-10):e605-9. |
| Krofta L, et al. [IUGA Presentation 116] Pelvic organ prolapse surgery with non-anchored mesh implants and vaginal support device in women with moderate symptomatic prolapse: Prospective study. Int Urogynecol J (2011) 22 (Suppl 1): S115-S116 |
| Krofta L, Feyereisl J, Otcenasek M, Velebil P, Kasikova E, Krcmar M. TVT and TVT-O for surgical treatment of primary stress urinary incontinence: prospective randomized trial. Int Uragynecol J 2010;21:141-148. |
| Krofta L.  Pelvic Organ prolapse surgery with non-anchored mesh implants and vaginal support device in women with moderate symptomatic prolapse; prospective study.  IUGA Presentation 116; Int Urogynecol J; 2011; 22; 115-116. |
| Krofta L. TVT-S for surgical treatment of stress urinary incontinence: prospective trial, 1-year follow-up. Int Urogynecol J (2010) 21:779-785 |
| Kuhn A, et al. Sexual function after suburethral sling removal for dyspareunia. Surg Endosc (2009) 23:765-768 |
| Kulseng-Hanssen S. Follow-up of TVT Operations in 1,113 women with mixed urinary incontinence at 7 and 38 months. Int Urogynecol J (2008) 19:391-396 |
| Kuuva N, Nilsson. [Pop 1455, 2 mo fu] A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure. Acta Obstet Gynecol Scand 2002; 81: 72-77 |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Labat JJ, et al. Diagnostic Criteria for Pudendal Neuralgia by Pudendal Nerve Entrapment (Nantes Criteria). Neurourology and Urodynamics 27:306-310 (2008). |
| Labrie J. Surgery versus Physiotherapy for Stress Urinary Incontinence. N Engl J Med 369;12 1124-1133. |
| Lammerink E. Short-term outcome of TVT-Secur (Abstract Only) |
| Lamvu G. Vaginal apex resection: A treatment option for vaginal apex pain. Obstet Gynecol 2004; 104:1340-6 |
| Lane F. Repair of Posthysterectomy vaginal-vault prolapse. Obstet & Gynecol. 1962:20:72-77. |
| Langford C. Levator Ani Trigger Point Injections: An Underutilized Treatment for Chronic Pelvic. Neurourology & Urodynamics 26:59-62 (2007) |
| Larson G. Plastic Mesh Repair of Incisional Hernias. (1978) |
| Latini J. Efficacy and Morbidity of Autologous Fascial Lata Sling Cystourethropexy. J Urology 171; 1180-1184 (2004) |
| Latthe P. Factors predisposing women to chronic pelvic pain: systematic review. (2006) |
| Latthe P. Two routes of transobturator tape procedure in stress urinary incontinence: a meta-analysis with direct and indirect comparison of randomized trials. BJUI (2009) 106 , 68-76 |
| Latthe PM. Transobturator and retropubic tape procedures in stress urinary incontinence: a systematic review and meta-analysis of effectiveness and complications. BJOG 2007;114:522-531. |
| Laurikainen E, Takala T, Aukee P, et al. Retropubic TVT compared with transobturator TVT (TVT-O) in treatment of stress urinary incontinence: five-year results of a randomized trial. Neuraural Uradyn 2011;30:803-805. |
| Laurikainen E, Valpas A, Aukee P, Kivelä A, Rinne K, Takala T, Nilsson CG. [Pop 254, 5 yr fu] Five-year results of a randomized trial comparing retropubic and transobturator midurethral slings for stress incontinence. Eur Urol (2014) 65:1109-1114 |
| Laurikainen E. Retropubic Compared With Transobturator Tape Placement in Treatment of Urinary Incontinence. J Obstet Gynecol 2007;109:4-11 |
| Laurikainen, E. Five-year Results of a Randomized Trial Comparing Retropubic an Transobturator Midurethral Slings for Stress Incontinence. Eur Urol 2014; http://dx.doi.org/10.1016/j.eururo.2014.01.031 |
| Lee D. The Pelvic Girdle: An Integration of Clinical Expertise and Research.  4th Edition Churchill Livingstone Elsevier (2011) |
| Lee KS, Choo M-S, Lee YS, et al. Prospective comparison of the 'inside-out' and 'outside-in' transobturator-tape procedures for the treatment of female stress urinary incontinence. Int Uragynecol J Pelvic Floor Dysfunct 2008;19:577-582. |
| Lee KS, Han DH, Choi YS, et al. A prospective trial comparing tension-free vaginal tape and transobturator vaginal tape inside-out for the surgical treatment of female stress urinary incontinence: 1-year followup. J Urol 2007;177:214-218. |
| Lee, Kyu-Sung. A Prospective Multicenter Randomized Comparative Study Between the U-and H-type Methods of the TVT Secur Procedure for the Treatment of Female Stress Urinary Incontinence: 1-Year Follow-up. European Urology 57 (2010) 973-979. |
| Lee. Tension-Free Vaginal Tape-SECUR Procedure for the Treatment of Female Stress Urinary Incontinence: 3-Year Follow-Up Results. LUTS (2015) 7, 9-16 |
| Lensen, E. Comparison of two trocar-guided trans-vaginal mesh systems for repair of pelvic organ prolapse: a retrospective cohort study. Int Urogynecol J 2013 |
| Leval J. The original versus a modified inside-out transobturator procedure: 1-year results of a prospective randomized trial. Int Urogynecol J (2011) 22:145-156 |
| Li B, Zhu L, Lang JH, Fan R, et al. [Pop 55, 7 yr fu] Long-term outcomes of the tension-free vaginal tape procedure for female stress urinary incontinence: 7-year follow-up in China. J Minim Invasive Gynecol. 2012 Mar-Apr;19(2):201-5. |

Jaime Sepulveda Materials List

**Medical Literature**

| |
|---|
| Liapis A, Bakas P, Christopoulos P, Giner M, Creatsas G. Tension-free vaginal tape for elderly women with stress urinary incontinence. Int J Gynaecol Obstet 2006;92:48-51. |
| Liapis A, Bakas P, Creatsas G. [Pop 115, 4 yr fu] Efficacy of inside-out transobturator vaginal tape (TVTO) at 4 years follow-up. Eur J Obstet Gynecol Reprod Biol (2010) 148:199-201 |
| Liapis A, Bakas P, Creatsas G. [Pop 65, 5 & 7 yr fu] Long-term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and 7-year follow-up. Int Urogynecol J Pelvic Floor Dysfunct (2008) 19:1509-1512 |
| Liapis A, Bakas P, Creatsas G. Burch colposuspension and tension-free vaginal tape in the management of stress urinary incontinence in women. Eur Ural 2002;41:469-473. |
| Liapis A. Monarc vs TVT-O for the treatment of primary stress incontinence: a randomized study. Int Uragynecol J Pelvic Floor Dysfunct 2008;19:185-190. |
| Liapis A. Tension-Free Vaginal Tape versus Tension-Free Vaginal Tape Obturator in Women with Stress Urinary Incontinence. Gynecol Obstet Invest 2006;62:160-164 |
| Lim JL. Clinical and quality-of-life outcomes in women treated by the TVT-O procedure. BJOG 2006;113:1315-1320. |
| Lim Y. Suburethral slingplasty evaluation study in North Queensland, Australia: The SUSPEND trial. Australian and New Zealand Journal of Obstetrics and Gynaecology 2005; 45: 52–59 |
| Lim YN, Muller R, Corstiaans A, Dietz HP, Barry C, Rane A. Suburethral slingplasty evaluation study in North Queensland, Australia: the SUSPEND trial. Australian NZ J Obstet Gynaecol 2005;45:52-59. |
| Lim, J. Short-term clinical and quality-of-life outcomes in women treated by the TVT-Secur procedure. Australian and New Zealand Journal of Obstetrics and Gynaecology 2010; 50: 168-172 |
| Linder BJ, et al. Evaluation of the local carcinogenic potential of mesh used in the treatment of female stress urinary incontinence. Int Urogynecol J (2016) |
| Linder, B. Assessing the learning curve of robotic sacrocolpopexy. Int Urogynecol J 2016; 27: 239-246 |
| Littman P. The Rapid Evolution of Vaginal Mesh Delivery Systems for the Correction of Pelvic Organ Prolapse: Part 1. The Female Patient, Vol 34, April 2009 |
| Liu P. Outcome of Tension-free obturator tape procedures in obese and overweight women. Int Urogynecol J 22:259- 263 (2011) |
| Lleberia J. Surgical Treatment of Mixed Urinary Incontinence: effect of anterior colpoplasty. Int Urogynecol J (2011) 22:1025-1030 |
| Lo TS, et al. Ultrasound assessment of mid-urethra tape at three-year follow-up after tension-free vaginal tape procedure. Urology 63:671-675, 2004 |
| Long C. Comparison of clinical outcome and urodynamic findings using "Pergiee and/or Apogee" versus Prolift anterior and/or posterior" system devices for the treatment of pelvic organ prolapse. Int Urogynecol J 2011; 22:223-239 |
| Long Lin A. In Vivo Tension Sustained By Fascial Sling in Pubovaginal Sling Surgery for Female Stress Urinary Incontinence. J urology (March 2005) Vol. 173, 894-897 |
| Lopes E. Transvaginal polypropylene mesh versus sacrospinous ligament fixation for the treatment of uterine prolapse: 1-year follow-up of a randomized controlled trial. Int Urogynecol J (2010) 21:389-394 |
| Lord HE, Taylor JD, Finn JC, et al. A randomized controlled equivalence trial of short-term complications and efficacy of tension-free vaginal tape and supra pubic urethral support sling for treating stress incontinence. BJU Int 2006;98:367-376. |
| Lovatsis, D. Vaginal surgical approach to vaginal vault prolapse: considerations of anatomic correction and safety. Curr Opin Obstet Gynecol 2003; 15: 435-437 |
| Lowder J. The role of apical vaginal support in the appearance of anterior and posterior vaginal prolapse.  Obstet & Gynecol (2008) 111:150-157 |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Lowder JL, Moalli P, Zyczynski H, et al. Body image in women before and after reconstructive surgery for pelvic organ prolapse. Int Urogynecol J (2010) 21: 919-925 |
| Lowenstein L.  Neural pain after uterosacral ligament vaginal suspension.  Int Urogynecol J (2007) 18:109-110 |
| Lowman JK, Hale DS, et al. Does the Prolift system cause dyspareunia? AJOG 2008; 199:707.e1-707.e6 |
| Lowman JK.  Tobacco use is a risk factor for mesh erosion after abdominal sacral colpoperineopexy.  Am J. Obstet Gynecol. (May 2008) 198(5):561. |
| Lucas MG. EAU Guidelines on Surgical Treatment of Urinary Incontinence. Eur Urol. 2012; 62:1118-29 |
| Lukacz ES, et al. [Pop 54, 1 yr fu] The effects of the tension-free vaginal tape on proximal urethral position: a prospective, longitudinal evaluation. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug;14(3):179-84. |
| Lukban J. ICBR-51 Abs The Effect of Manual Physical Therapy in Patients Diagnosed with Interstitial Cystitis, High-Tone Pelvic Floor Dysfunction, and Sacroiliac Dysfunction. (2001) |
| Luna M. Comparison of the Anterior Colporrhaphy Procedure and the Marshall-Marchetti-Krantz Operation in the Treatment of Stress Urinary Incontinence among Women. J Obstet. Gyneco/. Res. 25;4: 255-260 (1999) |
| Luo, X. Biomechanics and Biocompatibility Test based on Pelvic Floor Reparing in Clinical Application of Synthesis Mesh. ABS 189 Int Urogynecol J 2013 24 (Suppl1 ): S144-145 |
| Luo. Different sling procedures for stress urinary incontinence: A lesson from 453 patients. Kaohsiung Journal of Medical Sciences (2014) 30, 139-145. |
| Lykke R, et al. The indication for hysterectomy as a risk factor for subsequent pelvic organ prolapse repair.  Int Urogynecol J DOI 10:1007/s00192-015-2757-y June 7, 2015 |
| Maaita M. Sexual function after using tension-free vaginal tape for the surgical treatment of genuine stress incontinence. BJU International 90;540-543 (2002) |
| Magareta Nilsson. Female Urinary Incontinence: Patient reported outcomes 1 year after midurethral sling operations. (2012) |
| Mage P. Interposition of a synthetic mesh by vaginal approach in the cure of genitalprolapse. J Gynecol Obstet Biol Reprod (Paris). 1999 Dec;28(8):825-9. |
| Magno-Azevedo V. Single Incision Slings: Is There a Role?. Curr Bladder Dysfunct Rep (2013) 8:19-24 |
| Maher C et al. Surgical Management of Pelvic Organ Prolapse in Women: A Short Version Cochrane Review. Neurourol Urodyn (2008) 27: 3-12 |
| Maher C, et al. (full 141pp) Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). The Cochrane Collaboration (2016) |
| Maher C, et al. (Summary) Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). The Cochrane Collaboration (2016) |
| Maher C, Qatawneh A, Baessler K, Croppe M, Schluter P. Laparoscopic colposuspension or tension-free vaginal tape for recurrent stress urinary incontinence and/or intrinsic sphincter deficiency-a randomised controlled trial. Neurourol Urodyn 2004;23:433-434. |
| Maher C. Abdominal sacral colpopexy or vaginal sacrospinous colpopexy for vaginal vaultprolapse: A prospective randomized study. American Journal of Obstetrics and Gynecology (2004) 190, 20e6 |
| Maher C. Anterior vaginal compartment surgery.Int Urogynecol J (2013) 24: 1791-1802 |
| Maher C. Laparoscopic sacral colpopexy versus total Vaginal mesh for Vaginal vault Prolapse: A Randomized Trial. Am J Obstet Gynecol 2011;204 1.e1-1.d7 |
| Maher C. Surgical management of pelvic organ prolapse in women.  Cochrane Review (2013). |
| Maher, C. Surgical management of anterior vaginal wall prolapse: an evidence based literature review. Int Urogynecol J 2006; 17: 195-201 |
| Maher, C. Surgical Management of Pelvic Organ Prolapse in Women: A meta-analysis of randomized controlled trials. ABS 088 Int Urogynecol J 2009; 20 (Suppl 2): S151 |
| Maher, C. Surgical management of pelvic organ prolapse in women: the updated summary version Cochrane review. Int Urogynecol J 2011; 22: 1445-1457 |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Malinowski A, et al. [IUGA Presentation 472] Initial experience with Gynecare Prosima pelvic floor repair system. Int Urogynecol J (2011) 22 (Suppl 3): S1974-S1975 |
| Manriquez, V. Inflammatory and remodeling response to surgical repair for pelvic organ prolapse.  ABS 198 Int Urogynecol J 2013 24 (Suppl1 ): S151-152 |
| Margulies R. Complications Requiring Reoperation Following Vaginal Mesh Kit Procedures for Prolapse. (2008) |
| Margulies, R. Outcomes of transvaginal uterosacral ligament suspension: systematic review and metaanalysis. Am J Obstet Gynecol 2010 |
| Martan A. New Options in Reconstructive Pelvic Floor Surgery and Surgery in Urogynecology. (2006) |
| Martan A. TVT SECUR System - Tension-free Support of the Urethra in Women Suffering from Stress Urinary Incontinence - Technique and Initial Experience. Ces. Gynek. 72, 2007, C. 1 s.42-49 |
| Martin LA, et al. Reoperation After Robotic and Vaginal Mesh Reconstructive Surgery: A Retrospective Cohort Study. Female Pelvic Med Reconstr Surg  2015; 21(6): 315-318 |
| Mary C.  Comparison of the in vivo behavior of polyvinylidene fluoride and polypropylene sutures used in vascular surgery. ASAIO Journal (1998) 44: 199-206 |
| Masata J, Svabik K, Drahoradova P, et al. Randomized prospective trial of a comparison of the efficacy of TVT-O and TVT secur system in the treatment of stress urinary incontinent women - comparison of the long- and short-term results. Neurourol Urodyn 2011;30:805-806. |
| Masata J. Pudendal neuralgia following transobturator inside-our tape procedure (TVT-O) - Case report and anatomical study. Int Urogynecol J (2012) 23: 505-507 |
| Masata J. Randomized trial of a comparison of the efficacy of TVT-O and single-incision tape TVT Secur systems in the treatment of stress urinary incontinent women –2-year follow-up. Int Urogynecol J (2012) 23:1403-1412 |
| Mathias S. Chronic Pelvic Pain: Prevalence, Health-related Quality of Life, and Economic Correlate. Obstetrics & Gynecology, 87:3,  321-327 (1996) |
| Mattimore J, et al. [AUA Abs FRII-07] The History of Pelvic Organ Prolapse from Antiquity to Present Day.  History of Urology II (Poster). May 17, 2015 |
| Maurer, M. Prosthetic meshes for repair of hernia and pelvic organ prolapse: comparison of biomechanical properties. Materials 2015; 8: 2794-2808 |
| McAchran S. Robotic Abdominal Sacrocolpopexy, Chapter 9, 117-129 |
| McDermott C. Sacral Colpopexy Versus Transvaginal Mesh Colpopexy in Obese Patients, J Obstet Gynaecol Can 2013; 35(5): 461-467 |
| McLennan G. Perioperative experience of pelvic organ prolapse repair with the Prolift ® and Elevate ® vaginal mesh procedures. Int Urogynecol J. 2012 |
| McLennan G. Perioperative of POP repair with Prolift and Elevate vaginal mesh procedures. Int Urogynecol J (2013) 24:287-294 |
| McLennan M. Bladder Perforation During Tension-Free Vaginal Tape Procedures: Abdominal versus Vaginal Approach. Female Pelvic Medicine & Reconstructive Surgery, Volume 18, Number 1, January/February 2012 |
| Melzack R. Pain Mechanisms_ A New Theory (1965) |
| Menahem. TVT-O: Midterm Data on an Operative Procedure for the Cure of Female SUI performed in 100 patients. (2008) |
| Menefee S. Colporrhaphy Compared With Mesh or Graft-Reinforced Vaginal Paravaginal Repair for anterior Vaginal Wall Prolapse. Obstet Gynecol 2011;118:1337-44 |
| Meschia M, Pifarotti P, Bacchichet R, et al. A multi center randomized comparison of tension-free vaginal tape (TVT) and trans-obturator in-out technique (TVT-O) for the treatment of stress urinary incontinence: one year results. Int Urogynecol J 2007;18(Suppl l):S2. |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Meschia M, Pifarotti P, Bernasconi F, et al. Tension-free vaginal tape (TVT) and intravaginal slingplasty (IVS) for stress urinary incontinence: a multi center randomized trial. Am J Obstet Gynecol 2006;195:1338-1342. |
| Meschia M, Pifarotti P, Spennacchio M, Buonaguidi A, Gattei U, Somigliana E. A randomized comparison of tension-free vaginal tape and endopelvic fascia plication in women with genital prolapse and occult stress urinary incontinence. Am J Obstet Gynecol 2004;190:609-6713. |
| Meschia M. Tension-free vaginal tape: analysis of risk factors for failures. Int Urogynecol J (2007) 18:419-422 |
| Meschia M. TVT-Secur: A Minimally invasive procedure for the treatment of primary stress urinary incontinence. One year data from a multi-centre prospective trial. Int Urogynecol J (2009) 20:313-317 |
| Meschia. Per-Operative morbidity and early results of a randomized trial comparing TVT and TVT-O. (2007) |
| Meschia. TVT-S: A minimally invasive procedure for the treatment of primary SUI: 1 year data. (2008) |
| Messelink B. The Standardization of terminology of pelvic floor muscle function and dysfunction: Report from the pelvic floor clinical assessment group of the international continence society. Neurourology & Urodynamics 24: 374-380 (2005) |
| Meyer, Richter, et al. Synthetic Graft Augmentation in Vaginal Prolapse Surgery: Long-term Objective and Subjective Outcomes. Prolift 7 yrs. Journal of Minimally Invasive Gynecology (2016), doi: 10.1016/j.jmig.2016.02.014. |
| Migliari R. Tension-free vaginal mesh repair for anterior vaginal wall prolapse. Eur Urol. 2000;38:151-155. |
| Milani A. Trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh: 1 year outcomes. Am J Obstet Gynecol 2011; 204:74.e1-8 |
| Milani AL, et al. [IUGA, ICS Abs 81] Medium-Term Clinical Outcomes Following Trocar-Guided Mesh Repair of Vaginal Prolapse Using Partially Absorbable Mesh. Int Urogynecol J (2012) 23 (Suppl 2):S128-S129 |
| Milani AL, et al. Trocar-guided total tension-free vaginal mesh repair of post-hysterectomy vaginal vault prolapse. Int Urogynecol J (2009) 20:1203-1211 |
| Milani AL. Abs 81. Medium-term clinical outcomes following trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh. (2012) |
| Miller D, et al. Prospective clinical assessment of the transvaginal mesh technique for treatment of pelvic organ prolapse - 5 years results. Female Pelvic Med Reconstr Surg 2011;17:139-143. |
| Miller D, Lucente V, Babin E, Beach P, Jones P, Robinson D. [AUGS Abs Paper 24] Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvic Prolapse: 5-Year Results. Female Pelvic Med Reconstr Surg 2011;17: 139-143 |
| Miller, D. Informed surgical consent for a mesh/graft-augmented vaginal repair of pelvic organ prolapse. Int Urogynecol J 2012 |
| Mirosh M, Epp A. TVT vs laparoscopic Burch colposuspension for the treatment of stress urinary incontinence. JCS 2005:Abstract 640. |
| Mistrangelo E, et al. Rising use of synthetic mesh in transvaginal pelvic reconstructive surgery: A review of the risk of vaginal erosion. Journal of Minimally Invasive Gynecology (2007) 14, 564-569 |
| Miyazaki, F. Raz Four-Corner Suspension for Severe Cystocele: Poor Results. Int Urogynecol J 1994; 5: 94-97 |
| Moalli PA, et al. Tensile Properties of five commonly used mid-urethral slings relative to the TVT. Int Urogynecol J (2008) 19:655-663. |
| Moalli, Nager. Polypropylene mesh: evidence for lack of carcinogenicity. Int Urogynecol J (2014) |
| Moir J. The Gauze-Hammock Operation. A Modified Aldrige Sling Procedure. The Journal of Obstetrics and Gynaecology of the British Commonwealth Vol. 75, No. 1 January 1968 |
| Molden, Lucente. New Minimally Invasive Slings: TVT Secur. Current Urology Reports 2008, 9:358-361. |
| Moller A. Effect of preoperative smoking intervention on postoperative complications: a randomised clinical trial. Lancet (2002) 359:114-117 |
| Montoya T. Anatomic relationships of the pudendal nerve branches. Am J Obstet Gynecol 2011; 205:504.e1-5 |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Montoya T. Sensory neuropathy following suspension of the vaginal apex to the proximal uterosacral ligaments, Int Urogynecol J (2012) 23:1735-1740 |
| Moore R. Vaginal Mesh Kits for Pelvic Organ Prolapse, Friend or Foe: A Comprehensive Review. The Scientific World Journal 2009; 9:163-189 |
| Morgan JE. A sling operation, using Marlex polypropylene mesh, for treatment of recurrent SUI. (1970) |
| Mostafa A, Agur W, Abdel-All M, et al. A multicentre randomised trial of single-incision mini-sling (Ajust) and tension-free vaginal tape-obturator (TVT-O ™) in management of female stress urinary incontinence. Neurourol Urodyn 2011;30:806-8. |
| Murphy M, et al (2011). Time to rethink: An Evidence based response from pelvic surgeons to the FDA Safety Communication: "UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse". Int Urogynecol J D01 10.1007/s00192 001 1581 2 |
| Murphy M. Clinical Practice Guidelines on Vaginal Graft Use from the Society of Gynecologic Surgeons. Obstet & Gynecol (2008) 112:1123-1130 |
| Murphy, M. Early US Experience with Vaginal Extraperitoneal colpopexy using a polypropylene graft (Prolift™) for the treatment of pelvic organ prolapse. ABS 392 Int Urogynecol J 2006; 17 (Suppl 2): S273 |
| Nagata I. Histological features of the rectovaginal septum in elderly women and a proposal for posterior vaginal defect repair. Int Urogynecol J (2007) 18:863-868 |
| Nager C. Midurethral Slings: Evidence-based Medicine vs. The Medicolegal System. *Accepted Manuscript to appear in: American Journal of Obstetrics and Gynecology; 2016* doi: 10.1016/j.ajog.2016.04.018 |
| Nager. A Randomized Trial of Urodynamic Testing before Stress Incontinence Surgery. (2012) |
| Natale F, et al. A prospective, randomized, controlled study comparing Gynemesh, a synthetic mesh, and Pelvicol, a biologic graft, in the surgical treatment of recurrent cystocele. Int Urogynecol J (2009) 20:75-81. |
| Naumann G, Lobodasch K, Bettin S, Meyer P, Koelbl H. Tension free vaginal tape (TVT) vs less invasive free tape (LIFT)-a randomized multicentric study of suburethral sling surgery. Int Urogynecol J 2006;17(Suppl 2):S94-S95. |
| Nerli RB, Kumar AG, Koura A, Prabha V, Alur SB. Transobturator vaginal tape in comparison to tensionfree vaginal tape: A prospective trial with a minimum 12 months follow-up. Indian J Urol 2009;25:321-325. |
| Neuman M. Perioperative Complication and Early Follow-up with 100 TVT-Secur Procedures. Journal of Minimally Invasive Gynecology (2008) 15,480-484 |
| Neuman M. Post Tension-free Vaginal Tape Voiding Difficulties. Journal of Pelvic Medicine and Surgery, Volume 10, Number 1, January/February 2004 |
| Neuman M. Training TVT Secur: The first 100 Teaching Operations. Int Urogynecol J (2007) 18 (Suppl 1):S25-S105 |
| Neuman M. Transobturator vs. Single-Incision Suburethral Mini-slings for Treatment of Female Stress Urinary Incontinence: Early Postoperative Pain and 3-Year Follow-up. Journal of Minimally Invasive Gynecology (2011) 18, 769-773 |
| Neuman M. TVT and TVT-Obturator: Comparison of Two Operative Procedures. Int Urogynecol J (2006) 17 (Supp. 2) S101-152 |
| Neuman. TVT-SECUR: 100 teaching operations with a novel anti-incontinence procedure. Pelviperineology 2007; 26:121-123. |
| Nguyen J. [Pop 4,142] Perioperative Complications and Reoperations After Incontinence and Prolapse Surgeries Using Prosthetic Implants, Obstet Gynecol. 2012 Mar;119(3):539-46 |
| Nguyen J. Outcome After Anterior Vaginal Prolapse Repair— A Randomized Controlled Trial. Obstet eynecol 2008;111:891-8 |
| Nichols DH. The Mersilene Mesh Guaze-Hammock for Severe Urinary Stress Incontinence. Obstet Gynecol 1973; 41(1): 88-93. |
| Nicita G. A new operation for genitourinary prolapse. Journal of Urology.1998;160:741-745. |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Nieminen K. Anatomic and functional assessment and risk factors of recurrent prolapse after vaginal sacrospinous fixation. Acta Obstet Gynecol Scand 2003; 82: 471-478 |
| Nieminen K. Outcomes after anterior vaginal wall repair with mesh: a randomized, controlled trial with a 3 follow-up. Am J Obstet Gynecol 2010;203:235.e1-8 |
| Nieminen K. Symptom resolution and sexual function after anterior vaginal wall repair with or without polypropylene mesh. Int Urogynecol J (2008) 19:1611–1616 |
| Nikkolo C. Randomized clinical study evaluating the impact of mesh pore size on chronic pain after Lichtenstein herniophasty. Journal of Surgical Research 191 (2) 311-317 (2014). |
| Nilsson C. [7 yr fu] Seven-Year Follow-up of the Tension-Free Vaginal Tape Procedure for Treatment of Urinary Incontinence. Obstet Gynecol (2004) 104, 1259-1262 |
| Nilsson C. Creating a gold standard surgical procedure. The development and implementation of TVT (Ulf Ulmsten Memorial Lecture 2014). Int Urogynecol J DOI 10.1007/s00192-014-2616-2 |
| Nilsson C. Creating a gold standard surgical procedure: the development and implementation of TVT. Int Urogynecol J 2015; 26(4): 467-469 |
| Nilsson C. Long-term Results of the Tension-Free Vaginal Tape (TVT) Procedure for Surgical Treatment of Female Stress Urinary Incontinence. Int Urogynecol J 2001; (Suppl 2): S5-S8 |
| Nilsson CG, Palva K, Aarnio R, Morcos E, Falconer C. [Pop 58, 17 yrs fu] Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. Int Urogynecol J (2013) 24: 1265-1269 |
| Nilsson CG. [Pop 90, median 56 mo fu] Long-term Results of the Tension-free Vaginal Tape (TVT) Procedure for Surgical Treatment of Female Stress Urinary Incontinence.  Int Urogynecol J, 2001 (Suppl 2): S5-S8 |
| Nilsson CG. Eleven years prospective follow-up of the tension free vaginal tape procedure for treatment of stress urinary incontinence.  Int Urogynecol J Pelvic Floor Dysfunct 2008; 19:1043–1047. |
| Nilsson M, et al. (Swedish Registry) [Pop 3334, 12 mo fu] Female urinary incontinence: patient-reported outcomes 1 year after midurethral sling operations. Int Urogynecol J. 2012 Oct;23(10):1353-1359. |
| North C, et al. A 2-year observational study to determine the efficacy of a novel single incision sling procedure (Minitape) for female stress urinary incontinence. BJOG 2010; 117:356-360. |
| Novara G, Ficarra V, Boscolo-Berto R, Secco S, Cavalleri S, Artibani W. Tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials of effectiveness. Eur Urol. 2007 Sep;52(3):663-78 |
| Novara G, Galfano A, Boscolo-Berto R, Secco S, Cavalleri S, Ficarra V, Artibani W. [meta-analysis] Complication rates of tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials comparing tension-free midurethral tapes to other surgical procedures and different devices. Eur Urol 53 (2008):288-309 |
| Nygaard I. Abdominal Sacrocolpopexy: A Comprehensive Review. Obstet Gynecol 2004;104:805–23 |
| Nygaard I. Long-term outcomes following abdominal sacrocolpopexy for pelvic organ prolapse.  JAMA. 2013; 309(19): 2016-2024 |
| O'Dwyer PJ, et al. Randomized clinical trial assessing impact of a lightweight or heavyweight mesh on chronic pain after inguinal hernia repair. Br J Surg. 2005 Feb;92(2):166-70. |
| O'Sullivan, O. Sacrocolpopexy: is there a consistent surgical technique? Int Urogynecol J 2015 |
| Ogah J. Minimally Invasive Synthetic Suburethral Sling Operations for Stress Urinary Incontinence in Women: A Short Version Cochrane Review. Neurourology and Urodynamics 30:284-291 (2011) |
| Ogah. Minimally invasive synthetic suburethral sling operations. Cochrane Review [Abstract] Cochrane Database Review; The Cochrane Library 2009, Issue 4 |
| Oliveira R. Exploratory Study Assessing Efficacy and Complications of TVT-O, TVT Secur, and Mini-Arc: Results at 12-month Follow-up. EurUrol (2011),doi:10.1016/j.eururo.2011.01.018 |

Jaime Sepulveda Materials List

**Medical Literature**

| |
|---|
| Oliveira R. Short-term assessment of a tension-free vaginal tape for treating female stress urinary incontinence. BJU International 104, 225-228 |
| Olsson I, Abrahamsson AK, Kroon UB. Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence: a retrospective follow-up 11.5 years post-operatively. Int Urogynecol J (2010) 21:679-683 |
| Ong, K. PP 19 The Myth: In vivo degradation of polypropylene meshes. Int Urogynecol J 2016; 27 (Suppl 1): S19-149 |
| Ong, Thames, et al. [IUGA Abs PP 19] The Myth: In Vivo Degradation of Polypropylene Meshes. Int Urogynecol J (2016) 27 (Suppl 1): S37-S38 |
| Pace G. Female Sexual Function Evaluation of the Tension-Free Vaginal Tape (TVT) and Transobturator Suburethral Tape (TOT) Incontinence Surgery: Results of a Prospective Study. J Sex Med 5;387-393 (2008) |
| Paiva K, Rinne K, Aukee P, et al. A randomized trial comparing tension-free vaginal tape with tensionfree vaginal tape-obturator: 36-month results. Int Urogynecol J 2010;21:1049-1055. |
| Palobma S. A randomized controlled trial comparing three vaginal kits of single-incision mini-slings for stress urinary incontinence: surgical data. European Journal of Obstetrics & Gynecology and Reproductive Biology 163 (2012) 108-112 |
| Palva K, Rinne K, Aukee P, et al. A randomized trial comparing tension-free vaginal tape with tensionfree vaginal tape-obturator: 36-month results. Int Urogynecol J 2010;21:1049-1055. |
| Pandit A. Design of surgical meshes - an engineering perspective. Technology and Health Care 2004; 12: 51-65 |
| Pandit L. Postmenopausal vaginal atrophy and atrophic vaginitis.  Amer. Journal of Med. Sciences; 1997:314:228-231. |
| Papas N. Evaluation of the fixation of Gynecare TVT Abbrevo continence system as compared to Gynecare TVT obturator system tension-free support for incontinence in a human cadaveric model. (2011) |
| Paraiso MFR, et al. Pelvic support defects and visceral and sexual function in women treated with sacrospinous ligament suspension and pelvic reconstruction.  Am J Obstet Gynecol 1996;175:1423-31. |
| Paraiso MFR, Walters MD, Karram MM, Barber MD. Laparoscopic Burch colposuspension versus tensionfree vaginal tape: a randomized trial. Obstet Gyneco/ 2004;104:1249-1258. |
| Paraiso, M. Laparoscopic and abdominal sacral colpopexies: A comparative cohort study. American Journal of Obstetrics and Gynecology 2005; 192: 1752-8 |
| Pardo. Effectiveness of TVT-Secur compared with Miniarc for stress urinary incontinence. A randomized controlled trial with mini-sling. Int Urogynecol J (2010) 21 (Suppl 1): S1-S428. |
| Park. Randomized Controlled Study of MONARC v. TVT-O in the Treatment of Female Urinary Incontinence: Comparison of 3 Year Cure Rates. (2012) |
| Paulson D. De Nova pudendal neuropathy after TOT-O surgery for stress urinary incontinence. JSLS (2011) 15: 326-330 |
| Peacock E. Studies on the biology and treatment of reccurent Inguinal hernia. II. Morphological Changes. (1974) |
| Peters K. Prevalence of pelvic floor dysfunction in patients with interstitial cystitis. Urology 70: 16-18, 2007 |
| Petros P, Ulmsten U. An integral theory and its method for the diagnosis and management of female urinary incontinence. Scand J Urol Nephral Suppl. No. 153, 1993. |
| Petros P. Comment on Maher C, Schussler B. The need for randomised controlled trials in urogynaecology.  Int Urogynecol J (2007) 18:231-232 |
| Petros P. Creating a gold standard device. Scientific discoveries leading to TVT and beyond (Ulf Ulmsten Memorial Lecture 2014). Int Urogynecol J (2015) DOI 10.1007/s00192-015-2639-3 |
| Pogatzki-Zahn EM, et al. "Acute pain management in patients with fibromyalgia and other diffuse chronic pain syndromes," Current Opinion in Anaesthesiology (2009) 22:627-633. |

Jaime Sepulveda Materials List

**Medical Literature**

| |
|---|
| Porena M, Costantini E, Frea B, et al. Tension-free vaginal tape versus transobturator tape as surgery for stress urinary incontinence: results of a multicentre randomised trial. Eur Urol 2007;52:1481-1490. |
| Prakash P, et al. A prospective randomised controlled trial comparing chronic groin pain and quality of life in lightweight verus heavyweight polypropylene mesh in laparascopic inguinal hernia repair. Journal of Minimal Access Surgery, 2016; 12(2):154-161. |
| Prien-Larsen JC, Hemmingsen L. [Pop 316, 5 yr fu] Long-term outcomes of TVT and IVS operations for treatment of female stress urinary incontinence: monofilament vs. multifilament polypropylene tape. Int Urogynecol J Pelvic Floor Dysfunct (2009) 20:703-709 |
| Qatawneh A. Transvaginal cystocele repair using tension-free polypropylene mesh at the time of sacrospinous colpopexy for advanced uterovaginal prolapse: a prospective randomised study, Gynecol Surg (2013) 10:79-85 |
| Quemener J, et al. [Pop 250, 20 mo fu] Rate of re-interventions after transvaginal pelvic organ prolapse repair using partially absorbable mesh (Prolift M): 20 months median follow-up outcomes. Eur J Obstet Gynecol Reprod Biol 175 (2014) 194-198. http://dx.doi.org/10.1016/j.ejogrb.2013.12.031 |
| Rackley R. TVT and Percutaneous Vaginal Tape Sling Procedures. Techniques in Urology 7;2 90-100 (2001) |
| Rajendra. Retrospective study on tension-free vaginal tape obturator (TVT-O). (2012) |
| Rardin CR. Tension-Free Vaginal Tape: Outcomes Among Women with Primary Versus Recurrent Stress Urinary Incontinence. Obstet Gynecol 100:893-7 (2002) |
| Rechberger T. A randomized comparison between monofilament and multifilament tapes for stress incontinencesurgery. Int Urogynecol J (2003) 14: 432-436 |
| Rechberger T. Role of fascial collagen in stress urinary incontinence. Am J Obstet Gynecol (1998) 1511-1514 |
| Reich A, Kohorst F, Kreienberg R, Flock F. [7 yr fu] Long-term results of the tension-free vaginal tape procedure in an unselected group: a 7-year follow-up study. Urology (2011) 78:774-777 |
| Reisenauer C. Anatomic study of prolapse surgery with nonanchored mesh and vaginal support device. Am J Obstet Gynecol 2010; 203:1.e1-1.e7 |
| Reisenauer C. Anatomical conditions for pelvic floor reconstruction with polypropylene implant and its application for the treatment of vaginal prolapse. European Journal of Obstetrics & Gynecology and Reproductive Biology 2007; 131: 214-225. |
| Reisenauer C. Transobturator vaginal tape inside-out A minimally invasive treatment of stress urinary incontinence: Surgical procedure and anatomical conditions. European Journal of Obstetrics & Gynecology and Reproductive Biology 2006; 127: 123-129. |
| Reisenauer R. IUGA Abs 150. - Anatomical cadaver study of pelvic floor recconstruction using a new polypropylene implant vaginal repair system and a vaginal support device. Int Urogynecol J; 2009; 20; 200. |
| Resende A, Oliveira R, Botelho F, Silva C, Dinis P, Cruz F. Mid-ferm follow-up of a randomized trial comparing TVT-O™, TVT-Secur™ and Mini-Arc™. Eur Ural Suppl 2011;10:244. |
| Rezapour M, et al. [Pop 49, Mean 4 yr fu] Tension-Free Vaginal Tape (TVT) in Stress Incontinent Women with Intrinsic Sphincter Deficiency (ISD) - A Long-Term Follow-up. Int Urogynecol J (2001) (Suppl 2):S12-S14. |
| Rezapour M, Ulmsten U. [Pop 34, 4 yr fu] Tension-Free Vaginal Tape (TVT) in Women with Recurrent Stress Urinary Incontinence – A Long-term Follow Up. Int Urogynecol J (2001) (Suppl 2):S9-S11. |
| Rezapour M, Ulmsten U. [Pop 80, 4 yr fu] Tension-Free Vaginal Tape (TVT) in Women with Mixed Urinary Incontinence - A Long-Term Follow-up. Int Urogynecol J (2001) (Suppl 2):S15-S18. |
| Rezapour M. A 3-month preclinical trial to assess the performance of a new TVT-like mesh (TVTx) in a sheep model. Int Urogynecol 2007; 18: 183-187 |
| Richardson. To Sling or Not to Sling at Time of Abdominal Sacrocolpopexy. (2013) |
| Richter H. Retropubic versus transobturator midurethral slings for stress incontinence. N Eng J Med 2010;362:2066-2076. |

Jaime Seplulveda Materials List

**Medical Literature**

Richter, Brubaker, Zimmern, Sirls (UITN) SISTEr [Pop 482, 7 yr fu] Patient Related Factors Associates with Long-Term Urinary Continence After Burch Colposuspension and Pubovaginal Fascial Sling Surgeries. J Uro, Vol. 188, 485-489, August 2012

Richter, L. Pelvic Organ Prolapse - Vaginal and Laparoscopic Mesh: The Evidence. Obstet Gynecol Clin N Am 2016; 43: 83-92

Rinne K. A randomized trial comparing TVT with TVT-O: 12-month results. Int Urogynecol J (2008) 19:1049-1054

Riva D, Sacca V, Tonta A, et al. T.V.T. versus T.O.T: a randomized study at 1-year follow-up. Int Urogynecol J 2006;17(Suppl 2):S93.

Riviere, J. Sexual function in women after vaginal surgery with synthetic mesh material. Clin Exp Obstet Gynecol 2014; 41(3): 258-60

Robinson D. Clinical assessment of the TVM technique for treatment of genital prolapse. Final Report of 12-month evaluation. (US 1 year CSR) [ETH.MESH.00012090-163]

Rodriguez M. A review of the Evidence for Overlap Between Urological and Nonurological Unexplained Clinical Conditions. J Urol (2009) 182(5): 2123-2131

Rogo-Gupta. Long-Term Durability of the Distal Urethral Polypropylene Sling for the Treatment of SUI: Minimum 11 Yr Follow-up. (2012)

Ross S, Robert M, Lier D, Eliasziw M, Jacobs P. Surgical management of stress urinary incontinence in women: safety, effectiveness and cost-utility of trans-obturator tape (TOT) versus tension-free vaginal tape (TVT) five years after a randomized surgical trial. BMC Women's Health 2011;11:34.

Ross S. Single Incision Device (TVT Secur) Versus Retropubic Tension-Free Vaginal Tape Device (TVT) for the Management of Stress Urinary Incontinence in Women: A Randomized Clinical Trial. (2014)

Roth CC, et al. Synthetic slings: which material, which approach. Curr Opin Urol 16:234-239 2006

Rubod C. Biomechanical Properites of Vaginal Tissue: Preliminary Results. IUJ (2008) 19:811-816

Salama-Hanna J, et al. "Patients with Chronic Pain," Med Clin N Am (2013) 97:1201-1215.

Salamon C. Sexual Function Before and 1 Year After Laparoscopic Sacrocolpopexy. (2014)

Sand PK. Chronic pain syndromes of gynecologic origin. J Reprod Med. 2004 Mar;49 (3 Suppl):230-4.

Sanses TVD. Anatomic outcomes of vaginal mesh procedure (Prolift) compared with uterosacral ligament suspension and abdominal sacrocolpopexy for pelvic organ prolapse: a Fellows' Pelvic Research Network study, Am J Obstet Gynecol. 2009 Nov;201(5):519.e1-8

Sarlos D. Long-term follow-up of laparoscopic sacrocolpopexy, Int Urogynecol J 2014

Sato K, et al. [AUA Abs PD50-03] Sexual function in female patients who underwent pelvic floor reconstruction with follow-up for a minimum of 5 years. May 19, 2015

Sayer T. Medium-term clincal outcomes following surgical repair for vaginal prolapse with tension-free mesh and vaginal support device. Int Urogynecol J; 2011; 22; 89-90. Presenation 90.

Sayer, Hinoul, Gauld, et al. (Prosima) - [IUJ] Medium-term clinical outcomes following surgical repair for vaginal prolapse with tension-free mesh and vaginal support device. Int Urogynecol J (2012) 23:487-493

Sayer, Hinoul, Gauld, Slack [IUGA Presentation 090] (Prosima Investigators) Medium-term clinical outcomes following surgical repair for vaginal prolapse with a tension-free mesh and vaginal support device. Int Urogynecol J (2011) 22 (Suppl 1): S89-S90

Scheiner D, Betschart C, Werder H, Fink D, Perucchini D. Retropubic TVT vs transobturator outside-in TOT and inside-out TVT-O: one-year results from our prospective randomized study. Neurourol Urodyn 2009;28:585-586.

Schierlitz L, Dwyer P, Rosamilia A, et al. A randomized controlled study to compare tension free vaginal tape (TVT) and Monarc trans-obturator tape in the treatment of women with urodynamic stress incontinence (USI) and intrinsic sphincter deficiency (ISO): the three year follow up. Int Urogynecol J 2010;21(Suppl l):Sl-S2.

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Schierlitz L, et al. A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape (tvt) in women with severe genital prolapse and occult stress incontinence: long term follow up. Int Urogynecol J 2010;21(Suppl I):S2-S3. |
| Schimpf MO, Rahn DD, Wheeler TL et al. (published) [meta-analysis] Sling surgery for stress urinary incontinence in women: a systematic review and meta-analysis. Am J Obstet Gynecol (2014) 211:71.e1-71.e27 |
| Schimpf, MO, et al. Graft and Mesh Use in Transvaginal Prolapse Repair: a systematic review. Obstet Gynecol 2016; 128:81-91. |
| Schiotz H. [Pop 33,10 yrfu] Ten-year follow-up after conservative treatment of stress urinary incontinence. Int Urogynecol J (2008) 19:911-915 |
| Schraffordt Koops. [Pop 634, 2 yr fu] Quality of life before and after TVT, a prospective multicenter cohort study, results from the Netherlands TVT database; BJOG 2006; 113:26-29 |
| Schraffordt Koops. The effectiveness of tension-free vaginal tape (TVT) and quality of life measured in women with previous urogynecologic surgery; Analysis from the Netherlands TVT database; American Journal of Obstetrics and Gynecology (2006) 195, 439-44 |
| Schumpelick V. The properties and clinical effects of various types of mesh used on hernia repair. (2002); 64-68 |
| Seo JH, Kim GN, Kim JY, et al. Comparison between transobturator vaginal tape inside out and single incision sling system in the treatment of female stress urinary incontinence: Prospective randomized study. Neurourol Urodyn 2011;30:832. |
| Serati M, Ghezzi F, Cattoni E, Braga A, Siesto G, Torella M, Cromi A, Vitobello D, Salvatore S. [Pop 58, but 10 yrs fu] Tension-free vaginal tape for the treatment of urodynamic stress incontinence: efficacy and adverse effects at 10-year follow-up. Eur Urol (2012) 61:939-946 |
| Serati, M. TVT for the treatment of urodynamic stress incontinence: efficacy and adverse effects at 13-year follow up. (2015) |
| Shah D. Short-Term Outcome Analysis of Total Pelvic Reconstruction with mesh: The Vaginal Approach. J Urology, 171:261-263 (January 2004) |
| Shah S. Impact of Vaginal Surgery for Stress Urinary Incontinence of Female Sexual Function; Is the Use of Polypropylene Mesh Detrimental? UROLOGY 65: 270-274, 2005 |
| Shah. Broad Based Tension Free Synthetic Sling for SUI: 5 Yr Outcome. (2003) |
| Shao U, et al. [Pop 24, median 57 mo fu] Tension-free vaginal tape retropubic sling for recurrent stess urinary incontinence after Burch colposuspension failure. International Journal of Urology (2011) 18, 452-457 |
| Sharifiaghdas F, Martazavi N. Tension-free vaginal tape and autologous rectus fascia pubovaginal sling for the treatment of urinary stress incontinence: a medium-term follow-up. Med Prine Pract 2008;17:209-214. |
| Shek K. Perigee versus Anterior Prolift in the treatment of Custocele. Int Urogynecol JK 2008; 19 (Suppl 1): S88-89 |
| Shepherd, Moalli, et al. [AUGA P22]  Ex Vivo tensile properties of seven vaginal prolapse meshes.  Female Pelvic Medicine & Reconstructive Surgery; 2010; 16; 108 |
| Shin, Y. Efficacy and Safety of the TVT-Secur and Impact on Quality of Life in Women with Stress Urinary Incontinence: A 2-Year Follow-up. Korean J Urol 2011;52:335-339 |
| Shulman A. The safety of mesh repair for primary inguinal hernias. Results of 3,019 operations from five diverse surgical sources. (1992) |
| Siddiqui N. Neural entrapment during uterosacral ligament suspension. Obstetrics & Gynecology 116:3; 708-713 (2010) |
| Sikirica, V.  IUGA Abs 159.  Responsiveness of the PDFI-20 and PFIQ-7, 12 months following vaginal prolapse repair augmented by mesh and a vaginal support device.  Int Urogynecol J; 2009; 20; 207. |
| Silva W. Scientific basis for use of grafts during vaginal reconstructive procedures. Current Opinion in Obstetrics and Gynecology 2005, 17:51 9-529 |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Silva W. Uterosacral ligament vault suspension. Five Year Outcomes. Obstet Gynecol:2006;108:255-263. |
| Singh R, et al. [Pop 116, 1 yr fu] RANZCOG Abs. Anatomic and functional outcomes of vaginal prolapse surgery using non-anchored mesh and a vaginal support device at 1 year following surgery. Australian and New Zealand Journal of Obstetrics and Gynecology; 2011; 51; 472-475. |
| Singh R. Anatomic, Functionals and ultrasound outcomes after vaginal prolapse surgery using non-anchored mesh. ICS Abs 575; 2011; |
| Singh R. Native tissue repair versus mesh for trans-vaginal prolapse surgery: 5 year follow-up RCT. (2014) |
| Sivaslioglu AA. A randomized comparison of polypropylene mesh surgery with site-specific surgery in the treatment of cystocoele. Int Urogynecol J (2008) 19:467-471 |
| Slack M. ICS Abstract 560 -A trocar-free procedure for vaginal prolapse repair using mesh and a vaginal support device - an observational registry (Prosima). 2011 |
| Slack M. IUGA Abs 094. A new operation for vaginal prolapse repair using mesh and a vaginal support device: 1 year anatomic and functional results of an international, multicentre study. Int Urogynecol J; 2009; 20; 157. |
| Slack M. IUGA Abs 574. Clincial experience of a novel vaginal support device and balloon used to simplify mesh augmented vaginal surgery for prolapse. Int Urogynecol J; 2009; 20-80. |
| Sohbati, S. Comparison between the transobturator tape procedure and anterior colporrhaphy with the Kelly's Plication in the Treatment of Stress Urinary Incontinence: a Randomized Clinical Trial. Nephro Urol 2015; 7(5): 1-6 |
| Sokol A, et al. One-year objective and functional outcomes of a randomized clinical trial of vaginal mesh for prolapse, Am J Obstet Gynecol. 2012 Jan;206(1):86.e1-9 |
| Sola V. Third Generation Sub-Mid Urethral Mesh: Experience with 110 TVT-Secur. Arch. Esp. Urol. 2009; 62 (5): 376-388 |
| Song PH, Kim YD, Kim HT, Lim HS, Hyun CH, Seo JH, Yoo ES, Park CH, Jung HC, Gomelsky A. [Pop 306, 7 yr fu] The 7-year outcome of the tension-free vaginal tape procedure for treating female stress urinary incontinence. BJU Int. 2009 Oct;104(8):1113-1117. |
| Song. [Pop 206, 13 yr fu] AUA Abs. MP33-03 The long-term outcomes from TVT procedure for female SUI; Data from minimal 13 years of follow up; http://www.aua2014.org 2014 |
| Sovrin M. Impact of Vaginal Surgery for Stress Urinary Incontinence of Female Sexual Function; Is the Use of Polypropylene Mesh Detrimental? Urology 65;270-274 (2005) |
| Spahlinger D. Relationship between intra-abdominal pressure and vaginal wall movements during Valsalva in women with and without pelvic organ prolapse: technique development and early observations. Int Urogynecol J (2014) 25:873:881 |
| Srinivasan A. Myofascial dysfunction associated wtih chronic pelvic floor pain: Management strategies. (2007) |
| Stanford E. A Comprehensive Review of Suburethral Sling Procedure Complications. Journal of Minimally Invasive Gynecology (2008) IS, 132- 145 © 2008 |
| Stanford E. A Comprehensive Review of Suburethral Sling Procedure Complications. Journal of Minimally Invasive Gynecology (2008) IS, 132-145 © 2008 |
| Stanford EJ. Traditional native tissue versus mesh-augmented pelvic organ prolapse repairs: providing and accurate interpretation of current literature, Int Urogynecol J (2012) 23:19-28 |
| Stein T, DeLancey JOL. Perineal membrane anatomy. (2008). Obstet and Gynecol: 111:3;68-693 |
| Stone K. Wound Healing Principles of Management. (1997) ACOG |
| Sun, Y. The treatment of anterior vaginal wall prolapsed by repair with mesh versus colporrhaphy. Int Urol Nephrol 2016; 48: 155-167 |
| Sung V, et al. Graft Use in Transvaginal Pelvic Organ Prolapse Repair - A Systematic Review. Amer Col Obstet Gynecol (2008) 112(5) 1131-1135. |
| Sung W. Graft Use in Transvaginal Pelvic Organ Prolapse Repair: A Systematic Review. Obstet Gynecol2008;112:1131-42 |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Surgical Mesh for Treatment of Women with Pelvic Organ Prolapse and Stress Urinary Incontinence: Exuctive Summary (2011) |
| Suskind. Effectiveness of Mesh Compared with Nonmesh Sling Surgery in Medicare Beneficiaries. (2013) |
| Svabik K, et al. Comparison of vaginal mesh repair with sacrospinous vaginal colpopexy in the management of vaginal vault prolapse after hysterectomy in patients with levator ani avulsion: a randomized controlled trial. Ultrasound Obstet Gynecol. 2014 |
| Svenningsen R, et al. (Norwegian registry) [Pop 542, median 129 mo fu] Long-term follow-up of the retropubic tension-free vaginal tape procedure. Int Urogynecol J. 2013 Aug;24(8):1271-1278 |
| Svenningsen R. [Pop 810, 10 yr fu] Risk Factors for Long-Term Failure of the Retropubic Tension-Free Vaginal Tape Procedure. Neurourology and Urodynamics (2013) 33:1140-1146 |
| Sze E. A Retrospective Comparison of Abdominal Sacrocolpopexy with Burch Colposuspension versus Sacrospinious Fixation with Transvaginal Needle Suspension for the Management of Vaginal Vault Prolapse and Coexisting Stress Incontinence. Int Urogynecol J (1999) 10:390-393 |
| Tahseen S, Reid P. Effect of transobturator tape on overactive bladder symptoms and urge urinary incontinence in women with mixed urinary incontinence. Obstet Gynecol. 2009 Mar;113(3):617-2 |
| Tamussino K. Transobturator tapes for stress urinary incontinence: Results of the Austrian registry. Am J Obstet Gynecol 2007;197:634.e1-634.e5. |
| Tamussino K. TVT vs. TVT-O for primary stress incontinence: a randomized clinical trial. Int Urogynecol J 2008;19(Suppl l):S20-S21. |
| Tamussino KF, et al. Tension-free vaginal tape operation: Results of the Austrian Registry. Obstet Gynecol 2001; 98:732-736. |
| Tan PF, Yang LL, Ou RB, Tang P, Yang WJ, Huang JB, Wei W, Wei XH, Wang B, Xie KJ. Effectiveness and complication rates of tension-free vaginal tape, transobturator tape, and tension-free vaginal tape-obturator in the treatment of female stress urinary incontinence in a medium- to long-term follow up. Meta-analysis of randomized controlled trials. Saudi Med J (2014) 35:20-32 |
| Tang, X. Short-Term Effect of TVT-Secure Procedure on Quality of Life and Sexual Function in Women with Stress Urinary Incontinence. Journal of Minimally Invasive Gynecology (2013) 20, 455-459 |
| Tang. Outcome and sexual function after transobturator tape procedure versus tension-free vaginal tape Secur: a randomized controlled trial. Menopause, Vol. 21, No. 6 (2014). |
| Tardiu L, Martinez Franco E, Lailla Vicens JM. Contasure-Needleless® compared with transobturator-TVT for the treatment of stress urinary incontinence. Int Urogynecol J 2011 Jul;22(7):827-833. |
| Tartaglia. Third-Generation Tension-Free Tape for Female Stress Urinary Incontinence. The Journal of Urology, Vol. 182, 612-615, August 2009. |
| Tellez Martinez-Fornes M, Fernandez Perez C, Fouz Lopez C, Fernandez Lucas C, Borrego Hernando J. A three year follow-up of a prospective open randomized trial to compare tension-free vaginal tape with Burch colposuspension for treatment of female stress urinary incontinence. Actas Ural Esp 2009;33: 1088-1096. |
| Teo R, Moran P, Mayne C, Tincello D. Randomized trial of tension-free vaginal tape and tension-free vaginal tape-obturator for urodynamic stress incontinence in women. J Urol 2011;185:1350-1355. |
| Thompson P. Abdominal Sacrocolpopexy Utilizing Gorerex in Genital Prolapse. J Pelvic Med Surg 2004;10:311-317 |
| Thubert T. [Pop 98, 1 yr fu] Bladder injury and success rates following retropubic mid-urethral sling: TVT EXACT™ vs. TVT™ European Journal of Obstetrics & Gynecology and Reproductive Biology 2016; 198: 78-83 |
| Tijdink, M. Surgical management of mesh-related complications after prior pelvic floor reconstructive surgery with mesh. Int Urogynecol J (2011) |
| Tincello DG, Kenyon S, Slack M, et al. Colposuspension or TVT with anterior repair for urinary incontinence and prolapse: results of and lessons from a pilot randomised patient-preference study (CARPET 1). BJOG 2009;116:1809-1814. |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Tincello. The TVT Worldwide Observational Registry for Long Term Data: Safety and Efficacy of Suburethal Sling Insertion Approaches for Stress Urinary Incontinence in Women; The Journal of Urology; Vol. 186, 2310-2315, December 2011 |
| Tincello. The TVT Worldwide Observational Registry for Long-Term Data: Safety and Efficacy of Suburethral Sling Insertion Approaches for Stress Urinary Incontinence in Women. J Urology (2011) Vol. 186, 2310-2315 |
| Toglia M. Suture erosion rates and long-term surgical outcomes in patients undergoing sacrospinous ligament suspension with braided polyester suture.  AJOG:2008;49;600.e1-600.e4. |
| Tommaselli G. Comparison of TVT-O and TVT-Abbrevo for the surgical management of female stress urinary incontinence: a 12-months preliminary study. International Journal of Gynecology & Obstetrics 119S3 (2012) S261-S530 |
| Tommaselli G. Efficacy and safety of TVT-O and TVT-Secur in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J 2010;21:1211-1217. |
| Tommaselli G. Efficacy of a modified technique for TVT-O positioning: a twelve-month, randomized, single-blind, multicenter, non-inferiority study. Eur J Obstet Gynecol (2012) |
| Tommaselli G. Tension-Free Vaginal Tape-O and –Secur for the Treatment of Stress Urinary Incontinence: A Thirty-Six-Month Follow-up Single-blind, Double-arm, randomized study. Journal of Minimally Invasive Gynecology (2013) 20, 198-204 |
| Tommaselli G. TVT-Secur for the treatment of female stress urinary incontinence: a 24-month follow-up retrospective study. Arch Gynecol Obstet (2012) 286:415-421 |
| Tommaselli GA, et al. Medium-term and long-term outcomes following placement of midurethral slings for stress urinary incontinence: a systematic review and metaanalysis. Int Urogynecol J (2015) DOI 10.1007/s00192-015-2645-5 |
| Tommaselli. Tension-free vaginal tape-obturator and tension-free vaginal tape-Secur for the treatment of stress urinary incontinence. A 5-year follow-up randomized study. European Journal of Obstetrics &Gynecology and Reproductive Biology 185 (2015) 151-155. |
| Trabuco E. A randomized comparison of incontinence procedures performed concomitantly with abdominal sacral colpopexy: the burch versus mid-urethral sling trial. Int Urogynecol J (2014) 25 (Suppl 1):S1-S240. |
| Trabuco E. Medium-term Comparison of continence rates after rectus fascia or midurethral sling placement. Am J Obstet Gynecol 2009; 200:300.e1-300.e6 |
| Trabuco E. Midurethral Slings for the Treatment of Stress Urinary Incontinence: Long Term Follow up. Obstetrics & Gynecology: American College of Obstetricians and Gynecologists,  Vol. 123, No. 5 (Supplement), May 2014. |
| Tsai, Ching-Pei.  Factors that affect early recurrence after prolapse repair by a nonanchored vaginal mesh procedure. Taiwanese Journal of Obstetrics & Gynecology 2014; 53; 337-342. |
| Tseng LH, Wang AC, Lin Y-H, Li S-J, Ko Y-J. Randomized comparison of the suprapubic arc sling procedure vs tension-free vaginal taping for stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct 2005;16:230-235. |
| Tunn R et al. Updated recommendations on ultrasonography in urogynecology. Int Urogynecol J (2005) 16:236-241 |
| Turner, L. Comparison of complications and prolapse recurrence between laparoscopic and vaginal uterosacral ligament suspension for the treatment of vaginal prolapse. Int Urogynecol J 2015 |
| Ubertazzi EP. [Pop 62, median 68 mos fu] IUGA Abs OP 122 - Trans vaginal mesh (TVM) five years follow up. A retrospective study from latem. Int Urogynecol J (2015) 26 (Suppl 1): S150-151 |
| Ubertazzi, E. P. IUGA Abs OP 122 Trans vaginal mesh (TVM) five years follow up. A retrospective study from latem. Int Urogynecol J (2015) 26 (Suppl 1): S150-151 |
| Ulmsten U, et al. [Pop 131, 1 yr fu] A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence. Int Urogynecol J (1998) 9:210-213. |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Ulmsten U, et al. An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. Int Urogynecol J (1996) 7:81-86. |
| Ulmsten U, et al. Different biochemical composition of connective tissue in continent and stress incontinent women. Acta Obstet Gynecol Scand 66:455-457, 1987. |
| Ulmsten U, et al. Intravaginal Slingplasty (IVS) - an Ambulatory Surgical Procedure for Treatment of Female Urinary Incontinence. Scand J Urol Nephrol 29: 75-82, 1995. |
| Ulmsten U. A three-year follow up of tension free vaginal tape for surgical treatment of female stress urinary incontinence. British Journal of Obstetrics and Gynecology April 1999, Vol 106, pp. 345-350 |
| Ulmsten U. An Introduction to Tension Free Vaginal Tape (TVT) - A New Surgical Procedure for Treatment of Female Urinary Incontinence. Int Urogynecol J (2001) (Suppl 2):S3-S4 |
| Ulmsten U. Creating a gold standard surgical device: scientific discoveries leading to TVT and beyond. Ulf Ulmsten Memorial Lecture 2014. Int Urogynecol 2015; 26(6): 787-9 |
| Ulmsten U. The basic understanding and clinical results of tension-free vaginal tape for stress urinary incontinence. Urologe [A] 2001 - 40:269-273. |
| Ulrich, D. The effect of vaginal pelvic organ prolapse surgery on sexual function. Neurourology and Urodynamics 2014 |
| Unger CA, et al. [Pop 267] Indications and risk factors for midurethral sling revision. Int Urogynecol J. 2015; DOI:10.1007/s00192-015-2769-7. |
| Usher, F.C., et al. Polypropylene Monofilament: A New, Biologically Inert Suture for Closing Contaminated Wounds. |
| Ustun Y, Engin-Ustun Y, Gungor M, Tezcan S. Tension-free vaginal tape compared with laparoscopic Burch urethropexy. J Am Assoc Gynecol Laparosc 2003;10:386-389. |
| Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse. ACOG Comm., Opinion 513, Dec 2011. |
| Vaiyapuri G. Retrospective study of transobturator polypropylene mesh kit for the management of pelvic organ prolapse, Singapore Med J. 2012 Oct;53(10):664-70 |
| Val pas A, Kivela A, Penttinen J, Kujansuu E, Haarala M, Nilsson C-G. Tension-free vaginal tape and laparoscopic mesh colposuspension for stress urinary incontinence. Obstet Gynecol 2004;104:42-49. |
| Valentim-Louren A.Comparing the efficacy, execution and early complications ofTVT and TVT-O. Int Urogynecol J 2008;19:S17-S18. |
| Valpas, Nilsson. [Pop 121, 5 yr fu] TVT versus laparocopic mesh colposuspension; 5 year follow-up results of a randomized clinical trial; Int Urogynecol J DOI (2014) 10.1007/s00192-014-2454-2 |
| Van Ba O. Obturator neuropathy: an adverse outcome of a trans-obturator vaginal mesh to repair pelvic organ prolapse. Int Urogynecol J (2014) 25: 145-146 |
| Van der Ploeg, J. Vaginal prolapse repair with or without a midurethral sling in women with genital prolapse and occult stress urinary incontinence: a randomized trial. Int Urogynecol J 2016 |
| Van Drie, Hinoul, Gauld, et al. [Pop 121, median 29 mo fu] AUGS Abs 27 - Medium-term clinical outcomes following surgical repair for vaginal prolapse with a tension-free mesh and vaginal support device. Female Pelvic Medicine & Reconstructive Surgery 2011, Vol 17; No. 5; Supplement 2; S63-S64. |
| Van Geelen J. Where to for pelvic organ prolapse treatment after the FDA pronouncements? Int Urogynecol J 2013; 24: 707-718. |
| van Raalte H. One-year anatomic and quality-of-life outcomes after the Prolift procedure for treatment of post hysterectomy prolapse. Am J Obstet Gynecol 2008;199:694.e1-694.e6 |
| VanDenKerkhof EG, et al. "Chronic pain, healthcare utilization, and quality of life following gastrointestinal surgery," Can J Anesth/J Can Anesth (2012) 59:670-680. |
| Velemir, Amblard. Transvaginal mesh repair of anterior and posterior vaginal wall prolapse: a clinical and ultrasonographic study. Ultrasound Obstet Gynceol 2010; 35:474-480 |

Jaime Sepulveda Materials List

**Medical Literature**

| |
|---|
| Vollebregt, A. Primary surgical repair of anterior vaginal prolapse: a randomized trial comparing anatomical and functional outcome between anterior colporrhaphy and trocar-guided transobturator anterior mesh. BJOG 2011; 118: 1518-1527 |
| Vollebregt. Bacterial colonization of collagen-coated PP. (2009) |
| Wadie BS, Edwan A, Nabeeh AM. Autologous fascial sling vs polypropylene tape at short-term followup a prospective randomized study. J Urol 2005;174:990-993. |
| Wadie BS, Mansour A, El-Hefnawy AS, Nabeeh A, Khair AA. Minimum 2-year follow-up of mid-urethral slings, effect on quality of life, incontinence impact and sexual function. Int Urogynecol J 2010;21:1485-1490. |
| Wai, Sirls. Patient Satisfaction After Midurethral Sling Surgery for Stress Urinary Incontinence. Obstet Gynecol 2013;121:1009-1016 |
| Walsh C. TVT-Secur mini-sling for stress urinary incontinence: a review of outcomes at 12 months. BJU International (2011) 108 , 652-657 |
| Walter J. Transvaginal Mesh Procedures for Pelvic Organ Prolapse. J Obstet Gynaecol Can 2011;33(2):168-174 |
| Walters. Which Sling for Which SUI Patient. (2012) |
| Waltregny D. Inside Out Transobturator Vaginal Tape for the Treatment of Female Stress Urinary Incontinence: Interim Results of a Prospective Study After a 1-Year Minimum Followup. J Urology Vol. 175, 2191-2195, June 2006 |
| Waltregny D. New Surgical Technical for Treatment of Stress Urinary Incontinence TVT-Abbrevo: From Development to Clinical Experience. Surg Technol Int (2012) |
| Waltregny D. The TVT-obturator surgical procedure for the treatment of female SUI: a clinical update. (2008) |
| Wang AC, Chen M-C. Comparison of tension-free vaginal taping versus modified Burch colposuspension on urethral obstruction: a randomized controlled trial. Neurourol Urodyn 2003;22:185-190. |
| Wang F, Song Y, Huang H. Prospective randomized trial of TVT and TOT as primary treatment for female stress urinary incontinence with or without pelvic organ prolapse in Southeast China. Arch Gynecol Obstet 2010;281:279-286. |
| Wang Feng-Mei, et al. Prospective study of transobturator mesh kit (Prolift™) in pelvic reconstructive surgery with vaginal hysterectomy after 3 years' follow-up Arch Gynecol Obstet (2013) 288:355-359 |
| Wang W, Zhu L, Lang J. Transobturator tape procedure versus tension-free vaginal tape for treatment of stress urinary incontinence. Int J Gynaecol Obstet 2009;104:113-116. |
| Wang, Wen-ying. Transvaginal Prosima mesh and high uterosacral ligament supsension in the treatment of severe pelvic organ prolapsey. Chinese Journal of Obstetrics and Gynecology; 2012; 47; 7; 500-504. |
| Wang, Yi-jun. Comparison of three mid-urethral tension-free tapes (TVT, TVT-O, and TVT-Secur) in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J (2011) 22:1369-1374. |
| Ward K. Prospective multicenter randomised trial of tension-free vaginal tape and colposuspension as primary treatment for stress incontinence. BMJ (2002)325:67 |
| Ward K. Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up. BJOG 2008; 115: 226-233 |
| Ward KL, Hilton P and Ireland TVT Trial Group. A prospective randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: two years follow-up.(2004) Am J Obstet and Gynecol;190(2):324-31 |
| Ward KL, Hilton P; on behalf of the UK and Ireland TVT Trial Group. Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up. BJOG 2008;115:226-233. |
| Ward, Hilton. [Pop 344, 5 yr fu IRELAND study] TVT vs colposuspension for primary urodynamic stress incontinence: 5 year follow up. Bjog 2008; 115:226-233 |
| Warren J. Antecedent nonbladder syndromes in case control study of interstitial cystitis/painful bladder syndrome. (2009) |

**Medical Literature**

| |
|---|
| Webb M. Posthysterectomy Vaginal Vault Prolapse_ Primary Repair in 693 Patients. Obstetrics & Gynecology (Vol. 92, No. 2, August 1998;  281-285 |
| Weber A. Anterior colporrhaphy: A randomized trial of three surgical techniques. Am J Obstet Gynecol 2001; 185: 1299-1306. |
| Weber A. Pelvic Organ Prolapse. Obstet Gynecol 2005;106:615-634 |
| Weber AM, et al. Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence. Am. J. Obstet. Gynecol. 2000; 182, 1610-1615. |
| Weber AM. Walters, M.D., Schover, L.R., Mitchinson, A.  Vaginal Anatomy and Sexual Function, Obstet Gynecol. 1995 Dec;86(6):946-9 |
| Weber. Which Sling for which SUI Patient? OBG Management (2012) 24:5, 28-40 |
| Weiss J. Pelvic floor myofascial trigger points manual therapy for interstitial cystitis and the urgency-frequency  syndrome. (2001) |
| Welk B. (Pop 60K) Removal or Revision of Vaginal Mesh used for the Treatment of Stress Urinary Incontinence. JAMA Surg (2015) Doi:10.1001/jamasurg.2015.2590 |
| Whitehead W. Gastrointestinal Complications Following Abdominal Sacrocolpopexy for Advanced Pelvic Organ Prolapse. Am J Obstet Gynecol. 2007 July ; 197(1): 78.e1-78.e7 |
| Whiteside J.  Risk factors for prolapse recurrence after vaginal repair.  Am J Obstet Gynecol; 2004:191:1533-1538. |
| Williams TH, TeLinde RW. The Sling Operation for Urinary Incontinence Using Mersilene Ribbon. Obstet Gynecol 1962; 19(2):241-245. |
| Withagen M, et al. Risk Factors for Exposure, Pain, and Dyspareunia after Tension-Free Vaginal Mesh Procedure. Obstet Gynecol (2011) 118: 629-36. |
| Withagen M. [ABS 475] Sexual functioning after tension free vaginal mesh procedure (Prolift®) for pelvic organ prolapse. |
| Withagen M. Trocar-Guided Mesh Compared with Conventional Vaginal Repair in Recurrent Prolapse, A Randomized Controlled Trial. Obstet Gynecol 2011;117:242-50 |
| Wong V. Cystocele recurrence after anterior colporrhaphy with and without mesh use. Eur J Obstet Gynecol Reprod Biol 2014; 172: 131-135. |
| Wood LN and Anger JT. Urinary Incontinence in Women. BMJ:2014;349:g4531 |
| Woods. Vaginal Sling for Stress Urinary Incontinence Under Local Anesthetic in the Office Setting. Journal of Pelvic Medicine & Surgery, Volume 14, Number 4, July/August 2008. |
| Wu J. Lifetime risk of stress urinary incontinence or pelvic organ prolapse surgery. Obstetrics & Gynecology, Vol. 123, 1201-1206, No.6, June 2014. |
| Wu JY, He HC, Chen SW, et al. Surgical therapies of female stress urinary incontinence: experience in 228 cases. Int Urogynecol J. 2010 Jun;21(6):645-649. |
| Yazdany T. Suture complications in a teaching institution among patients undergoing uterosacral ligament suspension with permanent braided suture. Int Urogynecol J (2010) 21:813-818 |
| Yesil A. Mesh implantation for pelvic organ prolapse improves quality of life. Arch Gynecol Obstet 2014; 289: 817-821. |
| Yonguc, T. Double-sling procedure for the surgical management of stress urinary incontinence with concomitant anterior vaginal wall prolapse. Int Urol Nephrol 2015 |
| Young, Rosenblatt, et al. The Mersilene mesh suburethral sling: a clinical and urodynamic evaluation. AJOG 1995; 173:1719-1726. |
| Zhang Y, Jiang M, Tong X-W, Fan B-Z, Li H-F, Chen X-L. The comparison of an inexpensive-modified transobturator vaginal tape versus TVT-O procedure for the surgical treatment of female stress urinary incontinence. Taiwan J Obstet Gynecol 2011;50:318-321. |

**Jaime Sepulveda Materials List**

**Medical Literature**

| |
|---|
| Zhang, L. Tension-free polypropylene mesh-related surgical repair for pelvic organ prolapse has a good anatomic success rate but a high risk of complications. Chinese Medical Journal 128;3: 295-300, 2015 |
| Zhong C. Comparison of three kinds of mid-urethral slings for surgical treatment of female stress urinary incontinence. Urologia 2010;77:37-42. |
| Zhu L, Lang J, Hai N, Wong F. Comparing vaginal tape and transobturator tape for the treatment of mild and moderate stress incontinence. Int J Gynaecol Obstet 2007;99:14-17. |
| Zullo MA, Plotti F, Calcagno M, et al. One-year follow-up of tension-free vaginal tape (TVT) and Transobturator suburethral tape from inside to outside (TVT-O) for surgical treatment of female stress urinary incontinence: a prospective randomised trial. Eur Urol 2007;51:1376-1382; discussion 1383-1384. |
| Zyczynski H. [Pop 597, 2 yr fu] Sexual activity and function in women more than 2 years after midurethral sling placement. Am J Obstet Gynecol 2012;207:421.e1-6. |
| Zyczynski HM, et al. (Prosima Study investigators) One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device - Prosima. AJOG 2010; 203:587.e1-8 |
| Zyczynski HM, et al. [AUA Abs 1354] A new operation for vaginal prolapse repair using mesh and a vaginal support device: 1 year anatomic and functional results of an international multicenter study. Journal of Urology, Vol. 181, No. 4, Suppl, April 2009. |

**Production Materials**

| Document Description [Bates Range] |
| --- |
| (Milani) Ethicon 3 Year Study Prolift+M |
| 08/25/2011 Correspondence from Public Citizen to Margaret A. Hamburg, M.D., Jeffrey E. Shuren, M.D., and Division of Dockets Management |
| 2006 (Rezapour) A 3-Month preclinical trial to assess the performance of a new TVT-like mesh (TVTx) in a sheep model |
| 2006 Mar 3 Flatow memo - CPC-2006-0165 Performance evaluation of TVT PROLENE blue Mesh_ Elongation Properties of Mechanical Cut verses Laser Cut |
| 2011 Native Pelvic Organ Prolapse Patient Counseling Guide |
| 2015.01.30 Blankenship forwarding Margolis (IME) Documentation |
| 24 Hour Summary of the Gastroenterology and Urology Devices Panel of the Medical Devices Advisory Committee Meeting [02.26.2016]. |
| A Solution-Gynecare TVT Tension-Free Support for Incontinence. |
| Application FEMA for TVT Secur |
| August 10, 2007 Email from Jiyoung Dang to Lisa Bryan regarding K071512 S01 |
| Australian Pelvic Floor Discussion |
| Barber, M.D., et al. "Defining Success After Surgery for Pelvic Organ Prolapse." Obstet Gynecol (2009) 114:600-609. |
| Benefit Risk Profile of Transvaginal Mesh Products Used for the Treatment of Pelvic Organ Prolapse signed by Piet Hinoul dated 6/21/2012 |
| Boukerrou, M., et al. "Tissue resistance of the tension-free procedure: What about healing?" Int Urogynecol J (2008) 19:397-400. |
| Brigette Fatton Powerpoint Presentation entitled "Complications in Pelvic Floor Dysfunction Surgery: evaluation and management. |
| Classification Website Intro "An International Urogynecological Association (IUGA/Internation Continence Society (ICS) Joint Terminology and Classification of the Complications Related Directly to the Insertionm of Prostheses (Meshes, Implants, Tapes) & Grafts in Female Pelvic Floor Surgery." |
| Clinical Evaluation Report - Gynecare Prolift signed by P. Hinoul on 04.26.2013 |
| Correspondence between Morgan Liscinsky of FDA & Bloomberg re: Johnson & Johnson Vaginal Mesh Implant. |
| Dear Surgeon Letter from Piet Hinoul and Aaron Kirkemo. |
| Dear Surgeon Letter, from Hinoul/ Henderson, re: Ethicon Gynecare U.S. Commercialization Decision, Customer Letter, 5/15/2012 |
| Declaration of Reynaldo Librojo in Support of Motion for Summary |
| DEPO.ETH.MESH.00004755 - Guidoin Explant |
| Document entitled "Delay in Prosima Activities" |
| Document entitled "Pelvic Floor Repair. Extended Review of Medical Literature." |
| DX23600-R.1-3 - Prolene Resin Manufacturing Specifications 1.23.03 |
| Email from Seppa re: Performance Evaluation of TVT Secur PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) |
| Email from Seppa re: Performance Evaluation of TVT U PROLENE Mesh: Mechanical vs. Laser Cut. Study (LIMS #BE-2004-1920) Version 2 |
| Email string re - Revised write up of the DeLeval and Waltregny visit |
| Email string re: Ultrapro vs Prolene Soft Mesh |
| Email string, top one from Gary Pruden to David Robinson, et al. re: article entitled :Vaginal repair with mesh no better than colporrhapy for pelvic organ prolapse. |

Jaime Sepulveda Materials List

**Production Materials**

| |
|---|
| EQHU Brand Equity Study, Final Report, 01/2010 |
| ETH MESH.00082651-54 |
| ETH MESH.07903682-83 |
| ETH MESH.09268043-45 |
| ETH.10285 - Prolift IFU (2005) |
| ETH.10977 - Prolift IFU (2009) |
| ETH.MESH.00000173 - 8/25/11 Registration list for 8/25/11 call |
| ETH.MESH.00001595-1606 - Reisenauer, C. Anatomical conditions for pelvic floor reconstruction with polypropylene implant and its application for the treatment of vaginal prolapse. European Journal of Obstetrics & Gynecology and Reproductive Biology 2006 |
| ETH.MESH.00003895 - Continence Health and Pelvic Floor Advisory Board Opening Comments for Renee |
| ETH.MESH.00012009-089 - Clinical Study Report: Clinical assessment of feasibility, complications and effectiveness at twelve months, three years and five years of the TVM technique for genital prolapse. |
| ETH.MESH.00016032-039 - Kohli, N. Augmenting pelvic floor repairs. 2006 Supplement to OBG Management |
| ETH.MESH.00017362-368 - Elmer C, et al. Histological inflammatory response to transvaginal polypropylene mesh for pelvic reconstructive surgery, J Urol (2009), 181 (3), 1189-95. |
| ETH.MESH.00017553-560 - Tununtla, H. Female Sexual Dysfunction Following Vaginal Surgery: A Review. Journal of Urology 2006; 175: 439-446 |
| ETH.MESH.00018382 - Powerpoint GYNECARE GYNEMESH* PS Nonabsorbable PROLENE* Soft Mesh in the Treatment of Pelvic Organ Prolapse |
| ETH.MESH.00018382 - Powerpoint GYNECARE GYNEMESH* PS Nonabsorbable PROLENE* Soft Mesh in Treatment of POP |
| ETH.MESH.00018382 - Powerpoint: Gynecare Gynemesh PS Nonabsorbable Prolene Soft Mesh in the Treatment of Pelvic Organ Prolapse |
| ETH.MESH.00019117 to ETH.MESH.00019121 Letter from Scott H. Jones to Price St. Hilaire re: Prosima US Launch Plan; cc: Renee Selman, et al. |
| ETH.MESH.00031323 - February 8, 2005 Memo to Customer from Sean M. O'Bryan regarding Gynecare Prolift* Pelvic Floor Repair System |
| ETH.MESH.00031324-25 - Letter to Gregory Jones from Celia M. Witten with FDA dated 1.8.02 regarding K013718 Trade name Gynemesh Prolene Soft Nonabsorbable Synthetic Surgical Mesh for Pelvic Floor Repair |
| ETH.MESH.00033400 - Patient Brochure: One Day You Have Prolapse, the Next Day You Don't |
| ETH.MESH.00034061-069 - Gynecare TVT SECUR* System: Key Technical Points |
| ETH.MESH.00064002 to ETH.MESH.00064004 Email string, top one from Judith Gauld to Scott Jones re: US preceptors for Prosima. |
| ETH.MESH.00064054 to ETH.MESH.00064054 Gynecare Prosima ™ Pelvic Floor Repair System - Global Launch Strategy |
| ETH.MESH.00064138 to ETH.MESH.00064139 Document entitled "PROSIMA Critical Success Factors." |
| ETH.MESH.00066817 - Draft for Review 10/15/08, Letter from Ethicon Medical Affairs (To be used to respond to Physician Inquiries about FDA notification) |
| ETH.MESH.00071755 to ETH.MESH.00071755 Prosima - Apical Support Learning Guide |
| ETH.MESH.00071794 - Email re: TVT IFUs on tape extrusion, exposure and erosion |
| ETH.MESH.00076167 to ETH.MESH.00076167 Letter from Bryan Lisa to Dan Smith re: Prosima Product Release Authorization; cc: Stephanie Kute, Jennifer Paine. |

Jaime Sepulveda Materials List

## Production Materials

| |
|---|
| ETH.MESH.00076710 to ETH.MESH.00076790 Clinical Study Report. Evaluation of Prosima for Pelvic Organ Prolapse. Protocol Number: 300-06-005. "A Prospective, Multi-centre Study to Evaluate the Clinical Performance of Gynecare Prosima Pelvic Floor Repair System as a Procedure for Pelvic Organ Prolapse." |
| ETH.MESH.00077073-093 |
| ETH.MESH.00077094-111 |
| ETH.MESH.00077395 |
| ETH.MESH.00078114 to ETH.MESH.00078115 Memo to Prosima Regulatory File. Minutes from Teleconference with FDA for Prosima 510(k). |
| ETH.MESH.00082651 to ETH.MESH.00082654 Email string, top one from Marcus Carey to J. Meek, D. Robinson, P. Hinoul, et al. re: Technical feedback on Prosima. |
| ETH.MESH.00083812-14 |
| ETH.MESH.00086463 to ETH.MESH.00086465 E-mail from Piet Hinoul to Zeb Viana, et al. regarding TR: PROSIMA TAKE AWAY MESSAGES; cc: Bart Pattyson, et al. |
| ETH.MESH.00108120 to ETH.MESH.00108121 Email string, top one from Douglas Grier to Lissette Caro-Rosado, et al. re: Pelvic Floor Advisory Board; cc: Bart Pattyson. |
| ETH.MESH.0011879; ETH.MESH.00093830 - Ethicon Women's Health & Urology — Clinical Compendium — Sales Rep Positioning |
| ETH.MESH.00125373 to ETH.MESH.00125373 Email string, top one from Tom Eagan to Erin Haggerty re: Dr. Sepulveda. |
| ETH.MESH.00126755-757 - Email string, top one from M. Yale to J. Paine, et al. re: Draft FDA response on Prolift+M for input |
| ETH.MESH.00127103 to ETH.MESH.00127103 Email from Greg prine to Scott Jones, Jonathan Meek re: Prosima Road Show; cc: Lesley Fronio and Kevin Mahar. |
| ETH.MESH.00127125-26 - Email From Lewis to Mahar, et al. re: How did Dr. Grier's Prosima cases go? |
| ETH.MESH.00129102 Suggested Remarks - Incontinence and Pelvic Floor Summit What a Difference a Decade Makes |
| ETH.MESH.00131149 to ETH.MESH.00131151 Email string, top one from Stephanie Grupe to Kevin Mahar re: Prosima Global Launch Team. |
| ETH.MESH.00144449 - Letter from David Robinson re: decision to delay preceptor training activities for Prosima (not signed). |
| ETH.MESH.00147507-509 - Approved September 16, 2008 - Marketing Services |
| ETH.MESH.00159266-369 - Gynemesh PS, Prolene  Soft Mesh in the treatment of POP - Pelvic Floor Surgery and Anatomic Dissection Lab |
| ETH.MESH.00163952-960 - Gynecare TVT SECUR* System: Key Technical Points |
| ETH.MESH.00167104 -10 - 2006 Apr 19 - Laser Cut Mesh for Gynecare TVT- CER Laser Cut Mesh |
| ETH.MESH.00220335-36 - 12.2.1999 Memo re: Biocompatibility Risk Assessment for Soft Prolene Mesh. |
| ETH.MESH.00262015-016 - Dan Smith Email Plaintiffs Exhibit 2067 |
| ETH.MESH.00271215-216 - Email from J. Meek to multiple recipients e: Pre-Reading for Prolift+M: Internal Use Only. Not Copy Reviewed or For Distribution |
| ETH.MESH.00273967 - Email from Clifford Volpe to Scott Jones re: slides for Pelvic Floor Summit.; Powerpoint: R&D Perspective - The Journey from Prolift to Prolift +M. |
| ETH.MESH.00281482-84 |
| ETH.MESH.00291934-00291935 - Draft for Review 10/15/08, Letter from Ethicon Medical Affairs (To be used to respond to Physician Inquiries about FDA notification) |

**Jaime Sepulveda Materials List**

**Production Materials**

| |
|---|
| ETH.MESH.00303310 to ETH.MESH.00303313 Memo from Dan Lamont to Gynecare Prosima Risk Management Report (RMR-0000029) re: Pelvic Floor Product(s) Complaint Review for Gyneacre Prosima Risk Management. |
| ETH.MESH.00308094 - Gynecare TVT SECUR* System Tension-free Support for Incontinence |
| ETH.MESH.00310205 to ETH.MESH.00310205 Product Quality Issue re: Prosima signed by Mark Yale. |
| ETH.MESH.00310206 to ETH.MESH.00310206 Letter from David Robinson re: decision to delay preceptor training activities for Prosima (not signed). |
| ETH.MESH.00316849-ETH.MESH.00316850 |
| ETH.MESH.00318316-317 - Email from Aran Maree to Christiana Bielinski January 10, 2008 RE: FW: TVT Secur Slide Set (Commerical-inconfidence)SEC=UNCLASSIFIED] |
| ETH.MESH.00318930 to ETH.MESH.00318930 (Draft) Letter from David Robinson re: delay in preceptor training activities for Prosima. |
| ETH.MESH.00318934 to ETH.MESH.00318934 Document entitled " Delay in Prosima Activities." |
| ETH.MESH.00327060-063 - Email from David Robinson to Catherine Beath November 12, 2007 RE: Australia update and telephone call with Prof Frazer |
| ETH.MESH.00329001-002 - Agenda & Minutes; TVT-Secur PQI07-041 Quality Board November 16, 2007 |
| ETH.MESH.00330962-964 - Email from Christiana Bielinski to Aran Maree February 26, 2008 RE: FW: Communication to Surgeons Regarding the Gynecare TVT Secure System No Protective Marking - SEC=UNCLASSIFIED] |
| ETH.MESH.00335084 to ETH.MESH.00335085 Email from Daniel Lamont to Sungyoon Rha, et al. re: Mint Functional Strategies. |
| ETH.MESH.00349226-237 - May 26, 2000 Ethicon Memo to P. Cecchini RE: Review of Biocompatibility Data on the Tension Free Vaginal Tape (TVT) System for Compliance to FDA G-95/ ISO 10993/ EN 30993 |
| ETH.MESH.00349228 - Cytotoxicity Risk Assessment for the TVT (Ulmsten) Device |
| ETH.MESH.00365412-414 - June 14, 2007 Memo RE: ADDENDUM: Post - Launch Complaint Review for the PROLIFT* Pelvic Floor Repair System |
| ETH.MESH.00365960 - Gynecare TVT Secur System Procedural Pearls & Frequently Asked Questions |
| ETH.MESH.00369995 - Treatment of Stress Urinary Incontinence with the GYNECARE TVT* Family of Products |
| ETH.MESH.00369999 - Treatment of Stress Urinary Incontinence with GYNECARE TVT SECUR* System |
| ETH.MESH.00370315 - Prosima Training Deck 1 |
| ETH.MESH.00370392 - GYNECARE TVT SECUR* System Early Surgical Experience |
| ETH.MESH.00370421 - Clinical Considerations of  the FDA Public Health Notification on the Use of Surgical Mesh in Female SUI and Gynecare TVT Obturator |
| ETH.MESH.00372664-671 - Letter from B. Lisa to J. Dang re: K071512 S04. (02.21.2008) |
| ETH.MESH.00373310 - Gynecare TVT Tension-Free Support for Incontinence: General Profession Education Deck. |
| ETH.MESH.00393045-46 - TVT-O Procedural Steps |
| ETH.MESH.00395374-380 - Scientific Advisory Panel on Pelvic Floor Repair Preliminary Minutes Chicago, IL June 22, 2001 |
| ETH.MESH.00403003-017 - Cadaver Protocol/Competion Report |
| ETH.MESH.00405513-14 |
| ETH.MESH.00409158 - Letter from David Robinson re: decision to delay preceptor training activities for Prosima (signed). |

**Jaime Sepulveda Materials List**

## Production Materials

| |
|---|
| ETH.MESH.00418855 to ETH.MESH.00418856 Email string, top one from Andrew Meek to Jonathan Fernandez, et al. re: Prosima Preceptor Recommendation Form; cc: Kevin Frost, et al. |
| ETH.MESH.00424374 to ETH.MESH.00424375 Email string, top one from Jonanthan Fernandez ro Rhonda Peebles re: remaining 2010 labs; cc: Robert Zipfel. |
| ETH.MESH.00426441 to ETH.MESH.00426441 Email from Kevin Frost to Robert Zipfel, et al. re: Prosima 2-year slide deck; cc: Paul Parisi. |
| ETH.MESH.00442129 – PowerPoint Mechanical vs. "Machine"-cut Mesh, January 19, 2005 Prepared by: Allison London Brown & Gene Kammere |
| ETH.MESH.00455676 to ETH.MESH.00455677 Email from Allison London Brown to Ophelie Berthier, et al. re: Prosima Jan 2007 update; cc: Bob Roda, et al. |
| ETH.MESH.00461576 - 10.23.2006 letter to EWHU field sales force |
| ETH.MESH.00467320 to ETH.MESH.00467320 Email string, top one from Andrew Meek to Bart Pattyson, Paul Parisi re: November Lab. |
| ETH.MESH.00495796 to ETH.MESH.00495798 Email string, top one from Jennifer Paradise to Melissa Doyle, et al. re: Prof Ed through Tele-Mentoring; cc: Paul Parisi, et al. |
| ETH.MESH.00510562 to ETH.MESH.00510563 Email string, top one from Kevin Frost to DL-ETHUSSO EWHU DMs, et al. re: 1st Prosima Virtual Round Table Tomorrow; cc: Matt Henderson, et al. |
| ETH.MESH.00516424-427 |
| ETH.MESH.00523617-618 - Summary of Gynecare TVT Secur* System Critical Steps |
| ETH.MESH.00523942 - Waltregny 2005 ICS Presentation |
| ETH.MESH.00523942 - Waltregny TVT-O Summit |
| ETH.MESH.00526473-74 - Allison Brown Email re-Laser-cut Mesh |
| ETH.MESH.00527118-121 - Email from Joy Hovespian to Dharini Amin August 28, 2007 RE: FW: Dr. Sepulveda's notes summary/PLEASE DO NOT DISTRIBUTE. JUST FOR INTERNAL REVIEW |
| ETH.MESH.00541187-190 - Email from Carolyn Brennan to Joseph Scavona September 11, 2009 RE: TVT Secur Inserter Heads Up |
| ETH.MESH.00541379-80 - Mesh Fraying for TVT Devices |
| ETH.MESH.00541708 to ETH.MESH.00541709 Document entitled "Notes from Competitive Ad Board." |
| ETH.MESH.00541873 to ETH.MESH.00541873 Chart listing Proposed Lab Scheduling for August 4th. |
| ETH.MESH.00541876 to ETH.MESH.00541878 Email string, top one from Bart Pattyson to David Robinson, et al. re: ICS/IUGA Cadaver Lab - Monday Aug 23. |
| ETH.MESH.00542347 to ETH.MESH.00542348 Calendar appointment re: Prosima and Advanced Prolift Preceptorship with Dr. Sepulveda and Drs. Antar, Jones and Schlafstein.; created by Robert Zipfel. |
| ETH.MESH.00542463 to ETH.MESH.00542463 Powerpoint: Gynecare Prosima ™ Pelvic Floor Repair System: 2-Year Clinical Data |
| ETH.MESH.00547021 to ETH.MESH.00547021 Ethicon Women's Health & Urology "Welcome Letter" to the EWH&U Pelvic Floor Repair Advisory Board Meeting. |
| ETH.MESH.00547036 to ETH.MESH.00547037 Email string, top one from Bart Pattyson to Jaime Sepulveda, et al re: Prosima (&Elevate) Advisory Board - Jan 8th - Baltimore; cc: Piet Hinoul, et al. |
| ETH.MESH.00547500-501   - Email re: 69% Success |
| ETH.MESH.00572598 - TVT Secur: European Feedback Axel Arnaud M.D. |
| ETH.MESH.00573815 to ETH.MESH.00573815 Powerpoint: Two Year Clinical Outcomes after Prolapse Surgery with Non-Anchored Mesh & Vaginal Support Device (Gynecare Prosima* Pelvic Floor Repair System) June 2010. |

**Jaime Sepulveda Materials List**

## Production Materials

| |
|---|
| ETH.MESH.00573860 to ETH.MESH.00573878 (Draft) Sayer, T., et al. "Medium-term Clinical Outcomes Following Surgical Repair for Vaginal Prolpase with Tension-free Mesh and Vaginal Support Device." |
| ETH.MESH.00575257 - Abbrevo laser cut vs. mechanically cut - notes from meeting with de leval - inappropriate |
| ETH.MESH.00575270-273 - Jean de Leval Email Re: DSCN3332.JPG May 30, 2009 |
| ETH.MESH.00575580 to ETH.MESH.00575581 Email string, top one from Jonathan Meek to Piet Hinoul, Colin Urquhart and Judi Gauld re: Prosima anterior compartment result. |
| ETH.MESH.00575634 to ETH.MESH.00575635 ICS 2009 Abstract Form. "Surgery for Pelvic Organ Prolapse Using Mesh Implants and a Vaginal Support Device: Analysis of Anatomic, Functional and Performance Outcomes from an International, Multicentre Study." |
| ETH.MESH.00576725-726 - MAUDE Review; Overall TVT Powerpoint |
| ETH.MESH.00578081 to ETH.MESH.00578083 Email string, top one from Piet Hinoul to Paan Hermansson re: Prosima Post launch communication. |
| ETH.MESH.00578550 to ETH.MESH.00578550 (Draft) Sayer, T., et al. "Two Year Clinical Outcomes after Prolapse Surgery with Non-Anchored Mesh and Vaginal Support Device." |
| ETH.MESH.00579296 to ETH.MESH.00579296 Powerpoint: Anatomic and Functional Outcomes of 2 Pelvic Floor Repair Systems Studied in Moderate and Severe Prolpase Patients. |
| ETH.MESH.00580588-89 - Email string dated 3/25/2010, top one from Piet Hinoul to Paan Hermansson re: key message for Prosima launch |
| ETH.MESH.00580711-13 - Email re: Piet explains PS in Prosima |
| ETH.MESH.00584811-13 - Email string re-Ultrasonic Slitting of Prolene Mesh for TVT |
| ETH.MESH.00584846-847 - (05.10.2004) Email string, top one from Gene Kammerer to Mora Melican, et al. re: Mesh for TVM. |
| ETH.MESH.00590896-897 - Piet Hinoul Email 3.11.09 |
| ETH.MESH.00591563-65 - Email re: Smelly VSDs |
| ETH.MESH.00592224 to ETH.MESH.00592229 E-mail chain from Jonathan Meek to otehrs in regards to Technical Feedback on Prosima |
| ETH.MESH.00592585-87 - Email re: No RCT for Prosima |
| ETH.MESH.00594266 - Email re: Overstating Success - Less Misleading |
| ETH.MESH.00594455 - Email re: Stop communicating over email |
| ETH.MESH.00594528 Email from Aaron Kirkemo to Piet Hinoul, David Robinson and Judi Gauld re: Prosima commerical claims of 92.3% above the hymen. |
| ETH.MESH.00595468 to ETH.MESH.00595470 Goldman, H., FitzGerald, M. "Opposing Views: Transvaginal Mesh for Cystocele Repair," J Urol (2010) 183:430-432. |
| ETH.MESH.00595889 to ETH.MESH.00595890 Email string, top one from Kevin Frost to Aaron Kirkemo re: Prosima presentation; cc: Tom Affeld. |
| ETH.MESH.00596558-560 - Email from Dan Smith to Aaron Kirkemo RE: FW: Scion PA commercial recommendation |
| ETH.MESH.00604183 to ETH.MESH.00604186 Email string, top one from Piet Hinoul to Judi Gauld and Colin Urquhart re: PISQ, and score when unable to have sex. |
| ETH.MESH.00631782 to ETH.MESH.00631784 FDA Letter re: K063562 Gynecare Prosima |
| ETH.MESH.00658177-198 - Surgeons Resource Monograph |
| ETH.MESH.00662233 - Email from Scott Jones to DL-Ethusso dated 12/15/2009 re: PAGS Leads |
| ETH.MESH.00679637 to ETH.MESH.00679640 Email string, top one from Zenobia Walji to Ron Naughton, et al. re: Prolene Soft Mesh '05 proposed pricing; cc: Kevin Maher, et al. |
| ETH.MESH.00687819-22 - Email string re-Laser cut mesh |

**Jaime Sepulveda Materials List**

### Production Materials

| |
|---|
| ETH.MESH.00746179-180 - Email from Harel Gadot to Evridiki Kakoliri September 14, 2006 RE: TVT SECUR Launch activities |
| ETH.MESH.00746181-182 - Hold for Release Until 9/05/06, 8 a.m. EST Ethicon Introduces New Device to Treat Stress Incontinence |
| ETH.MESH.00759327 to ETH.MESH.00759335 Document entitled "Experience what's new in incontinence and pelvic floor repair." 2010 ICS IUGA Executive Agenda |
| ETH.MESH.00800521 to ETH.MESH.00800522 Email string, top one from Kenneth Pagel to Melissa Doyle re: presentation access. |
| ETH.MESH.00806974 to ETH.MESH.00806975 Email from Lissette Caro-Rosado to Jaime Sepulveda, et al. re: Pelvic Floor Advisory Board; cc: Bart Pattyson, et al. |
| ETH.MESH.00807570 to ETH.MESH.00807570 Revised Chart listing Proposed Lab Schedule |
| ETH.MESH.00807772 to ETH.MESH.00807774 Email String, top one from Bart Pattyson to Hugo Ye re: ICS-IUGA - Cadaver Lab & Ask the Expert Update; cc: Ping Li, et al. |
| ETH.MESH.00807972 to ETH.MESH.00807973 Email string, top one from Bart Pattyson to Tommaso Santini, et al. re: US Surgeon; cc: Tom Affeld. |
| ETH.MESH.00808121 to ETH.MESH.00808122 Email from bart Pattyson to Jaime Sepulveda et al. re: Prosima (&Elevate) Advisory Board - Jan 8th - Baltimore; cc: Piet Hinoul. |
| ETH.MESH.00817181 - Email dated 1/22/2010 from Scott Jones to Kevin Frost and Tom Affeld re: Summit Agenda/Moderator; cc: Matt Henderson, et al. |
| ETH.MESH.00820634 to ETH.MESH.00820634 Invitation to participate in Gynecare Prosima Virtual Round Table |
| ETH.MESH.00823549 - Application FMEA for TVT Secur |
| ETH.MESH.00833948 to ETH.MESH.00833949 Email from David Robinson to Jessica Shen re: Prosima Study. |
| ETH.MESH.00834910 to ETH.MESH.00834911 Email string , top one from David Robinson to Price St. Hilaire, et al. re: Prosima Strategic Council; cc: Kevin Mahar. |
| ETH.MESH.00839918-19 - Email from David Robinson September 20, 2006 RE: TVTS Complaint up to 20 September 06.ppt |
| ETH.MESH.00840886 to ETH.MESH.00840887 Calendar appointment re: Updated: TVT Secur Preceptor Roundtable Forum; created by Dharini Amin. |
| ETH.MESH.00843043 Email from David Robinson to Jacqutin Bernard, Judith Gauld and Jonathan Meek re: cancellation of scheduled Prosima training. |
| ETH.MESH.00845669-670 - Ethicon Memo December 4, 2007 RE: PQI-07-043 TVT Secur release mechanism |
| ETH.MESH.00849014-ETH.MESH.00849017 |
| ETH.MESH.00850335 to ETH.MESH.00850336 Email string, top one from David Robinson to Stephanie Kute, Patrice Napoda re: Prosima FDA Review and IFU; cc: Price St. Hilaire, Dan Smith. |
| ETH.MESH.00851319-21 - E-mail string dated 1/21/2010, top one from Piet Hinoul to Clifford Volpe and David Robinson re: dimensions of the PROSIMA implant |
| ETH.MESH.00851319-321 - Email string, top one from P. Hinoul to C. Volpe, et al. re: Prosima implant dimensions. |
| ETH.MESH.00856579-82 - E-mail string dated 11/3/2010 re: neo clinical trial. Piet Hinoul: "Each individual study does not contribute to the success of those products |
| ETH.MESH.00857821 - Top Ten Reason to pursue Gynecare TVT Obturator System |
| ETH.MESH.00858080-081 - Perry Trial - Plaintiff's Exhibit 2313 |
| ETH.MESH.00858096-97 - Gynecare R&D Monthly Update - May |
| ETH.MESH.00858175-176 - Mulberry Weekly Meeting MINUTES for 6.3.03 |

Jaime Sepulveda Materials List

**Production Materials**

| |
|---|
| ETH.MESH.00858252-53 - 2004 Memo from London Brown to Dan Smith re Mechanical Cut vs. Laser Cut Mesh Rationale |
| ETH.MESH.00863391 - T-366 - Dan Smith email - particle loss |
| ETH.MESH.00870466 - Ethicon Expert Meeting-Meshes for Pelvic floor |
| ETH.MESH.00870466-476 - (06.02.2006) Ethicon Expert Meeting: Meshes for Pelvic Floor Repair. |
| ETH.MESH.00872132-136 - Email from Dan Smith to Mark Yale September 15, 2006 RE: Potential quality issue on TVT-S |
| ETH.MESH.00873965-966 - Email from Mark Yale to Gary Borkes December 18, 2009 RE: FW: TVT-S Complant Review |
| ETH.MESH.00874280 - Email from Mark Yale to Laurent Soulier September 21, 2006 RE: Potential quality issue on TVT-S |
| ETH.MESH.00874445 - TVT-SECUR Quality Board |
| ETH.MESH.00895089 to ETH.MESH.00895091 Email string, top one from Kevin Frost to Vincenza Zaddem re: Prosima in R&D Study. |
| ETH.MESH.00921692 to ETH.MESH.00921694 Email string, top one from Tom Affeld to Scott Jones, et al. re: NEO #2, 3, 4 Lab Nominations; cc: Vincenza Zaddem. |
| ETH.MESH.00922443-446 - Email string, top one from P. St. Hilaire to B. Lisa, et al. re: Bidirectional elasticity statement |
| ETH.MESH.00925065 to ETH.MESH.00925067 Email string, top one from Joshua Samon to Vincenza Zaddem re: Mint Value Proposition; cc: Duan Broughton. |
| ETH.MESH.00993273 - 2006 TVT-O Anatomic Considerations Clinical Update Special Considerations Complications Summit Presentation by Raders and Lucente |
| ETH.MESH.00993273 - TVT Obturator Anatomic Considerations Clinical Update: Special Considerations, Complications. |
| ETH.MESH.00997751  - Clinical Expert Report for Gynecare TVT SECUR System |
| ETH.MESH.01037447-455 - Charlotte D. Owens Clinical Report on TVT-S |
| ETH.MESH.01059148-152 - Gynecare TVT-Secur 2007 Product Complaints Involving Serious Injury |
| ETH.MESH.01075187-215 - July 2, 2010 Clinical Expert Report - Gynecare Prolift* Pelvic Floor Repair System |
| ETH.MESH.01128679-698 - Brochure - Procedural Steps Gynecare TVT SECUR™ System - The Support is Here |
| ETH.MESH.01130568 - Ethicon, Inc. Worldwide Complaint-Reporting Statement Gynecare TVT Secur™ System |
| ETH.MESH.01136239-40 Email string, top one from Lissette Caro-Rosado to Ad Board Members re: EWH&U Pelvic Floor Repair Ad Board 1-8-11; cc: Tom Affeld, et al. |
| ETH.MESH.01154031-37 - Clinical Expert Report - Gynemesh Prolene Soft |
| ETH.MESH.01189392-395 - Summary of sheep and human cadaver labs for development of the GYNECARE TVT SECUR* System |
| ETH.MESH.01189423-439 - Martin Weisberg; Dave Robinson Clinical Report on TVT-S 2.28.06 |
| ETH.MESH.01193925-930; ETH.MESH.0100644-645 - TVT-Secur: "Hammock' position; Minutes regarding events with Dr. Folke Flarn and training |
| ETH.MESH.01198058 to ETH.MESH.01198058 (Draft) Zyczynski, H., et al. "One year clinical outcomes after prolapse surgery with non-anchored mesh and vaginal support device." |
| ETH.MESH.01200286 to ETH.MESH.01200286 Powerpoint: Gynecare Prosima : Overview. |
| ETH.MESH.01201973 to ETH.MESH.01201973 Propsed Lab Schedule (2nd Revision) |
| ETH.MESH.01202189 - Stale Kvitle Email regarding Mini Me follow up from our visit May 20, 2009 |
| ETH.MESH.01202190-191 - David Waltregny Email Re: Mini Me follow up from our visit May 21, 2009 |

**Production Materials**

| |
|---|
| ETH.MESH.01203957-97 - The future of surgical meshes-the industry's perspective |
| ETH.MESH.01219542-48 - Review of Surgeon Responses of VOC Questionnaire |
| ETH.MESH.01220135-45 - Email string re-New Standards for Urethral Slings |
| ETH.MESH.01228079-84 - Nilsson Podcast Transcript |
| ETH.MESH.01237077-79 - Email dated 9/3/2009 from Piet Hinoul to David Robinson, et al. re: Prosima Take Away Messages; cc: Peter Meier |
| ETH.MESH.01237077-79 - Email re: Piet explaining why no Ultrapro in Prosima |
| ETH.MESH.01238454-56 - Email string re-TVTO length |
| ETH.MESH.01244824 to ETH.MESH.01244826 Email string, top one from Aaron Kirkemo to Cyrus Guidry re: response letter to editor, Lewis Wall. |
| ETH.MESH.01261962 - Anatomic Considerations For the TVT-Obturator Approach for the Correction of Female Stress Urinary Incontinence |
| ETH.MESH.01264260 - Prolift +M Piet Hinoul Pelvic Floor Meeting Nderland Utrecht, May 7, 2009 |
| ETH.MESH.01274741-743 - Use of UltraPro Mesh for Pelvic Organ Prolapse (POP) Repair through a Vaginal Approach. |
| ETH.MESH.01279975-976 - Harel Gadot Email re Next step in SUI sling |
| ETH.MESH.01317508-613 - TVT Factbook DHF - Revised 05.14.2001 |
| ETH.MESH.01320351-67 - Corporate Product Characterization Plan, TVT-Laser Cut Mesh. Dated 02/06/2006. |
| ETH.MESH.01407852 - Ethicon Sarl, Neuchatel Potential Failure Mode and Effects Analysis Process FMEA |
| ETH.MESH.0141137 to ETH.MESH.0141039 Document re: summary of changes in mesh implant from Project Mint to final production. |
| ETH.MESH.01428106-112 - Carvigni, M. The use of synthetics in the treatment of pelvic organ prolapse. Curr Opin Urol 2001; 11: 429-435. |
| ETH.MESH.01593930 to ETH.MESH.01593942 Prosima Clinical Expert Report (not signed or dated). |
| ETH.MESH.01638150 to ETH.MESH.01638150 Powerpoint: Gynecare Prosima ™ Pelvic Floor Repair System Backrgound; Halina Zyczynski, M.D. |
| ETH.MESH.01678340 to ETH.MESH.01678340 Email from Andrew Meek to Melissa Doyle et al. re: Approved Prosima Receptors. |
| ETH.MESH.01707963 to ETH.MESH.01707963 Ethicon Women's Health & Urology "Welcome Letter" to the EWH&U Pelvic Floor Repair Advisory Board Meeting. |
| ETH.MESH.01708116 to ETH.MESH.01708117 Email string, top one from Bart Pattyson to Georgia Long re: TVT Abbrevo and Prosima training; cc: Elizabeth Kolb, Andrew Meek. |
| ETH.MESH.01708180 to ETH.MESH.01708180 Chart listing financial information re: preceptors. |
| ETH.MESH.01708190 to ETH.MESH.01708190 Chart listing financial information re: preceptors. |
| ETH.MESH.01730626 to ETH.MESH.01730629 Email string, top one from Dr. Antar to Bart Pattyson re: Prosima presentation. |
| ETH.MESH.01733531-535 - Kasturi, S. Pelvic magnetic resonance imaging for assessment of the efficacy of the Prolift system for pelvic organ prolapse. Am J Obstet Gynecol 2010; 203: 1.e1-1.e5 |
| ETH.MESH.01736775-791 - Martin Weisberg; Dave Robinson Clinical Report on TVT-S 2.20.06 |
| ETH.MESH.01752532-35 - Mesh design argumentation issues |
| ETH.MESH.01760362-363 - Email from Michael Woods to David Robinson December 21, 2007 RE: Trial |
| ETH.MESH.01776504-10  - Email re: 60% Success |
| ETH.MESH.01782114-115 - (05.03.2006) Email string, top one from David Robinson to Carolyn Brennan re: Suzette email discussing problems with Prolift. |

**Jaime Sepulveda Materials List**

## Production Materials

| |
|---|
| ETH.MESH.01782783-785 - (02.02.2006) Notes from meeting with Dr. V. Lucente and Dr. M. Murphy (Allentown, PA) to discuss Prolift RCT. |
| ETH.MESH.01784823-28 - Clinical Expert report-Laser Cut Mesh |
| ETH.MESH.01785259-260 - (01.17.2010) Email string, top one from Piet Hinoul to David Robinson, et al. re: Prolift+M relaxation. |
| ETH.MESH.01785259-260 - Email string re: +M relaxation |
| ETH.MESH.01803816 to ETH.MESH.01803818 Summary re: Project Mint |
| ETH.MESH.01808311-318 - Trip Report Michael Tracey |
| ETH.MESH.01809082-83 - Memo re: VOC on new laser cut TVT mesh |
| ETH.MESH.01813259; ETH.MESH.02180759-61 - Email string with attachment re-Jeans Ideas. |
| ETH.MESH.01813975-78 - Email string re-FDA Prep-Plaintiff's Exhibit 460 |
| ETH.MESH.01815027-029 - Key Human Cadaver Lab Reports used in the development of TVT SECUR |
| ETH.MESH.01821586-87 Email from Allison London Brown to Ophelie Berthier, et al. re: Prosima November update; cc: Bob Roda, Dan Smith, et al. |
| ETH.MESH.01822361-363 - Dan Smith Email regarding TVT Secur October 18, 2006 |
| ETH.MESH.01822361-62 - Dan Smith Email regarding TVT-Secur leading to less retention |
| ETH.MESH.01824316-317 - Email from Dan Smith to Eric Gautheir November 6, 2006 RE: FW: TVT-S Complaint review |
| ETH.MESH.01954198-203 - Gynecare Clinical Expert Report - Gynecare Prolift* Pelvic Floor Repair System |
| ETH.MESH.02001398-404 - Gynecare Prolift IFU (English Only) |
| ETH.MESH.02010349 to ETH.MESH.02010362 Prosima Clinical Expert Report signed by David Robinson |
| ETH.MESH.02017152-158 - (02.23.2007) Ethicon Expert Meeting: Meshes for Pelvic Floor Repair. |
| ETH.MESH.02017152-56 - 02.23.2007 Ethicon Expert Meeting: Meshes for Pelvic Floor Repair |
| ETH.MESH.02026591-95 - MSDS-c4001 Polypropylene Homopolymer |
| ETH.MESH.02059150-151 - May 24, 2006 Memo RE: First Post - Launch Complaint Review for the PROLIFT* Pelvic Floor Repair System |
| ETH.MESH.02090196-209 - Plaintiff's Exhibit 4085-04.15.2008 |
| ETH.MESH.02114615 to ETH.MESH.02114616 Email string, top one from Libby Lewis to Donna Abely, et al. re: Remaining 2010 labs. |
| ETH.MESH.02151813 - TVT-Secur PQI07-041 Quality Board - Follow Up |
| ETH.MESH.02156379-380 |
| ETH.MESH.02211890 - Test Report |
| ETH.MESH.02211912 - Annex 11: Porosity test on finished product - pelvic floor mesh. |
| ETH.MESH.02215374-375 - Jacquetin B. Prolene Soft (Gynecare) Mesh for Pelvic Organ Prolapse Surgical Treatment: A Prospective Study of 264 Patients. Abstract 767 |
| ETH.MESH.02215565-567 - Email from Scott Ciarrocca to multiple recipients re: a message from Barbara Schwartz re: Prolift (01.02.2005). |
| ETH.MESH.02217343-44 |
| ETH.MESH.02227651-55 - March 8, 2010 Email from Chanaka Amarasinghe regarding Gynecare Gynemesh M IFU Collaborative Review |
| ETH.MESH.02229013 - Email re: IFU errors |
| ETH.MESH.02229051 - Video: "Biomechanics" |
| ETH.MESH.02229054 - Video: "What to Expect" |
| ETH.MESH.02229055 - Video: "VSD Case Series 1" |
| ETH.MESH.02232685 - Marketing: "Your Proof: Her dance class." |

**Jaime Sepulveda Materials List**

## Production Materials

| |
|---|
| ETH.MESH.02232854-874 - Prolift+M  - Advanced User Discussion |
| ETH.MESH.02233126-187 - Prolift+M Educational Module |
| ETH.MESH.02233410 to ETH.MESH.02233406 US Launch - Premarket Preparation (PMP) |
| ETH.MESH.02233417 to ETH.MESH.02233417 Prosima New Product Request Form |
| ETH.MESH.02233418 to ETH.MESH.02233438 Prosima - Surgical Technique |
| ETH.MESH.02233439 to ETH.MESH.02233451 A New Operation for Vaginal Prolapse Reapir Using Mesh and a Vaginal support Device: 1 Year Anatomic and Functional Results of an International, Multicenter Study. |
| ETH.MESH.02233452 to ETH.MESH.02233467 Prosima - Background and Development History |
| ETH.MESH.02233539 to ETH.MESH.02233539 Prosima - New Product Request Form |
| ETH.MESH.02233540 to ETH.MESH.02233625 Prosima - 2009 Sales Training Program |
| ETH.MESH.02233605 to ETH.MESH.02233605 (B&W) Webinar Invite "The treatment of Symptomstiv Moderate Pelvic Organ Prolapse." |
| ETH.MESH.02233640 to ETH.MESH.02233640  (B&W) Prosima - Module 4: 2-Year Clinical Data |
| ETH.MESH.02233651 to ETH.MESH.02233673 One year Clinical Outcomes Following Prolapse Surgery with Non-Anchored Mesh and a Vaginal Support Device. Results from the International Multicenter Gynecare Prosima ™ Study. |
| ETH.MESH.02233674 to ETH.MESH.02233692 (Marketing) "What is Gynecare Prosima Pelvic Floor Repair System?" |
| ETH.MESH.02233699 to ETH.MESH.02233710 Prosima - An Interview with Dr. Marcus P. Carey. |
| ETH.MESH.02233713 to ETH.MESH.02233714 Objective Success Rate Learning Guide |
| ETH.MESH.02233726 to ETH.MESH.02233727 Prosima Product Page on Ethicon-360 |
| ETH.MESH.02233728 to ETH.MESH.02233728 (native) Gynecare Prosima ™ Key Procedural Steps |
| ETH.MESH.02233834 to ETH.MESH.02233834 (B&W) 2009 Sales Aid Guide |
| ETH.MESH.02233840 to ETH.MESH.02233841 MRI Flashcard "Prosima - The first fixationless mesh system that maintains anatomical position." |
| ETH.MESH.02233842 to ETH.MESH.02233842 Virtual Round Table Registration Form |
| ETH.MESH.02233843 to ETH.MESH.02233849 Clinical Study Findings Discussion for Gynecare Prosima ™ by Piet Hinoul (Audio Transcript). |
| ETH.MESH.02233851 to ETH.MESH.02233851 Document entitled "PROS-438-10-9/12 Prosima Short Procedural Video." |
| ETH.MESH.02233857 to ETH.MESH.02233859 AJOG Press Release (Draft) |
| ETH.MESH.02233862 to ETH.MESH.02233880 AALG in booth presentation. "Proof in the Treatment of Pelvic Organ Prolapse"  Douglas Van Drie, M.D. |
| ETH.MESH.02233881 to ETH.MESH.02233888 Zyczynski, H.M. "One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device." Am J Obstet Gynecol (2010) 203. |
| ETH.MESH.02233961 to ETH.MESH.02233961 Virtual Round Table Follow-up Letter. |
| ETH.MESH.02233962 to ETH.MESH.02233962 Virtual Round Table Follow-up Letter. |
| ETH.MESH.02233963 to ETH.MESH.02233963 Virtual Round Table Invitation |
| ETH.MESH.02233964 to ETH.MESH.02233964 (B&W) Prosima DVD |
| ETH.MESH.02234001 to ETH.MESH.02234002 (Marketing) The Gynecare Prosima ™ Pelvic Floor Repair System Story |
| ETH.MESH.02234005 to ETH.MESH.02234171 Prosima Sales Training Program |
| ETH.MESH.02234173 to ETH.MESH.02234177 Prosima Messgaging practice Coaching Check List |
| ETH.MESH.02237103-104 - Gynecare TVT™ Family of Products Tension-free Support for Incontinence. |

**Jaime Sepulveda Materials List**

### Production Materials

| |
|---|
| ETH.MESH.02237107 to ETH.MESH.02237115 Introducing Gynecare Prosima for Ethicon Epiphany 247. |
| ETH.MESH.02248778 - Mechanical vs Machine Cut (Laser.Ultrasonic) Mesh Particle loss less than 2 percent for both |
| ETH.MESH.02270724 - (07.19.2003) Email string, top one from Michel Cosson to Scott Ciarrocca re: Gynemesh holding force in tissue. |
| ETH.MESH.02270766-767 - (11.21.2003) Email string, top one from Michel Cosson to Scott Ciarrocca re: D'Art, risk question. |
| ETH.MESH.02270857-858 - (07.16.2004) Email from Laura Angelini to multiple recipients re: D'Art - Conversation with Prof. Jacquetin. |
| ETH.MESH.02286052-053 - Email string, top one from S. O'Bryan to S. Ciarrocca re: Prolift IFU |
| ETH.MESH.02318553 to ETH.MESH.02318554 Gynecare Prosima ™ Combined Pelvic Floor Repair System Clinical Strategy. |
| ETH.MESH.02319312 - Memo re-TVT-base & TVT-O Complaint Review for Laser Cut Mesh Risk Analysis |
| ETH.MESH.02322037 to ETH.MESH.02322039 Email string, top one from Piet Hinoul to Aaron Kirkemo, et al. re: Neo clinical trial. |
| ETH.MESH.02330776 - GYNECARE TVT-Obturator System - The reporducible vaginal approach delivering results, precision and proven mesh |
| ETH.MESH.02340331-335 - TVT IFU (12.22.03 to 02.11.05) |
| ETH.MESH.02340568-591 - TVT Secur IFU |
| ETH.MESH.02340568-90 - TVT-S IFU |
| ETH.MESH.02340829-835 - TVT-O IFU - (01.07.04 to 03.04.05) |
| ETH.MESH.02341203-13 - TVT Abbrevo IFU |
| ETH.MESH.02341398-410 - Prosima IFU (6.18.10 to discontinuance) - English only 13 pages |
| ETH.MESH.02341398-453 - Prosima IFU |
| ETH.MESH.02341454-459 - Gynecare Prolift IFU (English Only) |
| ETH.MESH.02341522-527 - Gynecare Prolift IFU (English Only) |
| ETH.MESH.02341658-664 - Gynecare Prolift IFU (English Only) |
| ETH.MESH.02342194-196 - Gynecare Gynemesh PS IFU (English Only) |
| ETH.MESH.02342218-220 - Gynecare Gynemesh PS IFU (English Only) |
| ETH.MESH.02342250-252 - Gynecare Gynemesh PS IFU (English Only) |
| ETH.MESH.02342278-279 - Gynecare Gynemesh PS IFU (English Only) |
| ETH.MESH.02579701-06 - Email re: Piet re Problem with posterior inserter |
| ETH.MESH.02596085 - Letters to the Editor 2010; 1457 |
| ETH.MESH.02596702 - TVT-Secur Workshop Dr. Sepulveda MC Eramus Rotterdam 27/5 |
| ETH.MESH.02596703-704 - TVT-Secur Workshop Dr. Sepulveda 27/5 Procedural Guidelines for Hammock placement |
| ETH.MESH.02597949 to ETH.MESH.02597950 Hinoul, P., et al. "A "mesh" made in heaven: synergy between the urogynaecological device industry and evidence based medicine." |
| ETH.MESH.02599918 to ETH.MESH.02599920 Email string, top one from Piet Hinoul to Kevin Frost re: 1-year Prosima Data Conference Call. |
| ETH.MESH.02603812-821 - Dissection Techniques in Transvaginal Pelvic Organ Prolapse Repair with Synthetic Mesh |
| ETH.MESH.02656825-834 - Issue Report Pence FN 218 TVT-O 2010 |
| ETH.MESH.02658316 - Cover Letter |
| ETH.MESH.02658317-352 - Postmarket Surveillance Study No. PS120043; Gynecare Prolift +M Pelvic Floor Repair Systems; Gynecare Prolift Pelvic Floor Repair Systems |

**Jaime Sepulveda Materials List**

## Production Materials

| |
|---|
| ETH.MESH.02967410 to ETH.MESH.02967412 Study: Prosima (300-06-005); Plots/charts for 12-month vs. baseline safety analysis set. |
| ETH.MESH.03048942 to ETH.MESH.03048942 Document entitled "New" Mint January 05, 2006. |
| ETH.MESH.03049774 to ETH.MESH.03049775 Gynecare Prosima* Combined Pelvic Floor Repair System: Clinical Strategy. |
| ETH.MESH.03056578 to ETH.MESH.03056580 Email string from Colin Urquhart to David Robinson and Judith Gauld re: Prosima* investigator bulletin. |
| ETH.MESH.03109341 to ETH.MESH.03109341 Email string, top one from Judi Gauld to Halina Zyczynski re: Prosima well received at AUA. |
| ETH.MESH.03160821 to ETH.MESH.03160821 Email from Judith Gauld to Allison London Brown re: US Prosima Sites; cc: David Robinson, et al. |
| ETH.MESH.03160822 to ETH.MESH.03160823 Email string, top one from Judith Gauld to Stephanie Kute re: MINT Design Validation Dates; cc: Dan Smith, et al. |
| ETH.MESH.03160827 to ETH.MESH.03160828 Email string, top one from Colin Urquhart to Stephanie Kute re: Doctors contacted for DVal as of today; cc: Judith Gauld, et al. |
| ETH.MESH.03162936 to ETH.MESH.03162938 Email string from Judith Gauld to David Robinson and Jonathan Meek re: Marcus Carey US visit. |
| ETH.MESH.03259439-40 - 4.24.2009 Gauld email chain re Green Journal |
| ETH.MESH.03361293 - Mesh Platform Review: Somerville, November, 2010. |
| ETH.MESH.03393725 to ETH.MESH.03339731 Sikirica, V, et al. "Sexual Function 12 Months Following Vaginal Prolapse Repair Augmented by Mesh and a Vaginal Support Device" ICS/IUGA (2010) Abstract |
| ETH.MESH.03396246 to ETH.MESH.03396246 VSD Patient Information (Slim Jim) - "Stop Coping Start Living." |
| ETH.MESH.03427757 to ETH.MESH.03427759 EWHU eClinical Compendium - Article Summary. Barber, M.D., et al. "Transobturator Tape Compared with Tension-free Vaginal Tape for the Treatment of Stress Urinary Incontinence: A Randomized Controlled Trial. |
| ETH.MESH.03427878-883 - TVT IFU - (11.29.10 to11.26.14) |
| ETH.MESH.03439842 to ETH.MESH.03439846 Prosima Sales Aid Training Deck - "What could a truly tension-free repair mean for you and your patients?" |
| ETH.MESH.03440816 to ETH.MESH.03440836 Prosima Revised Webinar Deck - Overview |
| ETH.MESH.03458123-38 - TVT Patient Brochure |
| ETH.MESH.03460813-853 - Prolift Surgeon's Resource Monograph, approved 4.13.2007 |
| ETH.MESH.03463398-407 - Email from Stacy Hoffman to Mary Byerly August 12, 2010 RE: FW: Urogynecological urinary incontinence product contract |
| ETH.MESH.03466382-83 - Email string dated 5/12/2011, top one from Kevin Frost to Benjamin Bouterie re: Dr. Bedestani; cc: Stacy Hoffman |
| ETH.MESH.03471308 - Chart entitled "Pedm Monthly Status." |
| ETH.MESH.03497846-47 - MD&D Complaint Pence FN 216 |
| ETH.MESH.03612364 to ETH.MESH.03612364 Gynecare Prosima Pelvic Floor Repair Preceptorship, Course Overview. |
| ETH.MESH.03626267 to ETH.MESH.03626269 Email string, top one from Jennifer Paradise to Susie Chilcoat re: Prosima Professional Education Slide Deck Conference Call. |
| ETH.MESH.03643392 to ETH.MESH.03643395 Email string, top one from Jennifer Paradise to Adrian Roji, et al. re: Approved for distribution: FDA Notification FAQS and Customer Letter. |
| ETH.MESH.03649244-249 - Risk Management Report TVT SECUR System |

**Jaime Sepulveda Materials List**

## Production Materials

| |
|---|
| ETH.MESH.03667696 – Company Procedure for US Regulatory Affairs Review of Promotion and Advertising Material for Medical Devices |
| ETH.MESH.03714002-018 - Martin Weisberg Clinical Report on TVT-S 12.2.05 |
| ETH.MESH.03714599-614 - Martin Weisberg Clinical Report on TVT-S |
| ETH.MESH.03715978 - Weisberg email re: TVT question. |
| ETH.MESH.03736120-127 - Gynemesh PS: A New Mesh for Pelvic Floor Repair Early Clinical Experience |
| ETH.MESH.03895925-26 - Email from Frost to Affeld, et al. re: Sales Rep Training on Prosima 5/18 |
| ETH.MESH.03905472-77 - Email string re-TVT recommendation from Dr. Alex Wang |
| ETH.MESH.03905619-621 - Email from Martin Weisberg to Patirica Hojnoski September 15, 2005 RE: Clinical Expert Report |
| ETH.MESH.03905968-975 - Prolift Patient Brochure: POP, Get the facts, be informed, make your best decision |
| ETH.MESH.03905976-991 - Prolift Patient Brochure: POP, Get the facts, be informed, make your best decision |
| ETH.MESH.03906001-20 - Patient Brochure: What You Should Know About Pelvic Organ Prolapse. Stop Coping. Start Living. Dated 11/9/2009 |
| ETH.MESH.03906037-052 - Prolift Patient Brochure: Treatment Options for POP, stop coping, start living |
| ETH.MESH.03907468-9 - Second Generation TVT -  by Axel Arnaud |
| ETH.MESH.03910175 - Email string re - Soft Prolene |
| ETH.MESH.03910418-21 - Email string re-Mini TVT - mesh adjustment |
| ETH.MESH.03911107-08 - Email string re-TVT complications (an Prof. Hausler) |
| ETH.MESH.03911901-910 - Deprest J, et al. The biology behind fascial defects and the use of implants in pelvic organ prolapse repair. Int Urogynecol J (2006) |
| ETH.MESH.03913357-359 - Axel Arnaud Email 5.31.07 Re TVT TVT-O |
| ETH.MESH.03916905-13 - Plaintiff's Exhibit 3827 |
| ETH.MESH.03917375-378 - (11.26.2002) Email string, top one from Martin Weisberg to Dr. Richard Juraschek, et al. re: Mini TVT - mesh adjustment. |
| ETH.MESH.03921355-156 - Miller, D. Prospective Clinical Assessment of the Total Vaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse - 6 and 12 month results. |
| ETH.MESH.03921836-838 - Email from Laurent Metz to Sheri Dodd RE: TVT - Secur Registry - Local Activities |
| ETH.MESH.03922483-484 - Email from Andrew Beveridge to DL-JNJFRIS EWHU Umbrellas April 26, 2007 RE: GYNECARE TVT SECUR* System Wins Medical Design Excellence Award |
| ETH.MESH.03924557-86 - Meshes in Pelvic Floor Repair-Findings from literature review and conversations-interviews with surgeons, June 6, 2000. |
| ETH.MESH.03930120-123 - Nilsson C. Seven-Year Follow-up of the Tension-Free Vaginal Tape Procedure for Treatment of Urinary Incontinence. Obstet Gynecol 2004; 104(6): 1259-62 |
| ETH.MESH.03932909-911 - Confidential - History of TVT-O |
| ETH.MESH.03932912 - The History of TVT |
| ETH.MESH.03932912-14 - History of TVT |
| ETH.MESH.03941623 - DeLeval Email RE: TVT ABBREVO ALERT - French and English Email and English Translation Certification Plaintiff's Exhibit 3619- Perry |
| ETH.MESH.03959337 - Prolift+M vs. Prosima - 2 year results |
| ETH.MESH.03962244  Dear Surgeon letter 7/18/11 |

**Jaime Sepulveda Materials List**

### Production Materials

| |
|---|
| ETH.MESH.03984409 to ETH.MESH.03984410 Email string, top one from Scott Finley to Greg Prine re: Pelvic Floor Repair Customer Meeting. |
| ETH.MESH.03989722 to ETH.MESH.03989723 Email string, top one from Jim Gatewood to Rebecca Ryder re: Prosima 2 Year data Dinner. |
| ETH.MESH.03989781 to ETH.MESH.03989782 Email from Jim Gatewood to Marilyn Valdes re: Norfolk, VA, Dec 2, 2010 Prosima Awareness Dinner Information. |
| ETH.MESH.03991591 to ETH.MESH.03991592 Memo re: Gynecare Studies; created by Randall Gore. |
| ETH.MESH.04005090-91 - Ethicon informs FDA of discontinuation |
| ETH.MESH.04005092-93 - Ethicon's Notification to FDA to Decommercialize |
| ETH.MESH.04005095-96 - Ethicon's Notification to FDA regarding Decommercialization |
| ETH.MESH.04042511 to ETH.MESH.04042512 Slack, M., et al. Presentation Title: "Clinical Experience of a Novel Vaginal Support Device and Balloon used to Simplify Mesh Augmented Vaginal surgery for Prolapse." |
| ETH.MESH.04046302 - Gynecare TVT Tension-free Support for Incontinence and Gynecare TVT-O Tension-free Support for Incontinence Update |
| ETH.MESH.04048515-520 - Carl Nilsson KOL Interview Project Scion 06.18.08 |
| ETH.MESH.04077172 to ETH.MESH.04077172 Powerpoint: Gynecare LatAm Moments at IUGA Congress 2010 |
| ETH.MESH.04081189 - Meeting Agenda |
| ETH.MESH.04081189-190 - Meeting Agenda |
| ETH.MESH.04082973 - Possible Complications for Surgeries to Correct POP and SUI |
| ETH.MESH.04092868 - Email re : 10100080654 and TVT IFUs |
| ETH.MESH.04093125 - Email from Meng Chen to Bryan Lisa January 29, 2009 RE: FW: TVT IFUs on tape extrusion, exposure and erosion |
| ETH.MESH.04099233-234 - Email from Melissa Day to Luis Blanco September 24. 2008 RE: #1010078150 |
| ETH.MESH.04126903-906 - Email from Jan Law to Aran Maree November 8, 2007 RE: Hi Jan, I didn't' hear back from Malcom at all yesterday. Any chance of this morning? I am at ELT meeting but mobile and e mail are on. |
| ETH.MESH.04201880 - Prosima Training Deck 2 |
| ETH.MESH.04381806 to ETH.MESH.04381819 Literature Review on Biocompatibility of Prolene Sutures and Impants |
| ETH.MESH.04427456 to ETH.MESH.14427457 FDA Letter re: K063562 Gynecare Prosima Pelvic Floor Repair Systems |
| ETH.MESH.04474731 - Ethicon's Cover Letter Response to TVT Secur 522 Order |
| ETH.MESH.04474733 - Ethicon's TVT Secur Postmarket Surveillance Study Plan: {S120095; Gynecare TVT Securm System |
| ETH.MESH.04476265-72 - April 24 2012 email to FDA |
| ETH.MESH.04476274-75 - Email re: Meeting Minutes from April 18 2012 meeting w FDA |
| ETH.MESH.04543334 - Email re: Faculty & Customer Call Post-FDA Panel Mtg on 9/12 |
| ETH.MESH.04543335  Pelvic Organ Prolapse Surgical Mesh Discussion call in information 9/12/11 |
| ETH.MESH.04543336  Pelvic Organ Prolapse Surgical Mesh Discussion call in information 9/12/11 |
| ETH.MESH.04548931-35 |
| ETH.MESH.04548975 - Email re: Piet's response to 522 FDA refusal clean |
| ETH.MESH.04550996-97 Email string, top one from Piet Hinoul to Marcus Carey and Richard Gooding re: Prosima VSD on market. |

**Jaime Sepulveda Materials List**

**Production Materials**

| |
|---|
| ETH.MESH.04551757-95 E-mail with attachment from Piet Hinoul to Jeffrey Hammond, Dr. James Hart, et al. regarding Benefit risk profile TVM |
| ETH.MESH.04551946  Ethicon Gynecare WW Commercialization Decision - US Surgeon Letter 6/1/12 |
| Eth.Mesh.04554662  Ethicon Gynecare WW Commercialization Decision - US Frequently Asked Questions 6/1/12 |
| ETH.MESH.04554687 - FDA letter to Ethicon re 522 Orders (Kanerviko 2013-08-22 29) |
| ETH.MESH.04556236 - Email re: Piet's takeaways from 2011 FDA meeting |
| ETH.MESH.04558399-409 - Iglesia C. Vaginal Mesh for Prolapse: A Randomized Controlled Trial. Obstet Gynecol 2010;116:293-303 |
| ETH.MESH.04567040-44 - FDA's Response to proposed study plan-04.02.2012 |
| ETH.MESH.04567080 - FDA's Resposne to Discontinuation and Agreement to Hold 522 Responses |
| Eth.Mesh.04567174  Ethicon Gynecare US Commercialization Decision - US Discussion Guide for Use with Customers 5/15/12 |
| Eth.Mesh.04567674  Ethicon Gynecare US Commercialization Decision - Core Messages 5/15/12 |
| Eth.Mesh.04567677-79  Frequently asked questions 5/15/12 |
| Eth.Mesh.04567680-81  Message from Laura Angelini to Internal WW Associates 5/15/12 |
| Eth.Mesh.04567686-79  US Sales Call Script for Matt Henderson 5/15/12 |
| Eth.Mesh.04567695  Ethicon Gynecare WW Commercialization Decision - Core Messages 6/1/12 |
| Eth.Mesh.04567698  Ethicon Gynecare WW Commercialization Decision - Standby Statement 6/1/12 |
| Eth.Mesh.04567707  Ethicon Gynecare WW Commercialization Decision - Chuck Austin Message to WW General Surgery Employees 6/1/12 |
| Eth.Mesh.04567726  Ethicon Gynecare WW Commercialization Decision - Tim Schmid message to US General Surgery Employees 6/1/12 |
| ETH.MESH.04568448 - Email re: Piet following 2011 Ad Com |
| ETH.MESH.04568519 - Email dated 6/8/2012 from Matt Henderson to Tim Schmid re: 522 Communication Recap |
| ETH.MESH.04568519 to ETH.MESH.04568519 Email from Matt Henderson to Tim Schmid re: 522 Communication Recap. |
| ETH.MESH.04568717-18 - Email from Tim Schmid to Chuck Austin dated 6/8/12 re: Prolift +M withdrawal notice |
| ETH.MESH.04925553-91 - Postmarket Surveillance Study PS120044, Gynecare Prosima ™ Pelvic Floor Systems - K063562 dated 2/1/2012 |
| ETH.MESH.04926191-92 |
| ETH.MESH.04927339-40 - FDA's Resposne to Discontinuation Notification-07.09.2012 |
| ETH.MESH.04931596 - Kanerviko email re 40000 page response to 522 |
| ETH.MESH.04938298-299 - Piet Hinoul Email Re: Prof. de Leval - TVT Abbrevo |
| ETH.MESH.04939001 - Letter from Dr. Joerg L. Holste, re: Biocompatibility Risk Assessment for Laser-cut Implant of Gynecare TVT |
| ETH.MESH.04941016 - Lightweight Mesh Developments (Powerpoint) |
| ETH.MESH.04945231-239 - Email string re-Ultrapro vs Prolene Soft Mesh |
| ETH.MESH.04945496 - Bernd Klosterhalfen Email Re: Ultrapro vs. Prolene Soft Mesh April 18, 2005 |
| ETH.MESH.05009194 |
| ETH.MESH.05092843 to ETH.MESH.05092843 Chart listing lab schedule for August 11th. |
| ETH.MESH.05106233 to ETH.MESH.05106234 Email string, top one from Kevin Frost to danhalt@gmail.com, et al. re: Reminder: Prosima Professional Education Slide Deck Conference Call Tonight 7pm EST. |

Jaime Sepulveda Materials List

**Production Materials**

| |
|---|
| ETH.MESH.05164225 to ETH.MESH.05164226 EWHU eClinical Compendium - Article Summary. Reisenauer, C., et al. "Anatomic study of prolapse surgery with nonanchored mesg and a vaginal support device." |
| ETH.MESH.05165675 to ETH.MESH.05165677 EWHU eClinical Compendium - Article Summary. Barber, M.D., et al. "Defining success after surgery for pelvic organ prolapse." Obstet Gynecol (2009) 114:600-609. |
| ETH.MESH.05217098 to ETH.MESH.05217100 FDA Clearance Letter, Modified PROLENE |
| ETH.MESH.05217103 to ETH.MESH.05217144 Letter to FDA re: Notification of Intent |
| ETH.MESH.05225380-384 - TVT IFU - (09.08.00 to 11.26.03) |
| ETH.MESH.05337217-220 - Email string, top one from D. Miller to J. Paradise, et al |
| ETH.MESH.05343480 to ETH.MESH.05343482 Email string, top one from Joseph Lanza to Bart Pattyson re: Review EWHU IUGA events. |
| ETH.MESH.05343757 to ETH.MESH.05343758 Email string, top one from Kevin Frost to Bart Pattyson re: July 31 Heads Up; cc: Lissette Caro-Rosado. |
| ETH.MESH.05347751-762 - Email string re Investigator-initiated studied policy |
| ETH.MESH.05404976 - Commerical-in-confidence Update to the TGA on TVT Secur™ 1 May 2008 |
| ETH.MESH.05469908 to ETH.MESH.05469912 Email string, top one from Thomas Barbolt to Dr. Joerg Holste, et al. re: Ultrapro; cc: Laura Angelini, et al. |
| ETH.MESH.05479411 - The (clinical) argument of lightweight mesh in abdominal surgery |
| ETH.MESH.05479535 |
| ETH.MESH.05534022 - Revision History for TVT Secur application FMEA |
| ETH.MESH.05560563-564 - Email from Patricia Hojnoski to Martin Weisberg September 13, 2005 RE: Clinical Expert Report; ETH.MESH.05560579-80 - Email from Patricia Hojnoski to Martin Weisberg September 15, 2005 RE: Clinical Expert Report |
| ETH.MESH.05571741 to ETH.MESH.05571741 Email string, top one from Jim Gatewood to Robert Zipfel re: Gynecare Prof Ed - Approved: Request for Speaker Event. |
| ETH.MESH.05573916 to ETH.MESH.05573917 Email string, top one from Kevin Frost to Jennifer Paradise re: Prosima VRT Reminder - Honoraria Payments; cc: Paul Parisi. |
| ETH.MESH.05588123-126 - Stephen Wohlert Email - AW: How inert is polypropylene? July 9, 2007 |
| ETH.MESH.05644163-171 - Pelvic Floor Repair-Surgeon's Feed-back on Mesh Concept |
| ETH.MESH.05741094 to ETH.MESH.05741094 Email from Rhonda Peebles to Samuel Sheelu, et al. re: Additional room for Ask the Expert sessions; cc: Alyson Wess, et al. |
| ETH.MESH.05741890 to ETH.MESH.05741891 Email string, top one from Christopher Teasdale to Tom Affeld, et al. re: Additional room for Ask the Experts sessions. |
| ETH.MESH.05799233-39 - TVT Exact IFU |
| ETH.MESH.05820723 - Dear Surgeon Letter re Discontinuation |
| ETH.MESH.05835298 to ETH.MESH.05835308 Pelvic Organ Prolapse - Patient Counseling Guide. |
| ETH.MESH.05837063 to ETH.MESH.05837110 Pelvic Organ Prolapse Value Dossier. Gynecare Prolift, Gynecare Prolift +M, Gynecare Prosima. |
| ETH.MESH.05840629 to ETH.MESH.05840629 Powerpoint Presentation entitled "Continuum of Education." |
| ETH.MESH.05918776 - Email re: Marlex Experience |
| ETH.MESH.05922038 to ETH.MESH.05922038 Letter from Patricia Nevar to Jaime Sepulveda, M.D. re: Secrecy Agreement for Prosima. |
| ETH.MESH.05947160 to ETH.MESH.05947163 Email from Patricia Holland to Andre Fontes re: Partnership Plus Follow up_Gynecare_Reminder; cc: Fernando Nassif, et al. |
| ETH.MESH.05958248 - Surgeons Resource Monograph |

**Jaime Sepulveda Materials List**

## Production Materials

| |
|---|
| ETH.MESH.05967586 to ETH.MESH.05967587 Email string, top one from Robert Zipfel to Susie Chilcoat re: Prosima Preceptor-Led Virtual Round Tables (VRTs) faculty payment. |
| ETH.MESH.05987605-06 - Email re: Piet's response to 522 FDA refusal |
| ETH.MESH.05998835-836 - Piet Hinoul Email Re: ALERTE TVT ABBREVO |
| ETH.MESH.06050509 - Email from Aran Maree to Darryl Harkness November 20, 2007 RE: TVT Secur discussions Somerville Tues 20 Nov |
| ETH.MESH.06050795-796 - Memo to TVT Secure DHF #0000120 from Gary Borkes RE: TVT Secur 12 month post launch review August 17, 2007 |
| ETH.MESH.06113091 to ETH.MESH.06113092 Email from Debra Mayfield to DL-ETHUSSO EWHU WESTERN REGION re: Prosima VRT Invitation Plan - due Jan 28. |
| ETH.MESH.06124656 to ETH.MESH.06124657 Email string, top one from Andrew Meek to Bart Pattyson re: Prosima training. |
| ETH.MESH.06124954 to ETH.MESH.06124955 Email string, top one from Bart Pattyson to Marcos Fujihara re: Prosima training in Miami with Dr. Jaime Sepulveda. |
| ETH.MESH.06125000 to ETH.MESH.06125001 Email string, top one from Bart Pattyson to Robert Zipfel re: Prosima in LATAM. |
| ETH.MESH.06125058 to ETH.MESH.06125058 Email from Bart Pattyson to Eugene Brohee re: June 21 - Latin America doctors in town; cc: Selena Lessa. |
| ETH.MESH.06125098 to ETH.MESH.06125098 Email string, top one from Bart Pattyson to Georgia Long re: updated agenda - May 8th. |
| ETH.MESH.06125277 to ETH.MESH.06125277 Email string, top one from Marcos Fujihara to Bart Pattyson, et al. re: Prosima presentation in Miami. |
| ETH.MESH.06125309 to ETH.MESH.06125309 Email string, top one from Robert Zipfel to Bart Pattyson re: Prosima in LATAM. |
| ETH.MESH.06125502 to ETH.MESH.06125502 Email string, top one from Georgia Long to Bart Pattyson re: may 8th. |
| ETH.MESH.06151466 to ETH.MESH.06151467 Email string, top one from David Robinson to Judith Gauld re: Jaime Sepulveda. |
| ETH.MESH.06238611 to ETH.MESH.06238611 Email from Mark Kenyon to Aaron Kirkemo re: NEO Surgical Guide - Role & Responsibilities; cc: Vincenza Zaddem. |
| ETH.MESH.06255523 to ETH.MESH.06255534 Gynecare Prosima ™ Pelvic Floor Repair System. "An Expert Interview with Dr. Marcus P. Carey, MBBS, FRANZCOG, CU, the Inventor of the Gynecare Prosima System." |
| ETH.MESH.06382976-987 - Jia, X. Efficacy and safety of using mesh or grafts in surgery for anterior and/or posterior vaginal wall prolapse: systematic review and meta-analysis. BJOG 2008; 115: 1350-1361 |
| ETH.MESH.06388151 to ETH.MESH.06388151 Powerpoint: Prolift Pelvic Floor Repair - MDV Reported Complaints |
| ETH.MESH.06480608 to ETH.MESH.06480609 Email string, top one from Judith Gauld to Stephanie Kute re: MINT Design Validation Dates; cc: Dan Smith, et al. |
| ETH.MESH.06482821 to ETH.MESH.06482822 Email from Judith Gauld to Tony Smith re: Prosima Investigator Meeting; cc: David Robinson. |
| ETH.MESH.06585815 to ETH.MESH.06585815 Powerpoint: Agenda |
| ETH.MESH.06591558 to ETH.MESH.06591559 Email string, top one from Tom Affeld to Shwetal Narvekar re: Pre-launch Awareness for Prosima with Dr. Marcus Carey; cc: Bart Pattyson, et al. |
| ETH.MESH.06592243 - 09.14.2012 Email from Carl Nilsson to Laura Angelini |

**Jaime Sepulveda Materials List**

**Production Materials**

| |
|---|
| ETH.MESH.06695438 - Justification for Utilizing the Elasticity Test as the Elongation Requirements on TVT LCM |
| ETH.MESH.06769156 to ETH.MESH.06769156 Powerpoint: A New Operation for Vaginal Prolapse Repair Using Mesh and a Vaginal Support Device: 1 Year Anatomic and Functional Results of an International, Multicenter Study. Mark Slack, Cambridge, UK for the Prosima Study Group. |
| ETH.MESH.06887138-40 - Waltregny email written on behalf of Professor de Leval. |
| ETH.MESH.06887244 - 07.16.04 David Waltregny email to Dan Smith re: TVT-O. |
| ETH.MESH.06917699-704 - Form For Customer Requirements Specification (CRS) For Project TVT-O PA |
| ETH.MESH.06923868-71 - TVTO-PA Clinical Strategy - 8.21.13 Exhibit A.M. Mitchell T-2177 |
| ETH.MESH.0706066 - Clinical Evaluation Report for the TVT SECUR signed by David Robinson on 2/28/12 |
| ETH.MESH.07105727 to ETH.MESH.07105727 Email string, top one from Laura Vellucci to Colin Urquhart re: Prosima publication. |
| ETH.MESH.07189091 to ETH.MESH.07189091 Powerpoint: From presentation to publication: ensuring quality in the reporting of urogynaecology research. IUGA "This house believes that industry sponsorship has a corrosive influence on standards of scientific reporting." Conflict of interests: Piet Hinoul, M.D. |
| ETH.MESH.07190144 to ETH.MESH.07090145 Email string, top one from Judi Gauld to Piet Hinoul, Colin Urquhart re: +M Abstract. |
| ETH.MESH.07192929 - Investigating Mesh Erosion in Pelvic Floor Repair Powerpoint |
| ETH.MESH.07201006 - Prolift Professional Education Slide Deck (2007) |
| ETH.MESH.07219196 to ETH.MESH.07219209 Clinical Expert Report - Prosima ™ signed by David Robinson. |
| ETH.MESH.07226579-590 - 2000 - TVT CER |
| ETH.MESH.07229215 to ETH.MESH.07229245 Clinical Expert Report - Prosima ™ signed by Piet Hinoul. |
| ETH.MESH.07229312-42 - Clinical Expert Report Gynecare Prosima ™ Pelvic Floor Repair System signed by Piet Hinoul dated 9/25/2012 |
| ETH.MESH.07296496 to ETH.MESH.07296496 Chart listing Week Schedule and Lab Flow. |
| ETH.MESH.07308636 to ETH.MESH.07308637 Email from Tom Affeld to Clifford Volpe, et al. re: Surgeon's view on Prosima; cc: Lissette Caro-Rosado, et al. |
| ETH.MESH.07324554-55 |
| ETH.MESH.07351297 - Application FMEA for TVT Classic Doc# FMEA-0000536 Rev.<1> |
| ETH.MESH.07374762 to ETH.MESH.07374763 Email from Lissette Caro-Rosado to Jaime Sepulveda, et al. re: Pelvic Floor Advisory Board; cc: Bart Pattyson, et al. |
| ETH.MESH.07379573 to ETH.MESH.07379574 Email string, top one from Kevin Frost to Ahmet Bedestani, et al. re: Purpose; cc: Matt Henderson, et al. |
| ETH.MESH.07383730-31 - Email string re-Ultrapro mesh information-identical mesh to Prolift +M |
| ETH.MESH.07384790 to ETH.MESH.07384791 Email string, top one from Robert Zipfel to Lissette Caro-Rosado re: Prosima and Advanced Prolift Preceptorship with Dr. Sepulveda and Drs. Antar, Jones, and Schlafstein on Monday Jan 4, 2010. |
| ETH.MESH.07396541-546 - Procedural Pearls & Frequently Asked Questions |
| ETH.MESH.07452663 - Ethicon Powerpoint Neuchatel, particles in TVTO Blisters Pence FN 219 |
| ETH.MESH.07453752-57 - Email from Shalot Armstrong dated 9.1.10 |
| Eth.Mesh.07462313 Email from Adrian Roji dated 8/19/11 re update message to the field re FDA notification response |

**Jaime Sepulveda Materials List**

### Production Materials

| |
|---|
| ETH.MESH.07587090 to ETH.MESH.07587091 Email string, top one from Judith Gauld to Patricia Nevar re: Dr. Sepulveda; cc: Colin Urquhart. |
| ETH.MESH.07628243 to ETH.MESH.07628243 EWH&U Gynecare Prosima ™ Pelvic Floor Repair System Faculty Checklist. |
| ETH.MESH.07630654 to ETH.MESH.07630654 Email string, top one from Greg Prine to Stevan Barendse, Robert Zipfel re: Prosima targets. |
| ETH.MESH.07631488 to ETH.MESH.07631488 Email string, top one from Selena Lessa to Robert Zipfel re: Prosima course with Sepulveda. |
| ETH.MESH.07631752 to ETH.MESH.07631753 Email string, top one from Eric Globerman to Nicole Huffman re: Prosima course; cc: Robert Zipfel. |
| ETH.MESH.07631967 to ETH.MESH.07631968 Email string, top one from Stacy Hoffman to Robert Zipfel, Kimberly Heath re: Prosima Lab. |
| ETH.MESH.07632042 to ETH.MESH.07632042 Event request form for Sepulveda Preceptorship. |
| ETH.MESH.07632042 to ETH.MESH.07632043 Email from Kevin Frost to danhalt@gmail.com, et al. re: Save the Date: Prosima Faculty Conference Call 7/20 at 7pm EST; cc: Jennifer Paradise. |
| ETH.MESH.07634049 |
| ETH.MESH.07636090 to ETH.MESH.07636090 Prosima Cadaver Lab Invitation |
| ETH.MESH.07653362 to ETH.MESH.07653363 Email string, top one from Tommaso Santini to Kevin Frost, et al. re: US Surgeon; cc: Tom Affeld. |
| ETH.MESH.07876748  - A 3 month pre-clinical trial to assess the fixation force of a new TVT (TVTx) in the sheep model |
| ETH.MESH.07931680 to ETH.MESH.07931681 Email string, top one from Bart Pattyson to Jeff Hsieh re: Prosima Professional Education Slide Deck Conference Call. |
| ETH.MESH.07951163 to ETH.MESH.07951163 Document re: Prosima's apical/anatomical success rates and functional outcomes. |
| ETH.MESH.07953429 to ETH.MESH.07953433 EWH&U 2011 Field Visit Letter |
| ETH.MESH.07977911 |
| ETH.MESH.08003181-96 - TVT Patient Brochure |
| ETH.MESH.08003231-46 - TVT Patient Brochure |
| ETH.MESH.08003263-278 - TVT Secur IFU |
| ETH.MESH.08003279-294 - TVT Secur IFU |
| ETH.MESH.08003279-94 - TVT Patient Brochure |
| ETH.MESH.08003295-302 - TVT Patient Brochure |
| ETH.MESH.08021804 to ETH.MESH.08021807 Email string, top one from Libby Lewis to Kenneth Pagel, et al. re: Journal Club - trocar-less vaginal mesh kits. |
| ETH.MESH.08023741 to ETH.MESH.08023744 Email string, top one from Scott Miller to Jonathan Fernandez re: Prosima Take Away Messages. |
| ETH.MESH.08033153 to ETH.MESH.08033153 Document entitled "Prevalence and risk factors for mesh erosion after laparoscopic-assisted sacrocolpopexy." Author(s) Jasmine Tan-Kim, Shawn A, Menefree, Karl M, Luber, Charles W. Nager, Emily S. Lukacz. |
| ETH.MESH.08048738 to ETH.MESH.08048740 Email from David Jackson to Selena Lessa re: Prosima course with Sepulveda. |
| ETH.MESH.08066452 to ETH.MESH.08066452 |
| ETH.MESH.08107354 - Gynecare TVT Tension-free Support for Incontinence: Professional Education Slides |
| ETH.MESH.08135444 to ETH.MESH.08135444 Gynecare Prosima - Pelvic Floor Repair System Proctorship |

**Jaime Sepulveda Materials List**

## Production Materials

| |
|---|
| ETH.MESH.08139049 to ETH.MESH.08139118 Pelvic Organ Prolapse - The Role of Prosima. Author: Mark Slack. |
| ETH.MESH.08161765 to ETH.MESH.08161765 Email from Suzy Taylor to Jared Aldridge, et al. re: Follow up to FDA Mesh Advisory. |
| ETH.MESH.08169582 to ETH.MESH.08169620 Surgical Practice of POP survey on Survey Monkey. |
| ETH.MESH.08290691 to ETH.MESH.08290691 |
| ETH.MESH.08299913-917 - Nilsson C. Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. Int Urogynecol J 2013; 24(8): 1265-9 [9.11.13 Exhibit T-1271] |
| ETH.MESH.08309057 to ETH.MESH.08309092 Document entitled "Benefit-Risk Profile of Ethicon, Inc.'s Pelvic Organ Prolapse Mesh Repair Products." |
| ETH.MESH.08315779 - Clinical Expert report-09.25.2012 |
| ETH.MESH.08315779-810 - Clinical Expert Report Gynecare Prolift+M™ Pelvic Floor Repair System signed by Piet Hinoul dated 9/25/2012 |
| ETH.MESH.08334244; ETH.MESH.08334245 - Email re Photographs of LCM vs MCM with attachments |
| ETH.MESH.08334244-45 - Email string re-Photographs of LCM vs MCM with powerpoint attachment |
| ETH.MESH.08375158 to ETH.MESH.08375159 Email string, top one from Larry Gillihan to Kenneth Pagel, Jason Hernandez re: New Product Tabs - TVT Abbrevo, Prosima, TVT Exact. |
| ETH.MESH.08384247 to ETH.MESH.08384247 |
| ETH.MESH.08384270 to ETH.MESH.08384270 Email string, top one from Lisa Pitts to Paul Saliba re: Prosima pearls from Dr. Garris. |
| Eth.Mesh.08421628  Ethicon Gynecare WW Commercialization Decision - US Customer Discussion Guide 6/1/12 |
| ETH.MESH.08492824 to ETH.MESH.08492824  Strategic Business Team Meeting - Meeting Notes |
| ETH.MESH.08565137-41 |
| ETH.MESH.08640676  Jones email 4/04/08 re Prosima update for RBDs |
| ETH.MESH.08791917 |
| ETH.MESH.08918949-52 - Email from Shalot Armstrong dated 9.1.10 |
| ETH.MESH.08945734 to ETH.MESH.08945735 ICS-IUGA 2010 Abstract Form. "Ultrasound assessment 6 months following vaginal prolapse surgery using polypropylene implants and a vaginal support device." |
| ETH.MESH.08945742 to ETH.MESH.08945744 Presentation Title: A New Operation for Vaginal Prolapse Repair using Mesh and a Vaginal Support Device: 1 Year Anatomic and Functional Results of an International, Multicentre Study." Presenter: Slack, M., et al. |
| ETH.MESH.08945836 to ETH.MESH.08945840 Document entitled "Gynecare Prosima Claims List." |
| ETH.MESH.08948364 to ETH.MESH.08948365 Email string, top one from Kevin Frost to William Rush re: Save the Date: Prosima 2 Year Clinical Data Review; cc: Tom Affeld. |
| ETH.MESH.08951725 to ETH.MESH.08951726 Email string, top one from Tom Affeld to Kevin Frosr re: Prosima 2 year summary for eClinical Compendium. |
| ETH.MESH.08961175-76 |
| ETH.MESH.08962682 to ETH.MESH.08962683 Email from Helen Wong to Kevin Frost re: Sepulveda's comment on the VRT; cc: Jenny Krieger, et al. |
| ETH.MESH.08962684 to ETH.MESH.08962685 Email string, top one from Jenny Krieger to Kevin Frost re: Reminder: Prosima Teleconference today. |
| ETH.MESH.08971152 to ETH.MESH.08971153 Email string, top one from Kevin Frost to Libby Lewis re: Prosima VRT Invitation plan - due Jan 28. |

**Jaime Sepulveda Materials List**

Production Materials

| |
|---|
| ETH.MESH.08971269 to ETH.MESH.08971270 Email string, top one from Kevin Frost to Aaron Kirkemo, Piet Hinoul re: Prosima VRT: fill-in. |
| ETH.MESH.08971271 to ETH.MESH.08971272 Email string, top one from Kevin Frost to Marilyn Valdes re: Dr. Sepulveda availability on 1/31. |
| ETH.MESH.08971309 to ETH.MESH.08971314 Email string, top one from Kevin Frost to Helen Wong re: Dr. Sepulveda's 1/31 VRT; cc: Jenny Krieger. |
| ETH.MESH.08988155 to ETH.MESH.08988155 Powerpoint: Gynecare Prosima ™ Pelvic Floor Repair System: Background. Halina Zyczynski, M.D. |
| ETH.MESH.08988298 to ETH.MESH.08988417 EBM - Pelvic Organ Prolapse Clinical References: 2002-2011, including Prolift, Prolift+M, Prosima, Gynemesh. Searcher: Kerry Kushinka. |
| ETH.MESH.09050450 to ETH.MESH.09050450 Memoradum from David Robinson re: the compatibility if estrogen creams with Prosima balloon and vaginal support device. (Not signed). |
| ETH.MESH.09100506 - Prolift Professional Education Slide Deck (2005) |
| ETH.MESH.09128451 to ETH.MESH.09128451 Chart entitled "Faculty Training." |
| ETH.MESH.09128545  Pelvic Organ Prolapse Surgical Mesh Discussion call in information  8/25/11 |
| ETH.MESH.09138054 to ETH.MESH.09138055 Information re: Jaime Sepulveda, M.D. and Arthur Mourtzinos, M.D. |
| ETH.MESH.09142383 to ETH.MESH.09142384 Email from Kevin Frost to danhalt@gmail.com, et al. re: Save the Date: Prosima Faculty Conference Call 7/20 at 7pm EST; cc: Jennifer Paradise. |
| ETH.MESH.09142511 to ETH.MESH.09142511 (Draft) EWHU Memo from Bart Pattyson (US Marketing and Professional Education) to US Faculty Members re: Gynecare Prosima - Pelvic Floor Repair System, Updated Professional Education Deck. |
| ETH.MESH.09144349 to ETH.MESH.09144349 Powerpoint: Ethicon Women's Health and Urology: Clinical Expertise Road Map. |
| ETH.MESH.09191424 to ETH.MESH.09191426 Email string, top one from Hemangini Patel to Carolina Guzman re: Final Draft report for Prosima - Urgent; cc: Irene Leslie, Rosangela Ribeiro. |
| ETH.MESH.09207059 to ETH.MESH.09207059 Chart entitled "Grier." |
| ETH.MESH.09218452 to ETH.MESH.09218453 Email string, top one from Rhonda Peebles to Andrew Meek re: Remaining 2010 labs; cc: Kevin Frost, et al. |
| ETH.MESH.09238537-541 - Memo to TVT Secure DHF #0000120 from Gary Borkes RE: TVT Secur 12 month post launch review August 17, 2007 |
| ETH.MESH.09264945-46 - Prolene Mesh Re-Design Project |
| ETH.MESH.09283030 to ETH.MESH.09283030 Spreadsheet re: Open Incontinence & AP. |
| ETH.MESH.09283031 to ETH.MESH.09283031 Spreadsheet re: Open Incontinence & AP. |
| ETH.MESH.09283032 to ETH.MESH.09283032 Spreadsheet re: Pelvic Floor Repair |
| ETH.MESH.09283033 to ETH.MESH.09283033 Spreadsheet re: Budget Summary |
| ETH.MESH.09283034 to ETH.MESH.09283034 Spreadsheet re: Integrated Marketing |
| ETH.MESH.09283035 to ETH.MESH.09283035 Spreadsheet re: Summary |
| ETH.MESH.09283036 to ETH.MESH.09283036 Spreadsheet re: Pelvic Floor Repair |
| ETH.MESH.09283037 to ETH.MESH.09283037 Spreadsheet re: Budget Summary |
| ETH.MESH.09283038 to ETH.MESH.09283038 Spreadsheet re: Integrated Marketing |
| ETH.MESH.09290755 to ETH.MESH.09290755 Spreadsheet re: Q1 2012 Open PO Summary |
| ETH.MESH.09290760 to ETH.MESH.09290760 Spreadsheet re: Open Incontinence & AP. |
| ETH.MESH.09290767 to ETH.MESH.09290767 Spreadsheet re: Uterine Health |
| ETH.MESH.09290769 to ETH.MESH.09290769 Spreadsheet re: Ethicon Gynecare May 2012 Open PO Summary |
| ETH.MESH.09290772 to ETH.MESH.09290772 Spreadsheet re: Budget Summary |

**Jaime Sepulveda Materials List**

## Production Materials

| |
|---|
| ETH.MESH.09300480 to ETH.MESH.09300480 Spreadsheet re: Prosima All Day |
| ETH.MESH.09625725 to ETH.MESH.09625729 Government Submissions Log Sheet |
| ETH.MESH.09625731 to ETH.MESH.09625737 FDA Letter. re: approved drug application for polypropylene suture. |
| ETH.MESH.09625816 to ETH.MESH.09625816 FDA letter re: receipt of drug application for polypropylene suture. |
| ETH.MESH.09625817 to ETH.MESH.09625817 Letter to FDA re: new drug application for Polypropylene Suture. |
| ETH.MESH.09629447 to ETH.MESH.09629448 FDA Labeling Approval for Prolene |
| ETH.MESH.09630649 - 4.26.1973 FDA Letter RE: NDA 16-374 |
| ETH.MESH.09630649 to ETH.MESH.09630649 FDA Letter re: package insert for Prolene. |
| ETH.MESH.09634081 to ETH.MESH.09634081 Sections 6 re: adverse effects. |
| ETH.MESH.09634299 to ETH.MESH.09634303 FDA Letter re: approval of PMA supplement. |
| ETH.MESH.09634318 to ETH.MESH.09634318 Prolene Package Insert. |
| ETH.MESH.09634662 to ETH.MESH.09634663 FDA Letter re: reclassification of Nonabsorbable Polypropylene Surgical Suture. |
| ETH.MESH.09634664 to ETH.MESH.09634688 FDA Letter re: reclassification of Nonabsorbable Polypropylene Surgical Suture. |
| ETH.MESH.09656792 |
| ETH.MESH.09656795 |
| ETH.MESH.09744858-63 - TVT Patient Brochure |
| ETH.MESH.09746948-998 - License and Supply Agreement [Rosenzweig Exhibit 21 - 12.22.15] |
| ETH.MESH.09747038-097 - Medscand Agreement |
| ETH.MESH.09747337-369 - Asset Purchase Agreement |
| ETH.MESH.09888187-223 - Seven Year Data for Ten Year Prolene Study - Plaintiff's Exhibit 4102 |
| ETH.MESH.09922570-578 - R&D Memorandum of PA Mesh Assessments for TVTO-PA Revision 1 |
| ETH.MESH.10048035 to ETH.MESH.10048036 Email from Mark Pare to Walter Boldish, et al. re: Clinical #2 - Prosima; cc: Elizabeth David, et al. |
| ETH.MESH.10179518 to ETH.MESH.10179636 Clinical Evaluation Report - Gynecare Gynemesh ™ PS Nonabsorbable Prolene ™ Soft Mesh signed by Piet Hinoul |
| ETH.MESH.10179518-636 - Clinical Evaluation Report - Gynemesh PS signed by P. Hinoul on 04.26.2013 |
| ETH.MESH.10180419-78 |
| ETH.MESH.10220659 - Gynecare TVT Tension-free Support for Incontinence: Advanced Users Forum for the Experienced Clinician |
| ETH.MESH.10224077 to ETH.MESH.10224077 Email string, top one from Molly Dugan to Greg Prine re: Prosima Lab Feedback; cc: Joseph Drabik. |
| ETH.MESH.10232708 to ETH.MESH.10232708 Email from Stevan Barendse to Greg Prine re: Prosima targets. |
| ETH.MESH.10281860 - Tension-Free Midurethral Sling: Market Update. |
| ETH.MESH.1037447-55 - Clinical Expert Report on Gynecare TVT Secur System |
| ETH.MESH.10376963 |
| ETH.MESH.10378001-8002 |
| ETH.MESH.10384309-310 |
| ETH.MESH.10399553 to ETH.MESH.10399554 Email from Judi Gauld to Marcus Carey, et al. re: Prosima presentation at AUA; cc: David Robinson, et al. |

**Jaime Sepulveda Materials List**

## Production Materials

| |
|---|
| ETH.MESH.10608341 to ETH.MESH.10608357 Post Market Surveillance Report. Pelvic Floor Repair Systems. Gynecare Prolift, Gynecare Prolift+M and Gynecare Prosima. |
| ETH.MESH.10817931 Pelvic Mesh Post-Market Surveillance Orders April 2012 |
| ETH.MESH.10960414 to ETH.MESH.10960414 Email from Christopher O'Hara to Francois Barbe, et al. re: VRT for Prosima. |
| ETH.MESH.11048537 to ETH.MESH.11048538 Prosima E-blast No. 1 "The Proof of Success." |
| ETH.MESH.11336474-87 - Ten Year In Vivo Suture Study Scanning Electron Microscopy-5 Year Report - Plaintiff's Exhibit 4111 |
| ETH.MESH.11448841 Conference Participant Report 8/25/11 |
| ETH.MESH.11518663 to ETH.MESH.11518665 Email string, top one from Melissa Doyle to Arthur Mourtzinos re: Agenda for tomorrow's lab. |
| ETH.MESH.11522550 to ETH.MESH.11522551 Email string, top one from Melissa Doyle to Seth Moskos re: VSD "take home" instructions. |
| ETH.MESH.11523079 to ETH.MESH.11523079 Email from Melissa Doyle to Walter Boldish, et al. re: Lahey Labs September 18, 2010; cc: Carole Carter-Cleaver. |
| ETH.MESH.11524125 to ETH.MESH.11524128 Email string, top one from Melissa Doyle to Andrew Meek re: Upcoming Labs - planning. |
| ETH.MESH.11536046 to ETH.MESH.11536046 Email string, top one from Jonathan Fernandez to Rhonda Peebles re: Remaining 2010 labs; cc: Robert Zipfel, et al. |
| ETH.MESH.11538048-49 - Email from Frost to Globerman, et al. re: prosima usage northeast |
| ETH.MESH.11543641 - Powerpoint GYNECARE GYNEMESH* PS Nonabsorbable PROLENE* Soft Mesh Awareness Module |
| ETH.MESH.1189423-39 - Clinical Expert Report on Gynecare TVT Secur System from 2/28/06 |
| ETH.MESH.11905619 to ETH.MESH.11905619 Spreadsheet: Prosima Virtual Roundtable Calls &Targets |
| ETH.MESH.1210987-95 - Email from Hinoul re: South Africa, TVTO sheaths getting stuck upon removal |
| ETH.MESH.1222075-79 - Letter to Weisberg/Robinson re: Elongation Characteristics of Laster Cut PROLENE Mesh for TVT, from Kammerer |
| ETH.MESH.1239657-80 - First Clincial Experience with a Single-incision (TVT-Secur) Tape Procedure for Treatment of Urinary Stress Incontinence |
| ETH.MESH.12831391-92 - P4128 - IR Microscopy of Explanted Prolene received from Prof. R. Guidoin. |
| ETH.MESH.12897617 to ETH.MESH.12897678 Clinical Evaluation Report - Prosima ™ signed by Piet Hinoul. |
| ETH.MESH.130950 - (Karram) 004 An Evaluation of the Gynecare TVT Secur* System (Tension Free Support for Incontinence) for the Treatment of SUI |
| ETH.MESH.13314554 to ETH.MESH.13314554 Email from Laura Hance to Dr. Lowden re: Prosima answer to JP drain and hydrodissection. |
| ETH.MESH.13450933 - Clinical Evaluation Report for the TVT SECUR System (approved by Piet Hinoul, Dated 9/18/13) |
| ETH.MESH.134794 - Email re: TVT World Board meeting presentation + TVT World Registry EWHU Board 3/2/09 PowerPoint |
| Eth.Mesh.13532200 Ethicon Gynecare WW Commercialization Decision - US Sales Call Script 6/1/12 |
| ETH.MESH.13592561 to ETH.MESH.13592561 Prosima Trainee Invitation "Advanced Pelvic Floor Course with Gynecare Prosima" |

**Jaime Sepulveda Materials List**

**Production Materials**

| |
|---|
| ETH.MESH.13618003 to ETH.MESH.13618004 EWHU eClinical Compendium - Article Summary. Reisenauer, C., et al. "Anatomic study of prolapse surgery with nonanchored mesh and a vaginal support device." |
| ETH.MESH.13618029 to ETH.MESH.13618031 EWHU eClinical Compendium - Article Summary. Zyczynski, H.M., et al. "One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device." |
| ETH.MESH.13622000 to ETH.MESH.13622070 Prosima Trainee Deck Distribution |
| ETH.MESH.13635675-96 - 2011 B&W POP & SUI Patient Counseling Guide production copy |
| ETH.MESH.13645631 to ETH.MESH.13645631 DVD - Thoughts on Prolift+M and Prosima from Drs. Michel Cosson and Marcus Carey. |
| ETH.MESH.13698543 to ETH.MESH.13698543 Prosima Marketing Material Roll-Out Letter. |
| ETH.MESH.13698840-59 - Bart Pattyson editorial re prof ed bulletin |
| ETH.MESH.13699674 to ETH.MESH.13699754 Clinical Study Report: A Prospective, Multi-centre Study to Evaluate the Clinical Performance of the Gynecare Prosima ™ Pelvic Floor Repair System as a Procedure for Pelvic Organ Prolapse. |
| ETH.MESH.13756212 to ETH.MESH.13756218 Clinical study Finding Discussion for Gynecare Prosima ™ Pelvic Floor Repair System by Piet Hinoul (Audio Transcript). |
| ETH.MESH.13756219 to ETH.MESH.13756219 Gynecare Prosima ™ Pelvic Floor Repair System MRI Address |
| ETH.MESH.13756384 to ETH.MESH.13756384 Prosima Virtual Round Table Trainee Confirmation |
| ETH.MESH.13756409 to ETH.MESH.13756409 Prosima Virtual Round Table Preceptor Follow-up and Invitation. |
| ETH.MESH.13756416 to ETH.MESH.13756417 Prosima Virtual Round Table Preceptor Confirmation. |
| ETH.MESH.13869166 to ETH.MESH.13869166 Powerpoint: Mint Project - Pelvic Floor Repair. |
| ETH.MESH.13907284 - PowerPoint - Particles in TVTO Blisters |
| ETH.MESH.14427453 to ETH.MESH.14427455 FDA Clearance Letter re: K063562 Gynecare Prosima ™ |
| ETH.MESH.14427459 to ETH.MESH.14427543 Letter to FDA re: 510(k) K063562 S1, response to deficiencies email. |
| ETH.MESH.14427562 to ETH.MESH.14427563 Memo to Prosima Regulatory File. Minutes from Teleconference with FDA for Prosima 510(k). |
| ETH.MESH.14427564 to ETH.MESH.14427565 FDA Letter re: K063562 Gynecare Prosima Premarket Notification 510(k) |
| ETH.MESH.14427567 to ETH.MESH.14427569 Email from Nada Hanafi to Patrice Napoda re: K063562 Gynecare Prosima. |
| ETH.MESH.14427578 to ETH.MESH.14427761 Traditionsl 510(k) Premarket Notification Gynecare Prosima ™ Pelvic Floor Repair System. |
| ETH.MESH.14901753 - Batch Review Lot #3405428 Complaint PI1 |
| ETH.MESH.157010-15 - Procedural Pearsl & Frequently Asked Questions for Gynecare TVT Secur System Procedural Pearls: Approved 11/01/06 |
| ETH.MESH.1592121-34 - Gynecare TVT Secur System Design Validation Report #TVTSDVLPRD1 |
| ETH.MESH.15958178 to ETH.MESH.15958182 Email string, top one from Brian Luscombe to Tom Affeld re: Approved for distribution: FDA Notification FAQS and Customer Letter. |
| ETH.MESH.161953-54 - 10/12/1990 Letter from FDA re: N16374, Prolene Polypropylene Nonabsorbable Suture Gynecare TVT Obturator System Sales Materials |
| Eth.Mesh.16259973  Email from Lisa Jannone dated 1/5/12 re message from Lesley Fronio re update on recent media reports |

**Jaime Sepulveda Materials List**

**Production Materials**

| |
|---|
| ETH.MESH.16350627 to ETH.MESH.16350628 Email string, top one from Piet Hinoul to Paan Hermansson re: key message for upcoming Prosima launch. |
| ETH.MESH.16352932 to ETH.MESH.16352934 Email from Paan Hermansson to Sonja Willems, et al. re: Great EWH&U success at ICS/IUGA congress in Toronto; cc: Bernhard Fischer, et al. |
| ETH.MESH.1751069-94 - 09/07/2009 Safety review: TVT and TVT-O procedures |
| ETH.MESH.17669942 to ETH.MESH.17669942 Email from Robert Zipfel tp Elizabeth David, et al. re: Prosima and Advanced Prolift Preceptorship with Dr. Sepulveda and Drs. Antar, Jones and Schlafstein on Monday Jan 4, 2010. |
| ETH.MESH.17748760 to ETH.MESH.17748761 E-mail from Kevin Frost regarding 2011 Incontinence & Pelvic Floor Recap |
| ETH.MESH.1784779-82 - Memo re: TVT-Base & TVT-O Complaint Review for Laser Cut Mesh (LCM) Risk Analysis |
| ETH.MESH.1784823-28 - Clinical Expert Report |
| ETH.MESH.1809056-58 - Email re: Important Laser cut mesh update |
| ETH.MESH.1809080-81 - Memo re: Comparison of Laser-cut and machine-cut TVT Mesh to Meshes from Competetive Devices (BE02004-1641) |
| ETH.MESH.1815660-64 - Project Mulberry, Preliminary Clinical Diligence Report |
| ETH.MESH.18844812 to ETH.MESH.18844812 Email from Patrick Kaminski to Robert Zipfel re: Dr. Thomas Antonini; cc: Stevan Barendse. |
| ETH.MESH.19308264 to ETH.MESH.19308265 Email from Walter Boldish to Stefanie Garbarino re: Prosima cadaver labs. |
| ETH.MESH.19310234 to ETH.MESH.19310238 Email string, top one from Stefanie Garbarino to Dr. Maxwell re: TVT-O |
| ETH.MESH.2106139-40 - Email re: Regional Input to Finalize TVT WORLD |
| ETH.MESH.222852-63 - 12/15/2003, Gynecare Final Report # 03*0740, TVT Obturator System |
| ETH.MESH.222899-909 - Clinical Expert Report |
| ETH.MESH.223779-84 - Risk Management Report, TVT Laser Cut Mesh (LCM). Document Number RMR-0000017, Rev. 3 |
| ETH.MESH.2293715-6 - Email from Dan Smith re: NG TVT-O NDP - Outcomes from Kickoff Meeting with Pr. De Leval & Dr. Waltregny |
| ETH.MESH.262089-123 - Manuscript Draft: (de Leval) Novel surgical technique for the treatment of female stress urinary incontinence: Transobturator Vaginal Tape Inside-Out |
| ETH.MESH.311792-94 - Email re: Australia update and telephone call with Prof Frazer |
| ETH.MESH.3208548-49 - Email re: TVT World AE Report |
| ETH.MESH.3235997-98 - Email re: TVT Secur - Media Standby |
| ETH.MESH.3364663-66 - Email from O'Bryan re: ifu |
| ETH.MESH.3365250-1 - Email from Weisberg re: IFU update |
| ETH.MESH.341006-11 - 11/11/10 Letter from John Young re: Global Regulatory Strategy for TVT IFU (RMC P15506/E) Update (Part II, RA0001-2010, Rev. 1) |
| ETH.MESH.371496-594 - 01/28/98 Letter from FDA re: K974098 TVT System |
| ETH.MESH.3911390-1 - Email from Arnaud re: Transient Leg Pain with Mulberry |
| ETH.MESH.3913651-55 - CDMA Europe Meeting, Urinary Incontinence Platform, Meeting Minutes from 6/1/07 |
| ETH.MESH.3922618-19 - Email re: Conf call tomorrow |
| ETH.MESH.3922926-28 - Email re: OR Agenda Tunn |
| ETH.MESH.3934952-67 - Tension-Free Vaginal Obturator Tape (TVOT) - April 30, 2003 - Meeting Report |

**Jaime Sepulveda Materials List**

Production Materials

| |
|---|
| ETH.MESH.4048515-20 - KOL Interview |
| ETH.MESH.4384126-65 - Clinical Evaluation Report, Gynecare TVT Tension-free Vaginal Tape / Tension-free Vaginal Tape Accessory Abdominal Guide |
| ETH.MESH.442825-26 - Email re: TVT Laser Mesh info |
| ETH.MESH.4499687-742 - An Evluation of the Gynecare TVT Secur System for the Treatment of Stress Urinary Incontinence |
| ETH.MESH.524746-48 - Email re: TVT Meeting with Agency |
| ETH.MESH.525573 - Email re: TVT Laser Cut Mesh |
| ETH.MESH.527118-21 - Email re: Sepulveda's Notes summary/ PLEASE DO NOT DISTRUBUTE JUST FOR INTERNAL REVIEW |
| ETH.MESH.5315252-65 - Final Report, PSE Accession No. 97-0197, Project No. 16672 |
| ETH.MESH.533283-86 - Communication Plan to close TVT WORLD Registry |
| ETH.MESH.6479808-85 - Clinical Study Report, Evaluation of the TVT Secur System for Stress Urinary Incontinence. Study Cody 300-05-002 |
| ETH.MESH.658177-98 - TVT Surgeon's Resource Monograph, A Report of the June 2000 Summit Meeting |
| ETH.MESH.6696411-19 - Email re: Performance Evaluation of TVT Prolene Blue Mesh |
| ETH.MESH.6859834-35 - Email: Laser Cut TVT |
| ETH.MESH.6878438-39 - Memo re: VOC on new Laser Cut TVT Mesh |
| ETH.MESH.6882641-2 - Email from O'Bryan re: GYNECARE TVT Obturator System - FDA |
| ETH.MESH.6886410-11 - Email from Weisberg re: Mulberry |
| ETH.MESH.7104840-41 - Email re: Important - Information regarding FDA Publication on the use of Mesh |
| ETH.MESH.7181044 - Email re: TVT World AE Report |
| ETH.MESH.7201843-44 - FDA Response Letter re: K052401 Gynecare TVT Secur System, Gynecare |
| ETH.MESH.7393700 - 05/13/2003 Memo to Gynecare Continence Health Sales Team re: Gynecare TVT Physician Training Policy |
| ETH.MESH.7692905-7 - Email re: Mesh Fraying Dr. EBERHARD letter |
| ETH.MESH.7876820-925 - Response to FDA's Request for Additional Information |
| ETH.MESH.8003295-301 - Patient Brochure: "Stop coping, start living." |
| ETH.MESH.8003303-17 - Patient Brochure: "Stop coping, start living." |
| ETH.MESH.842256-57 - Email re: TVT S design val |
| ETH.MESH.865069-72 - Email from Dan Smith re: Draft report translated by "Babel fish" http://babelfish.altavista.com/tr |
| ETH.MESH.874627-29 - Email re: Secur Markets: TVT SECUR - Critical Steps Guide |
| ETH.MESH.PM 000067 - TVT- Secur DVD CR 7.12.06 |
| ETH.MESH.PM.000001 - Prolift Professional Education Videos |
| ETH.MESH.PM.000006 - Anatomy Videos |
| ETH.MESH.PM.000007 - Prolift Professional Education Videos |
| ETH.MESH.PM.000009 - Anatomy Videos |
| ETH.MESH.PM.000014 - Prolift Professional Education Videos |
| ETH.MESH.PM.000015 - Prolift Professional Education Videos |
| ETH.MESH.PM.000019 - Prolift Professional Education Videos |
| ETH.MESH.PM.000027 - Prolift Professional Education Videos |
| ETH.MESH.PM.000032 - Prolift Professional Education Videos |
| ETH.MESH.PM.000033 - Prolift Professional Education Videos |
| ETH.MESH.PM.000034 - Prolift +M Professional Education Videos |

**Jaime Sepulveda Materials List**

## Production Materials

| |
|---|
| ETH.MESH.PM.000037 - Prolift Professional Education Videos |
| ETH.MESH.PM.000038 - Prolift Professional Education Videos |
| ETH.MESH.PM.000039 - Prolift Professional Education Videos |
| ETH.MESH.PM.000048 - Prolift +M Professional Education Videos |
| ETH.MESH.PM.000057 - Anatomy Videos |
| ETH.MESH.PM.000058 - Prolift Professional Education Videos |
| ETH.MESH.PM.000065 - Prolift Professional Education Videos |
| ETH.MESH.PM.000068 - Anatomy Videos |
| ETH.MESH.PM.000075 - Prolift Professional Education Videos |
| ETH.MESH.PM.000076 - Prolift Professional Education Videos |
| ETH.MESH.PM.000078 - Prolift Professional Education Videos |
| ETH.MESH.PM.000088 - Anatomy Videos |
| ETH.MESH.PM.000089 - Anatomy Videos |
| ETH.MESH.PM.000090 - Anatomy Videos |
| ETH.MESH.PM.000092 - Prolift +M Professional Education Videos |
| ETH.MESH.PM.000134 - Anatomy Videos |
| ETH.MESH.PM.000145 - Prolift +M Professional Education Videos |
| ETH.MESH.PM.000151 - Anatomy Videos |
| ETH.MESH.PM.000154 - Anatomy Videos |
| ETH.MESH.PM.000179 - TVT Secur IFU V5e 2005 to disc (Original from Prof Ed DVD) |
| ETH.MESH.PM.000179 - TVT-Secur Key Tech Points 5.24.2007 (Color Oringinal from Prof Ed DVD) |
| ETH.MESH.PM.000190 - Prolift Professional Education Videos |
| ETH.MESH.PM.000192 - Prolift Professional Education Videos |
| ETH.MESH-08476311 - Cytotoxicity assessment of Ulstem sling |
| ETH-00254-00261 - Patient Brochure Pelvic Organ Prolapse Get the Facts, Be Informed, Make Your Best Decision dated in 2006 |
| ETH-00264 - Patient Brochure: One Day You Have Prolapse, the Next Day You Don't |
| ETH-00797 to ETH-00829 510(k) Notification Gynemesh Prolene ™ Soft Nonabsorbable Synthetic Surgical Mesh. |
| ETH-00807 to ETH-00808 FDA Clearance letter for Gynemesh soft mesh for pelvic floor repair |
| ETH-00830 to ETH-00861 Labeling/Package Insert |
| ETH-00862 to ETH-00893 Test Method for the Determinartion of Mesh Burst Strength for Prolene Soft Mesh. |
| ETH-00894 to ETH-00927 Medical Literature |
| ETH-01377-ETH-01382 - August 24, 2007 Correspondence to Ethicon, Inc. from Mark N. Melkerson regarding K071512, Gynecare Prolift +M |
| ETH-02386 - Cosson, M. Prospective Clinical Assessment of the Total Vaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse - 6 and 12 month results |
| ETH-02387 - Lucente, V. Prospective clinical assessment of the total vaginal mesh (TVM) Technique for treatment of pelvic organ prolapse - 6 and 12 month results. |
| ETH-02388 - Amblard, J. From the TVM to the Prolift® (Gynecare): evolution of a technique for prosthetic support to treat prolapse via the vaginal route, concerning a retrospective multicentric series of 794 patients (684 TVM/110 Prolift) |
| ETH-02653 - Fatton, B. Preliminary results of the "Prolift™" Technique in the treatment of pelvic organ prolapse by vaginal approach: a multicentric retrospective series of 110 patients. IUGA 2006  Athens Non-discussed Abstract 275 |

**Jaime Sepulveda Materials List**

### Production Materials

| |
|---|
| ETH-02750-02755 - Hinoul P. A Prospective Study to Evaluate the Anatomic and Functional Outcome of a Transobturator Mesh Kit (Prolift Anterior) for Symptomatic Cystocele Repair. Journal of Minimally Invasive Gynecology (2008) 15, 615-620 |
| ETH-03220-03221 - Cosson, M. Preservation of uterus when treating prolapse by Prolift TM does not significantly reduce risk of early post-surgical complications and failures. ABS 89 |
| ETH-03223 - Dedet, B. Transvaginal repair of genital prolapse by the Prolift technique: outcome one year after surgery. |
| Eth-03227-03228 - Dati, S. Prolift vs. Avaulta for Transvaginal repair of severe pelvid prolapse |
| ETH-03568-578 - (03.01.2005) Summary Memo for Revision B of the Gynecare Prolift Design Failure Modes Effects Analysis (dFMEA). |
| ETH-07153-158 - Gynecare Prolift Clinical Expert Report signed by Charlotte Owens on 01.14.05. |
| ETH-07247-303 - (03.02.2005) Approvals and Summary Memo for Version A of the Gynecare Prolift Application Failure Modes Effects Analysis (aFMEA). |
| ETH-10977-10983 - Prolift IFU dated 2009 |
| ETH-37788-793 - Gynecare Prolift Clinical Expert report |
| ETH-60188-195 - Hiltunen R. Low-Weight Polypropylene Mesh for Anterior Vaginal Wall Prolapse - A Randomized Controlled Trial. Obstet Gynecol 2007;110-455-62 |
| Ethicon Technical Report: Assessment of Competitor Pelvic Floor Repair Meshes, Version 1; Study Number: CPC-2006-0552; JJ-HMREV-00016715 |
| EWHU Faculty and PF User Conference Calls Outline |
| FDA response to Discontinuation Plan |
| Final AUA slides _ Prosima with notes 27 April 09 |
| Final Report, PSE Accession Number 05-0395, Project Number 67379 |
| Final Report: Ethicon Study No. SO04/2-2-1 |
| Guidance for Industry and FDA Staff. "Class II Special Controls Guidnace Document: Surgical sutures; Guidnace for Industry and FDA." |
| Guidance for Industry and/or for FDA Reviewers/Staff and/or Compliance. "Guidance for the Preparation of a Premarket Notification Application for a Surgical Mesh." |
| Gynecare Gynemesh PS IFU (English Only) LAB-0012266 Rev: 3, released 02.03.15. |
| Gynecare Prolift - Product Devise Design Safety Assessment (DDSA) |
| Gynecare Prosima - Content for Ethicon360.com |
| Gynecare Prosima (K063562) Summary of Safety and Effectiveness |
| Gynecare Prosima updates to ethicon360.com |
| Gynecare Surgeon's Resource Monograph |
| Gynecare TVT Secur No Bigger than your Palm. No Less than a revolution brochure. |
| GYNECARE TVT SECUR* Preceptors Meeting Paris - 13/11/2006 Menahem Neuman, MS Israel |
| Gynecare TVT SECUR* System Procedural Steps Guideline |
| Gynecare TVT™ Family of Products Chart |
| Gynecology Solutions |
| Gynemesh PS Approval File (FDA) Requested August 15, 2007 Folder: K013718 - 131 pages; Summary: Product: GYNEMESH PROLENE SOFT (POLYPROPYLENE) NON ABSORBABLE SYNTHETIC SURGICAL |
| Gynemesh PS Approval File from FDA website (K013718) |
| HMESH.ETH.11642462 – Franchise Regulatory Labeling Guidance |
| Incontinence Platform WW Marketing Team Update August 19th Harel Gadot |
| IUGA 2009 Prosima slides _QC'd |

**Jaime Sepulveda Materials List**

## Production Materials

| |
|---|
| January 13, 2005 Email from Sean O'Bryan to Scott Ciarrocca regarding IFU Prolift |
| JEB Engineering Design Limited - FMEA Potential Failure, Mode and effects analysis (Process FMEA) |
| JJM.Mesh.00043703  Response Statement and FAQS - FDA Notification about use of surgical mesh to treat pelvic organ prolapse and stress urinary incontinence |
| Johnson & Johnson - Our Credo [8.9.13 A.M. Mitchell Exhibit T-3134] |
| July 18, 2011 Ethicon Women's Health & Urology Letter - From Piet Hinoul, M.D., Ph.D. and Aaron Kirkema, M.D. |
| June, 2009 Klosterhalfen intermediate report on explanted mesh (highlighted) |
| Klinge Presentation PVDF: a new alternative? Meeting o Hernia Experts Exhibit P-1944 |
| Letters to and from the FDA re: Prolene, Polypropylene Nonabsorbable Surgical Suture, USP. |
| Librojo updated TVT Declaration (10-23-15) [12 pages] |
| March 23, 2012 Letter (Dear Surgeon) from Piet Hinoul, Matt Henderson, and Brian Kanerviko regarding public discussion related to the market introduction of Gynecare Prolift |
| McCabe email re - Sheath Sales Tool - 464 |
| Memo to S. Ciarrocca re: Regulatory Strategy - Project D'Art; Rev 3 |
| Mesh Information for Patients with Pelvic Floor Disorders |
| MSDS-Marlex Polypropylenes |
| Notice of Claimed Investigational Exemption for a New Drug (1-125) |
| Notice of Claimed Investigational Exemption for a New Drug (126-253) |
| P4122 - SEM Figure 183: Sample J7959 13409 (Photographs) |
| Payments to Medscand [9.16.13 Exhibit T-3192] |
| Payments to Medscand by J&J [9.16.13 Exhibit T-3183] |
| Payments to Ulmsten as Consultant [9.16.13 Exhibit T-3204] |
| Pelvic Organ Prolapse Patient Counseling Guide |
| Powerpoint - GYNECARE GYNEMESH* PS Nonabsorbable PROLENE* Soft Mesh Awareness Module |
| Powerpoint - Prospective Clinical Assessment of TVM - 1 Year Results |
| Powerpoint Presentation entitled "Trocars & Pelvic Anatomy: Do They Mix Well?" |
| Presentation: Non Absorbable Sutures |
| Prof Ed Slide Deck: Gynecare TVT Secur System Early Surgical Experience |
| Prolift Surgeon's Resource Monograph |
| Prosima Complaints PPM_REV_0103350 |
| Prosima IFU Book |
| Published clinical data and RCTs - Ethicon.com - 4204-C |
| Reisenauer, C., et al. "Anatomic study of prolapse surgery with nonanchored mesh and a vaginal support device," Am J Obstet Gynecol (2010) 1.e1-e7. |
| Report Amendment 1, PSE Accession Number 05-0396, Project Number 67379 |
| Seven Year Dog Study - T-2263 |
| Slide Presentatopm "Gynecare Prosima ™ Pelvic Floor Repair System |
| Supplement Numbers and Application Dates |
| Treatment Options for Pelvic Organ Prolapse (Brochure) |
| TVT Abbrevo IFU - 01.2015 |
| TVT Exact IFU - 01.2015 |
| TVT IFU - 01.2015 |
| TVT Patient Brochure - 2015 |
| TVT Secur System: Prof Ed Content |
| TVT-O la bandelette trans-obturatrice (Photograph) |
| TVT-Obturator IFU - 01.2015 |

**Jaime Sepulveda Materials List**

**Production Materials**

| |
|---|
| TVT-S Marketing Brochure |
| TVT-SECUR Australian Experience Discussion with TGA Canberra, 9 January 2008 |
| Video titled Prosima Shortened Procedure. Hydrodissection and Dissection. |
| Video: 2010 Prosima Testimonial for NTM |

Jaime Sepulveda Materials List

**Company Witness Depositions**

| Deponent [Date of Deposition] |
|---|
| Angelini, Laura - 09.16.13; 9.17.13; 11.14.13 |
| Arnaud, Axel - 7.19.13; 7.20.13; 9.25.13; 11.15.12; 11.16.12 |
| Austin, Charles E. - 8.13.15 |
| Barbolt, Thomas - 1.7.14; 1.8.14; 8.14.13; 8.15.13; 10.9.12; 10.10.12 |
| Batke, Boris - 8.1.13; 8.2.13 |
| Beach, Patricia 6.17.13 |
| Beath, Catherine - 7.11.13; 7.12.13; 3.26.12; 3.27.12; 11.8.12; 11.9.12 |
| Brown, Allison 9.11.13 |
| Burkley, Dan F - 5.22.13; 5.23.13; 10.2.12 |
| Cecchini, Peter - 10.22.13; 10.23.13 |
| Chen, Meng - 10.3.12; 10.4.12; 10.29.13; 10.30.13 |
| Ciarrocca, Scott - 3.29.12 |
| Courts, Paul - 6.11.15 |
| Elbert, Katrin - 12.23.14 |
| Gauld, Judith - 11.8.13; 4.27.12 |
| Hart, James - 9.17.13; 9.18.13; 12.20.13 |
| Hellhammer, Brigitte - 9.11.13; 9.12.13 |
| Hinoul, Piet - 01.13.14; 01.14.14; 01.15.14; 6.26.13; 6.27.13; 4.5.12; 4.6.12; 9.18.12; 9.19.12 |
| Hinoul, Piet - 04.05.2012 Deposition Testimony |
| Hinoul, Piet - 09.18.2012 Deposition Testimony |
| Holste, Joerg - 7.29.13; 7.30.13; 12.14.12; 12.15.12 |
| Horton, Ronald, M. - 07.01.2015 |
| Huniscker, Kimberly - 1.1.24; 4.1.14 |
| Isenberg, Richard - 11.5.13; 11.6.13 |
| Jones, Gregory R - 8.20.13 |
| Jones, Scott - 11.15.11 |
| Kammerer, Gene - 01.17.14; 1.28.14; 1.30.14; 6.12.13; 12.3.13; 12.5.13; 10.17.12 |
| Kanerviko, Brian 8.23.13; 8.22.13 |
| Kirkemo, Aaron - 01.6.14; 01.7.14; 4.18.12 |
| Lamont, Dan - 4.3.13; 4.4.13; 9.10.13; 9.11.13; 4.4.12; 5.24.12 |
| Lin, Susan - 3.12.13; 3.13.13; 5.2.13; 5.3.13; 8.1.13 |
| Lisa, Bryan 12.19.11; 12.20.11; 4.25.13; 4.26.13 |
| Luscombe, Brian - 7.29.13 |
| Mahmoud, Ramy - 7.15.13; 7.16.13 |
| McCoy, Sheri - 4.22.10; 10.12.12 |
| Meek, Jonathan - 2.24.12; 9.11.12 |
| Nager, Charles - 06.10.2014 Deposition Testimony |
| Nager, Charles - 6.10.14 |
| O'Bryan, Sean - 5.18.12 |
| Owens, Charlotte - 6.19.13; 6.20.13; 9.12.12; 9.13.12 |
| Parisi, Paul - 6.6.13; 2.6.2013; 12.13.2011 |
| Peebles, Rhonda - 07.16.14; 8.20.14 |
| Robinson, David - 7.24.13; 7.25.13; 9.11.13; 3.13.12; 3.14.12; 8.23.12 |
| Schmid, Tim - 7.31.15 |
| Scott, Kelly M., M.D. - 1.13.2016 |
| Selman, Renee Elayne - 6.20.13; 6.21.13 |

**Jaime Sepulveda Materials List**

**Company Witness Depositions**

| |
|---|
| Smith, Dan J - 2.3.14; 2.4.13; 5.15.13; 5.16.13; 6.4.13; 6.5.13; 8.20.13; 8.21.13 |
| St Hilaire, Price - 7.11.13 |
| Vailhe, Christophe - 6.20.13; 6.21.13 |
| Volpe, Clifford - 2.28.12; 2.29.12 |
| Walji, Zenobia - 3.7.12 |
| Weisberg, Martin - 05.24.2012 Deposition Testimony |
| Weisberg, Martin - 11.12.2015 Deposition Testimony |
| Weisberg, Martin - 11.13.2015 Deposition Testimony |
| Weisberg, Martin - 5.30.13; 5.31.13; 8.9.13; 5.24.12 ; 11.12.15;11.13.15 |
| Weisberg, Martin - 8.9.2013 Deposition Testimony |
| Yale, Mark - 8.7.13; 8.8.13; 4.17.12; 5.16.12 |
| Zaddern, Vincenzo - 3.27.12; 3.28.12 |

**Jaime Sepulveda Materials List**

**Other Materials**

| Publically Available |
|---|
| 02.01.2012 Prosima 522 cover letter |
| 02.01.2012 Prosima Postmarket Surveillance Study PS120044; Gynecare Prosima Pelvic Floor Repair Systems |
| 02.25.2016 Brief Summary of the Gastroenterology and Urology Devices Panel of the Medical Devices Advisory Committee |
| 07.13.2011 - FDA Public Health Notification |
| 07.25.2011 SGS - Executive Committee Statement Regarding the FDA Communication: Surgical placement of mesh to repair pelvic organ prolapse imposes risks. |
| 10.20.2008 - FDA Public Health Notification |
| 2007 No. 79 ACOG Practice Bulletin POP |
| 2007 No. 85 ACOG Practice Bulletin POP |
| 2008 FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surgical Mesh in Repair of Pelvic Organ Prolapse and Stress Urinary Incontinence. |
| 2008 PHN |
| 2009 AUA Prosima Slide - A  new operation for vaginal prolapse repair using mesh and a vaginal support device: 1 year anatomic and functional results of an international, multicenter study. (Zyczynski, H.) |
| 2009 AUA SUI Guidelines |
| 2009 IUGA Prosima Slide - A  new operation for vaginal prolapse repair using mesh and a vaginal support device: 1 year anatomic and functional results of an international, multicenter study. (Slack, M.) |
| 2011 ACOG Committee Opinion 513 - Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse |
| 2011 ACOG Committee Opinion: Vaginal placement of synthetic mesh for pelvic organ prolapse. |
| 2011 AUA Statement |
| 2011 AUGS Statement |
| 2011 Dec. Sayer (Prosima Study investigators) - Int Urogyn J - Prosima 29 month Study results |
| 2011 FDA Summary |
| 2011 PHN |
| 2012 ABOG - Guide to Learning in Female Pelvic Medicine and Reconstructive Surgery |
| 2012 British Assoc. of Urological Surgeons Statement |
| 2012 EAU Guidelines |
| 2012 Update_AUA SUI Guidelines- Appendices A11 and A16 (re Complications |
| 2013 AUA SUI Patient Guide: 1 in 3 women experience Stress Urinary Incontinence |
| 2013 ICS Statement |
| 2013 NICE Guidelines |
| 2013 Position Statement |
| 2013 RANZCOG - UGSA Position Statement on Vaginal Mesh (Rewrite Executive March 2013) C-Gyn 20 Polypropylene Vaginal Mesh Implants for Vaginal Prolapse |
| 2013 Sept. NICE 171 Guideline - The management of urinary incontinence in women |
| 2013 Sept. NICE Guideline - Urinary Incontinence: The management of urinary incontinence in women. Issued September 2013. |
| 2014 AUGS/SUFU Q&A |
| 2014 AUGS/SUFU Statement |
| 2014 Barber - OPTIMAL RCT - SSLF vs. USLS - Suppl. Tables.Table 8 Adverse Events |
| 2014 Mar 12 - AUGS SUFU Provider FAQs MUS for SUI |

**Jaime Sepulveda Materials List**

### Other Materials

| |
|---|
| 7 Year Dog Study [T-2263] |
| 9.22.2011 Letter to surgeons |
| ACGME Program Requirements. |
| ACOG - "ACOG Technical Bulletin: Urinary Incontinence" (Number 213) |
| ACOG - ACOG Practice Bulletin: Clinical Management Guidelines for Obsterician-Gynecologists {Number 63) |
| ACOG (1995) technical bulletin. Urinary Incontinence. No. 213 - Oct. 1995 (Replaces No. 100, Jan. 19) |
| ACOG (2004) Practice Bulletin 5 - Chronic Pelvic Pain - March 2004 |
| ACOG (2007) - Committee Opinion: Vaginal "Rejuvenation" and Cosmetic Vaginal Procedures (Number 378) |
| ACOG (2009) - Committee Opinion: Informed Consent (Number 439) |
| ACOG (2009) - Committee Opinion: Patient Safety in Obstetrics and Gynecology (Number 447) |
| ACOG (2011) - Committee Opinion - Tobacco Use and Women's Health (Number 503) |
| ACOG (2011) - Committee Opinion - Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse (Number |
| ACOG (2011) Frequently Asked Questions: Chronic Pelvic Pain |
| ACOG (2012) - Committee Opinion - Disclosure and Discussion of Adverse Events (Number 520) |
| ACOG (The American College of Obstetricians and Gynecologists) - Frequently Asked Questions: Surgery for Stress Urinary Incontinence (FAQ166) |
| ACOG (The American College of Obstetricians and Gynecologists) - Frequently Asked Questions: Urinary Incontinence (FAQ081) |
| ACOG, AUGS Practice Bulletin Summary of 155 (replaces 63 from 2005) Urinary Incontinence in Women. November 2015. |
| AUA (2011) - Position Statement on the Use of Vaginal Mesh for SUI |
| AUA (American Urologic Association) - A Patient's Guide - 1 in 3 Women experience Stress Urinary Incontinence |
| AUA (American Urological Association) - A Monograph from the AUA Foundation: Stress Urinary Incontinence |
| AUA (American Urological Association) - AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence |
| AUA Foundation 2013 A Patient's Guide, 1 in 3 Women experience Stress Urinary Incontinence. |
| AUA Foundation Stress Urinary Incontinence Monograph (2011) |
| AUA Guideline for the Surgical Management of Female Stress Urinary Incontinence Update (2009) |
| AUA Guideline for the Surgical Management of Female Stress Urinary Incontinence: 2009 Update (2009) |
| AUA National Medical Student Curriculum Urinary Incontinence |
| AUA Position statement on the use of vaginal mesh for the repair of pelvic organ prolapse |
| AUA Position Statement POP (2011) - Position Statement on the Use of Vaginal Mesh for the Repair of POP |
| AUGS Position Statement - March 2013 - Position Statement on Restrictions of Surgical Options for Pelvic Floor Disorders |
| AUGS (American Urogynecologic Society) & SUFU (Society of Urodynamics, Female Felvic Medicine and Urogenital Reconstruction) - Position Statement on Mesh Midurethral Slings for Stress Urinary Incontinence |
| AUGS Position Statement on Restrictions of Surgical Options for Pelvic Floor Disorders |
| AUGS Resident Learning Objectives |
| AUGS SUFU Frequently Asked Questions by Patients MUS for SUI |
| AUGS SUFU Frequently Asked Questions by Providers MUS for SUI |
| AUGS SUFU Position Statement on MUS for SUI |
| AUGS webpage re: Mesh Information for Patients with Pelvic Floor Disorders (http://www.voicesforpfd.org/p/cm/ld/fid=87) |
| AUGS: Blogs Organizations Lend their Support to Mid-urethral Slings |
| AUGS: Blogs: Orginizations Lend Their Support to Mid-urethral Slings. By: Douglass S. Hale, M.D. on June 23, |
| AUGS: Position statement on the restriction of surgical options for pelvic floor disorders |
| AUGS-SUFU MUS Position Statement APPROVED 1 3 2014 |
| AUGS-SUFU MUS Position Statement updated June 2016 |

**Jaime Sepulveda Materials List**

## Other Materials

| |
|---|
| Barber Summary Positioning Prosima- Ethicon Women's Health & Urology eClinical Compendium- Article Summary [3 pages] |
| BAUS (The British Association of Urological Surgeons) - Synthetic Vaginal Tapes for Stress Incontinence |
| Boukerou Summary Positioning Prosima- Ethicon Women's Health & Urology eClinical Compendium- Article Summary [3 pages] |
| British Association of Urological Surgeons Statement: Synthetic Vaginal Tapes for Stress Incontinence (2012) |
| Clinical Study Findings Discussion for GyneCare Prosima™ Pelvic Floor Repair System by Piet Hinoul PROS-436-10-9/12- Prosima Audio File of 2 year Data [7 pages] |
| Communications within the pelvic floor surgical community in 2008, 2011 and 2012 relating to the FDA notices, committee meetings, orders and other developments concerning the use of synthetic mesh and other surgical approaches to pelvic organ prolapse repair |
| Defense Cross of Weber Slide 12.08.15 Retracted Statement Regarding Nature of POP Surgery |
| Deposition Subject Matter-Design and Development of Mesh Products |
| Device Labeling Guidance |
| Dmochowski, R. Update of AUA Guideline on the Surgical Management of Female Stress Urinary Incontinence. J Urology 193; 1906-1914 (2010) |
| Docket Submission to the September 8 and 9, 2011 Obstetrics and Gynecology Devices Panel of the Medical Devices Advisory Committee – Safety and Effectiveness of Transvaginal Mesh used for Repair of Pelvic Organ Prolapse September 8, 2011 |
| Documents proposed by Plaintiff's counsel to be stipulated to as business records |
| DVD- Thoughts on Gynecare Prolift+M™ and Gynecare Prosima™ from Drs. Michel Cosson and Marcus Carey |
| EAU (European Association of Urology)-EAU Guidelines on Surgical Treatment of Urinary Incontinence |
| ETH.MESH.00365960 - Gynecare TVT Secur System Procedural Pearls & Frequently Asked Questions |
| ETH.MESH.03667696 – Company Procedure for US Regulatory Affairs Review of Promotion and Advertising Material for Medical Devices |
| Excerpts from Budke trial transcript (Day 4, 01.08.2015). |
| FDA - Considerations about Surgical Mesh for SUI |
| FDA - Device Labeling Guidance #G91-1 March 1991 |
| FDA 24 Hour Summary |
| FDA Considerations about Surgical Mesh for SUI [03.27.2013]. |
| FDA Executive Summary: Surgical mesh for treatment of women with POP and SUI [09.08.2011] |
| FDA Information on Surgical Mesh for Hernia Repairs (2008) |
| FDA News Release: Surgical Placement of mesh to repair pelvic organ prolapse poses risk [07.13.2011]. |
| FDA News Release: Surgical placement of mesh to repair pelvic organ prolapse poses risks (2011) |
| FDA Notice - Urogynelogical Surgical Mesh: Update on the Safety and Effectiveness of Transvaginal Placement for Pelvic Organ Prolapse – July 2011 |
| FDA Position Statement: Considerations about Surgical Mesh for SUI (2013) |
| FDA Presentation - FDA Perspective on Surgical Mesh for Stress Urinary Incontinence (SUI). (Nancy Pressly) |
| FDA Public Health Notification. 2008. http://www.fda.gov/MedicalDevices/Safety/AlertsandNotices/PublicHealthNotifications/ |
| FDA Public Health Notification. 2011. http://www.fda.gov/MedicalDevices/Safety/AlertsandNotices/ucm262435. |
| FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surgical Mesh in Repair of Pelvic Organ Prolapse and Stress Urinary Incontinence (2008) |
| FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surigical Mesh in Repair of POP and SUI. Issued: 10.20.2008. |
| FDA Questions: Reclassification of the Urogynecologic Surgical Mesh Instrumentation. |

**Jaime Sepulveda Materials List**

Other Materials

| |
|---|
| FDA response to 522 Plan Apr 2 2012 |
| FDA response to Discontinuation Plan |
| FDA Safety Communication: Update on Serious complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse |
| Gynecare Prosima Clinical Study Investigator Meeting Qualitative Feedback Analysis [15 pages] |
| Gynecare Prosima content for ethicon360.com [5 pages] |
| Gynecare Prosima Procedural Steps DVD |
| Gynecare Prosima updates to ethicon360.com PROS-314-11-8/12 [113 pages] |
| Gynecare Prosima VSD Patient Brochure 2009: Stop Coping, Start Living. [2 pages] |
| Gynecare Prosima VSD Patient Information Slim-Jim: What you should know about the Gynecare Prosima Vaginal Support Device; Stop Coping. Start living™ [2 pages] |
| Gynecare Prosima™ AIDiNC Selling Guide- Your Guide to Selling Gynecare Prosima™ with the AIDiNC process [16 pages] |
| Gynecare Prosima™ Pelvic Floor Repair System MRI Address PROS-437-10-9/12- Prosima Audio File of MRI Flashcard [1 page] |
| Gynecare Prosima™ Pelvic Floor Repair System- Objective Success Learning Guide & Key Steps for Success [37 pages] |
| Gynecare Prosima™ Pelvic Floor Repair System Preceptorship Invitation [1 page] |
| Gynecare prosoma™ pelvic floor repair system Proctorship Invitation [1 page] |
| HMESH.ETH.11642462 – Franchise Regulatory Labeling Guidence |
| ICS Fact Sheet 2015 |
| ICS Fact Sheets A Background to Urinary and Fecal Incontinence (2013) |
| International Urogynecological Assocation: The Usage of Grafts in Pelvic Reconstructive Surgery Symposium 2005 July 8-10, 2005, Lago Mar Resort, Fort Lauderdale, FL, USA. Int Urogynecol J 2006; 17: S1-55 |
| IUGA (International Urogynecological Association) - Stress Urinary Incontinence: A Guide for Women |
| IUGA Anterior Vaginal Repair (Bladder Repair) |
| IUGA Brochure: Vaginal repair with mesh. |
| IUGA Mid-urethral sling (MUS) procedures for stress incontinence (2011) |
| IUGA Position Statement on MUS for SUI (2014) |
| IUGA Poster - Clinical experience of a  novel vaginal support device and balloon used to simplify mesh augmented vaginal surgery for prolapse. (Slack, M.) |
| IUGA Posterior Vaginal Wall and Perineal Body Repair |
| IUGA Sacrocolpopexy: A guide for women |
| IUGA Stress Urinary Incontinence - A Guide for Women (2011) |
| IUGA/ICS Joint Terminology and Classification of the Complications related directly to the insertion of prostheses (Meshes, implants tapes) & Grafts in female pelvic floor surgery. [38 pages] |
| Lucas, M. EAU Guidelines on Surgical Treatment of Urinary Incontinence. European Urology 62; 1118-1129 (2012) |
| MCM vs. LCM PowerPoint with stretched mesh |
| NICE (National Institute for Health and Care Excellence) - Urinary incontinence: The management of urinary incontinence in women (clinical guideline 171) |
| Oxford Levels of Evidence Pyramid for Practitioners from Oxford Website http://www.cebi.ox.ac.uk/for-practitioners/what-is-good-evidence.html |
| Oxford Levels of Evidence; www.cebi.ox.ac.uk/fileadmin/_processed_/csm_Evidence_pyramid_bluef5c85529a0.jpg |
| PowerPoint- Gynecare Prosima™ Pelvic Floor Repair System PLT 12 Month Post-Launch Close-Out March 3, 2011. "Hernia Soluations US Template" [29 slides] |

**Jaime Sepulveda Materials List**

**Other Materials**

| |
|---|
| Press coverage and editorials, publications, guidelines, and statements in medical journals relating to the FDA's activities with respect to pelvic mesh products |
| Prosima 2011 Sales Aid- What Could a Truly Tension-Free Repair Mean for you and your Patients? [20 pages] |
| Prosima 522 Order |
| Prosima Apical Support Learning Guide [2 pages] |
| Prosima Brand Story & Key Message- Gynecare Prosima™ Pelvic Floor Repair System Background and Development History [16 pages] |
| Prosima cadaver lab invitation- Gynecare Prosima™ Pelvic Floor Repair System Cadaver Lab [1 page] |
| Prosima Combined Exemplar (PROC2) |
| Prosima E-Blast No. 1- The Proof of  Success [2 pages] |
| Prosima Launch Sales Aid- Your Proof: Her dance class [3 pages] |
| Prosima Marketing Material Roll-out Letter from Kevin Forst PROS-040-10-2/12 February 16, 2010 [1 page] |
| Prosima MRI Flashcard 2- Gynecare Prosima™ Pelvic Floor Repair System. The first fixationless mesh system that maintains anatomical position. [2 pages] |
| Prosima MRI Flashcard- MRI Flashcard Learning Guide [2 pages] |
| Prosima NTM Opening Presentation 2011- "This Year Prosima is Personal" [8 pages] |
| Prosima Pelvic Model |
| Prosima Preceptor Confirmation- Virtual Round Table October 2010 [2 pages] |
| Prosima Preceptor Follow Up and Invite- Virtual Round Table October 2010 [1 page] |
| Prosima Prof Ed Deck 2011 [71 pages] |
| Prosima Prof Ed Deck Oct 09 |
| Prosima Prof Ed Deck October 2009 [21 pages] |
| Prosima Revised Webinar Deck- [21 pages] |
| Prosima Sales Aid Training Deck- "What could a truly tension-free repair mean for you and your patients?" [5 pages] |
| Prosima Testimonal for NTM 2010 Video |
| Prosima Touch Workshop Key Takeaway [2 pages] |
| Prosima Trainee Confirmation- Virtual Round Table October 2010 [1 page] |
| Prosima Trainee Invite- Advanced Pelvic Floor Course with Gynecare Prosima Saturday, October 24, 2009 [1 page] |
| RANZOG and UGSA 2014 Position Statement |
| Reisenauer Summary Positioning Prosima- Ethicon Women's Health & Urology eClinical Compendium- Article Summary [2 pages] |
| SGS (2011) Executive Committee Statement Regarding the FDA Communication: Surgical placement of mesh to repair pelvic organ prolapse imposes risks |
| Surgical Mesh for Treatment of Women with Pelvic Organ Prolapse and Stress Urinary Incontinence: Exuctive Summary (2011) |
| Testimonial Videos |
| The FDA and Mesh, What You Should Know as a Reconstructive Pelvic Surgeon by Lucente, V.; Cassidenti, A.; Culligan, P. White Paper Dated February 9, 2016 |
| The King's Health Questionnaire. Linda Cardozo and Con Kelleher, 1997 |
| TVT & TVT-O Long Term Studies (94 pages) |
| TVT-Secur mini-sling for stress urinary incontinence: a review of outcomes at 12 months (Plaintiff's Exhibit 2272) |

**Jaime Seplulveda Materials List**

**Other Materials**

| |
|---|
| Wound Closure Manual |
| Zycynski Summary Positioning Prosima- Ethicon Women's Health & Urology eClinical Compendium- Article Summary |
| |
| **Other** |
| Yale Depo 8.8.13 Pages 558-569 |
| Deposition of Aran Maree July 23, 2013 Volume II pages 344-485 |
| Deposition of Ramy Mahmoud July 16, 2013 Volume II pages 339-733 |

**Jaime Sepulveda Materials List**

**MDL Wave Cases**

| Depositions |
|---|
| Blaivas, Jerry, M.D. (General Plaintiff Expert) - 03.02.2016 |
| Blaivas, Jerry, M.D. TVT-S & Abbrevo  (General Plaintiff Expert) - 03.03.2016 |
| Carey, Erin (Scholl Plaintiff Expert) - 03.07.2016 |
| Galloway, Niall T., M.D. - (Harter Plaintiff Expert) - 03.03.2016 |
| Galloway, Niall T., M.D. - (Harter Plaintiff Expert) - 03.03.2016 |
| Iakovlev, M.D. Vladimir (Adams Plaintiff Expert) - 03.10.2016 |
| Iakovlev, Vladimir, M.D. (Georgilakis Plaintiff Expert) - 03.09.2016 |
| Iakovlev, Vladimir, M.D. (Vignos-WarePlaintiff Expert) - 03.04.2016 |
| Kholi, M.D. Neeraj (General Plaintiff Expert) |
| Mays, Jimmy W., Ph.D. (General Plaintiff Expert) - 03.02.2016 |
| Michaels, Paul (General) - 06.18.2016 |
| Miklos, John (TVT-S General) - 04.08.2016 |
| Ostergard, Donald (General Plaintiff Expert) - 03.09.2016 |
| Porter, William, M.D. (Adams Plaintiff Expert) - 03.12.2016 |
| Priddy, Duane, Ph.D. (General Plaintiff Expert) - 03.08.2016 |
| Rosenzweig, Bruce, M.D. (Vignos-Ware Plaintiff Expert) - 03.13.2016 |
| Shobeiri, S. Abbas, M.D.(General Plaintiff Expert) - 02.27.2016 |
| Shobeiri, S. Abbas, M.D.(Scholl Plaintiff Expert) - 03.12.2016 |
| Shull, Bobby (Prolift General) - 03.15.2016 |
| Steege, John (Thomas Plaintiff Expert) - 03.16.2016 |
| Wilson, Anne (General Plaintiff Expert) - 03.22.2016 |
| Zipper, M.D. Ralph (General Plaintiff Expert) |
|  |
| **Expert Reports** |
| Blaivas, Jerry (Prolift General) - 02.01.2016 |
| Blaivas, Jerry (TVT General) - 02.01.2016 |
| Blaivas, Jerry (TVT-O General) - 02.01.2016 |
| Blaivas, Jerry (TVT-S General) - 02.01.2016 |
| Dunn, Russell (Prolift +M, Prosima General) - 01.23.2016 |
| Elliott, Daniel (Prolift General) - Received 05.05.2016 |
| Elliott, Daniel (TVT-S General) - 01.25.2016 |
| Guelcher, Scott (General) - Received 05.05.2016 |
| Iakovlev, Vladimir (General) - 01.29.2016 |
| Klinge, Uwe (POP General) - 11.17.2015 |
| Klinge, Uwe (SUI General) - 11.16.2015 |
| Kohli, Neeraj (TVT-O General) - 01.2016 |
| Margolis, Michael (TVT General) - 02.01.2016 |
| Mays, Jimmy (General) - 01.12.2016 |
| Mays, Jimmy (General) - 04.29.2016 |
| Michaels, Paul (General) - 07.01.2016 |
| Ostergard, Donald (Prolift, Gynemesh, Prolene General) - 01.31.2016 |
| Parisian, Suzanne (General Prolift +M) - 01.30.2016 |
| Parisian, Suzanne (TVT-S General) - Received 05.05.2016 |
| Pence, Peggy (Notice of Adoption of Prior Reports) - 02.01.2016 |
| Pence, Peggy (Prolift General) - 07.17.2014 |
| Pence, Peggy (Prosima General) - 02.01.2016 |

**Jaime Seplulveda Materials List**

**MDL Wave Cases**

| |
|---|
| Pence, Peggy (Supplemental Prolift General) - 03.03.2016 |
| Pence, Peggy (Supplemental Prosima General) - 03.03.2016 |
| Pence, Peggy (Supplemental TVT & TVT-O General) - 03.02.2016 |
| Pence, Peggy (TVT General) - 10.14.2013 |
| Plaintiff expert reports and materials cited in Wave general reports of Elliott, Miklos, Rosenzweig, Margolis, Blaivas, Shull,  Weber, Zipper and Ostergard |
| Plaintiffs' Wave general expert reports and materials cited |
| Priddy, Duane (General) - Received 05.05.2016 |
| Rosenzweig, Bruce (General) - 06.09.2014 |
| Rosenzweig, Bruce (Huskey/Edwards) - 02.21.2014 |
| Rosenzweig, Bruce (Lewis/Brown) - 10.14.2013 |
| Rosenzweig, Bruce (MDL Design Defect) - 08.24.2015 |
| Rosenzweig, Bruce (Prosima General) - 02.01.2016 |
| Rosenzweig, Bruce (Ramirez) - 04.24.2015 |
| Rosenzweig, Bruce (TVT, TVT-O Notice of Adoption of Prior Reports) - 12.15.2015 |
| Rosenzweig, Bruce (TVT-S General) - 01.22.2016 |
| Shull, Bobby L. - (Prosima General) - 02.01.2016 |
| Weber, Anne (Prolift General) - 02.01.2016 |
| Wilson, Anne (TVT General) - Received 05.05.2016 |
| Zipper, Ralph (Prolift General) - 01.31.2016 |