**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY              MDL 2327
LITIGATION
------------------------------------------------------
ETHICON WAVE 5 CASES LISTED IN
EXHIBIT A             JOSEPH R. GOODWIN U.S. DISTRICT
                     JUDGE

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF ELAINE DUNCAN FOR WAVE 5

Defendants adopt and incorporate by reference the *Daubert* response filed as to Elaine

Duncan for Ethicon Wave 1, Dkt. [2155]. Defendants respectfully request that the Court deny

Plaintiffs' motion for the reasons expressed in the Wave 1 response briefing and in the Court's

Memorandum Opinion and Order (*Daubert* Motion re: Elaine Duncan) [Dkt. 2656].

           Respectfully submitted,

           ETHICON, INC., ETHICON, LLC AND
           JOHNSON & JOHNSON

           */s/ Christy D. Jones*
           Christy D. Jones
           Butler Snow LLP
           1020 Highland Colony Parkway
           Suite 1400 (39157)
           P.O. Box 6010
           Ridgeland, MS 39158-6010
           (601) 985-4523

           /s/ David B. Thomas
           David B. Thomas (W. Va. Bar #3731)
           Thomas Combs & Spann PLLC
           300 Summers Street
           Suite 1380 (25301)
           P.O. Box 3824
           Charleston, WV 25338
           (304) 414-1807
           dthomas@tcspllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document with the

Clerk of the court using CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.


*/s/ Christy D. Jones*
Christy D. Jones


36303814v1