# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| This document applies to: | |
| ETHICON WAVE 5 CASES LISTED IN PLAINTIFFS' EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF WAVE 4 *DAUBERT* RESPONSE REGARDING ELIZABETH MUELLER, M.D. FOR WAVE 5

Plaintiffs filed a Notice of Adoption (Dkt. 4390) as to the opinion testimony of Elizabeth Mueller, M.D. in the Wave 5 cases identified in Exhibit A to their Notice. In response, Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to the general-causation opinions of Elizabeth Mueller, M.D. for Ethicon Wave 4 (Dkt. 3757) as their response for Wave 5. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 4 response briefing.

Dated: August 29, 2017

Respectfully submitted,

ETHICON, INC. AND
JOHNSON & JOHNSON

/s/ *Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:   216.592.5000
Facsimile:    216.592.5002
rita.maimbourg@tuckerellis.com

Case 2:12-md-02327 Document 4647-1 Filed 09/08/17 Page 2 of 3 PageID #: 152505
Case 2:12-md-02327 Document 4513 Filed 08/29/17 Page 2 of 3 PageID #: 149181

2

>   */s/ David B. Thomas*
>   David B. Thomas
>   THOMAS COMBS & SPANN PLLC
>   300 Summers St.
>   Suite 1380 (25301)
>   P.O. Box 3824
>   Charleston, WV 25338
>   Telephone: 304.414.1807
>   dthomas@tcspllc.com
>
>   */s/ Christy D. Jones*
>   Christy D. Jones
>   BUTLER SNOW LLP
>   1020 Highland Colony Parkway
>   Suite 1400 (39157)
>   P.O. Box 6010
>   Ridgeland, MS 39158-6010
>   Telephone: 601.985.4523
>   christy.jones@butlersnow.com

## CERTIFICATE OF SERVICE

I certify that on August 29, 2017, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5002
rita.maimbourg@tuckerellis.com