# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 5 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE REGARDING MICHAEL FIEGEN, M.D. FOR WAVE 5

Plaintiffs filed a Notice of Adoption [Dkt. 4377] in the Wave 5 cases identified in Exhibit A to their Notice adopting their *Daubert* Motion to Preclude Testimony of Defense Expert Michael Fiegen, M.D. and Supporting Memorandum from Ethicon Wave 4. Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to Michael Fiegen, M.D. Ethicon Wave 4, Dkt. #3770. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 4 response briefing.

Dated: August 29, 2017

                                          Respectfully submitted,

                                          */s/ David B. Thomas*
                                          David B. Thomas (W.Va. Bar #3731)
                                          Thomas Combs & Spann PLLC
                                          300 Summers Street
                                          Suite 1380 (25301)
                                          P.O. Box 3824
                                          Charleston, WV 25338
                                          (304) 414-1807
                                          dthomas@tcspllc.com

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010

COUNSEL FOR DEFENDANTS ETHICON, INC.
AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                */s/ David B. Thomas*
                                                David B. Thomas (W. Va. Bar No. 3731)
                                                Thomas Combs & Spann, PLLC
                                                300 Summers Street, Suite 1380
                                                P.O. Box 3824
                                                Charleston, WV  25338-3824
                                                (304) 414-1800
                                                dthomas@tcspllc.com