# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327<br>MDL 2327 |
| **THIS DOCUMENT RELATES TO:**<br><br>**ETHICON WAVE 5 CASES LISTED IN EXHIBIT A** | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* RESPONSE OF ELIZABETH KAVALER, M.D. FOR WAVE 5

Plaintiffs filed a Notice of Adoption (ECF No. 4349) in the Wave 5 case identified in Exhibit A to their Notice, adopting their Motion to Exclude or, in the Alternative, to Limit the Opinions and Testimony of Elizabeth Kavaler, M.D., ECF No. 2005 ("Plaintiffs' Wave 1 Motion"). Defendants hereby adopt and incorporate by reference their prior *Daubert* response in Ethicon Wave 1, Case No. 2:12-md-02327, ECF No. 2165 ("Defendants' Wave 1 Response").

Defendants acknowledge that on August 31, 2016, the Court issued a Memorandum Opinion and Order, ECF No. 2704 (the "Order") GRANTING Plaintiffs' Wave 1 Motion in part, DENYING it in part, and RESERVING judgment in part.

Where the Court DENIED Plaintiffs' Wave 1 Motion, Defendants respectfully request that the Court adopt the same ruling in the Wave 5 case identified in Exhibit A attached hereto for the reasons set forth in Defendants' Wave 1 Response and the Court's Order.

Where the Court otherwise GRANTED or RESERVED judgment on Plaintiffs' Wave 1 Motion, Defendants acknowledge the Court's ruling, and acknowledge the same circumstances apply in Wave 5, but preserve their right to challenge the ruling on appeal.

Respectfully submitted,

August 28, 2017

| | |
|---|---|
| */s/ Christy D. Jones* | */s/ David B. Thomas* |
| Christy D. Jones | David B. Thomas (W.Va. Bar #3731) |
| Butler Snow LLP | Thomas Combs & Spann PLLC |
| 1020 Highland Colony Parkway | 300 Summers Street |
| Suite 1400 (39157) | Suite 1380 (25301) |
| P.O. Box 6010 | P.O. Box 3824 |
| Ridgeland, MS 39158-6010 | Charleston, WV 25338 |
| (601) 985-4523 | (304) 414-1807 |
| christy.jones@butlersnow.com | dthomas@tcspllc.com |

*/s/ Kelly S. Crawford*
Kelly S. Crawford
Riker Danzig Scherer Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 451-8417
kcrawford@riker.com

COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC, AND
JOHNSON & JOHNSON

## EXHIBIT A

|    | WAVE 5 CASE NAME | CASE NO. |
|----|------------------|----------|
| 1. | Gloria Friberg v. Ethicon, Inc., et al. | 2:12-cv-06500 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                          */s/ Kelly S. Crawford*
                                                          Kelly S. Crawford