# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **Master File No. 2:12-MD-02327**<br>**MDL 2327** |
| THIS DOCUMENT RELATES TO: ETHICON WAVE 5 CASES | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

## DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINIONS OF RAGNVALD MJANGER, M.D.

Defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon") submit this response in opposition to Plaintiff's Motion to Exclude Certain Opinions of Ragnvald Mjanger, M.D. *See* Doc. 4414 and 4415.

## INTRODUCTION

Dr. Mjanger is an obstetrician and gynecologist focusing on treating incontinence, prolapse and other pelvic floor disorders. Doc 4414-3, Ex. C. to Pls.' Motion, Expert Report at 1. He has been board-certified in obstetrics and gynecology since 2000 and Female Pelvic Medicine and Reconstructive Surgery since 2015. *Id.* at 1 and Doc 4414-2, Ex. B to Pls.' Motion, Mjanger CV at 1. Dr. Mjanger is a clinician, in private practice in St. Paul, Minnesota and an Assistant Clinical Professor at the University of Minnesota Medical School. *Id.*

Dr. Mjanger has performed over 10,000 pelvic surgeries including many different types of procedures to treat stress incontinence, including open and laparoscopic retropubic urethropexies, Burch and Marshall-Marchetti-Krantz (MMK) procedures, needle suspensions, fascial bladder neck slings, and synthetic mid-urethral slings. Doc. 4414-3, Pls. Motion, Ex. C, Expert Report at 1. He has also taught other physicians how to perform these procedures. *Id.*

Dr. Mjanger also performs revision procedures.  Doc. 4414-4, Pls.' Motion, Ex. D, 7/20/17 Mjanger Dep. at 60:11-21.

In these cases, Dr. Mjanger intends to offer opinions generally addressing the utility and safety of the TVT and TVT-O devices.  His opinions are based upon his education, medical training, clinical experience, review of medical literature, position statements, guidelines, curricula, and various other materials reflected in his reliance list.  Doc. 4414-3, Pls.' Motion. Ex. C, Expert Report at 1-2; Ex. A hereto, Reliance List.  Although Plaintiffs have challenged certain aspects of Dr. Mjanger's opinions, as set forth below, he is qualified to opine on these topics and his opinions are supported by a reliable methodology.  Plaintiffs' arguments lack merit and should be denied.

## ARGUMENT

Ethicon incorporates by reference the standard of review for *Daubert* motions as articulated by the Court in *Huskey v. Ethicon, Inc.*, 29 F. Supp. 3d 691, 701 (S.D. W. Va. 2014).

## I.  Dr. Mjanger is qualified to testify regarding the adequacy of the warnings.

Dr. Mjanger has opined on the adequacy of the TVT and TVT-O IFU warnings from a clinical perspective based on his knowledge of and clinical experience with the devices. *E.g.,* Doc. 4414-3, Pls.' Motion. Ex. C, Expert Report at 2, 12-13.  Plaintiffs do not challenge, or even address, Dr. Mjanger's clinical expertise.  Instead Plaintiffs argue that he is not qualified to opine on the adequacy of the IFUs because he lacks familiarity with the regulatory process governing the development of such documents.

Ethicon concedes that Dr. Mjanger is not a regulatory expert and will not opine on warnings from that perspective.  Consistent with the Court's prior rulings as to other urogynecologist expert witnesses [Dr. Flynn], however, Dr. Mjanger, as an Ob/Gyn and female pelvic medicine and reconstructive specialist, "he may testify about the specific risks of

2

implanting mesh and whether those risks appeared on the relevant IFU." *In re: Ethicon*, 2016 WL 4582231, at *3 (S.D. W. Va. Aug 31, 2016). Dr. Mjanger's report details his experience with the TVT and TVT-O devices, including particular risks and complications he has experienced. Doc. 4414-3, Pls.' Motion. Ex. C, Expert Report at 12-13. His extensive clinical experience with the products at issue is supplemented by a thorough review of the relevant literature, his education and training, including education he has provided to others. *Id*., Ex. A hereto, Reliance List; Doc. 4414-2, Pls.' Motion Ex. B, Mjanger CV.

Plaintiffs do not appear to challenge Dr. Mjanger's competency to testify that risks that did not appear on the IFUs were already commonly known to clinicians but to the extent that their motion is construed to do so, any such challenge should be denied. Dr. Mjanger will testify that the complications that Plaintiffs allege should have been in the IFUs: (a) are risks that a pelvic surgeon would already know, and therefore, need not be warned about; (b) are not genuine complications; or (c) are not attributable to the device. Doc. 4414-4, Pls.' Motion Ex. D, 7/20/17 Mjanger Dep. at 283-285, 288.

As it relates to the latter two categories, Dr. Mjanger's report shows that his opinions are based on his extensive clinical experience, *as well as* his critique of scientific literature. *See, e.g.,* Doc. 4414-3, Pls.' Motion. Ex. C, Expert Report at 8-10. (explaining why he disputes that mesh causes various conditions, such as damage from contraction, cytotoxicity, or degradation); s*ee also Huskey*, 29 F. Supp. 3d at 734-35 (allowing Dr. Johnson to testify about evidence of

3

absence because his opinions were also based on medical literature); *Carlson*, 2015 WL 1931311 at *12 (S.D. W. Va. Apr. 28, 2015).[1]

Dr. Mjanger, as an experienced clinician, is well qualified to testify about complications that are commonly known such that they need not be included in an IFU.  Doc. 4414-3, Pls.' Motion. Ex. C, Expert Report at 12-13.  The law imposes no duty to warn sophisticated users of products with respect to risks that the sophisticated users already know or should know.  *See, e.g.,* Restatement (Third) Tort: Product Liability §2 cmt. J. (1988); Restatement (Second) of Law of Torts §402A cmt. J.; American Law of Product Liability 3d § 32:69 (2016); *Willis v. Raymark Indus., Inc.,* 905 F.2d 793, 797 (4th Cir. 1990).  In fact, 21 CFR §801.109(c) states there is no duty to warn if "the article is a device for which the hazards, warnings, and other information are commonly known to practitioners licensed by law to use the device.  Experts may testify as to the knowledge common within a profession or community.  *See Flannery v. Bauermeister*, No. CIV. A. 06-399S, 2008 WL 77723, at *2 (D. R.I. Jan. 4, 2008) (granting summary judgment in part based on testimony from defendants' experts as to what "is known within the correctional medical community")' *Cruz-Vargas v. R.J. Reynolds Tobacco Co.,* 348 F.3d 271, 277 (1st Cir. 2003) (allowing expert testimony of "common knowledge")'; *U.S. v. Articles of Device*, 426 F.

---

[1] While this Court has observed that '[a]bsence of evidence is not evidence of absence," *Tyree*, 54 F. Supp. 3d 501, 583-84 (S.D. W. Va. 2014), the observation only holds true where a cursory inquiry of the evidence has been made.  For instance, if a physician is relying merely on his own experience to opine that a particular risk does not exist, the methodology may be flawed. However, where, as here, a physician examines the evidence outside of his own experience, such as by critiquing the medical literature and studying the conclusions of medical organizations, then the physician's opinions have a reliable basis.  If there is no reliable evidence of risk as determined by a detailed review of appropriate sources, there is no obligation to include the risk in the IFU warnings.

Supp. 366 (W.D. Pa. 1977) (FDA offered affidavit in misbranding case).  Thus, the TVT and

TVT-O IFUs supplement all of the other sources of a surgeon's knowledge.

This is an objective test not dependent on the knowledge of the individual surgeon, and

Dr. Mjanger is certainly competent to share his opinions about what risks should be obvious to

surgeons who use the devices and how an average clinician would construe the IFUs.  Indeed,

Ethicon writes its IFUs for pelvic floor surgeons like Dr. Mjanger.  Under the learned

intermediary doctrine, such surgeons are the ones who must be adequately warned.  If Plaintiffs

intend to argue at trial that Ethicon's IFU failed to disclose certain risks, then it is only fair that

Ethicon be allowed to defend itself by demonstrating that those risks were obvious to the users of

the product (pelvic surgeons), and therefore, did not need to be included in the IFUs in

accordance with the aforementioned law.

**II.      Dr. Mjanger is qualified to render opinions regarding the utility and safety of the
          TVT and TVT-O devices, and his opinions are supported by reliable methodology**

Plaintiffs claim that Dr. Mjanger "should be precluded from giving design opinions" on

the basis that he has inadequate expertise with the design process and product development.

Doc. 4415, Pls.' Motion at 7.  As set forth below, Dr. Mjanger does not intend to provide design

process opinions, and he is well qualified to testify about the safety and utility of the devices.

**A.      Dr. Mjanger will not provide design process opinions**

Plaintiffs made this same challenge as part of their motions to exclude other defense

expert opinions in Wave 1 cases.  Noting that Plaintiffs' motion was "plagued with confusion

about what constitutes a design opinion," the Court correctly found that "[Dr. Woods] has not

expressed any opinions about the process of designing a product."  *In re: Ethicon Inc. Pelvic

Repair Sys. Prod. Liab. Litig.,* 2016 WL 4582231, at *3 (S.D. W. Va. Sept. 1, 2016).  Therefore,

the Court denied Plaintiffs' challenge to the defense experts design opinions "as moot".  *Id.*

The Court should make the same finding in this Wave of cases. Dr. Mjanger does not intend to opine about product design and development, and Plaintiff's motion should not be construed as challenging Dr. Mjanger's opinions about the safety and efficacy of TVT or TVT-O.

> **B.    Ethicon's internal product design process documents are irrelevant to Dr. Mjanger's safety and utility opinions.**

Relying exclusively on this Court's opinion in *Winebarger v. Boston Scientific Corp.*, 2015 WL 1887222 (S.D. W. Va. Apr. 24, 2015), Plaintiffs argue that because Dr. Mjanger has not reviewed Ethicon's internal documents about its design process, he cannot opine about any issues that touch upon product design. As previously noted by Ethicon, Dr. Mjanger does not intend to offer *any* opinion regarding the adequacy of Ethicon's internal design procedures or Ethicon's compliance with industry standards during the development of the devices. To the extent that Plaintiffs seek to use Dr. Mjanger's failure to review certain design process documents as a basis to exclude his opinions about the safety and efficacy of TVT and/or TVT-O, Plaintiffs' motion lacks merit and should be denied.

This Court's decision in *Winebarger* lends no support to Plaintiffs' argument. In that case, Boston Scientific challenged the opinion of the plaintiff's proposed expert, Dr. Bobby Shull, regarding Boston Scientific's failure to "follow its own internal protocols" and its "lack of due diligence in the design and development" of the product in issue. *Winebarger*, at *14. Dr. Shull, however, did not review any documents related to Boston Scientific's standard operating procedures or its design protocols. *Id.* Consequently, this Court held that "[w]ithout any reliable, demonstrated knowledge of BSC's internal design procedures, Dr. Shull cannot substantiate his opinion that these procedures were (1) departures for the norm; (2) not followed by BSC; or (3) lacking in any way." *Id.*

6

In contrast to Dr. Shull in *Winebarger*, Dr. Mjanger does not intend to offer any opinions regarding Ethicon's "internal design procedures," and therefore, it was unnecessary for Dr. Mjanger to review any of Ethicon's internal documents related to design procedures. In fact, in *Winebarger*, the Court allowed Dr. Patrick Culligan, a defense expert urogynecologist, to opine about the safety and efficacy of the medical device, even though the Court concluded that Dr. Culligan was not competent to testify about mesh design. *Id*. at *33-35. This Court has found that other physicians with surgical experience were competent to offer opinions similar to that of Dr. Mjanger. *See, e.g., Tyree*, 54 F. Supp. 3d at 550; *Jones v. Bard, Inc.*, No. 2:11-cv-00114 [Doc. 291], pp. 6-9; *Trevino v. Boston Scientific Corp.*, 2016 WL 1718836, at *33 (S.D. W. Va. Apr. 28, 2016).

Plaintiffs have chosen to focus on an opinion Dr. Mjanger has not offered related to documents Dr. Mjanger was not even asked to review. Quite simply, Plaintiffs have not shown and cannot show that a review of Ethicon's internal product design process documents was necessary for any of the opinions that Dr. Mjanger intends to provide in these cases.

**C.    The complication and satisfaction rates in Dr. Mjanger's practice are    consistent with the rates reported in the peer-reviewed medical literature.**

Plaintiffs argue that Dr. Mjanger should be precluded from opining on the design of the TVT and TVT-O "being reasonably safe" because he relies "solely on his personal experience using the products and not the design protocols or methodology of a medical device manufacturer." Doc. 4415, Pls. Motion at 9-10. Ethicon acknowledges that, in its Wave 1 rulings, the Court excluded expert witness opinions regarding complication rates in an expert's own practice on the basis that "his complication rates derive entirely from mental estimates and not from accumulated data or patient records." *In re: Ethicon,* 2016 WL 4582231, at *3. Ethicon respectfully suggests that Dr. Mjanger's opinions about these rates in his own practice

are sufficiently reliable and that the Court allow Dr. Mjanger to testify about such rates consistent with other decisions issued by the Court. *See Bellew v. Ethicon, Inc.*, No. 2:13-cv-22473, Doc. 265, p. 40 (S. D. W. Va. Nov. 20, 2014) ("If *Daubert* required an expert witness to independently verify every single clinical experience he had over the course of his career, the court would never make it past pre-trial motions"); *Winebarger v. Boston Scientific Corp.*, 2015 WL 1887222, at *34 (S.D. W. Va. Apr. 24, 2015) (finding that expert's inability to provide "exact statistics" about the outcome of his patients did not render his personal experience opinions unreliable and that "such detail is not required under *Daubert* to opine as to '*large-scale*' safety and efficacy of the Uphold device"); *Trevino v. Boston Scientific Corp.*, 2016 WL 1718836, at *33 (S.D. W. Va. Apr. 28, 2016) (same).

Alternatively, the Court, as it did in its Wave 1 rulings, should limit its exclusion of Dr. Mjanger's opinions to his statements about his own patient's outcomes. To the extent that Plaintiff's motion could be construed as challenging Dr. Mjanger's ability to provide opinions about the safety and efficacy of TVT and TVT-O beyond his own personal experience, it should be denied.

Indeed, Dr. Mjanger's extensive personal experience, coupled with his reliance on medical literature, make him well-qualified to opine about the safety and utility of the devices. Dr. Mjanger is a skilled female pelvic floor surgeon with over 25 years of experience treating stress urinary incontinence and female pelvic floor disorders, as well as the complications resulting from the implantation of transvaginal mesh. Doc. 4414-3, Pls.' Motion. Ex. C, Expert Report at 1. He has implanted thousands of TVT and TVT-O devices and regularly treats patients for complications related to pelvic surgery. *Id*.; Doc. 4414-2, Pls.' Motion Ex. B, Mjanger CV.

As reflected in his report, and supported by published studies, the rate of mesh exposure for TVT ranges on average from 1- 3% in the peer reviewed literature.  E Doc. 4414-3, Pls.' Motion. Ex. C, Expert Report at 6-8; Doc. 4414-4, Pls.' Motion Ex. D, 7/20/17 Mjanger Dep. at 279-282.  Dr. Mjanger believes his personal success and complication rates to be generally consistent with the peer-reviewed scientific literature.  Doc. 4414-4, Pls. Motion Ex. D, 7/20/17 Mjanger Dep. at 279-282.

### III.    Dr. Mjanger is competent to testify about degradation.

As this Court concluded in its rulings in Wave 1 as to Plaintiff's argument that another expert witness [Dr. Flynn] was not competent to testify about degradation was "without merit." *In re: Ethicon,* 2016 WL 4556807, at *4 (S.D. W. Va. Aug. 31, 2016).  The Court held that Dr. Flynn's "extensive clinical experience, combined with [his] review of the scientific literature, qualifies [him] to opine on mesh's reaction to and effect on the human body."  *Id.*  The same analysis should apply to Dr. Mjanger.

Dr. Mjanger's opinions are particularly bolstered by his review of Level 1 long-term studies, RCTs, systematic reviews, meta-analyses, and Cochrane reviews demonstrating the safety of polypropylene mesh and that the mesh is not degrading.  *See, e.g.,* E Doc. 4414-3, Pls.' Motion. Ex. C, Expert Report at 6-10; Doc. 4414-4, Pl's Motion Ex. D, 7/20/17 Mjanger Dep. at 289-290.  As stated in Dr. Mjanger's report, "Clinical evidence, including my own clinical experience, established that TVT mesh does not degrade in vivo.  If it does, any such degradation does not (find any possible testimony that would work here about his personal experience and any literature testimony).  Doc. 4414-3, Pls.' Motion. Ex. C, Expert Report at 9.

Plaintiffs fault Dr. Mjanger for not reviewing the devices' design history files, but Dr. Mjanger does not offer opinions about Ethicon's process of developing products.  Indeed,

Dr. Mjanger's opinions about degradation are not at the molecular level and the equivalent of the opinions of a polymer scientist, but instead, are focused on clinical aspects of alleged degradation. *See Wilkerson*, 2015 WL 2087048, at *20 (S.D. W. Va. May 5, 2015). ("That he [Dr. Porter] has no experience in polymer science is irrelevant because Dr. Porter is not offering opinions about 'what's happening at the molecular level'").

Plaintiffs also argue that Dr. Mjanger should not be allowed to testify about the lack of any meaningful clinical effects of degradation, because he "does not hold himself out as an expert in chemical engineering, pathology, or polymer chemistry."; "has not done any bench or lab research on polypropylene or polypropylene meshes"; "has never performed any kind of pathological analysis on any explanted polypropylene meshes and . . . is not a biomaterials specialist." Pl's Motion at 11. In *Huskey*, this Court rejected a similar challenge to defense expert urogynecologist, Harry Johnson, M.D. 29 F. Supp. 3d at 735. Noting that although "Dr. Johnson's opinion is not subject to testing and it is not supported by peer-reviewed literature *affirmatively* stating that degradation lacks clinical significance," Dr. Johnson's "clinical experience and his review of the scientific literature" set forth a sufficient basis for his opinion and "Dr. Johnson's failure to review particular documents goes to the weight of his opinion, not its admissibility." *Id.* Again, "[i]f there are certain device-specific publications that [Plaintiffs claim that Dr. Flynn] failed to review in preparing his expert report, the plaintiff is free to ask him about those publications on cross-examination." *Trevino*, 2016 WL 2939521, at *41.

IV. **Dr. Mjanger's opinions regarding safety and efficacy of the TVT and TVT-O are based in sound methodology.**

Dr. Mjanger has applied a sound methodology in formulating his opinions regarding the safety and efficacy of TVT and TVT-O and the rates referenced in his testimony are supported by his thorough review of peer-reviewed publications demonstrating the long-term safety of the

devices, as well as the repeated endorsement of medical societies. Doc. 4414-4, Pls.' Motion Ex. D, 7/20/17 Mjanger Dep. at 279-282. His opinions are also supported by his decades of clinical experience and medical training. Although Dr. Mjanger could not verify precise percentages for specific types of complications realized in his practice, that failure does not impact his ability to testify about the safety and efficacy of TVT and TVT-O, as demonstrated by the scientific literature that he has reviewed.

This Court has recognized that a physician may testify that complication rates found in literature are verified by his personal experience. *See, e.g., Tyree v. Boston Scientific Corp.*, 54 F. Supp. 3d 501, 585 (S.D. W. Va. 2014) (expert applied reliable methodology supporting opinion that product was safe and effective where opinion was based upon "minimal complications in his clinical practice" which was "on par with the findings of [the] studies' he cites throughout his expert report"); *Carlson v. Boston Scientific Corp.*, 2015 WL 1931311, at *12, *36 (S.D. W. Va. Apr. 28, 2015) (finding Dr. Galloway's method of considering scientific articles and drawing on his clinical experience to reach his opinion regarding degradation to be methodologically sound and allowing Dr. Culligan "by way of his experience with the Uphold device and his review of the relevant scientific literature" to opine how these procedures compare.) That is precisely what Dr. Mjanger will do in these cases. Any alleged inconsistencies or weaknesses in Dr. Mjanger's testimony go to its weight, not its admissibility. *See Daubert*, 509 U.S. 579, 596 (1993) ("Vigorous cross-examination, presentation of contrary evidence, and careful instruction on the burden of proof are the traditional and appropriate means of attaching shaky but admissible evidence.")

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court deny Plaintiffs' motion to exclude Dr. Mjanger's testimony.

Dated:  August 29, 2017.                Respectfully submitted,

NILAN JOHNSON LEWIS PA

By:  */s/ Tracy J. Van Steenburgh*
Tracy J. Van Steenburgh
Reg. No. 141173
**Nilan Johnson Lewis PA**
120 South Sixth Street, Suite 400
Minneapolis, MN 55402-4501
Telephone: (612) 305-7500
Facsimile:  (612) 305-7501
tvan@nilanjohnson.com

Christy D. Jones
**Butler Snow LLP**
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

David B. Thomas (W.Va. Bar #3731)
**Thomas Combs & Spann PLLC**
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

**COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2017 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Tracy J. Van Steenburgh*
Tracy J. Van Steenburgh

# EXHIBIT A

Case 2:12-md-02327   Document 4545-1   Filed 08/29/17   Page 2 of 15 PageID #: 149807

# Ragnvald Mjanger

## Reliance List
### *in Addition to Materials Referenced in Report*

**Medical Literature**

| |
|---|
| Agostini A, et al. [Pop 12,280] Immediate complications of tension-free vaginal tape (TVT): results of a French survey. Eur J Obstet Gynecol. 2006; 124:237-239. |
| Aigmueller T, et al. [10 yr fu] Ten-year follow-up after the tension-free vaginal tape procedure. Am J Obstet Gynecol. 2011; 205:496.e1-5. |
| Albo M, Richter, Zimmern, Moalli, Sirls. - NEJM - SISTEr study - Burch Colposuspension versus Fascial Sling to Reduce Urinary Stress Incontinence. N Engl J Med 2007;356:2143-55. |
| Amid PK. Biomaterials for abdominal wall hernia surgery and principles of their applications. Langenbecks Arch Chir (1994) 379:168-171 |
| Amid PK. Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia:1997:1:15-21. |
| Angioli R, Plotti F, Muzii L, Montera R, Panici PB, Zullo MA. Tension-free vaginal tape versus transobturator suburethral tape: five-year follow-up results of a prospective, randomised trial. Eur Urol 2010;58:671-677. |
| Boukerro. Objective analysis of mechanical resistance of tension-free devices. European Journal of Obstetrics & Gynecology and Reproductive Biology 124 (2006) 240-245 |
| Boukerrou M, et al. Study of the biomechanical properties of synthetic mesh implanted in vivo. Eur J Obstet Gynecol Reprod Biol (2007) 134:262-267 |
| Brubaker L, et al. Adverse events over two years after retropubic or transobturator midurethral sling surger: Findings from the trial of midurethral slings (TOMUS) Study. Am J Obstet Gynecol 2011;205:498e.1-6 |
| Cassidenti A. The crushing of innovation for treating female pelvic floor disorders: A Story of "Lead or be Led." OBG Management 2016; 28(4): 9-14 |
| Celebi - [Pop 563, 5 yrs fu] Results of the TVT procedure for treatment of female SUI: a 5 year follow-up study; Arch Gynecol Obstet (2009) 279:463-467 |
| Collinet P. et al. The Safety of the Inside-Out Transobturator approach for transvaginal tape (TVT-O) treatment in stress urinary incontinence: French registry data on 984 women. Int Urogynecol J (2008) 19:711-715 |
| Costantini. [Pop 87, median 100 mos fu] Long-term efficacy of the trans-obturator and retropubic MUS for SUI: update from a randomized clinical trial; World J Urol, DOI 10.1007/s00345-015-1651-z, 2015 |
| Cox A, Herschorn S, Lee L. [Nat Rev Urol] Surgical management of female SUI: is there a gold standard? Nat Rev Urol. 2013 Feb;10(2):78-89. |
| Cresswell J, et al. [pop 118, mean 6.6 yrs fu] Long-term evaluation of tension-free vaginal tape (TVT) outcomes for a UK Surgeon: Objective assessment and patient satisfaction questionnaires. British Journal of Medical and Surgical Urology (2008) 1, 58-62. |
| Dietz HP, et al. [Pop 68, median 1.6 yrs fu] Does the Tension-Free Vaginal tape stay Where you Put It? Am J Obstet Gynecol 2003; 188:950-3 |
| Dietz HP, et al. Mechanical properties of urogynecologic implant materials. Int Urogynecol J (2003) 14:239-243. |
| Drutz H. IUGA guidelines for training in female pelvic medicine and reconstructive pelvic surgery (FPM-RPS). Updated Guildelines 2010. Int Urogynecol K=J 2010; 21: 1445-1453. |
| Dyrkorn OA, Kulseng-Hanssen S, Sandvik L. TVT compared with TVT-O and TOT: Results from the Norwegian National Incontinence Registry; Int Urogynecol J (2010) 21:1321-1326. |
| Falconer C. Clinical Outcome and Changes in Connective Tissue Metabolism After Intravaginal Slingplasty in Stress Incontinence Women. Int Urogynecol J 1996; 7: 133-137 |
| Ford AA, et al. (Cochrane Review[FULL]) Mid-urethral sling operations for stress urinary incontinence in women. The Cochrane Library 2015, Issue 7 |
| Groutz A, Rosen G, Cohen A, Gold R, Lessing JB, Gordon D. [Pop 52, 10 yr fu] Ten-year subjective outcome results of the retropubic tension-free vaginal tape for treatment of stress urinary incontinence. J Minim Invasive Gynecol (2011) 18:726-729 |

**Medical Literature**

Han J-Y, Park J, Choo M-S. [Pop 88, 12 yr fu] Long-term durability, functional outcomes, and factors associated with surgical failure of tension-free vaginal tape procedure. Int Urol Nephrol (2014) 46:1921-1927

Hansen, Gradel. [Danish Registry] Reoperation for urinary incontinence-a nationwide cohort study, 1998 thru 2007; Am J Obstet Gynecol 2016;214:263.e1-8

Heinonen P. [Pop 191, mean 10.5 yrs fu] Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome. Int J Urol 2012; 19:1003-1009

Holmgren S, Nilsson. [Pop 760, 8 yr fu] Long-Term Results with Tension-Free Vaginal Tape on Mixed and Stress Urinary Incontinence. Obstetrics & Gynecology; Vol. 106, No. 1, July 2005

Jelovsek J, et al. [Pop 72, mean 62 mos fu] Randomized trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up. BJOG 2008; 115: 219-225.

Jonsson Funk M. Sling Revision/ Removal for Mesh Erosion and Urinary Retention: Long-Term Risk and Predictors. Am J Obstet Gynecol. 2013; 208(1): 73.e1-73.e7

Karlovsky M. Synthetic Biomaterials for Pelvic Floor Reconstruction. Current Urology Report 2005; 6:376-384

Kenton K, Zyczynski H, Sirls LT, Richter HE, et al. (TOMUS published) 5-Year Longitudinal Followup after Retropubic and Transobturator Mid-urethral slings. The Journal of Urology, Vol. 193, 203-210, January 2015.

Kersey J. The gauze hammock sling operation in the treatment of stress incontinence. British Journal of Obstetrics & Gynecology 1983; 90:945-949.

Kirby A. Midurethral slings: which should I choose and what is the evidence for use? Curr Opin Obstet Gynecol 2015; 27: 359-365

Kuuva N, Nilsson. [Pop 1455, 2 mo fu] A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure. Acta Obstet Gynecol Scand 2002; 81: 72-77

Laurikainen E, Valpas A, Aukee P, Kivelä A, Rinne K, Takala T, Nilsson CG. [Pop 254, 5 yr fu] Five-year results of a randomized trial comparing retropubic and transobturator midurethral slings for stress incontinence. Eur Urol (2014) 65:1109-1114

Li B, Zhu L, Lang JH, Fan R, et al. [Pop 55, 7 yr fu] Long-term outcomes of the tension-free vaginal tape procedure for female stress urinary incontinence: 7-year follow-up in China. J Minim Invasive Gynecol. 2012 Mar-Apr;19(2):201-5.

Liapis A, Bakas P, Creatsas G. [Pop 65, 5 & 7 yr fu] Long-term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and 7-year follow-up. Int Urogynecol J Pelvic Floor Dysfunct (2008) 19:1509-1512

Lo TS, et al. Ultrasound assessment of mid-urethra tape at three-year follow-up after tension-free vaginal tape procedure. Urology 63:671-675, 2004

Lukacz ES, et al. [Pop 54, 1 yr fu] The effects of the tension-free vaginal tape on proximal urethral position: a prospective, longitudinal evaluation. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug;14(3):179-84.

Moalli PA, et al. Tensile Properties of five commonly used mid-urethral slings relative to the TVT. Int Urogynecol J (2008) 19:655-663.

Moir J. The Gauze-Hammock Operation. A Modified Aldrige Sling Procedure. The Journal of Obstetrics and Gynaecology of the British Commonwealth Vol. 75, No. 1 January 1968

Nager C. Midurethral Slings: Evidence-based Medicine vs. The Medicolegal System. Accepted Manuscript to appear in: American Journal of Obstetrics and Gynecology; 2016 doi: 10.1016/j.ajog.2016.04.018

Nager C. Midurethral Slings: Evidence-Based Medicine vs. The Medicolegal System. American Journal of Obstetrics and Gynecology 2016 DOI: 10.1016/j.ajog.2016.04.018

Nguyen J. [Pop 4,142] Perioperative Complications and Reoperations After Incontinence and Prolapse Surgeries Using Prosthetic Implants, Obstet Gynecol. 2012 Mar;119(3):539-46

**Medical Literature**

| |
|---|
| Nichols DH. The Mersilene Mesh Guaze-Hammock for Severe Urinary Stress Incontinence. Obstet Gynecol 1973; 41(1): 88-93. |
| Nilsson C. [7 yr fu] Seven-Year Follow-up of the Tension-Free Vaginal Tape Procedure for Treatment of Urinary Incontinence. Obstet Gynecol (2004) 104, 1259-1262 |
| Nilsson C. Creating a gold standard surgical procedure: the development and implementation of TVT. Int Urogynecol J 2015; 26(4): 467-469 |
| Nilsson C. Long-term Results of the Tension-Free Vaginal Tape (TVT) Procedure for Surgical Treatment of Female Stress Urinary Incontinence. Int Urogynecol J 2001; (Suppl 2): S5-S8 |
| Nilsson CG, Palva K, Aarnio R, Morcos E, Falconer C. [Pop 58, 17 yrs fu] Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. Int Urogynecol J (2013) 24: 1265-1269 |
| Nilsson CG. Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence. Int Urogynecol J (2008) 19: 1043-1047 |
| Nilsson M, et al. (Swedish Registry) [Pop 3334, 12 mo fu] Female urinary incontinence: patient-reported outcomes 1 year after midurethral sling operations. Int Urogynecol J. 2012 Oct;23(10):1353-1359. |
| Novara G, Galfano A, Boscolo-Berto R, Secco S, Cavalleri S, Ficarra V, Artibani W. [meta-analysis] Complication rates of tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials comparing tension-free midurethral tapes to other surgical procedures and different devices. Eur Urol 53 (2008):288-309 |
| Ogah. Minimally invasive synthetic suburethral sling operations. Cochrane Review [Abstract] Cochrane Database Review; The Cochrane Library 2009, Issue 4 |
| Olsson I, Abrahamsson AK, Kroon UB. Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence: a retrospective follow-up 11.5 years post-operatively. Int Urogynecol J (2010) 21:679-683 |
| Pandit A. Design of surgical meshes - an engineering perspective. Technology and Health Care 2004; 12: 51-65 |
| Petros P. Creating a gold standard surgical device. Scientific discoveries leading to TVT and beyond. Int Urogynecol J DOI 10.1007/s00192-015-2639-3 |
| Prien-Larsen JC, Hemmingsen L. [Pop 316, 5 yr fu] Long-term outcomes of TVT and IVS operations for treatment of female stress urinary incontinence: monofilament vs. multifilament polypropylene tape. Int Urogynecol J Pelvic Floor Dysfunct (2009) 20:703-709 |
| Reich A, Kohorst F, Kreienberg R, Flock F. [7 yr fu] Long-term results of the tension-free vaginal tape procedure in an unselected group: a 7-year follow-up study. Urology (2011) 78:774-777 |
| Richter, Brubaker, Zimmern, Sirls (UITN) SISTEr [Pop 482, 7 yr fu] Patient Related Factors Associates with Long-Term Urinary Continence After Burch Colposuspension and Pubovaginal Fascial Sling Surgeries. J Uro, Vol. 188, 485-489, August 2012 |
| Schimpf MO, Rahn DD, Wheeler TL et al. (published) [meta-analysis] Sling surgery for stress urinary incontinence in women: a systematic review and meta-analysis. Am J Obstet Gynecol (2014) 211:71.e1-71.e27 |
| Schiotz H. [Pop 33,10 yrfu] Ten-year follow-up after conservative treatment of stress urinary incontinence. Int Urogynecol J (2008) 19:911-915 |
| Schraffordt Koops. [Pop 634, 2 yr fu] Quality of life before and after TVT, a prospective multicenter cohort study, results from the Netherlands TVT database; BJOG 2006; 113:26-29 |
| Schraffordt Koops. The effectiveness of tension-free vaginal tape (TVT) and quality of life measured in women with previous urogynecologic surgery; Analysis from the Netherlands TVT database; American Journal of Obstetrics and Gynecology (2006) 195, 439-44 |

Ragnvald Mjanger Materials List

**Medical Literature**

Serati M, Ghezzi F, Cattoni E, Braga A, Siesto G, Torella M, Cromi A, Vitobello D, Salvatore S. [Pop 58, but 10 yrs fu] Tension-free vaginal tape for the treatment of urodynamic stress incontinence: efficacy and adverse effects at 10-year follow-up. Eur Urol (2012) 61:939-946

Shao U, et al. [Pop 24, median 57 mo fu] Tension-free vaginal tape retropubic sling for recurrent stess urinary incontinence after Burch colposuspension failure. International Journal of Urology (2011) 18, 452-457

Song PH, Kim YD, Kim HT, Lim HS, Hyun CH, Seo JH, Yoo ES, Park CH, Jung HC, Gomelsky A. [Pop 306, 7 yr fu] The 7-year outcome of the tension-free vaginal tape procedure for treating female stress urinary incontinence. BJU Int. 2009 Oct;104(8):1113-1117.

Song. [Pop 206, 13 yr fu] AUA Abs. MP33-03 The long-term outcomes from TVT procedure for female SUI; Data from minimal 13 years of follow up; http://www.aua2014.org 2014

Svenningsen R, et al. (Norwegian registry) [Pop 542, median 129 mo fu] Long-term follow-up of the retropubic tension-free vaginal tape procedure. Int Urogynecol J. 2013 Aug;24(8):1271-1278

Svenningsen R. [Pop 810, 10 yr fu] Risk Factors for Long-Term Failure of the Retropubic Tension-Free Vaginal Tape Procedure. Neurourology and Urodynamics (2013) 33:1140-1146

Tamussino K. (Austrian registry) [Pop 2543] Transobturator tapes for stress urinary incontinence: Results of the Austrian registry. Am J Obstet Gynecol 2007;197:634.e1-634.e5.

Tamussino KF, et al. Tension-free vaginal tape operation: Results of the Austrian Registry. Obstet Gynecol 2001; 98:732-736.

Thubert T. [Pop 98, 1 yr fu] Bladder injury and success rates following retropubic mid-urethral sling: TVT EXACT™ vs. TVT™ European Journal of Obstetrics & Gynecology and Reproductive Biology 2016; 198: 78-83

Tincello. The TVT Worldwide Observational Registry for Long Term Data: Safety and Efficacy of Suburethal Sling Insertion Approaches for Stress Urinary Incontinence in Women; The Journal of Urology; Vol. 186, 2310-2315, December 2011

Tommaselli GA, et al. Medium-term and long-term outcomes following placement of midurethral slings for stress urinary incontinence: a systematic review and metaanalysis. Int Urogynecol J (2015) DOI 10.1007/s00192-015-2645-5

Ulmsten U. A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence. Int Urogynecol J 1998; 9:210-213

Ulmsten U. An Ambulatory Surgical Procedure Under Local Anesthesia for Treatment of Female Urinary Incontinence. Int Urogynecol J 1996; 7:81-86

Ulmsten U. Creating a gold standard surgical device: scientific discoveries leading to TVT and beyond. Ulf Ulmsten Memorial Lecture 2014. Int Urogynecol 2015; 26(6): 787-9

Ulmsten U. Intravaginal Slingplasty (IVS): An Ambulatory Surgical Procedure for treatment of Female Urinary Incontinence. Scand J Urol Nephrol 1995; 29:75-82

Unger CA, et al. [Pop 267] Indications and risk factors for midurethral sling revision. Int Urogynecol J. 2015; DOI:10.1007/s00192-015-2769-7.

Valpas, Nilsson. [Pop 121, 5 yr fu] TVT versus laparocopic mesh colposuspension; 5 year follow-up results of a randomized clinical trial; Int Urogynecol J DOI (2014) 10.1007/s00192-014-2454-2

Ward K. Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up. BJOG 2008; 115: 226-233

Ward, Hilton. [Pop 344, 5 yr fu IRELAND study] TVT vs colposuspension for primary urodynamic stress incontinence: 5 year follow up. Bjog 2008; 115:226-233

Welk B. (Pop 60K) Removal or Revision of Vaginal Mesh used for the Treatment of Stress Urinary Incontinence. JAMA Surg (2015) Doi:10.1001/jamasurg.2015.2590

Williams TH, TeLinde RW. The Sling Operation for Urinary Incontinence Using Mersilene Ribbon. Obstet Gynecol 1962; 19(2):241-245.

**Medical Literature**

Young, Rosenblatt, et al. The Mersilene mesh suburethral sling: a clinical and urodynamic evaluation. AJOG 1995; 173:1719-1726.

**Ragnvald Mjanger Materials List**

Production Materials

| Document Description [Bates Range] |
| --- |
| A Solution-Gynecare TVT Tension-Free Support for Incontinence. |
| DEPO.ETH.MESH.00004755 - Guidoin Explant |
| DX23600-R.1-3 - Prolene Resin Manufacturing Specifications 1.23.03 |
| Email string re - Revised write up of the DeLeval and Waltregny visit |
| ETH.MESH.00071794 - Email re: TVT IFUs on tape extrusion, exposure and erosion |
| ETH.MESH.00220335-36 - 12.2.1999 Memo re: Biocompatibility Risk Assessment for Soft Prolene Mesh. |
| ETH.MESH.00262015-016 - Dan Smith Email Plaintiffs Exhibit 2067 |
| ETH.MESH.00349228 - Cytotoxicity Risk Assessment for the TVT (Ulmsten) Device |
| ETH.MESH.00373310 - Gynecare TVT Tension-Free Support for Incontinence: General Profession Education Deck. |
| ETH.MESH.00523942 - Waltregny 2005 ICS Presentation |
| ETH.MESH.00526473-74 - Allison Brown Email re-Laser-cut Mesh |
| ETH.MESH.00541379-80 - Mesh Fraying for TVT Devices |
| ETH.MESH.00575257 - Abbrevo laser cut vs. mechanically cut - notes from meeting with de leval - inappropriate |
| ETH.MESH.00575270-273 - Jean de Leval Email Re: DSCN3332.JPG May 30, 2009 |
| ETH.MESH.00584811-13 - Email string re-Ultrasonic Slitting of Prolene Mesh for TVT |
| ETH.MESH.00590896-897 - Piet Hinoul Email 3.11.09 |
| ETH.MESH.00658177-198 - Surgeons Resource Monograph |
| ETH.MESH.00687819-22 - Email string re-Laser cut mesh |
| ETH.MESH.00857821 - Top Ten Reason to pursue Gynecare TVT Obturator System |
| ETH.MESH.00858080-081 - Perry Trial - Plaintiff's Exhibit 2313 |
| ETH.MESH.00858096-97 - Gynecare R&D Monthly Update - May |
| ETH.MESH.00858175-176 - Mulberry Weekly Meeting MINUTES for 6.3.03 |
| ETH.MESH.00858252-53 - 2004 Memo from London Brown to Dan Smith re Mechanical Cut vs. Laser Cut Mesh Rationale |
| ETH.MESH.00863391 - T-366 - Dan Smith email - particle loss |
| ETH.MESH.00870466 - Ethicon Expert Meeting-Meshes for Pelvic floor |
| ETH.MESH.00993273 - TVT Obturator Anatomic Considerations Clinical Update: Special Considerations, Complications. |
| ETH.MESH.01202189 - Stale Kvitle Email regarding Mini Me follow up from our visit May 20, 2009 |
| ETH.MESH.01202190-191 - David Waltregny Email Re: Mini Me follow up from our visit May 21, 2009 |
| ETH.MESH.01203957-97 - The future of surgical meshes-the industry's perspective |
| ETH.MESH.01219542-48 - Review of Surgeon Responses of VOC Questionnaire |
| ETH.MESH.01220135-45 - Email string re-New Standards for Urethral Slings |
| ETH.MESH.01228079-84 - Nilsson Podcast Transcript |
| ETH.MESH.01238454-56 - Email string re-TVTO length |
| ETH.MESH.01279975-976 - Harel Gadot Email re Next step in SUI sling |
| ETH.MESH.01317508-613 - TVT Factbook DHF - Revised 05.14.2001 |
| ETH.MESH.01752532-35 - Mesh design argumentation issues |
| ETH.MESH.01784823-28 - Clinical Expert report-Laser Cut Mesh |
| ETH.MESH.01785259-260 - Email string re: +M relaxation |
| ETH.MESH.01808311-318 - Trip Report Michael Tracey |
| ETH.MESH.01809082-83 - Memo re: VOC on new laser cut TVT mesh |
| ETH.MESH.01813259; ETH.MESH.02180759-61 - Email string with attachment re-Jeans Ideas. |
| ETH.MESH.01813975-78 - Email string re-FDA Prep-Plaintiff's Exhibit 460 |

**Production Materials**

| |
|---|
| ETH.MESH.01822361-363 - Dan Smith Email regarding TVT Secur October 18, 2006 |
| ETH.MESH.01822361-62 - Dan Smith Email regarding TVT-Secur leading to less retention |
| ETH.MESH.02017152-56 - 02.23.2007 Ethicon Expert Meeting: Meshes for Pelvic Floor Repair |
| ETH.MESH.02026591-95 - MSDS-c4001 Polypropylene Homopolymer |
| ETH.MESH.02090196-209 - Plaintiff's Exhibit 4085-04.15.2008 |
| ETH.MESH.02211890 - Test Report |
| ETH.MESH.02319312 - Memo re-TVT-base & TVT-O Complaint Review for Laser Cut Mesh Risk Analysis |
| ETH.MESH.02340331-335 - TVT IFU (12.22.03 to 02.11.05) |
| ETH.MESH.02340568-90 - TVT-S IFU |
| ETH.MESH.02340829-835 - TVT-O IFU - (01.07.04 to 03.04.05) |
| ETH.MESH.02341203-13 - TVT Abbrevo IFU |
| ETH.MESH.03259439-40 - 4.24.2009 Gauld email chain re Green Journal |
| ETH.MESH.03427878-883 - TVT IFU - (11.29.10 to11.26.14) |
| ETH.MESH.03458123-38 - TVT Patient Brochure |
| ETH.MESH.03715978 - Weisberg email re: TVT question. |
| ETH.MESH.03905472-77 - Email string re-TVT recommendation from Dr. Alex Wang |
| ETH.MESH.03907468-9 - Second Generation TVT - by Axel Arnaud |
| ETH.MESH.03910175 - Email string re - Soft Prolene |
| ETH.MESH.03910418-21 - Email string re-Mini TVT - mesh adjustment |
| ETH.MESH.03911107-08 - Email string re-TVT complications (an Prof. Hausler) |
| ETH.MESH.03913357-359 - Axel Arnaud Email 5.31.07 Re TVT TVT-O |
| ETH.MESH.03916905-13 - Plaintiff's Exhibit 3827 |
| ETH.MESH.03924557-86 - Meshes in Pelvic Floor Repair-Findings from literature review and conversations-interviews with surgeons, June 6, 2000. |
| ETH.MESH.03930120-123 - Nilsson C. Seven-Year Follow-up of the Tension-Free Vaginal Tape Procedure for Treatment of Urinary Incontinence. Obstet Gynecol 2004; 104(6): 1259-62 |
| ETH.MESH.03932909-911 - Confidential - History of TVT-O |
| ETH.MESH.03932912 - The History of TVT |
| ETH.MESH.03941623 - DeLeval Email RE: TVT ABBREVO ALERT - French and English Email and English Translation Certification Plaintiff's Exhibit 3619- Perry |
| ETH.MESH.04048515-520 - Carl Nilsson KOL Interview Project Scion 06.18.08 |
| ETH.MESH.04081189 - Meeting Agenda |
| ETH.MESH.04082973 - Possible Complications for Surgeries to Correct POP and SUI |
| ETH.MESH.04092868 - Email re : 10100080654 and TVT IFUs |
| ETH.MESH.04938298-299 - Piet Hinoul Email Re: Prof. de Leval - TVT Abbrevo |
| ETH.MESH.04941016 - Lightweight Mesh Developments (Powerpoint) |
| ETH.MESH.04945231-239 - Email string re-Ultrapro vs Prolene Soft Mesh |
| ETH.MESH.04945496 - Bernd Klosterhalfen Email Re: Ultrapro vs. Prolene Soft Mesh April 18, 2005 |
| ETH.MESH.05225380-384 - TVT IFU - (09.08.00 to 11.26.03) |
| ETH.MESH.05337217-220 - Email string, top one from D. Miller to J. Paradise, et al |
| ETH.MESH.05347751-762 - Email string re Investigator-initiated studied policy |
| ETH.MESH.05479411 - The (clinical) argument of lightweight mesh in abdominal surgery |
| ETH.MESH.05479535 |
| ETH.MESH.05588123-126 - Stephen Wohlert Email - AW: How inert is polypropylene? July 9, 2007 |
| ETH.MESH.05644163-171 - Pelvic Floor Repair-Surgeon's Feed-back on Mesh Concept |
| ETH.MESH.05799233-39 - TVT Exact IFU |
| ETH.MESH.05918776 - Email re: Marlex Experience |

**Production Materials**

| |
|---|
| ETH.MESH.05958248 - Surgeons Resource Monograph |
| ETH.MESH.05998835-836 - Piet Hinoul Email Re: ALERTE TVT ABBREVO |
| ETH.MESH.06592243 - 09.14.2012 Email from Carl Nilsson to Laura Angelini |
| ETH.MESH.06695438 - Justification for Utilizing the Elasticity Test as the Elongation Requirements on TVT LCM |
| ETH.MESH.06887138-40 - Waltregny email written on behalf of Professor de Leval. |
| ETH.MESH.06887244 - 07.16.04 David Waltregny email to Dan Smith re: TVT-O. |
| ETH.MESH.06917699-704 - Form For Customer Requirements Specification (CRS) For Project TVT-O PA |
| ETH.MESH.06923868-71 - TVTO-PA Clinical Strategy - 8.21.13 Exhibit A.M. Mitchell T-2177 |
| ETH.MESH.07192929 - Investigating Mesh Erosion in Pelvic Floor Repair Powerpoint |
| ETH.MESH.07226579-590 - 2000 - TVT CER |
| ETH.MESH.07383730-31 - Email string re-Ultrapro mesh information-identical mesh to Prolift +M |
| ETH.MESH.08003181-96 - TVT Patient Brochure |
| ETH.MESH.08003231-46 - TVT Patient Brochure |
| ETH.MESH.08003279-94 - TVT Patient Brochure |
| ETH.MESH.08003295-302 - TVT Patient Brochure |
| ETH.MESH.08299913-917 - Nilsson C. Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. Int Urogynecol J 2013; 24(8): 1265-9 [9.11.13 Exhibit T-1271] |
| ETH.MESH.08315779 - Clinical Expert report-09.25.2012 |
| ETH.MESH.08334244; ETH.MESH.08334245 - Email re Photographs of LCM vs MCM with attachments |
| ETH.MESH.08334244-45 - Email string re-Photographs of LCM vs MCM with powerpoint attachment |
| ETH.MESH.09264945-46 - Prolene Mesh Re-Design Project |
| ETH.MESH.09630649 - 4.26.1973 FDA Letter RE: NDA 16-374 |
| ETH.MESH.09656792 |
| ETH.MESH.09656795 |
| ETH.MESH.09744858-63 - TVT Patient Brochure |
| ETH.MESH.09746948-998 - License and Supply Agreement [Rosenzweig Exhibit 21 - 12.22.15] |
| ETH.MESH.09747038-097 - Medscand Agreement |
| ETH.MESH.09747337-369 - Asset Purchase Agreement |
| ETH.MESH.09888187-223 - Seven Year Data for Ten Year Prolene Study - Plaintiff's Exhibit 4102 |
| ETH.MESH.09922570-578 - R&D Memorandum of PA Mesh Assessments for TVTO-PA Revision 1 |
| ETH.MESH.10281860 - Tension-Free Midurethral Sling: Market Update. |
| ETH.MESH.11336474-87 - Ten Year In Vivo Suture Study Scanning Electron Microscopy-5 Year Report - Plaintiff's Exhibit 4111 |
| ETH.MESH.12831391-92 - P4128 - IR Microscopy of Explanted Prolene received from Prof. R. Guidoin. |
| ETH.MESH-08476311 - Cytotoxicity assessment of Ulstem sling |
| Gynecology Solutions |
| Johnson & Johnson - Our Credo [8.9.13 A.M. Mitchell Exhibit T-3134] |
| June, 2009 Klosterhalfen intermediate report on explanted mesh (highlighted) |
| Klinge Presentation PVDF: a new alternative? Meeting o Hernia Experts Exhibit P-1944 |
| Librojo updated TVT Declaration (10-23-15) [12 pages] |
| McCabe email re - Sheath Sales Tool - 464 |
| MSDS-Marlex Polypropylenes |
| P4122 - SEM Figure 183: Sample J7959 13409 (Photographs) |
| Payments to Medscand [9.16.13 Exhibit T-3192] |
| Payments to Medscand by J&J [9.16.13 Exhibit T-3183] |
| Payments to Ulmsten as Consultant [9.16.13 Exhibit T-3204] |

Ragnvald Mjanger Materials List

**Production Materials**

| |
|---|
| Published clinical data and RCTs - Ethicon.com - 4204-C |
| Seven Year Dog Study - T-2263 |
| TVT Abbrevo IFU - 01.2015 |
| TVT Exact IFU - 01.2015 |
| TVT IFU - 01.2015 |
| TVT Patient Brochure - 2015 |
| TVT-O la bandelette trans-obturatrice (Photograph) |
| TVT-Obturator IFU - 01.2015 |

**Ragnvald Mjanger Materials List**

**Company Witness Depositions**

| Deponent [Date of Deposition] |
|---|
| Hinoul, Piet - 04.05.2012 Deposition Testimony |
| Hinoul, Piet - 09.18.2012 Deposition Testimony |
| Weisberg, Martin - 05.24.2012 Deposition Testimony |
| Weisberg, Martin - 8.9.2013 Deposition Testimony |
| Weisberg, Martin - 11.12.2015 Deposition Testimony |
| Weisberg, Martin - 11.13.2015 Deposition Testimony |
| Nager, Charles - 06.10.2014 Deposition Testimony |

Ragnvald Mjanger Materials List

**Other Materials**

| Publically Available |
|---|
| 24 Hour Summary of the Gastroenterology and Urology Devices Panel of the Medical Devices Advisory Committee Meeting [02.26.2016]. |
| FDA - Device Labeling Guidance #G91-1 March 1991 |
| FDA Considerations about Surgical Mesh for SUI [03.27.2013]. |
| FDA Executive Summary: Surgical mesh for treatment of women with POP and SUI [09.08.2011] |
| FDA News Release: Surgical Placement of mesh to repair pelvic organ prolapse poses risk [07.13.2011]. |
| FDA Public Health Notification: Serious Complications Associated with Transvaginal Placement of Surigical Mesh in Repair of POP and SUI. Issued: 10.20.2008. |
| FDA Questions: Reclassification of the Urogynecologic Surgical Mesh Instrumentation. |
| Device Labeling Guidance |
| Deposition Subject Matter-Design and Development of Mesh Products |
| Oxford Levels of Evidence; www.cebi.ox.ac.uk/fileadmin/_processed_/csm_Evidence_pyramid_bluef5c85529a0.jpg |
| AUA Guideline for the Surgical Management of Female Stress Urinary Incontinence Update (2009) |
| ACOG, AUGS Practice Bulletin Summary of 155 (replaces 63 from 2005) Urinary Incontinence in Women. November 2015. |
| AUGS SUFU Position Statement on MUS for SUI |
| AUGS SUFU Frequently Asked Questions by Patients MUS for SUI |
| AUGS SUFU Frequently Asked Questions by Providers MUS for SUI |
| AUGS Position Statement on Restrictions of Surgical Options for Pelvic Floor Disorders |
| AUA (2011) - Position Statement on the Use of Vaginal Mesh for SUI |
| FDA Considerations about Surgical Mesh for SUI |
| IUGA Position Statement on MUS for SUI (2014) |
| IUGA Mid-urethral sling (MUS) procedures for stress incontinence (2011) |
| 2013 Sept. NICE 171 Guideline - The management of urinary incontinence in women |
| ICS Fact Sheet 2015 |
| RANZOG and UGSA 2014 Position Statement |
| 2012 ABOG - Guide to Learning in Female Pelvic Medicine and Reconstructive Surgery |
| AUA National Medical Student Curriculum Urinary Incontinence |
| AUGS Resident Learning Objectives |
| ACGME Program Requirements. |

Ragnvald Mjanger Materials List

**Betty McCumber - Case Specific**

| Depositions |
| --- |
| McCumber, Betty - 4.11.2017 |
| |
| |
| |

| Expert Reports |
| --- |
| |
| |
| |
| |

| Other |
| --- |
| |
| |
| |
| |

| Medical Records |
| --- |
| Adena Health Systems - Billing 1-7 |
| Adena Medical Group - Billing 1-9 |
| Adena Regional Medical Center - Pathology 1-2 |
| Adena Regional Medical Center - Radiology 1-1 |
| Adena Regional Medical Center - Radiology 2-2 |
| Adena Urology - Billing 1-7 |
| Adena Urology - Billing 8-16 |
| Adena Urology - Medical 1-5 |
| Adena Urology - Medical 17-17 (cert) |
| Adena Urology - Medical 6-6 (cert) |
| Adena Urology - Medical 7-16 |
| Baker Joyce LPC - Medical 1-1 NRS |
| Centers for Medicare & Medicaid - Insurance NR cert or letter 1-1 |
| Centers for Medicare & Medicaid - Insurance NR cert or letter 2-3 |
| Haller Marla D DO - Medical 1-2 NRS |
| Holzer Clinic - Medical 1080-1101 |
| Holzer Clinic - Medical 1-256 |
| Holzer Clinic - Medical 251-515 |
| Holzer Clinic - Medical 516-1079 |
| Holzer Medical - Billing 10-14 |
| Holzer Medical - Billing 1-9 |
| Holzer Medical Center - Billing 15-16 |
| Holzer Medical Center - Medical 137-191 |
| Holzer Medical Center - Medical 1-93 |
| Holzer Medical Center - Medical 94-136 |
| Holzer Medical Center - Medical cert 192-192 |
| Holzer Medical Center - Pathology 1-1 NRS |
| Holzer Medical Center - Radiology 1-24 |
| Holzer Medical Center - Radiology 25-27 |
| Kincaid Stephen Craig Dr - Medical 1-134 |
| Kings Daughters Family Care - Medical 1-31 |
| Kings Daughters Family Care - Medical 132-132 |
| Kings Daughters Family Care - Medical 133-719 |

Ragnvald Mjanger Materials List

**Betty McCumber - Case Specific**

| |
|---|
| Kings Daughters Family Care - Medical 32-90 |
| Kings Daughters Family Care - Medical 720-769 |
| Kings Daughters Family Care - Medical 770-844 |
| Kings Daughters Family Care - Medical 91-131 |
| Kings Daughters Family Care Centers - Billing 845-874 |
| Nooranissa J Pasha MD - Medical 1-1 NRS |
| Ohio Health Heart And Vascular Physicians - Medical 1-1 |
| Ohio Health Physician Group - Billing 1-1 |
| Plaintiff Profile Form 1-5 |
| Plaintiff Profile Form 6-10 |
| Plaintiff Supplied Records - 198-294 |
| Plaintiff Supplied Records 100-197 |
| Plaintiff Supplied Records 1-1 |
| Plaintiff Supplied Records 2-99 |
| Shriver Family Practice - Medical 1-17 |
| Shriver Family Practice - Medical 18-18 CER |
| Shriver Family Practice - Medical 19-19 CER |
| Southern Ohio Medical Center - Billing 1-1 NRS |
| Southern Ohio Medical Center - Medical NR cert or letter 1-1 |
| Southern Ohio Medical Center - Pathology 1-1 NRS |
| Southern Ohio Medical Center - Radiology 1-1 |
| SSA Retirement and Disability - 1-290 |
| SSA Retirement and Disability - 291-592 |