# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-md-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## **MOTION FOR CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating the firm address in MDL Nos. 2187, 2325, 2326, and 2327, and each individual member case in which attorney Steven D. Davis of TorHoerman Law LLC is associated. The telephone number, facsimile number, and email address remain unchanged.

Effective July 1, 2017, attorney Steven D. Davis of TorHoerman Law LLC relocated his office to:

> TorHoerman Law LLC
> 6029 Old Poag Road
> Edwardsville, IL 62025

This Motion applies to attorney Steven D. Davis only.

Accordingly, Plaintiffs respectfully request the Court enter an Order updating the address for the aforementioned TorHoerman Law LLC attorney in MDL Nos. 2187, 2325, 2326, and 2327, and each individual member case in which attorney Steve D. Davis is associated.

Dated: August 29, 2017                Respectfully submitted,

                                                  */s/ Steven D. Davis*_____
Steven D. Davis, 6281263 (IL); 56281 (MO); 249633 (CA)
TORHOERMAN LAW, LLC
6029 Old Poag Road
Edwardsville, IL  62025
Office: (618) 656-4400
Fax: (618) 656-4401
Email: SDavis@THLawyer.com

*Attorney for Plaintiffs*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Court's CM/ECF Filing System this 29th day of August, 2017.

*/s/ Steven D. Davis*_____
Steven D. Davis