IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: Ethicon, Inc.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS DEFENDANT COOK INCORPORATED, COOK BIOTECH INCORPORATED AND COOK MEDICAL INCORPORATED (n/k/a COOK MEDICAL, LLC WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Cook Incorporated, Cook Biotech Incorporated, and Cook Medical Incorporated n/k/a Cook Medical, LLC ("Cook") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Cook jointly move the court to dismiss Cook as a defendant in this action with prejudice, and terminate Cook from the docket in the action, parties to bear their own costs. Other Defendants remain in this action, and Plaintiffs will continue to prosecute these actions against them.

/s/ Douglas B. King       .
Douglas B. King, IN Bar # 5199-49
Jennifer L. Schuster, IN Bar #28052-53
WOODEN & McLAUGHLIN, LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204
Tel: (317) 639-6151
Fax: (317) 639-6444
dking@woodmclaw.com
jschuster@woodmclaw.com

*Attorneys for Defendants Cook Incorporated, Cook Biotech Incorporated, and Cook Medical Incorporated n/k/a Cook Medical, LLC*

/s/ Michelle A. Parfitt
Michelle A. Parfitt, Esquire
(VA Bar No. 33650)
**ASHCRAFT & GEREL, LLP**
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Telephone: (703) 931-5500
Facsimile: (703) 820-1656
Email:  mparfitt@ashcraftlaw.com;
hdennis@ashcraftlaw.com
*Attorney for Plaintiffs on Exhibit A*

Dated: 8/23/2017

**EXHIBIT A – ASHCRAFT & GEREL, LLP**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-cv-31186 | Elinor W. Kline & William B. Kline  v. Ethicon, Inc., et al |

**CERTIFICATE OF SERVICE**

    I hereby certify that on <u>September 13, 2017</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

<u>/s/ Douglas B. King</u>  
Douglas B. King
