IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: COLOPLAST CORP.,
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION                                      MDL NO. 2387

---

THIS DOCUMENT RELATES TO

*Peterson et al. v. Mentor Worldwide LLC et al.*        Civil Action No. 2:13-cv-09915

**ORDER**
(Transfer Case to MDL 2327)

Pending before this court is, is a Motion to Transfer MDL filed by the plaintiffs [ECF No. 21] The defendants, Coloplast Corp.[1], and Mentor Worldwide LLC,[2] have not opposed the motion. After careful consideration, it is **ORDERED** that the Motion to Transfer MDL is **GRANTED**. It is further **ORDERED** that this action is **TRANSFERRED** to MDL 2327 and the Clerk is directed to disassociate this civil actions as a member case in MDL 2387 and re-associate it with MDL 2327.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 14, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C., Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast, Inc.

[2] Mentor Worldwide LLC includes any incorrect or incomplete spellings of this Defendant, including Mentor, Mentor Corporation, Mentor World Wide LLC, Mentor Worldwide, Mentor Worldwide L.L.C., Mentor Worldwide, L.L.C., and Mentor Worldwide, LLC.