Exhibit G

# EXHIBIT E

# Robyn Davis

| | |
|---|---|
| **From:** | David Thomas |
| **Sent:** | Wednesday, August 30, 2017 11:22 AM |
| **To:** | Timothy Jackson |
| **Cc:** | Aaron Arthur; Robyn Davis; Edward Wallace; David Thomas |
| **Subject:** | RE: Guelcher |

Tim—as you know, notwithstanding the specific request in the Notice of Deposition and the email below in advance of the deposition for the data underlying the Talley paper, Dr. Guelcher did not even attempt to produce that information at the deposition. Ethicon will file a motion to compel production of the information unless you agree by close of business Thursday, August 31 to produce the requested information and make Dr. Guelcher available for further deposition on the requested information.

David

**From:** Timothy Jackson [mailto:TEJ@wexlerwallace.com]
**Sent:** Wednesday, August 16, 2017 2:32 PM
**To:** David Thomas <DThomas@tcspllc.com>
**Cc:** Aaron Arthur <AArthur@tcspllc.com>; Robyn Davis <RDavis@tcspllc.com>; Edward Wallace <EAW@wexlerwallace.com>
**Subject:** RE: Guelcher

David:

The supplemental data for the 2017 study is attached.

Tim

**From:** David Thomas [mailto:DThomas@tcspllc.com]
**Sent:** Wednesday, August 16, 2017 8:22 AM
**To:** Timothy Jackson
**Cc:** Aaron Arthur; Robyn Davis; Edward Wallace; David Thomas
**Subject:** RE: Guelcher

I am sure it was just oversight, but the supplemental data referenced in the study is not attached to the 2017 study. We also asked for all of the raw data (FTIR, XPS, etc.) underlying the 2017 study. If you are refusing to produce, we will deal with at a later time. But if you are willing to produce, please make sure that is included in the production. Thank you.

David

**From:** Timothy Jackson [mailto:TEJ@wexlerwallace.com]
**Sent:** Tuesday, August 15, 2017 6:31 PM
**To:** David Thomas <DThomas@tcspllc.com>
**Cc:** Aaron Arthur <AArthur@tcspllc.com>; Robyn Davis <RDavis@tcspllc.com>; Edward Wallace <EAW@wexlerwallace.com>
**Subject:** RE: Guelcher

David:

1

We sent you a final copy of Dr. Guelcher's 2017 article earlier today. Without waiving any of our objections, the other materials have already been produced at prior depositions. We will get you billing information.

Thanks,
Tim

---

**From:** Edward Wallace
**Sent:** Tuesday, August 15, 2017 4:00 PM
**To:** David Thomas
**Cc:** Aaron Arthur; Robyn Davis; Timothy Jackson
**Subject:** RE: Guelcher

    Just so we don't run into issues – we are giving you docs tomorrow but some seem duplicative. Keep Tim on this chain and pls raise issues you have, if any, w production so we only do this once. I know you like that idea too – so thanks.

---

**From:** David Thomas [mailto:DThomas@tcspllc.com]
**Sent:** Sunday, August 13, 2017 8:50 PM
**To:** Edward Wallace <EAW@wexlerwallace.com>
**Cc:** Aaron Arthur <AArthur@tcspllc.com>; Robyn Davis <RDavis@tcspllc.com>
**Subject:** RE: Guelcher

I will make the 17th work provided you do not complain of inadequate time to produce the documents we request for the deposition. They should be readily accessible. We will schedule the deposition for 9 a.m. at Butler Snow in Nashville. Notice will be filed tomorrow. I have some medical tests tomorrow so will be hard to catch. Email best. Please confirm. David

**From:** David Thomas
**Sent:** Sunday, August 13, 2017 9:46 PM
**To:** Edward Wallace <EAW@wexlerwallace.com>
**Cc:** Aaron Arthur <AArthur@tcspllc.com>; Robyn Davis <RDavis@tcspllc.com>
**Subject:** RE: Guelcher

---

**From:** Edward Wallace [mailto:EAW@wexlerwallace.com]
**Sent:** Sunday, August 13, 2017 9:18 PM
**To:** David Thomas <DThomas@tcspllc.com>
**Cc:** Aaron Arthur <AArthur@tcspllc.com>
**Subject:** Re: Guelcher

The problem is that this ruling comes around his family vacation, commitments he cannot move and a work trip overseas. I have finally nailed down the morning of August 17, which is this Thursday. He says that is literally the only date that he can do given the time constraints and he is delaying a trip just to make himself available. I assume you don't have much at all in the way of questions and he needs to be done by noon that day. Otherwise, it looks like he would have to be deposed by video from overseas if that and would likely then be available in the US after Labor Day. Let me know tonight or first thing in the a.m. as possible.

On Aug 13, 2017, at 10:03 AM, David Thomas <DThomas@tcspllc.com> wrote:

> I am available the entire week of August 21. Out this week in meetings and the week of Labor Day in depositions.

On Aug 13, 2017, at 10:52 AM, Edward Wallace <EAW@wexlerwallace.com> wrote:

> David – will you be overseas at all?  I believe Dr. Guelcher is headed that way shortly and work commitments before then are making this problematic.  Can you give me a sense of your schedule so we can do what we can here?
>
> **From:** David Thomas [mailto:DThomas@tcspllc.com]
> **Sent:** Friday, August 11, 2017 2:46 PM
> **To:** Edward Wallace <EAW@wexlerwallace.com>
> **Cc:** Aaron Arthur <AArthur@tcspllc.com>
> **Subject:** Guelcher
>
> Ed—following up on dates.  Thanks.
>
> David
>
> David B. Thomas
>
> Thomas, Combs & Spann PLLC
> 300 Summers Street, Suite 1380
> Charleston, WV 25301
>
> Telephone (main)—304-414-1800
> Telephone (direct)—304-414-1807