STRICKEN PURSUANT TO THE #4715 ORDER ENTERED 9/26/2017.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTERN DISTRICT
OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC SUPPORT SYSTEMS,
PRODUCTS LIABILITY LITIGATION          MDL 2327

THIS DOCUMENT RELATES TO THE CASE(S)
IN EXHIBIT(S) A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit(s) A, the plaintiff(s) and Ethicon, Inc., Johnson & Johnson and where named, Ethicon LLC (hereinafter collectively referred to as "Ethicon")[1] because of prior agreements have agreed to a mutual stay of activity. The Court therefore finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. The Clerk shall retire each of the cases listed on the attached Exhibit(s) from the active docket.

3. Any case listed on Exhibit A that does not have additional proposed orders submitted to the court for consideration regarding case management procedures by December 13, 2017 will, by Order, be placed back on the active docket and on a shortened Docket Control Order.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual case(s) listed on the attached Exhibit and to link this Order to the Proposed Inactive

---

[1] As used herein, "Ethicon" refers collectively to Johnson & Johnson, Ethicon LLC, Ethicon, Inc. as well as any of its former or present parent companies, subsidiaries, affiliated companies, directors, officers, design surgeons, employees, distributors, detail representatives named in an action pending in MDL No. 2327

Case 2:12-md-02327   Document 4676   Filed 09/15/17   Page 2 of 4 PageID #: 155044

THIS PROPOSED ORDER RELATES TO THE #4715 ORDER ENTERED 9/26/2017.

Docket Order filed at _____.  The Clerk is further DIRECTED to send a copy of this

Order to counsel of record and any unrepresented party.

 

Respectfully submitted,

_s/ Christy D. Jones_____
Christy D. Jones
BUTLER SNOW LLP
P.O. Box 6010
Ridgeland, MS  39158
601-948-5711
christy.jones@butlersnow.com

*Counsel for Defendants*

**APPROVED:**

Dated:_____       _____

                                        Honorable Joseph R. Goodwin

STRICKEN PURSUANT TO THE #4715 ORDER ENTERED 9/26/2017.

**EXHIBIT A**

|     | **Civil Action Number** | **Last Name** | **First Name** |
| --- | --- | --- | --- |
| 1.  | 2:13-cv-03758 | Adams | Tammie & Kennith |
| 2.  | 2:17-cv-02116 | Amos | Angela |
| 3.  | 2:14-cv-28300 | Anderson | Julie & Kenneth |
| 4.  | 2:13-cv-27170 | Anderson | Kathy Jones & Charles E. |
| 5.  | 2:15-cv-04533 | Aquino | Oletta L. |
| 6.  | 2:14-cv-09014 | Bailey | Beverly Gayle |
| 7.  | 2:16-cv-11448 | Ball | Linda |
| 8.  | 2:15-cv-12165 | Bandy | Erma J. |
| 9.  | 2:16-cv-04149 | Bravo | Olivia |
| 10. | 2:13-cv-12827 | Browning | Laurel J. & Shawn R. |
| 11. | 2:12-cv-09311 | Bryant | Judy Kay & Earl |
| 12. | 2:14-cv-25281 | Christensen | Marilyn V. |
| 13. | 2:13-cv-02563 | Cline | Misty & Terry |
| 14. | 2:13-cv-03487 | Clutter | Jacklyn & Todd |
| 15. | 2:17-cv-01801 | Cricks | Melinda |
| 16. | 2:13-cv-06200 | Crowder | Brenda Kay & David |
| 17. | 2:13-cv-03621 | Dailey | Shawna & Stacy |
| 18. | 2:13-cv-27727 | Davis | Stephanie |
| 19. | 2:13-cv-09237 | Davis | Stephanie |
| 20. | 2:14-cv-03398 | Demcoe | Linda |
| 21. | 2:16-cv-01635 | Demont | Donna Kay |
| 22. | 2:16-cv-11228 | Dingess | Debbie C. |
| 23. | 2:13-cv-11946 | Dove | Sandra A. |
| 24. | 2:14-cv-08427 | Epling | Loretta |
| 25. | 2:13-cv-22901 | Farley | Darlene |
| 26. | 2:13-cv-22854 | Ferguson | Kristy |
| 27. | 2:13-cv-14694 | Fleshman | Sherry & Royce |
| 28. | 2:16-cv-11923 | Foster | Kathy |
| 29. | 2:14-cv-09070 | Garcia | Melissa M. |
| 30. | 2:14-cv-06748 | German | Bonnie Sue |
| 31. | 2:14-cv-07971 | Gilkerson | Deirdre E. & Steve L. |
| 32. | 2:13-cv-31240 | Goodnight | Teresa |
| 33. | 2:13-cv-07057 | Gorby | Dorothy |
| 34. | 2:16-cv-04407 | Gore | Barbara & Thomas |
| 35. | 2:13-cv-14448 | Hager | Hope |
| 36. | 2:13-cv-08502 | Hall | Haven N. & Roger |
| 37. | 2:14-cv-28853 | Harless | Joleen |
| 38. | 2:13-cv-05677 | Harris | Connie |
| 39. | 2:14-cv-01100 | Hicks | Regina |
| 40. | 2:13-cv-26811 | Higginbotham | Betty & Ernest |
| 41. | 2:12-cv-08805 | Horst | Deborah & Enos |
| 42. | 2:13-cv-29380 | Hurley | Misty Dawn |
| 43. | 2:13-cv-31164 | Jackson | Karen |
| 44. | 2:14-cv-12835 | Jones | Tina M. |
| 45. | 2:14-cv-12919 | Kitchen | Marcia G. |

| | | | |
|---|---|---|---|
| 46. | 2:17-cv-00788 | Leighton | Judy |
| 47. | 2:14-cv-24201 | Lively | Connie |
| 48. | 2:16-cv-02193 | Lyons | Deanna |
| 49. | 2:13-cv-03373 | Massey | Tina Jean & Thomas H. |
| 50. | 2:14-cv-07917 | McNew | Bertha H. |
| 51. | 2:15-cv-12552 | Mendez | Barbara Sue & Ray |
| 52. | 2:14-cv-29176 | Messer | Kimberly |
| 53. | 2:15-cv-12764 | Michael | Linda K. |
| 54. | 2:13-cv-03398 | Miller | Linda & Ronald |
| 55. | 2:13-cv-16271 | Moore | Dianna J. |
| 56. | 2:14-cv-08149 | Moore | Kelsie Dawn |
| 57. | 2:13-cv-22023 | Morgan | Linda |
| 58. | 2:13-cv-07854 | Musgrave | Barbara & Gerald |
| 59. | 2:13-cv-25932 | Neely | Sandra |
| 60. | 2:14-cv-14412 | Orndorff | Shannon |
| 61. | 2:14-cv-02800 | Paynter | Edna & Ardieth |
| 62. | 2:12-cv-08646 | Perry | Judy & Gerald |
| 63. | 2:13-cv-07552 | Perry | Linda |
| 64. | 2:15-cv-06267 | Price | Kathryn |
| 65. | 2:13-cv-22900 | Pritt | Sarah & Robert |
| 66. | 2:14-cv-10224 | Pruitt | Judith & James Robert |
| 67. | 2:14-cv-07467 | Ryan | Mary L. |
| 68. | 2:14-cv-07246 | Sheets | Alice |
| 69. | 2:13-cv-05489 | Sheets | Sheena & Jeff |
| 70. | 2:14-cv-07281 | Sheppard | Stephanie Dianne |
| 71. | 2:13-cv-26601 | Shivley | June & Garry |
| 72. | 2:12-cv-09644 | Spinks | Louise |
| 73. | 2:14-cv-28237 | Starr | Juanita |
| 74. | 2:16-cv-05965 | Stepp | Tiffany |
| 75. | 2:13-cv-32698 | Stratton | Melinda Sue & John |
| 76. | 2:13-cv-21184 | Thomas | Nancy & Joe |
| 77. | 2:17-cv-01875 | Toney | Pamela D. |
| 78. | 2:12-cv-09172 | Trevail | Linda & Frederick |
| 79. | 2:14-cv-16478 | Vandevender | Cheryl |
| 80. | 2:13-cv-04514 | Walls | Diana |
| 81. | 2:13-cv-16151 | Watts | Joan & Theodore |
| 82. | 2:16-cv-01994 | Watts | Joan P. |
| 83. | 2:16-cv-05064 | Westfall | Sandra |
| 84. | 2:14-cv-14350 | Whitt | Sandra & Gene |
| 85. | 2:14-cv-12186 | Winals | Mary & Bernard |
| 86. | 2:13-cv-17140 | Zande | Patricia & Larry |