APPROVED and SO ORDERED.
ENTER: 9/20/2017

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: COOK MEDICAL, INC. PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION     MDL No. 2440

THIS DOCUMENT RELATES TO:
*Nathell Buford v. Cook Inc., et al.*
2:14-cv-30414     JOSEPH R. GOODWIN
    U.S. DISTRICT JUDGE

## **MOTION TO TRANSFER MDL**

COME NOW Cook Incorporated, Cook Biotech, Inc., and Cook Medical, Inc. (the "Cook Defendants"), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2440, In Re: Cook Medical, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2327, Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff herein filed a Short Form Complaint in MDL 2440 against the Cook Defendants, and others. Because the Cook Defendants named in the Short Form Complaint are no longer named defendants in this member case, Cook Defendants respectfully request that the Court: 1) grant the motion to transfer this civil action from MDL 2440 to MDL 2327; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2440 and re-associate it with MDL 2327.

                          /s/ Douglas B. King
                     Douglas B. King, IN Bar # 5199-49
                     WOODEN McLAUGHLIN LLP
                     One Indiana Square, Suite 1800
                     Indianapolis, IN 46204-4208
                     Tel: (317) 639-6151
                     Fax: (317) 639-6444
                     Doug.King@WoodenMcLaughlin.com

*Attorneys for Defendants, Cook Incorporated, Cook Biotech, Inc. and Cook Medical, Inc.*

Dated:  September 11, 2017

### CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Douglas B. King
Douglas B. King