UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## STIPULATION OF AMENDMENT TO PROTECTIVE ORDER

This stipulation sets forth the agreement between Defendants Ethicon, Inc. and Johnson & Johnson ("Defendants") and Plaintiffs regarding the use of documents produced in the above-captioned action.

1. Defendants stipulate that to further the purposes of efficiency and expediency, Plaintiffs' counsel in the above-captioned litigation who are also counsel for Plaintiffs in the In re: Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation ("Physiomesh MDL") are permitted to use the documents that were produced in this action by Defendants ("the Documents") in the Physiomesh MDL.

2. The use of the Documents in the Physiomesh MDL shall not constitute a violation of Section II.B.6 of the Protective Order entered in this action.

3. Until a protective order is entered in the Physiomesh MDL, the use of the Documents in the Physiomesh MDL will be subject to the terms of the Protective Order entered in this action. Upon entry of a protective order in the Physiomesh MDL, the use of the Documents in the Physiomesh MDL will be subject to the terms of the protective order entered in the Physiomesh MDL.

4.	Defendants do not concede that all Documents produced in the pelvic mesh MDL are relevant or would otherwise be discoverable or admissible in the Physiomesh MDL. Rather, they are being made available for use in the Physiomesh MDL in the spirit of cooperation, efficiency, and transparency. Defendants expressly reserve any and all objections to the use of the Documents at any stage of the proceedings, including trial of any action.

Dated: September 21, 2017

Respectfully submitted,

/s/ Henry Garrard
Henry Garrard
Blasingame, Burch, Garrard, Ashley, P.C.
440 College Ave, #320
Athens, GA  30601
(706) 354-4000
*Attorney for Plaintiffs*

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS  39158-6010
(601) 985-4523
*Attorney for Defendants*

SO ORDERED.

_____
Judge Joseph R. Goodwin