IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO WAVE 6 CASES AND PLAINTIFFS | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## AMENDED JOINT MOTION TO TAKE DEPOSITION OF DR. ZIPPER AFTER DISCOVERY IS CLOSED

Plaintiffs and Defendants, Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon"), move to take the deposition of Dr. Ralph Zipper, the general causation expert for Plaintiffs, on October 27, 2017, which is four weeks after the close of discovery. In support of this motion, the parties state:

1. In early August 2017, Ethicon requested a date for the deposition of Dr. Ralph Zipper, who has been designated as a general causation expert for Plaintiffs.

2. Plaintiffs' counsel, Rene Baggett, diligently worked to obtain deposition dates of Dr. Zipper before the September 25, 2017, discovery cut-off.

3. Despite good faith efforts by all parties to schedule Dr. Zipper's deposition within the discovery period, the parties were unable to do so because of scheduling issues involving Dr. Zipper. Also, Dr. Zipper lives and practices in Florida and his deposition could not be taken in September due to Hurricane Irma and its aftermath.

4. The earliest time that Dr. Zipper is available for deposition is October 27, 2017.

5. The parties request that this Court allow the deposition of Dr. Zipper on October 27, 2017.

6. Because this motion is self-explanatory, the parties request to be relieved from submitting a supporting memorandum.

WHEREFORE, the parties request that the Court grant their unopposed motion to take the deposition of Dr. Zipper on October 27, 2017.

                                          Respectfully submitted,

                                          */s/ Barry J. Koopmann*_____
                                          Barry J. Koopmann
                                          Bowman and Brooke
                                          150 South Fifth Street, Suite 3000
                                          Minneapolis, Minnesota 55402
                                          Telephone: 612-672-3289
                                          Barry.koopmann@bowmanandbrooke.com

                                          *Attorney for Defendants*
                                          *Ethicon, Inc. and Johnson & Johnson*

                                          */s/ Renee Baggett*_____
                                          Renee Baggett
                                          Aylstock, Witkin, Kreis & Overholtz, PLLC
                                          17 E. Main Street, Suite 200
                                          Pensacola, Florida 32502
                                          Telephone: 850-202-1010
                                          rbaggett@awkolaw.com

                                          *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

                                      /s/Christy D. Jones

38245110v1