# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 <br> MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs whose cases are listed on the attached Exhibit A and Defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), acting pursuant to F. R. Civ. P. 41(a)(1)(A)(ii), jointly move the court to dismiss with prejudice this action and all claims against the Ethicon Defendants which were, or could have been asserted. Each party shall bear her or its own costs.

Respectfully submitted,

/s/Wesley Chadwick Cook
Wesley Chadwick Cook
BEASLEY ALLEN CROW
P.O. Box 4160
Montgomery, AL 36103-4160
*Counsel for Plaintiffs*

/s/ Christy D. Jones
Christy D. Jones
BUTLER SNOW LLP
P.O. Box 6010
Ridgeland, Mississippi 39158-6010
*Counsel for the Ethicon Defendants*

**EXHIBIT A**

| Civil Action Number (listed numerically in ascending order) | Last Name | First Name |
|---|---|---|
| 2:13-cv-32317 | Phillips | Brenda |
| 2:13-cv-32331 | Flinn | Sharon |
| 2:13-cv-32332 | Fountain | Sharron |
| 2:13-cv-32437 | McKibbin | Debra |
| 2:13-cv-32976 | Jones | Eula M. |
| 2:13-cv-33023 | Fulp-Yeakel | Nancy |
| 2:13-cv-33027 | Ackley | Melanie |
| 2:13-cv-33040 | Kransky | Karen |
| 2:13-cv-33686 | Gehosky | Kristi Lynn |
| 2:13-cv-33755 | Leese | Kristina |
| 2:14 -cv-16423 | Jordanov | Ann J. |
| 2:14-cv-00478 | Locke | Kathy L. |
| 2:14-cv-00665 | Adams | Virginia |
| 2:14-cv-00666 | Allen | Geneva |
| 2:14-cv-00668 | Argo | Judith |
| 2:14-cv-00671 | Dixon | Verdelle |
| 2:14-cv-00672 | Fenton | Deborah |
| 2:14-cv-00678 | Gunderson | Phyllis |
| 2:14-cv-00760 | Sells | Christina L. |
| 2:14-cv-01783 | Callaghan | Susan |
| 2:14-cv-03252 | Brown | Leila |
| 2:14-cv-04347 | Blackwell | Tracy |
| 2:14-cv-04496 | Smith | Carole L. |
| 2:14-cv-08330 | Regan | Shirley |
| 2:14-cv-09724 | Russell | Nancy S. |
| 2:14-cv-09728 | Walz | Barbara |
| 2:14-cv-09735 | Woods | Hazel |
| 2:14-cv-09947 | Doyle | Andrea |
| 2:14-cv-10366 | Covey | Marcy |
| 2:14-cv-10373 | Buck | Mary |
| 2:14-cv-10411 | Whitt | Lisa |
| 2:14-cv-10490 | Rather | Mary |
| 2:14-cv-10898 | Thorsen | Lisa M. |
| 2:14-cv-10932 | Page | Sylvia |
| 2:14-cv-10933 | Petty | Marta L. |
| 2:14-cv-10947 | Conner | Ruby |

| | | |
|---|---|---|
| 2:14-cv-11465 | McReynolds | Marilyn |
| 2:14-cv-11481 | Olds | Staci |
| 2:14-cv-11491 | Wilkins | Donita |
| 2:14-cv-11611 | Easterling | Gloria |
| 2:14-cv-11740 | Delashaw | Ouida |
| 2:14-cv-11744 | Davis | Jeannine C. |
| 2:14-cv-11749 | Foshee | Barbara |
| 2:14-cv-11982 | Aguilar | Lourdes |
| 2:14-cv-12304 | Barber | Patricia A. |
| 2:14-cv-12318 | York | Briana |
| 2:14-cv-12392 | Cooke | Linda L. |
| 2:14-cv-12403 | Clemonds | Mary A. |
| 2:14-cv-13344 | Fernandez | Mercedes |
| 2:14-cv-14139 | Wallace | Karen |
| 2:14-cv-14332 | Elkie | Teresa |
| 2:14-cv-15491 | Abney | Mary |
| 2:14-cv-16953 | Ahmed | Stephanie |
| 2:14-cv-17624 | Wilson | Charlene |
| 2:14-cv-18387 | Christenson | Patricia L. |
| 2:14-cv-19711 | Balch | Amanda L. |
| 2:14-cv-19715 | Bellew | Colleen S. |
| 2:14-cv-19935 | Sartin | Judy C. |
| 2:14-cv-20010 | Spiegelman | Margaret M. |
| 2:14-cv-20372 | Poteet | Hester |
| 2:14-cv-20523 | Lavoie | Bobbie A. |
| 2:14-cv-20743 | Truesdale | Donna D. |
| 2:14-cv-20913 | Whigham | Blanche |
| 2:14-cv-20918 | Reeves | Anna |
| 2:14-cv-20937 | Dulaney | Ruby |
| 2:14-cv-21357 | Zamarripa | Lorraine |
| 2:14-cv-21398 | Jenkins | Allison |
| 2:14-cv-22160 | Moore | Charlotte |
| 2:14-cv-22473 | Tellini | Carole Z. |
| 2:14-cv-22475 | Tuomala | Leona A. |
| 2:14-cv-22712 | Stringer | Sue S. |
| 2:14-cv-22786 | Maxwell | Nancy E. |
| 2:14-cv-23831 | Gates | Juanita |
| 2:14-cv-23842 | Morris | Nancy |
| 2:14-cv-23843 | Page | Carolyn |
| 2:14-cv-23890 | Carden | Evelyn F. |
| 2:14-cv-23968 | Johnson | Maureen |

| | | |
|---|---|---|
| 2:14-cv-24302 | Boylan | Patricia A. |
| 2:14-cv-24357 | Brock | Nancy Lee |
| 2:14-cv-24358 | Beckman | Francine |
| 2:14-cv-24370 | Barna | Lillian |
| 2:14-cv-24990 | Pickett | Peggy |
| 2:14-cv-25037 | Evans | Connie |
| 2:14-cv-25057 | Dahms | Dorothy |
| 2:14-cv-25301 | Grant | Beverly |
| 2:14-cv-25342 | Richardson | Danita |
| 2:14-cv-25494 | Mills | Lee Ann |
| 2:14-cv-25619 | Barr | Sylvia M. |
| 2:14-cv-26513 | VanHuss | Connie F. |
| 2:14-cv-26791 | Bond | Evelyn A. |
| 2:14-cv-26795 | Brown | Pamela L. |
| 2:14-cv-26796 | Cacho-Pacheco | Julie |
| 2:14-cv-26801 | Cobb | Cornelia B. |
| 2:14-cv-26803 | Crowley-Graham | Janet |
| 2:14-cv-26982 | Montgomery | Wendy |
| 2:14-cv-27640 | Pinegar | Lydia Kathryn |
| 2:14-cv-28705 | Duty | Rhonda |
| 2:14-cv-28707 | Fitzwater | Patricia |
| 2:14-cv-29155 | Lawson | Susan C. |
| 2:14-cv-29159 | Haupt | Evelyn R. |
| 2:14-cv-29169 | Kinney | Vivian |
| 2:14-cv-29171 | McAlpin | Dixie |
| 2:14-cv-29173 | Mercado | Maria |
| 2:14-cv-29177 | Mettler | Ruth |
| 2:14-cv-29563 | Duren | Jerry Charlene |
| 2:14-cv-29639 | Sheldon | Bonnie J. |
| 2:14-cv-30298 | Lute | Vada D. |
| 2:14-cv-30753 | Mitchell | Ada |
| 2:14-cv-30758 | Munns | Virginia |
| 2:14-cv-30762 | Mullenix | Lorene |
| 2:14-cv-30766 | Parker | Dorothy |
| 2:14-cv-30924 | Giddens | Margaret L. |
| 2:15-cv-01502 | Davis | Sandra |
| 2:15-cv-01587 | Rechis | Helene |
| 2:15-cv-01631 | Watson | Mildred |
| 2:15-cv-01696 | Speakman | LaBonna K. |
| 2:15-cv-03331 | Bygate | Heidi V. |

| | | |
|---|---|---|
| 2:15-cv-03427 | Craig | Joyce |
| 2:15-cv-03739 | Blackmon | Rebecca |
| 2:15-cv-03740 | Robinson | Dorothy H. |
| 2:15-cv-03903 | Cape | Christie Jo |
| 2:15-cv-03923 | Belcher | Diane |
| 2:15-cv-04149 | Vansdelm | Faith E. |
| 2:15-cv-04338 | Lee | Lynn M. |
| 2:15-cv-04403 | Patrick | Lisa |
| 2:15-cv-04868 | Vargo | Hollis B. |
| 2:15-cv-04907 | Skiles | Amy |
| 2:15-cv-04916 | Mathis | Brenda |
| 2:15-cv-05309 | Wilder | Rita |
| 2:15-cv-05407 | Nevarez | Dorothy |
| 2:15-cv-05408 | Oaks | Shirley |
| 2:15-cv-05496 | Janda | Jean |
| 2:15-cv-06268 | Walker | Alice F. |
| 2:15-cv-06438 | Hill | Mary Sue |
| 2:15-cv-06439 | Tidwell | Toni M. |
| 2:15-cv-06440 | Smith | Judith L. |
| 2:15-cv-06940 | Arcement | Rose M |
| 2:15-cv-07000 | Jacobs | Darcy R. |
| 2:15-cv-07382 | Mann | Sherry |
| 2:15-cv-07394 | Valdivia | I. Rosalia |
| 2:15-cv-07556 | Sewell | Sandal C. |
| 2:15-cv-07558 | Towles | Mary E. |
| 2:15-cv-07579 | Leap | Susan D. |
| 2:15-cv-07826 | Crow | Norma W. |
| 2:15-cv-07974 | Dill | Julie |
| 2:15-cv-08624 | Follis | Paula M. |
| 2:15-cv-08857 | Luke | Janie |
| 2:15-cv-09065 | Sellers | Sandra D |
| 2:15-cv-09066 | Timmons | Pearly J. (Estate of) |
| 2:15-cv-09101 | Hudson | Lori Ruth |
| 2:15-cv-09128 | Steelmon | Sandra Lynn |
| 2:15-cv-10481 | Clark | Amy Lynn |
| 2:15-cv-11014 | LaCoste | Michele |
| 2:15-cv-11018 | Tysinger | Alice F. |
| 2:15-cv-11184 | Marsee-Long | Lisa |
| 2:15-cv-11203 | Henderson | Margaret |
| 2:15-cv-11215 | Chitwood | Amy Melissa |

| | | |
|---|---|---|
| 2:15-cv-11307 | Horsley | Carolyn J. |
| 2:15-cv-11316 | Johnson | Cynthia C. |
| 2:15-cv-11318 | Jones | Carrie |
| 2:15-cv-11321 | Kilpatrick | Lenora |
| 2:15-cv-11339 | Schwarz | Heidi |
| 2:15-cv-11532 | Medina | Beatrice |
| 2:15-cv-11648 | Knippenberg | Barbara L. |
| 2:15-cv-11657 | Solis | Guadalupe |
| 2:15-cv-11683 | Moore | Tammy |
| 2:15-cv-11698 | Davidson | Cynthia |
| 2:15-cv-11732 | Brasher | Josephine I. |
| 2:15-cv-11733 | Howell | Patsy N. |
| 2:15-cv-11736 | Keel | Tia Marie |
| 2:15-cv-11756 | Fausnight | Brenda L. |
| 2:15-cv-11757 | Francisco | Josephine |
| 2:15-cv-11896 | Ferguson | Marina R. |
| 2:15-cv-12351 | Oppenheim | Wendy |
| 2:15-cv-12355 | Peterson | Aura E. |
| 2:15-cv-12463 | Metcalf | Judy |
| 2:15-cv-12497 | Phillips | Catherine |
| 2:15-cv-12498 | George | Brenda Susan |
| 2:15-cv-12499 | Fuhrman | Jean |
| 2:15-cv-12616 | Jones | Erin |
| 2:15-cv-12617 | Morris | Lisa |
| 2:15-cv-12649 | Miller | Martha |
| 2:15-cv-12651 | Miller | Phyllis |
| 2:15-cv-12652 | Norton | Kristy |
| 2:15-cv-12659 | Mee | Mary Phyllis |
| 2:15-cv-12663 | Simpson | Laurie N. |
| 2:15-cv-12664 | McDougal | Diane |
| 2:15-cv-13114 | Nelson | Patsy |
| 2:15-cv-13382 | Busbee | Betty A. |
| 2:15-cv-13653 | Lawley | Dorothy A. |
| 2:15-cv-13844 | Goeser | Cindy |
| 2:15-cv-13983 | Montgomery | Diane |
| 2:15-cv-15524 | Staerzl | Nancy A. |
| 2:15-cv-16229 | Schaff | Sherri L. |
| 2:15-cv-16355 | Jarman | Joyce H. |

38333592v1