**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:  ETHICON, INC.
      PELVIC REPAIR SYSTEMS
      PRODUCT LIABILITY LITIGATION       MDL No. 2327

--------------------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**ORDER**

Pending before the court is Defendants' Motion to Compel Discovery or in the Alternative, to Exclude Certain Opinion Testimony. (ECF No. 4582). It is hereby **ORDERED** that a telephonic hearing on said motion shall take place on **Tuesday, September 26, 2017** at **9:30 a.m. EDT,** before the undersigned United States Magistrate Judge. The court has previously provided the parties instructions on connection to the conference call.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327, and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:17-cv-03846. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The

orders may be accessed through the CM/ECF system or the court's website at

**http://www.wvsd.uscourts.gov.**

      **ENTERED:** September 25, 2017

Cheryl A. Eifert
United States Magistrate Judge