Honorable Cheryl A. Eifert
United States Magistrate Judge
United States District Court
Southern District of West Virginia
Statistical Sheet for MJSTAR
In Chambers Events Only

| Case No.: | 2:12-md-2327 | Ghost Case No: (assigned by clerk) | |
|---|---|---|---|
| Case Style: | Ethicon, Inc. This relates to Wave 5 Cases | | |
| Date of Event: | September 26, 2017 | | |
| Court Reporter: | Kim Kaufman | | |
| Law Clerk: | Jenna Hess | | |
| Parties Present: | United States Magistrate Judge Cheryl A. Eifert<br>Counsel for Plaintiffs: Edward Wallace, Tim Jackson, Renee Baggett<br>Counsel for Defendants: David Thomas | | |
| Type of Event: | Telephonic Motion Hearing Re: ECF No. 4582 | | |
| Time Spent in Court: | Twenty (20) Minutes | | |
| Name of Person reporting event: | Laura H. Tatman, Judicial Assistant to United States Magistrate Judge Cheryl A. Eifert | | |