IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTERN DISTRICT
OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON, INC.
PELVIC SUPPORT SYSTEMS,
PRODUCTS LIABILITY LITIGATION          MDL 2327

THIS DOCUMENT RELATES TO THE CASE(S)
IN EXHIBIT(S) A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit(s) A, the plaintiff(s) and Ethicon, Inc., Johnson & Johnson and where named, Ethicon LLC (hereinafter collectively referred to as "Ethicon")[1] because of prior agreements have agreed to a mutual stay of activity. The Court therefore finds it unnecessary to conduct further proceedings or to keep these cases on the active docket.  Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. The Clerk shall retire each of the cases listed on the attached Exhibit(s) from the active docket.

3. Any case listed on Exhibit A that does not have additional proposed orders submitted to the court for consideration regarding case management procedures by December 13, 2017 will, by Order, be placed back on the active docket and on a shortened Docket Control Order.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual case(s) listed on the attached Exhibit and to link this Order to the Proposed Inactive

---

[1] As used herein, "Ethicon" refers collectively to Johnson & Johnson, Ethicon LLC, Ethicon, Inc. as well as any of its former or present parent companies, subsidiaries, affiliated companies, directors, officers, design surgeons, employees, distributors, detail representatives named in an action pending in MDL No. 2327

Docket Order filed at _____.  The Clerk is further DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

                                            Respectfully submitted,

                                             *s/ Christy D. Jones*
                                            Christy D. Jones
                                            BUTLER SNOW LLP
                                            P.O. Box 6010
                                            Ridgeland, MS  39158
                                            601-948-5711
                                            christy.jones@butlersnow.com

                                            *Counsel for Defendants*

**APPROVED:**

Dated:_____               _____
                                                    Honorable Joseph R. Goodwin

## **EXHIBIT A**

| Civil Action No. | Plaintiff Name (Last) | Plaintiff Name (First) |
|---|---|---|
| 2:13-cv-06172 | Adams | Tammy & Edgar |
| 2:13-cv-08506 | Miller | Carla R. & Carl |
| 2:13-cv-10287 | Sawyer | Ruth L. & Thomas |
| 2:14-cv-02950 | Casto | Angel R. & David |