# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs whose cases are listed on the attached Exhibit A and Defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), acting pursuant to F. R. Civ. P. 41(a)(1)(A)(ii), jointly move the court to dismiss with prejudice this action and all claims against the Ethicon Defendants which were, or could have been asserted. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ G. Sean Jez  
G. Sean Jez  
FLEMING NOLEN & JEZ, LLP  
2800 Post Oak Blvd., Suite 4000  
Houston, TX 77056  
*Counsel for Plaintiff*

/s/ Christy D. Jones  
Christy D. Jones  
BUTLER SNOW LLP  
P.O. Box 6010  
Ridgeland, Mississippi 39158-6010  
*Counsel for the Ethicon Defendants*

# EXHIBIT A

# FLEMING NOLAN JEZ

| Case No. | Plaintiff Name (Last) | Plaintiff Name (First) |
|---|---|---|
| 2:12-cv-03853 | Ammons | Lynn |
| 2:13-cv-12523 | Andrews | Dee |
| 2:12-cv-04257 | Batis | GeorgeAnn |
| 2:13-cv-01097 | Bolt | Brenda |
| 2:12-cv-05713 | Branch | Jura T. |
| 2:13-cv-02582 | Britt | LaVerne |
| 2:13-cv-09025 | Bruner | Sherri |
| 2:13-cv-19159 | Bunnell | Helen R. |
| 2:12-cv-03723 | Champion | Joyce P. |
| 2:13-cv-23545 | Collins | Alice |
| 2:13-cv-02567 | Cooper | Dixie |
| 2:12-cv-05679 | Dailey | Kathy |
| 2:13-cv-02599 | Duplessis | Roberta |
| 2:13-cv-10457 | Duran | Irma |
| 2:12-cv-04283 | Franks | Keri S. |
| 2:12-cv-03996 | Glenn | Kim |
| 2:12-cv-05715 | Hibler | Susan |
| 2:12-cv-05572 | Hollaway | Martha |
| 2:13-cv-00022 | Jewett | Nancy J. |
| 2:13-cv-04614 | Kloever | Julie |
| 2:12-cv-04174 | Klotz | Josephine S. |
| 2:13-cv-10459 | Meisinger | Judith A. |
| 2:13-cv-02555 | Newcomb | Kathryne N. |
| 2:12-cv-08163 | O'Brien | June M. |
| 2:12-cv-08166 | Pynn | Wynne J. |
| 2:13-cv-02553 | Reynolds | Tanda |
| 2:13-cv-01076 | Riley | Sonya H. |
| 2:13-cv-18947 | Rodriguez | Yolanda |
| 2:13-cv-09016 | Schwyhart | Julia A. |
| 2:13-cv-07757 | Tolley | Gail |
| 2:12-cv-05568 | Young | Janett |
| 2:12-cv-05312 | Zaccardi | Cindy |
| 2:12-cv-05694 | Zutz | LaVonne T. |

38360898v1