IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION          MDL NO. 2327

**O R D E R**
(Vacating Inactive Docket Order)

It is **ORDERED** that the Inactive Docket Order entered on September 27, 2017 [ECF No. 4720] is **VACATED**, but only as to the inactive status of the following member cases:

*Holland, et al. v. Ethicon, Inc., et al.*          Civil Action No. 2:12-cv-06907

*Haney v. Ethicon, Inc., et al.*          Civil Action No. 2:13-cv-02465

which cases are listed on Exhibit A attached to the order.

The court **DIRECTS** the Clerk to place the above listed cases back on the active docket and file a copy of this order in 2:12-md-2327 and in the individual cases listed above. The court further **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented party.

ENTER: September 28, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE