# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
      PELVIC REPAIR SYSTEM
      PRODUCTS LIABILITY LITIGATION      MDL NO. 2327

### O R D E R
(Vacating Inactive Docket Order)

It is **ORDERED** that the Inactive Docket Order entered on September 27, 2017 [ECF No. 4721] is **VACATED**, but only as to the inactive status of the following member case:

*Krauser, et al. v. Ethicon, Inc., et al.*      *Civil Action No. 2:12-cv-03140*

which case is listed on Exhibit A attached to the order.

The court **DIRECTS** the Clerk to place the above listed case back on the active docket and file a copy of this order in 2:12-md-2327 and in the individual case listed above. The court further **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented party.

ENTER: September 28, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE