IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: | ETHICON, INC.<br>PELVIC REPAIR SYSTEMS<br>PRODUCT LIABILITY LITIGATIONS | MDL No. 2327 |

THIS DOCUMENT RELATES TO ALL CASES

## MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE**, that Wilson Law Offices, PLLC, ("Wilson Law") by and through the undersigned, respectfully moves this Court for entry of a motion withdrawing Thomas G. Wilson, WV bar No. 4087, in all actions in which he has appeared on behalf of Wilson Law Offices, PLLC. Counsel respectfully requests that the Court enter an Order in MDL No. 2327, as well as in each individual member case with which he may have been associated.

Dated: September 28, 2017              Respectfully submitted,

/s/ Thomas G. Wilson
WV Bar 4087
Wilson Law Offices, PLLC
120 Capitol Street
Charleston, WV 25301
T. (304) 345-5508
F. (304) 345-5548
tom@wilsonlawpllc.com