# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: | ETHICON, INC., PELVIC REPRAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |

THIS DOCUMENT RELATESTO
THOSE CASES LISTED ON EXHIBIT A
TO THE PROPOSED INACTIVE DOCKET ORDER

## ORDER

On September 26, 2017, I entered an Order to MDL 2327 striking a proposed Inactive Docket Order [ECF No.4715]. For reasons appearing to the court, it is **ORDERED** that the September 26, 2017, order [ECF No. 4715] is **VACATED.**

The Clerk is **DIRECTED** to file a copy of this order in 2:12-md-2327 and to send a copy of this order to counsel of record and any unrepresented parties.

ENTER: September 29, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE