IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

**O R D E R**
(Vacating Inactive Docket Order)

The court **ORDERS** that the Inactive Docket Order entered on September 27, 2017, [ECF No. 4739] is **VACATED**, but only as to the following member case:

*Shivley, et al. v. Ethicon, Inc., et al.*          *Civil Action No. 2:13-cv-26601*

which case is listed on Exhibit A attached to the order. The Inactive Docket Order filed on September 19, 2017 [ECF No. 4680] remains in effect.

The court **DIRECTS** the Clerk to keep the "Closed, MDL Ethicon Inactive" docket flag on the above listed case, and file a copy of this order in 2:12-md-2327 and in the above listed individual case. The court further **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented party.

ENTER: September 29, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE