## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2325

THIS DOCUMENT RELATES TO:

*Sandford, et al. v. American Medical Systems, Inc., et al.*
*Civil Action No. 2:14-cv-00188*

### ORDER

(Dismissing Defendant American Medical Systems, Inc. with Prejudice
and Transferring Case to MDL 2327)

On September 28, 2017  the plaintiffs and defendant American Medical

Systems, Inc., ("AMS") filed a Joint Motion to Dismiss Defendant American Medical

Systems, Inc. with Prejudice [ECF No. 8]. In the joint motion, the parties are seeking

dismissal of AMS as a defendant in this action with prejudice because all claims

against AMS have been compromised and settled, including all claims, counterclaims,

cross-claims and third party claims. Also pending is Plaintiffs' Motion to Transfer

MDLs for this case [ECF No. 8]. After careful consideration, it is **ORDERED** that the

Joint Motion to Dismiss AMS with Prejudice is **GRANTED**. It is further **ORDERED**

that the **MOTION TO TRANSFER MDLs** is **GRANTED.** To the extent an Amended

Short Form Complaint has not been filed, plaintiffs' counsel is **DIRECTED** to file an

Amended Short Form Complaint within the time frame stated in the motion.

Defendant AMS is **DISMISSED WITH PREJUDICE** as a defendant in this action and

this action is **TRANSFERRED** to MDL 2327.  The Clerk is DIRECTED to disassociate the civil action as member case in MDL 2325 and re-associate it with MDL 2327.

The Clerk is further DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  October 2, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE