EXHIBIT A – To the Qualified Protective Order

|    | Last Name         | First Name |
|----|-------------------|------------|
| 1  | Adams             | Susan      |
| 2  | Alderman          | Deborah    |
| 3  | Alfred            | Lula       |
| 4  | Ali               | Zeena      |
| 5  | Alldredge         | Jean       |
| 6  | Allen             | Nellie     |
| 7  | Aloise            | Sarah      |
| 8  | Alvarez           | Connie     |
| 9  | Avalos            | Jacqueline |
| 10 | Barkley           | Karen      |
| 11 | Barrera           | Juanita    |
| 12 | Bates             | Sharry     |
| 13 | Beach             | Harriet    |
| 14 | Bennett           | Debbie     |
| 15 | Bennett           | Lorra      |
| 16 | Bernstein         | Linda      |
| 17 | Bilyeu            | Marlana    |
| 18 | Blansit           | Cindy      |
| 19 | Bohanan           | Deborah    |
| 20 | Boles             | Karen      |
| 21 | Borso             | Marilyn    |
| 22 | Breeck (Gammons)  | Beth       |
| 23 | Bridges           | Audrey     |

EXHIBIT A – To the Qualified Protective Order

| | | |
|---|---|---|
| 24 | Brinks | Carlyne |
| 25 | Brock | Velma |
| 26 | Brown | Ana-Maria |
| 27 | Brown | Cheryl |
| 28 | Brown | Donna |
| 29 | Browning | Tracy |
| 30 | Burge | Ardnas |
| 31 | Burns | Deborah |
| 32 | Butler | Nanita |
| 33 | Calcagni | Rosemarie |
| 34 | Campbell | Connie |
| 35 | Capoano | Beverley |
| 36 | Cargle | Rita |
| 37 | Carlson | Kathryn |
| 38 | Carrillo | Ana |
| 39 | Castillo | Donna |
| 40 | Chambliss | Barbara |
| 41 | Chipules | Stella |
| 42 | Clazie | Shirley |
| 43 | Cobb(Paris) | Rhonda |
| 44 | Cockman | Martha |
| 45 | Cohen | Paula |
| 46 | Cole | Dion |
| 47 | Coleman | Jennifer |
| 48 | Collins | Sylvia |

EXHIBIT A – To the Qualified Protective Order

| | | |
|---|---|---|
| 49 | Colombel | Cecilia |
| 50 | Cook | Tina |
| 51 | Coons | Donna |
| 52 | Coward (Cole) | Tammy |
| 53 | Cox | Diana |
| 54 | Cox | Patricia |
| 55 | Cox | Tennie |
| 56 | Crissman | Andrea |
| 57 | Crochet | Carmen |
| 58 | Crockett | Deneice |
| 59 | Crook | Sharon |
| 60 | Crosby | Tina Gay |
| 61 | Crow | Nina |
| 62 | Cuthbertson | Jacqueline |
| 63 | Dabney | Barbara |
| 64 | Davis | Teresa |
| 65 | Delgado | Leticia |
| 66 | Destefano | Gloria |
| 67 | Didomizio | Katherine |
| 68 | Dillard | Marjorie |
| 69 | Dillard | Telaestar |
| 70 | Doaks | Kyna |
| 71 | Dutton | Denise |
| 72 | Edmonds | Linda |

EXHIBIT A – To the Qualified Protective Order

| | | |
|---|---|---|
| 73 | Edwards | Irma |
| 74 | Elyashar | Malli |
| 75 | Eubanks | Wanda |
| 76 | Fares | Elizabeth |
| 77 | Fenton | Deborah |
| 78 | Finkbeiner | Karen |
| 79 | Fitzgerald | Alberta |
| 80 | Flores | Rosalie |
| 81 | Fones | Marsha |
| 82 | Forbes | Kathleen |
| 83 | Forman | Tona |
| 84 | Fritinger | Stacy |
| 85 | Fritsch | Patrice |
| 86 | Furgason | Stacie |
| 87 | Furnia | Linda |
| 88 | Gaddo | Mary |
| 89 | Garcia | Linda |
| 90 | Garcia | Rita |
| 91 | Gardner | Debra |
| 92 | Garland | Bonnie |
| 93 | Gavin | Susan |
| 94 | Gibson | Connie |
| 95 | Giffin | Barbara |
| 96 | Gillespie | Laurie |
| 97 | Gilyana | Larissa |

EXHIBIT A – To the Qualified Protective Order

| | | |
|---|---|---|
| 98 | Ginex | Lydia |
| 99 | Glennon | Lisa |
| 100 | Godina | Alejandrina |
| 101 | Goldstein | Roberta |
| 102 | Gower | Carol |
| 103 | Green | Angela |
| 104 | Green | Ann |
| 105 | Green | Robin |
| 106 | Griffin | Nancy |
| 107 | Griffin | Sherri |
| 108 | Griffith | Debra |
| 109 | Grimm | Tina |
| 110 | Gustin | Linda |
| 111 | Guzman | Trina |
| 112 | Hacker | Michelle |
| 113 | Hackett | Tina |
| 114 | Haley | Diana |
| 115 | Hall | Teresa |
| 116 | Hamman | Hanadi |
| 117 | Hanshaw | Vicie |
| 118 | Hardister | Lisa |
| 119 | Hart | Dorothy |
| 120 | Hebert | Jane |
| 121 | Hemeon | Kathy |
| 122 | Hernandez | Tonya |

EXHIBIT A – To the Qualified Protective Order

| | | |
|---|---|---|
| 123 | Hesse | Danielle |
| 124 | Hobson | Janet |
| 125 | Homann | Donna |
| 126 | Hoover | Janet |
| 127 | Hunter | Emily |
| 128 | Huntsman | Radene |
| 129 | Hutchinson | Linda |
| 130 | Hyatt | Elaine |
| 131 | Isenhower | Judith |
| 132 | Ishmael | Lisa |
| 133 | Jensen | Sandra |
| 134 | Jimenez | Carmen |
| 135 | Johnston | Penny |
| 136 | Jones | Holly |
| 137 | Kelemen | Melissa |
| 138 | Kern | Sharon |
| 139 | Kidd | Kathy |
| 140 | Kilpatrick | Shirley |
| 141 | Kresta | Lynda |
| 142 | Kringer | Shellie |
| 143 | Lambert | Jo Ann |
| 144 | Lambert | Sandra |
| 145 | Lang | Marva |
| 146 | Laube | Susan |
| 147 | Ledbetter | Kelli |
| 148 | Ledezma | Brenda |

EXHIBIT A – To the Qualified Protective Order

| | | |
|---|---|---|
| 149 | Levine | Patricia |
| 150 | Lewis | Katherine |
| 151 | Lewis | Sharen |
| 152 | Lipscomb | Marsha |
| 153 | Litaker | Deanna |
| 154 | Lones | Marjorie |
| 155 | Long | Aloma |
| 156 | Love | Virginia |
| 157 | Lupton | Rose |
| 158 | Madison | Glenda |
| 159 | Malone | Jeannette |
| 160 | Malone | Kelly |
| 161 | Martin | Donna |
| 162 | Martinson | Debra |
| 163 | Mason | Denise |
| 164 | Matthews | Loretta |
| 165 | Mauldin | Ruth |
| 166 | McCluskey | Mary |
| 167 | McCook | Peggy |
| 168 | McCoy | Melvia |
| 169 | McFadden | Carla |
| 170 | McGlynn | Barbara |
| 171 | McGrady | Helen |
| 172 | McKibben | Patricia |
| 173 | McKinnon | Pamela |

EXHIBIT A – To the Qualified Protective Order

| | | |
|---|---|---|
| 174 | McNeely | Nancy |
| 175 | McPherson | Jennifer |
| 176 | Meindertsma | Jeanne |
| 177 | Mendez | Luisa |
| 178 | Merando | Marilyn |
| 179 | Miller | Cheryl |
| 180 | Miller | Marjorie |
| 181 | Miller | Marlayne |
| 182 | Miller | Marsha |
| 183 | Mistick | Irene |
| 184 | Mitchell | Doris |
| 185 | Monzyk | Jana |
| 186 | Morris | Karen |
| 187 | Morrison | Rebecca |
| 188 | Mueller | Tamara |
| 189 | Mundhenke | Connie |
| 190 | Myers | Lorena |
| 191 | Natole | Ruth |
| 192 | Navaroli (DeBarge) | Pam |
| 193 | Neal | Janet |
| 194 | Nevetsky | Cheryl |
| 195 | Newton | Dorothy |
| 196 | Noble | JoAnn |
| 197 | Nugent | Rosemarie |
| 198 | Nye | Tamara |
| 199 | O'neill | Ann |

EXHIBIT A – To the Qualified Protective Order

| | | |
|---|---|---|
| 200 | Ortiz | Felicia |
| 201 | Owen | Shirley |
| 202 | Page (Van Heusen) | Terry |
| 203 | Palm | Janessa |
| 204 | Paplia | Jodi |
| 205 | Parker | Barbara |
| 206 | Parker | Regina |
| 207 | Parsons | Ann |
| 208 | Patton | Debbie |
| 209 | Payne-Violette | Linda |
| 210 | Peck | Barbara |
| 211 | Pendarvis | Susan |
| 212 | Peterson | Mardie |
| 213 | Pirkey | Katheryn |
| 214 | Pittman | Treva |
| 215 | Prince | Daphne |
| 216 | Prince | Leslie |
| 217 | Purkey | Deborah |
| 218 | Quin | Delores |
| 219 | Ragsdale | Laura |
| 220 | Ragusa | Mary |
| 221 | Reed | Denise |
| 222 | Reed | Marilyn |
| 223 | Reilly | Donna |
| 224 | Reyes | Christine |

EXHIBIT A – To the Qualified Protective Order

| | | |
|---|---|---|
| 225 | Richmond | Tammy |
| 226 | Robbins | Debra |
| 227 | Roberts | Lea |
| 228 | Rodgers | Donna |
| 229 | Rogers | Geraldine |
| 230 | Sanders | Deborah |
| 231 | Schirmer | Janice |
| 232 | Schmidt | Pamela |
| 233 | Sedillos | Louella |
| 234 | Shaw | Donna |
| 235 | Shifflett | Kathy |
| 236 | Shiver | Cecilia |
| 237 | Simonson | Elizabeth |
| 238 | Simpkins | Ruby |
| 239 | Smith | Hallie |
| 240 | Smith | Janet |
| 241 | Smith-Lacy | Delia |
| 242 | Smyser | Colleen |
| 243 | Snyder | Cindy |
| 244 | Solis-Munoz | Cynthia |
| 245 | Spurlin | Edna |
| 246 | Stewart-Martin | Audrey |
| 247 | Stoker | Dagmar |
| 248 | Stone | Kathryn |
| 249 | Strayer | Mary |

EXHIBIT A – To the Qualified Protective Order

| | | |
|---|---|---|
| 250 | Strohl | Cynthia |
| 251 | Stuart | Geraldine |
| 252 | Suddreth | Shirley |
| 253 | Sutton | Irene |
| 254 | Tanner | Jacinda |
| 255 | Tarbox | Bobbie Jo |
| 256 | Taylor | Dorian |
| 257 | Taylor | Joan |
| 258 | Tinoco | Sylvia |
| 259 | Toudle | Kara |
| 260 | Tribble | Peggy |
| 261 | Trotta | Joan |
| 262 | Turner | Debrah |
| 263 | Valdez | Ruth |
| 264 | Vanevenhoven | Susan |
| 265 | Varner | Elaine |
| 266 | Walker | Shirley |
| 267 | Walpole | Sheryl |
| 268 | Watt | Brenda |
| 269 | Webb | Ann |
| 270 | Webb | Nancy |
| 271 | Weber | Sharon |
| 272 | Whisner | Carol |
| 273 | White | Barbara |

EXHIBIT A – To the Qualified Protective Order

| | | |
|---|---|---|
| 274 | Whitney | Judith |
| 275 | Wible | Virlene |
| 276 | Wiley | Susan |
| 277 | Williams | Hazel |
| 278 | Williams | Sharon |
| 279 | Williamson | Darlene |
| 280 | Willis | Patricia |
| 281 | Woolever | Maria |
| 282 | Wynn | Charlotte |