# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO ALL CASES

## MOTION TO APPOINT THE HON. DANIEL J. STACK, RET., AS EXTERNAL REVIEW SPECIALIST

    COMES NOW, the Common Benefit Fee and Cost Committee ("FCC"), and respectfully requests that the Court enter an Order appointing the Hon. Daniel J. Stack, Ret., as external review specialist for the purposes of assisting the FCC in its duties of evaluating the time and expenses submitted for consideration in this MDL, and to aid the FCC in any way appropriate in performing the work of the FCC and in furtherance of the directives and mandates of Pretrial Order No. 262.

    In furtherance of this Motion, the FCC attaches the Resumè of the Hon. Daniel J. Stack, Retired. The FCC submits that Judge Stack's knowledge and experience will aid the FCC in fulfilling its duties as set forth in the Orders of the Court addressing common benefit allocation.

Based on the foregoing, and for good cause shown, the FCC respectfully move the Court for an Order appointing the Hon. Daniel J. Stack, Ret., for the purposes set forth herein.

Respectfully submitted,

Common Benefit Fee and Cost Committee

By: /s/ Henry G. Garrard, III
Henry G. Garrard, III
Chairman of the Common Benefit Fee and Cost Committee
hgarrard@bbga.com
Georgia Bar No. 286300

**BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.**
440 College Avenue North
Athens, GA 30601
Telephone (706) 354-4000
Facsimile (706) 549-3545

## CURICULUM VITAE/ BIO FOR
## DANIEL J. STACK, CIRCUIT JUDGE, (RETIRED)

HON. DANIEL J. STACK (RETIRED) served as a **Circuit Judge for the Third Judicial Circuit, Madison County, Illinois until December 6, 2010.** His judicial career began as an Associate Judge on **May 5, 1986**; later appointed by the Illinois Supreme Court to Circuit Judge on **January 2, 2003**. He was then elected to his last 6 year term the following November. While having presided over every type of docket during his 23 years his last 6 years were spent as the **Supervising Judge of the Civil Division** where he also presided over one of the largest **"Asbestos" dockets** in the U.S. and he also presided over a regular major Civil Docket where his caseload included mostly complex cases such as class actions, securities fraud, product liability, professional negligence and pharmaceutical litigation. He presided over the first "Vioxx" Jury Trial in the Midwest and in his last year presided over 6 jury trials that lasted from 4 to 8 weeks each.

Judge Stack was a long time member of the **Illinois Judicial Conference** (teaching arm of the judiciary) by Supreme Court Appointment until his retirement. He was a member of **the Committee on Complex Litigation**, and he had served as the **Chair, Co-Chair or Presenter for the Committees on Evidence, Conduct of a Civil Jury Trial** and others. Subsequent to his retirement he was appointed as a **Special Master to the U.S. District Court for the Southern District of Illinois in the Yaz/Yasmine, then the Pradaxa MDLs and finally by the Eastern District of Missouri in the Nuvaring MDL.** He was certified by the National Judicial College as a Mediator and has mediated many civil and complex cases. He has also been a **Speaker, Judicial Panelist or presenter for several CLE, National Asbestos Litigation Conferences, the Academy of Railroad Labor Attorneys and for the National Judicial College.**

He has also been serving as a **Nominee Trustee on the Flintkote Asbestos Trust** which has been in the process of settling a significant case against it's former Parent Corporation, Imperial Canadian Tobacco and it's parent, British Tobacco; and, performing all of the necessary work to be prepared to begin processing claims as quickly as possible once the Trust goes active in late August – early September, 2015, including reviewing and choosing a Claims Processor, an Investments Advisor and various possible Fund Managers, the beginnings of putting together a Product Bible and preservation of the Flintkote Records of all prior litigation, working on the "Payment Percentage", future plans for the Flintkote Company, Insurance Recovery Litigation as well as Trust Services.

**PERSONAL HISTORY:**

DOB: 11/12/1950, Granite City, IL

MARRIED: 1/14/'78 to Dilnawaz Zeb (Stack); 3 children: Daniel O. (1979); Naureen S. (1983) and Ryan O. (1988); 2 Grandchildren by Naureen, Chanse S. & Avery G. Frierdich.

EDUCATION: J.D. 1976 (St. Louis U. School of Law); B.A. 1972(Benedictine College, Atchison, KS); Assumption HS, E. St. Louis, IL 1968.

WORK HISTORY PRIOR TO JUDICIAL CAREER: Private Practice in Highland, IL 1979 – 1986; Spec. Asst. Attorney General of Illinois (Real Estate Acquisition [Eminent Domain] and Consumer Fraud Divisions) 1979 – 1986; Office of the U.S. Attorney (Eastern, now Southern Dist. of Illinois); Law Clerk, Leuders, Robertson & Konzen, Granite City, IL, 6/2/'74 – 6/1/'76; Deputy Clerk, Circuit Court, Madison County, IL Part time from June 1971 – June '73 and U.S. Army Reserve July '72 – July '81; SUMMER AND PART TIME EMPOYMENT during school: Asst. for the History Dept., and dishwasher; Heavy Equipment and Machine Operator, Young Metal Products; Teamster, Spector Trucking Dock; Laborer, G.C. Steel, (now US Steel); Waiter/ Bus Boy/Grill Cook Carriage House Rest., Howard Johnson's, McDonald's Hamburger and Red Barn; Sales Clerk for WT Grant Store and K-mart; "Soda Jerk", Gantcheff's Drug Store; Paper Boy: E.St.L Journal; St. L Post-Dispatch, St.L Globe-Democrat and Granite City Press-Record; and Grass-cutting, leaf raking and snow shoveling since age 7.

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.  Further, I certify that I served a copy of this Motion upon the below via electronic mail:

Renee Baggett
Aylstock, Witkin, Kreis & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
RBaggett@awkolaw.com
Member of FCC

Riley L. Burnett, Jr.
Burnett Law Firm
55 Waugh Drive, Suite 803
Houston, TX 77007
rburnett@rburnettlaw.com
Member of FCC

Thomas P. Cartmell
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
tcartmell@wcllp.com
Member of FCC

Clayton A. Clark
Clark, Love & Hutson, G.P.
440 Louisiana Street, Suite 1600
Houston, TX 77002
CClark@triallawfirm.com
Member of FCC

Yvonne M. Flaherty
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue S., Suite 2200
Minneapolis MN  55401
ymflaherty@locklaw.com
Member of FCC

Carl N. Frankovitch
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, WV 26062
carl@facslaw.com
Member of FCC

William H. McKee, Jr.
Arnett Carbis Toothman Wealth Advisors LLC
101 Washington Street East
Charleston, WV  25301
bmckee@suddenlink.net
Member of FCC

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
jrice@motleyrice.com
Member of FCC

By:   /s/ Henry G. Garrard, III
Henry G. Garrard, III
Chairman of the Fee & Compensation Committee
hgarrard@bbga.com
Georgia Bar No. 286300

**BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.**
440 College Avenue North
Athens, GA  30601
Telephone (706) 354-4000
Facsimile  (706) 549-3545