# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION

                                          MDL NO. 2327

THIS DOCUMENT RELATES TO ALL CASES

## ORDER GRANTING MOTION TO APPOINT THE HON. DANIEL J. STACK, RET., AS EXTERNAL REVIEW SPECIALIST

Upon consideration of the Motion to Appoint the Hon. Daniel J. Stack, Ret., as external review specialist submitted by the Common Benefit Fee and Cost Committee ("FCC").

For the reasons as shown in the FCC's Motion to Appoint and for good cause shown, the Court hereby GRANTS said motion, and appoints the Hon. Daniel J. Stack, Ret., as external review specialist for the purposes of assisting the FCC in its duties of evaluating the time and expenses submitted for consideration in this MDL, and to aid the FCC in any way appropriate in performing the work of the FCC and in furtherance of the directives and mandates of Pretrial Order No. 262.

SO ORDERED, this _____ day of _____, 2017.

                                                                                HON. JOSEPH R. GOODWIN