IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION     MDL 2327

THIS DOCUMENT RELATES TO:
*Wave 6 Cases and Plaintiffs*     Civil Action No. 2:12-cv-02327

### ORDER

On September 25, 2017, the parties filed a Joint Motion to Take Deposition of Dr. Lawrence Lind After Discovery is Closed [ECF No. 4703]. The parties wish to depose Dr. Lind on October 11, 2017 due to scheduling difficulties among the parties and the deponent. *Id.* at 1-2. The parties are silent regarding the other discovery deadlines. For reasons appearing to the court, the Joint Motion is **GRANTED**. This order does not affect any other deadlines as stated in the Docket Control Order for Wave 6. PTO # 251.

The Clerk is **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:    October 6, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE