IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2325
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE ATTACHED EXHIBITS

ORDER

(Dismissing Defendant American Medical Systems, Inc. with Prejudice
and Transferring Cases to MDL 2327)

Pending in MDL 2325, 2:12-md-2325 [ECF No. 5046], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by the plaintiffs, identified in Exhibits A through F, (attached hereto) and American Medical Systems, Inc. ("AMS"), seeking dismissal of AMS as a defendant in these actions with prejudice because all claims against AMS have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiffs' Motion to Transfer MDLs for these cases [ECF No. 5046]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED.** Plaintiffs' counsel state in the Motion to Transfer that Amended Short Form Complaints will be filed within 14 days of the filing of the Joint Motion. To the extent Amended Short Form Complaints have not been filed, plaintiffs' counsel are **DIRECTED** to file the appropriate Amended Short Form Complaints within the time

frame outlined in their Motion. Defendant AMS is **DISMISSED WITH PREJUDICE** as a defendant in the actions listed in Exhibits A through F, these actions are **TRANSFERRED** to MDL 2327, and the Clerk is directed to disassociate these civil actions as member cases in MDL 2325 and re-associate them with MDL 2327.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2325 and in the individual cases listed in Exhibits A through F.

ENTER: October 6, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – THE LANIER LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-10534 | Donna L. Weiss, Hilton Friedman v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

**EXHIBIT B – NIEMEYER GREBEL & KRUSE**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-CV-08343 | Mary Howard, Michael Howard v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

**EXHIBIT C – PARKER WAICHMAN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-00704 | Felipa M. Rodriguez, Domingo R. Rodriguez v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson, Mentor Worldwide LLC, Coloplast Corp |
| 2:13-CV-10378 | Librada G. Helms v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:14-CV-21170 | Carole A. Siegel, Thomas W. Siegel v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

## EXHIBIT D – ROBERT J. FENSTERSHEIB & ASSOCIATES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-07508 | Amber Kovach, Clinton Kovach v. American Medical Systems, Inc, Ethicon, Inc., Johnson & Johnson . |

Case 2:12-md-02327   Document 4765   Filed 10/06/17   Page 6 of 8 PageID #: 155268

**EXHIBIT E – SIMMONS HANLY CONROY**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-04697 | Christine Forrey, Thomas Forrey v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

**EXHIBIT F – WATERS & KRAUS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-18141 | Stacie Orchekowsky, Keith Orchekowsky v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |