APPROVED and SO ORDERED.
ENTER: 10/11/2017

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: COOK MEDICAL, INC. PELVIC REPAIR
SYSTEMS PRODUCTS LIABILITY LITIGATION

MDL No. 2440

THIS DOCUMENT RELATES TO:

*Susan Cooley v. Cook Incorporated, et al.*
Case No. 13-cv-31735

JOSEPH R. GOODWIN
U.S. DISTRICT JUDGE

## MOTION TO TRANSFER MDL

COME NOW Cook Incorporated, Cook Biotech, Inc., and Cook Medical, Inc. (the "Cook Defendants"), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2440, In Re: Cook Medical, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2327, Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff herein filed a Short Form Complaint in MDL 2440 against the Cook Defendants, and others. Because the Cook Defendants named in the Short Form Complaint are no longer named defendants in this member case, Cook Defendants respectfully request that the Court: 1) grant the motion to transfer this civil action from MDL 2440 to MDL 2327; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2440 and re-associate it with MDL 2327.

/s/ John T. Schlafer

John T. Schlafer (ISBN: 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel: (317) 237-0300
Fax: (317) 237-1000
john.schlafer@faegrebd.com

*Attorneys for Defendants, Cook Incorporated, Cook Biotech, Inc. and Cook Medical, Inc.*

Dated: October 5, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ *John T. Schlafer*