IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff whose case is listed on the attached Exhibit A, Defendant Coloplast Corp.[1] ("Coloplast"), and Defendant Mentor Worldwide LLC[2] ("Mentor") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims, and third-party claims. Accordingly, Plaintiff, Coloplast and Mentor jointly move the court to dismiss Coloplast and Mentor as defendants in this action with prejudice, and terminate Coloplast and Mentor from the docket in this action, parties to bear their own costs. Other defendants remain in this action, and plaintiff will continue to prosecute this action against them.

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C., Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast, Inc.

[2] Mentor Worldwide LLC includes any incorrect or incomplete spellings of this Defendant, including Mentor, Mentor Corporation, Mentor World Wide LLC, Mentor Worldwide, Mentor Worldwide L.L.C., Mentor Worldwide, L.L.C., and Mentor Worldwide, LLC.

Respectfully submitted,

*/s/ Lana K. Varney*
Lana K. Varney, Esq.
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, Texas 78701
512.457.2060 (phone)
512.457.2100 (fax)
lvarney@kslaw.com
*Attorney for Defendant Coloplast Corp.*


*/s/ Dustin B. Rawlin*
Dustin B. Rawlin, Esq.
TUCKER ELLIS LLP
950 Main Street, Suite 1100
Cleveland, OH  44113
216.592.5000 (phone)
216.592.5009 (fax)
dustin.rawlin@tuckerellis.com
*Attorney for Defendant Mentor Worldwide LLC*


*/s/ Brenda S. Fulmer*
Brenda S. Fulmer, Esq.
C. Calvin Warriner, III, Esq.
SEARCY DENNEY SCAROLA BARNHART & SHIPLEY
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
561.686.6300 (phone)
561.383.9498 (fax)
bsf@searcylaw.com
ccw@searcylaw.com
*Attorneys for Plaintiff on Exhibit A*


Dated: October 11, 2017

**EXHIBIT A – SEARCY DENNEY SCAROLA BARNHART & SHIPLEY**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-cv-09001 | Deborah Kay Carr v. Ethicon, Inc., et al. |

## CERTIFICATE OF SERVICE

    I hereby certify that on October 11, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

                                                           */s/ Lana K. Varney*
                                                           Lana K. Varney