IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**

(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 4760], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A through C, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A through C.

ENTER: October 13, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – GUSTAFSON GLUEK

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-CV-14688 | Barbara Connor v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – LOCKRIDGE GRINDAL NAUEN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-06142 | Nira Willoughby, Jesse Willoughby v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT C – SEEGER WEISS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-21846 | Claudia Puerta v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |