IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO ALL CASES

## ORDER GRANTING MOTION TO APPOINT THE HON. DANIEL J. STACK, RET., AS EXTERNAL REVIEW SPECIALIST

Upon consideration of the Motion to Appoint the Hon. Daniel J. Stack, Ret., as external review specialist submitted by the Common Benefit Fee and Cost Committee ("FCC"), for the reasons as shown in the FCC's Motion to Appoint and for good cause shown, the Court hereby GRANTS said motion, and appoints the Hon. Daniel J. Stack, Ret., as external review specialist for the purposes of assisting the FCC in its duties of evaluating the time and expenses submitted for consideration in this MDL, and to aid the FCC in any way appropriate in performing the work of the FCC and in furtherance of the directives and mandates of Pretrial Order No. 262. The Hon. Daniel J. Stack, Ret. is appointed to exercise the duties set forth in Pretrial Order No. 262, including meeting with firms submitting requests for fees or expenses to the FCC, attempting to resolve objections, if any, and submitting to this Court a written recommendation as to a fair allocation of the Common Benefit Fund.

SO ORDERED, this 13 day of Oct, 2017.

HON. JOSEPH R. GOODWIN