**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION**                        **MDL NO. 2327**

**THIS DOCUMENT RELATES TO ALL CASES**

**PRE TRIAL ORDER NO. 274
(APPOINTING CATHY YANNI AS SETTLEMENT MASTER
FOR PRIVATE SETTLEMENT AGREEMENT BETWEEN ETHICON AND CERTAIN
PLAINTIFFS' COUNSEL)**

The Law Offices of Smith Stag, LLC ("Plaintiffs' Counsel") has entered into a separate

Confidential Master Settlement Agreement (the "Settlement Agreement") with Ethicon, Inc. and

related entities ("Ethicon") to resolve certain claims related to the implantation of Ethicon's Pelvic

Mesh Products (as defined in the Settlement Agreement). Under the provisions of the Settlement

Agreement, Plaintiffs' Counsel has agreed to seek the approval of this Court to appoint a Settlement

Master to perform certain defined functions related to the administration and implementation of the

Settlement Agreement. Plaintiffs' Counsel believes that Cathy Yanni is well-qualified to perform

these and other functions discussed below.

Accordingly, Plaintiffs' Counsel request, pursuant to the Court's inherent case management

powers, the appointment of Cathy Yanni to assist in the administration and implementation of their

settlement with Ethicon, with the authority to:

- Determine that the calculation, allocation, division and distribution of settlement payments

  among the claimants pursuant to the terms of the Settlement Agreement provides for fair

  and reasonable compensation for each client based on the facts and circumstances of this

  litigation, including the risk to all parties of litigation, the cost, the time delay, the medical

evidence, the science, the compensation circumstances, and the inherent risk of litigation generally;

- Serve as arbitrator in binding arbitration for any insurance companies or other third-parties who agree in writing with Plaintiffs' Counsel to submit any disputes regarding whether or not health care coverage and reimbursement claims fall within the scope of the litigation and therefore subject to insurance liens or subrogation rights, and if so, the amount of such liens under terms of the applicable agreement between counsel and the insurer;

- Serve as mediator of claims as jointly requested by Plaintiffs' Counsel and Ethicon; and

- As agreed to by Plaintiffs' Counsel and their clients, serve as the final and binding arbitrator on any and all Appeals asserted by claimants to the settlement allocation.

Ethicon does not oppose Plaintiffs' Counsel's request. The Court, pursuant to its inherent authority, and having considered the request, and cognizant of the important public policy of encouraging settlement among litigating parties, hereby issues the following Order.

**IT IS ORDERED THAT:**

1. Cathy Yanni, JAMS, Two Embarcadero Center, Suite 1500, San Francisco, CA 94111, is hereby appointed as the Settlement Master for the administration of the settlement reached between Law Offices of Smith Stag, LLC and Ethicon, related to the implantation of Ethicon Pelvic Mesh Products (as defined in the Settlement Agreement).

2. The duties of the Settlement Master shall be as set forth in the confidential Settlement Agreement entered into between Plaintiffs' Counsel and Ethicon.

3. In furtherance of the fair and efficient administration and implantation of the settlements, the Settlement Master may have *ex parte* communications with the parties to the Settlement Agreement, Plaintiffs' Counsel and their clients, Ethicon and its counsel, or the Court, and such *ex parte* communications shall not be deemed to have waived any attorney-client

privileges.

4.     The Settlement Master shall be compensated privately as specified respectively in the Settlement Agreement or by agreement with Plaintiffs' Counsel.

5.     Subject to approval and Order of the Court, any firm settling claims against Ethicon related to its pelvic repair system products may engage the Special Master to perform the duties as set forth in that party's settlement agreement. When so approved by the Court, this Order shall apply.

6.     An affidavit by the Settlement Master has been submitted and is attached hereto.

7.     The Settlement Master shall report to the Court on a quarterly basis or as requested by the Court.

The Court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-02327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:17-cv-04102. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: October 16, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.<br>PELVIC REPAIR SYSTEM<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2327<br><br>The Hon. Joseph R. Goodwin |
| This Document Relates to All Cases | |

## AFFIDAVIT OF CATHY YANNI

STATE OF CALIFORNIA     )
                            ) ss.:
COUNTY OF SAN FRANCISCO   )

      CATHY YANNI, being duly sworn, deposes and says:

      1.     I am an attorney at law licensed to practice law in the state of California.  I am in good standing.

      2.     I was admitted to the California Bar in December 1982.  In 1994, I became a Discovery Referee for the Superior Court of San Mateo County.  I left that position in December 1997 to join JAMS in 1998.  I have been a full-time neutral with JAMS, San Francisco, from 1998 to the present.

      3.     Over the past 18 years, I have acted as a Special Master, mediator or arbitrator in over 10,000 matters.  I was appointed by the Hon. Joseph R. Goodwin to act as the Special Master for certain private settlement agreements between AMS, Covidien, C.R. Bard, Boston Scientific and Coloplast and certain Plaintiffs' counsel (2015 to the present).

1

4.      Recently, I was appointed Settlement Special Master for the *Abilify MDL* by The Hon. M. Casey Rodgers, US District Court for the Northern District of Florida, following the joint recommendation of the plaintiffs and defendants settlement committee (2017).  I was appointed as Settlement Special Master for *Medtronic Infuse* by The Hon. John D. Minton, Kentucky Supreme Court (2016). Prior appointments include:

- Special Master by The Hon. David A. Katz, US District Court for the Northern District of Ohio, for *In re: DePuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation.*

- Settlement and Discovery Special Master by The Hon. Dan Polster, US District Court for the Northern District of Ohio, in *Gadolinium Contrast Dyes Product Liability Litigation.*

- Special Master by The Hon. Richard Kramer, Superior Court of California, San Francisco County by agreement of the parties for the JCCP, *Gadolinium Contrast Dyes Product Liability Litigation.*

- Special Master by agreement of the parties for the *St. Jude Riata Lead Wire Medical Device Litigation*

- Special Master by agreement of the parties for *Kelly v. Xoft*, for claims arising out of alleged tungsten migration used in breast cancer treatment.

- Special Master by The Hon. Wynne Carvill, Superior Court of California, Alameda County for the *Medtronic Infuse Litigation.*

- Special Master in the JCCP, *PPA* Consolidated Cases by The Hon. Anthony Mohr, Superior Court of California, Los Angeles County.

- Federal Mediator in the *Baycol MDL* by The Hon. Michael J. Davis, US District Court for the District of Minnesota.

- Settlement Special Master by agreement of the parties in the *Bextra MDL* and the *Ortho Evra MDL.*

- Settlement Special Master by agreement of the parties in the *Zicam I and II MDL*.
- Settlement Special Master in the *Zyprexa I and II MDL* by The Hon. Jack Weinstein, US District Court for the Eastern District of New York.
- Federal Mediator in *Silicon Gel Breast Implant Litigation* by The Hon. Denise Hood, US District Court for the Eastern District Michigan.

5.      In 2016 I was recognized as an "ADR Champion" by the National Law Journal. In 2014 and 2015, I was honored for being a Woman Leader in the Law, *ALM Publications*.  In 2013 I was named a *Daily Journal* Top Master. I was recognized by the *Daily Journal* as a Top 50 California Neutral in 2003 to 2005 and 2010 to 2012, a Top 40 California Neutral in 2007 and 2008, and a Top 30 California Neutral in 2006. I have an "AV Preeminent" rating with Martindale-Hubble.

6.      I have thoroughly familiarized myself with the issues involved in the case captioned above, as a result of my knowledge of that case, I can attest and affirm that there are no grounds for disqualification that would prevent me from serving as a Special Master in the above captioned matter. I have reviewed the pleadings, medical information and scientific information pertaining to mesh cases generally and specifically as it relates to the litigation involving Ethicon, Inc. manufactured products. I will use the information gathered and my experience in performing my duties as Special Master.

CATHY YANNI

Sworn to before me this
_____ day of May, 2017

NOTARY PUBLIC

K. CLERICI
Commission No. 2120380
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm Expires AUGUST 19, 2019