**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR          Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                        MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 6 CASES LISTED IN
EXHIBIT A                                                    JOSEPH R. GOODWIN U.S. DISTRICT
                                                                                    JUDGE

<u>**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
ELAINE DUNCAN, M.D. FOR WAVE 6**</u>

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion filed against Elaine Duncan for Ethicon Wave 1, Dkt. 2033 (motion), 2036

(memorandum in support).  Plaintiffs respectfully request that the Court exclude Elaine

Duncan's testimony, for the reasons expressed in the Wave 1 briefing.  This notice applies to the

following Wave 6 cases identified in Exhibit A attached hereto.

Dated: October 19, 2017                          Respectfully submitted,

                                                                    /s/  D. Renee Baggett
                                                                    Bryan F. Aylstock, Esq.
                                                                    Renee Baggett, Esq.
                                                                    Aylstock, Witkin, Kreis and Overholtz, PLC
                                                                    17 East Main Street, Suite 200
                                                                    Pensacola, Florida  32563
                                                                    (850) 202-1010
                                                                    (850) 916-7449 (fax)
                                                                    E-mail:  rbaggett@awkolaw.com


                                                                    /s/ Thomas P. Cartmell
                                                                    THOMAS P. CARTMELL
                                                                    Wagstaff & Cartmell LLP
                                                                    4740 Grand Avenue, Suite 300
                                                                    Kansas City, MO 64112
                                                                    816-701-1102
                                                                    Fax 816-531-2372
                                                                    tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Zember, Cynthia | 2:12-CV-08211 |
| Moore, Martha E. | 2:12-cv-08220 |
| Felter, Diane | 2:12-cv-08359 |
| Pilgrim, Lena | 2:12-cv-08381 |
| KIEFFABER, CAROLYN | 2:12-cv-08464 |
| Murray-Hockey, Barbara | 2:12-cv-08548 |
| Ballesteros, Christine | 2:12-cv-08919 |
| Cikota, Lisa | 2:12-cv-08921 |
| Gilsdorf, Roi | 2:12-cv-08924 |
| Koch, Patricia | 2:12-cv-08926 |
| Ward, Karrie | 2:12-cv-08928 |
| Searcy, Patricia | 2:12-cv-08953 |
| Nobles, Mary | 2:12-cv-08955 |
| Barnes, Mayo | 2:12-cv-09025 |
| Dixon, Carolyn | 2:12-cv-09038 |
| Jeffers, Rita | 2:12-cv-09092 |
| Nurdin, Joyce | 2:12-cv-09096 |
| Ellis, Margo | 2:12-cv-09097 |
| Whitmire, Debra | 2:12-cv-09099 |
| McCarley, Sonya | 2:12-cv-09152 |
| Stace, Stephanie | 2:12-cv-09243 |
| Meszaros, Mary | 2:12-cv-09246 |
| Daniels, Paula | 2:12-cv-09249 |
| Shelton, Naomi | 2:12-cv-09250 |
| Clark, Marabeth | 2:12-cv-09251 |
| Greenwood, Michelle | 2:12-cv-09252 |
| Beckley, Geraldine | 2:12-cv-09257 |
| Harrington, Cynthia Lee | 2:12-cv-09265 |
| Longo, Helen D. | 2:12-cv-09266 |
| DeFriece, Brenda K. & Larry W. | 2:12-cv-09268 |
| Ingram, Lisa Schneeberger | 2:12-cv-09300 |
| Golden, Sheila | 2:12-cv-09303 |
| Shinaver, Rosemarie | 2:12-cv-09304 |
| Aguilera, Kimberly | 2:12-cv-09418 |
| VanNostrand, Pamela | 2:12-cv-09426 |
| Cawthon, Jean | 2:12-cv-09615 |
| Herb, Cheryl | 2:12-cv-09683 |
| Erskine, Monda | 2:12-cv-09686 |
| Selby, Connie | 2:12-cv-09688 |

| | |
|---|---|
| Maul, Elba | 2:12-cv-09708 |
| Pace, Virginia | 2:12-cv-09716 |
| Shaw, Teddy M | 2:12-cv-09774 |
| Cayer, Diane | 2:12-cv-09976 |
| Jacobs, Patricia | 2:12-cv-9034 |
| Heatherman, Christine | 2:12-cv-9245 |
| Finnegan, Crystal Lynn | 2:13-cv-00059 |
| TEDDER, JUDY | 2:13-cv-00097 |
| FISHER, MARGARET | 2:13-cv-00100 |
| Eisenberg, Laurie | 2:13-cv-00252 |
| Henry, Theresse | 2:13-cv-00253 |
| Putano, Shannon | 2:13-cv-00275 |
| Richardville, Sarah Ann | 2:13-cv-00482 |
| Baylish, Linda | 2:13-cv-00490 |
| Hamlin, Teresa | 2:13-cv-00522 |
| Nunez, Sylvia | 2:13-cv-00533 |
| Tate, Stefanie | 2:13-cv-00740 |
| Wright, Joyce | 2:13-cv-00746 |
| Sisk, Sue | 2:13-cv-00780 |
| Gibbs, Lori | 2:13-cv-00888 |
| Brucker, Terri | 2:13-cv-01026 |
| Leicester, Jennifer | 2:13-cv-01040 |
| Lawler, Ruby | 2:13-cv-01046 |
| Jimenez, Ellen | 2:13-CV-01108 |
| Sims, Lydia | 2:13-CV-01110 |
| Hazard, Dolores | 2:13-CV-01132 |
| Mouton, Dorothy | 2:13-CV-01135 |
| Davis, Julie Ann | 2:13-cv-01246 |
| Romero, Linda | 2:13-cv-01294 |
| Lane, Deborah | 2:13-cv-01334 |
| Vaughan, Joyce | 2:13-cv-01338 |
| Boykin, Bethanelle | 2:13-cv-01348 |
| Brown, Janice | 2:13-cv-01349 |
| Diaz, Hilda | 2:13-cv-01360 |
| Embry, Dana | 2:13-cv-01376 |
| Gearhart, Renee | 2:13-cv-01378 |
| Hankins, Djunia | 2:13-cv-01379 |
| McGee, Alta | 2:13-cv-01380 |
| Sheffield, Peggy | 2:13-cv-01384 |
| Sloan, Terri | 2:13-cv-01385 |
| Ham, Delpha | 2:13-cv-01462 |
| Wing, Debora | 2:13-cv-01464 |

| | |
|---|---|
| Evans, Deborah | 2:13-cv-01521 |
| HOOPER, LINDA | 2:13-cv-01686 |
| Elliott, Diane | 2:13-cv-01740 |
| Walker, Wylene | 2:13-cv-01742 |
| Meade, Deborah | 2:13-cv-01744 |
| Crane, Regina | 2:13-cv-01746 |
| Heady (Gagnon), Kristin | 2:13-cv-01747 |
| Heath, Karen | 2:13-cv-01750 |
| Moore, Brenda | 2:13-cv-01754 |
| Roberson, Constance | 2:13-cv-01848 |
| Grizzle Hagans, Angela | 2:13-cv-01954 |
| Volpe, Patricia | 2:13-cv-02051 |
| Leinemann, Eileen | 2:13-cv-02054 |
| Bradley, Beth Ann | 2:13-cv-02058 |
| McWherter, Jackie | 2:13-cv-02067 |
| Skebey, Marilyn | 2:13-cv-02129 |
| Belisle, Julie | 2:13-cv-02317 |
| Bentzinger, Tamara | 2:13-cv-02318 |
| Burge, Lois | 2:13-cv-02321 |
| Campbell, Janet | 2:13-cv-02322 |
| McMains, Michele | 2:13-cv-02325 |
| Melton, Donna | 2:13-cv-02327 |
| Richardson, LaShonda | 2:13-cv-02328 |
| George, Nora | 2:13-cv-02511 |
| Parrish, Meredith Ann | 2:13-cv-02622 |
| Dillbeck, Tammy | 2:13-cv-02638 |
| Lombardo, April | 2:13-cv-02640 |
| Young, Patricia | 2:13-cv-02642 |
| Wright, Joanne | 2:13-cv-02647 |
| Hanrihan, Gaynel | 2:13-cv-02651 |
| Paretti, Bonnie Jean | 2:13-cv-0821 |
| Green, Sandra | 2:13-cv-0843 |
| Cardwell, Jannie | 2:13-cv-1016 |
| Hoffmann, Joyce | 2:13-cv-1284 |
| Douglas, Peggy | 2:13-cv-1753 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 19, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com