**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR　　　Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY　　　　　　MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 6 CASES LISTED IN
EXHIBIT A　　　　　　　　　　　　　　JOSEPH R. GOODWIN U.S. DISTRICT
　　　　　　　　　　　　　　　　　　　　　　JUDGE

### NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF STEPHEN M. FACTOR, M.D. FOR WAVE 6

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion filed against Stephen M. Factor for Ethicon Wave 1, Dkt. 2015 (motion), 2020

(memorandum in support).  Plaintiffs respectfully request that the Court exclude Stephen M.

Factor's testimony, for the reasons expressed in the Wave 1 briefing.  This notice applies to the

following Wave 6 cases identified in Exhibit A attached hereto.

Dated: October 19, 2017　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/  D. Renee Baggett
　　　　　　　　　　　　　　　　　　Bryan F. Aylstock, Esq.
　　　　　　　　　　　　　　　　　　Renee Baggett, Esq.
　　　　　　　　　　　　　　　　　　Aylstock, Witkin, Kreis and Overholtz, PLC
　　　　　　　　　　　　　　　　　　17 East Main Street, Suite 200
　　　　　　　　　　　　　　　　　　Pensacola, Florida  32563
　　　　　　　　　　　　　　　　　　(850) 202-1010
　　　　　　　　　　　　　　　　　　(850) 916-7449 (fax)
　　　　　　　　　　　　　　　　　　E-mail:  rbaggett@awkolaw.com

　　　　　　　　　　　　　　　　　　/s/ Thomas P. Cartmell
　　　　　　　　　　　　　　　　　　THOMAS P. CARTMELL
　　　　　　　　　　　　　　　　　　Wagstaff & Cartmell LLP
　　　　　　　　　　　　　　　　　　4740 Grand Avenue, Suite 300
　　　　　　　　　　　　　　　　　　Kansas City, MO 64112
　　　　　　　　　　　　　　　　　　816-701-1102
　　　　　　　　　　　　　　　　　　Fax 816-531-2372
　　　　　　　　　　　　　　　　　　tcartmell@wcllp.com

# EXHIBIT A

| Richardville, Sarah Ann | 2:13-cv-00479 |
|---|---|
| Crane, Regina | 2:13-cv-01746 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 19, 2017, I electronically filed the foregoing document

with the Clerk of the court using CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.


/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com