# EXHIBIT A

GUELCHER EXHIBIT A

| Case Name | Case Number |
|---|---|
| Beckley, Geraldine | 2:12cv09257 |
| Cardwell, Jannie | 2:13cv01016 |
| Cayer, Diane | 2:12cv09976 |
| Clark, Marabeth | 2:12cv09251 |
| Cunningham, Stephanie | 2:12cv09853 |
| DeFriece, Brenda | 2:12cv09263 |
| Fisher, Margaret | 2:13cv00100 |
| Garcia, Caira Gay | 2:12cv08956 |
| Gibbs, Lori | 2:13cv00888 |
| Golden, Sheila | 2:12cv09303 |
| Hamlin, Teresa | 2:13cv00522 |
| Heatherman, Christine | 2:12cv09245 |
| Hooper, Linda F. | 2:13cv01686 |
| Kieffaber, Carolyn | 2:12cv08464 |
| Lawler, Ruby | 2:13cv01046 |
| Maestas, Dawn | 2:13cv01965 |
| Maul, Elba | 2:12cv09708 |
| McKitterick, Beth | 2:13cv00142 |
| Moore, Martha E. | 2:12cv08220 |
| Nunez, Sylvia | 2:13cv00533 |
| Nurdin, Joyce | 2:12cv09096 |
| Parrish, Meredith Ann | 2:13cv02622 |
| Pilgrim, Lena M. | 2:12cv08381 |
| Shinaver, Rosemarie | 2:12cv09304 |
| Stevens, Carma | 2:13cv01210 |
| Tedder, Judy | 2:13cv00097 |
| Wing, Deborah | 2:13cv01464 |
| Wininger, Kathleen | 2:13cv00284 |
| Zember, Cynthia | 2:12cv08211 |
| | |