# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 6 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF ETHICON'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DR. VLADIMIR IAKOVLEV FILED IN WAVE 4

Defendants Ethicon, Inc. and Johnson & Johnson ("Ethicon") hereby adopt and incorporate by reference Ethicon's Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev [Dkt. #3619], and Ethicon's Memorandum of Law in Support of Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev. [Dkt. #3621], previously filed in Wave 4. Ethicon respectfully requests that the Court exclude Dr. Iakovlev's testimony in the Wave 6 cases identified in Exhibit A, attached hereto, for the reasons expressed in the Wave 4 briefing adopted and incorporated herein.

Dated: October 20, 2017

Respectfully submitted,

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ David B. Thomas*
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  25338-3824
(304) 414-1800
dthomas@tcspllc.com