# EXHIBIT A

IAKOVLEV EXHIBIT A

| Case Name | Case Number |
|---|---|
| Baylish, Linda | 2:13cv00490 |
| Beckley, Geraldine | 2:12cv09257 |
| Block, Jan Leigh | 2:13cv00495 |
| Brucker, Terri | 2:13cv01026 |
| Cawthon, Jean | 2:12cv09615 |
| DeFriece, Brenda | 2:12cv09263 |
| Douglas, Peggy | 2:13cv01753 |
| Erskine, Monda | 2:12cv09686 |
| Finnegan, Crystal Lynn | 2:13cv00059 |
| Garcia, Maria | 2:12cv09244 |
| Goulette, Laurine | 2:13cv01776 |
| Green, Sandra | 2:13cv00843 |
| Grizzle-Hagans, Angela | 2:13cv01954 |
| Hoffmann, Joyce | 2:13cv01284 |
| Jenkins, Bernice | 2:13cv00706 |
| Lancaster, Christine | 2:13cv01271 |
| Leicester, Jennifer | 2:13cv01040 |
| McDaniel, Vickie | 2:13cv01267 |
| Meade, Deborah | 2:13cv01744 |
| Mullins, Rosalee | 2:13cv01642 |
| Murray-Hockey, Barbara | 2:12cv08548 |
| Oliveira, Lervon | 2:12cv09062 |
| Owens, Barbara | 2:13cv01206 |
| Paretti, Bonnie Jean | 2:13cv00821 |
| Patterson, Kaye | 2:12cv08315 |
| Rihm, Nancy | 2:13cv00286 |
| Ruberti, Debra | 2:13cv01463 |
| Shaw, Teddy | 2:12cv09774 |
| Shoe, Ann | 2:12cv09269 |
| Statham, Mary | 2:13cv00661 |
| Stevens, Carma | 2:13cv01210 |
| Sylvester, Tracie | 2:12cv09047 |
| Thorne, Mary Nell | 2:13cv01269 |
| Wilson, Theresa | 2:13cv00823 |
| Wininger, Kathleen | 2:13cv00284 |
| Zember, Cynthia | 2:12cv08211 |