# EXHIBIT A

JORDI EXHIBIT A

| Case Name | Case Number |
|---|---|
| Bradley, Beth Ann | 2:13cv02058 |
| Bristol, Patricia | 2:12cv08522 |
| Brock, Elizabeth | 2:12cv09856 |
| Davis, Julie Ann | 2:13cv01246 |
| Davis, Sylvia | 2:13cv00574 |
| Jenkins, Bernice | 2:13cv00706 |
| Leinemann, Eileen | 2:13cv02054 |
| Maxwell, Jerene | 2:13cv01703 |
| Searcy, Patricia | 2:12cv08953 |
| Skebey, Marilyn | 2:13cv02129 |
| Smith, Patricia Moore | 2:12cv09857 |
| Stone, Kimberly | 2:12cv09095 |
| Terry, Patricia | 2:12cv08140 |
| Volpe, Patricia | 2:13cv02051 |