# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 6 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF STEVEN MACLEAN, PH.D. FOR WAVE 6

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion filed against Steven MacLean for Ethicon Waves 1 and 3, Dkts. 2205 and 2825 (motions), 2206 and 2826 (memorandums in support). Plaintiffs respectfully request that the Court exclude Steven MacLean's testimony, for the reasons expressed in the Waves 1 and 3 briefing. This notice applies to the following Wave 6 cases identified in Exhibit A attached hereto.

Dated: October 20, 2017

Respectfully submitted,
/s/ D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail: rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| Zember, Cynthia | 2:12-CV-08211 |
| --- | --- |
| Felter, Diane | 2:12-cv-08359 |
| Murray-Hockey, Barbara | 2:12-cv-08548 |
| Ballesteros, Christine | 2:12-cv-08919 |
| Brown, Kelly | 2:12-cv-08920 |
| Cikota, Lisa | 2:12-cv-08921 |
| Gilsdorf, Roi | 2:12-cv-08924 |
| Koch, Patricia | 2:12-cv-08926 |
| Ward, Karrie | 2:12-cv-08928 |
| Ellis, Margo | 2:12-cv-09097 |
| Whitmire, Debra | 2:12-cv-09099 |
| Beckley, Geraldine | 2:12-cv-09257 |
| Longo, Helen D. | 2:12-cv-09266 |
| Ingram, Lisa Schneeberger | 2:12-cv-09300 |
| Aguilera, Kimberly | 2:12-cv-09418 |
| VanNostrand, Pamela | 2:12-cv-09426 |
| Maul, Elba | 2:12-cv-09708 |
| Cayer, Diane | 2:12-cv-09976 |
| Jacobs, Patricia | 2:12-cv-9034 |
| Heatherman, Christine | 2:12-cv-9245 |
| Finnegan, Crystal Lynn | 2:13-cv-00059 |
| Eisenberg, Laurie | 2:13-cv-00252 |
| Putano, Shannon | 2:13-cv-00275 |
| Baylish, Linda | 2:13-cv-00490 |
| Davis, Sylvia | 2:13-cv-00574 |
| Wright, Joyce | 2:13-cv-00746 |
| Brucker, Terri | 2:13-cv-01026 |
| Hazard, Dolores | 2:13-CV-01132 |
| Romero, Linda | 2:13-cv-01294 |
| Vaughan, Joyce | 2:13-cv-01338 |
| Boykin, Bethanelle | 2:13-cv-01348 |
| Meade, Deborah | 2:13-cv-01744 |
| Crane, Regina | 2:13-cv-01746 |
| Heady (Gagnon), Kristin | 2:13-cv-01747 |
| Poole, Rebecca | 2:13-cv-01844 |
| Roberson, Constance | 2:13-cv-01848 |
| Grizzle Hagans, Angela | 2:13-cv-01954 |
| Volpe, Patricia | 2:13-cv-02051 |
| Leinemann, Eileen | 2:13-cv-02054 |

| | |
|---|---|
| Bradley, Beth Ann | 2:13-cv-02058 |
| McWherter, Jackie | 2:13-cv-02067 |
| Skebey, Marilyn | 2:13-cv-02129 |
| Belisle, Julie | 2:13-cv-02317 |
| Bentzinger, Tamara | 2:13-cv-02318 |
| Burge, Lois | 2:13-cv-02321 |
| Melton, Donna | 2:13-cv-02327 |
| Dillbeck, Tammy | 2:13-cv-02638 |
| Lombardo, April | 2:13-cv-02640 |
| Wright, Joanne | 2:13-cv-02647 |
| Hanrihan, Gaynel | 2:13-cv-02651 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        /s/ D. Renee Baggett_____
                                        D. RENEE BAGGETT
                                        Aylstock, Witkin, Kreis and Overholtz, PLC
                                        17 E. Main Street, Suite 200
                                        Pensacola, FL 32563
                                        850-202-1010
                                        850-916-7449
                                        Rbaggett@awkolaw.com