# EXHIBIT A

KLINGE EXHIBIT A

| Case Name | Case Number |
|---|---|
| Aguilera, Kimberly | 2:12cv09418 |
| Barnes, Mayo | 2:12cv09025 |
| Baylish, Linda | 2:13cv00490 |
| Block, Jan Leigh | 2:13cv00495 |
| Bristol, Patricia | 2:12cv08522 |
| Brock, Elizabeth | 2:12cv09856 |
| Brucker, Terri | 2:13cv01026 |
| Childers, Rita | 2:12cv09320 |
| Cunningham, Stephanie | 2:12cv09853 |
| Dixon, Carolyn | 2:12cv09038 |
| Douglas, Peggy | 2:13cv01753 |
| Ellis, Margo | 2:12cv09097 |
| Erskine, Monda | 2:12cv09686 |
| Evans, Deborah | 2:13cv01521 |
| Felter, Diane | 2:12cv08359 |
| Finnegan, Crystal Lynn | 2:13cv00059 |
| Garcia, Caira Gay | 2:12cv08956 |
| Garcia, Maria | 2:12cv09244 |
| George, Nora | 2:13cv02511 |
| Gibbs, Lori | 2:13cv00888 |
| Goulette, Laurine | 2:13cv01776 |
| Green, Sandra | 2:13cv00843 |
| Greenwood, Michelle | 2:12cv09252 |
| Grizzle-Hagans, Angela | 2:13cv01954 |
| Ham, Delpha | 2:13cv01462 |
| Hamlin, Teresa | 2:13cv00522 |
| Henry, Theresse | 2:13cv00253 |
| Herb, Cheryl | 2:12cv09683 |
| Hoffmann, Joyce | 2:13cv01284 |
| Hohimer, Linda | 2:13cv00064 |
| Hylton, Mary | 2:12cv09098 |
| Ingram, Lisa Schneeberger | 2:12cv09300 |
| Jacobs, Patricia | 2:12cv09034 |
| Lago-Lyons, Nancy | 2:12cv09091 |
| Lancaster, Christine | 2:13cv01271 |
| Leicester, Jennifer | 2:13cv01040 |
| Lombardo, April | 2:13cv02640 |
| Maestas, Dawn | 2:13cv01965 |
| Maxwell, Jerene | 2:13cv01703 |
| McCarley, Sonya | 2:12cv09152 |
| McDaniel, Vickie | 2:13cv01267 |
| McKitterick, Beth | 2:13cv00142 |
| Meade, Deborah | 2:13cv01744 |
| Meszaros, Mary | 2:12cv09246 |
| Mullins, Rosalee | 2:13cv01642 |
| Murray-Hockey, Barbara | 2:12cv08548 |

KLINGE EXHIBIT A

| Case Name | Case Number |
|---|---|
| Nobles, Mary | 2:12cv08955 |
| Oliveira, Lervon | 2:12cv09062 |
| Owens, Barbara | 2:13cv01206 |
| Pace, Virginia | 2:12cv09716 |
| Paretti, Bonnie Jean | 2:13cv00821 |
| Parrish, Meredith Ann | 2:13cv02622 |
| Patterson, Kaye | 2:12cv08315 |
| Putano, Shannon | 2:13cv00275 |
| Rihm, Nancy | 2:13cv00286 |
| Romero, Linda | 2:13cv01294 |
| Shinaver, Rosemarie | 2:12cv09304 |
| Smith, Patricia Moore | 2:12cv09857 |
| Stace, Stephanie | 2:12cv09243 |
| Statham, Mary | 2:13cv00661 |
| Stone, Kimberly | 2:12cv09095 |
| Strandmark, Kelly | 2:13cv00713 |
| Sylvester, Tracie | 2:12cv09047 |
| Tedder, Judy | 2:13cv00097 |
| Terry, Patricia | 2:12cv08140 |
| Thorne, Mary Nell | 2:13cv01269 |
| VanNostrand, Pamela | 2:12cv09426 |
| Whitmire, Debra | 2:12cv09099 |
| Wilson, Theresa | 2:13cv00823 |
| Wright, Joanne | 2:13cv02647 |
| Wright, Joyce | 2:13cv00746 |
| Young, Patricia | 2:13cv02642 |
|  |  |