# EXHIBIT A

MAYS EXHIBIT A

| Case Name | Case Number |
|---|---|
| Aguilera, Kimberly | 2:12cv09418 |
| Barnes, Mayo | 2:12cv09025 |
| Cardwell, Jannie | 2:12cv08749 |
| Childers, Rita | 2:12cv09320 |
| Clark, Marabeth | 2:12cv09251 |
| Daniels, Paula | 2:12cv09249 |
| Davis, Julie Ann | 2:13cv01246 |
| Dillbeck, Tammy | 2:13cv02638 |
| Dixon, Carolyn | 2:12cv09038 |
| Ellis, Margo | 2:12cv09097 |
| Erskine, Monda | 2:12cv09686 |
| Evans, Deborah | 2:13cv01521 |
| Garcia, Rita | 2:12cv09739 |
| Gibbs, Lori | 2:13cv00888 |
| Golden, Sheila | 2:12cv09303 |
| Greenwood, Michelle | 2:12cv09252 |
| Ham, Delpha | 2:13cv01462 |
| Heatherman, Christine | 2:12cv09245 |
| Henry, Theresse | 2:13cv00253 |
| Herb, Cheryl | 2:12cv09683 |
| Hohimer, Linda | 2:13cv00064 |
| Hooper, Linda F. | 2:13cv01686 |
| Hylton, Mary | 2:12cv09098 |
| Ingram, Lisa Schneeberger | 2:12cv09300 |
| Jacobs, Patricia | 2:12cv09034 |
| Jeffers, Rita | 2:12cv09092 |
| Lago-Lyons, Nancy | 2:12cv09091 |
| Law, Rebecca | 2:12cv08294 |
| Lawler, Ruby | 2:13cv01046 |
| Lombardo, April | 2:13cv02640 |
| Longo, Helen | 2:12cv09266 |
| Maul, Elba | 2:12cv09708 |
| McCarley, Sonya | 2:12cv09152 |
| McWherter, Jackie | 2:13cv02067 |
| Meszaros, Mary | 2:12cv09246 |
| Nejat, Fariba | 2:13cv01229 |
| Nobles, Mary | 2:12cv08955 |
| Nurdin, Joyce | 2:12cv09096 |
| Pace, Virginia | 2:12cv09716 |
| Pugh, LaVerna | 2:12cv08309 |
| Putano, Shannon | 2:13cv00275 |
| Romero, Linda | 2:13cv01294 |
| Searcy, Patricia | 2:12cv08953 |
| Shelton, Naomi | 2:12cv09250 |
| Shinaver, Rosemarie | 2:12cv09304 |
| Shoe, Ann | 2:12cv09269 |

MAYS EXHIBIT A

| Case Name | Case Number |
|---|---|
| Sisk, Sue & Bill | 2:13cv00780 |
| Stace, Stephanie | 2:12cv09243 |
| VanNostrand, Pamela | 2:12cv09426 |
| Whitmire, Debra | 2:12cv09099 |
| Wing, Deborah | 2:13cv01464 |
| Young, Patricia | 2:13cv02642 |
| | |