**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 <br> MDL 2327 |
| ---------------------------------------------------- <br> ETHICON WAVE 6 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
JAIME L. SEPULVEDA-TORO, M.D. FOR WAVE 6**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion filed against Jaime L. Sepulveda-Toro for Ethicon Wave 1, Dkt. 2014 (motion), 2018 (memorandum in support). Plaintiffs respectfully request that the Court exclude Jaime L. Sepulveda-Toro's testimony, for the reasons expressed in the Wave 1 briefing. This notice applies to the following Wave 6 cases identified in Exhibit A attached hereto.

Dated: October 20, 2017

Respectfully submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail: baylstock@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

1

# EXHIBIT A

| | |
|---|---|
| Terry, Patricia | 2:12-cv-08140 |
| Stone, Kimberly | 2:12-cv-09095 |
| Hylton, Mary | 2:12-cv-09098 |
| Shelton, Naomi | 2:12-cv-09250 |
| Erskine, Monda | 2:12-cv-09686 |
| Selby, Connie | 2:12-cv-09688 |
| Garcia, Rita | 2:12-cv-09739 |
| Cayer, Diane | 2:12-cv-09976 |
| Lago-Lyons, Nancy | 2:12-cv-9091 |
| Tedder, Judy | 2:13-cv-00097 |
| Henry, Theresse | 2:13-cv-00253 |
| Nunez, Sylvia | 2:13-cv-00533 |
| Hohimer, Linda | 2:13-cv-0064 |
| Boykin, Bethanelle | 2:13-cv-01348 |
| Crane, Regina | 2:13-cv-01746 |
| Heath, Karen | 2:13-cv-01750 |
| Young, Patricia | 2:13-cv-02642 |
| Wright, Joanne | 2:13-cv-02647 |
| Hoffmann, Joyce | 2:13-cv-1284 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
baylstock@awkolaw.com