# EXHIBIT A

MICHAELS' EXHIBIT A

| **Case Name** | **Case Number** | | |
|---|---|---|---|
| Brock, Elizabeth | 2:12cv09856 | | |
| Law, Rebecca | 2:12cv08294 | | |
| Longo, Helen | 2:12cv09266 | | |
| Maestas, Dawn | 2:13cv01965 | | |
| Maxwell, Jerene | 2:13cv01703 | | |
| McKitterick, Beth | 2:13cv00142 | | |
| Moore, Martha E. | 2:12cv08220 | | |
| Nejat, Fariba | 2:13cv01229 | | |
| Parrish, Meredith Ann | 2:13cv02622 | | |
| Pilgrim, Lena M. | 2:12cv08381 | | |
| Pugh, LaVerna | 2:12cv08309 | | |
| Smith, Patricia Moore | 2:12cv09857 | | |
| | | | |

MICHAELS' EXHIBIT A