# EXHIBIT A

PRIDDY EXHIBIT A

| Case Name | Case Number |
|---|---|
| Cardwell, Jannie | 2:13cv01016 |
| Cawthon, Jean | 2:12cv09615 |
| Shaw, Teddy | 2:12cv09774 |
| Shelton, Naomi | 2:12cv09250 |
| | |