**EXHIBIT A**

| PLAINTIFF(S) | CASE NUMBER |
|---|---|
| Bradley, Beth Ann | 2:13cv02058 |
| Cayer, Diane | 2:12cv09976 |
| Davis, Sylvia J. & James | 2:13cv00574 |
| Garcia, Rita | 2:12cv09739 |
| Leinemann, Eileen J. | 2:13cv02054 |
| Lombardo, April | 2:13cv02640 |
| Meszaros, Mary & Michael | 2:12cv09246 |
| Nunez, Sylvia | 2:13cv00533 |
| Pace, Virginia & Howard | 2:12cv09716 |
| Putano, Shannon & Peter | 2:13cv00275 |
| Romero, Linda | 2:13cv01294 |
| Shaw, Teddy M. & William | 2:12cv09774 |
| Skebey, Marilyn A. | 2:13cv02129 |
| VanNostrand, Pamela | 2:12cv09426 |
| Volpe, Patricia E. | 2:13cv02051 |
| Whitmire, Debra | 2:12cv09099 |

38910975.v1