# Exhibit A

**LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF ROBERT D. MOORE, D.O. APPLIES**

1. *Terri Brucker, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-01026 (TVT-O)

*Defendants reserve the right to supplement this list should any plaintiff designate Dr. Moore as a general-causation expert in MDL Wave 6.