**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br>-------------------------------------------------------<br>ETHICON WAVE 6 CASES LISTED IN EXHIBIT A | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

<u>**NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION CHALLENGING THE**</u>
<u>**GENERAL-CAUSATION OPINIONS OF BRIAN RAYBON, M.D. FOR WAVE 6**</u>

Defendants hereby adopt and incorporate by reference the *Daubert* motion challenging the general-causation opinion testimony of Brian Raybon, M.D. filed in Ethicon Wave 1, Dkt. 2115 (motion) and Dkt. 2116 (memorandum in support). Defendants respectfully request that the Court exclude Dr. Raybon's general-causation testimony for the reasons expressed in the Wave 1 briefing and, as to his warnings opinions, to exclude them for the additional reason that Dr. Raybon lacks the "additional expertise" required to give those opinions as found by this Court in *In re: Ethicon, Inc. Pelvic Repair Sys. Prod. Liab. Litig.*, MDL No. 2327, 2016 WL 4536876, at *3 (S.D.W. Va. Aug. 30, 2016) (excluding Dr. Raybon's opinions about "what information should or should not be included in an IFU" because he "does not possess the additional expertise to offer expert testimony about what an IFU should or should not include").

This notice applies to the Wave 6 cases identified in Exhibit A attached here.[1]

---

[1] Except as to cases involving the TVT, TVT-O, and TVT-S products in *Tammy Dillbeck v. Ethicon, Inc.*, *Margo Ellis v. Ethicon, Inc.*, *Monda Erskine v. Ethicon, Inc.*, *Christine Heatherman v. Ethicon, Inc.*, *Theresse Henry v. Ethicon, Inc.*, *Ruby Lawler v. Ethicon, Inc.*, *Jackie Wherter v. Ethicon, Inc.*, and *Sue Sisk v. Ethicon, Inc.* noted on the attached Exhibit A because Dr. Raybon does not offer general-causation opinions as to the TVT, TVT-O, and TVT-S products.

Respectfully submitted,

ETHICON, INC. and JOHNSON & JOHNSON

*/s/ Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:   216.592.5000
Facsimile:    216.592.5002
rita.maimbourg@tuckerellis.com

*/s/ David B. Thomas*
David B. Thomas
THOMAS COMBS & SPANN PLLC
300 Summers St.
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Telephone:   304.414.1807
dthomas@tcspllc.com

*/s/ Christy D. Jones*
Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone:   601.985.4523
christy.jones@butlersnow.com

**CERTIFICATE OF SERVICE**

I certify that on October 23, 2017, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:   216.592.5000
Facsimile:   216.592.5002
rita.maimbourg@tuckerellis.com

3