# EXHIBIT A

# LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL-CAUSATION TESTIMONY OF BRIAN RAYBON, M.D. APPLIES

1. *Tammy Dillbeck v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-02638 (Prolift Total, TVT-O*)

2. *Margo Ellis, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-09097 (TVT*)

3. *Monda Erskine, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-09686 (Prolift Total, TVT-S*)

4. *Teresa Hamlin v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-00522 (Prolift Posterior)

5. *Christine Heatherman, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-09245 (TVT*)

6. *Theresse Henry v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-00253 (Gynemesh PS, TVT-O*)

7. *Linda F. Hooper v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-01686 (Prolift +M Posterior)

8. *Patricia Jacobs v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-09034 (Gynemesh PS)

9. *Ruby Lawler, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-01046 (TVT*)

10. *Jackie McWherter v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-02067 (Prolift +M Anterior, TVT-O*)

11. *Joyce Nurdin, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-09096 (Prolift +M Anterior)

12. *Sue Sisk, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-00780 (TVT*)

\*Dr. Raybon offers no opinions on the TVT, TVT-O, or TVT-S, and therefore the general-causation opinions he offers here do not apply to those products in *Dillbeck*, *Ellis*, *Erskine*, *Heatherman*, *Henry*, *Lawler*, *McWherter*, and *Sisk*.

\*\*Defendants reserve the right to supplement this list should any plaintiff designate Dr. Raybon as a general-causation expert in MDL Wave 6.

012177\004186\3457649.1