# EXHIBIT A

## LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF DIONYSIOS K. VERONIKIS, M.D., APPLIES

1. *Kimberly Aguilera v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-09418 (Gynemesh PS, TVT)

2. *Jean Cawthon v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-09615 (Gynemesh PS)

3. *Marabeth Clark, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-09251 (TVT)

4. *Paula Daniels, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-09249 (TVT)

5. *Peggy Douglas, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-01753 (Gynemesh PS)

6. *Lori Gibbs v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-00888 (Gynemesh PS)

7. *Sheila Golden v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-09303 (TVT)

8. *Theresse Henry v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-00253 (Gynemesh PS, TVT-O*)

9. *Patricia Jacobs v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-09034 (Gynemesh PS)

10. *Rita Jeffers, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-09092 (TVT)

11. *Elba Maul v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-09708 (TVT)

12. *Deborah Wing, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-01464 (TVT)

13. *Kathleen Wininger v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-00284 (Gynemesh PS)

14. *Joyce Wright v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-00746 (Gynemesh PS, TVT-O*)

*Dr. Veronikis does not offer general-causation opinions as to the TVT-O product, and therefore the general-causation opinions he offers here do not apply to that product in *Henry* and *Wright*.

**Defendants reserve the right to supplement this list should any plaintiff designate Dr. Veronikis as a general-causation expert in MDL Wave 6.