# EXHIBIT A

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| Linda Baylish v. Ethicon, Inc., et al. | 2:13-cv-00490 | TVT-O |
| Jan Leigh Block, et al. v. Ethicon, Inc., et al. | 2:13-cv-00495 | TVT |
| Rita Childers, et al. v. Ethicon, Inc., et al. | 2:12-cv-09320 | TVT Secur |
| Deborah Evans v. Ethicon, Inc., et al. | 2:13-cv-01521 | TVT-O |
| Angela Grizzle-Hagans, et al. v. Ethicon, Inc., et al. | 2:13-cv-01954 | Prolift, TVT-O, TVT, Gynemesh PS |
| Delpha Ham v. Ethicon, Inc., et al. | 2:13-cv-01462 | Prolift, TVT |
| Cheryl Herb, et al. v. Ethicon, Inc., et al. | 2:12-cv-09683 | TVT-O |
| Christine Lancaster, et al. v. Ethicon, Inc., et al. | 2:13-cv-01271 | TVT |
| Jennifer Leicester v. Ethicon, Inc., et al. | 2:13-cv-01040 | TVT |
| Sonya McCarley, et al. v. Ethicon, Inc., et al. | 2:12-cv-09152 | TVT-O |
| Vickie McDaniel, et al. v. Ethicon, Inc., et al. | 2:13-cv-01267 | TVT |
| Deborah Meade v. Ethicon, Inc., et al. | 2:13-cv-01744 | TVT, TVT-O |

| Rosalee Mullins, et al. v. Ethicon, Inc., et al. | 2:13-cv-01642 | TVT |
| --- | --- | --- |
| Barbara Murray-Hockey, et al. v. Ethicon, Inc., et al. | 2:12-cv-08548 | TVT |
| Fariba D. Nejat, et al. v. Ethicon, Inc., et al. | 2:13-cv-01229 | TVT-O |
| Mary Nobles, et al. v. Ethicon, Inc., et al. | 2:12-cv-08955 | TVT-O |
| Lervon R. Oliveira v. Ethicon, Inc., et al. | 2:12-cv-9062 | TVT |
| Kaye W. Patterson, et al. v. Ethicon, Inc., et al. | 2:12-cv-08315 | TVT |
| Nancy Rihm, et al. v. Ethicon, Inc., et al. | 2:13-cv-00286 | TVT |
| Stephanie Stace, et al. v. Ethicon, Inc., et al. | 2:12-cv-09243 | TVT |
| Tracie Sylvester, et al. v. Ethicon, Inc., et al. | 2:12-cv-09047 | TVT |
| Mary Nell Thorne, et al. v. Ethicon, Inc., et al. | 2:13-cv-01269 | TVT-O |
| Debra Whitmire v. Ethicon, Inc., et al. | 2:12-cv-09099 | TVT |
| Cynthia Zember, et al. v. Ethicon, Inc., et al. | 2:12-cv-08211 | TVT-O |

39036779.v1