UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION _____ ETHICON WAVE 6 CASES LISTED IN THIS EXHIBIT | Master File No. 2:12-MD-02327 MDL No. 2327 Joseph R. Goodwin UNITED STATES DISTRICT JUDGE |

**Exhibit A to Defendants' Motion to Exclude Peggy Pence, Ph.D.**

**List of Applicable Cases[1]**

| Case Name | Case Number | Product(s) |
|---|---|---|
| Kimberly Aguilera | 2:12cv09418 | Gynemesh PS; TVT |
| Mayo Barnes | 2:12cv09025 | TVT |
| Linda Baylish | 2:13cv00490 | TVT-O |
| Jan Leigh Block | 2:13cv00495 | TVT |
| Beth Ann Bradley | 2:13cv02058 | TVT |
| Patricia Bristol | 2:12cv08522 | TVT-O |
| Elizabeth Brock | 2:12cv09856 | TVT |
| Diane Cayer | 2:12cv09976 | TVT-O; TVT-S |
| Marabeth Clark | 2:12cv09251 | TVT |
| Stephanie Cunningham | 2:12cv09853 | TVT; Gynemesh PS |
| Paula Daniels | 2:12cv09249 | TVT |
| Julie Ann Davis | 2:13cv01246 | TVT-O |
| Tammy Dillbeck | 2:13cv02638 | Prolift; TVT-O |
| Carolyn Dixon | 2:12cv09038 | TVT |
| Margo Ellis | 2:12cv09097 | TVT |
| Monda Erskine | 2:12cv09686 | Prolift; TVT-S |
| Deborah Evans | 2:13cv01521 | TVT-O |
| Diane Felter | 2:12cv08359 | Prolift |
| Crystal Lynn Finnegan | 2:13cv00059 | TVT; TVT-O |
| Margaret Fisher | 2:13cv00100 | Gynemesh PS; TVT- |

---

[1] Plaintiffs' designation states that they recognize the Fourth Circuit's affirmance of this Court's exclusion of evidence of compliance with the 510(k) process and "reserve the right to designate" Dr. Pence "[i]n the event of a contrary ruling." Ethicon understands this to mean that Dr. Pence is not designated at all if no FDA evidence is admitted, even though this is potentially inconsistent with Dr. Pence's current disclaimer of reliance on FDA regulations. In addition, Ethicon notes that this "reservation of right to designate" in some instances puts Plaintiffs' number of experts over the allotted number.

| | | |
|---|---|---|
| | | O |
| Sheila Golden | 2:12cv09303 | TVT |
| Laurine Goulette | 2:13cv01776 | Prolift; TVT-S |
| Michelle Greenwood | 2:12cv09252 | TVT-O; Prolene |
| Delpha Ham | 2:13cv01462 | Prolift; TVT-O |
| Teresa Hamlin | 2:13cv00522 | Prolift |
| Christine Heatherman | 2:12cv09245 | TVT |
| Theresse Henry | 2:13cv00253 | Gynemesh PS; TVT-O; Prolene Soft |
| Cheryl Herb | 2:12cv09683 | TVT-O |
| Linda Hooper | 2:13cv01686 | Prolift+M |
| Lisa Ingram | 2:12cv09300 | TVT-O |
| Rita Jeffers | 2:12cv09092 | TVT |
| Carolyn Kieffaber | 2:12cv08464 | Prolift |
| Christine Lancaster | 2:13cv01271 | TVT-O |
| Ruby Lawler | 2:13cv01046 | TVT |
| Eileen Leinemann | 2:13cv02054 | TVT |
| April Lombardo | 2:13cv02640 | TVT |
| Dawn Maestas | 2:13cv01965 | Gynemesh PS; TVT-O |
| Elba Maul | 2:12cv09708 | TVT |
| Jerene Maxwell | 2:13cv01703 | TVT |
| Sonya McCarley | 2:12cv09152 | TVT-O |
| Vickie McDaniel | 2:13cv01267 | TVT |
| Beth McKitterick | 2:13cv00142 | Gynemesh PS; TVT |
| Jackie McWherter | 2:13cv02067 | Prolift+M; TVT-O |
| Deborah Meade | 2:13cv01744 | TVT; TVT-O |
| Mary Meszaros | 2:12cv09246 | TVT |
| Rosalee Mullins | 2:13cv01642 | TVT; TVT |
| Barbara Murray-Hockey | 2:12cv08548 | TVT |
| Fariba Nejat | 2:13cv01229 | TVT-O |
| Mary Nobles | 2:12cv08955 | TVT-O |
| Sylvia Nunez | 2:13cv00533 | Prosima; TVT-O |
| Lervon Oliveira | 2:12cv09062 | TVT |
| Barbara Owens | 2:13cv01206 | Prolift |
| Virginia Pace | 2:12cv09716 | TVT |
| Kaye Patterson | 2:12cv08315 | TVT |
| Nancy Rihm | 2:13cv00286 | TVT |
| Linda Romero | 2:13cv01294 | TVT |
| Patricia Searcy | 2:12cv08953 | TVT |
| Teddy Shaw | 2:12cv09774 | TVT-O |
| Sue Sisk | 2:13cv00780 | TVT |
| Marilyn Skebey | 2:13cv02129 | TVT; TVT |

| Patricia Moore Smith | 2:12cv09857 | TVT-O |
| --- | --- | --- |
| Stephanie Stace | 2:12cv09243 | TVT-O |
| Mary Statham | 2:13cv00661 | Prolift |
| Carma Stevens | 2:13cv01210 | Prolift+M |
| Tracie Sylvester | 2:12cv09047 | TVT-O |
| Judy Tedder | 2:13cv00097 | TVT-O; TVT-S |
| Mary Nell Thorne | 2:13cv01269 | TVT-O |
| Pamela VanNostrand | 2:12cv09426 | TVT |
| Patricia Volpe | 2:13cv02051 | TVT |
| Debra Whitmire | 2:12cv09099 | TVT |
| Deborah Wing | 2:13cv01464 | TVT |
| Kathleen Wininger | 2:13cv00284 | Gynemesh PS |
| Joyce Wright | 2:13cv00746 | Gynemesh PS; TVT-O |

**\* Defendants reserve the right to supplement this list should any plaintiff designate Dr. Pence as a general expert in MDL Wave 6.**