# EXHIBIT A

# LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL-CAUSATION TESTIMONY OF DONALD OSTERGARD, M.D. APPLIES

1. *Kimberly Aguilera v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-09418 (TVT*, Gynemesh PS**)

2. *Mayo Barnes, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-09025 (TVT*)

3. *Carolyn Dixon v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-09038 (TVT*)

4. *Margaret T. Fisher, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-00100 (Gynemesh PS,** TVT-O*)

5. *Lori Gibbs v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-00888 (Gynemesh PS**)

6. *Michelle Greenwood, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-09252  (TVT-O*)

7. *Teresa Hamlin v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-00522 (Prolift Posterior)

8. *Theresse Henry v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-00253 (Gynemesh PS,** TVT-O*)

9. *Patricia Jacobs v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-09034 (Gynemesh PS**)

10. *Carolyn M. Kieffaber, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-08464 (Prolift Total)

11. *Patricia Searcy, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-08953 (TVT*)

12. *Naomi Shelton, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-09250 (Gynemesh PS**)

13. *Kathleen Wininger v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-00284 (Gynemesh PS**)

14. *Joyce Wright v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-00746 (Gynemesh PS,** TVT-O*)

*Dr. Ostergard offers no general-causation opinions on the TVT, TVT-O, or TVT-S, and therefore the general-causation opinions he offers here do not apply to those products in *Aguilera*, *Barnes*, *Dixon*, *Fisher*, *Greenwood*, *Henry*, *Searcy*, and *Wright*.

**Dr. Ostergard is not identified as a general-causation expert for Gynemesh PS or Prolene Soft in Wave 6. Out of an abundance of caution, Ethicon is including plaintiffs with these products in this Exhibit A but reserves the right to challenge Plaintiffs' designation as appropriate. This affects Plaintiffs Aguilera, Fisher, Gibbs, Henry, Jacobs, Shelton, and Wininger.

***Defendants reserve the right to supplement this list should any plaintiff designate Dr. Ostergard as a general-causation expert in MDL Wave 6.