# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 6 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF STANLEY ZASLAU FOR WAVE 6

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion filed against Stanley Zaslau for Ethicon Waves 1, 3 and 4, Dkts. 2026, 2827, and 3665 (motions), 2030, and 3669 (memorandums in support).  Plaintiffs respectfully request that the Court exclude Stanley Zaslau's testimony, for the reasons expressed in the Waves 1, 2 and 3 briefing.  This notice applies to the following Wave 6 cases identified in Exhibit A attached hereto.

Dated: October 23, 2017

Respectfully submitted,
D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com


/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| Lombardo, April | 2:13-cv-02640 |

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 23, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

       /s/ D. Renee Baggett_____
       D. Renee Baggett
       Aylstock, Witkin, Kreis and Overholtz, PLC
       17 E. Main Street, Suite 200
       Pensacola, FL 32563
       850-202-1010
       850-916-7449
       Rbaggett@awkolaw.com