**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR          Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                              MDL 2327
LITIGATION
------------------------------------------------------
ETHICON WAVE 6 CASES LISTED IN
EXHIBIT A                                        JOSEPH R. GOODWIN U.S. DISTRICT
                                                                   JUDGE

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE CERTAIN
GENERAL OPINIONS OF JERRY BLAIVAS, M.D. FOR WAVE 6**

Defendants Ethicon, Inc. and Johnson & Johnson (collectively "Ethicon") hereby adopt

and incorporate by reference the *Daubert* motion, memorandum and reply brief in relation to Dr.

Jerry Blaivas filed by Ethicon in Wave 5, Dkt. 4368 (Motion), Dkt. 4373 (Memorandum in

Support) and Dkt. 4627 (Reply).  Ethicon respectfully requests that the Court exclude Dr. Jerry

Blaivas's testimony, for the reasons expressed in the Wave 5 briefing.  This notice applies to the

Wave 6 cases identified in Exhibit A attached hereto.

1

Respectfully submitted,

*/s/Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com