# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Bristol, Patricia | 2:12cv08522 |
| Brock, Elizabeth & Anthony | 2:12cv09856 |
| Cardwell, Jannie | 2:13cv01016 |
| Crane, Regina A. & Fred | 2:13cv01746 |
| Cunningham, Stephanie & Harvey | 2:12cv09853 |
| Felter, Diane & Michael | 2:12cv08359 |
| Garcia, Caira Gay & Robert | 2:12cv08956 |
| Garcia, Maria | 2:12cv09244 |
| Green, Sandra M. & Kendall | 2:13cv00843 |
| Hoffmann, Joyce | 2:13cv01284 |
| Hohimer, Linda & Cecil | 2:13cv00064 |
| Hylton, Mary | 2:12cv09098 |
| Ingram, Lisa Schneeberger & Edward | 2:12cv09300 |
| Koch, Patricia A. | 2:12cv08926 |
| Maestas, Dawn | 2:13cv01965 |
| Maxwell, Jerene & Eh | 2:13cv01703 |
| McKitterick, Beth & Thomas | 2:13cv00142 |
| Paretti, Bonnie Jean | 2:13cv00821 |
| Shinaver, Rosemarie | 2:12cv09304 |
| Sisk, Sue & Bill | 2:13cv00780 |
| Smith, Patricia Moore | 2:12cv09857 |
| Stone, Kimberly | 2:12cv09095 |

2

| Terry, Patricia & Sam | 2:12cv08140 |
| --- | --- |
| Wilson, Theresa | 2:13cv00823 |