# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO:<br><br>ALL WAVE 6 CASES AND THOSE ON ATTACHED EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**PLAINTIFFS' MOTION TO EXCLUDE OR OTHERWISE LIMIT THE OPINIONS AND TESTIMONY OF DEFENSE EXPERT TERENCE COLGAN, M.D.**

**COMES NOW** Plaintiffs in actions listed on attached Exhibit A, by and through the undersigned attorneys, and files Plaintiffs' Motion to Exclude, or in the Alternative, to Limit the Opinions and Testimony of Terence Colgan, M.D. and would respectfully show the Court that Dr. Shoemaker should be excluded for the following reasons:

1. Dr. Colgan is not qualified to offer general opinions on the adequacy or credibility of Dr. Vladimir Iakovlev's peer-reviewed published research articles because he has no general experience with, or knowledge of, transvaginal mesh or the pathology of transvaginal mesh used for the treatment of stress urinary incontinence.

2. Dr. Colgan's opinions are unreliable because he failed to use a reliable, scientific methodology when formulating his opinions in these cases.

3. In support of this motion, Plaintiffs have submitted a memorandum of law and also rely upon the following attached exhibits:

a) A true copy of excerpts of the General Deposition of Dr. Terence Colgan dated September 21, 2017, is attached hereto as Exhibit B.

b) A true copy of Dr. Terence Colgan's General Expert Report served on August 28, 2017, defendants' disclosed Gynecologic Pathology expert, is attached hereto as Exhibit C.

c) A true copy of Dr. Terence Colgan's Curriculum Vitae is attached hereto as Exhibit D.

d) A true copy of Dr. Terence Colgan's General Reliance list attached hereto as Exhibit E.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court grant their Motion To Exclude Or Otherwise Limit The Opinions and Testimony of Defense Expert Terence J. Colgan, M.D. Additionally, Plaintiffs request all other and further relief to which they may be justly entitled.

Dated: October 23, 2017.

Respectfully submitted,

/s/ D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
baylstock@awkolaw.com
rbaggett@awkolaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document October 23, 2017, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

/s/ D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
baylstock@awkolaw.com
rbaggett@awkolaw.com
*Attorneys for Plaintiffs*