# EXHIBIT A

| Patricia Smith | 2:12-cv-09857 |
| --- | --- |
| Jerene Maxwell | 2:13-cv-01703 |