EXHIBIT B2

Terence J. Colgan, M.D.

1              ---EXHIBIT NO. 10:  A paper co-authored

2      by Dr. Iakovlev, titled Degradation of

3      polypropylene in vivo:  A microscopic analysis of

4      meshes explanted from patients, published in

5      Journal of Biomedical Materials Research, February

6      2017, Volume 105B, Issue 2.

7              BY MR. RESTAINO:

8              Q.   Okay.  Now, Dr. Colgan, I believe

9      you testified that you read this paper after its

10     publication.

11             Is that correct?

12             A.   I read it after its electronic

13     publication, yes.

14             Q.   And the electronic publication was

15     in August of 2015?

16             A.   Yes.

17             Q.   And when you read this paper --

18     well, with it being published in the Journal of

19     Biomedical Materials Research, do you subscribe to

20     this journal?

21             A.   I do not.

22             Q.   And why did you read this paper

23     when it came out online or electronically in 2015?

24             A.   It was brought to my attention by

25     Andrew Snowden--

Terence J. Colgan, M.D.

1          Q.    Okay.

2          A.    --after our discussions of late

3    2016.

4          Q.    Okay.  And once you read the

5    paper, did you have criticisms of the methodology

6    and/or conclusions in the paper?

7          A.    I did.

8          Q.    And at that time, did you attempt

9    to contact the member of your department,

10   Dr. Iakovlev, and discuss your criticisms?

11         A.    I did not.

12         Q.    Is there a reason why not?

13         A.    It was for two reasons at least.

14         (1), it's not my custom to contact

15   colleagues if I disagree with their paper.

16         And (2) is, it was a published paper

17   and it would be unlikely to come to any useful

18   conclusion, short of retracting the entire article.

19         Q.    And is it your understanding that

20   being published in the Journal of Biomedical

21   Materials Research Part B:  Applied Biomaterials,

22   it is a peer-reviewed paper?

23         A.    I would expect it to be.  I'm not

24   familiar with its editorial board.

25         Q.    In August of 2015, Richard Hegele,

Terence J. Colgan, M.D.

```
1    H-e-g-e-l-e, MD, was the Chair of the University of
2    Toronto Department of Pathology.
3              Is that correct?
4              A.   Yes.
5              Q.   Did you bring your criticisms of
6    this paper to your department chair, indicating
7    that a member of the department had published
8    something that you disagreed with?
9              A.   No, I did not.
10             Q.   And currently, it's Avrum,
11   A-v-r-u-m G-o-t-l-i-e-b, Gotlieb is...?
12             A.   Actually, he has stepped down.
13             There's a new chair now.  Her name is
14   Rita Kandel, K-a-n-d-e-l.  She took up her position
15   as of April 1st, I believe it was.
16             Q.   With the current chair and/or the
17   interim chair, Dr. Gotlieb, have you ever
18   approached them with your criticisms of
19   Dr. Iakovlev's paper?
20             A.   I did not.
21             Q.   When it came out, did you --
22             A.   Can I elaborate on that answer?
23             Q.   Of course.
24             A.   There is a university and
25   departmental promotions and appointments committee
```

Terence J. Colgan, M.D.

```
 1     I used.
 2               Q.    Okay.
 3               A.    As I recall, I believe I used the
 4     terms "vaginal mesh" and "mesh", and whether this
 5     paper was brought up or not, I can't recall.
 6               Q.    Fair enough.
 7               At any time since this paper was
 8     published online and you were writing your expert
 9     report and preparing for today's deposition, have
10     you gone online to see how many papers have cited
11     Dr. Iakovlev's paper?
12               A.    No, I have not.
13               MR. DAVIS:  Object to the form.
14               BY MR. RESTAINO:
15               Q.    As you sit here today, do you have
16     an understanding of how many times this paper has
17     now been cited in the peer-reviewed medical
18     literature?
19               A.    I have not inquired about that.
20               Q.    As you sit here today, do you know
21     if anyone has written any letter to the editor of
22     the journal, criticizing Dr. Iakovlev's methodology
23     and/or work?
24               A.    I don't know of any such letter.
25               Q.    Have you had any discussions with
```

Terence J. Colgan, M.D.

```
1              surgical pathology material is

2              derived from living human patients,

3              potential confounding variables can

4              rarely be fully controlled or

5              eliminated."

6              Did I read that correctly?

7              A.   Yes, you did.

8              Q.   And that is one of your criticisms

9    of Dr. Iakovlev's published paper; that it is, in

10   fact, an observational study; correct?

11             A.   Yes.  You could call it a

12   "criticism".  Perhaps a better word would be

13   "limitation".

14             Q.   Okay.  Do you feel that that

15   limitation decreases the value of the study?

16             A.   Since Dr. Iakovlev has gone on to

17   try and draw correlations between the surgical

18   pathologic findings and symptomatology, yes.

19             Q.   Okay.  Now if we could go back to

20   the Hill paper, the "Histopathology of excised

21   midurethral sling mesh", which is Exhibit 11.

22             A.   Yes.

23             Q.   This is also an observational

24   study, is it not?

25             A.   Yes, it is.
```

Terence J. Colgan, M.D.

1            Q.   If you look at "Methods" in the

2    abstract, they describe this as:

3                 "...a retrospective

4                 case-control study of women who

5                 underwent excision of midurethral

6                 sling mesh between 2008 and 2013."

7            Correct?

8            A.    Mm-hmm.  Correct.

9            Q.   Dr. Iakovlev's paper is a

10   retrospective study, also; correct?

11           A.    Correct.

12           Q.   Now, the utilizing your language

13   in your expert report that we just read from, the

14   same "potential confounding [factor] variables

15   which can rarely be fully controlled or

16   eliminated", as you apply to Dr. Iakovlev's paper,

17   also apply to the Hill paper which is your

18   reference 10 that you are relying upon for your

19   expert opinion; correct?

20           MR. DAVIS:  Object to the form.

21           THE WITNESS:  The Hill paper did go

22   further, though, and had good clinical data to put

23   together with their histopathologic obligations.

24           BY MR. RESTAINO:

25           Q.   And you understand that there are

Terence J. Colgan, M.D.

1    the Hill paper did not have access to all of the

2    index surgical operative reports, did they?

3              A.    I can't recall that.

4              Q.    Would that be important to you?

5              A.    Sorry.  Can you repeat that

6    question again?

7              Q.    The authors of the Hill paper did

8    not have access to all of the index surgical

9    operative reports; therefore, they had to rely upon

10   subject recall, as documented in the electronic

11   medical record, for some of the data.

12              And that is a weakness and source of

13   bias in a retrospective case-control study, is it

14   not?

15              MR. DAVIS:  Object to the form.

16              THE WITNESS:  The...  There are often

17   limitations in the amount of clinical data one can

18   obtain, either through a practical availability or

19   ethic board approval, but this doesn't change the

20   fact that they did get some clinical data which is

21   not present in Iakovlev's paper.

22              BY MR. RESTAINO:

23              Q.    In fact, they were able to obtain

24   only 55 percent of the index surgical operative

25   reports, and without the index operative surgical

Terence J. Colgan, M.D.

1    report, the authors are -- the authors were unable,

2    in 45 percent of the cases, to analyze potential

3    risk factors that may have led to increased levels

4    of inflammation, including the date of the index

5    mesh placement, because there's acute inflammation

6    associated with surgery; correct?

7              MR. DAVIS:  Object to the form.

8              THE WITNESS:  Acute inflammation is

9    usually seen upon initial insertion of the mesh,

10   yes.

11             BY MR. RESTAINO:

12             Q.   And the type of mesh utilized;

13   there are different inflammatory responses

14   dependent upon the type of mesh utilized.

15             Would you agree?

16             A.   I'm not an expert in the

17   examination of -- of mesh.

18             Q.   And there's --

19             A.   Research-wise.

20             Q.   Forgive me.  I'm sorry.  I didn't

21   mean to interrupt.

22             And the other potential risk factor is

23   the surgical approach that was utilized; whether it

24   was transobturator or retropubic can make a

25   difference.

Terence J. Colgan, M.D.

1   and then subject to criticism by the general

2   scientific or medical community, then the

3   scientific method has been fulfilled, has it not?

4              A.   But that was not the case here.

5              This case did not follow the scientific

6   method.  It put forward a hypothesis and then

7   muddled the waters throughout the "Materials and

8   methods" and "Results" sections.

9              Q.   The paper, in your opinion, did

10  that, but the scientific method employed by the

11  researchers are the thinking of an hypothesis, the

12  actual testing of the hypothesis, the actual

13  observation of results, the actual deduction of

14  conclusions, then writing the paper for peer

15  review.

16             That scientific method has been

17  fulfilled in this paper.  It's just your criticism

18  of where they put the language; correct?

19             MR. DAVIS:  Object to the form.

20             THE WITNESS:  They did attempt to write

21  a scientific paper.

22             BY MR. RESTAINO:

23             Q.   And it was published in the

24  peer-reviewed medical literature?

25             A.   It was published in a

Terence J. Colgan, M.D.

1    peer-reviewed journal.

2              MR. RESTAINO:   Okay.  Let's go ahead

3    and take our next break.

4              ---Recess at 11:04 a.m.

5              ---On resuming at 11:11 a.m.

6              BY MR. RESTAINO:

7              Q.    Welcome back, Doctor.

8              A.    Thank you.

9              Q.    We could continue on page 14 of

10   your report, the section titled "Response to

11   Dr. Iakovlev's expert report".

12             You write:

13                  "In the introduction of his

14                  summary opinion, his expert report,

15                  Dr. Iakovlev states that, 'The mesh

16                  itself, as a foreign object, and the

17                  body reaction to the mesh damaged

18                  the tissues in a critical anatomical

19                  location.'"  [As read.]

20             Do you agree with that statement?

21             MR. DAVIS:   Object to the form.

22             Do you mean, does he agree that

23   Dr. Iakovlev said that?

24             MR. RESTAINO:   Let me rephrase that.

25   That's an excellent objection.

Terence J. Colgan, M.D.

1    disappear.

2                   BY MR. RESTAINO:

3               Q.   On page 14, right above the

4    section "Response to Dr. Iakovlev's Expert Report",

5    that one-sentence paragraph, you write:

6                        "In this paper Dr. Iakovlev

7                   concludes that the mechanism leading

8                   to mesh-related complications is

9                   unclear, through his statement,

10                  '...the exact mechanisms of these

11                  late complications are yet to be

12                  understood,'."

13                  Did I read that correctly?

14              A.   Yes, you did.

15              Q.   Now, in fact, if you turn to page

16   10 of Dr. Iakovlev's paper, there's a section on

17   the left column...  Are you there, sir?

18              A.   Yes.

19              Q.   Okay.  ...that says "Clinical

20   significance of polypropylene degradation".

21                  Do you see that?

22              A.   Yes.

23              Q.   And in the second paragraph where

24   I believe you're attempting to quote from, he

25   writes:

Terence J. Colgan, M.D.

1              "The clinical descriptions

2          provided with the specimens

3          indicated that in many cases,

4          mesh-related complications develop

5          several years after mesh

6          implantation.  The exact mechanisms

7          of these late complications are yet

8          to be understood, however factors

9          accumulating over time need to be

10          considered as primary contributors."

11          Did I read that correctly?

12          A.   Yes, you did.

13          Q.   That's not what you quoted in your

14   paper.

15          A.   I quoted --

16          MR. DAVIS:  Object to form.

17          THE WITNESS:  I quoted partially.  I

18   didn't put in the entire sentence.

19          BY MR. RESTAINO:

20          Q.   Okay.  Now, the medical literature

21   itself is replete with reports of mesh-related

22   complications developing several years after

23   implantation, is it not?

24          A.   I have become aware of them.

25          Q.   And that literature includes both

Terence J. Colgan, M.D.

1              incontinence who have recently

2              reaffirmed their support for the use

3              of polypropylene mid-urethral

4              slings."

5              Is that your opinion?

6         A.    Yes.

7         Q.    Have you ever seen or heard

8    Dr. Iakovlev write or say that in his opinion,

9    these mesh devices should be taken off the market?

10        A.    No, I have not heard him say that.

11        Q.    Does he state that anywhere in his

12   expert report?

13        A.    Not that I'm aware of.

14        Q.    In fact, in his papers and in his

15   expert report, as a pathologist, Dr. Iakovlev

16   describes pathology which, as we started off the

17   deposition by saying, is the study of disease

18   hopefully in order to prevent or treat disease;

19   correct?

20        A.    Correct.

21        Q.    So in support of his opinion, you

22   reference in your expert report, the May 2017

23   position paper by the Royal Australian and New

24   Zealand College of Obstetricians and Gynecologists

25   known at RANZCOG, all capital, R-A-N-Z-C-O-G.

Terence J. Colgan, M.D.

 1                   Did I read that correctly?

 2              A.   Yes, you did.

 3              Q.   And you describe this as an

 4    authoritative and independent body; correct?

 5              A.   Correct.

 6              Q.   How many members belong to

 7    RANZCOG?

 8              A.   I do not practice in Australia or

 9    in New Zealand.

10              Q.   Do you know if there's less than a

11    hundred?

12              A.   Do I know -- sorry.  Is that a

13    statement or a question?

14              Q.   A question.

15                   Do you know if there's less than 100

16    members of the Association?

17              A.   I would be surprised.  I mean, if

18    it encompasses obstetricians and gynecologists in

19    that country, I would expect there would be

20    hundreds.

21              Q.   Do you know if there is less than

22    a thousand?

23              A.   I do not.

24              Q.   Do you know if they publish a

25    monthly journal?

Terence J. Colgan, M.D.

1          A.    I believe they do.

2          Q.    Have you ever attended any of

3    their annual meetings?

4          A.    No.   I'm not an obstetrician or

5    gynecologist.

6          Q.    Do you know if they hold an annual

7    meeting?

8          A.    I do not.

9          Q.    And in preparation for writing

10   your expert report, have you ever read any other

11   paper or position paper by this organization?

12         A.    I am acquainted with the practice

13   of gynecologic pathology in that area--

14         Q.    What --

15         A.    --and have -- and have read some

16   papers from their journal.

17         Q.    In your expert opinion, what is it

18   about this organization that makes it

19   "authoritative"?

20         A.    I believe that the Australian and

21   New Zealanders are well-respected with to their

22   practice of medicine.

23         Q.    Do you have any objective basis

24   for that statement?

25         A.    Only 25 years' experience.

Terence J. Colgan, M.D.

1              Q.    That would be anecdotal.  Would

2     you agree?

3              A.    Yes.

4              Q.    Okay.  In this position paper, do

5     they describe, at all, degradation of polypropylene

6     mesh?

7              A.    In reference to your last

8     question, they did use methodology which is widely

9     accepted using "Grade A" and references.

10             Q.    Okay.  In utilizing the -- that --

11             A.    Methods for guideline development.

12             Q.    In the paper, do they describe

13    "degradation"?

14             A.    I haven't read it in the last

15    three months.  I would have to reread it to answer

16    that question.

17             Q.    Do you recall if they describe

18    "foreign body reaction" in the paper?

19             A.    Again, the same answer.

20             Q.    In relying upon this paper which

21    you describe as from being (sic) an "authoritative"

22    organization, where do they differ or where do they

23    disagree with Dr. Iakovlev if they -- I will

24    represent to you, a word search does not come up

25    with "degrade" or "degradation" or nor does it come

Terence J. Colgan, M.D.

1          Q.    Do you not believe that Dr. "I"

2    presents, with his coworkers, his basis for his

3    beliefs regarding the cause of pain that patients

4    experience with mesh?

5          A.    I believe he has attempted that,

6    yes.

7          Q.    And as a pathologist, the study of

8    the cause of disease is an important factor;

9    correct?

10         A.    When pursued in a scientifically

11   valid fashion, yes.

12         Q.    And have you -- you criticize his

13   paper that we have been discussing regarding the

14   language of -- the placement of certain language.

15         Have you reviewed all of his papers on

16   transvaginal mesh?

17         A.    I have not.

18         Q.    Now, if I can find it...  Ah, yes.

19         On page 16, there's a full paragraph,

20   the very first full paragraph, and you indicate

21   there that:

22               "Dr. Iakovlev fails to

23               acknowledge the low complications

24               from mesh devices yet he himself

25               co-authored a review article that

Terence J. Colgan, M.D.

```
 1              plate under sensitive mucosa' states

 2              unequivocally that '...the mucosa is

 3              under risk for pain if it becomes

 4              compressed against the mesh-scar

 5              plate'.  No evidence is presented to

 6              support this hypothesis."

 7              Is that correct?

 8              A.    That is correct.

 9              Q.    But that was Component 9.

10              You didn't put in the report to the

11    judge Component 8.  And in Component 8, he actually

12    writes about innervation of the female genital

13    organs:

14                   "Furthermore, the female

15              genital area has much higher nerve

16              density compared to the midline

17              anterior abdominal wall and the

18              groin.  The scar inhabiting and

19              surrounding the transvaginal meshes

20              has the highest nerve density out of

21              all explanted surgical meshes I have

22              examined as a pathologist.  Thus

23              placement of the vaginal mesh is

24              associated with higher risk for

25              chronic pain than the placement of
```

Terence J. Colgan, M.D.

```
 1                  the mesh for hernia repair, either
 2                  ventral or in the groin."
 3                  [As read.]
 4                  Did I read that correctly?
 5                  A.   I accept that you did.
 6                  Q.   And you did not include that in
 7       your expert report?
 8                  A.   I did not comment on every
 9       component; this is correct, but it still does not
10       change my opinion on what I wrote under Component
11       9, that what he said about stiff, irregular
12       mesh-scar plate under sensitive mucosa is
13       speculation by a histopathologist based upon
14       histopathology alone.
15                  Q.   "Based on histopathology alone".
16                  First, you studied general anatomy in
17       medical school, did you not?
18                  A.   Mm-hmm.
19                  Q.   And as --
20                  ---(Court reporter appeals.)
21                  THE WITNESS:  Yes.
22                  BY MR. RESTAINO:
23                  Q.   And as you rotated through your
24       gynecological and surgical residencies, you felt
25       living gynecological tissue; correct?
```

Terence J. Colgan, M.D.

```
 1              Q.    And in your search for writing
 2    your expert opinion where, in your opinion, there's
 3    little to no evidence that mesh contracts, you did
 4    not find the paper "Vaginal mesh contraction"; do
 5    you agree?
 6              A.    I must not have.
 7              MR. RESTAINO:  I have no further
 8    questions.
 9              MR. DAVIS:  Okay.
10              MR. RESTAINO:  How's that for timing?
11              MR. DAVIS:  You did great.
12              Let's just take a break for a second.
13              ---Recess at 12:16 p.m.
14              ---On resuming at 12:20 p.m.
15              EXAMINATION BY MR. DAVIS:
16              Q.    Dr. Colgan, as you know, I'm Paul
17    Davis.  I have just a few follow-up questions.
18              I don't know if I wrote this down
19    accurately or not, but early on in your deposition,
20    in an answer to one of John's questions, I believe
21    I heard you say something to the effect that, 'I
22    did not hold myself out to be an expert in the
23    pathology of vaginal mesh.'
24              Whether -- do you recall saying
25    something to that effect?
```