**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR                Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                                       MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 6 CASES LISTED IN
EXHIBIT A                                                            JOSEPH R. GOODWIN U.S. DISTRICT
                                                                                  JUDGE

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE CERTAIN
GENERAL OPINIONS OF BOBBY SHULL, M.D. FOR WAVE 6**

Defendants Ethicon, Inc. and Johnson & Johnson (collectively "Ethicon") hereby adopt
and incorporate by reference the *Daubert* motion, memorandum and reply brief in relation to Dr.
Bobby Shull filed by Ethicon in Wave 5, Dkt. 4355 (Motion), Dkt. 4361 (Memorandum in
Support) and Dkt. 4625 (Reply).  Ethicon respectfully requests that the Court exclude Dr. Bobby
Shull's testimony, for the reasons expressed in the Wave 5 briefing.  This notice applies to the
Wave 6 cases identified in Exhibit A attached hereto.

Respectfully submitted,

*/s/Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com