# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Dillbeck, Tammy | 2:13cv02638 |
| Felter, Diane & Michael | 2:12cv08359 |
| Grizzle-Hagans, Angela Dawn & James Mark | 2:13cv01954 |
| Hamlin, Teresa | 2:13cv00522 |
| Hooper, Linda F. | 2:13cv01686 |
| Kieffaber, Carolyn M. & Thomas M. | 2:12cv08464 |
| McWherter, Jackie | 2:13cv02067 |
| Nurdin, Joyce & Alvin | 2:12cv09096 |
| Owens, Barbara | 2:13cv01206 |
| Statham, Mary | 2:13cv00661 |
| Stevens, Carma J. | 2:13cv01210 |