# EXHIBIT A

39036772.v1

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| *Julie Ann Davis v. Ethicon, Inc., et al.* | 2:13-cv-01246 | TVT-O |

39036772.v1