IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ETHICON WAVE 6 CASES | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## DEFENDANTS' MOTION TO EXCLUDE CERTAIN GENERAL OPINIONS OF DANIEL ELLIOTT, M.D.

Defendants Ethicon, Inc. and Johnson & Johnson (hereinafter "Defendants" or "Ethicon") move to exclude certain general opinions of one of Plaintiffs' experts, Dr. Daniel Elliott, M.D., that are improper, irrelevant, unreliable, and/or are beyond his expertise. Ethicon hereby adopts and incorporates by reference all of the arguments that it presented as part of its briefing related to Dr. Elliott in the Wave 5 cases. *See* Doc. 4364 (Motion); 4367 (Memorandum in Support); and 4635 (Reply). Ethicon also requests that the Court preclude Dr. Elliott from providing general opinions about Prolift +M, because he has not disclosed any opinions about that device.

In support of this motion, Ethicon incorporates by reference its briefing and related exhibits seeking to exclude Dr. Elliott's testimony in the Wave 5 cases, its supporting memorandum of law filed in conjunction herewith, and the following exhibits:

| Exhibit | Description |
|---|---|
| Ex. A | Plaintiff List |
| Ex. B | Product identification labels |

WHEREFORE, FOR THESE REASONS and as more fully set forth in Defendants' supporting memoranda of law, Defendants respectfully request that this Court enter an order granting Defendants' Motion to Exclude Certain General Opinions of Dr. Daniel Elliott, M.D.

Respectfully Submitted,

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
Christy.jones@butlersnow.com

/s/ David B. Thomas
David B. Thomas (W. Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

Counsel for Defendants Ethicon, Inc. and Johnson & Johnson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ETHICON WAVE 6 CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I, Christy D. Jones, certify that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>  */s/ Christy D. Jones*
> Christy D. Jones
> Butler Snow LLP
> 1020 Highland Colony Parkway
> Suite 1400 (39157)
> P.O. Box 6010
> Ridgeland, MS  39158-6010
> (601) 985-4523
> christy.jones@butlersnow.com

3