# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Bach, Pamela | 2:13cv01217 |
| Barnes, Mayo & Harold | 2:12cv09025 |
| Bradley, Beth Ann | 2:13cv02058 |
| Brock, Elizabeth & Anthony | 2:12cv09856 |
| Brucker, Terri & Michael | 2:13cv01026 |
| Crane, Regina A. & Fred | 2:13cv01746 |
| Childers, Rita & Danny | 2:12cv09320 |
| Clark, Marabeth & Joey | 2:12cv09251 |
| Daniels, Paula & Jerry | 2:12cv09249 |
| Davis, Julie Ann | 2:13cv01246 |
| Davis, Sylvia J. & James | 2:13cv00574 |
| Dillbeck, Tammy | 2:13cv02638 |
| Dixon, Carolyn | 2:12cv09038 |
| Ellis, Margo & Beau | 2:12cv09097 |
| Erskine, Monda & Phillip | 2:12cv09686 |
| Evans, Deborah | 2:13cv01521 |
| Finnegan, Crystal Lynn & Kevin | 2:13cv00059 |
| Fisher, Margaret T. & John | 2:13cv00100 |
| Garcia, Caira Gay & Robert | 2:12cv08956 |
| Garcia, Rita | 2:12cv09739 |
| Golden, Sheila | 2:12cv09303 |

| | |
|---|---|
| Goulette, Laurine V. | 2:13cv01776 |
| Green, Sandra M. & Kendall | 2:13cv00843 |
| Greenwood, Michelle & Ismael Pineda | 2:12cv09252 |
| Ham, Delpha | 2:13cv01462 |
| Heatherman, Christine & Terry Weaver | 2:12cv09245 |
| Herb, Cheryl & Quinton | 2:12cv09683 |
| Hildenbrandt, Nichole | 2:13cv01879 |
| Hoffmann, Joyce | 2:13cv01284 |
| Hohimer, Linda & Cecil | 2:13cv00064 |
| Hylton, Mary | 2:12cv09098 |
| Ingram, Lisa Schneeberger & Edward | 2:12cv09300 |
| Jeffers, Rita & Darold | 2:12cv09092 |
| Jenkins, Bernice K. & Tonny | 2:13cv00706 |
| Kieffaber, Carolyn M. & Thomas M. | 2:12cv08464 |
| Koch, Patricia A. | 2:12cv08926 |
| Lago-Lyons, Nancy & Raymond | 2:12cv09091 |
| Law, Rebecca & Jerry G. | 2:12cv08294 |
| Lawler, Ruby & Stillman | 2:13cv01046 |
| Lee, Lesha Paulette | 2:12cv09469 |
| Lefever, Lori Sue | 2:13cv00096 |
| Leinemann, Eileen J. | 2:13cv02054 |
| Lombardo, April | 2:13cv02640 |
| Maul, Elba & Michael | 2:12cv09708 |
| McBride, Susan Louise | 2:13cv02158 |

| | |
|---|---|
| McCarley, Sonya & William | 2:12cv09152 |
| McKitterick, Beth & Thomas | 2:13cv00142 |
| Meszaros, Mary & Michael | 2:12cv09246 |
| Nobles, Mary & Johnny | 2:12cv08955 |
| Owens, Barbara | 2:13cv01206 |
| Pace, Virginia & Howard | 2:12cv09716 |
| Paretti, Bonnie Jean | 2:13cv00821 |
| Pilgrim, Lena M. | 2:12cv08381 |
| Pugh, LaVerna | 2:12cv08309 |
| Putano, Shannon & Peter | 2:13cv00275 |
| Richardville, Sarah Ann | 2:13cv00479 |
| Romero, Linda | 2:13cv01294 |
| Ruberti, Debra | 2:13cv01463 |
| Searcy, Patricia & Samuel | 2:12cv08953 |
| Sisk, Sue & Bill | 2:13cv00780 |
| Skebey, Marilyn A. | 2:13cv02129 |
| Stace, Stephanie & Dan | 2:12cv09243 |
| Statham, Mary | 2:13cv00661 |
| Stone, Kimberly | 2:12cv09095 |
| Strandmark, Kelly | 2:13cv00713 |
| Tedder, Judy L. | 2:13cv00097 |
| Terry, Patricia & Sam | 2:12cv08140 |
| VanNostrand, Pamela | 2:12cv09426 |
| Volpe, Patricia E. | 2:13cv02051 |

| | |
|---|---|
| Wilson, Theresa | 2:13cv00823 |
| Wing, Deborah & Lyle | 2:13cv01464 |
| Wright, Joyce | 2:13cv00746 |
| Young, Patricia | 2:13cv02642 |
| Zember, Cynthia & Donald | 2:12cv08211 |