# EXHIBIT B

PRIVILEGED AND HIGHLY CONFIDENTIAL INFORMATION

Patient: Shannon Putano
Records Provider:
Plaintiff Supplied Records

,

Records Obtained: 08/19/2016

284787.003.0001 - 284787.003.0009
PUTANOS_PSR_00001 - PUTANOS_PSR_00009

Records provided by:
The Marker Group
13105 Northwest Fwy
Houston, TX 77040
713-460-9070
PDF version generated on 08/19/2016(NWF0010)
9 pages plus cover sheet

PRIVILEGED AND HIGHLY CONFIDENTIAL INFORMATION



**SUPPLY AND IMPLANTS CHARGE VOUCHER**



PUTANO, SHANNON
49Y F  12/06/2010
WISEMAN, BARBARA MD
ARANDA, ARVIN MD



TVOT

TRAY ID: MI001

ATTACH ITEM STICKER BELOW

| STICKER | QTY USED | QTY WASTED | STICKER | QTY USED | QTY WASTED |
|---|---|---|---|---|---|
| GYNECARE TVT Sling<br>810081<br>STERILE EO<br>LOT 3432821 | 1 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Date: 12-6-10

Circulating Nurse: _Sandra Dunning RN_

**NOTE; DISTRIBUTION OF CONTROL FORM**
1) Original will go in the patient chart
2) 1 Copy will go to front desk for charging and placement in implant log.
3) 1 Copy will go into mail box outside Material Management area.

ini 06.29.07


* 5 8 0 1 7 7 0 *

Charge Sheet
Page 1 of 1

Patient: PUTANO, SHANNON     MRN:     Encounter: 7516703761     Page 1 of 1

000023

PUTANOS_PSR_00003

## IV. NURSING DIAGNOSIS: Potential for Injury Related to Surgical Intervention
### PLAN AND IMPLEMENTATION

**DRAINS:** ☒ N/A  ☐ Type  ☐ Size  Location  Sutured Y/N

☐ Splint ☐ Cast ☐ Plaster ☐ Fiberglass ☐ Arm ☐ Leg ☐ Short ☐ Long
☐ Spica ☒ N/A
☐ Abductors ☐ Pillow ☐ Immobilizer ☐ Arm ☐ Leg ☒ N/A
**Packing - Size/Type/Site:** Vag Packing / Premrin cream
**Surgical Incision:** ☐ Sutured ☒ Stapled ☐ Open
**Pain Pump:** ☐ Type: /
Volume: _____ cc
**Medication:** _____

**OUTCOME:** Patient will be free from infection ☒
**IMPLANTS:** Mfg., Serial, Size, Location  ☐ N/A

**DRESSING:**
☐ ABD  ☐ Foam Tape  ☐ 4x4
☐ Ace  ☐ Fluffs  ☐ Bioclusive
☐ Adaptic  ☐ Kerlix  ☐ Duoderm
☐ Adhesive Tape  ☐ Kling  ☐ Ovens
☐ Bandaid  ☐ Montgomery Straps
☐ Betadine Gauze ☐ Paper Tape ☐ Spandage
☐ Coban  ☐ Steri Strips  ☐ Opsite
☐ Cover-all  ☐ Telfa  ☐ Abdominal Binder
☒ Dermabond
☒ Eye Pad/Shield ☐ Webril  ☐ Other: _____
☐ Elastoplast  ☐ Xeroform   PERI-PAD

**WOUND CLASSIFICATION:**
☐ Clean ( I )  ☒ Clean Contaminated ( II )
☐ Contaminated ( III )  ☐ Dirty Infected ( IV )

GYNECARE PROLIFT+M™
Total Pelvic Floor Repair System
PFRT02
STERILE EO
LOT 3600992

EXPIRE 10/2014

## IV. NURSING DIAGNOSIS: Potential for Hypo/Hypervolemia Related to Surgical Intervention
### PLAN AND IMPLEMENTATION

☐ N/A
**INTAKE**
IV  1000 mL
Hespan
Packed Cells
Platelets
Fresh Frozen Plasma
Cryoprecipitate
CELLSAVER:
OTHER:
**TOTAL:** 1000 mL

**OUTPUT**
Urine  50 mL
EBL  20 mL
Other
Total  70 mL

**OUTCOME:** Patient remained hemodynamically stable

Nursing Care Plan Revised ☐    Not Necessary ☒
Transferred per: ☒ Cart  ☐ Bed
To: ☒ PACU  ☐ ICU  ☐ OP/SDS  ☐ Nursing Unit
Side Rails Up: ☒ Yes ☐ No   O₂: ☐ Yes ☒ No  L/Min _____
Method: ☐ Mask ☐ Nasal Cannula ☐ Endotracheal Tube ☐ Ambu
☐ Jackson-Reese
Anesthesiologist Accompanied Patient: ☒ Yes ☐ No
Report Given Per SBAR format to _____ RN  Time 1020
Comments _____

Nurse Signature  C-_____-RN

- Patient musculoskeletal and peripheral neurovascular system ASSESSED as preanesthesia baseline? ☒ Yes
- Patient is free of chemical/allergic REACTION? ☒ Yes
- Patient skin remains at PRESURGICAL BASELINE? ☒ Yes
- Pressure POINTS are without noted redness? ☒ Yes

Pt#: _____  MR#: _____
PUTANO, SHANNON
_____, F  51  07/19/12
ADR: HSIEH-MD, GEOFFREY  Rm:
POR:  Bd:
B55