# EXHIBIT A

| Case Name | Case Number |
| --- | --- |
| Aguilera, Kimberly | 2:12cv09418 |
| Baker, Johnna | 2:12cv09307 |
| Barnes, Mayo & Harold | 2:12cv09025 |
| Beckley, Geraldine | 2:12cv09257 |
| Block, Jan Leigh & Mark A. | 2:13cv00495 |
| Cardwell, Jannie | 2:13cv01016 |
| Cayer, Diane | 2:12cv09976 |
| Childers, Rita & Danny | 2:12cv09320 |
| Clark, Marabeth & Joey | 2:12cv09251 |
| Daniels, Paula & Jerry | 2:12cv09249 |
| Davis, Julie Ann | 2:13cv01246 |
| Dillbeck, Tammy | 2:13cv02638 |
| Dixon, Carolyn | 2:12cv09038 |
| Ellis, Margo & Beau | 2:12cv09097 |
| Erskine, Monda & Phillip | 2:12cv09686 |
| Evans, Deborah | 2:13cv01521 |
| Fisher, Margaret T. & John | 2:13cv00100 |
| Garcia, Caira Gay & Robert | 2:12cv08956 |
| Garcia, Rita | 2:12cv09739 |
| George, Nora | 2:13cv02511 |
| Golden, Sheila | 2:12cv09303 |
| Goulette, Laurine V. | 2:13cv01776 |

| | |
|---|---|
| Greenwood, Michelle & Ismael Pineda | 2:12cv09252 - Wave 6; |
| Ham, Delpha | 2:13cv01462 |
| Heatherman, Christine & Terry Weaver | 2:12cv09245 |
| Herb, Cheryl & Quinton | 2:12cv09683 |
| Hildenbrandt, Nichole | 2:13cv01879 |
| Hohimer, Linda & Cecil | 2:13cv00064 |
| Hylton, Mary | 2:12cv09098 |
| Ingram, Lisa Schneeberger & Edward | 2:12cv09300 |
| Jeffers, Rita & Darold | 2:12cv09092 |
| Lago-Lyons, Nancy & Raymond | 2:12cv09091 |
| Lancaster, Christine A. & George E. | 2:13cv01271 |
| Law, Rebecca & Jerry G. | 2:12cv08294 |
| Lawler, Ruby & Stillman | 2:13cv01046 |
| Lee, Lesha Paulette | 2:12cv09469 |
| Lefever, Lori Sue | 2:13cv00096 |
| Leicester, Jennifer | 2:13cv01040 |
| Lombardo, April | 2:13cv02640 |
| Maul, Elba & Michael | 2:12cv09708 |
| McBride, Susan Louise | 2:13cv02158 |
| McCarley, Sonya & William | 2:12cv09152 |
| McDaniel, Vickie L. & Keith | 2:13cv01267 |
| McWherter, Jackie | 2:13cv02067 |
| Meszaros, Mary & Michael | 2:12cv09246 |
| Moore, Martha E. | 2:12cv08220 |

| | |
|---|---|
| Mullins, Rosalee & Charles | 2:13cv01642 |
| Nobles, Mary & Johnny | 2:12cv08955 |
| Norton, Pattie Ann | 2:12cv09460 |
| Nunez, Sylvia | 2:13cv00533 |
| Oliveira, Lervon R. | 2:12cv09062 |
| Pace, Virginia & Howard | 2:12cv09716 |
| Patterson, Kaye W. & David | 2:12cv08315 |
| Pilgrim, Lena M. | 2:12cv08381 |
| Pugh, LaVerna | 2:12cv08309 |
| Putano, Shannon & Peter | 2:13cv00275 |
| Richardville, Sarah Ann | 2:13cv00479 |
| Rihm, Nancy & Kenneth | 2:13cv00286 |
| Romero, Linda | 2:13cv01294 |
| Rozell, Elizabeth Mary | 2:13cv01935 |
| Ruberti, Debra | 2:13cv01463 |
| Searcy, Patricia & Samuel | 2:12cv08953 |
| Shaw, Teddy M. & William | 2:12cv09774 |
| Shinaver, Rosemarie | 2:12cv09304 |
| Shoe, Ann P. | 2:12cv09269 |
| Sisk, Sue & Bill | 2:13cv00780 |
| Stace, Stephanie & Dan | 2:12cv09243 |
| Stone, Kimberly | 2:12cv09095 |
| Strandmark, Kelly | 2:13cv00713 |
| Sylvester, Tracie & Antonio May | 2:12cv09047 |

4

| | |
|---|---|
| Tedder, Judy L. | 2:13cv00097 |
| Terry, Patricia & Sam | 2:12cv08140 |
| Thorne, Mary Nell & Ronald L. | 2:13cv01269 |
| VanNostrand, Pamela | 2:12cv09426 |
| Whitmire, Debra | 2:12cv09099 |
| Wing, Deborah & Lyle | 2:13cv01464 |
| Wright, Joanne E. | 2:13cv02647 |
| Wright, Joyce | 2:13cv00746 |
| Young, Patricia | 2:13cv02642 |
| Zember, Cynthia & Donald | 2:12cv08211 |