# EXHIBIT J

Bruce Alan Rosenzweig, M.D.

Page 1

IN THE COURT OF COMMON PLEAS

OF PHILADELPHIA COUNTY, PENNSYLVANIA

TRIAL DIVISION - CIVIL

```
------------------------------:
                              :
IN RE:  PELVIC MESH LITIGATION : February 2014, No. 829
                              :
------------------------------:
                              :
KATHRYN McGEE and MICHAEL     :
McGEE,                        :
                              : JULY TERM, 2013
            Plaintiffs,       :
                              :
         vs.                  : No. 003483
                              :
ETHICON WOMEN'S HEALTH AND    :
UROLOGY, A DIVISION OF        :
ETHICON, INC., et al.         :
                              :
            Defendants.       :
```

The deposition of BRUCE ALAN ROSENZWEIG,

M.D., taken before Pauline M. Vargo, an Illinois

Certified Shorthand Reporter, C.S.R. No. 84-1573,

at the law offices of Wexler Wallace, LLP, Suite

3300, 55 West Monroe Street, Chicago, Illinois, on

February 4, 2016, at 8:55 a.m.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Bruce Alan Rosenzweig, M.D.

---

Page 2

```
 1              A P P E A R A N C E S
 2   PRESENT ON BEHALF OF THE PLAINTIFFS:
 3      KLINE & SPECTER, P.C.
        1525 Locust Street
 4      Philadelphia, Pennsylvania  19102
        215.772.1000
 5      BY: JAMES J. WALDENBERGER, ESQ.
        james.waldenberger@klinespecter.com
 6
 7      CLARK LOVE HUTSON
        440 Louisiana Street, Suite 1600
 8      Houston, Texas  77002
        888.529.5222
 9      BY: WILLIAM W. LUNDQUIST, ESQ.
        wlundquist@triallawfirm.com
10
11   PRESENT ON BEHALF OF THE DEFENDANTS:
12
        BUTLER SNOW, LLP
13      1020 Highland Colony Parkway, Suite 1400
        Ridgeland, Mississippi  39157
14      601.985.4596
        BY: PAUL S. ROSENBLATT, ESQ.
15      paul.rosenblatt@butlersnow.com
16
        CAMPBELL CAMPBELL EDWARDS & CONROY
17      One Constitution Plaza, 3rd Floor
        Boston, Massachusetts  02129
18      617.241.3000
        BY: JAMES M. CAMPBELL, ESQ.
19      jmcampbell@campbell-trial-lawyers.com
20
21   REPORTED BY:
22
        PAULINE M. VARGO, RPR, CRR
23      Illinois CSR No. 84-1573.
24
```

---

Page 4

```
 1              E X H I B I T S
 2                 Continued
 3   ROSENZWEIG EXHIBIT      MARKED FOR ID/INTRODUCED
 4   Exhibit 7   Neuman, et al., Study,       136
                 "Transobturator vs.
 5               Single-Incision Mini-slings for
                 Treatment of Female Stress
 6               Urinary Incontinence," et cetera
                 5 Pages
 7
        Exhibit 8   Hota, et al., Study, "TVT-Secur   147
 8               (Hammock) Versus TVT-Obturator,"
                 et cetera, 5 Pages
 9
        Exhibit 9   Cornu, et al., Study, "Midterm    164
10               Prospective Evaluation of
                 TVT-Secur Reveals High Failure
11               Rate," 5 Pages
12   Exhibit 10  Maslow, et al., Study,        171
                 "Randomized clinical trial
13               comparing TVT Secur system and
                 transvaginal obturator tape,"
14               et cetera, 6 Pages
15   Exhibit 11  Withdrawn/Omitted            176
16   Exhibit 12  Mostafa, et al., Study,       176
                 "Single-INcision Mini-Slings
17               versus Standard Midurethral
                 Slings in Surgical Management of
18               Female Stress Urinary
                 Incontinence," et cetera,
19               26 Pages
20   Exhibit 13  Nambiar Cochrane Review,      179
                 "Single-incision sling
21               operations for urinary
                 incontinence in women"
22               117 Pages
23
24
```

---

Page 3

```
 1              I N D E X
 2           Thursday, February 4, 2016
 3   WITNESS              EXAMINATION
 4   BRUCE ALAN ROSENZWEIG, M.D.
 5      By Mr. Rosenblatt.................Page 6
 6
 7
 8
 9
10
11              E X H I B I T S
12   ROSENZWEIG EXHIBIT      MARKED FOR ID/INTRODUCED
13   Exhibit 1   Binder with Tabs 1 through 50    62
                 Retained by Deponent
14
        Exhibit 2   Binder with Tabs 51 through 91   62
15               Retained by Deponent
16   Exhibit 3   Notice of Deposition of Bruce    72
                 Rosenzweig, M.D.
17               9 Pages
18   Exhibit 4   Expert Report of Bruce          79
                 Rosenzweig, M.D.
19               26 Pages
20   Exhibit 5   Bruce Rosenzweig, M.D.          79
                 Supplemental Reliance List
21               2 Pages
22   Exhibit 6   Bruce Rosenzweig, M.D.'s Fourth  100
                 Supplemental Expert Report,
23               Huskey v. Ethicon
                 6 Pages
24
```

---

Page 5

```
 1              E X H I B I T S
 2                 Continued
 3   ROSENZWEIG EXHIBIT      MARKED FOR ID/INTRODUCED
 4   Exhibit 14  Gynecare TVT Secur Instructions 185
                 for Use
 5               ETH.MESH.02340568 through
                 ETH.MESH.02340590
 6
        Exhibit 15  Walters/Weber Article, "Which  188
 7               Sling for which SUI Patient?"
                 13 Pages
 8
        Exhibit 16  Schimpf,et al., Study, "Sling  191
 9               surgery for stress urinary
                 incontinence in women:
10               A systematic review and
                 metaanalysis"
11               27 Pages
12   Exhibit 17  Tincello, et al., Study, "The    203
                 TVT Worldwide Observational
13               Registry for Long-Term Data,"
                 et cetera, 6 Pages
14
        Exhibit 18  Walsh Study, "TVT-Secur        209
15               mini-sling for stress urinary
                 incontinence: A review of
16               outcomes at 23 months" 6 Pages
17   Exhibit 19  "TVT Secur: European Feedback"   212
                 ETH.MESH.00572598, 10 Pages
18
        Exhibit 20  TVT Secur Quality Board        213
19               Presentation, 20 Pages
20   Exhibit 21  Professional Education Slide     218
                 Deck for TVT Secur, 37 Pages
21
        Exhibit 22  Professional Education Slide   221
22               Deck for TVT Secur, 28 Pages
23   Exhibit 23  "TVT Secur PQI07-041 Quality     227
                 Board Follow Up" 26 Pages
24
```

2  (Pages 2 to 5)

Bruce Alan Rosenzweig, M.D.

Page 6

1        (The witness was duly sworn.)
2        BRUCE ALAN ROSENZWEIG, M.D.,
3    called as a witness herein, having been first duly
4    sworn, was examined and testified as follows:
5        EXAMINATION
6    BY MR. ROSENBLATT:
7    Q.   Good morning, Dr. Rosenzweig.
8    A.   Good morning, sir.
9    Q.   You have testified a number of times in
10   the pelvic mesh litigation, correct?
11   A.   Correct.
12   Q.   And so today your opinions are focused
13   on TVT Secur, is that correct?
14   A.   Yes.
15   Q.   So, would it be fair to say that we
16   could rely on your previous testimony in your
17   depositions and your trials and we don't have to go
18   back and rehash a lot of those issues?
19   A.   Yes.
20   Q.   There is nothing that you have testified
21   to that you would need to change at this point?
22        MR. WALDENBERGER:  Objection as to
23   being overbroad, but you can answer the
24   question.

Page 7

1    BY MR. ROSENBLATT:
2    Q.   I guess what I'm getting at, do you
3    stand by all of your testimony to date?
4    A.   Yes.  There might be one or two things
5    that I stated that could be corrected, but none
6    that I specifically recall right now.
7    Q.   But each time you testified you were
8    under oath?
9    A.   Correct.
10   Q.   But nothing you can think of today that
11   you would need to change?
12   A.   Not specifically, no.
13   Q.   When were you first retained to work on
14   the McGee case?
15   A.   In December.
16   Q.   Would that be December of 2015?
17   A.   Yes.
18   Q.   Do you know if it was towards the
19   beginning of the month or the end of the month?
20   A.   Actually, it was right after
21   Thanksgiving, so probably the end of November.
22   Q.   And who retained you?
23   A.   The Kline Specter law firm.
24   Q.   Which specific attorney reached out to

Page 8

1    you for your services?
2    A.   Mr. Waldenberger.
3    Q.   And what did Mr. Waldenberger ask you to
4    do on the McGee case?
5    A.   To give opinions about the design, the
6    development and the warnings associated with the
7    TVT Secur.
8    Q.   And how many hours did you spend looking
9    into or formulating your opinions about the design,
10   development and warnings of TVT Secur?
11   A.   Well, I have been working on TVT Secur
12   for longer than that.  I had been retained to work
13   on a TVT Secur case, the Rabiola case in Texas, and
14   I had been working on that for over a year.  So,
15   much of the information regarding the design, the
16   development and the warnings associated with the
17   TVT Secur I had already been reviewing for that
18   other case.
19   Q.   So when Mr. Waldenberger reached out to
20   you to ask you to formulate your opinions and draft
21   an expert report, how did you go about carrying out
22   that assignment?
23   A.   Well, again, most of, if not all, the
24   information I had already reviewed.  I had

Page 9

1    depositions set for the Rabiola case that had been
2    continued for approximately six or seven months.
3    So, the information that is contained in my expert
4    report I had already summarized in not report form
5    but in preparation form for depositions that had
6    taken place long before I was contacted about this
7    case.
8    Q.   And so what material did you look at to
9    formulate your opinions?
10        MR. WALDENBERGER:  In general, you
11   mean, with regard to the TVT-S?
12        MR. ROSENBLATT:  With regard to the
13   TVT Secur.
14        MR. WALDENBERGER:  At any point in
15   time?
16        MR. ROSENBLATT:  Yes.
17   A.   Well, as you know, I have been reviewing
18   deposition testimony for four years now, give or
19   take.  Much of that deposition testimony
20   overlapped, whether it was for TVT, TVT-O, TVT
21   Abbrevo, and so the majority of the deposition
22   testimony I had already reviewed.
23        There was a lot of overlap between
24   internal documents, but the specific documents that

3 (Pages 6 to 9)

Bruce Alan Rosenzweig, M.D.

Page 10

1    I reviewed are outlined in my reliance list.
2        Q.   And you mentioned your reliance list.
3    That would contain internal documents, deposition
4    testimony and literature; is that a fair
5    summarization?
6        A.   Correct.
7        Q.   And it's important to create a reliance
8    list, in your opinion, correct?
9        A.   Well, the reliance list is a list of
10   materials that I've reviewed, and so it summarizes
11   the documents that I've reviewed for my opinions.
12       Q.   And it also summarize the documents that
13   support your opinions, correct?
14       A.   Yes.
15       Q.   And it would be important to include all
16   of the documents in your reliance list that support
17   your opinions about the TVT Secur, correct?
18       A.   Yes. I think I've tried to incorporate
19   all the documents that I've relied on in my
20   opinions.
21       Q.   And in formulating a reliance list to
22   support your opinions for the TVT Secur, you would
23   want to do a fair analysis of, for example, the
24   medical literature?

Page 11

1        A.   Correct.
2        Q.   And you would want to include on your
3    reliance list medical literature that would be both
4    good and bad for the Secur in order to provide a
5    fair assessment, correct?
6        A.   Well, I've reviewed all the literature
7    regarding TVT Secur or, I would say, the vast
8    majority of the literature regarding the TVT Secur,
9    both literature that would, as you say, supports my
10   opinion and also literature that would -- I don't
11   think the term "contrary to my opinion" but that is
12   more favorable than the vast majority of the
13   literature on TVT Secur.
14          I think the literature on the TVT
15   Secur -- on the TVT Secur is quite evident that
16   there is a problem with its efficacy and there is a
17   problem with its safety.
18       Q.   Now, you said you reviewed all of the
19   literature on TVT Secur. How many clinical studies
20   are there on TVT Secur?
21       A.   The exact number I cannot give you.
22       Q.   Can you give me a ballpark?
23       A.   I would say I've reviewed, you know,
24   anywhere from 30 to 50 articles on TVT Secur.

Page 12

1        Q.   Are you aware if there are more than 30
2    to 50 clinical studies evaluating TVT Secur?
3        A.   There might be more, and again, there
4    are meta-analyses that I've reviewed that would
5    encapsulate the majority of the literature. There
6    are things that I would look at.
7           Again, there is probably more that I
8    looked at that I briefly glanced over because they
9    might not have been as robust of a study as
10   prospective randomized controlled trials are. So,
11   again, giving a brief number of the studies that
12   I've looked at, I mean, there are probably more
13   than that.
14       Q.   Well, you would agree with me even if
15   you have a meta-analysis or a Cochrane review, you,
16   Dr. Rosenzweig, still find it helpful to go back
17   and review the underlying data that supports those
18   accumulated opinions, correct?
19       A.   Correct.
20       Q.   And did you do that in this case for the
21   TVT Secur?
22       A.   Yes.
23       Q.   Of the 30 to 50 articles on TVT Secur
24   that you reviewed, did you include all of those on

Page 13

1    your reliance list?
2        A.   There might be some that might not be on
3    my reliance list, but I try to include everything
4    on my reliance list.
5        Q.   Did you have any type of criteria as far
6    as whether or not you would include or exclude a
7    certain study on TVT Secur?
8        A.   No.
9        Q.   Did you formulate your reliance list, or
10   was that prepared by counsel?
11          MR. WALDENBERGER: Objection. Don't
12   answer. Under Pennsylvania law communications
13   between expert and lawyer regarding the
14   preparation of a report is privileged, so
15   don't answer.
16       Q.   Your counsel has instructed you not to
17   answer the question. Are you going to answer the
18   question?
19       A.   No.
20          MR. WALDENBERGER: No, he is not going
21   to answer the question. Good try, though.
22       Q.   How did you obtain the 30 to 50 articles
23   on TVT Secur that you reviewed?
24       A.   And again, that is just a rough

4 (Pages 10 to 13)

Golkow Technologies, Inc. - 1.877.370.DEPS

Bruce Alan Rosenzweig, M.D.

Page 14

1    estimation.  There could be more.  There might be
2    less.  Through searches by looking at again
3    meta-analysis and looking at their reference list;
4    and that would be, you know, looking at papers and
5    seeing what they referred to in their papers.  That
6    would be a way of getting at the literature that I
7    reviewed.
8        Q.   Did you make any attempt to go back and
9    perform any type of systematic literature review
10   yourself on TVT Secur?
11           MR. WALDENBERGER:  Objection, form,
12       vague.
13           You can answer if you understand.
14       A.   I don't understand what you are talking
15   about, a systematic review.  Again, I looked at --
16       Q.   Strike the question.  I will take out
17   the word "systematic."
18           Dr. Rosenzweig, did you make any attempt
19   to review -- strike that.
20           How did you go about ensuring that you
21   reviewed all of the relevant literature on TVT
22   Secur?
23       A.   Well, again, I looked at the studies
24   that had been published.  I looked at their

Page 15

1    references, looked at the meta-analysis, looked at
2    their references and continued to review studies
3    that were done, did literature searches, and to
4    assure that I had reviewed the depth and the
5    breadth on the subject of TVT Secur.
6        Q.   Did you perform any searches yourself in
7    any type of medical journal database?
8        A.   I have PubMed and access to searches on
9    PubMed, and so yes, I would look at PubMed.  Google
10   Scholar is another nice search engine to find
11   scholarly literature, and so if there was a
12   specific topic on TVT Secur that I wanted to look
13   at, those would be the resources that I went to.
14       Q.   And just so I can appreciate your
15   testimony, you did in fact run some PubMed searches
16   on TVT Secur?
17       A.   If there was something that I could not
18   find, then it would be for a specific topic on TVT
19   Secur, yes.
20       Q.   And can you identify those specific
21   topics where you performed a PubMed search on TVT
22   Secur?
23       A.   Not that I specifically recall.
24       Q.   Did you perform a search in PubMed for

Page 16

1    TVT Secur to get a better understanding of the
2    volume of clinical studies on TVT Secur?
3        A.   Well, I think the volume of the clinical
4    studies would be reflected in not only the Cochrane
5    analysis but, you know, there are a number of
6    studies, if you will, that were either -- could
7    either be considered like review articles and
8    opinion pieces that might not be as robust as the
9    randomized control trials.
10       Q.   Would it be important for you to look at
11   case studies, case series and observational studies
12   on TVT Secur?
13       A.   Yes.  I tried to look at case series,
14   observational studies, retrospective analysis.
15       Q.   You said there are approximately 30 to
16   50 articles on TVT Secur, just your ballpark range.
17   How many of those 30 to 50 would you consider to be
18   randomized controlled trials as opposed to just a
19   clinical trial?
20       A.   I think there is in the neighborhood of
21   20 to 30 randomized control trials on the TVT
22   Secur.
23       Q.   Have you reviewed all 20 to 30 RCTs on
24   TVT Secur?

Page 17

1        A.   I have tried to, yes.
2        Q.   You said you tried to.  What efforts
3    have you made other than what you've previously
4    discussed about looking at larger meta-analyses and
5    performing an individual search for an individual
6    topic?
7        A.   Well, that would be one of the topics,
8    would be randomized control trials.
9        Q.   So, when I previously asked you do you
10   recall which topics you specifically searched out,
11   you didn't recall.  Is it my understanding that you
12   performed a specific search on RCTs for TVT Secur?
13       A.   Either specifically in that sense or
14   looking at other sources for a list of the
15   randomized control trials for TVT Secur.  So, I
16   mean, that was one of the things that I wanted to
17   see, is if I had looked at all or virtually all of
18   the randomized control trials on TVT Secur.
19       Q.   And it would be important to you in
20   formulating your opinions on TVT Secur to look at
21   as many or all of the RCTs and other clinical
22   studies on TVT Secur, correct?
23       A.   Correct.
24       Q.   Because you wouldn't want to just look

5 (Pages 14 to 17)

Bruce Alan Rosenzweig, M.D.

Page 18

1    at studies that showed bad results or bad cure
2    rates or high complications, but you would want to
3    look at all the studies to get a fair and balanced
4    approach and appreciation of the body of literature
5    on Secur, correct?
6        A.   Correct.
7        Q.   And again, we can stand by and rely on
8    your reliance list for the medical literature that
9    you relied on?
10           MR. WALDENBERGER: Objection to the
11       form. I believe his prior testimony was that
12       some may not be on there; he just doesn't know
13       that. But with that, you can answer.
14       A.   Again, there would be literature that I
15   have reviewed that I have relied on that might not
16   have been on my reliance list but form this breadth
17   of the opinions that I am giving.
18           I don't think that -- again, there might
19   be things that are on there that I've reviewed that
20   make up the opinions that I have that might not
21   appear in the reliance list.
22       Q.   But you reviewed your reliance list
23   before you served it or before it was served,
24   correct?

Page 19

1        A.   Correct.
2        Q.   And have you had a chance to go back and
3    identify if there were any key studies that you
4    could think of that were not included in your
5    reliance list?
6        A.   None that jumped out at me.
7        Q.   And as I'm sure you can appreciate,
8    Doctor, today is our opportunity to ask you about
9    your opinions and what you relied on to formulate
10   those opinions, so what I'm trying to avoid is, you
11   know, before your trial testimony next week getting
12   a supplemental reliance list, because today is my
13   opportunity to ask you about those studies that you
14   relied on.
15       A.   Yes, and I don't think you will be
16   getting a supplemental reliance list.
17       Q.   When you performed your review of the 30
18   to 50 studies on TVT Secur, what is your
19   understanding of the average objective cured and
20   improved rate for TVT Secur?
21           MR. WALDENBERGER: Objection to form.
22       You can answer.
23       A.   I would say that the average objective
24   and subjective cure rate is lower than the

Page 20

1    full-length midurethral slings. I would say an
2    average objective cure would be in the range of 70,
3    75 percent or less. Subjective cure rate is lower
4    than that.
5        Q.   When you say 75 or less, does that mean
6    70 to 75 would be about average?
7        A.   That would be the high end of the scale.
8    I mean, it all depends on which studies you have
9    looked at. There are studies that show a success
10   rate in the 80s. There are studies that show a
11   success rate in the 50s. I would say that one of
12   the latest meta-analysis by Tommaselli showed about
13   a 75 percent success rate.
14       Q.   And so would you stand by the 75 percent
15   success rate as a fair estimate of the objective
16   cure rate with TVT Secur?
17           MR. WALDENBERGER: Objection to the
18       form in that you are asking him to summarize
19       and average out all of the complications or
20       success rate for various pieces of literature
21       that have not been identified.
22           With that being stated, if you can
23       answer that question fairly and accurately,
24       please do so.

Page 21

1        A.   You know, I think that would be on the
2    high end of the average success rate.
3        Q.   But you cited to a meta-analyses citing
4    75 objective cure for TVT Secur, correct?
5        A.   Correct.
6        Q.   In your opinion, is that a fair estimate
7    of what the studies that that meta-analyses
8    reviewed showed as a cure rate for TVT Secur?
9            MR. WALDENBERGER: Objection to form,
10       vague.
11           You can answer if you understand it.
12       A.   That would be, again, there are a number
13   of studies, the Palomba study, the Oliveira study,
14   that showed a 50 success rate. There are other
15   studies that show a lower rate; Barber study, 50 to
16   60 percent success rate. So, I think 75 percent
17   success rate is a high average.
18           There is the Tommaselli's older studies
19   that have showed and 80, 85 percent success rate.
20   But even in the last Cochrane analysis that was
21   done, they showed a success rate that was lower
22   than full-length midurethral slings.
23       Q.   What is your understanding of the
24   success rate for full-length midurethral slings?

6 (Pages 18 to 21)

Bruce Alan Rosenzweig, M.D.

Page 22

1    A.   In the short term, around 90 percent
2    success rate.
3    Q.   And what is your definition of short
4    term?
5    A.   In the one- to two-year studies.
6    Q.   What about long-term?
7    A.   Well, again, it all depends on if the
8    parameters that we are using, if you look at the
9    urinary incontinence treatment at work, when their
10   studies come out they use a composite index of
11   stress test, of pad test, symptoms, and other
12   treatment for urinary incontinence.
13        So, if you look at Richter's study, her
14   one-year success rate was around 55 percent for
15   midurethral slings.  The Barber study was about 60
16   percent using a composite index.
17        If you just look at cough test or if you
18   just look at pad test, you are going to have -- as
19   your objective measure, you are going to have a
20   higher success rate.
21   Q.   But, Doctor, you would agree with me
22   based on the Urinary Incontinence Treatment Network
23   studies that you were citing to, using those same
24   objective criteria, you would admit or agree with

Page 23

1    me that the success rates for both the Burch
2    colposuspension and the autologous fascial sling
3    were significantly lower than what is typically
4    cited as the average cure rate, correct?
5         MR. WALDENBERGER:  Are you talking
6    about mini-slings or full-length slings?
7         MR. ROSENBLATT:  Do you understand the
8    question?
9         MR. WALDENBERGER:  I'm asking you
10   because that may be outside the scope of the
11   deposition.  So, I have to make sure that I
12   can either object, let him answer or instruct
13   him not to answer, so I need to --
14        MR. ROSENBLATT:  I'm not asking about
15   either of those.  I'm asking about the Burch
16   and the autologous sling.
17        MR. WALDENBERGER:  You can answer.
18   A.   In one to two years, not significant.
19   Lower than that, the longer term, you know, showed
20   a lower success rate.
21   Q.   And if you were citing the success rate
22   for either the Burch procedure or the autologous
23   sling procedure, would you cite the Urinary
24   Incontinence Treatment Network's objective cure

Page 24

1    rate?
2    A.   Well, again, that is a very -- what's
3    the word --
4    Q.   Stringent?
5    A.   -- stringent, thank you very much,
6    criteria for measuring success.  And so if you are
7    going to use the stringent criteria, you are going
8    to have a lower success rate from any incontinence
9    treatment.
10   Q.   So, if we take the urinary incontinence
11   any treatment studies aside, because you referred
12   to that as a cite to objective cure rates for
13   full-length slings, so if we take those studies
14   aside, what is your appreciation --
15   A.   You are the one that brought up those
16   studies, and I was just commenting on that.
17   Q.   Right.  Well, let's back up for a
18   second.  I asked you what your appreciation was for
19   the average cure rate for full-length slings, and
20   you cited to the Tomasz study.
21   A.   No.  I was citing to Richter's 2011
22   study and Barber's 2009 or 2010 study.
23        MR. WALDENBERGER:  Paul, how is this
24   within the scope of the TVT-S report?

Page 25

1         MR. ROSENBLATT:  Because he said that
2    the cure rate for Secur is lower than the
3    full-length midurethral sling, and so I'm
4    trying to figure out is it 5 percent lower, 10
5    percent lower.
6         MR. WALDENBERGER:  Fair enough.
7         MR. ROSENBLATT:  Now you know where
8    I'm going, Doctor.
9         MR. WALDENBERGER:  That was the point
10   of my objecting, so go for it.
11   BY MR. ROSENBLATT:
12   Q.   How much lower on average is the
13   objective cure rate for TVT Secur compared to
14   full-length midurethral slings?
15   A.   If you look at some of the head-to-head
16   studies, it can be anywhere from, you know, 15 to
17   40 percent lower for full-length midurethral
18   slings.  If we looked at the Hinoul paper, it
19   showed a lower success rate.  The Hota paper showed
20   a significantly lower success rate from midurethral
21   slings.
22   Q.   And Doctor, I appreciate you citing a
23   few specific examples, and while you are doing
24   that, you would agree with me that there are

7 (Pages 22 to 25)

Bruce Alan Rosenzweig, M.D.

1  studies that showed a much higher cure rate for TVT
2  Secur, correct?
3      A.   Yes, but still there are very few
4  studies that showed an equivalent success rate
5  for --
6      Q.   But the answer to my question was yes?
7      A.   Yes.
8      Q.   And you would agree with me that there
9  are studies that show an objective cure rate for
10  TVT Secur in the 90 percentage range, correct?
11     A.   Correct.
12     Q.   And there are some studies that report
13  an even higher objective cure rate for TVT Secur,
14  correct?
15     A.   Correct.
16     Q.   So, when you are telling me that there
17  is one study that shows it's X percent and another
18  study showing Y percent, what I'm trying to figure
19  out is how you are going about citing those
20  specific studies for your appreciation of the
21  average cure rate.
22         MR. WALDENBERGER:  Objection, form,
23  vague.
24         You can answer if you understand it.

1      A.   Again, when the literature is looked at
2  as in a systematic review like the Cochrane
3  analysis, the Tommaselli analysis and others,
4  including the FDA analysis, when you look at TVT
5  Secur compared to full-length midurethral slings,
6  the success rate is lower and significantly lower.
7      Q.   When you say significantly, that's
8  statistical significance?
9      A.   Yes.
10     Q.   Now, you cited -- I'm not going to be
11  able to list all of them, but, for example, you
12  cited Hota 2012, you cited Hinoul.  Why did you
13  call out those specific studies when I asked you
14  about objective cure rates?
15     A.   Those were well-designed prospective
16  randomized control trials.
17     Q.   And do you have any understanding as to
18  whether or not Ethicon had any involvement in those
19  two studies?
20     A.   If we can pull out the studies
21  specifically, I think there would be -- it would
22  allow me to talk specifically about the answer to
23  that question, whether or not they were --
24     Q.   And I'm not asking did they provide a

1  grant or did they provide the product.  Do you know
2  if they had any involvement in either of those
3  studies?
4          MR. WALDENBERGER:  I think he told you
5      he needs to see the article in order to answer
6      that question.
7      Q.   So is your answer you don't know without
8  looking at the study?
9      A.   Well, I know that Dr. Hinoul, I'm not
10  sure whether at that point was one of the medical
11  directors when the TVT Secur, TVT-O study was done,
12  but either at that point or shortly thereafter
13  became a medical director.
14         Several of the authors both on the Hota
15  study and on the Hinoul study are key opinion
16  leaders for Ethicon.  So, it's difficult to answer
17  without looking to see specifically what they
18  stated in the conflict of interest section about
19  either their involvement with industry or the level
20  of industry's involvement in the study.
21     Q.   Did you consider potential bias of those
22  two studies before you stood by them to cite those
23  studies for the objective cure rates for TVT Secur?
24         MR. WALDENBERGER:  Objection to the

1  form of the question, mischaracterizes them,
2  but you can answer that.
3      A.   I looked at that for every study that I
4  look at.
5      Q.   And that would be important for you to
6  have an understanding as to whether or not, for
7  example, a study was an investigator-initiated
8  study that had some funding provided by Ethicon,
9  correct?
10     A.   Yes, and I look at that to answer your
11  specific question.  It would be important to have
12  the specific article in front of me to --
13     Q.   I'm just asking in general terms.
14         MR. WALDENBERGER:  Let him finish his
15     answer.
16     A.   In general terms, yes, but to answer a
17  specific question, it would be important to have
18  the specific article in front of me to be able to
19  say this is what that specific article, you know,
20  laid out as the conflicts and what, you know,
21  involvement industry had either as an
22  investigator-initiated study or a sponsor study or
23  a grant study or just key opinion leader studies.
24     Q.   Just speaking in general terms, you

Bruce Alan Rosenzweig, M.D.

Page 30

1    wouldn't write off or discount the results of an
2    RCT evaluating TVT Secur simply because there was
3    some connection, whether it was to Ethicon, whether
4    it was authored by a key opinion leader or a grant
5    was provided for the study or any type of financial
6    connection, correct?
7        MR. WALDENBERGER:  Objection to the
8    form.  I kind of lost sight of the question.
9    Could you read that back to me, please?
10       And I'm not being critical, Paul.  I
11   just lost it.
12       MR. ROSENBLATT:  No worries.
13       THE REPORTER:  "Just speaking in
14   general terms, you wouldn't write off or
15   discount the results of an RCT evaluating TVT
16   Secur simply because there was some
17   connection, whether it was to Ethicon, whether
18   it was authored by a key opinion leader or a
19   grant was provided for the study or any type
20   of financial connection, correct?"
21       MR. WALDENBERGER:  Objection to form.
22   You can answer.
23   BY THE WITNESS:
24       A.   Again, without looking at the

Page 31

1    methodology of an individual study to see if the
2    methodology was sound, to see if they had a robust
3    patient population to provide a power analysis that
4    would allow us to draw conclusions from the study,
5    in general the answer would be no, but we would
6    have to look at the specific paper to see whether
7    or not bias might have influenced the study because
8    of parameters such as the ones I talked about.
9    BY MR. ROSENBLATT:
10       Q.   And when you were reviewing the 30 to 50
11   articles on TVT Secur, did you, yourself, perform
12   an analysis as to the potential bias for each of
13   those studies?
14       A.   I think we have discussed the literature
15   enough in past depositions that I have looked at
16   all of the aspects of a study in evaluating it, and
17   that would be one of the aspects that I would look
18   at.
19       Q.   But it would be fair to say, if we are
20   looking solely at a disclosure that indicated a
21   study was funded by Ethicon, you would not based on
22   that one factor discount the results of the study,
23   correct?
24       A.   Based on that one factor, no.

Page 32

1        Q.   Because there would just be a potential
2    for bias, correct?
3        A.   Correct.
4        Q.   How do you distinguish between a
5    potential for bias and actual bias when you are
6    reviewing medical literature?
7        A.   Again, you have to look at all the
8    aspects of the study, what the hypothesis is that
9    the study is trying to answer, what the methodology
10   was in going about answering that question, whether
11   they had stringent methodology, whether they had a
12   robust enough study design to answer their
13   question, whether they had a significant enough
14   patient population; and then you look at what
15   conclusions they drew based on their analysis to
16   see if the conclusions that they are drawing is
17   supported by the facts that are in the study to
18   determine if they are, you know, overselling their
19   conclusions based on what they found in the study;
20   and then I would be a little bit more concerned
21   about bias.
22       Q.   So, it would be fair to say that a
23   potential conflict of interest is just one factor
24   that you would look at for potential bias?

Page 33

1        A.   When I review the literature, whether
2    it's in this litigation or whether it is in my
3    practice in determining how I'm going to treat my
4    patients, yes, that is something that I take into
5    consideration when I review any piece of
6    literature.
7        Q.   Now, Doctor, as I appreciate your
8    earlier testimony from this morning, you cited the
9    Tommaselli study for the proposition that the
10   average objective cure rate for TVT Secur is 75
11   percent with the understanding that there are some
12   studies that show a lower rate and some studies
13   that show a higher rate; is that accurate?
14       A.   Correct.
15       Q.   Now what I want to ask you, Doctor, is
16   taking that same approach, what is your
17   understanding of the average mesh exposure rate for
18   TVT Secur?
19       A.   The Tommaselli meta-analysis showed
20   there was an erosion rate from their review of the
21   literature of 15 percent.  I would say that that is
22   a -- from looking at the literature, that that is
23   accurate representation of what was shown in the
24   literature.

9 (Pages 30 to 33)

Bruce Alan Rosenzweig, M.D.

Page 34

1    Q.   Just so I'm clear, your understanding is
2  that the average mesh exposure rate for TVT Secur
3  is 15 percent?
4    A.   That's what Tommaselli's most recent
5  meta-analysis showed.
6    Q.   But is that a number that you stand
7  behind?
8    A.   That is what Dr. Tommaselli published in
9  his meta-analysis.  There is studies that show a
10  erosion rate of 19 percent.  There are other
11  studies that show an erosion rate of around 10
12  percent, 8 to 9 percent.  I think that between 10
13  and 15 percent would be the average erosion rate
14  for a TVT Secur.
15    Q.   You said there are some studies that
16  show an erosion rate of 19 percent.  How many
17  studies evaluating TVT Secur show a mesh exposure
18  rate of 19 percent or higher?
19    A.   The 19 percent was Hota's randomized
20  control trial from 2012 that we talked about
21  earlier.
22    Q.   So is the answer one study?
23    A.   I don't recall all of the smaller
24  studies that -- or case series that might have been

Page 35

1  published on that.  That is the highest one that I
2  saw in a randomized control trial.
3    Q.   So no others that you can think of right
4  now that would show a mesh exposure rate of 19
5  percent or higher other than the Hota study?
6      MR. WALDENBERGER:  Objection, asked
7  and answered.  You can answer it again.
8    A.   Not that I specifically recall.
9    Q.   Do you know how many studies evaluating
10  the TVT Secur showed a mesh exposure rate of less
11  than 5 percent?
12    A.   There are studies that showed an
13  exposure rate of less than 5 percent.
14    Q.   My specific question, though, was, do
15  you know how many studies showed a mesh exposure
16  rate evaluating TVT Secur less than 5 percent?
17    A.   The exact number?
18    Q.   I will take a ballpark range.
19    A.   I wouldn't want to speculate on a
20  ballpark range.
21    Q.   So as you are sitting here today, you
22  cannot tell me or provide me your best guess as an
23  expert offering opinions on the safety and efficacy
24  of the TVT Secur how many studies show a mesh

Page 36

1  exposure rate of less than 5 percent?
2      MR. WALDENBERGER:  Objection to the
3  form.  He is not here to guess.  You can
4  answer.
5    A.   The exact number I would not want to
6  speculate on, I mean, just like I would not want to
7  speculate on the number that showed an erosion rate
8  of over 5 percent.  I mean, to look at the
9  specific, you know, number of papers that would
10  give you that number, as I said, there are papers
11  that show an erosion rate of less than 5 percent.
12    Q.   Can you cite any of them today?
13    A.   There is a Tommaselli study.  There is
14  the Anders Hamer study.  So, there are studies that
15  show an erosion rate less than, you know,
16  5 percent.  Neuman's 2011 paper showed a lower
17  erosion rate than his 2008 paper.
18    Q.   So, how do those lower exposure rates
19  factor into your consideration when you,
20  Dr. Rosenzweig, are formulating what you believe to
21  be the average mesh exposure rate for TVT Secur?
22    A.   Again, you would look at all the papers.
23  You would look at the analysis that have been done
24  such as the Tommaselli systematic review to come up

Page 37

1  with a average that you were asking me about
2  earlier.
3    Q.   And that average in the Tommaselli
4  article that you are citing, was that specifically
5  15 percent mesh exposure for TVT Secur, or did it
6  also include other slings?
7    A.   Just TVT Secur.
8    Q.   And so that is the study that you are
9  standing by as far as your estimate of the mesh
10  exposure rate for TVT Secur?
11    A.   That is the latest systematic review
12  that I could find or the most contemporary
13  systematic review that I could find.
14    Q.   What is your understanding of the
15  average rate of de novo dyspareunia associated with
16  the TVT Secur?
17    A.   In the 2011 Neuman study, he quoted a
18  rate of 8 percent.  The Abdelwahab paper around the
19  same time showed a similar dyspareunia rate.  In
20  the Anders Hamer paper they discussed pain and
21  dyspareunia and discharge.  They had a 13 percent
22  dyspareunia rate.  So, I would say that the de novo
23  dyspareunia rate is probably around 8 to 10 percent
24  for the TVT Secur.

10 (Pages 34 to 37)

Bruce Alan Rosenzweig, M.D.

Page 38

1    Q.   And what is your understanding of the --
2  strike that.
3        You mentioned 8 to 10 percent de novo
4  dyspareunia rate for TVT Secur, and what I want to
5  know is how far postoperatively does that include?
6    A.   Well, it's difficult to get an accurate
7  number because, again, if the study does not
8  describe pain and dyspareunia, we don't know
9  whether that means that there was no pain or
10  dyspareunia or that the question was just not
11  asked.
12       Many of the studies include various
13  surveys, if you will, like the IIQ and the pelvic
14  floor symptom questionnaire or pelvic floor sexual
15  dysfunction, which includes questions on
16  dyspareunia but the exact number is not given.  And
17  so while they might show that there is a change in
18  the pre-op and the post-op survey results, it's not
19  reflected in the individual parameters that are
20  there.
21       So, unless a paper specifically talks
22  about dyspareunia, it's difficult to know whether
23  or not the question was even answered, whether or
24  not the patient volunteered those questions.  So,

Page 39

1  it's difficult by the study design to know what
2  that answer is.
3    Q.   And you would agree that dyspareunia in
4  general is somewhat complicated to study in
5  clinical studies, correct?
6    A.   It is difficult to study if the question
7  is not asked.
8    Q.   But you agree that it is difficult to
9  study for a number of reasons and some of those
10  would include whether or not you evaluate
11  preoperative or preexisting dyspareunia, correct?
12    A.   Well, your question was de novo
13  dyspareunia, which would mean that there was no
14  preexisting dyspareunia.  I think a better question
15  would have been you have to evaluate patients who
16  are sexually active, because if they are not having
17  sexual intercourse, it is very difficult to have
18  pain with sexual intercourse.
19       So, the better question is what is the
20  number of patients that are sexually active post-op
21  to be able to determine whether or not they
22  developed pain, and that's --
23    Q.   Could you answer your own question for
24  me?

Page 40

1    A.   And that's why I said it's very
2  difficult because -- because of the design of
3  the -- you know, you have to look at the study
4  design and if they actually asked those questions.
5  The studies that I described actually asked those
6  questions.
7    Q.   Again, are you aware of any studies that
8  show a rate of de novo dyspareunia higher than 8 to
9  10 percent with the TVT Secur?
10    A.   Sitting here today, those, that I cannot
11  recall specifically.
12    Q.   So the 8 to 10 percent de novo
13  dyspareunia rate for the TVT Secur is on the
14  highest end of the spectrum, correct?
15    A.   Correct.
16    Q.   You are aware that there are clinical
17  studies evaluating TVT Secur that show a
18  significantly lower dyspareunia rate, correct?
19    A.   If you have those papers, we can discuss
20  them in the individual.  In general, there are few
21  papers that describe dyspareunia rates that are
22  lower than that for TVT Secur.
23    Q.   And we may look at some studies, but I'm
24  just asking your -- just your overall impression,

Page 41

1  are you aware of whether or not those studies
2  exist?
3    A.   And I gave you my overall impression.
4    Q.   I don't know if I had a clean answer to
5  whether or not you are aware that --
6         MR. WALDENBERGER:  Why don't you fire
7    the question again, give it another shot.
8         MR. ROSENBLATT:  Sure.  Let me reload
9    here.
10  BY MR. ROSENBLATT:
11    Q.   You would agree that there are clinical
12  studies evaluating TVT Secur that show a
13  significantly lower dyspareunia rate than 8 to 10
14  percent, correct?
15         MR. WALDENBERGER:  Objection to form,
16    asked and answered.  You can answer it again.
17    A.   There are a small number of studies that
18  show that, yes.
19    Q.   And one component that can make studying
20  dyspareunia in a clinical trial difficult is
21  determining whether or not dyspareunia was caused
22  by a concomitant procedure as opposed to the TVT
23  Secur, correct?
24    A.   If concomitant procedures were part of

11 (Pages 38 to 41)

Bruce Alan Rosenzweig, M.D.

Page 42

1  the study design, then there could be confounding
2  variables from that unless the investigator was
3  able to determine that the TVT Secur, as in the
4  Neuman study did, was the cause of the dyspareunia.
5      Q.   But you would agree that it is important
6  when evaluating de novo dyspareunia to look at
7  other factors such as whether or not the patient
8  underwent a concomitant procedure?
9      A.   Correct.
10     Q.   And some of those concomitant procedures
11 can commonly include a vaginal hysterectomy or a
12 surgical procedure to correct a condition called
13 pelvic organ prolapse, correct?
14     A.   Those procedures cannot uncommonly be
15 performed with a incontinence operation.
16     Q.   And when looking at a study that cites a
17 dyspareunia rate, it would be important for you to
18 have an appreciation of whether or not those
19 patients underwent concomitant procedures, correct?
20     A.   Correct.
21     Q.   Because concomitant procedures such as a
22 hysterectomy or a procedure to correct pelvic organ
23 prolapse in themselves have a risk of de novo
24 dyspareunia?

Page 43

1      A.   Well, specifically the way the
2  concomitant procedures are being done could
3  increase the risk of dyspareunia, such as if you
4  are doing a vaginal hysterectomy and you attach the
5  pedicle to the vaginal cuff, that could increase
6  your risk of dyspareunia because the pedicles are
7  innervated, and we know from gynecology that the
8  ovarian pedicles when pulled on or manipulated can
9  cause a significant degree of pain.  There are a
10 lot of women that have ovarian pain specifically
11 from an entity called ovarian torsion; and when you
12 twist the ovarian pedicle, it can become very
13 uncomfortable for a patient.
14         We've discussed that levator plications
15 with posterior repair significantly increases the
16 risk of dyspareunia after a posterior compare up in
17 the range of 20 percent compared to the newer data
18 on posterior repairs that show only about a 4
19 percent or less risk of dyspareunia if no levator
20 plication is done.
21         So, in order to answer that question,
22 yes, we have to know exactly how the surgical
23 procedures, concomitant surgical procedures were
24 being done to be able to evaluate whether or not

Page 44

1  that could be a compounding factor in whether or
2  not the patient developed postoperative
3  dyspareunia.
4      Q.   And if a patient in a clinical study
5  underwent a TVT Secur as well as a concomitant
6  vaginal hysterectomy, how would you do the
7  differential diagnosis to determine whether the
8  pain or dyspareunia was attributable to the Secur
9  or the hysterectomy?
10     A.   Well, again, you would have to look at
11 the methodology to determine how they did the
12 pelvic organ prolapse repair.
13         Anterior colporrhaphies are very
14 unlikely to cause dyspareunia.  We know that from
15 several of the studies.  Posterior repairs have
16 been associated with dyspareunia if the levator
17 plication was done.
18         So, if it's characteristically described
19 in the paper that our posterior repairs were done
20 with levator plications, then you would rule in the
21 posterior repair as a potential cause.
22         If the posterior repair is not done with
23 a levator plication, the current studies are
24 showing that there is a much lower rate of

Page 45

1  dyspareunia.
2          If a vaginal hysterectomy is done where
3  the pedicles are attached to the vaginal vault,
4  that could be a significant source of dyspareunia.
5          The description of what the dyspareunia
6  is, where the location is, if palpating the sling
7  causes pain, if you are having banding or
8  palpability of the sling during the exam, which was
9  described in other papers that described
10 dyspareunia and pain associated with slings, then
11 you could rule -- say that it is more likely that
12 the dyspareunia is caused by the sling.
13         If there is no other concomitant
14 procedure, obviously the dyspareunia would be due
15 to the sling itself.
16     Q.   Now, you mentioned the anatomical
17 location of where the pain would be with the TVT
18 Secur.  Is it your understanding that the pain or
19 the postoperative pain and dyspareunia commonly
20 associated with the TVT Secur would be kind of the
21 banding underneath where the Secur sling sits?
22     A.   Not necessarily.  We know that, you
23 know, the pelvis isn't an isolated structure.  We
24 know that there can be some -- because of the

12 (Pages 42 to 45)

Bruce Alan Rosenzweig, M.D.

Page 46

1  chronic inflammation, the chronic foreign body
2  reaction, that this can impact the levator muscles,
3  which are just lateral to where the TVT Secur
4  fleece is supposed to lay, and that could then
5  increase levator spasm and levator pain, which can
6  be associated with dyspareunia.
7      Q.   What is your appreciation of the rate of
8  dyspareunia caused by TVT Secur attributable to
9  levator spasms?
10     A.   That specific description I have not
11  seen in the studies that I've reviewed.
12     Q.   And so the studies that you have
13  reviewed, where do they typically describe the pain
14  or dyspareunia with the TVT Secur?
15     A.   Well, in the Neuman paper specifically,
16  he talked about the stiffness or rigidity of the
17  TVT Secur as causing dyspareunia.  The Hota paper
18  felt that it was sharp edges associated with the
19  TVT Secur that would lead to pain.  So,
20  specifically they were describing the
21  characteristic defects of the TVT Secur in those
22  papers that were related to the consequence, which
23  would be dyspareunia.
24     Q.   But that would be where the sling is, if

Page 47

1  I understand what you are saying?
2      A.   Well, they were describing the
3  characteristics of the sling that would lead to
4  dyspareunia, and where the -- most patients when --
5  now we are kind of getting away from studies and
6  clinical practice.
7          Most patients just know that it hurts
8  when they are having intercourse.  Some patients
9  try to describe an anatomic location where they say
10 most of the pain is, but most patients, if they --
11 so, if someone said like I have pain on
12 introduction, many times what that is is just spasm
13 of the muscles in anticipation of the pain with
14 intercourse.  If someone says that it's only when
15 you hit a certain location in my vagina, then that
16 would be a indication of where the source, if you
17 will.
18         But the vast majority of patients that I
19 see in my clinical practice say it hurts.  They try
20 to give a very vague description of where the pain
21 is, but it's very difficult to truly say what
22 specific anatomic location the pain is being
23 generated by.  They just know it hurts when they
24 are having intercourse.

Page 48

1      Q.   So if I understand your testimony, you
2  referred to the Neuman paper and how they theorized
3  that the stiffness of the mesh caused dyspareunia?
4      A.   Correct.
5      Q.   Is it your understanding that based on
6  that theory that it would be the pain would be
7  where the mesh is or elsewhere?
8      A.   I just described for you my clinical
9  experience dealing with patients that have
10 dyspareunia and particularly dyspareunia from
11 midurethral slings or from single-incision slings;
12 and they are describing the defect Dr. Neuman and
13 Hota were describing, the defect of the sling that
14 caused dyspareunia.
15         That doesn't necessarily mean that that
16 is the only place where the patient is going to say
17 that their pain is coming from when they are having
18 intercourse.
19     Q.   Now, when you have pain or dyspareunia
20 from a native tissue repair, do you refer to that
21 as any type of defect causing that pain or
22 dyspareunia?
23     A.   Again, as we talked about, a levator
24 plication with a native tissue repair would be

Page 49

1  an -- would be the causative factor, because what
2  you are doing is you are creating a very firm shelf
3  of muscle that when you are having intercourse is
4  more likely to spasm or to have abnormal scarring
5  in muscle that shouldn't be there.
6          So levator plications, we used to think
7  that doing a levator plication would improve the
8  anatomical results.  It made the posterior repair
9  look better but created a significant degree of
10 dyspareunia.
11     Q.   And with procedures such as a
12 hysterectomy or a pelvic organ prolapse procedure,
13 those come with them the risk of vaginal scarring
14 and shortening, correct?
15     A.   Scarring would be along the incision
16 line because that is where the tissue is healing.
17 Shortening would be caused by excessive removal of
18 vaginal tissue.  And another thing that has evolved
19 is the concept that you need to take out a
20 significant amount of vagina to create a scaffold
21 for the prolapse.
22         Now, the native tissue repair is that
23 scaffold is from bringing endopelvic fascia
24 together and you do not take out vagina because the

13 (Pages 46 to 49)

Bruce Alan Rosenzweig, M.D.

Page 50

1    vagina is not going to act as a scaffold.
2        Q.   But the old way of doing it wasn't
3    necessarily outside the standard of care, correct?
4            MR. WALDENBERGER: Objection, outside
5    the -- hold on a second.  How is that within
6    the scope of this deposition?
7            MR. ROSENBLATT: I'm just trying to
8    get his understanding as to whether or not a
9    change in the surgical procedure makes that
10   then become outside the standard of care.
11           MR. WALDENBERGER: Right.  How is that
12   within the scope of a TVT-S deposition?
13           MR. ROSENBLATT: I think it is
14   relevant to his reasoning and understanding,
15   and I don't think it has been previously
16   asked.
17           MR. WALDENBERGER: It doesn't mean
18   it's within the scope.  I will let you go with
19   that one, but --
20           MR. ROSENBLATT: I mean, you can
21   object, but --
22           MR. WALDENBERGER: Objection is noted.
23   I'm not going to instruct him not to answer.
24   Go ahead.

Page 51

1    BY THE WITNESS:
2        A.   I can't go back and say, you know, 20
3    years ago that it would be outside the standard of
4    care to do the kind of repairs we used to do.
5    BY MR. ROSENBLATT:
6        Q.   Would you agree with me that when TVT
7    Secur was on the market it was within the standard
8    of care for treating women with stress urinary
9    incontinence?
10           MR. WALDENBERGER: During what period?
11   The entire time it was on the market?
12           MR. ROSENBLATT: I will just let
13   him -- are you objecting?
14           MR. WALDENBERGER: I am objecting
15   because I think your question is vague.
16           MR. ROSENBLATT: I will ask it
17   open-ended and then I will come back and
18   narrow it down if he needs me to.
19           MR. WALDENBERGER: Did you need that
20   narrowed down?
21           THE WITNESS: It would be important to
22   narrow it down.
23           MR. WALDENBERGER: I instruct you not
24   to answer until he narrows it down.

Page 52

1    BY MR. ROSENBLATT:
2        Q.   Doctor, at the time TVT Secur was
3    launched onto the market in 2006, what is your
4    understanding of whether or not TVT Secur was
5    within the standard of care for treating stress
6    urinary incontinence?
7            MR. WALDENBERGER: Objection to the
8    form.  You can answer.
9        A.   Well, obviously doctors back in 2006
10   when the TVT Secur was launched onto the market --
11   and I think we can agree that was around September
12   of 2006.
13       Q.   If that's your understanding.
14       A.   The doctors that were performing it did
15   not have all the information that the manufacturer
16   did about the risks associated with the device.
17   Those risks were not communicated to doctors, as I
18   have stated in my report.  All the risks that were
19   associated with the device which was known to the
20   manufacturer were not communicated to doctors, and
21   the risks of not only the defects associated with
22   the device but the difficulties in doing the
23   procedure which were not communicated to doctors
24   were not communicated to doctors.

Page 53

1        So, I cannot fault the doctor for having
2    placed the TVT Secur in 2006 because they didn't
3    have all the information to make a reasonable
4    decision about whether or not they should be
5    placing this in a patient.
6        Q.   And I understand all of your opinions
7    about the defect and the failure to warn, and we
8    are going to go through those in more detail, but
9    those issues aside, you would agree that TVT Secur
10   was not outside the standard of care for treating
11   stress urinary incontinence?
12           MR. WALDENBERGER: Objection, asked
13   and answered.  I will let him answer one more
14   time.
15       A.   As I say, I cannot hold the doctor at
16   fault for placing a TVT Secur in 2006 because the
17   doctor did not have all the information that the
18   manufacturer had about all the risks associated
19   with it.
20       Having known all the risks that are
21   associated with it, then it would, as it is today,
22   would be unreasonable for a doctor to place a TVT
23   Secur.
24       Q.   If a doctor acknowledged that he or she

14 (Pages 50 to 53)

Bruce Alan Rosenzweig, M.D.

Page 54

1   was aware of all of the risks, would you still
2   place any fault on them for implanting a TVT Secur
3   while it was on the market?
4            MR. WALDENBERGER:  I object to the
5   form of the question because you are not
6   identifying what the risks are or what the
7   risks are from.  So, in that regard I ask you
8   to rephrase the question because I don't think
9   it is capable of being answered as asked.
10           MR. ROSENBLATT:  I will rephrase.
11  BY MR. ROSENBLATT:
12       Q.   If a surgeon knew of all the risks that
13  you have listed in your expert report and still
14  decided that TVT Secur was an appropriate option
15  for a patient that they were treating, would you
16  fault them for using TVT Secur?
17           MR. WALDENBERGER:  Objection to the
18  form.  You can answer.
19       A.   As I say, I do not fault the doctors.
20       Q.   So you would agree with me that there
21  are some doctors who felt like TVT Secur was an
22  appropriate option for patients with stress urinary
23  incontinence?
24           MR. WALDENBERGER:  Objection, calls

Page 55

1   for speculation.  You can answer.
2        A.   As I state, I do not fault the doctors.
3        Q.   But my question was slightly different,
4   and I appreciate your answer, but you would agree
5   that when the TVT Secur was on the market there
6   were surgeons who felt as though TVT Secur was an
7   appropriate option for treating women with stress
8   urinary incontinence?
9            MR. WALDENBERGER:  Objection, calls
10  for speculation.  You can answer.
11       A.   And as I've stated, I do not fault the
12  doctors.
13       Q.   But I don't think you have still
14  answered my question as far as you would agree that
15  there were surgeons who felt that it was an
16  appropriate treatment option for treating stress
17  urinary incontinence?
18           MR. WALDENBERGER:  In my view he has
19  answered your question, so I'm going to
20  instruct him not to answer that any longer.
21           MR. ROSENBLATT:  And as I appreciate
22  it, he has answered the question that he
23  doesn't fault the doctors, but I'm asking a
24  different question, which is you would agree

Page 56

1   that there were surgeons who felt as though
2   the TVT Secur was appropriate for treating
3   some women with stress urinary incontinence.
4            MR. WALDENBERGER:  Paul, we both
5   understand your question, and in my view it
6   not only is speculative, but aside from being
7   improper because it is speculative, he has
8   answered it.  So, I'm going to instruct him
9   not to answer it because I think he has
10  already answered that I think three times.  So
11  if you could move on to your next question, we
12  would appreciate it.
13  BY MR. ROSENBLATT:
14       Q.   Are you unable to answer the question
15  because you are not sure what surgeons thought at
16  the time?
17           MR. WALDENBERGER:  I'm not permitting
18  him to answer it because he has already
19  answered it and it is speculative, because you
20  are asking him to go into the minds of other
21  people, which he can't do, but he did the best
22  he could do by answering it the way that he
23  did, which is his answer.
24           MR. ROSENBLATT:  I think you can make

Page 57

1   your objection, and I appreciate you
2   elaborating, but I think he can still answer
3   the question.
4            MR. WALDENBERGER:  Not when I tell him
5   not to, which is what I'm doing, because he
6   has already answered.
7            MR. ROSENBLATT:  On the basis of your
8   expert speculating?
9            MR. WALDENBERGER:  On the basis that
10  he has answered it twice.
11           MR. ROSENBLATT:  Well, I'm asking a
12  different question now.
13           MR. WALDENBERGER:  I haven't heard a
14  different question but I'm happy to listen to
15  that.  Let's take it from there.  What's the
16  new question?
17  BY MR. ROSENBLATT:
18       Q.   My previous questions were you would
19  agree that TVT Secur was within the standard of
20  care, and you said you would not fault the doctors,
21  correct?
22       A.   Correct.
23           MR. WALDENBERGER:  Objection, asked
24  and answered.  He has already answered that

Bruce Alan Rosenzweig, M.D.

Page 58

1   question, so please move on to the next
2   question.
3   BY MR. ROSENBLATT:
4       Q.   I understand.  I'm providing you the
5   previous question.  Now my new question is -- my
6   new question is you would agree --
7           MR. WALDENBERGER:  I'm breathless with
8   anticipation.
9       Q.   -- that there were surgeons who felt as
10  though TVT Secur was an appropriate treatment
11  option for women with stress urinary incontinence?
12          MR. WALDENBERGER:  Paul, you have
13  asked it three times.
14          MR. ROSENBLATT:  But you haven't let
15  him answer all three times.
16          MR. WALDENBERGER:  Yes, I have let him
17  answer three times,and when you try a fourth
18  and a fifth time, that's when I shut him down.
19  He is not answering the question.  He has
20  answered it.
21          MR. ROSENBLATT:  But he hasn't.  I'm
22  going to insist that he answer the question.
23          MR. WALDENBERGER:  And I'm going to
24  insist that he not answer it, so why don't we

Page 59

1   just move on to the next one.
2   BY MR. ROSENBLATT:
3       Q.   Are you refusing to answer the question?
4           MR. WALDENBERGER:  He is following my
5   instruction not to answer.
6       Q.   Are you refusing to answer the question?
7       A.   I'm following the instruction of
8   counsel.
9           MR. WALDENBERGER:  Right.
10      Q.   Doctor, did you review Ms. McGee's
11  deposition?
12      A.   No.
13      Q.   Have you reviewed any depositions of
14  Ms. McGee's family or friends?
15      A.   No.
16      Q.   Have you reviewed any deposition of
17  Ms. McGee's treating physicians?
18      A.   No.
19      Q.   Is it fair to say that you have not
20  reviewed any deposition testimony specific to the
21  McGee case?
22      A.   Correct.
23      Q.   Is it also fair to say that you have not
24  reviewed any of Ms. McGee's medical records?

Page 60

1       A.   Correct.
2       Q.   So, it would then be fair to say that
3   you are not offering any case-specific opinions in
4   the McGee case, correct?
5       A.   Correct.
6       Q.   And so you obviously didn't perform a
7   physical exam on Ms. McGee?
8       A.   Correct.
9       Q.   And you have never spoken to Ms. McGee?
10      A.   Correct.
11          MR. WALDENBERGER:  Paul, we have been
12  going a little more than an hour, and I have
13  drank too much water.  Can we take a
14  five-minute break for the restroom?
15          MR. ROSENBLATT:  We can, and when you
16  come back, that would be great if he could
17  answer that question.
18          MR. WALDENBERGER:  I'm not going to
19  change my mind.  We are going to go off the
20  record.
21       (Recess taken, 10:14 - 10:26 a.m.)
22          MR. LUNDQUIST:  As discussed with
23  counsel on the break, this is Will Lundquist,
24  I'm appearing on behalf of the MDL.

Page 61

1   Mr. Aylstock cross-noticed this deposition on
2   behalf of the MDL as a de bene deposition.
3   From what I understand, to clarify, I don't
4   think there is any doubt that this is a
5   discovery deposition for Dr. Rosenzweig on the
6   TVT Secur, and I'm appearing on behalf of the
7   MDL at this discovery deposition for
8   Dr. Rosenzweig on the Secur.
9           MR. ROSENBLATT:  Thanks, Will.
10  BY MR. ROSENBLATT:
11      Q.   Doctor, we are just coming back from a
12  break.  I notice you have some binders sitting in
13  front of you.  Do you mind telling me what those
14  are?
15      A.   Those are the citations that are in my
16  report numbered from 1 through 91.
17      Q.   And when you say citations in your
18  report, is that referring to either the documents
19  or the literature that are specifically referenced
20  in the body of your report?
21      A.   Yes, in the footnotes of the report.
22      Q.   So, those two binders would not include
23  all of the studies that are on your reliance list,
24  correct?

16  (Pages 58 to 61)

Bruce Alan Rosenzweig, M.D.

Page 62

1    A.   No.
2         MR. ROSENBLATT:  If I could, Madam
3    Court Reporter, mark each of those binders as
4    Exhibit 1 and Exhibit 2.
5         (Rosenzweig Exhibits 1 and 2 were
6         marked for identification as of
7         2/4/16.)
8    BY MR. ROSENBLATT:
9    Q.   Dr. Rosenzweig, we have just marked the
10   binders that we brought with you as Exhibits 1 and
11   2. Did you bring anything else with you?
12   A.   A copy of my report and the notice of
13   deposition.
14        MR. WALDENBERGER:  Just so you know,
15   Paul, we are not producing these binders.
16   They are his binders for purposes of what his
17   materials are, but the documents are what they
18   are.  You know what they are based on the
19   footnotes, but I just want to let you know we
20   are not giving them to you guys now.  They are
21   Bruce's binders.
22        MR. ROSENBLATT:  We are going to want
23   a copy of everything.
24        MR. WALDENBERGER:  I will gladly have

Page 63

1    copies made for you.
2         MR. ROSENBLATT:  Is there any
3    highlighting in there?
4         THE WITNESS:  No.
5         MR. WALDENBERGER:  You would have to
6    answer that.
7         THE WITNESS:  No.
8         MR. ROSENBLATT:  During the next break
9    I just want to flip through it, and if you
10   could give me a flash drive then, problem
11   solved.
12        MR. WALDENBERGER:  Even better, yes,
13   we will do that, and I will get that in the
14   works for you right now.  We won't have it for
15   you today, but I will get it to you when it
16   gets prepared.
17   BY MR. ROSENBLATT:
18   Q.   Is there any reason you didn't bring all
19   of the literature that's on your reliance list?
20   A.   It would be quite a voluminous task.
21   Q.   Doctor, I want to go back to something.
22   I'm going to try to phrase it to avoid your counsel
23   from objecting.
24        MR. WALDENBERGER:  Good luck.

Page 64

1    Q.   You would agree with me that TVT Secur
2    was a recognized treatment option for stress
3    urinary incontinence as early as 2006, correct?
4         MR. WALDENBERGER:  What's that
5    question again?
6         THE WITNESS:  Recognized treatment
7    option.
8         MR. WALDENBERGER:  I will let him
9    answer that.
10   A.   Correct.
11        MR. WALDENBERGER:  Well done.  I did
12   not object.
13   BY MR. ROSENBLATT:
14   Q.   Doctor, you may disagree with whether or
15   not TVT Secur was an appropriate option, but you
16   would acknowledge that there were some doctors who
17   used TVT Secur to treat stress urinary
18   incontinence?
19   A.   There were some doctors that used TVT
20   Secur to treat stress urinary incontinence.
21   Q.   And as you said earlier, you don't fault
22   them for that?
23   A.   Correct.
24   Q.   And you would agree that TVT Secur was

Page 65

1    an appropriate option for some patients to treat
2    stress urinary incontinence, correct?
3         MR. WALDENBERGER:  Objection to the
4    form.  You can answer.
5    A.   Do I feel it was an appropriate option?
6    Q.   We will start with that.
7    A.   No.
8    Q.   But you would agree that there were some
9    doctors who did feel that it was an appropriate
10   option?
11   A.   You asked that question.  I answered
12   that question yes.
13   Q.   I also want to go back to something.
14   When we were talking about the objective cure rates
15   for TVT Secur, I believe you gave me the figure 75
16   percent based on the Tommaselli study.  What is
17   your understanding of the subjective cure rate for
18   TVT Secur?
19   A.   It is less than the 75 percent.
20   Q.   How much less?
21   A.   Again, I would say in the range of a
22   high end would be 70 percent.
23   Q.   And what are you basing that on?
24   A.   Review of the literature, review of the

17 (Pages 62 to 65)

Bruce Alan Rosenzweig, M.D.

Page 66

1  systematic reviews.
2      Q.   And you would acknowledge that there are
3  studies evaluating TVT Secur that report a much
4  higher subjective cure rate than 70 percent,
5  correct?
6      A.   Correct.
7      Q.   How do those studies factor into your
8  analysis of 70 percent?
9      A.   I reviewed again all the studies that
10 look at more favorable results.  There are also
11 studies that show that there was a 30 to 50 percent
12 subjective cure rate.
13     Q.   Now, when you said you reviewed all the
14 studies, I just want to make something clear.  You
15 are referring to the studies listed in your
16 reliance list, correct?
17          MR. WALDENBERGER:  Objection, form,
18     asked and answered.  I don't believe he said
19     that, but he can answer that question and
20     explain it again.
21     A.   Again, I reviewed a number of studies on
22 TVT Secur.  All of them may or may not be on my
23 reliance list.
24     Q.   But if they were important, you would

Page 67

1  put them on your reliance list?
2          MR. WALDENBERGER:  Objection, asked
3     and answered.  Paul, I thought we had gone
4     over this, but I'm happy to have him answer it
5     again.  Go for it.
6      A.   There might be some important studies
7  that might not have made it on to my reliance list.
8      Q.   Now, Doctor, I know you have testified
9  to some of this in the past, so I'm going to try to
10 breeze through this portion very quickly, and where
11 I'm trying to get is very specific to TVT Secur,
12 but just to set up my questions, I do want to ask
13 you some that you have already answered.
14          I believe you told us you have removed
15 or explanted approximately 200 slings?
16     A.   Correct.
17     Q.   And when we say removed or excise, I
18 believe you testified or you told us that would
19 include trying to remove as much of the mesh as
20 possible?
21     A.   Correct.
22     Q.   That would also include a trimming a
23 small mesh exposure?
24     A.   Correct.

Page 68

1      Q.   That would also include a simple
2  take-down procedure?
3      A.   You mean a release procedure?
4      Q.   Yes.
5      A.   Yes.
6      Q.   For a release procedure you are
7  essentially just pulling the mesh down with maybe a
8  nerve hook and cutting the mesh so you are not
9  cutting into the urethra, correct?
10     A.   If that's possible.  Sometimes we have
11 to transect it in situ without the ability to get
12 an instrument such as a nerve hook or a hemostat or
13 a Lahey or a very narrow right angle behind it, but
14 because of the degree of scarification, scar plate
15 formation, the degree of fibrosis, chronic foreign
16 body reaction, to be able to safely separate it so
17 that we would just separate it in situ.
18     Q.   One of the benefits with at least the
19 TVT mesh is that it's blue, correct?
20     A.   That was one of the things that was
21 cited back in 2004, if I remember correctly, when
22 it was converted from a clear to a blue color.  It
23 would help with implantation but would also help
24 with removal.

Page 69

1      Q.   Did you find that to be beneficial when
2  you were removing?
3      A.   Sometimes it's difficult to tell whether
4  the blue is from a vein or a blood vessel or the
5  blue is from the mesh.  I have, unfortunately,
6  transected a number of blood vessels thinking that
7  it was the mesh only to find out that it was a
8  blood vessel.  So, sometimes it made it easier,
9  sometimes it increased the degree of complications
10 of the procedure.
11     Q.   I believe you told us of those 200
12 removal or excision, or I use the word take-down --
13 what did you use?
14     A.   Release.
15     Q.   I will start over.
16          So, of those 200 removal, excision or
17 release procedures that you performed on slings, I
18 believe you told us about 40 to 50 of those
19 procedures would have been Ethicon's TVT meshes?
20     A.   That would be a rough estimate.  It is
21 probably a little bit higher now since I have done
22 a few more since the last discussion where I gave a
23 number like that.
24     Q.   How many TVT meshes have you removed in

18 (Pages 66 to 69)

Bruce Alan Rosenzweig, M.D.

1    2016?
2       A.   Two or three.  I think I just did one
3    last week.
4       Q.   So that number may be 40 to 53 now,
5    approximately?
6       A.   Yes.
7       Q.   And of those, I will say, 40 to 53
8    Ethicon meshes that you have removed or excised or
9    released, how many of those were laser-cut TVT
10   slings?
11      A.   That I can't tell you because I don't
12   always get the product, a UPIN number I think is
13   what it's called, or identification number; and
14   even when I have looked on the product
15   identification sticker, I haven't seen where it
16   specifically states whether it's mechanical cut or
17   laser cut.
18      Q.   But you know if there is an "L," that
19   means it is laser cut, on the product sticker,
20   right?
21      A.   Yes.
22      Q.   How many of those 40 to 53 Ethicon TVT
23   slings that you have removed were TVT Secur?
24      A.   Less than five, and those I would know

1    were laser cut.
2       Q.   And how would you know that the TVT
3    Securs were laser cut?
4       A.   Because all the TVT Securs are laser
5    cut.
6       Q.   And when you are excising or removing or
7    releasing one of the Ethicon TVT meshes, how are
8    you able to determine whether it is a TVT Secur, a
9    TVT retropubic or a TVT obturator sling?
10      A.   From the operative report.
11      Q.   So, as I understand it, if you have the
12   operative report you are able to determine whether
13   it's retropubic, obturator or a mini-sling?
14      A.   Correct.
15      Q.   Sometimes you have the product code?
16      A.   Correct.  And sometimes, as I have had a
17   few as Exact, and then I would know that it is a
18   laser-cut mesh because all Exacts are laser cut.
19      Q.   And without having the benefit of the
20   operative report or the product code, how are you
21   able to determine whether a TVT mesh is TVT
22   retropubic, TVT obturator or TVT Secur?
23      A.   Well, it's very -- it's relatively easy
24   to tell a retropubic from a obturator, because the

1    retropubic quickly goes up, you know, towards the
2    urogenital diaphragm underneath the urethra.  The
3    obturators go lateral out to the obturator foramen,
4    so it's easy to tell a retropubic from a obturator
5    foramen.
6            Whether or not it is a mini-sling, you
7    can feel that, particularly with the Secur, because
8    there is no anchor into the obturator muscle or the
9    obturator foramen.  The sling ends at the obturator
10   foramen or, excuse me, the obturator internus
11   muscle.
12           MR. ROSENBLATT:  I want to go ahead
13   and mark as Exhibit 3 what's been marked as
14   the notice of deposition.
15           (Rosenzweig Exhibit 3 was marked for
16   identification as of 2/4/16.)
17   BY MR. ROSENBLATT:
18      Q.   Am I correct that you brought a copy of
19   this notice with you?
20      A.   Yes, I did.
21      Q.   And it says -- strike that.
22           If you could turn with me to Page 3
23   under document request.
24      A.   Yes.

1       Q.   I'm looking at number 4.  It says a copy
2    of your complete file in this case.  Did you bring
3    a copy of your complete file in this case?
4       A.   No.  From my understanding, that's going
5    to be made available to you electronically.
6            MR. ROSENBLATT:  Counsel, you can
7    verify that.
8            MR. WALDENBERGER:  Are you defining
9    case as the McGee case or are you defining
10   case as -- how are you defining case?  I guess
11   that's the interesting way of answering your
12   question, because if it is the McGee case, he
13   doesn't have any McGee documents.
14           MR. ROSENBLATT:  The complete case
15   file for TVT Secur.
16           MR. WALDENBERGER:  Yeah, sure.
17           MR. ROSENBLATT:  Okay.  Counsel, you
18   will make that available electronically?
19           MR. WALDENBERGER:  Yes.
20           MR. ROSENBLATT:  I would ask if there
21   are any highlighted documents that we have the
22   benefit of the highlighted documents whether
23   you want to scan those in or however you want
24   to do that.

19 (Pages 70 to 73)

Bruce Alan Rosenzweig, M.D.

Page 74

1           MR. WALDENBERGER:  To the extent any
2    exist, sure.  I don't know whether any do or
3    not.
4    BY MR. ROSENBLATT:
5        Q.   Doctor, when you review the literature
6    do you manually highlight your literature?
7        A.   There are times that I do, there are
8    times that I don't.
9        Q.   Do you recall whether or not you
10   highlighted any TVT Secur literature?
11       A.   In this case?
12       Q.   We are here talking about TVT Secur.
13   I'm wondering if you have highlighted any TVT Secur
14   medical literature that would assist you in
15   supporting your opinions?
16       A.   In this case?
17           MR. WALDENBERGER:  Are you talking
18   ever, has he ever done it?
19           MR. ROSENBLATT:  In any TVT Secur
20   case.
21       A.   Yes, I might have.
22       Q.   And would you be able to make those
23   highlighted articles available to your counsel to
24   provide to us?

Page 75

1        A.   I can try to do that.
2        Q.   And would you have highlighted any TVT
3    Secur company documents to support your opinions in
4    any TVT Secur case?
5        A.   I might have done that.
6        Q.   Again, the same request, if you could
7    provide those to your counsel and if we could get
8    copies of those.
9        A.   I can try to do that.
10       Q.   Doctor, number 5, it says, "All
11   documents, including but not limited to
12   calculations, correspondence, data, calendar
13   entries, notes and other materials reflecting the
14   compensation paid to you for study and testimony in
15   this case."
16           Do you see that?
17       A.   Yes.
18       Q.   And have you brought any documents to
19   that effect with you today?
20       A.   I have not submitted any bills for this
21   case.
22       Q.   Did you bring any bills or invoices with
23   you at all?
24           MR. WALDENBERGER:  You can answer that

Page 76

1    question, and then I'm just going to put an
2    objection on the record, but you can answer
3    that.
4        A.   No.
5            MR. WALDENBERGER:  And Paul, as you
6    know, when you e-mailed me, I objected to this
7    particular request because it was outside the
8    scope of this particular deposition, which is
9    why he doesn't have any of those materials
10   here.
11           MR. ROSENBLATT:  And I will just put
12   on the record as well that my understanding is
13   in the Carlino case Judge Powell said we could
14   cite to him as precedent that he is requiring
15   experts to produce all of their invoices.
16           So, I'm just renewing my request for
17   those documents, and we can revisit that
18   issue, but your objection is noted, and we
19   would like to continue pursuing those
20   documents.
21           MR. WALDENBERGER:  Sure.
22   BY MR. ROSENBLATT:
23       Q.   But Doctor, you do have a copy of all of
24   your invoices that you could provide to your

Page 77

1    counsel?
2        A.   For this case?
3        Q.   For your work in all the pelvic mesh
4    litigation.
5        A.   No, I don't.
6        Q.   I believe counsel could gather that
7    together, though, if need be.
8        A.   That would be quite difficult for all of
9    the pelvic litigation.
10       Q.   How many invoices --
11           MR. WALDENBERGER:  He hasn't asked you
12   a question, so we will stop there.
13   BY MR. ROSENBLATT:
14       Q.   How many invoices would you say you have
15   submitted in the pelvic mesh litigation?
16       A.   Over the last five years?
17       Q.   Yes.
18           MR. WALDENBERGER:  I'm going to object
19   to the extent that it is outside the scope of
20   this particular deposition, but I'm going to
21   let him answer that.
22       A.   I don't know.
23       Q.   Including the -- strike that.
24           How many hours have you spent preparing

20  (Pages 74 to 77)

Bruce Alan Rosenzweig, M.D.

Page 78

1  for your opinions in any TVT Secur case?
2      A.   In any TVT Secur case?  I don't -- I
3  don't even have an estimate.
4      Q.   How many hours did you spend preparing
5  for this deposition?
6      A.   Approximately 22 hours.
7      Q.   And you said you have not submitted a
8  bill for that?
9      A.   Correct.
10      Q.   And for those 22 hours, how much of that
11  would be meeting with your attorney?
12      A.   Approximately seven hours.
13      Q.   And of those seven hours, was that all
14  in one day?
15      A.   Correct.
16      Q.   And when was that?
17      A.   Yesterday.
18      Q.   And who did you meet with?
19      A.   The two gentlemen sitting here.
20      Q.   And so the other 15 hours, was that
21  spent working on your expert report?
22      A.   Correct.
23      Q.   Doctor, let me go ahead and mark this
24  while it is in front of me.  I'm marking as Exhibit

Page 79

1  4, this is the supplemental expert report that you
2  submitted in this case?
3      A.   Correct.
4          (Rosenzweig Exhibit 4 was marked for
5          identification as of 2/4/16.)
6  BY MR. ROSENBLATT:
7      Q.   And you brought a copy of this expert
8  report with you as well?
9      A.   Correct.
10      Q.   And if we turn to Page 26, that's your
11  signature there?
12      A.   Correct.
13      Q.   And this was served January 15th or
14  strike that.
15          This is dated January 15th, 2016?
16      A.   Correct.
17          MR. ROSENBLATT:  I may go back to that
18  in just a minute.
19          Go ahead and mark as Exhibit 5, a
20  supplemental reliance list in the McGee case.
21          (Rosenzweig Exhibit 5 was marked for
22          identification as of 2/4/16.)
23  BY MR. ROSENBLATT:
24      Q.   This is the supplemental reliance list

Page 80

1  that we received a few days ago.  Did you ask your
2  attorney to include any additional studies or
3  documents that are now included in this list?
4      A.   I did not.
5          MR. WALDENBERGER:  Just so you know,
6  Paul, we prepared this list.
7          MR. ROSENBLATT:  Okay.
8          MR. WALDENBERGER:  And the stuff on
9  the end, there is a KM Bates stamp.  That's
10  because when we looked at the list we maybe
11  saw that those weren't included before.  That
12  may be duplicative, but we re-Bates-stamped
13  with a "KM" in an abundance of caution.  There
14  may be things that were on the other list, but
15  it is so big that we would just like to err on
16  the side of caution.
17          MR. ROSENBLATT:  I appreciate that.
18  BY MR. ROSENBLATT:
19      Q.   Doctor, just speaking in general terms,
20  if there was a device that could positively affect
21  incontinence issues for women, would that be a good
22  thing?
23      A.   Hypothetically?
24      Q.   Yes.

Page 81

1      A.   Hypothetically, yes.
2      Q.   And would you say ideally or
3  hypothetically you would agree that less invasive
4  is better than more invasive?
5      A.   That statement I can't answer because
6  there are many different things that go into a
7  distinction between less invasive and more
8  invasive.
9      Q.   So, you can't answer whether or not it
10  would be ideal to have a less invasive procedure
11  over a more invasive procedure?
12          MR. WALDENBERGER:  Objection, asked
13  and answered.  I think he just explained to
14  you.  If you want to qualify your question or
15  add some components to it, but I'm not
16  instructing him not to answer, so you can
17  answer.
18      A.   Again, without more information, I can
19  give you an example of something that's less
20  invasive, such as putting an IV in and then
21  injecting chemotherapy, that has --
22      Q.   And --
23          MR. WALDENBERGER:  Let him finish.
24      A.   That can be quite risky versus a

21 (Pages 78 to 81)

Bruce Alan Rosenzweig, M.D.

Page 82

1    surgical, an invasive surgical procedure.
2        Q.    And Doctor, I think I said I was
3    speaking in general terms, but speaking in general
4    terms related to treatment for stress urinary
5    incontinence.
6        A.    And again, with the same qualifiers,
7    without more information it would be very difficult
8    to answer that question.
9        Q.    And you would agree that in general no
10   exit wounds is better than exit wounds?
11       A.    Again, in that are we talking about
12   gunshots or --
13           MR. WALDENBERGER:  Or are we talking
14   about stress urinary incontinence treatment?
15       A.    Because if you have a
16   through-and-through gunshot wound, that's probably
17   more preferable than no exit wound because then the
18   bullet is bouncing around in someone's body.
19           MR. WALDENBERGER:  I think he is going
20   to rephrase his question.
21       Q.    Doctor, I have got a list of questions
22   here, and they are all related to incontinence
23   surgery in general.
24       A.    Okay.

Page 83

1        Q.    Is that enough of a qualifier there?
2        A.    Excellent.
3        Q.    So, with that understanding, would you
4    agree that no exit wounds is potentially better
5    than exit wounds?
6        A.    Not necessarily.
7        Q.    And why is that?
8        A.    Again, without more information about
9    what is taking place with the exit wounds, it would
10   be very difficult to answer that even in a general
11   hypothetical sense.
12       Q.    And again, generally speaking about SUI
13   surgeries, you would agree that it's a benefit to
14   be able to accommodate patients who are concerned
15   with any type of cosmetic scarring?
16           MR. WALDENBERGER:  Objection to the
17   form, vague.  You can answer if you understand
18   it.
19       A.    Again, without anything more than just
20   cosmetic scarring, I can't answer that question.
21       Q.    Have you ever had any patients come to
22   you who were concerned about scars that they may
23   have on their abdomen or pubic area from an
24   incontinence surgery?

Page 84

1        A.    If they are a keloid former, which means
2    that they have an exaggerated scar, they would be
3    concerned about that, yes.
4        Q.    And there may be some women who may be a
5    model or they are just overly concerned about their
6    appearance and wouldn't want any type of scar,
7    correct?
8        A.    That is a possibility, yes.
9        Q.    And so you agree it is potentially a
10   benefit to have a procedure that could treat
11   incontinence that would not leave a cosmetic scar?
12           MR. WALDENBERGER:  Objection to form.
13   You can answer.
14       A.    Again, without knowing anything more
15   than just that hypothetical, I can't answer that
16   question.
17       Q.    And generally speaking, would you agree
18   that less anesthesia is better than more
19   anesthesia?
20       A.    And we are talking about general
21   anesthesia or we are talking about regional
22   anesthesia or we are talking about local
23   anesthesia?
24       Q.    Let's talk about local versus general

Page 85

1    for a stress urinary incontinence procedure.
2        A.    Local anesthesia would be beneficial
3    compared to general anesthesia.
4        Q.    And you would agree that a quicker
5    operation would be better than a longer operation?
6        A.    And we are talking about what length of
7    operation.  Whether it's the difference between 15
8    minutes and 20 minutes wouldn't make a significant
9    difference.  The difference between 20 minutes and
10   four hours would make a significant difference.
11       Q.    And when you say it could make a
12   difference, what is the reason behind that
13   statement that there could be a big difference
14   between the operative times?
15       A.    Between 20 minutes and four hours?
16       Q.    Yes.
17       A.    The operation that's longer than two
18   hours would increase the risk of deep venous
19   thrombosis, postoperative pneumonia and
20   postoperative infection.
21       Q.    In your opinion, is there a significant
22   difference between a 10-minute procedure and a
23   one-hour procedure?
24       A.    Potentially.

22 (Pages 82 to 85)

Bruce Alan Rosenzweig, M.D.

Page 86

1    Q.   And what would that difference be?
2    A.   Well, usually within an hour you are
3  going to have only a minimal risk of increasing the
4  intraoperative morbidity from a procedure, so there
5  probably is not a significant difference in the
6  timeframe that you gave me.
7    Q.   And that brings up another point.  It
8  would be beneficial to reduce intraoperative
9  complications, if possible?
10   A.   Yes.
11   Q.   And if it was possible to make an
12 operation quicker without introducing new risks,
13 that would be beneficial?
14   A.   Again, not necessarily.
15   Q.   You would agree that it would be
16 beneficial to be able to treat a patient with
17 general stress urinary incontinence as well as ISD
18 or intrinsic sphincter deficiency, correct?
19       MR. WALDENBERGER:  Could you read that
20 question back.
21       THE REPORTER:  "You would agree that
22 it would be beneficial to be able to treat a
23 patient with general stress urinary
24 incontinence as well as ISD or intrinsic

Page 87

1  sphincter deficiency, correct?"
2        MR. WALDENBERGER:  I object to the
3  form of the question.
4    A.   Well, intrinsic sphincter deficiency is
5  a form of stress urinary incontinence.
6    Q.   Have you seen studies that would
7  indicate that a retropubic approach is better at
8  resolving ISD than other approaches?
9    A.   That has been suggested in the
10 literature.
11   Q.   And so you would agree that there would
12 be some benefit to be able to perform either a
13 retropubic procedure or an obturator procedure,
14 depending on the type of incontinence a patient
15 had?
16   A.   I don't understand your question.
17   Q.   You would agree that -- I will re-ask
18 it.
19       You would agree that it would be a
20 benefit to have a versatile procedure that would
21 allow you to either perform it through the
22 obturator or retropubically, depending on the type
23 of incontinence a patient had?
24       MR. WALDENBERGER:  Objection to the

Page 88

1  form, vague.  You can answer it if you
2  understand it.
3    A.   Again, I don't understand your question.
4  I --
5        MR. WALDENBERGER:  That's fine.  He
6  doesn't understand your question.
7    Q.   You agree it would be a benefit if a
8  woman was able to drive herself to and from an
9  operation the same day, correct?
10   A.   After surgical procedures our
11 recommendation is that the patient would not drive
12 themself home from the operation even if it is done
13 under local anesthesia.
14   Q.   But you would agree that that would be a
15 benefit, correct?
16   A.   I would not recommend any patient drive
17 themself home after a surgical procedure even if it
18 is done under local anesthesia.
19   Q.   Would you agree that it's a benefit to
20 have a patient leave the procedure that same day
21 and go home as opposed to staying overnight in a
22 hospital?
23   A.   There is an economic benefit of a
24 same-day surgery versus an overnight stay.

Page 89

1  However, if you admit the patient as a 24-hour
2  observation, that economic benefit is minimized and
3  there doesn't appear to be a significant difference
4  between a observation versus a outpatient
5  procedure.
6    Q.   Would you agree that it would be a
7  benefit for a patient to undergo a procedure where
8  she did not have to go home with a catheter?
9    A.   Yes.
10   Q.   You agree that it would be beneficial
11 for a woman to undergo a procedure that would allow
12 her to return to her normal activities quicker?
13   A.   What normal activities are you talking
14 about?
15   Q.   Just generally speaking, walking,
16 running, lifting, going back to work.
17   A.   Going back to work would be an economic
18 benefit.  I'm not sure that walking -- most
19 patients after any surgical procedure are
20 encouraged to get up and walk as quickly after the
21 surgical procedure as possible.
22   Q.   Doctor, how do you define normal
23 activities?
24       MR. WALDENBERGER:  For himself?

23 (Pages 86 to 89)

Bruce Alan Rosenzweig, M.D.

Page 90

1          MR. ROSENBLATT: Yeah.
2          MR. WALDENBERGER: How do you define
3     your own normal activities?
4  BY MR. ROSENBLATT:
5     Q.   When you are talking about a patient,
6  how do you define normal activities?
7     A.   So how do I counsel my patients about
8  what -- when they can go back to work, when they
9  can have sexual intercourse, when they can exercise
10 or when I expect them to get out of bed and walk
11 around?  Because I expect my patient to get out of
12 bed and walk around as soon after the surgical
13 procedure as possible.
14    Q.   So, you would agree it would be a
15 benefit for a patient to be able to have sex sooner
16 after a procedure than later?
17         MR. WALDENBERGER: Objection to the
18    form, vague.  I think it is relative to time,
19    but you can answer if you understand that.
20         THE WITNESS: It would be beneficial
21    to have intercourse sooner?
22         MR. WALDENBERGER: Do you understand
23    the question?
24         THE WITNESS: No.

Page 91

1  BY MR. ROSENBLATT:
2     Q.   Do you agree it would be beneficial for
3  a patient to undergo a procedure that would allow
4  her to return to work faster than another
5  procedure?
6     A.   Return to work?
7     Q.   Yes.
8     A.   As an economic benefit, yes.
9     Q.   And you would certainly agree that if
10 there was a single mother who was the breadwinner,
11 that that could be an important factor for that
12 patient in considering her surgical options,
13 correct?
14         MR. WALDENBERGER: I don't even know
15    what to say.  Objection, you can answer.
16    A.   Well, most of my patients would fall
17 under the economic umbrella that their surgical
18 procedure is covered by their short-term
19 disability, and so I don't see that that would be
20 that significant unless they did not have that
21 ability to be covered under short-term disability.
22    Q.   You agree that less postoperative pain
23 is better than more postoperative pain?
24    A.   Yes.

Page 92

1     Q.   And that would be true for both the
2  short term and the long term?
3     A.   Yes.
4     Q.   You would agree that less mesh is better
5  than more mesh?
6     A.   Mesh cannot create the chronic foreign
7  body reaction, chronic inflammatory response, the
8  degradation and contraction if it is not in a
9  location.  Now, the exact tissue response is the
10 same at the -- where the mesh is.
11    Q.   I appreciate that, Doctor.  I'm not
12 clear on your answer, so I'm hoping I can ask it
13 again and maybe better understand your answer.
14         Yes or no:  Would you agree that in
15 general less mesh is better than no -- than more
16 mesh?
17         MR. WALDENBERGER: Objection, asked
18    and answered, and you do not have to limit
19    your answer to yes or no.  Please answer the
20    question as you see fit as long as it is
21    responsive to his question.
22    A.   Mesh cannot create the chronic
23 inflammation, chronic foreign body reaction,
24 contraction, degradation and the effect on the

Page 93

1  tissue that it has if it is not in that location,
2  but the effect on the tissue is the same where the
3  mesh is.
4     Q.   But you would agree it would be
5  beneficial to have less mesh because that would
6  then mean that there is less of a reaction?
7     A.   There is not less of a reaction.  There
8  is less of an area where that reaction is taking
9  place.
10    Q.   So, in your opinion is there any benefit
11 to 8 centimeters worth of mesh as opposed to 40 or
12 45 centimeters worth of mesh?
13    A.   Well, we know that not all 45
14 centimeters of mesh is in the body at the end of
15 the surgical procedure.  So, where the mesh is not
16 is not going to undergo a chronic foreign body
17 reaction, chronic foreign body, mesh contraction,
18 mesh degradation, mesh deformation and the
19 consequences of that, which is erosion, pain,
20 dyspareunia, chronic pain, the need for chronic
21 revision procedures; all the things that are
22 illustrated in my report.
23    Q.   Would you say that less mesh leads to
24 fewer complications as opposed to more mesh leading

24 (Pages 90 to 93)

Bruce Alan Rosenzweig, M.D.

Page 94

1    to more complications?
2        A.   The mesh cannot create a complication
3    where it isn't.
4        Q.   Doctor, what I'm trying to get from you
5    is whether or not you as a surgeon would see any
6    benefit to treating a patient's condition with less
7    mesh, less surface area, than more mesh, whether
8    it's 8 centimeters versus 15 centimeters?
9            MR. WALDENBERGER:   Is that a question?
10   That sounded like a statement rather than a
11   question.
12           MR. ROSENBLATT:   I added a statement
13   at the end.
14           MR. WALDENBERGER:   So I don't know
15   what the question is, so let's start there.
16           MR. ROSENBLATT:   I will strike that.
17   BY MR. ROSENBLATT:
18       Q.   My question is, Doctor, do you see a
19   benefit as a surgeon to implanting less mesh in a
20   patient to treat stress urinary incontinence than
21   implanting more mesh, or do you see no benefit?
22           MR. WALDENBERGER:   Objection to the
23   form, asked and answered several times.   You
24   can answer again.

Page 95

1        A.   I don't see any benefit to implanting
2    mesh.
3        Q.   And I understand that's your opinion.
4    What I'm trying to pin down, Doctor, is whether or
5    not there is a benefit to using less mesh or
6    whether it doesn't matter if you use more mesh
7    because you are going to have the same reaction?
8            MR. WALDENBERGER:   Objection, asked
9    and answered.   You can answer again.
10       A.   The mesh creates the same tissue
11   response where the mesh is.   It cannot create the
12   same tissue response where it is not.
13       Q.   Did you want to elaborate any more than
14   that, or are you sticking to that answer?
15           MR. WALDENBERGER:   Objection to the
16   form.   It's a perfectly appropriate answer to
17   stick with, unless you have something to add.
18   Anything to add?   Are you good?
19           THE WITNESS:   I'm good.
20           MR. WALDENBERGER:   All right.
21   BY MR. ROSENBLATT:
22       Q.   Doctor, would you agree that less mesh
23   means less foreign body response?
24       A.   In the places where there is no mesh,

Page 96

1    there will not be a foreign body response.
2        Q.   So is that a yes or a no?
3        A.   In the area where there is no mesh,
4    there will be no foreign body response.
5        Q.   Doctor, are you unable to answer the
6    question with a "yes" or a "no"?
7            MR. WALDENBERGER:   He has answered the
8    question, Paul, but you can ask it again.
9        Q.   I said, are you unable to answer the
10   question with a "yes" or a "no"?
11       A.   The answer is that if there -- where
12   there is no mesh, there will be no foreign body
13   response.
14       Q.   And my followup to that is, wouldn't you
15   agree that that is a benefit to have less area
16   where you would have a foreign body reaction?
17           MR. WALDENBERGER:   Objection, asked
18   and answered.   You can answer it again.
19       A.   You will not have the consequence of the
20   foreign body reaction where the mesh is not.
21       Q.   Doctor, would you agree that less mesh
22   means less inflammation and less mesh left behind?
23           MR. WALDENBERGER:   Objection,
24   compound.   You are asking about inflammation.

Page 97

1            MR. ROSENBLATT:   I will break it down
2    for your counsel.
3            MR. WALDENBERGER:   And for him, but
4    thank you.
5    BY MR. ROSENBLATT:
6        Q.   Do you need me to separate those two?
7        A.   Yes, please.
8        Q.   I will.   Doctor, would you agree that
9    less mesh means more -- strike that.
10           Doctor, would you agree that less mesh
11   means less inflammation?
12       A.   There will not be inflammation where the
13   mesh is not.
14       Q.   So you can't answer that with a "yes" or
15   a "no"?
16           MR. WALDENBERGER:   Objection to the
17   form.   You can answer.
18       A.   There will not be inflammation where the
19   mesh isn't.
20       Q.   And you would agree that that's a
21   benefit if you don't have inflammation in certain
22   areas where you might if you had more mesh?
23           MR. WALDENBERGER:   Objection to the
24   form.

25 (Pages 94 to 97)

Bruce Alan Rosenzweig, M.D.

Page 98

1    A.   If the mesh cannot create the chronic
2   inflammation, the chronic foreign body reaction,
3   scar plate formation where the mesh is not.
4    Q.   Doctor, would you agree that less mesh
5   left behind is a benefit compared to more mesh left
6   behind?
7    A.   More mesh left behind will be more areas
8   where the mesh is creating chronic foreign body
9   reaction, chronic inflammation, chronic
10   scar-plating and irritating more nerves than an
11   area where there is less mesh.
12    Q.   And now that we have established that,
13   would you agree that that would be a benefit to
14   have less of a foreign body reaction?
15    A.   The foreign body reaction where the mesh
16   is is going to be the same.  If there is no mesh in
17   another location, there will not be a foreign body
18   reaction where the mesh is not.
19    Q.   And you would agree that that would be a
20   benefit?
21    A.   No, because of the area where the mesh
22   is you are getting chronic foreign body reaction,
23   chronic inflammation, scar plating, nerves being
24   injured and all of the responses or all of the

Page 99

1   complications that I highlight in my report.
2    Q.   Doctor, have you ever issued the opinion
3   that the TVT Abbrevo is safer than the TVT-O?
4       MR. WALDENBERGER:  Objection.  How is
5    that within the scope of this deposition?
6       MR. ROSENBLATT:  It is within the
7    scope of the deposition because I'm talking
8    about sling length here and he has not
9    answered my question, so...
10       MR. WALDENBERGER:  He has answered the
11   question just fine.
12       MR. ROSENBLATT:  I'm making a
13   comparison here.
14       MR. WALDENBERGER:  I will let him
15   answer the question.
16    A.   The Abbrevo is 12 centimeters.  It goes
17   through the obturator internus, the obturator
18   foramen, the obturator externus muscle.
19       There is no mesh that is in the
20   obturator -- or excuse me -- the adductor longus,
21   the adductor brevis; and therefore, there would not
22   be that irritation of those muscles, there would
23   not be the irritation of the obturator nerve from
24   the Abbrevo.

Page 100

1       MR. WALDENBERGER:  What number is
2    this?  Five, six.
3       MR. ROSENBLATT:  I have just handed
4    you what we have marked as Exhibit 6.
5       (Rosenzweig Exhibit 6 was marked for
6       identification as of 2/4/16.)
7   BY MR. ROSENBLATT:
8    Q.   And just hang on to that for a second,
9   Doctor, but first I have a question.
10       Is a smaller area of chronic foreign
11   body reaction a better result than a larger area?
12    A.   The foreign body response will be the
13   same in the smaller area.  It's just that it is
14   where the mesh is not you would have -- you would
15   not have a chronic foreign body reaction.
16    Q.   And you agree that that would be a
17   benefit?
18    A.   For the area where there is no chronic
19   foreign body reaction, yes.
20    Q.   So are you saying that there is no
21   difference if the mesh is present?
22    A.   You cannot have a chronic foreign body
23   reaction, degradation, contraction where the mesh
24   is not.

Page 101

1    Q.   Doctor, if you have pain in your big toe
2   and you have a headache -- strike that.
3       I have handed you what's been marked as
4   Exhibit 6.  Do you recognize this document?
5    A.   Yes.
6    Q.   And please tell us what this document
7   is.
8    A.   This is a fourth supplemental report in
9   the Huskey, et al., case in the West Virginia MDL.
10    Q.   And you recall that the Huskey case was
11   a TVT-O laser-cut case?
12    A.   Correct.
13    Q.   And in this supplemental report I
14   believe you stated that Ethicon had a safer option
15   for patients other than the TVT-O in the Abbrevo
16   sling, is that correct?
17    A.   Correct.
18    Q.   And I understand it's your opinion that
19   no mesh should be used in the pelvic floor,
20   correct?
21    A.   Correct.
22    Q.   And you stand by that statement today?
23    A.   Correct.
24    Q.   And you also said in your report that

26 (Pages 98 to 101)

Bruce Alan Rosenzweig, M.D.

Page 102

1  the Abbrevo sling has less mesh than the TVT-O,
2  which means less foreign body response, less
3  inflammation and less mesh left in the adductor
4  muscle, resulting in less chronic pain, chronic
5  groin pain and chronic pelvic pain for the patient,
6  correct?
7      A.   Correct.
8      Q.   And you still stand by that today?
9      A.   As I was saying, you cannot get a
10  chronic foreign body response, chronic inflammation
11  in the adductor muscles because there would be no
12  mesh in the adductor muscles.
13     Q.   And part of your opinion that support --
14  or strike that.
15         So, your opinion in the Huskey case was
16  that the TVT Abbrevo laser-cut, 12-centimeter mesh
17  was a safer option than the longer TVT-O laser-cut
18  mesh?
19     A.   For Ms. Huskey, yes.
20     Q.   And what specific to Ms. Huskey would
21  differentiate your opinion from, say, another
22  patient?
23     A.   Well, she was having pain from
24  irritation of her obturator nerve and the chronic

Page 103

1  foreign body reaction and chronic inflammation of
2  the tape left in the adductor muscles lying next to
3  the obturator nerve was leading to her chronic
4  obturator nerve pain and her chronic leg pain.
5      Q.   So you can't make a general statement
6  that TVT Abbrevo is safer than TVT-O laser cut?
7      A.   The effect of the Abbrevo with the
8  chronic foreign body reaction, chronic
9  inflammation, degradation, contraction in the
10  vagina is going to be the same.
11     Q.   I don't think you are answering my
12  question here, so I'm going to keep trying until
13  you do.  Is it true that you cannot make a general
14  statement that the TVT Abbrevo is a safer option
15  than the TVT-O laser-cut mesh?
16         MR. WALDENBERGER:  Paul, why is this
17  inside the scope of a TVT-S deposition?
18         MR. ROSENBLATT:  I'm making a
19  comparison to his previous opinion about how a
20  shorter mesh is safer than a longer mesh when
21  they are both laser cut, and here we are
22  talking about a even shorter mesh and all he
23  is saying is, well, you are going to have a
24  reaction if there is mesh there and won't

Page 104

1  answer the question wouldn't that be a benefit
2  if there is less mesh even though you have the
3  same reaction in that area.
4          MR. WALDENBERGER:  He has answered all
5  of those questions inside and outside the
6  context of both the TVT-S and his fourth
7  supplemental report.
8          So, I'm really not clear where you are
9  going with this, but I will let it go on for a
10  few more questions, but I really do think it
11  is outside the scope of the TVT-S.  So, if you
12  could ask a question, take it from there.
13  BY MR. ROSENBLATT:
14     Q.   Doctor, which product would you say is
15  safer:  The TVT Abbrevo or the TVT-O laser cut?
16         MR. WALDENBERGER:  Objection. Don't
17  answer.  Outside the scope of this deposition.
18     Q.   Are you going to answer?
19         MR. WALDENBERGER:  I'm instructing him
20  not to.
21     Q.   Doctor, which product is safer:  The TVT
22  Abbrevo or the TVT Secur?
23         MR. WALDENBERGER:  Objection to the
24  form.  You can answer.

Page 105

1      A.   Between the two, I don't think that one
2  is safer.
3      Q.   Doctor, between TVT Secur and TVT-O
4  laser cut, which product is safer?
5          MR. WALDENBERGER:  Objection to the
6  form.  You can answer.
7      A.   The TVT Secur, there would be no mesh
8  left in the adductor muscles, resulting in less
9  chronic leg pain, chronic groin pain, chronic
10  pelvic pain.
11     Q.   And I take it you would see that as a
12  benefit over the TVT-O?
13     A.   There would be less mesh left in the
14  adductor muscles, so there would be no chronic
15  foreign body response, no inflammatory response in
16  the adductor muscles.  There would be minimal
17  chance of irritating the obturator nerve.
18     Q.   And you would agree that that would be a
19  benefit?
20         MR. WALDENBERGER:  Objection to the
21  form.  Paul, your use of the terms like "safe"
22  and "benefit" over and over and over again,
23  implying that he has an opinion that these
24  things are safe or have some type of benefit.

27 (Pages 102 to 105)

Bruce Alan Rosenzweig, M.D.

Page 106

1   And I know that he has given it in terms of a
2   comparison, but you keep asking him that way
3   and --
4   BY MR. ROSENBLATT:
5       Q.   Well, let me put a little caveat in
6   here.  With the understanding that you think no
7   mesh should be used for stress urinary incontinence
8   repair, with that understanding, can we work with
9   that?
10      A.   Yes.
11      Q.   With that understanding, would you agree
12  that less mesh is better than more mesh if you had
13  to use mesh?
14              MR. WALDENBERGER:  Paul, we have gone
15  over the less mesh and more mesh thing.
16              MR. ROSENBLATT:  If he answers my
17  question, I could move on.
18              MR. WALDENBERGER:  He has told you
19  time and time again when you have more mesh,
20  you have more foreign body reaction.  You have
21  less mesh, you don't have the reaction with
22  the --
23              MR. ROSENBLATT:  He hasn't said that,
24  he hasn't said that.

Page 107

1   BY THE WITNESS:
2       A.   Where the mesh is not, there is no
3   foreign body reaction, there is no inflammation,
4   there is no scar plating, there is no degradation
5   there is no contraction.
6   BY MR. ROSENBLATT:
7       Q.   Right.  And a smaller area where you are
8   having that same reaction would be better than a
9   larger area where you are having that same
10  reaction?
11              MR. WALDENBERGER:  Objection, asked
12  and answered.
13      A.   As I state in my report, there would be
14  no inflammation, no mesh left behind in the
15  adductor muscles with a shorter mesh.
16      Q.   So, I'm going to try to make this very
17  simple.  Do you or do you not see any benefit to
18  having a shorter mesh?
19      A.   A shorter mesh means that there is no
20  mesh left behind in the adductor muscles outside
21  the obturator externus muscle; therefore, there
22  would be less leg pain, groin pain for the patient.
23      Q.   So you can't answer that question?
24              MR. WALDENBERGER:  He just answered

Page 108

1   the question.  Move on, Paul.
2   BY MR. ROSENBLATT:
3       Q.   But you can't answer it -- and I'm fine
4   with moving on, but you can't answer that with a
5   yes or no, can you?
6              MR. WALDENBERGER:  He answered the
7   question.  He actually described what he was
8   talking about, so he answered the question.
9              MR. ROSENBLATT:  Without answering the
10  question.
11             MR. WALDENBERGER:  He answered the
12  question just fine.  He has answered the
13  question.  Move on to the next one.
14  BY MR. ROSENBLATT:
15      Q.   Doctor, between -- strike that.
16          We are still talking about the same
17  caveat here, that you do not think any mesh used
18  for stress urinary incontinence is a safe option,
19  correct?
20      A.   Correct.
21      Q.   With that understanding, between TVT
22  Secur and TVT retropubic mechanically cut, in your
23  expert opinion is one safer than the other?
24              MR. WALDENBERGER:  Objection to form,

Page 109

1   asked and answered.  You can answer.
2       A.   Mechanical cut mesh leads to roping,
3   fraying, curling, which leads to a certain set of
4   complications.  TVT Secur is a heavyweight, small
5   pore, laser-cut, short mesh, which is stiffer,
6   which leads to a certain set of complications.
7       Q.   And what are you relying on for that
8   statement that a stiffer mesh leads to more
9   complications?
10      A.   The Liang paper, the Moalli papers, the
11  Bosse papers showing that stiffer mesh increases
12  cell death, which will increase erosions; leads to
13  vaginal thinning; leads to smooth muscle damage,
14  which will lead to stress urinary incontinence;
15  leads to poor collagen functioning, which will lead
16  to -- also, their latest study shows that you have
17  an induction of bad macrophages, which will lead to
18  more of a chronic inflammatory response, more scar
19  plating -- I will slow down a little bit -- more
20  muscles being -- excuse me -- more nerves being
21  irritated; therefore, more erosions, more pain,
22  more dyspareunia and all of the other risks that
23  I've cited in my report.
24      Q.   Would the TVT -- strike that.

28 (Pages 106 to 109)

Bruce Alan Rosenzweig, M.D.

Page 110

1    In your opinion, would the TVT Secur be
2  a safer mesh if it was mechanically cut instead of
3  laser cut?
4    MR. WALDENBERGER:  Objection to the
5  form.  You can answer.
6    A.  No.  A safer, a safer --
7    MR. ROSENBLATT:  You see how he
8  answered that with a "yes" or a "no"?  That
9  was incredible.
10    A.  A safer mesh would be a larger pore,
11  lighter weight mesh that was laser cut.
12    MR. ROSENBLATT:  Can you read that
13  answer back for me.
14    THE REPORTER:  "No.  A safer, a
15  safer --
16    "Mr. Rosenblatt:  You see how he
17  answered that with a 'yes' or a 'no'?  That
18  was incredible.
19    "Answer:  A safer mesh would be a
20  larger pore, lighter weight mesh that was
21  laser cut."
22  BY MR. WALDENBERGER:
23    Q.  Doctor, would you agree that there is a
24  benefit to mesh being cut with a laser?

Page 111

1    A.  A larger pore, lighter weight mesh or
2  for less mesh left behind on the cutting room
3  floor?
4    Q.  Can you not answer the question the way
5  I phrased it?
6    A.  I'm wondering what benefit you mean.
7    Q.  Okay.  I want to play a little game.  We
8  are going to change one component, and I want to
9  see how that affects your answer, and the three
10  components we are dealing with are the pore size,
11  the weight, how the mesh is cut.
12    A.  Okay.
13    Q.  And we are still operating under the
14  assumption that no mesh in your opinion is the best
15  mesh.
16    A.  Yes.
17    Q.  If you only increase the pore size of
18  TVT Secur and left everything else the same, would
19  that make it safer?
20    A.  A larger pore, lighter weight mesh would
21  be the safer mesh.
22    Q.  But you didn't understand my question.
23  We are keeping the weight the same.  We are only
24  making the pore size bigger.

Page 112

1    A.  A lighter weight, larger pore mesh would
2  be the safer mesh.
3    Q.  So you can't answer the question if we
4  only increase the pore size but the weight stays
5  the same?
6    A.  A larger pore, lighter weight mesh would
7  be safe.
8    Q.  Doctor, you cannot answer the question
9  only focusing on the pore size, correct?
10    A.  A lighter weight, larger pore mesh would
11  be safe.
12    Q.  So is the answer you can't answer that
13  question?
14    MR. WALDENBERGER:  The answer is
15  that's what his answer is.  Again, your use of
16  the term "safe," even if you put this caveat
17  on it, which is fine, but your use of the term
18  "safe" has certain implications.  And I
19  understand why you are doing it.  It's because
20  you can have a transcript, you can cut that
21  particular part out, you can cross-examine
22  that he used the word "safe" when he answers
23  with the word "safe."  But he is giving this
24  answer to this question.

Page 113

1    MR. ROSENBLATT:  He is giving opinions
2  about whether something is safer or not, and
3  he is saying that Ultrapro is safer than TVT
4  Secur, so I'm --
5    MR. WALDENBERGER:  And that's
6  consistent with what he just testified right
7  now.
8    MR. ROSENBLATT:  Right.
9    MR. WALDENBERGER:  Correct.  So we are
10  in agreement.
11    MR. ROSENBLATT:  Please limit your
12  objection to form and let me handle this here.
13    MR. WALDENBERGER:  I will object and
14  interject as I see fit, so let's continue.
15    MR. CAMPBELL:  We have been at it for
16  more than an hour since the last break, so I'm
17  happy to have just a 10-minute break.
18    MR. WALDENBERGER:  Sure.
19    (Recess taken, 11:26 - 11:45 a.m.)
20    (Rosenzweig Exhibits 7 through 13
21    were marked for identification as
22    of 2/4/16.)
23  BY MR. ROSENBLATT:
24    Q.  All right, Doctor.  We are back from a

29 (Pages 110 to 113)

Bruce Alan Rosenzweig, M.D.

Page 114

1    quick break here.  If you could pull out in front
2    of you Exhibit 4, which is your expert report.
3        A.    Yes.
4        Q.    At the top it says that all of your
5    opinions are held to a reasonable degree of medical
6    certainty.  What does that mean?
7        A.    Reasonable degree of medical certainty?
8        Q.    Yes.
9        A.    That the probability is greater than 51
10   percent.
11       Q.    And you see here the summary of
12   opinions, it lists "A" through letter "N"?
13       A.    Yes.
14       Q.    Is that a fair representation of your
15   opinions regarding the TVT Secur in this case?
16       A.    Correct.
17       Q.    And this would be in addition to your
18   opinions listed in your general report?
19       A.    Yes.
20       Q.    So my understanding is these opinions
21   are specific to the TVT Secur?
22       A.    Yes.
23       Q.    If you could, just tell me what your
24   expert opinions are in this case.

Page 115

1           MR. WALDENBERGER:  Relating to the
2    Secur, you mean?
3           MR. ROSENBLATT:  Yes.
4        A.    As I stated in my report, I go over what
5    are the defects in not only the design but the
6    warnings of the TVT Secur and the harms that are
7    associated with those defects.
8        Q.    And what are your opinions about the
9    design defects?
10       A.    That the laser cutting of a small mesh,
11   which is heavyweight, small pore, of a 6-mil fiber
12   size leads to rigidity and stiffness.  I think we
13   have also discussed degradation, contraction,
14   chronic foreign body reaction.
15          That the introducer is of a design that
16   increases the risk of injury, the introducer being
17   the arrow shape of the introducer, and that the
18   introducer has a difficulty of getting into the
19   right position and into the right location and
20   removal; that upon dislodging the introducer you
21   can or removing the introducer you can dislodge the
22   sling, which will decrease its ability to lead to
23   stress urinary incontinence.
24          The Ethisorb fleece end, Ethisorb,

Page 116

1    E-t-h-i-s-o-r-b, fleece end does not allow for
2    fixation to adequately allow, quote-unquote, tissue
3    integration, therefore increasing the chances of
4    recurrence of stress urinary incontinence.
5           The size of the introducer is large for
6    the description of the incision size, which
7    therefore leads to a dragging of either
8    periurethral or perivaginal tissue, which leads to
9    tissue disruption and also tissue damage which will
10   lead to pain and dyspareunia.
11          The depth of the incision needs to be
12   deeper so that the mesh will lay flat and be able
13   to be introduced in a way that decreases tissue
14   disruption and tissue irritation and the mesh to
15   lay flat to decrease complications.
16          The IFU does not adequately describe the
17   way to -- the incision, the depth of the incision,
18   and how to properly, quote-unquote, tension the
19   mesh, which needs to be placed, quote-unquote, with
20   more tension than the standard TVT or TVT-O.
21          There needs to be, quote-unquote,
22   pillowing of periurethral tissue between the pores
23   at the time of insertion in order to be able to get
24   the mesh in the appropriate location to treat

Page 117

1    stress urinary incontinence.
2           The TVT Secur is a more difficult sling
3    to insert, therefore needs a increased level of
4    skill than the average surgeon in order to get a
5    adequate success rate and to minimize
6    complications.
7           That is a brief summary of all the
8    opinions that are further stated in more detail in
9    my report.
10       Q.    But it's fair to say that your opinions
11   that you plan to offer are contained within this
12   supplemental report?
13       A.    Correct.
14       Q.    What are all of the complications that
15   you believe come about due to the design of TVT
16   Secur?
17       A.    As I've described in my report, the list
18   of complications include erosion, pain, urinary
19   problems, erosion that can decrease the quality of
20   life, dyspareunia, need for additional surgery,
21   need for removal surgery, urinary tract infections,
22   dysuria, de novo urgency, mesh exposure, fistula
23   formation, hematomas, abscess formation, narrowing
24   of the vaginal walls, erosion that can occur at any

Bruce Alan Rosenzweig, M.D.

| Page 118 |
|---|

1   time during the patient's life, mesh contracture
2   causing pain, complications that make it impossible
3   to have sexual intercourse beside the others that
4   I've described that are associated with the
5   polypropylene mesh in general.
6       Q.   Are there any unique complications
7   related to the TVT Secur that would not occur with
8   any of the other Ethicon TVT products?
9       A.   Are you talking about the performance of
10  the Secur, the surgical procedure versus the
11  surgical procedure or complications in general?
12      Q.   Right now I'm focused on complications.
13          MR. WALDENBERGER:  Meaning the injury
14  to the person?
15          MR. ROSENBLATT:  Yes.
16          MR. WALDENBERGER:  Do you understand
17  it that way?
18          THE WITNESS:  No.
19  BY MR. ROSENBLATT:
20      Q.   Okay.  So, when we say complications,
21  what are you referring to?
22      A.   Well, I mean, there can be complications
23  meaning adverse events to the patient and there can
24  be complications meaning difficulty with the

| Page 119 |
|---|

1   surgical procedure.
2       Q.   Okay.  I'm focused just on the patient.
3   So, in terms of complications that can occur to the
4   patient, what are the unique complications that can
5   occur with TVT Secur that are not associated with
6   any of the other TVT products?
7       A.   As I described in my report, all the
8   complications that are associated with TVT Secur
9   were known prior to the time that the Secur was
10  placed in the market.
11      Q.   And I think you answered a different
12  question.  You said that those complications were
13  known.  I'm asking what, if any, are the unique
14  complications that a patient might experience with
15  a TVT Secur that she would not experience with any
16  other Ethicon TVT product, or your answer could be
17  all the complications are the same.
18      A.   I would say all the complications are
19  the same.
20      Q.   Okay.  Are there any complications that
21  could occur to the patient that you believe happen
22  at a greater frequency or severity than any of the
23  other TVT products?
24      A.   Yes.

| Page 120 |
|---|

1       Q.   And what are those?
2       A.   Erosion, bleeding and dyspareunia.
3       Q.   Any others?
4       A.   Failure and the need to reoperate for
5   recurrent stress urinary incontinence or treatment
6   for recurrent stress urinary incontinence.
7       Q.   Are you aware of any studies showing no
8   statistical significance between the rate of
9   erosions when comparing TVT Secur to any of the
10  other TVT products?
11      A.   Am I aware that there are studies that
12  show there are no differences?
13      Q.   Yes.
14      A.   Yes.
15      Q.   How many studies are you aware of that
16  show no difference?
17      A.   The exact number I do not recall off
18  the -- sitting here today.
19      Q.   Can you recall any?
20          MR. WALDENBERGER:  Meaning the title?
21          MR. ROSENBLATT:  Yes, author, year.
22      A.   The Anders Hamer study did not show a
23  difference between vaginal erosions, if I recall,
24  but did show a much higher rate of urethral

| Page 121 |
|---|

1   erosions.
2       Q.   Any others?
3       A.   The Tommaselli study, I mean, there are
4   studies that have shown that there was a similar
5   erosion rate.
6       Q.   I will ask the same question about
7   bleeding.  Are you aware of any studies comparing
8   TVT Secur to any of the other TVT products that
9   showed no statistical significance with respect to
10  bleeding?
11      A.   Many studies did not talk about bleeding
12  specifically.
13      Q.   But are you aware of any that did talk
14  about it that determined that there was no
15  statistical significance?
16      A.   Yes.
17      Q.   Are you able to name any of those
18  studies right now?
19      A.   It's not described in the Hota study,
20  the Masta -- the Masata study and several other
21  studies.
22      Q.   Same question for dyspareunia:  Are you
23  aware of any studies comparing TVT Secur to any of
24  the other TVT products that found no statistical

31 (Pages 118 to 121)

Bruce Alan Rosenzweig, M.D.

Page 122

1  significance with respect to dyspareunia?
2      A.   Yes.
3      Q.   And can you list those studies for me?
4      A.   There are a number of studies, the exact
5  names.  There is the Tommaselli studies that didn't
6  show any difference between dyspareunia; Barber
7  study that didn't show any difference in
8  dyspareunia, just to name a couple.
9      Q.   And how do those studies affect your
10  opinion as far as TVT Secur causing more erosions,
11  bleeding and dyspareunia?
12      A.   Than the other slings that we are
13  talking about, right?
14      Q.   No.  I'm asking -- let me back up here.
15  You previously told me that TVT Secur experiences
16  more erosions, bleeding and dyspareunia.  Is it
17  your opinion that there is a statistically
18  significant increased risk of erosion, bleeding and
19  dyspareunia with TVT Secur as opposed to the other
20  TVT products?
21      A.   The Cochrane analysis that was done in
22  2014 showed that there was a adverse event profile
23  noted significantly worse and higher rate of
24  operative blood loss, mesh erosion and bladder and

Page 123

1  urethral erosion.
2      Q.   Other than the Cochrane review, what
3  else are you relying on?
4      A.   The Cochrane review, which is a
5  systematic review.
6      Q.   Anything else?
7      A.   My review of the literature.
8      Q.   How much more likely is a patient to
9  experience a mesh erosion with a TVT Secur as
10  opposed to any of the other TVT products?
11      MR. WALDENBERGER:  Objection to the
12  form.  You can answer.
13      A.   As I've stated, that there is a probably
14  10 to 15 percent risk.  According to Tommaselli's
15  systematic review, there was a 15 percent risk of
16  erosion from TVT Secur, which would be
17  approximately three times higher than the risk for
18  the other TVT products.
19      Q.   So doing basic math, it's my
20  understanding that you would consider the other TVT
21  products to have about a 5 percent mesh exposure
22  rate?
23      A.   4 to 5 percent, yes.
24      Q.   Are you aware of studies that have shown

Page 124

1  no difference in failure rate between TVT Secur and
2  any other TVT mesh?
3      A.   We have already discussed that.  That
4  would be the opposite of the success rate.  We have
5  talked about the efficacy.
6      MR. WALDENBERGER:  You can answer his
7  question more specifically.
8      A.   Yes, there are studies that look at
9  failure rate, and have shown similar failure rates.
10      Q.   And would the same be true for
11  reoperation rates?
12      A.   If it doesn't fail, you wouldn't need to
13  do a reoperation.
14      Q.   Have you seen any studies that showed no
15  statistical difference in reoperation rates between
16  TVT Secur and any other TVT mesh?
17      A.   Specifically looking at reoperation
18  rates, I don't specifically recall those studies,
19  but if you look at failure rates and then failure
20  necessitating a reoperation, then there are studies
21  that show a similar failure rate.
22      Q.   And if you turn to Page 5 of your
23  report, looking at the big paragraph there --
24      MR. WALDENBERGER:  Let me catch up

Page 125

1  with you, hold on.
2      MR. ROSENBLATT:  Sure.  Starting with
3  "It was unreasonable on Ethicon's part to
4  expect surgeons..."
5      MR. WALDENBERGER:  Yes.
6  BY MR. ROSENBLATT:
7      Q.   All of the complications that you list
8  there, is it correct that you believe all of those
9  complications should have been in the TVT Secur
10  IFU?
11      A.   Contraction, degradation, chronic pain,
12  dyspareunia, unable to treat pain, injury to the
13  partner in sexual intercourse, vaginal narrowing,
14  vaginal scarring, fibrosis, scar plate formation
15  deformation, yes.
16      Q.   Hypothetically, if all of those were
17  listed in the IFU, would you think that the
18  IFU was adequate and sufficient?
19      A.   In respect to warnings?
20      Q.   Yes.
21      A.   If all the warnings that I described in
22  my report that were not in the IFU, then I would
23  find -- and if it talked about frequency, severity,
24  treatability, permanency and described how to treat

32 (Pages 122 to 125)

Bruce Alan Rosenzweig, M.D.

Page 126

1   the complications, then yes.
2       Q.   So if I were to copy and paste this
3   paragraph that you have here and put it in the IFU,
4   that would still be inadequate in your opinion?
5       A.   It would need to describe frequency,
6   severity, treatability, permanency and a
7   description of treatment, all of the things that
8   I've described in my report that the warnings are
9   inadequate.
10      Q.   And are you able to provide me with the
11  frequency percentage for each of these
12  complications listed here that are specifically
13  related to TVT Secur?
14      A.   There are some that I can recall from
15  the literature.  I would say that the manufacturer
16  is the one that would know about the complications
17  of their product and, therefore, should be able to
18  supply doctors with the frequency, with the
19  severity, with the treatability and the permanency
20  of the device.
21      Q.   Let's walk through each one of these
22  briefly, and you just let me know if you can tell
23  me what the frequency is that you believe should be
24  in the IFU, and then we will move on to the next

Page 127

1   one.  So, we will start with mesh shrinkage and
2   contraction.  Do you have a specific frequency for
3   mesh shrinkage and contraction that occurs with TVT
4   Secur?
5       A.   Yes, all mesh slings and contracts.
6       Q.   I'm asking about specifically about TVT
7   Secur.
8       A.   All mesh including the TVT Secur shrinks
9   and contracts.
10      Q.   What percentage?
11      A.   All mesh shrinks and contracts.
12      Q.   By how much is what I'm asking for, the
13  frequency.
14      A.   Well, I will use Dr. Arnaud's rule of
15  thumb.  That has been described as a 30 percent
16  contraction rate.  It has been described as even
17  higher than that, up to a 50 percent contraction
18  rate.
19      Q.   And you as a pelvic floor surgeon would
20  want to rely on Dr. Arnaud's statement?
21      A.   Dr. Arnaud is one of the medical
22  directors of Ethicon, has significant information
23  about the performance of the product; and if he
24  feels that a 30 percent contraction rate is a -- is

Page 128

1   a rule of thumb for contraction, I would agree with
2   that.  It has been described as being higher, up to
3   50 percent, but Dr. Arnaud says the rule of thumb
4   is 30 percent contraction.
5       Q.   What level of evidence would you
6   consider Dr. Arnaud's rule of thumb?
7       A.   What level of evidence?  He is a medical
8   director at Ethicon, and he has information about
9   the literature, about the performance of his
10  products, so I would say that someone who is a
11  medical director should have a very high level of
12  evidence.
13      Q.   And what is your understanding of the
14  literature of the frequent receive mesh shrinkage
15  and contraction with TVT Secur?
16      A.   From the literature?
17      Q.   Yes.
18      A.   I have not seen a description of mesh,
19  that a randomized control trial has looked at, TVT
20  Secur at the time of placement and then following
21  it up with ultrasound over time to show the level
22  of contraction.
23      Q.   What is the frequency based on the
24  medical literature of degradation with TVT Secur?

Page 129

1       A.   All mesh degrades.
2       Q.   To what extent does the TVT Secur
3   degrade?
4       A.   Well, it depends on the time of
5   degradation.  According to PA Consulting that
6   issued a report after reviewing the literature to
7   Ethicon, they state that all mesh degrades and
8   degradation starts at implantation.
9       Q.   And your opinion isn't limited to TVT
10  Secur, but that would be all mesh?
11      A.   Correct.
12      Q.   What is the frequency based on the
13  medical literature that you would attach to chronic
14  pelvic pain for TVT Secur?
15      A.   The Anders Hamer paper showed 13 percent
16  chronic pelvic pain or pain associated with the TVT
17  Secur.
18      Q.   Is that the highest percent you have
19  seen for chronic pelvic pain?
20      A.   In the meta-analysis by -- and I'm
21  blocking the name right now -- Muretti -- no.
22  Masati -- we've discussed it at the other
23  depositions -- shows that it is as high as 15
24  percent.

Bruce Alan Rosenzweig, M.D.

Page 130

1    Q.   In TVT Secur?
2    A.   In midurethral slings.
3    Q.   We are just talking about TVT Secur.
4    A.   I would add TVT Secur in that, Masati.
5    Q.   So when you are describing the frequency
6    that should be in the IFU, you think the highest
7    purported frequency in the medical literature
8    should be the number that's attached to the
9    complication?
10   A.   I think that would be very important for
11   doctors to be able to tell their patients what the
12   worst-case scenario would be.
13   Q.   And so these figures that you are
14   providing for me, would it be fair to say that they
15   are worst-case scenario?
16   A.   There are some.  There are some that
17   would be averages.
18   Q.   Okay.  So we will move to dyspareunia.
19   What is the frequency percentage that you would
20   attach to dyspareunia for TVT Secur?
21   A.   We have already discussed that.
22   Q.   You said 8 to 10 percent?
23   A.   Correct.
24   Q.   What about for untreatable and permanent

Page 131

1    pain?
2    A.   If you look at the literature for
3    patients that have been treated for pain, the
4    untreatability for pain is anywhere from 20 to 40
5    percent, so patients --
6    Q.   For the TVT Secur?
7    A.   For midurethral slings.
8    Q.   Okay.  I'm just talking about TVT Secur.
9    A.   And I would add TVT Secur into that.
10   Q.   So 20 to 40 percent?
11   A.   Of patients that have chronic pain, the
12   inability and the permanency of the treatment.
13   Q.   What is the frequency that you would
14   attach to partner penile injury with intercourse
15   related to the TVT Secur?
16   A.   I don't know if there is a number that
17   has been placed in the literature.  That should be
18   a number that the manufacturer should have from
19   complaints that they have been given.
20   Q.   Have you reviewed those documents?
21   A.   No, I have not.
22   Q.   And what is the percentage of vaginal
23   scarring that you would attach to the TVT Secur?
24   A.   Again, I have not seen that number

Page 132

1    described in the literature, but that should be
2    information that the manufacturer has.
3    Q.   What about narrowing?
4    A.   Same answer.
5    Q.   Shortening?
6    A.   Same answer.
7    Q.   Fibrosis?
8    A.   Same answer.
9    Q.   Scar plate formation?
10   A.   All mesh causes scar plate formation.
11   Q.   Deformation?
12   A.   Deformation, that is information that
13   the manufacturer should have.
14   Q.   The safety and effectiveness of the TVT
15   Secur has not been evaluated in either long-term
16   clinical studies or randomized controlled trials?
17   A.   Long-term, yes.
18   Q.   And you describe long-term as --
19   A.   Five to ten years.
20   Q.   Are you aware of any five-year studies
21   evaluating the TVT Secur?
22   A.   I think there was one Tommaselli study
23   that was a five-year study.
24   Q.   Are you aware of any others?

Page 133

1    A.   I think there was one or two others.
2    Q.   So does that statement still stand?
3    A.   Those were not randomized control
4    trials, if I remember correctly.
5    Q.   So, your testimony is that you are not
6    aware of any randomized controlled trials that have
7    followup that goes out to five years?
8    A.   Not that I specifically recall.
9    Q.   But if you were aware of such a study,
10   that would be an important study to add to your
11   reliance list, correct?
12   A.   Yes.
13   Q.   The necessity of multiple surgeries to
14   remove mesh; what is the frequency of mesh removal
15   for TVT Secur?
16   A.   That would be based on the complications
17   of pain, erosion, dyspareunia.  So, if you look at
18   the treatment algorithm, approximately 50 percent
19   of erosions are going to require surgical
20   management.  I would say that would be in the same
21   ballpark for the other complications of pain and
22   dyspareunia.
23   Q.   I'm going to jump back to something.  I
24   think I've cleaned it up enough for you.

34 (Pages 130 to 133)

Bruce Alan Rosenzweig, M.D.

Page 134

1      MR. WALDENBERGER:  I didn't like the
2   sound of that, Paul, I'm just going to tell
3   you.  We were doing well for such a long time.
4   Don't make me regret it.  Go for it.
5   BY MR. ROSENBLATT:
6      Q.   Do you agree that it would be preferable
7   to have less mesh instead of more mesh?
8      A.   Preferable --
9      MR. WALDENBERGER:  Hold on a second.
10   Object to the form, asked and answered.  The
11   only thing different is you are using the word
12   "preferable" as opposed to "safer" or "more
13   beneficial."  With that being said, I will
14   allow him to answer the question yet one more
15   time.  Go for it.
16      A.   Preferable for the areas where the mesh
17   is not.
18      Q.   And if you had to choose,
19   hypothetically, with all things remaining equal,
20   and we are talking complications, efficacy, will
21   you agree that it would be preferable to have a
22   sling with less mesh as opposed to more mesh?
23      MR. WALDENBERGER:  Objection, asked
24   and answered.  You can answer again.

Page 135

1      A.   Preferable for where the sling is not.
2      Q.   I now want to turn to Page 16 of the
3   report and towards the bottom of the first
4   paragraph you say, "In 2011, Dr. Neuman published
5   his findings that the TVT caused significantly more
6   dyspareunia than the TVT-O due to the
7   stiffness/rigidity of the mesh."
8          Did I read that correctly?
9      A.   Correct.
10      Q.   And that would be the paper by Neuman
11   titled "Transobturator vs. Single-Incision
12   Suburethral Mini-Slings with 3-Year Followup?
13      A.   Correct.
14          (Rosenzweig Exhibits 7 through 13
15           were marked for identification as
16           of 2/4/16.)
17   BY MR. ROSENBLATT:
18      Q.   I have gone ahead and premarked a number
19   of exhibits here.  I will go ahead and hand them to
20   you all at once.  These will be Exhibits 7 through
21   13.
22      MR. WALDENBERGER:  Great.  Thank you.
23   You brought a lot of paper with you.
24      MR. ROSENBLATT:  I left half of it

Page 136

1   behind.
2   BY MR. ROSENBLATT:
3      Q.   Okay.  Do you recognize what I have
4   handed you as Exhibit 7?
5      A.   Yes.
6      Q.   This would be the Neuman paper that you
7   cited for the proposition that TVT Secur causes
8   more dyspareunia than TVT-O?
9      A.   Yes.
10      Q.   You would agree with me TVT Secur caused
11   significantly lower vaginal and thigh pain than
12   TVT-O, correct?
13      A.   Yes.
14      Q.   And you would agree that it would be
15   preferable to have less postoperative vaginal and
16   thigh pain?
17      MR. WALDENBERGER:  Objection to the
18   form.  You can answer.
19      A.   Based on the results of this study.
20      Q.   Yes?
21      A.   Based on the results of this study.
22      Q.   And you find this study to be
23   reliable --
24      A.   Yes.

Page 137

1      Q.   -- and authoritative?
2      A.   Yes.
3      Q.   And this is the type of study that
4   surgeons in your field would review on a regular
5   basis?
6      A.   Yes.
7      Q.   Is this the type of information that you
8   would use to help counsel patients about either the
9   TVT-O or the TVT Secur?
10      A.   I would not counsel patients on the
11   TVT-O or the TVT Secur.
12      Q.   This is the type of paper that surgeons
13   in your field would use to help them counsel
14   patients about the risks and benefits of TVT-O and
15   TVT Secur?
16      MR. WALDENBERGER:  Objection to form.
17   You can answer.
18      A.   Doctors would not be counseling patients
19   on TVT Secur currently.
20      Q.   When this was published in 2011?
21      A.   Correct.
22      Q.   And if you look at the conclusion on the
23   first page, it says, "Both the procedures were
24   effective with few adverse events."  Did I read

35 (Pages 134 to 137)

Bruce Alan Rosenzweig, M.D.

Page 138

1   that correctly?
2       A.   That's what the paper states.
3       Q.   And do you disagree with that
4   conclusion?
5       A.   They showed a 31 percent vaginal pain,
6   31 percent thigh pain for the TVT-O group and an 8
7   percent dyspareunia. I would disagree with the few
8   adverse events.
9       Q.   And you disagree with the conclusion
10  that both procedures were effective and had few
11  adverse events because of the high rate of vaginal
12  and thigh pain observed in the TVT-O group?
13      A.   And the 8 percent dyspareunia in the TVT
14  group -- I mean, TVT Secur group.
15      Q.   But you would agree that these authors
16  determined or at least concluded that there were a
17  few adverse effects?
18      A.   That's what they state.
19      Q.   If you turn to the second page, on the
20  first paragraph in the top left towards the end it
21  says, "The TVT Secur procedure is regarded by many,
22  although not by all, as effective with little
23  postoperative pain."
24          Is that a statement that you agree with?

Page 139

1       A.   It is a statement that these authors
2   make.
3           MR. WALDENBERGER:  Where was that
4   statement again? I'm sorry. Thank you.
5   BY MR. ROSENBLATT:
6       Q.   And I understand that the authors made
7   that statement. That's why I just read it. My
8   followup question was do you agree or disagree with
9   that statement.
10      A.   I would disagree that it is regarded by
11  many as effective.
12      Q.   When they say regarded by many, they
13  listed references 11 through 14 there, correct?
14      A.   Correct.
15      Q.   And those would be studies that you
16  would have reviewed, correct?
17      A.   Correct.
18      Q.   Now I want to turn to the next page.
19  I'm going to be in the middle of the paragraph here
20  starting with "significant."
21          "Significant vaginal and thigh pain with
22  VAS score higher than three occurred more
23  frequently with TVT-O, 32 percent versus 1 percent,
24  than with the TVT Secur procedure, 32 percent

Page 140

1   versus zero percent prospectively. Thigh pain was
2   transient and lasted no longer than two weeks."
3           Do you agree that there was a
4   statistically significant difference in the thigh
5   and vaginal pain seen in this study?
6       A.   That's what the authors found.
7       Q.   And on the right side of the page it
8   says cure rate was 86.9 percent for the TVT-O group
9   and 90.9 percent for the TVT Secur group. Do you
10  see that?
11      A.   Yes.
12      Q.   So at least in this study, which is an
13  RCT following patients at three years, these
14  authors concluded that the cure rate for TVT Secur
15  was 90.9 percent; is that correct?
16      A.   This is not an RCT. The study was an
17  open, prospective, non-randomized, two-arm trial,
18  Page 770 under "Methods."
19      Q.   But you would agree in this two-armed
20  comparative prospective study comparing the TVT-O
21  to the TVT Secur, that these authors found at three
22  years the cure rate for TVT Secur was 90.9 percent?
23      A.   That's what they described.
24      Q.   You found this paper to be reliable?

Page 141

1       A.   Yes.
2       Q.   And this paper you cited again for the
3   proposition that dyspareunia was higher in the TVT
4   Secur group than in the TVT-O group, right?
5       A.   That dyspareunia was higher in the TVT
6   secured group, yes, 8 percent versus zero percent.
7       Q.   And as you just pointed out, this was
8   not a randomized controlled trial, correct?
9       A.   Correct.
10      Q.   And if you look over at Table 4 on Page
11  772, if you look towards the bottom there, it says
12  postoperative dyspareunia, zero for TVT-O and five
13  patients or 7.9 percent for TVT Secur, correct?
14      A.   Correct.
15      Q.   And so one thing that's important when
16  considering, for example, dyspareunia rates is the
17  total number of patients, correct?
18      A.   Correct.
19      Q.   And at least in this study, this
20  comparative, prospective, non-RCT study, there were
21  five patients who had dyspareunia, correct?
22      A.   Correct, but we do not know the number
23  of patients that were sexually active.
24      Q.   And if you look at Table 3, towards the

36 (Pages 138 to 141)

Bruce Alan Rosenzweig, M.D.

Page 142

1    bottom left it says, "Vaginal mesh protrusion.
2    TVT-O, 1 patient or 1.4 percent, and TVT Secur,
3    zero, correct?
4        A.   Correct.
5        Q.   How do you explain the zero percent mesh
6    protrusion rate for TVT Secur in this study?
7            MR. WALDENBERGER:  Objection to the
8    form.  You can answer.
9        A.   As I described in my report, Dr. Neuman
10   early on described a larger incision and a deeper
11   dissection that would avoid mucosal plication which
12   might lead to vaginal wall penetration.
13       Q.   So it would be fair to say that one of
14   the contributing factors of a mesh erosion or
15   exposure is surgical technique?
16       A.   For the TVT Secur, yes.
17       Q.   Would that be different for the other
18   TVT products?
19       A.   It is specific for the TVT Secur, yes.
20       Q.   So, as I understand your opinion,
21   surgical technique can have -- strike that.
22           As I understand your opinion, surgical
23   technique could potentially be a factor in
24   contributing to mesh exposures with TVT Secur?

Page 143

1        A.   Yes, because of what I described in my
2    report.
3        Q.   But that same logic would not carry over
4    to the other TVT products?
5        A.   Because the TVT Secur device, the -- you
6    can't really even call them trocars.  The arrow tip
7    of the introducer are different from the other TVT
8    devices.
9        Q.   Is a zero percent --
10       A.   It is, as described by Dr. Robinson, a
11   sling unto itself.
12       Q.   Would you consider a zero percent mesh
13   protrusion rate an acceptable rate?
14       A.   Zero is an acceptable number.
15       Q.   Would you consider a 2 percent mesh
16   exposure rate to be acceptable?
17       A.   I would find it very difficult to state
18   what would be an acceptable rate over zero.
19       Q.   And that's you, Dr. Rosenzweig?
20       A.   Correct.
21       Q.   So, you are not speaking for what other
22   surgeons might find to be acceptable or not
23   acceptable with respect to the frequency of mesh
24   exposures?

Page 144

1        A.   I'm speaking for what I would find
2    unacceptable, yes.
3        Q.   And going back to the Neuman study, on
4    the right side of Page 772 it says, "Common
5    complications of former retropubic operations for
6    treatment of SUI such as pelvic and abdominal organ
7    injury and bladder penetration are rare with the
8    use of TVT-O and TVT Secur because the tape
9    introducers do not cross the retropubic area."
10           Did I read that correctly?
11       A.   Yes.
12       Q.   Did you agree with that?
13       A.   The tape does not cross the retropubic
14   area with the TVT obturator.  The TVT Secur is
15   placed in a "U" fashion and is placed past the
16   urogenital diaphragm.  It would enter the
17   retropubic space.
18       Q.   Do you agree with these authors that
19   pelvic and abdominal organ injury and bladder
20   penetration are rare with TVT Secur?
21       A.   In my report, according to the Cochrane
22   analysis done in 2014, adverse event profile is
23   noted to be significantly worse, consisting of a
24   higher rate of operative blood loss, mesh exposure

Page 145

1    and bladder and urethral erosion.
2        Q.   So, you disagree with these authors,
3    correct?
4        A.   I'm describing what the Cochrane
5    analysis stated, that there is an increased risk of
6    bladder and urethral erosion.
7        Q.   But you didn't cite the Cochrane
8    analysis for the difference between dyspareunia
9    rates for TVT Secur versus TVT-O, did you?
10       A.   In my report, no.
11       Q.   And if you look at the last paragraph on
12   Page 772, it says "Operative time, the need for
13   concomitant colporrhaphy and early and late
14   postoperative complications were similar in the two
15   study groups."
16           Do you see that?
17       A.   Yes.
18       Q.   Do you agree or disagree with these
19   authors' findings in this study?
20       A.   The operative time was similar.  The
21   need for a colporrhaphy just shows that the groups
22   had a similar amount of prolapse.
23       Q.   But when they say late postoperative
24   complications were similar between TVT-O and TVT

37 (Pages 142 to 145)

Bruce Alan Rosenzweig, M.D.

Page 146

1  Secur, do you agree or disagree with that
2  statement?
3      A.   Well, what they do is they describe that
4  there was less early postoperative vaginal pain and
5  early thigh pain.  However, the dyspareunia, which
6  would be somewhat later in occurrence because there
7  is a certain period of time where you are going to
8  have the patient abstain from vaginal intercourse,
9  that would be a later occurrence.
10         They also describe that patients that
11  had dyspareunia more often needed a surgical repair
12  for their dyspareunia.  So, I would say that there
13  would be more of a later complication associated
14  with the TVT Secur.
15      Q.   So, as I understand your testimony, you
16  wouldn't consider the postoperative vaginal and
17  groin pain seen in the TVT-O group as being a late
18  or long-term complication, correct?
19      A.   Well, I think you've read earlier that
20  that resolved within the first two weeks.
21      Q.   And do you share that same
22  understanding?
23      A.   From this study?
24      Q.   Just in general.  Would you consider

Page 147

1  that would be accurate?
2      A.   They are describing their data.  Now, we
3  do know from other studies, including the Petri
4  study, that for midurethral slings the majority of
5  complications showed up after one year.  Only 20
6  percent of midurethral sling complications show up
7  within the first year, 60 percent show up within
8  years 1 to 3.
9      Q.   And this was a three-year study?
10      A.   Correct.
11      Q.   So, there are some complication rates
12  that are reported in this three-year study that you
13  agree with and there are some that you disagree
14  with as far as being representative of average
15  complications?
16      A.   I would disagree that their zero -- zero
17  percent erosion rate is representative of average
18  complications.
19      Q.   You can put that aside.  Pull up
20  Exhibit 8, which is the Hota 2012 study.  And
21  that's H-o-t-a.
22      A.   Yes.
23      Q.   And Doctor, I believe you cited the Hota
24  study for the proposition of TVT Secur having

Page 148

1  inferior cure rates compared to TVT and TVT-O.  Is
2  that accurate.
3      A.   Yes.
4      Q.   And you also mentioned earlier that this
5  was the study that showed a 19 percent mesh
6  exposure with TVT Secur, correct?
7      A.   Yes.
8      Q.   And that you were not aware as you sit
9  here today of a study showing a higher rate of mesh
10  exposure with TVT Secur other than this study,
11  correct?
12      A.   Not that I specifically recall.
13      Q.   And if you look towards the bottom of
14  the first page, it says, "Financial support for
15  this study was obtained from Ethicon Women's Health
16  and Urology, a Division of Ethicon, Inc., a Johnson
17  & Johnson company, as an investigator-initiated
18  study."
19         Do you see that?
20      A.   Correct.
21      Q.   And would you agree although there is a
22  potential for bias because of the financial
23  support, that does not mean that the study is
24  biased?

Page 149

1      A.   Correct.
2      Q.   And how did you go about discounting any
3  type of potential bias based on this financial
4  support when you were using this data to cite in
5  your expert report?
6      A.   Again, I looked at the methods.  They
7  received institutional review board approval.  They
8  did a non-blinded randomized trial.  They did a
9  adequate power analysis to determine what the
10  sample size that they would need.  They did an
11  equivalent randomization.  They described their
12  methodology.  They used multiple questionnaires to
13  look at patient symptomatology, so that I found
14  that the methodology used was very -- was
15  exceptional in the study.
16      Q.   So in addition to the methodology being
17  exceptional in this study, you would consider this
18  study authoritative --
19      A.   Yes.
20      Q.   -- and reliable?
21      A.   Yes.
22      Q.   And surgeons in the field would rely on
23  such studies?
24      A.   Yes.

38 (Pages 146 to 149)

Bruce Alan Rosenzweig, M.D.

Page 150

1    Q.   And this was published in the Female
2  Pelvic Medicine and Reconstructive Surgery Journal?
3    A.   Correct.
4    Q.   Am I correct that you are still not
5  FPMRS certified?
6    A.   Correct.
7    Q.   You have no intention of sitting for
8  that certification?
9    A.   Correct.
10    Q.   Do you believe that there is a benefit
11  for surgeons to obtain Female Pelvic Medicine
12  Reconstructive Surgery certification?
13    A.   Someone that is currently in fellowship,
14  yes, because there are much more -- it's a much
15  more rigorous approval process.  So, you have to do
16  a fellowship, you have to do a written exam, you
17  have to do a thesis, you have to take a
18  subspecialty oral exam.  So, it is a much more
19  rigorous certification process than what was
20  available from 2012 to 2015 for the, quote-unquote,
21  senior circuit.  They just need to take a written
22  exam.
23    Q.   And you have not taken any exam to
24  become certified, correct?

Page 151

1    A.   Correct.
2    Q.   Now, looking at this study, towards the
3  bottom of the results section it says both TVT-S --
4  which would be TVT Secur, correct?
5    A.   Yes.
6    Q.   So, both TVT-S and TVT-O resulted in
7  improved quality of life and symptoms at 12 weeks.
8  Did I read that correctly?
9    A.   Yes.
10    Q.   There was no difference between the
11  groups for PFDI-20 or PFIQ-7.  A similar pattern
12  was seen at one year.
13      Did I read that correctly?
14    A.   Yes.
15    Q.   And again, you said that you were
16  impressed with the methodology of this study?
17    A.   Yes.
18    Q.   And so what this study showed is at one
19  year, when comparing TVT-O to TVT Secur, that there
20  was no statistically significant difference in the
21  quality of life between the two, correct?
22    A.   No.  There was no difference in the
23  change in the quality of life or the difference in
24  the surveys between the two.

Page 152

1    Q.   But you would agree that both TVT Secur
2  and TVT-O resulted in improved quality of life in
3  symptoms for these patients?
4    A.   Based on the symptom questionnaires that
5  were done.
6    Q.   And those are validated and reliable
7  questionnaires?
8    A.   Those are validated and reliable
9  questionnaires.  I would suggest that someone that
10  had a -- that they found a 19 percent erosion rate
11  and a 19 percent subsequent reoperation rate and a
12  50 percent objective stress incontinence rate or,
13  excuse me, 55 percent objective stress incontinence
14  rate would state that there probably would be a
15  lower degree of improvement of quality of life for
16  the TVT Secur.
17    Q.   Now I'm over on the right-hand column
18  starting with "midurethral."  "Midurethral
19  tension-free slings are minimally invasive
20  procedures that have been shown to have high
21  success rates and low overall complication rates."
22      Did I read that correctly?
23    A.   And you are on which page now?
24    Q.   First page.

Page 153

1      MR. WALDENBERGER:  Second paragraph.
2  What was the sentence again?
3      MR. ROSENBLATT:  First sentence.
4      MR. WALDENBERGER:  Got it.
5    A.   That's what they state.
6    Q.   And do you agree or disagree with that
7  statement?
8    A.   Minimally invasive -- excuse me.
9  "Midurethral tension-free slings are minimally
10  invasive procedures that have a high success rate
11  and how complication rate"?
12    Q.   Yes.
13    A.   I disagree with that, yes.
14    Q.   And towards the bottom starting with "In
15  an attempt," it states, "In an attempt to further
16  minimize postoperative complications and reduce the
17  need for anesthesia, single-incision slings have
18  been developed such as TVT Secur."  Correct?  Did I
19  read that correctly?
20    A.   Yes, you did.
21    Q.   You would agree that that is a noble
22  thing for surgeons and manufacturers to try to
23  achieve?
24    A.   They state in an attempt, in an attempt

39 (Pages 150 to 153)

Bruce Alan Rosenzweig, M.D.

Page 154

1  to minimize postoperative complications and reduce
2  the need for anesthesia.  That's what the attempt
3  was.
4      Q.   But that would be a good thing, correct?
5      A.   To try to attempt that?
6      Q.   I'm asking you.
7          MR. WALDENBERGER:  I guess he is not
8  understanding your question, if I'm
9  understanding what you are asking him.
10     A.   Again, I'm not understanding the
11 question.
12         MR. WALDENBERGER:  Restate it.
13         MR. ROSENBLATT:  I will strike that.
14 BY MR. ROSENBLATT:
15     Q.   "Limited data are available with regard
16 to this approach that mirrors the transobturator
17 sling that requires less dissection, uses a smaller
18 amount of mesh and has no exit sites for the mesh.
19 Early studies indicate a range of objective cure
20 rates from 70.3 percent to 87.5 percent."
21         Did I read that correctly?
22     A.   Yes, you did.
23     Q.   And do you disagree with those findings?
24     A.   Well, we know from my report that the

Page 155

1  incision size needed to be larger, the depth of
2  dissection needed to be increased in order to
3  attempt to minimize blood loss, minimize erosions
4  and minimize operative complications.
5      Q.   And if you turn to the bottom right-hand
6  page, it says Page 43, I'm looking at Table 3, it
7  says, pain on postoperative day 7, TVT Secur, zero;
8  TVT-O, one.  Do you see that?
9      A.   Yes.
10     Q.   And that was statistically significant?
11     A.   Yes.
12     Q.   And you agree there are some patients
13 who would prefer to have less postoperative pain
14 after a surgical procedure for stress urinary
15 incontinence?
16         MR. WALDENBERGER:  Objection to form.
17 You can answer.
18     A.   Yes.
19     Q.   And then if we go down, length of
20 catheterization for TVT Secur, zero, and for TVT-O,
21 zero.  And you agree that it's a benefit for some
22 patients to not have to leave the operation with
23 the catheter, correct?
24     A.   Correct.

Page 156

1      Q.   And then it says mesh exposure, 8
2  patients" -- strike that.
3          It says mesh exposure, 8 patients or
4  19.1 percent for TVT Secur and zero patients or
5  zero percent for TVT-O, correct?
6      A.   Correct.
7      Q.   What is your explanation for the zero
8  percent mesh exposure for TVT-O?
9      A.   In the one-year followup there were no
10 patients that presented with an exposure with the
11 TVT obturator.
12     Q.   Based on the study are you able to
13 determine why zero patients experienced a mesh
14 exposure in the TVT-O group?
15         MR. WALDENBERGER:  Objection to the
16 form.  You can answer.
17         MR. ROSENBLATT:  I hope this pause
18 isn't cutting into my time.
19         MR. WALDENBERGER:  I'm not tracking
20 the pause, but I won't hold it against you.
21     A.   The authors theorize that the increase
22 in the incidence of mesh exposure in the TVT Secur
23 group is due to the sharp edges of the TVT Secur
24 introducer potentially creating more trauma to the

Page 157

1  vaginal epithelium and results in a higher erosion
2  rate.
3      Q.   Did I hear you correctly that they say
4  theorize?
5      A.   Correct.
6      Q.   And so what that means is that they
7  don't know that they are essentially guessing?
8          MR. WALDENBERGER:  Objection to the
9  form.  You can answer.
10     A.   No.  But they noted that there are
11 sharper edges for the TVT Secur.  We know that
12 sharper edges will cause more tissue drag as
13 described in my report and lead to more damage to
14 the vaginal tissue, increasing the risk of
15 exposure.
16     Q.   What clinical studies are you basing
17 that on?
18     A.   What clinical studies?
19     Q.   What clinical studies support what you
20 just mentioned?
21     A.   Well, this clinical study is one of
22 them.
23     Q.   And in this clinical study these authors
24 said that they were theorizing that the sharper

40 (Pages 154 to 157)

Bruce Alan Rosenzweig, M.D.

Page 158

1 edges could potentially create more trauma,
2 correct?
3     A.   Well, they document the sharp edges.
4     Q.   Right, but the answer to my question is
5 they theorize that it could potentially create more
6 trauma, correct?
7           MR. WALDENBERGER:  Objection, asked
8 and answered.  You can answer it again, if you
9 understand what he is asking you.
10    A.   They do say they theorize.  They do say
11 they theorize, they do state we theorize and
12 potentially create more trauma, but they do
13 document the sharp edges.
14    Q.   Thank you, Doctor.  So, as I understand
15 it, in this study these authors suggest a theory to
16 explain the 19 percent or the 5 patients who had a
17 mesh exposure in this study, but my original
18 question to you was --
19    A.   There were eight patients.
20    Q.   Eight patients.  I'm sorry.  Thank you
21 for correcting me.  But my question was, how do you
22 explain the zero percent mesh exposure for the
23 TVT-O group?
24           MR. WALDENBERGER:  Objection, asked

Page 159

1 and answered.  You can answer it again.
2           And Paul, are you asking him for his
3 interpretation or you are asking him to point
4 out in the article to you what their basis for
5 zero was?
6           MR. ROSENBLATT:  I'm just asking as a
7 surgeon who uses this study as support for his
8 opinions how he explains the zero percent mesh
9 exposure for TVT-O, and I understand his
10 rationale for why the 19 percent might be
11 there for TVT Secur, but now I'm asking about
12 the TVT-O.
13           MR. WALDENBERGER:  You can answer.
14    A.   That is not discussed this in report.
15    Q.   Do you have an opinion one way or the
16 other as to how these authors were able to obtain a
17 zero percent mesh exposure rate for TVT-O in this
18 study?
19    A.   Not how these authors specifically were
20 able to obtain a zero percent erosion rate.
21    Q.   And if you were to rank levels of
22 evidence using the scientific method, how would you
23 rank hypothesis, theory, testing and conclusion?
24    A.   Well, you start with the hypothesis, you

Page 160

1 test it and then you draw a conclusion.
2     Q.   Would you agree that theory would need
3 to be subsequently proven in randomized controlled
4 trials?
5     A.   Well, this is a randomized control
6 trial, and they felt that the sharp edges
7 associated with the Secur was what they attributed
8 their high erosion rate to.
9     Q.   But are you aware if they followed up
10 with additional testing to confirm that hypothesis
11 or theory?
12    A.   Not that I'm aware of.
13    Q.   And they attribute the laser-cut edge of
14 the TVT Secur to the higher exposure rate, but how
15 do you explain the lack of dyspareunia or
16 postoperative pain in the TVT Secur group?
17    A.   Dyspareunia is not described in this
18 report.  They describe their findings from the
19 cumulative results of the quality of life
20 questionnaires that were performed.
21    Q.   And these authors indicate towards the
22 bottom of Page 43, "The lower overall success of
23 TVT Secur could be attributed to the difficulty
24 that sometimes was encountered in the detachment of

Page 161

1 the introducer from the sling.  During the
2 introducer removal process, the original tensioning
3 may have been compromised as the introducer was
4 moved back and forth in an attempt to release the
5 sling from the introducer."
6           Did I read that correctly?
7     A.   Yes.
8     Q.   So, is it your understanding that you
9 would attribute the failure rate in this study to
10 surgeon technique?
11           MR. WALDENBERGER:  That he would
12 attribute to it?
13           MR. ROSENBLATT:  Yeah, from reviewing
14 this study.
15           MR. WALDENBERGER:  He is asking your
16 opinion.
17    A.   Right.  No, I deal with that in my
18 report.  That is a design defect of the TVT Secur,
19 difficulty in removing, releasing the Ethisorb
20 fleece end and detaching and removing the
21 introducer.
22    Q.   But you are aware of some surgeons not
23 having that difficulty, correct?
24    A.   Correct.

41 (Pages 158 to 161)

Bruce Alan Rosenzweig, M.D.

Page 162

1    Q.   And so this study attributes the lower
2  success rate to surgical technique, correct?
3    A.   No.  They attribute it to the design
4  defect of the TVT Secur as I describe it in my
5  report.
6    Q.   Turn to Page 44.  In the right column
7  it says, "Minimally invasive midurethral slings
8  have become the primary choice of many surgeons in
9  the treatment of SUI given their high long-term
10  success rates when compared with traditional
11  pubovaginal slings and Burch colposuspension."
12       Did I read that correctly?
13    A.   You read that correctly.
14    Q.   Do you disagree with the statement that
15  the authors made there?
16       MR. WALDENBERGER:  There is a few
17    statements there.  Do you have one in
18    particular?
19       MR. ROSENBLATT:  Sure.  Let's break it
20    down.
21  BY MR. ROSENBLATT:
22    Q.   Do you agree or disagree with the
23  authors when they state that minimally invasive
24  midurethral slings have become the primary choice

Page 163

1  of many surgeons in the treatment of SUI?
2    A.   That's what they state.
3    Q.   I'm asking do you agree or disagree with
4  those -- with that statement?
5    A.   I think we have discussed that in
6  numerous depositions.
7    Q.   Do you disagree with that statement?
8    A.   I think we've discussed that the -- you
9  know, the number of surgeons that are using
10  midurethral slings in previous depositions.
11    Q.   Would you agree that there were a
12  significant number of surgeons who were using
13  single-incision slings such as TVT Secur?
14       MR. WALDENBERGER:  Objection to the
15    form, that "significant" is a vague term.  You
16    can answer, if you can answer.
17    A.   There are surgeons that use
18  single-incision slings to treat stress urinary
19  incontinence.
20    Q.   And that's true today, correct?
21    A.   There are surgeons that are using
22  single-incision slings under study protocols
23  because there is a 522 order to show safety and
24  efficacy of single-incision slings.

Page 164

1    Q.   I want to turn to Exhibit 9, which is
2  the Cornu study, and I believe you cited this study
3  for the proposition in your report that TVT Secur
4  does not seem to be an appropriate option for
5  first-line management of SUI in women?
6    A.   That's what the authors state.
7  Therefore, TVT Secur does not seem to be
8  appropriate for SUI first-line management in women.
9    Q.   And was this study a randomized
10  controlled trial?
11    A.   No.
12    Q.   Was this study a long-term study?
13    A.   The mean followup was 30 months or
14  almost three years.
15    Q.   And you would agree that in a number of
16  studies for the Burch colposuspension and the
17  autologous fascial sling the authors combined their
18  cure rates with their improved rates to come to an
19  overall objective cure rate, correct?
20    A.   Yes.  And to go back to your previous
21  question, midurethral slings, Burch, in the
22  prospective randomized long-term trials, there was
23  no difference -- in the three 5-year studies there
24  was no difference in cure rate between Burch and

Page 165

1  midurethral slings.
2    Q.   I'm going to try not to re-cover too
3  much old ground, so I will keep my lips shut on
4  that one.
5    A.   You had asked that question previously,
6  and I just wanted to be responsive.
7    Q.   And if you look at this study, they
8  showed that 18 patients or 40 percent were cured
9  while 8 patients or 18 percent were improved,
10  correct?
11    A.   Correct.
12    Q.   And so if you add those together, that's
13  a 68 percent cured/improved rate?
14    A.   58 percent.
15    Q.   I'm sorry.  58 percent?
16    A.   Yes.
17    Q.   Now if you would turn to the next page,
18  Page 158.  First of all, Doctor, would you agree
19  that this study is authoritative and reliable?
20    A.   Yes.
21    Q.   And surgeons in your field would rely on
22  such studies?
23    A.   Yes.
24    Q.   Now, at the paragraph starting with "SUI

42 (Pages 162 to 165)

Bruce Alan Rosenzweig, M.D.

Page 166

1  management," the second paragraph down, "Placement
2  of a suburethral sling is the gold standard for the
3  management of SUI associated with urethral
4  hypermobility.  TVT and transobturator tape (TOT)
5  are widely used in this indication with a high
6  success rate and few complications."
7       Did I read that correctly?
8    A.  Yes.
9    Q.  Do you disagree with the author's
10 statement there that suburethral slings are the
11 gold standard?
12   A.  Yes.
13   Q.  What do you consider to be the current
14 gold standard for the treatment of stress urinary
15 incontinence --
16   A.  There have been a number of --
17   Q.  -- the surgical treatment of stress
18 urinary incontinence?
19   A.  There have been a number of articles
20 that have been written about the term "the gold
21 standard" and the lack of meaning that that term
22 has.
23   Q.  Doctor, would you consider --
24       MR. WALDENBERGER:  Hold on a second.

Page 167

1       Were you done answering?
2       THE WITNESS:  Yes.
3       MR. WALDENBERGER:  Okay.
4  BY MR. ROSENBLATT:
5    Q.  So, Doctor, you would not use the term
6  "gold standard" to describe the Burch
7  colposuspension, correct?
8    A.  I would not use "gold standard" to
9  describe any procedure.
10   Q.  Especially not the Burch
11 colposuspension?
12       MR. WALDENBERGER:  Objection to the
13 form.  He answered that with his previous
14 answer.  So, you can answer it again.
15   A.  Well, that is the procedure that I
16 perform for my patients with primary stress urinary
17 incontinence.
18   Q.  Doctor, how many Burch procedures have
19 you performed in 2016?
20   A.  Four.
21   Q.  And if you look at Page 159 --
22       MR. CAMPBELL:  I will step out.
23       (Mr. Campbell left the deposition
24       room.)

Page 168

1  BY MR. ROSENBLATT:
2    Q.  -- under "Discussion," at the bottom of
3  that first paragraph it says, "TVT Secur minimizes
4  operative dissection and risk of injury of
5  periurethral elements in pelvic organs as well as
6  the risk of nerve or adductor muscle damage."
7       Did I read that correctly?
8    A.  Yes, you read that correctly.
9    Q.  And do you agree with that statement the
10 authors made?
11   A.  As I describe in my report, the incision
12 site needs to be at least two centimeters with a
13 deep dissection in order to avoid dragging of
14 periurethral and perivaginal tissue to decrease the
15 risk of erosion.
16       There is the Anders Hamer paper and also
17 the Cochrane analysis that shows a higher risk of
18 urethral and bladder erosion associated with the
19 TVT Secur which are periurethral elements and
20 pelvic damage.  I would agree that the TVT Secur
21 does not go into the adductor muscles.
22   Q.  Doctor, the last paragraph on this page
23 says, "Data analysis shows two different patterns
24 of failure.  The first is a primary failure,

Page 169

1  diagnosed at the first postoperative visit (13
2  percent of our cases).  This kind of event is
3  well-known by all practitioners in the field of
4  sling surgery and is usually related to the
5  technical failure (sling misplacement), failure of
6  the device itself, bad patient selection, learning
7  curve."
8       Did I read that correctly?
9    A.  Yes.
10   Q.  Do you agree with the authors that
11 failure of a sling procedure is well-known by all
12 practitioners --
13       MR. WALDENBERGER:  Objection to form,
14 I'm sorry.
15   Q.  -- in your field?
16       MR. WALDENBERGER:  Objection to form.
17   A.  Yes.
18   Q.  Then it goes on to say, "However, all
19 procedures were led by an experienced surgeon and
20 no erosion or sling misplacement was demonstrated."
21       Did I read that correctly?
22   A.  Yes.
23   Q.  What is your explanation for these
24 authors determining that there were no erosions in

43 (Pages 166 to 169)

Bruce Alan Rosenzweig, M.D.

Page 170

1    this study?
2        A.   What is my --
3            MR. WALDENBERGER:  I object to the
4    form.  Why don't you ask it again.  I think we
5    are both kind of confused by that one.  Maybe
6    we will read it back.
7            MR. ROSENBLATT:  I will take care of
8    it.
9    BY MR. ROSENBLATT:
10        Q.   These authors in this TVT Secur study
11    found zero erosions, correct?
12        A.   Yes.
13        Q.   What is your understanding as to how
14    these authors could experience zero percent
15    erosions in this study group?
16        A.   They did not find an erosion in the
17    three years that they were following these patients
18    on average.
19        Q.   And then under conclusions it says, "Our
20    midterm experience evaluating TVT Secur for SUI in
21    women shows that this new technique is safe and
22    quick and is associated with limited and mild side
23    effects."
24            Do you see that?

Page 171

1        A.   That's what they state, yes.
2        Q.   Did you disagree with the author's
3    conclusions that TVT Secur is a safe and quick
4    operation?
5        A.   Safe, no.  Quick, yes.  I agree with
6    quick.  I don't agree with safe.
7        Q.   And what is your understanding of how
8    quick the procedure is on average?
9        A.   I think they describe, most authors
10    describe their operative time as less than 20
11    minutes.
12        Q.   Now, if we go to Exhibit 10, this is the
13    Maslow study?
14        A.   Yes.
15        Q.   And I believe you also cited this in
16    your report for the proposition that TVT Secur has
17    higher failure rates than TVT and TVT-O?
18        A.   Yes.
19        Q.   And this study was comparing TVT Secur
20    to TVT-O?
21        A.   Yes.
22        Q.   And the cure rates in this study at one
23    year for the TVT-O were 86 percent and for TVT
24    Secur 63 percent?

Page 172

1        A.   Correct.
2        Q.   And the results showed quality of life
3    scores through questionnaires improved in both
4    groups and were not statistically significant,
5    correct?
6        A.   Yes.
7            MR. WALDENBERGER:  Actually, it says
8    different, but okay.  So you did not read that
9    one correctly.
10            MR. ROSENBLATT:  I was just asking
11    him.
12            MR. WALDENBERGER:  Okay.
13    BY MR. ROSENBLATT:
14        Q.   And it also says, "Initial postoperative
15    groin pain was more prevalent in the TVT-O group.
16    However, this resolved quickly with time."
17            Did I read that correctly?
18        A.   Yes.
19        Q.   And do you disagree with their finding
20    that postoperative groin pain resolves quickly with
21    time after a TVT-O procedure?
22        A.   Do I disagree with their findings?
23        Q.   Yes.
24        A.   That's what they found.

Page 173

1        Q.   Is that consistent with your
2    understanding of the body of literature on TVT-O?
3        A.   No.  There is a group of patients who
4    have long-term, persistent groin pain associated
5    with TVT-O.
6        Q.   So you certainly wouldn't hold this
7    paper out to support the statement that
8    postoperative groin pain quickly resolved with time
9    after a TVT-O procedure, correct?
10        A.   The groin pain that they found in this
11    study resolved quickly.
12        Q.   And you would agree that stress urinary
13    incontinence can have a significant impact on the
14    quality of life of women?
15        A.   In some women, yes.
16        Q.   Would you agree that minimally invasive
17    midurethral sling procedures have revolutionized
18    the treatment of stress urinary incontinence?
19        A.   I would disagree with that.
20        Q.   Would you consider this paper reliable
21    and authoritative?
22        A.   Yes.
23        Q.   And surgeons in your field would rely on
24    such studies?

44 (Pages 170 to 173)

Bruce Alan Rosenzweig, M.D.

Page 174

1    A.   Yes.
2    Q.   And there are two different types of
3    techniques for the TVT Secur, correct?
4    A.   Yes.
5    Q.   And one would be the "U" which would
6    follow the retropubic approach?
7    A.   Yes.
8    Q.   Even a the other would be the "H" or
9    hammock, which would follow the obturator approach
10   without going through the adductor muscles?
11   A.   Yes.
12   Q.   And this study evaluated the TVT hammock
13   approach, correct?
14   A.   Yes.
15   Q.   And what this study showed was that
16   dyspareunia at one year was present in 14.3 percent
17   of patients with TVT-O compared with 6.3 percent of
18   those with TVT Secur, correct?
19   A.   Yes.
20   Q.   And so at least in this study, these
21   authors found a higher rate of dyspareunia in TVT-O
22   than they did with TVT Secur, correct?
23   A.   Yes.
24   Q.   And do you have any understanding as to

Page 175

1    why the patients in this study would have a lower
2    dyspareunia rate in the TVT Secur group?
3    A.   That's what these authors found.
4    Q.   Other than their findings, you don't
5    have an understanding as to why that might be,
6    correct?
7    A.   They did not describe that in their
8    report.
9    Q.   And if you look at postoperative groin
10   pain on Table 2, for TVT-O it shows 6 percent and
11   for TVT Secur it shows zero, correct?
12   A.   Can you repeat the question?
13   Q.   Right.  I'm on Table 2 --
14   A.   Yes.
15   Q.   -- looking at the presence of groin
16   discomfort?
17   A.   Yes.
18   Q.   And in TVT-O it was present in 6 percent
19   of the patients?
20   A.   Yes.
21   Q.   And in TVT Secur it was zero?
22   A.   Yes.
23   Q.   And vaginal erosion was zero percent in
24   the TVT-O group, correct?

Page 176

1    A.   Yes.
2    Q.   And one patient or 2.1 percent in the
3    TVT Secur group, correct?
4    A.   Yes.
5    Q.   And so you certainly wouldn't hold this
6    paper out as reliable authority that the vaginal
7    erosion rate for TVT Secur is 2.1 percent, would
8    you?
9    A.   That's what the authors found in this
10   study.
11   Q.   In the interest of time we are going to
12   skip over Exhibit 11.
13        If you could look at Exhibit 12, which
14   is the Mostafa study?
15        MR. WALDENBERGER:  What did you have
16   as 11?
17        THE WITNESS:  He has it.
18   BY MR. ROSENBLATT:
19   Q.   And this is a meta-analysis that looked
20   at 26 RCTs involving 3,308 women, correct?
21   A.   Yes.
22   Q.   And at least 12 of those randomized
23   control trials evaluated TVT Secur, correct?
24   A.   Yes.

Page 177

1    Q.   And if you look on Page 408 on the
2    right-hand column, it says, "All RCTs reported
3    improvement in QOL."  That would be quality of
4    life?
5    A.   Yes.
6    Q.   So it says, "Nevertheless, all RCTs
7    reported improvement in quality of life scores at
8    the followup compared with baseline with no
9    significant differences between SIMS versus SMUS."
10        So is it your understanding there were
11   no differences between single-incision mini-slings
12   versus full-length mini-slings or full-length
13   slings?
14   A.   When the data from TVT Secur was
15   omitted, yes.
16   Q.   And are you suggesting that that
17   statement is based on TVT Secur being excluded?
18   A.   Yes.
19   Q.   And on Page 415 at the bottom right they
20   state, "All currently available single-incision
21   mini-slings share the same type of material, type 1
22   polypropylene, and the insertion technique through
23   a single vaginal incision; however, they differ in
24   the type/robustness of the anchorage mechanism

Bruce Alan Rosenzweig, M.D.

Page 178

1    used."
2           Did I read that correctly?
3       A.    You read that correctly, yes.
4       Q.    Would you agree that this study did not
5    evaluate any partially absorbable slings of any
6    type?
7       A.    Correct.
8       Q.    Would you agree from a safety
9    perspective that it would be preferable to have an
10   absorbable fixation tip as opposed to a permanent
11   fixation tip?
12      A.    From what perspective?
13      Q.    Safety.
14      A.    If it was shown that an absorbable
15   fixation tip had a greater safety profile, then it
16   would be safer to have an absorbable fixation tip.
17      Q.    On Page 423 towards the bottom left of
18   the page these authors state, "Interestingly,
19   despite the exclusion of TVT Secur, single-incision
20   mini-slings still had a trend, albeit
21   insignificant, towards higher rates of repeat
22   continence surgery."
23          Did I read that correctly?
24          MR. WALDENBERGER:  Where was that

Page 179

1    again?  I'm sorry.
2           MR. ROSENBLATT:  Bottom left, not the
3    last paragraph but up a little bit.
4           MR. WALDENBERGER:  "Unlike other"?
5           MR. ROSENBLATT:  Yes, the bottom of
6    that paragraph.
7           MR. WALDENBERGER:  "The failure to
8    show"?  I'm sorry.  Could you just re-ask your
9    question so I know what you are talking about?
10          THE WITNESS:  It is right here.
11          MR. WALDENBERGER:  Got it.
12   BY THE WITNESS:
13      A.    Yes.
14   BY MR. ROSENBLATT:
15      Q.    So would you agree that these authors
16   indicated a trend towards higher reoperation rates
17   for mini-slings compared to full-length slings?
18      A.    Yes.
19      Q.    If you could look at Exhibit 13, which
20   this is the Nambiar Cochrane review which you cited
21   in your report?
22      A.    Yes.
23      Q.    This Cochrane review analyzed 31 trials
24   involving 3,291 women, correct?

Page 180

1       A.    Yes.
2       Q.    And it analyzed a variety of many
3    slings, including TVT Secur, MiniArc, Ajust,
4    Needless, Ophira, tissue fixation systems and
5    CureMesh, correct?
6       A.    Yes.
7       Q.    And one thing that these authors
8    concluded was that significant difference in
9    fixation mechanisms may influence outcomes?
10      A.    That's what they describe.
11      Q.    In the studies that we just looked at,
12   Neuman, Hota, Cornu, Maslow, how many of those are
13   cited in this Cochrane review?
14          And in the interest of time, Doctor, I
15   will just represent to you that the only study I
16   saw was the Hota study.
17      A.    Yeah, I didn't see Neuman being referred
18   to.  What was the other one.  Maslow?
19      Q.    Maslow and Cornu.
20      A.    Well, Maslow might have come out too
21   late for this 2014 Cochrane analysis, and I
22   wouldn't expect Cornu because it was not a
23   randomized control trial.
24      Q.    So, just because a study doesn't meet

Page 181

1    the qualitative criteria for inclusion in a
2    Cochrane review doesn't mean that you wouldn't rely
3    on it for certain purposes to support your
4    opinions, correct?
5       A.    Or to discount my opinions.
6       Q.    Correct?
7       A.    Correct.
8       Q.    And if you turn to Page 18 of this
9    Cochrane review, looking at vaginal mesh exposure,
10   and it shows more women in the single-incision
11   groups had exposure, 6 percent versus 1 percent,
12   and the overall result was statistically
13   significant.
14          So, would it be fair to say that the
15   average mesh exposure rate for mini-slings would be
16   6 percent based on this Cochrane review?
17      A.    At this point in time, yes, that's what
18   they described.
19      Q.    At this point in time, this was
20   published in 2014?
21      A.    Yes.
22      Q.    And all of the studies that were
23   included in this analysis for the vaginal mesh
24   exposure were single-incision slings, and they were

46 (Pages 178 to 181)

Bruce Alan Rosenzweig, M.D.

Page 182

1    all TVT Secur?
2        A.   For this section, yes.
3        Q.   And the authors of this Cochrane review
4    found that to be 6 percent mesh exposure rate for
5    TVT Secur?
6        A.   Based on the studies that they included
7    in their review, yes.
8        Q.   And under "Postoperative pain or
9    discomfort" it states, "The overall result was
10   statistically significant, favoring single-incision
11   slings," correct?
12       A.   That's what they state.
13       Q.   And this Cochrane review is
14   authoritative and reliable, correct?
15       A.   Yes.
16       Q.   And surgeons in your field would rely on
17   such meta-analyses in reviewing complication rates
18   for various procedures?
19       A.   Yes.
20       Q.   And is it your understanding that
21   Cochrane reviews are on the top of the pyramid of
22   evidence-based medicine?
23       A.   They are high up on the pyramid, yes.
24       Q.   And a little further down it says, "The

Page 183

1    combined overall result showed that women had less
2    short-term pain or discomfort after a
3    single-incision sling," correct?
4        A.   Yes.
5        Q.   And I think you might have answered
6    this, but I can't recall.  You would agree that
7    postoperative -- or reducing postoperative pain
8    would be a benefit, correct?
9            MR. WALDENBERGER:  I object to the
10       form.  You can answer.
11       A.   Yes.
12       Q.   And then a little further down it says,
13   "Long-Term Pain or Discomfort."  Do you see that
14   section?
15       A.   Yes.
16       Q.   And it says, "This was rare," and when
17   it says "this," they are referring to long-term
18   pain or discomfort?
19       A.   Based on the studies that they looked
20   at.
21       Q.   So the authors conclude that long-term
22   pain or discomfort was rare?  Was that a accurate
23   interpretation?
24       A.   That's what they describe.

Page 184

1        Q.   "A statistically significant difference
2    favored single-incision slings in the latter case
3    only.  Although uncommon, women were significantly
4    less likely to have long-term pain after a
5    single-incision sling than after a transobturator
6    sling and the overall result favored
7    single-incision slings," correct?
8        A.   That's what they state.
9        Q.   And the long-term pain or discomfort
10   rate that they list for mini-slings is 0.5 percent,
11   correct?
12       A.   That's what they describe.
13       Q.   And you would certainly take the
14   position that an average figure for a complication
15   listed in the meta-analysis would be more reliable
16   than the complication rate pulled from one
17   particular study, correct?
18       A.   Meta-analysis pools data and therefore,
19   depending on which studies they looked at, that
20   would give you more robust data than from one
21   single study.
22           MR. ROSENBLATT:  I will take a quick
23       break.
24           MR. WALDENBERGER:  Sure.

Page 185

1            (Rosenzweig Exhibits 14 through 20
2            were marked for identification as
3            of 2/4/16.)
4            (Recess taken, 1:20 - 1:34 p.m.)
5            (Mr. Campbell re-entered the
6            deposition room.)
7    BY MR. ROSENBLATT:
8        Q.   Doctor, we just took a quick break.  I
9    am going to hand you what's been marked as Exhibit
10   14.
11       A.   Yes.
12       Q.   Do you understand this to be the TVT
13   Secur instructions for use?
14       A.   Yes.
15       Q.   I would like you to turn to the --
16   sorry.  Let me back up.  When was the first time
17   you reviewed the TVT Secur instructions for use?
18       A.   I don't recall if I saw this book when
19   the product was first being introduced and I was
20   being detailed on it.  I think that might have been
21   the first time that I saw it.
22       Q.   You don't recall that?
23       A.   I don't specifically recall.
24       Q.   I'm correct that you have never

47 (Pages 182 to 185)

Bruce Alan Rosenzweig, M.D.

Page 186

1   implanted a TVT Secur?
2      A.   Correct.
3      Q.   Do you know if you have ever discussed
4   the TVT Secur implantation with any surgeon who has
5   performed the TVT Secur?
6      A.   Not that I specifically recall.
7      Q.   And you have never attended any
8   professional education training of any type on the
9   TVT Secur, correct?
10     A.   I might have been in a grand rounds
11  where it was discussed.
12     Q.   But you don't recall?
13     A.   I don't recall.
14     Q.   You have certainly never attended any
15  professional education that Ethicon sponsored
16  regarding the TVT Secur, correct?
17     A.   Correct.
18     Q.   And if you look at Bates ending in 576,
19  it reads, "This package insert is designed to
20  provide instructions for use of the Gynecare TVT
21  Secur system, including the device and inserters.
22  It is not a comprehensive reference to surgical
23  technique for correcting SUI (stress urinary
24  incontinence).  Only physicians trained in the

Page 187

1   surgical treatment of stress urinary incontinence
2   should use the product.  These instructions are
3   intended for general use of the product.
4   Variations in use may occur in specific procedures
5   due to individual technique in patient anatomy."
6         Did I read that correctly?
7      A.   Yes.
8      Q.   And would you agree that results -- or
9   strike that.
10        Would you agree with me that there
11  are -- strike that.
12        Would you agree with me that procedural
13  differences in technique and patient anatomy can
14  affect both complications and success rates for TVT
15  Secur?
16     A.   Well, as I described in my report, that
17  is one of the defects of the TVT Secur.
18     Q.   And if you turn to Page 22, Bates ending
19  in 589, if you look at the last bullet point under
20  "Adverse Reactions," it reads, "Under-correction or
21  incorrect placement may result in incomplete or no
22  relief from urinary incontinence."
23        Did I read that correctly?
24     A.   That's what it states.

Page 188

1      Q.   And is your interpretation of that
2   warning there, that under-correction or not
3   providing enough tensioning could then result in no
4   cure of incontinence?
5      A.   That is one of the defects of the
6   device, yes.
7      Q.   But is that how you understand that
8   warning?
9      A.   That is part of the warning.
10     Q.   Put that away.  I would like you to look
11  at what's been marked as Exhibit 15.  Are you
12  familiar with Dr. Walters and Dr. Weber?
13     A.   I know Dr. Walters.  I have met
14  Dr. Weber in the past.
15     Q.   And would you consider them respected
16  physicians in their field?
17     A.   Yes.
18     Q.   And on the front page of this article it
19  states, "Almost all surgical procedures for stress
20  urinary continence performed today involve
21  placement of a retropubic or transobturator
22  midurethral synthetic sling," correct?
23     A.   That's what they state.
24     Q.   Is that still true today?  Or strike

Page 189

1   that.  This was published in 2012?
2      A.   That's when it was published, yes.
3      Q.   And if you turn the page, they state,
4   "Although Burch colposuspension and the pubovaginal
5   fascial sling procedure are effective for both
6   primary and recurrent SUI, they are more invasive
7   than the midurethral slings, cause more voiding
8   dysfunction and have significantly longer recovery
9   times, making them less attractive for most primary
10  and recurrent cases of SUI."
11        Did I read that correctly?
12     A.   You read that correctly.
13     Q.   And do you disagree with Dr. Walters and
14  Dr. Weber when they made that statement in this
15  article?
16     A.   Regarding voiding dysfunction, there are
17  certain references that show more voiding
18  dysfunction, certain references show less return to
19  the operating room for obstructed voiding.  So, I
20  would disagree with that statement.
21     Q.   Would you disagree that the Burch and
22  autologous sling have significantly longer recovery
23  times than midurethral slings?
24     A.   They have longer recovery times.

48 (Pages 186 to 189)

Bruce Alan Rosenzweig, M.D.

Page 190

1      Q.   And you would agree that a shorter
2    recovery time after an incontinence procedure would
3    be a benefit to patients?
4          MR. WALDENBERGER:  Objection, asked
5      and answered.  You can answer it again.
6      A.   We have discussed returning to work as
7    an economic benefit.
8      Q.   And the authors go on to state, "The
9    evolution of SUI surgeries have shifted so far
10   toward midurethral slings that Burch
11   colposuspension and the pubovaginal sling procedure
12   are rarely performed or taught in obstetrics and
13   gynecology or urology residence programs."
14   Correct?
15     A.   That's what they state.
16     Q.   Do you know if the Burch procedure is
17   still taught in residency programs at Rush
18   Hospital?
19     A.   Yes.  I teach Burch procedures at the
20   residency program at Rush, and so do the other
21   urogynecologists.
22     Q.   And do you also teach the autologous
23   sling at Rush?
24     A.   Yes.

Page 191

1      Q.   Do you have any idea what other
2    residency programs across the country are doing?
3      A.   I do not.
4      Q.   And do you know whether or not the --
5    strike that.
6          Do you know whether or not any surgeon
7    at Rush Hospital has ever used a TVT Secur?
8      A.   I do not think TVT Secur was available
9    at our hospital.
10     Q.   Do you know one way or the other?
11     A.   I do not think the TVT Secur has ever
12   been available at our hospital.
13     Q.   Pull up Exhibit 16.  Do you recognize
14   this study?
15     A.   Yes.
16     Q.   And this is a systematic review
17   performed by the Society of Gynecologic Surgeons,
18   also known as SGS, correct?
19     A.   Yes.
20     Q.   The lead author is Schimpf?
21     A.   Yes.
22     Q.   And this is on your reliance list,
23   correct?
24     A.   Yes.

Page 192

1      Q.   And this is the type of systematic
2    review or meta-analysis that you would consider to
3    be authoritative and reliable?
4      A.   Yes.
5      Q.   And this is also the type of systematic
6    review and meta-analysis that you would put at the
7    top of the pyramid of evidence-based medicine?
8      A.   It is high on the pyramid of
9    evidence-based medicine, and we have also discussed
10   this on multiple different occasions.
11     Q.   And certainly surgeons in your field
12   would rely on such meta-analyses?
13     A.   Yes.
14     Q.   Now, Doctor, I know we have been through
15   this before in the past, but what I want to do is
16   focus on the mini-slings.
17     A.   Yes.
18     Q.   If you could, turn to what's listed at
19   the bottom of this as I think 1.e5, Table 1, and I
20   counted up the TVT Secur RCTs that were included in
21   this analysis, and I counted 14 TVT Secur RCTs.
22   Does that appear to be accurate?
23     A.   Yes.
24     Q.   And if you turn to Table 3, what the

Page 193

1    authors did here is they accumulated and analyzed
2    studies looking at various complication rates of
3    various incontinence procedures?
4      A.   Yes.
5      Q.   And the first one I want to talk about
6    is estimated blood loss greater than 200
7    milliliters.  Do you see that at the top of
8    Table 3?
9      A.   I went a few pages.
10         MR. WALDENBERGER:  1.e7.
11     A.   Yes.
12     Q.   And for mini-sling it shows 1.1 percent?
13     A.   Yes.
14     Q.   And when we say 1.1 percent, that column
15   is the summary estimate of incidence?
16     A.   Yes.
17     Q.   And if we look down at hematoma, the
18   mini-sling has an incidence rate of 0.85 percent?
19     A.   Yes.
20     Q.   And that's less than the 1.4 percent for
21   the Burch and the 2.2 percent for the pubovaginal
22   sling, correct?
23     A.   That's what they found.
24     Q.   Do you have any reason to disagree with

49 (Pages 190 to 193)

Bruce Alan Rosenzweig, M.D.

Page 194

1  these numbers?
2      A.   The rate of transfusion was higher in
3  the mini-sling than Burch, and they don't even
4  discuss the estimated blood loss with the Burch
5  procedure.
6      Q.   And when you said it is higher, the
7  transfusion rate is higher in the mini-sling, the
8  transfusion rate for the mini-sling was 0.51
9  percent?
10     A.   Yes, and it was zero for Burch.
11     Q.   And if we look at dyspareunia, for
12  mini-sling the incidence rate is 0.74 percent,
13  correct?
14     A.   Yes.
15     Q.   And the pubovaginal sling is 0.99
16  percent, correct?
17     A.   Yes, and there is no dyspareunia with
18  the Burch procedure.
19     Q.   But you wouldn't necessarily agree with
20  the statement you just made, correct?
21     A.   According to the Schimpf review.
22     Q.   I'm asking you -- so as I understand it,
23  dyspareunia is not listed for the Burch in this
24  review, but that doesn't mean that it just doesn't

Page 195

1  exist for the Burch, correct?
2      A.   So, then what you are stating is by that
3  same logic, because dyspareunia as stated with the
4  mini-sling is 0.74 percent, that doesn't mean that
5  the rate of dyspareunia isn't 10 percent like we
6  found before.
7      Q.   Well, I'm just asking you, would you --
8  and I appreciate your logic there, but you wouldn't
9  suggest that the Burch has a zero percent rate of
10  dyspareunia, would you?
11     A.   It says retropubic slings have a zero
12  percent risk of dyspareunia or have zero percent
13  dyspareunia, so they didn't even have the Burch
14  there, and so therefore, I would say that there was
15  zero percent risk of dyspareunia.
16     Q.   Is it fair to say that you disagree with
17  the incidence rate of the mini-sling, 0.74 percent
18  dyspareunia?
19     A.   I would disagree with that by the same
20  logic that we talked about the Burch procedure.
21     Q.   And the complication of return to
22  operating room for erosion was 1.4 percent in the
23  mini-sling group?
24     A.   That's what they state.

Page 196

1      Q.   And 1.6 percent in the pubovaginal sling
2  group, correct?
3      A.   And 2.7 percent for the obturator group.
4      Q.   Under mesh exposure it says mini-sling,
5  2 percent?
6      A.   Yes.
7      Q.   And in fairness, Burch, zero percent,
8  correct?
9      A.   Correct.
10     Q.   Retropubic, 1.4 percent?
11     A.   That's what they state.
12     Q.   Obturator, 2.2 percent?
13     A.   Yes.
14     Q.   Pubovaginal, 5.4 percent?
15     A.   That's what they state.
16     Q.   And you have no reason to disagree with
17  those figures, do you?
18     A.   Based on the studies that they have
19  reviewed.
20     Q.   And wound healing -- or strike that.
21          Wound infection, mini-sling was 0.31
22  percent?
23     A.   And there were no wound infections for
24  the Burch.

Page 197

1      Q.   It actually shows 7 percent for the
2  Burch?
3      A.   Excuse me.  Yes.
4      Q.   And 2.6 percent for pubovaginal slings?
5      A.   Yes.
6      Q.   And for urinary tract infections, the
7  mini-sling had an incidence rate of 3.6 percent?
8      A.   Yes.
9      Q.   And that would be lower than pubovaginal
10  sling at 4.2 percent and Burch at 5.9 percent,
11  correct?
12     A.   That's what they state.
13     Q.   And bowel injury shows a 0.74 percent
14  incidence rate for mini-slings into 3.13 incidence
15  rate for the Burch, correct?
16     A.   And that Burch was based on one study
17  which a laparoscopic Burch.
18     Q.   But that's what they report here?
19     A.   Yes.
20     Q.   And for nerve injury, mini-sling shows
21  zero percent?
22     A.   Yes.
23     Q.   For overactive bladder urgency,
24  mini-sling reports 5.4 percent?

50 (Pages 194 to 197)

Bruce Alan Rosenzweig, M.D.

Page 198

1    A.   Yes.
2    Q.   In fairness, Burch shows a 4.3 percent
3    rate?
4    A.   Yes.
5    Q.   And the pubovaginal, 8.6 percent,
6    correct?
7    A.   That's what they state.
8    Q.   And retention lasting longer than six
9    weeks postoperatively, they have a rate of 2.1
10   percent for the mini-sling, correct?  I'm sorry.
11   Less than six weeks.
12   A.   Yes.
13   Q.   And 12 percent for pubovaginal slings?
14   A.   Yes.
15   Q.   17 percent for the Burch?
16   A.   Yes.
17   Q.   And they also looked at retention
18   lasting longer than six weeks postoperatively,
19   correct?
20   A.   Yes.
21   Q.   And for the mini-sling they reported 3.3
22   percent incidence rate --
23   A.   Yes.
24   Q.   -- which would be lower than the

Page 199

1    pubovaginal sling at 7.5 percent and the Burch at
2    7.6 percent?
3    A.   Yes, but zero percent of those patients
4    needed to go back to the operating room for urinary
5    retention for the Burch.
6    Q.   And so you are jumping ahead.  The next
7    one is return to operating room for urinary
8    retention.  As you pointed out, the Burch was zero
9    percent?
10   A.   Yes.
11   Q.   Mini-sling was 1.9 percent?
12   A.   Yes.
13   Q.   The pubovaginal sling was 3 percent?
14   A.   That's what they state.
15   Q.   For groin pain the mini-sling showed
16   0.62 percent.
17   A.   Yes.
18   Q.   And that's slightly higher than the
19   pubovaginal at 0.34 percent?
20   A.   Yes.
21   Q.   And the Burch showed 1.1 percent?
22   A.   That's what they state.
23   Q.   And for leg pain, these authors conclude
24   that the mini-sling has a 1.6 percent incidence

Page 200

1    rate?
2    A.   Yes.
3    Q.   And with the obturator they show a 16
4    percent incidence rate, correct?
5    A.   Yes.
6    Q.   And with bladder perforation the authors
7    conclude the mini-slings have a 0.85 percent
8    incidence rate?
9    A.   That's what they found.
10   Q.   And that's lower than the pubovaginal at
11   2.3 percent, the Burch at 2.8 percent and the
12   retropubic at 3.6 percent?
13   A.   Yes.
14       You didn't want to discuss urethral
15   perforation?
16   Q.   Sure.  Urethral perforation, mini-sling,
17   they report 2.7 percent?
18   A.   Yes.
19   Q.   And would you say that that is an
20   accurate number?
21   A.   That was again described in the Cochrane
22   analysis in 2014 that there was a higher bladder
23   and urethral risk associated with the mini-sling.
24   Q.   And here they are showing that that's

Page 201

1    based on one study evaluating 37 patients, and out
2    of those, one patient had urethral perforation?
3    A.   That's what they described.
4    Q.   Now, if we turn to 1.e16, in the middle
5    of the page it states, "Exposure of the sling
6    postoperatively is similar with either obturator
7    slings, 2.2 percent, or mini-slings, 2.0 percent,
8    but retropubic slings have a somewhat lower rate
9    than either at 1.4 percent."  Correct?
10   A.   That's what they state.
11   Q.   And they go on.  Is that consistent with
12   your understanding of what the body of literature
13   shows on average?
14   A.   On average, no.
15   Q.   And what are you relying on to suggest
16   that these figures are not accurate?
17   A.   Regarding the mini-slings in general or
18   the TVT Secur in specific?
19   Q.   TVT Secur.
20   A.   Well, we know from the studies that we
21   looked at and the meta-analysis that we looked at
22   has a higher erosion rate associated with the TVT
23   Secur.
24   Q.   Anything else?

Bruce Alan Rosenzweig, M.D.

Page 202

1     A.   What we have discussed earlier and
2  what's in my report.
3     Q.   These authors go on to state in this SGS
4  meta-analysis that dyspareunia is rare with any
5  type of sling but is somewhat more common with a
6  mini-sling at 0.99 percent than either a retropubic
7  at less than .001 percent or a obturator at 0.16
8  percent, correct?
9     A.   That's what they describe.
10    Q.   And do you have any reason to dispute
11 the findings that the authors concluded in this
12 meta-analysis regarding dyspareunia being there?
13    A.   Specifically for TVT Secur?
14    Q.   Yes.
15    A.   Yes, the information that we have
16 discussed earlier.
17    Q.   And if you look on 1.e18, the top left
18 paragraph, am I correct that the authors of this
19 meta-analysis determined that the TVT Secur was the
20 most widely studied mini-sling?
21    A.   On e18?
22    Q.   Yes.
23    A.   Where are you looking?
24    Q.   "It should be noted that this is the

Page 203

1  most widely studied mini-sling," and TVT Secur is
2  referenced on the previous page.  Do you see that?
3     A.   Yes.
4     Q.   Is that consistent with your review of
5  the literature?
6     A.   Yes.
7     Q.   You can put that away.  Now if you will
8  look at Exhibit 17.  Do you recognize this study?
9     A.   Yes.
10    Q.   And this is a study done by the lead
11 author Tincello?
12    A.   Yes.
13    Q.   And it's the TVT Worldwide Observational
14 Registry, correct?
15    A.   Yes.
16    Q.   And this is a study that you have on
17 your reliance list?
18    A.   Correct.
19    Q.   You would consider this study to be
20 authoritative and reliable?
21    A.   Correct.
22    Q.   And surgeons in your field would rely on
23 such studies?
24    A.   Correct.

Page 204

1     Q.   And what this study shows is at one-year
2  followup, 1,334 women were studied?
3     A.   Not at one-year followup, no.
4     Q.   What are you basing that on?
5     A.   On table -- I think it's Table 1 or
6  Graph 1, where you have the consort analysis of the
7  data, we see that only out of the 677 Secur, the
8  469 TVT and the 252 TVT-O in the study, for Secur
9  45 withdrew their consent; 21 of the TVT withdrew
10 their consent; 44 withdrew their consent for the
11 TVT-O.
12         There were 111 lost to followup for TVT
13 Secur, 92 for TVT and 68 for TVT-O.
14         Contraction stress test for TVT Secur
15 was slightly higher 50 percent -- excuse me.  Cough
16 stress tests were obtained in slightly above 50
17 percent of patients at 347 for Secur, 187 for TVT,
18 so it's less than 50 percent and also less than 50
19 percent of one-tenth of TVT-O.
20    Q.   And these results show that there was
21 about an 84.2 percent objective cure rate for TVT
22 Secur?
23    A.   With only 50 percent of patients being
24 followed up with a cough stress test at 12 months.

Page 205

1     Q.   With that caveat, based on the patients
2  that they were able to follow up, these authors
3  reported about a 84 percent cure rate for TVT
4  Secur?
5     A.   With a 50 percent lost to followup, yes,
6  that's what they report.
7     Q.   And these authors concluded that the TVT
8  Secur cohort had the shortest operative time, the
9  lowest proportion of women who required an
10 overnight stay and the most women who underwent
11 surgery under local anesthesia.  The median time --
12 did I read that correctly?
13    A.   Yes.
14    Q.   They go on to state the median time to
15 return to employment, housework, sex life and
16 hobbies was most rapid for Secur, correct?
17    A.   For the 50 percent of women that
18 returned for followup, yes.
19    Q.   You agree that it would be a benefit to
20 patients to be able to return to employment,
21 housework, their sex lives and hobbies faster?
22    A.   We discussed the economic interest of
23 employment.
24    Q.   Would that apply to sex life as well?

52 (Pages 202 to 205)

Bruce Alan Rosenzweig, M.D.

Page 206

1      A.    That I -- there is no economic benefit
2    for returning to sex life, and I am not sure that
3    my wife would agree that returning to housework is
4    an advantage.
5      Q.    If you look --
6            MR. WALDENBERGER:  Did you want to
7    strike that last part?
8      Q.    Page 2313, the paragraph on the right,
9    it states, starting in the middle of the sentence,
10   "low surgeon experience with fewer than 50
11   procedures was associated with a lower likelihood
12   of success than surgeon experience with 50 to 99
13   procedures," correct?
14     A.    That's what they state.
15     Q.    And so what that suggests is that
16   surgeons with more experience and higher volume
17   have better success rates, correct, at least in
18   this study?
19     A.    And that is what is described in my
20   report as one of the defects of the design of the
21   TVT Secur.
22     Q.    But you would agree with me that at
23   least in this study, increased surgeon experience
24   and volume was attributed to better success rates?

Page 207

1      A.    As described in my report, that is a
2    defect of the TVT Secur.
3      Q.    If you look at Table 2, which lists the
4    complications, it says bleeding greater than 200
5    milliliters, and for TVT Secur, they report 0.7
6    percent?
7      A.    Correct.
8      Q.    And for postoperative complications
9    there is sling erosion.  Do you see that?
10     A.    Correct.
11     Q.    And if you go across, the numbers are
12   1.5 percent for TVT, 0.4 percent for TVT-O and 1.2
13   percent for TVT Secur.  Do you see that?
14     A.    Yes, but you can't -- what they are
15   basing those percentages on is the total number of
16   patients, not the total number of patients that
17   came back at 12 months, because you don't know with
18   the 50 percent lost to followup whether or not they
19   had a long-term postoperative complication like
20   sling erosion, groin pain, voiding dysfunction,
21   mixed incontinence, abdominal pain, dyspareunia.
22   So, instead of using the 677 as your denominator
23   you have to use the 374 as your denominator.
24     Q.    That's what these authors concluded

Page 208

1    here, correct?
2      A.    That's what these authors concluded.
3      Q.    And for dyspareunia they have zero
4    percent for TVT Secur, correct?
5      A.    That's what they describe.
6      Q.    If you look under the discussion
7    sections, the authors indicate a major advantage of
8    Secur appear to be its potential suitability for an
9    in-office based procedure rather than surgery
10   requiring formal day case hospitalization due to
11   the safety profile, correct?
12           MR. WALDENBERGER:  "Correct" meaning
13   you read it right?
14           MR. ROSENBLATT:  Yes.
15           MR. WALDENBERGER:  Do you see where he
16   read?
17     A.    I'm going back to look at their methods
18   and seeing the number of patients --
19     Q.    Did I read that correctly, Doctor?
20     A.    Yes, you did, but they do not describe
21   in their methods that any of the women actually had
22   the procedure done in the office, so it is
23   difficult for me to agree with the statement that
24   it could be done in the office if they didn't even

Page 209

1    study it being done in the office.
2      Q.    And that's a study that was on your
3    reliance list?
4      A.    Correct.
5      Q.    And if you would look at Exhibit 18.  Do
6    you recognize this study?
7      A.    Yes.
8      Q.    This is a study by Walsh, which looks at
9    a systematic review of TVT Secur procedures at 12
10   months in 1,178 women?
11     A.    Yes.
12     Q.    And this would be reliable and
13   authoritative?
14     A.    As far as data in 2011, yes.
15     Q.    And surgeons in your field would rely on
16   such studies?
17     A.    Yes.
18     Q.    And again, a systematic review would be
19   higher on the pyramid of evidence-based medicine?
20     A.    Yes.
21     Q.    And these authors --
22     A.    But that is assuming that this is a
23   systematic review instead of just a literature
24   review.

53  (Pages 206 to 209)

Bruce Alan Rosenzweig, M.D.

Page 210

1      Q.   And these authors indicated that there
2  was a 2.4 percent incidence of mesh exposure in the
3  first year after a TVT Secur?
4      A.   That's what they describe.
5      Q.   These authors also describe a 1 percent
6  dyspareunia rate, correct?
7      A.   That's what they describe.
8      Q.   And the authors also describe a 0.8
9  percent rate for returning to the theater for
10  complications?
11      A.   That is what they describe.
12      Q.   And these authors conclude that the cure
13  rate, both objective and subjective cure, was 76
14  percent?
15      A.   That is what they describe.
16      Q.   And they describe that as being similar
17  to more established midurethral slings?
18      A.   That's what they state.
19      Q.   If you would, turn to Page 655, Table 4,
20  which relates to postoperative complications.  You
21  see here there are 11 studies listed there?
22      A.   Yes.
23      Q.   And those are all studies evaluating
24  patients who had a TVT Secur?

Page 211

1      A.   Correct.
2      Q.   And in the next column over they list
3  out the mesh exposure rates for all the patients
4  who were followed up in those studies?
5      A.   Correct.
6      Q.   And that's where we get the total 2.4
7  percent from, correct?
8      A.   Correct.
9      Q.   And if you look towards the right of the
10  table under pain and dyspareunia, that's where we
11  get the 1 percent from, correct?
12      A.   Correct.
13      Q.   And under the first paragraph of the
14  discussion section the authors indicate "Synthetic
15  midurethral slings are now considered to be the
16  gold standard surgical treatment for women with SUI
17  and have become the benchmark against which new
18  therapeutic interventions must be assessed."
19          Did I read that correctly?
20      A.   You read that correctly.
21      Q.   And again, what these authors concluded
22  was that success rates and complication rates for
23  mini-slings such as the TVT Secur were similar to
24  full-length slings, correct?

Page 212

1      A.   That's what they state.
2      Q.   I hand you what's been marked as Exhibit
3  19.  Do you recognize what I have just handed you?
4      A.   Yes.
5      Q.   And Exhibit 19 is the TVT Secur
6  European feedback from May 15th, 2007?
7      A.   Yes.
8      Q.   And if you could, turn to this page that
9  states, "Paris European Expert Meeting:  Results
10  from Early Experience."
11      A.   Yes.
12      Q.   And what this shows is a number of
13  physicians here along with their respective
14  countries, correct?
15      A.   Yes.
16      Q.   It also shows the number of patients who
17  they have implanted a TVT Secur in, correct?
18      A.   Yes.
19      Q.   And to the right of that they list the
20  dry rates or the cure rates from their earlier
21  experience with the TVT Secur, correct?
22      A.   Yes.
23      Q.   What this shows is at least these
24  surgeons had cure rates with TVT Secur anywhere

Page 213

1  from 87 percent to 100 percent, correct?
2      A.   On Page 1, on the first page, and then
3  the second page it goes down to 50 percent and up
4  to 77 percent.
5      Q.   We will get there, but am I correct
6  that --
7      A.   Yes.
8      Q.   And on the next page we see the cure
9  rates from anywhere from 50 percent to 77 percent?
10      A.   Correct.
11      Q.   And this would suggest that there is a
12  learning curve with the TVT Secur that affects cure
13  rates, correct?
14      A.   As I described in my report, that is a
15  defect associated with the device.
16      Q.   But you would agree with that
17  proposition?
18      A.   Yes.  That it is a defect associated
19  with the device, yes.
20      Q.   Okay.  You can put that away.  I handed
21  you what's been marked as Exhibit 20.
22          Put this in that bottom portion there.
23          Do you recognize what I've just handed
24  you as Exhibit 20?

54 (Pages 210 to 213)

Bruce Alan Rosenzweig, M.D.

Page 214

1     A.   Yes.
2     Q.   And is this the TVT Secur Quality Board
3  presentation?
4     A.   Yes.
5     Q.   And if you look on Page 2, what Ethicon
6  realized was that the potential root cause of lower
7  efficacy rates in Germany was attributed to surgeon
8  training, correct?
9     A.   They call it proctor training.
10    Q.   And based on your review of the
11 testimony and documents regarding TVT Secur, is it
12 your understanding that the experiences in
13 Australia and Germany were not consistent with the
14 rest of the world and the United States?
15    A.   No.  That it was not consistent.  I
16 mean, it was consistent with what was seen in other
17 countries too, not just in Germany and Australia.
18    Q.   So if you go to Page 4.  I'm sorry.
19       Go to Page 9.  It describes the German
20 experience.  It states that there was a spike in
21 post-procedural incontinence complaints in February
22 of 2007 and investigation determined that the root
23 cause was preceptor-based training which had
24 variable results?

Page 215

1     A.   That's what they state.
2     Q.   If you go to Page 11, what this slide
3  indicates is Dr. Lucente's cure rates over time
4  evaluating his first 25 patients, his first 77
5  patients, his first 108 patients, and then it looks
6  at his last 25 patients, correct?
7     A.   That's what this states.
8     Q.   And what this shows is initially
9  Dr. Lucente's cure rates were around 60 percent in
10 his first 25 patients, correct?
11    A.   Yes.
12    Q.   And then as he gained more experience
13 with the TVT Secur, when he looked at the first 77
14 patients his success rate increased to 68.8
15 percent?
16    A.   That's what this states.
17    Q.   And as Dr. Lucente gained even more
18 experience and familiarity with the technique of
19 TVT Secur, when looking at 108 patients, it shows
20 that his cure rates jumped up to 72.2 percent,
21 correct?
22    A.   It had increased to 72.2 percent, yes.
23    Q.   And if you just look back at the most
24 recent or the last 25 patients at this time, his

Page 216

1  cure rate at that time increased to 84 percent,
2  correct?
3     A.   That's what this states.
4     Q.   Now, I understand you are critical of
5  the learning curve and some of the difficulties
6  around the surgical technique, but as I understand
7  your opinions, you are critical of the failure
8  rates based on -- that are attributable to
9  technique as opposed to the mesh, correct?
10       MR. WALDENBERGER:  Objection to the
11    form, vague; I think mischaracterizes
12    testimony.  You can answer.
13    A.   The stiff laser-cut, heavyweight,
14 small-pore mesh increases the risk of poor smooth
15 muscle contractility, which would explain the
16 increased failure rate along with the difficulty in
17 getting the Ethisorb fleece in the appropriate
18 position and dislodgement of the Ethisorb upon
19 removal of the inserter.
20    Q.   If a patient who had a TVT Secur had a
21 mesh exposure, what is your differential diagnosis
22 to determine what the mechanism or the cause of the
23 mesh exposure was?
24    A.   What is on my differential?

Page 217

1     Q.   Yes.
2        MR. WALDENBERGER:  Assuming what
3     product they had?
4        MR. ROSENBLATT:  TVT Secur.
5     A.   Number one, the stiff mesh.  Number two,
6  tissue dragging from a small incision that is not
7  deep enough.  The sharp edges of the introducer
8  that is pulling through tissue.  Mesh contraction,
9  degradation, chronic foreign body reaction, chronic
10 inflammation.
11       MR. WALDENBERGER:  Slow down.
12       MR. ROSENBLATT:  I know it's exciting.
13    A.   And all the other things I've described
14 in my report.
15    Q.   Are you able to attribute a specific
16 percentage of mesh exposures that are caused due to
17 the stiff mesh?
18    A.   A specific percentage?
19    Q.   Yes.
20    A.   I think all of the things I described
21 contribute to mesh exposure.
22    Q.   So there is no way for you to break out
23 whether a mesh exposure was caused by the stiff
24 mesh, the tissue dragging, the sharp edges, the

55 (Pages 214 to 217)

Bruce Alan Rosenzweig, M.D.

Page 218

1   contraction or any other factor?
2          MR. WALDENBERGER:  This hypothetical
3   patient we are talking about?
4          MR. ROSENBLATT:  In this hypothetical
5   patient.
6          MR. WALDENBERGER:  Who he has never
7   seen.
8      A.   In a hypothetical patient, without
9   knowing the specifics of the patient's surgical
10  course, postoperative course and other specifics
11  about the patient, I would not be able to opine
12  about which of the mechanisms was more likely the
13  cause, which of the defects of the product were
14  more likely the cause of the mechanism of the
15  injury that she sustained.
16         MR. ROSENBLATT:  Would you mark that.
17         (Rosenzweig Exhibit 21 was marked
18         for identification as of 2/4/16.)
19  BY MR. ROSENBLATT:
20     Q.   Doctor, I have handed you what's been
21  marked as Exhibit 21, and the Bates stamp on this
22  is ETH.MESH.00369999.
23     A.   Yes.
24     Q.   Doctor, do you understand this to be a

Page 219

1   professional education slide deck for TVT Secur?
2      A.   Yes.
3      Q.   And if you could, turn to -- the pages
4   aren't numbered, but at the top it states "Surgeon
5   feedback for third generation."  Are you there?
6          MR. WALDENBERGER:  Past the middle.
7          MR. ROSENBLATT:  About six pages in,
8   seventh page.
9          MR. WALDENBERGER:  Got it.
10         THE WITNESS:  Okay.
11  BY MR. ROSENBLATT:
12     Q.   And it states, "Surgeon feedback before
13  third generation.  Wanted simpler and less invasive
14  techniques to reduce potential complications."
15  Correct?
16     A.   That's what they state.
17     Q.   And they list bullet points there to
18  maximize safety, minimize passage or minimal
19  passage through tissues and less material left
20  behind in the patient, correct?
21     A.   That's what they state.
22     Q.   And you agree based on the slide that
23  there were at least some surgeons who saw a
24  potential benefit of having less material left

Page 220

1   behind?
2      A.   That's what this slide states.
3      Q.   And if you look at the next slide,
4   that's showing a TVT Secur in someone's hand,
5   correct?
6      A.   Correct.
7      Q.   And you would agree with me that it is
8   considerably smaller than the full-length slings,
9   correct?
10     A.   Correct.
11     Q.   And if you turn to the next slide, it
12  discusses how the TVT Secur is only eight
13  centimeters long --
14     A.   Correct.
15     Q.   -- and how there are no exit points?
16     A.   That's what they state.
17     Q.   Now, if you will turn to the
18  third-to-the-last page, and this is a snapshot or a
19  table of the TVT Secur abstracts from the IUGA 2007
20  meeting?
21     A.   Yes.
22     Q.   And so these would have been abstracts
23  that would have been published in the medical
24  literature as well as presented at this

Page 221

1   international conference?
2      A.   Yes.
3      Q.   And what this study shows is that when
4   you look at these seven studies evaluating 410
5   patients, that there was an average subjective cure
6   rate of 85.4 percent?
7      A.   At six weeks, 6.6 weeks, that's what
8   they state.
9      Q.   Put that away.  This is 22.
10         (Rosenzweig Exhibit 22 was marked
11         for identification as of 2/4/16.)
12  BY MR. ROSENBLATT:
13     Q.   Doctor, do you recognize what I've
14  handed you that has been marked as Exhibit 22?
15     A.   Yes.
16     Q.   And this is a professional education
17  slide deck regarding TVT Secur, Bates number
18  FMESH00308094.  This is from July of 2006.
19     A.   Yes.
20     Q.   And I would like you to turn towards the
21  end, about six or seven pages from the end, at the
22  top, "Gynecare TVT Secur System Early Clinical
23  Observations."
24     A.   Yes.

Bruce Alan Rosenzweig, M.D.

Page 222

1    Q.    And what this is discussing are just
2  some, I guess, lessons learned or some tips and
3  tricks in this professional education slide deck,
4  correct?
5    A.    Yes.
6    Q.    And if you look at the bottom it says,
7  "Do not retract or pull on mesh while removing
8  inserter.  Do not use the Babcock technique,"
9  correct?
10    A.    Correct.
11    Q.    And the Babcock technique would
12  essentially be when you put a Babcock or sometimes
13  another surgical instrument such as a helical
14  passer in between the urethra and the mesh,
15  correct?
16    A.    No.
17    Q.    Or you are clamping a little bit of the
18  mesh to prevent or to leave a little tension?
19    A.    The Babcock technique was specifically
20  taught by Dr. DeLaval for the obturator, TVT
21  obturator technique.
22    Q.    And the intent of the Babcock technique
23  was to make sure that the mesh wasn't tensioned too
24  tight, correct?

Page 223

1    A.    The observation was that it was much
2  more difficult to remove the sleeves with the TVT
3  obturator and therefore, you needed to hold a
4  2-millimeter knuckle of sling in a Babcock when
5  removing the sheath to avoid putting too much
6  tension on the urethra.
7    Q.    And that's a technique that surgeons
8  employed over time to help facilitate a better mesh
9  placement, correct?
10    A.    Or the TVT obturator.
11    Q.    And what this slide deck is relaying to
12  physicians is that the consequence of using the
13  Babcock technique with the TVT Secur is that the
14  mesh will be too loose, correct?
15    A.    That's what they state.
16    Q.    And it states the implant will not get
17  tighter as with current TVT?
18    A.    Meaning that the mesh contracts.
19    Q.    And so, Doctor, would you agree that a
20  benefit of TVT Secur is that it was difficult to
21  overtension or provide excessive tension?
22    A.    No.  As I describe in my report, one of
23  the other tips and tricks was to place this under,
24  quote-unquote, more tension than the TVT.  We know

Page 224

1  from what doctors around the country, including
2  Dr. Farnsworth, said, that tension-free is a
3  misnomer.  It was never tension-free.  Dr. Arnaud
4  and Hinoul had that in one of his presentations
5  that we were never tension-free and we will never
6  be tension-free.
7       So, this was -- the TVT Secur was
8  specifically placed with greater tension than,
9  quote-unquote, the tension-free, which is a
10  misnomer because there is no way to place these
11  tension-free.
12    Q.    And you will agree that surgeons who
13  became familiar and experienced with the tensioning
14  of the TVT Secur had good results?
15       MR. WALDENBERGER:  Objection to form.
16  You can answer.  It's vague.
17    A.    With what?
18    Q.    With TVT Secur.
19       MR. WALDENBERGER:  Objection to the
20  extent that "results" is a vague term that you
21  are not relating it to a particular thing.
22  You can answer if you understand.
23       MR. ROSENBLATT:  I will rephrase.
24

Page 225

1  BY MR. ROSENBLATT:
2    Q.    You will agree with me that there were
3  surgeons who were able to refine the technique for
4  TVT Secur, correct?
5    A.    There were surgeons that reported a
6  higher success rate than other surgeons.
7    Q.    And so at least for some surgeons who
8  were able to learn the nuances of the TVT Secur
9  procedure, they had good results as far as high
10  success rates and low complications in some
11  patients, correct?
12       MR. WALDENBERGER:  Objection to form.
13  You can answer.
14    A.    And there are other doctors who were
15  taught the nuances that could not get a higher
16  success rate and a lower complication rate.
17    Q.    And I understand that.  There were some
18  surgeons who were retrained and they still didn't
19  have great results, correct?
20    A.    Correct.
21    Q.    But on the contrary, there were surgeons
22  who were comfortable with the tensioning of the TVT
23  Secur, correct?
24    A.    There are --

57 (Pages 222 to 225)

Bruce Alan Rosenzweig, M.D.

Page 226

1        MR. WALDENBERGER:  Objection to the
2    form.  You can answer.
3        A.    There were doctors that reported better
4    success rates.
5        Q.    And so at least for some doctors who
6    were comfortable with the TVT Secur and the
7    surgical technique, they had good patient results?
8        A.    There are doctors that reported better
9    surgical outcomes and higher success rates.
10       Q.    And so for those doctors and those
11   patients, TVT Secur was a good product for them?
12       MR. WALDENBERGER:  Objection to the
13   form.  You can answer.
14       A.    I cannot speak to the individual
15   patients.
16       MR. WALDENBERGER:  Or their
17   physicians.
18       THE WITNESS:  Or their physicians.
19       MR. ROSENBLATT:  Go to the witness.
20       MR. WALDENBERGER:  That's the first
21   time after 4 hours and 38 minutes.
22       MR. ROSENBLATT:  You get one.  I will
23   tell you what.  If you could give me five
24   minutes just to make sure we don't have any

Page 227

1    wrap-up questions and we will be out of your
2    hair.
3        MR. WALDENBERGER:  Sure, go for it.
4        MR. ROSENBLATT:  Off the record.
5        (Recess taken, 2:28 - 2:35 p.m.)
6        (Mr. Campbell left the deposition
7         proceedings.)
8        (Rosenzweig Exhibit 23 was marked
9         for identification as of 2/4/16.)
10   BY MR. ROSENBLATT:
11       Q.    Doctor, we are back from a short break
12   here.  Would you agree with me that the issues that
13   were described in Australia that are referenced in
14   your expert report, that they involved problems
15   with efficacy and not safety?
16       A.    The main discussion in Australia was
17   efficacy.
18       Q.    And when you said earlier that the
19   experience in Australia and Germany was consistent
20   with the rest of the world, what are you relying on
21   to make that statement?
22       A.    Internal documents.
23       Q.    Which internal documents are you
24   referring to?

Page 228

1        Doctor, I have got one that might
2    refresh your recollection, so...
3        A.    All right.
4        Q.    If you could look at what I've just
5    handed you that has been marked as Exhibit 23.
6    Have you seen this document before?
7        A.    Yes.
8        Q.    And this is the TVT Secur PQI07-041
9    Quality Board followup, correct?
10       A.    Yes.
11       Q.    And this presentation is essentially an
12   analysis of the efficacy problems observed in
13   Australia and Germany, correct?
14       A.    It's the review of global complaints
15   looked at by region and country.
16       Q.    And so, for example, if you look at
17   Page 4 titled "Global Complaint Review," they look
18   at -- they do Pareto analyses and see that the top
19   global complaint is post-procedure incontinence?
20       A.    Correct.
21       Q.    And post-procedure incontinence is
22   essentially a problem with efficacy or the
23   procedure did not cure incontinence as it was
24   intended to do, correct?

Page 229

1        A.    Correct.
2        Q.    And failure of a procedure is a
3    recognized complication with any surgery intended
4    to treat stress urinary incontinence, correct?
5        A.    It is, depending on what the rate of
6    post-procedural incontinence is.
7        Q.    And so in this presentation Ethicon is
8    essentially escalating a global complaint review
9    that was essentially based on complaints from three
10   surgeons in Australia, correct?
11       A.    Three surgeons that are very familiar
12   with mesh.  In fact, one of the doctors, Dr. Carey,
13   invented the Prosima device, which is a exitless
14   non-fixed, if you will, pelvic organ prolapse
15   device.
16       Q.    And that pelvic organ prolapse device is
17   made out of Gynemesh PS?
18       A.    Correct.
19       Q.    And I assume you do not believe Gynemesh
20   PS would be a safe mesh to use for stress urinary
21   incontinence?
22       A.    It would be less dangerous than the
23   heavyweight small-pore mesh, 100 grams per meter
24   squared, 1-millimeter pore size in the TVT product

Bruce Alan Rosenzweig, M.D.

Page 230

1  line.
2      Q.   And what are you basing that on?
3      A.   The fact that, as I described it during
4  the Abbrevo trial, that Gynemesh PS is less stiff
5  than Gynemesh.
6      Q.   Any clinical studies that you are
7  relying on?
8      A.   No.  That's based on internal documents
9  from Ethicon.
10     Q.   But as I understand it, you are not
11 offering the opinion in your expert report that
12 Gynemesh PS is a safer alternative design, correct?
13     A.   I am not offering Gynemesh PS as a safer
14 alternative design.
15     Q.   And am I correct that the safer
16 alternative design that you are suggesting in this
17 case for TVT Secur is the Ultrapro mesh?
18     A.   Correct.
19     Q.   And that's based on the Okulu study?
20     A.   That's one of the studies.
21     Q.   What other clinical studies are you
22 relying on to support your opinion that Ultrapro
23 would be a safer mesh?
24     A.   The studies from the Moalli group that

Page 231

1  look at the lighter weight, larger pore mesh.
2      Q.   I'm sorry to cut you off.  I'm talking
3  about clinical studies in women.
4      A.   Specifically looking at a partially
5  absorbable mesh?
6      Q.   Yes.
7      A.   And specifically compared to a
8  non-partially absorbable mesh?
9      Q.   I don't care if it's comparing it to
10 anything.  I want to know what clinical studies
11 using a partially absorbable mesh, i.e., Ultrapro,
12 that you are relying on to support your opinion.
13     A.   There are -- I don't think that they are
14 on this reliance list, but they might be.  There
15 are several studies that have looked at partially
16 absorbable mesh and the efficacy and partially
17 absorbable mesh and the benefit to a non-partially
18 absorbable mesh.
19     Q.   But I'm correct that those are not on
20 your reliance list here?  I didn't see them.
21     A.   That I haven't looked at specifically
22 for that.
23     Q.   Am I correct that the only clinical
24 studies evaluating Ultrapro as a sling in women is

Page 232

1  the Okulu study?
2      A.   Correct.
3      Q.   And you are not aware of any other
4  studies evaluating Ultrapro as a sling in women?
5      A.   Not that I'm aware of.
6      Q.   I want to go back to Page 7 of this
7  slide deck, and again, this presentation is
8  summarizing the results of the global complaint
9  review, and this slide shows ROW, which can we
10 agree urethra that stands for rest of the world?
11     A.   Yes.
12     Q.   So what this shows is that the
13 experiences with the rest of the world are not
14 similar to the efficacy and complaint rates in the
15 United States, correct?
16     A.   Correct.
17     Q.   And if you turn to Page 8, a global
18 complaint review that Ethicon performed determined
19 that the German experience regarding efficacy and
20 complaints was not similar to the experiences in
21 the United States, correct?
22     A.   That's what they describe in this slide.
23     Q.   And if you turn to Page 9, the analysis
24 determined that the Australian experience was not

Page 233

1  similar to the efficacy rates and complaints in the
2  United States, correct?
3      A.   That's what this states.
4      Q.   And if you turn to Page 10, what they
5  determined there was that the German and Australian
6  experiences are not similar to the rest of the
7  world and/or the United States, correct?
8      A.   If you lump the rest of the world
9  together as they did in this slide or the United
10 States, that's what they showed in this slide.
11     Q.   Do you have any reason to disagree with
12 the findings on this page?
13     A.   On this page?
14     Q.   Yes.
15     A.   This is what this page shows.
16     Q.   My question was just a little bit
17 different.  Do you have any reason to disagree with
18 the findings on this page?
19     A.   There are other internal documents that
20 say that the German and Australian experience was
21 not unique as compared to what other doctors were
22 experiencing around the world.
23     Q.   And what data are you basing that on?
24     A.   Those are internal documents.

Bruce Alan Rosenzweig, M.D.

Page 234

1    Q.   And you don't recall which ones those
2  would be?
3    A.   I don't recall specifically right now
4  which documents they are.
5    Q.   Do you recall if it was a formal
6  analysis such as the presentation in front of you?
7    A.   If I recall, it was a discussion between
8  medical directors.
9    Q.   And if you turn to Page 14, what this
10 shows is the German and Australian experiences are,
11 quote-unquote, different, correct?
12   A.   That's what this slide states.
13   Q.   And it also states that they are
14 different than the USA?
15   A.   That's what it states.
16   Q.   It states that they are different than
17 the rest of the world outside of the USA?
18   A.   That's what this slide states.
19   Q.   Now, what's important is that next
20 bullet point, which states "Together the German" --
21 strike that.  Paraphrasing here.
22        This next bullet point essentially
23 states that the German and Australian TVT Secur
24 sales were about 6.4 percent, but the complaints

Page 235

1  from Germany and Australia accumulated to 91
2  percent of the total complaints regarding efficacy
3  with TVT Secur?
4    A.   That's what this slide states.
5    Q.   And other than the internal e-mails that
6  you have seen discussing something contrary to
7  this, do you have any reason to dispute the
8  findings on this page?
9    A.   That's what this slide states.
10   Q.   And you are not able to point me to the
11 e-mails that would contradict the findings on this
12 page right now, are you?
13   A.   I don't have them at my fingertips, no.
14   Q.   And if you turn to Page 15, part of the
15 conclusion of the internal global complaint review
16 was that aside from the outliers of Australia and
17 Germany, there were no safety signals, correct?
18   A.   That's what this slide states.
19   Q.   And it also states that the mean failure
20 rate for any TVT was approximately 15 to 20
21 percent?
22   A.   That's what this slide states.
23   Q.   And so what they noticed was that
24 physicians were only complaining when this rate was

Page 236

1  exceeded with TVT Secur, correct?
2        MR. WALDENBERGER:  Objection to the
3    form.  You can answer.
4    A.   This states physicians only,
5  quote-unquote, complain when this rate exceeded.
6    Q.   We are done with that document.
7        Doctor, are you critical of Ethicon for
8  continuing to improve their -- strike that.
9        Are you critical of Ethicon for making
10 attempts to improve their professional education
11 materials even after TVT Secur was launched?
12   A.   In what respect?
13   Q.   Do you think it's a good thing that
14 companies should try to continue to improve
15 training and education materials?
16        MR. WALDENBERGER:  You are not talking
17    specifically regarding the TVT-S?
18        MR. ROSENBLATT:  Not right now; just
19    in general.
20        MR. WALDENBERGER:  You can answer
21    that.
22   A.   Yes.
23   Q.   With respect to the TVT Secur, do you
24 agree that it was beneficial for Ethicon to

Page 237

1  recognize that there was a problem with efficacy in
2  certain locations and take steps necessary to
3  improve the professional education?
4        MR. WALDENBERGER:  Objection to the
5    form.  You can answer.
6    A.   And what are you talking about as far as
7  steps go?  That's what I'm --
8    Q.   Putting out additional professional
9  education materials, making the steps clearer,
10 coming out with key technique guides and various
11 materials to supplement the IFU.
12   A.   So you are talking about cookbooks,
13 pearls and tips and tricks?
14   Q.   Sure.
15   A.   I describe that in my report.
16   Q.   Right.  My question is, are you critical
17 of Ethicon for continuing to try to improve the
18 professional education regarding the TVT Secur?
19   A.   If these are critical steps, they should
20 have been placed in the instructions for use and
21 the instructions for use should have been updated
22 to include these essentials for doing the procedure
23 properly.
24   Q.   And you recall when you were first

60 (Pages 234 to 237)

Bruce Alan Rosenzweig, M.D.

Page 238

1  performing what is now the Burch, that procedure
2  was done slightly differently, correct?
3      A.   When I first started to perform the
4  procedure.
5      Q.   The MMK.
6      A.   When I first started to perform the
7  Burch procedure?
8      Q.   Yes?
9      A.   The same procedure that I do currently
10  have.
11      Q.   You haven't made any adjustments to your
12  Burch procedure?
13      A.   I've always done the Tanagho
14  modification. Tanagho, T-a-n-a-g-h-o.
15      Q.   And you would agree with me that not all
16  surgeons who perform the Burch procedure do the
17  Tanagho modification?
18      A.   I can tell you what I do.
19      Q.   So you don't know how other surgeons
20  perform the Burch, correct?
21      A.   I would say that when the Tanagho
22  modification was described, it was adopted as the,
23  you know, best way to perform the Burch procedure.
24      Q.   And that was based on experience over

Page 239

1  time, correct?
2      A.   Correct.
3      Q.   And that was based on comparing
4  complication and efficacy rates over time, correct?
5      A.   Correct.
6      Q.   And after performing Burch procedure
7  over time, some surgeons saw a benefit to
8  performing the Tanagho modification, correct?
9      A.   The Tanagho modification has benefits,
10  yes.
11      Q.   Doctor, have you reviewed the entire
12  design history file for TVT Secur?
13      A.   Yes.
14      Q.   About how many pages was that, do you
15  recall?
16      A.   I don't recall specifically.
17      Q.   Do you recall how many cadaver labs
18  Ethicon performed on the TVT Secur?
19      A.   I know that they performed a sheep
20  study, the cadaver lab and the multi-centered trial
21  that had five weeks of data at the time of launch.
22      Q.   And you would agree with me that the
23  mesh other than being laser cut is the same mesh in
24  TVT Secur as it was in TVT retropubic?

Page 240

1      A.   Yes.
2      Q.   Other than the studies that you
3  mentioned a moment ago, are you aware of any other
4  cadaver labs or testing that was done on TVT Secur
5  prior to launch?
6      A.   Specifically those were the three areas
7  that I saw of studies.
8      Q.   Do you agree that a benefit of laser-cut
9  mesh in particular with the TVT Secur is that it
10  has less potential to cause retention than TVT or
11  TVT-O?
12      A.   Can you repeat the question?
13      Q.   Yes. Do you agree that one of the
14  benefits of laser-cut mesh is that -- strike that.
15          Would you agree with me that one of the
16  benefits of laser-cut mesh used in TVT Secur is
17  that it has less potential to cause retention than
18  TVT or TVT-O?
19      A.   And am I assuming that the mesh used for
20  the TVT or TVT-O is laser cut also?
21      Q.   You tell me. Does that change your
22  answer?
23      A.   I'm not the one that's asking the
24  question.

Page 241

1      Q.   Assume that TVT and TVT-O are
2  mechanically cut.
3      A.   Would the laser cut minimize the risk of
4  retention?
5      Q.   Yes.
6      A.   Compared to TVT and TVT retropubic, TVT
7  and TVT-O?
8      Q.   Yes.
9      A.   We are comparing apples and oranges.
10          MR. ROSENBLATT:  Just give me one
11  second. I will try to wrap up with this,
12  Doctor.
13          MR. WALDENBERGER:  Famous last words.
14  BY MR. ROSENBLATT:
15      Q.   Would you agree that a reasonably
16  prudent pelvic floor surgeon who was performing
17  surgeries to treat stress urinary incontinence
18  would stay current with the peer-reviewed medical
19  literature?
20      A.   Yes.
21      Q.   And would you agree that that same
22  reasonably prudent pelvic floor surgeon would base
23  their clinical decisions on their medical training,
24  their clinical experience, their review of

61 (Pages 238 to 241)

Bruce Alan Rosenzweig, M.D.

Page 242

1  literature, their discussions with colleagues,
2  their experience at seminars, professional society
3  meetings and other education events?
4      MR. WALDENBERGER:  You want to re-read
5  that one?  Is it compound?
6      THE WITNESS:  I mean --
7      MR. ROSENBLATT:  I'm trying to save
8  some time, but I can break it down for you.
9      MR. WALDENBERGER:  Why don't you break
10  it down.
11  BY MR. ROSENBLATT:
12      Q.   Doctor, would you agree that a
13  reasonably prudent pelvic floor surgeon would be
14  expected to make evidence-based decisions based on
15  their medical training?
16      A.   Yes.
17      Q.   Based on their clinical experience?
18      A.   Yes, in the hypothetical sense.
19      Q.   Yes.
20      A.   Okay.
21      Q.   Based on their review of published
22  medical literature?
23      A.   That they have available, yes.
24      Q.   Based on their discussions with mentors

Page 243

1  and colleagues?
2      A.   Assuming that they are having
3  discussions with mentors and colleagues, yes.
4      Q.   And based on their experience at
5  professional society meetings and seminars?
6      A.   Depending on their availability to go to
7  professional meetings and seminars.
8      Q.   And based on their involvement in
9  professional education, events or continuing
10  medical education events?
11      A.   Based on what medical seminars and
12  continuing medical education events that are
13  available to them.
14      Q.   And you would agree that a reasonably
15  prudent pelvic floor surgeon would be aware of the
16  potential risks associated with general surgery?
17      A.   If they are a general surgeon.
18      Q.   And you would agree that a reasonably
19  prudent pelvic floor surgeon would be aware of the
20  potential risk associated with all pelvic floor
21  surgeries?
22      A.   It depends on again their level of
23  education, their level of experience.  It's very
24  difficult for me to say what all pelvic surgeons

Page 244

1  know, what all pelvic surgeons are exposed to, what
2  all pelvic surgeons read.
3      Obviously I have been exposed to and
4  read things that are probably not available to the
5  average pelvic surgeon, but based on what their
6  patient population is, their interest level, the
7  information they're exposed to, then yes.
8      Q.   Would you agree that a reasonably
9  prudent pelvic floor surgeon performing
10  incontinence procedures would be aware of the risks
11  and complications associated with the Burch
12  colposuspension procedure?
13      A.   Again, depending on their level of
14  training, their expertise, the patient population
15  that they see, their training, yes.
16      Q.   And would that same answer apply to
17  synthetic midurethral slings?
18      A.   Well, there are a variety of aspects of
19  the synthetic midurethral slings that is intrinsic
20  to the procedure and to the material itself, and so
21  I am not -- I do not think that the average
22  physician would know all of the aspects of the
23  synthetic material itself, such as degradation,
24  mesh contraction, the chronic foreign body reaction

Page 245

1  and the implications of the chronic foreign body
2  reaction, all the things that I described in my
3  report.
4      Q.   What are you basing that on?
5      A.   What am I basing that on?
6      Q.   Yes.
7      A.   Having spent five years intensively
8  researching and reading and reviewing not only the
9  medical literature but internal documents,
10  testimony from medical experts at Ethicon.  I have
11  been exposed to and have read and seen and probably
12  know more than the average physician just because
13  of the sheer volume of material that I have
14  reviewed.
15      Q.   But you don't know what the average
16  physician does or doesn't know, do you?
17      MR. WALDENBERGER:  Objection to form.
18  You can answer.
19      A.   No, I do not.
20      Q.   Would you agree with me, Doctor, that
21  regardless of whether a synthetic midurethral sling
22  is laser cut or mechanically cut, they can
23  ultimately lead to the same complications?
24      A.   By different mechanisms, yes.

Bruce Alan Rosenzweig, M.D.

Page 246

1      MR. ROSENBLATT:  Nothing further at
2   this time.
3      MR. WALDENBERGER:  No questions.
4      MR. LUNDQUIST:  None for the MDL
5   either.
6      THE REPORTER:  Signature?
7      MR. WALDENBERGER:  Read and sign,
8   usual stips, read and sign.
9      MR. ROSENBLATT:  And my understanding
10  is that the de bene esse deposition will take
11  place next Wednesday.
12      MR. WALDENBERGER:  Correct.
13      MR. ROSENBLATT:  Off the record.
14      (At 3:02 p.m. the deposition was
15      concluded.)
16
17
18
19
20
21
22
23
24

Page 248

1          INSTRUCTIONS TO WITNESS
2
3          Please read your deposition
4   over carefully and make any necessary
5   corrections.  You should state the reason
6   in the appropriate space on the errata
7   sheet for any corrections that are made.
8          After doing so, please sign
9   the errata sheet and date it.  It will be
10  attached to your deposition.
11          It is imperative that you
12  return the original errata sheet to the
13  deposing attorney within thirty (30) days
14  of receipt of the deposition transcript
15  by you.  If you fail to do so, the
16  deposition transcript may be deemed to be
17  accurate and may be used in court.
18
19
20
21
22
23
24

Page 247

1   CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2      I, PAULINE M. VARGO, a Certified
    Shorthand Reporter of the State of Illinois,
3   C.S.R. No. 84-1573, do hereby certify:
4      That previous to the commencement of the
    examination of the witness, the witness was duly
5   sworn to testify the whole truth concerning the
    matters herein;
6
      That the foregoing deposition transcript
7   was reported stenographically by me and thereafter
    reduced to typewriting under my personal direction;
8
      That the reading and signing of said
9   deposition was reserved by counsel for the
    respective parties and the witness;
10
      That the foregoing constitutes a true
11  record of the testimony given by said witness
    before this reporter;
12
      That I am not a relative, employee,
13  attorney or counsel, nor a relative or employee of
    such attorney or counsel for any of the parties
14  hereto, nor interested directly or indirectly in
    the outcome of this action.
15
      CERTIFIED TO THIS 5th DAY OF FEBRUARY,
16  A.D., 2016.
17
    _____
18      Pauline M. Vargo, RPR, CRR
        Illinois Certified Shorthand
19      Reporter No. 84-1573
20
21
22
23
24

Page 249

1          - - - - - -
           E R R A T A
2          - - - - - -
3   PAGE  LINE  CHANGE
4   ____  ____  _____
5      REASON: _____
6   ____  ____  _____
7      REASON: _____
8   ____  ____  _____
9      REASON: _____
10  ____  ____  _____
11     REASON: _____
12  ____  ____  _____
13     REASON: _____
14  ____  ____  _____
15     REASON: _____
16  ____  ____  _____
17     REASON: _____
18  ____  ____  _____
19     REASON: _____
20  ____  ____  _____
21     REASON: _____
22  ____  ____  _____
23     REASON: _____
24  ____  ____  _____

63  (Pages 246 to 249)

Bruce Alan Rosenzweig, M.D.

Page 250

1      ACKNOWLEDGMENT OF DEPONENT

2

3         I,_____, do
hereby certify that I have read the
foregoing pages, and that the same

4    is a correct transcription of the answers
given by me to the questions therein

5    propounded, except for the corrections or
changes in form or substance, if any,

6    noted in the attached Errata Sheet.

7
_____

8    BRUCE ALAN ROSENZWEIG, M.D.    DATE

9

10

11

12

13

14

15  Subscribed and sworn
to before me this
_____ day of _____, 20____.

16

My commission expires:_____

17

18
_____

Notary Public

19

20

21

22

23

24

Page 251

1        LAWYER'S NOTES

2  PAGE  LINE

3  _____ _____ _____

4  _____ _____ _____

5  _____ _____ _____

6  _____ _____ _____

7  _____ _____ _____

8  _____ _____ _____

9  _____ _____ _____

10 _____ _____ _____

11 _____ _____ _____

12 _____ _____ _____

13 _____ _____ _____

14 _____ _____ _____

15 _____ _____ _____

16 _____ _____ _____

17 _____ _____ _____

18 _____ _____ _____

19 _____ _____ _____

20 _____ _____ _____

21 _____ _____ _____

22 _____ _____ _____

23 _____ _____ _____

24 _____ _____ _____

64 (Pages 250 to 251)