# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327**<br>**MDL 2327**<br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |
| **THIS DOCUMENT RELATES TO: WAVE 6 CASES ON ATTACHED EXHIBIT "A"** | |

## PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF JOHN WAGNER, MD

Plaintiffs respectfully request that the Court preclude defense expert John Wagner,, M.D., from giving opinions on: (1) the adequacy of Defendants' pelvic mesh products' warnings and IFUs, including opinions regarding what risks of the devices other doctors know of; (2) testimony regarding physical properties of the mesh, including degradation, weight, porosity, and cut of the mesh; and (3) any opinions regarding the safety and efficacy of the Prolift device.

In support of this motion, Plaintiffs have submitted a memorandum of law and also rely upon the following attached exhibits:

1.   A true copy of the Wave 5 TVT Expert Report of John Wagner, M.D. is attached hereto as Exhibit B.

2.   A true copy of the Curriculum Vitae of John Wagner, M.D. is attached hereto as Exhibit C.

3.   A true copy of the Deposition of Dr. John Wagner dated March 13, 2017, is attached hereto as Exhibit D.

4.      A true copy of Exhibit 9 from Deposition of Dr. John
        Wagner dated March 13, 2017, is attached hereto as Exhibit
        E.


5.      A true copy of the Wave 6 Prolift Expert Report of John
        Wagner, M.D. is attached hereto as Exhibit F.


6.      A true copy of the Deposition of Dr. John Wagner Dated
        September 25, 2017 is attached hereto as Exhibit G.


7.      A true copy of Dr. Wagner's "reliance list" is attached
        hereto as exhibit H.


Dated: October 23, 2017


                              Respectfully submitted,

                              /s/Thomas P. Cartmell
                              Thomas P. Cartmell, Esq.
                              Jeffrey M. Kuntz, Esp.
                              Wagstaff & Cartmell LLP
                              4740 Grand Avenue, Suite 300
                              Kansas City, MO 64112
                              816-701-1102
                              Fax 816-531-2372
                              tcartmell@wcllp.com
                              jkuntz@wcllp.com

                              **Attorneys for Plaintiffs**

2

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on October 23, 2017 using the Court's

CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.


/s/ Thomas P. Cartmell
**Attorney for Plaintiffs**