# EXHIBIT A

**EXHIBIT A – WAGNER DAUBERT MOTION**

**THIS DOCUMENT RELATES TO PLAINTIFFS:**

*Sylvia Davis*
*Case No. 2:13-cv-00574*

*Theresa Wilson*
*Case No. 2:13-cv-0823*