# EXHIBIT A

| | |
|---|---|
| Shelton, Naomi | 2:12-cv-09250 |
| Volpe, Patricia | 2:13-cv-02051 |
| Bradley, Beth Ann | 2:13-cv-02058 |