EXHIBIT B1

Lawrence Lind, M.D.

```
 1            UNITED STATES DISTRICT COURT
 2          SOUTHERN DISTRICT OF WEST VIRGINIA
 3                   AT CHARLESTON
 4      ----------------------------:
        IN RE ETHICON, INC., PELVIC  :
 5      REPAIR SYSTEM PRODUCTS        : MASTER FILE
        LIABILITY LITIGATION         : No. 2:12-MD-02327
 6      _____:
                                     : MDL 2327
 7      THIS DOCUMENT RELATES TO ALL : JOSEPH R. GOODWIN
        WAVE 6 AND SUBSEQUENT WAVE   : US DISTRICT JUDGE
 8      CASES AND PLAINTIFFS:        :
                                     :
 9      Beth Ann Bradley             :
        Case No. 2:13-cv-02058       :
10      Naomi Shelton                :
        Case No. 2:12-cv-09250       :
11      Patricia Volpe               :
        Case No. 2:13-cv-02051       :
12      ----------------------------
13                October 11, 2017
14                   -   -   -
15          Deposition of LAWRENCE LIND, M.D.,
16      held at The Inn at Great Neck, 90 Cutter
17      Mill Road, Great Neck, New York, commencing
18      at 7:30 a.m., on the above date, before
19      Marie Foley, a Registered Merit Reporter,
20      Certified Realtime Reporter and Notary
21      Public.
22                   -   -   -
            GOLKOW LITIGATION SERVICES
23       877.370.3377 ph | 917.591.5672 fax
                Deps@golkow.com
24
```

Lawrence Lind, M.D.

```
 1     A P P E A R A N C E S:

 2

 3     RESTAINO LAW, LLC

 4     BY: JOHN M. RESTAINO, ESQUIRE

 5        1011 S. Josephine St.

 6        Denver, CO 80209

 7        800.487.9030

 8        www.restainolawfirmpc.com

 9        Representing the Plaintiff

10

11

12

13

14     RIKER, DANZIG, SCHERER,

15     HYLAND, PERRETTI, LLP

16     BY: DIANA KATZ GERSTEL, ESQUIRE

17        Headquarters Plaza

18        One Speedwell Avenue

19        Morristown, New Jersey  07962-1981

20        973.538.0800

21        dgerstel@riker.com

22        Representing the Defendant

23

24
```

Lawrence Lind, M.D.

```
 1                    -   -   -

 2                TRANSCRIPT INDEX

 3                                    PAGE

 4      APPEARANCES...................... 2

 5      INDEX OF EXHIBITS................ 4 - 7

 6      EXAMINATION OF LAWRENCE LIND, M.D.:

 7      BY:  MR. RESTAINO................ 9

 8      BY:  MS. GERSTEL................. 184

 9      SIGNATURE PAGE................... 200

10      ERRATA.......................... 201

11      REPORTER'S CERTIFICATE.......... 202

12

13      EXHIBITS WITH ORIGINAL TRANSCRIPT

14

15                    -   -   -

16

17

18

19

20

21

22

23

24
```

Lawrence Lind, M.D.

```
 1                        -   -   -

 2                   E X H I B I T S

 3                        -   -   -
```

| 4   NO. | DESCRIPTION | PAGE |
|---------|-------------|------|
| 5   Lind | Notice to Take Deposition | 9 |
| 6   Exhibit 1 | of Lawrence Lind, M.D., | |
| 7   | dated September 21, 2017 | |
| 8   Lind | Envelope containing flash | 13 |
| 9   Exhibit 2 | drive | |
| 10  Lind | Five invoices of Lawrence | 14 |
| 11  Exhibit 3 | Lind | |
| 12  Lind | Curriculum vitae of | 16 |
| 13  Exhibit 4 | Lawrence Lind, M.D. | |
| 14  Lind | Expert Report of Lawrence | 36 |
| 15  Exhibit 5 | Lind, M.D. | |
| 16  Lind | Lawrence Lind General | 41 |
| 17  Exhibit 6 | Reliance List in Addition | |
| 18  | to Materials Referenced in | |
| 19  | Report MDL Wave 6 | |
| 20  Lind | Lawrence Lind Supplemental | 41 |
| 21  Exhibit 7 | Reliance List in Addition | |
| 22  | to Materials Referenced in | |
| 23  | Report MDL Wave 6 | |
| 24  | | |

Lawrence Lind, M.D.

1                     -   -   -

2               E X H I B I T S

3                     -   -   -

4        NO.         DESCRIPTION              PAGE

5    Lind          Cochrane Library Maher        49

6    Exhibit 8     article excerpt

7    Lind          Benbouzid article Pelvic      63

8    Exhibit 9     Organ Prolapse Transvaginal

9                  Repair By the Prolift

10                 System: Evaluation of

11                 Efficacy and Applications

12                 After a 4.5 Years Follow Up

13   Lind          Barber article Defining       66

14   Exhibit 10    Success: After Surgery For

15                 Pelvic Organ Prolapse

16   Lind          Quemener article Rate of      73

17   Exhibit 11    Re-Interventions After

18                 Transvaginal Pelvic Organ

19                 Prolapse Repair Using

20                 Partially Absorbable Mesh:

21                 20 Months Median Follow

22                 Ups Outcomes

23

24

Lawrence Lind, M.D.

```
 1                    -   -   -

 2               E X H I B I T S

 3                    -   -   -
```

| NO. | DESCRIPTION | PAGE |
|-----|-------------|------|
| Lind Exhibit 12 | Withagen article Trocar-Guided Mesh Compared With Conventional Vaginal Repair in Recurrent Prolapse | 78 |
| Lind Exhibit 13 | Cochrane Library excerpt pages 12, 13 and 14 | 84 |
| Lind Exhibit 14 | Schimpf article Graft and Mesh Use in Transvaginal Prolapse Repair | 96 |
| Lind Exhibit 15 | Printout from ACOG Web site | 101 |
| Lind Exhibit 16 | American College of Obstetricians and Gynecologists Women's Health Care Physicians document withdrawal | 102 |

```
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Lawrence Lind, M.D.

```
 1              -   -   -

 2            E X H I B I T S

 3              -   -   -
```

```
 4     NO.          DESCRIPTION              PAGE

 5   Lind          ACOG Practice Advisory on    105

 6   Exhibit 17   the FDA's Reclassification

 7                of Mesh For Pelvic Organ

 8                Prolapse dated January 6,

 9                2016

10   Lind          Abbott article Evaluation    110

11   Exhibit 18   and Management of

12                Complications From Synthetic

13                Mesh After Pelvic

14                Reconstructive Surgery: A

15                Multicenter Study

16   Lind          Nolfi article Host           165

17   Exhibit 19   Response to Synthetic Mesh

18                in Women With Mesh

19                Complications
```

```
20

21

22

23

24
```

Lawrence Lind, M.D.

1    from Manhattan, Pennsylvania, New Jersey,

2    and further.  So by tertiary, it typically

3    means a center that is super specialized

4    and a go-to place for difficult cases and

5    that sort of thing.

6        Q.    Look at your CV, I see that you

7    have contributed to the peer-reviewed

8    medical literature; is that correct?

9        A.    Yes.

10        Q.    And have you published any

11    peer-reviewed articles regarding Gynemesh

12    or Prolift mesh transvaginal mesh devices?

13        A.    No.

14        Q.    Have you been asked to give any

15    lectures to national societies on Gynemesh

16    or Prolift mesh?

17        A.    No.

18        Q.    Have you been invited to be a

19    visiting professor at any academic

20    institution previously?

21        A.    I have.

22        Q.    And what position or topic were

23    you appointed?

24        A.    Those invites were all within

Lawrence Lind, M.D.

1    itself comes into question?

2         A.    Not exactly.

3         Q.    Well, let's try to use examples.

4               For example, let's hypothesize

5    that a new methodology is published in the

6    medical literature and no one else is able

7    to or attempts to replicate that

8    methodology.

9               Would you consider, without

10   replication, the scientific method to have

11   been fulfilled?

12        A.    I would consider two

13   possibilities.  One is that if this is,

14   for instance, a surgical execution, that

15   that person had methods that were

16   different than the population or that

17   there was a problem replicating it and

18   that those results couldn't be

19   generalized.

20        Q.    Have you held yourself out to be

21   an expert in the implantation of Gynemesh

22   and/or Prolift mesh at any national

23   society meeting?

24        A.    No.

Lawrence Lind, M.D.

```
1        A.      Yes.

2        Q.      And why is that important?

3        A.      Because you're starting with a

uniform population and then giving two

different exposures to that population

making it the purest form of

experimentation.

8        Q.      And would an effect of that be

the minimization or eradication of bias?

10       A.      Of multiple sources of bias, but

not completely.

12       Q.      And for whomever may be reading

the record, can you define "bias"?

14       A.      Bias is anything that would

influence a study to take away from the

objectivity of the outcomes.

17       Q.      And if you were reviewing a,

asked to review a study and you found that

there was bias in the study, what effect

would that have upon your evaluation of

the conclusions of that study?

22       A.      There are different types of

bias, different levels of bias, and each

type of bias that I would come upon I
```

Lawrence Lind, M.D.

```
 1    of others that are being assessed as well.

 2         Q.    This is one of those questions

 3    that ends up in a list of stupid questions

 4    that lawyers ask, but it's foundational.

 5               And it's implanted within the

 6    rat?

 7         A.    Yes.

 8         Q.    Is it implanted in the pelvis of

 9    the rat or on the dorsum?

10         A.    Both.

11         Q.    Have you ever conducted any

12    animal research utilizing Prolift mesh?

13         A.    No.

14         Q.    Gynecare mesh?

15         A.    No.

16         Q.    Have you conducted an

17    epidemiological study utilizing Prolift

18    mesh?

19         A.    A study resulting towards a

20    publication, no, but I want to be careful

21    with that word since I've certainly

22    studied many things that would be called

23    epidemiology having to do with Prolift in

24    terms of studies, efficacy, safety.  So I
```

Lawrence Lind, M.D.

1   have not conducted an epidemiologic study,

2   but I have studied the topic of the

3   epidemiology.

4       Q.    Would that answer apply to both

5   Prolift and Gynemesh?

6       A.    Yes.

7       Q.    Has Ethicon ever asked you to

8   consult on the design of a vaginal mesh?

9       A.    No.

10       Q.    Have they ever asked you to

11   consult on the design of any mesh?

12       A.    No.

13       Q.    Have you ever performed a

14   complete excision of mesh from the pelvis

15   of a woman?

16       A.    Yes.

17       Q.    Approximately how many?

18       A.    Ten.

19       Q.    Have you ever performed a

20   complete excision of Prolift or Gynemesh

21   mesh from a woman?

22       A.    No.

23       Q.    When you've performed your

24   excisions, be as they may partial or

Lawrence Lind, M.D.

1        Q.    On page 2, the last paragraph

2    you write, there's a paragraph that starts

3    with:  "I am experienced in both native

4    tissue, mesh-based repairs of pelvic organ

5    prolapse."

6              Is that correct?

7        A.    Yes.

8        Q.    And you were an early adopter of

9    Prolift, having already been a user of

10   Gynemesh PS; is that correct?

11       A.    Yes.

12       Q.    Is Prolift still available to

13   you on the market?

14       A.    No.

15       Q.    It has been removed from the

16   market?

17       A.    Yes.

18       Q.    And has Gynemesh PS undergone a

19   label change?

20       A.    Not that I'm aware of.

21       Q.    Do you utilize Gynecare Gynemesh

22   through abdominal implantations?

23       A.    Yes.

24       Q.    Do you use it through the

Lawrence Lind, M.D.

1    vaginal approach?

2        A.    Yes.

3        Q.    Do you know if they -- it was

4    agreed that Ethicon will continue to sell

5    Gynecare Gynemesh, but will change the

6    labeling to restrict its use to only

7    abdominal implantations?

8            MS. GERSTEL:  Object to the

9        form.

10       A.    I was not aware.

11       Q.    Both the Gynemesh PS expert

12   report and the TVT expert report, did

13   anyone else help you write the report?

14           MS. GERSTEL:  I'm going to

15       object to that on the basis of

16       privilege.  Writing of reports is

17       privileged under Rule 26.

18           MR. RESTAINO:  I don't think

19       that's correct, but I'll withdraw the

20       question.  I'll ask it the way where I

21       was going with it.

22   BY MR. RESTAINO:

23       Q.    Doctor, when you've written

24   applications for the peer-reviewed medical

Lawrence Lind, M.D.

1    Q.    And what is the basis for your

2    opinion that success rates for native

3    tissue surgical repairs decline over time?

4    A.    Multiple articles.  20 years of

5    experience.

6    Q.    Now, if you were submitting this

7    expert report for publication in the

8    peer-reviewed literature, would you agree

9    that a statement like that would require a

10   reference?

11   A.    So, a reference was missing and

12   I would fill it in.

13   Q.    Now, you're familiar with the

14   Cochrane database of systemic reviews; is

15   that correct?

16   A.    Yes.

17   Q.    In fact, on page 3 of your

18   report, you have a section 2 which is

19   titled "Materials Reviewed."

20         Is that correct?

21   A.    Page 3, section 2, yes.

22   Q.    In the paragraph that starts:

23   "I hold the opinions set forth in this

24   report to a reasonable degree of medical

Lawrence Lind, M.D.

1    and scientific certainty and probability."

2              Down about four lines you write

3    that you "...place a special emphasis on

4    randomized control trials, systemic

5    reviews and meta-analyses which provide

6    the highest levels of scientific

7    evidence."

8              Do you see where I read from,

9    sir?

10        A.    Yes.

11        Q.    And that's what we discussed

12   earlier in the deposition about the

13   hierarchy of epidemiology, correct?

14        A.    Correct.

15        Q.    And you have read the systemic

16   review that's been published by Maher, et

17   al. in Cochrane that is titled

18   "Transvaginal mesh or graphs compared with

19   native tissue repair for vaginal prolapse

20   (review)"?

21        A.    I have read it, yes.

22        Q.    And you are relying upon it for

23   basis of several of your opinions in this

24   expert report; is that correct?

Lawrence Lind, M.D.

1      A.     Yes.

2      Q.     When I downloaded this document,

3   I noted it to be 142 pages long with a lot

4   of material.

5            Did you read this systemic

6   review in its entirety?

7      A.     Every single word, no, but most

8   of it, yes.

9            MR. RESTAINO:  Now, in order to

10        save trees, I haven't printed out all

11        142 pages, but I've taken

12        representative sections and I've put

13        the cover page on each front.

14            So, for the first one that's

15        going to consist of the table of

16        contents and pages 1 and 2, I'll have

17        the court reporter mark this as

18        Exhibit 8.

19            (Lind Exhibit Lind Exhibit 8,

20        Cochrane Library Maher article

21        excerpt, was marked for

22        identification, as of this date.)

23   BY MR. RESTAINO:

24      Q.     And you have a seen this before,

Lawrence Lind, M.D.

1    asking me if that question pertains to

2    just prolapse and you're being very

3    specific, then I need to have it in

4    reports.   I need to look through that

5    report.

6         Q.    Well, let's go back to your

7    expert report on page 5.

8         A.    For which report?

9         Q.    Gynemesh expert report on page

10   5.

11        A.    Okay.

12        Q.    And the paragraph that starts

13   off with:  "The problem of high failure."

14   We read that approximately 30 percent of

15   patients who undergo a native tissue

16   surgical repair, other than colpocleisis,

17   will require re-operation for re-prolapse.

18             Is that correct?

19        A.    Yes.

20        Q.    Now, if we go back to the

21   Cochrane paragraph, you can see that that

22   paragraph in the Cochrane states that

23   rates of repeat surgery in prolapse were

24   lower in the mesh groups.  That's how they

Lawrence Lind, M.D.

1    start off.  But more women in the mesh

2    group require repeat surgery for combined

3    outcome of prolapse, stress incontinence,

4    or mesh.

5              Do you see that, sir?

6        A.    Yes.

7        Q.    So, in your paragraph that we

8    read, you were limiting that failure rate

9    to just pure prolapse; is that correct?

10       A.    That's what my statement says.

11       Q.    Is there a reason why you left

12   out that more women in the mesh group

13   required repeat surgery for combined

14   outcome of prolapse, stress incontinence,

15   or mesh?

16             MS. GERSTEL:  Object to the

17       form.

18       A.    Because in some patients, the

19   prolapse is the primary issue and they

20   will accept different risks.

21             So your question is why did I

22   list prolapse only and not prolapse plus

23   other adverse reactions.

24       Q.    There is a statistically

Lawrence Lind, M.D.

```
 1    significant 104 percent increased risk of
 2    repeat surgery for combined outcome of
 3    prolapse, stress incontinence, or mesh
 4    exposure.
 5              Is that correct?
 6        A.    Yes.
 7        Q.    And that's stated in this
 8    systemic review which you described as one
 9    of the highest levels of scientific
10    evidence, correct?
11        A.    Correct.
12        Q.    And you chose not to put that in
13    your expert report; is that correct?
14              MS. GERSTEL:  Object to the
15        form.
16        A.    Correct.  The topic of my
17    sentence is the problem of high recurrence
18    rates for prolapse.  So I commented on the
19    recurrence rate for prolapse.
20        Q.    Is there a reason why you didn't
21    comment on the rate that included
22    prolapse, stress incontinence, or mesh
23    exposure?
24        A.    Because at this point in my
```