EXHIBIT B2

Lawrence Lind, M.D.

```
 1              In your opinion, is there a
 2     significant biomaterials difference
 3     between Prolift and Prolift+M?
 4              MS. GERSTEL:  Object to the
 5         form.
 6        A.    In terms of how it's designed
 7     and there being a permanent and an
 8     absorbable component to it , I would say
 9     yes, there's a significant difference.
10              Does that turn into a
11     significant difference clinically?  I'm
12     not sure we know enough or have enough
13     good studies to give a conclusion on that.
14        Q.    Okay.
15              MR. RESTAINO:  I'm going to have
16         marked as next an article by Withagen,
17         et al.
18              (Lind Exhibit 12, Withagen
19         article Trocar-Guided Mesh Compared
20         With Conventional Vaginal Repair in
21         Recurrent Prolapse, was marked for
22         identification, as of this date.)
23     BY MR. RESTAINO:
24        Q.    Do you recall this article, sir?
```

```
 1        Q.    And under the mini section of
 2   "Previous Surgery" down towards the bottom
 3   you see sacrocolpopexy listed?
 4        A.    Yes.
 5        Q.    And do you see that there's a
 6   N of 6 under "Conventional" and 18 percent
 7   after that?
 8        A.    Yes.
 9        Q.    And then there's p-value of .01,
10   correct?
11        A.    Yes.
12        Q.    Does that indicate to you there
13   was a significantly significant larger
14   number of patients that have previously
15   had vaginal -- excuse me.  Had
16   sacrocolpopexy in the vaginal mesh group
17   than in the conventional group?
18        A.    Yes.
19        Q.    Now, there's actually
20   approximately almost three times as many
21   women in the vaginal mesh group; is that
22   correct?
23        A.    Yes.
24        Q.    And that's a source of bias, is
```

1    it not?

2        A.    The study is randomized, which

3    as we both know is best designed to

4    minimize bias.  Despite randomization, in

5    this study you have more people in one

6    group with a previous sacrocolpopexy than

7    the other.

8             If you look down further, you

9    have people, you have more patients with

10   more than one previous surgery in the

11   conventional group.  So, you know, it goes

12   both ways.

13            I think to me the key element

14   for prolapse surgery is are the stages of

15   prolapse similar, which they are in this

16   study 'cause that's what you're starting

17   with.  If you have a stage 3 prolapse of a

18   sacrocolpopexy, the bias that we're trying

19   to discuss for a group that would have had

20   more that would have had a previous

21   support procedure would mean, well, she

22   already has some support from the previous

23   surgery, so that would lead towards

24   possibly a better outcome for her having

```
 1    BY MR. RESTAINO:
 2        Q.    If you would turn to page 14,
 3    they have a paragraph on 14 that starts
 4    off with:  "We rated 18 studies."
 5              Do you see that?
 6        A.    Which paragraph?
 7        Q.    I didn't write it down for
 8    myself.  You want to hand it to me.  I'll
 9    try to save you a little eye strain.
10              (Pause.)
11              It's the second paragraph under
12    "Allocation."
13        A.    Okay.
14        Q.    (Reading)  "We rated 18 studies
15    that did not describe an adequate method
16    of allocation concealment as at unclear
17    risk in this domain, and we rated two
18    studies as at high risk of bias, as they
19    either did not use allocation concealment,
20    in Tamanini 2014, or we suspected a high
21    potential for bias (Withagen 2011.)"
22              Did I read that correctly?
23        A.    Yes.
24        Q.    And the Withagen 2011 is what we
```

```
 1   were reading, correct?
 2        A.    Correct.
 3        Q.    Now, looking at the same page of
 4   that Cochrane analysis, you see they also
 5   have a paragraph titled "Selective
 6   Reporting"?
 7        A.    Yes.
 8        Q.    And there at the bottom the
 9   final sentence of that:  "We rated one
10   study as at high risk of selective
11   reporting because the choice of primary
12   outcome appeared to be inconsistent
13   (Withagen 2011)."
14              Did I read that correctly?
15        A.    Yes.
16        Q.    And then if you look on the same
17   page there's a section titled "Other
18   Potential Sources of Bias."  And then you
19   see in the middle of that paragraph they
20   write:  "In Withagen 2011, women in the
21   native tissue group had greater degree
22   prolapse at point A posterior (Ap), point
23   B posterior (Bp), and genital hiatus (GH)
24   compared to the mesh group and prior
```

1  sacrocolpopexy was three times more
2  frequent in the mesh group."
3          Did I read that correctly?
4    A.   Yes.
5    Q.   So these biases in Withagen are
6  listed in the Maher systemic review that
7  you describe as the highest evidence of
8  scientific -- highest degree of scientific
9  evidence; is that correct?
10   A.   It is a -- it is in the category
11 of the highest level, but we are
12 microdissecting one analysis with
13 Withagen.  That is not the study in total.
14   Q.   So you're selectively taking out
15 sections of Withagen that support your
16 opinions and you're disregarding that
17 which is limited which is discussed in
18 Cochrane?
19          MS. GERSTEL:  Object to the
20      form.
21   A.   No.  I am saying that if we are
22 going to discuss Cochrane, you've given me
23 four pages from Cochrane.  So if we want
24 to go into the details of that study and

1  Q. And if you look at the very
2  bottom of that table, and I'm going to
3  apologize to you, sir. I printed this out
4  last night because I realized I had
5  forgotten to print this out at home. The
6  actual table is in color, and here at the
7  inn they did not have a color printer.
8  But you see at the bottom is the Withagen
9  2011? Do you see that, sir?
10      Now, I represent to you the very
11  first column is green with a plus.
12  A. I'm sorry, tell me again.
13  Q. The first column which they
14  title as "Random Consequence Generation
15  (selection bias)."
16  A. Right.
17  Q. For Withagen it's green. It
18  gets a plus.
19  A. Right.
20  Q. Now, next to it is "Allocation
21  Concealment (selection bias)." That's red
22  with negative.
23  A. Okay.
24  Q. After that "Blinding of

| | |
|---|---|
| 1 | Participants and Personnel (performance |
| 2 | bias)." That's red. |
| 3 | A. Got it. |
| 4 | Q. "Blinding of Outcome Assessment |
| 5 | (detection bias)," and that's red. |
| 6 | A. Got it. |
| 7 | Q. Then comes a yellow with a |
| 8 | question mark, and that column is |
| 9 | "Incomplete Outcome Data (attrition |
| 10 | bias)." And then the second to last is |
| 11 | red "Selective Reporting (reporting |
| 12 | bias)." And then the final column also |
| 13 | red is "Other Biases." |
| 14 | So, in this table alone, aside |
| 15 | from the colpopexy bias that you discuss, |
| 16 | the Cochrane Review indicates the Withagen |
| 17 | article has a minimum of five forms of |
| 18 | bias, selection bias, performance bias, |
| 19 | detection bias, reporting bias, other |
| 20 | bias, which I will give you may include |
| 21 | your argument regarding colpopexy. |
| 22 | Now, you indicated you read the |
| 23 | Cochrane analysis in its entirety, |
| 24 | correct? |

| | | |
|---|---|---|
| 1 | A. | Almost its entirety. |
| 2 | Q. | Did you not see this section on |
| 3 | Withagen? | |
| 4 | A. | I saw the section on Withagen. |
| 5 | Q. | And is there any language in |
| 6 | your expert report in those two paragraphs | |
| 7 | of Withagen indicating that this study | |
| 8 | does in fact contain five forms of bias? | |
| 9 | A. | No, there is not. |
| 10 | Q. | Now, on page 8, sir, of your |
| 11 | expert report, you discuss a section, an | |
| 12 | article Svabik, S-V-A-B-I-K. | |
| 13 | | Did I read that correctly? |
| 14 | A. | Yes. |
| 15 | Q. | And there Svabik and colleagues' |
| 16 | trial compare Prolift Total to native | |
| 17 | tissue repair randomized 70 women into two | |
| 18 | treatment groups, correct? | |
| 19 | A. | Yes. |
| 20 | Q. | And then the follow-up on page 9 |
| 21 | of your expert report, they discuss the | |
| 22 | follow-up was conducted at three months | |
| 23 | and 12 months; is that correct? | |
| 24 | A. | Yes. |

```
 1    like we're on a different page.  I think
 2    it's page 83.  It's the third page of the
 3    document.  It is page 83.
 4         A.    My top right says "Assessed."
 5         Q.    Yes, the first full sentence.
 6         A.    Yes.
 7         Q.    (Reading) "Ten of the originally
 8    included non-randomized studies were
 9    excluded as a result of short follow-up
10    (less than 12 months.)"
11               Did I read that correctly?
12         A.    Yep.
13         Q.    So therefore, Schimpf, et al.
14    would consider studies of less than 12
15    months as having been of short follow-up
16    and actually excluded from their analysis;
17    is that correct?
18         A.    Yes, 12 months, not 24 months.
19         Q.    Now, if you turn to the next
20    page, you see "Outcomes and Interior
21    Compartments"?
22         A.    Yes.
23         Q.    At the bottom of the paragraph
24    they write:  "20 studies compared
```

```
1      synthetic non-absorbable mesh and native
2      tissue repair and 11 studies compared a
3      graft or mesh or other graft material."
4              Did I read that correctly?
5      A.      Yes.
6      Q.      Then there's an appendix 3 link
7      for that.
8              Did you pull the link and look
9      at those 20 studies?
10     A.      No.
11     Q.      Do you know which mesh were
12     included in those 20 studies?
13     A.      No.
14     Q.      Do you know how many of them
15     consisted of Gynemesh or Prolift?
16     A.      What fraction, no.
17     Q.      And you had, when asked about
18     the different mesh at the beginning of the
19     deposition, you indicated it would be
20     inappropriate to lump all polypropylene
21     mesh together in one study, did you not?
22              MS. GERSTEL:  Object to form.
23     A.      Yes.  However, most of the
24     randomized control studies, if we can go
```

```
 1   know if it was listed there?
 2        A.    I think the committee opinions
 3   are all listed on -- on the -- on the ACOG
 4   Web site and the AUGS Web site, but I
 5   don't specifically recall looking at it on
 6   the computer.  I have the paper.
 7        Q.    And the paper itself was from
 8   the Journal of Obstetrics and Gynecology?
 9        A.    I would have to see the
10   reference.
11        Q.    Do you know that the Web page on
12   ACOG regarding this committee opinion has
13   been pulled down?
14        A.    I'm not aware of that.
15             MR. RESTAINO:  I'll go ahead and
16        have the court reporter mark as next a
17        printout of that page.
18             (Lind Exhibit 15, printout from
19        ACOG Web site, was marked for
20        identification, as of this date.)
21        A.    When they pull them down, it's
22   because they've updated them, and I want
23   to make sure that pulling it down does not
24   represent that they no longer support any
```

| | |
|---|---|
| 1 | Reclassification of Mesh For Pelvic |
| 2 | Organ Prolapse dated January 6, 2016. |
| 3 | (Lind Exhibit 17, ACOG Practice |
| 4 | Advisory on the FDA's Reclassification |
| 5 | of Mesh For Pelvic Organ Prolapse |
| 6 | dated January 6, 2016, was marked for |
| 7 | identification, as of this date.) |
| 8 | BY MR. RESTAINO: |
| 9 | Q.   And you would agree that 2016, |
| 10 | sir, is after 2011, correct? |
| 11 | A.   Yes. |
| 12 | Q.   And in this practice advisory |
| 13 | dated January 6, 2016 on point number 1 |
| 14 | they write:  "The FDA reclassified these |
| 15 | medical devices from Class 2, which |
| 16 | generally includes moderate-risk devices, |
| 17 | to Class 3, which generally includes high |
| 18 | risk devices." |
| 19 | Did I read that correctly? |
| 20 | A.   Yes. |
| 21 | Q.   Now, while mentioning the ACOG |
| 22 | committee opinion from 2011 in your expert |
| 23 | report, you do not mention in your expert |
| 24 | report that ACOG in 2016 notes that these |

Lawrence Lind, M.D.

```
 1    medical devices are now considered high
 2    risk devices, do you?
 3              MS. GERSTEL:  Object to form.
 4        A.    I have to look a little more
 5    through my statement because I think I do
 6    reference FDA notifications on devices.
 7        Q.    I'll represent to you that you
 8    do mention the 2008-2011 advisory, but
 9    nothing about --
10        A.    Correct, I do not -- I do not
11    mention the 2016 ACOG practice advisory
12    that you have placed in front of me.
13        Q.    Now, on page 13 of your Gynemesh
14    expert report -- page 14 you have a
15    paragraph where you state:  "I have
16    specifically discussed many of these in my
17    analysis of the medical literature above."
18              Do you see that, sir?  I think
19    it's page 14.
20        A.    Yes.
21        Q.    (Reading) "With the exception of
22    recurrent/failure rates and mesh exposure,
23    significant differences in complication
24    rates between mesh augmented and non-mesh
```

Golkow Litigation Services                                   Page 106

```
 1      Q.    I think so.
 2      A.    "Of those who were initially
 3   treated non-surgically"?
 4            "Of the women who initially had
 5   in-office trimming"?
 6      Q.    Yes.
 7            "Of the women who initially had
 8   in-office trimming of mesh, 73.3 percent
 9   eventually went to the operating room."
10            Did you see that, sir?
11      A.    Yes.
12      Q.    Now, again your expert report
13   states the majority of exposures can be
14   treated conservatively, whether
15   expectantly or with topical estrogen
16   cream, but these surgeons from these four
17   medical centers found that 73.3 percent of
18   these patients who undergo an in-office
19   trimming ended up in the operating room,
20   did they not?
21      A.    The statements as they've
22   written statistically and their results
23   clearly are accurate.  These are expert
24   researchers and expert surgeons.
```

Lawrence Lind, M.D.

```
 1        Q.     About five or six lines down
 2   they start "First."
 3               Do you see that?
 4        A.     Yes.
 5        Q.     (Reading)  "First, approximately
 6   one-half of the women (49.3 percent) who
 7   sought treatment of a mesh related
 8   complication at a tertiary referral center
 9   actually underwent their index procedure
10   at a facility other than that tertiary
11   referral center."
12               And that's what you've been
13   saying, correct?
14        A.     Yes.
15        Q.     (Reading)  "This trend has been
16   reported in other studies as well.
17   Reference 12.  This raises the potential
18   concern that physicians who perform these
19   mesh procedures may not be aware of the
20   complications their patients experience
21   and that these providers may be
22   responsible for future mesh related
23   complications with no awareness of the
24   existing magnitude of the issue."
```

Lawrence Lind, M.D.

```
 1              Did I read that correctly?
 2      A.      Yes.
 3      Q.      Now, the impetus for this entire
 4   line of questioning is you wrote in your
 5   expert report that mesh complications are
 6   typically mild and can be treated
 7   expectantly, mesh erosion can be treated
 8   expectantly and/or with estrogen cream,
 9   but you don't put in your expert report
10   that there is a portion of women with the
11   same complications that undergo very
12   significant morbidity and surgical
13   correction, correct?
14              MS. GERSTEL:  Object to form.
15      A.      I think I do indicate in my
16   report that people do require surgery to
17   correct this.  How detailed I get into on
18   how invasive the repairs are is not
19   detailed as specifically as the line of
20   questioning here.  That's fair.
21      Q.      Do you state for the judge the
22   percentage, almost 50 percent that have to
23   undergo a mesh excision in this situation?
24              MS. GERSTEL:  Object to the
```

Lawrence Lind, M.D.

1      form.
2      A.    I strongly disagree with the 46
3  percent which you're quoting from this
4  article, as I've stated previously, is a
5  cross-sectional collection of four case
6  series lumped together referred to four of
7  the top people in the nation and does not
8  represent the -- any of the percentages of
9  requiring mesh complete removals as based
10 on the stronger studies, randomized
11 studies, and from a statistical design
12 standpoint, to be quoting these as the
13 risk of total removal rate of 46 percent
14 is dismissing everything that we have both
15 learned in terms of statistical design and
16 what is legitimate to state as an overall
17 risk.
18     Q.    But it is data, correct?
19     A.    It is data of the worst cases
20 sent to the surgeons who take the cases
21 that no one else can take.  That's biased
22 data.
23           MS. GERSTEL:  The time is at two
24     hours.