IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ETHICON WAVE 6 MOTIONS | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE
CERTAIN GENERAL OPINIONS OF DANIEL ELLIOTT, M.D.**

Defendants Ethicon, Inc. and Johnson & Johnson (collectively "Ethicon") submit this memorandum in support of their motion to exclude certain general opinions of Dr. Daniel Elliott, M.D., with respect to the cases set forth in Exhibit A to Defendants' accompanying motion.

Ethicon hereby adopts and incorporates by reference all of the arguments that it presented as part of its briefing related to Dr. Elliott in the Wave 5 cases. *See* Doc. 4364 (Motion); 4367 (Memorandum in Support); and 4635 (Reply). Ethicon also asserts the following additional argument:

**I.    The Court should preclude Dr. Elliott from providing general opinions about Prolift +M, because he has not disclosed any opinions about that device.**

One of the Wave 6 cases involves Plaintiffs who designated Dr. Elliott as a general causation expert, Shannon and Peter Putano, Case No. 2:13-cv-00275. Mrs. Putano was implanted with a TVT-O device and a Prolift +M device. Ex. B, Product identification labels. Although Dr. Elliott has prepared a general TVT-O report, Dr. Elliott has not prepared a report for Prolift +M. Dr. Elliott has prepared a Prolift report, but that report does not set forth opinions specific to Prolift +M. In fact, Dr. Elliott's Prolift report draws a distinction between Prolift and Prolift +M, and indicates that his Prolift report is focused on the "GYNECARE PROLIFT Total,

Anterior, and Posterior Pelvic Floor Repair Systems…" Prolift Report at 2; *see also* Prolift Report at 12 ("The Prolift kit uses Prolene Soft Mesh (intended for hernia repair) and the Prolift+M kit uses Ultrapro (intended for hernia repair)"). To the extent that Dr. Elliott intends to provide general opinions in this case about Prolift +M, the Court should exclude such opinions as being undisclosed.

This Court has recognized that, "[u]nder Rule 26, expert reports must contain 'a complete statement of all opinions the witness will express and the basis and reasons for them.'" *Lewis v. Ethicon, Inc.,* 2014 WL 186872, at *17 (S.D.W. Va. Jan 15, 2015) (citing Fed. R. Civ. P. 26(a)(2)(B)(i)). Because Dr. Elliott has not disclosed any opinions about Prolift +M, the Court should preclude him from testifying about that device in this wave of cases. Otherwise, Ethicon would be prejudiced.

## CONCLUSION

For the foregoing reasons and those set forth in Docs. 4364, 4367, and 4635, the Court should limit Dr. Elliott's general opinions consistent with the above.

2

Respectfully Submitted,

/s/ *Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
Christy.jones@butlersnow.com


/s/ *David B. Thomas*
David B. Thomas (W. Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

Counsel for Defendants Ethicon, Inc. and Johnson & Johnson

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| **THIS DOCUMENT RELATES TO ETHICON WAVE 6 CASES** | **JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE** |

CERTIFICATE OF SERVICE

I, Christy D. Jones, certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>  */s/ Christy D. Jones*
> Christy D. Jones
> Butler Snow LLP
> 1020 Highland Colony Parkway
> Suite 1400 (39157)
> P.O. Box 6010
> Ridgeland, MS  39158-6010
> (601) 985-4523
> christy.jones@butlersnow.com

4