**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY           MDL 2327
LITIGATION

--------------------------------------------------------

ETHICON WAVE 6 CASES LISTED IN
EXHIBIT A OF DEFENSE NOTICE OF     JOSEPH R. GOODWIN U.S. DISTRICT
ADOPTION                                  JUDGE

<u>**NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF
HOWARD JORDI, PH.D. FOR WAVE 6**</u>

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

response filed against Howard Jordi, Ph.D. for Ethicon Wave 4, Dkt. 3771. Plaintiffs respectfully

request that the Court deny Defendants' motion, for the reasons expressed in the Wave 4

response briefing.

Dated: November 2, 2017          Respectfully submitted,

                              /s/  D. Renee Baggett
                              Bryan F. Aylstock, Esq.
                              Renee Baggett, Esq.
                              Aylstock, Witkin, Kreis and Overholtz, PLC
                              17 East Main Street, Suite 200
                              Pensacola, Florida  32563
                              (850) 202-1010
                              (850) 916-7449 (fax)
                              E-mail:  rbaggett@awkolaw.com

                              /s/ Thomas P. Cartmell
                              THOMAS P. CARTMELL
                              Wagstaff & Cartmell LLP
                              4740 Grand Avenue, Suite 300
                              Kansas City, MO 64112
                              816-701-1102
                              Fax 816-531-2372
                              tcartmell@wcllp.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com