**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR                    Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                                        MDL 2327
LITIGATION

--------------------------------------------------------
ETHICON WAVE 6 CASES LISTED IN
EXHIBIT A OF DEFENSE NOTICE OF                JOSEPH R. GOODWIN U.S. DISTRICT
ADOPTION                                                                     JUDGE

### <u>NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF<br>PAUL J. MICHAELS, M.D. FOR WAVE 6</u>

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

response filed against Paul J. Michaels, M.D., for Ethicon Wave 4, Dkt. 3792. Plaintiffs

respectfully request that the Court deny Defendants' motion, for the reasons expressed in the

Wave 4 response briefing.

Dated: November 3, 2017                          Respectfully submitted,

/s/  D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the foregoing document

with the Clerk of the court using CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.


/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com