IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                              MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 4717], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, Inc.,[1] to the extent they are named as Defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: November 3, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

# EXHIBIT A

| Case No. | Plaintiff Name (Last) | Plaintiff Name (First) |
|---|---|---|
| 2:12-cv-03853 | Ammons | Lynn |
| 2:13-cv-12523 | Andrews | Dee |
| 2:12-cv-04257 | Batis | GeorgeAnn |
| 2:13-cv-01097 | Bolt | Brenda |
| 2:12-cv-05713 | Branch | Jura T. |
| 2:13-cv-02582 | Britt | LaVerne |
| 2:13-cv-09025 | Bruner | Sherri |
| 2:13-cv-19159 | Bunnell | Helen R. |
| 2:12-cv-03723 | Champion | Joyce P. |
| 2:13-cv-23545 | Collins | Alice |
| 2:13-cv-02567 | Cooper | Dixie |
| 2:12-cv-05679 | Dailey | Kathy |
| 2:13-cv-02599 | Duplessis | Roberta |
| 2:13-cv-10457 | Duran | Irma |
| 2:12-cv-04283 | Franks | Keri S. |
| 2:12-cv-03996 | Glenn | Kim |
| 2:12-cv-05715 | Hibler | Susan |
| 2:12-cv-05572 | Hollaway | Martha |
| 2:13-cv-00022 | Jewett | Nancy J. |
| 2:13-cv-04614 | Kloever | Julie |
| 2:12-cv-04174 | Klotz | Josephine S. |
| 2:13-cv-10459 | Meisinger | Judith A. |
| 2:13-cv-02555 | Newcomb | Kathryne N. |
| 2:12-cv-08163 | O'Brien | June M. |
| 2:12-cv-08166 | Pynn | Wynne J. |
| 2:13-cv-02553 | Reynolds | Tanda |
| 2:13-cv-01076 | Riley | Sonya H. |
| 2:13-cv-18947 | Rodriguez | Yolanda |
| 2:13-cv-09016 | Schwyhart | Julia A. |
| ~~2:13-cv-07757~~ | ~~Tolley~~ | ~~Gail~~ |
| 2:12-cv-05568 | Young | Janett |
| 2:12-cv-05312 | Zaccardi | Cindy |
| 2:12-cv-05694 | Zutz | LaVonne T. |