**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY               MDL 2327
LITIGATION

-------------------------------------------------------

ETHICON WAVE 6 CASES LISTED IN
EXHIBIT A OF DEFENSE NOTICE OF      JOSEPH R. GOODWIN U.S. DISTRICT
ADOPTION                                 JUDGE

**<u>NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF</u>**
**<u>DIONYSIOS K. VERONIKIS, M.D. FOR WAVE 6</u>**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

response filed against Dionysios K. Veronikis, M.D., for Ethicon Wave 1, Dkt. 2284, and Wave

3, Dkt. 2890. Plaintiffs respectfully request that the Court deny Defendants' motion, for the

reasons expressed in the Wave 1 and Wave 3 response briefing.

Dated: November 3, 2017              Respectfully submitted,

                                    /s/  D. Renee Baggett
                                    Bryan F. Aylstock, Esq.
                                    Renee Baggett, Esq.
                                    Aylstock, Witkin, Kreis and Overholtz, PLC
                                    17 East Main Street, Suite 200
                                    Pensacola, Florida  32563
                                    (850) 202-1010
                                    (850) 916-7449 (fax)
                                    E-mail:  rbaggett@awkolaw.com

                                    /s/ Thomas P. Cartmell
                                    THOMAS P. CARTMELL
                                    Wagstaff & Cartmell LLP
                                    4740 Grand Avenue, Suite 300
                                    Kansas City, MO 64112
                                    816-701-1102
                                    Fax 816-531-2372
                                    tcartmell@wcllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com