IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327
_____

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 4699], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, Inc.,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER:  November 3, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

**EXHIBIT A**

| Civil Action Number (listed numerically in ascending order) | Last Name | First Name |
|---|---|---|
| 2:15-cv-16541 | Cooper | Joyce F. |
| 2:16-cv-00069 | Higginbotham | Debra S. |
| 2:16-cv-00118 | Wilcox | Marcella D. |
| 2:16-cv-01372 | Collins | Elizabeth |
| 2:16-cv-01486 | Jewell | Anita J. |
| 2:16-cv-01807 | Elmarr | Norma |
| 2:16-cv-02524 | Fredrick | Sarah |
| 2:16-cv-04016 | Troup | Wendy |
| 2:16-cv-04332 | McDermott | Linda |
| 2:16-cv-04333 | Middleton | Marlene |
| 2:16-cv-04334 | Oliver | Connie Sue |
| 2:16-cv-04425 | Wood | Yvonne R. |
| 2:16-cv-05314 | Scroggs | Tammie Lynn |
| 2:16-cv-05315 | Rodenhaber | Charity L. |
| ~~2:16-cv-05390~~ | ~~Richard~~ | ~~Ruby~~ |
| 2:16-cv-05419 | Hilgenberg | Katheryn |
| 2:16-cv-06003 | Barkentin | Andree A. |