# EXHIBIT A



7 PULASKI RD.
EAST NORTHPORT, NY 11731
(631) 261-3322
(631) 266-5742 FAX

110 EAST MAIN ST.
SUITE B2
HUNTINGTON, NY 11743
(631) 261-3322
(631) 427-8810 FAX
www.wgm-ob-gyn.com

JOHN R. WAGNER, M.D., FACOG
THEODORE L. GOLDMAN, M.D., FACOG
MARY BETH WHITE, NP, APHN-BC



# CURRICULUM VITAE

John R. Wagner, MD

| | |
|---|---|
| COLLEGE | Georgetown University, Washington DC - 1983 (BA - Political Science) |
| MEDICAL SCHOOL | Mount Sinai School of Medicine, New York, NY - 1987 (MD) |
| AWARDS | *Alan F. Guttmacher Award for Excellence in Obstetrics and Gynecology*<br>*Alpha Omega Alpha Honor Society* |
| INTERNSHIP & RESIDENCY | University Hospital, Stony Brook, NY - 1987-1991<br>(Obstetrics and Gynecology)<br>Chief Resident - 1991 |
| AWARDS | *Medical Student Teaching Award - 1990*<br>*Excellence in Research Award - 1990*<br>*Excellence in Research Award - 1991*<br>*Martin L. Stone Award for Outstanding Resident - 1991* |
| CERTIFICATION STATUS | American Association of Gynecologic Laparoscopy<br>• COEMIG Certified since 2015<br>American Board of Obstetrics/Gynecology<br>▪ Board Certified – Obstetrics & Gynecology, since 1993<br>▪ Board Certified – Female Pelvic Medicine & Reconstructive Surgery since 2014<br>American Institute of Minimally Invasive Surgery<br>• Accredited Member since 2012 |
| MEDICAL SOCIETIES | Member, Medical Society of the State of New York<br>Member, American Medical Association<br>Member, Suffolk County Medical Society<br>Member, Suffolk County OB-GYN Society<br>Member, American Association of Gynecologic Laparoscopists<br>Fellow, American College of Obstetrics and Gynecology |
| HOSPITAL APPOINTMENTS | **Huntington Hospital, Huntington, NY, 1991-present**<br>Attending Physician<br>    Medical Staff, Treasurer, 2004- 2006<br>    Medical Staff, Vice President, 2006- 2008<br>    Medical Staff, President, 2008-2010<br>    Medical Board, member, 2004-2012<br>    Director, Gynecologic Residency Program, 2006-2014<br>    Co-director, Department of Gynecologic Minimally Invasive Surgery 2015-present<br>Committee Member:<br>    Infection Control, 1992-2002<br>    Pharmacy 1994-2014<br>    Cesarean Section Review, 1999-2002 (Chairman)<br>    OR Committee 2008-2015<br>    Cancer Committee 1994-present<br>    Surgical Improvement QA 2004-present<br>    Robotic Committee 2015-present |

**CURRICULUM VITAE**
John R. Wagner, MD
Page Two

HOSPITAL APPOINTMENTS (con't)

        **Winthrop University Hospital, Mineola, NY, 2012-present**
           Attending Physician
        **Hofstra University School of Medicine, Hempstead, NY, 2012-present**
           Clinical Associate Professor

CONSULTANT/PROCTOR

- Wyeth-Ayerst -- Hormone Replacement, 1992-2002
- Ethicon/Gynecare – Pelvic Reconstructive/Urogynecologic/Laparoscopic Surgery, 2002-2014
- GlaxoSmithKline – Herpes Management and Anti-Viral Therapy, 2005-2008
- Genetech – Osteoporosis Management- not active
- Warner Chilcot – Osteoporosis Management – not active
- Covidien – Single Incision Laparoscopic Surgery, 2008-2010
- Initiative Surgical – Proctor, 2014-present

PUBLICATIONS/NATIONAL PRESENTATIONS

- Presentation at the Society of Perinatal Obstetricians Meeting, San Francisco, November 1990-- "The Clinical Significance Of Resolving Polyhydramnios." Posterior presentation.
- "The Management of Pseudomyxoma Peritonei." Mann, WJ Jr, Wagner J, Chumas J, Chalas E. Department of Obstetrics and Gynecology, SUNY, Stony Brook. Cancer, October 1990.
- "Laparoscopic Management of Ectopic Pregnancy in a Resident Training Program." Wagner J, Droesch, J, Mann WJ. Department of Obstetrics and Gynecology, SUNY, Stony Brook. Southern Medical Journal, June 1993.
- Presentation at the American College of Obstetrics and Gynecology National Meeting, Washington D.C. May 2006 – "The Repair of Symptomatic Pelvic Organ Prolapse Using Polypropylene Mesh." – "Blue Ribbon" Award. Posterior presentation.
- Presentation at the American College of Obstetrics and Gynecology National Meeting, San Diego, CA. May 2007 – "Laparoscopic Hysterectomy and Laparoscopic Supracervical Hysterectomy in A Community Hospital Setting." Posterior presentation.
- "Supracervical Hysterectomy via Single Incision Laparoscopy with Transumbilical Morcellation: A Report of Four Cases." Kuzban, O; Wagner, J Journal of Gynecologic Surgery, September 2011.
- "Implementing a Community-Based Breast Cancer Risk-Assessment Model." Akhund, B, Probst, G, Wagner J, Thide, R. Oncology Issues, September/ October 2011
- Presentation at the 40th AAGL Global Congress of Minimally Invasive Gynecology, Hollywood, FL. November 2011 – "Single-Incision Laparoscopy as the Primary Approach to Benign Hysterectomy: One Year Experience." Oral presentation.
- Presentation at the 40th AAGL Global Congress of Minimally Invasive Gynecology, Hollywood, FL. November 2011 – "Single-Incision Laparoscopic Gynecologic Surgeries: One Year Experience." Oral presentation.
- Presentation at the 43rd AAGL Global Congress of Minimally Invasive Gynecology, Vancouver 2014-- Prabakar, C, Wagner J. "Hand Morcellation in a Bag: Reducing Risk of Intra-abdominal Dissemination of Disease". Video Presentation.
- Presentation at the 43rd AAGL Global Congress of Minimally Invasive Gynecology, Vancouver 2014 -- Prabakar C, Wagner J. "An Introduction to Single Incision Laparoscopy." Scientific Video Poster.
- Presentation at the Society of American Gastrointestinal and Endoscopic Surgeons 2016 Meeting, Boston, MA –Tang, N, Wagner, J. "Robotically Assisted Single Site Sacrocolpopexy." Video presentation.
- Presentation at the 45th AAGL Global Congress of Minimally Invasive Gynecology, Orlando, FL. Trye, SA, Tang, N, Wagner, J. "Robotically Assisted Laparoscopic Single Site Colpopexy." Video presentation.
- Presentation at the 45th AAGL Global Congress of Minimally Invasive Gynecology, Orlando, FL. Riccardo, M, Wagner, J. "Robotic Assisted Single Site High Uterosacral Ligament Suspension: A Novel Minimally Invasive Alternative for the Repair of Symptomatic Pelvic Organ Prolapse." Video presentation.
- Presentation at the 45th AAGL Global Congress of Minimally Invasive Gynecology, Orlando, FL. Lian, X, Wagner, J. "A Guide to Single Site Laparoscopic Hysterectomy." Video presentation.

LECTURES/LOCAL PRESENTATIONS SINCE 2014
- Grand Rounds, University Hospital at Stony Brook 2014. Stony Brook, NY. "Robotic Assisted Single Site Surgery."
- Grand Rounds Huntington Hospital, 2015. Huntington, NY. "Single Site Gynecologic Surgery."
- Grand Rounds, Nassau University Medical Center 2016. East Meadow, NY. "Tips and Tricks of Laparoscopic Surgery"
- Presentation Suffolk County Obstetric and Gynecologic Society 2016. "Single Site Gynecologic Surgery."
- Grand Rounds Huntington Hospital, 2016. Huntington, NY. "Practical Anatomy for the OB/GYN."

*AWARDS*        *Pro-Vita Award, Brooklyn Archdiocese, 2002*
*Resident Teaching Award, Maimonides Medical Center, 2009*
*Resident Teaching Award, Maimonides Medical Center, 2013*
*Chief Residents Teaching Award, Northwell Hospital, 2016*

HOBBIES         Reading historical fiction, non-fiction and political commentary
Vegetable gardening
Baseball (St. Louis Cardinals)
Good food
Running

CURRENTLY       Private Practice - Obstetrics and Gynecology,
East Northport, NY and Huntington, NY
July 1991 - Present
Specializing in:
- Laparoscopic/Minimally Invasive Surgery/Single Incision Laparoscopic Surgery (LESS)
    Most experienced LESS surgeon in New York/Tristate area
    Originated and developed technique for LESS Hysterectomy
- Robotic Surgery/Robotically Assisted Single Incision Surgery (RASS)
    One of the top few most experienced RASS surgeons in the United States
- Female Incontinence
- Pelvic Reconstructive Surgery