## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 4679], is a Joint Motion to
Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached
Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they
are named as Defendants. The parties are seeking dismissal of these actions with
prejudice because all claims have been compromised and settled, including all claims,
counterclaims, cross-claims and third party claims. After careful consideration, it is
**ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is
**GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A
are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any
motions pending in the individual cases at the time of this dismissal are **DENIED AS
MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and
in the individual cases listed on the attached Exhibit A.

ENTER:  November 3, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-19784 | JACOBSON, Elissa Ann and Scott E. v. Ethicon, et al. |
| 2:13-cv-01856 | MERRILL, Julia Ann v. Ethicon, et al. |
| 2:13-cv-29571 | HAYNIE, Kimberley L. and Chris v. Ethicon, et al. |
| 2:14-cv-20951 | RICHNER, Laurie Jean and Mark v. Ethicon, et al. |