IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ETHICON WAVE 6 CASES | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR RESPONSES IN OPPOSITION TO PLAINTIFFS'
MOTION TO EXCLUDE THE TESTIMONY OF MICHAEL KARRAM, M.D.**

Defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon") submit this notice in response to Plaintiffs' Notice of Adoption of Prior *Daubert* Motion of Michael Karram, M.D. for Wave 6, Doc. 4802. In their Notice of Adoption, Plaintiffs adopt and incorporate their *Daubert* motions filed against Michael Karram for Ethicon Waves 1, 2 and 3. *See* Dkt. 2091, 2446, and 2849 (motions) & Dkt. 2092, 2471, and 2851 (memoranda in support).[1] Ethicon hereby adopts and incorporates by reference its Responses to Plaintiffs' *Daubert* motions filed against Michael Karram, M.D., in Waves 1, 2, 3 and 4. Dkt. 2133, 2524, 2951, and 3785. This response applies to the Wave 6 case identified in Exhibit A to Plaintiffs' Notice of Adoption.[2]

---

[1] On August March 29, 2017, this Court issued a Memorandum Opinion and Order on Plaintiffs' Wave 2 Motion to Exclude the Expert Testimony of Michael Karram, M.D. [ECF No. 2446], Dkt. 3542 (Opinion and Order), which on July 20, 2017, was adopted for the Wave 3 cases, Dkt. 4174 (Order Adopting).

[2] Ethicon, LLC, was dismissed from the Campbell matter on June 23, 2017, pursuant to PTO 261 (Doc. 4039).

1

Respectfully Submitted,

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
Christy.jones@butlersnow.com

/s/ David B. Thomas
David B. Thomas (W. Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND
JOHNSON & JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ETHICON WAVE 6 CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

CERTIFICATE OF SERVICE

I, Christy D. Jones, certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>  */s/ Christy D. Jones*  
> Christy D. Jones  
> Butler Snow LLP  
> 1020 Highland Colony Parkway  
> Suite 1400 (39157)  
> P.O. Box 6010  
> Ridgeland, MS  39158-6010  
> (601) 985-4523  
> christy.jones@butlersnow.com

39198626.v1