# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 6 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE REGARDING PETER ROSENBLATT, M.D. FOR WAVE 6

Plaintiffs filed a Notice of Adoption [Dkt. 4837] in the Wave 6 cases identified in Exhibit A to their Notice, adopting their Motion to Exclude Certain Opinions and Testimony of Peter Rosenblatt, M.D. and Supporting Memorandum from Ethicon Wave 2.  Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to Peter Rosenblatt, M.D. for Ethicon Wave 2, Doc. No. 2535.  Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 2 response briefing.

      Respectfully submitted,

      ETHICON, INC., ETHICON LLC AND
      JOHNSON & JOHNSON

      */s/ David B. Thomas*
      David B. Thomas (W. Va. Bar No. 3731)
      Thomas Combs & Spann, PLLC
      300 Summers Street, Suite 1380
      P.O. Box 3824
      Charleston, WV  23558-3824
      (304) 414-1800

        */s/ Christy D. Jones*
        Christy D. Jones
        Butler Snow LLP
        1020 Highland Colony Parkway
        Suite 1400 (39157)
        P.O. Box 6010
        Ridgeland, MS  39158-6010
        (601) 985-4523

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/ Christy D. Jones*

39165037.v1