# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------- | |
| ETHICON WAVE 6 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF MARSHALL D. SHOEMAKER, M.D. FOR WAVE 6

Defendants adopt and incorporate by reference the *Daubert* response filed as to Marshall D. Shoemaker, M.D. for Ethicon Wave 5, Dkt. [4551]. Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in the Wave 5 response briefing.

Respectfully submitted,

ETHICON, INC., ETHICON, LLC AND
JOHNSON & JOHNSON

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523

/s/ David B. Thomas
David B. Thomas (W. Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                          */s/ Christy D. Jones*
                                                          Christy D. Jones
                                                          Butler Snow LLP
                                                          1020 Highland Colony Parkway
                                                          Suite 1400 (39157)
                                                          P.O. Box 6010
                                                          Ridgeland, MS 39158-6010
                                                         (601) 985-4523

                                                         COUNSEL FOR DEFENDANTS ETHICON, INC. ETHICON, LLC, AND JOHNSON & JOHNSON

39104792.v1