IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                        MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 4698], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, Inc.,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: November 6, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

**EXHIBIT A**

| Civil Action Number (listed numerically in ascending order) | Last Name | First Name |
|---|---|---|
| 2:13-cv-32317 | Phillips | Brenda |
| 2:13-cv-32331 | Flinn | Sharon |
| 2:13-cv-32332 | Fountain | Sharron |
| 2:13-cv-32437 | McKibbin | Debra |
| 2:13-cv-32976 | Jones | Eula M. |
| 2:13-cv-33023 | Fulp-Yeakel | Nancy |
| 2:13-cv-33027 | Ackley | Melanie |
| 2:13-cv-33040 | Kransky | Karen |
| 2:13-cv-33686 | Gehosky | Kristi Lynn |
| 2:13-cv-33755 | Leese | Kristina |
| 2:14 -cv-16423 | Jordanov | Ann J. |
| 2:14-cv-00478 | Locke | Kathy L. |
| 2:14-cv-00665 | Adams | Virginia |
| 2:14-cv-00666 | Allen | Geneva |
| 2:14-cv-00668 | Argo | Judith |
| 2:14-cv-00671 | Dixon | Verdelle |
| 2:14-cv-00672 | Fenton | Deborah |
| ~~2:14-cv-00678~~ | ~~Gunderson~~ | ~~Phyllis~~ |
| 2:14-cv-00760 | Sells | Christina L. |
| 2:14-cv-01783 | Callaghan | Susan |
| 2:14-cv-03252 | Brown | Leila |
| 2:14-cv-04347 | Blackwell | Tracy |
| 2:14-cv-04496 | Smith | Carole L. |
| 2:14-cv-08330 | Regan | Shirley |
| 2:14-cv-09724 | Russell | Nancy S. |
| 2:14-cv-09728 | Walz | Barbara |
| 2:14-cv-09735 | Woods | Hazel |
| 2:14-cv-09947 | Doyle | Andrea |
| 2:14-cv-10366 | Covey | Marcy |
| 2:14-cv-10373 | Buck | Mary |
| 2:14-cv-10411 | Whitt | Lisa |
| 2:14-cv-10490 | Rather | Mary |
| 2:14-cv-10898 | Thorsen | Lisa M. |
| 2:14-cv-10932 | Page | Sylvia |
| 2:14-cv-10933 | Petty | Marta L. |
| 2:14-cv-10947 | Conner | Ruby |

| | | |
|---|---|---|
| 2:14-cv-11465 | McReynolds | Marilyn |
| 2:14-cv-11481 | Olds | Staci |
| 2:14-cv-11491 | Wilkins | Donita |
| 2:14-cv-11611 | Easterling | Gloria |
| 2:14-cv-11740 | Delashaw | Ouida |
| 2:14-cv-11744 | Davis | Jeannine C. |
| 2:14-cv-11749 | Foshee | Barbara |
| 2:14-cv-11982 | Aguilar | Lourdes |
| 2:14-cv-12304 | Barber | Patricia A. |
| 2:14-cv-12318 | York | Briana |
| 2:14-cv-12392 | Cooke | Linda L. |
| 2:14-cv-12403 | Clemonds | Mary A. |
| 2:14-cv-13344 | Fernandez | Mercedes |
| 2:14-cv-14139 | Wallace | Karen |
| 2:14-cv-14332 | Elkie | Teresa |
| 2:14-cv-15491 | Abney | Mary |
| 2:14-cv-16953 | Ahmed | Stephanie |
| 2:14-cv-17624 | Wilson | Charlene |
| 2:14-cv-18387 | Christenson | Patricia L. |
| 2:14-cv-19711 | Balch | Amanda L. |
| 2:14-cv-19715 | Bellew | Colleen S. |
| 2:14-cv-19935 | Sartin | Judy C. |
| 2:14-cv-20010 | Spiegelman | Margaret M. |
| 2:14-cv-20372 | Poteet | Hester |
| 2:14-cv-20523 | Lavoie | Bobbie A. |
| 2:14-cv-20743 | Truesdale | Donna D. |
| 2:14-cv-20913 | Whigham | Blanche |
| 2:14-cv-20918 | Reeves | Anna |
| 2:14-cv-20937 | Dulaney | Ruby |
| 2:14-cv-21357 | Zamarripa | Lorraine |
| 2:14-cv-21398 | Jenkins | Allison |
| 2:14-cv-22160 | Moore | Charlotte |
| 2:14-cv-22473 | Tellini | Carole Z. |
| 2:14-cv-22475 | Tuomala | Leona A. |
| 2:14-cv-22712 | Stringer | Sue S. |
| 2:14-cv-22786 | Maxwell | Nancy E. |
| 2:14-cv-23831 | Gates | Juanita |
| 2:14-cv-23842 | Morris | Nancy |
| 2:14-cv-23843 | Page | Carolyn |
| 2:14-cv-23890 | Carden | Evelyn F. |
| 2:14-cv-23968 | Johnson | Maureen |

| | | |
|---|---|---|
| 2:14-cv-24302 | Boylan | Patricia A. |
| 2:14-cv-24357 | Brock | Nancy Lee |
| 2:14-cv-24358 | Beckman | Francine |
| 2:14-cv-24370 | Barna | Lillian |
| 2:14-cv-24990 | Pickett | Peggy |
| 2:14-cv-25037 | Evans | Connie |
| 2:14-cv-25057 | Dahms | Dorothy |
| 2:14-cv-25301 | Grant | Beverly |
| 2:14-cv-25342 | Richardson | Danita |
| 2:14-cv-25494 | Mills | Lee Ann |
| 2:14-cv-25619 | Barr | Sylvia M. |
| 2:14-cv-26513 | VanHuss | Connie F. |
| 2:14-cv-26791 | Bond | Evelyn A. |
| 2:14-cv-26795 | Brown | Pamela L. |
| 2:14-cv-26796 | Cacho-Pacheco | Julie |
| 2:14-cv-26801 | Cobb | Cornelia B. |
| 2:14-cv-26803 | Crowley-Graham | Janet |
| 2:14-cv-26982 | Montgomery | Wendy |
| 2:14-cv-27640 | Pinegar | Lydia Kathryn |
| 2:14-cv-28705 | Duty | Rhonda |
| 2:14-cv-28707 | Fitzwater | Patricia |
| 2:14-cv-29155 | Lawson | Susan C. |
| 2:14-cv-29159 | Haupt | Evelyn R. |
| 2:14-cv-29169 | Kinney | Vivian |
| 2:14-cv-29171 | McAlpin | Dixie |
| 2:14-cv-29173 | Mercado | Maria |
| 2:14-cv-29177 | Mettler | Ruth |
| 2:14-cv-29563 | Duren | Jerry Charlene |
| 2:14-cv-29639 | Sheldon | Bonnie J. |
| 2:14-cv-30298 | Lute | Vada D. |
| 2:14-cv-30753 | Mitchell | Ada |
| 2:14-cv-30758 | Munns | Virginia |
| 2:14-cv-30762 | Mullenix | Lorene |
| 2:14-cv-30766 | Parker | Dorothy |
| 2:14-cv-30924 | Giddens | Margaret L. |
| 2:15-cv-01502 | Davis | Sandra |
| 2:15-cv-01587 | Rechis | Helene |
| 2:15-cv-01631 | Watson | Mildred |
| 2:15-cv-01696 | Speakman | LaBonna K. |
| 2:15-cv-03331 | Bygate | Heidi V. |

| | | |
|---|---|---|
| 2:15-cv-03427 | Craig | Joyce |
| 2:15-cv-03739 | Blackmon | Rebecca |
| 2:15-cv-03740 | Robinson | Dorothy H. |
| 2:15-cv-03903 | Cape | Christie Jo |
| 2:15-cv-03923 | Belcher | Diane |
| 2:15-cv-04149 | VanDalsom | Faith E. |
| 2:15-cv-04338 | Lee | Lynn M. |
| 2:15-cv-04403 | Patrick | Lisa |
| 2:15-cv-04868 | Vargo | Hollis B. |
| 2:15-cv-04907 | Skiles | Amy |
| 2:15-cv-04916 | Mathis | Brenda |
| 2:15-cv-05309 | Wilder | Rita |
| 2:15-cv-05407 | Nevarez | Dorothy |
| 2:15-cv-05408 | Oaks | Shirley |
| 2:15-cv-05496 | Janda | Jean |
| 2:15-cv-06268 | Walker | Alice F. |
| 2:15-cv-06438 | Hill | Mary Sue |
| 2:15-cv-06439 | Tidwell | Toni M. |
| 2:15-cv-06440 | Smith | Judith L. |
| 2:15-cv-06940 | Arcement | Rose M |
| 2:15-cv-07000 | Jacobs | Darcy R. |
| 2:15-cv-07382 | Mann | Sherry |
| 2:15-cv-07394 | Valdivia | I. Rosalia |
| 2:15-cv-07556 | Sewell | Sandal C. |
| 2:15-cv-07558 | Towles | Mary E. |
| 2:15-cv-07579 | Leap | Susan D. |
| 2:15-cv-07826 | Crow | Norma W. |
| 2:15-cv-07974 | Dill | Julie |
| 2:15-cv-08624 | Follis | Paula M. |
| 2:15-cv-08857 | Luke | Janie |
| 2:15-cv-09065 | Sellers | Sandra D |
| 2:15-cv-09066 | Timmons | Pearly J. (Estate of) |
| 2:15-cv-09101 | Hudson | Lori Ruth |
| 2:15-cv-09128 | Steelmon | Sandra Lynn |
| 2:15-cv-10481 | Clark | Amy Lynn |
| 2:15-cv-11014 | LaCoste | Michele |
| 2:15-cv-11018 | Tysinger | Alice F. |
| 2:15-cv-11184 | Marsee-Long | Lisa |
| 2:15-cv-11203 | Henderson | Margaret |
| 2:15-cv-11215 | Chitwood | Amy Melissa |

5

| | | |
|---|---|---|
| 2:15-cv-11307 | Horsley | Carolyn J. |
| 2:15-cv-11316 | Johnson | Cynthia C. |
| 2:15-cv-11318 | Jones, et al. | Carrie |
| 2:15-cv-11321 | Kilpatrick | Lenora |
| 2:15-cv-11339 | Schwarz | Heidi |
| 2:15-cv-11532 | Medina | Beatrice |
| 2:15-cv-11648 | Knippenberg, et al. | Barbara L. |
| 2:15-cv-11657 | Solis | Guadalupe |
| 2:15-cv-11683 | Moore | Tammy |
| 2:15-cv-11698 | Davidson, et al. | Cynthia |
| 2:15-cv-11732 | Brasher | Josephine I. |
| 2:15-cv-11733 | Howell, et al. | Patsy N. |
| 2:15-cv-11736 | Keel | Tia Marie |
| 2:15-cv-11756 | Fausnight | Brenda L. |
| 2:15-cv-11757 | Francisco | Josephine |
| 2:15-cv-11896 | Ferguson | Marina R. |
| 2:15-cv-12351 | Oppenheim | Wendy |
| 2:15-cv-12355 | Peterson | Aura E. |
| 2:15-cv-12463 | Metcalf | Judy |
| 2:15-cv-12497 | Phillips | Catherine |
| 2:15-cv-12498 | George | Brenda Susan |
| 2:15-cv-12499 | Fuhrman | Jean |
| 2:15-cv-12616 | Jones, et al. | Erin |
| 2:15-cv-12617 | Morris | Lisa |
| 2:15-cv-12649 | Miller | Martha |
| 2:15-cv-12651 | Miller | Phyllis |
| 2:15-cv-12652 | Norton | Kristi |
| 2:15-cv-12659 | Mee | Mary Phyllis |
| 2:15-cv-12663 | Simpson, et al. | Laurie N. |
| 2:15-cv-12664 | McDougal | Diane |
| 2:15-cv-13114 | Nelson | Patsy |
| 2:15-cv-13382 | Busbee | Betty A. |
| ~~2:15-cv-13653~~ | ~~Lawley~~ | ~~Dorothy A.~~ |
| 2:15-cv-13844 | Goeser | Cindy |
| 2:15-cv-13983 | Montgomery, et al. | Diane |
| 2:15-cv-15524 | Staerzl | Nancy A. |
| 2:15-cv-16229 | Schaff, et al. | Sherri L. |
| 2:15-cv-16355 | Jarman, et al. | Joyce H. |