# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327**<br>**MDL 2327** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ETHICON WAVE 6 CASES LISTED IN EXHIBIT A** | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

## DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* RESPONSE OF STEVEN GOLDWASSER, M.D. FOR WAVE 6

Plaintiffs filed a Notice of Adoption (ECF No. 4801) in the Wave 6 cases identified in Exhibit A to their Notice, adopting their Motions to Exclude Expert Testimony of Steven Goldwasser, M.D., ECF No. 3677 ("Plaintiffs' Wave 4 Motion") and ECF No. 4365 (Plaintiffs' Wave 5 Motion").

Defendants hereby adopt and incorporate by reference their prior *Daubert* responses in ECF No. 3754 ("Defendants' Wave 4 Response") and ECF No. 4553 ("Defendants' Wave 5 Response")

November 6, 2017

Respectfully submitted,

*/s/ Christy D. Jones*  
Christy D. Jones  
Butler Snow LLP  
1020 Highland Colony Parkway  
Suite 1400 (39157)  
P.O. Box 6010  
Ridgeland, MS 39158-6010  
(601) 985-4523  
christy.jones@butlersnow.com

*/s/ David B. Thomas*  
David B. Thomas (W.Va. Bar #3731)  
Thomas Combs & Spann PLLC  
300 Summers Street  
Suite 1380 (25301)  
P.O. Box 3824  
Charleston, WV 25338  
(304) 414-1807  
dthomas@tcspllc.com

      */s/ Kelly S. Crawford*
      Kelly S. Crawford
      Riker Danzig Scherer Hyland &
      Perretti, LLP
      Headquarters Plaza
      One Speedwell Avenue
      Morristown, NJ 07962-1981
      (973) 451-8417
      kcrawford@riker.com

      COUNSEL FOR DEFENDANTS
      ETHICON, INC. AND
      JOHNSON & JOHNSON

# **EXHIBIT A**

|    | **WAVE 6 CASE NAME**                  | **CASE NO.**    |
|----|---------------------------------------|-----------------|
| 1. | Karrie Ward v. Ethicon, Inc., et al.  | 2:12-cv-08928   |
| 2. | Debora Wing v. Ethicon, Inc., et al.  | 2:13-cv-01464   |
| 3. | Karen Heath v. Ethicon, Inc., et al.  | 2:13-cv-01750   |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kelly S. Crawford*
Kelly S. Crawford

4896014v1