# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------- | |
| ETHICON 6 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE
## OF THOMAS C. WRIGHT, JR., M.D., FOR WAVE 6

Plaintiffs filed a Notice of Adoption [Dkt. 4865] in the Wave 6 cases identified in Exhibit A to their Notice adopting their Motion to Exclude the Opinions and Testimony of Thomas C. Wright, Jr., M.D., and Supporting Memorandum from Ethicon Wave 1. Defendants hereby adopt and incorporate by reference their *Daubert* response filed in relation to Thomas C. Wright, Jr., M.D., in Ethicon Wave 1, [Dkt. 2143]. Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in the Wave 1 response briefing.

Additionally, Defendants note that because Plaintiffs adopted their prior Plaintiffs' Amended Memorandum of Law in Support of their Motion to Exclude the Opinions and Testimony of Thomas C. Wright, Jr., M.D., [Dkt. 1988], which addresses only Dr. Wright's opinions as they relate to Prolift, there has been no challenge to his opinions specific to TVT.

Dated: November 6, 2017

                                        Respectfully submitted,

                                        */s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010

COUNSEL FOR DEFENDANTS ETHICON, INC.
AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                               */s/ David B. Thomas*
                                               David B. Thomas (W. Va. Bar No. 3731)
                                               Thomas Combs & Spann, PLLC
                                               300 Summers Street, Suite 1380
                                               P.O. Box 3824
                                               Charleston, WV  25338-3824
                                               (304) 414-1800
                                               dthomas@tcspllc.com

39162228.v1