# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327**<br>**MDL 2327** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ETHICON WAVE 6 CASES LISTED IN EXHIBIT A** | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

## DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* RESPONSE OF ELIZABETH KAVALER, M.D. FOR WAVE 6

Plaintiffs filed a Notice of Adoption (ECF No. 4822) in the Wave 6 case identified in Exhibit A to their Notice, adopting their Motion to Exclude or, in the Alternative, to Limit the Opinions and Testimony of Elizabeth Kavaler, M.D., ECF No. 2005 ("Plaintiffs' Wave 1 Motion"). Defendants hereby adopt and incorporate by reference their prior *Daubert* response in Ethicon Wave 1, Case No. 2:12-md-02327, ECF No. 2165 ("Defendants' Wave 1 Response").

Defendants acknowledge that on August 31, 2016, the Court issued a Memorandum Opinion and Order, ECF No. 2704 (the "Order") GRANTING Plaintiffs' Wave 1 Motion in part, DENYING it in part, and RESERVING judgment in part.

Where the Court DENIED Plaintiffs' Wave 1 Motion, Defendants respectfully request that the Court adopt the same ruling in the Wave 6 case identified in Exhibit A attached hereto for the reasons set forth in Defendants' Wave 1 Response and the Court's Order.

Where the Court otherwise GRANTED or RESERVED judgment on Plaintiffs' Wave 1 Motion, Defendants acknowledge the Court's ruling, and acknowledge the same circumstances apply in Wave 6, but preserve their right to challenge the ruling on appeal.

Respectfully submitted,

November 6, 2017

/s/  Christy D. Jones                    /s/ David B. Thomas
Christy D. Jones                         David B. Thomas (W.Va. Bar #3731)
Butler Snow LLP                          Thomas Combs & Spann PLLC
1020 Highland Colony Parkway             300 Summers Street
Suite 1400 (39157)                       Suite 1380 (25301)
P.O. Box 6010                            P.O. Box 3824
Ridgeland, MS 39158-6010                 Charleston, WV 25338
(601) 985-4523                           (304) 414-1807
christy.jones@butlersnow.com             dthomas@tcspllc.com


/s/  Kelly S. Crawford
Kelly S. Crawford
Riker Danzig Scherer Hyland &
Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 451-8417
kcrawford@riker.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND
JOHNSON & JOHNSON

## EXHIBIT A

|   | WAVE 6 CASE NAME | CASE NO. |
|---|---|---|
| 1. | Laurie Eisenberg v. Ethicon, Inc., et al. | 2:13-cv-00252 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/  Kelly S. Crawford
Kelly S. Crawford

4895979v1