## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY            MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 6 CASES LISTED IN      JOSEPH R. GOODWIN
EXHIBIT A TO PLAINTIFFS' NOTICE OF    U.S. DISTRICT JUDGE
ADOPTION

### NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE
### OF SHELBY THAMES FOR WAVE 6

Plaintiffs filed a Notice of Adoption [Dkt. 4852] in the Wave 6 cases identified in Exhibit A to their Notice adopting their Motion to Exclude the Opinions and Testimony of Shelby Thames and Supporting Memorandum from Ethicon Wave 1 Dkt. #2039, Wave 2 Dkt. #2455 and Wave 3 Dkt. #2839.  Defendants hereby adopt and incorporate by reference their *Daubert* responses filed in relation to Shelby Thames in Ethicon Wave 1, Dkt. #2187, Wave 2, Dkt. #2553 and Wave 3 Dkt. #2957. Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in Waves 1, 2 and 3 response briefings.

Dated: November 6, 2017

Respectfully submitted,


*/s/ David B. Thomas*

David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338

*/s/ Christy D. Jones*

Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010

COUNSEL FOR DEFENDANTS ETHICON, INC.
AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ David B. Thomas*
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  25338-3824
(304) 414-1800
dthomas@tcspllc.com