# EXHIBIT A

### *ACADEMIC CURRICULUM VITAE*

**A.** DATE:                    November 14, 2016

**B.** **BIOGRAPHICAL INFORMATION**

**1.** NAME:          TERENCE (Terry) J. COLGAN

OFFICE:          Department of Pathology & Laboratory Medicine,
Mount Sinai Hospital,
600 University Avenue,
Toronto, ON M5G 1X5
CANADA

Telephone:  (416) 586-4522
Fax:  (416) 586-8481



**2.** **DEGREES AND QUALIFICATIONS:**

| | |
|---|---|
| 1971 - 1973 | Faculty of Arts and Sciences, University of Toronto |
| 1977 | Medical Doctor, University of Toronto |
| 1978 | Licentiate of Medical Council of Canada |
| 1978 | General Licensure (30383), of the College of Physicians and Surgeons of Ontario |
| 1981 | American Board Certification in Anatomic Pathology |
| 1982 | Fellowship in Anatomical Pathology by the Royal College of Physicians and Surgeons of Canada |
| 1989 | The Physician Manager Institute, Level I, 1989 |
| 1997 | Voluntary Re-certification, American Board in Anatomic Pathology |
| 2008 | Voluntary Re-certification, American Board in Anatomic Pathology |

**3.** **ACADEMIC AND CLINICAL POSITIONS:**

i) **University Appointments**

Present:
Professor, Department of Laboratory Medicine and Pathobiology, July 2003
Cross Appointment:
Department of Obstetrics and Gynecology, University of Toronto

Previous:
Associate Professor, Dept. of Laboratory Medicine and Pathobiology, 1993 – 2003
Assistant Professor, Dept. of Pathology, University of Toronto, 1983 – 1992
Cross-appointment in Dept. of Obstetrics and Gynecology, 1986 – 2003

ii) **CLINICAL APPOINTMENTS & LEADERSHIP ACHIEVEMENTS:**

Present:

**Head of Sections of Gynecological , (Nov 2000 to present) and Cytopathology (January 2007 to present) Mount Sinai Hospital, and Senior Clinician Scientist at Lunenfeld-Tanenbaum Research Institute (2016), & Consultant, University Health Network.**

*Achievements: A major clinical Obstetrical and Gynecological service emerged at the MSH following the Toronto hospital re-structuring of 1999. This clinical strength in gynecology provided an academic opportunity, and I re-located to the MSH in 2000.  Since that time I have developed an academic program in gynecological pathology that includes a rotation for clinical gynecology residents, weekly clinico-pathologic rounds , national and international CE programs in gynecological pathology for both pathologists and gynecologists, and collaboration in externally funded research programs in the proteomic analysis of the endometrium and endometrial disease and fallopian tube neoplasia. These activities have been completed while undertaking a full clinical service commitment in surgical and cyto-pathology, including on-call responsibilities.*

Consultant Pathologist, LifeLabs (diagnostic laboratory), Toronto, Ontario.
Clinical & Scientific Advisor, Proteocyte Diagnostics, Toronto, Ontario.
Medical Advisory Board Member, Visiongate, Phoenix, Arizona.

Previous:
1.  Rotating internship, Toronto General Hospital, 1977-1978

2.  Residency in Anatomical Pathology, University of Toronto, 1978-1982.

3.  Gordon E. Richards Fellow, the Ontario Cancer Society, 1982 and 1983
    - Armed Forces Institute of Pathology, Department of Gynecologic and Breast Pathology, Dr. H.J. Norris, Washington, D.C.,
    - McMaster University Medical Centre, EM Unit, Dr. G.T. Simon, Hamilton, Ontario,
    - Post-Graduate Institute of Pathologists in Clinical Cytopathology, Johns Hopkins University, Baltimore, Maryland,

4.  Staff Pathologist, The Toronto Hospital, September 1983 to 1991

5.  Head of Surgical Pathology, The Toronto Hospital, 1991 - 1997
    Consultant in Gynecologic Pathology, Princess Margaret Hospital (PMH), July 1991 - 1997

6.  **Head of Surgical Pathology, University Health Network, 1997 - Nov 2000**
    *Achievements: from 1991 to 2000, a single new multi-site laboratory emerged from the integration and consolidation of four institutional laboratories (Toronto Western, Doctors', Toronto General, and Princess Margaret Hospitals). Lab integration required the development and adoption of new standard operating procedures, IT system, medico-legal risk program, tissue banking, and professional assignments for approximately 24 practicing pathologists.*

    **Consultant, Cancer Care International, of Cancer Care Ontario, November 1995 - 2000**
    *Achievements: In this project I served as the team specialist for pathology during the planning and implementation of pilot projects for an organized program in cervical cancer screening in Brazil. Team members were seconded from the National Cancer Agency of Brazil (INCa), and Cancer Care International (of Cancer Care Ontario) Site visits to Rio de Janeiro, Curitiba, Belem and Brasilia were undertaken.*

4.  **NATIONAL AND INTERNATIONAL AND ACADEMIC AWARDS AND HONOURS**

    | | |
    |---|---|
    | 1971 | High School Class Valedictorian, Grace Mills Memorial Award, Ontario Scholar |
    | 1972 | B. Arthur Benzie Award in Life Sciences, University of Toronto |
    | 1976 | Dr. L. Nelles Silverthorne Award |
    | 1979 | "Best Resident Paper" delivered at the Ontario Association of Pathologists' meeting |
    | 1982 | Gordon E. Richards Award, Ontario Cancer Society |
    | 1989 | Award for the Best Proffered Paper at the Canadian Society of Colposcopy Meeting, Quebec, QC, June 1989 |
    | 1991 | Leica Award for research, Canadian Association of Pathologists |

2

| | |
|---|---|
| 1997 | Finalist Award for International Development, Canadian International Development Award (for C.C.I. Brazil project) |
| 1998 | **Canadian Award for International Cooperation by Minister for International Cooperation and La Francophone**, Canada (D. Marleau) (as C.C.I. team member, Brazil project) |
| 2001 | Best paper, Society of Gynecologic Oncologists' Annual Meeting (Canada), St. John's, NL. |
| 2015 | 2016 Award for Publication Excellence (APEX) by Communications Concepts, as Editor for a 3 part series on medical tourism, Cancer(Cytopathology), September to November 2014., with Dr. B. Nelson, scientific writer. |
| 2016 | 2017 Grand Award for Publication Excellence (APEX) by Communication Concepts, as Editor for a 2 part series on physician-assisted suicide, Cancer (Cytopathology), June & July 2015, with Dr. B. Nelson, scientific writer. |

### Teaching Awards

| | |
|---|---|
| 1988 | Toronto General Hospital Award for Excellence in Teaching, Post-Graduate Medical Education, Pathology |
| 1989 | Runner-up, Toronto General Hospital Award for Excellence in Teaching, Post-graduate Medical Education, Pathology |
| 1993 | Toronto Hospital Award for Excellence in Teaching, Post-Graduate Medical Education, Pathology |
| 1996 | Certificate of Recognition, Education Program.  United States Canadian Academy of Pathology |
| 2000 | Individual Teaching Excellence Award, Postgraduate.  The Wightman-Berris Academy, University of Toronto |
| 2003 | **The Council on Resident Education in Obstetrics and Gynecology National Faculty Award by The American College of Obstetricians and Gynecologists** |
| 2012 | Graduate Education Award, Department of Laboratory Medicine and Pathobiology, University of Toronto. |

**5.**   **PROFESSIONAL AFFILIATIONS AND ACTIVITIES**:

i)   **Society and Association Memberships**

1. International Society of Gynecologic Pathologists
2. Arthur Purdy Stout Society of Surgical Pathologists
3. International Academy of Cytology
4. American Society of Cytopathology
5. American Society of Colposcopy and Cervical Pathology
6. Canadian Society of Cytology
7. Canadian Society of Gynecologic Oncologists
8. Society of Canadian Colposcopists
9. College of American Pathologists
10. Royal College of Physicians and Surgeons of Canada
11. Canadian Association of Pathologists
12. Canadian (and Ontario) Medical Associations

### Editorial Responsibilities

| | |
|---|---|
| 1992 - present | Editorial Board Member, *International Journal of Gynecological Pathology* |
| 2001 - present | Peer reviewer, *Canadian Family Physician* |
| 2001 - 2010 | Peer reviewer, *Gynecologic Oncology* |
| 2001 – 2010 | Associate Editor, *Pathology – Research and Practice* |
| 2002 - 2010 | Peer reviewer, *Modern Pathology* |

| | |
|---|---|
| 2002 - present | Editorial Board Member, *Journal of Lower Genital Tract Disease* |
| 2005 | Peer reviewer, *Lancet* |
| 2005 – 2012 | Editorial Advisory Board Member, *Acta Cytologica* |
| 2013 – present | **Associate Editor for Anatomical Pathology, *Archives of Pathology & Laboratory Medicine*** [Previous positions: Peer reviewer 2001 – 2005, and Section Editor of Cytopathology 2005 – 2012] |
| 2009 – present | **Associate Editor, *Cancer (Cytopathology) of the American Cancer Society*** [Previous position: Editorial Advisory Board Member 2003 – 2009] |

    ii)     <u>**Committee Memberships**</u>

1.     <u>**International**</u>

| | |
|---|---|
| 1999 - 2001 | Member, Scientific Program Committee, International Academy of Cytology, 14th International Meeting (Amsterdam), *Achievement: academic Leader for Canadian Society of Cytology's successful bid to host the 2007 IAC meeting in Vancouver, BC* |
| 1999 - 2000 | Member, Scientific Program Committee, International Academy of Cytology, Chicago Conference |
| 1996 - 2006 | **Member, College of American Pathologists, Cytopathology Resource Committee** *Achievement: This committee develops and recommends external quality assurance and educational programs for the College of American Pathologists, which is deemed by the Center of Medical Services as an accrediting agency for labs in the USA.* |
| 2001 - 2004 | Papanicoloau Society Liaison Representative to the International Academy of Cytology *Achievement:  the facilitation of communication between a key American cytology organization and the international organization.* |
| 2003 - 2006 | **Chair, American Society of Cytopathology's Committee on Centers of Excellence (COE)** *Achievement: The COE program was an innovative program to foster vertical integration of cytopathology training and integration among training programs. During my tenure the Committee initiated the COE Program through the development of COE criteria, the issuance of a request for proposal, assessment using a standardized measurement instrument, and the provision of ongoing encouragement and monitoring. Six (American) centers were designated as COE's during my tenure.* |
| 2004 - 2010 | **Member of Council International Academy of Cytology** |
| 2004 – 2008 | Member of the Pathology and Practice Committees of the American Society of Colposcopy and Cervical Pathology |
| 2005 – 2007 | Member of the Scientific Committee, International Academy of Cytology Triennial Meeting, May 2007, Vancouver, BC |
| 2006 – 2010 | Member of the Continuing Education and Quality Assurance and General Policy & Long Range Planning Committees of the International Academy of Cytology. |
| 2006 – present | Member/Alternate, House of Delegates, College of American Pathologists |
| 2006 – 2008 | **Chair, Education Development Committee, American Society of Cytopathology** |
| 2007 – 2008 | Member, Ethics Committee, American Society of Cytopathology |

| 2008 –2014 | Co-Chair of Pathology Committee, American Society of Colposcopy and Cervical Pathology |
|---|---|
| 2008 –2012 | **Member, elected, Executive Board, American Society of Cytopathology** *Achievements: The Board is the governing body of this multidisciplinary society which is devoted to cytopathology education and advocacy.* |
| 2010 – 2011 | **Member, Curriculum Committee, College of American Pathologists.** |
| 2011 - 2012 | Member, Endometrium Panel, "Required and recommended pathology reporting elements for endometrial cancer", International Collaboration on Cancer Reporting (ICCR), with Drs. G. McCluggage, M. Duggan, N. Hacker, N. Mulvany, C. Otis, N. Wilkinson, R. Zaino. |
| 2010 – 2012 | Member, Working Group 5, National Institutes of Health- American Society of Colposcopy and Cervical Pathology-American Society of Clinical Pathology Consensus Conference on "Molecular Testing in Cervical Cancer Screening". |
| 2011 – 2012 | Chairman, Working Group 3 of the Lower Anogenital Squamous Terminology (LAST) project of the College of the American Pathologists and the American Society of Colposcopy and Cervical Pathology. |
| 2012 – 2015 | **Chair, Curriculum Committee, and Member of the Council on Education College of American Pathologists** *Achievements: This Committee of the College of American Pathologists, an 18,000 member organization,  plans, implements, and evaluates the College's in-person and on-line learning activities in multiple laboratory disciplines and in multiple venues.* |
| 2012 –2014 | **World Health Organization, Classification of Female Reproductive Organ Tumours, Responsible Chapter's Author.** |
| 2015 | Member, Annual Meeting Ad-Hoc Committee (AMAC) of the College of American Pathologists. |

## 2.     National and Provincial

| 1980 - 1982 | Representative for Canadian Association of Interns and Residents to the Canadian Association of Pathologists |
|---|---|
| 1980 - 1982 | Member, Canadian Association of Pathologist's Committee on Residency Training |
| 1983 - 1994 | Member of the Canadian Reference Centre for Cancer Pathology "Gynecologic Panel" |
| 1985 - 1988 | Member, Ontario Medical Association Laboratory Section Tariff Committee |
| 1987 - 1991 | Member-at-large, Executive, Canadian Society of Cytology |
| 1990 - 1992 | Chairman, Resident Training Committee, Canadian Association of Pathologists |
| 1990 - 1993 | Member of Council, Gynecologic Oncologists of Canada |
| 1991 - 1992 | Corresponding member, Royal College of Physicians and Surgeons of Canada, Anatomical Pathology |
| 1991 - 1992 | Vice Chairman, Canadian Society of Cytology |
| 1992 - 1994 | **Chairman, Canadian Society of Cytology and Member of Council, Canadian** |

Association of Pathologists
*Achievement: Canadian external quality assurance programs for both non-gynecologic and gynecologic cytopathology were reviewed and published.*

| | |
|---|---|
| 1994 - 1998 | Chairman of the Education Committee, Society of Canadian Colposcopists and Member of the Executive<br>*Achievement: The primary responsibility during my tenure was the selection of topics and speakers for the annual Canadian colposcopy meeting.* |
| 1995 - 1996 | Chairman, Technology Assessment Subgroup of the Cervical Cancer Screening Ad Hoc Group, (OCTRF) |
| 1995 | Chairman, Review Panel of the Oral Diagnostic Pathology Service, Ontario Cancer Treatment and Research Foundation<br>*Achievement: This two person Committee examined the merits and costs of continuing oral diagnostic pathology services by the OCTRF. The service was subsequently continued.* |
| 1996 - 1999 | Member, of the Ontario Cervical Screening Collaborative Group<br>*Achievements: During these initial years of this multi-stakeholder group a number of provincial clinical and laboratory recommendations for the provincial screening program were developed.* |
| 1998 - 2000 | Member of Executive, Society of Canadian Colposcopists |
| 1999 - 2001 | Member of Gynecologic Cytology QA Committee of Ontario Lab Proficiency Testing Program and Cancer Care Ontario<br>*Achievement: The first complete Ontario external quality assurance workbook was developed; later it became the template for the Ontario Lab Accreditation program.* |
| 1999 - 2001 | Chairman, Ontario Medical Association, Laboratory Section Tariff Committee & Member of Council,<br>*Achievement: We undertook preparation and presentation of the laboratory physician perspective and consultative role to the Ontario Resource Based Relative Value System (RBRVS) Commission* |
| 1999 - 2001 | Member, Data Review Committee, Gynecologic Cytology Registry, (CytoBase) – Cancer Care Ontario |
| 2001 - 2006 | Consultant to the Test Review Committee, Quality Management Program – Lab Services (QMP-LS), Ontario<br>*Achievement: We undertook preparation and submission of evaluative reports of new technologies in cervical screening, including liquid based cytology and HPV testing for the QMP-LS and MoHLTC* |
| 2001 - 2003 | **President, Society of Canadian Colposcopists**<br>*Achievement: During this tenure I fostered the recognition of the challenge posed by the implementation of new technologies in cervical screening and colposcopy within the Society, and then built support for a multi-stakeholder pan-Canadian consensus in November 2003* |
| 2001 - 2003 | Member-at-large, Canadian Association of Pathologists (CAP) Executive<br>*Achievement: focus upon professional affairs committee* |
| 2002 - 2005 | Chairman, Data Review Committee Gynecologic Cytology Registry, (CytoBase) – Cancer Care Ontario.<br>*Achievement: preparation of accurate and timely annual reports on the results of cytologic screening in Ontario. Spearheaded an analysis of the implementation of liquid based cytology in the province of Ontario* |

| | |
|---|---|
| 2003 - 2005 | Medical Representative to Ontario's Ministry of Health and Long Term Care, Toronto District Laboratory Re-organization Steering Committee<br>*Achievement: the promotion of clinical academic issues during re-organization of a large laboratory region* |
| 2003 | Member, organizing committee, Pan-Canadian forum on cervical screening (with Health Canada) November 21 & 22, 2003 Ottawa, Ontario and Consultant to Canadian Coordinating Office for Health Technology Assessment on "Liquid-Based Cytology and Human Papilloma Virus Testing in Cervical Cancer Screening" (CCOHTA Technology Report, Issue 40, Nov 2003)<br>*Achievement: the development of consensus statements regarding new technologies in cervical cancer screening in the Canadian context* |
| 2004 - 2008 | Member, Committee on Specialties, Royal College of Physicians and Surgeons of Canada |
| 2005 – 2006 | **Medical Co-Chair, Toronto Regional Coordinating Committee for Laboratory Reform, Ministry of Health and Long Term Care, Province of Ontario** |
| 2005- 2008 | **Academic Representative and Co-Chair, Laboratory Medicine Funding Implementation Committee (LMFIC)** of the Ministry of Health and Long Term Care, Ontario, and the Ontario Medical Association<br>*Achievement: stabilization of $110M base funding, and equitable and transparent distribution of a $30M increment in provincial lab medicine funding to 400+ community and academic physicians over a 4 year period* |
| 2006 | External reviewer, Division of Anatomical Pathology, Ottawa University, May 12, 2006 |
| 2005 – 2008 | External reviewer, Canadian Agency for Drugs & Technologies in Health,  Liquid based Cytology and HPV testing |
| 2007 | Member, Scientific and Organizing Committee, Canadian Association of Pathologists, for the Canadian Laboratory Medicine Congress, Toronto, June 9 – 13, 2007 |
| 2008 – 2009 | **Chairman, Professional Interpretation and its Quality Management (PIQM) Task Force of Ontario**, Quality Management Program – Laboratory Services & Ontario Ministry of Health Long Term Care (MOHLTC)<br>*Achievement: Following a detailed analysis of international QM interpretive programs and consultation with numerous provincial and national stakeholders, recommendations were developed for a comprehensive QM program in interpretive pathology encompassing pre-analytic, analytic, and post-analytic areas.* |
| 2010 – present | Member, Cervical Cancer Screening Clinical Advisory Committee, Cancer Care Ontario |
| 2011 – 2014 | Member, Gynecologic Oncology Program Advisory Committee, Cancer Care Ontario. |
| 2014 – 2015 | Member, Cervical Cancer Pathway Working Group (Screening and Diagnosis), Cancer Care Ontario. |
| 2015 – present | Member, Program Advisory Committee for Cytotechnology, Michener Institute for Applied Health Sciences. |

**3.     University of Toronto**

| | |
|---|---|
| 1974 | Class representative to Undergraduate Medical Society |
| 1977 - 1978 | House Staff Member, Faculty of Medicine Council |
| 1987 - 1993 | Member, Resident's Training Committee, Department of Pathology |

| | |
|---|---|
| 1988 | Dean's Committee on Practice Plans |
| 1989 - 1992 | Member of the Post-Graduate Education Committee, Faculty of Medicine |
| 1989 - 1992 | **Director, Anatomical Pathology, Residency Training Program**, Department of Pathology, University of Toronto<br>*Achievements: consolidation of the residency training program to fewer hospital sites in response to decreased training positions, while fostering improved recruitment, and developing a revised residency program that focused upon the development of core training years, followed by subspecialty, elective, and senior rotations* |
| 1990 | Member of Dean's Committee on Research in Residency Programs |
| 1999 - 2001 | Member of Surgical Pathology Update Planning Committee [the annual Continuing Medical Education event of the division]. |
| 2000 - 2005 | Member of Department of Laboratory Medicine and Pathobiology CME Committee |
| 2001 - 2005 | **Co-Director, Pathology Update** Planning Committee (CME)<br>*Achievement: with my co-Director, L. Sugar, attendance at this two day annual course in diagnostic pathology grew to about 200 practicing pathologists, residents, and fellows from across Canada, and became the largest University-based pathology CE event in Canada* |
| 2004 - 2007 | Member of Promotions and Appointments Committee, LMP |
| 2015 – present | Member, Department of Laboratory Medicine and Pathobiology, Working Group in Post-Graduate Education. |
| 2015 | Member, Planning Committee for Advances in Practice of Cytopathology including the Bedard Lectureship, in partnership with the University of Western Ontario, London, Ontario, May 2, 2015. |

## 4.   Hospital

| | |
|---|---|
| 1986 - 1988 | Member, Budget Committee, Medical Advisory Committee, Toronto General Hospital<br>*Achievement: assessment and prioritization of new programs and capital equipment requests at the hospital* |
| 1986 - 1990 | Member of Council, Medical Staff Association of Toronto General Hospital |
| 1986 - 1989 | Representative of Medical Staff Association of Toronto General Hospital Medical Advisory Committee |
| 1989 | Medical Advisory Board Ad Hoc Committee on Women's Health Services |
| 1988 - 1989 | Member, Medical Advisory Committee and Executive, and Medical Advisory Board |
| 1988 - 1990 | Chairman, Toronto General Hospital Pathology Associates<br>*Achievement: development, implementation, and monitoring of a practice plan for pathologists at the Toronto General Hospital* |
| 1991 - 1997 | Member of the Toronto Hospital's (previously Toronto General) Surgical Services Committee<br>*Achievement: acceptance of the division of surgical pathology as a valued member of a multi-disciplinary surgical services program* |
| 1997 - 1999 | Member, Clinical Quality Committee, The Toronto Hospital |

8

| 1999 - 2000 | Member of Council, Medical Staff Assembly, University Health Network |
| | **Member, Medical Advisory Committee of University Health Network** |
| | **Member, Board of Trustees, University Health Network** |

| 1999 - 2000 | Member of Health Records/Electronic Chart Advisory Committee, for Medical Advisory Committee, University Health Network |

| 2000 - 2001 | Member, Mount Sinai Hospital Gynecology Business Team |

| 2007 – present | Member, Joint Gynecologic Oncology Program Committee of UHN – MSH. |


## C.     ACADEMIC HISTORY:

### 1.     RESEARCH ENDEAVOURS:

*My principal research interest is the development of new methodology and understanding in preventive oncology of gynecologic malignancies. My work is focused on three common gynecologic tumour sites – cervix, endometrium, and ovary. My research work in gynecologic cytology has focused on the evaluation of the potential benefits and limitations of new visual intelligence and molecular technologies.  The Toronto endometrial proteomic initiative used a discovery based proteomic research program to identify and validate novel biomarkers of endometrial carcinoma.  These protein  biomarkers may lead to new methods of screening, diagnosis, and monitoring of this disease. Surgical pathologic studies of prophylactic oophorectomy specimens have lead to novel insights into the pathogenesis of ovarian carcinoma, and the management of women with familial ovarian carcinoma.*


### 2.     GRANT FUNDED RESEARCH:

**Peer Reviewed:**

1.  The role of papillomavirus as risk factors in squamous cervical disease; Principal investigator with Co-Investigator: M.E. Percy; Physicians' Services Incorporated Foundation.
    - 1986 - $30,900

2.  The feasibility of using cervico-vaginal lavage and hybridization for human papillomavirus in the clinical assessment and management of women with cervical intraepithelial neoplasia; Principal investigator with Co-Investigators: M. Percy, G. Lickrish, R.M. Shier; Physicians' Services Incorporated Foundation.
    - 1987 - $52,000
    - 1988 - $52,000
    - 1989 - $52,000 - Total - $156,000

3.  Use of the polymerase chain reaction to detect HPV in nasal papillomas; Principal investigator with Co-Investigator: B. Ngan; Conacher Foundation.
    - 1990 - $6,000

4.  Clinical and Molecular Studies of the Tumor Suppressor Gene PTEN in Endometrioid type Endometrial Cancer; Clinical Collaborator with P.I. Dr. A. Fyles, and Co-Investigators, Dr. M. Tsao, Dr. T. Mak.; Terry Fox Foundation
    - 2000 – 2005 - $900,000

5.  Protein markers for endometrial carcinoma; Pathologist Co-Investigator for tissue classification and laser capture microdissection with Dr. K. Michael Siu, York University (Principal Investigator), Dr. Alex Romaschin, University of Toronto (Co-Investigator); National Cancer Institute of Canada (NCIC) – CCS Research Grant.
    - 2002 – 2003 - $144,771
    - 2003 – 2004 - $136,037

◆   2004 – 2005 - $136,037 - Total - $416,845

6.   Biomarker discovery, identification and verification using tissue proteomics in an endometrial cancer cancer model. with Dr. K. Michael Siu, York University  (Principal Investigator), Dr. Alex Romaschin, University of Toronto (Co-Investigator); National Cancer Institute of Canada (NCIC) – CCS Research Grant.
◆   2005 – 2010, five year grant - $149, 210 per year

7.   Diagnosis of endometrial cancer with Dr. K .Michael Siu (Principle Investigator), Dr. Alex Romaschin, University of Toronto (Co-Investigator).  Canadian Institute of Health Research (CIHR) Proof of Principle (POP).
◆   2005 – 2006, $149,570

8.   A randomized comparative study of Estring and Vagifem in the treatment of urogenital atrophy in breast cancer and patients on aromatase inhibitor therapy – the EVA study. with Dr. Mark Clemons, PMH (Principal Investigator), CBCF-Ontario Chapter Research Grant. (Co-investigator)
◆   2007 – 2009,  $114,876 for 2 years

9.   Discovery, identification, and verification of novel biomarkers in head and neck cancer. Dr. KW Michael Siu as (Principal Investigator), York University. Canadian Institutes of Health Research (CIHR). – (Co-investigator)
◆   2008 – 2010, three year grant -  $126,764  per year

10.  Cervical cancer screening in the era of HPV vaccination: using mathematical and economic models to guide screening policy.  Dr. Chris T. Bauch, (Principal Investigator), Guelph University,  Canadian Institutes of Health Research (CIHR). – (Collaborator)
◆   2008 – 2009 ,  $95,000

11.  Diagnostic and prognostic biomarkers for epithelial ovarian cancer. Dr. Igor Jurisicova  (Principal Investigator), University Health Network , Canadian Institutes of Health Research (CIHR).  (Co-investigator)
◆   2008 – 2012 ,  $734,532

12.  Translating Head and Neck Cancer Markers into Diagnostic Assays. Dr. KW Michael Siu as (Principal Investigator), York University, International Science and Technology Partnerships Canada (ISTPCanada), ISTP Program with India.  (Co-investigator)
◆   2009 – 2012 ,  $1,163,312

13.  Sustained ovulation-associated inflammatory signaling in fallopian tube epithelium as a predisposing factor of serous carcinoma. Dr. T. Brown and Dr. B. Rosen as (Principal Investigators), Samuel Lunenfeld Research Institute, Mount Sinai Hospital, Canadian Institutes of Health Research (CIHR).  (Co-investigator)
◆   2010 – 2013,   $ 435,884

**Industry supported:**

1.   NeoPath Inc. - Industry-sponsored clinical evaluation of the AutoPap® 300 QC System for cervico-vaginal cytology, Principal Investigator, June 1994 to February 1995, in collaboration with MDS Laboratories (UHN - Toronto Medical Labs' Partner), Etobicoke, Ontario, $150,000

2.   Roche Image Analysis Systems Inc.: Clinical evaluation of the CytoRich® and AutoCyte® Systems for cervico-vaginal cytology, Principal Investigator, January 1996 - December 1997, in collaboration with MDS Laboratories (UHN - Toronto Medical Labs' Partner), $60,000

3.   NeoPath Inc.: Clinical evaluation of the AutoPap 300 System for pre-screening, Principal Investigator, March and April, 1997 in collaboration with MDS Laboratories (UHN - Toronto Medical Labs' Partner), Etobicoke, Ontario, $90,000

**Visiting scholars and fellows to Mount Sinai Hospital:**

1. Dr. Valerie Dube, one year clinical fellowship in gynecological pathology 2005-06, from the University of Laval, $30, 000 [ current position – Credit Valley Hospital]

2. Dr. K. Nicole MacNeill, one year fellowship in gynecological pathology  2005-06, MSH support [current position – Royal Victoria Hospital, Ontario]

3. Dr. Dilinuer Aximu, one year research fellowship in gynecological pathology 2006-07, China Scholarship Council, People's Republic of China, $16,000 [ current position – Xiajang, Uighur]

4. Dr. Ranju Ralhan, NCI-UICC Translational Cancer Research Fellowship [Primary Supervisor – Dr. K.W.M. Siu] in Proteomics of Head and Neck Cancer, US$ 55,000

5. Dr. Mohamad Jaragh, one year clinical fellowship in Cytopathology 2007-08, from the Ministry of Health, Kuwait.

6. Dr. Sona Kaur Sihra, one year clinical fellowship in gynecological pathology 2007-08, MSH support [ current position – BC Cancer Agency]

7. Dr. Hatim Al-Moghraby, one year combined MSH/Sunnybrook clinical fellowship in cytopathology 2008-09, from the Kingdom of Saudi Arabia

8. Dr. Desiree Skeete, one year clinical fellowship in surgical pathology 2008-2009, from the Ministry of Health Barbados, $ 73,000 [current position – UWI, Barbados]

9. Dr. Harkiran Kaur, one year fellowship in the pathology of women's diseases, with Dr. Martin Chang, 2010 – 11., MSH support  [ current position – Trillium Hospital, Mississauga, Ontario]

10. Dr. Joanne Walsh, one year fellowship in Gyne – &  GI pathology with the MSH GI team, 2011 - 12 MSH support.  [ current position – London HSC, London, Ontario ]

11.  Dr. Zoreh Eslami, one year fellowhip in Gyne- and Breast Surgical Pathology, with Dr. Martin Chang, 2014 – 15. (current position – Eastern Ontario Regional Laboratory]

**3.**     **PATENTS FILED**:

1.   Title: Methods for Detecting Markers Associated with Endometrial Disease or Phase
         Inventors: Terence Colgan, Michael Siu, Alex Romaschin, and Eric Yang,
          PCT Application: PCT/CA2004/002172 (WO2005061725)
   Pending Application:
          Canada 2,550,900
   Granted:
           Europe 04802347.7 (Publication No. 1711618) in force in France, Germany, and UK
           Europe 10169645.8 (Publication No.EP2251695)

2.   Title: Endometrial Markers
          Inventors: Terence Colgan, Michael Siu, Alex Romaschin, and Leroi DeSouza,
           PCT Application: PCT 2007/CA/0001935 (WO2008049239)
   Pending Applications:
           Canada 2703795,
           Europe 07816085.0 (Publication No. 2087152)
           Hong Kong 10101709.8 (Publication No. 1134690)
           USA 13/710,234 (Publication US 201301012004)
   Granted:
           US 12/447,398 (Publication No. US 8329399)

*Achievement: Within a period of 7 years we moved from theoretical concept to demonstrated biomarkers through assembling an effective, multi-skilled team.*

D.    **SCHOLARLY AND CREATIVE PROFESSIONAL ACHIEVEMENTS**:

1.    **Refereed Publications:**

   1.   Buckspan MB, Bedard YC, **Colgan TJ.**  Testicular Biopsy:  Structural Aspects.  Diagnosis in Andrology.  Bain, J. & Hafez, ESE. (ed.) Martinus Nijhoff.  The Hague, 1980. (Co-principal author)

   2.   **Colgan TJ**, Bedard YC, Strawbridge HTG, Buckspan MB, Klotz, PG.  Reappraisal of the Value of Testicular Biopsy in the Investigation of Infertility.  Fertility and Sterility, 1980; 33:56-60. (Principal author)

   3.   **Colgan T**, Lambert JR, Newman A, Luk SC.  Campylobacter Jejuni Enterocolitis:  A Clinicopathologic Study.  Arch Pathol Lab Med 1980; 104:571-4. (Co-principal author)

   4.   **Colgan TJ**, Luk SC.  Umbilical-Cord Torsion, Thrombosis, and Intrauterine Death of a Twin Fetus.  Arch Pathol Lab Med 1982; 106:101. (Principal author)

   5.   **Colgan TJ**, Norris HJ, Foster W, Kurman RJ, Fox CH.  Predicting the Outcome of Endometrial hyperplasia by Quantitative Analysis of Nuclear Features Using a Linear Discriminant Function.  Int J Gynecol Pathol 1983; 1:347-52. (Principal author)

   6.   **Colgan TJ**, Norris HJ.  Ovarian Epithelial Tumors of Low Malignant Potential: A Review.  Int J Gynecol Pathol  1983; 1:367-82. (Principal author)

   7.   **Colgan T**, Kay JM, Pugsley SO, Eydt J, Simon GT.  Amiodarone Pulmonary Toxicity.  Ultrastructural Pathology 1984; 6:199-207. (Principal author)

   8.   Lenehan PM, **Colgan T**, Vernon CP.  Struma ovarii presenting with ascites:  A difficult diagnostic problem.  Eur J Gynaec Oncol  1985; VI (2):89-91. (Co-principal author)

   9.   Dang SP, Liberman BA, Shepherd FA, Messner H, Tweeddale M, Gardner A, **Colgan T**, Rose TH, Evans WK.  Therapy-related leukemia and myelodysplasia for small-cell lung cancer.  Arch Intern Med 1986; 46:1689-94. (Collaborator)

   10.  Baumal R, Law J, Buick RN, Kahn H, Yeger H, Sheldon K, **Colgan T**, Marks A.  Monoclonal antibodies to an epithelial ovarian adenocarcinoma:  Distinctive reactivity with xenografts of the original tumor and a cultured cell line.  Cancer Res 1986; 46:3994-4000. (Collaborator)

   11.  Bertrand M, Lickrish GM, **Colgan TJ.**  The anatomic distribution of cervical adenocarcinoma in-situ: implications for treatment.  Am J Obstet Gynecol 1987; 157:21-5. (Senior responsible author)

   12.  Srigley JR, and **Colgan TJ.**  Multifocal and diffuse adenomatoid tumor involving uterus and fallopian tube.  Ultrastructural Pathology 1988; 12:351-5. (Co-principal author)

   13.  **Colgan TJ**, Percy ME, Suri M, Shier RM, Andrews DF, Lickrish GM.  Human papillomavirus infection of morphologically normal cervical epithelium adjacent to squamous dysplasia and invasive carcinoma.  Hum Pathol 1989; 20:316-19. (Principal author)

   14.  Lipa M, Fletcher A, Chen V, Nguyen GK, **Colgan T**, Magown J, Paraskevas M., Redburn J.  Guidelines for quality assurance programs in cytopathology.  Can Soc Cyto Bull 1989; 5:1-20 and CMAJ 1991; 145:1319-1325. (Collaborator)

   15.  **Colgan TJ**, Percy ME.  Human papillomavirus DNA detection in cervical swabs - a reply.  Hum Pathol 1989; 20:1030.

16. Auger M, **Colgan TJ.** Detection of metastatic vulvar and cervical squamous carcinoma in regional lymph nodes by use of a polyclonal keratin antibody. <u>Int J Gynecol Pathol</u> 1990; 9:337-42. (Senior responsible author)

17. **Colgan TJ**, Lickrish GM. The topography and invasive potential of cervical adenocarcinoma in-situ, with and without associated squamous dysplasia. <u>Gynecol Oncol</u> 1990; 36:246-9. (Principal author)

18. **Colgan TJ**, Dardick I, O'Connell G. Paraganglioma of the vulva. <u>Int J Gynecol Pathol</u> 1991; 10:203-8. (Co-principal author)

19. Bryson SCP, Dembo AJ, **Colgan TJ**, Thomas GM, DeBoer G, Lickrish GM. Invasive squamous cell carcinoma of the vulva: defining low and high risk groups for recurrence. <u>Int J Gynecol Cancer</u> 1991; 1:25-31. (Co-principal author)

20. Schatz JE, **Colgan TJ.** Squamous metaplasia of the peritoneum. <u>Arch Pathol Lab Med</u> 1991; 115:397-398. (Senior responsible author)

21. Dardick I, Schatz JE, **Colgan TJ.** Osteogenic sarcoma with epithelial differentiation. <u>Ultrastructural Pathology</u> 1992; 16:463-74. (Co-principal author)

22. McLachlin CM, Kandel RA, **Colgan TJ**, Swanson DB, Witterick IJ, Ngan BY. Prevalence of human papillomavirus in sinonasal papillomas: a study using polymerase chain reaction and in-situ hybridization. <u>Mod Pathology</u> 1992; 5:406-9. (Co-principal author)

23. Srigley JR, **Colgan TJ.** Selected lesions of perianal skin with emphasis on human papillomavirus infection and squamous neoplasia. <u>Seminars in Colon & Rectal Surgery</u> 1992; 3:187-194. (Co-principal author)

24. **Colgan TJ**, Auger M, McLaughlin JR. Histopathologic classification of cervical carcinoma and recognition of mucin-secreting squamous carcinomas. <u>Int J Gynecol Pathol</u> 19993; 12:64-69. (Senior responsible author)

25. Lickrish GM, **Colgan TJ**, Wright VC. Colposcopy of adenocarcinoma in situ and invasive adenocarcinoma of the cervix. <u>Obstet Gynecol Clin North Am</u> 1993; 20:111-22. (Co-principal author)

26. Ross AH, Boyd ME, **Colgan TJ**, Ferenczy A, Fugere P, Lorrain J. Comparison of transdermal and oral sequential gestagen in combination with transdermal estradiol: effects on bleeding patterns and endometrial histology. <u>Obstet Gynecol</u> 1993; 82:773-9. (Collaborator)

27. **Colgan TJ**, Pendergast S, LeBlanc M. The histopathology of uterine leiomyomas following treatment with gonadotropin-releasing hormone analogues. <u>Hum Pathol</u> 1993; 24:1073-7. (Senior responsible author)

28. Covens A, Rosen B, Gibbons A, Osborne R, Murphy J, DePetrillo A, Lickrish G, Shaw P, **Colgan T.** Differences in the morbidity of radical hysterectomy between gynecological oncologists. <u>Gynecol Oncol</u> 1993; 51:39-45. (Collaborator)

29. **Colgan TJ**, and The Canadian Society of Cytology. The adequacy of the Papanicolaou Smear. <u>Can Med Assoc J</u> 1994; 150:25-26. (Co-principal author)

30. **Colgan TJ**, Patten SF, Lee JSJ. A Clinical Trial of the AutoPap 300 QC System for Quality Control of Cervicovaginal Cytology in the Clinical Laboratory. <u>Acta Cytol</u> 1995; 39:1191-8. (Principal author)

31. **Colgan TJ**, Smith J, Patten, SF, Lee JSJ. Enhancing the performance of the AutoPap 300 QC System with optimal staining and presentation of cervical smears. <u>Acta Cytol</u> 1997; 41:50-55. (Principal author)

13

32. **Colgan TJ**, Bon N, Lee JSJ, Patten SF.  AutoPap 300 QC system scoring of cervical smears without "epithelial cell abnormalities".  Acta Cytol 1997; 41:45-9. (Principal author)

33. Patten SF, Lee JSJ, Wilbur DC, Bonfiglio TA, **Colgan TJ** et al.  The AutoPap 300 QC System Multicentre clinical trials for use in Quality Control rescreening of cervical smears: I. A prospective intended use study.  Cancer (Cytopathol) 1997; 81:337-42. (Co-principal author)

34. Patten SF, Lee JSJ, Wilbur DC, Bonfiglio TA, **Colgan TJ** et al.  The AutoPap 300 QC System Multicenter Clinical Trials for use in Quality Control rescreening of cervical smears: II.  Prospective and archival sensitivity studies.  Cancer (Cytopathol) 1997;81:343-7. (Co-principal author)

35. **Colgan TJ**, Frable WJ.  The Cytopathologist: workload, regulations, and the forgotten professional (editorial).  Diagn Cytopathol 1997;17:313-4. (Co-principal author)

36. Wilbur DC, Prey MU, Miller WM, Pawlick GF, **Colgan TJ.**  The AutoPap System for primary screening in cervical cytology.  Comparing the results of a prospective, intended-use study with routine manual practice.  Acta Cytologica 1998;42:214-20. (Co-principal author)

37. **Colgan TJ.**  Vulvar intraepithelial neoplasia: a synopsis of recent developments.  Journal of Lower Genital Tract Disease 1998; 2:31-6. (Principal author)

38. McGoogan E, **Colgan TJ**, Ramzy I, et al.  Cell preparation methods and criteria for sample adequacy:  IAC Task Force Summary.  Acta Cytologica 1998; 42:25-32. (Co-principal author)

39. Krieger PA, McGoogan E, Vooijs GP, Sreedevi Amma N, Cochand-Priollet B, **Colgan TJ**, et al. Quality assurance/control issues. IAC Task Force Summary.  Acta Cytologica 1998; 42:133-40. (Co-principal author)

40. Bishop JW, Bigner SH, **Colgan TJ**, et al.  Multicenter masked evaluation of AutoCyte PREP Thin layers with matched conventional smears:  including initial biopsy results.  Acta Cytologica 1998;42:189-97. (Co-principal author)

41. Weissman A, Gotlieb L, **Colgan T**, Jurisicova A, Greenblatt EM, Casper RF.  Preliminary experience with subcutaneous human ovarian cortex transplantation in the NOD-SCID mouse.  Biology of Reproduction 1999;60:1462-67. (Collaborator)

42. **Colgan TJ.**  Benchmarking reporting rates for cytodiagnoses. PAP Program Quarterly Review 1999; 5:2-3. (Principal author)

43. Wilbur DC, Prey MU, Miller WM, Pawlick GF, **Colgan TJ**, Taylor DD.  Detection of high grade squamous intraepithelial lesions and tumors using the AutoPap System: results of a primary screening clinical trial. Cancer (Cytopathol) 1999;87(6):354-8. (co-Principal author)

44. Wilbur DC, Prey MU, Miller WM, Pawlick GF, **Colgan TJ**, Taylor DD.  AutoPap system detection of  infections and benign cellular changes: results from primary screener clinical trials.  Diagn. Cytopathol. 1999; 21:355-358. (Co-principal author)

45. **Colgan TJ**, Shah R, Leyland N.  Post-hysteroscopic ablation reaction: a histopathologic study of the effects of electrosurgical ablation.  Int J Gynecol Pathol 1999; 18:325-31. (Senior responsible author)

46. **Colgan TJ** and Davey DD.  Response to question on false positive Pap smears.  College of American Pathologists Today, 1999; 13: 91. (Co-principal author)

47. **Colgan TJ**.  Litigation and the Canadian Pap Test:  Perspectives from a single-payer system. Editorial.  Diagn Cytopathol 2000;22:207-10. (Principal author)

48. **Colgan TJ**, Prey MU.  Significance of histiocytes and endometrial stromal cells in a postmenopausal woman who has a smear taken with a broom or brush.  College of American Pathologists Today 2000; 14:109. (Co-principal author)

49. **Colgan TJ**, Woodhouse SL, Styer PE, Kennedy M, Davey DD.  Reparative Changes andthe False-Positive/False-Negative Papanicolaou Test:  A Study from the CAP  Interlaboratory Comparison Program in Cervicovaginal Cytology.  Arch Pathol Lab Med. 2001; 125:134-40. (Principal author)

50. Case AM, Wilson S, **Colgan TJ**, Greenblatt EM.  Fertility-sparing surgery, with subsequent pregnancy, in persistent gestational trophoblastic neoplasia: Case report and review.  Human Reproduction.  2001; 16:360-64. (Collaborator)

51. **Colgan TJ**, Austin RMA, Davey DD.  The annual Papanicolaou test:  women's safety and public policy.  Cancer (Cytopathol) 2001 ;93:81-85. (Principal author)

52. Covens A, Rosen B, Murphy J, Laframboise S, DePetrillo AD, Lickrish G, **Colgan T**, et al. Changes in the demographics and perioperative care of Stage IA(2)/IB(1) cervical cancer over the past 16 years.  Gynecol Oncol 2001; 81:133-7. (Collaborator)

53. **Colgan TJ**, Booth D, Hendler A, McCready D.  Appropriate procedures for the safe handling and pathologic examination of technetium-99m-labelled specimens.  Can Med Assoc J. 2001; 164:1868-71. (Principal author)

54. **Colgan TJ**. Pap test results. Responding to Bethesda system reports.  Can Fam Physician. 2001;47 1425-30. (Principal author)

55. **Colgan TJ**, Murphy J, Cole DEC, Narod S, Rosen B.  Occult carcinoma in prophylactic oophorectomy specimens: prevalence and association with BRCA germline mutation status. Am J Surg Pathol 2001; 25(10):1283-9. (Principal author)

56. Grisaru D, Covens A, Chapman B, Shaw P, **Colgan T**, Murphy J, DePetrillo D, Lickrish G, Laframboise S, Rosen B.  Does histology influence prognosis in patients with early-stage cervical carcinoma?  Cancer 2001; 92:2999-3004.(Collaborator)

57. Covens A, Rosen B, Murphy J, Laframboise S, DePetrillo AD, Lickrish G, **Colgan T**, Chapman W, Shaw P.  How important is removal of the parametrium at surgery for carcinoma of the cervix?  Gynecol Oncol. 2002; 84:145-9. (Collaborator)

58. **Colgan TJ**, Boerner SL, Murphy J, Cole DEC, Narod S, Rosen B.  Peritoneal lavage cytology: an assessment of its value during prophylactic oophorectomy.  Gynecol Oncol 2002; 85:397-403. (Principal author)

59. Pitson G, **Colgan T**, Levin W, Lockwood G, Manchul L, Milosevic M, Murphy J, Fyles A. Stage II endometrial carcinoma: Prognostic factors and risk classification in 170 patients.  Int J Radiation Oncology Biol Phys  2002; 53:862-7. (Collaborator)

60. **Colgan TJ**, Clarke A, Hakh N, Seidenfeld A. Screening for cervical disease in mature women: strategies for improvement. Cancer (Cytopathol) 2002; 96:195-203. (senior-responsible author)

61. Muradali D, **Colgan T**, Hayeems E, Burns P, Wilson S.  Echogenic ovarian foci without shadowing: are they caused by psammomatous calcifications?  Radiology 2002;224:429-35. (Collaborator)

62. Hoffman BR, Katsaros D, Scorilas A, Diamandis P, Fracchioli S, Rigault de la Longrais IA, **Colgan T**, Puopolo M, Giardina G, Massobrio M, Diamandis EP.  Immunofluorometric quantitation and histochemical localisation of kallikrein 6 protein in ovarian cancer tissue: a

new independent unfavourable prognostic biomarker.  British Journal of Cancer 2002; 87:763-71. (Collaborator)

63. **Colgan TJ**, Pron G, Mocarski EJM, Bennett JD, Asch MR, Common A. Pathologic features of uteri and leiomyomas following uterine artery embolization for leiomyomas.  Am J Surg Pathol 2003; 27:167-77. (Principal author)

64. Pron G, Mocarski E, Cohen M, **Colgan T**, Bennett J, Common A, Vilos G, Kung R. Hysterectomy for complications after uterine artery embolization for leiomyoma: results of a Canadian multicenter clinical trial.  J Am Assoc Gynecol Laparosc 2003; 10:99-106. (Collaborator)

65. **Colgan TJ**.  Challenges in the early diagnosis and staging of fallopian-tube carcinomas associated with BRCA mutations. Review article. (Lead article) Int J Gynecol Pathol 2003; 22:109-20. (Principal author)

66. Grisaru DA, Covens A, Franssen E, Chapman W, Shaw P, **Colgan T**, Murphy J, DePetrillo D, Lickrish G, Laframboise S, Rosen B. Histopathologic score predicts recurrence free survival after radical surgery in patients with stage IA2-IB1-2 cervical carcinoma. Cancer 2003; 97:1904-8. (Collaborator)

67. **Colgan TJ**. Author's reply to: Women harboring BRCA1/2 germline mutations are at risk for breast and female adnexal carcinoma (letter to editor) Int J Gynecol Pathol 2003;22:315-6.(Principal author)

68. **Colgan TJ**, Riddell RH, Pollett A. Costs of prophylactic resection. (letter) Can Med Assoc J 2003; 169:105. (Principal author)

69. Weir MM, Jan E, **Colgan TJ**. Interinstitutional pathology consultations: a reassessment. Am J Clin Pathol 2003;120:405-12. (senior author)

70. **Colgan TJ**. Programmatic assessments of the clinical effectiveness of gynecologic liquid-based cytology: The ayes have it. (editorial) Cancer (Cytopathol) 2003;99:259-62. (Principal Author)

71. Renshaw AA, Davey DD, Birdsong GG, Walsh M, Styer PE, Mody DR, **Colgan TJ**. Precision in gynecologic cytologic interpretation: A study from the College of American Pathologists Interlaboratory Comparison Program in Cervicovaginal Cytology. Arch Pathol Lab Med 2003; 127:1413-20. (senior-responsible author)

72. Spitzer M, Wilkinson EJ, Ferris D, Waxman AG, Hatch KD, Werner C, Bibbo M, **Colgan TJ**, Cornelison T, Partridge EE. Management of women with cervical cytologic results interpreted as Low-Grade Squamous Intraepithelial Lesion: The foundation of the ASCCP Guidelines. J Lower Gen Tract Dis 2003;7:241-9. (Collaborator)

73. Renshaw AA, Young NA, Birdsong GG, Styer PE, Davey D, Mody DR, **Colgan TJ**. Comparison of Performance of Conventional and ThinPrep® Gynecologic Preparations in the College of American Pathologists Gynecologic Cytology Program. Arch Pathol Lab Med 2004; 128: 17-22. (Senior-responsible author)

74. Hwang DM, Lickrish GM, Chapman W, **Colgan TJ**. Long-term surveillance is required for all women treated for cervical adenocarcinoma-in-situ. J Lower Gen Tract Dis 2004;8:125-131. (Senior-responsible author) and Obstet Gynecol Surv 2004;59:659-60.

75. Weinreb I, **Colgan TJ**. BRCA mutations and pathology in the female genital tract. Curr Diagn Pathol 2004; 10:326-325. (Senior-responsible author)

76. Yang ECC, Guo J, DeSouza L, Rodrigues MJ, Romaschin AD, **Colgan TJ**, Siu KWM. Protein expression profiling of endometrial malignancies reveals a new tumor marker: chaperonin 10. J Proteome Res 2004; 3: 636 – 43. (Co-Investigator)

77. Davey DD, Neal MH, Wilbur DC, **Colgan TJ**, Styer PE, Mody DR. Bethesda 2001 implementation and reporting rates: 2003 practices of participants in the College of American Pathologists interlaboratory comparison program in cervicovaginal cytopathology. Arch Pathol Lab Med 2004; 128: 1224 – 29. (Collaborator).

78. **Colgan TJ:** Beware of the ACG: The message about atypical glandular cells from Edmonton (editorial). J Obstet Gynecol Canada 2004; 26: 861 – 2. (Principal Author)

79. **Colgan TJ**, McLachlin CM, Cotterchio M, Howlett R, Seidenfeld AM, Mai VM. Results of the implementation of liquid-based cytology – SurePath in the Ontario screening program. Cancer (Cytopathol) 2004; 102: 362-7 (Principal author)

80. Stuart G, Taylor G, Bancej C, Beaulac J, **Colgan T**, Franco E, Kropp R, Lotocki R, Mai V, McLachlin CM, Onysko J, Martin RE. Report of a 2003 Pan-Canadian Forum on Cervical Cancer Prevention and Control. J Obstet Gynaecol Can 2004; 26: 1004 – 14. (organizing committee member)

81. DeSouza L, Diehl G, Yang ECC, Guo J, Rodrigues MJ, Romaschin AD, **Colgan TJ**, Siu KWM. Proteomic analysis of the proliferative and secretory phases of the human endometrium: Protein identification and differential protein expression. (Co-Investigator) Proteomics 2005; 5, 270-81

82. Guo J, Yang ECC, DeSouza L, Diehl G, Rodrigues MJ, Romaschin AD, **Colgan TJ,** Siu KWM. A Strategy for High-resolution and Protein Identification in Surface-Enhanced Laser Desorption / Ionization (SELDI) Mass Spectrometry: Calgranulin A and Chaperonin 10 as Protein Markers for Endometrial Carcinoma. Proteomics 2005; 5: 1953-66. (Co-Investigator).

83. DeSouza L, Diehl G, Rodrigues MJ. Guo J, Romaschin AD, **Colgan TJ**, Siu KWM. Search for cancer markers from endometrial tissues using differentially labeled tags iTRAQ and cICAT with multidimensional liquid chromatography and tandem mass spectrometry. J Proteome Research 2005; 4: 377 – 86. (Co-Investigator) *selected by the Editors, as a "ground-breaking work", and subsequently a "Highly cited paper" (i.e. top 1% of ACS papers in last 10 years)*

84. Renshaw A, Wang E, Mody D, Wilbur D, Davey D, **Colgan TJ**. Measuring the significance of field validation in the College of American Pathologist Interlaboratory Comparison Program in cervicovaginal cytology. How good are the experts? 2005; 129:609-13. (Senior responsible author)

85. Snyder TM, Renshaw AA, Styer PE, Mody DR, **Colgan TJ**. Altered recognition of reparative changes in ThinPrep® specimens in the College of American Pathologists Gynecologic Cytology Program. Arch Pathol Lab Med. 2005; 129:861-5. (Senior-responsible author).

86. Renshaw A, Mody DR, Wang E, Wilbur D, **Colgan TJ**. Measuring the significance of participant evaluation of acceptability of cases in the College of American Pathologists Interlaboratory Comparison Program in Cervicovaginal Cytology. Arch Pathol Lab Med 2005; 129:1093-6. (Senior responsible author)

87. Guo J, **Colgan TJ**, DeSouza L, Rodrigues MJ, Romaschin AD, Siu KWM. Direct analysis of laser capture microdissected endometrial carcinoma and epithelium by MALDI mass spectrometry. Rapid Communications in Mass Spectrometry. 2005: 19: 2762-66. (Co-Investigator).

88. **Colgan TJ**: Disclosure of diagnostic errors: the death knell of retrospective pathology reviews? J. Lower Genital Tract Disease 2005; 9: 216 – 8.

89. Finch A, Shaw P, Rosen B, Murphy J, Narod SA, **Colgan TJ**. Clinical and pathologic findings of prophylactic salpingo-oopherectomies in 159 BRCA1 and BRCA2 carriers. Gynecol Oncol. 2006; 100: 58 – 64. (Collaborator)

90. Milic A, Asch MR, Hawrylyshyn PA, Allen LM, **Colgan TJ**, Kachura JR, Hayeems EB. Laparoscopic ultrasound guided radiofrequency ablation of uterine fibroids. Cardiovascular and Interventional Rad J. 2006; 29: 694 – 8. (Collaborator)

91. Renshaw A, Mody D, Wang E, Haja J, **Colgan TJ**. Hyperchromatic Crowded Groups in Cervical Cytology: Differing Appearances and Interpretations in Conventional and ThinPrep Preparations – A Study from the College of American Pathologists Interlaboratory Comparison Program in Cervicovaginal Cytology. Arch Pathol Lab Med. 2006; 130: 332 – 6 (Senior responsible author)

92. Renshaw A, Mody D, Styer P, Schwartz M, Ducatman B, **Colgan TJ**. Pap Tests with Mixed High and Low Grade Squamous Intraepithelial Lesion Features: Distinct Performance in the College of American  Pathologists Interlaboratory Comparison Programme in Cervicovaginal Cytopathology. Arch Pathol Lab Med. 2006; 130: 456 – 9. (Senior responsible author)

93. Renshaw A, Mody D, Walsh M, Bentz J, **Colgan TJ**. The significance of certification in liquid-based cytology & performance in the College of American Pathologists interlaboratory comparison program in cervicovaginal cytopathology. Arch Pathol Lab Med. 2006; 130: 1269-72. (Senior responsible author)

94. Dubé V, Lickrish GM, MacNeill KN, **Colgan TJ**.  Villoglandular adenocarcinoma of the hymen. J Lower Genital Tract Dis. 2006; 10: 156 – 60. (Senior responsible author)

95. Renshaw A, Walsh M, Blond B, Moriarty A, Mody D, **Colgan TJ**.  Robustness of validation criteria in the College of American Pathologists Interlaboratory Comparison Program in Cervicovaginal Cytology.  Arch Pathol Lab Med. 2006; 130: 1119 – 22. (Senior responsible author)

96. Renshaw A, Mody D, Wilbur D, Davey D, **Colgan TJ**. Letter-to-the-Editor (Reply). Arch Pathol Lab Med. 2006 Feb; 130: 144.

97. Akerman M, Alves VAF, Bubendorf L, **Colgan TJ**, Itoh H, et al. How technology is reshaping the practice of nongynecologic cytology: frontiers of cytology symposium. Acta Cytologica. 2007; 51: 123 – 50. (Co-author)

98. DeSouza LV, Grigull J, Ghanny S, Dubé V, Romaschin AD, **Colgan TJ**, Siu KWM. Endometrial carcinoma biomarker discovery and verification using differentially tagged clinical samples with multidimensional liquid chromatography and tandem mass spectrometry. Molec Cell Proteomics. 2007; 6: 1170-82.(Co-Investigator)

99. Dubé V, MacDonald D, Allingham-Hawkins D, Kamel-Redi S, **Colgan TJ**. Vanishing Endometrial Carcinoma. Int J Gynecol Pathol. 2007; 26: 271 – 77. (Senior responsible author)

100. Las Heras F, Pritzker KP, **Colgan TJ**. Chordoma arising in a mature cystic teratoma of the ovary: a case report. Pathol Res Pract. 2007; 203: 467-71. (Co-Investigator)

101. Dubé V, Grigull J, DeSouza LV, Ghanny S, **Colgan TJ**, Romaschin AD, Siu KWM. Verification of endometrial biomarkers previously discovered using mass-spectrometry-based proteomics by means of immunohistochemistry in a tissue microarray format. J. Proteomic Res. 2007; 6:2648-55 (Co-Investigator)

102. Li H, DeSouza LV, Ghanny S, Li W, Romaschin AD, **Colgan TJ**, Siu KWM. Identification of candidate biomarker proteins released by human endometrial and cervical cancer cells using two-dimensional liquid chromatography/tandem spectrometry. J Proteomic Res. 2007; 6(7): 2615-22 (Co-Investigator)

103. Spitzer R, Wherrett D, Chitayat D, **Colgan TJ**, Dodge JE, Joao Luiz PS, Allen L. Maternal luteoma of pregnancy presenting with virilization of the female infant. J Obstet Gynecol Can. 2007; 29: 835-40. (Collaborator)

104. Carydis VB, Walker T, Wing A, **Colgan TJ**. Utility of p16ink4a immunocytochemistry in liquid-based cytology specimens from women  treated for high grade squamous intraepithelial lesions. Acta Cytol. 2007; 51(4): 517-22 (Senior responsible author)

105. Nadkarni D, Spitzer R, Kives S, **Colgan TJ**, Haider M, Allen L. Uterine asymmetry and dysmenorrhea in a young woman. J Obstet Gynaecol Can. 2008; 30(4): 301-2. (Collaborator)

106. Davey DD, Cox JT, Austin RM, Birdsong G, **Colgan TJ**, Howell LP, Husain M, Darragh TM. Cervical cytology specimen adequacy: patient management guidelines and optimizing specimen collection. J Lower Genital Tr Dis. 2008; 12(2): 71-81. (Collaborator)

107. Grin A, **Colgan TJ**, Laframbroise S, Shaw P, Ghazarian D. "Pagetoid" eccrine carcinoma of the vulva: Report of an unusual case with review of the literature. J Lower Genital Tr Dis. 2008; 12(2): 134-9 (Senior responsible author)

108. DeSouza L, Taylor A, Li W, Minkoff M, Romaschin A, **Colgan TJ**, Siu KWM. Multiple reaction monitoring of mTRAQ-labeled peptides enables absolute quantification of endogenous levels of a potential cancer marker in cancerous and normal endometrial tissues. J Proteomic Res. 2008; 7: 3525-34. (Collaborator)

109. Malowany JI, Rieckenberg RM, Okafo BA, **Colgan TJ**. Glomus tumor presenting as a periurethral mass. J Lower Genital Tr Dis.  2008; 12(4): 316-9. (Senior responsible author)

110. Aximu D, Azad A, Ni R, Nanji S, **Colgan TJ**.  A pilot evaluation of a novel immunohistochemical assay for topoisomerase II-α and minichromosome maintenance protein 2 expression [ProEx [TM] C] in cervical adenocarcinoma in situ, adenocarcinoma and benign glandular mimics. Int J Gynecol Pathol. 2009; 28:114-19 (Senior responsible author)

111. DeSouza L, Romaschin A, **Colgan TJ**, Siu KWM. Absolute quantifications of potential cancer markers in clinical tissue homogenates using multiple reaction monitoring on a hybrid triple quadrupole/linear ion trap tandem mass spectrometer. Analytical Chem 2009; 81:3462-70. (Collaborator)

112. Jaragh M, Carydis VB, MacMillan C, Freeman J,**Colgan TJ**. Predictors of malignancy in thyroid fine needle aspirates "cyst fluid only" cases: Can potential clues of malignancy be identified ? Cancer Cytopathol  2009; 117:305-10. (Senior responsible author)

113. Skeete D, Riddell R, Wolfman W, **Colgan TJ**. Massive lymphocytic infiltration in a uterine leiomyoma post-gonadotrophin-releasing hormone agonist therapy.  Can Journ Pathol  2009; 1(3):18-21. (Senior responsible author)

114. Cummings SR, Ensrud K, Delmad PD, **Colgan TJ** with the PEARL Study Team. Lasofoxifene in postmenopausal women with osteoporosis. N Engl J Med. 2010; 362:686-96. (Collaborator)

115. Skeete D, Rittenberg P, Jong R, Murray S, **Colgan TJ**. Myeloid sarcoma of the vagina : A report of two cases  J Lower Genital Tr Dis.  2010; 14 (2): 136 – 141. (Senior responsible author)

116. Mackay HJ, Hirte H, **Colgan TJ**, Covens A, Macalpine K, Grenci P, Wang L, Mason J, Pham PA, Tsao MS, Pan J, Zwiebel J, Oza AM. Phase II trial of the histone deacetylase inhibitor belinostat in women with platinum resistant epithelial ovarian cancer and micropapillary (LMP) ovarian tumours. Eur J Cancer. 2010; 46: 1573-79. (Collaborator)

117. Hafezi-Bakhtiari S, Morava-Protzner I, Burnell M, Reardon E, **Colgan TJ**. Choriocarcinoma arising in a serous carcinoma of ovary: An example of histopathology driving treatment. J Obstet Gynaecol Can . 2010; 32: 698-702. (Senior responsible author)

19

118. DeSouza L, Krakovska O, Darfler M, Krizman D, Romaschin A, **Colgan TJ**, Siu KWM. mTRAQ-based quantification of potential endometrial carcinoma biomarkers from archived formalin-fixed paraffin-embedded tissues. <u>Proteomics</u> 2010; 10: 3108-16. (Collaborator)

119. **Colgan TJ**. The 2006 Consensus Guidelines for the Management of Women with Abnormal Cervical Screening Tests: Challenges Remain. <u>Cancer Cytopathol</u>. 2010; 118: 233-7.

120. Amir E, Freedman O, Allen L, **Colgan TJ**, Clemons M. Defining ovarian failure in amenorrheic young breast cancer patients. <u>Breast</u> 2010; 19: 545-8. (Collaborator)

121. Goldstein S, Neven P, Cummings S, **Colgan TJ**, Runowicz C, Krpan D, Proulx J, Johnson M, Thompson D, Thompson J, Sriram U. Postmenopausal evaluation and risk reduction with lasofoxifene trial: 5-year gynecological outcomes. <u>Menopause</u>. 2011; 18:17-22. (Collaborator)

122. Voisin S, Krakovska O, DeSouza L, Romaschin A, **Colgan TJ**, Siu KWM. Identification of novel molecular targets for endometrial cancer using a drill-down LC-MS/MS approach with iTRAQ. <u>PLoS ONE</u>  2011 Jan 31; 6:(1) 1-11.(Collaborator)

123. Nanji S, **Colgan TJ**. A summary of the 2006 American Society for Colposcopy and Cervical Pathology Consensus Guidelines for the management of women with abnormal cervical histologic findings. <u>Pathol Case Reviews</u> 2011;16: 67-72

124. Bean S, Kurtycz D, **Colgan TJ**. Recent developments in defining microinvasive and early invasive carcinoma of the uterine cervix. <u>J Lower Genital Tr Dis</u>. 2011;15: 146-57. (Senior responsible author)

125. Chang M, Crystal P, **Colgan TJ**. The evolving role of axillary lymph node fine needle aspiration in the management of carcinoma of the breast. <u>Cancer Cytopath.</u> 2011; 119 (5): 328 – 334. (Senior responsible author)

126. Pantanowitz L,Valenstein P, Evans A, Kaplan K, Pfeifer J, Wilbur D, Collins L, **Colgan TJ**. Review of the current state of whole slide imaging in pathology. <u>J Pathol Inform.</u> 2011; 2: 36. (Collaborator)

127. **Colgan TJ**, Geldenhuys L. The practice of pathology in Canada – decreasing pathologist supply and uncertain outcomes. <u>Arch Pathol Lab Med</u> 2012; 136: 90-4. (Senior responsible author)

128. Saslow D, Solomon D, Lawson H, **Colgan TJ,** et al.; ACS-ASCCP-ASCP Cervical Cancer Guideline Committee. American Cancer Society, American Society for Colposcopy and Cervical Pathology, & American Society for Clinical Pathology Screening Guidelines for the Prevention and Early Detection of Cervical Cancer. <u>CA Cancer J Clin</u>. 2012;62(3):147-72.And <u>Am J Clin Pathol</u> 2012; 137: 516 – 542. (Molecular Working Group Member)

129. Darragh TM, **Colgan TJ**, Thomas Cox J, et al; Members of the LAST Project Work Groups. The Lower Anogenital Squamous Terminology Standardization Project for HPV-Associated Lesions: Background and Consensus Recommendations from the College of American Pathologists and the American Society for Colposcopy and Cervical Pathology. <u>Arch Pathol Lab Med</u> 2012; 136: 1266-97 and Erratum in - 2013; 137:738 / <u>J Lower Genital Tract Dis</u> 2012; 16: 205-42 and Erratum in 2013; 17:368 / <u>Int J Gynecol Pathol</u> 2013; 32(1): 76-115 and Erratum in 2013; 32(2): 241 and 2013; 32(4): 432. (Working group Chair)

130. Simmons CE, Kuchuk I, Freedman OC, **Colgan TJ**, Dodd A, Kulhanek K, Sheiner J, Dranitsaris G, Dowsett M, Folkerd E, Clemons MJ. Are Estring(®) and Vagifem(®) equally effective and safe for the treatment of urogenital atrophy in breast cancer patients on aromatase inhibitor therapy? <u>Clin Oncol (R Coll Radiol)</u>. 2012 Oct; 24(8):e128-9. (Collaborator)

131. Bentley J, **Colgan TJ**, and the Working Group. The Societies' of Obstetricians & Gynecologists of Canada and the Canadian Colposcopists' Clinical Practice Guideline: Colposcopic Management of Abnormal Cervical Cancer Screening and Histology. <u>J Obstet. Gynecol of Canada</u> 2012; 34: 1188 – 1202 (Collaborator)

132. Kaur H., Levinsky E, **Colgan T.J.** Papillary syncytial metaplasia of fallopian tube endometriosis – a potential pitfall in the diagnosis of serous tubal intraepithelial carcinoma. Arch Pathol Lab Med 2013; 137: 126-9. (Senior responsible author)

133. McCluggage WG, **Colgan TJ**, Duggan M, Hacker NF, Mulvany N, Otis C, Wilkinson N, Zaino RJ, Hirschowitz L. Data set for reporting of endometrial carcinomas: recommendations from International Collaboration on Cancer Reporting (ICCR) between United Kingdom, united States, Canada, and Australasia. Int J Gynecol Pathol 2013; 32: 45-65. (Collaborator)

134. **Colgan TJ**, Bon N, Clipsham S, Gardiner G, Sumner J, Walley V, McLachlin CM. A Validation Study of the FocalPoint™ GS Imaging System for Gynecologic Cytology Screening. Cancer Cytopath 2013; 121 (4): 189 – 196. (Senior responsible author)

135. Chan C, Virtanen C, Winegarden N, **Colgan TJ,** Brown T, Greenblatt E. Discovery of biomarkers of endometrial receptivity through a minimally invasive approach: A validation study with implications of assisted reproduction. Fertil Steril 2013; 100:810-17. (Collaborator)

136. **Colgan TJ**. Reply to a validation study of the Focalpoint GS imaging system for gynaecologic cytology screening. Cancer Cytopath 2013; 121: 738.

137. Kaur J, Matta A, Kak I, Srivastava G, Assi J, Leong I, Witterick I, **ColganTJ**, et al. S100A7 overexpression: Predictive marker for high risk of malignant transformation in oral dysplasia. Int J Cancer 2014; 134: 1379 – 88. (Collaborator)

138. Abdel-Mesih A, Daya D, Onuma K, Sur M, Tang S, Akhtar-Danesh N, Boutross-Tadross O, Ceballos KM, Chapman W, **Colgan TJ**, et al. Interobserver agreement for assessing invasion in stage 1A vulvar squamous cell carcinoma. Am J Surg Pathol. 2013;37:1336-41. (Collaborator)

139. Lytwyn A, Zaino R, **Colgan TJ**, Otis C. Superficially invasive squamous cell carcinoma of the uterine cervix: the assessment of key parameters. Pathology Case Reviews. 2013; 18: 183 – 89. (Collaborator)

140. Heller DS, **Colgan TJ**, Allbritton J. Superficially invasive squamous cell carcinoma of the vulva and vagina. Pathology Case Reviews. 2013; 18: 190 – 94. (Collaborator)

141. Chang MC, Escallon JM, **Colgan TJ**. Prognostic significance of a positive axillary lymph node fine-needle aspirate in patients with invasive breast carcinoma. Cancer Cytopath. 2014; 122: 138 – 44. (Senior responsible author)

142. **Colgan TJ**, Crafter S. The crisis in cytotechnology in Ontario: disruptive practice patterns and technology. Can J Pathol 2014;6: 68. (Senior responsible author)

143. Chauhan SS, Kaur J, Kumar M, Matta A, Srivastava G, Alyass A, Assi J, Leong I, MacMillan C. Witterick I, **Colgan TJ** et al., Prediction of recurrence-free survival using a protein expression-based risk classifier for head and neck cancer. Oncogenesis 2015 Apr 20 e147 (Collaborator)

144. Fung-Kee-Fung M, Kennedy EB, Biagi J, **Colgan TJ**, DiSouza D, Elit LM, Hunter A, Irish J, McLeod R, Rosen B. An organizational guideline for gynecologic oncology services. Int J Gynecol Cancer 2015; 25: 551-8. (Collaborator)

145. Kolomietz E, **Colgan TJ** et. al. What are the benefits and barriers to the adoption of a placental molar disease diagnostic service? Int J Gynecol Pathol 2015; 34: 411 – 18. (Senior responsible author)

146. Fung Kee Fung M. Kennedy EB, Biagi J, **Colgan TJ**, D'Souza D, Elit LM, Hunter A, Irish J, McLeod R, Rosen B. The optimal organization of gynecologic oncology services: a systematic review. Current Oncol 2015; 22: e282 – e293. (Collaborator)

147. TurashviliG, Farmer P, **Colgan T**, Childs T. Human papillomavirus-related ovarian metastasis with endocervical adenocarcinoma: Report of 2 cases and review of literature. J Low Genital Tract Dis 2015; 19: e60 -3. (Collaborator)

148. **Colgan TJ**, Vlasschaert M, Iakovleva G, Kolomietz E. Egg donor pregnancy: a potential pitfall in the diagnosis of placental molar disease. Can J Pathol 2015; 7: 11 – 14. (Senior responsible author)

149. **Colgan TJ**,  Chang MC, Nanji S, Kolomietz E. A re-appraisal of the incidence of placental hydatidiform mole using selective molecular genotyping.  Int J Gynecol Ca 2016; 26: 1345 – 50. PMID 27258730 (Senior responsible author)

150.  **Colgan TJ.** Gynecologic cytology in Cancer Cytopathology – 20 years of massive change. Cancer Cytopath. 2016; 124: 535 – 7.

**Accepted Manuscripts.**

151. **Colgan TJ**. Chang MC, Nanji S, Kolomietz E. DNA genotyping of suspected partial hydatidiform moles detects clinically significant aneuploidy. Int J Gynecol Pathol 2016 (E-pub PMID 27636887). (Senior responsible author)

152. McCuarig J, Rosen B, Noor A, **Colgan TJ,** Casper R, Mitri F, Kim R. Case report: Use of tumor and germline Y chromosome analysis to guide surgical management in a 46, XX female presenting with gonadoblastoma with dysgerminoma. Int J Gynecol Pathol (In press) (Collaborator)

**2.     Non-refereed Publications:**

1. **Colgan TJ**:  "The Mustard" report:  The future of health care in Ontario?  U of T Med J 52:42-45, 1974.

2. **Colgan TJ**, Thompson DW:  Endometrial cytology:  Expectations and limitations. Contemporary Ob Gyn August 1987, 29-31.

3. **Colgan TJ**:  Streetproofing pathologists.  Canadian Assoc Path Newsletter 1990; 33:11.

4. **Colgan TJ**: Pathology manpower:  Canadian recruitment from residency training programmes.  Canadian Assoc Path Newsletter 1991; 34:10.

5. **Colgan TJ**: The crowded portal:  Residency training and the standards of practice of forensic pathology.  Canadian Assoc Path Newsletter 1992; 35:5.

6. **Colgan TJ**:  Issues in residency training.  Canadian Assoc Path Newsletter 1992; 35:6.

7. **Colgan TJ**:  An Eastern Caribbean perspective on cervical cancer screening.  CSC Bulletin 1992; 8: 3-4.

8. **Colgan TJ**:  S.I.L. and consistency (letter).  Int J Gynecol Pathol 1992; 11:161.

9. Lickrish GM, **Colgan TJ**:  Management of adenocarcinoma in-situ of the uterine cervix. Wright VC, Lickrish GM, Shier RM (Eds.)  In basic and advanced colposcopy part II.  A practical handbook for treatment.  Biomedical communications, Houston, 1995;pp. 30-1 to 30-8. (Co-principal author)

10. **Colgan TJ**:  Conflict of Interest Guidelines.  Canadian Assoc Path Newsletter 1997; 40:7.

11. Ontario Cervical Screening Collaborative Group:  Interim recommendations for follow-up of Pap test results.  Ontario Medical Review. 1997; 64:34-37.

12. Lead article: Finding the proper fit for Pap smear devices.  CAP Today  1998; 12; 18. (contributor)

13. Editorial Commentary for Ontario CytoBase Report 1998 2:1.

14. **Colgan TJ**:  Regionalization of laboratory services:  An anatomic pathologist's perspective. Can. Assoc. Pathol. Newsletter 2000; 43:19.

15. McLachlin CM, Clipsham S, Chorneyko K, **Colgan TJ**, et al: Laboratory Workbook for Gynecologic Cytology Ontario Quality Assurance Program in Gynecologic Cytology. Toronto, Quality Management Program – Laboratory Services (QMP-LS), December 2000.

16. **Colgan TJ**:  Recommended readings.  PAP/NGC Program Review.  2001; 7: 3.

17. **Colgan T**, contributor to: Aziz S, Chiarelli A, Gaudette L, Kan L, Shearer-Hood B, van Til L. Cervical Cancer Screening in Canada: 1998 Surveillance Report. Health Canada, Ottawa. May 2003.

18. **Colgan TJ**. The detection of cancer of the cervix in the older woman. Cortes J, Labastida R. (Eds). In Proceedings of the XI International Congress of Cervical Pathology & Colposcopy. Monduzzi S.p.a, Bologna, Italy, 2002 pg 23-26.

19. Young NA, Bibbo M, Buckner S-B, **Colgan TJ**, Prey MU. Non-Neoplastic Findings. In: Solomon D, Nayar R, ed. *The Bethesda System for Reporting Cervical Cytology*, 2nd Ed. New York: Springer-Verlag New York, Inc., 2004:21-56.

20. McFaul SM, Bentley J, Bertrand MA, Brydon L, Bryson P, **Colgan TJ**, Guijon F, Fenaud M-C, Schepansky A, Shier RM, Wright VC. Guidelines for training requirements in colposcopy and its related treatment modalities – Society of Obstetricians and Gynaecologists of Canada and Society of Canadian Colposcopists Clinical Practice Guidelines. J Ob Gyn Can. 2006; 28: 314.

21. Darragh T, **Colgan TJ**. ASCCP '06 consensus guidelines – What's new and what's different? College of American Pathologists Today, 2007; 21:93-98.

22. **Colgan TJ**, McLachlin CM. Endometrial Lesions, Unusual Tumours, and Extrauterine Cancer. In: Bibbo M, Wilbur D, ed.  Comprehensive Cytopathology, 3rd Ed., Book Chapter No. 10 pages 247-71; London: Elsevier, 2008.

23. Bentz J, **Colgan TJ**, Laucirica R. New technology in gynecologic cytopathology. In: Wilbur D, Henry M, ed. The College of American Pathologists Practical Guide to Gynecologic Cytopathology, 1st Ed.  Book chapter 11, 193 – 214; CAP Press, Northfield, Ill. 2008.

24. **Colgan TJ**. ( Commentary ) Has Canada's wait list strategy made pathologists the "Cinderella" of oncologists? Canadian Journal of Pathology, 2008; Vol 1,Issue 1.

25. **Colgan TJ**., Chang MC. Fallopian tube and peritoneum, and Familial cancer and prophylactic surgery. In:  Soslow RA, Toryos C, ed. Diagnostic pathology of ovarian tumors. Book chapters 17 and 18, pages 267 to 288; New York, Springer, 2011

26. Stoler M, Bergeron C, **Colgan TJ**, et al. Tumours of the uterine cervix. In: Kurman RJ, Carcangiu ML, Herrington CS, Young RH ed. WHO Classification of Tumours of the Female Reproductive Organs, 4th ed., Book Chapter No7, pages 169 – 206; Lyon FR, IARC, 2014.

27. **Colgan TJ**, Weir MM. Endometrial Lesions, Unusual Tumours, and Extrauterine Cancer. In: Bibbo M, Wilbur D, ed.  Comprehensive Cytopathology, 4th Ed., Book Chapter No. 10, pages 198 – 219; London & New York, Elservier-Saunders, 2015.

28. Kurtycz DFI, Staats PN, Young NA, Bibbo M, **Colgan TJ**, Prey MU, Nayar R. Non-Neoplastic Findings. In: Nayar R, Wilbur DC ed. *The Bethesda System for Reporting Cervical Cytology*, 3rd Ed. New York: Springer-Verlag New York, Inc., 2015:29 - 90.

3. **Abstracts:** (Additional presentations in Section E.1)

1. **Colgan T**, Bertrand M, Lickrish G:  The anatomical distribution of cervical adenocarcinoma-in-situ.  Presented at the International Academy of Pathology, US-Canadian Division, Chicago, USA, March 11, 1987.  <u>Lab Invest</u> 1987; 56:15A, 83.

2. **Colgan T**, Percy M, Lickrish G, Suri M, Shier M:  "Latent" Human Papilloma Virus (HPV) infection in the uterine cervix.  Presented at the International Academy of Pathology, US-Canadian Division, Washington DC. March 2, 1988.  <u>Lab Invest</u> 1988; 56:19A, 111.

3. **Colgan TJ**, Percy ME, Lickrish GM, Shier RM:  Human papillomavirus infection in successfully-treated cervical intra-epithelial neoplasia (CIN) and condyloma (part I) and in CIN-persisting after treatment (part II).  Presented at Society of Obstetrics and Gynecologists of Canada and Society of Canadian Colposcopists Meeting, Halifax N.S.  June 19, 1990.  <u>SOGC Bulletin</u> pg. 60-61.  October 1990.

4. **Colgan TJ**, LeBlanc M, Pendergast S:  The histopathology of uterine leiomyomas following treatment with gonadotropin releasing hormone analogues.  Presented at the US-Canadian Academy of Pathology, March 17, 1993.  <u>Mod Pathology</u> 1993; 73A, 122.

5. **Colgan TJ**, Patten SF, Lee JSJ:  A clinical trial of the AutoPap 300 System as a quality control (QC) device.  Presented at the International Academy of Cytology, Madrid, Spain, May 22, 1995.  <u>Acta Cytologica</u> 1995; 39:283-284.

6. **Colgan TJ**, Patten S, Lee JSJ: AutoPap 300 QC scoring of cervical smears without "epithelial cell abnormalities".  Presented at United States-Canadian Academy of Pathology, Washington D.C.  March 26, 1996.  <u>Mod Pathology</u> 1996; 9:33A, 177..

7. Patten S, Lee J, Wilbur D, Bonfiglio T, **Colgan T**, Richart R, Taylor D, Cramer H, Moinuddin S:  The AutoPap 300QC multicenter clinical evaluation study for use in quality control rescreening.   Presented at the United States-Canadian Academy of Pathology, Washington DC, March 26, 1996.  <u>Mod Pathology</u> 1996; 9:36A, 193.

8. Patten S, Lee J, Wilbur D, Bonfiglio T, **Colgan T**, Richart R, Taylor D, Cramer H, Moinuddin S:  Multicenter sensitivity studies of the AutoPap® 300QC for detection of abnormalities in cervical cytology specimens.  Presented at the United States-Canadian Academy of Pathology, Washington, D.C., March 26, 1996.  <u>Mod Pathology</u> 1996; 9:36A, 194.

9. Weissman A, Gotlieb L, **Colgan T**, Greenblatt E, Casper RF:  Ovarian cortex transplantation in an immunosuppressed mouse model.  Presented at Society for Gynecological Investigation, Annual Meeting, Atlanta, USA. March 11-14, 1998.  <u>J Soc Gynecol Invest</u> 1998; 5:45A, 26.

10. Wilbur DC, Prey MU, Miller WM, Pawlick GF, **Colgan TJ**: AutoPap System Detection of Infections and Benign Cellular Changes:  Results from the Primary Screener Clinical Trials.  Presented at Am. Soc. Cytopathology, Nashville, November 4, 1998.  <u>Acta Cytologica</u> 1998; 42:1250-1251.

11. Wilbur DC, Prey MU, Miller WM, Pawlick GF, **Colgan TJ**:  AutoPap System Detection of High Grade Squamous Intraepithelial Lesions and Cancers: Results from the primary screener clinical trials.  Presented at American Society of Cytopathology, Nashville, November 5, 1998.  <u>Acta Cytologica</u> 1998; 42:1251.

12. Covens A, Rosen B, Murphy J, DePetrillo A, Lickrish C, Laframboise S, **Colgan T**, Shaw P:

Changes in the Demographics and Perioperative Care of Stage IB Cervical Cancer Over the Past 15 years.  Presented at International Gynecologic Cancer Meeting, Rome, September 26 - 30, 1999.  Int J Gyne Cancer 1999; 9:122.

13. **Colgan TJ**, Woodhouse SL, Davey DD, Kennedy M:  Reparative Change and the false positive/false negative Pap smear: A study from the CAP PAP Program.  Presented at the United States - Canadian Academy of Pathology, New Orleans, USA, March 27, 2000.  Mod. Pathol. 2000; 13: 32A.

14.  **Colgan TJ**, Murphy J, Cole D, Rosen B: The pathologic examination of prophylactic oophorectomy specimens.  Presented at the United-States – Canadian Academy of Pathology, Atlanta, GA, USA, March 7, 2001. Mod. Pathol. 2001; 14:135A.

15.  Weir MM, Jan E, **Colgan TJ**: Reasons for non-correlating second opinion pathology reviews.    Presented at the United-States – Canadian Academy of Pathology, Atlanta, GA, USA, March 8, 2001.  Mod Pathol. 2001; 14: 230A.

16.  Covens AL, Rosen B, Murphy J, Laframboise S, DePetrillo D, Lickrish G, **Colgan T**, Chapman W, Shaw P:  How important is removal of the parametrium at radical surgery for carcinoma of the cervix? Presented at the Society of Gynecologic Oncologists, Nashville, TN, USA, March 3-7, 2001. Gynecol Oncol. 2001; 80:278(A).

17.  Murphy J, **Colgan TJ**, Rosen BP. Presented at the Society of Gynecologic Oncologists, Nashville, TN, USA, March 3-7, 2001. Pathologic assessment of prophylactic oophorectomy specimens. Gynecol Oncol.  2001; 80:285(A).

18. **Colgan TJ**, Pron G, Mocarski EJM, Asch MR.  The identification and distribution of embolic material and associated necrosis in surgical pathology specimens following uterine fibroid embolization (UFE).  Presented at the United States and Canadian Academy of Pathology, Chicago, IL, USA, February 23 - March 1, 2002.  Mod Pathol 2002; 15:194A.

19.  Grisaru D, Covens A, Chapman W, Shaw P, **Colgan T**, Murphy J, Depetrillo D, Lickrish G, Laframboise S, Rosen B.  Does histology influence prognosis in early stage cervical carcinoma? Presented at the Society of Gynecologic Oncologists, Miami Beach, Florida, March 19-20, 2002. Gynecol Oncol. 2002; 84:518(A).

20. Kwon J, Murphy J, **Colgan T**, Narod S, Rosen B. The role of prophylactic surgery for women at high risk for ovarian cancer. Presented at the 9th Biennial Meeting of the International Gynecologic Cancer Society, Seoul, Korea, October 20 - 24, 2002. Int J Gynecol Cancer 2002; 12:552(A).

21. Grisaru D, Siu L, Lickrish G, Rosen B, **Colgan T**, Oza A. Secondary chemoprevention with rofecoxib (VI-OXX) in high grade squamous intraepithelial neoplasia (HSIL) of the cervix – preliminary report of a phase IIA study. Presented at the 9th Biennial Meeting of the International Gynecologic Cancer Society, Seoul, Korea, October 20 - 24, 2002. Int J Gynecol Cancer 2002; 12:578(A).

22. **Colgan TJ**, Romaschin AD, Yang EC-C, Siu KWM. Protein expression profiling of endometrial carcinoma. Presented at the United States and Canadian Academy of Pathology, Washington, DC, USA, March 22-28, 2003. Mod Pathol 2003; 16:186A.

23. Grisaru D, Covens A, Franssen E, Chapman W, Shaw P, **Colgan T**, Murphy J, Depetrillo D, Lickrish G, Laframboise S, Rosen B. Histopathological score predicts recurrence free survival following radical surgery for IA2-IB1-2 cervical cancer. Presented at the Society of Gynecologic Oncologists 34th Annual Meeting, New Orleans, Louisiana, February 2, 2003. Gynecol Oncol 2003;88:169(A).

24. Davey DD, Renshaw AA, Birdsong GC, Mody DR, **Colgan TJ**. Precision in gynecologic cytologic interpretation. Presented at the 51st Annual Scientific Meeting, American Society of Cytopathology, Orlando, Florida, November 8, 2003. Acta Cytologica 2003; 47:824(A).

25.   **Colgan TJ**, Diehl G, DeSouza L, Rodrigues MJ, Romaschin A, Siu KM. Protein Expression Profiling of Physiologic Endometrium Using Cleavable Isotope-Coded Affinity Tag (ICAT). Presented at the United States and Canadian Academy of Pathology, Vancouver, BC, March 9, 2004. Mod Pathol 2004; 17:194A.

26.   Abstract review of "Management of women who test positive for high-risk types of human papillomavirus: The HART study". Cuzick J, Szarewski A, Cubie H, et al, for the J Lower Genital Tr Dis 2004; 8:167A.

27.   **Colgan TJ**, McLachlin M, Cotterchio M, Howlett R, Thompson F, Seidenfeld A, Mai V. Results of the implementation of liquid-based cytologic analysis: SurePath™ in the Ontario screening program. Presented at the American Society of Colposcopy and Cervical Pathology Biennial Meeting, Buena Vista, Florida, USA, March 17, 2004. J Lower Genital Tr Dis 2004; 8:244.

28.   Abstract review of "Vaginal radical trachelectomy in the treatment of cervical cancer: the role of frozen section". Tanguay C, Plante M, Renand M-C, Roy M, Tetu B., for the J Lower Genital Tr Dis 2004; 8:269.

29.   Snyder TM, Renshaw AA, Styer PE, Mody DR, **Colgan TJ**. Altered recognition of reparative changes in ThinPrep specimens in the College of American Pathologists' gynecologic cytology program. Presented at the United States-Canadian Academy of Pathology Annual Meeting, San Antonio TX USA, March 1, 2005. Mod Pathol 2005; 18: 78A.

30.   Abstract review of  "Immunohistochemical staining for p16 an p53 in premalignant and malignant epithelial lesions of the vulva". Santos M, Montagut C, Mellado B et al., for the J Lower Genital Tr Dis. 2005; 9: 136.

31.   **Colgan TJ**, Renshaw AA, Mody DR, Blond B, Walsh M, Moriarty AT. Robustness of validation of criteria in the College of American Pathologists Interlaboratory Comparison Program in cervicovaginal cytology. Presented at the United States – Canadian Academy of Pathology Annual Meeting, Atlanta , GA USA, February 14, 2006. Mod Pathol. 2006; 19: 55A.

32.   Dubé V, Grigull J, Ghanny S, Romaschin A, Siu M, **Colgan TJ**. New endometrial cancer biomarkers: Tissue verification using tissue microarray and bioinformatics analysis. Presented at the Society of Obstetrics and Gynaecology 62nd Annual Clinical Meeting, Vancouver, BC, June 2006. J Ob Gynaecol Can. April 2006.

33.   Dubé V, Grigull J, Ghanny S, Romaschin A, Siu KWM, **Colgan TJ**. Verification of new endometrial cancer biomarkers tissue expression using tissue microarray and bioinformatics analysis. Presented at the 26th International Academy of Pathology Meeting, Montreal, QC, September 18, 2006. Mod Pathol. 2006; 19(S3): 94.

34.   Carydis VB, Walker T, Wing A, **Colgan TJ**. Utility of p16ink4a immunocytochemistry in liquid-based cytology specimens from women previously treated with high grade squamous intraepithelial lesion. Presented at the International Academy of Cytology, Vancouver, BC, May 14 - 17 2007. Acta Cytol. 2007: 51: 352A. [Currie Award Winner]

35.   Aximu D, **Colgan TJ**, Azad A, Ni R, Nanji S. A novel immunohistochemical assay (ProEx ™ C)Aids in the distinction of  cervical adenocarcinoma In Situ and adenocarcinoma from benign glandular mimics. Presented at the 97th Annual Meeting USCAP, Denver, CO, March 1-7,2008. Mod Pathol. 2008; 21(S1): 196A, #896.

36.   Carydis VB, Jaragh M, MacMillan C, Freeman J, **Colgan TJ**. Predictors of malignancy in Thyroid fine needle aspirates "cyst fluid only" cases: Can potential clues of malignancy be identified? Presented at the 56th Annual Scientific Meeting, American Society of Cytopathology, Orlando, Florida, Nov 7-11,2008. Cancer (Cytopathology) 2008; 114; 5(S): 443, #150.

37. Jaragh M, Carydis VB, MacMillan C, Freeman J, **Colgan TJ**. Predictors of malignancy in thyroid fine needle aspirate "Hurtle Cell Lesion" cases:  Can potential clues of malignancy be identified ? Presented at the 17th International Congress of Cytology, 16-20 May 2010, Edinburgh, Scotland. Acta Cytol. 2010; 54(3S); P1-075, 445

38. Chang M, Carydis VB, **Colgan TJ**. Axillary lymph node fine needle aspiration (FNA) for breast cancer evaluation: Clinicoradiologic, cytologic, and histopathologic correlation of 163 cases. Presented at the 17th International Congress of Cytology, 16-20 May 2010, Edinburgh, Scotland. Acta Cytol. 2010; 54(3S); 0-13, 392

39. Carydis VB, MacMillan C, Nanji S, Murray B, **Colgan TJ**. Assessing added value of cell blocks preparation from visible clots prior to ThinPrep processing from ultrasound-guided fine needle aspiration biopsy of the thyroid. Presented at the 17th International Congress of Cytology, 16-20 May 2010, Edinburgh, Scotland. Acta Cytol. 2010; 54(3S); P2-077, 503

40. Abdel-Mesih A, Daya D, Onuma K, Akhtar-Danesh N, Boutross-Tadross O, Ceballos C, Chapman W, **Colgan TJ**,  et al. Inter-Observer Agreement Among Pathologists for Assessing Invasion in Early Vulvar Squamous Cell Carcinoma: Still a Diagnostic Challenge. Presented at the USCAP 99th Annual Meeting, Washington DC, March 20-26,2010. Mod Pathol 2010 (abstract)

41. McLachlin CM, Bon N, Clipsham S, Gardiner G, Sumner J, Walley V, **Colgan TJ**. The interpretation of digital images has a long learning curve: Lessons from an automated gynecologic cytology validation study. Presented at the 18th International Congress of Cytology, Paris, France, May 26 – 30, 2013. Acta Cytol. 2013; 57(S1): O-24, 31

42. Chang M, Escallon J, **Colgan TJ**. Prognostic significance of a positive axillary lymph node fine-needle aspirate (FNA) in patients with invasive breast carcinoma. Presented at the 18th International Congress of Cytology, Paris, France, May 26-30, 2013. Acta Cytol. 2013; 57(S1); P-287, 123

43. **Colgan TJ**, Kolomietz E, Maire G, Dodge J. An assessment of the value of a placental molar disease lab diagnostic service. Presented at the 35th Annual Meeting of the Gynecologic Oncologists of Canada, June 13, 2014. J Obstet Gynecol Canada 2014; 36: S46.

44. **Colgan TJ,** Chang MC, Nanji S, Kolomietz E. A reassessment of the incidence of hydatidiform molar disease as defined by histopathologic and molecular analysis. Mod Pathol 2016; 29(S), Abst.1115.

45. **Colgan TJ,** Chang MC, Nanji S, Kolomietz E. The detection of aneuploidy in non-molar abortuses through selective DNA genotyping in cases of suspected hydatidiform moles. Mod Pathol 2016; 29(S), Abst. 1116.

E.       **PRESENTATIONS AND SPECIAL LECTURES**:

1.       **Papers presented to learned societies:**

1. **Colgan TJ**, Bedard YC, Strawbridge HTG:  Re-appraisal of the value of testicular biopsy in the investigation of infertility.  Presented at the Canadian Congress of Laboratory Medicine, Quebec City, QC, June 22, 1979

2. **Colgan TJ**, Luk SC:  Umbilical cord torsion thrombosis and intrauterine death of the twin fetus.  The Canadian Congress of Laboratory Medicine, St. John's, NF, June 1980

3. **Colgan TJ**, Lambert J, Newman A, Luk SC:  Campylobacter enterocolitis.  Presented at The American College of Gastroenterology, Toronto, October, 1980; also the Joint Meeting of the Canadian and Australian-New Zealand Medical Associations, Melbourne, Australia, January

27

1980 by Dr. Lambert; and also the Ontario Association of Pathologists Annual Meeting by Dr. Colgan, Toronto, ON, October, 1979

4. Lytwyn A, **Colgan T**: Gonadoblastoma in an ovary: A case report. Presented at: The Canadian Congress of Laboratory Medicine by Dr. Lytwyn (trainee), Edmonton, AB, June 23, 1985

5. **Colgan TJ**, Bryson SCP, Vernon CP: Assessment of risk of recurrence in invasive squamous cell carcinoma of the vulva using pathologic parameters, and Bryson, SCP, Colgan, TJ, Vernon, CP: Invasive squamous cell carcinoma of the vulva: Delineation of a high-risk group requiring adjuvant radiotherapy. Presented at the World Congress of the International Society for the Study of Vulvar Disease, Mariehamn, Finland, September 11, 1985

6. **Colgan TJ**, Bryson SCP, Vernon CP: Assessment of risk of recurrence in invasive squamous cell carcinoma on the vulva. Presented at The Canadian Congress of Laboratory Medicine, Kingston, ON, June 24, 1986

7. Bertrand M, Lickrish GM, **Colgan TJ**: The anatomical distribution of cervical adenocarcinoma-in-situ. Presented at the Society of Gynecologists and Obstetricians of Canada Annual Meeting by Dr. Bertrand (trainee), Charlottetown, PEI, June 25, 1986

8. Bryson SCP, Vernon CP, Bean J, Lickrish GM, **Colgan TJ**, Dembo AJ: Invasive carcinoma of the vulva: Results of treatment. Presented at the Society of Obstetricians and Gynecologists of Canada by Dr. Bryson (trainee), Montreal, Quebec, QC, June 1987

9. Bertrand M, Lickrish GM, **Colgan TJ**: The anatomical distribution of cervical adenocarcinoma-in-situ. Presented at the Canadian Congress of Laboratory Medicine, Quebec City, QC, June 15, 1987

10. Bryson SCP, **Colgan TJ**, Dembo AJ, Vernon CP, DeBoer G, DePetrillo A, Lickrish GM: Invasive squamous cell carcinoma of the vulva; Defining low and high risk groups for recurrence. Presented at the Society of Gynecologic Oncologists by Dr. Bryson, Miami, FL, February 8, 1988

11. **Colgan TJ**, Bryson SCP, Lickrish GM: Does the presence of squamous dysplasia in association with cervical adenocarcinoma-in-situ (ACIS) correlate with the different anatomic distribution of ACIS or risk of invasive adenocarcinoma? Presented at the American Society of Colposcopy and Cervical Pathology Biennial Meeting, San Francisco, CA., April 19, 1988

12. Percy ME, **Colgan TJ**, Suri M, Goldsmith MI, Shier RM, Andrews DF, Lickrish GM: A prospective study of human papilloma virus infection following treatment of cervical intraepithelial neoplasia and condyloma. Presented at the Eighth International Papillomavirus Workshop by Dr. Percy, Taos, NM, March 30, 1989

13. Percy ME, **Colgan TJ**, Suri M, Goldsmith MI, Shier RM, Andrews DF, Lickrish GM: Latent infection of the uterine cervix in association with squamous dysplasia and invasive carcinoma. Presented at the Seventh International Papillomavirus Workshop by Dr. Percy, Cote d'Azur, France, May 17, 1988

14. **Colgan TJ**, Percy ME, Shier RM, Suri M, Andrews DF, Lickrish GM: A prospective study of human papillomavirus infection following treatment of cervical intraepithelial neoplasia and condyloma. Presented at the Society of Obstetricians and Gynecologists of Canada Meeting, Quebec, QC., June 21, 1989

15. **Colgan TJ**, Lickrish GM: The topography and invasive potential of cervical adenocarcinoma-in-situ with and without associated squamous dysplasia. Presented at the Society of Obstetricians and Gynecologists of Canada Meeting, Quebec, QC., June 21, 1989

16. **Colgan TJ**, Lajoie G, Murphy J, Sturgeon G:  Primary papillary serous carcinoma of the peritoneum.  Presented at the Society of Obstetrics and Gynecologists of Canada Meeting, Quebec, QC., June 21, 1989

17. Lajoie G, **Colgan TJ**, Murphy J, Sturgeon G:  Primary papillary serous carcinoma of the peritoneum.  Presented at the Canadian Congress of Laboratory Medicine by Dr. Lajoie (trainee), Ottawa, ON, June 27, 1989

18. **Colgan TJ**, Auger M:  Detection of cervical and vulvar carcinoma metastases using a polyclonal keratin and antibody.  Presented at the second meeting of the International Gynecologic Cancer Society, Toronto, ON, October 10 - 13, 1989

19. **Colgan TJ**:  Paraganglioma of the vulva.  Presented at the International Society for the Study of the Vulvar Disease Biennial Congress, Washington, DC, October 25, 1989

20. Percy ME, **Colgan TJ**, Goldsmith MI, Shier RM, Andrews DF, Lickrish GM:  A prospective study of human papillomavirus infection following treatment of cervico-intraepithelial neoplasia.  Presented by Dr. Percy at the Clinical Research Society of Toronto, Toronto, ON, April 21, 1990. (Collaborator)

21. **Colgan TJ**, Lickrish GM:  The topography of adenocarcinoma-in-situ of the uterine cervix.  Presented at the Seventh World Congress of Cervical Pathology and Colposcopy, Rome, Italy, May 10, 1990.  (Read by Dr. Lickrish due to illness)

22. Schatz J, **Colgan TJ**:  Peritoneal squamous metaplasia.  Poster at the Canadian Congress of Laboratory Medicine, St. John's, NF, June 25, 1990

23. Schatz J, Dardick I, **Colgan TJ**:  Aberrant epithelial differentiation in osteosarcoma.  Presented at the Canadian Congress of Laboratory Medicine by Dr. Schatz (trainee), St. John's NF, June 26, 1990

24. **Colgan TJ**, Percy ME, Lickrish GM, Andrews D, Shier RM:  A prospective study of human papillomavirus infection prior to and following treatment of CIN and condyloma.  Fourth International HPV Conference, Chicago, IL, September 17, 1990

25. Arnold GM, Rosen BA, Murphy KJ, **Colgan TJ**, Lickrish GM:  "Outpatient diagnostic and therapeutic laser conization of the cervix: A clinicopathological study".  Presented by resident: G. Arnold at the Canadian Society of Colposcopists, Toronto, ON, June 11, 1991 (Winner of "best paper", CSC, 1991)

26. **Colgan TJ**, Murphy KJ:  Angiosarcoma of the vagina following therapeutic irradiation.  Poster presentation at the Society of Obstetrics and Gynecologists of Canada, Annual Meeting, Toronto, ON, June 12, 1991

27. Chouinard R, **Colgan TJ**, Rosen B, Murphy J, Lickrish GM, Walters M:  Colposcopy referral… are the new recommendations safe?  Presentation at the Soc. Of Obst. And Gynecol., Vancouver, BC, June 1992

28. Dardick I, **Colgan TJ**:  Neuroendocrine differentiation in mucinous adenocarcinomas of the ovary.  Society for Ultrastructural Pathology - UltraPath IV Conference, Jackson, NH, August, 1992

29. **Colgan TJ**, LeBlanc M, Pendergast S:  Gonadotropin releasing hormone analogues and uterine leiomyomas.  Ontario Association of Pathologists, London, ON, Sept. 25, 1992

30. **Colgan TJ**, Lickrish GM, Murphy J, Rosen B:  Management and outcome of grade III vulvar intraepithelial neoplasia.  The Society of Obstetrics and Gynecologists of Canada, Ottawa, ON, June 1993

31. Boyd MB, Gelfard M, Ferenczy A, **Colgan TJ**, et al: The effects of transdermal gestagen on bleeding patterns and endometrial histology in postmenopausal women on hormone replacement therapy. The American Fertility Society. Montreal, QC, October, 1993

32. **Colgan TJ**, Lee J, Patten S: An assessment of the AutoPap 300 QC system. International Academy of Cytology Congress, Madrid, Spain, May 12, 1995

33. Boyd WD, Lickrish GM, Chapman W, **Colgan TJ**: Conservative management of adenocarcinoma in situ (ACIS) of the cervix. The Society of Gynecologists and Obstetricians of Canada, Calgary, AB, June 26, 1995

34. **Colgan TJ**, Patten S, Lee JSJ: Morphologic characteristics of the QC review slides selected by the AutoPap 300 QC System for cervico-vaginal cytology. Conjoint Meeting of the Australian and New Zealand Cytology Societies, Auckland, New Zealand, October 8, 1995

35. Clarke EA, Bedard YC, **Colgan TJ**: CytoBase: a tool for the evaluation of cervical screening activities. Canadian Association Pathologists - Royal College meeting, Toronto, ON, September 25, 1998

36. Muradali D, **Colgan TJ**, Wilson S, Hayeems E: Echogenic ovarian foci are not caused by psammomatous calcifications. Radiologic Association of U.S.A., Quebec City, QC, June 16, 1999

37. Muradali D, **Colgan TJ** Wilson S, Hayeems E: Echogenic Ovarian Foci: Malignant or Benign? Canadian Association of Radiologists, Quebec City, QC, June 16, 1999

38. Manchul LA, Chapman W, **Colgan TJ**, et al. Promoting interprofessional continuing education in cancer care: a cervix CE course for cancer care professionals. Am. Assoc. for Cancer Education, Cleveland, OH, October 8, 1999

39. Weir M, **Colgan TJ**: An outcome analysis of inter-institutional pathology review. Canadian Association of Pathologists' Meeting, Ottawa, ON, June 19, 2000

40. **Colgan TJ**, McCready D, McQueen M, Booth D: Laboratory procedures for Technetium 99m labeled pathology specimens. Canadian Association of Pathologists' Meeting. June 19 - 20, 2000

41. Covens A, Rosen B, Murphy J, Laframboise S, Depetrillo A, Lickrish G, **Colgan TJ**, Chapman W, Shaw P: How important is removal of the parametrium at radical surgery for carcinoma of the cervix? Presented at the 32nd annual meeting of the Society of Gynecological Oncologists. Nashville, TN, March 2001

42. **Colgan TJ**, Clarke A, Hakh N, Seidenfeld A: Pap smear screening of the mature woman: the Ontario experience. International Academy of Cytology Congress, Amsterdam, The Netherlands, May 28, 2001

43. **Colgan TJ**, Rosen B, Murphy J, Narod S, Boerner SL: The value of peritoneal lavage taken at the time of prophylactic oophorectomy. International Academy of Cytology Congress, Amsterdam, The Netherlands, May 29, 2001

44. Grisaru D, Covens A, Chapman W, Shaw P, **Colgan TJ**, Murphy J, et. al: Do cervical adenocarcinomas have a higher recurrence rate after radical surgery? Gynecologic Oncologists of Canada, St. John's, NF, June 16, 2001

45. Covens A, Rosen B, Murphy J, Laframboise S, Lickrish G, DePetrillo A, Shaw P, **Colgan TJ,** Chapman W: How important is removal of the parametrium at radical surgery for carcinoma of the cervix? Gynecologic Oncologists of Canada, June 16, 2001

46. Covens A, Rosen B, Murphy J, Laframboise S, Lickrish G, DePetrillo A, Shaw P, **Colgan TJ**, Chapman W: Radical Trachelectomy: Has the silver lost its lustre? Gynecologic Oncologists of Canada meeting, St. John's, NF, June 2001

47. **Colgan TJ**, Rosen B, Cole D, Narod S, Murphy J: The prognostic value of pathologic examination of prophylactic oophorectomy specimens. Gynecologic Oncologists of Canada, June 16, 2001

48. Hwang DM, Chapman WB, **Colgan TJ**, Lickrish GM: Adenocarcinoma in-situ of the cervix: follow-up must be long-term whether treated by hysterectomy or local excision only. The Canadian Laboratory Medicine Congress, Calgary, AB, May 20, 2002

49. **Colgan TJ**, Pron G, Mocarski E. How common are leiomyosarcomas after uterine fibroid embolization? Is the subsequent histopathologic examination compromised? The 58th Annual Clinical Meeting, Society of Obstetricians and Gynaecologists of Canada, Winnipeg, MB, June 22, 2002

50. Kwon J, Murphy J, **Colgan TJ**, Narod S, Rosen B. The role of prophylactic surgery in women at risk for ovarian cancer. The 58th Annual Clinical Meeting Society of Obstetricians and Gynaecologists of Canada, Winnipeg, MB, June 22, 2002

51. Hwang DM, Lickrish GM, Chapman WB, **Colgan TJ**. Adenocarcinoma in-situ of the cervix: longterm follow-up is required regardless of treatment modality. The 58th Annual Clinical Meeting Society of Obstetricians and Gynaecologists of Canada, Winnipeg, MB, June 22, 2002

52. Yang EC-C, Guo J, Diehl G, DeSouza L, Rodrigues MJ, Mendes MG, **Colgan TJ**, Romaschin AD, Siu KWM, Bolarinho C. Strategies for identification of Proteins Enriched on Protein Chips and analyzed by SELDI-TOF. The 51st Annual American Society for Mass Spectrometry (ASMS) Conference on Mass Spectrometry and Allied Topics, Montreal, QC, June 8 - 12, 2003

53. **Colgan TJ**, Romaschin AD, Yang EC-C, Murphy J, Paek W, Siu KWM. Defining endometrial phenotypes in the post-genomic era. The 59th Annual Clinical Meeting Society of Obstetricians and Gynaecologists of Canada, Gynecologic Oncologists of Canada, Charlottetown, PEI, June 29, 2003

54. Yang ECC, Guo J, Diehl G, DeSouza L, Rodrigues MJ, Mendes MG, Romaschin AD, **Colgan TJ**, Siu KWM. Proteomic analysis: Discovery and identification of protein markers in endometrial carcinoma.
    ▪ The Human Proteome Organization (HUPO), Montreal, QC, September 29, 2003
    ▪ The Proteome Society's meeting "Proteomic analysis – New technologies, new advances", held at the University of Toronto, Toronto, ON, November 7, 2003

55. McLachlin CM, **Colgan TJ**, Cotterchio M, Howlett R, Seidenfeld A, Mai V. Review of SurePath[TM] liquid based gynecologic cytology in the Ontario cervical screening program. The International Academy of Cytology's XV International Congress of Cytology, Santiago de Chile, April 14, 2004

56. Guo J, Yang EC-C, DeSouza L, Rodrigues MJ, Romaschin AD, **Colgan TJ**, Siu KWM. Identification and validation of biomarkers for endometrial carcinoma after discovery with ProteinChip technology and SELDI MS. The 52nd Annual American Society for Mass Spectrometry (ASMS) Conference, Nashville, TN, May 25, 2004

57. Stuart G, Taylor G, Bancej C, Beaulac J, **Colgan TJ**, Franco E, Kropp R, Lotocki R, Mai V, McLachlin CM, Onysko J, Martin RE, Stanimir G, Romanowski B, Phelan J, Payne P, Hutchinson T as Steering Committee members for the 2003 Pan-Canadian forum on cervical screening. Consensus recommendations of the 2003 Pan-Canadian forum on cervical cancer prevention and control. EUROGIN, Nice, France, October 21 - 23, 2004

58 DeSouza L, Guo J, DeSouza L, Rodrigues MJ, Romaschin AD, **Colgan TJ**, Siu KWM. The Discovery Identification and Verification of Endometrial Cancer Markers. 17th Lake Louise Workshop on Tandem Mass Spectrometry, Lake Louise, Alberta, December 1-5, 2004.

59 **Colgan TJ**, Guo J, DeSouza L, Rodrigues MJ, Romaschin AD, Siu KWM. The complementary role of high density tissue microarrays (TMA's) in protein expression profiling of human endometrial cancer. The Ontario Chapter Meeting of the Canadian Proteome Society, London, ON, December 10, 2004

60 Guo J, Alhaq M, DeSouza L, Nye G, Martin W, Romaschin AD, **Colgan TJ**, Siu KWM, Alexander D. Discovery of Biomarkers for Endometrial Carcinoma by Direct Profiling of Proteins in Tissue Sections Using Selective MALDI-Spotting and MALDI MS. 53rd American Society of Mass Spectrometry Conference, San Antonio, TX, June 5 - 9, 2005

61 DeSouza L, Guo J, Rodrigues MJ, Diehl G, Romaschin AD, **Colgan TJ,** Siu KWM Differential Labeling Plays a Key Role in the Search for Endometrial Cancer Markers from Clinical Tissue. 53rd American Society of Mass Spectrometry Conference, San Antonio, TX, June 5 - 9, 2005

62 DeSouza L, Guo J, Alhaq M, Romaschin A, **Colgan TJ**, Siu KWM. Endometrial Cancer Marker Discovery Using Differentially Labelled Clinical Samples. Human Proteome Society, 4th Annual World Congress, Munich Germany, Aug 28- Sept 1, 2005.

63 DeSouza L, Guo J, Alhaq M, Romaschin A, **Colgan TJ**, Siu KWM. Endometrial Cancer Marker Discovery Using Differentially Labelled Clinical Samples. 2nd Annual Symposium on Enabling Technologies for Proteomics, Calgary AB, Sept 22-23, 2005.

64 Siu KWM, DeSouza LV, Dubé V, Ghanny S, Guo J, Grigull J, Romaschin AD, **Colgan TJ**. Novel aspect: Validation of our previously discovered and identified endometrial cancer biomarkers by iTRAQ methodology on 40 samples and antigen/antibody recognition in tissue microarray format on 148 samples. The International Mass Spectrometry Conference, Prague, 2006

65 Siu KWM, DeSouza LV, Guo J, Ghanny S, Romaschin AD, Dubé V, **Colgan TJ**, Grigull J. Discovery, Identification and Validation of Endometrial Cancer Biomarkers. Presented at the 89th Canadian Chemistry Conference, Montreal QC, May 29, 2006.

66 DeSouza LV, Dubé V, Ghanny S, Grigull J, Romaschin AD, **Colgan TJ**, Siu KWM. Mass-Tagging Approaches to Discovery and Identification of Endometrial Cancer Biomarkers and Their Subsequent Validation Using Immunochemistry. 52nd International Conferences on Analytical Sciences and Spectroscopy, Kelowna, BC, June 18-21, 2006

67 Siu KWM, DeSouza LV, Dubé V, Channy S, Guo J, Grigull J, Romaschin AD, **Colgan TJ**. Novel aspect: Validation of our previously discovered and identified endometrial cancer biomarkers by iTRAQ methodology on 40 samples and antigen/antibody recognition in tissue microarray format on 148 samples. 54th Am. Soc. Mass Spectroscopy Conference, San Antonio, TX, June 2006.

68 DeSouza LV, Dubé V, Ghanny S, Grigull J, Romaschin AD, **Colgan TJ**, Siu KWM. Mass-Tagging Approaches to Discovery and Identification of Endometrial Cancer Biomarkers and Their Subsequent Validation Using Immunochemistry. 4th Annual Conference, Chinese Human Proteome Organization, Xi'an, China, Aug 22-23, 2006.

69 Dube V, Grigull J, Ghanny S, Romaschin A, Siu KWM, **Colgan TJ**. Verification of New Endometrial Cancer Biomarkers Tissue Expression Using Tissue Microarray and Bioinformatics Analysis. 26th Congress of the International Academy of Pathology, Montreal, PQ, Sept 16-21, 2006.

70 DeSouza LV, Dubé V, Ghanny S, Grigull J, Romaschin AD, **Colgan TJ**, Siu KWM. Discovery and Identification of Endometrial Cancer Biomarkers Using MS-Based Proteomics

and Subsequent Validation Using Immunochemistry. Much Ado About Ions, CRMS Symposium in Honor of Diethard K. Bohme, Black Creek Pioneer Village, Toronto, ON, Oct 13-14, 2006.

71  DeSouza LV, Dubé V, Ghanny S, Grigull J, Romaschin AD, **Colgan TJ**, Siu KWM. Mass-Tagging Approaches to Discovery and Identification of Endometrial Cancer Biomarkers and Their Subsequent Validation Using Immunochemistry. 19th Lake Louise Workshop on Tandem Mass Spectrometry, Lake Louise, Alberta, Nov 29-Dec 2, 2006.

72  DeSouza LV, Dubé V, Ghanny S, Grigull J, Romaschin AD, **Colgan TJ**, Siu KWM. Mass-Tagging Approaches to Discovery and Identification of Endometrial Cancer Biomarkers and Their Subsequent Verification Using Immunochemistry and Multiple Reaction Monitoring. Genome Research Centre, University of Hongkong, Dec 19, 2006.

73  DeSouza LV, Dubé V, Ghanny S, Grigull J, Romaschin AD, **Colgan TJ**, Siu KWM. Mass-Tagging Approaches to Discovery and Identification of Endometrial Cancer Biomarkers and Their Subsequent Verification Using Immunochemistry and Multiple Reaction Monitoring. Prince of Wales Hospital, Department of Medicine and Therapeutics, Chinese University of Hong Kong, Shatin, Hong Kong,  Dec 19, 2006.

74  Ralhan R, DeSouza LV, Matta A, Kaur J. Bahadur S, **Colgan TJ**, Siu KWM. Clinical cancer proteomics – tools to develop novel potential biomarkers and drug targets. Indian Assoc for Cancer Research, January 16 – 19, 2007

75  DeSouza LV, Dubé V, Ghanny S, Grigull J, Romaschin AD, **Colgan TJ**, Siu KWM. Mass-Tagging Approaches to Discovery and Identification of Endometrial Cancer Biomarkers and Their Subsequent Validation Using Immunochemistry.  Biological Sciences, University of Toronto, Scarborough, ON, May 14, 2007.

76  DeSouza LV, Dubé V, Ghanny S, Grigull J, Romaschin AD, **Colgan TJ**, Siu KWM. Mass-Tagging Approaches to Discovery and Identification of Endometrial Cancer Biomarkers and Their Subsequent Verification Using Immunochemistry. Northeastern Ontario Regional Cancer Centre, Sudbury Regional Hospital, Ontario, June 18, 2007.

77  DeSouza LV, Dubé V, Ghanny S, Grigull J, Romaschin AD, **Colgan TJ**, Siu KWM. Discovery and Verification of Potential Cancer Biomarkers: An Integration of Mass Spectrometry-Based Proteomics and Immunohistochemistry . Josephine Nefkens Institute Oncology Seminar Series, Erasmus Medical Center, Rotterdam, The Netherlands, October 31, 2007.

78  DeSouza LV, Dubé V, Ghanny S, Grigull J, Romaschin AD, **Colgan TJ**, Siu KWM. Discovery and Verification of Potential Cancer Biomarkers: An Integration of Mass Spectrometry-Based Proteomics and Immunohistochemistry. Department of Applied Biology & Chemical Technology, Hong Kong Polytechnic University, Hong Kong, Nov 5, 2007

79  DeSouza LV, **Colgan TJ**, Romaschin A, Ralhan R, Guha A, Siu KWM. Mass-spectrometry-based cancer marker discovery and verification. National Cancer Institute of Canada, Making Connections: A Canadian Cancer Research Conference Celebrating NCIC's  60th Anniversary, Toronto, Ontario, Nov 16, 2007.

80  Shaheen R, Khalili K, Chapman W, Dube V, **Colgan TJ**, Wilson S. Frequency of imaging features suspicious for malignancy in women with pathology proven endometriosis. University of Toronto, Toronto, Ontario,  February 12, 2008.

81  DeSouza LV, Dubé V, Ghanny S, Grigull J, Romaschin AD, **Colgan TJ**, Siu KWM. Discovery and Verification of Potential Cancer Biomarkers: An Integration of Mass Spectrometry-Based Proteomics and Immunohistochemistry. Department of Chemistry and Biochemistry, Florida International University, Miami, FL, February 22, 2008

82  DeSouza LV, Dubé V, Ghanny S, Grigull J, Romaschin AD, **Colgan TJ**, Siu KWM. Discovery and Verification of Potential Cancer Biomarkers: An Integration of Mass Spectrometry-Based Proteomics and Immunohistochemistry. Department of Biology and Chemistry, City University of Hong Kong, Kowloon, Kong Kong, April 9, 2008.

83  DeSouza LV, Dubé V, Ghanny S, Grigull J, Romaschin AD, **Colgan TJ**, Siu KWM. Discovery and Verification of Potential Cancer Biomarkers: An Integration of Mass Spectrometry-Based Proteomics and Immunohistochemistry. NRC's Mass Spectrometry Network First Annual Symposium, National Research Council, Ottawa, Ontario, April 17, 2008.

84  DeSouza L, Minkoff M**, Colgan TJ**, Romaschin A, Siu KWM.  MRM analysis of tumor homogenates for absolute quantification of potential biomarkers. 7th Annual Congress HUPO 2008, 16-20 August 2008, Amsterdam, Netherlands.

85  Leong I, Ralhan R, Macmillan C, Witterick I, **Colgan TJ**, Siu KWM, DeSouza L. Mass spectrometric analyses enables discovery of potential prognostic markers for oral squamous cell carcinoma.  Presented at  2008 AAOMP (American Academy of Oral & Maxillofacial Pathology) and IAOP (International Academy of Oral Pathology) joint conference in San Francisco, June 22-26, 2008

86  Ralhan R, DeSouza L, Matta A, Tripathi S, Gupta S, Shukla N, **Colgan TJ**, MacMillan C, Witterick I, Leong I, Siu KWM. Proteomics based diagnostic and prognostic biomarkers for head-and-neck cancer: challenges and opportunities.  The International Academy of Oral Oncology, Toronto,  Ontario;  July 8-11, 2008

87  Skeete D, Riddell R, Wolfman W, **Colgan TJ**. Uterine leiomyoma with massive lymphocytic Infiltration: A rare pathologic entity. Poster Presentation – Ontario Association of Pathologists, Haliburton, Ontario, Oct 3 -5, 2008.

88  DeSouza L, Darfler M, Krizman D, Eitner C, Romaschin A, **Colgan TJ**, Siu KWM. Determination of Cancer Biomarkers Using Targeted MS Analysis of Isotope-Labelled Formalin-Fixed Paraffin-Embedded Tissue Samples.  57th ASMS Conference on Mass Spectrometry and Allied Topics, Philadelphia, MA, May 31 – June 4, 2009

89  Voisin M, Desouza L, Krakovska O, Romaschin A, **Colgan TJ**, Siu KWM. Comparison of Tumour and Normal Endometrial Samples by LC-MS/MS Using an Iterative Exclusion List Approach. 57th ASMS Conference on Mass Spectrometry and Allied Topics, Philadelphia, MA, May 31 – June 4, 2009

90  Williams G, DeSouza L, Romaschin A, **Colgan TJ**, Ralhan R, Mukherjee J, Guha A, Siu KWM. Determination of Candidate Biomarkers in Sera from Three Malignancies and Control Groups Using Isotopic Labels and Multiple Reaction Monitoring. HUPO 2009 World Congress, Toronto, ON, Sept 26-30, 2009

91  Voisin M, Krakovska O, Desouza L, Romaschin A, **Colgan TJ**, Siu KWM. Endometrial Cancer Biomarker Discovery by a Drill-Down Strategy Using iTRAQ and LC-MS/MS. HUPO 2009 World Congress, Toronto, ON, Sept 26-30, 2009

92  DeSouza L, Williams G, Darfler M, Krizman D, Eitner C, Romaschin A, **Colgan TJ**, Siu KWM Detection and Quantification of Potential Markers in FFPE Tissue and Plasma Samples. HUPO 2009 World Congress, Toronto, ON, Sept 26-30, 2009

93  Ralhan R, DeSouza L, Matta A, Tripathi S, Kaur J, Chauhan S, DattaGupta S, Shukla N, **Colgan TJ**, MacMillan C, Witterick I, Leong I, Siu KWM. Proteomics based diagnostic and prognostic biomarkers for head-and-neck cancer: challenges and opportunities. HUPO 2009 World Congress, Toronto, ON, Sept 26-30, 2009

94    Jaragh M, Carydis VB, MacMillan C, Freeman J, **Colgan TJ**. Predictors of malignancy in thyroid fine needle aspirate "Hurtle Cell Lesion" cases:  Can potential clues of malignancy be identified ? 17th International Congress of Cytology, 16-20 May 2010, Edinburgh, UK.

95    Chang M, Carydis VB, **Colgan TJ**. Axillary lymph node fine needle aspiration (FNA) for breast cancer evaluation: Clinicoradiologic, cytologic, and histopathologic correlation of 163 cases. 17th International Congress of Cytology, 16-20 May 2010, Edinburgh, UK.

96    Daoud M, **Colgan TJ**, Childs T. A case of endocervical adenocarcinoma-in-situ with metastasis to ovary. Canadian Association of Pathologists's 61st Annual Meeting, Montreal, PQ, July 12, 2010.

97    Chan C, **Colgan TJ**. E. Greenblatt. T. Brown A minimally-invasive look into the window of implantation: Identification of candidate biomarkers of endometrial receptivity by transcriptomic analysis of uterine fluid aspirations. Presented at the American Society of Reproductive Medicine, Orlando, Florida, October 15-19, 2011.

98    Nelson A, Meyer M, Neumann T, Hayenga J, Katdare R, Presley C, Hawthorne B, Steinhauer D, Bell T, Spring S, Tourovskaia A, Patten F, Pawlick G, **Colgan TJ**, Wilbur D, Johnson D, Aye RW, Zarogoulidis P, Chien J. Non-invasive detection of lung cancer from cells in sputum using Cell-CT. Presented at the International Association for the Study of Lung Cancer, Sydney Australia, October 27 – 30, 2013

99    **Colgan TJ**. Let's improve the management of women with suspected placental molar disease! Presented at the Canadian Association of Pathologists' 65th Annual Meeting, Toronto, Ontario, July 15, 2014.

100   Hollingsworth J, Virtanen C, Lau A, Allen L, **Colgan TJ** et al. Differential gene expression in fallopian tube epithelial cells associated with BRCA1 or BRCA2 mutation status and peri-ovulatory follicular fluid exposure. Presented at the Canadian Conference on Ovarian Cancer Research to be presented May 15, 16 2016, Niagara Falls, Ontario.


2.    **Invited Lectures, Workshops and Visiting Professorships**

**International:**
1.    Invited Discussant: Gynecologic pathology.  United States-Canadian Academy of Pathology, San Francisco, CA, March 6, 1989  (IAP)

2.    Invited Workshop Director, with Dr. J. Srigley:  Problem lesions of the external genitalia, United States-Canadian Academy of Pathology, San Francisco, CA, March 8, 1989

3.    Invited Workshop Director, with Dr. J. Srigley:  Problem lesions of the external genitalia, United States-Canadian Academy of Pathology, Boston, MA, March 8, 1990

4.    Invited Chairman of Gynecologic Pathology Preferred Papers, United States-Canadian Academy of Pathology, Chicago, IL, March 18, 1991

5.    Invited Workshop Director, with Dr. J. Srigley:  Problem lesions of the external genitalia, United States-Canadian Academy of Pathology, Chicago, Illinois, March 22, 1991.

6.    Invited Speaker and Panelist:  International Symposium on Cervical Cancer.  Governments of St. Lucia and France, Castries, St. Lucia, November 27 - 30, 1991

7.    Invited Workshop Director, with Dr. J. Srigley:  Problem lesions of the external genitalia, United States-Canadian Academy of Pathology, Atlanta, GA, March 20, 1992

8.    Invited Speaker: International Federation of Cervical Pathology and Colposcopy: Adenocarcinoma-in-situ of the cervix, and the Bethesda System in cervical cytology, Chicago, IL, May 10 - 14, 1993

9.   Invited Workshop Director with Dr. D. Daya: Glandular lesions of the uterine cervix, United States-Canadian Academy of Pathology, San Francisco, CA, March 17, 1994.

10.   Invited Faculty Member for the Combined Meeting of the Canadian and American Societies of Colposcopy and Cervical Pathology, Orlando, FL, March 22 - 26, 1994

11.   Invited Speaker and Discussant:  Food and Drug Administration (FDA) Panel Meeting, Medical Device and Instrumentation Division - Automated Cytology Devices, Washington, DC, August 8, 1995

12.   Invited Speaker and Discussant:  Cervico-vaginal cytology:  Quality assurance and measures of effectiveness.  Regional workshop on cervical cancer screening for central America and the Eastern Caribbean, by the Pan-American Health Organization and Cancer Care International, Mangua, Nicaragua.  November 21 - 23, 1995.  Bulletin of PAHO 30(4):397, 1996.

13.   Invited Workshop Director with Dr. D. Daya: Glandular lesions of the uterine cervix, United States-Canadian Academy of Pathology, Washington, DC, March 29, 1996

14.   Invited Debater:  "More people live of HPV than die from it:  The affirmative", and Speaker: "Methods of screening:  Improving the Pap smear", and "Loop excision and cone biopsy:  Are they equally effective in achieving histological diagnosis and exclusion of invasive cancer?" IXth World Congress of Cervical Pathology and Colposcopy, Sydney, Australia, May 12 - 16, 1996

15.   Invited Speaker: Planning and implementation of an organized program in cervical cancer screening for Brazil, with Cancer Care International, Rio de Janeiro, Brazil, May 25 - 31, 1996

16.   Invited Participant and Lecturer:  The Canadian Experience with the AutoPap 300 System. International Academy of Cytology's Symposium on Automated Cytology.  Vienna, Austria. November 30, 1996 - December 7, 1996

17.   Invited Speaker:  Vulvar intra-epithelial neoplasia.  International Society of Gynecologic Pathologists Annual Meeting, Orlando, FL, March 2, 1997

18.   Invited Consultant:  Assessing pilot projects in cervical cancer screening, Equador and Venezuela, Pan-American Health Organization, Washington, DC, March 10 - 11, 1997

19.   Invited Speaker and Co-Chairman:  Pap smear adequacy and cell preparation.  International Academy of Cytology, Hawaii, June 5 - 10, 1997

20.   Invited International Guest Speaker on five topics in cervical cytopathology.  Australian Society of Cervical Pathology and Colposcopy.  Ayers Rock, Australia.  July 9 - 13, 1997

21.   Invited Workshop Director with Dr. D. Daya:  Glandular lesions of the uterine cervix, United States-Canadian Academy of Pathology, Boston, MA, March 4, 1998

22.   Invited Speaker: Gynecologic Pathology Evening Panel, United States-Canadian Academy of Pathology, Boston, MA, March 5, 1998

23.   Invited Workshop Director with Drs. Davey (Lexington, Kentucky) and D. Wilbur (Rochester NY): Automated cytology:  Efficacy and evaluation.  College of American Pathologists – A.S.C.P., Los Angeles, CA, April 7, 1998

24.   Invited Workshop Director with Drs. Davey (Lexington, Kentucky) and D. Wilbur (Rochester NY): Automated cytology:  Efficacy and evaluation.  College of American Pathologists – A.S.C.P., Washington, DC, October 20, 1998

25. Invited Workshop Director with Drs. Davey (Lexington, Kentucky) and D. Wilbur (Rochester NY): Automated cytology:  Efficacy and evaluation.  College of American Pathologists – A.S.C.P., Orlando, FL, April 11, 1999

26. Invited Workshop Director with Drs. Davey (Lexington, Kentucky) and D. Wilbur (Rochester NY): Automated cytology:  Efficacy and evaluation.  College of American Pathologists – A.S.C.P., New Orleans, LA, September 29, 1999

27. Invited Speaker: The underserved women in Cervical cancer screening:  A report on the Brazilian screening projects and Medicolegal issues in the Pap smear:  Perspectives from Canada.  International Academy of Cytology Consensus Conference, Chicago, IL, March 18 - 22, 2000

28. Invited forum co-moderator:  National Cancer Institute's Bethesda system 2001.  Benign cellular changes.  Consensus Workshop on Gynecologic Cytology, Bethesda, MD, April 30 - May 2, 2001,  www.Bethesda2001.cancer.gov

29. Invited panel moderator: HPV and Screening – HPV Vaccines.  14th International Congress of Cytology, Amsterdam, The Netherlands, May 28, 2001

30. Invited forum moderator and participant: American Society of Colposcopy and Cervical Pathology and National Cancer Institutes, Bethesda, MD, Sept 6 - 9, 2001
    Resulting Guidelines:
    Wright TC, Cox JT, Massad LS, Twiggs LB, Wilkinson EJ. 2001 Consensus guidelines for the management of women with cervical cytological abnormalities. JAMA 2002;287:2120-29.

31. Invited speaker: Adnexal Pathology in Women at High Familial Risk of Ovarian Cancer. International Society of Gynecological Pathologists (ISGYP), Vancouver, BC, March 7, 2004

32. Invited workshop director with Drs. R. Riddell and F. O'Malley: The role of the histopathologist in the detection of adult hereditary cancer. United States and Canadian Academy of Pathology, San Antonio TX, March 3, 2005

33. Invited workshop director with Drs. R. Riddell and F. O'Malley: The role of the histopathologist in the detection of adult hereditary cancer. United States and Canadian Academy of Pathology, Atlanta, GA, February 17, 2006

34. Invited Committee Member and Participant: Second Consensus Conference on the Management of Cytological Abnormalities and Cervical Intraepithelial Neoplasia, sponsored by the American Society of Colposcopy and Cervical Pathology and National Cancer Institutes, Bethesda, MD, September 17 - 19, 2006

35. Invited Panelist: Diagnostic Cytopathology: Something for Everyone (Slide Seminar). International Academy of Pathology, Montreal, QC, September 20, 2006

36. Invited Panelist: Diagnostic Cytology Seminar, American Society of Cytopathology, Toronto, ON, November 6, 2006

37. Invited workshop director with Drs. R. Riddell and F. O'Malley: The role of the histopathologist in the detection of adult hereditary cancer. United States and Canadian Academy of Pathology, San Diego, CA, March 29, 2006

38. Invited workshop director with Dr. Theresa Darragh of UCSF: The ASCCP's Consensus Conference for the Management of Women with Cervical Cytological Abnormalities & Cervical Intraepithelial Neoplasia: What's changed? College of American Pathologists' Annual Meeting , Chicago, Illinois, October 3, 2007

39. Invited moderator & panelist with Drs. Darragh and Solomon. The 2006 ASCCP's Consensus Guidelines for the Management of Women with Cervical Cytological Abnormalities &

Cervical Intraepithelial Neoplasia;  What's changed? American Society of Cytopathology 55th Annual Meeting, Houston, Tx, Nov. 3, 2007

40.  Invited panelist , Cytopathology Evening Session.  United States and Canadian Academy of Pathology 97th Annual Meeting, Denver, CO, March 1-7, 2008.

41.  Invited workshop director with Drs. R. Riddell and F. O'Malley: The role of the histopathologist in the detection of adult hereditary cancer. United States and Canadian Academy of Pathology 97th Annual Meeting, Denver, CO, March 6, 2008.

42.  Invited lecturer & discussant :  The 2006 ASCCP Consensus Guidelines for the Management of Cervical Cytological Abnormalities.  Africa Calls Teleconference, March 25, 2008.

43.  Invited speaker with Dr. Theresa Darragh of UCSF: The ASCCP's Consensus Conference for the Management of Women with Cervical Cytological Abnormalities & Cervical Intraepithelial Neoplasia: What's changed? College of American Pathologists' Annual Meeting , San Diego, California, September 25, 2008.

44.  Invited speaker at the 49th Annual Spring Symposium, Houston Society of Clinical Pathologists: Endometrial Tissue Proteomics and Fallopian Tube Neoplasms and Management of Specimens from BRCA Positive Patients. Houston, Texas, April-24-25, 2009.

45.  Invited faculty members of The ASCCP's "Advanced Colposcopy:  Case-Based" courses. Washington, DC, September 12-13, 2009.

46.  Invited speaker with Dr. Theresa Darragh of UCSF: The ASCCP's Consensus Conference for the Management of Women with Cervical Cytological Abnormalities & Cervical Intraepithelial Neoplasia: What's changed? College of American Pathologists' Annual Meeting , Washington DC, October 11-14, 2009.

47.  Invited participant and facilitator, The American Society of Cytopathology's Summit on The Future of Cytopathology, Denver, CO, November 12-13, 2009.

48.  Invited Faculty Member: Comprehensive Colposcopy, American Society of Colposcopy and Cervical Pathology, Portland Oregon, April 7 – 10, 2010.

49.  Invited moderator, Whole Slide Imaging:  The Here and Now, College of American Pathologists' Companion Meeting at 100th USCAP Meeting, San Antonio, TX, Feb.26, 2011

50.  Invited faculty member of the ASCCP's Advanced Colposcopy:  "Case Based" courses. New Orleans, March 26-27, 2011.

51.  Invited Working Group Member, ASCCP – ACS – ASCP Consensus Conference Cervical Cancer Screening and Prevention, The Role of Molecular Testing, Bethesda, MD, Nov.17-19, 2011

52.  Invited Faculty Member, with Dr. D. Mody  64th Annual Meeting of the California Society of Pathologists, Glandular Lesions of the Cervix, December 1, 2011.

53.  Invited Moderator, with Dr. J Hunt, Bridging the Divide between Surgical and Molecular Pathology. College of American Pathologists' Companion Symposium at the 101st USCAP Meeting, Vancouver, BC, March 18, 2012.

54.  Invited Faculty Member: Comprehensive Colposcopy, American Society of Colposcopy and Cervical Pathology, Providence Rhode Island, April 26 29. 2012.

55.  Invited Faculty Member: Advanced Problem-Based Colposcopy, American Society of Colposcopy and Cervical Pathology, Phoenix, AZ, April 19 -21, 2013.

56. Invited Faculty Member: Comprehensive Colposcopy Course, American Society for Colposcopy and Cervical Pathology, San Francisco, California, August 14-16, 2013.

57. Invited Faculty Member: Cytopathology Update, United States – Canadian Academy of Pathology, Del Mar, California, January 18 – 20, 2014.

58. Invited Faculty Member: Annual Pathology Update, Pathology Department of Allegheny Health, Pittsburgh, Pennsylvania, April 18, 2014

59. Invited Faculty Member: Cytopathology Update, United States – Canadian Academy of Pathology, Charleston, South Carolina, January 19 – 20, 2015.

60. Invited speaker: The evolution of the lab diagnosis of hydatidiform mole. American Association of Pathologists' Assistants, Toronto, Ontario, September 3, 2015.

61. Invited Moderator: In the Trenches during the War on Cancer: Lessons Learned by a Pathologist in the Gynecologic Oncology Group, College of American Pathologists' Annual Meeting, Nashville, TN, October 6, 2015.

**National/Provincial:**

1. Colgan, TJ: The brain smear technique in neuropathology.  Lecture presented at:  The Ontario Society of Laboratory Technologists, annual Meeting, Toronto, ON, October, 1980

2. Invited Speaker: Beyond the fringe:  Ovarian epithelial tumours of low malignant potential, Academy of Medicine, Toronto, ON, November 28, 1983

3. Invited Speaker:  Carcinoma of the endometrium. Cost benefit analysis of endometrial screening, 5th regional gynecologic oncology meeting, Ottawa, ON, October 4, 1985

4. Invited Speaker:  Gynecologic Pathology Circle, Academy of Medicine, Toronto, ON, October 28, 1985

5. Visiting Professorship: Undergraduate lecturing and seminar and postgraduate continuing medical education on Invasive squamous carcinoma of the vulva, University of Ottawa, ON, February 25, 1986

6. Invited Participant: Characterization of "latent" human papillomavirus (HPV) infections in cervical intra-epithelial neoplasms (CIN) with M. Percy, National Cancer Institute of Canada's Workshop on Papillomaviruses, Hamilton, ON, May 3 & 4, 1987

7. Invited Workshop Director, with Dr. J. Srigley: Lesions of the external genitalia.  Canadian Congresses of Laboratory Medicine, Quebec City, QC, June 13, 1987

8. Invited Speaker: Problems in the cytologic detection of adenocarcinoma-in-situ of the endocervix; and the spectrum of human papillomavirus infection., Ontario Society of Medical Laboratory Technologists 1987 Convention, September 21, 1987

9. Invited Speaker and Chairman:  Gynecologic Pathology Circle, Toronto Academy of Medicine, October 26, 1987

10. Invited Workshop Director and Lecturer: Ontario Association of Medical Laboratories Seminar for Cytotechnologists, Etobicoke, ON, February 25, 1988

11. Invited Speaker and Panelist: The pathology of cervical adenocarcinoma-in-situ, The Canadian Society of Colposcopy 1988 meeting,  Vancouver, BC, June 21, 1988

12. Invited Workshop Director, with Dr. J. Srigley:  Lesions of the external genitalia.  Canadian Congresses of Laboratory Medicine, Winnipeg, MB, June 26, 1988

13. Invited Lecturer:  The spectrum of human papillomavirus infection.  MDS Laboratories Cytology Workshop, Etobicoke, ON, September 9, 1988

14. Invited Lecturer:  Human papillomavirus and venereal disease:  What's the worry?  Medical grand rounds, York County Hospital, Newmarket, ON, January 27, 1989

15. Invited Lecturer:  Endocervical cytology.  The Canadian Society of Laboratory Technologists' Annual Meeting.  St. John, NB, June 19, 1989

16. Invited Panelist:  Colposcopy:  By whom and where?  The Canadian Society of Colposcopists' Annual Meeting, Quebec City, QC, June 20, 1989

17. Invited Workshop Director with Dr. J. Srigley: Lesions of the external genitalia, Canadian Congresses of Laboratory Medicine, Ottawa, ON, June 24, 1989

18. Invited Workshop Director and Lecturer with Dr. G. Lickrish: Gynecologic Cytology.  MDS Laboratories, Etobicoke, ON, October 5, 1989

19. Visiting Professorship: Postgraduate Surgical Pathology Slide Seminar and Lecture "The spectrum of human papillomavirus infection", Queen's University, Kingston, ON, May 24, 1990

20. Invited Lecturer and Panelist: H.H. Allen Society Meeting, University of Western Ontario, London, ON, October 19, 1990

21. Invited Panelist:  The report of the national workshop on screening for cervical cancer, the Canadian Society of Colposcopists, Toronto, ON, June 11, 1991

22. Invited Workshop Director with Dr. P. Shaw: The impact of new laboratory technologies and surgical instrumentation on the practice of gynecologic pathology, Canadian Congress of Laboratory Medicine, Vancouver, BC, June 23, 1991

23. Invited Speaker: The human papillomavirus and cancer,  Ontario Society of Medical Technologists, Toronto, ON, September 22, 1991

24. Chairman of Panel on the Federal Health Task Force Report on cervical cancer screening, Canadian Society of Cytology, at the Canadian Congress of Laboratory Medicine, Toronto, ON, June 23, 1992

25. Invited Workshop Director: The impact of new surgical instrumentation and medical therapies on the practice of gynecologic pathology, Canadian Congress of Laboratory Medicine, Banff, AB, June 25, 1993

26. Invited Speaker: Screening for cervical cancer:  A view from the Canadian Society of Cytology, St. Joseph's Institute of Laboratory Medicine, London, ON, April 28, 1994

27. Invited Chairman and Discussant:  Canadian Society of Cytology Annual Scientific Meeting, Royal College Canadian Association of Pathologist Meeting, Toronto, ON, September 15, 1994

28. Invited Speaker: A day in gastro-intestinal pathology and cytopathology, University of Western Ontario, CME, "Cervical vaginal cytology in Ontario:  Looking to the year 2000", November 4, 1994.

29. Invited Speaker and Participant: Interchange '95: A Canadian Forum to Collaborate on Cervical Cancer Screening Program Implementation Strategies, by the Preventive Health Services, Health Canada, Ottawa, ON, February 27 - March 1, 1995

30.  Invited Speaker and Discussant: Cancer screening in women.  Society of Obstetrics and Gynecologists of Canada, Calgary, AB, June 26, 1995

31.  Invited Speaker: Invitational Symposium on Automated Cytology, Quebec Association of Pathologists, Jewish General Hospital, Montreal, QC.  September 15, 1995

32.  Invited Lecturer: Endometrial pathology:  Current concepts and controversies:  Uterine papillary serous adenocarcinoma, Royal College-Canadian Association of Pathologists Meeting, Montreal, QC.  September 16, 1995

33.  Invited Speaker: Atypical squamous cells of uncertain significance:  Can they be further qualified?  Society of Canadian Colposcopists Annual Meeting, Quebec City, QC, June 22, 1996

34.  Invited Lecturer: The Future:  Automation and new technologies for the lab proficiency testing program's future directions in cervicovaginal cytology in Ontario.  Toronto, ON, November 15, 1996

35.  Invited Speaker: Vulvar intra-epithelial neoplasia.  Society of Canadian Colposcopist's Annual Meeting.  Halifax, NS, June 20, 1997

36.  Invited Participant:  Canadian Cervical Cancer Prevention Network, Health and Welfare Workshop and Conference, Halifax, NS, February 23 - 25, 1998

37.  Invited Speaker:  Cervical screening - an international perspective, Society of Canadian Colposcopists, Victoria, BC, June 27, 1998

38.  Invited Workshop director - Case studies in gynecologic pathology, sparrows not canaries, Canadian Association Pathologists meetings, Toronto, ON, September 24, 1998

39.  Invited Speaker: Litigation Issues in Cytology, Ont. Soc. of Medical Laboratory Technologists, Toronto, ON, June 16, 1999

40.  Invited Workshop director - Case studies in gynecologic pathology, sparrows not canaries, Canadian Association Pathologists meetings, Calgary, AB, June 19, 1999

41.  Invited Speaker:  Cytologic terminology and future directions,  Society of Canadian Colposcopist's Annual Meeting, Ottawa, ON, June 25, 1999

42.  Invited Speaker:  What constitutes fair and objective retrospective review of "problem" cases in cytology and histopathology from a medical, technical and legal perspective?  MDS Fall International Symposium, Toronto, ON, October 28, 1999

43.  Invited Workshop director - Case studies in gynecologic pathology, sparrows not canaries, Canadian Association Pathologists meetings, Ottawa, ON, June 18, 2000

44.  Invited Speaker: The repair process in Pap smears.  Ont. Society of Medical Technologists, Kingston, ON, September 16, 2000

45.  Invited Speaker and panelist: Leiomyomas, the pathologist's perspective, Canadian Symposium on Uterine Fibroid Embolization, Toronto, ON, September 23, 2000

46.  Invited Speaker: Federal Inter-provincial meeting of the provincial ministries of health (Cervical Cancer Prevention Network, CCPN), new technologies and the Pap test:  A systemic perspective, Ottawa, ON, January 19, 2001

47.  Invited speaker and moderator: Integrating Gyn cytology QA into daily practice, Quality Management Program – Laboratory Services of Ontario, Toronto, ON, March 31, 2001

48. Invited Speaker: New technology and Pap smear screening, Society of Canadian Colposcopists' Annual Meeting, St. John's, NF, June 16, 2001

49. Invited workshop director with Dr. Michelle Weir (University of Western Ontario): Focus on the peritoneum for the diagnostic pathologist, Canadian Association of Pathologists, Quebec City, QC, June 23, 2001

50. Invited speaker: Bethesda 2001, National 2001 MDS Technical Services Seminar, Toronto, ON, October 27, 2001

51. Invited Workshop director with Dr. Michelle Weir (University of Western Ontario): Focus on the peritoneum for the diagnostic pathologist, Canadian Association of Pathologists, Calgary, AB, May 19, 2002

52. Colgan TJ, Narod S, Rosen B, Murphy J: A proposal for tissue banking of prophylactic oophorectomy (PO) specimens, Canadian Conference on Ovarian Cancer Research, Ottawa, ON, May 28, 2002

53. Colgan TJ, Luo L-Y, Yousef GM, Katsaros D, Fracchioli S, Petraki C, Diamandis EP: Human Kallikreins: New prognostic and diagnostic markers for ovarian carcinoma, The Canadian Conference on Ovarian Cancer Research, Ottawa, ON, May 27, 2002

54. Invited speaker: Rosen B, Murphy J, Shaw P, Colgan T, Narod S: Prophylactic oophorectomy (PO): Ovarian cancer prevention, The Canadian Conference on Ovarian Cancer Research, Ottawa, ON, May 27, 2002

55. Invited speaker: Impact of new Bethesda terminology on Canada, Society of Canadian Colposcopists' Annual Meeting, Winnipeg, MB, June 21, 2002

56. Invited panelist: The Bethesda System 2001 – Lessons Learned, 58th Annual Clinical Meeting, Society of Obstetricians and Gynaecologists of Canada, Winnipeg, MB, June 22, 2002

57. Siu M, Colgan T, Romaschin A: New frontiers in endometrial cancer: The Toronto Endometrial Proteomic Project, North York General Hospital, Toronto, ON, October 18, 2002

58. Colgan TJ. Impact of New Colposcopy Screening Guidelines: Proposed Interim Guidelines, Society of Canadian Colposcopists' Annual Meeting, Charlottetown, PEI, June 26, 2003

59. Invited Workshop director with Dr. Michelle Weir (University of Western Ontario): Focus on the peritoneum: lesions encountered by the diagnostic pathologist, 54th Annual Meeting of the Canadian Association of Pathologists, Charlottetown, PEI, July 6, 2003

60. Visiting Professorship: Three tales of preventing women's cancers: The impact of transformative laboratory technologies. Eighth Annual Pathology Course, Department of Pathology and Laboratory Medicine, University of Ottawa, Ottawa, ON, October 4, 2003, and Pathology Resident Workshop, October 3, 2003

61. Panelist: The role of HPV testing and implications for cervical cancer prevention and screening, Sponsored by Ontario Cervical Screening Program, a Cancer Care Ontario Program, Toronto, ON, October 8, 2003

62. Invited Speaker: Proteomics: A new approach to diagnosis in the endometrium? MDS Fall Scientific Symposium 2003, Toronto, ON, October 24, 2003

63. Visiting Professorship including workshop: Departments of Pathology and Obstetrics and Gynaecology, Laval University, Quebec City, QC, October 30 – November 1, 2003

64. Invited speaker: Bethesda 2001 implementation and referral implications, Society of Obstetricians and Gynecologists of Canada, Ontario Regional Meeting, Toronto, ON, December 6, 2003

65. Invited speaker: Key topics in Gynecological Pathology. 2004 Ontario/Atlantic Province Senior Obstetrical and Gynecologic Resident Weekend, Horseshoe Valley, Barrie, ON, February 28, 2004

66. Invited speaker: Beyond Clinical Service: Research & Development and Training for Tomorrow. Insight Information Co., National Forum "Laboratory Reform", InterContinental Toronto Centre, Toronto, ON, March 23 - 24, 2004

67. Invited speaker with Siu M: Endometrial Tissue Proteomics: Strategies, Techniques and Results, The University Health Network Ovarian Cancer Research Group Meeting, Toronto, ON, May 10, 2004

68. Invited speaker: A Canadian tale of tissue proteomics, The Ontario Association of Pathologists 67th Meeting, Deerhurst, ON, May 14, 2005

69. Invited speaker: Liquid based cytology, Cervical Screening Day of McMaster University, Royal Botanical Gardens, Burlington, ON, May 25, 2005

70. Invited speaker:  Implications of Implementing Revised Guidelines: Impact on Laboratories, the Ontario Cervical Screening Program (Cancer Care Ontario) on Implementing Revised Cervical Screening Guidelines, Royal York Hotel, Toronto, On, September 22, 2005

71. Opening address: Looking into the Crystal Ball, the Screening Lab in 2010, National Meeting of Provincial Cervical Screening Programs, sponsored by Cancer Care Ontario, Queen's Park, Toronto, On, September 23, 2005

72. Workshop participant: NCIC CTG Proteomics Retreat, National Cancer Institute of Canada, Toronto, ON, April 6, 2006

73. Invited speaker with Fernandes B: Implementation, Workload Analysis and Next Steps, Ontario Association of Pathologists 68th Meeting, Collingwood, ON, June 2, 2006

74. Invited debater: Be it finally resolved that LBC has a role in cervical cancer screening, Society of Canadian Colposcopists, 20th Annual Meeting, Vancouver, BC, June 2006

75. Invited moderator: Dr. Cam Coady Slide Seminar: The Great Mimics – Infections and Tissue Diagnosis, Canadian Laboratory Medicine Congress, Toronto, ON, June 13, 2007

76. Invited speaker: Professional Interpretation and its Quality Management (PIQM) Ontario Association of Pathologists' 71st Annual Meeting , Collingwood, ON, Oct 16-18, 2009.

77. Invited participant: Cancer Care Ontario – Gairdner Foundation, An HPV Dialogue: Advancing Research and Policy in Ontario, Toronto, Oct. 30, 2009.

78. Invited faculty, 74th Annual Meeting of the Ontario Association of Pathologists.   Cervical glandular lesions, October 14-16, 2011

79. Invited faculty, Banff Pathology Course:  Gynecological Pathology:  Update 2011. Banff, Alberta August 25-27, 2011

80. Visiting professorship:  Gynecologic Pathology & Digital Imaging, University of Western Ontario, London, Ontario, June 13, 2012

81. Invited faculty, Ontario Association of Pathologists' 75th Meeting. Placental Molar Disease Lab Diagnostic Service. Niagara-on-the-Lake, ON,  Oct. 18-21, 2012

82. Invited speaker: The Digital Laboratory: Today & Tomorrow. Hamilton Regional Lab Medicine – QMPLS Symposium. "Computer Assisted Automation of Gynecologic Cytology", Hamilton, ON,  October 27, 2012

83. Invited speaker: Canadian Partnership Against Cancer – A National Approach to Cervical Pathology & Colposcopy Reporting. "Lower Anogenital Squamous Terminology for HPV-Associated Lesions (LAST)- Consensus Recommendations from the College of American Pathologists & the American Society for Colposcopy and Cervical Pathology, Park Hyatt Hotel, Toronto, ON,  November 7-8, 2012

84. Invited speaker: University of Toronto - Pathology Update- CPD, Q & A on Management recommendations for cytologic abnormalities in a screening Pap test, Metropolitan Hotel, Toronto, ON,  November 9-10, 2012

85. Invited speaker: Approaching uterine specimens: a dialogue among pathologists, pathology assistants, and clinicians. LHIN 5/6 Regional Gynecology Oncology Program, Mississauga, May 27, 2014.

86. Invited speaker and discussant: Workshop – Gestational Trophoblastic Disease. UofT Fetal Medicine Update, Toronto, November 20, 2014.

87. Invited Workshop Director: Workshop – Current Issues in Gynecologic Pathology, Cancer Care Ontario Program, South Lake Regional Cancer Center, Newmarket, April 24, 2015.

88. Invited speaker: Immunohistochemical detection of Mismatch Repair Proteins in Endometrial Cancer, Ontario Association of Pathologists/ Annual Meeting, Niagara Falls, Ont. September 20, 2015.

89. Invited speaker: The Lower Anogential Squamous Terminology Project, Dermatology City=Wide Rounds, St. Michael's Hospital, Toronto, October 27, 2016.


**F.**     **TEACHING AND DESIGN (UNIVERSITY OF TORONTO)**

**1.**     **Undergraduate Courses**

1975 - 1976      Member, "Dean's Task Force on Curriculum Renewal"

1981      Lecturer, Basic Pathology Course in Respiratory Technology at the Toronto Institute for Medical Technology

1980 - 1981      (Coordinator) Basic Pathology Courses in Rehabilitation Medicine

1983      Tutorial Leader, Clinical Biochemistry Tutorial, Faculty of Arts and Sciences, University of Toronto

1985      Planner, CY 305, Gynecologic Cytology Review at the Toronto Institute of Medical Technology seven week course.  (Course design, organization and evaluation)

1983 - 1987      Lecturer, Pharmacy Class, University of Toronto, T. Rose, Coordinator.  (Gynecologic-breast pathology section course design)

1980 - 1987      Lecturer, Nursing Class University of Toronto, Dr. J. Walter, Coordinator. (Gynecologic-breast pathology section course design)

1985 - 1986      Chairman, Departmental Committee on "Assessment of Teaching Effectiveness", University of Toronto

1985 - 1986      Member of the Alcohol and Drug Dependence Topic Committee, Undergraduate

44

Medicine, University of Toronto

| | |
|---|---|
| 1985 - 1986 | **Acting Supervisor of the Undergraduate Medical Pathology Course** and Member of the Departmental Executive Committee, University of Toronto.  (During sabbatical of Dr. D. Chamberlain)<br>*Achievement: course supervision, administration of  examination, and grievances* |
| 1983 - 1993 | **Coordinator Undergraduate Medical Lecturing and Teaching; Gynecologic Breast Pathology Teaching,** Lecturer and Demonstrator.  (Design of course section)<br><br>Member of the Undergraduate Medical Curriculum Committee, Pathology Department, University of Toronto |
| 1987 - 1993 | Discussant, year III Medicine Central Clinico-Pathological Conference University of Toronto.  (Set case and outline) |

**2.        Graduate and Residency Training Programs**

| | |
|---|---|
| 1986 - 1987 | Member, Departmental Review Committee of Hospital's Residency Training Programme, University of Toronto |
| 1988 - present | Consecutive Gynecologic Resident Electives six and four week dedicated blocks |
| 1986 - June 1989 | Hospital Residency coordinator and representative to the University of Training Committee |
| 1989 - 1990 | Surgical Pathology - Gynecologic Pathology Fellowship, J. Schatz |
| 1989 - 1992 | **Residency Director, University of Toronto Programme in Anatomical Pathology.**<br>*Achievement: program design and revision* |
| 1990 - 1995 | Postgraduate Lectures to MSC students in Genito-urinary Pathology, PAT 1007Y |
| 2004 - 2010 | Lecturer and discussant: The pathologic diagnosis of cancer. Cancer Epidemiology Course (CHL 5409S). Supervisors: Drs. Eric Holowaty and John McLaughlin |

**3.        Post-graduate Courses:**

1.    Invited Speaker: Pathological prognostic parameters in ovarian cancer, Research in gynecologic oncology, Princess Margaret Hospital, Toronto, ON, December 12, 1984

2.    Invited Speaker: Invasive vulvar disease, Current concepts in the management of vulvar disease, Wellesley Hospital Symposium, Toronto, ON, October 30, 1985

3.    Invited Speaker: The cytopathologist's perspective Endometrial cancer - Risks, screening, and treatment.  Continuing Medical Education, Department of Obstetrics and Gynecology, University of Toronto, ON, May 21, 1986

4.    Invited Speaker and Discussant: The dysplastic vulva, Obstetrics and Gynecology Annual Continuing Medical Education Course, Toronto, ON, May 9, 1989

5.    Invited Lecturer: The human papillomavirus and squamous cell cancer.  University of Toronto Grand Rounds, Otolaryngology, Toronto, ON, May 24, 1989

6.    Invited Lecturer and Panelist: Occult human papillomavirus infection.  Continuing Medical Education, Dept. of Obstetrics and Gynecology, University of Toronto, Toronto, ON, October 18, 1989

7.    Invited Lecturer: The dysplastic endocervix, Continuing Medical Education, Dept. of Obstetrics and Gynecology, University of Toronto, Toronto, ON,  May 5, 1990

8.  Invited Speaker: The "Pap" smear:  Differing perspectives of stakeholders, Obstetrics and Gynecology Inter-hospital Grand Rounds, University of Toronto, Toronto, ON, May 31, 1991

9.  Telemedicine 1991-1992, Canada and USA:  Speaker: The human papillomavirus, January 23, 1992

10.  Invited Speaker and Discussant:  Fourth Annual Obstetrics and Gynecology Review Course, Toronto, May 8, 1992

11.  Telemedicine 1992-1993, Canada and USA:  Moderator:  FNA of liver and pancreas, October 13, 1992 and November 3, 1992, Invited Speaker, Surgical Conference on Recent Developments in Surgical Pathology, December 2, 1992

12.  Invited Workshop Director:  Saturday morning in pathology:  Gynecologic pathology.  University of Toronto, CME course, fully subscribed, November 6, 1993.

13.  Telemedicine 1993-1994: Canada and USA:  Moderator: The cytology of glandular lesions of the cervix, September 21, 1993, Invited speaker, the endometrial biopsy, November 19, 1993

14.  Invited Speaker and Panelist: University of Toronto, Otolaryngology City-Wide Rounds on viruses and cancer, The Toronto Hospital, Toronto, ON, November 24, 1993

15.  Invited Speaker: The national workshop on screening for cancer of the cervix, Family medicine grand rounds, University of Toronto, Sunnybrook Health Science Centre, Toronto, ON, February 9, 1994

16.  Telemedicine 1994-1995: Canada and USA: Invited Speaker, Common lesions in vulvar pathology, February 3, 1995

17.  Telemedicine 1995-1996: Canada and USA:  Invited speaker:  Automation in cytology, 2 sessions, November and December 1995

18.  Invited Speaker: The Michener Institute for Applied Health Sciences, Continuing Education for Cytotechnologists (CY 504), Automated Cytology, Toronto, ON, April 13, 1996

19.  Telemedicine 1996 - 1997: Canada and USA: Invited speaker:  ASCUS: Can it be further qualified? October 10, 1996

20.  Telemedicine 1997-1998: Canada and USA.  Effect of anti-estrogens (Tamoxifen) on the endometrium: what the pathologist must know.  December 5, 1997 and Update of Automation in Cytology, November 27, 1997, June 2, 1998, Moderator, Vulvar Lesions

21.  Strategies for the eradication of cervix cancer: organizing Committee member, speaker and panelist. University of Toronto Continuing Education, Toronto, ON,
    ♦  February 26, 1999
    ♦  February 25, 2000

22.  Surgical pathology update (gynecologic pathology), University of Toronto, Toronto, ON,
    ♦  November 5, 1999
    ♦  November 3, 2000

23.  Chairman and Moderator of half-day Gynecologic pathology session: University of Toronto, Continuing Education, Sunnybrook Campus, Toronto.  November 2 and 3, 2001
    ♦  Presented "Endometriosis: A surgical pathologist's perspective"
    ♦  Multiheader session "Gynaecologic Pathology"

24.  Co-Director, Chairman and Speaker at Pathology Update 2002, University of Toronto, Continuing Education, Sunnybrook Campus, Toronto, ON, November 1 - 2, 2002
    ▪  Presented "A Novel Marker: The diagnosis of hydatidiform mole: p57kip2
    ▪  Chair of "Cytopathology and Telepathology" session

25. Invited Speaker: The Pap Smear: Are we any Further Ahead? Ob/Gyn Grand Rounds, University of Toronto, St. Michael's Hospital, Toronto, ON, January 24, 2003

26. Invited Speaker and Chairperson at "Changing Management of Cervical Dysplasia and Early Endometrial Cancer: Achieving a Consensus", University of Toronto, Oncology Continuing Education, The Old Mill, Toronto, ON, September 26, 2003
    - Lecture "Changes in Pap smear reporting terminology"
    - Co-Chair of "Panel Discussion with problem cases"
    - Workshop director "Facing challenging problems in the management of the abnormal Pap smear"

27. Co-Director of Pathology Update, Department of Laboratory Medicine and Pathobiology, University of Toronto, Continuing Education, University of Toronto Conference Centre, Toronto, ON,
    - November 7 and 8, 2003
    - November 5 and 6, 2004
    - November 4 and 5, 2005

28. Invited Chair and Moderator, Cases in the Management of the Abnormal PAP test at "Update in Gynaecological Cancer Prevention", University of Toronto, Continuing Education, The Old Mill, Toronto, ON, February 25, 2005

29. Co-Director and Moderator, Pathology Update 2005, University of Toronto, Continuing Education, University of Toronto Conference Centre, Toronto, ON, November 4 – 5, 2005

30. Speaker ("The Changing Face of Gestational Trophoblastic Neoplasia") and Moderator, Pathology Update 2006, University of Toronto, Continuing Education, University of Toronto Conference Centre, Toronto, ON, November 3 – 4, 2006

31. Speaker ("HPV Testing: the technology"), Cervical Cancer Prevention And Control: Transition to a New Paradigm, University of Toronto, Department of Obstetrics and Gynaecology, Toronto, ON, April 13, 2007

32. Speaker, Gynecologic Pathology – "Mucinous tumors of the ovary": Criteria and Considerations , Pathology Update 2008, University of Toronto/ Department of  Laboratory Medicine and Pathobiology, Division of Pathology , The Sutton Place Hotel Toronto, ON, November 21-22, 2008

33. Co-Director and Moderator, Bedard Memorial Symposia, Mount Sinai Hospital, and University of Toronto, Toronto, ON.
    - November 2009,
    - November 2010,
    - November 24, 2012

# SUMMARY OF EDUCATION ACTIVITIES:   (Attached)

## SUMMARY OF EDUCATIONAL ACTIVITIES AND TEACHING EFFECTIVENESS

### Academic Year 1983 - 1984

a)    **Undergraduate Education**

1. Year II Medicine, Pathology, lecturer, 2 hours in gynecologic pathology (with responsibility for lecture content, notes, and evaluation including essay examination markings) and "demonstrator" approximately 28 hours
2. Nursing lecturing, 2 hours, responsible for content, organization, and examination portion Pharmacy lecturing, 2 hours, responsible for lecture content and portion of examination
3. Tutorial leader for clinical biochemistry, 2 hours

b)    **Residency Education**

1. Daily resident teaching

**c)**      **Continuing Education**

Academy of Medicine, Toronto, "Ovarian epithelial tumours of low malignant potential", November 28, 1983.


## Academic Year 1984 - 1985

**a)**      **Undergraduate Education**

1. Year II Medicine, Pathology, responsibility increased to lecturing 5 hours in gynecologic pathology, with responsibility for content, organization, assessment, and examination markings, and "demonstration" approximately 28 hours
2. Nursing (as above)
3. Pharmacy (as above)

**b)**      **Residency Education**

1. Daily resident teaching during surgical and cytopathology "sign-out"
2. Resident central core sessions for obstetrics and gynecology residents (see above)

**c)**      **Continuing Education**

1. Current concepts in the management of vulvar disease, Wellesley Hospital Symposium, Toronto.  Topic:  Invasive vulvar disease.  October 30, 1985
2. Panelist, Academy of Medicine, Toronto.  October 28, 1985 - gynecologic pathology circle.
3. Lecture on "carcinoma of the endometrium", at the 5h regional gynecologic oncology meeting.  Ottawa, Ontario, October 4, 1985
4. Lecture on "pathologic prognostic parameters in ovarian cancer" in research in gynecologic oncology, Princess Margaret Hospital, Toronto, December 12, 1984


## Academic Year 1985 - 1986

**a)**      **Undergraduate Education**

1. Acting supervisor for year II pathology undergraduate medicine course, responsible for course organization and evaluation
2. Year II Medicine, Pathology Course - see above
3. Nursing lectures (as above)
4. Pharmacy lectures (as above)
5. Member of the Alcohol and Drug Dependency Course Planning and Implementation Committee of the University of Toronto
6. Chairman of the pathology department committee on teaching effectiveness

**b)**      **Residency Education**

1. Residency co-ordinator for the Toronto General Hospital, responsible for re-organization of training program including incorporation of training using "sequestered" surgical pathology system
2. Daily teaching of residents during surgical and cytopathology sign-out
3. Lecturing in resident "core" sessions for obstetrics and gynecology (see above)
4. Pathology resident "core" session lecture (2 hours)

**c)**      **Continuing Education, UofT and Beyond**

1. Course planner, organizer, and evaluator for CY 305, gynecologic cytology review with the Toronto Institute of Medical Technology, 18 hours
2. Lecture, "The cytopathologist's prospective and evaluation of endometrial cancer" in continuing medical education course of the department of obstetrics and gynecology, "endometrial cancer-risk, screening and development", Toronto, May 21, 1986
3. Lecture, "Invasive squamous carcinoma of the vulva" post-graduate continuing medical education, University of Ottawa, February 25, 1986

**d)      Related Academic Activities**

1. Attendance at the North Eastern United States Annual Meeting on undergraduate education, 2 days, September 1985, Philadelphia, Pennsylvania

## Academic Year 1986 - 1987

**a)      Undergraduate Education**

1. Medicine, Year II, Pathology (as above)
2. Nursing lectures (as above)
3. Pharmacy lectures (as above)

**b)      Residency Education**

1. Daily resident teaching during surgical and cytopathology "sign-out"
2. Residency co-ordinator for Toronto General Hospital
3. Lecturing for "core" sessions for obstetrics and gynecology residents (4 hours)
4. Lecturing, pathology resident "core" sessions, 2 hours
5. Member of the pathology department review committee on residency training

**c)      Continuing Education, UofT and Beyond**

1. "Lesions of the male and female external genitalia" with Dr. J. Srigley, Canadian Congress of Laboratory Medicine, June 1, 1987, Quebec City

**d)      Related Academic Activities**

1. Member of the undergraduate pathology co-ordinators of Canada, at the CAP meeting, June 16, 1987

## Academic Year 1987 - 1988

**a)      Undergraduate Education**

1. Pathology undergraduate medicine, year II (as above)
2. Lecturing, nursing (as above)
3. Lecturing, pharmacy (as above)
4. Undergraduate medicine, year III, central CPC conference, 1 hours, protocol preparation and leading discussion

**b)      Residency Education**

1. Residency co-ordinator, Toronto General Hospital (as above)
2. Lecturing, resident "core" sessions obstetrics and gynecology (as above)
3. Lecturing, pathology "core" sessions, department of pathology, (as above)
4. Daily resident teaching during surgical and cytopathology "sign-out" (see post-graduate teaching award, Toronto General Hospital)
5. Three "block" electives by gynecology residents in gynecologic pathology, six weeks duration each

49

c)      **Continuing Education, U of T and Beyond**

1.  "Problems in the cytologic detection of adenocarcinoma in situ of endocervix", and the spectrum of "human papillomavirus infection", Ontario Society of Medical Laboratory Technologists, Toronto, ON, September 21, 1987
2.  Chairman and panelist for gynecologic pathology circle, academy of medicine, Toronto, ON, October 26, 1987
3.  A review of gynecologic cytology for the Ontario Association of Medical Laboratories of Cytotechnologists (one day workshop and lectures), Etobicoke, ON, February 25, 1988
4.  Panelist for the Canadian Society of Colposcopy 1988 meeting, Vancouver, BC, June 21, 1988
5.  "Lesions of the male and female external genitalia", workshop for the Canadian Congress of Laboratory Medicine, Winnipeg, MB, with Dr. J. Srigley, June 26, 1988

d)      **Related Academic Activities**

1.  Attendance at the Canadian Association of Pathologists residency training committee meeting,
    June, 1988


**Academic Year 1988 - 1989**

a)      **Undergraduate Education**

1.  Year III Medicine, pathology central CPC conference (see above)
2.  Undergraduate Medicine, year II, pathology (see above)

b)      **Residency Education**

1.  Residency coordinator, Toronto General Hospital (see above)
2.  Three more "block" electives by gynecology residents, six week blocks
3.  Lecturing, "core" resident teaching sessions for obstetrics and gynecology (4 hours)
4.  Runner-up for post-graduate teaching excellency award, TGH




c)      **Continuing Education, UofT and Beyond**

1.  "The spectrum of human papillomavirus infection" for MDS Laboratories directors workshop, Etobicoke, ON, September 9, 1988
2.  "Human papillomavirus:  a venereal disease?", Medical Grand Rounds, York County Hospital, Newmarket, ON, January 27, 1989
3.  "Lesions of the external genitalia", workshop for the USCAP, (IAP), San Francisco, CA, March 6, 1989
4.  Panelist for the gynecologic pathology session, USCAP meeting, (IAP), San Francisco,  CA, March 6, 1989
5.  "The dysplastic vulva", Obstetrics and Gynecology Annual Continuing Medical Education course, Toronto, ON, May 9, 1989.
6.  "Endocervical cytology", for the Canadian Society of Laboratory Technologists Annual Meeting, St. John, NB, June 19, 1989
7.  "Colposcopy:  by whom and where?", panelist for the Canadian Society of Colposcopists Annual Meeting, Quebec, June 20, 1989
8.  "Lesions of the external genitalia", workshop for the Canadian Association of Pathologists, Ottawa, ON, June 24, 1989

d)      **Attendance**

1. At the residency training committee meeting, Canadian Association of Pathologists, Ottawa, ON, June 1989

**Academic Year 1989 - 1990**

**a)       Undergraduate Education**

1. Undergraduate medicine, year III, CPC conference (as above)
2. Undergraduate medicine, year II, 5 hours of gynecologic pathology lectures

**b)       Residency Education**

1. Residency training program director with responsibility for re-organizing program, planning, and evaluation of residents.  Senior residency position introduced, and resident handbook produced
2. Further gynecologic "block" electives by gynecology residents
3. Daily resident teaching in surgical and cytopathology "sign-outs"
4. Lecturing, pathology resident "core" sessions (2 hours)
5. Attendance and participation at the Post-graduate Medical Education Retreat, University of Toronto, ON, April 23, 1990

**c)       Continuing Education, UofT and Beyond**

1. One day workshop and lectures on gynecologic cytology, MDS Laboratories, Etobicoke, ON, October 5, 1989
2. "Occult human papillomavirus infection", continuing medical education, department of obstetrics and gynecology, University of Toronto, Toronto, ON, October 18, 1989
3. "Problem lesions of the external genitalia", workshop for USCAP, Boston, , MA, March 8, 1990
4. Visiting professorship in surgical and gynecologic pathology, Queens University, Kingston, ON, May 24, 1990

**d)       Related Academic Activities**

1. Acting chairman of the residency training committee, Canadian Association of Pathologists, St. John's, NF, June, 1990.

**Academic Year 1990 - 1991**

**a)       Undergraduate Education**

1. Undergraduate medicine, year III, CPC conference (as above)
2. Undergraduate medicine, year II, 5 hours of gynecologic pathology lecturee

**b)       Residency Education**

1. Residency training program director with responsibility for selection and assessment of residents, planning
2. Further gynecologic "block" electives by gynecology residents
3. Daily resident teaching in surgical and cytopathology "sign-outs"
4. Lecturing, pathology resident "core" sessions (2 hours)

**c)       Continuing Education, UofT and Beyond**

1. "The spectrum of HPV infection", H.H. Allen Society Meeting.  University of Western Ontario.  London, ON, October 19, 1990
2. "Problem lesions of the external genitalia", workshop for USCAP, Chicago, IL, March 22, 1991

3. Discussant of the report of the national workshop on screening for cervical cancer, the Canadian Society of Colposcopists, Toronto, ON, June 11, 1991
4. The impact of new laboratory technologies and surgical implementation on the practice of gynecologic pathology, workshop, Canadian Congress of Laboratory Medicine, Vancouver, BC, June 23, 1991

**d)      Related Academic Activities**

1. Acting Chairman of the residency training committee, Canadian Association of Pathologists


## Academic Year 1991 - 1992

**a)      Undergraduate Education**

1. Undergraduate medicine, year III, CPC conference. (as above)
2. Undergraduate medicine, year II, 3 hours of gynecologic pathology lecturee

**b)      Residency Education**

1. Residency training program director with responsibility for selection and assessment of residents, planning
2. Continuous gynecologic "block" electives by gynecology residents
3. Daily resident teaching in surgical and cytopathology "sign-outs"
4. Lecturing, pathology resident "core" sessions (2 hours)

**c)      Continuing Education, UofT and Beyond**

1. The human papillomavirus and cancer.  Ontario Society of Medical Technologists, Toronto, ON, September 22, 1991
2. Telemedicine conference on the human papillomavirus.  Canada and United States, January 23, 1992.
3. Problem lesions of the external genitalia, workshop, USCAP, Atlanta, GA, March 20, 1992
4. Chairman of a panel on the Federal Health Task Force Report on cervical cancer screening, Canadian Society of Cytology, at the Canadian Congress of Laboratory Medicine, Toronto, ON, June 23, 1992
5. Lecturer and discussant, Fourth Annual Obstetrics and Gynecology Review Course, University of Toronto, May 8, 1992

**d)      Related Academic Activities**

1. Chairman of the residency training committee, Canadian Association of Pathologists.


## Academic Year 1992 - 1993

**a)      Undergraduate Education**

1. Undergraduate medicine, year III, CPC conference. (as above)
2. Undergraduate medicine, year II, 3 hours of gynecologic pathology lecturee

**b)      Residency and Graduate Education**

1. Member, residency training program, University of Toronto
2. Elective rotations in gynecologic pathology by gynecology residents
   - Drs. Wolfish, Lo, Scheufler, Ahuja, Kanee, El-Sayed, Mantav and Houston
3. Daily resident teaching in surgical and cytopathology "sign-outs"
4. Lecturing, pathology resident "core" sessions (2 hours)
5. Lecturer in MSc/PhD, course, School of Graduate Studies, PAT1011

c)  **Continuing Education, UofT and Beyond**

1.  Telemedicine Canada and United States, Surgical Conference on Recent Developments in Surgical Pathology, December 3, 1992 and Moderator:  Telemedicine conferences on FNA of Liver and Pancreas.  Canada and United States, October 13, 1992 and November 2, 1992
2.  The impact of new surgical instrumentation and medical therapies on the practice of gynecologic pathology, workshop.  Canadian Congress Laboratory Medicine, Banff, AB, June 25, 1993

**Academic Year 1993 - 1994**

a)  **Residency and Graduate Education**

1.  Elective rotations in gynecologic pathology by gynecology residents
    ▪ Drs. Hyland, LoCoco, Venkatarangam, Tam, Brown, and LaFramboise
2.  Daily resident teaching in surgical and cytopathology "sign-outs"
3.  Lecturing, gynecology resident "core" sessions
4.  Lecturer, MSc/PhD course, school of graduate studies PAT1011

b)  **Continuing Education, UofT and Beyond**

1.  Telemedicine Conferences; Canada and United States.  The endometrial biopsy (speaker), November 19, 1993 and The cytology of glandular lesions of the cervix (moderator), September 21, 1993
2.  Participant, The National Workshop on Screening for Cancer of the Cervix, Grand Rounds in Family Medicine, Sunnybrook Health Science Centre, Toronto, ON, February 9, 1994
3.  Participant, University of Toronto, Otolaryngology Grand Rounds on Viruses and cancer, Toronto, ON, November 24, 1993
4.  Faculty Member, Combined meeting of the American and Canadian Societies for Colposcopy and Cervical Pathology, Orlando, FL, March 22-26, 1994
5.  Glandular lesions of the uterine cervix,  Workshop with Dr. D. Daya, USCAP, San Francisco, CA, March 17, 1994
6.  Invited Speaker:  Screening for cervical cancer:  A view from the Canadian Society of Cytology,  St. Joseph's Institute of Laboratory Medicine Symposium, London, ON, April 28, 1994

**Academic Year 1994 - 1995**

a)  **Residency Education**

1.  Elective rotations in gynecologic pathology by gynecology residents
    ▪ Drs. Sabina Liske, N. Caccia, R. Pittini, L. Allen, C. Huh, L. Haj-Hassan, C. Peng
2.  Daily resident teaching in surgical pathology "sign-outs"
3.  Discussant in both pathology and gynecology resident "core" sessions

b)  **Continuing Education, UofT and Beyond**

1.  Invited Chairman and Discussant:  Canadian Society of Cytology Annual Scientific Meeting, Royal College - Canadian Associates Pathologist Meeting, Toronto, ON, September 15, 1994.
2.  Invited Speaker:  A day in gastro-intestinal pathology and cytopathology, University of Western Ontario - CME, "Cervical vaginal cytology in Ontario:  Looking to the year 2000", London, ON, November 4, 1994
3.  Telemedicine 1994 - 1995; Canada and USA:  Invited speaker, Common lesions in vulvar pathology, February 3, 1995

**Academic Year 1995 - 1996**

a)  **Residency Education**

1. Elective rotations in gynecologic pathology by gynecology residents
    - Drs. Donna Barnwell, E. Lackie, B. Grygowski, Santina Andrighetti, Sandeep Sharma, Janice Graham, E. Park, and Dave Rittenberg
2. Daily resident teaching in surgical pathology "sign-outs"

**b)**      **Continuing Education, UofT and Beyond**

1. Invited Lecturer:  Royal College-Canadian Association of Pathologists Meeting, Montreal, QC, September 16, 1995.
2. Telemedicine 1995-1996; Canada and U.S.A.:  Automation in Cytology, 2 sessions, November and December, 1995.
3. Invited Speaker:  The Michener Institute for Applied Health Sciences, Continuing Education for Cytotechnologists, Toronto, ON, April 13, 1996
4. Invited Speaker:  Society of Canadian Colposcopists Annual Meeting, Quebec City, QC, June 22,1996

**Academic Year 1996 - 1997**

**a)**      **Residency Education**

1. Elective rotations in gynecologic pathology by gynecology residents
    - Drs. Bodley, Eltayeb, DiCecco, Cram, and Noorwali
2. Daily resident teaching in surgical pathology "sign-outs"

**b)**      **Continuing Education, UofT and Beyond**

1. Telemedicine 1996:  Canada and USA:  Invited Speaker:  ASCUS:  Can it be further qualified?  October 10, 1996
2. Invited Lecturer:  The Future:  Automation and new technologies for the lab proficiency testing program's future directions in cervicovaginal cytology in Ontario, Toronto, ON, November 15, 1996
3. Invited Speaker:  Vulvar intra-epithelial neoplasia. International Society of Gynecologic Pathologists Annual Meeting,  Orlando, FL,  May 2, 1997
4. Invited Speaker:  Vulvar intra-epithelial neoplasia.  Society of Canadian Colposcopist's Annual Meeting.  Halifax, NSa, June 20, 1997
5. Invited International Guest Speaker on five topics in cervical cytopathology, Australian Society of Cervical Pathology and Colposcopy.  Ayers Rock, Australia.  July 9 - 13, 1997
6. Invited Speaker and Co-Chairman:  Pap smear adequacy and cell preparation, International Academy of Cytology, Hawaii, June 5 - 10, 1997

**Academic Year 1997 - 1998**

**a)**      **Residency Education**

1. Elective rotations in gynecologic pathology by gynecology residents
    - Drs. Patal, Liu, Conn, Lawlis, Revah, Al-Jifree, Shapiro, and Van Eyk
2. Daily resident teaching in surgical pathology "sign-outs"

**b)**      **Continuing Education, UofT and Beyond**

1. Telemedicine 1997-1998:  Canada and USA.  Effect of anti-estrogens (Tamoxifen) on the endometrium: what the pathologist must know, December 5, 1997 and Update of Automation in Cytology, November 27, 1997, June 1, 1998, Moderator, Vulvar Lesions.
2. Invited Speaker:  Gynecologic Pathology Evening Panel, United States-Canadian Academy of Pathology, Boston, MA, March 5, 1998
3. Invited Workshop Director with Drs. Davey (Lexington, Kentucky) and D. Wilbur (Rochester

NY):  Automated Cytology:  Efficacy and evaluation.  College of American Pathologists - A.S.C.P.  Spring Meeting, Los Angeles, CA, April 7, 1998
4.  Invited Speaker:  Cervical screening - an international perspective.  Society of Canadian Colposcopists.  Victoria, BC,  June 27, 1998

## Academic Year 1998-1999

**a)**     **Residency Education**

1.  Elective rotations in gynecologic pathology by gynecology residents
    ▪  Drs. Jevan Ko, and Munirah Al-Hajri
2.  Pathology Residents Core Session, September 14, 1998 on Quality Assurance and medico-legal affairs
3.  Obstetrics & Gynecology.  Resident Core Session.  February 16, 1999 on ovarian tumors and vulva
4.  Daily pathology resident teaching and "sign-outs"

**b)**     **Continuing Education, UofT and Beyond**

1.  Organizing Committee and speaker for "Strategies for the eradication of cervix cancer", University of Toronto Continuing Education.  February 26, 1999, Toronto (1 day, 300 attendees)
2.  Microtutorial - Case studies in Gynecologic Pathology, Sparrows not Canaries Workshop at the Canadian Association Pathologists - Royal College meeting, Toronto, ON, September 24, 1998 & Canadian Association Pathologists meeting, Calgary, AB, June 25, 1999.
3.  Invited Speaker:  Cytologic terminology and future directions, Society of Canadian Colposcopist's Annual Meeting, Ottawa, ON, June 25, 1999
4.  Invited Speaker:  Litigation Issues in Cytology, Ontario Society of Medical Laboratory Technologists, Toronto, ON, June 16, 1999
5.  Invited Workshop director with Drs. Davey  (Lexington Kentucky) and D. Wilbur (Rochester NY):  Automated cytology:  efficiency and evaluation, College of American Pathologists – ASCP, Washington, DC,  October 20, 1998, and Orlando FL, April 11, 1999

## Academic Year 1999-2000

**a)**     **Residency education**

1.  Elective rotations in gynecologic pathology by gynecology residents.
    ▪  Drs. Dumisa Adams, Paul Robb, Jacqueline Thomas, Marjorie Dixon, Tatiana Freire-Lizama, and Sarah Ferguson
2.  Pathology Residency Programme -"Recent advances in pathology", September 13, 1999 on Medicolegal Issues
3.  Daily pathology resident teaching and "sign-outs"

**b)**     **Continuing Education, UofT and Beyond**

1.  Organizing Committee and speaker for "Strategies for the eradication of cervix cancer", University of Toronto Continuing Education, Toronto, ON, February 25, 2000
2.  City-wide Gyne-Oncology Rounds, University of Toronto, Litigation Issues and the Canadian Pap Smear, Toronto, ON, November 15, 1999
3.  Gynecologic Pathology Update in University of Toronto Surgical Pathology Course, Toronto, ON, November 5, 1999
4.  Invited Workshop director with Drs. Davey  (Lexington Kentucky) and D. Wilbur (Rochester NY):  Automated cytology:  efficiency and evaluation, College of American Pathologists – ASCP, New Orleans LA, September 29, 1999
5.  Microtutorial - Core studies in Gynecologic Pathology, Sparrows not Canaries Workshop at the Canadian Association of Pathologists' Meeting, Ottawa, ON, June 18, 2000
6.  Invited Speaker:  The underserved women in Cervical cancer screening:  A report on the

Brazillian screening projects and Medicolegal issues in the Pap smear:  Perspective from Canada.  International Academy of Cytology Consensus Conference, Chicago, IL, March 18-22, 2000

7. Invited Speaker:  What constitutes fair and objective retrospective review of "problem" cases in cytology and histopathology from a medical, technical and legal perspective?  MDS Fall International Symposium, Toronto, ON, October 28, 1999

**Academic Year 2000-2001**

a)      **Residency education**

1. Elective rotations in gynecologic pathology by gynecology residents
   - Drs. Forman, Brill, Gronau, Badi, Caetano, and Wise
2. Pathology Residency Programme - "Recent advances in pathology", October 16, 2000 on Quality Assurance in surgical pathology
3. Daily pathology resident teaching and "sign-outs"

b)      **Continuing Education, UofT and Beyond**

1. City-wide Gyne-Oncology rounds, University of Toronto,:  Surgical pathologic examination of the prophylactic oophorectomy specimen, Toronto, ON, November, 2000
2. University of Toronto, Surgical pathology update course:  Vulvar diseases, Toronto, ON, November 3, 2000
3. Cervical Cancer Prevention Network, (Canada), New technologies in Pap screening:  a systemic perspective, Ottawa, ON, January 19, 2001

**Academic Year 2001-2002**

a)      **Residency and Fellow Education**

1. Elective rotations in gynecologic pathology by gynecology residents
   - Drs. Bernardini, Owen, Dodge, Belej-Rak, Farrugia, Ma, Satkunaratnam, Moola, and Caloia
2. Fellows:
   - Ahmad Abu Al Samen (1 month)
   - Structured learning project (1 week) – Dr. Virginia Walley, Chief, Peterborough Civic Hospital
3. Continuous Pathology Resident Teaching, July 1 to December 31, 2001
   - Drs. Hwang, MacNeil

b)      **Continuing Education, UofT and Beyond**

1. Chairman and Moderator of half-day Gynecologic Pathology Session, University of Toronto, Sunnybrook Campus, Toronto, ON, November 2 and 3, 2001
   - Presented "Endometriosis: A surgical pathologist's perspective"
   - Multiheader session "Gynaecologic Pathology"

**Academic Year 2002-2003**

a)      **Residency education**

1. Elective rotations in gynecologic pathology by gynecology residents
   - Drs. Tunde-Byass, Sierra, Al-Kharusi, Raymond, Rutherford, Wong, Cherry
2. Invited Speaker: Lower Genital Tract – Cervix, Vagina, Vulva.  Ob/Gyn Teaching Session, University of Toronto, Women's College Hospital, Toronto, ON, January 21, 2003
3. Invited Speaker: Upper Genital Tract – Body of Uterus and Ovary. Ob/Gyn Teaching Session, University of Toronto, Women's College Hospital, Toronto, ON, February 25, 2003

    4.   Daily pathology resident teaching and "sign-outs"

**b)**    **Continuing Education, UofT and Beyond**

    1.   Co-Director, speaker and session moderator for Pathology Update, 2002 (CME 2-day course), University of Toronto, Sunnybrook Campus, Toronto, ON, November 1 and 2, 2002
- Topic presented "A novel marker: The diagnosis of hydatidiform mole: p57kip2"

## Academic Year 2003-2004

**a)**    **Residency education**

    1.   Elective rotations in gynecologic pathology by gynecology residents
- Drs. MacKenzie,  Pramod, Merovitz, Morton, Kreichman, Hui

    2.   Daily pathology resident teaching and "sign-outs"

**b)**    **Continuing Education, UofT and Beyond**

    1.   Invited Speaker and Chairperson at "Changing Management of Cervical Dysplasia and Early Endometrial Cancer: Achieving a Consensus", University of Toronto, Oncology Continuing Education, The Old Mill, Toronto, ON, September 26, 2003
- Lecture "Changes in Pap smear reporting terminology"
- Co-Chair of "Panel Discussion with problem cases"
- Workshop director "Facing challenging problems in the management of the abnormal Pap smear"

    2.   Co-Director, Chairman at Pathology Update 2003, University of Toronto, Continuing Education, University of Toronto Conference Centre, Toronto, ON, November 7 - 8, 2003

    3.   Invited speaker: Adnexal Pathology in Women at High Familial Risk of Ovarian Cancer, International Society of Gynecological Pathologists (ISGYP), Vancouver, BC, March 7, 2004

**c)**    **Graduate Studies**

    1.   Lecturer and discussant: The pathologic diagnosis of cancer. Cancer Epidemiology Course (CHL 5409S), January 15, 2004. Supervisors: Drs. Eric Holowaty and John McLaughlin

## Academic Year 2004-2005

**a)**    **Residency education**

    1.   Daily pathology resident teaching and "sign-outs"

    2.   Elective rotations in gynecologic pathology by gynecology residents
- Drs. Lausman, Agrawal, Arthur, Corbey, Nitsch, and Wong.

**b)**    **Continuing Education, UofT and Beyond**

    1.   Co-Director, Chairman at Pathology Update 2004, University of Toronto, Continuing Education, University of Toronto Conference Centre, Toronto, ON, November 5 and 6, 2004

    2.   Invited Chair and Moderator, Cases in the Management of the Abnormal PAP test at "Update in Gynaecologic Cancer Prevention", University of Toronto, Continuing Education, The Old Mill, Toronto, ON, February 25,2005

    3.   Invited workshop director with Drs. R. Riddell and F. O'Malley: The role of the histopathologist in the detection of adult hereditary cancer. United States and Canadian Academy of Pathology, San Antonio TX, March 3,2005.

## Academic Year 2005-2006

**a)**    **Residency education**

    1.   Elective rotations in gynecologic pathology by gynecology residents.
- Drs. McDermott, Baratz, Al-Riyami, Grossman, Fried, Sierra, Wilson Myckan, and Lee.

2. Daily pathology resident teaching and "sign-outs"

**b)**     **Continuing Education, UofT and Beyond**

1. Invited speaker at: Implications of Implementing Revised Guidelines: Impact on Laboratories, the Ontario Cervical Screening Program (Cancer Care Ontario) on Implementing Revised Cervical Screening Guidelines, Royal York Hotel, Toronto, ON, September 22, 2005
2. Invited speaker: Opening address: Looking into the Crystal Ball, the Screening Lab in 2010. National Meeting of Provincial Cervical Screening Prognosis, Cancer Care Ontario, Queen's Park, Toronto, ON, September. 23, 2005
3. Co-Director, Chairman at Pathology Update 2005, University of Toronto, Continuing Education, University of Toronto Conference Centre, Toronto, ON, November 4 - 5, 2005

**c)**     **Graduate Studies**
1. Lecturer and discussant: The pathologic diagnosis of cancer. Cancer Epidemiology Course (CHL5409H), October 11, 2005, Supervisors: Drs. Eric Holowaty and John McLaughlin
2. Pathology Clinical Fellowships, MSH – Drs. Dube, MacNeill, and Curtis

**Academic Year 2006-2007**

**a)**     **Residency education**

1. Elective rotations in gynecologic pathology by gynecology residents
   - Drs. Savasi, Mahmoud, Nevin, Chirayilkalam, Oluyomi, Wallace
2. Daily pathology resident teaching and "sign-outs"
3. Core Resident Session with Dr. S. Ferguson (Dept. of Obstetrics and Gynaecology), Pathology Case Studies, October 3, 2006
4. Invited speaker: Laboratory Medicine Funding and Professionalism: An Ontario Story, Eastern Canada Residents, University of Toronto Conference Centre, Toronto, ON, November 3, 2006

**b)**     **Continuing Education, UofT and Beyond**

1. Invited speaker, "The Changing Face of Gestational Trophoblastic Neoplasia", and Moderator, Pathology Update 2006, University of Toronto, Continuing Education, University of Toronto Conference Centre, Toronto, ON, November 3 - 4, 2006

**c)**     **Graduate Studies**
1. Pathology Research Fellowship, MSH – Dr. Aximu

**Academic Year 2007-2008**

**a)**     **Undergraduate Studies**
1. UWO Medical student elective, daily pathology teaching and "sign-outs"
   - Janet Malowany

**b)**     **Continuing Education, UofT and Beyond**
1. Invited speaker, Gynecologic Pathology – "Mucinous tumors of the ovary": Criteria and Considerations , Pathology Update 2008, University of Toronto/ Department of Laboratory Medicine and Pathobiology, Division of Pathology , The Sutton Place Hotel Toronto, ON, November 21-22, 2008

**c)**     **Residency education**

      1.   Elective rotations in gynecologic pathology by gynecologic residents
- Drs. Zolis, Aneja, Hamoudi, Abdel Hadi
      2.   Daily pathology resident teaching and "sign-outs"

**d)**      **Graduate Studies**

      1.   Lecturer & discussant, "The Pathologic Diagnosis of Cancer. Cancer Epidemiology Course (CHL5409H), October 4,2007, Supervisors: Drs. Eric Holowaty and John McLaughlin
      2.   Pathology Clinical Fellowships,  MSH – Drs. M. Jaragh and S. Sihra

## Academic Year 2008-2009

**a)**      **Residency education**

      1.   Elective rotations in gynecologic pathology by gynecologic residents
- Drs. Chan, Kirkham, Harikumar, Selk, Ladhani, Page, Jones, and Nayot
      2.   Daily pathology resident teaching and "sign-outs"

**b)**      **Graduate Studies**

      1.   Pathology Clinical Fellowships, MSH – Drs. Desiree Skeete / and  Hatim Al-Moghraby

## Academic Year 2009-2010

**a)**      **Residency education**

      1.   Elective rotations in gynecologic pathology by gynecologic residents
- Drs. Cruickshank, Mark, Pakenham, Murji, Sisca
      2.   Daily pathology resident teaching and "sign-outs"

b)      **Graduate studies**

Lecture and discussant, "The pathologic diagnosis of cancer", University of Toronto – Cancer Epidemiology (CHL5409H) Drs. Eric Holowaty and Chiarelli.

## Academic Year 2010-2011

**a)**      **Residency education**

      1.   Elective rotations in gynecologic pathology by gynecologic residents
- Drs. Caprara, Devarajan, Sinasac, Khoshbakht, Corbett
- Daily pathology resident teaching and "sign-outs"

b)      **Graduate studies**

      1.   Pathology Clinical Fellowships, MSH – Dr. Harkiran Kaur

## Academic Year 2011-2012

**a)**      **Residency education**

      1.   Elective rotations in gynecologic pathology by gynecologic residents
- Drs. N. Jumah, K. Mills, L-H. Gagnon, J. Qin
- Daily pathology resident teaching and "sign-outs"

b)      **Graduate studies**

1.  Pathology Clinical Fellowships, MSH – Dr. Joanna Walsh

## Academic Year 2012-2013

**a)**       **Residency education**

1.  Elective rotations in gynecologic pathology by gynecologic residents
    - Drs. S. Morris, L. Po, G. Bouchard-Fortier
    - Daily pathology resident teaching and "sign-outs"

## Academic Year 2013-2014

**a)**       **Residency education**

1.  Elective rotations in gynecologic pathology by gynecologic residents
    - Drs. P. Sharma, P. Cybulska, E. Taerk - scheduled
    - Daily pathology resident teaching and "sign-outs"

## Academic Year 2014-2015

**a)**       **Residency education**

1.  Elective rotations in gynecologic pathology by gynecologic residents
    - Dr. A. Sarangapani - scheduled
    - Daily pathology resident teaching and "sign-outs"

**b)**       **Graduate studies**

1.  Pathology Clinical Fellowships, MSH – Dr. Zohreh Eslami

Updated:  April 6th, 2016

60