IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
　　　　PELVIC SUPPORT SYSTEMS
　　　　PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　MDL 2326
_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

　　1.　All discovery deadlines are continued until further order of the Court.

　　2.　That the Clerk retire the case listed on the attached Exhibit A from the active docket.

　　3.　Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before March 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before March 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A.

---

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

8441959 v1

The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No.  4512  , and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

8441959 v1

# EXHIBIT A

## MOSTYN LAW FIRM

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 16-cv-10123 | KENDRICK-HUTCHESON, Barbara vs. Boston Scientific Corporation |
| 16-cv-09809 | KENNEDY-HAMILTON, Colleen vs. Boston Scientific Corporation |
| 16-cv-09928 | KHALIL, Lena L. vs. Boston Scientific Corporation |
| 16-cv-09989 | KIDD, Lois vs. Boston Scientific Corporation |
| 16-cv-10012 | KIELAR, Jolanta T. vs. Boston Scientific Corporation |
| 16-cv-12565 | KILLION, Donna vs. Boston Scientific Corporation |
| 17-cv-02794 | KINDALL, Cynthia vs. Boston Scientific Corporation |
| 16-cv-12188 | KING, Jennifer vs. Boston Scientific Corporation |
| 17-cv-02796 | KINNICK, Margaret vs. Boston Scientific Corporation |
| 17-cv-00671 | KINTZEL, Melinda vs. Boston Scientific Corporation |
| 16-cv-12528 | KIRK, Pamela Ann vs. Boston Scientific Corporation |
| 14-cv-30208 | KIRKSEY, Dianne and William Kirksey vs. Boston Scientific Corporation |
| 16-cv-12395 | KITSON, Melody vs. Boston Scientific Corporation |
| 17-cv-02904 | KNIGHT, Dianna K. vs. Boston Scientific Corporation |
| 16-cv-12249 | KNIGHT, Zona Ann vs. Boston Scientific Corporation |
| 16-cv-10210 | KNIPRATH, Rennee vs. Boston Scientific Corporation |
| 16-cv-09810 | KNOWLES, Betty Jo vs. Boston Scientific Corporation |

8441959 v1

| | |
|---|---|
| 16-cv-09864 | KOEHLER, Susan vs. Boston Scientific Corporation |
| 16-cv-11054 | KRUEGER, Hermi vs. Boston Scientific Corporation |
| 16-cv-09730 | KRUEP, Linda vs. Boston Scientific Corporation |
| 17-cv-02317 | KRUZEL, Patricia vs. Boston Scientific Corporation |
| 16-cv-09732 | KUEHN, Gail vs. Boston Scientific Corporation |
| 16-cv-09934 | KUHNS, Diane vs. Boston Scientific Corporation |
| 17-cv-03175 | KUJAWA, Karen vs. Boston Scientific Corporation |
| 16-cv-10240 | KUPA, Karen vs. Boston Scientific Corporation |
| 16-cv-12645 | KURTZ, Sharon vs. Boston Scientific Corporation |
| 16-cv-12055 | LANCE, Jacquelyn vs. Boston Scientific Corporation |
| 16-cv-11316 | LANDI, Kelly vs. Boston Scientific Corporation |
| 16-cv-12764 | LANE, Audra E. vs. Boston Scientific Corporation |
| 16-cv-07083 | LANEY, Dena vs. Boston Scientific Corporation |
| 16-cv-06864 | LANGHORNE, Sandra vs. Boston Scientific Corporation |
| 16-cv-12593 | LANHAM, Pauline vs. Boston Scientific Corporation |
| 16-cv-07085 | LARSON, Frances vs. Boston Scientific Corporation |
| 16-cv-06973 | LASSONDE, Jeannette vs. Boston Scientific Corporation |
| 16-cv-12580 | LAWRENCE, Joy vs. Boston Scientific Corporation |
| 16-cv-07006 | LAWS, Rose vs. Boston Scientific Corporation |
| 16-cv-12193 | LEACH, Pamela vs. Boston Scientific Corporation |

| | |
|---|---|
| 16-cv-07086 | LEBERT, Sharon vs. Boston Scientific Corporation |
| 17-cv-02994 | LEDBETTER, Ruby vs. Boston Scientific Corporation |
| 16-cv-10312 | LEE, Amanda vs. Boston Scientific Corporation |
| 16-cv-07088 | LEE, Peggy Carol vs. Boston Scientific Corporation |
| 16-cv-07925 | LEES, Pamela vs. Boston Scientific Corporation |
| 17-cv-02717 | LEMMONS, Daphne vs. Boston Scientific Corporation |
| 16-cv-07931 | LETT, Rudean vs. Boston Scientific Corporation |
| 16-cv-11600 | LIGHT, Bessie Arneta vs. Boston Scientific Corporation |
| 16-cv-07933 | LIGHTNER, Wenona vs. Boston Scientific Corporation |
| 17-cv-02718 | LIPPS, Corrie vs. Boston Scientific Corporation |
| 16-cv-09827 | LISTON, Lillian vs. Boston Scientific Corporation |
| 16-cv-11212 | LIVESAY, Betty Jean vs. Boston Scientific Corporation |
| 16-cv-12576 | LLOYD, Andrea vs. Boston Scientific Corporation |
| 17-cv-00561 | LONG, Erika vs. Boston Scientific Corporation |
| 16-cv-09735 | LOPEZ, Peggy vs. Boston Scientific Corporation |
| 17-cv-00283 | LOPEZ, Stephanie P. vs. Boston Scientific Corporation |
| 16-cv-07937 | LORING, Letha vs. Boston Scientific Corporation |
| 17-cv-02720 | LOUGH, Lillian vs. Boston Scientific Corporation |
| 16-cv-09865 | LOVE-SPENCE, Loretta vs. Boston Scientific Corporation |
| 16-cv-12778 | LUCCHETTI, Sheila vs. Boston Scientific Corporation |

| | |
|---|---|
| 16-cv-07938 | LUCIEN, Veronica vs. Boston Scientific Corporation |
| 16-cv-10587 | LUFFEY, Debra A. vs. Boston Scientific Corporation |
| 14-cv-30211 | LUM, Robin E. and David Lum vs. Boston Scientific Corporation |
| 16-cv-07010 | LYBYER, April vs. Boston Scientific Corporation |
| 16-cv-07939 | LYON, Rose M. vs. Boston Scientific Corporation |
| 16-cv-09817 | POPE, Nancy June vs. Boston Scientific Corporation |
| 16-cv-11589 | MADDY, Linda L. vs. Boston Scientific Corporation |
| 17-cv-03092 | MADONIA, Marlo A. vs. Boston Scientific Corporation |
| 16-cv-07940 | MAHONEY, Elizabeth vs. Boston Scientific Corporation |
| 16-cv-12518 | MAHONY, Donna vs. Boston Scientific Corporation |
| 16-cv-07942 | MALOTT, Deborah vs. Boston Scientific Corporation |
| 16-cv-07943 | MANCINI, Karen M. vs. Boston Scientific Corporation |
| 16-cv-10581 | MANN, Regina vs. Boston Scientific Corporation |
| 16-cv-12241 | MANN, Susan vs. Boston Scientific Corporation |
| 17-cv-02609 | MARAGOUTHAKIS, Anna vs. Boston Scientific Corporation |
| 16-cv-12766 | MARBREY, Donna E. vs. Boston Scientific Corporation |
| 17-cv-02610 | MARCH-BISHOP, Grace vs. Boston Scientific Corporation |
| 16-cv-12247 | MARLOWE, Diana L. vs. Boston Scientific Corporation |
| 17-cv-02613 | MARSHALL, Vickie vs. Boston Scientific Corporation |
| 16-cv-08202 | MARTINEZ, Cynthia vs. Boston Scientific Corporation |

| | |
|---|---|
| 17-cv-00286 | MARTINEZ, Hilda vs. Boston Scientific Corporation |
| 16-cv-10531 | MARTINEZ, Leah D. vs. Boston Scientific Corporation |
| 16-cv-08203 | MASALONIS, Cheryl vs. Boston Scientific Corporation |
| 16-cv-10304 | MASON, Kristine J. vs. Boston Scientific Corporation |
| 17-cv-02322 | MATHER, Linda vs. Boston Scientific Corporation |
| 16-cv-08204 | MATLOCK, Judith vs. Boston Scientific Corporation |
| 17-cv-02323 | MATTHEWS, Ira M. vs. Boston Scientific Corporation |
| 17-cv-00288 | MATTINO, Lynore P. vs. Boston Scientific Corporation |
| 16-cv-08206 | MAUGHAN, Diane vs. Boston Scientific Corporation |
| 17-cv-02333 | MAY, Linda vs. Boston Scientific Corporation |
| 16-cv-12124 | MAYHUGH, Opal E. vs. Boston Scientific Corporation |
| 16-cv-08208 | MAYS, Paula vs. Boston Scientific Corporation |
| 16-cv-08211 | MAYSE, Mathilda vs. Boston Scientific Corporation |
| 16-cv-07011 | MCALISTER, Lois vs. Boston Scientific Corporation |
| 16-cv-12009 | MCALPIN, Connie vs. Boston Scientific Corporation |
| 17-cv-03510 | McARDLE, Carrie vs. Boston Scientific Corporation |
| 16-cv-11588 | MCCONNELL, Donna vs. Boston Scientific |
| 16-cv-08213 | MCDANIEL, Sherra vs. Boston Scientific Corporation |
| 16-cv-12379 | MCELDERRY, Carolyn Sue vs. Boston Scientific Corporation |
| 16-cv-08223 | MCGRAW, Erin vs. Boston Scientific Corporation |

| Case Number | Case Name |
| --- | --- |
| 16-cv-10302 | MCKAY, Stephanie vs. Boston Scientific Corporation |
| 16-cv-08225 | MCKELVEY, Katherine vs. Boston Scientific Corporation |
| 16-cv-08366 | MCLAUGHLIN, Kimberly vs. Boston Scientific Corporation |
| 16-cv-07090 | MCLAUGHLIN, Pauline vs. Boston Scientific Corporation |
| 16-cv-08226 | MCMILLAN, Louise vs. Boston Scientific Corporation |
| 16-cv-11592 | MCNEIL, Brenda vs. Boston Scientific Corporation |
| 16-cv-07110 | MEDINA, Johanna vs. Boston Scientific Corporation |
| 16-cv-09812 | MEEDER, Annise vs. Boston Scientific Corporation |
| 16-cv-11667 | MEINCKE, Arlis vs. Boston Scientific Corporation |
| 17-cv-02616 | MELTON, Brenda vs. Boston Scientific Corporation |
| 16-cv-06975 | MENDOZA, Hope vs. Boston Scientific Corporation |
| 16-cv-08421 | MEYER, Wendy K. vs. Boston Scientific Corporation |
| 16-cv-10125 | MICELI, Tammy vs. Boston Scientific Corporation |
| 16-cv-10048 | MILLARD, Madeline vs. Boston Scientific Corporation |
| 16-cv-06976 | MILLER, Carolyn F. vs. Boston Scientific Corporation |
| 16-cv-08422 | MILLER, Judith vs. Boston Scientific Corporation |
| 17-cv-02338 | MILLER, Tricia L. vs. Boston Scientific Corporation |
| 16-cv-12197 | MILLS, Patricia Ann vs. Boston Scientific Corporation |
| 16-cv-08424 | MILLSAP, Angel vs. Boston Scientific Corporation |
| 16-cv-12523 | MILLS-D'ANGELO, Kathleen vs. Boston Scientific Corporation |

| | |
|---|---|
| 16-cv-07112 | MINORIK, Kathleen vs. Boston Scientific Corporation |
| 17-cv-00508 | MITCHELL, Edna vs. Boston Scientific Corporation |
| 16-cv-09825 | MITCHELL, Katherine vs. Boston Scientific Corporation |
| 16-cv-10543 | MIZERANY, Frances Nadine vs. Boston Scientific Corporation |
| 17-cv-00289 | MOFFIT, Carla Michelle vs. Boston Scientific Corporation |
| 16-cv-08370 | MOLANDS, Angel R. vs. Boston Scientific Corporation |
| 16-cv-08492 | MOLINE, Lori vs. Boston Scientific Corporation |
| 16-cv-11238 | MONGE, Kathy vs. Boston Scientific Corporation |
| 16-cv-08493 | MOORE, Alicia K. vs. Boston Scientific Corporation |
| 16-cv-11665 | MOORE, Irma J. vs. Boston Scientific Corporation |
| 16-cv-11601 | MOORE, Starla vs. Boston Scientific |
| 16-cv-09620 | MORELLI, Deborah vs. Boston Scientific Corporation |
| 16-cv-08529 | MOUSTAFA, Berlinda vs. Boston Scientific Corporation |
| 16-cv-10520 | MUNOZ, Hildelisa vs. Boston Scientific Corporation |
| 16-cv-10126 | MURRAY, Donna L. vs. Boston Scientific Corporation |
| 16-cv-10853 | NANCE, Joyce vs. Boston Scientific Corporation |
| 16-cv-10471 | NARCISSE, Marie vs. Boston Scientific Corporation |
| 17-cv-03094 | NEGRIN, Nancy vs. Boston Scientific Corporation |
| 17-cv-02995 | NEIMAN, Patricia vs. Boston Scientific Corporation |
| 16-cv-10518 | NELSON, Julia vs. Boston Scientific Corporation |

| | |
|---|---|
| 17-cv-02799 | NELSON, Linda vs. Boston Scientific Corporation |
| 16-cv-06869 | NELSON, Utana vs. Boston Scientific Corporation |
| 16-cv-10478 | NEWCOMB, Maranda vs. Boston Scientific Corporation |
| 16-cv-10757 | NEWLAND, Christena vs. Boston Scientific Corporation |
| 16-cv-12209 | NICHOLSON, Myra vs. Boston Scientific Corporation |
| 17-cv-02800 | NIELSEN, Dorinda vs. Boston Scientific Corporation |
| 16-cv-12598 | NIELSON, Leslie vs. Boston Scientific Corporation |
| 16-cv-09895 | NOLAN, Dorothy vs. Boston Scientific Corporation |
| 16-cv-10128 | NORRIS, Victoria vs. Boston Scientific Corporation |
| 16-cv-10002 | NUNNALLY, Dianne vs. Boston Scientific Corporation |
| 17-cv-02341 | OBRIGEWITCH, Shelley vs. Boston Scientific Corporation |
| 16-cv-08899 | OCASIO, Amarillys vs. Boston Scientific Corporation |
| 16-cv-10011 | O'DELL, Vicktoria vs. Boston Scientific Corporation |
| 16-cv-09662 | OKONKWO, Corasue vs. Boston Scientific Corporation |
| 16-cv-12491 | OLIVER-KUEHN, Alean vs. Boston Scientific Corporation |
| 13-cv-30841 | OLIVO, Sonia vs. Boston Scientific Corporation |
| 16-cv-10129 | OLSON, Celene vs. Boston Scientific Corporation |
| 16-cv-10836 | OLSON-HENNINGS, Tamitha vs. Boston Scientific Corporation |
| 16-cv-12717 | OPLINGER, Mitzi vs. Boston Scientific Corporation |
| 17-cv-00379 | ORANTES, Donna Marie vs. Boston Scientific Corporation |

8441959 v1

| | |
|---|---|
| 16-cv-10295 | ORMAN, Sherry vs. Boston Scientific Corporation |
| 17-cv-00594 | ORTIZ, Carmen vs. Boston Scientific Corporation |
| 16-cv-07115 | ORTON, Elizabeth vs. Boston Scientific Corporation |
| 16-cv-12769 | OSHEL, Anna M. vs. Boston Scientific Corporation |
| 17-cv-02801 | OWENS, Muriel vs. Boston Scientific Corporation |
| 16-cv-09663 | PADILLA, Carmen vs. Boston Scientific Corporation |
| 16-cv-11284 | PAGE, Kelli R. vs. Boston Scientific Corporation |
| 16-cv-10313 | PALAGE, Sandi vs. Boston Scientific Corporation |
| 16-cv-10756 | PALIK, Bessie vs. Boston Scientific Corporation |
| 16-cv-12521 | PALMER, Patricia Diane vs. Boston Scientific Corporation |
| 16-cv-10242 | PAREDES, Katherine vs. Boston Scienitfic Corporation |
| 16-cv-10416 | PARKER, Lynn vs. Boston Scientific Corporation |
| 16-cv-12726 | PARKER, Ramona vs. Boston Scientific Corporation |
| 16-cv-12544 | PATTERSON, Billie vs. Boston Scientific Corporation |
| 16-cv-10246 | PATTERSON, Elizabeth vs. Boston Scientific Corporation |
| 17-cv-02802 | PEARSON, Irma vs. Boston Scientific Corporation |
| 16-cv-09867 | PELLEGRIN, Darlene vs. Boston Scientific Corporation |
| 16-cv-10130 | PEQUIGNOT, Deborah vs. Boston Scientific Corporation |
| 16-cv-09868 | PEREZ, Alice vs. Boston Scientific Corporation |
| 16-cv-07013 | PEREZ, Genece M. vs. Boston Scientific Corporation |

| | |
|---|---|
| 16-cv-09816 | PEREZ, Sandra vs. Boston Scientific Corporation |
| 16-cv-11827 | PETERSON, Gwendolyn M. vs. Boston Scientific Corporation |
| 16-cv-07116 | PETTY, Michelle Renee vs. Boston Scientific Corporation |
| 16-cv-10717 | PEZZATI, Corinne vs. Boston Scientific Corporation |
| 16-cv-10544 | PFALZ, Gloria vs. Boston Scientific Corporation |
| 17-cv-00028 | PFEIFFER, Betty L. vs. Boston Scientific Corporation |
| 17-cv-02899 | PHARES, Katherine vs. Boston Scientific Corporation |
| 16-cv-10481 | PHILLIPS, Lori vs. Boston Scientific Corporation |
| 16-cv-06870 | PICKENS, Christi vs. Boston Scientific Corporation |
| 16-cv-11991 | PICKENS, Kathy S. vs. Boston Scientific Corporation |
| 17-cv-00381 | PIKE, Dori M. vs. Boston Scientific Corporation |
| 17-cv-02901 | PIKE, Patricia vs. Boston Scientific Corporation |
| 16-cv-06993 | POOL, Arlene vs. Boston Scientific Corporation |
| 16-cv-10573 | POPE, Mary vs. Boston Scientific Corporation |
| 16-cv-10613 | PORTER, Sara vs. Boston Scientific Corporation |
| 16-cv-07117 | POWELL, Victoria vs. Boston Scientific Corporation |
| 16-cv-09818 | POWERS, Stephanie L. vs. Boston Scientific Corporation |
| 16-cv-07014 | POWERS, Teresa L. vs. Boston Scientific Corporation |
| 17-cv-02903 | PREBULA, Theresa vs. Boston Scientific Corporation |
| 16-cv-10473 | PRESCOTT, Dezerine vs. Boston Scientific Corporation |

| 16-cv-12146 | PRESTON, Gail Marie vs. Boston Scientific Corporation |
| --- | --- |
| 16-cv-11765 | PRICE, Chrisitne J. vs. Boston Scientific Corporation |
| 17-cv-03035 | PRICE, Jalee vs. Boston Scientific Corporation |

8441959 v1