# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 6 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE REGARDING SAMANTHA J. PULLIAM, M.D. FOR WAVE 6

Plaintiffs filed a Notice of Adoption [Dkt. 4841] in the Wave 6 cases identified in Exhibit A to their Notice adopting their *Daubert* Motion to Preclude Testimony of Defense Expert Samantha J. Pulliam, M.D., and Supporting Memorandum from Ethicon Wave 4. Defendants hereby adopt and incorporate by reference their *Daubert* response filed in relation to Samantha J. Pulliam, M.D., in Ethicon Wave 4, [Dkt. 3764]. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 4 response briefing.

Dated: November 6, 2017

Respectfully submitted,

*/s/ Philip J. Combs*
Philip J. Combs (W.Va. Bar #6056)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
pcombs@tcspllc.com

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010

COUNSEL FOR DEFENDANTS ETHICON, INC.
AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Philip J. Combs*
Philip J. Combs (W. Va. Bar No. 6056)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  25338-3824
(304) 414-1800
pcombs@tcspllc.com