IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 6 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF STANLEY ZASLAU FOR WAVE 6

Plaintiffs filed a Notice of Adoption [Dkt. 4866] in the Wave 6 cases identified in Exhibit A to their Notice adopting their Motion to Exclude the Opinions and Testimony of Stanley Zaslau and Supporting Memorandum from Ethicon Wave 1, Wave 3, and Wave 4. Defendants hereby adopt and incorporate by reference their *Daubert* responses filed in relation to Stanley Zaslau in Ethicon Wave 1, Dkt. #2162 and Wave 3, Dkt. #2898 and Wave 4 Dkt. #3780. Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in Waves 1, 3 and 4 response briefings.

Dated: November 6, 2017

Respectfully submitted,

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010

COUNSEL FOR DEFENDANTS ETHICON, INC.
AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                */s/ David B. Thomas*
                                                David B. Thomas (W. Va. Bar No. 3731)
                                                Thomas Combs & Spann, PLLC
                                                300 Summers Street, Suite 1380
                                                P.O. Box 3824
                                                Charleston, WV  25338-3824
                                                (304) 414-1800
                                                dthomas@tcspllc.com