EXHIBIT F

Bruce Alan Rosenzweig, M.D.

```
 1                    IN THE COURT OF COMMON PLEAS
 2                  OF PHILADELPHIA COUNTY, PENNSYLVANIA
 3                     TRIAL DIVISION - CIVIL
 4    ------------------------------:
                                    :
 5    IN RE:  PELVIC MESH LITIGATION : February 2014, No. 829
                                    :
 6    ------------------------------:
                                    :
 7    KATHRYN McGEE and MICHAEL      :
      McGEE,                         :
 8                                   : JULY TERM, 2013
                  Plaintiffs,    :
 9                                   :
              vs.                  : No. 003483
10                                   :
      ETHICON WOMEN'S HEALTH AND      :
11    UROLOGY, A DIVISION OF          :
      ETHICON, INC., et al.         :
12                                   :
                  Defendants.    :
13
14
15            The deposition of BRUCE ALAN ROSENZWEIG,
16    M.D., taken before Pauline M. Vargo, an Illinois
17    Certified Shorthand Reporter, C.S.R. No. 84-1573,
18    at the law offices of Wexler Wallace, LLP, Suite
19    3300, 55 West Monroe Street, Chicago, Illinois, on
20    February 4, 2016, at 8:55 a.m.
21
22
23                 GOLKOW TECHNOLOGIES, INC.
                877.370.3377 ph|917.591.5672 fax
24                     deps@golkow.com
```

Bruce Alan Rosenzweig, M.D.

```
 1              A P P E A R A N C E S
 2   PRESENT ON BEHALF OF THE PLAINTIFFS:
 3        KLINE & SPECTER, P.C.
          1525 Locust Street
 4        Philadelphia, Pennsylvania  19102
          215.772.1000
 5        BY:  JAMES J. WALDENBERGER, ESQ.
               james.waldenberger@klinespecter.com
 6
 7        CLARK LOVE HUTSON
          440 Louisiana Street, Suite 1600
 8        Houston, Texas  77002
          888.529.5222
 9        BY:  WILLIAM W. LUNDQUIST, ESQ.
               wlundquist@triallawfirm
10
11
     PRESENT ON BEHALF OF THE DEFENDANTS:
12
          BUTLER SNOW, LLP
13        1020 Highland Colony Parkway, Suite 1400
          Ridgeland, Mississippi  39157
14        601.985.4596
          BY:  PAUL S. ROSENBLATT, ESQ.
15             paul.rosenblatt@butlersnow.com
16
          CAMPBELL CAMPBELL EDWARDS & CONROY
17        One Constitution Plaza, 3rd Floor
          Boston, Massachusetts  02129
18        617.241.3000
          BY:  JAMES M. CAMPBELL, ESQ.
19             jmcampbell@campbell-trial-lawyers.com
20
21
     REPORTED BY:
22
          PAULINE M. VARGO, RPR, CRR
23        Illinois CSR No. 84-1573.
24
```

Bruce Alan Rosenzweig, M.D.

```
 1                    I N D E X
 2              Thursday, February 4, 2016
 3   WITNESS                          EXAMINATION
 4   BRUCE ALAN ROSENZWEIG, M.D.
 5      By Mr. Rosenblatt................Page 6
 6
 7
 8
 9
10
11                  E X H I B I T S
12   ROSENZWEIG EXHIBIT        MARKED FOR ID/INTRODUCED
13   Exhibit 1    Binder with Tabs 1 through 50     62
                  Retained by Deponent
14
     Exhibit 2    Binder with Tabs 51 through 91    62
15                Retained by Deponent
16   Exhibit 3    Notice of Deposition of Bruce     72
                  Rosenzweig, M.D.
17                9 Pages
18   Exhibit 4    Expert Report of Bruce            79
                  Rosenzweig, M.D.
19                26 Pages
20   Exhibit 5    Bruce Rosenzweig, M.D.            79
                  Supplemental Reliance List
21                2 Pages
22   Exhibit 6    Bruce Rosenzweig, M.D.'s Fourth   100
                  Supplemental Expert Report,
23                Huskey v. Ethicon
                  6 Pages
24
```

Bruce Alan Rosenzweig, M.D.

```
 1              E X H I B I T S
 2                Continued
 3   ROSENZWEIG EXHIBIT        MARKED FOR ID/INTRODUCED
 4   Exhibit 7    Neuman, et al., Study,           136
                  "Transobturator vs.
 5                Single-Incision Mini-slings for
                  Treatment of Female Stress
 6                Urinary Incontinence," et cetera
                  5 Pages
 7
     Exhibit 8    Hota, et al., Study, "TVT-Secur  147
 8                (Hammock) Versus TVT-Obturator,"
                  et cetera, 5 Pages
 9
     Exhibit 9    Cornu, et al., Study, "Midterm   164
10                Prospective Evaluation of
                  TVT-Secur Reveals High Failure
11                Rate," 5 Pages
12   Exhibit 10   Maslow, et al., Study,           171
                  "Randomized clinical trial
13                comparing TVT Secur system and
                  transvaginal obturator tape,"
14                et cetera, 6 Pages
15   Exhibit 11   Withdrawn/Omitted                176
16   Exhibit 12   Mostafa, et al., Study,          176
                  "Single-INcision Mini-Slings
17                versus Standard Midurethral
                  Slings in Surgical Management of
18                Female Stress Urinary
                  Incontinence," et cetera,
19                26 Pages
20   Exhibit 13   Nambiar Cochrane Review,         179
                  "Single-incision sling
21                operations for urinary
                  incontinence in women"
22                117 Pages
23
24
```

Bruce Alan Rosenzweig, M.D.

```
 1                 E X H I B I T S
 2                    Continued
 3    ROSENZWEIG EXHIBIT        MARKED FOR ID/INTRODUCED
 4    Exhibit 14    Gynecare TVT Secur Instructions    185
                    for Use
 5                  ETH.MESH.02340568 through
                    ETH.MESH.02340590
 6
      Exhibit 15    Walters/Weber Article, "Which      188
 7                  Sling for which SUI Patient?"
                    13 Pages
 8
      Exhibit 16    Schimpf,et al., Study, "Sling      191
 9                  surgery for stress urinary
                    incontinence in women:
10                  A systematic review and
                    metaanalysis"
11                  27 Pages
12    Exhibit 17    Tincello, et al., Study, "The      203
                    TVT Worldwide Observational
13                  Registry for Long-Term Data,"
                    et cetera, 6 Pages
14
      Exhibit 18    Walsh Study, "TVT-Secur            209
15                  mini-sling for stress urinary
                    incontinence: A review of
16                  outcomes at 23 months" 6 Pages
17    Exhibit 19    "TVT Secur:  European Feedback"    212
                    ETH.MESH.00572598, 10 Pages
18
      Exhibit 20    TVT Secur Quality Board            213
19                  Presentation, 20 Pages
20    Exhibit 21    Professional Education Slide       218
                    Deck for TVT Secur, 37 Pages
21
      Exhibit 22    Professional Education Slide       221
22                  Deck for TVT Secur, 28 Pages
23    Exhibit 23    "TVT Secur PQI07-041 Quality       227
                    Board Follow Up" 26 Pages
24
```

Bruce Alan Rosenzweig, M.D.

```
 1                   (The witness was duly sworn.)

 2                   BRUCE ALAN ROSENZWEIG, M.D.,

 3    called as a witness herein, having been first duly

 4    sworn, was examined and testified as follows:

 5                          EXAMINATION

 6     BY MR. ROSENBLATT:

 7         Q.    Good morning, Dr. Rosenzweig.

 8         A.    Good morning, sir.

 9         Q.    You have testified a number of times in

10    the pelvic mesh litigation, correct?

11         A.    Correct.

12         Q.    And so today your opinions are focused

13    on TVT Secur, is that correct?

14         A.    Yes.

15         Q.    So, would it be fair to say that we

16    could rely on your previous testimony in your

17    depositions and your trials and we don't have to go

18    back and rehash a lot of those issues?

19         A.    Yes.

20         Q.    There is nothing that you have testified

21    to that you would need to change at this point?

22                   MR. WALDENBERGER:  Objection as to

23          being overbroad, but you can answer the

24          question.
```

Bruce Alan Rosenzweig, M.D.

```
 1   BY MR. ROSENBLATT:

 2       Q.    I guess what I'm getting at, do you

 3   stand by all of your testimony to date?

 4       A.    Yes.  There might be one or two things

 5   that I stated that could be corrected, but none

 6   that I specifically recall right now.

 7       Q.    But each time you testified you were

 8   under oath?

 9       A.    Correct.

10       Q.    But nothing you can think of today that

11   you would need to change?

12       A.    Not specifically, no.

13       Q.    When were you first retained to work on

14   the McGee case?

15       A.    In December.

16       Q.    Would that be December of 2015?

17       A.    Yes.

18       Q.    Do you know if it was towards the

19   beginning of the month or the end of the month?

20       A.    Actually, it was right after

21   Thanksgiving, so probably the end of November.

22       Q.    And who retained you?

23       A.    The Kline Specter law firm.

24       Q.    Which specific attorney reached out to
```

Bruce Alan Rosenzweig, M.D.

1    you for your services?

2         A.    Mr. Waldenberger.

3         Q.    And what did Mr. Waldenberger ask you to

4    do on the McGee case?

5         A.    To give opinions about the design, the

6    development and the warnings associated with the

7    TVT Secur.

8         Q.    And how many hours did you spend looking

9    into or formulating your opinions about the design,

10   development and warnings of TVT Secur?

11        A.    Well, I have been working on TVT Secur

12   for longer than that.  I had been retained to work

13   on a TVT Secur case, the Rabiola case in Texas, and

14   I had been working on that for over a year.  So,

15   much of the information regarding the design, the

16   development and the warnings associated with the

17   TVT Secur I had already been reviewing for that

18   other case.

19        Q.    So when Mr. Waldenberger reached out to

20   you to ask you to formulate your opinions and draft

21   an expert report, how did you go about carrying out

22   that assignment?

23        A.    Well, again, most of, if not all, the

24   information I had already reviewed.  I had

Bruce Alan Rosenzweig, M.D.

1    depositions set for the Rabiola case that had been

2    continued for approximately six or seven months.

3    So, the information that is contained in my expert

4    report I had already summarized not in report form

5    but in preparation form for depositions that had

6    taken place long before I was contacted about this

7    case.

8         Q.    And so what material did you look at to

9    formulate your opinions?

10                 MR. WALDENBERGER:  In general, you

11        mean, with regard to the TVT-S?

12                 MR. ROSENBLATT:  With regard to the

13        TVT Secur.

14                 MR. WALDENBERGER:  At any point in

15        time?

16                 MR. ROSENBLATT:  Yes.

17        A.    Well, as you know, I have been reviewing

18    deposition testimony for four years now, give or

19    take.  Much of that deposition testimony

20    overlapped, whether it was for TVT, TVT-O, TVT

21    Abbrevo, and so the majority of the deposition

22    testimony I had already reviewed.

23                 There was a lot of overlap between

24    internal documents, but the specific documents that

Bruce Alan Rosenzweig, M.D.

1    I reviewed are outlined in my reliance list.

2        Q.    And you mentioned your reliance list.

3    That would contain internal documents, deposition

4    testimony and literature; is that a fair

5    summarization?

6        A.    Correct.

7        Q.    And it's important to create a reliance

8    list, in your opinion, correct?

9        A.    Well, the reliance list is a list of

10   materials that I've reviewed, and so it summarizes

11   the documents that I've reviewed for my opinions.

12       Q.    And it also summarize the documents that

13   support your opinions, correct?

14       A.    Yes.

15       Q.    And it would be important to include all

16   of the documents in your reliance list that support

17   your opinions about the TVT Secur, correct?

18       A.    Yes.  I think I've tried to incorporate

19   all the documents that I've relied on in my

20   opinions.

21       Q.    And in formulating a reliance list to

22   support your opinions for the TVT Secur, you would

23   want to do a fair analysis of, for example, the

24   medical literature?

Bruce Alan Rosenzweig, M.D.

1       A.      Correct.

2       Q.      And you would want to include on your

3    reliance list medical literature that would be both

4    good and bad for the Secur in order to provide a

5    fair assessment, correct?

6       A.      Well, I've reviewed all the literature

7    regarding TVT Secur or, I would say, the vast

8    majority of the literature regarding the TVT Secur,

9    both literature that would, as you say, supports my

10   opinion and also literature that would -- I don't

11   think the term "contrary to my opinion" but that is

12   more favorable than the vast majority of the

13   literature on TVT Secur.

14           I think the literature on the TVT

15   Secur -- on the TVT Secur is quite evident that

16   there is a problem with its efficacy and there is a

17   problem with its safety.

18      Q.      Now, you said you reviewed all of the

19   literature on TVT Secur.  How many clinical studies

20   are there on TVT Secur?

21      A.      The exact number I cannot give you.

22      Q.      Can you give me a ballpark?

23      A.      I would say I've reviewed, you know,

24   anywhere from 30 to 50 articles on TVT Secur.

Bruce Alan Rosenzweig, M.D.

1      Q.    Are you aware if there are more than 30

2    to 50 clinical studies evaluating TVT Secur?

3      A.    There might be more, and again, there

4    are meta-analyses that I've reviewed that would

5    encapsulate the majority of the literature.  There

6    are things that I would look at.

7            Again, there is probably more that I

8    looked at that I briefly glanced over because they

9    might not have been as robust of a study as

10   prospective randomized controlled trials are.  So,

11   again, giving a brief number of the studies that

12   I've looked at, I mean, there are probably more

13   than that.

14     Q.    Well, you would agree with me even if

15   you have a meta-analysis or a Cochrane review, you,

16   Dr. Rosenzweig, still find it helpful to go back

17   and review the underlying data that supports those

18   accumulated opinions, correct?

19     A.    Correct.

20     Q.    And did you do that in this case for the

21   TVT Secur?

22     A.    Yes.

23     Q.    Of the 30 to 50 articles on TVT Secur

24   that you reviewed, did you include all of those on

Bruce Alan Rosenzweig, M.D.

1   your reliance list?

2        A.    There might be some that might not be on

3   my reliance list, but I try to include everything

4   on my reliance list.

5        Q.    Did you have any type of criteria as far

6   as whether or not you would include or exclude a

7   certain study on TVT Secur?

8        A.    No.

9        Q.    Did you formulate your reliance list, or

10  was that prepared by counsel?

11             MR. WALDENBERGER:  Objection.  Don't

12        answer.  Under Pennsylvania law communications

13        between expert and lawyer regarding the

14        preparation of a report is privileged, so

15        don't answer.

16        Q.    Your counsel has instructed you not to

17  answer the question.  Are you going to answer the

18  question?

19        A.    No.

20             MR. WALDENBERGER:  No, he is not going

21        to answer the question.  Good try, though.

22        Q.    How did you obtain the 30 to 50 articles

23  on TVT Secur that you reviewed?

24        A.    And again, that is just a rough

Bruce Alan Rosenzweig, M.D.

1    estimation.  There could be more.  There might be

2    less.  Through searches by looking at again

3    meta-analysis and looking at their reference list;

4    and that would be, you know, looking at papers and

5    seeing what they referred to in their papers.  That

6    would be a way of getting at the literature that I

7    reviewed.

8        Q.    Did you make any attempt to go back and

9    perform any type of systematic literature review

10   yourself on TVT Secur?

11             MR. WALDENBERGER:  Objection, form,

12        vague.

13             You can answer if you understand.

14       A.    I don't understand what you are talking

15   about, a systematic review.  Again, I looked at --

16       Q.    Strike the question.  I will take out

17   the word "systematic."

18             Dr. Rosenzweig, did you make any attempt

19   to review -- or strike that.

20             How did you go about ensuring that you

21   reviewed all of the relevant literature on TVT

22   Secur?

23       A.    Well, again, I looked at the studies

24   that had been published.  I looked at their

Bruce Alan Rosenzweig, M.D.

1    references, looked at the meta-analysis, looked at

2    their references and continued to review studies

3    that were done, did literature searches, and to

4    assure that I had reviewed the depth and the

5    breadth on the subject of TVT Secur.

6         Q.    Did you perform any searches yourself in

7    any type of medical journal database?

8         A.    I have PubMed and access to searches on

9    PubMed, and so yes, I would look at PubMed.  Google

10   Scholar is another nice search engine to find

11   scholarly literature, and so if there was a

12   specific topic on TVT Secur that I wanted to look

13   at, those would be the resources that I went to.

14        Q.    And just so I can appreciate your

15   testimony, you did in fact run some PubMed searches

16   on TVT Secur?

17        A.    If there was something that I could not

18   find, then it would be for a specific topic on TVT

19   Secur, yes.

20        Q.    And can you identify those specific

21   topics where you performed a PubMed search on TVT

22   Secur?

23        A.    Not that I specifically recall.

24        Q.    Did you perform a search in PubMed for

Bruce Alan Rosenzweig, M.D.

1    TVT Secur to get a better understanding of the

2    volume of clinical studies on TVT Secur?

3         A.    Well, I think the volume of the clinical

4    studies would be reflected in not only the Cochrane

5    analysis but, you know, there are a number of

6    studies, if you will, that were either -- could

7    either be considered like review articles and

8    opinion pieces that might not be as robust as the

9    randomized control trials.

10        Q.    Would it be important for you to look at

11   case studies, case series and observational studies

12   on TVT Secur?

13        A.    Yes.  I tried to look at case series,

14   observational studies, retrospective analysis.

15        Q.    You said there are approximately 30 to

16   50 articles on TVT Secur, just your ballpark range.

17   How many of those 30 to 50 would you consider to be

18   randomized controlled trials as opposed to just a

19   clinical trial?

20        A.    I think there is in the neighborhood of

21   20 to 30 randomized control trials on the TVT

22   Secur.

23        Q.    Have you reviewed all 20 to 30 RCTs on

24   TVT Secur?

Bruce Alan Rosenzweig, M.D.

1        A.    I have tried to, yes.

2        Q.    You said you tried to.  What efforts

3   have you made other than what you've previously

4   discussed about looking at larger meta-analyses and

5   performing an individual search for an individual

6   topic?

7        A.    Well, that would be one of the topics,

8   would be randomized control trials.

9        Q.    So, when I previously asked you do you

10  recall which topics you specifically searched out,

11  you didn't recall.  Is it my understanding that you

12  performed a specific search on RCTs for TVT Secur?

13       A.    Either specifically in that sense or

14  looking at other sources for a list of the

15  randomized control trials for TVT Secur.  So, I

16  mean, that was one of the things that I wanted to

17  see, is if I had looked at all or virtually all of

18  the randomized control trials on TVT Secur.

19       Q.    And it would be important to you in

20  formulating your opinions on TVT Secur to look at

21  as many or all of the RCTs and other clinical

22  studies on TVT Secur, correct?

23       A.    Correct.

24       Q.    Because you wouldn't want to just look

Bruce Alan Rosenzweig, M.D.

1  at studies that showed bad results or bad cure

2  rates or high complications, but you would want to

3  look at all the studies to get a fair and balanced

4  approach and appreciation of the body of literature

5  on Secur, correct?

6      A.    Correct.

7      Q.    And again, we can stand by and rely on

8  your reliance list for the medical literature that

9  you relied on?

10          MR. WALDENBERGER:  Objection to the

11      form.  I believe his prior testimony was that

12      some may not be on there; he just doesn't know

13      that.  But with that, you can answer.

14      A.    Again, there would be literature that I

15  have reviewed that I have relied on that might not

16  have been on my reliance list but form this breadth

17  of the opinions that I am giving.

18          I don't think that -- again, there might

19  be things that are on there that I've reviewed that

20  make up the opinions that I have that might not

21  appear in the reliance list.

22      Q.    But you reviewed your reliance list

23  before you served it or before it was served,

24  correct?

A. Correct.
Q. And have you had a chance to go back and identify if there were any key studies that you could think of that were not included in your reliance list?
A. None that jumped out at me.
Q. And as I'm sure you can appreciate, Doctor, today is our opportunity to ask you about your opinions and what you relied on to formulate those opinions, so what I'm trying to avoid is, you know, before your trial testimony next week getting a supplemental reliance list, because today is my opportunity to ask you about those studies that you relied on.
A. Yes, and I don't think you will be getting a supplemental reliance list.
Q. When you performed your review of the 30 to 50 studies on TVT Secur, what is your understanding of the average objective cured and improved rate for TVT Secur?
MR. WALDENBERGER: Objection to form.
You can answer.
A. I would say that the average objective and subjective cure rate is lower than the

Bruce Alan Rosenzweig, M.D.

1    full-length midurethral slings.  I would say an

2    average objective cure would be in the range of 70,

3    75 percent or less.  Subjective cure rate is lower

4    than that.

5        Q.    When you say 75 or less, does that mean

6    70 to 75 would be about average?

7        A.    That would be the high end of the scale.

8    I mean, it all depends on which studies you have

9    looked at.  There are studies that show a success

10   rate in the 80s.  There are studies that show a

11   success rate in the 50s.  I would say that one of

12   the latest meta-analysis by Tommaselli showed about

13   a 75 percent success rate.

14       Q.    And so would you stand by the 75 percent

15   success rate as a fair estimate of the objective

16   cure rate with TVT Secur?

17             MR. WALDENBERGER:  Objection to the

18        form in that you are asking him to summarize

19        and average out all of the complications or

20        success rate for various pieces of literature

21        that have not been identified.

22             With that being stated, if you can

23        answer that question fairly and accurately,

24        please do so.

Bruce Alan Rosenzweig, M.D.

```
1        A.    You know, I think that would be on the

2   high end of the average success rate.

3        Q.    But you cited to a meta-analyses citing

4   75 objective cure for TVT Secur, correct?

5        A.    Correct.

6        Q.    In your opinion, is that a fair estimate

7   of what the studies that that meta-analyses

8   reviewed showed as a cure rate for TVT Secur?

9             MR. WALDENBERGER:  Objection to form,

10        vague.

11             You can answer if you understand it.

12        A.    That would be, again, there are a number

13   of studies, the Palomba study, the Oliveira study,

14   that showed a 50 success rate.  There are other

15   studies that show a lower rate; Barber study, 50 to

16   60 percent success rate.  So, I think 75 percent

17   success rate is a high average.

18             There is the Tommaselli's older studies

19   that have showed and 80, 85 percent success rate.

20   But even in the last Cochrane analysis that was

21   done, they showed a success rate that was lower

22   than full-length midurethral slings.

23        Q.    What is your understanding of the

24   success rate for full-length midurethral slings?
```

Bruce Alan Rosenzweig, M.D.

1    A.    In the short term, around 90 percent

2  success rate.

3    Q.    And what is your definition of short

4  term?

5    A.    In the one- to two-year studies.

6    Q.    What about long-term?

7    A.    Well, again, it all depends on if the

8  parameters that we are using, if you look at the

9  urinary incontinence treatment at work, when their

10  studies come out they use a composite index of

11  stress test, of pad test, symptoms, and other

12  treatment for urinary incontinence.

13        So, if you look at Richter's study, her

14  one-year success rate was around 55 percent for

15  midurethral slings.  The Barber study was about 60

16  percent using a composite index.

17        If you just look at cough test or if you

18  just look at pad test, you are going to have -- as

19  your objective measure, you are going to have a

20  higher success rate.

21    Q.    But, Doctor, you would agree with me

22  based on the Urinary Incontinence Treatment Network

23  studies that you were citing to, using those same

24  objective criteria, you would admit or agree with

Bruce Alan Rosenzweig, M.D.

1   me that the success rates for both the Burch

2   colposuspension and the autologous fascial sling

3   were significantly lower than what is typically

4   cited as the average cure rate, correct?

5              MR. WALDENBERGER:  Are you talking

6        about mini-slings or full-length slings?

7              MR. ROSENBLATT:  Do you understand the

8        question?

9              MR. WALDENBERGER:  I'm asking you

10       because that may be outside the scope of the

11       deposition.  So, I have to make sure that I

12       can either object, let him answer or instruct

13       him not to answer, so I need to --

14             MR. ROSENBLATT:  I'm not asking about

15       either of those.  I'm asking about the Burch

16       and the autologous sling.

17             MR. WALDENBERGER:  You can answer.

18       A.    In one to two years, not significant.

19   Lower than that, the longer term, you know, showed

20   a lower success rate.

21       Q.    And if you were citing the success rate

22   for either the Burch procedure or the autologous

23   sling procedure, would you cite the Urinary

24   Incontinence Treatment Network's objective cure

Bruce Alan Rosenzweig, M.D.

1  rate?

2      A.    Well, again, that is a very -- what's

3  the word --

4      Q.    Stringent?

5      A.    -- stringent, thank you very much,

6  criteria for measuring success.  And so if you are

7  going to use the stringent criteria, you are going

8  to have a lower success rate from any incontinence

9  treatment.

10     Q.    So, if we take the urinary incontinence

11  any treatment studies aside, because you referred

12  to that as a cite to objective cure rates for

13  full-length slings, so if we take those studies

14  aside, what is your appreciation --

15     A.    You are the one that brought up those

16  studies, and I was just commenting on that.

17     Q.    Right.  Well, let's back up for a

18  second.  I asked you what your appreciation was for

19  the average cure rate for full-length slings, and

20  you cited to the Tomasz study.

21     A.    No.  I was citing to Richter's 2011

22  study and Barber's 2009 or 2010 study.

23              MR. WALDENBERGER:  Paul, how is this

24         within the scope of the TVT-S report?

Bruce Alan Rosenzweig, M.D.

```
1              MR. ROSENBLATT:  Because he said that
2         the cure rate for Secur is lower than the
3         full-length midurethral sling, and so I'm
4         trying to figure out is it 5 percent lower, 10
5         percent lower.
6              MR. WALDENBERGER:  Fair enough.
7              MR. ROSENBLATT:  Now you know where
8         I'm going, Doctor.
9              MR. WALDENBERGER:  That was the point
10        of my objecting, so go for it.
11   BY MR. ROSENBLATT:
12        Q.   How much lower on average is the
13   objective cure rate for TVT Secur compared to
14   full-length midurethral slings?
15        A.   If you look at some of the head-to-head
16   studies, it can be anywhere from, you know, 15 to
17   40 percent lower for full-length midurethral
18   slings.  If we looked at the Hinoul paper, it
19   showed a lower success rate.  The Hota paper showed
20   a significantly lower success rate from midurethral
21   slings.
22        Q.   And Doctor, I appreciate you citing a
23   few specific examples, and while you are doing
24   that, you would agree with me that there are
```

Bruce Alan Rosenzweig, M.D.

1    studies that showed a much higher cure rate for TVT

2    Secur, correct?

3         A.    Yes, but still there are very few

4    studies that showed an equivalent success rate

5    for --

6         Q.    But the answer to my question was yes?

7         A.    Yes.

8         Q.    And you would agree with me that there

9    are studies that show an objective cure rate for

10   TVT Secur in the 90 percentage range, correct?

11        A.    Correct.

12        Q.    And there are some studies that report

13   an even higher objective cure rate for TVT Secur,

14   correct?

15        A.    Correct.

16        Q.    So, when you are telling me that there

17   is one study that shows it's X percent and another

18   study showing Y percent, what I'm trying to figure

19   out is how you are going about citing those

20   specific studies for your appreciation of the

21   average cure rate.

22              MR. WALDENBERGER:  Objection, form,

23        vague.

24              You can answer if you understand it.

Bruce Alan Rosenzweig, M.D.

1      A.    Again, when the literature is looked at

2  as in a systematic review like the Cochrane

3  analysis, the Tommaselli analysis and others,

4  including the FDA analysis, when you look at TVT

5  Secur compared to full-length midurethral slings,

6  the success rate is lower and significantly lower.

7      Q.    When you say significantly, that's

8  statistical significance?

9      A.    Yes.

10     Q.    Now, you cited -- I'm not going to be

11  able to list all of them, but, for example, you

12  cited Hota 2012, you cited Hinoul.  Why did you

13  call out those specific studies when I asked you

14  about objective cure rates?

15     A.    Those were well-designed prospective

16  randomized control trials.

17     Q.    And do you have any understanding as to

18  whether or not Ethicon had any involvement in those

19  two studies?

20     A.    If we can pull out the studies

21  specifically, I think there would be -- it would

22  allow me to talk specifically about the answer to

23  that question, whether or not they were --

24     Q.    And I'm not asking did they provide a

Bruce Alan Rosenzweig, M.D.

1    grant or did they provide the product.  Do you know

2    if they had any involvement in either of those

3    studies?

4                MR. WALDENBERGER:  I think he told you

5         he needs to see the article in order to answer

6         that question.

7         Q.    So is your answer you don't know without

8    looking at the study?

9         A.    Well, I know that Dr. Hinoul, I'm not

10   sure whether at that point was one of the medical

11   directors when the TVT Secur, TVT-O study was done,

12   but either at that point or shortly thereafter

13   became a medical director.

14               Several of the authors both on the Hota

15   study and on the Hinoul study are key opinion

16   leaders for Ethicon.  So, it's difficult to answer

17   without looking to see specifically what they

18   stated in the conflict of interest section about

19   either their involvement with industry or the level

20   of industry's involvement in the study.

21        Q.    Did you consider potential bias of those

22   two studies before you stood by them to cite those

23   studies for the objective cure rates for TVT Secur?

24               MR. WALDENBERGER:  Objection to the

Bruce Alan Rosenzweig, M.D.

```
1          form of the question, mischaracterizes them,

2          but you can answer that.

3     A.    I looked at that for every study that I

4   look at.

5     Q.    And that would be important for you to

6   have an understanding as to whether or not, for

7   example, a study was an investigator-initiated

8   study that had some funding provided by Ethicon,

9   correct?

10    A.    Yes, and I look at that to answer your

11  specific question.  It would be important to have

12  the specific article in front of me to --

13    Q.    I'm just asking in general terms.

14          MR. WALDENBERGER:  Let him finish his

15    answer.

16    A.    In general terms, yes, but to answer a

17  specific question, it would be important to have

18  the specific article in front of me to be able to

19  say this is what that specific article, you know,

20  laid out as the conflicts and what, you know,

21  involvement industry had either as an

22  investigator-initiated study or a sponsor study or

23  a grant study or just key opinion leader studies.

24    Q.    Just speaking in general terms, you
```

Bruce Alan Rosenzweig, M.D.

1   wouldn't write off or discount the results of an

2   RCT evaluating TVT Secur simply because there was

3   some connection, whether it was to Ethicon, whether

4   it was authored by a key opinion leader or a grant

5   was provided for the study or any type of financial

6   connection, correct?

7          MR. WALDENBERGER:  Objection to the

8      form.  I kind of lost sight of the question.

9      Could you read that back to me, please?

10          And I'm not being critical, Paul.  I

11     just lost it.

12          MR. ROSENBLATT:  No worries.

13          THE REPORTER:  "Just speaking in

14     general terms, you wouldn't write off or

15     discount the results of an RCT evaluating TVT

16     Secur simply because there was some

17     connection, whether it was to Ethicon, whether

18     it was authored by a key opinion leader or a

19     grant was provided for the study or any type

20     of financial connection, correct?"

21          MR. WALDENBERGER:  Objection to form.

22     You can answer.

23   BY THE WITNESS:

24      A.   Again, without looking at the

Bruce Alan Rosenzweig, M.D.

1    methodology of an individual study to see if the

2    methodology was sound, to see if they had a robust

3    patient population to provide a power analysis that

4    would allow you to draw conclusions from the study,

5    in general the answer would be no, but we would

6    have to look at the specific paper to see whether

7    or not bias might have influenced the study because

8    of parameters such as the ones I talked about.

9    BY MR. ROSENBLATT:

10        Q.    And when you were reviewing the 30 to 50

11    articles on TVT Secur, did you, yourself, perform

12    an analysis as to the potential bias for each of

13    those studies?

14        A.    I think we have discussed the literature

15    enough in past depositions that I have looked at

16    all of the aspects of a study in evaluating it, and

17    that would be one of the aspects that I would look

18    at.

19        Q.    But it would be fair to say, if we are

20    looking solely at a disclosure that indicated a

21    study was funded by Ethicon, you would not based on

22    that one factor discount the results of the study,

23    correct?

24        A.    Based on that one factor, no.

Bruce Alan Rosenzweig, M.D.

1       Q.    Because there would just be a potential

2   for bias, correct?

3       A.    Correct.

4       Q.    How do you distinguish between a

5   potential for bias and actual bias when you are

6   reviewing medical literature?

7       A.    Again, you have to look at all the

8   aspects of the study, what the hypothesis is that

9   the study is trying to answer, what the methodology

10  was in going about answering that question, whether

11  they had stringent methodology, whether they had a

12  robust enough study design to answer their

13  question, whether they had a significant enough

14  patient population; and then you look at what

15  conclusions they drew based on their analysis to

16  see if the conclusions that they are drawing is

17  supported by the facts that are in the study to

18  determine if they are, you know, overselling their

19  conclusions based on what they found in the study;

20  and then I would be a little bit more concerned

21  about bias.

22      Q.    So, it would be fair to say that a

23  potential conflict of interest is just one factor

24  that you would look at for potential bias?

Bruce Alan Rosenzweig, M.D.

```
 1      A.    When I review the literature, whether

 2  it's in this litigation or whether it is in my

 3  practice in determining how I'm going to treat my

 4  patients, yes, that is something that I take into

 5  consideration when I review any piece of

 6  literature.

 7      Q.    Now, Doctor, as I appreciate your

 8  earlier testimony from this morning, you cited the

 9  Tommaselli study for the proposition that the

10  average objective cure rate for TVT Secur is 75

11  percent with the understanding that there are some

12  studies that show a lower rate and some studies

13  that show a higher rate; is that accurate?

14      A.    Correct.

15      Q.    Now what I want to ask you, Doctor, is

16  taking that same approach, what is your

17  understanding of the average mesh exposure rate for

18  TVT Secur?

19      A.    The Tommaselli meta-analysis showed

20  there was an erosion rate from their review of the

21  literature of 15 percent.  I would say that that is

22  a -- from looking at the literature, that that is a

23  accurate representation of what was shown in the

24  literature.
```

Bruce Alan Rosenzweig, M.D.

1      Q.    Just so I'm clear, your understanding is

2  that the average mesh exposure rate for TVT Secur

3  is 15 percent?

4      A.    That's what Tommaselli's most recent

5  meta-analysis showed.

6      Q.    But is that a number that you stand

7  behind?

8      A.    That is what Dr. Tommaselli published in

9  his meta-analysis.  There is studies that show a

10  erosion rate of 19 percent.  There are other

11  studies that show an erosion rate of around 10

12  percent, 8 to 9 percent.  I think that between 10

13  and 15 percent would be the average erosion rate

14  for a TVT Secur.

15      Q.    You said there are some studies that

16  show an erosion rate of 19 percent.  How many

17  studies evaluating TVT Secur show a mesh exposure

18  rate of 19 percent or higher?

19      A.    The 19 percent was Hota's randomized

20  control trial from 2012 that we talked about

21  earlier.

22      Q.    So is the answer one study?

23      A.    I don't recall all of the smaller

24  studies that -- or case series that might have been

Bruce Alan Rosenzweig, M.D.

1   published on that.  That is the highest one that I

2   saw in a randomized control trial.

3       Q.    So no others that you can think of right

4   now that would show a mesh exposure rate of 19

5   percent or higher other than the Hota study?

6              MR. WALDENBERGER:  Objection, asked

7        and answered.  You can answer it again.

8       A.    Not that I specifically recall.

9       Q.    Do you know how many studies evaluating

10  the TVT Secur showed a mesh exposure rate of less

11  than 5 percent?

12      A.    There are studies that showed an

13  exposure rate of less than 5 percent.

14      Q.    My specific question, though, was, do

15  you know how many studies showed a mesh exposure

16  rate evaluating TVT Secur less than 5 percent?

17      A.    The exact number?

18      Q.    I will take a ballpark range.

19      A.    I wouldn't want to speculate on a

20  ballpark range.

21      Q.    So as you are sitting here today, you

22  cannot tell me or provide me your best guess as an

23  expert offering opinions on the safety and efficacy

24  of the TVT Secur how many studies show a mesh

Bruce Alan Rosenzweig, M.D.

1    exposure rate of less than 5 percent?

2              MR. WALDENBERGER:  Objection to the

3         form.  He is not here to guess.  You can

4         answer.

5         A.    The exact number I would not want to

6    speculate on, I mean, just like I would not want to

7    speculate on the number that showed an erosion rate

8    of over 5 percent.  I mean, to look at the

9    specific, you know, number of papers that would

10   give you that number, as I said, there are papers

11   that show an erosion rate of less than 5 percent.

12        Q.    Can you cite any of them today?

13        A.    There is a Tommaselli study.  There is

14   the Anders Hamer study.  So, there are studies that

15   show an erosion rate less than, you know,

16   5 percent.  Neuman's 2011 paper showed a lower

17   erosion rate than his 2008 paper.

18        Q.    So, how do those lower exposure rates

19   factor into your consideration when you,

20   Dr. Rosenzweig, are formulating what you believe to

21   be the average mesh exposure rate for TVT Secur?

22        A.    Again, you would look at all the papers.

23   You would look at the analysis that have been done

24   such as the Tommaselli systematic review to come up

Bruce Alan Rosenzweig, M.D.

1   with a average that you were asking me about

2   earlier.

3        Q.    And that average in the Tommaselli

4   article that you are citing, was that specifically

5   15 percent mesh exposure for TVT Secur, or did it

6   also include other slings?

7        A.    Just TVT Secur.

8        Q.    And so that is the study that you are

9   standing by as far as your estimate of the mesh

10  exposure rate for TVT Secur?

11       A.    That is the latest systematic review

12  that I could find or the most contemporary

13  systematic review that I could find.

14       Q.    What is your understanding of the

15  average rate of de novo dyspareunia associated with

16  the TVT Secur?

17       A.    In the 2011 Neuman study, he quoted a

18  rate of 8 percent.  The Abdelwahab paper around the

19  same time showed a similar dyspareunia rate.  In

20  the Anders Hamer paper they discussed pain and

21  dyspareunia and discharge.  They had a 13 percent

22  dyspareunia rate.  So, I would say that the de novo

23  dyspareunia rate is probably around 8 to 10 percent

24  for the TVT Secur.

Bruce Alan Rosenzweig, M.D.

1      Q.    And what is your understanding of the --

2   strike that.

3           You mentioned 8 to 10 percent de novo

4   dyspareunia rate for TVT Secur, and what I want to

5   know is how far postoperatively does that include?

6      A.    Well, it's difficult to get an accurate

7   number because, again, if the study does not

8   describe pain and dyspareunia, we don't know

9   whether that means that there was no pain or

10  dyspareunia or that the question was just not

11  asked.

12          Many of the studies include various

13  surveys, if you will, like the IIQ and the pelvic

14  floor symptom questionnaire or pelvic floor sexual

15  dysfunction, which includes questions on

16  dyspareunia but the exact number is not given.  And

17  so while they might show that there is a change in

18  the pre-op and the post-op survey results, it's not

19  reflected in the individual parameters that are

20  there.

21          So, unless a paper specifically talks

22  about dyspareunia, it's difficult to know whether

23  or not the question was even answered, whether or

24  not the patient volunteered those questions.  So,

Bruce Alan Rosenzweig, M.D.

1    it's difficult by the study design to know what

2    that answer is.

3         Q.    And you would agree that dyspareunia in

4    general is somewhat complicated to study in

5    clinical studies, correct?

6         A.    It is difficult to study if the question

7    is not asked.

8         Q.    But you agree that it is difficult to

9    study for a number of reasons and some of those

10   would include whether or not you evaluate

11   preoperative or preexisting dyspareunia, correct?

12        A.    Well, your question was de novo

13   dyspareunia, which would mean that there was no

14   preexisting dyspareunia.  I think a better question

15   would have been you have to evaluate patients who

16   are sexually active, because if they are not having

17   sexual intercourse, it is very difficult to have

18   pain with sexual intercourse.

19             So, the better question is what is the

20   number of patients that are sexually active post-op

21   to be able to determine whether or not they

22   developed pain, and that's --

23        Q.    Could you answer your own question for

24   me?

Bruce Alan Rosenzweig, M.D.

```
 1        A.    And that's why I said it's very

 2  difficult because -- because of the design of

 3  the -- you know, you have to look at the study

 4  design and if they actually asked those questions.

 5  The studies that I described actually asked those

 6  questions.

 7        Q.    Again, are you aware of any studies that

 8  show a rate of de novo dyspareunia higher than 8 to

 9  10 percent with the TVT Secur?

10        A.    Sitting here today, those, that I cannot

11  recall specifically.

12        Q.    So the 8 to 10 percent de novo

13  dyspareunia rate for the TVT Secur is on the

14  highest end of the spectrum, correct?

15        A.    Correct.

16        Q.    You are aware that there are clinical

17  studies evaluating TVT Secur that show a

18  significantly lower dyspareunia rate, correct?

19        A.    If you have those papers, we can discuss

20  them in the individual.  In general, there are few

21  papers that describe dyspareunia rates that are

22  lower than that for TVT Secur.

23        Q.    And we may look at some studies, but I'm

24  just asking your -- just your overall impression,
```

Bruce Alan Rosenzweig, M.D.

1    are you aware of whether or not those studies

2    exist?

3         A.    And I gave you my overall impression.

4         Q.    I don't know if I had a clean answer to

5    whether or not you are aware that --

6              MR. WALDENBERGER:  Why don't you fire

7         the question again, give it another shot.

8              MR. ROSENBLATT:  Sure.  Let me reload

9         here.

10   BY MR. ROSENBLATT:

11        Q.    You would agree that there are clinical

12   studies evaluating TVT Secur that show a

13   significantly lower dyspareunia rate than 8 to 10

14   percent, correct?

15             MR. WALDENBERGER:  Objection to form,

16        asked and answered.  You can answer it again.

17        A.    There are a small number of studies that

18   show that, yes.

19        Q.    And one component that can make studying

20   dyspareunia in a clinical trial difficult is

21   determining whether or not dyspareunia was caused

22   by a concomitant procedure as opposed to the TVT

23   Secur, correct?

24        A.    If concomitant procedures were part of

Bruce Alan Rosenzweig, M.D.

1   the study design, then there could be confounding

2   variables from that unless the investigator was

3   able to determine that the TVT Secur, as in the

4   Neuman study did, was the cause of the dyspareunia.

5       Q.    But you would agree that it is important

6   when evaluating de novo dyspareunia to look at

7   other factors such as whether or not the patient

8   underwent a concomitant procedure?

9       A.    Correct.

10      Q.    And some of those concomitant procedures

11  can commonly include a vaginal hysterectomy or a

12  surgical procedure to correct a condition called

13  pelvic organ prolapse, correct?

14      A.    Those procedures cannot uncommonly be

15  performed with a incontinence operation.

16      Q.    And when looking at a study that cites a

17  dyspareunia rate, it would be important for you to

18  have an appreciation of whether or not those

19  patients underwent concomitant procedures, correct?

20      A.    Correct.

21      Q.    Because concomitant procedures such as a

22  hysterectomy or a procedure to correct pelvic organ

23  prolapse in themselves have a risk of de novo

24  dyspareunia?

Bruce Alan Rosenzweig, M.D.

1       A.     Well, specifically the way the

2    concomitant procedures are being done could

3    increase the risk of dyspareunia, such as if you

4    are doing a vaginal hysterectomy and you attach the

5    pedicle to the vaginal cuff, that could increase

6    your risk of dyspareunia because the pedicles are

7    innervated, and we know from gynecology that the

8    ovarian pedicles when pulled on or manipulated can

9    cause a significant degree of pain.  There are a

10   lot of women that have ovarian pain specifically

11   from an entity called ovarian torsion; and when you

12   twist the ovarian pedicle, it can become very

13   uncomfortable for a patient.

14          We've discussed that levator plications

15   with posterior repair significantly increases the

16   risk of dyspareunia after a posterior compare up in

17   the range of 20 percent compared to the newer data

18   on posterior repairs that show only about a 4

19   percent or less risk of dyspareunia if no levator

20   plication is done.

21          So, in order to answer that question,

22   yes, we have to know exactly how the surgical

23   procedures, concomitant surgical procedures were

24   being done to be able to evaluate whether or not

Bruce Alan Rosenzweig, M.D.

1    that could be a compounding factor in whether or

2    not the patient developed postoperative

3    dyspareunia.

4         Q.    And if a patient in a clinical study

5    underwent a TVT Secur as well as a concomitant

6    vaginal hysterectomy, how would you do the

7    differential diagnosis to determine whether the

8    pain or dyspareunia was attributable to the Secur

9    or the hysterectomy?

10        A.    Well, again, you would have to look at

11   the methodology to determine how they did the

12   pelvic organ prolapse repair.

13             Anterior colporrhaphies are very

14   unlikely to cause dyspareunia.  We know that from

15   several of the studies.  Posterior repairs have

16   been associated with dyspareunia if the levator

17   plication was done.

18             So, if it's characteristically described

19   in the paper that our posterior repairs were done

20   with levator plications, then you would rule in the

21   posterior repair as a potential cause.

22             If the posterior repair is not done with

23   a levator plication, the current studies are

24   showing that there is a much lower rate of

Bruce Alan Rosenzweig, M.D.

1    dyspareunia.

2            If a vaginal hysterectomy is done where

3    the pedicles are attached to the vaginal vault,

4    that could be a significant source of dyspareunia.

5            The description of what the dyspareunia

6    is, where the location is, if palpating the sling

7    causes pain, if you are having banding or

8    palpability of the sling during the exam, which was

9    described in other papers that described

10   dyspareunia and pain associated with slings, then

11   you could rule -- say that it is more likely that

12   the dyspareunia is caused by the sling.

13           If there is no other concomitant

14   procedure, obviously the dyspareunia would be due

15   to the sling itself.

16       Q.    Now, you mentioned the anatomical

17   location of where the pain would be with the TVT

18   Secur.  Is it your understanding that the pain or

19   the postoperative pain and dyspareunia commonly

20   associated with the TVT Secur would be kind of the

21   banding underneath where the Secur sling sits?

22       A.    Not necessarily.  We know that, you

23   know, the pelvis isn't an isolated structure.  We

24   know that there can be some -- because of the

Bruce Alan Rosenzweig, M.D.

1    chronic inflammation, the chronic foreign body

2    reaction, that this can impact the levator muscles,

3    which are just lateral to where the TVT Secur

4    fleece is supposed to lay, and that could then

5    increase levator spasm and levator pain, which can

6    be associated with dyspareunia.

7         Q.    What is your appreciation of the rate of

8    dyspareunia caused by TVT Secur attributable to

9    levator spasms?

10        A.    That specific description I have not

11   seen in the studies that I've reviewed.

12        Q.    And so the studies that you have

13   reviewed, where do they typically describe the pain

14   or dyspareunia with the TVT Secur?

15        A.    Well, in the Neuman paper specifically,

16   he talked about the stiffness or rigidity of the

17   TVT Secur as causing dyspareunia.  The Hota paper

18   felt that it was sharp edges associated with the

19   TVT Secur that would lead to pain.  So,

20   specifically they were describing the

21   characteristic defects of the TVT Secur in those

22   papers that were related to the consequence, which

23   would be dyspareunia.

24        Q.    But that would be where the sling is, if

Bruce Alan Rosenzweig, M.D.

```
1    I understand what you are saying?

2        A.    Well, they were describing the

3    characteristics of the sling that would lead to

4    dyspareunia, and where the -- most patients when --

5    now we are kind of getting away from studies and

6    clinical practice.

7              Most patients just know that it hurts

8    when they are having intercourse.  Some patients

9    try to describe an anatomic location where they say

10   most of the pain is, but most patients, if they --

11   so, if someone said like I have pain on

12   introduction, many times what that is is just spasm

13   of the muscles in anticipation of the pain with

14   intercourse.  If someone says that it's only when

15   you hit a certain location in my vagina, then that

16   would be a indication of where the source, if you

17   will.

18             But the vast majority of patients that I

19   see in my clinical practice say it hurts.  They try

20   to give a very vague description of where the pain

21   is, but it's very difficult to truly say what

22   specific anatomic location the pain is being

23   generated by.  They just know it hurts when they

24   are having intercourse.
```

Bruce Alan Rosenzweig, M.D.

1      Q.    So if I understand your testimony, you

2  referred to the Neuman paper and how they theorized

3  that the stiffness of the mesh caused dyspareunia?

4      A.    Correct.

5      Q.    Is it your understanding that based on

6  that theory that it would be the pain would be

7  where the mesh is or elsewhere?

8      A.    I just described for you my clinical

9  experience dealing with patients that have

10  dyspareunia and particularly dyspareunia from

11  midurethral slings or from single-incision slings;

12  and they are describing the defect Dr. Neuman and

13  Hota were describing, the defect of the sling that

14  caused dyspareunia.

15          That doesn't necessarily mean that that

16  is the only place where the patient is going to say

17  that their pain is coming from when they are having

18  intercourse.

19      Q.    Now, when you have pain or dyspareunia

20  from a native tissue repair, do you refer to that

21  as any type of defect causing that pain or

22  dyspareunia?

23      A.    Again, as we talked about, a levator

24  plication with a native tissue repair would be

Bruce Alan Rosenzweig, M.D.

1   an -- would be the causative factor, because what

2   you are doing is you are creating a very firm shelf

3   of muscle that when you are having intercourse is

4   more likely to spasm or to have abnormal scarring

5   in muscle that shouldn't be there.

6            So levator plications, we used to think

7   that doing a levator plication would improve the

8   anatomical results.  It made the posterior repair

9   look better but created a significant degree of

10   dyspareunia.

11       Q.   And with procedures such as a

12   hysterectomy or a pelvic organ prolapse procedure,

13   those come with them the risk of vaginal scarring

14   and shortening, correct?

15       A.   Scarring would be along the incision

16   line because that is where the tissue is healing.

17   Shortening would be caused by excessive removal of

18   vaginal tissue.  And another thing that has evolved

19   is the concept that you need to take out a

20   significant amount of vagina to create a scaffold

21   for the prolapse.

22            Now, the native tissue repair is that

23   scaffold is from bringing endopelvic fascia

24   together and you do not take out vagina because the

Bruce Alan Rosenzweig, M.D.

```
 1    vagina is not going to act as a scaffold.

 2         Q.    But the old way of doing it wasn't

 3    necessarily outside the standard of care, correct?

 4              MR. WALDENBERGER:  Objection, outside

 5         the -- hold on a second.  How is that within

 6         the scope of this deposition?

 7              MR. ROSENBLATT:  I'm just trying to

 8         get his understanding as to whether or not a

 9         change in the surgical procedure makes that

10         then become outside the standard of care.

11              MR. WALDENBERGER:  Right.  How is that

12         within the scope of a TVT-S deposition?

13              MR. ROSENBLATT:  I think it is

14         relevant to his reasoning and understanding,

15         and I don't think it has been previously

16         asked.

17              MR. WALDENBERGER:  It doesn't mean

18         it's within the scope.  I will let you go with

19         that one, but --

20              MR. ROSENBLATT:  I mean, you can

21         object, but --

22              MR. WALDENBERGER:  Objection is noted.

23         I'm not going to instruct him not to answer.

24         Go ahead.
```

Bruce Alan Rosenzweig, M.D.

```
 1   BY THE WITNESS:
 2       A.    I can't go back and say, you know, 20
 3   years ago that it would be outside the standard of
 4   care to do the kind of repairs we used to do.
 5   BY MR. ROSENBLATT:
 6       Q.    Would you agree with me that when TVT
 7   Secur was on the market it was within the standard
 8   of care for treating women with stress urinary
 9   incontinence?
10              MR. WALDENBERGER:  During what period?
11       The entire time it was on the market?
12              MR. ROSENBLATT:  I will just let
13       him -- are you objecting?
14              MR. WALDENBERGER:  I am objecting
15       because I think your question is vague.
16              MR. ROSENBLATT:  I will ask it
17       open-ended and then I will come back and
18       narrow it down if he needs me to.
19              MR. WALDENBERGER:  Did you need that
20       narrowed down?
21              THE WITNESS:  It would be important to
22       narrow it down.
23              MR. WALDENBERGER:  I instruct you not
24       to answer until he narrows it down.
```

Bruce Alan Rosenzweig, M.D.

1    BY MR. ROSENBLATT:

2         Q.    Doctor, at the time TVT Secur was

3    launched onto the market in 2006, what is your

4    understanding of whether or not TVT Secur was

5    within the standard of care for treating stress

6    urinary incontinence?

7                   MR. WALDENBERGER:  Objection to the

8         form.  You can answer.

9         A.    Well, obviously doctors back in 2006

10   when the TVT Secur was launched onto the market --

11   and I think we can agree that was around September

12   of 2006.

13        Q.    If that's your understanding.

14        A.    The doctors that were performing it did

15   not have all the information that the manufacturer

16   did about the risks associated with the device.

17   Those risks were not communicated to doctors, as I

18   have stated in my report.  All the risks that were

19   associated with the device which was known to the

20   manufacturer were not communicated to doctors, and

21   the risks of not only the defects associated with

22   the device but the difficulties in doing the

23   procedure which were not communicated to doctors

24   were not communicated to doctors.

Bruce Alan Rosenzweig, M.D.

1          So, I cannot fault the doctor for having

2    placed the TVT Secur in 2006 because they didn't

3    have all the information to make a reasonable

4    decision about whether or not they should be

5    placing this in a patient.

6          Q.    And I understand all of your opinions

7    about the defect and the failure to warn, and we

8    are going to go through those in more detail, but

9    those issues aside, you would agree that TVT Secur

10   was not outside the standard of care for treating

11   stress urinary incontinence?

12          MR. WALDENBERGER:   Objection, asked

13      and answered.   I will let him answer one more

14      time.

15          A.    As I say, I cannot hold the doctor at

16   fault for placing a TVT Secur in 2006 because the

17   doctor did not have all the information that the

18   manufacturer had about all the risks associated

19   with it.

20          Having known all the risks that are

21   associated with it, then it would, as it is today,

22   would be unreasonable for a doctor to place a TVT

23   Secur.

24          Q.    If a doctor acknowledged that he or she

Bruce Alan Rosenzweig, M.D.

1    was aware of all of the risks, would you still

2    place any fault on them for implanting a TVT Secur

3    while it was on the market?

4                    MR. WALDENBERGER:  I object to the

5          form of the question because you are not

6          identifying what the risks are or what the

7          risks are from.  So, in that regard I ask you

8          to rephrase the question because I don't think

9          it is capable of being answered as asked.

10                   MR. ROSENBLATT:  I will rephrase.

11   BY MR. ROSENBLATT:

12        Q.    If a surgeon knew of all the risks that

13   you have listed in your expert report and still

14   decided that TVT Secur was an appropriate option

15   for a patient that they were treating, would you

16   fault them for using TVT Secur?

17                   MR. WALDENBERGER:  Objection to the

18         form.  You can answer.

19        A.    As I say, I do not fault the doctors.

20        Q.    So you would agree with me that there

21   are some doctors who felt like TVT Secur was an

22   appropriate option for patients with stress urinary

23   incontinence?

24                   MR. WALDENBERGER:  Objection, calls

Bruce Alan Rosenzweig, M.D.

```
 1        for speculation.  You can answer.

 2        A.    As I state, I do not fault the doctors.

 3        Q.    But my question was slightly different,

 4   and I appreciate your answer, but you would agree

 5   that when the TVT Secur was on the market there

 6   were surgeons who felt as though TVT Secur was an

 7   appropriate option for treating women with stress

 8   urinary incontinence?

 9              MR. WALDENBERGER:  Objection, calls

10        for speculation.  You can answer.

11        A.    And as I've stated, I do not fault the

12   doctors.

13        Q.    But I don't think you have still

14   answered my question as far as you would agree that

15   there were surgeons who felt that it was an

16   appropriate treatment option for treating stress

17   urinary incontinence?

18              MR. WALDENBERGER:  In my view he has

19        answered your question, so I'm going to

20        instruct him not to answer that any longer.

21              MR. ROSENBLATT:  And as I appreciate

22        it, he has answered the question that he

23        doesn't fault the doctors, but I'm asking a

24        different question, which is you would agree
```

Bruce Alan Rosenzweig, M.D.

```
 1        that there were surgeons who felt as though

 2        the TVT Secur was appropriate for treating

 3        some women with stress urinary incontinence.

 4             MR. WALDENBERGER:  Paul, we both

 5        understand your question, and in my view it

 6        not only is speculative, but aside from being

 7        improper because it is speculative, he has

 8        answered it.  So, I'm going to instruct him

 9        not to answer it because I think he has

10        already answered that I think three times.  So

11        if you could move on to your next question, we

12        would appreciate it.

13   BY MR. ROSENBLATT:

14        Q.   Are you unable to answer the question

15   because you are not sure what surgeons thought at

16   the time?

17             MR. WALDENBERGER:  I'm not permitting

18        him to answer it because he has already

19        answered it and it is speculative, because you

20        are asking him to go into the minds of other

21        people, which he can't do, but he did the best

22        he could do by answering it the way that he

23        did, which is his answer.

24             MR. ROSENBLATT:  I think you can make
```

Bruce Alan Rosenzweig, M.D.

```
1        your objection, and I appreciate you

2        elaborating, but I think he can still answer

3        the question.

4              MR. WALDENBERGER:  Not when I tell him

5        not to, which is what I'm doing, because he

6        has already answered.

7              MR. ROSENBLATT:  On the basis of your

8        expert speculating?

9              MR. WALDENBERGER:  On the basis that

10       he has answered it twice.

11             MR. ROSENBLATT:  Well, I'm asking a

12       different question now.

13             MR. WALDENBERGER:  I haven't heard a

14       different question but I'm happy to listen to

15       that.  Let's take it from there.  What's the

16       new question?

17  BY MR. ROSENBLATT:

18       Q.   My previous questions were you would

19  agree that TVT Secur was within the standard of

20  care, and you said you would not fault the doctors,

21  correct?

22       A.   Correct.

23             MR. WALDENBERGER:  Objection, asked

24       and answered.  He has already answered that
```

Bruce Alan Rosenzweig, M.D.

```
1        question, so please move on to the next

2        question.

3    BY MR. ROSENBLATT:

4        Q.    I understand.  I'm providing you the

5    previous question.  Now my new question is -- my

6    new question is you would agree --

7                MR. WALDENBERGER:  I'm breathless with

8        anticipation.

9        Q.    -- that there were surgeons who felt as

10   though TVT Secur was an appropriate treatment

11   option for women with stress urinary incontinence?

12               MR. WALDENBERGER:  Paul, you have

13       asked it three times.

14               MR. ROSENBLATT:  But you haven't let

15       him answer all three times.

16               MR. WALDENBERGER:  Yes, I have let him

17       answer three times,and when you try a fourth

18       and a fifth time, that's when I shut him down.

19       He is not answering the question.  He has

20       answered it.

21               MR. ROSENBLATT:  But he hasn't.  I'm

22       going to insist that he answer the question.

23               MR. WALDENBERGER:  And I'm going to

24       insist that he not answer it, so why don't we
```

Bruce Alan Rosenzweig, M.D.

1          just move on to the next one.

2    BY MR. ROSENBLATT:

3          Q.    Are you refusing to answer the question?

4                MR. WALDENBERGER:  He is following my

5          instruction not to answer.

6          Q.    Are you refusing to answer the question?

7          A.    I'm following the instruction of

8    counsel.

9                MR. WALDENBERGER:  Right.

10         Q.    Doctor, did you review Ms. McGee's

11   deposition?

12         A.    No.

13         Q.    Have you reviewed any depositions of

14   Ms. McGee's family or friends?

15         A.    No.

16         Q.    Have you reviewed any deposition of

17   Ms. McGee's treating physicians?

18         A.    No.

19         Q.    Is it fair to say that you have not

20   reviewed any deposition testimony specific to the

21   McGee case?

22         A.    Correct.

23         Q.    Is it also fair to say that you have not

24   reviewed any of Ms. McGee's medical records?

Bruce Alan Rosenzweig, M.D.

1      A.      Correct.

2      Q.      So, it would then be fair to say that

3   you are not offering any case-specific opinions in

4   the McGee case, correct?

5      A.      Correct.

6      Q.      And so you obviously didn't perform a

7   physical exam on Ms. McGee?

8      A.      Correct.

9      Q.      And you have never spoken to Ms. McGee?

10     A.      Correct.

11             MR. WALDENBERGER:  Paul, we have been

12        going a little more than an hour, and I have

13        drank too much water.  Can we take a

14        five-minute break for the restroom?

15             MR. ROSENBLATT:  We can, and when you

16        come back, that would be great if he could

17        answer that question.

18             MR. WALDENBERGER:  I'm not going to

19        change my mind.  We are going to go off the

20        record.

21                (Recess taken, 10:14 - 10:26 a.m.)

22             MR. LUNDQUIST:  As discussed with

23        counsel on the break, this is Will Lundquist,

24        I'm appearing on behalf of the MDL.

Bruce Alan Rosenzweig, M.D.

 1        Mr. Aylstock cross-noticed this deposition on

 2        behalf of the MDL as a de bene deposition.

 3        From what I understand, to clarify, I don't

 4        think there is any doubt that this is a

 5        discovery deposition for Dr. Rosenzweig on the

 6        TVT Secur, and I'm appearing on behalf of the

 7        MDL at this discovery deposition for

 8        Dr. Rosenzweig on the Secur.

 9             MR. ROSENBLATT:  Thanks, Will.

10   BY MR. ROSENBLATT:

11        Q.    Doctor, we are just coming back from a

12   break.  I notice you have some binders sitting in

13   front of you.  Do you mind telling me what those

14   are?

15        A.    Those are the citations that are in my

16   report numbered from 1 through 91.

17        Q.    And when you say citations in your

18   report, is that referring to either the documents

19   or the literature that are specifically referenced

20   in the body of your report?

21        A.    Yes, in the footnotes of the report.

22        Q.    So, those two binders would not include

23   all of the studies that are on your reliance list,

24   correct?

Bruce Alan Rosenzweig, M.D.

1        A.    No.

2              MR. ROSENBLATT:  If I could, Madam

3        Court Reporter, mark each of those binders as

4        Exhibit 1 and Exhibit 2.

5              (Rosenzweig Exhibits 1 and 2 were

6               marked for identification as of

7               2/4/16.)

8   BY MR. ROSENBLATT:

9        Q.    Dr. Rosenzweig, we have just marked the

10  binders that we brought with you as Exhibits 1 and

11  2.  Did you bring anything else with you?

12       A.    A copy of my report and the notice of

13  deposition.

14             MR. WALDENBERGER:  Just so you know,

15       Paul, we are not producing these binders.

16       They are his binders for purposes of what his

17       materials are, but the documents are what they

18       are.  You know what they are based on the

19       footnotes, but I just want to let you know we

20       are not giving them to you guys now.  They are

21       Bruce's binders.

22             MR. ROSENBLATT:  We are going to want

23       a copy of everything.

24             MR. WALDENBERGER:  I will gladly have

Bruce Alan Rosenzweig, M.D.

```
1        copies made for you.

2               MR. ROSENBLATT:  Is there any

3        highlighting in there?

4               THE WITNESS:  No.

5               MR. WALDENBERGER:  You would have to

6        answer that.

7               THE WITNESS:  No.

8               MR. ROSENBLATT:  During the next break

9        I just want to flip through it, and if you

10       could give me a flash drive then, problem

11       solved.

12              MR. WALDENBERGER:  Even better, yes,

13       we will do that, and I will get that in the

14       works for you right now.  We won't have it for

15       you today, but I will get it to you when it

16       gets prepared.

17   BY MR. ROSENBLATT:

18       Q.    Is there any reason you didn't bring all

19   of the literature that's on your reliance list?

20       A.    It would be quite a voluminous task.

21       Q.    Doctor, I want to go back to something.

22   I'm going to try to phrase it to avoid your counsel

23   from objecting.

24              MR. WALDENBERGER:  Good luck.
```

Bruce Alan Rosenzweig, M.D.

1      Q.    You would agree with me that TVT Secur

2   was a recognized treatment option for stress

3   urinary incontinence as early as 2006, correct?

4              MR. WALDENBERGER:  What's that

5        question again?

6              THE WITNESS:  Recognized treatment

7        option.

8              MR. WALDENBERGER:  I will let him

9        answer that.

10     A.    Correct.

11             MR. WALDENBERGER:  Well done.  I did

12       not object.

13   BY MR. ROSENBLATT:

14     Q.    Doctor, you may disagree with whether or

15   not TVT Secur was an appropriate option, but you

16   would acknowledge that there were some doctors who

17   used TVT Secur to treat stress urinary

18   incontinence?

19     A.    There were some doctors that used TVT

20   Secur to treat stress urinary incontinence.

21     Q.    And as you said earlier, you don't fault

22   them for that?

23     A.    Correct.

24     Q.    And you would agree that TVT Secur was

Bruce Alan Rosenzweig, M.D.

1    an appropriate option for some patients to treat

2    stress urinary incontinence, correct?

3                MR. WALDENBERGER:  Objection to the

4         form.  You can answer.

5         A.    Do I feel it was an appropriate option?

6         Q.    We will start with that.

7         A.    No.

8         Q.    But you would agree that there were some

9    doctors who did feel that it was an appropriate

10   option?

11        A.    You asked that question.  I answered

12   that question yes.

13        Q.    I also want to go back to something.

14   When we were talking about the objective cure rates

15   for TVT Secur, I believe you gave me the figure 75

16   percent based on the Tommaselli study.  What is

17   your understanding of the subjective cure rate for

18   TVT Secur?

19        A.    It is less than the 75 percent.

20        Q.    How much less?

21        A.    Again, I would say in the range of a

22   high end would be 70 percent.

23        Q.    And what are you basing that on?

24        A.    Review of the literature, review of the

Bruce Alan Rosenzweig, M.D.

1    systematic reviews.

2         Q.    And you would acknowledge that there are

3    studies evaluating TVT Secur that report a much

4    higher subjective cure rate than 70 percent,

5    correct?

6         A.    Correct.

7         Q.    How do those studies factor into your

8    analysis of 70 percent?

9         A.    I reviewed again all the studies that

10   look at more favorable results.  There are also

11   studies that show that there was a 30 to 50 percent

12   subjective cure rate.

13        Q.    Now, when you said you reviewed all the

14   studies, I just want to make something clear.  You

15   are referring to the studies listed in your

16   reliance list, correct?

17              MR. WALDENBERGER:  Objection, form,

18        asked and answered.  I don't believe he said

19        that, but he can answer that question and

20        explain it again.

21        A.    Again, I reviewed a number of studies on

22   TVT Secur.  All of them may or may not be on my

23   reliance list.

24        Q.    But if they were important, you would

Bruce Alan Rosenzweig, M.D.

1    put them on your reliance list?

2              MR. WALDENBERGER:  Objection, asked

3         and answered.  Paul, I thought we had gone

4         over this, but I'm happy to have him answer it

5         again.  Go for it.

6         A.    There might be some important studies

7    that might not have made it on to my reliance list.

8         Q.    Now, Doctor, I know you have testified

9    to some of this in the past, so I'm going to try to

10   breeze through this portion very quickly, and where

11   I'm trying to get is very specific to TVT Secur,

12   but just to set up my questions, I do want to ask

13   you some that you have already answered.

14             I believe you told us you have removed

15   or explanted approximately 200 slings?

16        A.    Correct.

17        Q.    And when we say removed or excise, I

18   believe you testified or you told us that would

19   include trying to remove as much of the mesh as

20   possible?

21        A.    Correct.

22        Q.    That would also include a trimming a

23   small mesh exposure?

24        A.    Correct.

Bruce Alan Rosenzweig, M.D.

1        Q.    That would also include a simple

2    take-down procedure?

3        A.    You mean a release procedure?

4        Q.    Yes.

5        A.    Yes.

6        Q.    For a release procedure you are

7    essentially just pulling the mesh down with maybe a

8    nerve hook and cutting the mesh so you are not

9    cutting into the urethra, correct?

10       A.    If that's possible.  Sometimes we have

11   to transect it in situ without the ability to get

12   an instrument such as a nerve hook or a hemostat or

13   a Lahey or a very narrow right angle behind it, but

14   because of the degree of scarification, scar plate

15   formation, the degree of fibrosis, chronic foreign

16   body reaction, to be able to safely separate it so

17   that we would just separate it in situ.

18       Q.    One of the benefits with at least the

19   TVT mesh is that it's blue, correct?

20       A.    That was one of the things that was

21   cited back in 2004, if I remember correctly, when

22   it was converted from a clear to a blue color.  It

23   would help with implantation but would also help

24   with removal.

Bruce Alan Rosenzweig, M.D.

1      Q.    Did you find that to be beneficial when

2  you were removing?

3      A.    Sometimes it's difficult to tell whether

4  the blue is from a vein or a blood vessel or the

5  blue is from the mesh.  I have, unfortunately,

6  transected a number of blood vessels thinking that

7  it was the mesh only to find out that it was a

8  blood vessel.  So, sometimes it made it easier,

9  sometimes it increased the degree of complications

10  of the procedure.

11      Q.    I believe you told us of those 200

12  removal or excision, or I use the word take-down --

13  what did you use?

14      A.    Release.

15      Q.    I will start over.

16            So, of those 200 removal, excision or

17  release procedures that you performed on slings, I

18  believe you told us about 40 to 50 of those

19  procedures would have been Ethicon's TVT meshes?

20      A.    That would be a rough estimate.  It is

21  probably a little bit higher now since I have done

22  a few more since the last discussion where I gave a

23  number like that.

24      Q.    How many TVT meshes have you removed in

Bruce Alan Rosenzweig, M.D.

```
1    2016?

2         A.    Two or three.  I think I just did one

3    last week.

4         Q.    So that number may be 40 to 53 now,

5    approximately?

6         A.    Yes.

7         Q.    And of those, I will say, 40 to 53

8    Ethicon meshes that you have removed or excised or

9    released, how many of those were laser-cut TVT

10   slings?

11        A.    That I can't tell you because I don't

12   always get the product, a UPIN number I think is

13   what it's called, or identification number; and

14   even when I have looked on the product

15   identification sticker, I haven't seen where it

16   specifically states whether it's mechanical cut or

17   laser cut.

18        Q.    But you know if there is an "L," that

19   means it is laser cut, on the product sticker,

20   right?

21        A.    Yes.

22        Q.    How many of those 40 to 53 Ethicon TVT

23   slings that you have removed were TVT Secur?

24        A.    Less than five, and those I would know
```

Bruce Alan Rosenzweig, M.D.

1    were laser cut.

2        Q.    And how would you know that the TVT

3    Securs were laser cut?

4        A.    Because all the TVT Securs are laser

5    cut.

6        Q.    And when you are excising or removing or

7    releasing one of the Ethicon TVT meshes, how are

8    you able to determine whether it is a TVT Secur, a

9    TVT retropubic or a TVT obturator sling?

10       A.    From the operative report.

11       Q.    So, as I understand it, if you have the

12   operative report you are able to determine whether

13   it's retropubic, obturator or a mini-sling?

14       A.    Correct.

15       Q.    Sometimes you have the product code?

16       A.    Correct.  And sometimes, as I have had a

17   few are Exact, and then I would know that it is a

18   laser-cut mesh because all Exacts are laser cut.

19       Q.    And without having the benefit of the

20   operative report or the product code, how are you

21   able to determine whether a TVT mesh is TVT

22   retropubic, TVT obturator or TVT Secur?

23       A.    Well, it's very -- it's relatively easy

24   to tell a retropubic from a obturator, because the

Bruce Alan Rosenzweig, M.D.

1    retropubic quickly goes up, you know, towards the

2    urogenital diaphragm underneath the urethra.  The

3    obturators go lateral out to the obturator foramen,

4    so it's easy to tell a retropubic from a obturator

5    foramen.

6              Whether or not it is a mini-sling, you

7    can feel that, particularly with the Secur, because

8    there is no anchor into the obturator muscle or the

9    obturator foramen.  The sling ends at the obturator

10   foramen or, excuse me, the obturator internus

11   muscle.

12             MR. ROSENBLATT:  I want to go ahead

13        and mark as Exhibit 3 what's been marked as

14        the notice of deposition.

15             (Rosenzweig Exhibit 3 was marked for

16             identification as of 2/4/16.)

17   BY MR. ROSENBLATT:

18        Q.   Am I correct that you brought a copy of

19   this notice with you?

20        A.   Yes, I did.

21        Q.   And it says -- strike that.

22             If you could turn with me to Page 3

23   under document request.

24        A.   Yes.

Bruce Alan Rosenzweig, M.D.

1      Q.    I'm looking at number 4.  It says a copy

2  of your complete file in this case.  Did you bring

3  a copy of your complete file in this case?

4      A.    No.  From my understanding, that's going

5  to be made available to you electronically.

6            MR. ROSENBLATT:  Counsel, you can

7      verify that.

8            MR. WALDENBERGER:  Are you defining

9      case as the McGee case or are you defining

10     case as -- how are you defining case?  I guess

11     that's the interesting way of answering your

12     question, because if it is the McGee case, he

13     doesn't have any McGee documents.

14           MR. ROSENBLATT:  The complete case

15     file for TVT Secur.

16           MR. WALDENBERGER:  Yeah, sure.

17           MR. ROSENBLATT:  Okay.  Counsel, you

18     will make that available electronically?

19           MR. WALDENBERGER:  Yes.

20           MR. ROSENBLATT:  I would ask if there

21     are any highlighted documents that we have the

22     benefit of the highlighted documents whether

23     you want to scan those in or however you want

24     to do that.

Bruce Alan Rosenzweig, M.D.

1              MR. WALDENBERGER:  To the extent any

2         exist, sure.  I don't know whether any do or

3         not.

4    BY MR. ROSENBLATT:

5         Q.    Doctor, when you review the literature

6    do you manually highlight your literature?

7         A.    There are times that I do, there are

8    times that I don't.

9         Q.    Do you recall whether or not you

10   highlighted any TVT Secur literature?

11        A.    In this case?

12        Q.    We are here talking about TVT Secur.

13   I'm wondering if you have highlighted any TVT Secur

14   medical literature that would assist you in

15   supporting your opinions?

16        A.    In this case?

17             MR. WALDENBERGER:  Are you talking

18        ever, has he ever done it?

19             MR. ROSENBLATT:  In any TVT Secur

20        case.

21        A.    Yes, I might have.

22        Q.    And would you be able to make those

23   highlighted articles available to your counsel to

24   provide to us?

Bruce Alan Rosenzweig, M.D.

1       A.    I can try to do that.

2       Q.    And would you have highlighted any TVT

3    Secur company documents to support your opinions in

4    any TVT Secur case?

5       A.    I might have done that.

6       Q.    Again, the same request, if you could

7    provide those to your counsel and if we could get

8    copies of those.

9       A.    I can try to do that.

10      Q.    Doctor, number 5, it says, "All

11   documents, including but not limited to

12   calculations, correspondence, data, calendar

13   entries, notes and other materials reflecting the

14   compensation paid to you for study and testimony in

15   this case."

16            Do you see that?

17      A.    Yes.

18      Q.    And have you brought any documents to

19   that effect with you today?

20      A.    I have not submitted any bills for this

21   case.

22      Q.    Did you bring any bills or invoices with

23   you at all?

24            MR. WALDENBERGER:  You can answer that

Bruce Alan Rosenzweig, M.D.

```
1        question, and then I'm just going to put an
2        objection on the record, but you can answer
3        that.
4        A.    No.
5               MR. WALDENBERGER:  And Paul, as you
6        know, when you e-mailed me, I objected to this
7        particular request because it was outside the
8        scope of this particular deposition, which is
9        why he doesn't have any of those materials
10       here.
11              MR. ROSENBLATT:  And I will just put
12       on the record as well that my understanding is
13       in the Carlino case Judge Powell said we could
14       cite to him as precedent that he is requiring
15       experts to produce all of their invoices.
16              So, I'm just renewing my request for
17       those documents, and we can revisit that
18       issue, but your objection is noted, and we
19       would like to continue pursuing those
20       documents.
21              MR. WALDENBERGER:  Sure.
22  BY MR. ROSENBLATT:
23       Q.    But Doctor, you do have a copy of all of
24  your invoices that you could provide to your
```

Bruce Alan Rosenzweig, M.D.

```
 1   counsel?

 2        A.    For this case?

 3        Q.    For your work in all the pelvic mesh

 4   litigation.

 5        A.    No, I don't.

 6        Q.    I believe counsel could gather that

 7   together, though, if need be.

 8        A.    That would be quite difficult for all of

 9   the pelvic litigation.

10        Q.    How many invoices --

11             MR. WALDENBERGER:  He hasn't asked you

12        a question, so we will stop there.

13   BY MR. ROSENBLATT:

14        Q.    How many invoices would you say you have

15   submitted in the pelvic mesh litigation?

16        A.    Over the last five years?

17        Q.    Yes.

18             MR. WALDENBERGER:  I'm going to object

19        to the extent that it is outside the scope of

20        this particular deposition, but I'm going to

21        let him answer that.

22        A.    I don't know.

23        Q.    Including the -- strike that.

24             How many hours have you spent preparing
```

Bruce Alan Rosenzweig, M.D.

1    for your opinions in any TVT Secur case?

2         A.    In any TVT Secur case?  I don't -- I

3    don't even have an estimate.

4         Q.    How many hours did you spend preparing

5    for this deposition?

6         A.    Approximately 22 hours.

7         Q.    And you said you have not submitted a

8    bill for that?

9         A.    Correct.

10        Q.    And for those 22 hours, how much of that

11   would be meeting with your attorney?

12        A.    Approximately seven hours.

13        Q.    And of those seven hours, was that all

14   in one day?

15        A.    Correct.

16        Q.    And when was that?

17        A.    Yesterday.

18        Q.    And who did you meet with?

19        A.    The two gentlemen sitting here.

20        Q.    And so the other 15 hours, was that

21   spent working on your expert report?

22        A.    Correct.

23        Q.    Doctor, let me go ahead and mark this

24   while it is in front of me.  I'm marking as Exhibit

Bruce Alan Rosenzweig, M.D.

1    4, this is the supplemental expert report that you

2    submitted in this case?

3         A.    Correct.

4                    (Rosenzweig Exhibit 4 was marked for

5                    identification as of 2/4/16.)

6    BY MR. ROSENBLATT:

7         Q.    And you brought a copy of this expert

8    report with you as well?

9         A.    Correct.

10        Q.    And if we turn to Page 26, that's your

11   signature there?

12        A.    Correct.

13        Q.    And this was served January 15th or

14   strike that.

15               This is dated January 15th, 2016?

16        A.    Correct.

17               MR. ROSENBLATT:  I may go back to that

18        in just a minute.

19               Go ahead and mark as Exhibit 5, a

20        supplemental reliance list in the McGee case.

21                    (Rosenzweig Exhibit 5 was marked for

22                    identification as of 2/4/16.)

23   BY MR. ROSENBLATT:

24        Q.    This is the supplemental reliance list

Bruce Alan Rosenzweig, M.D.

1    that we received a few days ago.  Did you ask your

2    attorney to include any additional studies or

3    documents that are now included in this list?

4         A.    I did not.

5              MR. WALDENBERGER:  Just so you know,

6         Paul, we prepared this list.

7              MR. ROSENBLATT:  Okay.

8              MR. WALDENBERGER:  And the stuff on

9         the end, there is a KM Bates stamp.  That's

10        because when we looked at the list we maybe

11        saw that those weren't included before.  That

12        may be duplicative, but we re-Bates-stamped

13        with a "KM" in an abundance of caution.  There

14        may be things that were on the other list, but

15        it is so big that we would just like to err on

16        the side of caution.

17             MR. ROSENBLATT:  I appreciate that.

18   BY MR. ROSENBLATT:

19        Q.    Doctor, just speaking in general terms,

20   if there was a device that could positively affect

21   incontinence issues for women, would that be a good

22   thing?

23        A.    Hypothetically?

24        Q.    Yes.

Bruce Alan Rosenzweig, M.D.

1      A.    Hypothetically, yes.

2      Q.    And would you say ideally or

3  hypothetically you would agree that less invasive

4  is better than more invasive?

5      A.    That statement I can't answer because

6  there are many different things that go into a

7  distinction between less invasive and more

8  invasive.

9      Q.    So, you can't answer whether or not it

10  would be ideal to have a less invasive procedure

11  over a more invasive procedure?

12          MR. WALDENBERGER:  Objection, asked

13      and answered.  I think he just explained to

14      you.  If you want to qualify your question or

15      add some components to it, but I'm not

16      instructing him not to answer, so you can

17      answer.

18      A.    Again, without more information, I can

19  give you an example of something that's less

20  invasive, such as putting an IV in and then

21  injecting chemotherapy, that has --

22      Q.    And --

23          MR. WALDENBERGER:  Let him finish.

24      A.    That can be quite risky versus a

Bruce Alan Rosenzweig, M.D.

1    surgical, an invasive surgical procedure.

2        Q.    And Doctor, I think I said I was

3    speaking in general terms, but speaking in general

4    terms related to treatment for stress urinary

5    incontinence.

6        A.    And again, with the same qualifiers,

7    without more information it would be very difficult

8    to answer that question.

9        Q.    And you would agree that in general no

10   exit wounds is better than exit wounds?

11       A.    Again, in that are we talking about

12   gunshots or --

13            MR. WALDENBERGER:  Or are we talking

14       about stress urinary incontinence treatment?

15       A.    Because if you have a

16   through-and-through gunshot wound, that's probably

17   more preferable than no exit wound because then the

18   bullet is bouncing around in someone's body.

19            MR. WALDENBERGER:  I think he is going

20       to rephrase his question.

21       Q.    Doctor, I have got a list of questions

22   here, and they are all related to incontinence

23   surgery in general.

24       A.    Okay.

Bruce Alan Rosenzweig, M.D.

1      Q.    Is that enough of a qualifier there?

2      A.    Excellent.

3      Q.    So, with that understanding, would you

4   agree that no exit wounds is potentially better

5   than exit wounds?

6      A.    Not necessarily.

7      Q.    And why is that?

8      A.    Again, without more information about

9   what is taking place with the exit wounds, it would

10  be very difficult to answer that even in a general

11  hypothetical sense.

12     Q.    And again, generally speaking about SUI

13  surgeries, you would agree that it's a benefit to

14  be able to accommodate patients who are concerned

15  with any type of cosmetic scarring?

16           MR. WALDENBERGER:  Objection to the

17     form, vague.  You can answer if you understand

18     it.

19     A.    Again, without anything more than just

20  cosmetic scarring, I can't answer that question.

21     Q.    Have you ever had any patients come to

22  you who were concerned about scars that they may

23  have on their abdomen or pubic area from an

24  incontinence surgery?

Bruce Alan Rosenzweig, M.D.

1      A.    If they are a keloid former, which means

2   that they have an exaggerated scar, they would be

3   concerned about that, yes.

4      Q.    And there may be some women who may be a

5   model or they are just overly concerned about their

6   appearance and wouldn't want any type of scar,

7   correct?

8      A.    That is a possibility, yes.

9      Q.    And so you agree it is potentially a

10  benefit to have a procedure that could treat

11  incontinence that would not leave a cosmetic scar?

12          MR. WALDENBERGER:  Objection to form.

13  You can answer.

14     A.    Again, without knowing anything more

15  than just that hypothetical, I can't answer that

16  question.

17     Q.    And generally speaking, would you agree

18  that less anesthesia is better than more

19  anesthesia?

20     A.    And we are talking about general

21  anesthesia or we are talking about regional

22  anesthesia or we are talking about local

23  anesthesia?

24     Q.    Let's talk about local versus general

Bruce Alan Rosenzweig, M.D.

1    for a stress urinary incontinence procedure.

2         A.    Local anesthesia would be beneficial

3    compared to general anesthesia.

4         Q.    And you would agree that a quicker

5    operation would be better than a longer operation?

6         A.    And we are talking about what length of

7    operation.  Whether it's the difference between 15

8    minutes and 20 minutes wouldn't make a significant

9    difference.  The difference between 20 minutes and

10   four hours would make a significant difference.

11        Q.    And when you say it could make a

12   difference, what is the reason behind that

13   statement that there could be a big difference

14   between the operative times?

15        A.    Between 20 minutes and four hours?

16        Q.    Yes.

17        A.    The operation that's longer than two

18   hours would increase the risk of deep venous

19   thrombosis, postoperative pneumonia and

20   postoperative infection.

21        Q.    In your opinion, is there a significant

22   difference between a 10-minute procedure and a

23   one-hour procedure?

24        A.    Potentially.

Bruce Alan Rosenzweig, M.D.

1      Q.    And what would that difference be?

2      A.    Well, usually within an hour you are

3   going to have only a minimal risk of increasing the

4   intraoperative morbidity from a procedure, so there

5   probably is not a significant difference in the

6   timeframe that you gave me.

7      Q.    And that brings up another point.  It

8   would be beneficial to reduce intraoperative

9   complications, if possible?

10     A.    Yes.

11     Q.    And if it was possible to make an

12   operation quicker without introducing new risks,

13   that would be beneficial?

14     A.    Again, not necessarily.

15     Q.    You would agree that it would be

16   beneficial to be able to treat a patient with

17   general stress urinary incontinence as well as ISD

18   or intrinsic sphincter deficiency, correct?

19          MR. WALDENBERGER:  Could you read that

20      question back.

21          THE REPORTER:  "You would agree that

22      it would be beneficial to be able to treat a

23      patient with general stress urinary

24      incontinence as well as ISD or intrinsic

Bruce Alan Rosenzweig, M.D.

1          sphincter deficiency, correct?"

2                    MR. WALDENBERGER:  I object to the

3          form of the question.

4          A.    Well, intrinsic sphincter deficiency is

5     a form of stress urinary incontinence.

6          Q.    Have you seen studies that would

7     indicate that a retropubic approach is better at

8     resolving ISD than other approaches?

9          A.    That has been suggested in the

10    literature.

11         Q.    And so you would agree that there would

12    be some benefit to be able to perform either a

13    retropubic procedure or an obturator procedure,

14    depending on the type of incontinence a patient

15    had?

16         A.    I don't understand your question.

17         Q.    You would agree that -- I will re-ask

18    it.

19                    You would agree that it would be a

20    benefit to have a versatile procedure that would

21    allow you to either perform it through the

22    obturator or retropubically, depending on the type

23    of incontinence a patient had?

24                    MR. WALDENBERGER:  Objection to the

Bruce Alan Rosenzweig, M.D.

1          form, vague.  You can answer it if you

2          understand it.

3          A.    Again, I don't understand your question.

4   I --

5                MR. WALDENBERGER:  That's fine.  He

6          doesn't understand your question.

7          Q.    You agree it would be a benefit if a

8   woman was able to drive herself to and from an

9   operation the same day, correct?

10         A.    After surgical procedures our

11  recommendation is that the patient would not drive

12  themself home from the operation even if it is done

13  under local anesthesia.

14         Q.    But you would agree that that would be a

15  benefit, correct?

16         A.    I would not recommend any patient drive

17  themself home after a surgical procedure even if it

18  is done under local anesthesia.

19         Q.    Would you agree that it's a benefit to

20  have a patient leave the procedure that same day

21  and go home as opposed to staying overnight in a

22  hospital?

23         A.    There is an economic benefit of a

24  same-day surgery versus an overnight stay.

Bruce Alan Rosenzweig, M.D.

1    However, if you admit the patient as a 24-hour

2    observation, that economic benefit is minimized and

3    there doesn't appear to be a significant difference

4    between a observation versus a outpatient

5    procedure.

6         Q.    Would you agree that it would be a

7    benefit for a patient to undergo a procedure where

8    she did not have to go home with a catheter?

9         A.    Yes.

10        Q.    You agree that it would be beneficial

11   for a woman to undergo a procedure that would allow

12   her to return to her normal activities quicker?

13        A.    What normal activities are you talking

14   about?

15        Q.    Just generally speaking, walking,

16   running, lifting, going back to work.

17        A.    Going back to work would be an economic

18   benefit.  I'm not sure that walking -- most

19   patients after any surgical procedure are

20   encouraged to get up and walk as quickly after the

21   surgical procedure as possible.

22        Q.    Doctor, how do you define normal

23   activities?

24             MR. WALDENBERGER:  For himself?

Bruce Alan Rosenzweig, M.D.

```
 1              MR. ROSENBLATT:  Yeah.

 2              MR. WALDENBERGER:  How do you define

 3       your own normal activities?

 4    BY MR. ROSENBLATT:

 5       Q.    When you are talking about a patient,

 6    how do you define normal activities?

 7       A.    So how do I counsel my patients about

 8    what -- when they can go back to work, when they

 9    can have sexual intercourse, when they can exercise

10    or when I expect them to get out of bed and walk

11    around?  Because I expect my patient to get out of

12    bed and walk around as soon after the surgical

13    procedure as possible.

14       Q.    So, you would agree it would be a

15    benefit for a patient to be able to have sex sooner

16    after a procedure than later?

17              MR. WALDENBERGER:  Objection to the

18       form, vague.  I think it is relative to time,

19       but you can answer if you understand that.

20              THE WITNESS:  It would be beneficial

21       to have intercourse sooner?

22              MR. WALDENBERGER:  Do you understand

23       the question?

24              THE WITNESS:  No.
```

Bruce Alan Rosenzweig, M.D.

1    BY MR. ROSENBLATT:

2        Q.    Do you agree it would be beneficial for

3    a patient to undergo a procedure that would allow

4    her to return to work faster than another

5    procedure?

6        A.    Return to work?

7        Q.    Yes.

8        A.    As an economic benefit, yes.

9        Q.    And you would certainly agree that if

10   there was a single mother who was the breadwinner,

11   that that could be an important factor for that

12   patient in considering her surgical options,

13   correct?

14            MR. WALDENBERGER:  I don't even know

15       what to say.  Objection, you can answer.

16       A.    Well, most of my patients would fall

17   under the economic umbrella that their surgical

18   procedure is covered by their short-term

19   disability, and so I don't see that that would be

20   that significant unless they did not have that

21   ability to be covered under short-term disability.

22       Q.    You agree that less postoperative pain

23   is better than more postoperative pain?

24       A.    Yes.

Bruce Alan Rosenzweig, M.D.

1      Q.    And that would be true for both the

2  short term and the long term?

3      A.    Yes.

4      Q.    You would agree that less mesh is better

5  than more mesh?

6      A.    Mesh cannot create the chronic foreign

7  body reaction, chronic inflammatory response, the

8  degradation and contraction if it is not in a

9  location.  Now, the exact tissue response is the

10 same at the -- where the mesh is.

11     Q.    I appreciate that, Doctor.  I'm not

12 clear on your answer, so I'm hoping I can ask it

13 again and maybe better understand your answer.

14           Yes or no:  Would you agree that in

15 general less mesh is better than no -- than more

16 mesh?

17           MR. WALDENBERGER:  Objection, asked

18      and answered, and you do not have to limit

19      your answer to yes or no.  Please answer the

20      question as you see fit as long as it is

21      responsive to his question.

22     A.    Mesh cannot create the chronic

23 inflammation, chronic foreign body reaction,

24 contraction, degradation and the effect on the

Bruce Alan Rosenzweig, M.D.

1    tissue that it has if it is not in that location,

2    but the effect on the tissue is the same where the

3    mesh is.

4         Q.    But you would agree it would be

5    beneficial to have less mesh because that would

6    then mean that there is less of a reaction?

7         A.    There is not less of a reaction.  There

8    is less of an area where that reaction is taking

9    place.

10        Q.    So, in your opinion is there any benefit

11   to 8 centimeters worth of mesh as opposed to 40 or

12   45 centimeters worth of mesh?

13        A.    Well, we know that not all 45

14   centimeters of mesh is in the body at the end of

15   the surgical procedure.  So, where the mesh is not

16   is not going to undergo a chronic foreign body

17   reaction, chronic foreign body, mesh contraction,

18   mesh degradation, mesh deformation and the

19   consequences of that, which is erosion, pain,

20   dyspareunia, chronic pain, the need for chronic

21   revision procedures; all the things that are

22   illustrated in my report.

23        Q.    Would you say that less mesh leads to

24   fewer complications as opposed to more mesh leading

Bruce Alan Rosenzweig, M.D.

1   to more complications?

2        A.    The mesh cannot create a complication

3   where it isn't.

4        Q.    Doctor, what I'm trying to get from you

5   is whether or not you as a surgeon would see any

6   benefit to treating a patient's condition with less

7   mesh, less surface area, than more mesh, whether

8   it's 8 centimeters versus 15 centimeters?

9              MR. WALDENBERGER:  Is that a question?

10        That sounded like a statement rather than a

11        question.

12             MR. ROSENBLATT:  I added a statement

13        at the end.

14             MR. WALDENBERGER:  So I don't know

15        what the question, so let's start there.

16             MR. ROSENBLATT:  I will strike that.

17   BY MR. ROSENBLATT:

18        Q.    My question is, Doctor, do you see a

19   benefit as a surgeon to implanting less mesh in a

20   patient to treat stress urinary incontinence than

21   implanting more mesh, or do you see no benefit?

22             MR. WALDENBERGER:  Objection to the

23        form, asked and answered several times.  You

24        can answer again.

Bruce Alan Rosenzweig, M.D.

1      A.    I don't see any benefit to implanting

2  mesh.

3      Q.    And I understand that's your opinion.

4  What I'm trying to pin down, Doctor, is whether or

5  not there is a benefit to using less mesh or

6  whether it doesn't matter if you use more mesh

7  because you are going to have the same reaction?

8              MR. WALDENBERGER:  Objection, asked

9       and answered.  You can answer again.

10     A.    The mesh creates the same tissue

11  response where the mesh is.  It cannot create the

12  same tissue response where it is not.

13     Q.    Did you want to elaborate any more than

14  that, or are you sticking to that answer?

15             MR. WALDENBERGER:  Objection to the

16      form.  It's a perfectly appropriate answer to

17      stick with, unless you have something to add.

18      Anything to add?  Are you good?

19             THE WITNESS:  I'm good.

20             MR. WALDENBERGER:  All right.

21  BY MR. ROSENBLATT:

22     Q.    Doctor, would you agree that less mesh

23  means less foreign body response?

24     A.    In the places where there is no mesh,

Bruce Alan Rosenzweig, M.D.

1    there will not be a foreign body response.

2         Q.    So is that a yes or a no?

3         A.    In the area where there is no mesh,

4    there will be no foreign body response.

5         Q.    Doctor, are you unable to answer the

6    question with a "yes" or a "no"?

7                   MR. WALDENBERGER:  He has answered the

8         question, Paul, but you can ask it again.

9         Q.    I said, are you unable to answer the

10   question with a "yes" or a "no"?

11        A.    The answer is that if there -- where

12   there is no mesh, there will be no foreign body

13   response.

14        Q.    And my followup to that is, wouldn't you

15   agree that that is a benefit to have less area

16   where you would have a foreign body reaction?

17                  MR. WALDENBERGER:  Objection, asked

18        and answered.  You can answer it again.

19        A.    You will not have the consequence of the

20   foreign body reaction where the mesh is not.

21        Q.    Doctor, would you agree that less mesh

22   means less inflammation and less mesh left behind?

23                  MR. WALDENBERGER:  Objection,

24        compound.  You are asking about inflammation.

Bruce Alan Rosenzweig, M.D.

```
1              MR. ROSENBLATT:  I will break it down

2         for your counsel.

3              MR. WALDENBERGER:  And for him, but

4         thank you.

5    BY MR. ROSENBLATT:

6         Q.    Do you need me to separate those two?

7         A.    Yes, please.

8         Q.    I will.  Doctor, would you agree that

9    less mesh means more -- strike that.

10             Doctor, would you agree that less mesh

11   means less inflammation?

12        A.    There will not be inflammation where the

13   mesh is not.

14        Q.    So you can't answer that with a "yes" or

15   a "no"?

16             MR. WALDENBERGER:  Objection to the

17        form.  You can answer.

18        A.    There will not be inflammation where the

19   mesh isn't.

20        Q.    And you would agree that that's a

21   benefit if you don't have inflammation in certain

22   areas where you might if you had more mesh?

23             MR. WALDENBERGER:  Objection to the

24        form.
```

Bruce Alan Rosenzweig, M.D.

```
1        A.    If the mesh cannot create the chronic

2   inflammation, the chronic foreign body reaction,

3   scar plate formation where the mesh is not.

4        Q.    Doctor, would you agree that less mesh

5   left behind is a benefit compared to more mesh left

6   behind?

7        A.    More mesh left behind will be more areas

8   where the mesh is creating chronic foreign body

9   reaction, chronic inflammation, chronic

10  scar-plating and irritating more nerves than an

11  area where there is less mesh.

12       Q.    And now that we have established that,

13  would you agree that that would be a benefit to

14  have less of a foreign body reaction?

15       A.    The foreign body reaction where the mesh

16  is is going to be the same.  If there is no mesh in

17  another location, there will not be a foreign body

18  reaction where the mesh is not.

19       Q.    And you would agree that that would be a

20  benefit?

21       A.    No, because of the area where the mesh

22  is you are getting chronic foreign body reaction,

23  chronic inflammation, scar plating, nerves being

24  injured and all of the responses or all of the
```

Bruce Alan Rosenzweig, M.D.

1    complications that I highlight in my report.

2        Q.    Doctor, have you ever issued the opinion

3    that the TVT Abbrevo is safer than the TVT-O?

4             MR. WALDENBERGER:  Objection.  How is

5        that within the scope of this deposition?

6             MR. ROSENBLATT:  It is within the

7        scope of the deposition because I'm talking

8        about sling length here and he has not

9        answered my question, so...

10            MR. WALDENBERGER:  He has answered the

11       question just fine.

12            MR. ROSENBLATT:  I'm making a

13       comparison here.

14            MR. WALDENBERGER:  I will let him

15       answer the question.

16       A.    The Abbrevo is 12 centimeters.  It goes

17   through the obturator internus, the obturator

18   foramen, the obturator externus muscle.

19            There is no mesh that is in the

20   obturator -- or excuse me -- the adductor longus,

21   the adductor brevis; and therefore, there would not

22   be that irritation of those muscles, there would

23   not be the irritation of the obturator nerve from

24   the Abbrevo.

Bruce Alan Rosenzweig, M.D.

```
1                MR. WALDENBERGER:  What number is

2        this?  Five, six.

3                MR. ROSENBLATT:  I have just handed

4        you what we have marked as Exhibit 6.

5                    (Rosenzweig Exhibit 6 was marked for

6                     identification as of 2/4/16.)

7   BY MR. ROSENBLATT:

8        Q.    And just hang on to that for a second,

9   Doctor, but first I have a question.

10               Is a smaller area of chronic foreign

11  body reaction a better result than a larger area?

12       A.    The foreign body response will be the

13  same in the smaller area.  It's just that it is

14  where the mesh is not you would have -- you would

15  not have a chronic foreign body reaction.

16       Q.    And you agree that that would be a

17  benefit?

18       A.    For the area where there is no chronic

19  foreign body reaction, yes.

20       Q.    So are you saying that there is no

21  difference if the mesh is present?

22       A.    You cannot have a chronic foreign body

23  reaction, degradation, contraction where the mesh

24  is not.
```

Bruce Alan Rosenzweig, M.D.

1      Q.    Doctor, if you have pain in your big toe

2   and you have a headache -- strike that.

3            I have handed you what's been marked as

4   Exhibit 6.  Do you recognize this document?

5      A.    Yes.

6      Q.    And please tell us what this document

7   is.

8      A.    This is a fourth supplemental report in

9   the Huskey, et al., case in the West Virginia MDL.

10     Q.    And you recall that the Huskey case was

11  a TVT-O laser-cut case?

12     A.    Correct.

13     Q.    And in this supplemental report I

14  believe you stated that Ethicon had a safer option

15  for patients other than the TVT-O in the Abbrevo

16  sling, is that correct?

17     A.    Correct.

18     Q.    And I understand it's your opinion that

19  no mesh should be used in the pelvic floor,

20  correct?

21     A.    Correct.

22     Q.    And you stand by that statement today?

23     A.    Correct.

24     Q.    And you also said in your report that

Bruce Alan Rosenzweig, M.D.

1    the Abbrevo sling has less mesh than the TVT-O,

2    which means less foreign body response, less

3    inflammation and less mesh left in the adductor

4    muscle, resulting in less chronic pain, chronic

5    groin pain and chronic pelvic pain for the patient,

6    correct?

7         A.    Correct.

8         Q.    And you still stand by that today?

9         A.    As I was saying, you cannot get a

10   chronic foreign body response, chronic inflammation

11   in the adductor muscles because there would be no

12   mesh in the adductor muscles.

13        Q.    And part of your opinion that support --

14   or strike that.

15            So, your opinion in the Huskey case was

16   that the TVT Abbrevo laser-cut, 12-centimeter mesh

17   was a safer option than the longer TVT-O laser-cut

18   mesh?

19        A.    For Ms. Huskey, yes.

20        Q.    And what specific to Ms. Huskey would

21   differentiate your opinion from, say, another

22   patient?

23        A.    Well, she was having pain from

24   irritation of her obturator nerve and the chronic

Bruce Alan Rosenzweig, M.D.

1    foreign body reaction and chronic inflammation of

2    the tape left in the adductor muscles lying next to

3    the obturator nerve was leading to her chronic

4    obturator nerve pain and her chronic leg pain.

5        Q.    So you can't make a general statement

6    that TVT Abbrevo is safer than TVT-O laser cut?

7        A.    The effect of the Abbrevo with the

8    chronic foreign body reaction, chronic

9    inflammation, degradation, contraction in the

10   vagina is going to be the same.

11       Q.    I don't think you are answering my

12   question here, so I'm going to keep trying until

13   you do.  Is it true that you cannot make a general

14   statement that the TVT Abbrevo is a safer option

15   than the TVT-O laser-cut mesh?

16             MR. WALDENBERGER:  Paul, why is this

17         inside the scope of a TVT-S deposition?

18             MR. ROSENBLATT:  I'm making a

19         comparison to his previous opinion about how a

20         shorter mesh is safer than a longer mesh when

21         they are both laser cut, and here we are

22         talking about a even shorter mesh and all he

23         is saying is, well, you are going to have a

24         reaction if there is mesh there and won't

Bruce Alan Rosenzweig, M.D.

1          answer the question wouldn't that be a benefit

2          if there is less mesh even though you have the

3          same reaction in that area.

4                    MR. WALDENBERGER:  He has answered all

5          of those questions inside and outside the

6          context of both the TVT-S and his fourth

7          supplemental report.

8                    So, I'm really not clear where you are

9          going with this, but I will let it go on for a

10         few more questions, but I really do think it

11         is outside the scope of the TVT-S.  So, if you

12         could ask a question, take it from there.

13    BY MR. ROSENBLATT:

14         Q.    Doctor, which product would you say is

15    safer:  The TVT Abbrevo or the TVT-O laser cut?

16                   MR. WALDENBERGER:  Objection.  Don't

17         answer.  Outside the scope of this deposition.

18         Q.    Are you going to answer?

19                   MR. WALDENBERGER:  I'm instructing him

20         not to.

21         Q.    Doctor, which product is safer:  The TVT

22    Abbrevo or the TVT Secur?

23                   MR. WALDENBERGER:  Objection to the

24         form.  You can answer.

Bruce Alan Rosenzweig, M.D.

1      A.    Between the two, I don't think that one

2  is safer.

3      Q.    Doctor, between TVT Secur and TVT-O

4  laser cut, which product is safer?

5            MR. WALDENBERGER:  Objection to the

6       form.  You can answer.

7      A.    The TVT Secur, there would be no mesh

8  left in the adductor muscles, resulting in less

9  chronic leg pain, chronic groin pain, chronic

10  pelvic pain.

11      Q.    And I take it you would see that as a

12  benefit over the TVT-O?

13      A.    There would be less mesh left in the

14  adductor muscles, so there would be no chronic

15  foreign body response, no inflammatory response in

16  the adductor muscles.  There would be minimal

17  chance of irritating the obturator nerve.

18      Q.    And you would agree that that would be a

19  benefit?

20            MR. WALDENBERGER:  Objection to the

21       form.  Paul, your use of the terms like "safe"

22       and "benefit" over and over and over again,

23       implying that he has an opinion that these

24       things are safe or have some type of benefit.

Bruce Alan Rosenzweig, M.D.

1    And I know that he has given it in terms of a

2    comparison, but you keep asking him that way

3    and --

4  BY MR. ROSENBLATT:

5    Q.   Well, let me put a little caveat in

6  here.  With the understanding that you think no

7  mesh should be used for stress urinary incontinence

8  repair, with that understanding, can we work with

9  that?

10    A.   Yes.

11    Q.   With that understanding, would you agree

12  that less mesh is better than more mesh if you had

13  to use mesh?

14         MR. WALDENBERGER:  Paul, we have gone

15    over the less mesh and more mesh thing.

16         MR. ROSENBLATT:  If he answers my

17    question, I could move on.

18         MR. WALDENBERGER:  He has told you

19    time and time again when you have more mesh,

20    you have more foreign body reaction.  You have

21    less mesh, you don't have the reaction with

22    the --

23         MR. ROSENBLATT:  He hasn't said that,

24    he hasn't said that.

Bruce Alan Rosenzweig, M.D.

1    BY THE WITNESS:

2        A.    Where the mesh is not, there is no

3    foreign body reaction, there is no inflammation,

4    there is no scar plating, there is no degradation

5    there is no contraction.

6    BY MR. ROSENBLATT:

7        Q.    Right.  And a smaller area where you are

8    having that same reaction would be better than a

9    larger area where you are having that same

10   reaction?

11              MR. WALDENBERGER:  Objection, asked

12        and answered.

13       A.    As I state in my report, there would be

14   no inflammation, no mesh left behind in the

15   adductor muscles with a shorter mesh.

16       Q.    So, I'm going to try to make this very

17   simple.  Do you or do you not see any benefit to

18   having a shorter mesh?

19       A.    A shorter mesh means that there is no

20   mesh left behind in the adductor muscles outside

21   the obturator externus muscle; therefore, there

22   would be less leg pain, groin pain for the patient.

23       Q.    So you can't answer that question?

24              MR. WALDENBERGER:  He just answered

Bruce Alan Rosenzweig, M.D.

1        the question.  Move on, Paul.

2    BY MR. ROSENBLATT:

3        Q.    But you can't answer it -- and I'm fine

4    with moving on, but you can't answer that with a

5    yes or no, can you?

6              MR. WALDENBERGER:  He answered the

7         question.  He actually described what he was

8         talking about, so he answered the question.

9              MR. ROSENBLATT:  Without answering the

10        question.

11             MR. WALDENBERGER:  He answered the

12        question just fine.  He has answered the

13        question.  Move on to the next one.

14   BY MR. ROSENBLATT:

15       Q.    Doctor, between -- strike that.

16             We are still talking about the same

17   caveat here, that you do not think any mesh used

18   for stress urinary incontinence is a safe option,

19   correct?

20       A.    Correct.

21       Q.    With that understanding, between TVT

22   Secur and TVT retropubic mechanically cut, in your

23   expert opinion is one safer than the other?

24             MR. WALDENBERGER:  Objection to form,

Bruce Alan Rosenzweig, M.D.

1          asked and answered.  You can answer.

2          A.     Mechanical cut mesh leads to roping,

3     fraying, curling, which leads to a certain set of

4     complications.  TVT Secur is a heavyweight, small

5     pore, laser-cut, short mesh, which is stiffer,

6     which leads to a certain set of complications.

7          Q.     And what are you relying on for that

8     statement that a stiffer mesh leads to more

9     complications?

10         A.     The Liang paper, the Moalli papers, the

11    Bosse papers showing that stiffer mesh increases

12    cell death, which will increase erosions; leads to

13    vaginal thinning; leads to smooth muscle damage,

14    which will lead to stress urinary incontinence;

15    leads to poor collagen functioning, which will lead

16    to -- also, their latest study shows that you have

17    an induction of bad macrophages, which will lead to

18    more of a chronic inflammatory response, more scar

19    plating -- I will slow down a little bit -- more

20    muscles being -- excuse me -- more nerves being

21    irritated; therefore, more erosions, more pain,

22    more dyspareunia and all of the other risks that

23    I've cited in my report.

24         Q.     Would the TVT -- strike that.

Bruce Alan Rosenzweig, M.D.

```
 1              In your opinion, would the TVT Secur be
 2   a safer mesh if it was mechanically cut instead of
 3   laser cut?
 4              MR. WALDENBERGER:  Objection to the
 5       form.  You can answer.
 6   A.    No.  A safer, a safer --
 7              MR. ROSENBLATT:  You see how he
 8       answered that with a "yes" or a "no"?  That
 9       was incredible.
10   A.    A safer mesh would be a larger pore,
11   lighter weight mesh that was laser cut.
12              MR. ROSENBLATT:  Can you read that
13       answer back for me.
14              THE REPORTER:  "No.  A safer, a
15       safer --
16              "Mr. Rosenblatt:  You see how he
17       answered that with a 'yes' or a 'no'?  That
18       was incredible.
19              "Answer:  A safer mesh would be a
20       larger pore, lighter weight mesh that was
21       laser cut."
22   BY MR. WALDENBERGER:
23   Q.    Doctor, would you agree that there is a
24   benefit to mesh being cut with a laser?
```

Bruce Alan Rosenzweig, M.D.

```
1         A.    A larger pore, lighter weight mesh or

2    for less mesh left behind on the cutting room

3    floor?

4         Q.    Can you not answer the question the way

5    I phrased it?

6         A.    I'm wondering what benefit you mean.

7         Q.    Okay.  I want to play a little game.  We

8    are going to change one component, and I want to

9    see how that affects your answer, and the three

10   components we are dealing with are the pore size,

11   the weight, how the mesh is cut.

12        A.    Okay.

13        Q.    And we are still operating under the

14   assumption that no mesh in your opinion is the best

15   mesh.

16        A.    Yes.

17        Q.    If you only increase the pore size of

18   TVT Secur and left everything else the same, would

19   that make it safer?

20        A.    A larger pore, lighter weight mesh would

21   be the safer mesh.

22        Q.    But you didn't understand my question.

23   We are keeping the weight the same.  We are only

24   making the pore size bigger.
```

Bruce Alan Rosenzweig, M.D.

1      A.    A lighter weight, larger pore mesh would

2   be the safer mesh.

3      Q.    So you can't answer the question if we

4   only increase the pore size but the weight stays

5   the same?

6      A.    A larger pore, lighter weight mesh would

7   be safe.

8      Q.    Doctor, you cannot answer the question

9   only focusing on the pore size, correct?

10      A.    A lighter weight, larger pore mesh would

11   be safe.

12      Q.    So is the answer you can't answer that

13   question?

14           MR. WALDENBERGER:  The answer is

15      that's what his answer is.  Again, your use of

16      the term "safe," even if you put this caveat

17      on it, which is fine, but your use of the term

18      "safe" has certain implications.  And I

19      understand why you are doing it.  It's because

20      you can have a transcript, you can cut that

21      particular part out, you can cross-examine

22      that he used the word "safe" when he answers

23      with the word "safe."  But he is giving this

24      answer to this question.

Bruce Alan Rosenzweig, M.D.

1                MR. ROSENBLATT:  He is giving opinions

2          about whether something is safer or not, and

3          he is saying that Ultrapro is safer than TVT

4          Secur, so I'm --

5                MR. WALDENBERGER:  And that's

6          consistent with what he just testified right

7          now.

8                MR. ROSENBLATT:  Right.

9                MR. WALDENBERGER:  Correct.  So we are

10         in agreement.

11               MR. ROSENBLATT:  Please limit your

12         objection to form and let me handle this here.

13               MR. WALDENBERGER:  I will object and

14         interject as I see fit, so let's continue.

15               MR. CAMPBELL:  We have been at it for

16         more than an hour since the last break, so I'm

17         happy to have just a 10-minute break.

18               MR. WALDENBERGER:  Sure.

19               (Recess taken, 11:26 - 11:45 a.m.)

20               (Rosenzweig Exhibits 7 through 13

21                were marked for identification as

22                of 2/4/16.)

23    BY MR. ROSENBLATT:

24         Q.   All right, Doctor.  We are back from a

Bruce Alan Rosenzweig, M.D.

1   quick break here.  If you could pull out in front

2   of you Exhibit 4, which is your expert report.

3        A.    Yes.

4        Q.    At the top it says that all of your

5   opinions are held to a reasonable degree of medical

6   certainty.  What does that mean?

7        A.    Reasonable degree of medical certainty?

8        Q.    Yes.

9        A.    That the probability is greater than 51

10  percent.

11       Q.    And you see here the summary of

12  opinions, it lists "A" through letter "N"?

13       A.    Yes.

14       Q.    Is that a fair representation of your

15  opinions regarding the TVT Secur in this case?

16       A.    Correct.

17       Q.    And this would be in addition to your

18  opinions listed in your general report?

19       A.    Yes.

20       Q.    But my understanding is these opinions

21  are specific to the TVT Secur?

22       A.    Yes.

23       Q.    If you could, just tell me what your

24  expert opinions are in this case.

Bruce Alan Rosenzweig, M.D.

```
1              MR. WALDENBERGER:  Relating to the

2         Secur, you mean?

3              MR. ROSENBLATT:  Yes.

4      A.    As I stated in my report, I go over what

5  are the defects in not only the design but the

6  warnings of the TVT Secur and the harms that are

7  associated with those defects.

8      Q.    And what are your opinions about the

9  design defects?

10     A.    That the laser cutting of a small mesh,

11  which is heavyweight, small pore, of a 6-mil fiber

12  size leads to rigidity and stiffness.  I think we

13  have also discussed degradation, contraction,

14  chronic foreign body reaction.

15            That the introducer is of a design that

16  increases the risk of injury, the introducer being

17  the arrow shape of the introducer, and that the

18  introducer has a difficulty of getting into the

19  right position and into the right location and

20  removal; that upon dislodging the introducer you

21  can or removing the introducer you can dislodge the

22  sling, which will decrease its ability to lead to

23  stress urinary incontinence.

24            The Ethisorb fleece end, Ethisorb,
```

Bruce Alan Rosenzweig, M.D.

1    E-t-h-i-s-o-r-b, fleece end does not allow for

2    fixation to adequately allow, quote-unquote, tissue

3    integration, therefore increasing the chances of

4    recurrence of stress urinary incontinence.

5              The size of the introducer is large for

6    the description of the incision size, which

7    therefore leads to a dragging of either

8    periurethral or perivaginal tissue, which leads to

9    tissue disruption and also tissue damage which will

10   lead to pain and dyspareunia.

11             The depth of the incision needs to be

12   deeper so that the mesh will lay flat and be able

13   to be introduced in a way that decreases tissue

14   disruption and tissue irritation and the mesh to

15   lay flat to decrease complications.

16             The IFU does not adequately describe the

17   way to -- the incision, the depth of the incision,

18   and how to properly, quote-unquote, tension the

19   mesh, which needs to be placed, quote-unquote, with

20   more tension than the standard TVT or TVT-O.

21             There needs to be, quote-unquote,

22   pillowing of periurethral tissue between the pores

23   at the time of insertion in order to be able to get

24   the mesh in the appropriate location to treat

Bruce Alan Rosenzweig, M.D.

1    stress urinary incontinence.

2            The TVT Secur is a more difficult sling

3    to insert, therefore needs a increased level of

4    skill than the average surgeon in order to get a

5    adequate success rate and to minimize

6    complications.

7            That is a brief summary of all the

8    opinions that are further stated in more detail in

9    my report.

10       Q.    But it's fair to say that your opinions

11   that you plan to offer are contained within this

12   supplemental report?

13       A.    Correct.

14       Q.    What are all of the complications that

15   you believe come about due to the design of TVT

16   Secur?

17       A.    As I've described in my report, the list

18   of complications include erosion, pain, urinary

19   problems, erosion that can decrease the quality of

20   life, dyspareunia, need for additional surgery,

21   need for removal surgery, urinary tract infections,

22   dysuria, de novo urgency, mesh exposure, fistula

23   formation, hematomas, abscess formation, narrowing

24   of the vaginal walls, erosion that can occur at any

Bruce Alan Rosenzweig, M.D.

1    time during the patient's life, mesh contracture

2    causing pain, complications that make it impossible

3    to have sexual intercourse beside the others that

4    I've described that are associated with the

5    polypropylene mesh in general.

6         Q.    Are there any unique complications

7    related to the TVT Secur that would not occur with

8    any of the other Ethicon TVT products?

9         A.    Are you talking about the performance of

10   the Secur, the surgical procedure versus the

11   surgical procedure or complications in general?

12        Q.    Right now I'm focused on complications.

13              MR. WALDENBERGER:  Meaning the injury

14        to the person?

15              MR. ROSENBLATT:  Yes.

16              MR. WALDENBERGER:  Do you understand

17        it that way?

18              THE WITNESS:  No.

19   BY MR. ROSENBLATT:

20        Q.    Okay.  So, when we say complications,

21   what are you referring to?

22        A.    Well, I mean, there can be complications

23   meaning adverse events to the patient and there can

24   be complications meaning difficulty with the

Bruce Alan Rosenzweig, M.D.

1    surgical procedure.

2         Q.    Okay.  I'm focused just on the patient.

3    So, in terms of complications that can occur to the

4    patient, what are the unique complications that can

5    occur with TVT Secur that are not associated with

6    any of the other TVT products?

7         A.    As I described in my report, all the

8    complications that are associated with TVT Secur

9    were known prior to the time that the Secur was

10   placed in the market.

11        Q.    And I think you answered a different

12   question.  You said that those complications were

13   known.  I'm asking what, if any, are the unique

14   complications that a patient might experience with

15   a TVT Secur that she would not experience with any

16   other Ethicon TVT product, or your answer could be

17   all the complications are the same.

18        A.    I would say all the complications are

19   the same.

20        Q.    Okay.  Are there any complications that

21   could occur to the patient that you believe happen

22   at a greater frequency or severity than any of the

23   other TVT products?

24        A.    Yes.

Bruce Alan Rosenzweig, M.D.

1      Q.     And what are those?

2      A.     Erosion, bleeding and dyspareunia.

3      Q.     Any others?

4      A.     Failure and the need to reoperate for

5   recurrent stress urinary incontinence or treatment

6   for recurrent stress urinary incontinence.

7      Q.     Are you aware of any studies showing no

8   statistical significance between the rate of

9   erosions when comparing TVT Secur to any of the

10  other TVT products?

11     A.     Am I aware that there are studies that

12  show there are no differences?

13     Q.     Yes.

14     A.     Yes.

15     Q.     How many studies are you aware of that

16  show no difference?

17     A.     The exact number I do not recall off

18  the -- sitting here today.

19     Q.     Can you recall any?

20            MR. WALDENBERGER:  Meaning the title?

21            MR. ROSENBLATT:  Yes, author, year.

22     A.     The Anders Hamer study did not show a

23  difference between vaginal erosions, if I recall,

24  but did show a much higher rate of urethral

Bruce Alan Rosenzweig, M.D.

1    erosions.

2         Q.    Any others?

3         A.    The Tommaselli study, I mean, there are

4    studies that have shown that there was a similar

5    erosion rate.

6         Q.    I will ask the same question about

7    bleeding.  Are you aware of any studies comparing

8    TVT Secur to any of the other TVT products that

9    showed no statistical significance with respect to

10   bleeding?

11        A.    Many studies did not talk about bleeding

12   specifically.

13        Q.    But are you aware of any that did talk

14   about it that determined that there was no

15   statistical significance?

16        A.    Yes.

17        Q.    Are you able to name any of those

18   studies right now?

19        A.    It's not described in the Hota study,

20   the Masta -- the Masata study and several other

21   studies.

22        Q.    Same question for dyspareunia:  Are you

23   aware of any studies comparing TVT Secur to any of

24   the other TVT products that found no statistical

Bruce Alan Rosenzweig, M.D.

1    significance with respect to dyspareunia?

2         A.    Yes.

3         Q.    And can you list those studies for me?

4         A.    There are a number of studies, the exact

5    names.  There is the Tommaselli studies that didn't

6    show any difference between dyspareunia; Barber

7    study that didn't show any difference in

8    dyspareunia, just to name a couple.

9         Q.    And how do those studies affect your

10   opinion as far as TVT Secur causing more erosions,

11   bleeding and dyspareunia?

12        A.    Than the other slings that we are

13   talking about, right?

14        Q.    No.  I'm asking -- let me back up here.

15   You previously told me that TVT Secur experiences

16   more erosions, bleeding and dyspareunia.  Is it

17   your opinion that there is a statistically

18   significant increased risk of erosion, bleeding and

19   dyspareunia with TVT Secur as opposed to the other

20   TVT products?

21        A.    The Cochrane analysis that was done in

22   2014 showed that there was a adverse event profile

23   noted significantly worse and higher rate of

24   operative blood loss, mesh erosion and bladder and

Bruce Alan Rosenzweig, M.D.

1    urethral erosion.

2         Q.    Other than the Cochrane review, what

3    else are you relying on?

4         A.    The Cochrane review, which is a

5    systematic review.

6         Q.    Anything else?

7         A.    My review of the literature.

8         Q.    How much more likely is a patient to

9    experience a mesh erosion with a TVT Secur as

10   opposed to any of the other TVT products?

11             MR. WALDENBERGER:  Objection to the

12        form.  You can answer.

13        A.    As I've stated, that there is a probably

14   10 to 15 percent risk.  According to Tommaselli's

15   systematic review, there was a 15 percent risk of

16   erosion from TVT Secur, which would be

17   approximately three times higher than the risk for

18   the other TVT products.

19        Q.    So doing basic math, it's my

20   understanding that you would consider the other TVT

21   products to have about a 5 percent mesh exposure

22   rate?

23        A.    4 to 5 percent, yes.

24        Q.    Are you aware of studies that have shown

Bruce Alan Rosenzweig, M.D.

1   no difference in failure rate between TVT Secur and

2   any other TVT mesh?

3        A.    We have already discussed that.  That

4   would be the opposite of the success rate.  We have

5   talked about the efficacy.

6              MR. WALDENBERGER:  You can answer his

7        question more specifically.

8        A.    Yes, there are studies that look at

9   failure rate, and have shown similar failure rates.

10       Q.    And would the same be true for

11  reoperation rates?

12       A.    If it doesn't fail, you wouldn't need to

13  do a reoperation.

14       Q.    Have you seen any studies that showed no

15  statistical difference in reoperation rates between

16  TVT Secur and any other TVT mesh?

17       A.    Specifically looking at reoperation

18  rates, I don't specifically recall those studies,

19  but if you look at failure rates and then failure

20  necessitating a reoperation, then there are studies

21  that show a similar failure rate.

22       Q.    And if you turn to Page 5 of your

23  report, looking at the big paragraph there --

24              MR. WALDENBERGER:  Let me catch up

Bruce Alan Rosenzweig, M.D.

1        with you, hold on.

2              MR. ROSENBLATT:  Sure.  Starting with

3        "It was unreasonable on Ethicon's part to

4        expect surgeons..."

5              MR. WALDENBERGER:  Yes.

6   BY MR. ROSENBLATT:

7        Q.    All of the complications that you list

8   there, is it correct that you believe all of those

9   complications should have been in the TVT Secur

10  IFU?

11       A.    Contraction, degradation, chronic pain,

12  dyspareunia, unable to treat pain, injury to the

13  partner in sexual intercourse, vaginal narrowing,

14  vaginal scarring, fibrosis, scar plate formation

15  deformation, yes.

16       Q.    Hypothetically, if all of those were

17  listed in the IFU, would you then think that the

18  IFU was adequate and sufficient?

19       A.    In respect to warnings?

20       Q.    Yes.

21       A.    If all the warnings that I described in

22  my report that were not in the IFU, then I would

23  find -- and if it talked about frequency, severity,

24  treatability, permanency and described how to treat

Bruce Alan Rosenzweig, M.D.

1    the complications, then yes.

2        Q.    So if I were to copy and paste this

3    paragraph that you have here and put it in the IFU,

4    that would still be inadequate in your opinion?

5        A.    It would need to describe frequency,

6    severity, treatability, permanency and a

7    description of treatment, all of the things that

8    I've described in my report that the warnings are

9    inadequate.

10       Q.    And are you able to provide me with the

11   frequency percentage for each of these

12   complications listed here that are specifically

13   related to TVT Secur?

14       A.    There are some that I can recall from

15   the literature.  I would say that the manufacturer

16   is the one that would know about the complications

17   of their product and, therefore, should be able to

18   supply doctors with the frequency, with the

19   severity, with the treatability and the permanency

20   of the device.

21       Q.    Let's walk through each one of these

22   briefly, and you just let me know if you can tell

23   me what the frequency is that you believe should be

24   in the IFU, and then we will move on to the next

Bruce Alan Rosenzweig, M.D.

1    one.  So, we will start with mesh shrinkage and

2    contraction.  Do you have a specific frequency for

3    mesh shrinkage and contraction that occurs with TVT

4    Secur?

5         A.    Yes, all mesh slings and contracts.

6         Q.    I'm asking about specifically about TVT

7    Secur.

8         A.    All mesh including the TVT Secur shrinks

9    and contracts.

10        Q.    What percentage?

11        A.    All mesh shrinks and contracts.

12        Q.    By how much is what I'm asking for, the

13   frequency.

14        A.    Well, I will use Dr. Arnaud's rule of

15   thumb.  That has been described as a 30 percent

16   contraction rate.  It has been described as even

17   higher than that, up to a 50 percent contraction

18   rate.

19        Q.    And you as a pelvic floor surgeon would

20   want to rely on Dr. Arnaud's statement?

21        A.    Dr. Arnaud is one of the medical

22   directors of Ethicon, has significant information

23   about the performance of the product; and if he

24   feels that a 30 percent contraction rate is a -- is

Bruce Alan Rosenzweig, M.D.

1    a rule of thumb for contraction, I would agree with

2    that.  It has been described as being higher, up to

3    50 percent, but Dr. Arnaud says the rule of thumb

4    is 30 percent contraction.

5        Q.    What level of evidence would you

6    consider Dr. Arnaud's rule of thumb?

7        A.    What level of evidence?  He is a medical

8    director at Ethicon, and he has information about

9    the literature, about the performance of his

10   products, so I would say that someone who is a

11   medical director should have a very high level of

12   evidence.

13       Q.    And what is your understanding of the

14   literature of the frequent receive mesh shrinkage

15   and contraction with TVT Secur?

16       A.    From the literature?

17       Q.    Yes.

18       A.    I have not seen a description of mesh,

19   that a randomized control trial has looked at, TVT

20   Secur at the time of placement and then following

21   it up with ultrasound over time to show the level

22   of contraction.

23       Q.    What is the frequency based on the

24   medical literature of degradation with TVT Secur?

Bruce Alan Rosenzweig, M.D.

1       A.      All mesh degrades.

2       Q.      To what extent does the TVT Secur

3    degrade?

4       A.      Well, it depends on the time of

5    degradation.  According to PA Consulting that

6    issued a report after reviewing the literature to

7    Ethicon, they state that all mesh degrades and

8    degradation starts at implantation.

9       Q.      And your opinion isn't limited to TVT

10   Secur, but that would be all mesh?

11      A.      Correct.

12      Q.      What is the frequency based on the

13   medical literature that you would attach to chronic

14   pelvic pain for TVT Secur?

15      A.      The Anders Hamer paper showed 13 percent

16   chronic pelvic pain or pain associated with the TVT

17   Secur.

18      Q.      Is that the highest percent you have

19   seen for chronic pelvic pain?

20      A.      In the meta-analysis by -- and I'm

21   blocking the name right now -- Muretti -- no.

22   Masati -- we've discussed it at the other

23   depositions -- shows that it is as high as 15

24   percent.

Bruce Alan Rosenzweig, M.D.

1       Q.      In TVT Secur?

2       A.      In midurethral slings.

3       Q.      We are just talking about TVT Secur.

4       A.      I would add TVT Secur in that, Masati.

5       Q.      So when you are describing the frequency

6    that should be in the IFU, you think the highest

7    purported frequency in the medical literature

8    should be the number that's attached to the

9    complication?

10      A.      I think that would be very important for

11   doctors to be able to tell their patients what the

12   worst-case scenario would be.

13      Q.      And so these figures that you are

14   providing for me, would it be fair to say that they

15   are worst-case scenario?

16      A.      There are some.  There are some that

17   would be averages.

18      Q.      Okay.  So we will move to dyspareunia.

19   What is the frequency percentage that you would

20   attach to dyspareunia for TVT Secur?

21      A.      We have already discussed that.

22      Q.      You said 8 to 10 percent?

23      A.      Correct.

24      Q.      What about for untreatable and permanent

Bruce Alan Rosenzweig, M.D.

1    pain?

2        A.    If you look at the literature for

3    patients that have been treated for pain, the

4    untreatability for pain is anywhere from 20 to 40

5    percent, so patients --

6        Q.    For the TVT Secur?

7        A.    For midurethral slings.

8        Q.    Okay.  I'm just talking about TVT Secur.

9        A.    And I would add TVT Secur into that.

10       Q.    So 20 to 40 percent?

11       A.    Of patients that have chronic pain, the

12   inability and the permanency of the treatment.

13       Q.    What is the frequency that you would

14   attach to partner penile injury with intercourse

15   related to the TVT Secur?

16       A.    I don't know if there is a number that

17   has been placed in the literature.  That should be

18   a number that the manufacturer should have from

19   complaints that they have been given.

20       Q.    Have you reviewed those documents?

21       A.    No, I have not.

22       Q.    And what is the percentage of vaginal

23   scarring that you would attach to the TVT Secur?

24       A.    Again, I have not seen that number

Bruce Alan Rosenzweig, M.D.

1    described in the literature, but that should be

2    information that the manufacturer has.

3         Q.    What about narrowing?

4         A.    Same answer.

5         Q.    Shortening?

6         A.    Same answer.

7         Q.    Fibrosis?

8         A.    Same answer.

9         Q.    Scar plate formation?

10        A.    All mesh causes scar plate formation.

11        Q.    Deformation?

12        A.    Deformation, that is information that

13   the manufacturer should have.

14        Q.    The safety and effectiveness of the TVT

15   Secur has not been evaluated in either long-term

16   clinical studies or randomized controlled trials?

17        A.    Long-term, yes.

18        Q.    And you describe long-term as --

19        A.    Five to ten years.

20        Q.    Are you aware of any five-year studies

21   evaluating the TVT Secur?

22        A.    I think there was one Tommaselli study

23   that was a five-year study.

24        Q.    Are you aware of any others?

Bruce Alan Rosenzweig, M.D.

1        A.    I think there was one or two others.

2        Q.    So does that statement still stand?

3        A.    Those were not randomized control

4    trials, if I remember correctly.

5        Q.    So, your testimony is that you are not

6    aware of any randomized controlled trials that have

7    followup that goes out to five years?

8        A.    Not that I specifically recall.

9        Q.    But if you were aware of such a study,

10   that would be an important study to add to your

11   reliance list, correct?

12       A.    Yes.

13       Q.    The necessity of multiple surgeries to

14   remove mesh; what is the frequency of mesh removal

15   for TVT Secur?

16       A.    That would be based on the complications

17   of pain, erosion, dyspareunia.  So, if you look at

18   the treatment algorithm, approximately 50 percent

19   of erosions are going to require surgical

20   management.  I would say that would be in the same

21   ballpark for the other complications of pain and

22   dyspareunia.

23       Q.    I'm going to jump back to something.  I

24   think I've cleaned it up enough for you.

Bruce Alan Rosenzweig, M.D.

```
 1              MR. WALDENBERGER:  I didn't like the

 2         sound of that, Paul, I'm just going to tell

 3         you.  We were doing well for such a long time.

 4         Don't make me regret it.  Go for it.

 5    BY MR. ROSENBLATT:

 6         Q.    Do you agree that it would be preferable

 7    to have less mesh instead of more mesh?

 8         A.    Preferable --

 9              MR. WALDENBERGER:  Hold on a second.

10         Object to the form, asked and answered.  The

11         only thing different is you are using the word

12         "preferable" as opposed to "safer" or "more

13         beneficial."  With that being said, I will

14         allow him to answer the question yet one more

15         time.  Go for it.

16         A.    Preferable for the areas where the mesh

17    is not.

18         Q.    And if you had to choose,

19    hypothetically, with all things remaining equal,

20    and we are talking complications, efficacy, will

21    you agree that it would be preferable to have a

22    sling with less mesh as opposed to more mesh?

23              MR. WALDENBERGER:  Objection, asked

24         and answered.  You can answer again.
```

Bruce Alan Rosenzweig, M.D.

```
 1        A.    Preferable for where the sling is not.

 2        Q.    I now want to turn to Page 16 of the

 3   report and towards the bottom of the first

 4   paragraph you say, "In 2011, Dr. Neuman published

 5   his findings that the TVT caused significantly more

 6   dyspareunia than the TVT-O due to the

 7   stiffness/rigidity of the mesh."

 8              Did I read that correctly?

 9        A.    Correct.

10        Q.    And that would be the paper by Neuman

11   titled "Transobturator vs. Single-Incision

12   Suburethral Mini-Slings with 3-Year Followup?

13        A.    Correct.

14              (Rosenzweig Exhibits 7 through 13

15               were marked for identification as

16               of 2/4/16.)

17   BY MR. ROSENBLATT:

18        Q.    I have gone ahead and premarked a number

19   of exhibits here.  I will go ahead and hand them to

20   you all at once.  These will be Exhibits 7 through

21   13.

22              MR. WALDENBERGER:  Great.  Thank you.

23        You brought a lot of paper with you.

24              MR. ROSENBLATT:  I left half of it
```

Bruce Alan Rosenzweig, M.D.

1        behind.

2    BY MR. ROSENBLATT:

3        Q.    Okay.  Do you recognize what I have

4    handed you as Exhibit 7?

5        A.    Yes.

6        Q.    This would be the Neuman paper that you

7    cited for the proposition that TVT Secur causes

8    more dyspareunia than TVT-O?

9        A.    Yes.

10       Q.    You would agree with me TVT Secur caused

11   significantly lower vaginal and thigh pain than

12   TVT-O, correct?

13       A.    Yes.

14       Q.    And you would agree that it would be

15   preferable to have less postoperative vaginal and

16   thigh pain?

17             MR. WALDENBERGER:  Objection to the

18        form.  You can answer.

19       A.    Based on the results of this study.

20       Q.    Yes?

21       A.    Based on the results of this study.

22       Q.    And you find this study to be

23   reliable --

24       A.    Yes.

Bruce Alan Rosenzweig, M.D.

1          Q.     -- and authoritative?

2          A.     Yes.

3          Q.     And this is the type of study that

4     surgeons in your field would review on a regular

5     basis?

6          A.     Yes.

7          Q.     Is this the type of information that you

8     would use to help counsel patients about either the

9     TVT-O or the TVT Secur?

10         A.     I would not counsel patients on the

11    TVT-O or the TVT Secur.

12         Q.     This is the type of paper that surgeons

13    in your field would use to help them counsel

14    patients about the risks and benefits of TVT-O and

15    TVT Secur?

16                MR. WALDENBERGER:  Objection to form.

17         You can answer.

18         A.     Doctors would not be counseling patients

19    on TVT Secur currently.

20         Q.     When this was published in 2011?

21         A.     Correct.

22         Q.     And if you look at the conclusion on the

23    first page, it says, "Both the procedures were

24    effective with few adverse events."  Did I read

Bruce Alan Rosenzweig, M.D.

1    that correctly?

2          A.    That's what the paper states.

3          Q.    And do you disagree with that

4    conclusion?

5          A.    They showed a 31 percent vaginal pain,

6    31 percent thigh pain for the TVT-O group and an 8

7    percent dyspareunia.  I would disagree with the few

8    adverse events.

9          Q.    And you disagree with the conclusion

10   that both procedures were effective and had few

11   adverse events because of the high rate of vaginal

12   and thigh pain observed in the TVT-O group?

13         A.    And the 8 percent dyspareunia in the TVT

14   group -- I mean, TVT Secur group.

15         Q.    But you would agree that these authors

16   determined or at least concluded that there were a

17   few adverse effects?

18         A.    That's what they state.

19         Q.    If you turn to the second page, on the

20   first paragraph in the top left towards the end it

21   says, "The TVT Secur procedure is regarded by many,

22   although not by all, as effective with little

23   postoperative pain."

24               Is that a statement that you agree with?

Bruce Alan Rosenzweig, M.D.

```
1       A.    It is a statement that these authors

2   make.

3             MR. WALDENBERGER:  Where was that

4       statement again?  I'm sorry.  Thank you.

5   BY MR. ROSENBLATT:

6       Q.    And I understand that the authors made

7   that statement.  That's why I just read it.  My

8   followup question was do you agree or disagree with

9   that statement.

10      A.    I would disagree that it is regarded by

11  many as effective.

12      Q.    When they say regarded by many, they

13  listed references 11 through 14 there, correct?

14      A.    Correct.

15      Q.    And those would be studies that you

16  would have reviewed, correct?

17      A.    Correct.

18      Q.    Now I want to turn to the next page.

19  I'm going to be in the middle of the paragraph here

20  starting with "significant."

21            "Significant vaginal and thigh pain with

22  VAS score higher than three occurred more

23  frequently with TVT-O, 32 percent versus 1 percent,

24  than with the TVT Secur procedure, 32 percent
```

Bruce Alan Rosenzweig, M.D.

1    versus zero percent prospectively.  Thigh pain was

2    transient and lasted no longer than two weeks."

3              Do you agree that there was a

4    statistically significant difference in the thigh

5    and vaginal pain seen in this study?

6         A.    That's what the authors found.

7         Q.    And on the right side of the page it

8    says cure rate was 86.9 percent for the TVT-O group

9    and 90.9 percent for the TVT Secur group.  Do you

10   see that?

11        A.    Yes.

12        Q.    So at least in this study, which is an

13   RCT following patients at three years, these

14   authors concluded that the cure rate for TVT Secur

15   was 90.9 percent; is that correct?

16        A.    This is not an RCT.  The study was an

17   open, prospective, non-randomized, two-arm trial,

18   Page 770 under "Methods."

19        Q.    But you would agree in this two-armed

20   comparative prospective study comparing the TVT-O

21   to the TVT Secur, that these authors found at three

22   years the cure rate for TVT Secur was 90.9 percent?

23        A.    That's what they described.

24        Q.    You found this paper to be reliable?

Bruce Alan Rosenzweig, M.D.

1      A.    Yes.

2      Q.    And this paper you cited again for the

3   proposition that dyspareunia was higher in the TVT

4   Secur group than in the TVT-O group, right?

5      A.    That dyspareunia was higher in the TVT

6   secured group, yes, 8 percent versus zero percent.

7      Q.    And as you just pointed out, this was

8   not a randomized controlled trial, correct?

9      A.    Correct.

10      Q.    And if you look over at Table 4 on Page

11   772, if you look towards the bottom there, it says

12   postoperative dyspareunia, zero for TVT-O and five

13   patients or 7.9 percent for TVT Secur, correct?

14      A.    Correct.

15      Q.    And so one thing that's important when

16   considering, for example, dyspareunia rates is the

17   total number of patients, correct?

18      A.    Correct.

19      Q.    And at least in this study, this

20   comparative, prospective, non-RCT study, there were

21   five patients who had dyspareunia, correct?

22      A.    Correct, but we do not know the number

23   of patients that were sexually active.

24      Q.    And if you look at Table 3, towards the

Bruce Alan Rosenzweig, M.D.

1    bottom left it says, "Vaginal mesh protrusion.

2    TVT-O, 1 patient or 1.4 percent, and TVT Secur,

3    zero, correct?

4        A.    Correct.

5        Q.    How do you explain the zero percent mesh

6    protrusion rate for TVT Secur in this study?

7            MR. WALDENBERGER:  Objection to the

8        form.  You can answer.

9        A.    As I described in my report, Dr. Neuman

10   early on described a larger incision and a deeper

11   dissection that would avoid mucosal plication which

12   might lead to vaginal wall penetration.

13       Q.    So it would be fair to say that one of

14   the contributing factors of a mesh erosion or

15   exposure is surgical technique?

16       A.    For the TVT Secur, yes.

17       Q.    Would that be different for the other

18   TVT products?

19       A.    It is specific for the TVT Secur, yes.

20       Q.    So, as I understand your opinion,

21   surgical technique can have -- strike that.

22            As I understand your opinion, surgical

23   technique could potentially be a factor in

24   contributing to mesh exposures with TVT Secur?

Bruce Alan Rosenzweig, M.D.

1    A.    Yes, because of what I described in my

2  report.

3    Q.    But that same logic would not carry over

4  to the other TVT products?

5    A.    Because the TVT Secur device, the -- you

6  can't really even call them trocars.  The arrow tip

7  of the introducer are different from the other TVT

8  devices.

9    Q.    Is a zero percent --

10    A.    It is, as described by Dr. Robinson, a

11  sling unto itself.

12    Q.    Would you consider a zero percent mesh

13  protrusion rate an acceptable rate?

14    A.    Zero is an acceptable number.

15    Q.    Would you consider a 2 percent mesh

16  exposure rate to be acceptable?

17    A.    I would find it very difficult to state

18  what would be an acceptable rate over zero.

19    Q.    And that's you, Dr. Rosenzweig?

20    A.    Correct.

21    Q.    So, you are not speaking for what other

22  surgeons might find to be acceptable or not

23  acceptable with respect to the frequency of mesh

24  exposures?

Bruce Alan Rosenzweig, M.D.

```
1        A.    I'm speaking for what I would find

2   unacceptable, yes.

3        Q.    And going back to the Neuman study, on

4   the right side of Page 772 it says, "Common

5   complications of former retropubic operations for

6   treatment of SUI such as pelvic and abdominal organ

7   injury and bladder penetration are rare with the

8   use of TVT-O and TVT Secur because the tape

9   introducers do not cross the retropubic area."

10            Did I read that correctly?

11       A.    Yes.

12       Q.    Did you agree with that?

13       A.    The tape does not cross the retropubic

14  area with the TVT obturator.  The TVT Secur is

15  placed in a "U" fashion and is placed past the

16  urogenital diaphragm.  It would enter the

17  retropubic space.

18       Q.    Do you agree with these authors that

19  pelvic and abdominal organ injury and bladder

20  penetration are rare with TVT Secur?

21       A.    In my report, according to the Cochrane

22  analysis done in 2014, adverse event profile is

23  noted to be significantly worse, consisting of a

24  higher rate of operative blood loss, mesh exposure
```

Bruce Alan Rosenzweig, M.D.

1    and bladder and urethral erosion.

2        Q.    So, you disagree with these authors,

3    correct?

4        A.    I'm describing what the Cochrane

5    analysis stated, that there is a increased risk of

6    bladder and urethral erosion.

7        Q.    But you didn't cite the Cochrane

8    analysis for the difference between dyspareunia

9    rates for TVT Secur versus TVT-O, did you?

10       A.    In my report, no.

11       Q.    And if you look at the last paragraph on

12   Page 772, it says "Operative time, the need for

13   concomitant colporrhaphy and early and late

14   postoperative complications were similar in the two

15   study groups."

16             Do you see that?

17       A.    Yes.

18       Q.    Do you agree or disagree with these

19   authors' findings in this study?

20       A.    The operative time was similar.  The

21   need for a colporrhaphy just shows that the groups

22   had a similar amount of prolapse.

23       Q.    But when they say late postoperative

24   complications were similar between TVT-O and TVT

Bruce Alan Rosenzweig, M.D.

1   Secur, do you agree or disagree with that

2   statement?

3        A.    Well, what they do is they describe that

4   there was less early postoperative vaginal pain and

5   early thigh pain.  However, the dyspareunia, which

6   would be somewhat later in occurrence because there

7   is a certain period of time where you are going to

8   have the patient abstain from vaginal intercourse,

9   that would be a later occurrence.

10            They also describe that patients that

11   had dyspareunia more often needed a surgical repair

12   for their dyspareunia.  So, I would say that there

13   would be more of a later complication associated

14   with the TVT Secur.

15        Q.    So, as I understand your testimony, you

16   wouldn't consider the postoperative vaginal and

17   groin pain seen in the TVT-O group as being a late

18   or long-term complication, correct?

19        A.    Well, I think you've read earlier that

20   that resolved within the first two weeks.

21        Q.    And do you share that same

22   understanding?

23        A.    From this study?

24        Q.    Just in general.  Would you consider

Bruce Alan Rosenzweig, M.D.

1    that would be accurate?

2         A.    They are describing their data.  Now, we

3    do know from other studies, including the Petri

4    study, that for midurethral slings the majority of

5    complications showed up after one year.  Only 20

6    percent of midurethral sling complications show up

7    within the first year, 60 percent show up within

8    years 1 to 3.

9         Q.    And this was a three-year study?

10        A.    Correct.

11        Q.    So, there are some complication rates

12   that are reported in this three-year study that you

13   agree with and there are some that you disagree

14   with as far as being representative of average

15   complications?

16        A.    I would disagree that their zero -- zero

17   percent erosion rate is representative of average

18   complications.

19        Q.    You can put that aside.  Pull up

20   Exhibit 8, which is the Hota 2012 study.  And

21   that's H-o-t-a.

22        A.    Yes.

23        Q.    And Doctor, I believe you cited the Hota

24   study for the proposition of TVT Secur having

Bruce Alan Rosenzweig, M.D.

1    inferior cure rates compared to TVT and TVT-O.  Is

2    that accurate.

3         A.    Yes.

4         Q.    And you also mentioned earlier that this

5    was the study that showed a 19 percent mesh

6    exposure with TVT Secur, correct?

7         A.    Yes.

8         Q.    And that you were not aware as you sit

9    here today of a study showing a higher rate of mesh

10   exposure with TVT Secur other than this study,

11   correct?

12        A.    Not that I specifically recall.

13        Q.    And if you look towards the bottom of

14   the first page, it says, "Financial support for

15   this study was obtained from Ethicon Women's Health

16   and Urology, a Division of Ethicon, Inc., a Johnson

17   & Johnson company, as an investigator-initiated

18   study."

19             Do you see that?

20        A.    Correct.

21        Q.    And would you agree although there is a

22   potential for bias because of the financial

23   support, that does not mean that the study is

24   biased?

Bruce Alan Rosenzweig, M.D.

1        A.    Correct.

2        Q.    And how did you go about discounting any

3   type of potential bias based on this financial

4   support when you were using this data to cite in

5   your expert report?

6        A.    Again, I looked at the methods.  They

7   received institutional review board approval.  They

8   did a non-blinded randomized trial.  They did a

9   adequate power analysis to determine what the

10  sample size that they would need.  They did an

11  equivalent randomization.  They described their

12  methodology.  They used multiple questionnaires to

13  look at patient symptomatology, so that I found

14  that the methodology used was very -- was

15  exceptional in the study.

16       Q.    So in addition to the methodology being

17  exceptional in this study, you would consider this

18  study authoritative --

19       A.    Yes.

20       Q.    -- and reliable?

21       A.    Yes.

22       Q.    And surgeons in the field would rely on

23  such studies?

24       A.    Yes.

Bruce Alan Rosenzweig, M.D.

1        Q.    And this was published in the Female

2   Pelvic Medicine and Reconstructive Surgery Journal?

3        A.    Yes.

4        Q.    Am I correct that you are still not

5   FPMRS certified?

6        A.    Correct.

7        Q.    You have no intention of sitting for

8   that certification?

9        A.    Correct.

10        Q.    Do you believe that there is a benefit

11   for surgeons to obtain Female Pelvic Medicine

12   Reconstructive Surgery certification?

13        A.    Someone that is currently in fellowship,

14   yes, because there are much more -- it's a much

15   more rigorous approval process.  So, you have to do

16   a fellowship, you have to do a written exam, you

17   have to do a thesis, you have to take a

18   subspecialty oral exam.  So, it is a much more

19   rigorous certification process than what was

20   available from 2012 to 2015 for the, quote-unquote,

21   senior circuit.  They just need to take a written

22   exam.

23        Q.    And you have not taken any exam to

24   become certified, correct?

Bruce Alan Rosenzweig, M.D.

1        A.    Correct.

2        Q.    Now, looking at this study, towards the

3   bottom of the results section it says both TVT-S --

4   which would be TVT Secur, correct?

5        A.    Yes.

6        Q.    So, both TVT-S and TVT-O resulted in

7   improved quality of life and symptoms at 12 weeks.

8   Did I read that correctly?

9        A.    Yes.

10       Q.    There was no difference between the

11  groups for PFDI-20 or PFIQ-7.  A similar pattern

12  was seen at one year.

13             Did I read that correctly?

14       A.    Yes.

15       Q.    And again, you said that you were

16  impressed with the methodology of this study?

17       A.    Yes.

18       Q.    And so what this study showed is at one

19  year, when comparing TVT-O to TVT Secur, that there

20  was no statistically significant difference in the

21  quality of life between the two, correct?

22       A.    No.  There was no difference in the

23  change in the quality of life or the difference in

24  the surveys between the two.

Bruce Alan Rosenzweig, M.D.

1      Q.    But you would agree that both TVT Secur

2    and TVT-O resulted in improved quality of life in

3    symptoms for these patients?

4      A.    Based on the symptom questionnaires that

5    were done.

6      Q.    And those are validated and reliable

7    questionnaires?

8      A.    Those are validated and reliable

9    questionnaires.  I would suggest that someone that

10   had a -- that they found a 19 percent erosion rate

11   and a 19 percent subsequent reoperation rate and a

12   50 percent objective stress incontinence rate or,

13   excuse me, 55 percent objective stress incontinence

14   rate would state that there probably would be a

15   lower degree of improvement of quality of life for

16   the TVT Secur.

17     Q.    Now I'm over on the right-hand column

18   starting with "midurethral."  "Midurethral

19   tension-free slings are minimally invasive

20   procedures that have been shown to have high

21   success rates and low overall complication rates."

22           Did I read that correctly?

23     A.    And you are on which page now?

24     Q.    First page.

Bruce Alan Rosenzweig, M.D.

```
 1              MR. WALDENBERGER:  Second paragraph.

 2      What was the sentence again?

 3              MR. ROSENBLATT:  First sentence.

 4              MR. WALDENBERGER:  Got it.

 5      A.    That's what they state.

 6      Q.    And do you agree or disagree with that

 7  statement?

 8      A.    Minimally invasive -- excuse me.

 9  "Midurethral tension-free slings are minimally

10  invasive procedures that have a high success rate

11  and how complication rate"?

12      Q.    Yes.

13      A.    I disagree with that, yes.

14      Q.    And towards the bottom starting with "In

15  an attempt," it states, "In an attempt to further

16  minimize postoperative complications and reduce the

17  need for anesthesia, single-incision slings have

18  been developed such as TVT Secur."  Correct?  Did I

19  read that correctly?

20      A.    Yes, you did.

21      Q.    You would agree that that is a noble

22  thing for surgeons and manufacturers to try to

23  achieve?

24      A.    They state in an attempt, in an attempt
```

Bruce Alan Rosenzweig, M.D.

1   to minimize postoperative complications and reduce

2   the need for anesthesia.  That's what the attempt

3   was.

4        Q.    But that would be a good thing, correct?

5        A.    To try to attempt that?

6        Q.    I'm asking you.

7              MR. WALDENBERGER:  I guess he is not

8        understanding your question, if I'm

9        understanding what you are asking him.

10       A.    Again, I'm not understanding the

11   question.

12             MR. WALDENBERGER:  Restate it.

13             MR. ROSENBLATT:  I will strike that.

14   BY MR. ROSENBLATT:

15       Q.    "Limited data are available with regard

16   to this approach that mirrors the transobturator

17   sling but requires less dissection, uses a smaller

18   amount of mesh and has no exit sites for the mesh.

19   Early studies indicate a range of objective cure

20   rates from 70.3 percent to 87.5 percent."

21             Did I read that correctly?

22       A.    Yes, you did.

23       Q.    And do you disagree with those findings?

24       A.    Well, we know from my report that the

Bruce Alan Rosenzweig, M.D.

1    incision size needed to be larger, the depth of

2    dissection needed to be increased in order to

3    attempt to minimize blood loss, minimize erosions

4    and minimize operative complications.

5        Q.    And if you turn to the bottom right-hand

6    page, it says Page 43, I'm looking at Table 3, it

7    says, pain on postoperative day 7, TVT Secur, zero;

8    TVT-O, one.  Do you see that?

9        A.    Yes.

10       Q.    And that was statistically significant?

11       A.    Yes.

12       Q.    And you agree there are some patients

13   who would prefer to have less postoperative pain

14   after a surgical procedure for stress urinary

15   incontinence?

16             MR. WALDENBERGER:  Objection to form.

17       You can answer.

18       A.    Yes.

19       Q.    And then if we go down, length of

20   catheterization for TVT Secur, zero, and for TVT-O,

21   zero.  And you agree that it's a benefit for some

22   patients to not have to leave the operation with

23   the catheter, correct?

24       A.    Correct.

Bruce Alan Rosenzweig, M.D.

1      Q.     And then it says mesh exposure, 8

2  patients" -- strike that.

3             It says mesh exposure, 8 patients or

4  19.1 percent for TVT Secur and zero patients or

5  zero percent for TVT-O, correct?

6      A.     Correct.

7      Q.     What is your explanation for the zero

8  percent mesh exposure for TVT-O?

9      A.     In the one-year followup there were no

10 patients that presented with an exposure with the

11 TVT obturator.

12     Q.     Based on the study are you able to

13 determine why zero patients experienced a mesh

14 exposure in the TVT-O group?

15            MR. WALDENBERGER:  Objection to the

16     form.  You can answer.

17            MR. ROSENBLATT:  I hope this pause

18     isn't cutting into my time.

19            MR. WALDENBERGER:  I'm not tracking

20     the pause, but I won't hold it against you.

21     A.     The authors theorize that the increase

22 in the incidence of mesh exposure in the TVT Secur

23 group is due to the sharp edges of the TVT Secur

24 introducer potentially creating more trauma to the

Bruce Alan Rosenzweig, M.D.

1    vaginal epithelium and results in a higher erosion

2    rate.

3         Q.    Did I hear you correctly that they say

4    theorize?

5         A.    Correct.

6         Q.    And so what that means is that they

7    don't know but they are essentially guessing?

8              MR. WALDENBERGER:  Objection to the

9         form.  You can answer.

10        A.    No.  But they noted that there are

11   sharper edges for the TVT Secur.  We know that

12   sharper edges will cause more tissue drag as

13   described in my report and lead to more damage to

14   the vaginal tissue, increasing the risk of

15   exposure.

16        Q.    What clinical studies are you basing

17   that on?

18        A.    What clinical studies?

19        Q.    What clinical studies support what you

20   just mentioned?

21        A.    Well, this clinical study is one of

22   them.

23        Q.    And in this clinical study these authors

24   said that they were theorizing that the sharper

Bruce Alan Rosenzweig, M.D.

1    edges could potentially create more trauma,

2    correct?

3        A.    Well, they document the sharp edges.

4        Q.    Right, but the answer to my question is

5    they theorize that it could potentially create more

6    trauma, correct?

7            MR. WALDENBERGER:  Objection, asked

8        and answered.  You can answer it again, if you

9        understand what he is asking you.

10       A.    They do say they theorize.  They do say

11   they theorize, they do state we theorize and

12   potentially create more trauma, but they do

13   document the sharp edges.

14       Q.    Thank you, Doctor.  So, as I understand

15   it, in this study these authors suggest a theory to

16   explain the 19 percent or the 5 patients who had a

17   mesh exposure in this study, but my original

18   question to you was --

19       A.    There were eight patients.

20       Q.    Eight patients.  I'm sorry.  Thank you

21   for correcting me.  But my question was, how do you

22   explain the zero percent mesh exposure for the

23   TVT-O group?

24            MR. WALDENBERGER:  Objection, asked

Bruce Alan Rosenzweig, M.D.

1       and answered.  You can answer it again.

2               And Paul, are you asking him for his

3       interpretation or you are asking him to point

4       out in the article to you what their basis for

5       zero was?

6               MR. ROSENBLATT:  I'm just asking as a

7       surgeon who uses this study as support for his

8       opinions how he explains the zero percent mesh

9       exposure for TVT-O, and I understand his

10      rationale for why the 19 percent might be

11      there for TVT Secur, but now I'm asking about

12      the TVT-O.

13              MR. WALDENBERGER:  You can answer.

14      A.     That is not discussed this in report.

15      Q.     Do you have an opinion one way or the

16  other as to how these authors were able to obtain a

17  zero percent mesh exposure rate for TVT-O in this

18  study?

19      A.     Not how these authors specifically were

20  able to obtain a zero percent erosion rate.

21      Q.     And if you were to rank levels of

22  evidence using the scientific method, how would you

23  rank hypothesis, theory, testing and conclusion?

24      A.     Well, you start with the hypothesis, you

Bruce Alan Rosenzweig, M.D.

1    test it and then you draw a conclusion.

2         Q.    Would you agree that theory would need

3    to be subsequently proven in randomized controlled

4    trials?

5         A.    Well, this is a randomized control

6    trial, and they felt that the sharp edges

7    associated with the Secur was what they attributed

8    their high erosion rate to.

9         Q.    But are you aware if they followed up

10   with additional testing to confirm that hypothesis

11   or theory?

12        A.    Not that I'm aware of.

13        Q.    And they attribute the laser-cut edge of

14   the TVT Secur to the higher exposure rate, but how

15   do you explain the lack of dyspareunia or

16   postoperative pain in the TVT Secur group?

17        A.    Dyspareunia is not described in this

18   report.  They describe their findings from the

19   cumulative results of the quality of life

20   questionnaires that were performed.

21        Q.    And these authors indicate towards the

22   bottom of Page 43, "The lower overall success of

23   TVT Secur could be attributed to the difficulty

24   that sometimes was encountered in the detachment of

Bruce Alan Rosenzweig, M.D.

1    the introducer from the sling.  During the

2    introducer removal process, the original tensioning

3    may have been compromised as the introducer was

4    moved back and forth in an attempt to release the

5    sling from the introducer."

6               Did I read that correctly?

7        A.    Yes.

8        Q.    So, is it your understanding that you

9    would attribute the failure rate in this study to

10   surgeon technique?

11              MR. WALDENBERGER:  That he would

12         attribute to it?

13              MR. ROSENBLATT:  Yeah, from reviewing

14         this study.

15              MR. WALDENBERGER:  He is asking your

16         opinion.

17       A.    Right.  No, I deal with that in my

18   report.  That is a design defect of the TVT Secur,

19   difficulty in removing, releasing the Ethisorb

20   fleece end and detaching and removing the

21   introducer.

22       Q.    But you are aware of some surgeons not

23   having that difficulty, correct?

24       A.    Correct.

Bruce Alan Rosenzweig, M.D.

1        Q.    And so this study attributes the lower

2   success rate to surgical technique, correct?

3        A.    No.  They attribute it to the design

4   defect of the TVT Secur as I describe it in my

5   report.

6        Q.    Turn to Page 44.  In the right column

7   it says, "Minimally invasive midurethral slings

8   have become the primary choice of many surgeons in

9   the treatment of SUI given their high long-term

10  success rates when compared with traditional

11  pubovaginal slings and Burch colposuspension."

12             Did I read that correctly?

13       A.    You read that correctly.

14       Q.    Do you disagree with the statement that

15  the authors made there?

16             MR. WALDENBERGER:  There is a few

17       statements there.  Do you have one in

18       particular?

19             MR. ROSENBLATT:  Sure.  Let's break it

20       down.

21  BY MR. ROSENBLATT:

22       Q.    Do you agree or disagree with the

23  authors when they state that minimally invasive

24  midurethral slings have become the primary choice

Bruce Alan Rosenzweig, M.D.

1   of many surgeons in the treatment of SUI?

2        A.    That's what they state.

3        Q.    I'm asking do you agree or disagree with

4   those -- with that statement?

5        A.    I think we have discussed that in

6   numerous depositions.

7        Q.    Do you disagree with that statement?

8        A.    I think we've discussed that the -- you

9   know, the number of surgeons that are using

10  midurethral slings in previous depositions.

11       Q.    Would you agree that there were a

12  significant number of surgeons who were using

13  single-incision slings such as TVT Secur?

14            MR. WALDENBERGER:  Objection to the

15       form, that "significant" is a vague term.  You

16       can answer, if you can answer.

17       A.    There are surgeons that use

18  single-incision slings to treat stress urinary

19  incontinence.

20       Q.    And that's true today, correct?

21       A.    There are surgeons that are using

22  single-incision slings under study protocols

23  because there is a 522 order to show safety and

24  efficacy of single-incision slings.

Bruce Alan Rosenzweig, M.D.

```
 1      Q.    I want to turn to Exhibit 9, which is
 2   the Cornu study, and I believe you cited this study
 3   for the proposition in your report that TVT Secur
 4   does not seem to be an appropriate option for
 5   first-line management of SUI in women?
 6      A.    That's what the authors state.
 7   Therefore, TVT Secur does not seem to be
 8   appropriate for SUI first-line management in women.
 9      Q.    And was this study a randomized
10   controlled trial?
11      A.    No.
12      Q.    Was this study a long-term study?
13      A.    The mean followup was 30 months or
14   almost three years.
15      Q.    And you would agree that in a number of
16   studies for the Burch colposuspension and the
17   autologous fascial sling the authors combined their
18   cure rates with their improved rates to come to an
19   overall objective cure rate, correct?
20      A.    Yes.  And to go back to your previous
21   question, midurethral slings, Burch, in the
22   prospective randomized long-term trials, there was
23   no difference -- in the three 5-year studies there
24   was no difference in cure rate between Burch and
```

Bruce Alan Rosenzweig, M.D.

1   midurethral slings.

2        Q.    I'm going to try not to re-cover too

3   much old ground, so I will keep my lips shut on

4   that one.

5        A.    You had asked that question previously,

6   and I just wanted to be responsive.

7        Q.    And if you look at this study, they

8   showed that 18 patients or 40 percent were cured

9   while 8 patients or 18 percent were improved,

10  correct?

11       A.    Correct.

12       Q.    And so if you add those together, that's

13  a 68 percent cured/improved rate?

14       A.    58 percent.

15       Q.    I'm sorry.  58 percent?

16       A.    Yes.

17       Q.    Now if you would turn to the next page,

18  Page 158.  First of all, Doctor, would you agree

19  that this study is authoritative and reliable?

20       A.    Yes.

21       Q.    And surgeons in your field would rely on

22  such studies?

23       A.    Yes.

24       Q.    Now, at the paragraph starting with "SUI

Bruce Alan Rosenzweig, M.D.

1   management," the second paragraph down, "Placement

2   of a suburethral sling is the gold standard for the

3   management of SUI associated with urethral

4   hypermobility.  TVT and transobturator tape (TOT)

5   are widely used in this indication with a high

6   success rate and few complications."

7           Did I read that correctly?

8       A.    Yes.

9       Q.    Do you disagree with the author's

10  statement there that suburethral slings are the

11  gold standard?

12      A.    Yes.

13      Q.    What do you consider to be the current

14  gold standard for the treatment of stress urinary

15  incontinence --

16      A.    There have been a number of --

17      Q.    -- the surgical treatment of stress

18  urinary incontinence?

19      A.    There have been a number of articles

20  that have been written about the term "the gold

21  standard" and the lack of meaning that that term

22  has.

23      Q.    Doctor, would you consider --

24           MR. WALDENBERGER:  Hold on a second.

Bruce Alan Rosenzweig, M.D.

1        Were you done answering?

2              THE WITNESS:  Yes.

3              MR. WALDENBERGER:  Okay.

4    BY MR. ROSENBLATT:

5        Q.    So, Doctor, you would not use the term

6    "gold standard" to describe the Burch

7    colposuspension, correct?

8        A.    I would not use "gold standard" to

9    describe any procedure.

10       Q.    Especially not the Burch

11   colposuspension?

12             MR. WALDENBERGER:  Objection to the

13       form.  He answered that with his previous

14       answer.  So, you can answer it again.

15       A.    Well, that is the procedure that I

16   perform for my patients with primary stress urinary

17   incontinence.

18       Q.    Doctor, how many Burch procedures have

19   you performed in 2016?

20       A.    Four.

21       Q.    And if you look at Page 159 --

22             MR. CAMPBELL:  I will step out.

23             (Mr. Campbell left the deposition

24               room.)

Bruce Alan Rosenzweig, M.D.

1    BY MR. ROSENBLATT:

2        Q.    -- under "Discussion," at the bottom of

3    that first paragraph it says, "TVT Secur minimizes

4    operative dissection and risk of injury of

5    periurethral elements in pelvic organs as well as

6    the risk of nerve or adductor muscle damage."

7             Did I read that correctly?

8        A.    Yes, you read that correctly.

9        Q.    And do you agree with that statement the

10   authors made?

11       A.    As I describe in my report, the incision

12   site needs to be at least two centimeters with a

13   deep dissection in order to avoid dragging of

14   periurethral and perivaginal tissue to decrease the

15   risk of erosion.

16            There is the Anders Hamer paper and also

17   the Cochrane analysis that shows a higher risk of

18   urethral and bladder erosion associated with the

19   TVT Secur which are periurethral elements and

20   pelvic damage.  I would agree that the TVT Secur

21   does not go into the adductor muscles.

22       Q.    Doctor, the last paragraph on this page

23   says, "Data analysis shows two different patterns

24   of failure.  The first is a primary failure,

Bruce Alan Rosenzweig, M.D.

1    diagnosed at the first postoperative visit (13

2    percent of our cases).  This kind of event is

3    well-known by all practitioners in the field of

4    sling surgery and is usually related to the

5    technical failure (sling misplacement), failure of

6    the device itself, bad patient selection, learning

7    curve."

8         Did I read that correctly?

9    A.    Yes.

10   Q.    Do you agree with the authors that

11   failure of a sling procedure is well-known by all

12   practitioners --

13        MR. WALDENBERGER:  Objection to form,

14   I'm sorry.

15   Q.    -- in your field?

16        MR. WALDENBERGER:  Objection to form.

17   A.    Yes.

18   Q.    Then it goes on to say, "However, all

19   procedures were led by an experienced surgeon and

20   no erosion or sling misplacement was demonstrated."

21        Did I read that correctly?

22   A.    Yes.

23   Q.    What is your explanation for these

24   authors determining that there were no erosions in

Bruce Alan Rosenzweig, M.D.

1    this study?

2        A.    What is my --

3              MR. WALDENBERGER:  I object to the

4        form.  Why don't you ask it again.  I think we

5        are both kind of confused by that one.  Maybe

6        we will read it back.

7              MR. ROSENBLATT:  I will take care of

8        it.

9    BY MR. ROSENBLATT:

10       Q.    These authors in this TVT Secur study

11   found zero erosions, correct?

12       A.    Yes.

13       Q.    What is your understanding as to how

14   these authors could experience zero percent

15   erosions in this study group?

16       A.    They did not find an erosion in the

17   three years that they were following these patients

18   on average.

19       Q.    And then under conclusions it says, "Our

20   midterm experience evaluating TVT Secur for SUI in

21   women shows that this new technique is safe and

22   quick and is associated with limited and mild side

23   effects."

24              Do you see that?

Bruce Alan Rosenzweig, M.D.

```
1        A.     That's what they state, yes.

2        Q.     Did you disagree with the author's

3   conclusions that TVT Secur is a safe and quick

4   operation?

5        A.     Safe, no.  Quick, yes.  I agree with

6   quick.  I don't agree with safe.

7        Q.     And what is your understanding of how

8   quick the procedure is on average?

9        A.      I think they describe, most authors

10  describe their operative time as less than 20

11  minutes.

12       Q.     Now, if we go to Exhibit 10, this is the

13  Maslow study?

14       A.     Yes.

15       Q.     And I believe you also cited this in

16  your report for the proposition that TVT Secur has

17  higher failure rates than TVT and TVT-O?

18       A.     Yes.

19       Q.     And this study was comparing TVT Secur

20  to TVT-O?

21       A.     Yes.

22       Q.     And the cure rates in this study at one

23  year for the TVT-O were 86 percent and for TVT

24  Secur 63 percent?
```

Bruce Alan Rosenzweig, M.D.

1      A.    Correct.

2      Q.    And the results showed quality of life

3    scores through questionnaires improved in both

4    groups and were not statistically significant,

5    correct?

6      A.    Yes.

7            MR. WALDENBERGER:  Actually, it says

8      different, but okay.  So you did not read that

9      one correctly.

10            MR. ROSENBLATT:  I was just asking

11      him.

12            MR. WALDENBERGER:  Okay.

13    BY MR. ROSENBLATT:

14      Q.    And it also says, "Initial postoperative

15    groin pain was more prevalent in the TVT-O group.

16    However, this resolved quickly with time."

17            Did I read that correctly?

18      A.    Yes.

19      Q.    And do you disagree with their finding

20    that postoperative groin pain resolves quickly with

21    time after a TVT-O procedure?

22      A.    Do I disagree with their findings?

23      Q.    Yes.

24      A.    That's what they found.

Bruce Alan Rosenzweig, M.D.

1       Q.    Is that consistent with your

2  understanding of the body of literature on TVT-O?

3       A.    No.  There is a group of patients who

4  have long-term, persistent groin pain associated

5  with TVT-O.

6       Q.    So you certainly wouldn't hold this

7  paper out to support the statement that

8  postoperative groin pain quickly resolved with time

9  after a TVT-O procedure, correct?

10      A.    The groin pain that they found in this

11  study resolved quickly.

12      Q.    And you would agree that stress urinary

13  incontinence can have a significant impact on the

14  quality of life of women?

15      A.    In some women, yes.

16      Q.    Would you agree that minimally invasive

17  midurethral sling procedures have revolutionized

18  the treatment of stress urinary incontinence?

19      A.    I would disagree with that.

20      Q.    Would you consider this paper reliable

21  and authoritative?

22      A.    Yes.

23      Q.    And surgeons in your field would rely on

24  such studies?

Bruce Alan Rosenzweig, M.D.

```
1        A.    Yes.

2        Q.    And there are two different types of

3   techniques for the TVT Secur, correct?

4        A.    Yes.

5        Q.    And one would be the "U" which would

6   follow the retropubic approach?

7        A.    Yes.

8        Q.    Even a the other would be the "H" or

9   hammock, which would follow the obturator approach

10  without going through the adductor muscles?

11       A.    Yes.

12       Q.    And this study evaluated the TVT hammock

13  approach, correct?

14       A.    Yes.

15       Q.    And what this study showed was that

16  dyspareunia at one year was present in 14.3 percent

17  of patients with TVT-O compared with 6.3 percent of

18  those with TVT Secur, correct?

19       A.    Yes.

20       Q.    And so at least in this study, these

21  authors found a higher rate of dyspareunia in TVT-O

22  than they did with TVT Secur, correct?

23       A.    Yes.

24       Q.    And do you have any understanding as to
```

Bruce Alan Rosenzweig, M.D.

1    why the patients in this study would have a lower

2    dyspareunia rate in the TVT Secur group?

3          A.    That's what these authors found.

4          Q.    Other than their findings, you don't

5    have an understanding as to why that might be,

6    correct?

7          A.    They did not describe that in their

8    report.

9          Q.    And if you look at postoperative groin

10   pain on Table 2, for TVT-O it shows 6 percent and

11   for TVT Secur it shows zero, correct?

12         A.    Can you repeat the question?

13         Q.    Right.  I'm on Table 2 --

14         A.    Yes.

15         Q.    -- looking at the presence of groin

16   discomfort?

17         A.    Yes.

18         Q.    And in TVT-O it was present in 6 percent

19   of the patients?

20         A.    Yes.

21         Q.    And in TVT Secur it was zero?

22         A.    Yes.

23         Q.    And vaginal erosion was zero percent in

24   the TVT-O group, correct?

Bruce Alan Rosenzweig, M.D.

```
1        A.    Yes.

2        Q.    And one patient or 2.1 percent in the

3   TVT Secur group, correct?

4        A.    Yes.

5        Q.    And so you certainly wouldn't hold this

6   paper out as reliable authority that the vaginal

7   erosion rate for TVT Secur is 2.1 percent, would

8   you?

9        A.    That's what the authors found in this

10  study.

11       Q.    In the interest of time we are going to

12  skip over Exhibit 11.

13            If you could look at Exhibit 12, which

14  is the Mostafa study?

15            MR. WALDENBERGER:  What did you have

16       as 11?

17            THE WITNESS:  He has it.

18  BY MR. ROSENBLATT:

19       Q.    And this is a meta-analysis that looked

20  at 26 RCTs involving 3,308 women, correct?

21       A.    Yes.

22       Q.    And at least 12 of those randomized

23  control trials evaluated TVT Secur, correct?

24       A.    Yes.
```

Bruce Alan Rosenzweig, M.D.

```
1        Q.    And if you look on Page 408 on the
2    right-hand column, it says, "All RCTs reported
3    improvement in QOL."  That would be quality of
4    life?
5        A.    Yes.
6        Q.    So it says, "Nevertheless, all RCTs
7    reported improvement in quality of life scores at
8    the followup compared with baseline with no
9    significant differences between SIMS versus SMUS."
10            So is it your understanding there were
11   no differences between single-incision mini-slings
12   versus full-length mini-slings or full-length
13   slings?
14       A.    When the data from TVT Secur was
15   omitted, yes.
16       Q.    And are you suggesting that that
17   statement is based on TVT Secur being excluded?
18       A.    Yes.
19       Q.    And on Page 415 at the bottom right they
20   state, "All currently available single-incision
21   mini-slings share the same type of material, type 1
22   polypropylene, and the insertion technique through
23   a single vaginal incision; however, they differ in
24   the type/robustness of the anchorage mechanism
```

Bruce Alan Rosenzweig, M.D.

1    used."

2              Did I read that correctly?

3         A.    You read that correctly, yes.

4         Q.    Would you agree that this study did not

5    evaluate any partially absorbable slings of any

6    type?

7         A.    Correct.

8         Q.    Would you agree from a safety

9    perspective that it would be preferable to have an

10   absorbable fixation tip as opposed to a permanent

11   fixation tip?

12        A.    From what perspective?

13        Q.    Safety.

14        A.    If it was shown that an absorbable

15   fixation tip had a greater safety profile, then it

16   would be safer to have an absorbable fixation tip.

17        Q.    On Page 423 towards the bottom left of

18   the page these authors state, "Interestingly,

19   despite the exclusion of TVT Secur, single-incision

20   mini-slings still had a trend, albeit

21   insignificant, towards higher rates of repeat

22   continence surgery."

23              Did I read that correctly?

24              MR. WALDENBERGER:  Where was that

Bruce Alan Rosenzweig, M.D.

1      again?   I'm sorry.

2             MR. ROSENBLATT:  Bottom left, not the

3      last paragraph but up a little bit.

4             MR. WALDENBERGER:  "Unlike other"?

5             MR. ROSENBLATT:  Yes, the bottom of

6      that paragraph.

7             MR. WALDENBERGER:  "The failure to

8      show"?  I'm sorry.  Could you just re-ask your

9      question so I know what you are talking about?

10             THE WITNESS:  It is right here.

11             MR. WALDENBERGER:  Got it.

12    BY THE WITNESS:

13        A.   Yes.

14    BY MR. ROSENBLATT:

15        Q.   So would you agree that these authors

16    indicated a trend towards higher reoperation rates

17    for mini-slings compared to full-length slings?

18        A.   Yes.

19        Q.   If you could look at Exhibit 13, which

20    this is the Nambiar Cochrane review which you cited

21    in your report?

22        A.   Yes.

23        Q.   This Cochrane review analyzed 31 trials

24    involving 3,291 women, correct?

Bruce Alan Rosenzweig, M.D.

1       A.      Yes.

2       Q.      And it analyzed a variety of many

3   slings, including TVT Secur, MiniArc, Ajust,

4   Needless, Ophira, tissue fixation systems and

5   CureMesh, correct?

6       A.      Yes.

7       Q.      And one thing that these authors

8   concluded was that significant difference in

9   fixation mechanisms may influence outcomes?

10      A.      That's what they describe.

11      Q.      In the studies that we just looked at,

12  Neuman, Hota, Cornu, Maslow, how many of those are

13  cited in this Cochrane review?

14              And in the interest of time, Doctor, I

15  will just represent to you that the only study I

16  saw was the Hota study.

17      A.      Yeah, I didn't see Neuman being referred

18  to.  What was the other one.  Maslow?

19      Q.      Maslow and Cornu.

20      A.      Well, Maslow might have come out too

21  late for this 2014 Cochrane analysis, and I

22  wouldn't expect Cornu because it was not a

23  randomized control trial.

24      Q.      So, just because a study doesn't meet

Bruce Alan Rosenzweig, M.D.

1    the qualitative criteria for inclusion in a

2    Cochrane review doesn't mean that you wouldn't rely

3    on it for certain purposes to support your

4    opinions, correct?

5         A.    Or to discount my opinions.

6         Q.    Correct?

7         A.    Correct.

8         Q.    And if you turn to Page 18 of this

9    Cochrane review, looking at vaginal mesh exposure,

10   and it shows more women in the single-incision

11   groups had exposure, 6 percent versus 1 percent,

12   and the overall result was statistically

13   significant.

14             So, would it be fair to say that the

15   average mesh exposure rate for mini-slings would be

16   6 percent based on this Cochrane review?

17        A.    At this point in time, yes, that's what

18   they described.

19        Q.    At this point in time, this was

20   published in 2014?

21        A.    Yes.

22        Q.    And all of the studies that were

23   included in this analysis for the vaginal mesh

24   exposure were single-incision slings, and they were

Bruce Alan Rosenzweig, M.D.

1  all TVT Secur?

2      A.    For this section, yes.

3      Q.    And the authors of this Cochrane review

4  found that to be 6 percent mesh exposure rate for

5  TVT Secur?

6      A.    Based on the studies that they included

7  in their review, yes.

8      Q.    And under "Postoperative pain or

9  discomfort" it states, "The overall result was

10  statistically significant, favoring single-incision

11  slings," correct?

12      A.    That's what they state.

13      Q.    And this Cochrane review is

14  authoritative and reliable, correct?

15      A.    Yes.

16      Q.    And surgeons in your field would rely on

17  such meta-analyses in reviewing complication rates

18  for various procedures?

19      A.    Yes.

20      Q.    And is it your understanding that

21  Cochrane reviews are on the top of the pyramid of

22  evidence-based medicine?

23      A.    They are high up on the pyramid, yes.

24      Q.    And a little further down it says, "The

Bruce Alan Rosenzweig, M.D.

1    combined overall result showed that women had less

2    short-term pain or discomfort after a

3    single-incision sling," correct?

4         A.    Yes.

5         Q.    And I think you might have answered

6    this, but I can't recall.  You would agree that

7    postoperative -- or reducing postoperative pain

8    would be a benefit, correct?

9              MR. WALDENBERGER:  I object to the

10        form.  You can answer.

11        A.    Yes.

12        Q.    And then a little further down it says,

13   "Long-Term Pain or Discomfort."  Do you see that

14   section?

15        A.    Yes.

16        Q.    And it says, "This was rare," and when

17   it says "this," they are referring to long-term

18   pain or discomfort?

19        A.    Based on the studies that they looked

20   at.

21        Q.    So the authors conclude that long-term

22   pain or discomfort was rare?  Was that a accurate

23   interpretation?

24        A.    That's what they describe.

Bruce Alan Rosenzweig, M.D.

```
 1        Q.    "A statistically significant difference
 2   favored single-incision slings in the latter case
 3   only.  Although uncommon, women were significantly
 4   less likely to have long-term pain after a
 5   single-incision sling than after a transobturator
 6   sling and the overall result favored
 7   single-incision slings," correct?
 8        A.    That's what they state.
 9        Q.    And the long-term pain or discomfort
10   rate that they list for mini-slings is 0.5 percent,
11   correct?
12        A.    That's what they describe.
13        Q.    And you would certainly take the
14   position that an average figure for a complication
15   listed in the meta-analysis would be more reliable
16   than the complication rate pulled from one
17   particular study, correct?
18        A.    Meta-analysis pools data and therefore,
19   depending on which studies they looked at, that
20   would give you more robust data than from one
21   single study.
22              MR. ROSENBLATT:  I will take a quick
23        break.
24              MR. WALDENBERGER:  Sure.
```

Bruce Alan Rosenzweig, M.D.

```
 1                    (Rosenzweig Exhibits 14 through 20

 2                     were marked for identification as

 3                     of 2/4/16.)

 4                    (Recess taken, 1:20 - 1:34 p.m.)

 5                    (Mr. Campbell re-entered the

 6                     deposition room.)

 7   BY MR. ROSENBLATT:

 8       Q.    Doctor, we just took a quick break.  I

 9   am going to hand you what's been marked as Exhibit

10   14.

11       A.    Yes.

12       Q.    Do you understand this to be the TVT

13   Secur instructions for use?

14       A.    Yes.

15       Q.    I would like you to turn to the --

16   sorry.  Let me back up.  When was the first time

17   you reviewed the TVT Secur instructions for use?

18       A.    I don't recall if I saw this book when

19   the product was first being introduced and I was

20   being detailed on it.  I think that might have been

21   the first time that I saw it.

22       Q.    You don't recall that?

23       A.    I don't specifically recall.

24       Q.    I'm correct that you have never
```

Bruce Alan Rosenzweig, M.D.

```
 1    implanted a TVT Secur?

 2         A.    Correct.

 3         Q.    Do you know if you have ever discussed

 4    the TVT Secur implantation with any surgeon who has

 5    performed the TVT Secur?

 6         A.    Not that I specifically recall.

 7         Q.    And you have never attended any

 8    professional education training of any type on the

 9    TVT Secur, correct?

10         A.    I might have been in a grand rounds

11    where it was discussed.

12         Q.    But you don't recall?

13         A.    I don't recall.

14         Q.    You have certainly never attended any

15    professional education that Ethicon sponsored

16    regarding the TVT Secur, correct?

17         A.    Correct.

18         Q.    And if you look at Bates ending in 576,

19    it reads, "This package insert is designed to

20    provide instructions for use of the Gynecare TVT

21    Secur system, including the device and inserters.

22    It is not a comprehensive reference to surgical

23    technique for correcting SUI (stress urinary

24    incontinence).  Only physicians trained in the
```

Bruce Alan Rosenzweig, M.D.

1    surgical treatment of stress urinary incontinence

2    should use the product.  These instructions are

3    intended for general use of the product.

4    Variations in use may occur in specific procedures

5    due to individual technique in patient anatomy."

6            Did I read that correctly?

7        A.    Yes.

8        Q.    And would you agree that results -- or

9    strike that.

10            Would you agree with me that there

11   are -- strike that.

12            Would you agree with me that procedural

13   differences in technique and patient anatomy can

14   affect both complications and success rates for TVT

15   Secur?

16       A.    Well, as I described in my report, that

17   is one of the defects of the TVT Secur.

18       Q.    And if you turn to Page 22, Bates ending

19   in 589, if you look at the last bullet point under

20   "Adverse Reactions," it reads, "Under-correction or

21   incorrect placement may result in incomplete or no

22   relief from urinary incontinence."

23            Did I read that correctly?

24       A.    That's what it states.

Bruce Alan Rosenzweig, M.D.

```
 1        Q.    And is your interpretation of that

 2    warning there, that under-correction or not

 3    providing enough tensioning could then result in no

 4    cure of incontinence?

 5        A.    That is one of the defects of the

 6    device, yes.

 7        Q.    But is that how you understand that

 8    warning?

 9        A.    That is part of the warning.

10        Q.    Put that away.  I would like you to look

11    at what's been marked as Exhibit 15.  Are you

12    familiar with Dr. Walters and Dr. Weber?

13        A.    I know Dr. Walters.  I have met

14    Dr. Weber in the past.

15        Q.    And would you consider them respected

16    physicians in their field?

17        A.    Yes.

18        Q.    And on the front page of this article it

19    states, "Almost all surgical procedures for stress

20    urinary continence performed today involve

21    placement of a retropubic or transobturator

22    midurethral synthetic sling," correct?

23        A.    That's what they state.

24        Q.    Is that still true today?  Or strike
```

Bruce Alan Rosenzweig, M.D.

1    that.  This was published in 2012?

2         A.    That's when it was published, yes.

3         Q.    And if you turn the page, they state,

4    "Although Burch colposuspension and the pubovaginal

5    fascial sling procedure are effective for both

6    primary and recurrent SUI, they are more invasive

7    than the midurethral slings, cause more voiding

8    dysfunction and have significantly longer recovery

9    times, making them less attractive for most primary

10   and recurrent cases of SUI."

11              Did I read that correctly?

12        A.    You read that correctly.

13        Q.    And do you disagree with Dr. Walters and

14   Dr. Weber when they made that statement in this

15   article?

16        A.    Regarding voiding dysfunction, there are

17   certain references that show more voiding

18   dysfunction, certain references show less return to

19   the operating room for obstructed voiding.  So, I

20   would disagree with that statement.

21        Q.    Would you disagree that the Burch and

22   autologous sling have significantly longer recovery

23   times than midurethral slings?

24        A.    They have longer recovery times.

Bruce Alan Rosenzweig, M.D.

```
1       Q.    And you would agree that a shorter

2   recovery time after an incontinence procedure would

3   be a benefit to patients?

4             MR. WALDENBERGER:  Objection, asked

5        and answered.  You can answer it again.

6       A.    We have discussed returning to work as

7   an economic benefit.

8       Q.    And the authors go on to state, "The

9   evolution of SUI surgeries have shifted so far

10  toward midurethral slings that Burch

11  colposuspension and the pubovaginal sling procedure

12  are rarely performed or taught in obstetrics and

13  gynecology or urology residence programs."

14  Correct?

15      A.    That's what they state.

16      Q.    Do you know if the Burch procedure is

17  still taught in residency programs at Rush

18  Hospital?

19      A.    Yes.  I teach Burch procedures at the

20  residency program at Rush, and so do the other

21  urogynecologists.

22      Q.    And do you also teach the autologous

23  sling at Rush?

24      A.    Yes.
```

Bruce Alan Rosenzweig, M.D.

```
1        Q.    Do you have any idea what other

2   residency programs across the country are doing?

3        A.    I do not.

4        Q.    And do you know whether or not the --

5   strike that.

6              Do you know whether or not any surgeon

7   at Rush Hospital has ever used a TVT Secur?

8        A.    I do not think TVT Secur was available

9   at our hospital.

10       Q.    Do you know one way or the other?

11       A.    I do not think the TVT Secur has ever

12  been available at our hospital.

13       Q.    Pull up Exhibit 16.  Do you recognize

14  this study?

15       A.    Yes.

16       Q.    And this is a systematic review

17  performed by the Society of Gynecologic Surgeons,

18  also known as SGS, correct?

19       A.    Yes.

20       Q.    The lead author is Schimpf?

21       A.    Yes.

22       Q.    And this is on your reliance list,

23  correct?

24       A.    Yes.
```

Bruce Alan Rosenzweig, M.D.

1      Q.     And this is the type of systematic

2   review or meta-analysis that you would consider to

3   be authoritative and reliable?

4      A.     Yes.

5      Q.     And this is also the type of systematic

6   review and meta-analysis that you would put at the

7   top of the pyramid of evidence-based medicine?

8      A.     It is high on the pyramid of

9   evidence-based medicine, and we have also discussed

10  this on multiple different occasions.

11     Q.     And certainly surgeons in your field

12  would rely on such meta-analyses?

13     A.     Yes.

14     Q.     Now, Doctor, I know we have been through

15  this before in the past, but what I want to do is

16  focus on the mini-slings.

17     A.     Yes.

18     Q.     If you could, turn to what's listed at

19  the bottom of this as I think 1.e5, Table 1, and I

20  counted up the TVT Secur RCTs that were included in

21  this analysis, and I counted 14 TVT Secur RCTs.

22  Does that appear to be accurate?

23     A.     Yes.

24     Q.     And if you turn to Table 3, what the

Bruce Alan Rosenzweig, M.D.

1    authors did here is they accumulated and analyzed

2    studies looking at various complication rates of

3    various incontinence procedures?

4         A.    Yes.

5         Q.    And the first one I want to talk about

6    is estimated blood loss greater than 200

7    milliliters.  Do you see that at the top of

8    Table 3?

9         A.    I went a few pages.

10              MR. WALDENBERGER:  1.e7.

11        A.    Yes.

12        Q.    And for mini-sling it shows 1.1 percent?

13        A.    Yes.

14        Q.    And when we say 1.1 percent, that column

15   is the summary estimate of incidence?

16        A.    Yes.

17        Q.    And if we look down at hematoma, the

18   mini-sling has an incidence rate of 0.85 percent?

19        A.    Yes.

20        Q.    And that's less than the 1.4 percent for

21   the Burch and the 2.2 percent for the pubovaginal

22   sling, correct?

23        A.    That's what they found.

24        Q.    Do you have any reason to disagree with

Bruce Alan Rosenzweig, M.D.

1    these numbers?

2        A.    The rate of transfusion was higher in

3    the mini-sling than Burch, and they don't even

4    discuss the estimated blood loss with the Burch

5    procedure.

6        Q.    And when you said it is higher, the

7    transfusion rate is higher in the mini-sling, the

8    transfusion rate for the mini-sling was 0.51

9    percent?

10       A.    Yes, and it was zero for Burch.

11       Q.    And if we look at dyspareunia, for

12   mini-sling the incidence rate is 0.74 percent,

13   correct?

14       A.    Yes.

15       Q.    And the pubovaginal sling is 0.99

16   percent, correct?

17       A.    Yes, and there is no dyspareunia with

18   the Burch procedure.

19       Q.    But you wouldn't necessarily agree with

20   the statement you just made, correct?

21       A.    According to the Schimpf review.

22       Q.    I'm asking you -- so as I understand it,

23   dyspareunia is not listed for the Burch in this

24   review, but that doesn't mean that it just doesn't

Bruce Alan Rosenzweig, M.D.

1  exist for the Burch, correct?

2      A.    So, then what you are stating is by that

3  same logic, because dyspareunia as stated with the

4  mini-sling is 0.74 percent, that doesn't mean that

5  the rate of dyspareunia isn't 10 percent like we

6  found before.

7      Q.    Well, I'm just asking you, would you --

8  and I appreciate your logic there, but you wouldn't

9  suggest that the Burch has a zero percent rate of

10  dyspareunia, would you?

11      A.    It says retropubic slings have a zero

12  percent risk of dyspareunia or have zero percent

13  dyspareunia, so they didn't even have the Burch

14  there, and so therefore, I would say that there was

15  zero percent risk of dyspareunia.

16      Q.    Is it fair to say that you disagree with

17  the incidence rate of the mini-sling, 0.74 percent

18  dyspareunia?

19      A.    I would disagree with that by the same

20  logic that we talked about the Burch procedure.

21      Q.    And the complication of return to

22  operating room for erosion was 1.4 percent in the

23  mini-sling group?

24      A.    That's what they state.

Bruce Alan Rosenzweig, M.D.

```
1        Q.    And 1.6 percent in the pubovaginal sling

2   group, correct?

3        A.    And 2.7 percent for the obturator group.

4        Q.    Under mesh exposure it says mini-sling,

5   2 percent?

6        A.    Yes.

7        Q.    And in fairness, Burch, zero percent,

8   correct?

9        A.    Correct.

10        Q.    Retropubic, 1.4 percent?

11        A.    That's what they state.

12        Q.    Obturator, 2.2 percent?

13        A.    Yes.

14        Q.    Pubovaginal, 5.4 percent?

15        A.    That's what they state.

16        Q.    And you have no reason to disagree with

17   those figures, do you?

18        A.    Based on the studies that they have

19   reviewed.

20        Q.    And wound healing -- or strike that.

21              Wound infection, mini-sling was 0.31

22   percent?

23        A.    And there were no wound infections for

24   the Burch.
```

Bruce Alan Rosenzweig, M.D.

1      Q.    It actually shows 7 percent for the

2  Burch?

3      A.    Excuse me.  Yes.

4      Q.    And 2.6 percent for pubovaginal slings?

5      A.    Yes.

6      Q.    And for urinary tract infections, the

7  mini-sling had an incidence rate of 3.6 percent?

8      A.    Yes.

9      Q.    And that would be lower than pubovaginal

10  sling at 4.2 percent and Burch at 5.9 percent,

11  correct?

12      A.    That's what they state.

13      Q.    And bowel injury shows a 0.74 percent

14  incidence rate for mini-slings into 3.13 incidence

15  rate for the Burch, correct?

16      A.    And that Burch was based on one study

17  which a laparoscopic Burch.

18      Q.    But that's what they report here?

19      A.    Yes.

20      Q.    And for nerve injury, mini-sling shows

21  zero percent?

22      A.    Yes.

23      Q.    For overactive bladder urgency,

24  mini-sling reports 5.4 percent?

Bruce Alan Rosenzweig, M.D.

```
1        A.    Yes.

2        Q.    In fairness, Burch shows a 4.3 percent

3   rate?

4        A.    Yes.

5        Q.    And the pubovaginal, 8.6 percent,

6   correct?

7        A.    That's what they state.

8        Q.    And retention lasting longer than six

9   weeks postoperatively, they have a rate of 2.1

10  percent for the mini-sling, correct?  I'm sorry.

11  Less than six weeks.

12       A.    Yes.

13       Q.    And 12 percent for pubovaginal slings?

14       A.    Yes.

15       Q.    17 percent for the Burch?

16       A.    Yes.

17       Q.    And they also looked at retention

18  lasting longer than six weeks postoperatively,

19  correct?

20       A.    Yes.

21       Q.    And for the mini-sling they reported 3.3

22  percent incidence rate --

23       A.    Yes.

24       Q.    -- which would be lower than the
```

Bruce Alan Rosenzweig, M.D.

1   pubovaginal sling at 7.5 percent and the Burch at

2   7.6 percent?

3        A.    Yes, but zero percent of those patients

4   needed to go back to the operating room for urinary

5   retention for the Burch.

6        Q.    And so you are jumping ahead.  The next

7   one is return to operating room for urinary

8   retention.  As you pointed out, the Burch was zero

9   percent?

10       A.    Yes.

11       Q.    Mini-sling was 1.9 percent?

12       A.    Yes.

13       Q.    The pubovaginal sling was 3 percent?

14       A.    That's what they state.

15       Q.    For groin pain the mini-sling showed

16   0.62 percent.

17       A.    Yes.

18       Q.    And that's slightly higher than the

19   pubovaginal at 0.34 percent?

20       A.    Yes.

21       Q.    And the Burch showed 1.1 percent?

22       A.    That's what they state.

23       Q.    And for leg pain, these authors conclude

24   that the mini-sling has a 1.6 percent incidence

Bruce Alan Rosenzweig, M.D.

1   rate?

2       A.    Yes.

3       Q.    And with the obturator they show a 16

4   percent incidence rate, correct?

5       A.    Yes.

6       Q.    And with bladder perforation the authors

7   conclude the mini-slings have a 0.85 percent

8   incidence rate?

9       A.    That's what they found.

10      Q.    And that's lower than the pubovaginal at

11  2.3 percent, the Burch at 2.8 percent and the

12  retropubic at 3.6 percent?

13      A.    Yes.

14            You didn't want to discuss urethral

15  perforation?

16      Q.    Sure.  Urethral perforation, mini-sling,

17  they report 2.7 percent?

18      A.    Yes.

19      Q.    And would you say that that is an

20  accurate number?

21      A.    That was again described in the Cochrane

22  analysis in 2014 that there was a higher bladder

23  and urethral risk associated with the mini-sling.

24      Q.    And here they are showing that that's

Bruce Alan Rosenzweig, M.D.

1    based on one study evaluating 37 patients, and out

2    of those, one patient had urethral perforation?

3         A.    That's what they described.

4         Q.    Now, if we turn to 1.e16, in the middle

5    of the page it states, "Exposure of the sling

6    postoperatively is similar with either obturator

7    slings, 2.2 percent, or mini-slings, 2.0 percent,

8    but retropubic slings have a somewhat lower rate

9    than either at 1.4 percent."  Correct?

10        A.    That's what they state.

11        Q.    And they go on.  Is that consistent with

12   your understanding of what the body of literature

13   shows on average?

14        A.    On average, no.

15        Q.    And what are you relying on to suggest

16   that these figures are not accurate?

17        A.    Regarding the mini-slings in general or

18   the TVT Secur in specific?

19        Q.    TVT Secur.

20        A.    Well, we know from the studies that we

21   looked at and the meta-analysis that we looked at

22   has a higher erosion rate associated with the TVT

23   Secur.

24        Q.    Anything else?

Bruce Alan Rosenzweig, M.D.

1      A.      What we have discussed earlier and

2  what's in my report.

3      Q.      These authors go on to state in this SGS

4  meta-analysis that dyspareunia is rare with any

5  type of sling but is somewhat more common with a

6  mini-sling at 0.99 percent than either a retropubic

7  at less than .001 percent or a obturator at 0.16

8  percent, correct?

9      A.      That's what they describe.

10      Q.      And do you have any reason to dispute

11  the findings that the authors concluded in this

12  meta-analysis regarding dyspareunia being there?

13      A.      Specifically for TVT Secur?

14      Q.      Yes.

15      A.      Yes, the information that we have

16  discussed earlier.

17      Q.      And if you look on 1.e18, the top left

18  paragraph, am I correct that the authors of this

19  meta-analysis determined that the TVT Secur was the

20  most widely studied mini-sling?

21      A.      On e18?

22      Q.      Yes.

23      A.      Where are you looking?

24      Q.      "It should be noted that this is the

Bruce Alan Rosenzweig, M.D.

1    most widely studied mini-sling," and TVT Secur is

2    referenced on the previous page.  Do you see that?

3         A.    Yes.

4         Q.    Is that consistent with your review of

5    the literature?

6         A.    Yes.

7         Q.    You can put that away.  Now if you will

8    look at Exhibit 17.  Do you recognize this study?

9         A.    Yes.

10        Q.    And this is a study done by the lead

11   author Tincello?

12        A.    Yes.

13        Q.    And it's the TVT Worldwide Observational

14   Registry, correct?

15        A.    Yes.

16        Q.    And this is a study that you have on

17   your reliance list?

18        A.    Correct.

19        Q.    You would consider this study to be

20   authoritative and reliable?

21        A.    Correct.

22        Q.    And surgeons in your field would rely on

23   such studies?

24        A.    Correct.

Bruce Alan Rosenzweig, M.D.

1    Q.    And what this study shows is at one-year

2  followup, 1,334 women were studied?

3    A.    Not at one-year followup, no.

4    Q.    What are you basing that on?

5    A.    On table -- I think it's Table 1 or

6  Graph 1, where you have the consort analysis of the

7  data, we see that only out of the 677 Secur, the

8  469 TVT and the 252 TVT-O in the study, for Secur

9  45 withdrew their consent; 21 of the TVT withdrew

10  their consent; 44 withdrew their consent for the

11  TVT-O.

12        There were 111 lost to followup for TVT

13  Secur, 92 for TVT and 68 for TVT-O.

14        Contraction stress test for TVT Secur

15  was slightly higher 50 percent -- excuse me.  Cough

16  stress tests were obtained in slightly above 50

17  percent of patients at 347 for Secur, 187 for TVT,

18  so it's less than 50 percent and also less than 50

19  percent of one-tenth of TVT-O.

20    Q.    And these results show that there was

21  about an 84.2 percent objective cure rate for TVT

22  Secur?

23    A.    With only 50 percent of patients being

24  followed up with a cough stress test at 12 months.

Bruce Alan Rosenzweig, M.D.

1       Q.     With that caveat, based on the patients

2    that they were able to follow up, these authors

3    reported about a 84 percent cure rate for TVT

4    Secur?

5       A.     With a 50 percent lost to followup, yes,

6    that's what they report.

7       Q.     And these authors concluded that the TVT

8    Secur cohort had the shortest operative time, the

9    lowest proportion of women who required an

10   overnight stay and the most women who underwent

11   surgery under local anesthesia.  The median time --

12   did I read that correctly?

13      A.     Yes.

14      Q.     They go on to state the median time to

15   return to employment, housework, sex life and

16   hobbies was most rapid for Secur, correct?

17      A.     For the 50 percent of women that

18   returned for followup, yes.

19      Q.     You agree that it would be a benefit to

20   patients to be able to return to employment,

21   housework, their sex lives and hobbies faster?

22      A.     We discussed the economic interest of

23   employment.

24      Q.     Would that apply to sex life as well?

Bruce Alan Rosenzweig, M.D.

```
1        A.    That I -- there is no economic benefit

2   for returning to sex life, and I am not sure that

3   my wife would agree that returning to housework is

4   an advantage.

5        Q.    If you look --

6              MR. WALDENBERGER:  Did you want to

7        strike that last part?

8        Q.    Page 2313, the paragraph on the right,

9   it states, starting in the middle of the sentence,

10  "low surgeon experience with fewer than 50

11  procedures was associated with a lower likelihood

12  of success than surgeon experience with 50 to 99

13  procedures," correct?

14       A.    That's what they state.

15       Q.    And so what that suggests is that

16  surgeons with more experience and higher volume

17  have better success rates, correct, at least in

18  this study?

19       A.    And that is what is described in my

20  report as one of the defects of the design of the

21  TVT Secur.

22       Q.    But you would agree with me that at

23  least in this study, increased surgeon experience

24  and volume was attributed to better success rates?
```

Bruce Alan Rosenzweig, M.D.

1        A.    As described in my report, that is a

2   defect of the TVT Secur.

3        Q.    If you look at Table 2, which lists the

4   complications, it says bleeding greater than 200

5   milliliters, and for TVT Secur, they report 0.7

6   percent?

7        A.    Correct.

8        Q.    And for postoperative complications

9   there is sling erosion.  Do you see that?

10       A.    Correct.

11       Q.    And if you go across, the numbers are

12   1.5 percent for TVT, 0.4 percent for TVT-O and 1.2

13   percent for TVT Secur.  Do you see that?

14       A.    Yes, but you can't -- what they are

15   basing those percentages on is the total number of

16   patients, not the total number of patients that

17   came back at 12 months, because you don't know with

18   the 50 percent lost to followup whether or not they

19   had a long-term postoperative complication like

20   sling erosion, groin pain, voiding dysfunction,

21   mixed incontinence, abdominal pain, dyspareunia.

22   So, instead of using the 677 as your denominator

23   you have to use the 374 as your denominator.

24       Q.    That's what these authors concluded

Bruce Alan Rosenzweig, M.D.

1    here, correct?

2         A.    That's what these authors concluded.

3         Q.    And for dyspareunia they have zero

4    percent for TVT Secur, correct?

5         A.    That's what they describe.

6         Q.    If you look under the discussion

7    sections, the authors indicate a major advantage of

8    Secur appear to be its potential suitability for an

9    in-office based procedure rather than surgery

10   requiring formal day case hospitalization due to

11   the safety profile, correct?

12              MR. WALDENBERGER:  "Correct" meaning

13        you read it right?

14              MR. ROSENBLATT:  Yes.

15              MR. WALDENBERGER:  Do you see where he

16        read?

17        A.    I'm going back to look at their methods

18   and seeing the number of patients --

19        Q.    Did I read that correctly, Doctor?

20        A.    Yes, you did, but they do not describe

21   in their methods that any of the women actually had

22   the procedure done in the office, so it is

23   difficult for me to agree with the statement that

24   it could be done in the office if they didn't even

Bruce Alan Rosenzweig, M.D.

```
 1   study it being done in the office.

 2        Q.    And that's a study that was on your

 3   reliance list?

 4        A.    Correct.

 5        Q.    And if you would look at Exhibit 18.  Do

 6   you recognize this study?

 7        A.    Yes.

 8        Q.    This is a study by Walsh, which looks at

 9   a systematic review of TVT Secur procedures at 12

10   months in 1,178 women?

11        A.    Yes.

12        Q.    And this would be reliable and

13   authoritative?

14        A.    As far as data in 2011, yes.

15        Q.    And surgeons in your field would rely on

16   such studies?

17        A.    Yes.

18        Q.    And again, a systematic review would be

19   higher on the pyramid of evidence-based medicine?

20        A.    Yes.

21        Q.    And these authors --

22        A.    But that is assuming that this is a

23   systematic review instead of just a literature

24   review.
```

Bruce Alan Rosenzweig, M.D.

1      Q.    And these authors indicated that there

2   was a 2.4 percent incidence of mesh exposure in the

3   first year after a TVT Secur?

4      A.    That's what they describe.

5      Q.    These authors also describe a 1 percent

6   dyspareunia rate, correct?

7      A.    That's what they describe.

8      Q.    And the authors also describe a 0.8

9   percent rate for returning to the theater for

10  complications?

11     A.    That is what they describe.

12     Q.    And these authors conclude that the cure

13  rate, both objective and subjective cure, was 76

14  percent?

15     A.    That is what they describe.

16     Q.    And they describe that as being similar

17  to more established midurethral slings?

18     A.    That's what they state.

19     Q.    If you would, turn to Page 655, Table 4,

20  which relates to postoperative complications.  You

21  see here there are 11 studies listed there?

22     A.    Yes.

23     Q.    And those are all studies evaluating

24  patients who had a TVT Secur?

Bruce Alan Rosenzweig, M.D.

1       A.      Correct.

2       Q.      And in the next column over they list

3   out the mesh exposure rates for all the patients

4   who were followed up in those studies?

5       A.      Correct.

6       Q.      And that's where we get the total 2.4

7   percent from, correct?

8       A.      Correct.

9       Q.      And if you look towards the right of the

10  table under pain and dyspareunia, that's where we

11  get the 1 percent from, correct?

12      A.      Correct.

13      Q.      And under the first paragraph of the

14  discussion section the authors indicate "Synthetic

15  midurethral slings are now considered to be the

16  gold standard surgical treatment for women with SUI

17  and have become the benchmark against which new

18  therapeutic interventions must be assessed."

19              Did I read that correctly?

20      A.      You read that correctly.

21      Q.      And again, what these authors concluded

22  was that success rates and complication rates for

23  mini-slings such as the TVT Secur were similar to

24  full-length slings, correct?

Bruce Alan Rosenzweig, M.D.

1        A.    That's what they state.

2        Q.    I hand you what's been marked as Exhibit

3    19.  Do you recognize what I have just handed you?

4        A.    Yes.

5        Q.    And Exhibit 19 is the TVT Secur

6    European feedback from May 15th, 2007?

7        A.    Yes.

8        Q.    And if you could, turn to this page that

9    states, "Paris European Expert Meeting:  Results

10   from Early Experience."

11       A.    Yes.

12       Q.    And what this shows is a number of

13   physicians here along with their respective

14   countries, correct?

15       A.    Yes.

16       Q.    It also shows the number of patients who

17   they have implanted a TVT Secur in, correct?

18       A.    Yes.

19       Q.    And to the right of that they list the

20   dry rates or the cure rates from their earlier

21   experience with the TVT Secur, correct?

22       A.    Yes.

23       Q.    What this shows is at least these

24   surgeons had cure rates with TVT Secur anywhere

Bruce Alan Rosenzweig, M.D.

1   from 87 percent to 100 percent, correct?

2       A.    On Page 1, on the first page, and then

3   the second page it goes down to 50 percent and up

4   to 77 percent.

5       Q.    We will get there, but am I correct

6   that --

7       A.    Yes.

8       Q.    And on the next page we see the cure

9   rates from anywhere from 50 percent to 77 percent?

10      A.    Correct.

11      Q.    And this would suggest that there is a

12  learning curve with the TVT Secur that affects cure

13  rates, correct?

14      A.    As I described in my report, that is a

15  defect associated with the device.

16      Q.    But you would agree with that

17  proposition?

18      A.    Yes.  That it is a defect associated

19  with the device, yes.

20      Q.    Okay.  You can put that away.  I handed

21  you what's been marked as Exhibit 20.

22            Put this in that bottom portion there.

23            Do you recognize what I've just handed

24  you as Exhibit 20?

Bruce Alan Rosenzweig, M.D.

```
1          A.     Yes.

2          Q.     And is this the TVT Secur Quality Board

3    presentation?

4          A.     Yes.

5          Q.     And if you look on Page 2, what Ethicon

6    realized was that the potential root cause of lower

7    efficacy rates in Germany was attributed to surgeon

8    training, correct?

9          A.     They call it proctor training.

10         Q.     And based on your review of the

11   testimony and documents regarding TVT Secur, is it

12   your understanding that the experiences in

13   Australia and Germany were not consistent with the

14   rest of the world and the United States?

15         A.     No.   That it was not consistent.   I

16   mean, it was consistent with what was seen in other

17   countries too, not just in Germany and Australia.

18         Q.     So if you go to Page 4.   I'm sorry.

19                Go to Page 9.   It describes the German

20   experience.   It states that there was a spike in

21   post-procedural incontinence complaints in February

22   of 2007 and investigation determined that the root

23   cause was preceptor-based training which had

24   variable results?
```

Bruce Alan Rosenzweig, M.D.

```
1        A.    That's what they state.

2        Q.    If you go to Page 11, what this slide

3  indicates is Dr. Lucente's cure rates over time

4  evaluating his first 25 patients, his first 77

5  patients, his first 108 patients, and then it looks

6  at his last 25 patients, correct?

7        A.    That's what this states.

8        Q.    And what this shows is initially

9  Dr. Lucente's cure rates were around 60 percent in

10  his first 25 patients, correct?

11        A.    Yes.

12        Q.    And then as he gained more experience

13  with the TVT Secur, when he looked at the first 77

14  patients his success rate increased to 68.8

15  percent?

16        A.    That's what this states.

17        Q.    And as Dr. Lucente gained even more

18  experience and familiarity with the technique of

19  TVT Secur, when looking at 108 patients, it shows

20  that his cure rates jumped up to 72.2 percent,

21  correct?

22        A.    It had increased to 72.2 percent, yes.

23        Q.    And if you just look back at the most

24  recent or the last 25 patients at this time, his
```

Bruce Alan Rosenzweig, M.D.

1  cure rate at that time increased to 84 percent,

2  correct?

3       A.   That's what this states.

4       Q.   Now, I understand you are critical of

5  the learning curve and some of the difficulties

6  around the surgical technique, but as I understand

7  your opinions, you are critical of the failure

8  rates based on -- that are attributable to

9  technique as opposed to the mesh, correct?

10            MR. WALDENBERGER:  Objection to the

11       form, vague; I think mischaracterizes

12       testimony.  You can answer.

13       A.   The stiff laser-cut, heavyweight,

14  small-pore mesh increases the risk of poor smooth

15  muscle contractility, which would explain the

16  increased failure rate along with the difficulty in

17  getting the Ethisorb fleece in the appropriate

18  position and dislodgement of the Ethisorb upon

19  removal of the inserter.

20       Q.   If a patient who had a TVT Secur had a

21  mesh exposure, what is your differential diagnosis

22  to determine what the mechanism or the cause of the

23  mesh exposure was?

24       A.   What is on my differential?

Bruce Alan Rosenzweig, M.D.

```
1       Q.    Yes.
2             MR. WALDENBERGER:  Assuming what
3       product they had?
4             MR. ROSENBLATT:  TVT Secur.
5       A.    Number one, the stiff mesh.  Number two,
6  tissue dragging from a small incision that is not
7  deep enough.  The sharp edges of the introducer
8  that is pulling through tissue.  Mesh contraction,
9  degradation, chronic foreign body reaction, chronic
10 inflammation.
11            MR. WALDENBERGER:  Slow down.
12            MR. ROSENBLATT:  I know it's exciting.
13      A.    And all the other things I've described
14 in my report.
15      Q.    Are you able to attribute a specific
16 percentage of mesh exposures that are caused due to
17 the stiff mesh?
18      A.    A specific percentage?
19      Q.    Yes.
20      A.    I think all of the things I described
21 contribute to mesh exposure.
22      Q.    So there is no way for you to break out
23 whether a mesh exposure was caused by the stiff
24 mesh, the tissue dragging, the sharp edges, the
```

Bruce Alan Rosenzweig, M.D.

1   contraction or any other factor?

2           MR. WALDENBERGER:  This hypothetical

3       patient we are talking about?

4           MR. ROSENBLATT:  In this hypothetical

5       patient.

6           MR. WALDENBERGER:  Who he has never

7       seen.

8       A.   In a hypothetical patient, without

9   knowing the specifics of the patient's surgical

10  course, postoperative course and other specifics

11  about the patient, I would not be able to opine

12  about which of the mechanisms was more likely the

13  cause, which of the defects of the product were

14  more likely the cause of the mechanism of the

15  injury that she sustained.

16          MR. ROSENBLATT:  Would you mark that.

17              (Rosenzweig Exhibit 21 was marked

18              for identification as of 2/4/16.)

19  BY MR. ROSENBLATT:

20      Q.   Doctor, I have handed you what's been

21  marked as Exhibit 21, and the Bates stamp on this

22  is ETH.MESH.00369999.

23      A.   Yes.

24      Q.   Doctor, do you understand this to be a

Bruce Alan Rosenzweig, M.D.

1    professional education slide deck for TVT Secur?

2         A.    Yes.

3         Q.    And if you could, turn to -- the pages

4    aren't numbered, but at the top it states "Surgeon

5    feedback for third generation."  Are you there?

6              MR. WALDENBERGER:  Past the middle.

7              MR. ROSENBLATT:  About six pages in,

8         seventh page.

9              MR. WALDENBERGER:  Got it.

10             THE WITNESS:  Okay.

11   BY MR. ROSENBLATT:

12        Q.    And it states, "Surgeon feedback before

13   third generation.  Wanted simpler and less invasive

14   techniques to reduce potential complications."

15   Correct?

16        A.    That's what they state.

17        Q.    And they list bullet points there to

18   maximize safety, minimize passage or minimal

19   passage through tissues and less material left

20   behind in the patient, correct?

21        A.    That's what they state.

22        Q.    And you agree based on the slide that

23   there were at least some surgeons who saw a

24   potential benefit of having less material left

Bruce Alan Rosenzweig, M.D.

```
 1    behind?

 2         A.    That's what this slide states.

 3         Q.    And if you look at the next slide,

 4    that's showing a TVT Secur in someone's hand,

 5    correct?

 6         A.    Correct.

 7         Q.    And you would agree with me that it is

 8    considerably smaller than the full-length slings,

 9    correct?

10         A.    Correct.

11         Q.    And if you turn to the next slide, it

12    discusses how the TVT Secur is only eight

13    centimeters long --

14         A.    Correct.

15         Q.    -- and how there are no exit points?

16         A.    That's what they state.

17         Q.    Now, if you will turn to the

18    third-to-the-last page, and this is a snapshot or a

19    table of the TVT Secur abstracts from the IUGA 2007

20    meeting?

21         A.    Yes.

22         Q.    And so these would have been abstracts

23    that would have been published in the medical

24    literature as well as presented at this
```

Bruce Alan Rosenzweig, M.D.

```
 1    international conference?

 2         A.    Yes.

 3         Q.    And what this study shows is that when

 4    you look at these seven studies evaluating 410

 5    patients, that there was an average subjective cure

 6    rate of 85.4 percent?

 7         A.    At six weeks, 6.6 weeks, that's what

 8    they state.

 9         Q.    Put that away.  This is 22.

10               (Rosenzweig Exhibit 22 was marked

11                for identification as of 2/4/16.)

12    BY MR. ROSENBLATT:

13         Q.    Doctor, do you recognize what I've

14    handed you that has been marked as Exhibit 22?

15         A.    Yes.

16         Q.    And this is a professional education

17    slide deck regarding TVT Secur, Bates number

18    FMESH00308094.  This is from July of 2006.

19         A.    Yes.

20         Q.    And I would like you to turn towards the

21    end, about six or seven pages from the end, at the

22    top, "Gynecare TVT Secur System Early Clinical

23    Observations."

24         A.    Yes.
```

Bruce Alan Rosenzweig, M.D.

1      Q.    And what this is discussing are just

2   some, I guess, lessons learned or some tips and

3   tricks in this professional education slide deck,

4   correct?

5      A.    Yes.

6      Q.    And if you look at the bottom it says,

7   "Do not retract or pull on mesh while removing

8   inserter.  Do not use the Babcock technique,"

9   correct?

10     A.    Correct.

11     Q.    And the Babcock technique would

12  essentially be when you put a Babcock or sometimes

13  another surgical instrument such as a helical

14  passer in between the urethra and the mesh,

15  correct?

16     A.    No.

17     Q.    Or you are clamping a little bit of the

18  mesh to prevent or to leave a little tension?

19     A.    The Babcock technique was specifically

20  taught by Dr. DeLaval for the obturator, TVT

21  obturator technique.

22     Q.    And the intent of the Babcock technique

23  was to make sure that the mesh wasn't tensioned too

24  tight, correct?

Bruce Alan Rosenzweig, M.D.

```
 1        A.     The observation was that it was much

 2   more difficult to remove the sleeves with the TVT

 3   obturator and therefore, you needed to hold a

 4   2-millimeter knuckle of sling in a Babcock when

 5   removing the sheath to avoid putting too much

 6   tension on the urethra.

 7        Q.     And that's a technique that surgeons

 8   employed over time to help facilitate a better mesh

 9   placement, correct?

10        A.     Or the TVT obturator.

11        Q.     And what this slide deck is relaying to

12   physicians is that the consequence of using the

13   Babcock technique with the TVT Secur is that the

14   mesh will be too loose, correct?

15        A.     That's what they state.

16        Q.     And it states the implant will not get

17   tighter as with current TVT?

18        A.     Meaning that the mesh contracts.

19        Q.     And so, Doctor, would you agree that a

20   benefit of TVT Secur is that it was difficult to

21   overtension or provide excessive tension?

22        A.     No.  As I describe in my report, one of

23   the other tips and tricks was to place this under,

24   quote-unquote, more tension than the TVT.  We know
```

Bruce Alan Rosenzweig, M.D.

1   from what doctors around the country, including

2   Dr. Farnsworth, said, that tension-free is a

3   misnomer.  It was never tension-free.  Dr. Arnaud

4   and Hinoul had that in one of his presentations

5   that we were never tension-free and we will never

6   be tension-free.

7            So, this was -- the TVT Secur was

8   specifically placed with greater tension than,

9   quote-unquote, the tension-free, which is a

10  misnomer because there is no way to place these

11  tension-free.

12       Q.    And you will agree that surgeons who

13  became familiar and experienced with the tensioning

14  of the TVT Secur had good results?

15            MR. WALDENBERGER:  Objection to form.

16       You can answer.  It's vague.

17       A.    With what?

18       Q.    With TVT Secur.

19            MR. WALDENBERGER:  Objection to the

20       extent that "results" is a vague term that you

21       are not relating it to a particular thing.

22       You can answer if you understand.

23            MR. ROSENBLATT:  I will rephrase.

24

Bruce Alan Rosenzweig, M.D.

1   BY MR. ROSENBLATT:

2       Q.    You will agree with me that there were

3   surgeons who were able to refine the technique for

4   TVT Secur, correct?

5       A.    There were surgeons that reported a

6   higher success rate than other surgeons.

7       Q.    And so at least for some surgeons who

8   were able to learn the nuances of the TVT Secur

9   procedure, they had good results as far as high

10  success rates and low complications in some

11  patients, correct?

12              MR. WALDENBERGER:  Objection to form.

13      You can answer.

14      A.    And there are other doctors who were

15  taught the nuances that could not get a higher

16  success rate and a lower complication rate.

17      Q.    And I understand that.  There were some

18  surgeons who were retrained and they still didn't

19  have great results, correct?

20      A.    Correct.

21      Q.    But on the contrary, there were surgeons

22  who were comfortable with the tensioning of the TVT

23  Secur, correct?

24      A.    There are --

Bruce Alan Rosenzweig, M.D.

```
 1              MR. WALDENBERGER:  Objection to the

 2       form.  You can answer.

 3       A.    There were doctors that reported better

 4  success rates.

 5       Q.    And so at least for some doctors who

 6  were comfortable with the TVT Secur and the

 7  surgical technique, they had good patient results?

 8       A.    There are doctors that reported better

 9  surgical outcomes and higher success rates.

10       Q.    And so for those doctors and those

11  patients, TVT Secur was a good product for them?

12              MR. WALDENBERGER:  Objection to the

13       form.  You can answer.

14       A.    I cannot speak to the individual

15  patients.

16              MR. WALDENBERGER:  Or their

17       physicians.

18              THE WITNESS:  Or their physicians.

19              MR. ROSENBLATT:  Go to the witness.

20              MR. WALDENBERGER:  That's the first

21       time after 4 hours and 38 minutes.

22              MR. ROSENBLATT:  You get one.  I will

23       tell you what.  If you could give me five

24       minutes just to make sure we don't have any
```

Bruce Alan Rosenzweig, M.D.

```
1        wrap-up questions and we will be out of your
2        hair.
3                MR. WALDENBERGER:  Sure, go for it.
4                MR. ROSENBLATT:  Off the record.
5                (Recess taken, 2:28 - 2:35 p.m.)
6                (Mr. Campbell left the deposition
7                 proceedings.)
8                (Rosenzweig Exhibit 23 was marked
9                 for identification as of 2/4/16.)
10   BY MR. ROSENBLATT:
11       Q.    Doctor, we are back from a short break
12   here.  Would you agree with me that the issues that
13   were described in Australia that are referenced in
14   your expert report, that they involved problems
15   with efficacy and not safety?
16       A.    The main discussion in Australia was
17   efficacy.
18       Q.    And when you said earlier that the
19   experience in Australia and Germany was consistent
20   with the rest of the world, what are you relying on
21   to make that statement?
22       A.    Internal documents.
23       Q.    Which internal documents are you
24   referring to?
```

Bruce Alan Rosenzweig, M.D.

1          Doctor, I have got one that might

2    refresh your recollection, so...

3          A.    All right.

4          Q.    If you could look at what I've just

5    handed you that has been marked as Exhibit 23.

6    Have you seen this document before?

7          A.    Yes.

8          Q.    And this is the TVT Secur PQI07-041

9    Quality Board followup, correct?

10         A.    Yes.

11         Q.    And this presentation is essentially an

12   analysis of the efficacy problems observed in

13   Australia and Germany, correct?

14         A.    It's the review of global complaints

15   looked at by region and country.

16         Q.    And so, for example, if you look at

17   Page 4 titled "Global Complaint Review," they look

18   at -- they do Pareto analyses and see that the top

19   global complaint is post-procedure incontinence?

20         A.    Correct.

21         Q.    And post-procedure incontinence is

22   essentially a problem with efficacy or the

23   procedure did not cure incontinence as it was

24   intended to do, correct?

Bruce Alan Rosenzweig, M.D.

1        A.    Correct.

2        Q.    And failure of a procedure is a

3   recognized complication with any surgery intended

4   to treat stress urinary incontinence, correct?

5        A.    It is, depending on what the rate of

6   post-procedural incontinence is.

7        Q.    And so in this presentation Ethicon is

8   essentially escalating a global complaint review

9   that was essentially based on complaints from three

10  surgeons in Australia, correct?

11       A.    Three surgeons that are very familiar

12  with mesh.  In fact, one of the doctors, Dr. Carey,

13  invented the Prosima device, which is a exitless

14  non-fixed, if you will, pelvic organ prolapse

15  device.

16       Q.    And that pelvic organ prolapse device is

17  made out of Gynemesh PS?

18       A.    Correct.

19       Q.    And I assume you do not believe Gynemesh

20  PS would be a safe mesh to use for stress urinary

21  incontinence?

22       A.    It would be less dangerous than the

23  heavyweight small-pore mesh, 100 grams per meter

24  squared, 1-millimeter pore size in the TVT product

Bruce Alan Rosenzweig, M.D.

1   line.

2        Q.    And what are you basing that on?

3        A.    The fact that, as I described it during

4   the Abbrevo trial, that Gynemesh PS is less stiff

5   than Gynemesh.

6        Q.    Any clinical studies that you are

7   relying on?

8        A.    No.  That's based on internal documents

9   from Ethicon.

10       Q.    But as I understand it, you are not

11  offering the opinion in your expert report that

12  Gynemesh PS is a safer alternative design, correct?

13       A.    I am not offering Gynemesh PS as a safer

14  alternative design.

15       Q.    And am I correct that the safer

16  alternative design that you are suggesting in this

17  case for TVT Secur is the Ultrapro mesh?

18       A.    Correct.

19       Q.    And that's based on the Okulu study?

20       A.    That's one of the studies.

21       Q.    What other clinical studies are you

22  relying on to support your opinion that Ultrapro

23  would be a safer mesh?

24       A.    The studies from the Moalli group that

Bruce Alan Rosenzweig, M.D.

1    look at the lighter weight, larger pore mesh.

2        Q.    I'm sorry to cut you off.  I'm talking

3    about clinical studies in women.

4        A.    Specifically looking at a partially

5    absorbable mesh?

6        Q.    Yes.

7        A.    And specifically compared to a

8    non-partially absorbable mesh?

9        Q.    I don't care if it's comparing it to

10   anything.  I want to know what clinical studies

11   using a partially absorbable mesh, i.e., Ultrapro,

12   that you are relying on to support your opinion.

13       A.    There are -- I don't think that they are

14   on this reliance list, but they might be.  There

15   are several studies that have looked at partially

16   absorbable mesh and the efficacy and partially

17   absorbable mesh and the benefit to a non-partially

18   absorbable mesh.

19       Q.    But I'm correct that those are not on

20   your reliance list here?  I didn't see them.

21       A.    That I haven't looked at specifically

22   for that.

23       Q.    Am I correct that the only clinical

24   studies evaluating Ultrapro as a sling in women is

Bruce Alan Rosenzweig, M.D.

1   the Okulu study?

2        A.    Correct.

3        Q.    And you are not aware of any other

4   studies evaluating Ultrapro as a sling in women?

5        A.    Not that I'm aware of.

6        Q.    I want to go back to Page 7 of this

7   slide deck, and again, this presentation is

8   summarizing the results of the global complaint

9   review, and this slide shows ROW, which can we

10  agree urethra that stands for rest of the world?

11       A.    Yes.

12       Q.    So what this shows is that the

13  experiences with the rest of the world are not

14  similar to the efficacy and complaint rates in the

15  United States, correct?

16       A.    Correct.

17       Q.    And if you turn to Page 8, a global

18  complaint review that Ethicon performed determined

19  that the German experience regarding efficacy and

20  complaints was not similar to the experiences in

21  the United States, correct?

22       A.    That's what they describe in this slide.

23       Q.    And if you turn to Page 9, the analysis

24  determined that the Australian experience was not

Bruce Alan Rosenzweig, M.D.

1    similar to the efficacy rates and complaints in the

2    United States, correct?

3         A.    That's what this states.

4         Q.    And if you turn to Page 10, what they

5    determined there was that the German and Australian

6    experiences are not similar to the rest of the

7    world and/or the United States, correct?

8         A.    If you lump the rest of the world

9    together as they did in this slide or the United

10   States, that's what they showed in this slide.

11        Q.    Do you have any reason to disagree with

12   the findings on this page?

13        A.    On this page?

14        Q.    Yes.

15        A.    This is what this page shows.

16        Q.    My question was just a little bit

17   different.  Do you have any reason to disagree with

18   the findings on this page?

19        A.    There are other internal documents that

20   say that the German and Australian experience was

21   not unique as compared to what other doctors were

22   experiencing around the world.

23        Q.    And what data are you basing that on?

24        A.    Those are internal documents.

Bruce Alan Rosenzweig, M.D.

```
1        Q.    And you don't recall which ones those

2   would be?

3        A.    I don't recall specifically right now

4   which documents they are.

5        Q.    Do you recall if it was a formal

6   analysis such as the presentation in front of you?

7        A.    If I recall, it was a discussion between

8   medical directors.

9        Q.    And if you turn to Page 14, what this

10  shows is the German and Australian experiences are,

11  quote-unquote, different, correct?

12       A.    That's what this slide states.

13       Q.    And it also states that they are

14  different than the USA?

15       A.    That's what it states.

16       Q.    It states that they are different than

17  the rest of the world outside of the USA?

18       A.    That's what this slide states.

19       Q.    Now, what's important is that next

20  bullet point, which states "Together the German" --

21  strike that.  Paraphrasing here.

22             This next bullet point essentially

23  states that the German and Australian TVT Secur

24  sales were about 6.4 percent, but the complaints
```

Bruce Alan Rosenzweig, M.D.

```
1    from Germany and Australia accumulated to 91

2    percent of the total complaints regarding efficacy

3    with TVT Secur?

4         A.    That's what this slide states.

5         Q.    And other than the internal e-mails that

6    you have seen discussing something contrary to

7    this, do you have any reason to dispute the

8    findings on this page?

9         A.    That's what this slide states.

10        Q.    And you are not able to point me to the

11   e-mails that would contradict the findings on this

12   page right now, are you?

13        A.    I don't have them at my fingertips, no.

14        Q.    And if you turn to Page 15, part of the

15   conclusion of the internal global complaint review

16   was that aside from the outliers of Australia and

17   Germany, there were no safety signals, correct?

18        A.    That's what this slide states.

19        Q.    And it also states that the mean failure

20   rate for any TVT was approximately 15 to 20

21   percent?

22        A.    That's what this slide states.

23        Q.    And so what they noticed was that

24   physicians were only complaining when this rate was
```

Bruce Alan Rosenzweig, M.D.

1    exceeded with TVT Secur, correct?

2              MR. WALDENBERGER:  Objection to the

3         form.  You can answer.

4         A.    This states physicians only,

5    quote-unquote, complain when this rate exceeded.

6         Q.    We are done with that document.

7              Doctor, are you critical of Ethicon for

8    continuing to improve their -- strike that.

9              Are you critical of Ethicon for making

10   attempts to improve their professional education

11   materials even after TVT Secur was launched?

12        A.    In what respect?

13        Q.    Do you think it's a good thing that

14   companies should try to continue to improve

15   training and education materials?

16             MR. WALDENBERGER:  You are not talking

17        specifically regarding the TVT-S?

18             MR. ROSENBLATT:  Not right now; just

19        in general.

20             MR. WALDENBERGER:  You can answer

21        that.

22        A.    Yes.

23        Q.    With respect to the TVT Secur, do you

24   agree that it was beneficial for Ethicon to

Bruce Alan Rosenzweig, M.D.

1    recognize that there was a problem with efficacy in

2    certain locations and take steps necessary to

3    improve the professional education?

4              MR. WALDENBERGER:  Objection to the

5         form.  You can answer.

6         A.    And what are you talking about as far as

7    steps go?  That's what I'm --

8         Q.    Putting out additional professional

9    education materials, making the steps clearer,

10   coming out with key technique guides and various

11   materials to supplement the IFU.

12        A.    So you are talking about cookbooks,

13   pearls and tips and tricks?

14        Q.    Sure.

15        A.    I describe that in my report.

16        Q.    Right.  My question is, are you critical

17   of Ethicon for continuing to try to improve the

18   professional education regarding the TVT Secur?

19        A.    If these are critical steps, they should

20   have been placed in the instructions for use and

21   the instructions for use should have been updated

22   to include these essentials for doing the procedure

23   properly.

24        Q.    And you recall when you were first

Bruce Alan Rosenzweig, M.D.

1    performing what is now the Burch, that procedure

2    was done slightly differently, correct?

3        A.    When I first started to perform the

4    procedure?

5        Q.    The MMK.

6        A.    When I first started to perform the

7    Burch procedure?

8        Q.    Yes?

9        A.    The same procedure that I do currently

10    have.

11        Q.    You haven't made any adjustments to your

12    Burch procedure?

13        A.    I've always done the Tanagho

14    modification.  Tanagho, T-a-n-a-g-h-o.

15        Q.    And you would agree with me that not all

16    surgeons who perform the Burch procedure do the

17    Tanagho modification?

18        A.    I can tell you what I do.

19        Q.    So you don't know how other surgeons

20    perform the Burch, correct?

21        A.    I would say that when the Tanagho

22    modification was described, it was adopted as the,

23    you know, best way to perform the Burch procedure.

24        Q.    And that was based on experience over

Bruce Alan Rosenzweig, M.D.

1    time, correct?

2         A.    Correct.

3         Q.    And that was based on comparing

4    complication and efficacy rates over time, correct?

5         A.    Correct.

6         Q.    And after performing Burch procedure

7    over time, some surgeons saw a benefit to

8    performing the Tanagho modification, correct?

9         A.    The Tanagho modification has benefits,

10   yes.

11        Q.    Doctor, have you reviewed the entire

12   design history file for TVT Secur?

13        A.    Yes.

14        Q.    About how many pages was that, do you

15   recall?

16        A.    I don't recall specifically.

17        Q.    Do you recall how many cadaver labs

18   Ethicon performed on the TVT Secur?

19        A.    I know that they performed a sheep

20   study, the cadaver lab and the multi-centered trial

21   that had five weeks of data at the time of launch.

22        Q.    And you would agree with me that the

23   mesh other than being laser cut is the same mesh in

24   TVT Secur as it was in TVT retropubic?

Bruce Alan Rosenzweig, M.D.

1       A.    Yes.

2       Q.    Other than the studies that you

3   mentioned a moment ago, are you aware of any other

4   cadaver labs or testing that was done on TVT Secur

5   prior to launch?

6       A.    Specifically those were the three areas

7   that I saw of studies.

8       Q.    Do you agree that a benefit of laser-cut

9   mesh in particular with the TVT Secur is that it

10  has less potential to cause retention than TVT or

11  TVT-O?

12      A.    Can you repeat the question?

13      Q.    Yes.  Do you agree that one of the

14  benefits of laser-cut mesh is that -- strike that.

15          Would you agree with me that one of the

16  benefits of laser-cut mesh used in TVT Secur is

17  that it has less potential to cause retention than

18  TVT or TVT-O?

19      A.    And am I assuming that the mesh used for

20  the TVT or TVT-O is laser cut also?

21      Q.    You tell me.  Does that change your

22  answer?

23      A.    I'm not the one that's asking the

24  question.

Bruce Alan Rosenzweig, M.D.

1      Q.    Assume that TVT and TVT-O are

2  mechanically cut.

3      A.    Would the laser cut minimize the risk of

4  retention?

5      Q.    Yes.

6      A.    Compared to TVT and TVT retropubic, TVT

7  and TVT-O?

8      Q.    Yes.

9      A.    We are comparing apples and oranges.

10            MR. ROSENBLATT:  Just give me one

11        second.  I will try to wrap up with this,

12        Doctor.

13            MR. WALDENBERGER:  Famous last words.

14  BY MR. ROSENBLATT:

15      Q.    Would you agree that a reasonably

16  prudent pelvic floor surgeon who was performing

17  surgeries to treat stress urinary incontinence

18  would stay current with the peer-reviewed medical

19  literature?

20      A.    Yes.

21      Q.    And would you agree that that same

22  reasonably prudent pelvic floor surgeon would base

23  their clinical decisions on their medical training,

24  their clinical experience, their review of

Bruce Alan Rosenzweig, M.D.

1    literature, their discussions with colleagues,

2    their experience at seminars, professional society

3    meetings and other education events?

4              MR. WALDENBERGER:  You want to re-read

5         that one?  Is it compound?

6              THE WITNESS:  I mean --

7              MR. ROSENBLATT:  I'm trying to save

8         some time, but I can break it down for you.

9              MR. WALDENBERGER:  Why don't you break

10        it down.

11   BY MR. ROSENBLATT:

12        Q.    Doctor, would you agree that a

13   reasonably prudent pelvic floor surgeon would be

14   expected to make evidence-based decisions based on

15   their medical training?

16        A.    Yes.

17        Q.    Based on their clinical experience?

18        A.    Yes, in the hypothetical sense.

19        Q.    Yes.

20        A.    Okay.

21        Q.    Based on their review of published

22   medical literature?

23        A.    That they have available, yes.

24        Q.    Based on their discussions with mentors

Bruce Alan Rosenzweig, M.D.

1    and colleagues?

2        A.    Assuming that they are having

3    discussions with mentors and colleagues, yes.

4        Q.    And based on their experience at

5    professional society meetings and seminars?

6        A.    Depending on their availability to go to

7    professional meetings and seminars.

8        Q.    And based on their involvement in

9    professional education, events or continuing

10   medical education events?

11       A.    Based on what medical seminars and

12   continuing medical education events that are

13   available to them.

14       Q.    And you would agree that a reasonably

15   prudent pelvic floor surgeon would be aware of the

16   potential risks associated with general surgery?

17       A.    If they are a general surgeon.

18       Q.    And you would agree that a reasonably

19   prudent pelvic floor surgeon would be aware of the

20   potential risk associated with all pelvic floor

21   surgeries?

22       A.    It depends on again their level of

23   education, their level of experience.  It's very

24   difficult for me to say what all pelvic surgeons

Bruce Alan Rosenzweig, M.D.

1    know, what all pelvic surgeons are exposed to, what

2    all pelvic surgeons read.

3           Obviously I have been exposed to and

4    read things that are probably not available to the

5    average pelvic surgeon, but based on what their

6    patient population is, their interest level, the

7    information they're exposed to, then yes.

8       Q.    Would you agree that a reasonably

9    prudent pelvic floor surgeon performing

10   incontinence procedures would be aware of the risks

11   and complications associated with the Burch

12   colposuspension procedure?

13      A.    Again, depending on their level of

14   training, their expertise, the patient population

15   that they see, their training, yes.

16      Q.    And would that same answer apply to

17   synthetic midurethral slings?

18      A.    Well, there are a variety of aspects of

19   the synthetic midurethral slings that is intrinsic

20   to the procedure and to the material itself, and so

21   I am not -- I do not think that the average

22   physician would know all of the aspects of the

23   synthetic material itself, such as degradation,

24   mesh contraction, the chronic foreign body reaction

Bruce Alan Rosenzweig, M.D.

1   and the implications of the chronic foreign body

2   reaction, all the things that I described in my

3   report.

4      Q.    What are you basing that on?

5      A.    What am I basing that on?

6      Q.    Yes.

7      A.    Having spent five years intensively

8   researching and reading and reviewing not only the

9   medical literature but internal documents,

10   testimony from medical experts at Ethicon.  I have

11   been exposed to and have read and seen and probably

12   know more than the average physician just because

13   of the sheer volume of material that I have

14   reviewed.

15      Q.    But you don't know what the average

16   physician does or doesn't know, do you?

17            MR. WALDENBERGER:  Objection to form.

18   You can answer.

19      A.    No, I do not.

20      Q.    Would you agree with me, Doctor, that

21   regardless of whether a synthetic midurethral sling

22   is laser cut or mechanically cut, they can

23   ultimately lead to the same complications?

24      A.    By different mechanisms, yes.

Bruce Alan Rosenzweig, M.D.

1           MR. ROSENBLATT:  Nothing further at

2      this time.

3           MR. WALDENBERGER:  No questions.

4           MR. LUNDQUIST:  None for the MDL

5      either.

6           THE REPORTER:  Signature?

7           MR. WALDENBERGER:  Read and sign,

8      usual stips, read and sign.

9           MR. ROSENBLATT:  And my understanding

10     is that the de bene esse deposition will take

11     place next Wednesday.

12          MR. WALDENBERGER:  Correct.

13          MR. ROSENBLATT:  Off the record.

14              (At 3:02 p.m. the deposition was

15               concluded.)

16

17

18

19

20

21

22

23

24

Bruce Alan Rosenzweig, M.D.

```
1      CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2           I, PAULINE M. VARGO, a Certified
    Shorthand Reporter of the State of Illinois,
3   C.S.R. No. 84-1573, do hereby certify:
4           That previous to the commencement of the
    examination of the witness, the witness was duly
5   sworn to testify the whole truth concerning the
    matters herein;
6
            That the foregoing deposition transcript
7   was reported stenographically by me and thereafter
    reduced to typewriting under my personal direction;
8
            That the reading and signing of said
9   deposition was reserved by counsel for the
    respective parties and the witness;
10
            That the foregoing constitutes a true
11  record of the testimony given by said witness
    before this reporter;
12
            That I am not a relative, employee,
13  attorney or counsel, nor a relative or employee of
    such attorney or counsel for any of the parties
14  hereto, nor interested directly or indirectly in
    the outcome of this action.
15
            CERTIFIED TO THIS 5th DAY OF FEBRUARY,
16  A.D., 2016.
17
                    _____
18                  Pauline M. Vargo, RPR, CRR
                    Illinois Certified Shorthand
19                  Reporter No. 84-1573
20
21
22
23
24
```

Bruce Alan Rosenzweig, M.D.

```
 1              INSTRUCTIONS TO WITNESS

 2

 3              Please read your deposition

 4   over carefully and make any necessary

 5   corrections.  You should state the reason

 6   in the appropriate space on the errata

 7   sheet for any corrections that are made.

 8              After doing so, please sign

 9   the errata sheet and date it.  It will be

10   attached to your deposition.

11              It is imperative that you

12   return the original errata sheet to the

13   deposing attorney within thirty (30) days

14   of receipt of the deposition transcript

15   by you.  If you fail to do so, the

16   deposition transcript may be deemed to be

17   accurate and may be used in court.

18

19

20

21

22

23

24
```

Bruce Alan Rosenzweig, M.D.

```
 1                    - - - - - -

                    E R R A T A

 2                    - - - - - -

 3    PAGE  LINE  CHANGE

 4    _____ _____ _____

 5       REASON: _____

 6    _____ _____ _____

 7       REASON: _____

 8    _____ _____ _____

 9       REASON: _____

10    _____ _____ _____

11       REASON: _____

12    _____ _____ _____

13       REASON: _____

14    _____ _____ _____

15       REASON: _____

16    _____ _____ _____

17       REASON: _____

18    _____ _____ _____

19       REASON: _____

20    _____ _____ _____

21       REASON: _____

22    _____ _____ _____

23       REASON: _____

24    _____ _____ _____
```

Bruce Alan Rosenzweig, M.D.

```
1              ACKNOWLEDGMENT OF DEPONENT
2
              I,_____, do
3    hereby certify that I have read the
     foregoing pages, and that the same
4    is a correct transcription of the answers
     given by me to the questions therein
5    propounded, except for the corrections or
     changes in form or substance, if any,
6    noted in the attached Errata Sheet.
7

     _____
8    BRUCE ALAN ROSENZWEIG, M.D.      DATE
9
10
11
12
13
14
     Subscribed and sworn
15   to before me this
     _____ day of _____, 20_____.
16
     My commission expires:_____
17
18   _____
     Notary Public
19
20
21
22
23
24
```

Bruce Alan Rosenzweig, M.D.

```
 1                    LAWYER'S NOTES

 2      PAGE   LINE

 3      _____  _____  _____

 4      _____  _____  _____

 5      _____  _____  _____

 6      _____  _____  _____

 7      _____  _____  _____

 8      _____  _____  _____

 9      _____  _____  _____

10      _____  _____  _____

11      _____  _____  _____

12      _____  _____  _____

13      _____  _____  _____

14      _____  _____  _____

15      _____  _____  _____

16      _____  _____  _____

17      _____  _____  _____

18      _____  _____  _____

19      _____  _____  _____

20      _____  _____  _____

21      _____  _____  _____

22      _____  _____  _____

23      _____  _____  _____

24      _____  _____  _____
```