**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327 MDL 2327** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ETHICON WAVE 6 CASES LISTED IN PLAINTIFFS' EXHIBIT A** | **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

**NOTICE OF ADOPTION OF PRIOR *DAUBERT* RESPONSE IN OPPOSITION
FOR DR. LARRY T. SIRLS FOR WAVE 6**

Plaintiffs filed a Notice of Adoption [Doc. 4848, MDL General] in the Wave 6 cases identified in Exhibit A to their Notice, adopting their Motion to Exclude Opinions and Testimony of Larry T. Sirls, M.D. and Supporting Memorandum from Wave 2.  Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson hereby adopt and incorporate by reference the *Daubert* response in opposition and exhibits filed in relation to Dr. Larry T. Sirls for Ethicon's Wave 3 Cases [Doc. 2936, MDL General].  Defendants respectfully request that the Court deny Plaintiffs' motion here, for the reasons expressed in the Wave 3 response briefing.

Respectfully submitted,

**BUTLER SNOW LLP**

Dated: November 6, 2017

_____*s/Christy D. Jones*_____
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com

_s/David B. Thomas_
David B. Thomas (W. Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

**Attorneys for Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson**

## CERTIFICATE OF SERVICE

I certify that on November 6, 2017, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

_s/ Christy D. Jones_

39200559.v1

2