Case 2:12-md-02327  Document 4979  Filed 11/07/17  Page 1 of 7 PageID #: 158248

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION     MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
LISTED ON THE EXHIBIT ATTACHED HERETO:

## JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A through C and Defendants Sofradim Production SAS,[1] Tissue Science Laboratories Limited,[2] and Covidien LP[3] (collectively the "Covidien entities") and C. R. Bard, Inc., to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs, the Covidien entities and Bard jointly move the court to dismiss the Covidien entities and Bard (where named) with prejudice in the cases listed on the attached Exhibits A through C, with each party to bear its own costs.

---

[1] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant, including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production, SAS.

[2] Tissue Science Laboratories Limited includes any incorrect or incomplete spellings of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

[3] Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc., Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien Trevoux, SCS, Covidien plc, Covidien, Inc., Covidien, LLC, and Covidien, PLC, Tyco Healthcare Group LP, TYCO Healthcare, Tyco Healthcare Group, L.P., Tyco International Ltd, United States Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, International Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek, USA, Inc., Medtronic USA, Inc., Medtronic, Inc. and Medtronic, Inc.

The settlements in the cases listed on Exhibits A through C relate only to the Covidien entities and Bard. Because other Defendant(s) remain in the cases listed on Exhibits A through C, the case(s) should remain open and Plaintiffs will continue to prosecute their claims against any remaining defendants.

Respectfully submitted this 7th day of November, 2017, by:

8158914 v1

| | |
|---|---|
| /s/ Micah L. Hobbs | /s/ Richard B. North, Jr. |
| Micah L. Hobbs | Richard B. North, Jr. |
| mhobbs@shb..com | richard.north@nelsonmullins.com |
| Devin K. Ross | Melissa Foster Bird |
| dkross@shb.com | melissa.fosterbird@nelsonmullins.com |
| Deborah A. Moeller | NELSON MULLINS RILEY & SCARBOROUGH |
| dmoeller@shb.com | L.L.P |
| SHOOK, HARDY & BACON L.L.P. | P.O. Box 1856 |
| 2555 Grand Boulevard | Huntington, WV 25719-1856 |
| Kansas City, MO 64108 | Phone: 304.526.3500 |
| Phone: 816.474.6550 | Fax: 304.526.3599 |
| Fax: 816.421.5547 | *Counsel for C.R. Bard, Inc.* |
| *Counsel for Covidien Entities* | |
| | |
| /s/ Michael A. London | /s/ Lina B. Melidonian |
| Michael A. London | Lina B. Melidonian |
| DOUGLAS & LONDON | KABATECK BROWN KELLNER |
| 6th Floor | Engine Company No. 28 Building |
| 59 Maiden Lane | 644 South Figueroa Street |
| New York, NY 10038 | Los Angeles, CA 90017 |
| Phone: 212.566.7500 | Phone: 213.217.5000 |
| Fax: 212.566.7501 | Fax: 213.217.5010 |
| Email: mlondon@douglasandlondon.com | Email: lm@kbklawyers.com |
| *Counsel for Plaintiffs listed on Exhibit A* | *Counsel for Plaintiffs listed on Exhibit B* |

/s/ Amy Eskin
Amy Eskin
Levin Simes
32nd Floor
44 Montgomery Street
San Francisco, CA 94111
Phone: 415.426.3000
Fax: 415.426.3001
Email: aeskin@levinsimes.com
*Counsel for Plaintiffs listed on Exhibit C*

8158914 v1

## EXHIBIT A – DOUGLAS & LONDON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-22427 | Reeves, Peggy |

8158914 v1

## EXHIBIT B – KABATECK BROWN KELLNER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-11130 | Lange, Sue and Arvin |

8158914 v1

## EXHIBIT C – LEVIN SIMES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-06685 | Rygh, Sherrie |
| 2:13-cv-04634 | Brown, Cheryl and Johnnie |

8158914 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Micah L. Hobbs*
Micah L. Hobbs
Attorney for Covidien Entities

8158914 v1