IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 4697], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: November 9, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

EXHIBIT A

| Civil Action Number (listed numerically in ascending order) | Last Name | First Name |
|---|---|---|
| 2:12-cv-00799 | Quijano | Maria Eugenia |
| 2:12-cv-00800 | Morrison, et al. | Angela |
| 2:12-cv-00880 | Massey, et al. | Donna |
| 2:12-cv-00899 | Barker, et al. | Daphne |
| 2:12-cv-01171 | Phelps, et al. | Patti Ann |
| 2:12-cv-01199 | Thompson, et al. | Lisa |
| 2:12-cv-01524 | Flanigan | Iris |
| 2:12-cv-01796 | Heuer | Myra |
| 2:12-cv-02079 | Hand, et al. | Wanda M. |
| 2:12-cv-02159 | Bihlmeyer, et al | Donna |
| 2:12-cv-02426 | Gray | Floann P. |
| 2:12-cv-02429 | Blanchard, et al. | Stephanie |
| 2:12-cv-02544 | Slone, et al. | Deborah L. |
| 2:12-cv-02807 | Heatherly | Linda |
| 2:12-cv-03279 | Pratt | Patty |
| 2:12-cv-03789 | Williams | Patricia Ann |
| 2:12-cv-03892 | Keller | Debra |
| 2:12-cv-03905 | Lindell | Virginia |
| 2:12-cv-04693 | Metivier, et al. | Christi |
| 2:12-cv-04951 | Connor, et al. | Debbie |
| 2:12-cv-05226 | Bickle | Yorba Linda |
| 2:12-cv-06257 | Baxley | Wanda |
| 2:12-cv-06620 | Jurado | Debbie |
| 2:12-cv-06621 | Hager | Lillian |
| 2:12-cv-06639 | Wrobel | Barbara |
| 2:12-cv-06692 | Price | Linda Ann |
| 2:12-cv-06693 | Patrick, et al. | Susan |
| 2:12-cv-07667 | Hughes | Melissa |
| 2:12-cv-07755 | Cochran, et al. | Covena |
| 2:12-cv-07900 | Lujan, et al. | Lisa |
| 2:12-cv-08577 | Besgrove, et al. | Christine |
| 2:12-cv-08583 | Loftin | Mary |
| 2:12-cv-08586 | Kahlstorf, et al. | Renita |
| 2:12-cv-08743 | Schwartzmann | Elissa Lorraine |
| 2:12-cv-08745 | Scott, et al. | Ima |
| 2:12-cv-09103 | Casey, et al. | Edna Elaine |

| | | |
|---|---|---|
| 2:12-cv-09132 | Neff | Autumn |
| 2:12-cv-09135 | Reininger | Kristie Ann |
| 2:13-cv-00170 | Herndon, et al. | Stacey Lee |
| 2:13-cv-00172 | Ford | Kathleen M. |
| 2:13-cv-00173 | Cofiell | Bonnie |
| 2:13-cv-00175 | Carter, et al | Terri |
| 2:13-cv-00176 | Brunsvold | Judy |
| 2:13-cv-00177 | Boykin, et al. | Linda J. |
| 2:13-cv-00178 | Adkins | Martha |
| 2:13-cv-01003 | Jones, et al. | Edith |
| 2:13-cv-01350 | Whitlatch | Robin G. |
| 2:13-cv-01726 | Gibbs | Vearl |
| 2:13-cv-02028 | Alano, et al. | Brenda |
| 2:13-cv-02671 | Haskins | Ardella |
| 2:13-cv-02968 | Ferguson | Roxy |
| 2:13-cv-03022 | Buetow | Sandy F. |
| 2:13-cv-03429 | Casali | Constance |
| 2:13-cv-03817 | Richardson | Julie |
| 2:13-cv-03898 | Hamby, et al. | Anita |
| 2:13-cv-03913 | Johnson, et al. | Sandra |
| 2:13-cv-03981 | Bumbalough | Mildred |
| 2:13-cv-04038 | Martin | Nancy |
| 2:13-cv-04039 | Martin, et al. | Susan |
| 2:13-cv-04040 | Palin, et al. | Paula J. |
| 2:13-cv-04041 | Pittman | Patricia |
| 2:13-cv-04043 | Ringler, et al. | Barbara J. |
| 2:13-cv-04045 | Robertson | Sharon |
| 2:13-cv-04048 | Scott, et al. | Derlene |
| 2:13-cv-04053 | Tores | Rosa Maria |
| 2:13-cv-04168 | Holmes, et al. | Shelia |
| 2:13-cv-04271 | Jones | Yolanda |
| 2:13-cv-04273 | Kelley | Ursula |
| 2:13-cv-04288 | Daugherty | Nancy A. |
| 2:13-cv-04633 | Cox | Shelley |
| 2:13-cv-04639 | Gardner, et al. | Elizabeth |
| 2:13-cv-04734 | Newcomb, et al. | Nell R. |
| 2:13-cv-04762 | Schumacher | April |
| 2:13-cv-04795 | Collins, et al. | Sheila |
| 2:13-cv-04910 | Briggs | Minola G. |
| 2:13-cv-05084 | Contino, et al. | Jeanine |
| 2:13-cv-05199 | Davidson | Kari |

| | | |
|---|---|---|
| 2:13-cv-05238 | Howell, et al. | LaTisha Dale |
| 2:13-cv-05239 | Infinger, et al. | Elizabeth |
| 2:13-cv-05272 | Ray | Nancy |
| 2:13-cv-05275 | Richardson | Marie |
| 2:13-cv-05853 | Hall | Denise W. |
| 2:13-cv-06423 | Augliera | Carol |
| 2:13-cv-06428 | Dillow | Betty |
| 2:13-cv-06451 | Grimm | Dixie Lee |
| 2:13-cv-06766 | Baggett, et al. | Cathy L. |
| 2:13-cv-07127 | Wagar, et al. | Dana M. |
| 2:13-cv-07855 | Crapps, et al. | Brenda Fay |
| 2:13-cv-07927 | Cobb | Cheryl D. |
| 2:13-cv-07974 | Sicilia | Audrey |
| 2:13-cv-08123 | McGee, et al. | Tina Marie |
| 2:13-cv-08239 | Bergsrud, et al. | Karen E. |
| 2:13-cv-08317 | Berman, et al. | Victoria Ford |
| 2:13-cv-08531 | Hierholzer, et al. | Sondra |
| 2:13-cv-08532 | Hill, et al. | Ethel |
| 2:13-cv-09112 | Gonzales | Sylvia |
| 2:13-cv-09872 | Syfert | Sherrie L. |
| 2:13-cv-09877 | Davis | Sheila D. |
| 2:13-cv-09883 | Elder-Ortega, et al. | Katherine |
| 2:13-cv-10125 | Hines | Eugenia |
| 2:13-cv-10627 | Ake | Mary |
| 2:13-cv-11161 | Sheets | Dori L. |
| 2:13-cv-11478 | Steward, et al. | Evelyn Yvonne |
| 2:13-cv-11676 | Soresino, et al. | Linda M. |
| 2:13-cv-12408 | Homsher | Amy |
| 2:13-cv-12409 | Houlette | Shirley |
| 2:13-cv-12411 | Hurt, et al. | Nancy |
| 2:13-cv-12413 | Joos, et al. | Gloria |
| 2:13-cv-12441 | Wilson | Lisa L. |
| 2:13-cv-12900 | Raney | Marilyn Kay |
| 2:13-cv-13133 | Thompson, et al. | Mary K. |
| 2:13-cv-18760 | Taylor | Katie M. |
| 2:13-cv-19638 | Jameson, et al. | Sharon |
| 2:13-cv-20520 | Adorno, et al. | Carmen A. |
| 2:13-cv-20632 | Hughes | Rosemary Ann |
| 2:13-cv-20687 | Jutras, et al. | Wendy |
| 2:13-cv-21063 | Wilson | Edna G. |
| 2:13-cv-21077 | Thompson | Lina J. |

| | | |
|---|---|---|
| 2:13-cv-21080 | Thomas | Debra Ann |
| 2:13-cv-21088 | Ricks, et al. | Mary |
| 2:13-cv-21089 | Harrelson, et al. | Sandra |
| 2:13-cv-21091 | Zellmer | Linda |
| 2:13-cv-21092 | Woods, et al. | Theressa |
| 2:13-cv-21093 | Richards | Kelly |
| 2:13-cv-21096 | Griffin, et al. | Lolita |
| 2:13-cv-21101 | Frankemolle | Patricia |
| 2:13-cv-21102 | Enfinger, et al. | Jodi L. |
| 2:13-cv-21176 | McCauley, et al. | Sheila |
| 2:13-cv-21237 | Osburn, et al. | Shirley |
| 2:13-cv-21267 | Gower, et al. | Joan D. |
| ~~2:13-cv-21436~~ | ~~Griffin~~ | ~~Brenda Lee~~ |
| 2:13-cv-21679 | Rush | Elsyner |
| 2:13-cv-21686 | Weaver, et al. | Carolyn T. |
| 2:13-cv-21690 | Robinson | Gracie |
| 2:13-cv-21692 | Webb | Marion |
| 2:13-cv-21743 | Werb | Elizabeth A. |
| 2:13-cv-21788 | Alber | Debra J. |
| 2:13-cv-21927 | Diaz | Cindy |
| 2:13-cv-22322 | Mercado | Jeanette |
| 2:13-cv-22348 | Farmer | Gracie |
| 2:13-cv-22578 | Hall, et al. | Karen R. |
| 2:13-cv-22588 | Manzione | Sandra |
| 2:13-cv-22593 | Baker, et al. | Maryellen |
| 2:13-cv-22751 | Ray | Genette R. |
| 2:13-cv-23060 | Sneed | Barbara Ann |
| 2:13-cv-23161 | Massey, et al. | Beverly |
| 2:13-cv-23425 | Rodriguez | Trinidad |
| 2:13-cv-23439 | Hernandez | Alberta G. |
| 2:13-cv-23979 | Stiner, et al. | Poppy |
| 2:13-cv-23993 | Briggs, et al. | Kathleen L. |
| 2:13-cv-24104 | Kellett, et al. | Joy |
| 2:13-cv-24105 | Laffan, et al. | Marie |
| 2:13-cv-24203 | McKinney | Elizabeth |
| 2:13-cv-24378 | Goderstad | Mary Ann |
| 2:13-cv-24381 | Ferlazzo, et al. | Stephanie |
| 2:13-cv-24382 | Dawson | Joyce |
| 2:13-cv-24727 | Dankenbring, et al. | E. Jeanette |
| 2:13-cv-25103 | Hesia , et al. | Margaret |
| 2:13-cv-25369 | Davey, et al. | Brenda |

| 2:13-cv-25371 | Burns, et al. | Bonnie J. |
| 2:13-cv-25375 | Willey, et al. | Amy L. |
| 2:13-cv-25383 | Strickland | Karen |
| 2:13-cv-25385 | Suddeth | Marylin D. |
| 2:13-cv-25776 | Holcomb, et al. | Brenda L. |
| 2:13-cv-26070 | Hollingsworth | Diane |
| 2:13-cv-26194 | Hold, et al. | Janet K. |
| 2:13-cv-26969 | Taylor | Dawn K. |
| 2:13-cv-26973 | Humphrey, et al. | Janie L. |
| 2:13-cv-26994 | Mills, et al. | Patricia W. |
| 2:13-cv-27918 | Barry | Jeanie |
| 2:13-cv-28012 | Milton | Gladys V. |
| 2:13-cv-28021 | Byrn, et al. | Amanda |
| 2:13-cv-28565 | Walters | Nancy L. |
| 2:13-cv-29029 | Potter, et al. | Denise |
| 2:13-cv-29245 | Edwards, et al. | Cheryl Ann |
| 2:13-cv-29247 | Chappell | Othell |
| 2:13-cv-29326 | Morrow, et al. | Brenda |
| 2:13-cv-30014 | Mower, et al. | Norene E. |
| 2:13-cv-30299 | Harris | Angela |
| 2:13-cv-30638 | Jordan, et al. | Phyllis R. |
| 2:13-cv-31206 | Rios | Corina |
| 2:13-cv-31207 | Read, et al. | Dorothy Rogers |
| 2:13-cv-31598 | Joseph | Oralee |
| 2:13-cv-31700 | Parker | Valerie L. |
| 2:13-cv-31701 | Pearson, et al. | Wilma Jean |
| 2:13-cv-31702 | Pellicone | Maria |
| 2:13-cv-32226 | Connor | Charlotte M. |
| 2:13-cv-32235 | Kishbaugh, et al. | Mary |