# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------<br>ETHICON WAVE 6 CASES LISTED IN<br>EXHIBIT A TO DEFENDANTS' MOTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR REPLY IN SUPPORT OF DAUBERT MOTION TO EXCLUDE PEGGY PENCE, PH.D., FOR WAVE 6

Come now Defendants Ethicon, Inc. and Johnson & Johnson, and hereby adopt and incorporate by reference the Wave 3 reply in support of their *Daubert* motion to exclude the opinions of Peggy Pence, Ph.D., and memorandum in support for Ethicon Wave 6, Dkt. 3017. Defendants respectfully request that the Court exclude Dr. Pence's testimony, for the reasons expressed in the Wave 3 briefing. This notice applies to the Wave 6 cases identified in Exhibit A attached to Defendants' motion.

Respectfully submitted,

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street

Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Christy D. Jones*

39289386.v1