IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
C.R. BARD, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-C and Defendant C.R. Bard, Inc. ("Bard") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard as a defendant in these actions with prejudice, and terminate Bard from the docket in the actions, parties to bear their own costs. Other Defendants remain in these actions, and Plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000
*Attorney for Defendant C.R. Bard, Inc.*

Case 2:12-md-02327   Document 5031   Filed 11/13/17   Page 2 of 6 PageID #: 158525

/s/ Andrew J. Cross
Jeffrey J. Lowe, Missouri Bar No. 35114
Andrew J. Cross, Missouri Bar No. 57337
Sarah Shoemake Doles, Missouri Bar. 45747
CAREY DANIS & LOWE
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri  63105
Phone: 314-725-7700
Facsimile: 314-721-0905
Email: jlowe@careydanis.com
Email: across@careydanis.com
Email: sdoles@careydanis.com
*Attorneys for Plaintiffs on Exhibit A*

/s/ M. Brandon Smith
M. Brandon Smith
West Virginia Bar No: 11751
C. Andrew Childers
Georgia Bar No: 124398
CHILDERS, SCHLUETER & SMITH, LLC
1932 North Druid Hills Road, Suite 100
Atlanta, Georgia 30319
(404) 419-9500 – telephone
(404) 419-9501 – facsimile
bsmith@cssfirm.com
achilders@cssfirm.com
*Attorneys for Plaintiff on Exhibit B*

/s/ Joel L. Dilorenzo
THE DILORENZO LAW FIRM, LLC
505 20th Street North, Ste 1275
Birmingham, AL  35203
(T): (205) 212-9988
(F): (205) 212-9989
Email: joel@dilorenzo-law.com
Alabama Bar # ASB-7575-J64D
*Attorney for Plaintiff on Exhibit C*


Dated: November 13, 2017

## EXHIBIT A – CAREY DANIS & LOWE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-23359 | Marie Simbides v. C.R. Bard, Inc., et al. |
| 2:15-cv-07474 | Melissa Mayfield and Robert Mayfield v. C.R. Bard, Inc., et al. |

## EXHIBIT B - CHILDERS, SCHLUETER & SMITH, LLC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-02786 | Katherine Reinhardt v. C.R. Bard, Inc., et al. |

## EXHIBIT C - DILORENZO LAW FIRM LLC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-07024 | Rebecca A. Parsons v. C.R. Bard, Inc., et al. |

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 13, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Richard B. North, Jr.