## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| -------------------------------------------------- | |
| ETHICON WAVE 6 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF PRIOR DAUBERT REPLY REGARDING DR. JIMMY W. MAYS FOR WAVE 6

Come now, the Defendants, and hereby adopt and incorporate by reference the Daubert reply filed in relation to of Dr. Jimmy W. Mays for Ethicon Wave 4, [Dkt. #3847]. Defendants respectfully request that the Court exclude Dr. Mays' testimony for the reasons expressed in the Wave 4 briefing.

Dated: November 13, 2017

                                                        Respectfully submitted,

                                                        */s/ David B. Thomas*
                                                        David B. Thomas (W. Va. Bar No. 3731)
                                                        Thomas Combs & Spann, PLLC
                                                       300 Summers Street, Suite 1380
                                                       P.O. Box 3824
                                                        Charleston, WV  25338-3824
                                                       (304) 414-1800
                                                       dthomas@tcspllc.com

        */s/ Christy D. Jones*
        Christy D. Jones
        Butler Snow LLP
        1020 Highland Colony Parkway
        Suite 1400 (39157)
        P.O. Box 6010
        Ridgeland, MS 39158-6010
        (601) 985-4523
        christy.jones@butlersnow.com

        COUNSEL FOR DEFENDANTS
        ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ David B. Thomas*
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  25338-3824
(304) 414-1800
dthomas@tcspllc.com