# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327**<br>**MDL 2327** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ETHICON WAVE 6 CASES LISTED IN EXHIBIT A OF DEFENDANTS' NOTICE OF ADOPTION OF PRIOR MOTION** | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

### NOTICE OF ADOPTION OF DEFENDANTS' PRIOR DAUBERT REPLY IN FURTHER SUPPORT OF MOTION TO EXCLUDE CERTAIN GENERAL OPINIONS OF ALAN GARELY, M.D. FOR WAVE 6

Plaintiffs filed a Notice of Adoption (ECF No. 4900) in Ethicon Wave 6 Case No. 2:12-md-02327, adopting their Response in Opposition to Defendants' Motion to Exclude Certain Opinions of Alan Garely, M.D., ECF No. 2202 ("Plaintiffs' Wave 1 Response"). Defendants hereby adopt and incorporate by reference their prior Reply Memorandum in Ethicon Wave 1, ECF No. 2286, filed in further support of their Motion to Exclude Certain Opinions of Alan Garely, M.D., ECF No. 2128 ("Defendants' Wave 1 Motion").

Defendants acknowledge that on September 1, 2016, the Court issued a Memorandum Opinion and Order, ECF No. 2718 (the "Order"), GRANTING Defendants' Wave 1 Motion in part, DENYING it in part, and RESERVING judgment in part.

Where the Court GRANTED Defendants' Wave 1 Motion, Defendants respectfully request that the Court adopt the same ruling in the Wave 6 Cases for the reasons set forth in the Court's Order.

With respect to Defendants' motion to exclude Dr. Garely's opinions on degradation, the Court DENIED Defendants' Wave 1 Motion as moot because Plaintiffs conceded that Dr. Garely will not offer any opinions about mesh degradation. (See Order, p. 8). In their Wave 6 Opposition, ECF No. 4900, Plaintiffs have adopted their Wave 1 Response and have not offered any new opinions about mesh degradation by Dr. Garely. Accordingly, the Court's Wave 1 ruling should apply.

Where the Court otherwise DENIED or RESERVED judgment on Defendants' Wave 1 Motion, Defendants acknowledge the Court's ruling, and acknowledge the same circumstances apply in Wave 6, but preserve their right to challenge the ruling on appeal.

November 13, 2017

Respectfully submitted,

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com

/s/ David B. Thomas
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

/s/ Kelly S. Crawford
Kelly S. Crawford
Riker Danzig Scherer Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 451-8417
kcrawford@riker.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND
JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      */s/  Kelly S. Crawford*
      Kelly S. Crawford

4898536v1