IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NO. LISTED ON THE ATTACHED EXHIBIT:

### JOINT MOTION TO DISMISS DEFENDANT BOSTON SCIENTIFIC CORP. WITH PREJUDICE

Plaintiff in this case (listed on the attached Exhibit A) and defendant Boston Scientific Corporation ("BSC") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third-party claims. Accordingly, Plaintiff and BSC jointly move the Court to dismiss BSC as a defendant in this action with prejudice and terminate BSC from the docket of the Court in this action, each party to bear its own costs. Other defendants remain in this action, and plaintiff will continue to prosecute this action against them.

Dated: November 15, 2017

Respectfully submitted,

By: /s/ H. Forest Horne
H. Forest Horne – NC Bar #16678
Carolyn R. Guest – NC Bar #36451
MARTIN & JONES
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603
Telephone: 919-821-0005
Fax: 919-863-6074
Email: crg@m-j.com
hfh@m-j.com

**COUNSEL FOR PLAINTIFF**

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
rtadams@shb.com
jstrongman@shb.com

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2017, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: /s/ H. Forest Horne
H. Forest Horne – NC Bar #16678
Carolyn R. Guest – NC Bar #36451
MARTIN & JONES
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603
Telephone: 919-821-0005
Fax: 919-863-6074
Email: crg@m-j.com
       hfh@m-j.com

**COUNSEL FOR PLAINTIFF**