# EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 2:13-cv-01223 | Shauna L. Bennett v. Ethicon, Inc., et al |