#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

#### CHARLESTON DIVISION

IN RE:   ETHICON, INC.,
         PELVIC REPAIR SYSTEM
         PRODUCTS LIABILITY LITIGATION            MDL NO. 2327

---

THIS DOCUMENT RELATES TO:

*Illuminada Baez v. Ethicon, Inc., et al.*          Civil Action No. 2:12-cv-01007
*Debra McCaslin v. Ethicon, Inc., et al.*           Civil Action No. 2:13-cv-22651

On May 18, 2016, I entered an Order in *In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, Civil Action No. 2:12-md-2327 ("MDL 2327") Denying Docket # 1775 as Moot and Dismissing Certain Cases with Prejudice [ECF No. 2261]. I directed the Clerk to also enter the Order in *Illuminada Baez v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01007 [ECF No. 15] and *Debra McCaslin v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-22651 [ECF No. 8]. For reasons appearing to the court, it is **ORDERED** that the May 18, 2016 Order entered in both MDL 2327 [ECF No. 2261] and the individual cases listed above is **VACATED.**

The Clerk is **DIRECTED** to file a copy of this order in 2:12-md-2327 and in the individual cases listed above. The Clerk is further **DIRECTED** to reinstate *Debra McCaslin v. Ethicon, Inc., et al.*, Civil Action No. 2:13-cv-22651 to the active docket and to place *Illuminada Baez v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-01007 on the Ethicon inactive docket pursuant to the Inactive Docket Order [ECF No. 16] filed in that case. The Clerk is further **DIRECTED** to send a copy of this order to counsel of record and any unrepresented parties.

ENTER: November 16, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE