IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                      MDL NO. 2327
_____
THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

ORDER

(Dismissing Defendants Coloplast Corp. and Mentor Worldwide LLC with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 1775], is a Joint Motion to Dismiss Defendants Coloplast Corp. and Mentor Worldwide LLC with Prejudice filed by plaintiffs, identified on the attached Exhibits A-B, Coloplast Corp. ("Coloplast")[1] and Mentor Worldwide LLC ("Mentor").[2] Also pending in MDL 2327, 2:12-md-2327 [ECF No. 1944] is an Amended Joint Motion to Dismiss seeking dismissal of Coloplast and Mentor from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C., Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast, Inc.

[2] Mentor Worldwide LLC includes any incorrect or incomplete spellings of this Defendant, including Mentor, Mentor Corporation, Mentor World Wide LLC, Mentor Worldwide, Mentor Worldwide L.L.C., Mentor Worldwide, L.L.C., and Mentor Worldwide, LLC.

ORDERED that the Joint Motion to Dismiss Coloplast and Mentor with Prejudice [ECF No. 1775] is **DENIED AS MOOT**. It is further **ORDERED** that the Amended Motion to Dismiss [ECF No. 1944] is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-B.

ENTER: November 16, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – ANDRUS WAGSTAFF**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-01007 | Illuminada Baez v. Ethicon, Inc., et al. |

## EXHIBIT B – VILES & BECKMAN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-22651 | Debra McCaslin v. Ethicon, Inc., et al. |