IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Defendant Boston Scientific Corporation with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 5056], is a Joint Motion to Dismiss Defendant Boston Scientific with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Boston Scientific ("BSC") seeking dismissal of BSC from this action with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third-party claims. Other defendants remain in this action and plaintiffs will continue to prosecute this action against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss BSC with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual case listed on the attached Exhibit A.

ENTER: November 17, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 2:13-cv-01223 | Shauna L. Bennett and Jimmy Bennett v. Ethicon, Inc., et al |