IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   C. R. BARD, INC.
         PELVIC REPAIR SYSTEMS
         PRODUCTS LIABILITY LITIGATION                    MDL 2187
_____
THIS DOCUMENT RELATES TO:

*Beck, et al., v. C. R. Bard, Inc., et al.*       Civil Action No. *2:13-cv-06658*

ORDER

(Dismissing Defendant C. R. Bard, Inc. with Prejudice
and Transferring Case to MDL 2327)

On November 13, 2017 the plaintiffs and defendant C. R. Bard, Inc., ("Bard") filed a Joint Motion to Dismiss Defendant C. R. Bard, Inc. with Prejudice [ECF No. 15]. In the joint motion, the parties are seeking dismissal of Bard as a defendant in this action with prejudice because all claims against Bard have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Choose an item. Motion to Transfer MDLs for this case [ECF No. 15]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Bard with Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED**. To the extent an Amended Short Form Complaint has not been filed, plaintiffs' counsel is **DIRECTED** to file an Amended Short Form Complaint within the time frame stated in the motion. Defendant Bard is **DISMISSED WITH PREJUDICE** as a defendant in this action. This action is **REINSTATED** to the active docket and **TRANSFERRED** to MDL 2327. The Clerk is

DIRECTED to disassociate the civil action as member case in MDL 2187 and re-associate it with MDL 2327.

The Clerk is further DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 20, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE