UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: COOK MEDICAL, INC. PELVIC REPAIR
SYSTEMS PRODUCTS LIABILITY LITIGATION          MDL No. 2440

THIS DOCUMENT RELATES TO:

JOSEPH R. GOODWIN
*Melani Kroop and Elliott Kroop*                              U.S. DISTRICT JUDGE
Case No. 2:15-cv-08884

## ORDER ON MOTION TO TRANSFER MDL

Defendants', Cook Incorporated, Cook Biotech, Inc., and Cook Medical, Inc. (the "Cook Defendants") motion to transfer this member case from MDL 2440, In Re: Cook Medical, Inc., Pelvic Repair System Products Liability Litigation, to: MDL 2327, Ethicon, Inc., Pelvic Repair System Products Liability Litigation is GRANTED. Further, it is ORDERED, that the clerk will disassociate this civil action as a member case in MDL 2440 and re-associate it with MDL 2327.

The above-entitled action is ORDERED transferred to MDL 2327.

ENTER: November 21, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE