# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                          MDL 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 5068], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER:  November 22, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

_____

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

**EXHIBIT A**
**MUELLER LAW**

| | | |
|---|---|---|
| 2:12-cv-04370 | Alexander,  et al. | Annie |
| 2:13-cv-11718 | Anderson, et al. | Sandra |
| 2:13-cv-03850 | Andrews, et al. | Noreen |
| 2:13-cv-14800 | Arkenburgh | Alice |
| 2:14-cv-26625 | Arnall, et al. | Tina |
| 2:13-cv-05794 | Baggett, et al. | Shelby |
| 2:13-cv-06112 | Bazemore, et al. | Cynthia |
| 2:13-cv-07145 | Beales | Linda |
| 2:12-cv-00368 | Boggs, et al. | Sharon |
| 2:12-cv-03621 | Bosner | Cindy |
| 2:12-cv-00651 | Bridges | Robin |
| 2:12-cv-02378 | Burroughs, et al. | Linda |
| 2:13-cv-10609 | Butts, et al. | Shannon |
| 2:12-cv-02832 | Caughorn, et al. | Patricia |
| 2:13-cv-08751 | Ciels, et al. | Carolyn |
| 2:13-cv-08229 | Clark, et al. | Lisa |
| 2:12-cv-00483 | Cole, et al. | Carey |
| 2:12-cv-01267 | Coleman, et al. | Angela |
| 2:13-cv-11099 | Combs, et al. | Alberta |
| 2:13-cv-08109 | Conklin | Marianne |
| 2:13-cv-09328 | Cordes, et al. | Bobbie Jo |
| 2:13-cv-08816 | Couch, et al. | Judy |
| 2:12-cv-04909 | Coulter, et al. | Rachel |
| 2:13-cv-08463 | Crum, et al. | Holly |
| 2:13-cv-14799 | Dameron, et al. | Wanda |
| 2:12-cv-00358 | Deleon, et al. | Amanda |
| 2:13-cv-05466 | Domm | Cynthia |
| 2:12-cv-04589 | Drummond | Teresa |
| 2:13-cv-01398 | Dubois | Michelle |
| 2:13-cv-01673 | Eckardt, et al. | Sheryl |
| 2:12-cv-09664 | Eckley, et al. | Cheryl |
| 2:13-cv-13756 | Elder, et al. | Esther |
| 2:12-cv-09620 | Haehn, et al. | Areli |
| 2:13-cv-02682 | Jones, et al. | Mabel Catherine |
| 2:13-cv-10953 | Loyd | Dana |
| 2:12-cv-05005 | Pattison | Frieda |
| 2:15-cv-03868 | Timmon | Elvira |
| 2:13-cv-10090 | Westerfield | Luella |
| 2:13-cv-06599 | Wigington | Rhonda |