## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs whose cases are listed on the attached Exhibit A and Defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), acting pursuant to F. R. Civ. P. 41(a)(1)(A)(ii), jointly move the court to dismiss with prejudice this action and all claims against the Ethicon Defendants which were, or could have been asserted. Each party shall bear her or its own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Scott A. Love* | */s/Christy D. Jones* |
| Scott A. Love | Christy D. Jones |
| CLARK, LOVE & HUTSON, GP | BUTLER SNOW LLP |
| 440 Louisiana Street, Suite 1600 | P.O. Box 6010 |
| Houston, TX 77002 | Ridgeland, Mississippi 39158-6010 |
| *Counsel for Plaintiff* | *Counsel for the Ethicon Defendants* |

**EXHIBIT A**

| Civil Action Number | Last Name | First Name |
|---|---|---|
| 2:14-cv-30237 | Aaron | Rhonda K. |
| 2:15-cv-03250 | Albrecht | Catherine C. |
| 2:15-cv-12387 | Alcorta | Janie |
| 2:14-cv-08577 | Alexander | Rebecca F. |
| 2:14-cv-07788 | Alsbury | Kathleen A. |
| 2:15-cv-04898 | Amorando | Jennifer |
| 2:13-cv-27721 | Anders | Tracy |
| 2:15-cv-08638 | Argandona | Laura |
| 2:13-cv-11452 | Argrave | Vikki |
| 2:14-cv-13231 | Arrieta | Zully |
| 2:14-cv-08580 | Bacon | Phyllis J. |
| 2:14-cv-02149 | Baigen | Clotilde |
| 2:14-cv-13233 | Bailes | Frances |
| 2:12-cv-03438 | Bailey | Gloria |
| 2:13-cv-28653 | Baker | Patricia |
| 2:15-cv-04202 | Baker | Ellen |
| 2:15-cv-07029 | Balboa | Rena |
| 2:14-cv-03276 | Bales | Mary |
| 2:13-cv-24594 | Balino | Lorena |
| 2:12-cv-08760 | Beckwith | Corrine |
| 2:15-cv-11677 | Bernal | Alicia |
| 2:15-cv-12050 | Bessinger | Mary L. |
| 2:12-cv-09563 | Boardwine | Robin |
| 2:14-cv-06592 | Bradley | Virginia J. |
| 2:15-cv-02076 | Briseno | Adela |
| 2:12-cv-02498 | Brown | The Estate of Martha |
| 2:12-cv-09948 | Brown | Sandy |
| 2:14-cv-03330 | Bullard | Helen |
| 2:15-cv-12022 | Butler | Vicki R. |
| 2:15-cv-04949 | Cabrera | San Juanita |
| 2:14-cv-02626 | Calvert | Daphne R. |
| 2:14-cv-05671 | Campbell | Melissa |
| 2:15-cv-05066 | Campbell | Evanderlene |
| 2:14-cv-03384 | Cartrette | Lena |
| 2:14-cv-31485 | Castellano | Maria |

| | | |
|---|---|---|
| 2:14-cv-02094 | Christian | Yvonne C. |
| 2:15-cv-12059 | Clerico | Emelia |
| 2:13-cv-11555 | Cobb | Linda F. |
| 2:15-cv-08496 | Colangelo | Laura L. |
| 2:12-cv-09526 | Coleman | Ashley |
| 2:15-cv-12241 | Contreras | Ivonne J. |
| 2:14-cv-03389 | Cooper | Judith |
| 2:15-cv-08887 | Cooper | Kathy M. |
| 2:14-cv-03391 | Counts | Brenda |
| 2:12-cv-03808 | Cox | Laura |
| 2:12-cv-02950 | Creel | Inez |
| 2:15-cv-12122 | Croft | Sheila |
| 2:12-cv-07059 | Crumley | Billie R. |
| 2:13-cv-09938 | Cueto | Angelina |
| 2:14-cv-08585 | Davidson | Dianne E. |
| 2:14-cv-08589 | Davis | Elizabeth F. |
| 2:15-cv-11497 | Dawson | Marguerite L. |
| 2:15-cv-12298 | Dawson | Beverly A. |
| 2:14-cv-08543 | Dayss | Blanca |
| 2:14-cv-23936 | DeBeaux | Ronda J. |
| 2:15-cv-11948 | Delahoz | Luz |
| 2:15-cv-07020 | Delgado | Candelario |
| 2:13-cv-10251 | Denham | Janet L. |
| 2:13-cv-00603 | Dennis | Debbie |
| 2:13-cv-01695 | Diaz-Lugo | Miriam |
| 2:14-cv-01989 | Downing | Lani |
| 2:15-cv-05535 | Drawl | Lori |
| 2:15-cv-12242 | Duarte Perez | Olga |
| 2:13-cv-32047 | Dubey | Kathleen C. |
| 2:12-cv-03804 | Duncan | Darlene |
| 2:15-cv-08475 | Earle | Virginia |
| 2:15-cv-08799 | Edwards | The Estate of Dianna |
| 2:12-cv-03393 | Elms | The Estate of Jo |
| 2:15-cv-11410 | Epps | Danielle L. |
| 2:15-cv-06962 | Ester | Tobias |
| 2:15-cv-12244 | Everett | Colleen M. |
| 2:12-cv-06344 | Falor | Annette |
| 2:14-cv-01994 | Faulkenbury | Lucille |
| 2:14-cv-02205 | Fawcett | Helen |

| | | |
|---|---|---|
| 2:15-cv-12245 | Fernandez | Norma |
| 2:15-cv-03067 | Ferrara | Yolanda |
| 2:15-cv-08804 | Findley | Joan G. |
| 2:13-cv-03853 | Flannary | Joyce |
| 2:15-cv-08796 | Flores | Guadalupe |
| 2:14-cv-01134 | Fontaine | Toni K. |
| 2:15-cv-12218 | Frankovich | Sharon E. |
| 2:13-cv-30429 | Galindo | Janie M. |
| 2:13-cv-32075 | Garcia | Isabel I. |
| 2:13-cv-03869 | Gaspard | Debra |
| 2:13-cv-25250 | Gbayisomore | Carmen M. |
| 2:15-cv-12123 | Gebhart | Barbara |
| 2:15-cv-12131 | Gonzalez | Susie L. |
| 2:14-cv-08592 | Griffin | Myra Charlene |
| 2:15-cv-09776 | Griffin | Frances R. |
| 2:12-cv-05332 | Gum (Efferson) | Clara M. |
| 2:13-cv-00577 | Haley | Sheilda L. |
| 2:15-cv-04999 | Hall | Susan |
| 2:15-cv-12075 | Hall | Jamie |
| 2:14-cv-03624 | Hamilton | Linda |
| 2:14-cv-01225 | Hannemann | Hope Charlotte |
| 2:15-cv-12024 | Hargrove | Lillian H. |
| 2:13-cv-02888 | Harry | Tonya |
| 2:15-cv-12247 | Hawthorne | Winnie |
| 2:15-cv-09469 | Hendrickson Winter | Barbara |
| 2:15-cv-03628 | Hern | Stephanie A. |
| 2:15-cv-09191 | Hess | Ida |
| 2:15-cv-11446 | Hickman | Janet |
| 2:15-cv-11885 | Hodge | Donna |
| 2:15-cv-12203 | Honeycutt | Barbara |
| 2:15-cv-05537 | Hopkins | Mary |
| 2:15-cv-12192 | Howell | Linda Lee |
| 2:14-cv-10201 | Hubbard | Sandra L. |
| 2:12-cv-04381 | Hurst | Juanita |
| 2:14-cv-04196 | Hutchison | Misty |
| 2:15-cv-08889 | Hyett-Watson | Rhonda |
| 2:13-cv-32206 | Johnson | Sybil |
| 2:14-cv-01232 | Johnson | Peggy S. |
| 2:14-cv-07793 | Johnson | Betty L. |

| | | |
|---|---|---|
| 2:15-cv-03988 | Johnson | Theresa A. |
| 2:15-cv-04891 | Johnson-Kidd | Amy |
| 2:15-cv-12080 | Jordan | Linda |
| 2:14-cv-23878 | Jounakos | Karen |
| 2:15-cv-12081 | Kennedy | Dorothy B. |
| 2:15-cv-08655 | Kirbie | Beverly S. |
| 2:13-cv-00582 | Koontz | Angela |
| 2:14-cv-04268 | Kurelmeyer | Alta |
| 2:15-cv-12328 | Lamoreaux | Joan |
| 2:14-cv-25297 | Larussa | Nelda J. |
| 2:14-cv-02065 | Lebel | Rose Marie |
| 2:14-cv-14688 | Lent | Taffnie |
| 2:15-cv-12099 | Leonard | Betty |
| 2:15-cv-10121 | Lewis | Margaret |
| 2:15-cv-12289 | Lewis | Dorthy L. |
| 2:15-cv-06174 | Lovellette | Melinda K. |
| 2:13-cv-31922 | Lugo Nieves | Francisca |
| 2:12-cv-09212 | Maler | Brigitte |
| 2:15-cv-03415 | Manion | Trisha B. |
| 2:15-cv-10166 | Maples | Linda J. |
| 2:14-cv-03945 | Marmolejo | Fabiola |
| 2:15-cv-02991 | Marshall | Tina |
| 2:14-cv-04312 | Marsick | Karin L. |
| 2:15-cv-07914 | Martinez | Guadalupe |
| 2:15-cv-12176 | Mattingly | The Estate of Martha C. |
| 2:14-cv-04355 | Mauzey | Gayle |
| 2:12-cv-09390 | McCann-Devivo | Patsy |
| 2:15-cv-11644 | McCorkle | Sandra L. |
| 2:13-cv-03979 | McCulley | Alice |
| 2:12-cv-04978 | McDaniel | The Estate of Nancy |
| 2:15-cv-03683 | McGlamory | Wanda K. |
| 2:14-cv-02221 | McLendon | Wanda S. |
| 2:14-cv-06358 | Medina Osoria | Dora A. |
| 2:15-cv-06960 | Miller | Roxana D. |
| 2:14-cv-29336 | Moody | Cheryl |
| 2:12-cv-09410 | Moore | Bethany A. |
| 2:14-cv-04889 | Mora | Maria R. |
| 2:12-cv-03434 | Morgan (Baker) | Bunny |
| 2:15-cv-12227 | Nauman | Sheila |

| | | |
|---|---|---|
| 2:15-cv-08131 | Neal | Cinda |
| 2:13-cv-25196 | Nelson (Shockley) | Mona D. |
| 2:12-cv-05329 | Newcomb | Jearld |
| 2:13-cv-09520 | Newell | Charlene |
| 2:15-cv-12342 | Noto | Joan |
| 2:13-cv-32489 | Parker | Sarah E. |
| 2:12-cv-00860 | Pelton | Shirley |
| 2:14-cv-29906 | Pendergrass | Betty J. |
| 2:12-cv-07065 | Pendleton | Sheila |
| 2:13-cv-09516 | Peters-Johnson | Michele |
| 2:12-cv-04382 | Pontiff | Rhonda |
| 2:15-cv-12000 | Poole | Stacie M. |
| 2:14-cv-02225 | Potts | Patricia |
| 2:14-cv-23893 | Prael | Suzanne R. |
| 2:15-cv-12231 | Quesada | Yaime |
| 2:14-cv-02131 | Ramos | Elizabeth |
| 2:15-cv-07714 | Ramos | Rosa |
| 2:14-cv-29764 | Reale | Eula M. |
| 2:13-cv-00589 | Reams | Marcia |
| 2:13-cv-01701 | Reding | Anita |
| 2:15-cv-11507 | Reese | Frances |
| 2:13-cv-00091 | Richardson | Barbara J. |
| 2:15-cv-11962 | Rivera | Nereida |
| 2:14-cv-04044 | Roberts | Diana L. |
| 2:14-CV-29507 | Rodriguez | Blanca |
| 2:15-cv-12207 | Russell | Jo E. |
| 2:15-cv-10172 | Rutt | Karen A. |
| 2:14-cv-04486 | Sackett | Petra |
| 2:15-CV-03435 | Sander | Cheryl |
| 2:15-cv-12329 | Sandoval | Maria C. |
| 2:14-CV-29958 | Santa Cruz | Martha A. |
| 2:15-cv-12510 | Santos | Altagracia |
| 2:14-CV-10209 | Savage | Verlinda S. |
| 2:14-CV-06388 | Scates | Joanne |
| 2:14-cv-02233 | Sciarra | Margaret M. |
| 2:14-cv-05733 | Sexton | Mary |
| 2:15-cv-08890 | Shanklin | Donna D. |
| 2:12-cv-07068 | Skerlick | Madelene |
| 2:14-cv-06391 | Slattery | Janet A. |

| | | |
|---|---|---|
| 2:14-cv-02103 | Smith | Evelyn R. |
| 2:14-cv-14731 | Smith | Benita |
| 2:15-cv-10157 | Smith | Gail |
| 2:15-CV-03996 | Smithart | Faye M. |
| 2:15-cv-11985 | Soto | Veronica |
| 2:14-cv-03986 | Stanley | Judith E. |
| 2:15-cv-08878 | Staula | Roberta |
| 2:14-cv-14734 | Stepp | Theresa |
| 2:13-cv-27744 | Stickley | Kaethe |

39335826.v1