# EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO: WAVE 6 CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## EXHIBIT A TO MOTION TO EXCLUDE
## CERTAIN OPINIONS OF RALPH ZIPPER, M.D.

Defendants Ethicon, Inc. and Johnson & Johnson (hereinafter "Defendants"), in support of their motion to exclude certain opinions of Ralph Zipper, M.D., do hereby state that the instant motion applies to the following cases[1]:

| Case Name | Case Number | Product |
|---|---|---|
| Crystal Lynn Finnegan, et al. v. Ethicon, Inc., et al. | 2:13-cv-00059 | TVT-O, TVT |
| Margaret T. Fisher, et al. v. Ethicon, Inc., et al. | 2:13-cv-00100 | Gynemesh, TVT-O |
| Linda F. Hooper v. Ethicon, Inc., et al. | 2:13-cv-01686 | Prolift +M |
| Carolyn Kieffaber, et al. v. Ethicon, Inc., et al. | 2:12-cv-08464 | Prolift |
| Sylvia Nunez v. Ethicon, Inc., et al. | 2:13-cv-00533 | TVT-O, Prosima |
| Kelly Strandmark v. Ethicon, Inc., et al. | 2:13-cv-00713 | TVT |
| Judy L. Tedder v. Ethicon, Inc., et al. | 2:13-cv-000097 | TVT-S, TVT-O |

---

[1] Defendants reserve the right to supplement this list should any plaintiff designate Dr. Zipper as general causation expert in MDL Wave 6.

Respectfully submitted,

ETHICON, INC. AND
JOHNSON & JOHNSON

*/s/ David B. Thomas*
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  23558-3824
(304) 414-1800

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523

2

## CERTIFICATE OF SERVICE

I certify that on this date, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Christy D. Jones*_____
Christy D. Jones
