# EXHIBIT B

# Ralph Zipper, MD
## FACOG, FPMRS



### Director Urogynecology and Pelvic Reconstructive Surgery
### Urogynecology Associates

200 S. Harbor City Blvd. • Melbourne, FL 32901 • 321.674.2114

## ACTIVE LICENSES

Florida Board of Medicine ME76190

California Board of Medicine G84567

## ACTIVE BOARD CERTIFICATIONS

FPMRS (ABOG)

OB/GYN (ABOG)

## EDUCATION

**DEC '87**
The University of Connecticut, Storrs, CT
*B.S. Biology*

**MAY '92**
The Mount Sinai School of Medicine of The City University of New York,
*Doctor of Medicine*

**JUNE '96**
The Johns Hopkins Hospital, Department of Gynecology and Obstetrics, Baltimore, MD
*Ob/Gyn Residency*

The Johns Hopkins Hospital, Department of Urogynecology and Urodynamic Clinic, Baltimore, MD

The Johns Hopkins University Graduate Program, The Business of Medicine, Baltimore, MD

## PROFESSIONAL MEMBERSHIPS AND ORGANIZATIONS

The American College of Obstetricians and Gynecologist

American Urogynecology Society

The American Medical Association

---

Dr. Ralph Zipper is board certified in Female Pelvic Medicine and Reconstructive Surgery. He is one of the nation's leading authorities on pelvic reconstructive surgery and incontinence. Ralph has 20 years of experience as a urogynecologist. Over the last 10 years. Dr. Zipper has pioneered new techniques in pelvic reconstruction, and has trained over one thousand surgeons in his techniques of prolapse and incontinence surgery. Dr. Zipper holds multiple patents for both medical methods and devices. Ralph is the inventor of painless laser therapy for pelvic pain, a treatment that is expected to begin worldwide commercialization in 2018. Dr. Zipper's surgery is featured in numerous instructional DVDs. Each year hundreds of patients travel from across the country and abroad seeking the care of Dr. Zipper.

Dr. Zipper performs the full breadth of female reconstructive surgery including all vaginal, abdominal, and robotic approaches to the treatment of pelvic organ prolapse and urinary incontinence. Dr. Zipper has extensive experience in treating complications of transvaginal mesh surgery and has authored multiple expert opinions on transvaginal mesh devices.

Dr. Zipper serves as the CEO of UroShape, LLC, a company dedicated to the deployment of laser treatments of pelvic pain. Ralph has extensive experience providing C-Suite level consulting to both medical device and pharmaceutical start-ups and continues to provide consultation on regulatory processes, labeling, material science, patent portfolio development, physician and sales force training, marketing, and pelvic medicine and reconstructive surgery.

Dr. Zipper has been the key figure in the commercialization of numerous inventions and products within the areas or urinary incontinence and pelvic organ prolapse. He was the founder and CEO of two innovative market space device companies, and is also the Chairman of the Academy Award winning Zipper Brothers Films.

### ■ CEO - Uroshape, LLC
Vertically integrated company offering proprietary Low Level Laser therapy for Pelvic Medicine
Inventor of Proprietary Method
Co-inventor of Proprietary Device
Designed and Implemented IRB Approved Pilot Trials

### ■ CEO - BioFuse Medical Technologies, Inc.
Manager of all phases of commercialization of this paradigm shifting proprietary bi-polar RF technology that is poised to replace conventional methods of wound closure such as staples and sutures.

### ■ Restructured and Diversified Struggling Foreign Device Company for 40M Exit
Redesigned Product Line Creating a Platform from One Technology
Rebranded Company
Created and Implemented New Business Model
Developed Physician and Sales Force Training

- **Invented Incisionless Vaginal Rejuvenation® Method and Algorithm**
  Patent Pending
  Designed Laser Platform Through Final OEM
  Developed M&A with Initial Field Testing

- **Extensive Experience with Developing and implementing IRB approved randomized clinical trials, regulatory processes, labeling, and quality systems.**

- **Experience with Domestic and Foreign Supply Chain Evaluation**

- **Experience with Conformity/Certification**
  CE, FC, C-Tick, ROHS

- **Trained more than 1000 Urologists, Urogynecologists, and Gynecologists**

- **Trained more than 150 Sales Persons within Related Market Spaces**

- **Four Issued Patents and Three Pending for Industry Relevant Devices and Methods**

- **Performed more Sacral Nerve Stimulations for Bladder Dysfunction (InterStim) than any Physician World-Wide 2012**

## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| 2017 - Present | **CEO** | - Uroshape, LLC |
| 2016 - Present | **CEO** | - Biofuse Medical Technologies, Incorporated |
| 2007 - Present | **President** | - Zipper Urogynecology Associates, Melbourne, FL |
| 2008 - 2010 | **CEO** | - Gyneshape Lasers, Manufacturer and Distributor of Gyn Laser, Melbourne, FL |
| 2008 - Present | **CEO** | - Zipper Brothers Films, Winner 2012 Academy Award, Best Documentary Feature |
| 2010 | **Keynote Speaker** | - Medtronic Neuromodulation National Sales Meeting |
| 2004 | **Keynote Speaker** | - Bard National Sales Meeting Pelvic Reconstruction Surgery with Xenograft Material, Phoenix, AZ |
| 2003 | **Speaker** | - National Conference on Pelvic Reconstruction Surgery Via Graft and Surgical Treatment of Stress Urinary Incontinence, Chicago, IL and Denver, CO |
| 2002 - 2005 | **Lead U.S. Instructor** | - Uretex Sling Procedure for Stress Urinary Incontinence |
| 2002 - 2004 | **Lead Florida Instructor** | - Transurethral Contigen Implantation |
| 2002 | **Lead Speaker** | - National Conference on Pelvic Reconstruction Surgery Urinary Incontinence, Las Vegas, NV |
| 1999 - 2007 | **Director** | - Urogynecology and Pelvic Reconstructive Surgery, Osler Medical, Melbourne, FL |
| 1996 - 1999 | | Women's Health Institute & WHI Testing & Procedure Center, Lafayette and Opelousas, LA |
| 1987 - 1988 | **Trader** | - Allen and Company (New York City Investment Bank), New York, NY |

# PUBLICATIONS

**Efficacy, Functional Outcomes and Adverse Effects of Low Weight Polypropylene Mesh for Pelvic Prolapse Repair**
*Intentional Urogynecology Association*

**Abnormal Uterine Bleeding**
**Perioperative Care of the Gyn Patient**
*Little Brown*

**Risks of Steroidal Contraception, Revision**
*J.B. Lippincott Company (Sciarra Series)*

**The Uretex Sling**
*C.R. Bard*
*Instructional DVD*

**Total Mesh Vaginoplasty**
*Vaginal Surgery Instruction Series: Part One*
*Instructional DVD*
*Mentor/Coloplast*

# RECENT RESEARCH ACTIVITY

2010 - 2011   **Principal Investigator** - The Effectiveness of Class IV Therapeutic Laser Treatment for Chronic Pelvic Pain and Dyspareunia
New England IRB 09-152

2010 - 2012   **Principal Investigator** - The Effectiveness of Class IV Therapeutic Laser Treatment for Overactive Bladder Symptoms
New England IRB 10-053

2012 - 2015   **Principal Investigator** - Painless Laser Therapy for Overactive Bladder Symptoms (PLTOAB)
New England IRB 11-179