# EXHIBIT E

Ralph Zipper, M.D.

```
 1          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2               CHARLESTON DIVISION
 3          Master File No. 2:12-MD-02327
                   MDL No. 2327
 4

                 JOSEPH R. GOODWIN
 5               U.S. DISTRICT JUDGE
 6

 7

 8   IN RE:  ETHICON, INC., PELVIC
     REPAIR SYSTEM PRODUCTS LIABILITY
 9   LITIGATION
     _____

10
     THIS DOCUMENT RELATES TO ALL
11
     WAVE VI CASES:
12   _____

13

14

15
                   DEPOSITION OF
16
                 RALPH ZIPPER, M.D.
17

18

19           Friday, October 27, 2017
               12:17 p.m. - 2:57 p.m.
20

          Hilton Melbourne Rialto Place
21               200 Rialto Place
22          Melbourne, Florida 31901-3092

23

24          Stenographically Reported By:
25               Lisa G. Smith, RMR
```

Ralph Zipper, M.D.

1    I mean specifically, what were you asked to offer

2    opinions on pertaining to TVT-Secur?

3        A.   I was asked to render an expert medical

4    opinion on the TVT-Secur device.  The request was not

5    more detailed.  The reason the request was not more

6    detailed, that may be a question -- that is a question

7    that would be better asked to those that hired me.

8             However, more likely than not, the request

9    was made in that form, the form that it was made in

10   because these opinions are done in a somewhat standard

11   fashion.

12       Q.   And you've got a 267-page report that you've

13   generated on TVT-Secur, correct?

14       A.   Correct.

15       Q.   And we're going to mark it in a second.  Is

16   it fair to say that all of the opinions that you would

17   ever offer at trial pertaining to the TVT-Secur device

18   are contained within these 267 pages of your report?

19            MR. THORNBURGH:  Objection.

20       A.   No.

21   BY MR. WALKER:

22       Q.   And so what opinions pertaining to TVT-Secur

23   are not contained within this report that you would

24   offer at trial?

25       A.   Can you please read back his question before

Ralph Zipper, M.D.

1   that question?

2          (The questions and answer starting on

3       page 10, lines 15 through 24 were read back.)

4       A.   So your first question asked if all the

5   opinions I will offer at trial are contained in the

6   report that you have in front of me.  I do not know

7   when the trial will be.  If the trial was today, then

8   all my opinions would be in that report or would be

9   additional opinions that we would be -- come up in

10  today's discussion based upon new things I may have

11  read since the time of that report.

12         But let's say by way of example the trial

13  takes place in a year.  Over the course of the next

14  year, I may read new articles.  I may read additional

15  expert opinions.  Every time --

16  BY MR. WALKER:

17      Q.   Sure, that's fair.

18      A.   Please let me finish talking.  You asked a

19  question, please let me finish the answer and just as

20  when you're asking a question, I won't interrupt you.

21         So when -- if I am exposed to new reports

22  from the Defense, from the Ethicon experts, not only do

23  I read those reports, I'll read the citations and

24  references in those reports which may cause my opinion

25  to be in excess of what you have in front of you today.

Ralph Zipper, M.D.

```
 1   will be successful, and so TVT -- the efficacy was more

 2   than one percent.  So there were patients that had good

 3   results from TVT-S.

 4   BY MR. WALKER:

 5        Q.   Do you -- let me just back up a little bit.

 6   You treat patients for stress urinary incontinence

 7   currently, is that correct?

 8        A.   Yes.

 9        Q.   And what surgical procedures do you perform

10   to treat stress urinary incontinence?

11        A.   After I provide my patients with all the

12   information necessary for them to make an intelligent

13   informed decision, I perform the surgery that my

14   patient has requested.  The surgery that my patient has

15   determined that the benefits for them as an individual

16   will outweigh the risks and so whatever surgery I

17   perform is based on the patient's informed decision.

18   That can be anything from referring the patient out for

19   physical therapy, to a transurethral bulking agent

20   therapy to a traditional fascia lata sling to a

21   full-length retropubic midurethral sling.

22        Q.   I'm just asking you though if you could just

23   list for me the different surgical options you provide

24   your patients for treating stress urinary incontinence.

25   You mentioned the retropubic synthetic slings.  Are
```

Ralph Zipper, M.D.

1    there any others that you perform?

2              MR. THORNBURGH:  Objection.

3              THE WITNESS:  Lisa, can you please read

4         back my answer?

5    BY MR. WALKER:

6         Q.   Your answer involved non-surgical treatment

7    options for stress urinary incontinence.  I'm just

8    trying to establish, Doctor, a list of strictly the

9    surgical options that you provide your patients with.

10        A.   Well, if Lisa read back my answer, you

11   would --

12             MR. THORNBURGH:  That's a different

13        question than was originally asked.

14        A.   However, I offer my patients procedural

15   options that include transurethral bulking agent

16   implantation, that include the sling surgeries,

17   midurethral sling surgeries performed with synthetic

18   material, as well as natural materials such as

19   xenograft, allograft and autograft surgery.

20   BY MR. WALKER:

21        Q.   What synthetic materials do you use when you

22   surgically treat stress urinary incontinence?

23             MR. THORNBURGH:  Objection.

24        A.   I presently in a select group of patients, a

25   small select group of patients, will offer them a

Ralph Zipper, M.D.

1  polypropylene mesh full-length midurethral sling.

2  BY MR. WALKER:

3      Q.   And what product?

4      A.   Whatever midurethral sling the surgical

5  center or hospital has.

6      Q.   Would that include the TVT retropubic

7  full-length sling?

8      A.   No.

9      Q.   Are you able to recall any specific

10  manufacturer that your facility provides?

11     A.   Supplies have changed recently, but there was

12  a time before I learned through the suffering injury of

13  my patients and the chagrin of my peers of the

14  complications that are associated with slings and

15  therefore, as I did, I informed my patients.  Less and

16  less patients wanted slings.

17         So at one point in my career, I was doing

18  well over a hundred slings a year.  Maybe at this point

19  I'm doing five or 10.  Over the last year or two, those

20  slings may have been manufactured by companies such as

21  American Medical Systems and Boston Scientific.

22     Q.   Doctor, would you agree that if you are

23  providing as a treatment option a retropubic

24  full-length synthetic sling, that it is within the

25  standard of care to treat a patient for stress urinary

Ralph Zipper, M.D.

 1   incontinence with that device?

 2          MR. THORNBURGH:  Objection.

 3      A.   I think it's a bit dangerous and confusing to

 4   apply the trade rubric standard of care to this

 5   situation and what a similarly experienced surgeon

 6   would do.  I think the way to describe the implantation

 7   by me of a full-length polypropylene mesh sling at this

 8   point would be to say that it is -- it can be

 9   efficacious, it is efficacious.

10          However, the implantation is based on a risk

11   benefit analysis and therefore, I need to spend a fair

12   amount of time with patients informing them of those

13   things that years ago we didn't know about about this

14   product and then ask the patient to consider that

15   benefit risk analysis and make a decision based on the

16   new information we have.

17          Most of my patients will not want -- do not

18   want and do not get a full-length retropubic sling, but

19   there is a small subset of patients where to that

20   patient, the risk benefit analysis results in that

21   patient determining that they would like to have a

22   full-length midurethral sling -- polypropylene mesh

23   midurethral sling placed and I don't think standard of

24   care is an appropriate description.

25

Ralph Zipper, M.D.

```
 1   BY MR. WALKER:

 2       Q.   But you would agree that you're not operating

 3   outside of the standard of care when in your hands you

 4   implant one of these synthetic slings in your patients?

 5       A.   I would agree I am not doing anything

 6   unethical.  I would agree that I am providing a full,

 7   informed -- I am fully informing my patient and helping

 8   them make the decision.  I would agree that I am

 9   implanting the device in accordance with its regulatory

10   clearance for the treatment of stress urinary

11   incontinence.

12            If we were going to talk about a standard of

13   care, this particular standard of care is -- it's a

14   moving target.  It's changing as we sit here as more

15   and more specialists are recognizing that traditional

16   full-length slings, not -- are recognizing the fact

17   that traditional full-length slings are as efficacious

18   as synthetic slings, although there is variable

19   low-level data that suggests that short-term adverse

20   events such as lower urinary tract symptoms and

21   bleeding may be higher with traditional slings.

22            However, the re-analysis by my peers at this

23   point is taking into consideration the fact that the

24   data on those traditional slings did not put those

25   slings at the midurethra and put them under tension.
```

Ralph Zipper, M.D.

```
1              And so the standard of care is slowly

2    beginning to shift back towards traditional slings

3    recognizing they were as efficacious and are as

4    efficacious as synthetic midurethral slings and the

5    potential downside of increased short-term lower

6    urinary tract symptoms was because of the older method

7    of implanting those natural slings.

8              So the standard of care is shifting and my

9    comfort zone for answering your question is that I am

10   doing something ethical for my patient based on that

11   patient's risk benefit analysis.

12        Q.   Doctor, would you ever implant any of your

13   patients with a device that you believe was defectively

14   designed?

15             MR. THORNBURGH:  Objection.

16        A.   To answer that with a yes or a no would paint

17   a very grim picture of physicians overall because one

18   needs to understand the implications of the

19   defectiveness of the material and the defectiveness of

20   the device and ultimately, that comes down to a risk

21   benefit analysis.

22             The material is absolutely defective, and

23   then I explain it to my patient and I tell them what

24   that means.  What does -- in my opinion, based on my

25   knowledge, training and experience, based on what I've
```

Ralph Zipper, M.D.

1   have learned, what the manufacturers didn't tell me

2   about the material, about how it behaves in the human

3   body, what those material defects mean to that patient

4   and for some patients, those material defects, the

5   risks associated with those material defects are

6   acceptable based upon the benefit.

7           A patient who is an extreme athlete who has

8   failed other forms of management for incontinence,

9   they've failed physical therapy, the patient has failed

10  bulking agent therapy and it's dramatically affecting

11  her life, and that patient does not want me to harvest

12  their own tissue.

13          When I describe to that patient the material

14  defects and they accept the material defects in this

15  situation, I am willing to implant the material that

16  has known material defects.  But years ago, I couldn't

17  have had that conversation with a patient because the

18  device companies were not forthcoming about the

19  material defects of their product.  The patient could

20  not make an informed decision.

21          Now, the patient can make an informed

22  decision.  There are situations where I will implant

23  the product with a known material defect.

24  BY MR. WALKER:

25      Q.   Do you believe that all polypropylene-based

Ralph Zipper, M.D.

1    mesh, cut the mesh.  This is all part of the design of

2    the material.

3         Q.   Correct.

4         A.   So would you -- is your question about the

5    polypropylene molecule and the resin itself?  Or is it

6    about the way each individual manufacturer fabricates

7    from that?

8         Q.   The latter.

9         A.   I am unaware of any fabrication of the

10   polypropylene material, a material which is to this

11   point universally defective when implanted in the

12   female pelvis, I am unaware of any design using that

13   material that negates the defective properties.

14        Q.   Are you familiar with the proprietary

15   additives that --

16        A.   Are you talking about antioxidants?

17        Q.   Will you let me finish my question?

18        A.   Yes.  I apologize.  I did not mean to

19   interrupt you.

20        Q.   Thank you.  Are you familiar with the

21   proprietary additives that Ethicon adds to

22   polypropylene to render the prolene material?

23             MR. THORNBURGH:  Objection.

24        A.   I recall reading a very comprehensive report

25   by a company hired by Ethicon known as Exponent to look

Ralph Zipper, M.D.

1    at their polypropylene mesh and the end results of the

2    process you're describing.  So though I could not

3    describe to you the antioxidant material used to

4    inhibit degradation in the TVT-S sling, I have had the

5    opportunity to look at the end result.

6    BY MR. WALKER:

7        Q.   Would you agree with me that the mesh

8    material of TVT-Secur is the same mesh material that's

9    used in TVT retropubic and the TVT-O with the exception

10   perhaps of how it's cut?

11           MR. THORNBURGH:  Objection.  I think

12       it's a significant exception.

13           THE WITNESS:  Could you please read back

14       the question?

15           (The question on page 32, line 7, was

16       read back.)

17       A.   With the exception of how it's cut, with the

18   exception of how it is shaped, and with the exception

19   of the pieces that are added to it, it is my

20   understanding that the base material, polypropylene is

21   the same.

22   BY MR. WALKER:

23       Q.   My question is a little more specific.  The

24   mesh itself, the weave of the mesh, the mesh material,

25   would you agree that it's the same in all three

Ralph Zipper, M.D.

```
 1   products?
 2          MR. THORNBURGH:  Objection, asked and
 3      answered.
 4      A.   When you originally asked the question, you
 5   attached it to an exception and so my answer provided
 6   that there are additional exceptions, and so you
 7   excepted the fact that it was cut differently and I
 8   want everyone who might read this transcript to
 9   understand that there are other exceptions that need to
10   be considered as well.
11          But once again, if you're asking about the
12   substrate and the resin and the polypropylene fiber
13   that is extruded, it is my understanding that they're
14   the same.
15   BY MR. WALKER:
16      Q.   Let me try it this way:  Would you agree that
17   the pore size of the TVT-Secur mesh is the same as the
18   pore size of the TVT retropubic and TVT-O?
19      A.   I would -- it is my understanding that even
20   scientists within Ethicon could not confidently agree
21   with that because uniformity of fabrication was
22   compromised and pore size varied even in one sheet of
23   material.
24          But it is my understanding that the
25   fabrication process was the same and the resin was the
```

Ralph Zipper, M.D.

1  same and the extruding fiber was the same, so there'd

2  be variation, but that variation would most likely

3  exist within each product type uniformly.

4      Q.   I'm going to mark as Exhibit 7 Dan's favorite

5  document.

6          MR. THORNBURGH:   Objection.

7  BY MR. WALKER:

8      Q.   This is the -- Doctor, I've handed you the

9  AUGS SUFU's physician statement from 2016.  You've seen

10 this before, correct?

11     A.   I haven't had a chance to review this in a

12 while, so I may need a few minutes to look at it.

13     Q.   If you'd like to take a few minutes, we can

14 go off the record.

15     A.   I'm unwilling to go off the record.  I will

16 do my best to answer your question, but to the extent

17 that the question will require me to review this

18 document which I have not looked at in a while, you

19 could offer me the opportunity not to answer the

20 question or please allow me to review the document, but

21 it's -- there's only a limited amount of time, so let's

22 start with the question, if you don't mind.

23     Q.   The question is you've reviewed this document

24 before, correct?

25     A.   Yes.

Ralph Zipper, M.D.

1   discuss a single incision sling device that you worked

2   on, is that correct?

3        A.   Yes.

4        Q.   Can you tell me what that device was and what

5   your role was in the design or development of that

6   device?

7        A.   No.  Just kidding.

8        Q.   This is an easy question.

9        A.   Jordan's like, come on, Ralph, please.

10        Q.   Dude, I'm giving you a softball here.

11        A.   Let the record reflect that this is a

12   softball.  Sure.  In or about 2001, Dr. James Browning,

13   a gynecologist from the other side of the pond, the UK,

14   invented the single incision sling and he submitted

15   that to the patent office and in 2003, Dr. Browning's

16   invention to be commercialized through two companies in

17   the UK and Scotland, Gyne-Ideas, G-y-n-e dash Ideas,

18   and Mpathy, M-p-a-t-h-y, would receive a 510(k)

19   clearance in 2003 and try to market that single

20   incision sling in the United States.  The world's first

21   single incision sling.

22            And one of the first companies, if not the

23   first company that Gyne-Ideas and Mpathy approached was

24   Bard Urologic and in that time frame, I was doing a

25   fair amount of consulting work for Bard Urologic,

Ralph Zipper, M.D.

 1   hundreds of doctors were sent by Bard Urologic to

 2   Melbourne to go to my operating room and watch

 3   surgeries.

 4          And when Dr. Browning approached Bard with

 5   his single incision sling and asked Bard to consider

 6   the purchase of the single incision sling intellectual

 7   property and perhaps the manufacturing as well, Bard

 8   suggested to Gyne-Ideas and Mpathy and Dr. Browning

 9   that they hire Dr. Ralph Zipper, yours truly, to

10   evaluate the product, write a report and then have

11   Mpathy in turn submit that report to Bard Urologic, who

12   would then consider whether it'd like to go into a

13   no-shop agreement and continue its due diligence.

14          I performed a series of surgeries using the

15   world's first single incision sling invented by

16   Dr. James Browning cleared by the FDA I believe in 2003

17   and memorialized my findings in a report which I

18   submitted to Gyne-Ideas, Mpathy and James Browning and

19   it is my understanding that based on my findings

20   memorialized in that report that Bard opted to pass up

21   the purchase of that intellectual property.

22          Thereafter, Gyne-Ideas and Mpathy continued

23   to shop that single incision sling to multiple device

24   companies in the United States.  My recollection, that

25   Boston Scientific was one of them.  I don't recall

Ralph Zipper, M.D.

```
 1   whether J&J and Ethicon was one of them, but they were

 2   unable to sell that single incision sling which had a

 3   efficacy of around 60 percent.

 4           They were unable to sell that intellectual

 5   property in the United States and after they struggled

 6   for many years, I approached them and asked them if

 7   they would like -- if they were done trying to

 8   commercialize a product that had unacceptable low

 9   efficacy, the single incision sling.

10           By that point, Dr. Browning had been granted

11   his patent and Dr. Browning and his companies asked me

12   what I had in mind and I said you can't sell a 60

13   percent efficacy sling, we'll have to improve efficacy

14   and you'll have to come to the United States and I'll

15   have to help you do that and build sales behind it and

16   then somebody will buy you.

17           And that's exactly what happened.  It was a

18   bit of a circuitous route.  It was my assessment that a

19   single incision sling could never be efficacious unless

20   it was hybridized to become at least a temporary

21   full-length sling with stabilization either at the

22   level of the rectus fascia or the skin.

23           By hybridizing it and making it essentially

24   no longer a single incision sling, it became a single

25   incision sling slash percutaneous sling.  I was able to
```

Ralph Zipper, M.D.

1  achieve efficacy that appeared to be at least as good

2  as the full-length retropubic sling with adjustability

3  and that embodiment of that improvement of mine created

4  with my engineer would eventually be commercialized by

5  Mpathy, U.S. in 2008.

6      Q.  Is that device still on the market?

7      A.  We'd have to go to the Coloplast -- the

8  Mpathy product based upon my work product was first

9  commercialized by Mpathy and then they exited to

10  Coloplast.  Coloplast purchased out and then started to

11  sell it.  It was certainly on their website for some

12  time, a few years.  I do not know if they're still

13  selling it.

14     Q.  What was the length of that sling?

15         MR. THORNBURGH:  Objection.

16     A.  I don't recall.

17  BY MR. WALKER:

18     Q.  What's your best recollection?

19     A.  I do not want to guess.

20     Q.  Was it a full-length sling or a mini-sling?

21         MR. THORNBURGH:  Objection.

22     A.  Well, we can ask Lisa to read back.  I've

23  answered that.  I described how the sling -- what the

24  sling was, how it was a hybrid sling, why it was a

25  hybrid sling, what defined it as a hybrid sling.  So

Ralph Zipper, M.D.

1    the answer has already been given.

2    BY MR. WALKER:

3        Q.   I'm really not trying to play games.

4        A.   Jordan, neither am I.  But by asking the same

5    question three different times in slightly different

6    ways, there's always the risk that I will answer

7    slightly differently based on the way --

8              MR. THORNBURGH:  Maybe a good question

9        is what do you mean by hybridized?

10   BY MR. WALKER:

11       Q.   Let's try that.  What do you mean by

12   hybridized?

13       A.   As I had explained previously, based on my

14   initial evaluation of the Mpathy single incision sling,

15   a sling that had an anchor almost identical to the

16   TVT-X, which was the first design of the TVT-Secur

17   product which failed at least 40 percent of the time,

18   and several embodiments of that failing sling that no

19   single incision -- and it was unlikely a single

20   incision sling would work unless it was at least

21   temporarily a full-length sling.  It was hybridized.

22             And so to hybridize the shorter sling, a

23   sling material which did not penetrate the rectus

24   fascia or the obturator membrane, tissues that are

25   capable or more capable of retaining a sling, an

Ralph Zipper, M.D.

```
 1   extension of the short mini-sling was created with a

 2   suture.  That suture was carried through the thicker

 3   membrane such as obturator membrane or the rectus

 4   fascia and brought out percutaneously through the skin

 5   and then stabilized on the skin with a proprietary

 6   bandage, which I did receive a patent for.

 7             So it was a short sling.  A short sling which

 8   in all embodiments was not long enough to be carried

 9   through the rectus fascia or the obturator membrane and

10   it was extended by means of a temporary suture.

11        Q.   What was the sling made of?

12        A.   Polypropylene mesh.

13        Q.   What was the pore size of that sling?

14        A.   Although I do not recall the pore size

15   because that was -- I have a good memory, but that was

16   almost a decade ago.  I do recall that it was

17   fabricated of a mesh that was substantially lighter

18   than mesh that was being commercialized at the time.

19             The thought process is that a smaller

20   inoculum, a smaller dose of a noxious material, a

21   smaller dose of polypropylene would create less adverse

22   events, whereas the TVT-Secur I believe had an adverse

23   event profile of 65 percent.  65 percent of patients

24   experienced adverse events.  The thought was that you

25   may be able to dramatically decrease the adverse event
```

Ralph Zipper, M.D.

```
 1   profile by lowering the dose of the inoculum.

 2        Q.   Did your sling have an absorbable component

 3   to it?

 4        A.   My sling?

 5        Q.   Yes.

 6        A.   The suture material was absorbable.

 7        Q.   Other than the suture material --

 8             MR. THORNBURGH:  Objection.

 9   BY MR. WALKER:

10        Q.   -- was there an absorbable component to the

11   weave of the mesh itself?

12        A.   You mean like Ultrapro?

13        Q.   Yes.

14        A.   No.

15        Q.   What were the perceived benefits that the

16   sling would have offered to patients?

17             MR. THORNBURGH:  Objection.

18        A.   Device companies promoting their products for

19   the treatment of stress urinary incontinence in the

20   form of polypropylene mesh slings had done a poor job

21   teaching a reducible method of adjustability.  A goal

22   of the design was to allow a reproducible method of

23   adjustability that could potentially improve efficacy

24   and decrease the incidence of short-term lower urinary

25   tract symptoms.
```

Ralph Zipper, M.D.

```
 1              MR. THORNBURGH:  Objection.
 2         A.   I have not had a chance in preparation for
 3    today's deposition to go back and review the systematic
 4    reviews of the literature on full-length retropubic
 5    slings, but to the best of my recollection, common
 6    numbers are one percent, two percent.
 7    BY MR. WALKER:
 8         Q.   Can we agree that TVT-Secur was first
 9    commercialized in 2006?
10         A.   Yes.
11         Q.   And by 2006, would you agree that the risk of
12    mesh erosion from a synthetic sling was commonly known
13    within the pelvic floor medical community?
14              MR. THORNBURGH:  Objection.
15         A.   Would you please define what you mean by
16    commonly known?  Are you asking me if it was an
17    accepted number or what was talked about in barrooms
18    when surgeons were talking about it, what did they
19    believe the erosion rate was?
20              The problem with erosion rates before they
21    were studied more carefully and looked at in systematic
22    reviews is they were heavily underreported.  Surgeons
23    were embarrassed of their erosion rates.
24    BY MR. WALKER:
25         Q.   Move to strike as nonresponsive.  The
```

Ralph Zipper, M.D.

1   question isn't about erosion rates.  The question is

2   was the risk of erosion irregardless of what the rate

3   would be --

4        A.   Oh, did doctors know that erosion could

5   happen?

6        Q.   Was it commonly known in the pelvic floor

7   medical community by 2006 that erosion was a potential

8   risk of a synthetic sling?

9             MR. THORNBURGH:  Objection.

10       A.   Many and perhaps even the majority of

11  surgeons that were implanting mesh understood that an

12  erosion -- let me rephrase that.

13            Many, if not the majority, of surgeons

14  believed that a treatable erosion could occur following

15  the implantation of polypropylene in the vagina.

16  BY MR. WALKER:

17       Q.   In 2006?

18            MR. THORNBURGH:  Objection.

19       A.   Many, if not the majority of surgeons who

20  were actively -- let me rephrase that.  Many, if not

21  the majority of surgeons who had already implanted a

22  significant number of polypropylene mesh products into

23  the vagina had learned many, if not the majority, on

24  their own through their experience with adverse

25  outcomes in their own patients that mesh extrusion was

Ralph Zipper, M.D.

1   a possibility.

2   BY MR. WALKER:

3       Q.   Would you agree that by 2006, it was commonly

4   known to pelvic floor surgeons that dyspareunia was a

5   potential complication following a vaginal surgery?

6           MR. THORNBURGH:  Objection.

7       A.   Before 2006, in 2006 and around the time of

8   2006, vaginal surgeons understood and believed

9   correctly that pain with intercourse, comma, treatable

10  pain with intercourse, was a potential complication of

11  native tissue vaginal surgeries.

12          However, those same surgeries most and more

13  likely than not the majority of pelvic surgeons were

14  not aware that the complications known to them for

15  native tissue surgeries when those same complications

16  occurred with mesh-related surgeries were different and

17  that treatment was difficult, if not often impossible

18  leading to chronic morbidity.

19  BY MR. WALKER:

20      Q.   Doctor, would you agree that by 2006, the

21  potential risk of pelvic pain following vaginal surgery

22  was commonly known to a pelvic floor surgeon?

23          MR. THORNBURGH:  Objection.

24      A.   Before 2006, and in and around 2006, I

25  believe that the majority of pelvic surgeons understood

Ralph Zipper, M.D.

1    that transient and treatable pelvic pain could occur

2    with any type of surgery, but at that point had very

3    little experience and therefore very little

4    understanding of the fact that the use of polypropylene

5    mesh in the vagina would create a very, very different

6    complication of pelvic pain, which would often more

7    than not not be treatable.

8    BY MR. WALKER:

9        Q.   Let me back up.  What's the correct name or

10   term for the sling that you developed?  Is it --

11       A.   Well, James Browning invented the sling.  I

12   just improved it.  Many people went on to call it a

13   stabilized mini-sling.

14       Q.   But Mpathy, was that name of the sling or the

15   company?

16       A.   Mpathy was the name of the company.  His

17   original product was called Mini Tape.

18       Q.   Okay.  Was erosion a potential complication

19   that could result from the sling that you developed?

20           MR. THORNBURGH:  Objection.

21       A.   Erosion is a potential complication of a

22   polypropylene mesh sling.  I did not invent the

23   polypropylene mesh sling nor the defective

24   polypropylene material.  I improved upon the method of

25   Dr. Browning by creating a hybridization of his

Ralph Zipper, M.D.

```
 1    BY MR. WALKER:

 2        Q.    Is dyspareunia a potential complication of

 3    the sling that you developed?

 4            MR. THORNBURGH:  Objection.

 5        A.    In 2006 and 2007 when I was working with

 6    Mpathy and Gyne-Ideas to improve on the efficacy of

 7    that defective mini-sling product, my understanding of

 8    dyspareunia associated with the slings at that time

 9    relied upon the information provided to me by medical

10    device companies.

11            Myself, like the overwhelming majority of

12    surgeons out in the real world in private practice that

13    are neck deep in healing and treating patients don't

14    have time to go into -- in detail into medical

15    literature.  We more often than not rely on one

16    journal.

17            By way of example, OB-GYNs rely on the Green

18    Journal, and to that extent, my understanding of

19    dyspareunia relied heavily upon what was given to me by

20    the purveyors of slings and that was that it was

21    transient.

22            So I believed that any dyspareunia that would

23    occur with the mini-sling that I was working to improve

24    would be similar to that associated with other slings.

25    And my understanding at that time in 2006 and 2007 was
```

Ralph Zipper, M.D.

```
 1   an understanding based upon the information given to me

 2   predominantly by the device companies that transient --

 3   some of them talked of transient pain with intercourse

 4   and some of them did not talk of pain with intercourse

 5   at all, but I understood that it was a -- transient

 6   dyspareunia was a possibility.

 7   BY MR. WALKER:

 8        Q.   And would you agree that irrespective of

 9   intensity or duration, would you agree that dyspareunia

10   is a potential complication following any vaginal

11   surgery?

12             MR. THORNBURGH:  Objection.  That's

13        another significant exception.

14             MR. WALKER:  But a fair one.

15             MR. THORNBURGH:  No, it's not.

16        A.   No.

17   BY MR. WALKER:

18        Q.   What vaginal surgery is immune from the

19   potential risk of dyspareunia?

20        A.   The treatment of a urethral caruncle.

21        Q.   Any others?

22        A.   Oh, I'll take -- I'll need a few moments to

23   think about it, but I'm sure there are others.

24        Q.   Are you aware of any surgical -- strike that.

25   Are you aware of any surgery to treat stress urinary
```

Ralph Zipper, M.D.

1   incontinence that's performed vaginally that doesn't

2   carry with it the potential risk of dyspareunia?

3           MR. THORNBURGH:  Objection.

4       A.   Are you talking about transient and treatable

5   dyspareunia or chronic and untreatable dyspareunia?

6   BY MR. WALKER:

7       Q.   I'll provide the qualifier I did earlier.

8   Irrespective of duration or intensity --

9           MR. THORNBURGH:  Significant exceptions.

10  BY MR. WALKER:

11      Q.   Irrespective of intensity or duration,

12  Doctor, I'm just asking about the potential risk

13  itself.

14      A.   If we exclude significant and important

15  exceptions such as permanency and untreatability,

16  vaginal surgeries, incontinence surgery is associated

17  with the risk of dyspareunia.

18      Q.   Have you ever implanted a TVT-Secur?

19      A.   I refused.

20      Q.   So the answer is no?

21      A.   The answer is I refused based on the obvious

22  defects which were known to me because of my early work

23  with the mini-sling concept and when it was --

24  TVT-Secur was brought to me, it was obvious if there

25  was any way to fix the TVT -- if there was any way to

Ralph Zipper, M.D.

```
 1          Q.    Doctor, you write in your report that you

 2    have explanted TVT-Secur slings from patients, correct?

 3          A.    Yes.

 4          Q.    Do you know how many TVT-Securs you've

 5    explanted?

 6          A.    No.

 7          Q.    Do you have a system by which you keep track

 8    of what type of slings you're taking out?

 9          A.    Not a tracking system, no.

10          Q.    In your report and in this deposition, you've

11    been critical of the use of the polypropylene product

12    in the slings, is that fair to say?

13                MR. THORNBURGH:  Objection.

14          A.    I have an expert opinion on the use of

15    polypropylene mesh as a transvaginal implant.

16    BY MR. WALKER:

17          Q.    Are you aware, Doctor -- strike that.  What

18    would be a safer material to use?  Strike that.

19                What would be a safer synthetic material to

20    use in terms of slings designed to treat stress urinary

21    incontinence?

22                MR. THORNBURGH:  Objection.

23          A.    By nature, we tend as a species to be lazy

24    inventors and we attempt to more often than not improve

25    on a broken material instead of abandoning that broken
```

Ralph Zipper, M.D.

1   material, and this is what we've seen in the device

2   phase.  Well, how can we make this defective, noxious,

3   injurious material better?  Rather than abandoning it

4   all together.

5           And in those attempts to improve on it, the

6   Ethicon internal documents opined -- demonstrate that

7   the Ethicon leaders opined as did others and other

8   companies and scientists that the answer to improving

9   it would be to use less of it.

10          And we talked about this earlier, a smaller

11  inoculum, a smaller dose of the noxious, injurious

12  material, and it is possible that using smaller amounts

13  of the noxious material with effective porosity, pores

14  that remain larger than 1,000 microns under load may

15  reduce complications.

16          But the real answer is not what synthetic

17  material -- the answer to the question is what

18  synthetic material might be better or safer, the answer

19  is natural tissue, native tissue surgery is more likely

20  than not safer and better in the long run, if not in

21  the short run.

22          MR. THORNBURGH:  Do you mind if we take

23      a break?

24          (Recess in the proceedings from 1:52

25      p.m. to 2:00 p.m.)

Ralph Zipper, M.D.

```
 1   BY MR. WALKER:

 2        Q.   Doctor, can we agree that there's no such

 3   thing as a risk-free surgery?

 4        A.   Yes.  Jordan, yes.

 5        Q.   That's great.  One word.  I love it.  Can we

 6   agree that all surgeries have a learning curve to them?

 7             MR. THORNBURGH:  Objection.

 8        A.   Everything we do in life has a learning

 9   curve.  Sometimes a learning curve is acceptable and

10   sometimes it's completely unacceptable.

11   BY MR. WALKER:

12        Q.   Would you agree that there's some surgeries

13   that are more technically challenging than other

14   surgeries?

15             MR. THORNBURGH:  Objection.

16        A.   There are certain surgeries that are so

17   challenging indeed they should never be performed.

18   BY MR. WALKER:

19        Q.   So is the answer yes?

20        A.   The answer is that some surgeries can be

21   significantly more challenging than others.

22        Q.   Does the fact that a surgery that involves a

23   medical device that results -- let me strike that.

24             Does the fact that a complication occurs

25   following a surgery that involves a medical device mean
```

Ralph Zipper, M.D.

```
 1       A.   No.

 2       Q.   You wanted to add something?

 3       A.   No, we're just --

 4            MR. THORNBURGH:  He's answering your

 5       question before you ask it.

 6            THE WITNESS:  Let the record reflect

 7       that we're all laughing and at least Jordan

 8       is smiling, if not laughing.

 9  BY MR. WALKER:

10       Q.   In your opinion, would TVT-Secur have been a

11  defective product if it had been made of Ultrapro mesh?

12       A.   Absolutely.

13       Q.   Would you agree --

14       A.   It may -- it more likely than not would have

15  been associated with less long-term fibrosis and

16  inflammation, but it still would have remained a

17  defective product associated with low efficacy and high

18  complications.

19       Q.   Would you agree, Doctor, that had TVT-Secur

20  been made of Ultrapro, that it would have still carried

21  with it the risk of recurrence?

22            MR. THORNBURGH:  Objection.  All

23       things -- everything else being equal?  In

24       other words --

25            MR. WALKER:  Correct.
```

Ralph Zipper, M.D.

1          MR. THORNBURGH:  -- not changing the

2      size --

3          MR. WALKER:  Correct.

4          MR. THORNBURGH:  -- not changing the

5      laser cutting --

6          MR. WALKER:  Correct.

7          MR. THORNBURGH:  Okay.

8          MR. WALKER:  All things being equal.

9          MR. THORNBURGH:  Except for the

10      material.

11          MR. WALKER:  Correct.

12          THE WITNESS:  Can you please read back

13      the improved question?

14  BY MR. WALKER:

15      Q.   How about let me just restate it so we have

16  it clean.  All things being equal, if TVT-Secur had

17  been made of Ultrapro instead of prolene mesh, do you

18  believe that it would have been a safer product?

19          MR. THORNBURGH:  Objection.  Significant

20      exceptions.

21      A.   I believe, as did Ethicon, according to its

22  internal documents related to other products such as

23  its Prolift product, that the movement to the Ultrapro

24  partially absorbable mesh had a substantial chance of

25  reducing complications associated with fibrosis,

Ralph Zipper, M.D.

 1   contraction and pain.

 2          However, secondary to the large number of

 3   substantial device-related defects associated and

 4   design-related defects and procedural-defects

 5   associated with the TVT-Secur device, the substitution

 6   of the prolene mesh for the Ultrapro mesh in the

 7   TVT-Secur product would more likely than not -- this is

 8   a double negative, I apologize -- not create an

 9   improvement that would have resulted in acceptable

10   efficacy or an acceptably low complication rate.

11   BY MR. WALKER:

12          Q.   Do you agree that pelvic floor surgeons --

13   strike that.  Do you agree that a reasonably prudent

14   pelvic floor surgeon will endeavor to read the medical

15   literature to stay current on risks, complications that

16   can be associated with the surgeries that person

17   performs?

18          MR. THORNBURGH:  Objection.

19          A.   In the timeline of natural history of the

20   development of a proficient surgeon, there's a very

21   special period of time dedicated to the education of

22   the surgeon where time is set aside for reviewing the

23   literature, time is set aside for hand holding by

24   mentors known as professors and that's called medical

25   school and residency.  And during that time, we

Ralph Zipper, M.D.

1    short.   The initial TVT-X sling was 12 centimeters

2    compared to a 48-centimeter TVT.

3            Well, we know that scaring takes place around

4    the sling.  That's how you get durable fixation and we

5    know that the amount of fixation is proportional to the

6    amount of material of which the scar occurs around.  So

7    when you place an eight centimeter sling in, you need

8    an even better fixation device, a better fixation

9    mechanism, instead of no fixation mechanism.

10           So there's -- the length was most likely --

11   more likely than not defective.  The fixation means was

12   defective.  The inserter was defective.  The inserter

13   was so defective that key opinion leader Dr. Jaime

14   Sepulveda dedicated 16 of his 29 slide lecture just to

15   talking about how to take out the darn inserter.

16           The laser cutting of the product was

17   defective, and this is just not my opinion this is the

18   opinion of some of the Ethicon's key opinion leaders

19   including Dr. Newman.  Dr. Newman opined that the stiff

20   laser cut edges were responsible for vaginal pain and

21   the high erosion rates.

22           There is additional discussion of design and

23   method defects that is described in my written opinion.

24   There are.

25       Q.   Doctor, what if any experience do you have in

Ralph Zipper, M.D.

1   device labeling?

2       A.   Early on -- in the middle of my career in or

3   about 2006, 2007, I as a consultant began writing

4   labeling for pelvic organ prolapse and mesh products

5   and sling products, but more recently, have been

6   intimately involved in the creation of the labels for

7   both of my companies which are in the process of coming

8   to market with two devices in the women's health space

9   that already have 510(k) clearances, but we are

10  submitting a sub Q application for both an IDE and

11  randomized control trials for new indications for use

12  and those applications are associated with new labels

13  and I'm in the process of writing those labels.

14      Q.   Doctor, what if any methodology did you use

15  in rendering your warning and labeling opinions?

16      A.   So my method, which improves as all things do

17  over time, my method relies on the FDA guidance, which

18  includes the Code of Federal Regulations, Part 801, the

19  adjoining guidance G91-1, includes the ISO guidance,

20  including 14 630.

21           So my method begins by I open up all those

22  pages.  I open up the FDA guidance, I opened up the ISO

23  guidance.  I apply that to the development of my label.

24  That's where my minimum requirements begin.

25           But ultimately, when you're going to be

Ralph Zipper, M.D.

1    ISO documentation and then improve on that, get input

2    from the real end users and make sure the labels are

3    adequate to accomplish what a label needs to accomplish

4    to inform users and patients and make sure the device

5    can be used safely and effectively for its intended

6    use.

7         Q.    That methodology that you just described, do

8    you use that methodology in your practice as a CEO

9    executive board member of device manufacturing

10   companies?

11        A.    Absolutely.

12        Q.    Doctor, do you have an opinion one way or the

13   other whether or not a sutured device for treatment of

14   stress urinary incontinence is a safer, more -- a safe

15   alternative design?

16        A.    Yeah, absolutely.  I believe that there was a

17   systematic review of the literature in 2009 and/or 2011

18   by the Cochrane Group that compared the efficacy of

19   sutured-device type repairs such as the Burch

20   procedure, conventional slings and midurethral slings

21   and those systematic reviews found that all three

22   procedures, the suture-device-type repair, the Burch

23   repair, the traditional sling, and the synthetic

24   midurethral sling all had similar efficacy, so they

25   were all equally effective.

Ralph Zipper, M.D.

1              There was some -- what they call variable and

2    low level evidence to suggest that the synthetic repair

3    had less short-term urinary tract symptoms, but there

4    was no evidence of any long-term benefit from any one

5    of those procedures over the other.  So in the long

6    term, the suture-device repair and the classical

7    natural tissue sling repairs were equally effective and

8    more likely than not safer.

9         Q.   Doctor, do you have an opinion whether or not

10   a full-length midurethral sling mechanically cut using

11   Ultrapro would have been a safer alternative design

12   than the TVT-Secur device?

13        A.   It would have been safer.

14        Q.   As a CEO or an executive and board member of

15   medical device manufacturing companies, do you have an

16   opinion one way or the other whether or not Ethicon and

17   Johnson & Johnson acted as a prudent manufacturer could

18   have acted in manufacturing, designing, selling and

19   labeling the TVT-Secur device?

20        A.   Yes, I do.

21        Q.   What's that opinion?

22        A.   My opinion is that Ethicon slash Johnson &

23   Johnson took unacceptable shortcuts and thereby failing

24   to provide safety and efficacy for the devices subject

25   to today's deposition, the TVT-Secur device.

Ralph Zipper, M.D.

```
 1                   CERTIFICATE OF REPORTER

 2

 3    THE STATE OF FLORIDA )

 4    COUNTY OF ORANGE )

 5

 6    I, LISA G. SMITH, Registered Merit Reporter, certify that I

 7    was authorized to and did stenographically report the

 8    foregoing deposition of RALPH ZIPPER, M.D., pages 1 through

 9    99; that a review of the transcript was requested; and that

10    the transcript is a true and complete record of my

11    stenographic notes.

12    I further certify that I am not a relative, employee,

13    attorney, or counsel of any of the parties, nor am I a

14    relative or employee of any of the parties' attorney or

15    counsel connected with the action, nor am I financially

16    interested in the action.

17

18             DATED this 7th of November, 2017.

19

20

21             _____

                    Lisa G. Smith, RMR

22

23

24

25
```