# EXHIBIT F

Ralph Zipper, M.D., FACOG, FPMRS

```
 1        UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
 2              CHARLESTON DIVISION
         Master File No. 2:12-MD-02327
 3                MDL No. 2327
      JOSEPH R. GOODWIN U.S. DISTRICT JUDGE
 4   IN RE:  ETHICON, INC.
     PELVIC REPAIR SYSTEM PRODUCTS LIABILITY
 5   LITIGATION
 6   THIS DOCUMENT RELATES TO:
     Sharon Carpenter, et al. v. Ethicon, Inc.,
 7   et al.
             Civil Action No. 2:12-cv-00554
 8
     Joy Essman, et al.  v. Ethicon, Inc., et
 9   al.,
             Civil Action No. 2:12-cv-00277
10
     Barbara A. Hill, et al. v. Ethicon, Inc.,
11   et al.,
             Civil Action No. 2:12-cv-00806
12
     Brenda Riddell, et al. v. Ethicon, Inc., et
13   al.,
             Civil Action No. 2:12-cv-00547
14
     Barbara J. Vignos-Ware, et al. v. Ethicon,
15   Inc., et al.,
             Civil Action No. 2:12-cv-00761
16   _ _ _ _ _ _ _ _ _ _ _ _ _ /
17
18      RALPH ZIPPER, M.D., FACOG, FPMRS
19              March 20, 2016
20
21                 - - -
22         GOLKOW TECHNOLOGIES, INC.
23      877.370.3377 ph|917.591.5672 fax
24           deps@golkow.com
```

Ralph Zipper, M.D., FACOG, FPMRS

1                    *   *   *

2          Deposition of RALPH ZIPPER, M.D.,

3    FACOG, FPMRS, held at Hilton Rialto

4    Place, 200 Rialto Place, Melbourne,

5    Florida, commencing at 9:26 a.m., on the

6    above date before Rhonda Hall-Breuwet,

7    RDR, CRR, LCR, CCR, FPR, CLR, NCRA

8    Realtime Systems Administrator

9                    *   *   *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Ralph Zipper, M.D., FACOG, FPMRS

1   abdominally because it's a mesh that was

2   readily available in hospitals, and

3   because of that, the likelihood is high

4   that I used it.  I just can't recall.

5           Q.   Okay.  That's fine.  And do

6   you remember -- maybe I should back up.

7               Do you remember when you

8   first used any type of polypropylene

9   mesh, be it self-tailored or in a Y

10  shape, for abdominal repair of pelvic

11  organ prolapse?

12              MR. THORNBURGH:  Objection.

13              THE WITNESS:  I don't recall

14          the material that we were using in

15          residency.  There is certainly a

16          good chance it was polypropylene

17          mesh, which would put us into the

18          mid to late 1990s.  1994, '95,

19          '96.

20  BY MR. TOMASELLI:

21          Q.   Okay.  Do you still use

22  polypropylene mesh today for abdominal

23  repair of pelvic organ prolapse?

24              MR. THORNBURGH:  Objection.

Ralph Zipper, M.D., FACOG, FPMRS

1                    THE WITNESS:  I do.

2    BY MR. TOMASELLI:

3         Q.    All right.  And my

4    understanding is that you use a product

5    called Alyte Y?

6         A.    Yes.

7         Q.    Are there other products

8    that are manufactured for the use of

9    abdominal repair of pelvic organ

10   prolapse?

11                 MR. THORNBURGH:  Objection.

12   BY MR. TOMASELLI:

13        Q.    Maybe that was a terrible

14   question.  Let me try again.  Withdrawn.

15                 Alyte Y is a mesh that's

16   manufactured for use in abdominal repair

17   of pelvic organ prolapse; is that

18   correct?

19        A.    Yes.

20        Q.    Are there other mesh --

21   polypropylene meshes that you have used

22   other than Alyte Y for the abdominal

23   repair of pelvic organ prolapse?

24        A.    Yes, but I couldn't tell you

Ralph Zipper, M.D., FACOG, FPMRS

1          Q.    Okay.  By the mid-2000s, do

2    you know if this group of expert

3    gynecologists stopped using mesh via the

4    transvaginal route?

5               MR. THORNBURGH:  Objection.

6               THE WITNESS:  You're talking

7          about the self-tailored mesh or

8          are you talking about kits with

9          arms?

10   BY MR. TOMASELLI:

11         Q.    I guess I'm just talking

12   about your statement here that in the

13   late 1990s, the -- this expert group

14   began to use transvaginal mesh.  And my

15   question was, do you know when they

16   stopped?

17         A.    No.

18         Q.    I think you wrote -- and I

19   don't remember where -- but I believe you

20   stated that the highest level of

21   scientific evidence is the randomized

22   clinical trial; is that right?

23         A.    No.  I've stated the highest

24   level of evidence is the meta-analysis of

Ralph Zipper, M.D., FACOG, FPMRS

1    multiple randomized control trials.

2          Q.    Okay.  Fair enough.

3                So below a systematic review

4    or meta-analysis of a group of randomized

5    trials, below that would be the single

6    randomized trial?

7                MR. THORNBURGH:  Objection.

8                THE WITNESS:  Yes.

9                Are we on Prolift right now?

10   BY MR. TOMASELLI:

11         Q.    Yes.

12         A.    Okay.

13                (Exhibit Number 11, Article

14               Titled "Vaginal repair with mesh

15               versus colporrhaphy for prolapse:

16               a randomised controlled trial," by

17               Carey, et al., was marked for

18               identification.)

19   BY MR. TOMASELLI:

20         Q.    Doctor, I'm handing you what

21   I've marked as Deposition Exhibit

22   Number 11, and is that a --

23         A.    This is Prosima, I believe,

24   sir.

Ralph Zipper, M.D., FACOG, FPMRS

1              MR. THORNBURGH:  This is

2         Dr. Carey.

3              THE WITNESS:  Prosima.

4         That's okay.  I just asked you if

5         it was Prolift and you said yes.

6         But I know there's a lot of

7         information today.  Okay.  Let's

8         talk about this.

9              This is a paper accepted in

10         2009 and published in 2009 by

11         Dr. Carey, the inventor of the

12         Prosima procedure, by Dr. Carey,

13         who received a million dollars for

14         signing over a license of the

15         Prosima intellectual property to

16         Ethicon, and who had a deal for, I

17         believe, 2-1/2 percent of

18         downstream revenues worth up to

19         $6 million a year based on

20         Ethicon's projections.

21              And this is a randomized

22         controlled trial of which

23         Dr. Carey is the principal author,

24         the lead author, published in

Ralph Zipper, M.D., FACOG, FPMRS

1              2009, comparing, I believe,

2              combined anterior and posterior

3              Prosima to combined native tissue

4              anterior and posterior repair.

5    BY MR. TOMASELLI:

6              Q.   This Deposition Exhibit

7    Number 11 --

8                   MR. THORNBURGH:  Does that

9              answer your question?

10   BY MR. TOMASELLI:

11             Q.   Is Deposition Exhibit

12   Number 11 a randomized trial published by

13   Dr. Carey in 2009?

14                  MR. THORNBURGH:  Objection.

15                  THE WITNESS:  Yes.  It's a

16             randomized controlled trial.  The

17             control group was a native tissue

18             plication.  The experimental group

19             was anterior and posterior Prosima

20             combined with native tissue.

21   BY MR. TOMASELLI:

22             Q.   Okay.  I thought that this

23   mesh that was used in Carey 2009 was

24   Gynemesh PS.

Ralph Zipper, M.D., FACOG, FPMRS

1          A.    It is Gynemesh PS, as you

2     pointed out earlier, and I responded.  I

3     said the same defective mesh which

4     Ethicon has demonstrated in its numerous

5     animal studies to be defective, which

6     subsequent investigators such as Liang

7     and Feola have further validated to be

8     defective compared to alternative meshes,

9     exist in both the Prosima and the

10    Prolift, with the key difference that in

11    the Prolift, it gets dragged through

12    muscle bodies, encouraging extrapelvic

13    complications and worsening complications

14    through inflammation and infection and

15    contraction in the muscle bodies with

16    associated degradation.

17              This here is a study using

18    the Prosima device composed of Gynemesh

19    PS with the Carey method, licensed by

20    Dr. Carey to Ethicon for a million

21    dollars, and a potential for six-plus

22    million dollars in downstream revenue

23    every year based on Ethicon projections,

24    and biased.  As you asked me earlier, did

Ralph Zipper, M.D., FACOG, FPMRS

1   I feel that the owner of a patent could

2   in an unbiased way evaluate a study on

3   their IP, and I said no, and here is

4   Dr. Carey.

5           Q.    Was this study

6   peer-reviewed?

7           A.    I believe the British

8   Journal of Obstetrics and Gynaecology is

9   peer-reviewed.  I do recall that there

10  was a problem -- no, it was the study

11  before that was at first rejected.

12          I believe this was the study

13  where Dr. Carey was unable to show any

14  significant benefit of Prosima compared

15  to native tissue surgery, and also found

16  either a 16 or 17 percent incidence of de

17  novo dyspareunia associated with Prosima,

18  although he did find a mesh extrusion

19  rate which was lower than Prolift.

20          Q.    Dr. Zipper, I'm going to

21  take you through some of that data.  If

22  you can just maybe concentrate on my

23  simple question every now and again, I

24  certainly would hugely appreciate it.

Ralph Zipper, M.D., FACOG, FPMRS

1        A.    I will certainly do my best

2   to apply Occam's razor whenever possible.

3   However, these are not -- even though the

4   questions may appear simple, the answers

5   are not simple.

6        Q.    Okay.  I thought my simple

7   question was, is this paper or was it

8   peer-reviewed.

9        A.    And I answered it.  I said

10  yes.

11       Q.    Okay.  Were patients

12  enrolled in this study between

13  February 2003 and August 2005?

14       A.    I'd have to read the study

15  to refresh my memory with regard to the

16  enrollment time frame.

17       Q.    If you'd turn to the second

18  page under methods, the end of the first

19  paragraph, do you see that it states that

20  patients were enrolled from February 2003

21  to August 2005?

22       A.    You said second page?  Page

23  number 1381?

24       Q.    Yes, sir.

Ralph Zipper, M.D., FACOG, FPMRS

1          A.    And the end of the second

2    paragraph?

3          Q.    End of the first paragraph

4    under "Methods."

5          A.    Yes.  I see that.  "All

6    eligible women who agreed to participate

7    in this study and provided written

8    informed consent were enrolled

9    between . . . 2003 and August 2005."

10   Yes, I see that.

11         Q.    Can you confirm that in this

12   study by Carey published in 2009 that the

13   patients were enrolled between

14   February 2003 and August 2005?

15              MR. THORNBURGH:  Objection.

16         Joe, it's the same exact question

17         you just asked.

18              MR. TOMASELLI:  I think the

19         answer is just simply yes.

20              MR. THORNBURGH:  He said --

21         he says yes.

22   BY MR. TOMASELLI:

23         Q.    Okay.  So we can agree it's

24   yes?

Ralph Zipper, M.D., FACOG, FPMRS

1          MR. THORNBURGH:  Well, I'm

2      not going to answer for him.  I'm

3      just telling you it's the same

4      question.

5          THE WITNESS:  I would say

6      the "Methods" section of this

7      paper says eligible patients were

8      enrolled between February of 2003

9      and 2005.  It doesn't say when

10     they were treated.

11  BY MR. TOMASELLI:

12      Q.    Okay.

13      A.    But we know from Ethicon

14  internal documents that this data was

15  available well before publication.

16      Q.    Dr. Zipper, if you'll turn

17  to Table 2 of the paper, which is on

18  page 1383.

19          Do you see that?

20      A.    Sure.

21      Q.    The top comparison in Table

22  2 is, I think, a comparison that you

23  referenced earlier which is whether there

24  was objective success proven in this

Ralph Zipper, M.D., FACOG, FPMRS

1    study comparing Gynemesh PS to native

2    tissue surgery.

3              Do you see that?

4         A.    Actually, that's not what

5    this study did.  That's a

6    misrepresentation of the study.

7         Q.    All right.

8         A.    This study compared -- sir,

9    this study compared the Prosima device in

10   the form which was -- included Gynemesh

11   PS used with an unvalidated type of

12   vaginal splint combining a semi-rigid

13   pessary with a balloon, combined with

14   native tissue surgery, to native tissue

15   surgery in a randomized controlled

16   fashion.

17        Q.    Okay.  In terms of the study

18   that we have in front of us by Carey --

19   published by Carey in 2009.

20        A.    Hang on.  I want to back up.

21   I misstated something.  This study,

22   although it was on the Carey method,

23   which included a vaginal splint and a

24   balloon, for some reason the Prosima

Ralph Zipper, M.D., FACOG, FPMRS

1    vaginal splint and balloon were excluded

2    from this study.

3              So this study actually

4    randomized patients to the Prosima device

5    made of Gynemesh PS with some unique

6    features, combined with native tissue

7    plication, to native tissue plication.

8    Okay.  So back to this chart.

9              Q.    Okay.  In terms of the

10   objective success in Table 2, do you see

11   that under the mesh portion the authors

12   report an 81 percent success rate?  It's

13   just the first line, Doctor.

14             A.    I understand that.

15             Yes.  I'm looking at the

16   first line where it says that there is no

17   significant difference between the mesh

18   group and the no-mesh group.

19             Q.    Right.  And I'm -- that's

20   exactly where I intend to head, so maybe

21   we can just take it step by step.  Okay,

22   Doctor?

23             Is it true that the authors

24   report an 81 percent success rate in the

Ralph Zipper, M.D., FACOG, FPMRS

1   mesh group in the first line for

2   objective success?

3                    MR. THORNBURGH:  Objection.

4                    THE WITNESS:  I'm going to

5         answer that with a yes or no,

6         which is what I think you want.

7         However --

8   BY MR. TOMASELLI:

9         Q.    And then I'm going to ask

10  you about the no mesh, and then I'm going

11  to ask you about the P-value and what it

12  means.  Okay?

13        A.    But if we're going to look

14  at trends rather than significant values,

15  it's going to end up very, very poorly,

16  much worse for Prolift, because the

17  trends for Prosima and Prolift perform so

18  much worse.  Those numbers are so much

19  worse than the Cochran data, and so I

20  suggest we stay with significant numbers

21  rather than trends, but fine.

22        Q.    No, that's fine.  I'm going

23  to.

24        A.    All right.  So --

Ralph Zipper, M.D., FACOG, FPMRS

1      Q.    I promise you, Doctor.

2   That's where I'm headed.

3      A.    So it shows 51 out of 63

4   women had a POP-Q stage of 0 or 1.

5      Q.    Okay.  And then in terms of

6   the no-mesh group, it was -- objective

7   success was measured in 40 of 61, or

8   approximately 66 percent, of the

9   patients, correct?

10     A.    Yes.

11     Q.    And the P-value that's

12  reported for this comparison is 0.07.

13         Do you see that, sir?

14     A.    Yes.

15     Q.    And P-values are the results

16  of testing to see if you can reject the

17  null hypothesis that the treatments are

18  the same, correct?

19         MR. THORNBURGH:  Objection.

20         THE WITNESS:  Occur by

21     chance.

22  BY MR. TOMASELLI:

23     Q.    So if the P-value -- well,

24  withdrawn.

Ralph Zipper, M.D., FACOG, FPMRS

1              In medicine, it's generally

2    accepted that the P-value of .05 is the

3    cutoff for significance?

4         A.    Right.

5         Q.    All right.  And so if a

6    P-value is greater than .05, the

7    treatments --

8         A.    Are the same.

9         Q.    -- are the same.

10             There's -- even though there

11   may be numerical differences, you cannot

12   say that they're actually different?

13        A.    Right.  So a P-value of .06

14   or .05 -- .051 is the same as a P-value

15   of .8.

16        Q.    Fair enough.

17        A.    They're both not

18   significant.

19        Q.    Fair enough.

20             And then if we have a

21   P-value that is .049 or below, we in

22   science and medicine would say, "Okay.

23   We can" -- "we can reject the null and

24   say that those numbers are actually

Ralph Zipper, M.D., FACOG, FPMRS

1  different."

2          MR. THORNBURGH:  Objection.

3  BY MR. TOMASELLI:

4          Q.   Is that right?

5          MR. THORNBURGH:  Objection.

6          THE WITNESS:  Yes.

7  BY MR. TOMASELLI:

8          Q.   Okay.  And so from a medical

9  and statistical perspective here, we

10  cannot say that Gynemesh PS was superior

11  to no mesh, the no-mesh group?

12          A.   Correct.

13          Q.   And if you turn with me to

14  the "Discussion" section, which is one

15  page over -- do you see where in the

16  left-hand column there's a big word

17  "Discussion"?

18          A.   Yes.

19          Q.   All right.  And the first

20  sentence of the discussion says -- the

21  authors state, "Our results failed to

22  demonstrate that vaginal repair surgery

23  augmented by mesh was significantly more

24  successful in terms of reduced recurrent

Ralph Zipper, M.D., FACOG, FPMRS

1    prolapse than traditional colporrhaphy 12

2    months following surgery."

3              Do you see that?

4         A.    Yes.

5         Q.    So the authors themselves

6    admit that their results are not

7    significant, right?

8         A.    Yes.

9              MR. THORNBURGH:  In 2009.

10   Sorry.

11   BY MR. TOMASELLI:

12        Q.    In --

13        A.    Yet they continued to sell

14   it.

15        Q.    In terms of the discussion

16   right above the word "Discussion" on the

17   same page, do you see that there's some

18   typewritten portion of the page, again

19   just above the discussion?

20        A.    Okay.

21        Q.    All right.  About halfway

22   down there's a -- there's a sentence that

23   starts, "De novo dyspareunia."

24              Do you see that?

Ralph Zipper, M.D., FACOG, FPMRS

1          A.     Yes.

2          Q.     And it reads, "De novo

3    dyspareunia was reported by five of 18

4    (27.8%) sexually active women without

5    preoperative dyspareunia in the mesh

6    group and five of 12 (41.7%) in the

7    no-mesh group at 12 months," with a

8    P-value of 0.46.

9               Do you see that?

10         A.     Yes, I do.

11         Q.     All right.  So, again, while

12   the untrained eye might say that there

13   was less de novo dyspareunia in the mesh

14   group than in the no-mesh group, we

15   cannot say that those -- that there was

16   actually less de novo dyspareunia in the

17   mesh group because the P-value is above

18   .5 -- .05, right?

19               MR. THORNBURGH:  Objection.

20               THE WITNESS:  So to the

21          untrained eye, this report from an

22          author who got a million dollars

23          for this method, plus up to

24          $6 million a year, shows that

Ralph Zipper, M.D., FACOG, FPMRS

1          there is no significance in

2          dyspareunia, even though the

3          untrained eye might think there is

4          based on the percentages reported,

5          yes.

6     BY MR. TOMASELLI:

7          Q.    So in this study, this Carey

8     2009 study, you would agree that the rate

9     of de novo dyspareunia at 12 months was

10    no different between the mesh group and

11    the no-mesh group?

12               MR. THORNBURGH:  Objection.

13               THE WITNESS:  In this study

14          by Dr. Carey, who is substantially

15          and magnificently financially

16          biased, I would not agree with

17          your statement, but I would change

18          that statement to state that

19          Dr. Carey did not show or --

20          sorry -- Dr. Carey -- Dr. Carey's

21          study on a portion of the Prosima

22          method, a modification of the

23          Prosima method, which excluded the

24          novel vaginal splint and balloon

Ralph Zipper, M.D., FACOG, FPMRS

1          and combined the native tissue

2          surgery with the Prosima shaped

3          mesh and often sutured to the

4          sacrospinous ligament, was not --

5          did not cause significantly more

6          dyspareunia than the native tissue

7          surgery alone at 12 months.

8   BY MR. TOMASELLI:

9          Q.    And I'm just trying to

10  understand how to -- you and I are

11  talking about data and data

12  interpretation in the same way.  And I'm

13  just trying to make the point or see if

14  you agree that even though the number of

15  de novo dyspareunia of 28 percent in the

16  mesh group is numerically lower than the

17  de novo dyspareunia rate of 42 percent in

18  the no-mesh group, we would agree that

19  you cannot say those rates are different

20  because the resulting test is not

21  significant.

22              Is what I said correct?

23          A.    I am comfortable stating

24  that the reported results are not

Ralph Zipper, M.D., FACOG, FPMRS

1    statistically significant.

2             Q.    All right.  So in this

3    study, the two things that we've talked

4    about so far in terms of anatomic success

5    rate and in terms of de novo dyspareunia,

6    there was no significant difference

7    between the groups?

8                   MR. THORNBURGH:  Objection.

9                   THE WITNESS:  In this study,

10             combining a modification of the

11             Prosima method, a modification

12             that was not marketed but did use

13             the Gynemesh PS, the author found

14             a almost 30 percent incidence of

15             de novo dyspareunia, which was not

16             statistically different than what

17             they found from the native tissue

18             group.

19    BY MR. TOMASELLI:

20             Q.    And what they found in the

21    native tissue group was a rate of almost

22    42 percent, correct?

23                   MR. THORNBURGH:  Objection.

24                   THE WITNESS:  A rate that I

Ralph Zipper, M.D., FACOG, FPMRS

1             don't think was ever duplicated by

2             a nonfinancially incentivized

3             author.

4     BY MR. TOMASELLI:

5             Q.    Is what I said correct?

6             A.    What both of us said is

7     correct.

8                   And as we stated earlier --

9     and I think this -- I don't want to beat

10    this horse to death because we've covered

11    it already, but when we compare

12    complications of mesh to native tissue

13    surgery, we're not comparing apples to

14    apples.  So dyspareunia with mesh is very

15    different than dyspareunia with native

16    tissue surgery.  One is transient and,

17    where not transient, very treatable.  The

18    other is not transient, often continues

19    in perpetuity, and often impossible to

20    treat.

21                  Exhibit Number 12 that you

22    have just handed me, "Vaginal Mesh For

23    Prolapse," is a study by Iglesia.

24            Q.    Hold on.  Hold on.  Doctor,

Ralph Zipper, M.D., FACOG, FPMRS

1   this is question-and-answer session.

2   Okay?  So I don't think there was a

3   question pending to the last statement.

4   But --

5        A.    Am I not allowed to talk if

6   there's not a question?

7        Q.    I think you're -- I think

8   the process is you're supposed to answer

9   my questions.

10       A.    I'll certainly answer your

11  questions, but I don't think I'm not

12  allowed to talk.

13       Q.    No, you can talk.

14       A.    Okay.

15       Q.    I'm certainly not

16  prohibiting that.  Withdrawn.

17              (Exhibit Number 12, Article

18          Titled "Vaginal Mesh for Prolapse,

19          A Randomized Controlled Trial," by

20          Iglesia, et al., was marked for

21          identification.)

22  BY MR. TOMASELLI:

23       Q.    Dr. Zipper, what I've handed

24  you as Deposition Exhibit Number 12 is a

Ralph Zipper, M.D., FACOG, FPMRS

1    study by Iglesia and others that was

2    published in 2010.

3             Do you see that?

4    A.    Yes.

5    Q.    Is this a randomized

6    controlled trial of Prolift versus a

7    native tissue repair?

8    A.    Yes.

9    Q.    Was it peer-reviewed?

10   A.    Yes.  I think this is the

11   study that the mesh group was -- stopped

12   enrolling prematurely because of

13   excessive complications.

14   Q.    It was stopped prematurely

15   because five people had mesh exposure.

16             Do you remember that?

17             MR. THORNBURGH:  Objection.

18             THE WITNESS:  Actually, sir,

19        no disrespect for you, but I am a

20        surgeon who reads and reviews

21        peer-reviewed medical journals all

22        the time, and this study had a

23        predetermined stopping point if

24        the mesh extrusion rate, a type of

Ralph Zipper, M.D., FACOG, FPMRS

```
 1          complication, exceeded 15 percent,
 2          a percentage number -- not a
 3          number of patients but a
 4          percentage number -- they would
 5          stop enrolling in that group
 6          because of the excess
 7          complications.
 8              They exceeded that number,
 9          and they stopped enrolling.  So
10          they exceeded the predetermined
11          rate of mesh extrusions which they
12          felt would be inappropriate to --
13          they felt would be inappropriate
14          to continue if mesh extrusions
15          were beyond that number.  They
16          exceeded that number, and they
17          stopped enrolling.
18      BY MR. TOMASELLI:
19          Q.    Okay.  Dr. Zipper, can you
20      turn to page 298 of that Exhibit 12.
21          A.    Sure.
22          Q.    Tell me when you're there.
23          A.    I'm there.
24          Q.    All right.  You quoted a --
```

Ralph Zipper, M.D., FACOG, FPMRS

1    an erosion rate of 15.6 percent.  Can you

2    look at the bottom right-hand column of

3    that page.

4         A.    I actually said 15 percent.

5         Q.    Okay.  The bottom right-hand

6    column of the page, do you see where

7    there's a paragraph that starts with, "Of

8    the 32 mesh patients"?

9         A.    Correct.

10        Q.    And it says "five developed

11   erosions," right?

12        A.    Correct.

13        Q.    So when I said five, I was

14   actually trying to be completely honest

15   and truthful with you.  Okay?

16             MR. THORNBURGH:  Objection.

17   BY MR. TOMASELLI:

18        Q.    Do you understand that?

19             MR. THORNBURGH:  Objection.

20             THE WITNESS:  No, I do not.

21             MR. THORNBURGH:  Argumentative.

22             THE WITNESS:  I don't

23        understand that, sir.

24             ///

Ralph Zipper, M.D., FACOG, FPMRS

```
 1      BY MR. TOMASELLI:

 2             Q.    Okay.

 3             A.    I mean this predetermined

 4      maximum amount of tolerable extrusions in

 5      this study, according to the study

 6      protocol, was not a number.  It was a

 7      percentage.  They exceeded the

 8      percentage.  And interestingly enough,

 9      this percentage of extrusions is only a

10      small percentage compared to what they

11      found in the US TVM study.

12             Q.    All right.  Is this -- I

13      can't remember if I asked you this.  Was

14      this paper peer-reviewed?

15             A.    Yes.

16             Q.    All right.

17                   (Exhibit Number 13, Article

18             Titled "Development of de novo

19             prolapse in untreated vaginal

20             compartments after prolapse repair

21             with and without mesh:  a

22             secondary analysis of a randomised

23             controlled trial," by Withagen, et

24             al., was marked for
```

Ralph Zipper, M.D., FACOG, FPMRS

1            identification.)

2    BY MR. TOMASELLI:

3            Q.    I've marked as Deposition

4    Exhibit Number 13 a study by Withagen and

5    others.

6                  MR. THORNBURGH:  Withagen,

7            right?

8    BY MR. TOMASELLI:

9            Q.    Withagen?  Is that how you

10   say it?

11           A.    Yes.

12           Q.    Sorry.  I apologize to both

13   of you.

14                 MR. THORNBURGH:  I get it

15           wrong.

16                 THE WITNESS:  I say

17           Withagen.

18   BY MR. TOMASELLI:

19           Q.    Very sorry.  I don't mean

20   to --

21           A.    No disrespect to Withagen.

22           Q.    I don't mean to make this

23   confusing at all to you if I said the

24   name wrong.

Ralph Zipper, M.D., FACOG, FPMRS

1          A.    We're not confused.

2          Q.    All right.  Withdrawn.

3                Dr. Zipper, I've handed you

4    what I've marked as Deposition

5    Exhibit 13, and it's a study by Withagen

6    and others that was published in 2011,

7    correct?

8          A.    No.  I don't think.  I think

9    it was accepted in October of 2011.  I

10   don't recall when it was published.  I

11   think that's not -- probably not relevant

12   to the discussion.

13         Q.    Okay.  Well --

14         A.    It was published 2012.

15         Q.    All right.  In paper form,

16   the part I handed you is -- has a 2012

17   copyright on it, okay?

18         A.    I believe if you look at the

19   journal date, it's British Journal of

20   Obstetrics and Gynaecology,

21   2012;119:254-360.

22         Q.    Dr. Zipper, was this

23   Withagen study a randomized controlled

24   trial comparing Prolift to a native

Ralph Zipper, M.D., FACOG, FPMRS

1    tissue repair?

2                    MR. THORNBURGH:  Objection.

3                    THE WITNESS:  Yes.  This was

4          in a --

5                    MR. THORNBURGH:  Go ahead.

6    BY MR. TOMASELLI:

7          Q.    Is that just a yes?

8          A.    This is an ongoing study

9    started years earlier.  There were

10   several other publications on this

11   patient group.  And yes, this is a

12   randomized controlled trial which showed

13   a dramatically increased rate of

14   untreated compartment failure compared to

15   native tissue.

16         Q.    All right.  I didn't ask you

17   anything about untreated compartment

18   failure or anything like that.

19         A.    It's the title of the

20   article.

21         Q.    Oh, well, then I gave you

22   the wrong one.  Fair point.

23         A.    This showed almost over

24   50 percent untreated compartment failure

Ralph Zipper, M.D., FACOG, FPMRS

1    rate and which was almost threefold data

2    associated with native tissue repair.

3              Q.    All right.  Well, since

4    we're on it -- I pulled out the wrong

5    one.  I apologize, Doctor.  I thought I

6    had the randomized trial.  But this is

7    the 2012 paper.  It is a randomized

8    trial?

9              A.    This is -- they started this

10    study a few years earlier, and they

11    continued to report on this study.  They

12    used the same group of patients, I

13    believe, to report on the risk factors

14    for erosion.  You probably have that

15    paper as well.

16              Q.    Dr. Zipper, this patient --

17    or this paper reports on untreated

18    compartment failure.  I don't know if you

19    noticed this or not, but did you notice

20    that if a apical repair was done as well

21    that there was no untreated compartment

22    failure?

23                   MR. THORNBURGH:  Objection.

24                   THE WITNESS:  Please let me

Ralph Zipper, M.D., FACOG, FPMRS

```
 1          respond to this in the entirety.

 2          I know that's not a question that

 3          can be answered just with a yes or

 4          no, although you would like it.

 5              Yes.  Ethicon was acutely

 6          aware, and being made aware by

 7          Withagen and other thought

 8          leaders, that the product was

 9          defective at the level of the

10          apex.  It had been discussed by

11          Dr. Raders, by Dr. Mendelovici, by

12          Dr. -- I believe Dr. Moricky, I

13          think by Dr. Lucente, that the

14          device was failing at the apex,

15          and the device needed to be

16          modified to protect the apex and

17          prevent recurrence in the

18          untreated apex and even the

19          posterior compartment.

20              And this is validated by

21          Withagen, who points out if you

22          fix this apical problem, this

23          defect in the product, we may not

24          get as much apical failure and
```

Ralph Zipper, M.D., FACOG, FPMRS

```
 1              untreated compartment failure.
 2                   (Exhibit Number 14, Article
 3              Titled "Trocar-Guided Mesh
 4              Compared With Conventional Vaginal
 5              Repair in Recurrent Prolapse, a
 6              Randomized Controlled Trial," by
 7              Withagen, et al., was marked for
 8              identification.)
 9     BY MR. TOMASELLI:
10         Q.   Dr. Zipper, what I've handed
11     you and I've marked as Deposition Exhibit
12     Number 14 is another paper by Withagen.
13                   MR. THORNBURGH:  Do you have
14              a copy for me?
15                   MR. TOMASELLI:  Yeah.  I
16              handed it right there.
17                   THE WITNESS:  Yes.
18     BY MR. TOMASELLI:
19         Q.   And can you confirm that
20     this is a randomized trial with Prolift
21     compared to native repair that was
22     published in 2011?
23         A.   Yes.
24         Q.   All right.  And was this
```

Ralph Zipper, M.D., FACOG, FPMRS

1    peer-reviewed?

2            A.    Yes.

3                  MR. THORNBURGH:  Is that the

4            only question about this, about

5            Exhibit 14?

6                  MR. TOMASELLI:  For now.

7                  (Exhibit Number 15, Article

8            Titled "Laparoscopic sacral

9            colpopexy versus total vaginal

10           mesh for vaginal vault prolapse:

11           a randomized trial," by Maher, et

12           al., was marked for

13           identification.)

14   BY MR. TOMASELLI:

15           Q.    Doctor, I've handed you what

16   I've marked as Deposition Exhibit

17   Number 15, which is a study by Maher and

18   others.

19                 Do you see that?

20           A.    Yes.

21           Q.    Can you confirm that this is

22   a randomized clinical trial comparing

23   Prolift to native repairs?

24                 MR. THORNBURGH:  Objection.

Ralph Zipper, M.D., FACOG, FPMRS

1                THE WITNESS:  I can confirm

2          that this is a randomized

3          controlled trial, without reading

4          the article, based on my memory,

5          comparing laparoscopic

6          sacrocolpopexy to a total Prolift.

7     BY MR. TOMASELLI:

8          Q.    All right.  And this was

9     likewise published in 2011, correct?

10         A.    Yes.

11         Q.    And it's peer-reviewed?

12         A.    Yes.  This is the one that

13    showed significantly higher efficacy of

14    the laparoscopic sacrocolpopexy compared

15    to Prolift with higher complication rates

16    associated with the Prolift to also show

17    the Prolift to be associated with vaginal

18    shortening, where the sacrocolpopexy

19    wasn't.

20                Are we going to talk about

21    this paper?

22         Q.    Can you confirm that this

23    Maher paper that you just told me was --

24    anatomic success was better with

Ralph Zipper, M.D., FACOG, FPMRS

1   laparoscopic than Prolift?

2        A.    All success measures were

3   better with laparoscopic compared to

4   Prolift, subjective and objective.

5        Q.    Quality of life measures as

6   well?

7        A.    I can't remember.  It was

8   just several symptoms or quality of life,

9   but certainly it was symptomatic benefit

10  and anatomic benefit that was

11  significantly better with the

12  laparoscopic procedure than the

13  vaginal -- than the total Prolift.  Total

14  Prolift was also associated with

15  significant vaginal shortening, whereas

16  the laparoscopic procedure was not.

17             Prolift was associated with

18  approximately -- I'm just going off

19  memory -- 77 -- I think 77 percent

20  efficacy.  I believe the total vaginal

21  mesh was -- the Prolift was around

22  43 percent efficacy based upon objective

23  measures.

24             There was subjective benefit

Ralph Zipper, M.D., FACOG, FPMRS

1    of the laparoscopic procedure compared to

2    the total Prolift, and once again,

3    significant vaginal shortening was noted

4    in the total Prolift, yet none was noted

5    in the laparoscopic surgery.

6              There was also more blood

7    loss, longer hospital stay, longer return

8    to normal activity associated with the

9    total vaginal mesh compared to Prolift.

10             Sorry, but, I mean, these

11   studies are all really important studies

12   in peer-reviewed journals that time and

13   time again show that show not only is the

14   Prolift -- Prolift product defective, not

15   as good as alternatives, but just also

16   demonstrates that there's a heightened

17   level of awareness of these defects.

18        Q.    Can you turn to Table 5,

19   Doctor, in this paper.

20        A.    You'd rather look at the

21   table rather than the overall outcome?

22        Q.    Table 5.

23        A.    I'm getting there.  Table 4.

24   Table 5.  Sure.

Ralph Zipper, M.D., FACOG, FPMRS

1     Q.    Do you see that it has

2   quality of life outcomes in this paper?

3     A.    Yes.

4     Q.    Did you previously state to

5   me that there was a significant

6   difference between the groups in terms of

7   quality of life?

8     A.    No, sir.

9           MR. THORNBURGH:  Objection.

10          THE WITNESS:  Absolutely

11    not.  Please don't misstate my

12    testimony.

13  BY MR. TOMASELLI:

14    Q.    I'm asking.  I just asked

15  you.  Did you tell me --

16    A.    And a minute ago you asked

17  me that, and I said subjective.  I said I

18  didn't recall the quality of life

19  statistical analysis.  I didn't use the

20  word "statistical."  I said I believe

21  that it showed there was a subjective

22  benefit.  I didn't testify that there was

23  a quality of life benefit.

24          I'm going to go back through

Ralph Zipper, M.D., FACOG, FPMRS

1    and have -- and look through this to read

2    my testimony.

3           Q.    Can you confirm with me

4    right now, looking at Table 5, that there

5    was no significant difference in quality

6    of life between the patients randomized

7    to Prolift and the patients randomized to

8    laparoscopic surgery?

9           A.    Joe, I can do better than

10   that.  We can look at the Cochran data,

11   the highest level of evidence, and the

12   overall pool of evidence.

13               Prolift and transvaginal

14   mesh has never been shown to provide any

15   benefit in quality of life over

16   traditional surgery, yet it has

17   substantially higher complication rates.

18   That's why we're here today.  Never been

19   shown to have any quality of life

20   benefits.

21               MR. THORNBURGH:  Are we done

22        with Exhibit 15?

23               MR. TOMASELLI:  For now.

24               THE WITNESS:  Rhonda, if you

Ralph Zipper, M.D., FACOG, FPMRS

1          need me to go over some of this

2          with you later.  I'm sorry.

3                MR. THORNBURGH:  She's good.

4          I'm watching her.  She's on it.

5                (Exhibit Number 16, Article

6          Titled "Anterior Colporrhaphy

7          versus Transvaginal Mesh for

8          Pelvic-Organ Prolapse," by Altman,

9          et al., was marked for

10         identification.)

11    BY MR. TOMASELLI:

12         Q.   Dr. Zipper, I'm handing you

13    what I've marked as Deposition Exhibit

14    Number 16.

15               MR. THORNBURGH:  The Altman

16         study?

17               MR. TOMASELLI:  Yes.

18               THE WITNESS:  This was

19         excluded.  There are only two

20         studies I'm aware of that have

21         ever shown any subjective benefit

22         compared to native tissue, Altman

23         and da Silveira.

24               And this is the one where

Ralph Zipper, M.D., FACOG, FPMRS

1               Altman got in a bit of a bind

2               because Altman doesn't disclose

3               his relationship to Ethicon.  The

4               New England Journal got involved.

5               Ethicon asked Withagen -- and it's

6               in the internal documents -- to

7               not report -- Ethicon had a right

8               to review this publication and its

9               manuscript before it was

10              published.  And Ethicon asked

11              Dr. Withagen to hold back the

12              dyspareunia data, which he did.

13                  And I believe this is it.

14              Let me see.  Yes.  This is that

15              Altman study.

16      BY MR. TOMASELLI:

17              Q.   Dr. Zipper, can you confirm

18      that Deposition Exhibit Number 16 is the

19      study by Altman and others reported in

20      the New England Journal in 2011?

21              MR. THORNBURGH:  Objection.

22              THE WITNESS:  Yes.

23      BY MR. TOMASELLI:

24              Q.   Was this study

Ralph Zipper, M.D., FACOG, FPMRS

1    peer-reviewed?

2             A.    Yes.

3             Q.    Was Deposition Exhibit

4    Number 16 a randomized trial between

5    Prolift and native repair?

6                  MR. THORNBURGH:  Objection.

7                  MR. TOMASELLI:  I don't

8             understand the objection to that.

9                  THE WITNESS:  Remember

10            earlier when we talked about

11            trends versus --

12                 MR. THORNBURGH:  Doesn't

13            mean it's -- you want to know the

14            objection?

15                 MR. TOMASELLI:  No, I don't.

16                 MR. THORNBURGH:  Because you

17            asked me for it, and I'll tell you

18            the objection.

19                 MR. TOMASELLI:  I said I

20            don't know what it is.

21                 MR. THORNBURGH:  Well, do

22            you want to know what it is?

23                 MR. TOMASELLI:  I don't.

24                 ///

Ralph Zipper, M.D., FACOG, FPMRS

```
 1    BY MR. TOMASELLI:

 2         Q.    Dr. Zipper, here's my

 3    question to you:  Is Exhibit Number 16

 4    the Altman study published in the New

 5    England Journal in 2011, is that a

 6    randomized trial between Prolift and a

 7    native repair?

 8              MR. THORNBURGH:  Objection.

 9              THE WITNESS:  This is the --

10         I believe this is the randomized

11         trial that showed Prolift to have

12         triple the dyspareunia rate,

13         higher blood loss, higher

14         operative time, performed by

15         unblinded Nordic surgeons, by a

16         surgeon affiliated with Ethicon.

17         And I believe it was randomized.

18    BY MR. TOMASELLI:

19         Q.    In terms of the dyspareunia

20    that you just mentioned to me, was that a

21    significant difference between the

22    groups?

23         A.    It was a trend, which you

24    are so fond of talking about today.
```

Ralph Zipper, M.D., FACOG, FPMRS

1        Q.    I'm actually not.

2        A.    You want -- another study,

3   you wanted to point out all the trends

4   that didn't reach statistical

5   significance, and I warned you about -- I

6   said we were going to do that for

7   everything then.

8        Q.    I was actually trying to --

9   just to get an agreement on what

10  statistical significance was.

11              MR. THORNBURGH:   Objection.

12  BY MR. TOMASELLI:

13       Q.    I don't know how you can --

14       A.    You kept on asking me --

15  you're pointing out the trends.  These

16  numbers are very different, but they're

17  not statistically significant.  Once

18  again, the study shows triple the

19  dyspareunia rate -- approximately triple

20  the dyspareunia rate associated with

21  Prolift compared to native tissue

22  surgery.

23              It did not reach statistical

24  significance.

Ralph Zipper, M.D., FACOG, FPMRS

1        Q.    All right.  Did not?

2        A.    Did not.

3              (Exhibit Number 17,

4        Correction to the Article Titled

5        "Anterior Colporrhaphy versus

6        Transvaginal Mesh for Pelvic-Organ

7        Prolapse," Bates-stamped DEFT

8        2295k.1, was marked for

9        identification.)

10   BY MR. TOMASELLI:

11       Q.    Deposition Exhibit Number 17

12   that I'm handing you is a short

13   publication from the New England Journal

14   pertaining to the Altman study; is that

15   correct?

16       A.    Yes.

17       Q.    Have you reviewed this

18   before?

19       A.    Yes.

20       Q.    Did this correction in the

21   New England Journal change any of the

22   actual numbers that were reported in the

23   Altman 2011 paper?

24       A.    It just changed the meaning

Ralph Zipper, M.D., FACOG, FPMRS

1    of those numbers.

2            Q.    But it did not change the

3    actual data?

4                  MR. THORNBURGH:  Objection.

5            Asked and answered.

6                  THE WITNESS:  It just

7            changed the meaning of those

8            numbers.

9                  (Exhibit Number 18, Article

10           Titled "One-year objection and

11           functional outcomes of a

12           randomized clinical trial of

13           vaginal mesh for prolapse," by

14           Sokol, et al., was marked for

15           identification.)

16   BY MR. TOMASELLI:

17           Q.    Doctor, I'm handing you what

18   I've marked as Deposition Exhibit

19   Number 18, and it's a study by --

20           A.    This is the follow-up of the

21   Iglesia study.

22           Q.    It's a study by Sokol --

23   withdrawn.

24                 Dr. Zipper, I'm handing you

Ralph Zipper, M.D., FACOG, FPMRS

1    what I've marked as Deposition Exhibit

2    Number 18, which is a study by Sokol and

3    others published in 2012.

4              Do you see that?

5         A.    I believe this is the

6    follow-up on the Iglesia study in the

7    American Journal of Obstetrics and

8    Gynecology, 2012, that showed a 15 or

9    16 percent reoperation rate with the --

10   with a Prolift and a 0 percent

11   reoperation rate for native tissue

12   surgery.

13             Q.    Is this a randomized -- is

14   Deposition Exhibit Number 18 a randomized

15   trial between Prolift and native tissue

16   repair?

17             A.    It is.

18             Q.    Has it been peer-reviewed?

19             A.    Yes, it has.

20                   (Exhibit Number 19, Article

21             Titled "A Multicenter, randomized,

22             prospective, controlled study

23             comparing sacrospinous fixation

24             and transvaginal mesh in the

Ralph Zipper, M.D., FACOG, FPMRS

1          treatment of posthysterectomy

2          vaginal vault prolapse," by

3          Halaska, et al., Bates-stamped

4          DX30554-R.1 — DX30554-R.7, was

5          marked for identification.)

6     BY MR. TOMASELLI:

7          Q.    Doctor, I'm handing you what

8     I've marked as Deposition Exhibit

9     Number 19.

10          A.    Joe, can I take ten seconds

11    to answer a text?

12          MR. TOMASELLI:  No problem.

13     Why don't we go off the record.

14          THE WITNESS:  Thanks.

15          (Off the record from

16     12:34 p.m. to 12:34 p.m.)

17          MR. TOMASELLI:  Back on.

18    BY MR. TOMASELLI:

19          Q.    Dr. Zipper, are you ready to

20    go back on the record?

21          A.    Indeed.  Yes.

22          Q.    Okay.  Great.  I've just

23    handed you Deposition Exhibit Number 19,

24    which is --

Ralph Zipper, M.D., FACOG, FPMRS

```
1                    MR. THORNBURGH:  It's the

2          same thing?  I think I got it

3          twice for some reason.  Did you

4          mean to do that?  Do I have your

5          notes maybe?

6                    MR. TOMASELLI:  If you don't

7          want it, you can hand it back.

8          Withdrawn.

9    BY MR. TOMASELLI:

10         Q.    Dr. Zipper, I've handed you

11   Deposition Exhibit Number 19, which is a

12   paper that was published by Halaska and

13   colleagues in 2012, I believe; is that

14   correct?

15         A.    Yes.

16         Q.    Is this also a randomized

17   trial between Prolift and a native

18   repair?

19                    MR. THORNBURGH:  Objection.

20                    THE WITNESS:  Yes.

21   BY MR. TOMASELLI:

22         Q.    Has it been peer-reviewed,

23   sir?

24         A.    Yes.
```

Ralph Zipper, M.D., FACOG, FPMRS

```
 1                  (Exhibit Number 20, Article
 2            Titled "Anterior colporrhaphy
 3            versus repair with mesh for
 4            anterior vaginal wall prolapse:  a
 5            comparative clinical study," by
 6            El-Nazer, et al., was marked for
 7            identification.)
 8   BY MR. TOMASELLI:
 9            Q.    Doctor, I'm handing you what
10   I've marked as Deposition Exhibit
11   Number 20, which is a paper by El-Nazer,
12   E-L, dash, N-A-Z-E-R, published in 2012.
13            Do you see that?
14            A.    Yes.
15            Q.    Are you familiar with this
16   paper?
17            A.    I am.  It's been a while
18   since I read this one, so I'm just trying
19   to quickly refresh my mind on it.
20            Q.    Fine.  Can you just confirm
21   with me that is a randomized trial with
22   one group having native repair while the
23   other group received mesh called Gynemesh
24   PS?
```

Ralph Zipper, M.D., FACOG, FPMRS

1          A.    It'll take me just a moment.

2          Q.    Sure.

3          A.    This one is a little further

4    down between my permanent

5    between-the-ears database.

6                (Reviewing document.)

7          Q.    While you're reviewing that,

8    Doctor, my question was, simply, can you

9    confirm that it's a randomized trial?

10         A.    I don't like to stop at the

11   word "methods" because sometimes when I

12   read further, I realize it wasn't truly

13   randomized even though it was the intent

14   of the study.  So that's -- because most

15   of these studies, I've covered just

16   recently in my preparation for this

17   deposition.  This one is an older study

18   that is -- I have read, but it's been a

19   long time.  So I just want to quickly

20   look at it again.

21         Q.    All right.  I apologize for

22   interrupting you.

23         A.    No, that's okay, sir.

24                (Reviewing document.)

Ralph Zipper, M.D., FACOG, FPMRS

```
1              Yes, it was a randomized
2    controlled study.
3         Q.    All right.  Was it
4    peer-reviewed, sir?
5         A.    I'm not familiar with Arch
6    Gynecology Obstetrics.  I don't know if
7    it's a peer-reviewed journal.
8         Q.    Any reason to believe it's
9    not?
10              MR. THORNBURGH:  Objection.
11              THE WITNESS:  No reason
12         either way.  Could be -- no reason
13         to believe it is.
14   BY MR. TOMASELLI:
15         Q.    Okay.
16         A.    If you represent that it is,
17   I can accept that for today.
18              MR. THORNBURGH:  Just for
19         the record, the journal address is
20         in Dubai.
21              THE WITNESS:  They may have
22         a peer-reviewed journal.
23              MR. THORNBURGH:  I'm not
24         saying it's not.  Just for the
```

Ralph Zipper, M.D., FACOG, FPMRS

1          record, it's Dubai.

2                    MR. TOMASELLI:  Thanks, Dan.

3                    THE WITNESS:  They have

4          excellent shawarma in Dubai.

5                    (Exhibit Number 21, Article

6          Titled "Three-Year Outcomes of

7          Vaginal Mesh for Prolapse, A

8          Randomized Controlled Trial," by

9          Gutman, et al., was marked for

10          identification.)

11   BY MR. TOMASELLI:

12          Q.    Dr. Zipper, I'm handing you

13   what I've marked as Deposition Exhibit

14   Number 21, sir, and this is a study that

15   was published by Gutman and others.

16                    Do you see that, sir?

17          A.    Yes.

18          Q.    Can you confirm that this is

19   a randomized trial comparing Prolift to

20   native repair?  In fact, it's an update

21   from the Iglesia paper.  True?

22                    MR. THORNBURGH:  Objection.

23                    THE WITNESS:  No, I can't

24          confirm that yet.  I'll have to

Ralph Zipper, M.D., FACOG, FPMRS

1           look at it.

2       BY MR. TOMASELLI:

3           Q.    Okay.  Please do.

4           A.    (Reviewing document.)

5               Yes.  This thing's also a

6       bit more fuzzy in my mind.  But my

7       recollection of this study is that it is

8       a randomized -- it is a continuation of

9       the Iglesia study, which confirmed that

10      there was absolutely no benefit from the

11      Prolift over native tissue surgery.

12          Q.    All right.  My question to

13      you, Dr. Zipper, is:  Is this paper,

14      published in 2013 by Gutman and others, a

15      randomized comparison between Prolift and

16      a native tissue repair?

17          A.    This --

18              MR. THORNBURGH:  Objection.

19              THE WITNESS:  -- three-year

20          follow-up on the Iglesia and Sokol

21          study, which shows absolutely no

22          significant benefit of Prolift

23          over native tissue surgery appears

24          to be in a randomized -- a

Ralph Zipper, M.D., FACOG, FPMRS

```
1            continuation of the randomized

2            control trial published in a

3            peer-review journal.

4    BY MR. TOMASELLI:

5            Q.    So you can confirm that

6    Gutman 2013 is peer-reviewed?

7            A.    The Journal of Obstetrics &

8    Gynecology is a peer-reviewed journal.

9                 I ordered Chinese for

10   everyone.  It should be here pretty soon.

11           Q.    Seriously?

12           A.    No, not seriously.  Sorry.

13   That was cruel.  Actually, if you knew

14   how bad the Chinese was in Melbourne,

15   you'd be happy I didn't.

16           Q.    Fair enough.

17                 (Exhibit Number 22, Article

18           Titled "Transvaginal cystocele

19           repair using tension-free

20           polypropylene mesh at the time of

21           sacrospinous colpopexy for

22           advanced uterovaginal prolapse:  a

23           prospective randomised study," by

24           Qatawneh, et al., was marked for
```

Ralph Zipper, M.D., FACOG, FPMRS

```
1              identification.)

2    BY MR. TOMASELLI:

3         Q.    Doctor, I'm handing you what

4    I've marked as Deposition Exhibit

5    Number 22, which is a study by Qatawneh

6    and others published in Gynecologic

7    Surgery in 2013.

8              Do you see that?

9         A.    2000 -- oh, you're on --

10   yes.  Exhibit Number 22?

11        Q.    Yeah.  It's published in

12   paper in 2013, published online in 2012,

13   if that's the hesitation you had.

14        A.    No, no.  I agree.

15        Q.    Okay.  And can you confirm

16   that this is a randomized comparison of

17   patients undergoing a native surgery

18   versus patients undergoing a mesh surgery

19   with Gynemesh PS?

20             MR. THORNBURGH:  Objection.

21             THE WITNESS:  I'll need just

22        a moment, and I'll get back to

23        you.

24             ///
```

Ralph Zipper, M.D., FACOG, FPMRS

```
1     BY MR. TOMASELLI:

2          Q.    Okay.

3          A.    (Reviewing document.)

4                Can you restate your

5     question?

6          Q.    Sure.

7                Can you confirm that

8     Deposition Exhibit Number 22, the study

9     by Qatawneh and others, published in 2013

10    in paper and 2012 online, is a randomized

11    comparison between native tissue repair

12    and Gynemesh PS?

13                MR. THORNBURGH:  Objection.

14                THE WITNESS:  No.

15    BY MR. TOMASELLI:

16         Q.    Why can you not confirm

17    that?

18         A.    Because that's not what it's

19    comparing.

20         Q.    What is it comparing?

21         A.    This is a study comparing

22    the use of Gynemesh PS combined with

23    sacrospinous ligament fixation, so a

24    combination of native tissue surgery and
```

Ralph Zipper, M.D., FACOG, FPMRS

 1    mesh with Gynemesh PS, to native

 2    tissue -- the same native tissue surgery,

 3    the same sacrospinous colpopexy with

 4    native tissue alone.  So native tissue

 5    with sacrospinous to anterior mesh with

 6    Gynemesh to sacrospinous, so it's

 7    comparing a combination of native tissue

 8    surgery and Gynemesh PS to native tissue

 9    surgery alone with that same sacrospinous

10    ligament fixation.

11              And this is -- so that's

12    what it does.  That's what it's a

13    comparison of in a randomized controlled

14    trial, and it's a methodology that was

15    never taught in any of the labeling of

16    any of the Ethicon products.

17              Q.    Okay.  So if I can just

18    understand what you said, Dr. Zipper,

19    this is a randomized comparison where

20    everyone in the trial received

21    sacrospinous ligament fixation, and half

22    the group received a other native repair

23    and the other half of the group received

24    Gynemesh PS?

Ralph Zipper, M.D., FACOG, FPMRS

1          A.     Self-tailored Gynemesh PS.

2          Q.     Okay.  Is that study

3    peer-reviewed, sir?

4          A.     I believe it is.

5                 (Exhibit Number 23, Article

6          Titled "Comparison of vaginal mesh

7          repair with sacrospinous vaginal

8          colpopexy in the management of

9          vaginal vault prolapse after

10         hysterectomy in patients with

11         levator ani avulsion:  a

12         randomized controlled trial," By

13         Svabik, et al., was marked for

14         identification.)

15   BY MR. TOMASELLI:

16         Q.     Doctor, I'm going to hand

17   you what I've marked as Deposition

18   Exhibit Number 23.  And this is a study

19   by Svabik, S-V-A-B-I-K, and others,

20   published in 2014.

21                Do you see that?

22         A.     Yes.

23         Q.     Is this a randomized

24   controlled trial comparing native surgery

Ralph Zipper, M.D., FACOG, FPMRS

1    to Prolift?

2          A.    My recollection of this

3    trial is that this was a unique trial

4    that the principal investigator felt it

5    was unethical to enroll all patients

6    because of the risks associated with

7    mesh, so he limited it to patients with

8    some unique 3-D and 4-D ultrasound

9    findings.  And it is my recollection that

10   it is a randomized controlled trial where

11   they found a massive de novo SUI rate, I

12   think 36 percent with the Prolift versus

13   around 9 percent with native tissue and

14   twice the dyspareunia rate, is my

15   recollection.

16              And I do -- yeah.  This is a

17   randomized controlled trial.  I do not

18   know offhand if Ultrasound Obstet

19   Gynecology is a peer-reviewed journal.

20         Q.    Okay.  But we can at least

21   agree that this is a -- that is,

22   Exhibit 23 is a randomized comparison of

23   Prolift and a native tissue repair,

24   correct?

Ralph Zipper, M.D., FACOG, FPMRS

1          A.    I don't think that's precise

2    enough.  This is a randomized controlled

3    trial of sacrospinous colpopexy to total

4    Prolift, is my recollection, in a unique

5    subset of a patient population considered

6    to be at very high risk for surgical

7    failure secondary to levator ani avulsion

8    as identified by 3-D and 4-D ultrasound.

9          Q.    Just so I understand some of

10   the data that you just described in this

11   study, can you turn to page 4?

12         A.    Yes.

13         Q.    Do you see down in the

14   right-hand column at the bottom a

15   paragraph that starts "Sexual activity"?

16         A.    Yes.

17         Q.    It says, "Sexual activity

18   was not influenced by the type of

19   surgery.  There was no difference in

20   PISQ-12 score between groups both before

21   and after surgery (Tables 1 and 3)."

22               Do you see where I've read?

23         A.    Yes.

24         Q.    And then it goes on to say,

Ralph Zipper, M.D., FACOG, FPMRS

1    "At the 1-year follow-up there were two

2    patients with dyspareunia in the Prolift

3    group and one in the SSF group."

4              Do you see that?

5         A.    I believe that's twice the

6    number of dyspareunia patients.  We're

7    talking about trends, as you started

8    doing earlier.

9         Q.    I'm just curious, Doctor, if

10   that was the data that you were referring

11   to?

12        A.    Yes.

13        Q.    Okay.

14        A.    And I believe it says

15   36 percent de novo SUI rate compared to a

16   9 percent.  So . . .

17        Q.    The two versus one that you

18   just pointed me to in terms of

19   dyspareunia, was that statistically

20   significant in your --

21        A.    I don't recall.

22        Q.    All right.  In terms of --

23   can you turn to the next page just so I

24   can understand some of these charts a

Ralph Zipper, M.D., FACOG, FPMRS

1    little better?  Do you see a Table 3 on

2    the right-hand page over here?

3         A.    Yes.

4         Q.    All right.  And that talks

5    about the comparison of the results at

6    one year.  Do you see that, sir?

7              MR. THORNBURGH:  Objection.

8              THE WITNESS:  (Reviewing

9         document.)

10             Yes, I see that table.

11   BY MR. TOMASELLI:

12        Q.    Okay.  And when -- for

13   example, if you go down in Table 3 where

14   it says "Parameter," about six lines

15   down, do you see where it says "total

16   vaginal length"?

17        A.    Yes.

18        Q.    All right.  This one

19   actually says "total vaginal length," and

20   other studies there's a report of TVL.

21   Would that be the same thing?

22        A.    Yes.

23        Q.    Okay.  And I know you stated

24   that there was a difference in total

Ralph Zipper, M.D., FACOG, FPMRS

1    vaginal length in the Maher study.  Was

2    there a difference in total vaginal

3    length in this study?

4          A.    This study doesn't look like

5    it's reporting the delta, which is the

6    change.  So if we don't know what the

7    beginning vaginal length is versus the --

8    I'd have to look deeper.  Maybe it's in

9    here somewhere.  I'm not saying it's not

10   there.  But just looking at this chart, I

11   can't draw the same conclusion that you

12   are.

13         Q.    Okay.  It's up in Table 1.

14   There's preoperative.

15         A.    (Reviewing document.)

16         Q.    And then Table 3 I think is

17   the postoperative.  And my question to

18   you is, was there a difference in total

19   vaginal length between the groups in this

20   study?

21         A.    So in this unique subset of

22   patients with 4-D ultrasound evidence of

23   levator ani avulsion, there was not a

24   statistically different significance in

Ralph Zipper, M.D., FACOG, FPMRS

1    vaginal length between sacrospinous

2    ligament fixation and Prolift.

3         Q.    Okay.  And then you

4    mentioned, I think, in one of your

5    answers the results regarding

6    incontinence at the end of one year.

7              Do you remember that?

8         A.    I do.

9         Q.    I think Table 2 has those

10   results for incontinence.

11             Do you see that?

12        A.    Yes.

13        Q.    And was there a

14   statistically significant difference

15   between the groups in terms of

16   incontinence as reported by the authors?

17        A.    It was dramatically higher

18   but not reported as statistically

19   significant.  And, Joe, earlier today I

20   cautioned you about the use of trends,

21   and you elected to start a conversation

22   on trends as if they were important.  And

23   so I point out here the trend.

24        Q.    Okay.  Well, actually,

Ralph Zipper, M.D., FACOG, FPMRS

1    didn't mean to suggest anything --

2            A.     But also --

3            Q.     -- in my questions but --

4            A.     But we also know from the

5    randomized control data and the Level 1

6    data, nobody's disputing the fact that

7    transvaginal mesh is associated with a

8    significantly higher incidence of de novo

9    stress urinary incontinence.

10                  And although this one study

11   may have shown a trend and not

12   statistical significance, when you take

13   all these studies and you combine them in

14   a meta-analysis as Cochran did, we find

15   out that transvaginal mesh is associated

16   with a significantly higher incidence of

17   de novo stress urinary incontinence.

18                  (Exhibit Number 24, Article

19           Titled "Multicenter; randomized

20           trial comparing native vaginal

21           tissue repair and synthetic mesh

22           repair for genital prolapse

23           surgical treatment," by

24           da Silveira, et al., was marked

Ralph Zipper, M.D., FACOG, FPMRS

1              for identification.)

2    BY MR. TOMASELLI:

3              Q.    I'm going to hand you what

4    I've marked as Deposition Exhibit

5    Number 24, Dr. Zipper, and this is a

6    study by da Silveira, D-A

7    S-I-L-V-E-I-R-A, that was published

8    online and in print in -- sorry.

9    Published online in 2014 and in print in

10   2015.

11             Do you see that, sir?

12        A.    Yes.

13        Q.    All right.  And can you

14   confirm that this is a randomized

15   clinical trial between a native tissue

16   repair and Prolift?

17        A.    Yes.

18        Q.    And was this peer-reviewed,

19   sir?

20        A.    Yes.

21             (Exhibit Number 25, IUGA

22             Resonation Abstract Titled

23             "Long-term Follow-up (7 years) of

24             a Randomized Controlled Trial:

Ralph Zipper, M.D., FACOG, FPMRS

```
 1              Trocar-Guided Mesh Compared With

 2              Conventional Vaginal Repair in

 3              Recurrent Pelvic Organ Prolapse,"

 4              by Damoiseaux, et al., Presented

 5              6/11/15, was marked for

 6              identification.)

 7   BY MR. TOMASELLI:

 8        Q.    Doctor, I'm going to hand

 9   you what I've marked as Deposition

10   Exhibit Number 25, which is a

11   presentation abstract in 2015 from an

12   author, Damoiseaux and others, spelled

13   D-A-M-O-I-S-E-A-U-X.

14              Do you see that?

15        A.    Yes.

16        Q.    Do you see the title of the

17   presentation is "Long-Term Follow-Up (7

18   Years) of a Randomized Controlled Trial:

19   Trocar-Guided Mesh Compared With

20   Conventional Vaginal Repair and Recurrent

21   Pelvic Organ Prolapse."

22              Do you see that?

23              MR. THORNBURGH:  Objection.

24              THE WITNESS:  Yes.
```

Ralph Zipper, M.D., FACOG, FPMRS

1          MR. THORNBURGH:  Do you want

2     me to tell you what the objection

3     is?

4          MR. TOMASELLI:  The title?

5     Yeah.  Sure.

6          MR. THORNBURGH:  The --

7     we've gone through a bunch of

8     these peer-reviewed publications

9     where you suggest are

10    peer-reviewed publications, and

11    here we've got an abstract which

12    provides some incomplete

13    information.

14         MR. TOMASELLI:  Okay.  I

15    just asked the title, if you look

16    back at my question.

17         MR. THORNBURGH:  I think the

18    way your question reads and the

19    context of the line of questioning

20    that you've been asking creates a

21    misperception about this document.

22         MR. TOMASELLI:  Okay.  Well,

23    I -- I think I said it was an

24    abstract, but if I failed to say

Ralph Zipper, M.D., FACOG, FPMRS

1          that it was an abstract, I'm very,

2          very sorry.

3    BY MR. TOMASELLI:

4          Q.    Doctor --

5          A.    I have a vague recollection

6    of this study, but I would need to review

7    this.  As noted, it's an abstract, but I

8    do believe this is an abstract that not

9    only showed that there was no significant

10   benefit of using mesh versus native

11   tissue, but I believe this is the

12   abstract that showed that there's more

13   harm than good and that mesh should not

14   be considered and people should look to

15   avoid mesh surgery.

16          But I'd have to revisit

17   this.  It's been a while.

18          Q.    Okay.  Can you confirm that

19   this abstract is the -- well, let me

20   start this way:  Dr. Zipper, can you

21   confirm that Deposition Exhibit Number 25

22   is an abstract reporting the long-term

23   seven-year data of a randomized

24   controlled trial comparing Prolift to a

Ralph Zipper, M.D., FACOG, FPMRS

1    native repair?

2           A.     This is what it states.  I

3    confirm that.

4           Q.     Are you aware of any

5    publication that is a manuscript instead

6    of an abstract related to these results

7    for seven years?

8           A.     I am not.

9           Q.     And this abstract was

10   apparently presented at the International

11   Urogynecologic Association meeting in

12   2015.

13               Do you see that?

14          A.     Yes.

15          Q.     Okay.  Dr. Zipper, we've

16   been through a variety of randomized

17   comparisons between Prolift or Gynemesh

18   PS and native surgery of one type or the

19   other.

20               Are you aware, sitting here

21   today, of any other randomized

22   comparisons of Prolift compared to native

23   tissue repairs?

24          A.     We'd have to go through --

Ralph Zipper, M.D., FACOG, FPMRS

1          Q.    Doctor, you have some

2     opinions in your reports regarding the

3     information warnings for Prolift and

4     Prosima.  And you say that those are

5     inadequate, correct?

6                    MR. THORNBURGH:  Objection.

7                    THE WITNESS:  Yes.

8     BY MR. TOMASELLI:

9          Q.    All right.  And when do you

10    believe you became an expert in warnings,

11    sir?

12         A.    I am -- I represent myself

13    as an industry expert in labels and

14    safety and -- and safety and efficacy

15    analysis and validation.  And in the last

16    two years alone, I've been hired at the

17    executive level to create labels,

18    labeling guidelines, safety and efficacy

19    plans for medical devices from companies

20    that had been publicly traded in the past

21    that have multi-million dollar

22    valuations.

23                    My expertise in industry

24    standards, including labeling, safety and

Ralph Zipper, M.D., FACOG, FPMRS

1    sought after by fantastic young device

2    companies with very exciting technology

3    at various stages of development.

4           Q.    Right.  When you say the

5    last couple years, 2013, 2014?

6           A.    I've been doing this for way

7    longer than that.

8           Q.    Okay.  Fair enough.

9                 And when do you believe --

10   maybe it's the same answer, but when do

11   you believe you became an expert on what

12   information needs to go into the IFU?

13   Would the same answer apply?

14          A.    It's an evolving process,

15   but certainly I've been doing it for

16   others for eight to ten years.

17          Q.    Okay.

18          A.    Doing it for myself for a

19   little bit less than that, and over the

20   last two years have worked more

21   extensively as a consultant providing

22   this type of guidance and have taken on a

23   role as president and COO of a formerly

24   publicly traded company with a multi --

Ralph Zipper, M.D., FACOG, FPMRS

1    codifications of the standards which have

2    existed forever.  And if you have -- if

3    you're familiar with the basic guidelines

4    required to be a good, ethical human

5    being and perform your fiduciary duties

6    to a company, you coincidently will

7    typically be in alignment with guidance

8    from those various agencies, including

9    the ISO and the FDA, and, in doing those,

10   often be ready to have notified in body

11   state that you meet the CE guidelines or

12   needs, and does.

13           So to answer -- and in

14   final, I've been familiar with the FDA

15   guidelines for many years, but more

16   crystalized to the specific codes and the

17   minutia of it over the last few years.

18           Q.    All right.  And probably, I

19   guess just to put a time point on that,

20   going to the early 2010s or so?

21           A.    I don't know.

22                 MR. THORNBURGH:  Objection.

23   BY MR. TOMASELLI:

24           Q.    All right.  When do you

Ralph Zipper, M.D., FACOG, FPMRS

1    believe that you became an expert in the

2    regulatory process --

3                    MR. THORNBURGH:  Objection.

4    BY MR. TOMASELLI:

5         Q.    -- for mesh devices?

6         A.    I don't know.

7         Q.    Is that something you've

8    been involved with for many years?

9                    MR. THORNBURGH:  Objection.

10                   THE WITNESS:  Once again --

11   BY MR. TOMASELLI:

12        Q.    I mean, kind of the same

13   answers?

14        A.    -- I want to be clear that I

15   represent myself as an industry expert

16   and an industry standard expert, which is

17   not as narrow-scoped as what you're

18   describing, if you're suggesting that a

19   regulator expert is somebody who

20   specifically has expertise in the FDA

21   code.  Now --

22        Q.    So I didn't -- I didn't mean

23   to suggest one way or the other, I don't

24   think.

Ralph Zipper, M.D., FACOG, FPMRS

1        A.    So --

2        Q.    What I was -- here's my

3    question.

4        A.    I need clarification then.

5    When you say "regulatory," what do you

6    mean?

7        Q.    Sure.  Here's my questions.

8    You mentioned a lot of FDA regulation in

9    your Prolift report, correct?

10       A.    Because a massive portion of

11   the Prolift internal database on the

12   Crivella database involves a very lengthy

13   and bizarre regulatory process where they

14   came to market with a device that was

15   never cleared for the regulatory process.

16            And what's most important to

17   me about that plethora of internal

18   documentation is not some -- not so much

19   the deceptive nature of the interactions

20   between Ethicon and the FDA and how, in

21   doing so, they created misbranding.  To a

22   greater extent, it's the -- it is a

23   black-and-white, written acknowledgment

24   about what Ethicon knew about their

Ralph Zipper, M.D., FACOG, FPMRS

1    product in their interactions with the

2    FDA.  They're admitting everything they

3    know about their product, including a lot

4    of misleading statements.

5              And admitting all that has

6    nothing to do with the FDA.  They're

7    demonstrating that they have violated the

8    standards, worldwide standards, of

9    labeling, safety and efficacy that have

10   nothing to do with the FDA codes.

11         Q.    And when did you become --

12   or when do you believe you became an

13   expert in that regulatory process that

14   you just described?

15              MR. THORNBURGH:  Objection.

16              THE WITNESS:  Which process

17        are you talking about?

18   BY MR. TOMASELLI:

19         Q.    Well, you mentioned a

20   regulatory process regarding the

21   interactions with the FDA.  And so I'm

22   wondering when you became an expert in

23   that.

24              MR. THORNBURGH:  Objection.

Ralph Zipper, M.D., FACOG, FPMRS

```
1                    THE WITNESS:  You'd have to
2           ask the people that hired me when
3           they feel I became an expert.
4    BY MR. TOMASELLI:
5           Q.    Okay.  And can you take me
6    back and just give me a time frame of
7    when you've been hired to do that?
8           A.    I've worked with device
9    companies that overlapped labeling where
10   I was challenged with editing and making
11   labeling suggestions for many years,
12   dating back to probably the mid-2000s.
13                  Then I was required to
14   create regulatory-pathway opinions for my
15   own companies since probably 2010ish, and
16   over the last few years for other
17   people's companies.
18          Q.    Okay.  I do want to mark, as
19   I mentioned you to you earlier, some data
20   regarding Prosima.  Do you want to take a
21   quick break, and maybe it'll make it
22   quicker.
23                  MR. THORNBURGH:  How much
24          time is left?
```

Ralph Zipper, M.D., FACOG, FPMRS

```
 1           the previous mesh surgery and

 2           related complications.

 3    BY MR. TOMASELLI:

 4           Q.    All right.  You stated that

 5    you use a Y-mesh called Alyte, correct?

 6           A.    I -- that may not be the

 7    pronunciation, but yes.

 8           Q.    It is Alyte Y?

 9           A.    It's -- yes, it's either

10    Alyte or Alyte, yes.

11           Q.    All right.  And this is

12    manufactured and sold by a company called

13    Bard, correct?

14           A.    Yes.

15           Q.    Is it made of polypropylene?

16           A.    Yes.

17           Q.    Have you seen -- withdrawn.

18           Is it a macroporous

19    lightweight mesh?

20           A.    It is a --

21           MR. THORNBURGH:  Objection.

22           THE WITNESS:  -- large-pore

23           lightweight mesh.

24           ///
```

Ralph Zipper, M.D., FACOG, FPMRS

```
1    BY MR. TOMASELLI:

2         Q.    And do you know the weight

3    in grams per meters squared?

4                   MR. THORNBURGH:  Objection.

5                   THE WITNESS:  My

6              recollection is that it is in

7              the -- it's -- I'm not comfortable

8              giving you an exact number, but

9              it's my recollection it's either

10             in the -- it's in the low 20s or

11             less.

12   BY MR. TOMASELLI:

13        Q.    Do you know the pore size in

14   millimeters?

15        A.    It -- I believe the weight

16   and the pore size varies between the arms

17   and the sacral arm of the mesh.  Let's be

18   clear that the material defects

19   associated with polypropylene mesh,

20   although they continue to exist in the

21   use for sacrocolpopexy, the consequences

22   are dramatically different and much less

23   severe secondary to the fixation points

24   and the dissection required to place the
```

Ralph Zipper, M.D., FACOG, FPMRS

1    material.

2          Q.    Do you know the pore size of

3    Alyte Y in millimeters?

4          A.    I can't give you the exact

5    number today.  It is something I have

6    been familiar with in the past and can

7    easily be familiar with again.

8          Q.    When did you start using

9    Alyte Y-Mesh in ASC repair?

10         A.    I don't recall.

11         Q.    Do you know how it was

12   cleared or approved by the FDA, if at

13   all?

14              MR. THORNBURGH:  Objection.

15              THE WITNESS:  It is cleared.

16         I don't remember what the exact

17         nomenclature of the indication is.

18   BY MR. TOMASELLI:

19         Q.    Do you know when it was

20   cleared by the FDA?

21         A.    I do not.

22         Q.    Do you know if there were

23   any long-term randomized clinical trials

24   at the time of clearance by the FDA?

Ralph Zipper, M.D., FACOG, FPMRS

 1             MR. THORNBURGH:  Objection.

 2             THE WITNESS:  What would you

 3        consider long-term?

 4   BY MR. TOMASELLI:

 5        Q.    Let me modify the question.

 6             Are you aware of any

 7   randomized clinical trials with

 8   Alyte Y-Mesh at the time of approval or

 9   at the time of clearance by the FDA?

10        A.    I'm mostly aware --

11             MR. THORNBURGH:  Objection.

12             THE WITNESS:  -- of the fact

13        that there is an extended database

14        of the safety and efficacy of

15        abdominal sacrocolpopexy as well

16        as the relevant complications

17        associated with abdominal

18        sacrocolpopexy, and there is no

19        particular large-pore, lightweight

20        mesh that I believe is superior or

21        inferior when it comes to the

22        treatment of abdominal

23        sacrocolpopexy.

24             And although the material is

Ralph Zipper, M.D., FACOG, FPMRS

```
 1            effective and has significant

 2            complications, the risk/benefit

 3            ratio supports the use of

 4            lightweight, large-pore

 5            polypropylene mesh in the

 6            treatment of significant pelvic

 7            organ prolapse until such a time

 8            that a safer, more effective

 9            alternative is available.

10    BY MR. TOMASELLI:

11            Q.   Is Gynemesh PS included in

12    your last answer?

13                 MR. THORNBURGH:  Objection.

14                 THE WITNESS:  The material

15            defects -- actually, the answer is

16            no.

17    BY MR. TOMASELLI:

18            Q.   Okay.

19            A.   Because -- I'd like to

20    finish that.  Gynemesh PS is perhaps the

21    only mesh I'm aware of that has been

22    shown to be uniquely -- have a uniquely

23    negative impact on tissue.  Gynemesh PS

24    has been shown to actually eat away
```

Ralph Zipper, M.D., FACOG, FPMRS

1    tissue, to be catabolic to tissue.  It

2    has been shown to dramatically decrease

3    collagen, dramatically decrease elastin.

4    It has been shown to cause an 80 percent

5    decrease in the contraction of the vagina

6    when used in sacrocolpopexy.

7              So it is the one mesh,

8    Gynemesh PS, that has been shown to be

9    inferior to other meshes it's been

10   compared to and dangerous in comparison.

11   So I disagree with your statement.

12        Q.   I just want this particular

13   question:  Are you aware of any

14   randomized clinical trial with

15   Alyte Y-Mesh at the time of clearance or

16   approval by the FDA?

17        A.   I have not reviewed their

18   regulatory dossier.

19        Q.   Are you aware of any

20   prospective clinical data performed on

21   Alyte Y-Mesh prior to the FDA clearance

22   or approval?

23              MR. THORNBURGH:  Objection.

24              THE WITNESS:  Can you please

Ralph Zipper, M.D., FACOG, FPMRS

1             restate the question.

2    BY MR. TOMASELLI:

3             Q.    Sure.

4             Are you aware of any

5    prospective clinical data performed on

6    Alyte Y-Mesh prior to the clearance or

7    approval of the product?

8             A.    As stated just a few moments

9    ago --

10            Q.    I'm just asking if you're

11   aware.

12            A.    And I'm just giving -- to

13   answer that with a yes-or-no question

14   would be an incomplete answer, and I'm

15   not comfortable giving incomplete

16   answers.

17            Q.    You can say no, and then

18   "This is why it doesn't matter," or --

19            A.    Are you instructing me on

20   how to answer the question, sir?

21            Q.    I'm not.

22            A.    You just did.  I don't want

23   to be argumentative.

24            Q.    I'm not try to argue with

Ralph Zipper, M.D., FACOG, FPMRS

```
 1    you.  I'm really not.  I just have

 2    limited time, and so I just need to know

 3    whether you're aware of --

 4                THE WITNESS:  Well, can we

 5          extend his time by the three

 6          minutes it takes me to answer his

 7          question?

 8                MR. THORNBURGH:  Answer his

 9          question.  How much time is left

10          on the cross?

11                MR. TOMASELLI:  17 minutes.

12                MR. THORNBURGH:  Answer the

13          question the best way you have to

14          answer the question.

15                THE WITNESS:  Two wrongs

16          don't make a right, and just

17          because somebody got away with

18          something -- but the bottom line

19          is, before all this happened, we

20          trusted device companies to

21          provide us with adequate

22          information.  We believed that

23          device companies did the necessary

24          safety and efficacy testing.
```

Ralph Zipper, M.D., FACOG, FPMRS

1             By the time that this became

2       an issue, I already had a history

3       of using the product safely.  And

4       as stated earlier, the use of

5       polypropylene mesh for abdominal

6       sacrocolpopexy, with the exception

7       of Gynemesh PS, has a history that

8       demonstrates that the risk/benefit

9       analysis is meritorious compared

10      to other alternatives; and,

11      therefore, although companies may

12      not have done the randomized

13      controlled trials that they should

14      have done, the experiment has

15      happened in realtime, and it's

16      provided the necessary realtime

17      data.

18  BY MR. TOMASELLI:

19      Q.    Dr. Zipper, do you have or

20  have you reviewed the regulatory file

21  with the FDA and the correspondence

22  between Bard and the FDA regarding the

23  Alyte Y-Mesh?

24      A.    I have not.

Ralph Zipper, M.D., FACOG, FPMRS

1    Q.    Do you have internal memos

2    from Bard regarding the Alyte Y-Mesh?

3    A.    I do not.

4    Q.    Do you have any internal

5    e-mails from Bard regarding the Alyte

6    Y-Mesh?

7    A.    No.  In all fairness, I

8    would not look at those unless I was

9    retained as an expert to render an

10   opinion on that.

11   Q.    Have you -- have you asked

12   Bard for their regulatory file, internal

13   memos, or internal e-mails related to the

14   Alyte Y-Mesh?

15   A.    I have not.

16   Q.    Have you asked Bard for any

17   of their risk assessments that have been

18   performed, if any, internally regarding

19   the Alyte Y-Mesh?

20   A.    I have not.

21   Q.    Have you seen the material

22   safety data sheet for the Alyte Y-Mesh,

23   if there is one?

24        MR. THORNBURGH:  Objection.

Ralph Zipper, M.D., FACOG, FPMRS

1          REPORTER'S CERTIFICATE

2

3      STATE OF FLORIDA

4      COUNTY OF BREVARD

5

6              I, Rhonda Hall-Breuwet, RDR,

7      CRR, LCR, FPR, CLR, NCRA Realtime Systems

8      Administrator, Notary Public, certify

9      that I was authorized to and did

10     stenographically report the deposition of

11     RALPH ZIPPER, MD, FACOG, FPMRS.

12             I further certify that I am

13     not a relative, employee, attorney, or

14     counsel of any of the parties, nor am I a

15     relative or employee of any of the

16     parties' attorney or counsel connected

17     with the action, nor am I financially

18     interested in the action.

19             Dated this 4th day of

20     April, 2016.

21

22     _____

       Rhonda Hall-Breuwet, RDR, CRR, LCR, FPR, CLR,

23     NCRA Realtime Systems Administrator

24