IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C. R. BARD, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION    MDL 2187
_____

THIS DOCUMENT RELATES TO:

*Pack, et al. v. C. R. Bard, Inc., et al.*    *Civil Action No. 2:10-cv-01343*

ORDER

(Dismissing Defendant C. R. Bard, Inc. with Prejudice
and Transferring Case to MDL 2327)

On October 24, 2016 the plaintiffs and defendant C. R. Bard, Inc., ("Bard") filed a Joint Motion to Dismiss Defendant C. R. Bard, Inc. with Prejudice [ECF No. 12]. In the joint motion, the parties are seeking dismissal of Bard as a defendant in this action with prejudice because all claims against Bard have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiffs' Motion to Transfer MDLs for this case [ECF No. 12]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Bard with Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED**. Plaintiffs' counsel states in the Motion to Transfer that an Amended Short Form Complaint will be filed within 14 days of the filing of the Joint Motion. To date an Amended Short Form Complaint has not been filed. Plaintiffs' counsel is **DIRECTED** to file an Amended Short Form Complaint within fourteen (14) days of the date of this Order. Defendant Bard is **DISMISSED WITH PREJUDICE**

as a defendant in this action and this action is **TRANSFERRED** to MDL 2327. The Clerk is DIRECTED to disassociate the civil action as member case in MDL 2187 and re-associate it with MDL 2327.

The Clerk is further DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 27, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE