IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL NO. 2326
_____

THIS DOCUMENT RELATES TO CASE ATTACHED
HERETO AS EXHIBIT A

**ORDER**

(Dismissing Defendant Boston Scientific Corporation with Prejudice
and Transferring Case to MDL 2327)

Pending in MDL 2326, 2:12-md-2326 [ECF No. 4552], is a Joint Motion to Dismiss Defendant Boston Scientific Corporation with Prejudice filed by the plaintiff, identified in Exhibit A, (attached hereto) and Boston Scientific Corporation ("BSC") seeking dismissal of BSC as a defendant in this action with prejudice because all claims against BSC have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiff's Motion to Transfer MDLs for this case [ECF No. 4552]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss BSC with Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED.** Defendant BSC is **DISMISSED WITH PREJUDICE** as a defendant in the action listed in Exhibit A, this action is **TRANSFERRED** to MDL 2327, and the Clerk is directed to disassociate this civil action as a member case in MDL 2326 and re-associate it with MDL 2327.

Plaintiff's counsel states in the Motion to Transfer that an Amended Short Form Complaint will be filed within 14 days of the filing of the Joint Motion. To the extent the Amended Short Form Complaint has not been filed, plaintiff's counsel is **DIRECTED** to file an Amended Short

Form Complaint within the time frame stated in the motion.

  The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2326 and in the individual case listed in Exhibit A.

        ENTER: November 28, 2017

        _____
        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 14-cv-17313 | HOLLIDAY, Brenda L. vs. Boston Scientific Corporation, Johnson & Johnson, Ethicon, Inc., Ethicon, LLC |