IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                                MDL NO. 2326
_____

THIS DOCUMENT RELATES TO CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER

(Dismissing Defendant Boston Scientific Corporation with Prejudice
and Transferring Cases to MDL 2327)

Pending in MDL 2326, 2:12-md-2326 [ECF No. 4565], is a Joint Motion to Dismiss Defendant Boston Scientific Corporation with Prejudice filed by the plaintiffs, identified in Exhibit A, (attached hereto) and Boston Scientific Corporation ("BSC") seeking dismissal of BSC as a defendant in these actions with prejudice because all claims against BSC have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims.  Also pending is Plaintiffs' Motion to Transfer MDLs for these cases [ECF No. 4565].  After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss BSC with Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs is GRANTED.** Defendant BSC is **DISMISSED WITH PREJUDICE** as a defendant in the actions listed in Exhibit A, these actions are **TRANSFERRED** to MDL 2327, and the Clerk is directed to disassociate these civil actions as member cases in MDL 2326 and re-associate them with MDL 2327.

Plaintiffs' counsel states in the Motion to Transfer that an Amended Short Form Complaint will be filed within 14 days of the filing of the Joint Motion. To the extent the Amended Short Form Complaint has not been filed, plaintiffs' counsel is **DIRECTED** to file an Amended Short Form Complaint within the time frame stated in the motion.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2326 and in the individual cases listed in Exhibit A.

                        ENTER: November 29, 2017

                        _____
                        JOSEPH R. GOODWIN
                        UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| CASE NUMBER | CASE NAME |
| --- | --- |
| 15-cv-08345 | ARNOLD, Jacqueline vs. Boston Scientific Corporation, Ethicon, Inc., Johnson & Johnson |
| 16-cv-02777 | COFFELT, Tammy and Eric Coffelt vs. Boston Scientific Corporation, Johnson and Johnson, and Ethicon, Inc. |
| 15-cv-09114 | JOHNSON, Sherrie and Tremain Johnson vs. Boston Scientific Corporation, Ethicon, Inc., Johnson & Johnson |
| 16-cv-04640 | WICKLINE, Shelva J. and Gerry Wickline vs. Boston Scientific Corporation, Johnson & Johnson, and Ethicon, Inc. |

+