IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION        MDL NO. 2327

**O R D E R**
(Vacating Inactive Docket Order)

It is **ORDERED** that the Inactive Docket Order entered on November 14, 2017 [ECF No. 5051] is **VACATED**, but only as to the following member cases:

| | |
|---|---|
| *Longo v. Ethicon, Inc., et al.* | *Civil Action No. 2:12-cv-09266* |
| *Rugg v. Ethicon, Inc., et al.* | *Civil Action No. 2:14-cv-22078* |
| *Creek v. Ethicon, Inc., et al.* | *Civil Action No. 2:14-cv-28316* |
| *McNeil v. Ethicon, Inc., et al.* | *Civil Action No. 2:15-cv-04596* |
| *King v. Ethicon, Inc., et al.* | *Civil Action No. 2:15-cv-04633* |
| *Johnson v. Ethicon, Inc., et al.* | *Civil Action No. 2:15-cv-08464* |
| *Shepard v. Ethicon, Inc., et al.* | *Civil Action No. 2:16-cv-00397* |
| *Cyr v. Ethicon, Inc., et al. al.* | *Civil Action No. 2:16-cv-04446* |

which cases are listed on Exhibit A attached to the Inactive Docket Order.

The court **DIRECTS** the Clerk to keep the above listed cases as closed, as these cases were closed prior to the Inactive Docket Order, and file a copy of this order in 2:12-md-2327 and in each individual case listed above. The court further **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented party.

ENTER: December 4, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE