IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                                MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 5074], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: December 5, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

**EXHIBIT A**

| Civil Action Number | Last Name | First Name |
|---|---|---|
| 2:13-cv-10256 | Suarez | Arlie A. |
| 2:14-cv-00271 | Suarez | Dora |
| 2:15-cv-03992 | Suggs | Genese |
| 2:15-cv-12096 | Tester | Mary L. |
| 2:15-cv-12097 | Torolski, et al. | Nannette |
| 2:15-cv-12296 | Torres | Ines |
| 2:14-cv-29379 | Toscano | Maria |
| 2:15-cv-07811 | Trubia | Marge |
| 2:15-cv-12138 | Trude | Barbara |
| ~~2:14-cv-04563~~ | ~~Trujillo~~ | ~~Anhelita~~ |
| 2:12-cv-08766 | Turner | Deborah |
| 2:15-cv-11758 | Turner | Jean M. |
| 2:15-cv-04953 | Valdivia, et al. | Ana Maria |
| 2:15-cv-08649 | Valentine | Jeanine M. |
| 2:14-cv-15638 | Varner, et al. | Helen L. |
| 2:15-cv-11986 | Verret, et al. | Diann |
| 2:15-cv-12254 | Vigil | Toni Gayle |
| 2:15-cv-07815 | Wallace | Brie |
| ~~2:14-cv-04569~~ | ~~Waltrip~~ | ~~Renee Jamie~~ |
| ~~2:12-cv-03435~~ | ~~Ward, et al.~~ | ~~Patricia~~ |
| 2:15-cv-03882 | Washburn | Esther V. |
| 2:14-cv-02660 | Watrous | Erin K. |
| 2:15-cv-12398 | Weber | Sheila D. |
| ~~2:14-cv-14738~~ | ~~Weeks~~ | ~~Ellen~~ |
| 2:15-cv-12278 | Whitworth, et al. | Joan M. |
| 2:14-cv-06661 | Wiggins | Margaret B. |
| 2:15-cv-12286 | Wiley | Janet M. |
| 2:13-cv-04004 | Williams McCox | Barbara |
| 2:13-cv-01191 | Wilson | Josefinne |
| ~~2:14-cv-14739~~ | ~~Wilson~~ | ~~Susan~~ |
| 2:15-cv-12170 | Young, et al. | Linda |
| 2:14-cv-06688 | Zepeda | Michelle |
| 2:15-cv-12103 | Zizzo | Patricia A. |
| 2:15-CV-07128 | Zollman | Mary E. |