IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                           MDL NO. 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE ATTACHED EXHIBIT

ORDER

(Dismissing Ethicon Entities with Prejudice
and Transferring Cases to MDL 2326)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 5075], is a Joint Motion to Dismiss with Prejudice filed by the plaintiffs, identified in Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson (collectively the "Ethicon entities"), to the extent the Ethicon entities are named. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice.

After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. The Court additionally finds that the actions identified on Exhibit A should be transferred to MDL 2326 because Boston Scientific Corporation will be the only remaining defendant upon entry of this Order. To the extent Amended Short Form Complaints have not been filed, plaintiffs' counsel is **DIRECTED** to file the appropriate Amended Short Form Complaints within fourteen (14) days of the date of this Order. The Ethicon entities are **DISMISSED WITH PREJUDICE** as defendants in the actions listed in Exhibit A, these actions are

**TRANSFERRED** to MDL 2326, and the Clerk is **DIRECTED** to disassociate the civil actions as member cases in MDL 2327 and re-associate them with MDL 2326.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed in Exhibit A.

ENTER: December 5, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Civil Action Number | Last Name | First Name |
|---|---|---|
| ~~2:14-cv-03125~~ | ~~Williams~~ | ~~Constance~~ |
| ~~2:14-cv-15530~~ | ~~Jacobs~~ | ~~Frances~~ |
| 2:13-cv-00578 | Hall, et al. | Sonja M. |
| ~~2:14-cv-03620~~ | ~~Graham~~ | ~~Carrie~~ |
| 2:14-cv-06670 | Lombardi | Nicola |
| 2:14-cv-08605 | Yacko, et al. | Catherine E. |
| ~~2:14-cv-10120~~ | ~~Delbene~~ | ~~Patricia~~ |
| 2:14-cv-10202 | Latham | Marian Marvelle |
| ~~2:14-cv-15529~~ | ~~Lopez Moya~~ | ~~Maria Teresa~~ |
| 2:15-cv-03997 | Dewitt | Theda |
| 2:15-cv-05072 | Campos | Suzanne E. |
| 2:15-cv-11362 | Roxbury | The Estate of Pamela |
| 2:15-cv-11771 | Hernandez | Paula |
| 2:15-cv-11772 | Smith | Cathleen |
| 2:15-cv-12196 | Giamundo | Doreen E. |