IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                               MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

# ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 5073], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER:  December 5, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

**EXHIBIT A**

| Civil Action Number | Last Name | First Name |
|---|---|---|
| 2:14-cv-30237 | Aaron | Rhonda K. |
| 2:15-cv-03250 | Albrecht | Catherine C. |
| 2:15-cv-12387 | Alcorta | Janie |
| 2:14-cv-08577 | Alexander | Rebecca F. |
| 2:14-cv-07788 | Alsbury, et al. | Kathleen A. |
| 2:15-cv-04898 | Amorando. et al. | Jennifer |
| ~~2:13-cv-27721~~ | ~~Anders~~ | ~~Tracy~~ |
| 2:15-cv-08638 | Argandona | Laura |
| 2:13-cv-11452 | Argrave | Vikki |
| ~~2:14-cv-13231~~ | ~~Arrieta~~ | ~~Zully~~ |
| 2:14-cv-08580 | Bacon, et al. | Phyllis J. |
| 2:14-cv-02149 | Baigen, et al. | Clotilde |
| ~~2:14-cv-13233~~ | ~~Bailes~~ | ~~Frances~~ |
| 2:12-cv-03438 | Bailey, et al. | Gloria |
| ~~2:13-cv-28653~~ | ~~Baker~~ | ~~Patricia~~ |
| 2:15-cv-04202 | Baker | Ellen |
| 2:15-cv-07029 | Balboa | Rena |
| ~~2:14-cv-03276~~ | ~~Bales~~ | ~~Mary~~ |
| 2:13-cv-24594 | Balino, et al. | Lorena |
| 2:12-cv-08760 | Beckwith | Corrine |
| 2:15-cv-11677 | Bernal, et al. | Alicia |
| 2:15-cv-12050 | Bessinger, et al. | Mary L. |
| 2:12-cv-09563 | Boardwine, et al. | Robin |
| 2:14-cv-06592 | Bradley | Virginia J. |
| 2:15-cv-02076 | Briseno, et al. | Adela |
| 2:12-cv-02498 | Brown | The Estate of Martha |
| 2:12-cv-09948 | Brown, et al. | Sandy |
| ~~2:14-cv-03330~~ | ~~Bullard~~ | ~~Helen~~ |
| 2:15-cv-12022 | Butler | Vicki R. |
| 2:15-cv-04949 | Cabrera | San Juanita |
| 2:14-cv-02626 | Calvert | Daphne R. |
| 2:14-cv-05671 | Campbell | Melissa |
| 2:15-cv-05066 | Campbell | Evanderlene |
| ~~2:14-cv-03384~~ | ~~Cartrette~~ | ~~Lena~~ |
| ~~2:14-cv-31485~~ | ~~Castellano~~ | ~~Maria~~ |

| | | |
|---|---|---|
| 2:14-cv-02094 | Christian | Yvonne C. |
| 2:15-cv-12059 | Clerico, et al. | Emelia |
| 2:13-cv-11555 | Cobb | Linda F. |
| 2:15-cv-08496 | Colangelo | Laura L. |
| 2:12-cv-09526 | Coleman | Ashley |
| 2:15-cv-12241 | Contreras, et al. | Ivonne J. |
| ~~2:14-cv-03389~~ | ~~Cooper~~ | ~~Judith~~ |
| 2:15-cv-08887 | Cooper | Kathy M. |
| ~~2:14-cv-03391~~ | ~~Counts~~ | ~~Brenda~~ |
| 2:12-cv-03808 | Cox, et al. | Laura |
| 2:12-cv-02950 | Creel, et al. | Inez |
| 2:15-cv-12122 | Croft, et al. | Sheila |
| 2:12-cv-07059 | Crumley, et al | Billie R. |
| 2:13-cv-09938 | Cueto | Angelina |
| 2:14-cv-08585 | Davidson, et al. | Dianne E. |
| 2:14-cv-08589 | Davis | Elizabeth F. |
| 2:15-cv-11497 | Dawson | Marguerite L. |
| 2:15-cv-12298 | Dawson | Beverly A. |
| 2:14-cv-08543 | Dayss, et al. | Blanca |
| 2:14-cv-23936 | DeBeaux | Ronda J. |
| 2:15-cv-11948 | Delahoz | Luz |
| 2:15-cv-07020 | Delgado | Candelario |
| 2:13-cv-10251 | Denham, et al. | Janet L. |
| 2:13-cv-00603 | Dennis | Debbie |
| 2:13-cv-01695 | Diaz-Lugo | Miriam |
| 2:14-cv-01989 | Downing | Lani |
| 2:15-cv-05535 | Drawl | Lori |
| 2:15-cv-12242 | Duarte Perez | Olga |
| ~~2:13-cv-32047~~ | ~~Dubey~~ | ~~Kathleen C.~~ |
| 2:12-cv-03804 | Duncan | Darlene |
| 2:15-cv-08475 | Earle | Virginia |
| 2:15-cv-08799 | Edwards | The Estate of Dianna |
| 2:12-cv-03393 | Elms, et al. | The Estate of Jo |
| 2:15-cv-11410 | Epps | Danielle L. |
| 2:15-cv-06962 | Ester | Tobias |
| 2:15-cv-12244 | Everett | Colleen M. |
| 2:12-cv-06344 | Falor | Annette |
| 2:14-cv-01994 | Faulkenbury, et al. | Lucille |
| 2:14-cv-02205 | Fawcett | Helen |

| | | |
|---|---|---|
| 2:15-cv-12245 | Fernandez | Norma |
| 2:15-cv-03067 | Ferrara, et al. | Yolanda |
| 2:15-cv-08804 | Findley | Joan G. |
| 2:13-cv-03853 | Flannary | Joyce |
| 2:15-cv-08796 | Flores, et al. | Guadalupe |
| 2:14-cv-01134 | Fontaine | Toni K. |
| 2:15-cv-12218 | Frankovich | Sharon E. |
| 2:13-cv-30429 | Galindo, et al. | Janie M. |
| ~~2:13-cv-32075~~ | ~~Garcia~~ | ~~Isabel I.~~ |
| 2:13-cv-03869 | Gaspard, et al. | Debra |
| 2:13-cv-25250 | Gbayisomore | Carmen M. |
| 2:15-cv-12123 | Gebhart, et al. | Barbara |
| 2:15-cv-12131 | Gonzalez, et al. | Susie L. |
| 2:14-cv-08592 | Griffin, et al. | Myra Charlene |
| 2:15-cv-09776 | Griffin | Frances R. |
| 2:12-cv-05332 | Gum (Efferson), et al. | Clara M. |
| 2:13-cv-00577 | Haley | Sheilda L. |
| 2:15-cv-04999 | Hall | Susan |
| 2:15-cv-12075 | Hall | Jamie |
| ~~2:14-cv-03624~~ | ~~Hamilton~~ | ~~Linda~~ |
| 2:14-cv-01225 | Hannemann, et al. | Hope Charlotte |
| 2:15-cv-12024 | Hargrove | Lillian H. |
| 2:13-cv-02888 | Harry | Tonya |
| 2:15-cv-12247 | Hawthorne | Winnie |
| 2:15-cv-09469 | Hendrickson Winter | Barbara |
| 2:15-cv-03628 | Hern, et al. | Stephanie A. |
| 2:15-cv-09191 | Hess, et al. | Ida |
| 2:15-cv-11446 | Hickman | Janet |
| 2:15-cv-11885 | Hodge | Donna |
| 2:15-cv-12203 | Honeycutt, et al. | Barbara |
| 2:15-cv-05537 | Hopkins | Mary |
| 2:15-cv-12192 | Howell | Linda Lee |
| 2:14-cv-10201 | Hubbard, et al. | Sandra L. |
| 2:12-cv-04381 | Hurst, et al. | Juanita |
| ~~2:14-cv-04196~~ | ~~Hutchison~~ | ~~Misty~~ |
| 2:15-cv-08889 | Hyett-Watson, et al. | Rhonda |
| 2:13-cv-32206 | Johnson | Sybil |
| 2:14-cv-01232 | Johnson | Peggy S. |
| 2:14-cv-07793 | Johnson | Betty L. |

| | | |
|---|---|---|
| 2:15-cv-03988 | Johnson, et al. | Theresa A. |
| 2:15-cv-04891 | Johnson-Kidd | Amy |
| 2:15-cv-12080 | Jordan, et al. | Linda |
| 2:14-cv-23878 | Jounakos | Karen |
| 2:15-cv-12081 | Kennedy, et al. | Dorothy B. |
| 2:15-cv-08655 | Kirbie, et al. | Beverly S. |
| 2:13-cv-00582 | Koontz, et al. | Angela |
| ~~2:14-cv-04268~~ | ~~Kurelmeyer~~ | ~~Alta~~ |
| 2:15-cv-12328 | Lamoreaux | Joan |
| 2:14-cv-25297 | Larussa, et al. | Nelda J. |
| 2:14-cv-02065 | Lebel | Rose Marie |
| ~~2:14-cv-14688~~ | ~~Lent~~ | ~~Taffnie~~ |
| ~~2:15-cv-12099~~ | ~~Leonard~~ | ~~Betty~~ |
| 2:15-cv-10121 | Lewis | Margaret |
| 2:15-cv-12289 | Lewis | Dorthy L. |
| 2:15-cv-06174 | Lovellette, et al. | Melinda K. |
| 2:13-cv-31922 | Lugo Nieves, et al. | Francisca |
| 2:12-cv-09212 | Maler, et al. | Brigitte |
| 2:15-cv-03415 | Manion | Trisha B. |
| 2:15-cv-10166 | Maples, et al. | Linda J. |
| 2:14-cv-03945 | Marmolejo | Fabiola |
| 2:15-cv-02991 | Marshall | Tina |
| 2:14-cv-04312 | Marsick, et al. | Karin L. |
| 2:15-cv-07914 | Martinez | Guadalupe |
| 2:15-cv-12176 | Mattingly | The Estate of Martha C. |
| ~~2:14-cv-04355~~ | ~~Mauzey~~ | ~~Gayle~~ |
| 2:12-cv-09390 | McCann-Devivo, et al. | Patsy |
| 2:15-cv-11644 | McCorkle | Sandra L. |
| 2:13-cv-03979 | McCulley, et al. | Alice |
| 2:12-cv-04978 | McDaniel | The Estate of Nancy |
| 2:15-cv-03683 | McGlamory, et al. | Wanda K. |
| 2:14-cv-02221 | McLendon, et al. | Wanda S. |
| 2:14-cv-06358 | Medina Osoria, et al. | Dora A. |
| 2:15-cv-06960 | Miller, et al. | Roxana D. |
| 2:14-cv-29336 | Moody | Cheryl |
| 2:12-cv-09410 | Moore, et al. | Bethany A. |
| 2:14-cv-04889 | Mora | Maria R. |
| 2:12-cv-03434 | Morgan (Baker) | Bunny |
| 2:15-cv-12227 | Nauman | Sheila |

| | | |
|---|---|---|
| 2:15-cv-08131 | Neal | Cinda |
| 2:13-cv-25196 | Nelson (Shockley) | Mona D. |
| 2:12-cv-05329 | Newcomb | Jearld |
| 2:13-cv-09520 | Newell | Charlene |
| 2:15-cv-12342 | Noto, et al. | Joan |
| 2:13-cv-32489 | Parker, et al. | Sarah E. |
| 2:12-cv-00860 | Pelton | Shirley |
| 2:14-cv-29906 | Pendergrass, et al. | Betty J. |
| 2:12-cv-07065 | Pendleton | Sheila |
| 2:13-cv-09516 | Peters-Johnson | Michele |
| 2:12-cv-04382 | Pontiff, et al. | Rhonda |
| 2:15-cv-12000 | Poole | Stacie M. |
| 2:14-cv-02225 | Potts, et al. | Patricia |
| 2:14-cv-23893 | Prael, et al. | Suzanne R. |
| 2:15-cv-12231 | Quesada, et al. | Yaime |
| 2:14-cv-02131 | Ramos | Elizabeth |
| 2:15-cv-07714 | Ramos, et al. | Rosa |
| 2:14-cv-29764 | Reale | Eula M. |
| 2:13-cv-00589 | Reams | Marcia |
| 2:13-cv-01701 | Reding | Anita |
| 2:15-cv-11507 | Reese, et al. | Frances |
| 2:13-cv-00091 | Richardson, et al. | Barbara J. |
| 2:15-cv-11962 | Rivera | Nereida |
| 2:14-cv-04044 | Roberts, et al. | Diana L. |
| 2:14-CV-29507 | Rodriguez, et al. | Blanca |
| 2:15-cv-12207 | Russell | Jo E. |
| 2:15-cv-10172 | Rutt | Karen A. |
| ~~2:14-cv-04486~~ | ~~Sackett~~ | ~~Petra~~ |
| 2:15-CV-03435 | Sander | Cheryl |
| 2:15-cv-12329 | Sandoval, et al. | Maria C. |
| 2:14-CV-29958 | Santa Cruz, et al. | Martha A. |
| 2:15-cv-12510 | Santos | Altagracia |
| 2:14-CV-10209 | Savage | Verlinda S. |
| 2:14-CV-06388 | Scates, et al. | Joanne |
| 2:14-cv-02233 | Sciarra | Margaret M. |
| 2:14-cv-05733 | Sexton, et al. | Mary |
| 2:15-cv-08890 | Shanklin, et al. | Donna D. |
| 2:12-cv-07068 | Skerlick, et al. | Madelene |
| 2:14-cv-06391 | Slattery | Janet A. |

| | | |
|---|---|---|
| 2:14-cv-02103 | Smith, et al. | Evelyn R. |
| ~~2:14-cv-14731~~ | ~~Smith~~ | ~~Benita~~ |
| 2:15-cv-10157 | Smith | Gail |
| 2:15-CV-03996 | Smithart | Faye M. |
| 2:15-cv-11985 | Soto | Veronica |
| 2:14-cv-03986 | Stanley | Judith E. |
| 2:15-cv-08878 | Staula, et al. | Roberta |
| ~~2:14-cv-14734~~ | ~~Stepp~~ | ~~Theresa~~ |
| ~~2:13-cv-27744~~ | ~~Stickley~~ | ~~Kaethe~~ |