APPROVED and SO ORDERED.
ENTER: 12/8/2017

*Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: COOK MEDICAL, INC. PELVIC REPAIR
SYSTEMS PRODUCTS LIABILITY LITIGATION                    MDL No. 2440

THIS DOCUMENT RELATES TO:

*Cecilia Avila v. Cook Incorporated, et al.*                     JOSEPH R. GOODWIN
Case No. 2:14-cv-22606                                     U.S. DISTRICT JUDGE

## MOTION TO TRANSFER MDL

COME NOW Cook Incorporated, Cook Biotech, Inc., and Cook Medical, Inc. (the "Cook

Defendants"), by and through the undersigned counsel, and move the court to transfer this

member case from MDL 2440, In Re: Cook Medical, Inc., Pelvic Repair System Products

Liability Litigation, to:

MDL 2327, Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff herein filed a Short Form Complaint in MDL 2440 against the Cook Defendants,

and others.  Because the Cook Defendants named in the Short Form Complaint are no longer

named defendants in this member case, Cook Defendants respectfully request that the Court: 1)

grant the motion to transfer this civil action from MDL 2440 to MDL 2327; and 2) direct the

Clerk to disassociate this civil action as a member case in MDL 2440 and re-associate it with

MDL 2327.

Dated: December 5, 2017

/s/ John T. Schlafer
John T. Schlafer (ISBN: 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel: (317) 237-0300
Fax: (317) 237-1000
john.schlafer@faegrebd.com

*Attorney for Defendants*, Cook
*Incorporated, Cook Biotech, Inc. and Cook*
*Medical, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 5, 2017, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will send notification of such filing to the CM/ECF

participants registered to receive service in this member case.

<u>/s/ John T. Schlafer</u>