# EXHIBIT D

```
 1       IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
            FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
 2                    CIVIL TRIAL DIVISION

 3     _____
                                      :
 4     IN RE: PELVIC MESH LITIGATION  :
       _____:
 5
       PATRICIA HAMMONS,              : MAY TERM, 2013
 6              Plaintiff             :
                                      :
 7                                    :
             v.                       :
 8                                    :
                                      :
 9     ETHICON, INC., et al.,         :
                Defendants            : NO. 3913
10
                         -  -  -
11            WEDNESDAY, DECEMBER 9, 2015
                         -  -  -
12

13                   COURTROOM 246
                      CITY HALL
14             PHILADELPHIA, PENNSYLVANIA

15                       -  -  -

16      B E F O R E:  THE HONORABLE MARK I. BERNSTEIN, J.,
                         and a Jury
17                       -  -  -

18
                   JURY TRIAL - VOLUME VII
19

20                    MORNING SESSION

21

22      REPORTED BY:
           JOHN J. KURZ, RMR, CRR
23         REGISTERED MERIT REPORTER
           CERTIFIED REALTIME REPORTER
24         OFFICIAL COURT REPORTER

25
```

Case 2:12-md-02327 Document 5124-2 Filed 12/08/17 Page 3 of 5 PageID #: 160154
Case 2:12-md-02327 Document 2190-2 Filed 05/10/16 Page 3 of 5 PageID #: 67623

14

*- RALPH ZIPPER, M.D. - VOIR DIRE -*

```
 1  A.    I think this is going to be 20 years.
 2  Q.    And are you board certified, sir?
 3  A.    Yes, I am.
 4  Q.    And in what are you board certified?
 5  A.    I am board certified in obstetrics and
 6  gynecology and I am board certified in
 7  urogynecology.  The board is called Female Pelvic
 8  Medicine and Reconstructive Surgery.
 9  Q.    Dr. Zipper, are you one of these doctors who
10  does a lot of research and writes hundreds of papers
11  or are you one of these doctors who's in the
12  operating room and with patients?
13  A.    I'm the guy in the trenches with the sleeves
14  rolled up.  I treat a lot of patients.  I read a lot
15  of papers.
16  Q.    But have you, in fact, published in the medical
17  literature; at least a little bit?
18  A.    A tiny bit, yes.  I'm not a big publisher.
19  I've taken care of patients.  I do a lot of
20  teaching.  I've trained a great number of surgeons
21  and fellows, but, no, I'm down seeing patients and
22  doing surgery.
23  Q.    Okay.  Tell us about how many pelvic
24  reconstructive surgeries you've done in the last 20
25  years.
```

Case 2:12-md-02327 Document 5124-2 Filed 12/08/17 Page 4 of 5 PageID #: 160155
Case 2:12-md-02327 Document 2190-2 Filed 05/10/16 Page 4 of 5 PageID #: 67021
15
— RALPH ZIPPER, M.D. — VOIR DIRE —

1  A.    Thousands.
2  Q.    And how many of those have been for pelvic
3  organ prolapse, which is the condition we're talking
4  about in this case?
5  A.    The majority.  This is what I do for a living.
6  I treat women with pelvic organ prolapse and bladder
7  problems.  So if I'm in the operating room, I'm
8  either doing a surgery for pelvic organ prolapse, a
9  surgery for urinary incontinence, or I'm dealing
10 with the complications of those surgeries.
11 Q.    There has been some discussion about various
12 surgical modalities for the treatment of pelvic
13 organ prolapse.  I think there's been discussion
14 about the procedure where you just use stitches; is
15 that correct?
16 A.    Yes.  You may hear me today call that native
17 tissue surgery or suture surgery; but, yes, I do
18 that.
19 Q.    Is that also called colporrhaphy?
20 A.    Yes; anterior colporrhaphy.  Colporrhaphy, yes.
21              MR. SPECTER:  And if I may ask you to
22     hand this up to the witness, please.
23 BY MR. SPECTER:
24 Q.    Could you identify that object, sir?
25 A.    This is a Prolene suture with a needle.

Case 2:12-md-02327 Document 5124-4 Filed 12/08/17 Page 5 of 5 PageID #: 160156
Case 2:12-md-02327 Document 2190-2 Filed 05/10/16 Page 5 of 5 PageID #: 67625

27

- RALPH ZIPPER, M.D. - DIRECT -

```
 1      about biomaterials and mesh degradation, we'd
 2      object on qualifications.
 3                THE COURT:  Any further questions?
 4                MR. ISMAIL:  No, Your Honor.
 5                THE COURT:  Any further questions?
 6                MR. SPECTER:  No, Your Honor.
 7                THE COURT:  The witness is qualified
 8      to provide expert opinion testimony in his
 9      fields of expertise.  Your objection at this
10      time is overruled.
11                In the event that there is testimony
12      presented that you think is outside of the
13      qualifications, you should object at that time.
14                MR. ISMAIL:  Thank you, Your Honor.
15                THE COURT:  Proceed.
16                MR. SPECTER:  Thank you.
17                         -  -  -
18                   DIRECT EXAMINATION
19                         -  -  -
20  BY MR. SPECTER:
21  Q.   Dr. Zipper, at our request, did you review an
22  enormous mass of materials relating to Patricia
23  Hammons and the Prolift and vaginal mesh in general?
24  A.   Can you restate that question, Mr. Specter?
25  Q.   At the request of our office, did you review an
```