IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC SUPPORT SYSTEM
    PRODUCTS LIABILITY LITIGATION           MDL NO. 2327

## ORDER
(Vacating Inactive Docket Order)

It is **ORDERED** that the Inactive Docket Order entered on December 6, 2017 [ECF No. 4796] is **VACATED**, but only as to the inactive status of the following member case: *Civil Action No. 2:13-cv-00479* which case is listed on Exhibit A attached to the order.

The court **DIRECTS** the Clerk to place the above listed cases back on the active docket and file a copy of this order in 2:12-md-2327 and in the individual case listed above. The court further **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented party.

ENTER: December 8, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE