**STRICKEN PURSUANT TO THE #5143 ORDER ENTERED 12/12/2017**

EXHIBIT A
SANDERS PHILLIPS GROSSMAN

| Case No. | Plaintiff Name (Last) | Plaintiff Name (First) |
|---|---|---|
| 2:15-cv- 07755 | Abbott | Jennifer |
| 2:14-cv-19343 | Adams | Gloria |
| 2:16-cv-11564 | Adams | Kimberley |
| 2:16-cv-08833 | Adams | Mary |
| 2:16-cv-08111 | Adams | Michelle |
| 2:14-cv-22045 | Addison | Sharon |
| 2:14-cv-19270 | Adkins | Sonja |
| 2:16-cv-11510 | Aguilar | Lucille |
| 2:15-cv-07757 | Ahlquist | Judith |
| 2:16-cv-08928 | Aiken | Karen |
| 2:16-cv-11353 | Ali | Naimah |
| 2:14-cv-19344 | Allen | Karen |
| 2:14-cv-22144 | Allen | Teresa |
| 2:16-cv-12604 | Anasco | Elisa |
| 2:16-cv-08809 | Anderson | Kimberly |
| 2:16-cv-11818 | Anderson | Merlene |
| 2:16-cv-08066 | Andrews | Patricia |
| 2:16-cv-05944 | Askew | Charlotte |
| 2:16-cv-11359 | Avina | Ninfa |
| 2:16-cv-08839 | Ayala | Rosaura |
| 2:16-cv-08386 | Bacon Croy | Michelle |
| 2:16-cv-12123 | Bailey | Luedell |
| 2:16-cv-00368 | Bailey | Rebecca |
| 2:16-cv-08761 | Bailey | Sharon |
| 2:15-cv-07797 | Baker | Glenda |
| 2:15-cv-11020 | Baranowski | Jackie |
| 2:16-cv-04737 | Barrios Torres | Nydia |
| 2:15-cv-07804 | Bartlett | Katharine |
| 2:16-cv-02239 | Bates | Connie |
| 2:16-cv-05063 | Beal | Brenda |
| 2:16-cv-08930 | Beatty | Ellen A. |
| 2:16-cv-08542 | Bechtel | Melissa |
| 2:16-cv-02252 | Beck | Heather |
| 2:16-cv-07746 | Bell | Mildred |
| 2:16-cv-08289 | Bennet | Sabrina |
| 2:14-cv-19898 | Bennett | Alice |
| 2:16-cv-08820 | Bennett | Debra |
| 2:16-cv-12505 | Bennett | Sadie |
| 2:15-cv-11023 | Bernas | Eulalia |
| 2:16-cv-11988 | Bertrand | Bridget |

**STRICKEN PURSUANT TO THE #5143 ORDER ENTERED 12/12/2017**

| | | |
|---|---|---|
| 2:16-cv-08541 | Biles | Rebecca |
| 2:16-cv-07304 | Billings | Mary |
| 2:16-cv-08544 | Bishop | Deborah |
| 2:16-cv-11792 | Blackwell | Bernice Sue |
| 2:16-cv-12658 | Blakeman | Jennifer |
| 2:16-cv-12114 | Blakley | Lynn |
| 2:16-cv-08667 | Bledsoe | Tanya M. |
| 2:16-cv-06754 | Bogardus | Janice |
| 2:16-cv-08563 | Boruff | Barbara |
| 2:14-cv-19903 | Bousquet | Patricia |
| 2:16-cv-08929 | Bowling | Amanda |
| 2:15-cv-09445 | Boyd | Lorraine |
| 2:16-cv-12079 | Boyd Lawson | Cassandra |
| 2:15-cv-07825 | Boyden | Barbara |
| 2:14-cv-23523 | Boyer | Stephanie |
| 2:16-cv-04694 | Boyster | Sheilah |
| 2:16-cv-08625 | Brattain | Joyce |
| 2:16-cv-12080 | Bridgeman | Sherry |
| 2:15-cv-07844 | Brooks | Dora Leigh |
| 2:16-cv-11352 | Brooks | Edna (deceased) |
| 2:16-cv-00561 | Broquet - McKinzie | Patricia Elaine |
| 2:14-cv-19919 | Brown | Bonnie |
| 2:16-cv-09445 | Brown | Gwendolyn |
| 2:14-cv-19931 | Bruce | Janis |
| 2:15-cv-07846 | Bruder | Patricia |
| 2:15-cv-11025 | Bryant | Connie |
| 2:16-cv-12081 | Buchanan | Anne |
| 2:15-cv-07848 | Buchholz | Brenda |
| 2:14-cv-19932 | Burnat | Lillian |
| 2:16-cv-11696 | Burnett | Amanda |
| 2:16-cv-05009 | Burns | Kimberly |
| 2:14-cv-27263 | Burris | April |
| 2:15-cv-11026 | Burriss (Deceased) | Maye |
| 2:16-cv-02255 | Bush | Mary Kathryn |
| 2:16-cv-09444 | Byard | Iris |
| 2:16-cv-08119 | Byrd | Monica |
| 2:16-cv-07630 | Caban | Iris |
| 2:16-cv-12374 | Calderon | Mary |
| 2:16-cv-07309 | Caldwell | Deborah |
| 2:16-cv-06823 | Caldwell | Kathy |
| 2:14-cv-19938 | Campbell | Barbara |
| 2:16-cv-05946 | Canaday | Connie |
| 2:14-cv-23530 | Canales | Noelia |

**STRICKEN PURSUANT TO THE #5143 ORDER ENTERED 12/12/2017**

| | | |
|---|---|---|
| 2:16-cv-07962 | Cantrell | Connie |
| 2:16-cv-12083 | Cantwell | Linda |
| 2:14-cv-19948 | Caraballo | Yolanda |
| 2:16-cv-07707 | Cardenas | Isabel |
| 2:16 cv 02837 | Cardoso (Deceased) | Obdulia M |
| 2:16-cv-08355 | Carey | Catherine |
| 2:16-cv-08353 | Carmichael | Melanie |
| 2:16-cv-07971 | Caro | Rebecca |
| 2:16-cv-08072 | Carter | Margie |
| 2:16-cv-12201 | Castro | Florence (Deceased) |
| 2:15-cv-11027 | Cawley | Claudette |
| 2:14-cv-19958 | Chico | Jessica |
| 2:16-cv-12084 | Christoloveon | Nancy A. |
| 2:16-cv-07973 | Cimmiyotti | Frances Renae |
| 2:14-cv-23539 | Clark | Sally |
| 2:16-cv-11940 | Clifford | Barbara |
| 2:15-cv-15553 | Clune | Deborah |
| 2:16-cv-11824 | Coffman | Mary D. |
| 2:16-cv-08609 | Colburn | Frankie Holuba |
| 2:16-cv-12402 | Cole | Shirley |
| 2:14-cv-19962 | Collomp | Jennifer |
| 2:15-cv-11029 | Considine | Alicia |
| 2:15-cv-07741 | Cooper | Jackie |
| 2:14-cv-20464 | Corbett | Mary |
| 2:15-cv-08121 | Correa | Evelyn |
| 2:16-cv-00460 | Correro | Geneva |
| 2:16-cv-06752 | Coughlan | Maureen |
| 2:16-cv-12504 | Cox | Linda |
| 2:15-cv-08123 | Crance | Elizabeth |
| 2:15-cv-08124 | Crepeau | Mary |
| 2:15-cv-08125 | Cronin | Marion |
| 2:16-cv-08537 | Cuffee | Roshale |
| 2:14-cv-23559 | Culbreth | Anna |
| 2:15-cv-08127 | Cullen | Margaret |
| 2:14-cv-22679 | Curran | Mary |
| 2:16-cv-00560 | Currier | Carol A. |
| 2:16-cv-00664 | Dallas | Jennifer |
| 2:14-cv-19977 | Daly | Marilyn A. |
| 2:16-cv-07911 | Dario | Joan |
| 2:16-cv-12031 | Davies | Miriam |
| 2:16-cv-11683 | Davila | Leticia |
| 2:14-cv-20466 | Davis | Alfreida |

**STRICKEN PURSUANT TO THE #5143 ORDER ENTERED 12/12/2017**

| | | |
|---|---|---|
| 2:15-cv-08166 | Day | Janice |
| 2:16-cv-07429 | Debeaudry | Kathy |
| 2:14-cv-20059 | Delay | Belinda |
| 2:15-cv-15554 | Detour | Janet |
| 2:16-cv-07307 | Deziel | Jennifer Ann |
| 2:16-cv-00293 | Dodd | Angelia |
| 2:16-CV-11809 | Dodds | Karol |
| 2:14-cv-19269 | Domfort | Sharon |
| 2:16-cv-07311 | Donofiro | Denise |
| 2:15-cv-11030 | Donohue | Beatrice |
| 2:16-cv-12409 | Dotson | Sally |
| 2:15-cv-08233 | Dougherty | Pennie |
| 2:16-cv-05011 | Douglas | Rosemary |
| 2:16-cv-10645 | Downing | Sandra |
| 2:14-cv-19382 | Doyle | Kathy |
| 2:15-cv-08237 | Drake | Freda |
| 2:15-cv-08238 | Dubreuil | Carolyn |
| 2:16cv11351 | Dudley | Cynthia |
| 2:16-cv-11682 | Duncan | Mary |
| 2:16cv11357 | Duran | Sandra |
| 2:14-cv-20090 | Eagen | Laura |
| 2:14-cv-20098 | Ebinger | Laquita |
| 2:16-cv-12143 | Eckstein | Sherry |
| 2:14-cv-23570 | Edmonds | Doris |
| 2:16-cv-12366 | Edwards | Betty |
| 2:16-cv-08819 | Edwards | Mary Elaine |
| 2:16-cv-04914 | Eicher | Donna |
| 2:16-cv-12414 | Eidson | Rose |
| 2:14-cv-22119 | Ellis | Laura |
| 2:16-cv-05928 | Ellsworth | Michele |
| 2:16-cv-05160 | Evans | Deborah A |
| 2:16-cv-00716 | Failer | Tricia |
| 2:16-cv-08622 | Falkner | Alyce |
| 2:16-cv-09440 | Farley | Kathleen |
| 2:16-cv-11569 | Ferreira | Melva |
| 2:16-cv-08800 | Finerson | Edna |
| 2:15-cv-08280 | Flynn | Mary |
| 2:16-cv-08618 | Francis | Leticia |
| 2:16-cv-08517 | Frazier | Charlotte |
| 2:16-cv-00377 | Freelove | Caryn |
| 2:16-cv-08840 | French | Mary |
| 2:16-cv-02351 | Frew | Merri |
| 2:16-cv-11685 | Fuller | Cynthia |

**STRICKEN PURSUANT TO THE #5143 ORDER ENTERED 12/12/2017**

| | | |
|---|---|---|
| 2:16-cv-07308 | Fuller | Laura |
| 2:16-cv-00453 | Gaines | Heidi |
| 2:16-cv-08288 | Galindez | Dorisabel |
| 2:17-cv-01083 | Gammon | Shannon |
| 2:14-cv-19251 | Garcia | Josefina |
| 2:16-cv-05941 | Gardiner | Marion |
| 2:16-cv-08067 | Gardner | Bobbie |
| 2:15-cv-09485 | Garrett | Dianne |
| 2:16-cv-08925 | Gearhart | Arletta |
| 2:16-cv-04953 | Giebell | Cheryl |
| 2:16-cv-08813 | Gill | Gina R. |
| 2:16-cv-08123 | Glass | Sharon |
| 2:16-cv-08672 | Glezen | Mary B |
| 2:15-cv-15555 | Goble | Beverly |
| 2:16-cv-08666 | Godschalk | Laurie |
| 2:16-cv-07777 | Goens | Netta |
| 2:15-cv-09486 | Goetter | Donna |
| 2:16-cv-11925 | Goetz | Laura |
| 2:16-cv-10534 | Goforth | Debra |
| 2:16-cv-04837 | Gomez | Rebecca |
| 2:14-cv-22110 | Gonzalez | Nilsa |
| 2:14-cv-20189 | Gonzalez | Stella |
| 2:16-cv-08722 | Goodman | Jane |
| 2:16-cv-00771 | Goodrich | Colleen |
| 2:14-cv-19385 | Gordon | Vickie |
| 2:14-cv-19236 | Grader | Lori |
| 2:16-cv-12033 | Graham Roberts | Evangeline |
| 2:16-cv-12368 | Grates | Cindy |
| 2:16-cv-11361 | Green | Jill |