**STRICKEN PURSUANT TO THE #5143 ORDER ENTERED 12/12/2017**

# EXHIBIT A
## SANDERS PHILLIPS GROSSMAN

| | | |
|---|---|---|
| 2:15-cv-11037 | Green | Carol |
| 2:16-cv-07750 | Greene | Doris |
| 2:16-cv-11933 | Greer | Angela |
| 2:16-cv-12136 | Griffith | Veronica |
| 2:15-cv-09496 | Groat | Lisa |
| 2:16-cv-08290 | Groh | Rhonda |
| 2:15-cv-11038 | Guerrero | Mary |
| 2:16-cv-07748 | Gulledge | Debra |
| 2:14-cv-20219 | Gutierres | Laura June |
| 2:16-cv-11354 | Haines | Tammi |
| 2:16-cv-11628 | Hall | Tammy |
| 2:16-cv-08524 | Halliburton | Linda |
| 2:14-cv-22116 | Hanks | Peggy |
| 2:14-cv-22118 | Harden | Kimberly |
| 2:16-cv-11937 | Hardesty | Mary |
| 2:14-cv-20477 | Harrison-Watts | Julia |
| 2:14-cv-20253 | Hart | Pamela |
| 2:14-cv-20255 | Harvey | Carol |
| 2:15-cv-08351 | Harwell | Charlotte |
| 2:16-cv-04896 | Hausdorfer | Joyce |
| 2:15-cv-15558 | Heffner | Barbara |
| 2:16-cv-06764 | Henderson | Jessica |
| 2:16cv11348 | Henry | Sandra |
| 2:16-cv-11509 | Hensley | Carol |
| 2:16-cv-08765 | Hering | Melissa |
| 2:16-cv-07313 | Hernandez Martinez | Marta |
| 2:15-cv-08392 | Hessing | Linda |
| 2:16-cv-05049 | Hewett | Angela |
| 2:14-cv-20269 | Hill | Rebecca |
| 2:16-cv-04921 | Hill | Christine |
| 2:16-cv-11958 | Hislope | Tobie |
| 2:16-cv-12105 | Hogg | Connie |
| 2:14-cv-23587 | Hohler | Cinda |
| 2:16-cv-07897 | Holguin | Vivian |
| 2:16-cv-11791 | Holm | Karen |
| 2:16-cv-12087 | Holmes | Marguerite |
| 2:16-cv-04992 | Homann | Lora |
| 2:16-cv-11984 | Honey | Angela |
| 2:14-cv-20296 | Horne | Sharon |
| 2:16-cv-08726 | Hosea | Roxane |

| | | |
|---|---|---|
| 2:16-cv-12739 | Houlihan | Margaret |
| 2:15-cv-08400 | Hovater | Sharon |
| 2:16 -cv- 02843 | Howe | Rebecca |
| 2:16-cv-12297 | Huertas | Gladys |
| 2:14-cv-19436 | Huettner | Barbara |
| 2:16-cv-08567 | Hugget | Linda |
| 2:16-cv-12115 | Hughes | Gladys |
| 2:16-cv-12090 | Hughes | Sharon |
| 2:14-cv-20299 | Huie | Carolyn |
| 2:16-cv-08616 | Hull | Mary Ann |
| 2:15-cv-08410 | Humphrey | Marcie |
| 2:16-cv-11830 | Hunt | Brenda Lee |
| 2:15-cv-08448 | Hyde | Dayle |
| 2:16-cv-04809 | Ingle | Maurine |
| 2:16-cv-12618 | Irabor | Sandra |
| 2:16-cv-07747 | Isbell | Martha |
| 2:16-cv-08664 | Iseman | Mari L. |
| 2:16-cv-11989 | Ivicevich | Karen |
| 2:16-cv-12613 | Jackson | Evelyn |
| 2:14-cv-22756 | Jacobs | Florence |
| 2:14-cv-20303 | Jarvinen Plaice | Sonja M. |
| 2:16-cv-12128 | Jasko | Jean |
| 2:15-cv-09499 | Jenkins | Dorothy |
| 2:14-cv-19444 | Johnson | Wendy |
| 2:16-cv-08009 | Johnson | Alesia |
| 2:16-cv-07953 | Johnson | Grace C. |
| 2:16-cv-07914 | Jones | Connie |
| 2:16-cv-12030 | Jones | Kelly |
| 2:14-cv-20308 | Jones | Linda |
| 2:16-cv-08614 | Jones | Rene |
| 2:16-cv-08926 | Jones | Teresa |
| 2:14-cv-20479 | Jones | Theresa |
| 2:16-cv-11987 | Jones | Theresa |
| 2:15-cv-08471 | Joos | Edna |
| 2:16-cv-07314 | Jorsey | Lorraine |
| 2:14-cv-20326 | Kapilian | Lyn |
| 2:16-cv-12116 | Keene | Doris |
| 2:16-cv-08074 | Kelley | Patricia |
| 2:16-cv-11345 | Kelley | Robyn |
| 2:15-cv-08586 | Kennedy | Karen |
| 2:15-cv-15560 | Keplar | Sherri |
| 2:14-cv-20327 | Kincaid | Kathleen |
| 2:16-cv-12091 | King | Karen |

**STRICKEN PURSUANT TO THE #5143 ORDER ENTERED 12/12/2017**

| | | |
|---|---|---|
| 2:15-cv-15562 | Kneasel | Sandra K. |
| 2:16-cv-12092 | Knight | Teresa |
| 2:16-cv-02260 | Kodya | Kathy Lynn |
| 2:14-cv-19951 | Kolb | Kathryn |
| 2:16-cv-12550 | Koonce | Joyce |
| 2:14-cv-19954 | Kopf | Cindy |
| 2:14-cv-19957 | Kubalski | Halina |
| 2:16-cv-11567 | Kuehn | Nancy |
| 2:15-cv-07684 | Lamont | Kathryn |
| 2:15-cv-08845 | Langarica | Sandra |
| 2:16-cv-08521 | Laprade | Debra Ann |
| 2:14-cv-20506 | Lara | Nancy |
| 2:15-cv-11039 | Larios | Julie |
| 2:15-cv-09576 | Lark | Joy |
| 2:16-cv-08170 | Latorre | Joyce |
| 2:16-cv-12093 | Lear | Melissa |
| 2:16-cv-11503 | Leavell | Sandra |
| 2:14-cv-19960 | Leimbach | Claudine |
| 2:14-cv-19961 | Leonetti | Jacqueline |
| 2:16-cv-11360 | Lerma | Velma |
| 2:14-cv-21905 | Lewis | Sandra |
| 2:16-cv-11995 | Leyden | Helena |
| 2:16-cv-08605 | Libel | Jennie |
| 2:16-cv-05057 | Lineberry | Edith |
| 2:14-cv-21934 | Little | Anne |
| 2:16-cv-08173 | Looney | Patricia L. |
| 2:16-cv-04993 | Lopez | Angelina |
| 2:14-cv-22093 | Lopez | Patsy |
| 2:15-cv-15564 | Loving | Barbara |
| 2:15-cv-11045 | Loy | Judith |
| 2:16-cv-08104 | Lynch | Angela |
| 2:16-cv-12585 | Lynde | Sheri |
| 2:16-cv-12529 | Macias | Consuelo |
| 2:16-cv-11627 | Maddox | Kristy |
| 2:14-cv-19384 | Maisonet | Marisa |
| 2:14-cv-19976 | Mancha | Kay |
| 2:16-cv-08804 | Mares | Patricia |
| 2:14-cv-20411 | Martin | Mary B |
| 2:14-cv-19996 | Martinez | Ana |
| 2:16-cv-11362 | Martinez | Brenda |
| 2:16-cv-09443 | Mascali | Gail |
| 2:14-cv-20025 | Mascarenas | Jackie |
| 2:16-cv-08115 | Mashburn | Cynthia |

| | | |
|---|---|---|
| 2:16-cv-04735 | Matos | Carmen Iris |
| 2:14-cv-23599 | McCall | Jackie |
| 2:16-cv-07316 | McCormack | Beth |
| 2:16-cv-08528 | McCreary | Sharon |
| 2:16-cv-08927 | McLaughlin | Stephanie |
| 2:16-cv-06769 | Medley | Norma |
| 2:16-cv-08566 | Mejia | Maria Tereza |
| 2:16-cv-05061 | Meunier | Stephanie |
| 2:16-cv-00411 | Meyers | Sara |
| 2:16-cv-08668 | Miles | Shannon |
| 2:16-cv-08670 | Miller | Glenda |
| 2:14-cv-20100 | Miner | Jodee |
| 2:16-cv-08061 | Mong | June |
| 2:16-cv-07317 | Monroe | Lydia |
| 2:16-cv-08191 | Montalvo Perez | Cruzita |
| 2:16-cv-08815 | Montemayor | Melissa S. |
| 2:14-cv-21942 | Montgomery | Candice |
| 2:16-cv-12158 | Moonen | Cheryl |
| 2:16-cv-09469 | Mortensen | Tammy |
| 2:16-cv-07305 | Mott | Kimberly Ann |
| 2:15-cv-08976 | Mualimm-Ak | Lamillah |
| 2:16-cv-08665 | Mulad | Albina |
| 2:16-cv-12462 | Mullins | Linda |
| 2:14-cv-22804 | Murphy | Sheila |
| 2:16-cv-04839 | Myers | Karla |
| 2:16-cv-05010 | Myers | Tamara |
| 2:16-cv-08294 | Nachrainer | Kyrah Brielle |
| 2:14-cv-19544 | Nairns | Hollie |
| 2:15-cv-11058 | Neal | Connie |
| 2:16-cv-04774 | Newbill | Maureen |
| 2:16-cv-08114 | Olson | Susan |
| 2:16-cv-12401 | Ortiz-Ortiz | Maria |
| 2:16-cv-05938 | Owens | Holly |
| 2:16-cv-08931 | Pack | Donna |
| 2:14-cv-22057 | Palasek | Margaret |
| 2:15-cv-11060 | Palmer | Nancy |
| 2:16-cv-12032 | Parks | Bonnie |
| 2:16-cv-04770 | Parks | Tillie |
| 2:16-cv-08749 | Patterson | Georgia |
| 2:16-cv-08671 | Pavelec | Sheila |
| 2:16-cv-08219 | Payne | Bettye S. |
| 2:16-cv-12657 | Perez | Elizabeth |
| 2:14-cv-21954 | Perry | Theresa |

| | | |
|---|---|---|
| 2:16-cv-07804 | Pigg | Janet |
| 2:16-cv-08612 | Plata-Eisfeld | Theresa |
| 2:14-cv-19241 | Poteat | Kimberly |
| 2:15-cv-09082 | Powell | Brenda |
| 2:16-cv-10626 | Power | Loranita |
| 2:16-cv-08834 | Preece | Cindy |
| 2:16-cv-12095 | Preece | Laurie |
| 2:15-cv-15567 | Prejean | Laura |
| 2:16-cv-12096 | Prestigiacomo | Mary |
| 2:16-cv-08837 | Price-Breault | Jessica |
| 2:16-cv-07715 | Prosser | Shirley |
| 2:16-cv-08620 | Rapier | Theresa |
| 2:14-cv-22049 | Rawson | Charyl |
| 2:16-cv-08064 | Reese | Nicole |
| 2:16-cv-08624 | Reese | Paula |
| 2:15-cv-09124 | Reimann | Wendy |
| 2:16-cv-11566 | Repetti | Andria |
| 2:16-cv-08531 | Resto Baez | Maria |
| 2:16-cv-08613 | Ricciardelli | Diane |
| 2:14-cv-19430 | Richardson | Katurah |
| 2:15-cv-15557 | Richie Hedger | Deanna |
| 2:16-cv-08545 | Richmeier | Geraldine |
| 2:16-cv-05051 | Richmond | Anitra |
| 2:16-cv-09441 | Ricketson | Myra |
| 2:15-cv-11061 | Ridgeway-Baker | Sally |
| 2:16-cv-08617 | Riggs | Stormy |
| 2:15-cv-07710 | Riley | Joan |
| 2:15-cv-15508 | Rinard | Rebecca |
| 2:16-cv-11681 | Riner | Shirley |