**STRICKEN PURSUANT TO THE #5143 ORDER ENTERED 12/12/2017**

# EXHIBIT A
## SANDERS PHILLIPS GROSSMAN

| | | |
|---|---|---|
| 2:16-cv-07310 | Riordan | Christine |
| 2:15-cv-07712 | Ritter | Marilyn |
| 2:16-cv-00473 | Rivas | Maria Gladys |
| 2:16-cv-08924 | Roberts | Judith |
| 2:16-cv-12400 | Rodriguez | Gladys |
| 2:16-cv-04812 | Rogers | Mary |
| 2:16-cv-00704 | Roldan | Lisa |
| 2:16-cv-07965 | Roy | Laura |
| 2:14-cv-22039 | Rush | Thelma M |
| 2:14-cv-23589 | Sabouni | Diana |
| 2:14-cv-20232 | Sadow | Phyllis |
| 2:15-cv-09586 | Saldivar | Jennie |
| 2:15-cv-09590 | Samford | Kim |
| 2:14-cv-20250 | Sanderson | Joyce |
| 2:16-cv-12606 | Sargent | Amanda |
| 2:16-cv-03662 | Sedam | Penny |
| 2:16-cv-08821 | Senn | Lydia |
| 2:16-cv-08060 | Shackelford | Rita Gail |
| 2:16-cv-12332 | Shadley | Jennie Denise |
| 2:14-cv-19317 | Shafer | Laura |
| 2:16-cv-08065 | Sharp | Kimberly |
| 2:16-cv-08627 | Shuman | Joyce |
| 2:14-cv-20260 | Siegmund | Geraldine |
| 2:16-cv-05956 | Sieh | Patricia |
| 2:16-cv-12099 | Singh | Rose |
| 2:16-cv-00454 | Smith | Carolyn |
| 2:16-cv-08550 | Smith | Connie |
| 2:14-cv-20304 | Smith | Judith |
| 2:16-cv-11512 | Smith | Karen |
| 2:16-cv-00176 | Smith | Myrna |
| 2:16-cv-07749 | Smith | Priscilla E |
| 2:16-cv-07913 | Smith | Ronda |
| 2:16-cv-08546 | Snyder | Mary |
| 2:14-cv-20489 | Spear | Paula |
| 2:16-cv-12100 | Spearman | Dorothy |
| 2:16-cv-12340 | Spencer | Lori |
| 2:16-cv-12103 | Spikes | Lois |
| 2:16-cv-08062 | St. Laurent | Dorothy |
| 2:16-cv-11350 | Stabler | Velma |

**STRICKEN PURSUANT TO THE #5143 ORDER ENTERED 12/12/2017**

| | | |
|---|---|---|
| 2:15-cv-09593 | Stafford | Virginia |
| 2:14-cv-21992 | Stange | Sandra |
| 2:14-cv-23540 | Stensgard | Deanna |
| 2:16-cv-11823 | Stine | Penny |
| 2:16-cv-04991 | Stoner | Kristen |
| 2:14-cv-20306 | Strassburg | Mary |
| 2:16-cv-07927 | Stroup | Kimberley |
| 2:16-cv-05968 | Sturgeon | Juena |
| 2:14-cv-23538 | Summers | Sharon |
| 2:16-cv-02350 | Sutton | Debora |
| 2:16-cv-09468 | Swain | Angela |
| 2:14-cv-23534 | Teague | Sheila |
| 2:16-cv-11945 | Teegarden | Michelle |
| 2:14-cv-19272 | Tel | Raisa |
| 2:16-cv-07695 | Teran | Theresa A. |
| 2:15-cv-15568 | Termine | Regina |
| 2:16-cv-11825 | Toda | Patricia L. |
| 2:16-cv-04956 | Towner | Willa |
| 2:15-cv-09172 | Trabanino | Sonia |
| 2:16-cv-12644 | Trevino | Viviana |
| 2:16-cv-08189 | Trivette | Betsy |
| 2:16-cv-12367 | Turowski | Deborah |
| 2:14-cv-20499 | Ungar | Vera |
| 2:14-cv-20312 | Vaillancourt | Patricia |
| 2:16-cv-08063 | Valentine | Carla J |
| 2:16-cv-08621 | Valenzuela | Nora |
| 2:16-cv-07711 | Valenzuela | Stephanie A. |
| 2:16-cv-07632 | Vanwijnen | Mary E. |
| 2:16-cv-11790 | Vasquez | Lisa |
| 2:16-cv-04836 | Vasquez | Olga |
| 2:14-cv-22747 | Vaughan | Sharon |
| 2:15-cv-15569 | Vick | Abbey |
| 2:16-cv-05925 | Vick | Moskop Lillie |
| 2:16-cv-08354 | Vincent | Gretchen |
| 2:16-cv-12655 | Votion | Sylvia L. |
| 2:14-cv-20317 | Walker | Margaret |
| 2:16-cv-08547 | Waller | Julia |
| 2:16-cv-11680 | Walters | Connie |
| 2:16-cv-00408 | Ward | Donna |
| 2:16-cv-08336 | Warner | Sherry |
| 2:16-cv-04447 | Washington | Deborah |
| 2:14-cv-19328 | Waters- Fiddler | Helen |
| 2:16-cv-10764 | Watson | Beverly |

**STRICKEN PURSUANT TO THE #5143 ORDER ENTERED 12/12/2017**

| | | |
|---|---|---|
| 2:16-cv-11355 | Watson | Susan |
| 2:14-cv-20328 | Watson | Tia |
| 2:15-cv-09598 | Weaver | Robin |
| 2:16-cv-05929 | Werthwein | Margaret |
| 2:16-cv-05064 | Westfall | Sandra |
| 2:14-cv-20343 | Whitfield | Nancy |
| 2:14-cv-20347 | Wilcox | Tamara |
| 2:16-cv-12162 | Wilken | Regina |
| 2:14-cv-20354 | Williams | Debra |
| 2:16-cv-07969 | Williams | Edna |
| 2:15-cv-11083 | Williams | Stacy |
| 2:16-cv-08818 | Williamson | Shannon |
| 2:15-cv-09328 | Wilson | Bonnie |
| 2:14-cv-23529 | Wilson | Donna Rae |
| 2:16-cv-12104 | Wilson | Mildred M. |
| 2:16-cv-11626 | Wilson | Samantha |
| 2:16-cv-08548 | Wise | Betty |
| 2:14-cv-22085 | Wong | Karin Sunny |
| 2:14-cv-20374 | Wood | Joann |
| 2:16-cv-06813 | Wood | Lisa L |
| 2:16-cv-11505 | Wood | Susan |
| 2:16-cv-07966 | Woodby | Dreama |
| 2:16-cv-12035 | Woodward | Peggy |
| 2:16-cv-05949 | Woolwine | Beverly |
| 2:16-cv-04792 | Worthy | Hazel |
| 2:16-cv-12039 | Wright | Patricia |
| 2:16-cv-12474 | Yardley | Linda |
| 2:16-cv-07312 | Yerby | Sherry |
| 2:14-cv-19265 | Youngbar | Stephanie |
| 2:16-cv-11789 | Zaragoza | Carolina |
| 2:16-cv-07895 | Zaremski | Palmina M. |
| 2:15-cv-11077 | Zelaya | Bonnie |