<span style="color:red">**STRICKEN PURSUANT TO THE #5143 ORDER ENTERED 12/12/2017**</span>

# EXHIBIT A
## SANDERS PHILLIPS GROSSMAN

| | | |
|---|---|---|
| 2:16-cv-06758 | Anderson | Nancy |
| 2:15-cv-10338 | Armour | Gladys |
| 2:14-cv-22105 | Bachmann | Grace |
| 2:15-cv-07801 | Barnes | Catherine |
| 2:15-cv-10381 | Bates | Nancy |
| 2:16-cv-08108 | Bennett | Robin |
| 2:16-cv-10704 | Bergandi | Judy |
| 2:16-cv-08543 | Blanton | Karen |
| 2:16-cv-07817 | Blaylock | Danna |
| 2:14-cv-23521 | Bolton | Kathy |
| 2:15-cv-10390 | Bolton | Theresa |
| 2:16-cv-07912 | Bond | Ronna |
| 2:16-cv-11990 | Bonfanti | Mary |
| 2:14-cv-22055 | Book | Mary A. |
| 2:15-cv-13628 | Bryant | Rhonda |
| 2:16-cv-06766 | Cantoreggi | Madeline |
| 2:15-cv-07871 | Childress | Barbara |
| 2:14-cv-20451 | Colclough | Angela |
| 2:14-cv-23548 | Collins | Macy |
| 2:16-cv-08540 | Costello | Margaret |
| 2:16-cv-11793 | Crisp | Natasha |
| 2:15-cv-10457 | Czerwonka | Cynthia |
| 2:14-cv-21530 | Dahm | Chrystina |
| 2:16-cv-10710 | Daugherty | Linda |
| 2:16-cv-10767 | Dehart | Diane |
| 2:15-cv-08170 | Dehnbostel | Jennifer |
| 2:16-cv-06816 | Delph | Robin |
| 2:15-cv-08232 | Dewey-Fellows | Nancy |
| 2:16-cv-00171 | Dilsaver | Debbie |
| 2:14-cv-20082 | Dockery | Victoria |
| 2:16-cv-08535 | Dockety | Sherry |
| 2:14-cv-21267 | Dossett (Thomson) | Brenda |
| 2:16-cv-09467 | Easterling | Betty |
| 2:15-cv-15487 | Elliot | Belinda |
| 2:15-cv-10519 | Ellis | Cindy K. |
| 2:16-cv-04699 | Esposito | Joan |
| 2:14-cv-21597 | Fandl | Frances |
| 2:15-cv-09478 | Folsom | Betty |
| 2:14-cv-20170 | Furden | Louise |

**STRICKEN PURSUANT TO THE #5143 ORDER ENTERED 12/12/2017**

| | | |
|---|---|---|
| 2:16-cv-12034 | Gant | Dawn |
| 2:16-cv-06817 | Gee | Lisa |
| 2:16-cv-06751 | Gerbers | Cindy |
| 2:16-cv-08352 | Gillentine | Tammi |
| 2:16-cv-04918 | Gregoire | Suzanne |
| 2:14-cv-19271 | Hackbarth | Benita |
| 2:15-cv-14325 | Halkidis | Jeannie |
| 2:15-cv-10562 | Hartnett | Vera |
| 2:15-cv-10621 | Huffman | Joyce |
| 2:14-cv-22115 | Hyde | Theresa |
| 2:16-cv-08551 | Isaacson | Jaclyn |
| 2:14-cv-21638 | Isotalo | Susan |
| 2:16-cv-00246 | Jenkins | Linda |
| 2:15-cv-10081 | Johnson | Susan |
| 2:16-cv-08172 | Kelly | Donette |
| 2:14-cv-20335 | Kingston | Donna |
| 2:14-cv-22800 | Krier | Janine |
| 2:16-cv-05053 | Lawsha | Elizabeth |
| 2:15-cv-10087 | Lee | Nancy |
| 2:16-cv-08245 | Livesey | Nadine |
| 2:16-cv-09464 | Lizana | Janice |
| 2:14-cv-19444 | Madden | Mary |
| 2:16-cv-08526 | Marotta | Sarah |
| 2:15-cv-10880 | Martin | Kathy |
| 2:14-cv-20014 | Martinez | Maria |
| 2:15-cv-10890 | Mason | Jane |
| 2:14-cv-19301 | Mcafee | Debra |
| 2:15-cv-11056 | Micciche | Margaret |
| 2:16-cv-07306 | Miller | Louetta Joan |
| 2:14-cv-19445 | Miller | Carol |
| 2:15-cv-15565 | Morehouse | Linda |
| 2:14-cv-20147 | Morgan | Kimberly |
| 2:16-cv-08654 | Nussberger | Joan |
| 2:16-cv-08539 | Oliva | Priscella |
| 2:16-cv-02331 | Ornstein | Patricia |
| 2:15-cv-09054 | Ortega-Sanchez | Lovey |
| 2:15-cv-10841 | Peck | June |
| 2:15-cv-09077 | Peterson | Colleen |
| 2:15-cv-10273 | Pino | Manuela |
| 2:16-cv-08533 | Porter | Marylou |
| 2:16-cv-06756 | Portier | Vickie |
| 2:14-cv-21906 | Poss | Janet |
| 2:16-cv-07882 | Price | Cindy |

**STRICKEN PURSUANT TO THE #5143 ORDER ENTERED 12/12/2017**

| | | |
|---|---|---|
| 2:16-cv-04801 | Price | Patricia |
| 2:14-cv-21297 | Renick (Fitzsimmons) | Mary |
| 2:14-cv-20186 | Roettger | Ann |
| 2:15-cv-10876 | Romero | Mary |
| 2:14-cv-20204 | Rosseau | Margaret |
| 2:15-cv-10913 | Schultz | Goldie |
| 2:16-cv-07315 | Sempelsz | Clara |
| 2:15-cv-10288 | Shaw | Monika |
| 2:15-cv-09160 | Smith | Theresa |
| 2:16-cv-05054 | Stump | Donna |
| 2:16-cv-11630 | Taylor | Phoebe |
| 2:15-cv-08249 | Terry | Donna Jane |
| 2:16-cv-04903 | Thomas | Patricia |
| 2:16-cv-11358 | Thompson | Barbara |
| 2:16-cv-04955 | Washburn | Shanna |
| 2:16-cv-06773 | Weaver | Sara |
| 2:16-cv-08073 | Zahn | Gina |