IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION            MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
LISTED ON THE EXHIBIT ATTACHED HERETO:

## JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and Defendant C. R. Bard, Inc. advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard with prejudice in the cases listed on the attached Exhibit A, with each party to bear its own costs.

The settlements in the cases listed on Exhibit A relate only to Bard. Because other Defendant(s) remain in the cases listed on Exhibit A, the case(s) should remain open and Plaintiffs will continue to prosecute their claims against any remaining defendants.

Respectfully submitted this 12th day of December, 2017, by:

/s/ Kirk J. Goza_____
Kirk J. Goza
BARTIMUS FRICKLETON ROBERTSON
& GOZA
Suite 200
11150 Overbrook Road
Leewood, Kansas 66211
Phone: 913.266.2300
Fax: 913.266.2366
Email: kgoza@gohonlaw.com
*Counsel for Plaintiffs listed on Exhibit A*

/s/ Richard B. North, Jr._____
Richard B. North, Jr.
richard.north@nelsonmullins.com
Melissa Foster Bird
melissa.fosterbird@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH
L.L.P
P.O. Box 1856
Huntington, WV 25719-1856
Phone: 304.526.3500
Fax: 304.526.3599
*Counsel for C.R. Bard, Inc.*

8512040 v1

**EXHIBIT A – BARTIMUS FRICKLETON ROBERTSON & GOZA**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-00187 | Hinckle, Melissa |
| 2:14-cv-22659 | Walter, Madaline |

8512040 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Richard B. North, Jr.*
Richard B. North, Jr.
Attorney for C.R. Bard, Inc.

8512040 v1