IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C. R. BARD, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2187
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHBIT ATTACHED HERETO:

ORDER

(Dismissing Defendant C. R. Bard, Inc. with Prejudice
and Transferring Cases to MDL 2327)

Pending in MDL 2187, 2:10-md-2187 [ECF No. 4993], is a Joint Motion to Dismiss Defendant C. R. Bard, Inc. with Prejudice filed by the plaintiffs, identified in Exhibit A, (attached hereto) and C. R. Bard, Inc. ("Bard"), seeking dismissal of Bard as a defendant in these actions with prejudice because all claims against Bard have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiffs' Motion to Transfer MDLs for these cases [ECF No. 4993].

After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Bard with Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED.** Plaintiffs' counsel states in the Motion to Transfer that Amended Short Form Complaints will be filed within 14 days of the filing of the Joint Motion. To date Amended Short Form Complaints have not been filed. Plaintiffs' counsel is **DIRECTED** to file the appropriate Amended Short Form

Complaints within **fourteen days** of the date of this Order. Defendant Bard is **DISMISSED WITH PREJUDICE** as a defendant in the actions listed in Exhibit A, these actions are **TRANSFERRED** to MDL 2327, and the Clerk is **DIRECTED** to disassociate these civil actions as member cases in MDL 2187 and re-associate them with MDL 2327.

The court **DIRECTS** the Clerk to file a copy of this order in 2:10-md-2187 and in the individual cases listed in Exhibit A.

ENTER: December 12, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – BARTIMUS FRICKLETON ROBERTSON & GOZA

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-11018 | Suter, Edith Ann |
| 2:13-cv-19015 | Braxton, Prince-Ella |

8511910 v1