IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: ETHICON, INC.<br>PELVIC REPAIR SYSTEM<br>PRODUCTS LIABILITY LITIGATION | | MDL 2327 |

**PLAINTIFFS' MOTION TO MODIFY PRETRIAL ORDER 269
DEADLINE FOR CASE SPECIFIC EXPERTS**

**EXHIBIT A**

| Case Style | SDWV Case Number | PLAINTIFFS COUNSEL |
|---|---|---|
| Cooper et al v. Ethicon, Inc. et al | 2:14-cv-03389 | Law Offices of A. Craig Eiland |
| Howell et al v. Ethicon, Inc. et al | 2:14-cv-04174 | Law Offices of A. Craig Eiland; Hodge Law Firm |
| Lane et al v. Ethicon, Inc. et al | 2:14-cv-14687 | Law Office of A. Craig Eiland |
| Miller et al v. Ethicon, Inc. et al | 2:14-cv-04366 | Law Offices of A. Craig Eiland |