# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.<br>PELVIC REPAIR SYSTEM<br>PRODUCTS LIABILITY LITIGATION | MDL 2327 |

*This Document Relates to the Following Case:*
***Ethicon Wave 7 Cases Represented by The Law Offices of A. Craig Eiland, P.C.***

## ORDER

Plaintiffs' Motion to Modify Pretrial Order 269 is Granted. Case specific plaintiff expert reports for Wave 7 Plaintiffs represented by The Law Offices of A. Craig Eiland, P.C. are now due January 22, 2018. Defendant expert reports on Wave 7 claims represented by The Law Offices of A. Craig Eiland, P.C. are now due February 22, 2018. Rebuttal Reports, if any, are now due March 1, 2018. All other deadlines in Pretrial Order #269 remain unchanged.

SO ORDERED this ____ day of _____, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE