# Courtroom Minute Report

**Room:** Huntington  **Case No.:** 2:12-md-2327  **Type:** MDL
**Caption:** Ethicon Inc.  **Judge:** Cheryl A. Eifert

**Started:**  12/15/2017 1:29:06 PM
**Ends:**     12/15/2017 2:04:13 PM        **Length:** 00:35:08

Judge: Cheryl A. Eifert
Courtroom Deputy: Heidi K. Liebegott
Law Clerk: Jenna Hess
Counsel for Plaintiffs (via Telephone): Eric Mullins, Ed Wallace, and Tim Jackson
Counsel for Defendant (via Telephone):  David Thomas and Chad Hutchinson

| Time | Event |
|---|---|
| **1:30:59 PM** | **TELEPHONE CONFERENCE** |
| **1:34:27 PM** | Parties discussed Evidentiary Hearing |
| **1:35:52 PM** | Parties discussed 5039 Motion for Sanctions |
| **2:04:13 PM** | Call Ended |