IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.                                                                  MDL NO. 2327
      PELVIC REPAIR SYSTEM
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES
ASSIGNED TO JUDGE JOSEPH GOODWIN:

### O R D E R

Pending before the court is a Motion to Withdraw as Counsel of Record filed on January 24, 2017 [ECF No. 3341]. In the motion, Jim Perdue, Jr. of Perdue & Kidd, requests that Brian B. Winegar be withdrawn as counsel in the main MDL and each member civil action associated with that MDL in which Brian B. Winegar appears. Jim Perdue states that Brian B. Winegar is no longer associated as an attorney with Perdue & Kidd and attorneys at Perdue & Kidd, including Jim Perdue, Jr., will continue to represent plaintiffs in MDL 2327. There has been no response to the Motion, and this Motion is ripe for adjudication.

The court **ORDERS** that the Motion to Withdraw as Counsel of Record [ECF No. 3341] is **GRANTED**.

The court **DIRECTS** the Clerk to terminate Brian B. Winegar as counsel of record, both on the main master docket and each individual member case in MDL 2327 with which Brian B. Winegar appears. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: December 19, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE