IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.                                              MDL NO. 2327
   PELVIC REPAIR SYSTEM PRODUCTS
   LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES
ASSIGNED TO JUDGE JOSEPH GOODWIN

## O R D E R

Pending before the court is a Motion for Change of Firm Information, filed on October 26, 2016 [ECF No. 3065]. In the motion, counsel requests that in the main MDL and each individual case in which attorney Kenneth L. Sales appears the firm's name be changed from Sales, Tillman, Wallbaum, Catlett & Satterley, PLLC, to Bubalo Goode Sales & Cronen PLC. The motion further requests that Kenneth L. Sales address and contact information be updated as set forth in the motion.

It is **ORDERED** that the Motion for Change of Firm Information is **GRANTED**.

The court **DIRECTS** the Clerk to change Kenneth L. Sales firm name, address, and contact information as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which Kenneth L. Sales is associated. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: December 19, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE