IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 5171], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER:  December 29, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 2:14-cv-25507 | Dora Faye Dahlman and Anthony Dahlman v. Ethicon, et al. |
| 2:13-cv-02973 | Kadie Azevedo Harper and Kevin Harper v. Ethicon, et al. |
| 2:12-cv-02279 | Shannon O'Neal Hewatt and James W. Hewatt v. Ethicon, et al. |
| 2:15-cv-07387 | Lena Meyer and Lawrence Meyer v. Ethicon, et al. |
| 2:12-cv-00494 | Penelope Ann Link Saurino and Dan Richard Saurino v. Ethicon, et al. |
| 2:12-cv-05337 | Sharon Elizabeth Hancock and James Claude Hancock v. Ethicon, et al. |