# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS DEFENDANT
## AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

| | |
|---|---|
| /s/Barbara Binis | /s/ Erik W. Legg |
| Barbara Binis | Erik W. Legg |
| REED SMITH | FARRELL, WHITE & LEGG PLLC |
| Three Logan Square, Suite 3100 | P.O. Box 6457 |
| 1717 Arch Street | Huntington, WV 25772-6457 |
| Philadelphia, PA 19103 | 304.522.9100 (phone) |
| 215.851.8100 (phone) | 304.522.9162 (fax) |
| 215.851.1420 (fax) | ewl@farrell3.com |
| bbinis@reedsmith.com | |

*Attorneys for Defendant American Medical Systems, Inc.*

Case 2:12-md-02327   Document 5190   Filed 01/02/18   Page 2 of 4 PageID #: 160989

<u>/s/ Joseph H. Saunders</u>
Joseph H. Saunders
SAUNDERS & WALKER
Suite 200
3491 Gandy Boulevard North
Pinellas Park, FL 33781
727.579.4500 (phone)
727.577.9696 (fax)
joe@saunderslawyers.com
*Attorney for Plaintiffs on Exhibit A*


Dated:  January 2, 2018

**EXHIBIT A – SAUNDERS & WALKER**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-07146 | Nancy J. Allen v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:13-CV-15536 | Deborah J. Crouse, Richard R. Crouse v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:14-CV-27299 | Susan D. Victor, William R. Victor v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis
Barbara R. Binis