IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                        MDL NO. 2325

_____
THIS DOCUMENT RELATES TO:

 *Thatcher  v. American Medical Systems, Inc., et al.*
 *Civil Action No. 2:12-cv-00524*

ORDER

(Dismissing Defendant American Medical Systems, Inc. with Prejudice
and Transferring Case to MDL 2327)

On January 2, 2018  the plaintiff and defendant American Medical Systems,

Inc., ("AMS") filed a Joint Motion to Dismiss Defendant American Medical Systems,

Inc. with Prejudice [ECF No. 29]. In the joint motion, the parties are seeking

dismissal of AMS as a defendant in this action with prejudice because all claims

against AMS have been compromised and settled, including all claims, counterclaims,

cross-claims and third party claims. Also pending is Plaintiff's Motion to Transfer

MDLs for this case [ECF No. 29]. After careful consideration, it is **ORDERED** that

the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**. It is further

**ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED.** To the extent an

Amended Short Form Complaint has not been filed, plaintiff's  counsel is **DIRECTED**

to file an Amended Short Form Complaint within the time frame stated in the motion.

Defendant AMS is **DISMISSED WITH PREJUDICE** as a defendant in this action and

this action is **TRANSFERRED** to MDL 2327. The Clerk is DIRECTED to disassociate

the civil action as member case in MDL 2325 and re-associate it with MDL 2327.

The Clerk is further DIRECTED to send a copy of this Order to counsel of

record and any unrepresented party.

ENTER: January 4, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE