IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON, INC.
         PELVIC REPAIR SYSTEMS                    MDL 2327
         PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO THE CASE(S)
IN EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiff(s) and Ethicon, Inc., Johnson & Johnson and where named, Ethicon LLC (hereinafter collectively referred to as "Ethicon")[1] because of prior agreements have agreed to a mutual stay of activity. The Court therefore finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court ORDERS as follows:

1. All discovery deadlines are continued until further order of the Court.

2. The Clerk shall retire each of the cases listed on the attached Exhibits(s) from the active docket.

3. Any case listed on Exhibit A that has not been dismissed or does not have a motion to reinstate to the active docket filed with the court for consideration by March 31, 2018, will be reinstated to the active docket by order of the court with a shortened Docket Control Order.

---

[1] As used herein, "Ethicon" refers collectively to Johnson & Johnson, Ethicon LLC, Ethicon, Inc. as well as any of its former or present parent companies, subsidiaries, affiliated companies, directors, officers, design surgeons, employees, distributors, detail representatives named in an action pending in MDL No. 2327.

The court DIRECTS the Clerk to file a copy of this order in MDL No. 2327 and in the individual cases(s) listed on the attached Exhibit and to link this Order to the Proposed Inactive Docket Order filed at 5189. The court further DIRECTS the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

Respectfully submitted,

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

_s/ Christy D. Jones_
Christy D. Jones
BUTLER SNOW LLP
P.O. Box 6010
Ridgeland, MS  39158
601-948-5711
christy.jones@butlersnow.com

_Counsel for Defendants_

EX A

| Plaintiff Name (Last) | Plaintiff Name (First) | Case No. |
|---|---|---|
| Swink | Lisa | 2:12-cv-01290 |
| Lowe | Mary Madeline | 2:12-cv-05826 |
| Guieb | Lisa | 2:12-cv-06910 |
| Hendelman | Stephanie | 2:12-cv-07015 |
| ~~Davis~~ | ~~Lorraine~~ | ~~2:12-cv-07273~~ |
| Hurta | Gloria | 2:12-cv-08033 |
| Wolfe | Jimmie W. | 2:13-cv-16771 |
| Riquelme | Judith | 2:13-cv-17039 |
| Basson | Billie | 2:13-cv-33161 |
| Abraham | Judy | 2:13-cv-09451 |
| Louviere | Melissa | 2:16-cv-02842 |
| McFarland | Karen | 2:17-cv-03936 |
| ~~Conzelman~~ | ~~Jeandra~~ | ~~2:17-cv-04245~~ |
| Kowalczyk | Tracy | 2:17-cv-04246 |
| Gaskill | Brenda | 2:17-cv-04247 |

39678896.v1