DENIED and SO ORDERED.
ENTER: 01/08/2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/Barbara Binis
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL, WHITE & LEGG PLLC
P.O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
ewl@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Joseph H. Saunders
Joseph H. Saunders
SAUNDERS & WALKER
Suite 200
3491 Gandy Boulevard North
Pinellas Park, FL 33781
727.579.4500 (phone)
727.577.9696 (fax)
joe@saunderslawyers.com
*Attorney for Plaintiffs on Exhibit A*


Dated:  January 2, 2018

## EXHIBIT A – SAUNDERS & WALKER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-07146 | Nancy J. Allen v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:13-CV-15536 | Deborah J. Crouse, Richard R. Crouse v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:14-CV-27299 | Susan D. Victor, William R. Victor v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |