# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: COOK MEDICAL, INC. PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION

                                              MDL No. 2440

THIS DOCUMENT RELATES TO:
Ainsworth v. Cook Medical, Inc. et al.
Case No. 2:13-cv-15701                         JOSEPH R. GOODWIN
                                                       U.S. DISTRICT JUDGE

## ORDER ON MOTION TO TRANSFER MDL

        Defendants', Cook Incorporated, Cook Biotech, Inc., and Cook Medical, Inc. (the "Cook Defendants") motion to transfer this member case from MDL 2440, In Re: Cook Medical, Inc., Pelvic Repair System Products Liability Litigation, to: MDL 2327, Ethicon, Inc., Pelvic Repair System Products Liability Litigation is **GRANTED**.  Further, it is **ORDERED**, that the clerk will disassociate this civil action as a member case in MDL 2440 and re-associate it with MDL 2327.  The above-entitled action is ORDERED transferred to MDL 2327.

                                                                ENTER: January 9, 2018

                                                                JOSEPH R. GOODWIN
                                                                 UNITED STATES DISTRICT JUDGE