## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **All Plaintiffs,** | |
| **v.** | **MDL No. 2327** |
| **ETHICON INC., JOHNSON & JOHNSON** | **In Re: Ethicon Inc., Pelvic Repair System  Products Liability Litigation,** |
| **Defendants.** | **JOSEPH G. GOODWIN U.S. DISTRICT JUDGE** |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that the law firm of Bartimus, Frickleton and Robertson, P.C. has changed names to Bartimus Frickleton Robertson Rader, P.C., effective January 1, 2018. This Notice of Firm Name Change effects attorneys, James R. Bartimus and Anne M. Tarvin with Bartimus Frickleton Robertson Rader, P.C.  This notice applies to each individual case as it is filed in this MDL No. 2327 for which James R. Bartimus and Anne M. Tarvin are attorneys of record. All addresses and telephone numbers remain the same.

        **Respectfully submitted,**

        **BARTIMUS FRICKLETON ROBERTSON RADER, P.C.**

        **/s/Anne M. Tarvin**
        **Anne M. Tarvin**        **MO Bar # 65405**
        **James R. Bartimus**        **MO Bar # 26131**
        **11150 OVERBROOK ROAD, SUITE 200**
        **LEAWOOD, KS 66211**
        **(913) 266-2300**
        **(913) 266-2366**        **FAX**
        **atarvin@bflawfirm.com**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2018, I filed this document with the clerk of the court via the electronic filing system and provided a copy to all counsel of record.

      /s/ Anne M. Tarvin_____