UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs whose cases are listed on the attached Exhibit A and Defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), acting pursuant to F. R. Civ. P. 41(a)(1)(A)(ii), jointly move the court to dismiss with prejudice this action and all claims against the Ethicon Defendants which were, or could have been asserted. Each party shall bear her or its own costs. The settlements in the cases listed on Exhibit A relate only to the Ethicon Defendants.  To the extent other defendants in these actions remain pending, plaintiffs will continue to prosecute these actions against them.

Respectfully submitted,

/s/ Tim K. Goss
Tim K. Goss
FREESE & GOSS
3500 Maple Ave., Suite 1100
Dallas, TX 75219
*Counsel for Plaintiff*

/s/ Christy D. Jones
Christy D. Jones
BUTLER SNOW LLP
P.O. Box 6010
Ridgeland, Mississippi 39158-6010
*Counsel for the Ethicon Defendants*

**EXHIBIT A**

| First Name | Last Name | Civil Action No. |
|---|---|---|
| Nancy | Adams | 2:14-cv-04096 |
| Theresa | Borders | 2:13-cv-22259 |
| Jennifer | Brown | 2:13-cv-01639 |
| Maryann | Burkholder | 2:14-cv-28712 |
| Patricia | Burton | 2:14-cv-10831 |
| Margaret | Colcord | 2:14-cv-28455 |
| Patricia | Copeland | 2:14-cv-28461 |
| Sheryle | English | 2:14-cv-23508 |
| Brenda | Filler | 2:16-cv-01728 |
| Violet | Fisher | 2:13-cv-00945 |
| Juanita | Gardner | 2:13-cv-00949 |
| Lisa | Hammond | 2:13-cv-25475 |
| Laura | Herron | 2:14-cv-17399 |
| Tammy M | Hodo | 2:14-cv-26225 |
| Amy | Hoerig | 2:13-cv-25486 |
| Rebecca | Hogan | 2:13-cv-00951 |
| Margaret | Huff | 2:14-cv-04751 |
| Kathy | Hughes | 2:15-cv-06317 |
| Daisy | Kelley | 2:14-cv-23509 |
| Mary | Koch | 2:13-cv-06188 |
| Linda | Milakovich | 2:14-cv-29047 |
| Marjorie | Miller | 2:13-cv-25491 |
| Sonja | Mitema | 2:12-cv-05144 |
| JoAnne | ONeal | 2:15-cv-04601 |
| Merry | Pendleton | 2:12-cv-02308 |
| Tamera | Powell | 2:14-cv-28295 |
| Patricia | Ramirez | 2:12-cv-03582 |
| Kimberly | Rudicil | 2:14-cv-12924 |
| Elizabeth | Ryan | 2:14-cv-27888 |
| Patricia | Smith | 2:13-cv-25331 |
| Diane | Smith | 2:13-cv-00980 |
| Diana L | Smith | 2:13-cv-19164 |
| Ylonda | Stephens | 2:14-cv-28240 |
| Peggy L | Thompson | 2:14-cv-23519 |
| Cynthia | Wasson | 2:13-cv-25503 |
| Jane Hyder | Williams | 2:14-cv-21599 |

40126330.v1