**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM PRODUCTS**                **MDL NO. 2327**
**LIABILITY LITIGATION**

-------------------------------------------------------
This Document Relates to All Cases

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Attorney Andrew W. Callahan of Flint Law Firm, LLC moves to withdraw as counsel in

MDL No. 2327 and all member civil actions related to MDL No. 2327, and be substituted for

Jacob A. Flint of Flint Law Firm, LLC in MDL No. 2327 and all member civil actions related to

MDL No. 2327.

                                   Respectfully submitted,

                                   **FLINT LAW FIRM, LLC**

                By:     /s/ Andrew W. Callahan
                        Andrew W. Callahan, IL Bar No. 6298280
                        222 E Park St., Suite 500
                        P.O. Box 189
                        Edwardsville, IL 62025
                        Phone: (618) 288-4777
                        Fax: (618) 288-2864
                        acallahan@flintlaw.com

                        s/ Jacob A. Flint
                        Jacob A. Flint, IL Bar No. 6299777
                        Flint Law Firm, LLC
                        222 E. Park St., Suite 500
                        P.O. Box 189
                        Edwardsville, IL 62025
                        Phone:  618-205-2017
                        Fax:  618-288-2864
                        jflint@flintlaw.com

## Certificate of Service

I hereby certify that on this the 22nd day of January 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Respectfully submitted,

*/s/ Andrew W. Callahan*