IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE AMERICAN MEDICAL SYSTEMS,<br>PELVIC REPAIR SYSTEM PRODUCT<br>LIABILITY LITIGATION | MDL No. 2325 |
| IN RE BOSTON SCIENTIFIC CORP.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2326 |
| IN RE ETHICON, INC.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2327 |
| IN RE COLOPLAST CORP.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2387 |
| IN RE COOK MEDICAL., INC.<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2440 |

ORDER

Now pending before the court is a Motion for Withdrawal and Substitution of Counsel filed herein on _____. Upon consideration of said motion, it is hereby ORDERED that the motion is granted and that attorney Christy D. Jones is allowed to withdraw as counsel and attorney William M. Gage is substituted in her place.

The Clerk is instructed to update the information as set forth in the Motion, both on the main master docket and for each individual member case in MDL Nos. 2187, 2325, 2326, 2327 and 2440 with which said attorneys are associated.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTER:

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE