IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
       PELVIC REPAIR SYSTEM                              MDL NO. 2327
       PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CARTMELL &
WAGSTAFF CASES:

## O R D E R

The court **ORDERS** that counsel for Ethicon, Inc. and Johnson & Johnson, and plaintiffs' counsel Thomas P. Cartmell of Wagstaff & Cartmell, appear before this court on **Friday, February 2, 2018 at 11:00 a.m**. at 300 Virginia Street, East, Charleston, West Virginia, 25301, Room 7800 for a rule 16 conference pursuant to the Federal Rules of Civil Procedure.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: January 29, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE