## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| **IN RE AMERICAN MEDICAL SYSTEMS, PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION** | **MDL No. 2325** |
| **IN RE BOSTON SCIENTIFIC CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **MDL No. 2326** |
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **MDL No. 2327** |
| **IN RE COLOPLAST CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **MDL No. 2387** |
| **IN RE COOK MEDICAL, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **MDL No. 2440** |

## ORDER

Now pending before the Court is a Motion for Withdrawal and Substitution of Counsel filed herein on January 29, 2018. Upon consideration of said Motion, it is hereby ORDERED that the Motion is granted and that attorney David B. Thomas is allowed to withdraw as counsel and attorney Susan M. Robinson is substituted in his place.

The Clerk is instructed to update the information as set forth in the Motion, both on the main master docket and for each individual member case in MDL Nos. 2325, 2326, 2327, 2387, and 2440 with which said attorneys are associated.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTER:

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE