IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO ALL WAVE 8 CASES

**PRETRIAL ORDER # 281**
(Notice of Correction of Typographical error in PTO No. 280,
Docket Control Order – Ethicon, Inc. Wave 8 Cases)

By Pretrial Order "(PTO)" No. 280, I set most of the remaining cases in this MDL on a Docket Control Order. It has come to my attention that there is a typographical error in PTO No. 280 at paragraph A. Scheduling Deadlines. The typographical error reads as follows:

| | |
|---|---|
| Deadline to file list of general causation Experts in each individual Wave 7 case | 09/11/2018 |

**The corrected line is as follows:**

| | |
|---|---|
| **Deadline to file list of general causation Experts in each individual Wave 8 case** | **09/11/2018** |

PTO No. 280 ordered that the "following deadlines immediately apply in all Wave 8 cases[]" and reiterated in paragraph A that the deadlines shall apply in all Ethicon, Inc. Wave 8 cases. The typographical error does not amount to a substantive error and does not change any deadlines or requirements of PTO No. 280. This error was discovered prior to the filing of PTO

No. 280 in the individual cases, but after the filing of PTO No. 280 in the Ethicon, Inc. main MDL. Therefore, I **DIRECTED** the Clerk to file **only** the correct version of PTO No. 280 in each individual Wave 8 case.

**I FIND that this Notice of Correction of Typographical Error filed in Ethicon, Inc., MDL 2:12-md-2327 is sufficient notice to all parties in the Wave 8 cases of the error.**

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall serve as notice to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:18-cv-00245.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: February 2, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE