IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:     ETHICON, INC.
           PELVIC REPAIR SYSTEMS                        MDL 2327
           PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:
WANDA TAYLOR V. ETHICON, INC. ET AL.
2:17cv04311

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that the plaintiff(s) and Ethicon, Inc., Johnson & Johnson and where named, Ethicon LLC (hereinafter collectively referred to as "Ethicon")[1] because of prior agreements have agreed to a mutual stay of activity. The Court therefore finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court ORDERS as follows:

1. All discovery deadlines are continued until further order of the Court.
2. The Clerk shall retire the case from the active docket.
3. If the case has not been dismissed or does not have a motion to reinstate to the active docket filed with the court for consideration by March 31, 2018, it will be reinstated to the active docket by order of the court with a shortened Docket Control Order.

The court DIRECTS the Clerk to file a copy of this order in the individual

---

[1] As used herein, "Ethicon" refers collectively to Johnson & Johnson, Ethicon LLC, Ethicon, Inc. as well as any of its former or present parent companies, subsidiaries, affiliated companies, directors, officers, design surgeons, employees, distributors, detail representatives named in an action pending in MDL No. 2327.

and to link this Order to the Proposed Inactive Docket Order filed at __5525__

_____. The court further DIRECTS the Clerk to send a copy of this Order to

counsel of record and any unrepresented party.

                                      Respectfully submitted,

                                      _s/ Christy D. Jones_
                                      Christy D. Jones
                                      BUTLER SNOW LLP
                                      P.O. Box 6010
                                      Ridgeland, MS  39158
                                      601-948-5711
                                      christy.jones@butlersnow.com

                                      _Counsel for Defendants_

                                      _____
                                      JOSEPH R. GOODWIN
                                      UNITED STATES DISTRICT JUDGE

40201062.v1