# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |

THIS DOCUMENT RELATES TO THE
CASE(S) LISTED ON THE EXHIBIT
ATTACHED HERETO:

## JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and Defendant C. R. Bard, Inc., advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard (where named) with prejudice in the cases listed on the attached Exhibit A, with each party to bear its own costs.

The settlements in the cases listed on Exhibit A relate only to Bard. Because other Defendant(s) remain in the cases listed on Exhibit A, the case(s) should remain open and Plaintiffs will continue to prosecute their claims against any remaining defendants.

Respectfully submitted this 6th day of February, 2018.

8507261 v1

/s/ *Richard B. North, Jr.*  
Richard B. North, Jr.  
richard.north@nelsonmullins.com  
Melissa Foster Bird  
melissa.fosterbird@nelsonmullins.com  
NELSON MULLINS RILEY & SCARBOROUGH L.L.P  
P.O. Box 1856  
Huntington, WV 25719-1856  
Phone: 304.526.3500  
Fax: 304.526.3599  
*Counsel for C.R. Bard, Inc.*

/s/ *Matthew R. McCarley*  
Matthew R. McCarley  
mccarley@fnlawfirm.com  
FEARS NACHAWATI LAW FIRM  
4925 Greenville Avenue, Suite 715  
Dallas, TX  75206  
Phone: 214.890.0711  
Fax: 214.890.0712  
*Counsel for Plaintiffs listed on Exhibit A*

8507261 v1

**EXHIBIT A - FEARS NACHAWATI LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:13-cv-28543 | Garvey, Janet and Joel Hall |
| 2:14-cv-08602 | Taylor, Lenda |
| 2:16-cv-00498 | King, Kim and Gregory |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Richard B. North, Jr.*
Richard B. North, Jr.
*Counsel for C. R. Bard, Inc.*

8507261 v1