# EXHIBIT A

| Case Number | Case Name |
|---|---|
| 2:13-cv-01223 | Shauna & Jimmy Bennett v. Ethicon, Inc., et al. |