IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

## ORDER
(Dismissing Certain Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327, is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A and Boston Scientific Corporation, seeking dismissal of the claims against Boston Scientific Corporation because all claims have been compromised and settled. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Boston Scientific Corporation with Prejudice is **GRANTED.** The defendant Ethicon, Inc., will remain in the action.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual case listed on the attached Exhibit A.

ENTER: February ___, 2018.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE