IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                        MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Case with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 4664], is a Joint Motion to Dismiss Defendant Cook Incorporated, Cook Biotech Incorporated n/k/a Cook Medical, LLC ("Cook") With Prejudice filed by plaintiff, identified on the attached Exhibit A, and Cook. The parties are seeking dismissal of this action with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in this action, and the plaintiff will continue to prosecute this action against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendant Cook with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: February 8, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – ASHCRAFT & GEREL, LLP**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-cv-31186 | Elinor W. Kline & William B. Kline  v. Ethicon, Inc., et al |