## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### ORDER
(Dismissing Case with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 5070], is a Joint Motion to Dismiss Certain Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibits A, and C. R. Bard, Inc. The parties are seeking dismissal of C. R. Bard, Inc. from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Certain Defendants with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER:  February 8, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – KLINE & SPECTER**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:13-cv-09725 | Dalberg, Rebecca and Cornelius |
| 2:14-cv-01386 | Whitson, Emily |