**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**            **MDL NO. 2327**

_____

THIS DOCUMENT RELATES TO THE CASE(S)
LISTED ON THE EXHIBIT ATTACHED HERETO:

_____

### JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A through O and Defendants

Sofradim Production SAS,[1] Tissue Science Laboratories Limited,[2] and Covidien LP[3] (collectively

the "Covidien entities") and C. R. Bard, Inc., to the extent they are named as Defendants, advise

the Court that they have compromised and settled all claims between them in these actions,

including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs, the Covidien entities and Bard jointly move the court to dismiss

the Covidien entities and Bard (where named) with prejudice in the cases listed on the attached

Exhibits A through O, with each party to bear its own costs.

_____

[1] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant, including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production, SAS.

[2] Tissue Science Laboratories Limited includes any incorrect or incomplete spellings of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

[3] Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc., Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien Trevoux, SCS, Covidien plc, Covidien, Inc., Covidien, LLC, and Covidien, PLC, Tyco Healthcare Group LP, TYCO Healthcare, Tyco Healthcare Group, L.P., Tyco International Ltd, United States Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, International Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek, USA, Inc., Medtronic USA, Inc., Medtronic, Inc. and Medtronic, Inc.

8174084 v1
8506254 v1

The settlements in the cases listed on Exhibits A through O relate only to the Covidien entities and Bard. Because other Defendant(s) remain in the cases listed on Exhibits A through O, the case(s) should remain open and Plaintiffs will continue to prosecute their claims against any remaining defendants.

Respectfully submitted this 9th day of February, 2018.

8506254 v1

/s/ *Micah L. Hobbs*_____
Micah L. Hobbs
mhobbs@shb.com
Devin K. Ross
dkross@shb.com
Deborah A. Moeller
dmoeller@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816.474.6550
Fax: 816.421.5547
*Counsel for Covidien Entities*

/s/ *Richard B. North, Jr.*_____
Richard B. North, Jr.
richard.north@nelsonmullins.com
Melissa Foster Bird
melissa.fosterbird@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH
L.L.P
P.O. Box 1856
Huntington, WV 25719-1856
Phone: 304.526.3500
Fax: 304.526.3599
*Counsel for C.R. Bard, Inc.*

/s/ *William M Audet*_____
William M. Audet
waudet@audetlaw.com
AUDET & PARTNERS
711 Van Ness Avenue, Suite 500
San Francisco, CA  94102
Phone: 415.568.2555
Fax: 415.568.2556
*Counsel for Plaintiffs listed on Exhibit A*

/s/ *Shezad Malik*_____
Shezad Malik
malik2law@yahoo.com
DR. SHEZAD MALIK LAW FIRM
4925 Greenville Avenue, Suite 320
Dallas, TX  75206
Phone: 888.210.9693
Fax: 888.210.9693
*Counsel for Plaintiffs listed on Exhibit B*

/s/ *Gregory F. Coleman*_____
Gregory F. Coleman
greg@gregcolemanlaw.com
GREG COLEMAN LAW
550 West Main, Suite 600
Knoxville, TN  37902
Phone: 865.247.0080
Fax: 865.522.0049
*Counsel for Plaintiffs listed on Exhibit C*

/s/ *Lisa Ann Gorshe*_____
Lisa Ann Gorshe
lgorshe@johnsonbecker.com
JOHNSON BECKER
33 South Sixth Street, Suite 4530
Minneapolis, MN  55402
Phone: 612.436.1800
Fax: 612.339.8168
*Counsel for Plaintiffs listed on Exhibit D*

/s/ *J. Mark Kell*_____
J. Mark Kell
mark.kell@kelllampinlaw.com
Mark Edward Berns
berns@onderlaw.com
KELL LAMPIN
14500 South Outer Forty, Suite 407
Chesterfield, MO  63017
Phone: 636.498.4878
Fax: 636.498.3971
*Counsel for Plaintiffs listed on Exhibit E*

/s/ *Carolyn R. Guest*_____
Carolyn R. Guest
crg@m-j.com
Gregory M. Martin
gmm@m-j.com
MARTIN & JONES
410 Glenwood Avenue, Suite 200
Raleigh, NC  27603
Phone: 919.821.0005
Fax: 919.863.6074
*Counsel for Plaintiffs listed on Exhibit F*

/s/  Donald A. Migliori
Donald A. Migliori
dmigliori@motleyrice.com
MOTLEY RICE
321 South Main Street, Suite 200
Providence, RI  02903
Phone: 401.457.7700
Fax: 401.457.7708
*Counsel for Plaintiffs listed on Exhibit G*

/s/  Robert J. Fenstersheib
Robert J. Fenstersheib
rjf@fenstersheib.com
ROBERT J. FENSTERSHEIB & ASSOCIATES
520 West Hallandale Blvd.
Hallandale, FL  33009
Phone: 954.456.2488
Fax: 954.212.2980
*Counsel for Plaintiffs listed on Exhibit I*

/s/  1ason 1. Thompson
Jason J. Thompson
jthompson@sommerspc.com
SOMMERS SCHWARTZ
2000 Town Center, Suite 900
Southfield, MI  48075
Phone: 248.355.0300
Fax: 248.436.8453
*Counsel for Plaintiffs listed on Exhibit K*

/s/  Jeffrey S. Glassman
Jeffrey S. Glassman
jsg@jeffreysglassman.com
THE LAW OFFICES OF JEFFREY S. GLASSMAN
One Beacon Street, Suite 3333
Boston, MA  02108
Phone: 617.367.2900
Fax: 617.720.9999
*Counsel for Plaintiffs listed on Exhibit M*

/s/  James G. Onder
James G. Onder
onder@onderlaw.com
Michael Joseph Quillin
quillin@onderlaw.com
ONDER SHELTON O'LEARY & PETERSON
110 East Lockwood, 2nd Floor
St. Louis, MO  63119
Phone: 314.963.9000
Fax: 314.963.1700
*Counsel for Plaintiffs listed on Exhibit H*

/s/ Trent B. Miracle
Trent B. Miracle
tmiracle@simmonsfirm.com
SIMMONS HANLY CONROY
One Court Street
Alton, IL  62002
Phone: 618.259.2222
Fax: 618.259.2251
*Counsel for Plaintiffs listed on Exhibit J*

/s/ David Kuttles
David Kuttles
dxk@lanierlawfirm.com
THE LANIER LAW FIRM
126 East 56th Street, Sixth Floor
New York, NY  10022
Phone: 212.421.2800
Fax: 212.421.2878
*Counsel for Plaintiffs listed on Exhibit L*

/s/  Amy Collignon Gunn
Amy Collignon Gunn
agunn@simonlawpc.com
John G. Simon
jsimon@simonlawpc.com
THE SIMON LAW FIRM
800 Market Street, Suite 1700
St. Louis, MO  63101
Phone: 314.241.2929
Fax: 314.241.2029
*Counsel for Plaintiffs listed on Exhibit N*

/s/ *Edward A. Wallace*
Edward A. Wallace
eaw@wexlerwallace.com
WEXLER WALLACE
55 West Monroe Street, Suite 3300
Chicago, IL  60603
Phone: 312.346.2222
Fax: 312.346.0022
*Counsel for Plaintiffs listed on Exhibit O*

### EXHIBIT A - AUDET & PARTNERS

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:13-cv-01491 | Vandervelde, Wilda and Albert |

8506254 v1

**EXHIBIT B - DR. SHEZAD MALIK LAW FIRM**

| CIVIL ACTION NUMBER<br>(listed numerically in ascending order) | Case Name |
|---|---|
| 2:14-cv-24630 | Jennings, Holly |

## EXHIBIT C - GREG COLEMAN LAW

| CIVIL ACTION NUMBER<br>(listed numerically in ascending order) | Case Name |
|---|---|
| 2:15-cv-03471 | Stamback, Linda and Farrell |

**EXHIBIT D - JOHNSON BECKER**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:13-cv-25780 | Case, Barbara |

## EXHIBIT E - KELL LAMPIN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:12-cv-09370 | Karlhofer, Patricia |
| 2:13-cv-11105 | Huddleston, Wanda |

**EXHIBIT F - MARTIN & JONES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:13-cv-07265 | McCain, Evelyn A. and Robert E. |

## EXHIBIT G - MOTLEY RICE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:12-cv-02487 | Nichols, Doris and James |
| 2:13-cv-00816 | Lucas, Rebecca Anne and Joseph P. |
| 2:13-cv-01598 | Robinson, Amanda and Jerald F., Jr. |
| 2:13-cv-09576 | White, Kathleen Mae |

**EXHIBIT H - ONDER SHELTON O'LEARY & PETERSON**

| CIVIL ACTION NUMBER<br>(listed numerically in ascending order) | Case Name |
|---|---|
| 2:13-cv-07891 | Kremp, Carolyn and Ralph |
| 2:14-cv-19899 | Guiland, Helen |

### EXHIBIT I - ROBERT J. FENSTERSHEIB & ASSOCIATES

| CIVIL ACTION NUMBER<br>(listed numerically in ascending order) | Case Name |
|---|---|
| 2:13-cv-31237 | Mangels, Teresa |
| 2:13-cv-31427 | Topi, Clara and Stephen |

## EXHIBIT J - SIMMONS HANLY CONROY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:12-cv-06752 | Gravish, Darlene |
| 2:13-cv-01337 | Stacey, Barbara S. |
| 2:13-cv-03080 | Peyton, Frances G. |
| 2:13-cv-05753 | Flatt, Josephine M. |
| 2:13-cv-11007 | Van Matre, Diana L. |
| 2:13-cv-28711 | Farrell, Barbara |
| 2:14-cv-07097 | Bruce, Betty and Gilbert |

## EXHIBIT K - SOMMERS SCHWARTZ

| CIVIL ACTION NUMBER<br>(listed numerically in ascending order) | Case Name |
|---|---|
| 2:15-cv-14879 | Ben, Pamela |
| 2:15-cv-14881 | Crumpler, Donita |

## EXHIBIT L - THE LANIER LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:12-cv-08365 | Sullivan, Theresa and Bryan |
| 2:12-cv-09917 | Jolicoeur, Sheree L. and Rene M. |
| 2:13-cv-02836 | Tagliavento, Merry |
| 2:13-cv-11464 | Holdren, Anna L. and Eugene A. |
| 2:13-cv-12038 | Craddock, Carlotta M. |
| 2:13-cv-16368 | Gardner, Glenda |

## EXHIBIT M - THE LAW OFFICES OF JEFFREY S. GLASSMAN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:14-cv-18624 | Walrond, Opal and Ronald |
| 2:14-cv-21446 | Zblewski, Judith and Jerry |
| 2:14-cv-26260 | Pierce, Rebecca and Mark |

## EXHIBIT N - THE SIMON LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:13-cv-03089 | Jones, Mabel |
| 2:13-cv-22045 | Marlo, Kathy L. and Michael P. |
| 2:13-cv-22631 | Phillips, Donna and David |
| 2:16-cv-00247 | Strovinsky, Cindy and Michael |

## EXHIBIT O - WEXLER WALLACE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:16-cv-02025 | Mollan, Cathy A. and Russell |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 9, 2018, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.

By:     */s/ Micah L Hobbs*
             Micah L. Hobbs
             Attorney for Covidien Entities