**STRICKEN PURSUANT TO THE #5601 ORDER ENTERED ON 4/12/2018.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES IN THE EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the Plaintiffs, Ethicon, Inc. ("Ethicon"), Johnson & Johnson and C.R. Bard, Inc. ("Bard"), have agreed to a settlement model with regard to Ethicon, Johnson & Johnson and Bard. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A. The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a

**STRICKEN PURSUANT TO THE #5601 ORDER ENTERED ON 4/12/2018.**

plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No.      , and send a copy of this Order to counsel of record and any represented party.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT COURT

**STRICKEN PURSUANT TO THE #5601 ORDER ENTERED ON 4/12/2018.**

**EXHIBIT A – Sanders Viener Grossman, LLP**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-23600 | Gisela Marino v. Ethicon, Inc., Johnson & Johnson, and C.R. Bard, Inc. |
| 2:15-cv-07871 | Barbara Childress v. Ethicon Inc., Johnson & Johnson, and C. R. Bard, Inc. |
| 2:16-cv-00246 | Linda Jenkins v. Ethicon, Inc., Johnson & Johnson, and C.R. Bard, Inc. |