**STRICKEN PURSUANT TO THE #5604 ORDER ENTERED ON 4/12/2018.**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES IN THE EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the Plaintiffs, Ethicon, Inc. ("Ethicon"), Johnson & Johnson and Boston Scientific Corporation ("Boston Scientific") have agreed to a settlement model with regard to Ethicon, Johnson & Johnson and Boston Scientific. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A. The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on

**STRICKEN PURSUANT TO THE #5604 ORDER ENTERED ON 4/12/2018.**

motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual cases listed on the attached Exhibit A.  The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No.     , and send a copy of this Order to counsel of record and any represented party.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT COURT

**STRICKEN PURSUANT TO THE #5604 ORDER ENTERED ON 4/12/2018.**

### EXHIBIT A – Sanders Viener Grossman, LLP

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-19271 | Benita Hackbarth v. Ethicon Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:14-cv-19301 | Debra Mcafee v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:14-cv-19445 | Carol Miller v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:14-cv-20147 | Kimberly Morgan v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:14-cv-20170 | Louise Furden v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:14-cv-20186 | Ann Roettger v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:14-cv-20204 | Margaret Rosseau v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:14-cv-20335 | Donna Kingston v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:14-cv-20360 | Barbara Wolensky v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:14-cv-22055 | Mary A. Book v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:14-cv-22115 | Theresa Hyde v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:14-cv-22800 | Janine Krier v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:14-cv-23548 | Macy Collins et. al. v. Ethicon Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:15-cv-07843 | Lois Brisco v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:15-cv-08170 | Jennifer Dehnbostel v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:15-cv-08245 | Laurie Endsley v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:15-cv-09054 | Lovey Ortega-Sanchez v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:15-cv-09064 | Connie Parker v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:15-cv-09077 | Colleen A. Peterson v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |

**STRICKEN PURSUANT TO THE #5604 ORDER ENTERED ON 4/12/2018.**

| | |
|---|---|
| 2:15-cv-09160 | Theresa Smith v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:15-cv-09478 | Betty Folsom v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:15-cv-11056 | Margaret Micciche v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-00171 | Debbie Dilsaver v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-00406 | Violet Lauer v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-04699 | Joan Esposito v. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation |
| 2:16-cv-04801 | Patricia Price v. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation |
| 2:16-cv-04903 | Patricia Thomas v. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation |
| 2:16-cv-04918 | Suzanne Gregoire v. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation |
| 2:16-cv-04955 | Shanna Washburn v. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation |
| 2:16-cv-04999 | Michelle Rose v. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation |
| 2:16-cv-05054 | Donna Stump v. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation |
| 2:16-cv-06751 | Cindy Gerbers v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-06812 | Patricia Roseman v. Ethicon Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-07315 | Clara Sempelsz v. Ethicon Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-07882 | Cindy Price v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Organization |
| 2:16-cv-07912 | Ronna Bond v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-08073 | Gina Zahn v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-08075 | Dinah Wynn v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-08108 | Robin Bennett v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-08172 | Donette Kelly v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-08526 | Sarah Marotta v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |

**STRICKEN PURSUANT TO THE #5604 ORDER ENTERED ON 4/12/2018.**

| | |
|---|---|
| 2:16-cv-08533 | Marylou Porter v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-08539 | Priscilla Oliva v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-08540 | Margaret Costello v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-08543 | Karen Blanton v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-08551 | Jaclyn Isaacson v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-09464 | Janice Lizana v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-10710 | Linda Daugherty v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-10726 | Shirley Brindley v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-10727 | Julia Mayes v. Ethicon Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-11358 | Barbara Thompson v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-11506 | Alicia Guzman v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 2:16-cv-11630 | Phoebe Taylor v. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation |
| 2:16-cv-11990 | Mary Bonfanti v. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation |
| 2:16-cv-12034 | Dawn Gant v. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation |
| 2:16-cv-12659 | Betty Stamey v. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation |