# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) |
| | MDL NO. 2327 |
| THIS DOCUMENT RELATES TO: | |

### AFFIDAVIT OF HON. GLENN A. NORTON (RET.)

STATE OF MISSOURI      )
                       ) ss:
COUNTY OF ST. LOUIS    )

HON. GLENN A. NORTON (Ret.), being duly sworn, deposes and says:

1. I am an attorney at law licensed to practice in the State of Missouri. I am in good standing.

2. I was admitted to the Missouri Bar in 1985.

3. In 2002, I was appointed to the Missouri Court of Appeals for the Eastern District. I served as Chief Judge from 2005 to 2006 and as the Settlement Judge from 2010 to 2015.

4. Beginning in 2015, I have acted as Special Master in thousands of mass tort cases, including Round-Up, Medtronic Infuse, Talc, GM Ignition Interlock, and others. I have served as a Court-appointed Special Master for settlement and allocation purposes in thousands of cases involving Medtronic (Infuse) and Fresenius (Granuflo).

5. I have obtained a Mediation Certification from the University of Missouri.

_____
HON. GLENN A. NORTON (RET.)

Sworn to before me this
/3*th* day of February 2018

_____
NOTARY PUBLIC

CYNTHIA B. GOEPEL
My Commission Expires
October 10, 2019
St. Louis County
Commission #15468758