UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**

For reasons appearing to the Court, the civil action listed on Exhibit A is hereby REASSIGNED from the docket of the Honorable Joseph R. Goodwin, United States District Judge, to the docket of the Honorable Robert C. Chambers, United States District Judge, for all further proceedings.

This Order applies to the individual case listed on Exhibit A, and the Clerk is directed to file this order in the individual case listed on Exhibit A and to file a copy of this order on the docket for the main MDL 2327. The Clerk is directed to forward copies of this order to Judge Goodwin, Judge Chambers, counsel of record, and to any unrepresented parties.

DATED: February 22, 2018

_____
RORY L. PERRY II
Clerk of Court

## EXHIBIT A

| Case No. | Case Style |
|---|---|
| 2:16-cv-12609 | Roberts v. Ethicon, Inc., et al. |