IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
    PELVIC SUPPORT SYSTEMS
    PRODUCTS LIABILITY LITIGATION

MDL 2327

THIS DOCUMENT RELATES TO THE
CASES IN THE EXHIBIT A ATTACHED HERETO

## PROPOSED INACTIVE DOCKET ORDER

The court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and defendants Boston Scientific Corporation ("BSC"), Ethicon, Inc. and Johnson & Johnson have agreed to a settlement model with regards to Boston Scientific Corporation ("BSC"), Ethicon, Inc., and Johnson & Johnson respectively. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

    1.    All discovery deadlines are continued until further order of the Court.

    2.    That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

    3.    Plaintiffs and Defendants may submit an agreed order of dismissal with prejudice on or before March 31, 2018; if settlements are not finalized and dismissal orders are not submitted by March 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendants are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A. The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from the plaintiff explaining such refusal or inability.

The court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party and to link this Order to The Proposed Inactive Docket Files at ECF No. _____ .

AGREED BY COUNSEL:

/s/ Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN
100 Washington Avenue South
Suite 2200
Minneapolis, MN  55401
Ph: (612) 339-6900
Fax: (612) 339-0981
Email: ymflaherty@locklaw.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Christy D. Jones
BUTLER SNOW
P.O. Box 6010
Ridgeland, MS  39158-6010
Ph: (601) 948-5711
Fax: (601) 985-4500
Email: christy.jones@butlersnow.com

/s/ David B. Thomas
THOMAS COMBS & SPANN
P.O. Box 3824
Charleston, WV  25338-3827
Ph: (304) 414-1800
Fax: (304) 414-1801
Email: dthomas@tcspllc.com

/s/ Kari L. Sutherland
BUTLER SNOW
P.O. Box 1138
Oxford, MS  38655
Ph: (901) 680-7354
Fax: (901) 680-7201

Email: kari.sutherland@butlersnow.com
*Attorney for Ethicon, Inc., and Johnson & Johnson*

/s/ Jon A. Strongman
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Ph: (816) 474-6550
Fax: (816) 421-5547
Email: jstrongman@shb.com
*Attorney for Defendant Boston Scientific Corporation*

                                                  _____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT COURT

# EXHIBIT A

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 2:14-cv-25967 | Lynne Dvoracek vs. Boston Scientific Corporation, Ethicon, Inc. and Johnson & Johnson |