IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCT LIABILITY LITIGATION | Master File No. 2:12-md-02327 MDL 2327 |

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

JOSEPH R. GOODWIN
U.S. DISTRICT JUDGE

VICKIE ASHER: 2:15-CV-02101
JOHNNA BAKER: 2:12-CV-09307
JUDY COURSON: 2:12-CV-07236
LORRAINE DAVIS: 2:12-CV-07237
KRISTEN DAWSON: 2:12-CV-02074
TONI HERNANDEZ: 2:12-CV-02073
BRIDGET HEDDLE: 2:12-CV-02071
NICHOLE HILDEBRANDT: 2:13-CV-01879
GLORIA HURTA: 2:12-CV-08033
CHRISTINA JOHNSON: 2:13-CV-14803
MELISSA MARSHALL: 2:12-CV-08479
GAY ANNE MARTIN: 2:15-CV-15233
KELLIE MOTT: 2:13-CV-12707
JOYE ORCUTT: 2:13-CV-30894
TRACY PLACIDO: 2:13-CV-12170
CATHERINE PRATT: 2:12-CV-02072
TRICIA RODMAN: 2:13-CV-14420
ROVERTA VETTER: 2:12-CV-08149
MARY WHITE: 2:12-CV-06986

NOTICE OF CHANGE OF ADDRESS

Please take notice, Plaintiffs listed above, by and through their undersigned counsel, respectfully

moves this Court for entry of an Order updating my firm's address in MDL No. 2327. This notice applies

to attorney Jeffrey A. Bowersox.

Effective immediately, Bowersox Law Firm, P.C. has relocated to:

**MAILING ADDRESS:**
P.O. Box 23397
Tigard, OR 97281

Telephone: (503) 452-5858
Facsimile: (503) 345-6893

Accordingly, Plaintiffs respectfully request the Court enter an Order updating the address for the

aforementioned Bowersox Law Firm, P.C. attorney in MDL No. 2327.


Dated: February 28, 2018.                          /s/ Jeffrey A. Bowersox
                                                   Jeffrey A. Bowersox
                                                   Bowersox Law Firm, P.C.
                                                   P.O. Box 23397
                                                   Tigard, OR 97281
                                                   Phone: (503) 452-5858
                                                   Fax: (503) 345-6893
                                                   Email: jeffrey@bowersoxlaw.com



CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in MDL.


                                                   /s/ Jeffrey A. Bowersox