# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |
| **THIS DOCUMENT RELATES TO:**<br><br>_____,<br>**Case No.** _____ | |

**ELECTION FORM PURSUANT TO PRETRIAL ORDER NO. \_\_**

Pursuant to this Court's Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases, Pretrial Order \_\_, Plaintiff, _____ along with any applicable derivative plaintiffs, hereby agrees to:

\_\_\_\_    1.    Dismiss her presently pending case without prejudice subject to the waiver provisions in Pretrial Order No. \_\_

\_\_\_\_    2.    Continue with her presently pending case without any waiver and pursuant to the obligations set forth in Pretrial Order No. \_\_

In compliance with Pretrial Order No. \_\_, Plaintiff will serve this Election Form, together with an Order of Dismissal Without Prejudice, if applicable, upon Ethicon's counsel at mdl2327election@butlersnow.com within 90 days of the entry of Pretrial Order No. \_\_.

Respectfully submitted,

[signature]

40891304.v1