# APPENDIX 1 – Plaintiffs that have been removed from the original EX. A

**Appendix 1**

| _Status | _Lastname | _Firstname | _Mdl# | _Jurisdiction |
|---|---|---|---|---|
| Dismissed | Amberson | Lisa Moore Hicks Stallings | 2:14cv11684 | Federal Ethicon 2327 |
| Active | Ash | Tammy | 2:16cv11635 | Federal Ethicon 2327 |
| Active | Bateman | Sharon Marie Lanzi | 2:14cv30004 | Federal Ethicon 2327 |
| Active | Birdwell | Debbie Hodgkinson | 2:15cv04485 | Federal Ethicon 2327 |
| Active | Cameron | Angela Marcella Easter | 2:13cv22420 | Federal Ethicon 2327 |
| Active | Chianciola | Trudy Catherine Johnston Conklin | 2:17cv02858 | Federal Ethicon 2327 |
| Active | Chockley | Bonnie Sue Stanek Hof | 2:16cv05701 | Federal Ethicon 2327 |
| Active | Christian | Kari Denise Roden Akins | 2:13cv31903 | Federal Ethicon 2327 |
| Dismissed | Hansen | Marian | 2:13cv33799 | Federal Ethicon 2327 |
| Dismissed | Jewett | Judith M. | 2:14cv11690 | Federal Ethicon 2327 |
| Active | Johnson | Holly A. Delmolino | 2:17cv03139 | Federal Ethicon 2327 |
| Dismissed | Moers-Patterson | Patricia | 2:14cv18283 | Federal Ethicon 2327 |
| Active | Mueller | Tabitha Renee King | 2:15cv14871 | Federal Ethicon 2327 |
| Dismissed | Stamler | Ellen Wagner | 2:13cv24265 | Federal Ethicon 2327 |
| Active | Sutphin | Annette B. Mayse | 2:14cv01379 | Federal Ethicon 2327 |
| Active | White | Terra Leann Lawless | 2:18cv00063 | Federal Ethicon 2327 |
| Dismissed | Wilson | Katrina Sue Ward | 2:16cv09553 | Federal Ethicon 2327 |