# APPENDIX 1 – Plaintiffs Removed from Amended Ex. A

Appendix 1 - Plaintiffs Removed from Amended Ex. A

| _Status | _Lastname | _Firstname | _Mdl# | _Jurisdiction | _Motion Response Doc. No. |
|---|---|---|---|---|---|
| Active | Adams | Betty J. Long | 2:17cv01131 | Federal Ethicon 2327 | 5574 |
| Active | Ahlstrom | Laurie Sorenson | 2:13cv00187 | Federal Ethicon 2327 | |
| Active | Ainsworth | Danette Anne | 2:13cv15701 | Federal Ethicon 2327 | |
| Active | Akins | Mary Elizabeth | 2:14cv14182 | Federal Ethicon 2327 | 5442 |
| Active | Alcantar | Rosa K. | 2:16cv01813 | Federal Ethicon 2327 | |
| Active | Alcorta | Juanita Sambrano | 2:16cv08071 | Federal Ethicon 2327 | |
| Active | Ali | Zeena | 2:14cv14763 | Federal Ethicon 2327 | |
| Active | Allison | Fonda Lee | 2:14cv18350 | Federal Ethicon 2327 | |
| Active | Amodeo | Marion L. | 2:14cv07219 | Federal Ethicon 2327 | |
| Active | Anderson | Katherine Helm | 2:14cv04783 | Federal Coloplast 2387 | |
| Active | Anderson | Patty Lynn Cutler | 2:13cv31244 | Federal Ethicon 2327 | |
| Active | Anjum | Diana Jean Irvin Neuman Faruqi Hedrick | 2:16cv00294 | Federal Ethicon 2327 | |
| Active | Avila | Kimberlee A. Masterson | 2:14cv08509 | Federal Ethicon 2327 | |
| Active | Bacon | Cheryl Annette Banks | 2:14cv01143 | Federal Ethicon 2327 | |
| Active | Badiukiewicz | Christine Helm | 2:15cv02053 | Federal Bard 2187 | 5425 |
| Active | Bain | April Lynch | 2:16cv11420 | Federal Ethicon 2327 | |
| Active | Bain | Leslie L. Peterson Towne | 2:13cv18557 | Federal Ethicon 2327 | 5417 |
| Active | Beach | Tracy Lynn | 2:15cv00245 | Federal Ethicon 2327 | |
| Active | Behymer | Kristyne Louise | 2:14cv18263 | Federal Ethicon 2327 | |
| Active | Beitler | June Rene | 2:13cv17996 | Federal Ethicon 2327 | |
| Active | Benson-Kinchelow | Jennifer Sue | 2:13cv31651 | Federal Ethicon 2327 | |
| Active | Blann | Karen Sue Fontanyi | 2:13cv25433 | Federal Ethicon 2327 | |
| Active | Boice | Troyann J. Jones | 2:13cv18560 | Federal Ethicon 2327 | 5417 |
| Active | Boles | Christie L. | 2:15cv04062 | Federal Ethicon 2327 | 5417 |
| Active | Bonar | Jill VanOsdol | 2:13cv14757 | Federal Ethicon 2327 | |
| Active | Borger | Lauren Lee | 2:13cv15272 | Federal Ethicon 2327 | |
| Active | Borland | Irene E. Ward Harrington Langford Haslett | 2:16cv01868 | Federal Ethicon 2327 | |
| Active | Boully | Janice Haven | 2:14cv25824 | Federal Bard 2187 | |
| Active | Bounds | Judith | 2:13cv03160 | Federal Ethicon 2327 | 5434/5439/5440 |
| Active | Bowling | Colleen Kelly M. Spradley Millhone | 2:14cv26063 | Federal Ethicon 2327 | 5418 |
| Active | Bowman | Kristi Lynne | 2:13cv17427 | Federal Ethicon 2327 | |
| Active | Branning | Patricia Ann Moring | 2:15cv00848 | Federal Ethicon 2327 | 5457 |
| Active | Brown | Kathryn K. | 2:17cv00834 | Federal Ethicon 2327 | |
| Active | Burke | Lora Anne Fleeman | 2:15cv12902 | Federal Ethicon 2327 | 5435 |
| Active | Butts | Delores | 2:13cv26540 | Federal Ethicon 2327 | |
| Active | Cabrera | Mona M. Knopp Maggart | 2:13cv20183 | Federal Boston Scientific 2326 | |
| Active | Carlson | Carole A. | 2:15cv12955 | Federal Ethicon 2327 | |
| Active | Caughill | Michelle Laurene Borngraber Brittain | 2:13cv25266 | Federal Ethicon 2327 | 5423 |
| Active | Champagne | Violet | 2:13cv30696 | Federal Ethicon 2327 | 5433 |
| Active | Chappell | Amy Parrish Fowler | 2:15cv13016 | Federal Ethicon 2327 | |
| Active | Chitwood | Rita L. | 2:17cv04374 | Federal Ethicon 2327 | |
| Active | Cisneros | Anna Leticia Gonzales Ocanas Lopez | 2:13cv26374 | Federal Ethicon 2327 | |
| Active | Clarkson | Jean A. Cooper | 2:15cv13296 | Federal Ethicon 2327 | 5423 |
| Active | Clifford | Barbara Ardis | 2:14cv25642 | Federal Boston Scientific 2326 | |
| Active | Collins | Janet L. | 2:15cv16325 | Federal Ethicon 2327 | |
| Active | Collins | Mary P. | 2:15cv15479 | Federal Ethicon 2327 | |
| Active | Conahey | Janine R. | 2:14cv07996 | Federal Ethicon 2327 | |
| Dismissed | Conaway | Judy Lee Barnhart | 2:15cv15684 | Federal Bard 2187 | |
| Active | Craib | Melissa | 2:13cv26870 | Federal Ethicon 2327 | 5417 |
| Active | Crawford | Deidre Louise | 2:14cv17956 | Federal Ethicon 2327 | |
| Active | Crigger | Beth Ann | 2:13cv29311 | Federal Ethicon 2327 | |
| Active | Critzer | Lisa Misbach Pinney Koseroski | 2:13cv13533 | Federal Ethicon 2327 | |
| Active | Crouse | Deborah Jean Stinnett | 2:13cv15536 | Federal Ethicon 2327 | |
| Active | Crowson | Sandra | 2:16cv07719 | Federal Ethicon 2327 | |
| Active | Crumm | Dana Michelle Ridgely | 2:13cv18414 | Federal Ethicon 2327 | 5417 |
| Active | Cruz | Lourdes | 2:13cv28940 | Federal Ethicon 2327 | |
| Active | Curtis | Catherine R. Lightner | 2:17cv00200 | Federal Ethicon 2327 | |
| Active | Davis | Deborah G. Barzak | 2:14cv29073 | Federal Ethicon 2327 | 5438 |
| Active | Delph | Cathy Wagers | 2:15cv13374 | Federal Ethicon 2327 | |

Appendix 1 - Plaintiffs Removed from Amended Ex. A

| _Status | _Lastname | _Firstname | _Mdl# | _Jurisdiction | _Motion Response Doc. No. |
|---|---|---|---|---|---|
| Active | DeRose | Diane Lynn | 2:13cv27127 | Federal Ethicon 2327 | |
| Active | Domorod | Maxine Jo Van Orman Zanker | 2:13cv11593 | Federal Ethicon 2327 | |
| Active | Dorney | Stephanie M. | 2:13cv02074 | Federal Ethicon 2327 | 5434/5439/5440 |
| Active | Dugan-Fultz | Nicole | 2:14cv07266 | Federal Ethicon 2327 | |
| Active | Durst | Wilma L. | 2:14cv18058 | Federal Ethicon 2327 | |
| Active | Eck | Tiaffany Donley O'Quinn Whitley | 2:17cv02977 | Federal Ethicon 2327 | |
| Active | Eckenrode | Regina Frances | 2:15cv16196 | Federal Ethicon 2327 | |
| Active | Eisenberg | Laurie Forman | 2:13cv00252 | Federal Ethicon 2327 | |
| Active | Esnaola | Consuela | 2:13cv15658 | Federal Ethicon 2327 | |
| Active | Evans | Heidi | 2:13cv25649 | Federal Ethicon 2327 | 5434/5439/5440 |
| Active | Faddoul | Mirna | 2:13cv20930 | Federal Ethicon 2327 | 5433 |
| Dismissed | Flanagan | Clementene | 2:15cv01551 | Federal Ethicon 2327 | |
| Active | Flores | Martha S. | 2:16cv01455 | Federal Ethicon 2327 | |
| Active | Ford | April A. | 2:15cv14070 | Federal Ethicon 2327 | |
| Active | Fountain | Mary A. | 2:13cv18198 | Federal Ethicon 2327 | |
| Active | Fox | Monica Lynn Perman | 2:14cv27736 | Federal Ethicon 2327 | |
| Active | Franklin | Lisa Ann | 2:14cv20532 | Federal Ethicon 2327 | |
| Active | Franklin | Tanya Charlene Fisher | 2:13cv19125 | Federal Ethicon 2327 | |
| Active | Fraser | Linda M. | 2:13cv08800 | Federal Ethicon 2327 | |
| Active | Frick | Rosanna Litchfiel | 2:13cv23512 | Federal Ethicon 2327 | 5434/5439/5440 |
| Active | Fryar | Catherine Lynn | 2:13cv22559 | Federal Ethicon 2327 | 5417 |
| Active | Galligan | Linda M. Lanz | 2:15cv05787 | Federal Ethicon 2327 | |
| Active | Galloway | Charlene A. | 2:15cv15728 | Federal Ethicon 2327 | |
| Active | Garcia | Helen | 2:13cv00264 | Federal Ethicon 2327 | |
| Active | Garrett | Melanie D. | 2:12cv09075 | Federal Ethicon 2327 | 5423 |
| Active | Gatlin | Lisa Lynn | 2:13cv03791 | Federal Ethicon 2327 | |
| Active | Gilchrist | Bonnie Russell Grissom Goff Everitt Stilwell | 2:15cv06047 | Federal Ethicon 2327 | |
| Active | Glasco | Tracey Y. Greenlee | 2:13cv12041 | Federal Ethicon 2327 | |
| Active | Glenn | Sophia Huguley | 2:15cv11081 | Federal Ethicon 2327 | |
| Active | Glover | Diana Sue Abercrombie Downs | 2:13cv19964 | Federal Ethicon 2327 | |
| Active | Goff | Tabitha G. Woosley | 2:14cv17314 | Federal Ethicon 2327 | |
| Active | Gomez | Shirley S. | 2:13cv10461 | Federal Ethicon 2327 | |
| Active | Goss | Penny Lee | 2:13cv18607 | Federal Ethicon 2327 | 5417 |
| Active | Gossen | Jeanne Privat | 2:17cv03184 | Federal Ethicon 2327 | |
| Active | Gray | Margaret C. | 2:13cv09267 | Federal Ethicon 2327 | |
| Active | Griffin | Jade | 2:13cv27149 | Federal Ethicon 2327 | |
| Active | Grubbs | Janice B. Holmes | 2:13cv05120 | Federal Ethicon 2327 | |
| Active | Guzzo | Cheryl Jean Shuler | 2:13cv18563 | Federal Ethicon 2327 | 5417 |
| Active | Haefner | Lisa A. Jaeger | 2:15cv00544 | Federal Ethicon 2327 | 5427 |
| Active | Hale | Vera | 2:13cv26701 | Federal Ethicon 2327 | |
| Active | Hall | Teresa Begley Pittman | 2:12cv04846 | Federal Ethicon 2327 | |
| Active | Halsey | Lisa R. | 2:15cv15975 | Federal Ethicon 2327 | |
| Active | Hanchosky | Karen | 2:12cv00570 | Federal Ethicon 2327 | |
| Active | Harhart | Linda L. Acevedo | 2:14cv29124 | Federal Ethicon 2327 | 5423 |
| Active | Harper | Dana Rae Quinn | 2:13cv01572 | Federal Ethicon 2327 | |
| Active | Harrington | June McKenna | 2:15cv05808 | Federal Ethicon 2327 | 5433 |
| Active | Harris-Barksdale | Sherry A. | 2:14cv07662 | Federal Ethicon 2327 | |
| Dismissed | Haste | Brinda Sue Stringe | 2:15cv03848 | Federal Boston Scientific 2326 | |
| Active | Hayden | Brenda K. Oxby Vansickle Rood | 2:14cv25441 | Federal Ethicon 2327 | |
| Active | Hayes | Ellen Dorean Williams | 2:14cv22812 | Federal Ethicon 2327 | |
| Active | Hecht | Pamela | 2:16cv04968 | Federal Ethicon 2327 | |
| Active | Hendrix | Lynne Monts Crafton Richards | 2:15cv07976 | Federal Ethicon 2327 | |
| Active | Hennrich | Mary F. MacKiewicz | 2:15cv03106 | Federal Ethicon 2327 | |
| Active | Hernandez | Antonia Delgado | 2:13cv27339 | Federal Ethicon 2327 | |
| Active | Hertslet | Gisela Margaret Svensson | 2:17cv02381 | Federal Ethicon 2327 | 5445 |
| Active | Hewitt | Kathleen M. Longtin | 2:13cv07766 | Federal Ethicon 2327 | 5423 |
| Active | Holder | Sabrina L. | 2:13cv10518 | Federal Ethicon 2327 | 5438 |
| Active | Hood | Deborah A. | 2:13cv17377 | Federal Ethicon 2327 | |

Appendix 1 - Plaintiffs Removed from Amended Ex. A

| _Status | _Lastname | _Firstname | _Mdl# | _Jurisdiction | _Motion Response Doc. No. |
|---|---|---|---|---|---|
| Active | Hulse | Dixie R. Patterson Hogue | 2:14cv25960 | Federal Ethicon 2327 | |
| Active | Hulse | Katina Diane Suel | 2:14cv27539 | Federal Ethicon 2327 | |
| Active | Hutchison | Deanna Gail Callahan | 2:12cv01711 | Federal Ethicon 2327 | |
| Active | Ingram | Alma Giles | 2:13cv26757 | Federal Ethicon 2327 | |
| Active | Irwin | Terri L. | 2:14cv08762 | Federal Ethicon 2327 | |
| Active | Jacobs-Mitchell | Gwendria P. | 2:14cv17765 | Federal Bard 2187 | 5425 |
| Active | Jarrett | Deborah L. Spann Johnson Merrell George | 2:15cv04896 | Federal Ethicon 2327 | |
| Active | Jay | Carolyn Smith Master | 2:13cv01899 | Federal Ethicon 2327 | |
| Dismissed | Jensema | April A. Lesko | 2:14cv15891 | Federal Ethicon 2327 | |
| Active | Jensen | Michele Christine Poliksza | 2:15cv16340 | Federal Ethicon 2327 | |
| Active | Johnson | Teresa K. | 2:13cv10989 | Federal Ethicon 2327 | |
| Active | Jones | Terry Ann | 2:15cv07870 | Federal Ethicon 2327 | |
| Active | Judd | Sally Clark | 2:14cv16761 | Federal Ethicon 2327 | |
| Active | Kazee | Mary Lou Blevins West | 2:13cv18487 | Federal Ethicon 2327 | 5417 |
| Active | Keen | Melissa A. | 2:17cv00863 | Federal Ethicon 2327 | |
| Active | Keener | Lorene | 2:13cv21701 | Federal Ethicon 2327 | 5433 |
| Active | Kelly | Linda J. | 2:13cv32680 | Federal Ethicon 2327 | |
| Active | Kern | Kristine Louise | 2:16cv01977 | Federal Ethicon 2327 | |
| Active | Kesend | Ellen Judith | 2:13cv19936 | Federal Ethicon 2327 | |
| Active | Killen | Nicole Marie Shepherd | 2:14cv19722 | Federal Ethicon 2327 | |
| Active | King | Elaine J. Anderson | 2:16cv01089 | Federal Ethicon 2327 | |
| Active | King | Julie A. Lievens | 2:13cv17778 | Federal Ethicon 2327 | |
| Active | King | Victoria A. Shay | 2:15cv12997 | Federal Ethicon 2327 | 5436 |
| Active | Kingsbury | Margaret | 2:13cv28794 | Federal Ethicon 2327 | 5423 |
| Active | Klassen | Tracye Michelle Ceviston | 2:14cv08274 | Federal Ethicon 2327 | |
| Active | Kovach | Renee T. | 2:13cv15546 | Federal Ethicon 2327 | |
| Active | Krause | Kathleen Marie Holzman | 2:14cv10191 | Federal Ethicon 2327 | 5442 |
| Active | Krevanko | Brigette | 2:17cv03209 | Federal Ethicon 2327 | 5443 |
| Active | Kuyper | Kristen Frances | 2:13cv12672 | Federal Ethicon 2327 | |
| Active | Larnerd | Jean Prouty | 2:15cv00933 | Federal Ethicon 2327 | 5423 |
| Active | Lee | Myrle Ann | 2:13cv09183 | Federal Ethicon 2327 | 5423 |
| Active | Leehy, Deceased | Donna | 2:12cv08582 | Federal Ethicon 2327 | |
| Active | LeMay | Angela Renae Pickering | 2:13cv17361 | Federal Ethicon 2327 | |
| Active | Lemons | Cordelia W. | 2:13cv18183 | Federal Ethicon 2327 | |
| Active | Leonard | Kimberly K. Neuhart | 2:14cv25743 | Federal Ethicon 2327 | 5443 |
| Active | Long | Angela | 2:14cv18811 | Federal Ethicon 2327 | |
| Active | Long | Fannie A. Ferguson | 2:13cv02133 | Federal Ethicon 2327 | |
| Active | MacAndrea | Lannie Cubley | 2:14cv07163 | Federal Ethicon 2327 | |
| Active | Mace | Elizabeth Diane | 2:13cv17096 | Federal Ethicon 2327 | |
| Active | Maddox | Joan Esther | 2:13cv26369 | Federal Ethicon 2327 | |
| Active | Maness | Joyce Liddy | 2:13cv08804 | Federal Ethicon 2327 | |
| Active | Manuel | Janet Rimlinger | 2:15cv15482 | Federal Ethicon 2327 | |
| Active | Marshall | Dawn | 2:15cv04271 | Federal Ethicon 2327 | |
| Active | Marshall | Gloria Arobayo | 2:16cv05903 | Federal Ethicon 2327 | |
| Active | Marshall | Melissa | 2:12cv08479 | Federal Ethicon 2327 | |
| Active | Mascuch | Barbara J. | 2:13cv27673 | Federal Ethicon 2327 | |
| Active | Mathey | Tracy Lynn | 2:14cv11813 | Federal Ethicon 2327 | 5417 |
| Active | Mattingly | Sharon Marie Hooks | 2:14cv15865 | Federal Ethicon 2327 | |
| Active | McCollough | Martha Joan | 2:16cv01480 | Federal Ethicon 2327 | |
| Active | McCune | Kimberly Ann Lee Winningham | 2:13cv14832 | Federal Ethicon 2327 | |
| Active | McEwan | Maggie Smith Dawson King | 2:12cv00304 | Federal Ethicon 2327 | |
| Active | McInturff | Lori LaBella | 2:13cv22017 | Federal Ethicon 2327 | 5433 |
| Active | McPherson | Jennifer | 2:17cv04293 | Federal Ethicon 2327 | |
| Active | Mejia | Patricia E. Andrade | 2:15cv14436 | Federal Ethicon 2327 | |
| Active | Melhado | Cynthia Lynn | 2:13cv26013 | Federal Ethicon 2327 | |
| Active | Mercer | Rebecca | 2:13cv04889 | Federal Ethicon 2327 | |
| Active | Meskunas | Gala Jean Masters | 2:13cv33910 | Federal Ethicon 2327 | |
| Active | Miller | Gwendalynn R. Cormier | 2:16cv01686 | Federal Ethicon 2327 | |
| Active | Miller | Laura Lynn | 2:13cv23376 | Federal Ethicon 2327 | |
| Active | Miller | Marjorie Ann Sauls Hartsfield Davis | 2:13cv29462 | Federal Ethicon 2327 | |

Appendix 1 - Plaintiffs Removed from Amended Ex. A

| _Status | _Lastname | _Firstname | _Mdl# | _Jurisdiction | _Motion Response Doc. No. |
|---|---|---|---|---|---|
| Active | Miller | Nettie Lynn | 2:13cv14751 | Federal Ethicon 2327 | |
| Active | Monroe | Mary Jo Bowman Wymer | 2:13cv09220 | Federal Ethicon 2327 | |
| Active | Moody | Carol Ann Goodman | 2:15cv13110 | Federal Ethicon 2327 | 5423 |
| Active | Moreland | Charity Lynn | 2:14cv08150 | Federal Ethicon 2327 | |
| Active | Morgan | Jana | 2:13cv27350 | Federal Ethicon 2327 | |
| Active | Morrison | Heather Gindra Taylor | 2:14cv24590 | Federal Ethicon 2327 | |
| Active | Mottice | Janet C. | 2:13cv22514 | Federal Ethicon 2327 | |
| Active | Moya-Goodwin | Terri Michelle | 2:14cv13214 | Federal Ethicon 2327 | 5425 |
| Active | Munoz | Elida de Hoyos Pichardo de la Rosa Mu Fioz | 2:13cv14990 | Federal Ethicon 2327 | |
| Active | Neil | JoAnn Flist | 2:15cv06030 | Federal Ethicon 2327 | 5417 |
| Active | Neitz | Vicki E. | 2:13cv14938 | Federal Ethicon 2327 | 5438 |
| Active | Nelson | Kimberly Ann Weddle | 2:13cv11432 | Federal Ethicon 2327 | 5434/5439/5440 |
| Active | Nichols | Angela Juanita | 2:14cv08191 | Federal Ethicon 2327 | |
| Active | Nodine | Lori J. | 2:16cv04444 | Federal Ethicon 2327 | |
| Active | Novotny | Serena Yuk-Wan Choy | 2:16cv05318 | Federal Ethicon 2327 | |
| Active | Nunez | Maria Lourdes Torres | 2:14cv13580 | Federal Ethicon 2327 | 5468 |
| Active | Oldenkamp | LeeAnn Van Doria | 2:13cv24716 | Federal Ethicon 2327 | |
| Active | Oliva | Leonor Sanchez | 2:13cv20281 | Federal Ethicon 2327 | |
| Active | Oliver | Vada Hensley | 2:13cv28113 | Federal Ethicon 2327 | |
| Active | Olsen | Pamela Jean Christensen | 2:13cv12636 | Federal Ethicon 2327 | 5442 |
| Active | O'Neal | Nancy | 2:17cv04330 | Federal Ethicon 2327 | |
| Active | Orosz | Cathy L. Engle | 2:13cv00996 | Federal Ethicon 2327 | 5434/5439/5440 |
| Dismissed | Orozco | Sandra Lenis | 2:15cv03491 | Federal Bard 2187 | |
| Active | Ortiz | Margarita Zepeda | 2:13cv14965 | Federal Ethicon 2327 | |
| Active | Oxendine | Lisa A. | 2:15cv08240 | Federal Ethicon 2327 | |
| Active | Parris | Patricia Ann Wells | 2:14cv09116 | Federal Ethicon 2327 | |
| Active | Paseka | Colleen Sandra Panchott | 2:13cv13451 | Federal Ethicon 2327 | 5442 |
| Active | Patton | Karen S. | 2:14cv20472 | Federal Ethicon 2327 | |
| Active | Paulman | Sharon Lee Haralambou | 2:12cv06512 | Federal Ethicon 2327 | |
| Active | Pearson | Linda B. | 2:13cv24719 | Federal Ethicon 2327 | |
| Active | Pegues-Nixon | Chetuan | 2:17cv01209 | Federal Ethicon 2327 | 5452 |
| Active | Peterson | Stacey J. Brown | 2:14cv25912 | Federal Ethicon 2327 | |
| Active | Petix | Edna Michelle | 2:14cv08904 | Federal Ethicon 2327 | |
| Active | Phillips | Amber C. Jones Skaggs | 2:13cv24720 | Federal Ethicon 2327 | |
| Active | Phillips | Donna Blevins | 2:13cv22631 | Federal Ethicon 2327 | |
| Active | Pirkle | Yasemin Altuglu | 2:13cv16020 | Federal Ethicon 2327 | |
| Active | Pitagna | Rose Rosalie Santora | 2:15cv15358 | Federal Ethicon 2327 | |
| Active | Poe | Lynis | 2:14cv13968 | Federal Ethicon 2327 | |
| Active | Price | Lana Charlene | 2:13cv14862 | Federal Ethicon 2327 | |
| Active | Pusztai | Susan E. | 2:16cv10773 | Federal Ethicon 2327 | |
| Active | Quinnell | Mary L. Mazariegos | 2:16cv07233 | Federal Ethicon 2327 | |
| Active | Reece | Teresa L. Gromoksy | 2:17cv04556 | Federal Bard 2187 | 5435 |
| Active | Reeder | Debbie Deborah Dugas | 2:15cv12422 | Federal Ethicon 2327 | |
| Active | Remagen | Tammy J. | 2:13cv06877 | Federal Ethicon 2327 | |
| Active | Renick | Tammy S. Krengle | 2:15cv02232 | Federal Ethicon 2327 | |
| Active | Repka | Diann Floerke Gocricke | 2:13cv26198 | Federal Ethicon 2327 | 5442 |
| Active | Reynolds | Barbara A. | 2:15cv14756 | Federal Ethicon 2327 | |
| Active | Rhodes | Audrey Joanne Jones Adair | 2:13cv17382 | Federal Ethicon 2327 | |
| Active | Richter | Lisa Ann Bottoms | 2:13cv17807 | Federal Boston Scientific 2326 | |
| Active | Rinearson | Mary E. Nunn | 2:15cv16582 | Federal Ethicon 2327 | |
| Active | Rittenhouse | Jackie L. | 2:13cv23515 | Federal Ethicon 2327 | 5434/5439/5440 |
| Active | Rodriguez | Julie | 2:15cv03328 | Federal Ethicon 2327 | |
| Active | Roesgen | Shannon E. Ran | 2:14cv27572 | Federal Ethicon 2327 | 5417 |
| Active | Rogers, deceased | Lillie Mae Blankenship | 2:16cv01964 | Federal Ethicon 2327 | |
| Active | Roman | Yvonne Rodriguez | 2:14cv19739 | Federal Ethicon 2327 | |
| Active | Rosado | Dolores Marie | 2:13cv20426 | Federal Ethicon 2327 | |
| Active | Rowan | Tammy Lynn | 2:14cv02822 | Federal Ethicon 2327 | 5418 |
| Active | Rueb | Katherine Elizabeth Crutchley Roehm | 2:13cv32138 | Federal Ethicon 2327 | 5430 |
| Active | Russell | Edina M. | 2:14cv16190 | Federal Ethicon 2327 | |
| Active | Russell | Judy B. | 2:17cv04094 | Federal Ethicon 2327 | |
| Active | Rykowski | Linda | 2:12cv09174 | Federal Ethicon 2327 | |
| Active | Sadler | Evelyn Renee Adams | 2:16cv06176 | Federal Ethicon 2327 | 5423 |

Appendix 1 - Plaintiffs Removed from Amended Ex. A

| _Status | _Lastname | _Firstname | _Mdl# | _Jurisdiction | _Motion Response Doc. No. |
|---|---|---|---|---|---|
| Active | Salmons | Elizabeth | 2:16cv08781 | Federal Ethicon 2327 | |
| Active | Santaliz | Lisa Marie Valdez Schmidt | 2:13cv28670 | Federal Ethicon 2327 | |
| Active | Santana | Santa Maldonato | 2:12cv07849 | Federal Ethicon 2327 | 5423 |
| Active | Saylor | Ivette Jimenez | 2:13cv23078 | Federal Ethicon 2327 | 5434/5439/5440 |
| Active | Saylor | Sharon E. | 2:16cv03189 | Federal Ethicon 2327 | |
| Active | Schmidt | Susan Linda Whitton Bice | 2:13cv26380 | Federal Ethicon 2327 | |
| Active | Scholvin | Deborah A. Koble | 2:14cv21665 | Federal Ethicon 2327 | |
| Active | Scott | Virginia Ginger Root | 2:13cv18093 | Federal Ethicon 2327 | |
| Dismissed | Seely | Diana L. | 2:14cv18089 | Federal Ethicon 2327 | |
| Active | Segrest | Patricia | 2:12cv07810 | Federal Boston Scientific 2326 | |
| Active | Seifert | Debra Diane Buxton Sanner | 2:13cv19540 | Federal Ethicon 2327 | 5417 |
| Active | Shaffer | Diane L. Roth Davis Hartman | 2:14cv27063 | Federal Ethicon 2327 | |
| Active | Shaw | Lisa M. Jenkins | 2:14cv25802 | Federal Ethicon 2327 | 5418 |
| Active | Shirks | Louanna Jean McCarty Ashley Doss | 2:12cv09268 | Federal Ethicon 2327 | |
| Active | Siegrist | Marianne Land | 2:14cv17889 | Federal Ethicon 2327 | 5442 |
| Active | Singer | Doris Dori Ann Niewiadomski | 2:15cv05352 | Federal Ethicon 2327 | |
| Active | Singh-Morgan | June Casillas | 2:13cv14942 | Federal Ethicon 2327 | 5438 |
| Active | Slaughter | Beverly Antoinette Allen | 2:14cv24007 | Federal Ethicon 2327 | |
| Active | Smith | Lisa R. Reed Bowles | 2:14cv25923 | Federal Ethicon 2327 | |
| Active | Smith | Lorra Lee Alexander | 2:13cv28112 | Federal Ethicon 2327 | |
| Active | Soto | Candida Camacho | 2:14cv20814 | Federal Ethicon 2327 | 5418 |
| Active | Spacek | Helen C. | 2:13cv19476 | Federal Ethicon 2327 | |
| Active | Spinks | Linette Phillips | 2:13cv18194 | Federal Ethicon 2327 | |
| Dismissed | St. John | Margaret | 2:14cv21276 | Federal Ethicon 2327 | |
| Active | Stafford | Angela K. | 2:15cv05952 | Federal Ethicon 2327 | |
| Active | Standridge | Tammy | 2:17cv04096 | Federal Ethicon 2327 | |
| Active | Steffey | Edith Jeanne Cooper Campbell Newkirk | 2:15cv07685 | Federal Ethicon 2327 | |
| Active | Stegner | Heather Diane Dew | 2:13cv28664 | Federal Ethicon 2327 | |
| Active | Stephens | Donna Lynn Kiefer | 2:14cv23713 | Federal Ethicon 2327 | |
| Active | Strait | Shirley Rae Petersen | 2:14cv27538 | Federal Ethicon 2327 | |
| Active | Stratton | Margaret Longsdorf Lanigan Boone | 2:13cv10846 | Federal Ethicon 2327 | |
| Active | Stringer | Terri Harland Gunn | 2:14cv08301 | Federal Ethicon 2327 | |
| Active | Strohl | Mary Collision | 2:16cv07585 | Federal Ethicon 2327 | |
| Active | Suppa | Corrinne L. Cochran | 2:14cv15978 | Federal Ethicon 2327 | 5418 |
| Active | Sutphin | Annette B. Mayse | 2:14cv01379 | Federal Ethicon 2327 | 5423 |
| Active | Svitenko | Elizabeth | 2:15cv15939 | Federal Ethicon 2327 | |
| Active | Tacconelli | Karyn Viggiani | 2:16cv06009 | Federal Ethicon 2327 | |
| Active | Tamalavic | Angela M. Frederick | 2:16cv06010 | Federal Ethicon 2327 | |
| Active | Thomas | Carol Sue | 2:14cv07487 | Federal Ethicon 2327 | |
| Active | Thomason | Minnie Lou | 2:13cv28534 | Federal Ethicon 2327 | |
| Active | Thompson | Stacie Marie Guidroz | 2:14cv07855 | Federal Ethicon 2327 | 5442 |
| Active | Tibbetts | Robin A. | 2:15cv16510 | Federal Ethicon 2327 | |
| Active | Tirey | Andrea Ann | 2:13cv14842 | Federal Ethicon 2327 | |
| Active | Tolmasova | Anzhelika | 2:16cv04530 | Federal Ethicon 2327 | |
| Active | Townson | Irma Idalia Garcia | 2:13cv12954 | Federal Ethicon 2327 | 5442 |
| Active | Tregellas | Misty Michelle | 2:14cv07488 | Federal Ethicon 2327 | |
| Active | Trigg | Cynthia Lea Bean Brown | 2:16cv00283 | Federal Ethicon 2327 | |
| Active | Trinkle | Beth Ann Coleman | 2:17cv02438 | Federal Ethicon 2327 | |
| Active | Turner | Janice Lorraine Smith | 2:14cv24998 | Federal Ethicon 2327 | |
| Active | Vaccarelli | Darlene J. Paternoster | 2:15cv07901 | Federal Ethicon 2327 | |
| Active | Vascek | Susan E. Pruchnicki | 2:16cv06020 | Federal Ethicon 2327 | |
| Active | Vincent | Crystal Sims | 2:14cv10298 | Federal Ethicon 2327 | |
| Active | Walker | Fawn L. | 2:14cv29452 | Federal Ethicon 2327 | 5438 |
| Active | Walker | Susan Michele Hazelwood | 2:12cv02728 | Federal Ethicon 2327 | |
| Active | Walker | Theresa Morgan Amburgey | 2:14cv25915 | Federal Ethicon 2327 | |

Appendix 1 - Plaintiffs Removed from Amended Ex. A

| _Status | _Lastname | _Firstname | _Mdl# | _Jurisdiction | _Motion Response Doc. No. |
|---|---|---|---|---|---|
| Active | Warnock | Christina Phillips | 2:13cv22742 | Federal Ethicon 2327 | 5434/5439/5440 |
| Active | Welch | Marlene Kay Fairris | 2:13cv14346 | Federal Ethicon 2327 | |
| Active | Wherry | Carol Lynn Jordan | 2:15cv08119 | Federal Ethicon 2327 | 5444 |
| Active | Whitfield | Twila Bracy | 2:13cv17530 | Federal Ethicon 2327 | |
| Active | Whitmire | Janet Kay Starks | 2:13cv19025 | Federal Ethicon 2327 | 5417 |
| Active | Williams | Janet Leann | 2:13cv13463 | Federal Ethicon 2327 | 5438 |
| Active | Williams | Judy | 2:12cv02812 | Federal Ethicon 2327 | |
| Active | Williams | Kelley Joan | 2:14cv08792 | Federal Ethicon 2327 | |
| Active | Williams | Laura Moon | 2:13cv00499 | Federal Ethicon 2327 | |
| Active | Williams | Mary Ann Bodiford | 2:13cv29464 | Federal Ethicon 2327 | |
| Active | Williamson | Sara Jane Mathews | 2:13cv18461 | Federal Ethicon 2327 | 5417 |
| Active | Wilson | Sandra Michelle | 2:15cv14931 | Federal Ethicon 2327 | |
| Active | Winfield | Murl D. Bass | 2:16cv06111 | Federal Ethicon 2327 | |
| Active | Woods | Vicki Celest | 2:13cv06477 | Federal Ethicon 2327 | |
| Active | Wright | Lee Ann Brown | 2:13cv28938 | Federal Ethicon 2327 | |
| Active | Yeary | Pamela Jo Douglas Marvin | 2:14cv14197 | Federal Ethicon 2327 | |
| Active | Yisrael | Ranesha | 2:15cv00619 | Federal Ethicon 2327 | 5438 |
| Active | Young | Lori M. | 2:13cv05685 | Federal Ethicon 2327 | 5438 |
| Active | Zeisloft | Holly Michelle | 2:16cv10775 | Federal Ethicon 2327 | |
| Active | Zimmerman | Cynthia M. | 2:14cv07184 | Federal Ethicon 2327 | |
| Active | Zimmerman | Marie A. | 2:15cv16462 | Federal Ethicon 2327 | |