# APPENDIX 2 – Plaintiffs that have been added to Amended Ex. A

Appendix 2 - Plaintiffs that have been added to Amended Exhibit A

| _Lastname | _Firstname | _Mdl# | _Jurisdiction |
|---|---|---|---|
| Abruzzese | Dorothy Polasek Sitka | 2:14cv28873 | Federal Ethicon 2327 |
| Adams | Carrie Howell Foy Lilly | 2:16cv03478 | Federal Ethicon 2327 |
| Adams | Reann | 2:15cv00622 | Federal AMS 2325 |
| Alcantar | Maria Icela Owen Valdez Peralta | 2:15cv11859 | Federal Ethicon 2327 |
| Alexander | Alice J. | 2:13cv17215 | Federal AMS 2325 |
| Allen | Charlann June Ann Allen-Dezess | 2:17cv00011 | Federal Ethicon 2327 |
| Andrade | June P. | 2:16cv03454 | Federal Ethicon 2327 |
| Angel | Mary Louise Trust | 2:14cv03796 | Federal Ethicon 2327 |
| Arnold | Betty Bono Anaya | 2:17cv03548 | Federal Ethicon 2327 |
| Avila-Jimenez | Rosalie T. | 2:16cv07536 | Federal Ethicon 2327 |
| Bacon | Melissa L. Booth | 2:16cv03372 | Federal Ethicon 2327 |
| Bailey | Phyllis Lee | 2:15cv16311 | Federal Ethicon 2327 |
| Baker | Treva I. Kimble | 2:16cv07544 | Federal Ethicon 2327 |
| Baldini | Terri Teresa M. Dorr Belfi | 2:13cv21758 | Federal Ethicon 2327 |
| Bard | Bobbie Jo | 2:13cv04705 | Federal Boston Scientific 2326 |
| Barton | Alice Lorena | 2:16cv09526 | Federal Ethicon 2327 |
| Beavers | Pamela Paullete | 2:13cv01770 | Federal Ethicon 2327 |
| Bender | Jennifer Jeanine Hums Freeze Sink Van Keppel | 2:13cv20216 | Federal Ethicon 2327 |
| Bennett | Patricia Ann Hessler | 2:13cv13052 | Federal Boston Scientific 2326 |
| Berry | Lamarr Renee | 2:12cv04721 | Federal Boston Scientific 2326 |
| Best | Kelly | 2:16cv00389 | Federal Boston Scientific 2326 |
| Biunno | Lillian Audrey Schuster | 2:13cv11402 | Federal Ethicon 2327 |
| Blessis | Penny P. Patterson Peterson | 2:15cv12942 | Federal Ethicon 2327 |
| Bond | Joyce Ann | 2:14cv11751 | Federal Ethicon 2327 |
| Bothe | Barbara | 2:17cv03439 | Federal Ethicon 2327 |
| Bowe | Cora Joann | 2:15cv16312 | Federal Ethicon 2327 |
| Brice | Diana Broussard | 2:16cv01594 | Federal Ethicon 2327 |
| Brown | Penny Whysall Welch | 2:13cv18016 | Federal Ethicon 2327 |
| Brown | Susan Darlene Ferrell | 2:15cv13032 | Federal Ethicon 2327 |
| Brucker | Judy Archer Rauer McFee Madden | 2:15cv02499 | Federal Ethicon 2327 |
| Budhram | Deloris McCoy Ringo | 2:13cv20018 | Federal Ethicon 2327 |
| Burchette | Kimberly Gail Via Boone | 2:16cv10985 | Federal Ethicon 2327 |
| Calvert | Brenda K. Sabatini | 2:16cv00155 | Federal Ethicon 2327 |
| Campbell | Tina J. | 2:15cv03133 | Federal Ethicon 2327 |
| Canham | Mary S. | 2:13cv19709 | Federal Ethicon 2327 |
| Carmody | Judith Allen | 2:13cv23578 | Federal Ethicon 2327 |
| Carothers | Keisha | 2:16cv02532 | Federal Ethicon 2327 |
| Carpenter | Joane S. George | 2:16cv01394 | Federal Ethicon 2327 |
| Carr | Patty Scott Arthur | 2:15cv11858 | Federal Ethicon 2327 |
| Chandlee | Lorraine Heitert | 2:13cv14676 | Federal Ethicon 2327 |
| Christie | Tonia L. | 2:14cv19804 | Federal Ethicon 2327 |
| Clarke | Helen G. Pfenninger | 2:14cv17079 | Federal Ethicon 2327 |
| Coffman | Tosha L. Bridges McDaniel | 2:16cv07731 | Federal Ethicon 2327 |
| Cohen | Sandra M. Schwartz | 2:12cv08988 | Federal Ethicon 2327 |
| Compton | Margaret Biffle | 2:15cv13893 | Federal Ethicon 2327 |
| Conklin | Bernita E. Steinbeck | 2:13cv27446 | Federal Ethicon 2327 |
| Conley | Mary Ann | 2:16cv03102 | Federal Ethicon 2327 |

Appendix 2 - Plaintiffs that have been added to Amended Exhibit A

| _Lastname | _Firstname | _Mdl# | _Jurisdiction |
|---|---|---|---|
| Courtney | Vicki | 2:13cv00645 | Federal Ethicon 2327 |
| Cracraft | LaRene Robbins Ellsworth | 2:13cv19359 | Federal Boston Scientific 2326 |
| Crawford | Annjanette | 2:18cv00389 | Federal Ethicon 2327 |
| Crider | Anita Kaye Joseph | 2:13cv29069 | Federal Ethicon 2327 |
| Cummings | Marsha Sorrells Jones Hoot | 2:13cv29112 | Federal Ethicon 2327 |
| Cushman | Cathy Wilson | 2:13cv14294 | Federal Ethicon 2327 |
| Davis | Barbara Ann Landolina | 2:14cv03350 | Federal Ethicon 2327 |
| Davis | Janice | 2:13cv27485 | Federal Ethicon 2327 |
| Davis | Laura A. | 2:13cv18741 | Federal Ethicon 2327 |
| DeFiore-Stemick | Cynthia Lorraine | 2:14cv01793 | Federal Bard 2187 |
| Dennison | Fayetta Duersch | 2:13cv33787 | Federal Ethicon 2327 |
| Devers | Raisa Saladin | 2:17cv00723 | Federal Ethicon 2327 |
| DeVictoria | Maria Lopez Guerrero | 2:13cv15472 | Federal Ethicon 2327 |
| Diaz | Gloria | 2:17cv00880 | Federal Ethicon 2327 |
| Dickman | Glenda L. | 2:13cv27490 | Federal Ethicon 2327 |
| Disch | Teresa L. | 2:13cv18356 | Federal Ethicon 2327 |
| Dlouhy | Robin Lee Nagle | 2:16cv03885 | Federal Ethicon 2327 |
| Downs | Marilyn Marilynn Claire Osse | 2:16cv07841 | Federal Ethicon 2327 |
| Dugan | Laurie Ann Watson Taylor Dobson | 2:15cv05963 | Federal Ethicon 2327 |
| Duncan | Barbara A. Gaines | 2:14cv29163 | Federal Ethicon 2327 |
| Dunn | Cheryl A. | 2:17cv04158 | Federal Ethicon 2327 |
| Eaton | Cynthia Anne | 2:17cv02879 | Federal Ethicon 2327 |
| Edmonson | Daniela Petra Hunt | 2:14cv11264 | Federal Ethicon 2327 |
| Ellis-Kreher | Lisa M. Elliott Ellis McPherson | 2:16cv01671 | Federal Ethicon 2327 |
| England | Mary Frances Sunderland | 2:16cv11533 | Federal Ethicon 2327 |
| Erhart | Penny | 2:13cv14067 | Federal Ethicon 2327 |
| Evans | Betty L. Bruce Griffin | 2:15cv13268 | Federal Ethicon 2327 |
| Figuly | Ginger Roberta Carter Petata | 2:16cv06531 | Federal Ethicon 2327 |
| Finn | Teresa A. | 2:13cv29415 | Federal Ethicon 2327 |
| Fitzgerald | Leslie Heckenkamp | 2:16cv01730 | Federal Ethicon 2327 |
| Forester | Karen Haggard | 2:12cv00486 | Federal Other |
| Fracasso | Anne M. Niemann | 2:15cv04476 | Federal Ethicon 2327 |
| Frazier | Donna M. Brown | 2:15cv07208 | Federal Ethicon 2327 |
| Freds | Kristen | 2:14cv15622 | Federal Ethicon 2327 |
| Gaines | Tammie Faye | 2:14cv10655 | Federal Ethicon 2327 |
| Garcia | Lisa M. Schoewe | 2:13cv29688 | Federal Ethicon 2327 |
| Garcia | Sarah Katrina Horne Walker Tomasek | 2:15cv12523 | Federal Ethicon 2327 |
| Gardner | Kim Kimberly Renee Derflinger | 2:15cv05627 | Federal Ethicon 2327 |
| Gidney | Joyce Ann | 2:13cv29208 | Federal Ethicon 2327 |
| Gillespie | Julie M. Sabol | 2:14cv24312 | Federal Ethicon 2327 |
| Gilman | Sherry L. Miller | 2:14cv24818 | Federal Ethicon 2327 |
| Graves | Bonita Carol Hood | 2:15cv05324 | Federal Ethicon 2327 |
| Grenning | Lisa Lynn Gerrard | 2:17cv01936 | Federal Ethicon 2327 |
| Hackler | Lella B. Cross Johnson Plum Hackathorn | 2:14cv03437 | Federal Bard 2187 |

**Appendix 2 - Plaintiffs that have been added to Amended Exhibit A**

| _Lastname | _Firstname | _Mdl# | _Jurisdiction |
|---|---|---|---|
| Ham | Delpha Gene Phillips | 2:13cv01462 | Federal Ethicon 2327 |
| Hegeman | Jennifer Ann Burden | 2:16cv08952 | Federal Ethicon 2327 |
| Heller | Debra J. (Richardson) | 2:13cv15922 | Federal Ethicon 2327 |
| Hernandez | Esther Lynn | 2:15cv01369 | Federal Ethicon 2327 |
| Herrera | Cindy | 2:13cv02026 | Federal Ethicon 2327 |
| Hill | Sandra | 2:16cv05181 | Federal Ethicon 2327 |
| Hirsch | Darlene A. Grzeczka | 2:15cv09652 | Federal Ethicon 2327 |
| Hodge | Melinda | 2:14cv05151 | Federal Ethicon 2327 |
| Hoffer | Mahaley | 2:13cv12985 | Federal Ethicon 2327 |
| Horstman | Debra L. | 2:14cv16464 | Federal Ethicon 2327 |
| Hotelling | Anneliese A. Losinger | 2:12cv09524 | Federal Bard 2187 |
| Hritz | Melissa Derose | 2:16cv08866 | Federal Ethicon 2327 |
| Hudson | Ladonna Louise Romans | 2:12cv03674 | Federal Ethicon 2327 |
| Hunter | Hattie S. Sexton | 2:16cv03519 | Federal Ethicon 2327 |
| Hutchings | Tina Conner Palermo | 2:14cv19837 | Federal Ethicon 2327 |
| Jenkins | Martha Sue Penuel Brock | 2:16cv03516 | Federal Ethicon 2327 |
| John | Mary L. Yazzie | 2:16cv03262 | Federal Ethicon 2327 |
| Johnson | Karen Celece Gilbert | 2:15cv12633 | Federal Ethicon 2327 |
| Johnson | Mary Jane Burkhart | 2:16cv06692 | Federal Ethicon 2327 |
| Jones | Maudie L. | 2:17cv01319 | Federal Ethicon 2327 |
| Jones | Sue A. | 2:15cv12988 | Federal Ethicon 2327 |
| Jones | Velma P. | 2:16cv08847 | Federal Ethicon 2327 |
| Joseph | Janet S. Howard | 2:15cv15935 | Federal Ethicon 2327 |
| Kelly | Diane L. | 2:14cv17100 | Federal Ethicon 2327 |
| Kimbler | Sarah Patterson | 2:14cv16361 | Federal Ethicon 2327 |
| King | Johnetta Goforth | 2:16cv01321 | Federal Coloplast 2387 |
| Kleinrath | Julie Lee | 2:16cv01766 | Federal Ethicon 2327 |
| Knight | Debbie Deborah Rae Hamann McKibben | 2:13cv12069 | Federal Ethicon 2327 |
| Kulengowski | Deborah Lavon Briggs Hart | 2:16cv08857 | Federal Ethicon 2327 |
| Lacy | Linda M. Gleissner | 2:15cv11515 | Federal Ethicon 2327 |
| Larberg | Pamela M. Bass Johnston | 2:15cv05853 | Federal Ethicon 2327 |
| Laskin | Linda Coasta Wasserman | 2:14cv18590 | Federal Ethicon 2327 |
| Legnon | Eve | 2:12cv02050 | Federal Boston Scientific 2326 |
| Long | Heather Nicole Marcella | 2:12cv01275 | Federal Ethicon 2327 |
| Maldonado | Kerry Johnson | 2:15cv11322 | Federal Ethicon 2327 |
| Maldonado | Maria J. | 2:14cv16362 | Federal Ethicon 2327 |
| Manasa | Linda R. Hassall | 2:16cv03386 | Federal Ethicon 2327 |
| Marszalkowski | Catherine | 2:16cv03550 | Federal Ethicon 2327 |
| Martin | Karla Dean Kuhlman | 2:13cv22772 | Federal Ethicon 2327 |
| Mason | Brenda | 2:13cv30774 | Federal Ethicon 2327 |
| Mata | Estela | 2:15cv01557 | Federal Ethicon 2327 |
| Mayer | JoAnn Scritchfield | 2:16cv05182 | Federal Ethicon 2327 |
| McAllister | Deborah A. Van Horn | 2:13cv18580 | Federal Ethicon 2327 |
| McClain | Sharon E. Burris | 2:14cv19850 | Federal Ethicon 2327 |
| Meza | Agustina Hernandez | 2:16cv08808 | Federal Ethicon 2327 |
| Miles | Karen L. | 2:17cv02606 | Federal Ethicon 2327 |
| Miles | Kelly E. Hutchinson | 2:13cv15884 | Federal Bard 2187 |
| Miller | Casey J. | 2:13cv00501 | Federal Ethicon 2327 |
| Miller | Joyce A. Dugger | 2:15cv13577 | Federal Ethicon 2327 |
| Miller | Sarah K. Parsons Coss | 2:13cv17264 | Federal Ethicon 2327 |

**Appendix 2 - Plaintiffs that have been added to Amended Exhibit A**

| _Lastname | _Firstname | _Mdl# | _Jurisdiction |
|---|---|---|---|
| Minahan | Laura Minter | 2:13cv22936 | Federal Ethicon 2327 |
| Minter | Elizabeth ElaineCastleberry | 2:15cv01890 | Federal Ethicon 2327 |
| Mitchell | Jeorlene Short | 2:13cv13672 | Federal Ethicon 2327 |
| Moore | Christine Kyle McEadyen | 2:15cv13542 | Federal Ethicon 2327 |
| Moore | Melinda Schmidt Padilla | 2:13cv31901 | Federal Ethicon 2327 |
| Morris | Kimberly Michele Barbier | 2:16cv04632 | Federal Ethicon 2327 |
| Mueller | Rachel A. Hilvers | 2:16cv10331 | Federal Ethicon 2327 |
| Murphy | Lona Diane | 2:16cv09206 | Federal Ethicon 2327 |
| Nanek | Pamela S. Jones Post | 2:15cv08230 | Federal Ethicon 2327 |
| Nanek | Pamela S. Post | 2:14cv24294 | Federal Ethicon 2327 |
| Navarro | Gladys Marie | 2:13cv24177 | Federal Ethicon 2327 |
| Nejat | Fariba Dadfarmay | 2:13cv01229 | Federal Ethicon 2327 |
| Nicely | Janice M. Crooks Masters | 2:13cv03940 | Federal Ethicon 2327 |
| Nichols | Starla Forinash | 2:13cv28547 | Federal Ethicon 2327 |
| Ocker | Carol Betty | 2:12cv03227 | Federal Ethicon 2327 |
| Oliver | Sandra Kay | 2:12cv05467 | Federal Ethicon 2327 |
| Oorlog | Pamela Garza | 2:15cv06804 | Federal Ethicon 2327 |
| Ostaszewski | Stephanie Rohr Hollingsworth | 2:13cv18582 | Federal Ethicon 2327 |
| Pagacz | Barbara Jean Waltz | 2:16cv06246 | Federal Ethicon 2327 |
| Palmer | Theresa Marie Sullivan | 2:15cv05565 | Federal Ethicon 2327 |
| Peach | Encarnacion Zamora-Salzuero | 2:16cv03376 | Federal Ethicon 2327 |
| Pennington | Sarah A. Courson | 2:14cv19528 | Federal Bard 2187 |
| Peters | Carlena Nix | 2:17cv03225 | Federal Ethicon 2327 |
| Pfeiffer | Sonja | 2:13cv13677 | Federal Ethicon 2327 |
| Phelps | Kim Dianne Hicks | 2:16cv01338 | Federal Ethicon 2327 |
| Pickens | Marsha Elaine Masterson Hose | 2:15cv14934 | Federal Ethicon 2327 |
| Pirtle | Marjorie E. Clay McComb | 2:15cv08543 | Federal Bard 2187 |
| Powers | Cheryl | 2:15cv11530 | Federal Ethicon 2327 |
| Purcell | Velora R. Spencer | 2:16cv09522 | Federal Ethicon 2327 |
| Quattrocelli | Paula M. | 2:17cv04362 | Federal Ethicon 2327 |
| Ramos | Martha Patricia Alvarez | 2:16cv10453 | Federal Ethicon 2327 |
| Reyes | Donna Daniels | 2:13cv14781 | Federal Ethicon 2327 |
| Rice | Nancy Elizabeth Chadwick Goodwin | 2:13cv03861 | Federal Ethicon 2327 |
| Rivers | Diana L. Willis | 2:14cv18373 | Federal Ethicon 2327 |
| Robinson | Henrietta Aloysia Keller | 2:15cv12965 | Federal Coloplast 2387 |
| Rogers | Mary Gings | 2:13cv19971 | Federal AMS 2325 |
| Ross | Marion Nadine Lindsey Kawa | 2:15cv11584 | Federal Ethicon 2327 |
| Ross | Shirley Nichols | 2:13cv20563 | Federal AMS 2325 |
| Santiago | Olga I. Cardona | 2:14cv25431 | Federal Ethicon 2327 |
| Schafer | Marie L. Mitchell Couffer Chausse Randolph | 2:15cv08914 | Federal Ethicon 2327 |
| Schneider | Janie G. Lenz Stephens Hackney Kidd | 2:17cv04464 | Federal Ethicon 2327 |
| Schultz | Lisa Rena Chappelle | 2:15cv06040 | Federal Ethicon 2327 |
| Siegfried | Joanne Keller | 2:16cv09591 | Federal Ethicon 2327 |

Appendix 2 - Plaintiffs that have been added to Amended Exhibit A

| _Lastname | _Firstname | _Mdl# | _Jurisdiction |
|---|---|---|---|
| Sierra | Deena Diane Moss Campbell | 2:14cv20610 | Federal Ethicon 2327 |
| Simpson | Joan M. Engels | 2:15cv04972 | Federal AMS 2325 |
| Simpson | Judith Patricia Harrington | 2:17cv04088 | Federal Ethicon 2327 |
| Simpson-Daelen | Diana Simpson Beckemeyer Williams | 2:15cv15916 | Federal Ethicon 2327 |
| Sites | Carol Sue Tokarz | 2:13cv13078 | Federal Ethicon 2327 |
| Sticker-Recotta | Brenda | 2:14cv16295 | Federal Ethicon 2327 |
| Stone | Stephanie Anne Waschsen | 2:16cv03294 | Federal Ethicon 2327 |
| Stoufer | Patricia Ann Embry Dean Franklin France | 2:16cv03397 | Federal Ethicon 2327 |
| Strickland | Tracy Ellen Vanhorn | 2:14cv04176 | Federal Ethicon 2327 |
| Stuck | Kathy Katherine R. | 2:13cv16726 | Federal Ethicon 2327 |
| Swearingen | Deborah Guy Moran | 2:15cv10117 | Federal Ethicon 2327 |
| Sweet-Green | Sheila M. | 2:13cv09143 | Federal Ethicon 2327 |
| Tappin | Marlita Vallone | 2:14cv24293 | Federal Ethicon 2327 |
| Tartaglia | Kimberly Ann | 2:16cv05513 | Federal Ethicon 2327 |
| Terry | Gloria | 2:13cv26992 | Federal Ethicon 2327 |
| Thoennes | Julie A. peterson | 2:15cv07318 | Federal Bard 2187 |
| Thomas-Righter | Vicky Lee Righter Copsy | 2:15cv12632 | Federal Ethicon 2327 |
| Tobery-Hack | Barbara A. Rozzo | 2:15cv02504 | Federal Ethicon 2327 |
| Tourville | Emma A. Edwards | 2:15cv07881 | Federal Ethicon 2327 |
| Tracy | Royanne Darby Monks | 2:14cv03429 | Federal Ethicon 2327 |
| Tumbleson | Janice | 2:16cv09537 | Federal Ethicon 2327 |
| Urbas | Alice K. | 2:13cv21717 | Federal Ethicon 2327 |
| Uribe | Rebecca Rodrigues | 2:13cv08011 | Federal Ethicon 2327 |
| Vanbuskirk | Theresa Marie Tomsic-Swanson Masoka | 2:13cv16183 | Federal Ethicon 2327 |
| Vargas | Sarah Joyce Cutlip Hicks | 2:14cv25584 | Federal Ethicon 2327 |
| Violante | Norma Jean Presutti | 2:15cv04517 | Federal Bard 2187 |
| Wagner | Lillian L. Strauss Wagner Davis | 2:12cv06663 | Federal Bard 2187 |
| Ward | Diane A. Cole | 2:15cv12989 | Federal Ethicon 2327 |
| Weinkam | Barbara T. | 2:17cv00934 | Federal Ethicon 2327 |
| Wheeler | Deborah L. | 2:13cv14285 | Federal Ethicon 2327 |
| Wheeler | Debra L. | 2:15cv11824 | Federal Ethicon 2327 |
| Williams | Janice Kay Henry | 2:13cv21761 | Federal Ethicon 2327 |
| Wollaston | Diane Caulk | 2:13cv31303 | Federal Ethicon 2327 |
| Wood | Cherie Phillips McCain Mullins | 2:16cv08767 | Federal Ethicon 2327 |
| Yarberry | Jamie Cox | 2:14cv29847 | Federal Ethicon 2327 |
| Zuger | Claire L. Simpson | 2:16cv12674 | Federal Ethicon 2327 |