IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL Docket No. 2327 HONORABLE JUDGE JOSEPH R. GOODWIN |

**PRETRIAL ORDER # 288**
**(ORDER RE: STAY OF SCHEDULING DEADLINES FOR**
**NON-REVISION GYNECARE TVT PRODUCTS CASES AND BRIEFING SCHEDULE)**

Pending is Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases [ECF No. 5313]. The Court, having reviewed the Motion, and finding good and sufficient cause, **FINDS** and **ORDERS** the following:

1. For all cases listed on Defendants' Exhibit A [ECF No. 5313-1] that are presently subject to wave deadlines, including those deadlines for Wave 7, Pretrial Order No. 269, and Wave 8, Pretrial Order No. 280, those deadlines are **STAYED** until further notice of the Court.

2. The filing deadlines for response and reply memoranda to Defendants' Motion, pursuant to Local Rule of Civil Procedure 7.1(a)(7), are as follows:

    a. **Responses due:** March 16, 2018

    b. **Replies due:** March 23, 2018

All response and reply memoranda are to be filed in the main MDL 2327, not in the individual cases.

The court DIRECTS the Clerk to file a copy of this order in 2:12-md-02327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district *where applicable,* which includes counsel in all member cases up to and including civil action

number 2:18-cv-00390. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: March 5, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE