Iakovlev Exhibit A

| Case Name | Case No. |
|---|---|
| Absten, Deborah | 2:15cv00800 |
| | |