# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------<br>ETHICON WAVE 7 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF ETHICON'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF PROF. DR. MED. UWE KLINGE FILED IN WAVE 4

Defendants Ethicon, Inc. and Johnson & Johnson ("Ethicon") adopt and incorporate by reference Ethicon's Motion to Exclude the Opinions and Testimony of Prof. Dr. Med. Uwe Klinge. [Dkt. #3626], and Ethicon's Memorandum of Law in Support of Motion to Exclude the Opinions and Testimony of Prof. Dr. Med. Uwe Klinge. [Dkt. #3630], previously filed in Wave 4. Ethicon respectfully requests that the Court exclude Dr. Klinge's testimony in the Wave 7 cases identified in Exhibit A for the reasons expressed in the Wave 4 briefing adopted and incorporated here.

Dated: March 6, 2018

Respectfully submitted,

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com

/s/ *William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com