Klinge Exhibit A

| Case Name | Case No. |
|---|---|
| Mueller, Tabitha | 2:15cv14871 |
| Phillips, Deborah | 2:15cv03766 |
| Sutphin, Annette | 2:14cv01379 |