| Case Name | Case No. |
|---|---|
| Vargas, Sarah | 2:14cv25584 |