Priddy Exhibit A

| Case Name | Matter |
|---|---|
| Lane, Sarah | 2:13cv13263 |
| Watkins, Jennifer | 2:17cv02857 |