# EXHIBIT A

**LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF DIONYSIOS K. VERONIKIS, M.D., APPLIES**

1.   *Sarah J. Vargas (fka Cutlip) v. Ethicon, Inc., et al.*, Civil Action No. 2:14-cv-25584 (TVT)


\*Defendants reserve the right to supplement this list should any plaintiff designate Dr. Veronikis as a general-causation expert in MDL Wave 7.

012177\004186\3639065.1