**EXHIBIT A**

| PLAINTIFF(S) | CASE NUMBER |
|---|---|
| Phillips, Deborah | 2:15-cv-03766 |

40932653.v1