# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| IN RE: BOSTON SCIENTIFIC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| IN RE: COLOPLAST PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |

THIS DOCUMENT RELATES TO ALL CASES

### AFFIDAVIT OF LEE B. BALEFSKY OF KLINE & SPECTER, P.C. IN CONNECTION WITH REVISED TIME AND EXPENSE SUBMISSION

1. I am a partner in the law firm of Kline & Specter, P.C., 1525 Locust Street, Philadelphia, PA 19102.

2. I am a member of the Plaintiffs Steering Committee.

3. I have complied with Pretrial Order No. 54, 84, and 207 in all material aspects and the law firm identified herein has submitted true and correct time and expense submissions pursuant to the Court's Pretrial Orders. This Affidavit is submitted on behalf of all the members of the law firm of which I am partner.

4. I have personally conducted an audit of the Time and Expense submissions of Kline & Specter P.C., its attorneys and staff from the inception of this litigation through December 21, 2016. (RP 1 – RP 35)

5.  After audit of the Time and Expenses, I have revised the initial time and expenses submissions.

6.  I certify that the Revised Time and Expenses submission of Kline & Specter, P.C. were for the common benefit of Plaintiffs in these litigations.

_____       9/26/17
Lee B. Balefsky                                                Date
Kline & Specter, P.C.

Sworn and subscribed before me
this 26th day of September 2017.

Danielle Serad

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
DANIELLE SERAD, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 2, 2020