# EXHIBIT C

# KLINE & SPECTER PC

ATTORNEYS AT LAW
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102
WWW.KLINESPECTER.COM

LEE B. BALEFSKY

LEE.BALEFSKY@KLINESPECTER.COM

215-772-0420
800-597-9585
FAX: 215-735-0960

*February 27, 2018*

VIA EMAIL AND FIRST CLASS MAIL          Hgarrard@bbga.com

*Henry Garrard, Esquire*
*Blasingame Burch Garrard & Ashley, P.C.*
*440 College Avenue, Suite 320*
*Athens, GA 30601*

       RE: **Transvaginal Mesh MDL Common Benefit Fee and Cost Committee Initial Review of Fee Submission**

Dear Mr. Garrard:

       Kline and Specter, P.C. is in receipt of the Fee Committee's letter of February 16, 2018 and accompanying exhibits.

       The FCC proposes to disallow 27,607.24 of the 32,270.19 hours (approximately 85%) Kline & Specter submitted in its common benefit time and expense submission.

       This firm reiterates the appropriateness of the hours and expenses submitted. All of the hours and expenses submitted by Kline and Specter are accurate and qualify as common benefit time and expense.

       There are 5,488 entries that the FCC proposed to disallow from our submission. The FCC has provided blanket, non-specific disallowances of this firm's time, making a specific response to each fee entry impossible. This is fundamentally unfair. It's a basic tenet of justice that a party receive notice of the nature of a claim or defense. The lack of specificity of the reason for proposed disallowance prevents us from meaningfully responding.

       We request that the FCC produce the specific reason(s) for each of the proposed disallowed entries so that Kline and Specter can respond in an informed, appropriate, and meaningful manner. We further request production of each fee and expense request of each firm; the FCC's response to each request; disclosure of the amount of money received pursuant to the 5% assessments along with a per firm itemization of these payments; all documents and emails relating to any fee sharing agreements between or among the members of the FCC; all communications among FCC members and all documents relating to FCC consideration of the fee and expense reports.

Henry Garrard, Esquire
February 27, 2018
Page 2

    We also request that the FCC agree to extend the time limit for our responsive filing and the Affidavit that will accompany it until 30 days after the above documents are produced.

    Please advise within five days whether you will voluntarily produce the requested documents and, if so, when we may expect to receive the requested documents.

    Thank you for your prompt attention to this matter.

                                Very truly yours,

                                LEE B. BALEFSKY

*LBB/ds*