# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PROD. LIAB. LITIG. | MDL. NO. 2187 |
| IN RE: AMERICAN MED. SYS. INC., PELVIC REPAIR SYSTEM PROD. LIAB. LITIG. | MDL. NO. 2325 |
| IN RE: BOSTON SCIENTIFIC, PELVIC REPAIR SYSTEM PROD. LIAB. LITIG. | MDL. NO. 2326 |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PROD. LIAB. LITIG. | MDL. NO. 2327 |
| IN RE: COLOPLAST PELVIC REPAIR SYSTEM PROD. LIAB. LITIG. | MDL. NO. 2387 |
| THIS DOCUMENT RELATES TO ALL CASES | |

## **ORDER**

AND NOW, this _____ day of _____, 2018, upon consideration of the Motion of Kline & Specter P.C., filed by their counsel, Charles M. Love, III and Floyd E. Boone Jr., and the response thereto:

1) IT IS ORDERED that within ten (10) days of the date of this Order, the Transvaginal Mesh MDL Common Benefit Fee and Cost Committee ("FCC") will provide specific, written reason(s) for each disallowed entry to Kline & Specter's Fee Submission for Common Benefit Time.

9879034.1

2) IT IS FURTHER ORDERED that this Court will allow for an additional thirty (30) days from the production of the above documents required by paragraph one (1) for Kline & Specter to submit responsive filing and the accompanying affidavit in accordance with the Fee Benefit Protocol.

3) IT IS FURTHER ORDERED that the following written discovery on the matter of Common Benefit Fee Distribution be produced:

    a. Production of each fee and expense request of each firm;

    b. The FCC's response to each request;

    c. Disclosure of the amount of money received pursuant to the 5% assessments along with a per firm itemization of these payments;

    d. All documents and emails relating to any fee sharing agreements between or among the members of the FCC;

    e. All communications among FCC members and all documents relating to FCC consideration of the fee and expense reports;

    f. All communications between the FCC and fee requesting firms.

                                        BY THE COURT:

                                        _____

9879034.1