# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO ETHICON WAVE 7 CASES | Master File No. 2:12-MD-02327 <br> MDL No. 2327 <br><br> JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

### DEFENDANTS' MOTION TO EXCLUDE CERTAIN GENERAL OPINIONS OF BRUCE ROSENZWEIG, M.D.

Defendants Ethicon, Inc. and Johnson & Johnson (hereinafter "Defendants" or "Ethicon") move to exclude certain general opinions of one of Plaintiffs' experts, Dr. Bruce Rosenzweig, M.D., that are improper, unreliable, irrelevant, and/or beyond his expertise. Ethicon's brief in this wave of cases is very similar to its brief submitted for the Wave 3 cases, and Ethicon has incorporated by reference several aspects of that brief. As set forth in the supporting brief, Ethicon additionally requests that the Court preclude Plaintiffs from incorporating by reference multiple expert reports of Dr. Rosenzweig relating to the same device, that the Court preclude Dr. Rosenzweig from suggesting that traditional surgical procedures are safer alternatives to Ethicon's medical devices, and that the Court preclude Dr. Rosenzweig from offering opinions about certain duties allegedly owed by a medical device manufacturer.

In support of this motion, Ethicon incorporates by reference its supporting memorandum of law filed in conjunction herewith, and the following exhibits:

| Exhibit | Description |
|---|---|
| Ex. A | List of Plaintiffs Disclosing Dr. Rosenzweig |
| Ex. B | Dr. Rosenzweig's Curriculum Vitae |
| Ex. C | TVT Report |
| Ex. D | TVT-O Report |
| Ex. E | Mueller Expert Designation |
| Ex. F | Sutphin Expert Designation |
| Ex. G | *Brooks v. Ethicon, Inc.*, No. 2:12-cv-02865, Memorandum of Opinion (S.D.W. Va. July 12, 2017) |

WHEREFORE, FOR THESE REASONS and as more fully set forth in Defendants' supporting memorandum of law, Defendants respectfully request that this Court enter an order granting Defendants' Motion to Exclude Certain General Opinions of Dr. Bruce Rosenzweig, M.D.

Respectfully Submitted,

/s/ William M. Gage
William M. Gage
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
William.gage@butlersnow.com

3

/s/ Susan M. Robinson
Susan Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com

Counsel for Defendants Ethicon, Inc. and Johnson & Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ETHICON WAVE 7 CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

CERTIFICATE OF SERVICE

    I, William M. Gage, certify that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                     */s/* William M. Gage
                                                                     William M. Gage
                                                                     Butler Snow LLP
                                                                     1020 Highland Colony Parkway
                                                                     Suite 1400 (39157)
                                                                     P.O. Box 6010
                                                                     Ridgeland, MS  39158-6010
                                                                     (601) 985-4523
                                                                     William.gage@butlersnow.com