# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Mueller, Tabitha | 2:15cv14871 |
| Phillips, Deborah & Dewey | 2:15cv03766 |
| Sutphin, Annette | 2:14cv01379 |