# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO: *Annette Sutphin, et al. v Ethicon, Inc., et al.* Case No. 2:14-cv-01379 | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**PLAINTIFFS' DESIGNATION AND**
**DISCLOSURE OF CASE-SPECIFIC EXPERT WITNESSES**

Pursuant to Pretrial Order (PTO) # 269, Rule 26 (a)(2) of the Federal Rules of Civil Procedure, Plaintiff, Annette Sutphin in the above-captioned civil action ("Plaintiff") submits the following Designation and Disclosure of Case-Specific Expert Witness and persons who may provide expert testimony specific to Plaintiffs' case pursuant to Rule 702 of the Federal Rules of Evidence.

**RETAINED EXPERT WITNESSES**

1) Michael Thomas Margolis, MD, FACS, FACOG, FPMRS (Urogynecologist) (adoption of previously served report) and (Case Specific Causation)
Bay Area Pelvic Surgery
1820 Ogden Dr.
Burlingame, California 94010

2) Bruce Alan Rosenzweig, MD (Urogynecologist)
(General – adoption of previously served reports)
Rush University Professional Building
1725 West Harrison Street, Suite 358
Chicago, IL 60612

3) Prof. Dr. med. Uwe Klinge (Materials) (General)
(adoption of previously served reports)
KLINIK FÜR ALLGEMEIN-, VISZERAL- UND TRANSPLANTATIONSCHIRURGIE
RWTH Aachen und Universitätsklinikum Aachen
Pauwelsstraße 30
D-52074 Aachen
Germany

4) Vladimir Iakovlev, MD, FRCPC, FCAP (Pathologist) (General)
(adoption of previously served reports)
St. Michael's Hospital, Division of Pathology
30 Bond Street, Cardinal Carter, Room 2-093
Toronto, ON, M5B1W8
CANADA

5) Daniel S. Elliott, MD (Urologist) (General)
(adoption of previously served reports)
Mayo Clinic Rochester
200 1st St SW
Rochester, MN 55905

A General Designation and Disclosure has been or is being served by and on behalf of the wave 7 cases for general expert opinions. In the event that any of the general expert(s) identified above is/are unavailable for trial in this case, Plaintiff reserves the right to elicit testimony, either through direct examination or cross-examination, of other of the general witnesses designated or identified by Plaintiff. In no event, however, will Plaintiff's retained experts at trial exceed five (5) experts without leave of Court for good cause shown. Plaintiff further reserves the right, as allowed by Rule 26(e) of the Federal Rules of Civil Procedure, to supplement this Designation and Disclosure of Expert Witnesses through the discovery process upon receiving additional discovery including, but not limited to, expert depositions, fact depositions, exhibits introduced in depositions, documents produced, and any supplemental expert disclosures by any party.

## GENERAL RETAINED REGULATORY EXPERTS

Plaintiff recognizes that the Fourth Circuit has affirmed Judge Goodwin's decision to exclude evidence relating to a manufacturer's compliance with the FDA's 510(k) process. In the event of a contrary ruling, Plaintiff reserves the right to designate the following General Regulatory Experts:

1) Dr. Peggy Pence (Regulatory) (adoption of previously served reports)
   Symbion Research International, Inc.
   3537 Old Conejo Road, Suite 115
   Newbury Park, CA 91320

2) Dr. Suzanne Parisian (Regulatory) (adoption of previously served report)
   MD Assist, Inc.
   7117 N. 3rd Street
   Phoenix, AZ 85020

This 13th day of December, 2017.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO: *Annette Sutphin v Ethicon, Inc., et al.* Case No. 2:14-cv-01379 | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**CERTIFICATE OF SERVICE OF PLAINTIFF'S DESIGNATION AND DISCLOSURE OF GENERAL AND CASE-SPECIFIC EXPERT WITNESSES**

I hereby certify that on December 13, 2017, I electronically served Plaintiff's Designation and Disclosure of General and Case-Specific Expert Witnesses on counsel of record listed below.

Christy D. Jones
christy.jones@butlersnow.com
William Gage
william.gage@butlersnow.com
Chad R. Hutchinson
chad.hutchinson@butlersnow.com
Ashley Nader Stubbs
ashley.stubbs@butlersnow.com
*BUTLER SNOW*
P.O. Box 6010
Ridgeland, MS 39158-6010

David B. Thomas
dthomas@tcspllc.com
*THOMAS, COMBS & SPANN, PLLC*
P.O. Box 3824
Charleston, WV 25338-3824

_____
Lee B. Balefsky, Esquire
*KLINE & SPECTER, PC*
1525 Locust Street
Philadelphia, PA 19102
215-772-1000
215-735-0960
lee.balefsky@klinespecter.com
*Counsel for Plaintiff*

1