# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ETHICON WAVE 7 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE CERTAIN GENERAL OPINIONS OF JERRY BLAIVAS, M.D. FOR WAVE 7

Defendants Ethicon, Inc. and Johnson & Johnson (collectively "Ethicon") hereby adopt and incorporate by reference the *Daubert* motion, memorandum and reply brief in relation to Dr. Jerry Blaivas filed by Ethicon in Wave 4: Doc. 3588 (Motion), Doc. 3589 (Memorandum in Support) and Doc. 3840 (Reply). Ethicon respectfully requests that the Court exclude Dr. Jerry Blaivas's testimony, for the reasons expressed in the Wave 4 briefing. This notice applies to the Wave 7 cases identified in Exhibit A attached hereto.

Respectfully Submitted,

/s/ William M. Gage
William M. Gage
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
William.gage@butlersnow.com

/s/ Susan M. Robison
Susan Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com

Counsel for Defendants Ethicon, Inc. and Johnson & Johnson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ETHICON WAVE 7 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I, William M. Gage, certify that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                      */s/* William M. Gage
                                                      William M. Gage
                                                      Butler Snow LLP
                                                      1020 Highland Colony Parkway
                                                      Suite 1400 (39157)
                                                       P.O. Box 6010
                                                      Ridgeland, MS 39158-6010
                                                      (601) 985-4523
                                                      William.gage@butlersnow.com