# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Vargas, Sarah J. (fka Cutlip) | 2:14cv25584 |