# EXHIBIT J

RESEARCH
Case 2:12-md-02327   Document 5339-10   Filed 03/07/18   Page 2 of 28 PageID #: 164091
www.AJOG.org

## UROGYNECOLOGY

# Sling surgery for stress urinary incontinence in women: a systematic review and metaanalysis

Megan O. Schimpf, MD; David D. Rahn, MD; Thomas L. Wheeler, MD, MSPH; Minita Patel, MD, MS;
Amanda B. White, MD; Francisco J. Orejuela, MD; Sherif A. El-Nashar, MBBCh, MS; Rebecca U. Margulies, MD;
Jonathan L. Gleason, MD; Sarit O. Aschkenazi, MD; Mamta M. Mamik, MD; Renée M. Ward, MD;
Ethan M. Balk, MD, MPH; Vivian W. Sung, MD, MPH; for the Society of Gynecologic Surgeons Systematic Review Group

**OBJECTIVE:** Understanding the long-term comparative effectiveness of competing surgical repairs is essential as failures after primary interventions for stress urinary incontinence (SUI) may result in a third of women requiring repeat surgery.

**STUDY DESIGN:** We conducted a systematic review including English-language randomized controlled trials from 1990 through April 2013 with a minimum 12 months of follow-up comparing a sling procedure for SUI to another sling or Burch urethropexy. When at least 3 randomized controlled trials compared the same surgeries for the same outcome, we performed random effects model metaanalyses to estimate pooled odds ratios (ORs).

**RESULTS:** For midurethral slings (MUS) vs Burch, metaanalysis of objective cure showed no significant difference (OR, 1.18; 95% confidence interval [CI], 0.73−1.89). Therefore, we suggest either intervention; the decision should balance potential adverse events (AEs) and concomitant surgeries. For women considering pubovaginal sling vs Burch, the evidence favored slings for both subjective and objective cure. We recommend pubovaginal sling to maximize cure outcomes. For pubovaginal slings vs MUS, metaanalysis of subjective cure favored MUS (OR, 0.40; 95% CI,

0.18−0.85). Therefore, we recommend MUS. For obturator slings vs retropubic MUS, metaanalyses for both objective (OR, 1.16; 95% CI, 0.93−1.45) and subjective cure (OR, 1.17; 95% CI, 0.91−1.51) favored retropubic slings but were not significant. Metaanalysis of satisfaction outcomes favored obturator slings but was not significant (OR, 0.77; 95% CI, 0.52−1.13). AEs were variable between slings; metaanalysis showed overactive bladder symptoms were more common following retropubic slings (OR, 1.413; 95% CI, 1.01−1.98, $P = .046$). We recommend either retropubic or obturator slings for cure outcomes; the decision should balance AEs. For minislings vs full-length MUS, metaanalyses of objective (OR, 4.16; 95% CI, 2.15−8.05) and subjective (OR, 2.65; 95% CI, 1.36−5.17) cure both significantly favored full-length slings. Therefore, we recommend a full-length MUS.

**CONCLUSION:** Surgical procedures for SUI differ for success rates and complications, and both should be incorporated into surgical decision-making. Low- to high-quality evidence permitted mostly level-1 recommendations when guidelines were possible.

**Key words:** Burch urethropexy, midurethral sling, pubovaginal sling, stress urinary incontinence, single-incision sling

Cite this article as: Schimpf MO, Rahn DD, Wheeler TL, et al. Sling surgery for stress urinary incontinence in women: a systematic review and metaanalysis. Am J Obstet Gynecol 2014;211:71.e1-27.

From the Division of Gynecology and Urogynecology, Department of Obstetrics and Gynecology, University of Michigan Medical School, Ann Arbor, MI (Dr Schimpf); Department of Obstetrics and Gynecology, University of Texas Southwestern Medical Center, Dallas, TX (Dr Rahn); Department of Obstetrics and Gynecology, University of South Carolina School of Medicine Greenville, Greenville, SC (Dr Wheeler); Department of Obstetrics and Gynecology, Kaiser Permanente, Roseville, CA (Dr Patel); Department of Obstetrics and Gynecology, University of Texas Southwestern at Seton Healthcare Family, Austin, TX (Dr White); Department of Obstetrics and Gynecology and Reproductive Sciences, University of Texas Health Science Center at Houston, Houston, TX (Dr Orejuela); Division of Gynecologic Surgery, Department of Obstetrics and Gynecology, Mayo Clinic, Rochester, MN (Dr El-Nashar); Division of Urogynecology, Department of Obstetrics and Gynecology, Kaiser Permanente, Oakland, CA (Dr Margulies); Division of Urogynecology, Department of Obstetrics and Gynecology, Carilion Clinic, Roanoke, VA (Dr Gleason); Department of Urogynecology, ProHealth Care, Women's Center, Medical College of Wisconsin, Waukesha, WI (Dr Aschkenazi); Icahn School of Medicine at Mount Sinai, Department of Obstetrics and Gynecology, New York, NY (Dr Mamik); Vanderbilt University Medical Center, Department of Obstetrics and Gynecology, Nashville, TN (Dr Ward); Tufts Medical Center, Institute for Clinical Research and Health Policy Studies, Boston, MA (Dr Balk); and Division of Urogynecology and Reconstructive Pelvic Surgery, Department of Obstetrics and Gynecology, Women and Infants Hospital of Rhode Island and Warren Alpert Medical School of Brown University, Providence, RI (Dr Sung).

Received Aug. 26, 2013; revised Nov. 22, 2013; accepted Jan. 21, 2014.

The Society of Gynecologic Surgeons provided funding for assistance by methods experts in systematic review and for logistic support.

The authors report no conflict of interest.

Presented at the 39th Annual Scientific Meeting of the Society of Gynecologic Surgeons, Charleston, SC, April 8-10, 2013.

Reprints: Megan O. Schimpf, MD, Obstetrics and Gynecology, Female Pelvic Medicine and Reconstructive Surgery, University of Michigan, L4000 Women's, 1500 E. Medical Center Dr., Ann Arbor, MI 48109. mschimpf@umich.edu.

0002-9378/$36.00 • © 2014 Mosby, Inc. All rights reserved. • http://dx.doi.org/10.1016/j.ajog.2014.01.030



**FIGURE 1**
**Literature flow**

*PVS,* pubovaginal slings.

*These studies were potentially eligible to be included for adverse event (AE) analyses; [†]Several studies had 3 arms and provided data for multiple comparisons; [‡]For noncomparative studies, the following minimum sample size criteria were used: minisling obturator, n ≥120; minisling retropubic, n ≥100; obturator midurethral sling (MUS), n ≥1000; pubovaginal fascial, n ≥300; pubovaginal synthetic, n ≥120; retropubic MUS, n ≥1000; [§]Several studies reported on ≥2 slings; [¶]Only from randomized controlled trials (RCTs).

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

S tress urinary incontinence (SUI), or the involuntary loss of urine with activity such as coughing, laughing, and sneezing, is present in 15-80% of women.[1] Options for treating SUI include physical therapy, pessaries, urethral bulking injections, and surgery. Surgery traditionally consisted of Burch urethropexy or pubovaginal sling. Since 1996, when Ulmsten et al[2] published the initial paper about retropubic tension-free vaginal tape (TVT), the use of synthetic midurethral slings (MUS) has grown to become the most common surgery performed for SUI in women.[3] This type of surgery has evolved to also include options of obturator passage and smaller, single-incision synthetic slings (eg, "minislings").

The decision of which SUI procedure to perform can include suture-only, native

tissue, mesh, laparoscopic, open incisions, small incisions, or single-incision surgery. Many studies have compared these options. The primary aim of our work was to utilize systematic review and meta-analysis methodology to compare objective and subjective cure rates in adult women with SUI between these different surgeries. The secondary outcomes were to compare surgical methods by quality-of-life measures, sexual function, and perioperative and adverse event (AE) data.

## MATERIALS AND METHODS

The Society of Gynecologic Surgeons Systematic Review Group includes members with clinical and surgical expertise on female SUI and in the conduct of systematic reviews and guideline development. This project was considered exempt from institutional review board approval.

## Data sources and searches

We searched MEDLINE and Cochrane Central Register for Controlled Trials from Jan. 1, 1990 through April 12, 2013 (Figure 1). We excluded older studies because the TVT was not available in the United States prior to this. Search terms included "urinary incontinence," "urgency," "sling," "obturator," "retropubic," "pubovaginal," "vaginal tape," "urologic surgical procedures" (instrumentation or adverse effects), and related terms. The search was limited to comparative studies, cohort studies, and systematic reviews. The search was further limited to human and English-language studies. Meeting abstracts were excluded. Any review articles obtained in this search were excluded after reference lists were reviewed and articles not originally in the search were obtained. Study authors were not contacted.

Twelve reviewers independently double-screened the abstracts using the computerized screening program Abstrackr (Tufts Medical Center, Boston, MA).[4] To establish relevance and consensus among reviewers, all 12 screened and achieved consensus on an initial batch of 300 abstracts. Potentially relevant full-text articles were also independently double-screened by 12 reviewers.

## Study selection

For the principal evaluation of outcomes, we included peer-reviewed randomized controlled trials (RCTs) with at least 12 months of follow-up (Table 1). Trials were excluded from outcomes analysis for poor randomization schemes, such as alternate assignment of patients or assignment based on day of the week or birth date. We included RCTs that compared ≥2 sling procedures or a sling procedure to Burch urethropexy performed in adult women for SUI. Studies that compared Burch urethropexy to any other surgery were excluded. Bulking injections were excluded because they are not similar enough to sling surgeries regarding cure, perioperative data, or AEs. When a study included 3 arms, it was analyzed as multiple 2-arm comparisons. For the evaluation of AEs we

**TABLE 1**
**Randomized controlled trials included in systematic review**

| Study | Study quality[f] | Intervention | Comparator | n, intervention | n, comparator | Follow-up duration | OC | SC | Po | AE | QoL | SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MUS vs Burch** | | | | | | | | | | | | |
| Bai et al,[9] 2005[a] | B | Retropubic MUS (TVT) | Burch | 31 | 33 | 12 mo | X | | | X | | |
| Bandarian et al,[10] 2011 | C | Obturator MUS (TOT, unspecified) | Burch | 31 | 31 | 25 mo mean | | X | X | X | | |
| Foote et al,[11] 2006 | C | Retropubic MUS (SPARC) | Laparoscopic Burch | 49 | 48 | 24 mo | X | X | X | X | | |
| Liapis et al,[12] 2002 | C | Retropubic MUS (TVT) | Burch | 36 | 35 | 24 mo | X | X | X | X | | |
| Paraiso et al,[13] 2004[b] | B | Retropubic MUS (TVT) | Laparoscopic Burch | 36 | 36 | 21 mo | X | X | X | X | X | |
| Persson et al,[14] 2002 | B | Retropubic MUS (TVT) | Laparoscopic Burch | 38 | 33 | 12 mo | X | X | X | | | |
| Sivaslioglu et al,[15] 2007 | A | Obturator MUS (Safyre T) | Burch | 49 | 51 | 24 mo | X | X | X | | | |
| Téllez Martínez-Fornés et al,[16] 2009 | B | Retropubic MUS (TVT) | Burch | 24 | 25 | 36 mo | X | X | X | | X | |
| Wang and Chen,[17] 2003 | B | Retropubic MUS (TVT) | Burch | 49 | 49 | 22 mo | X | X | X | | | |
| Ward et al,[18] 2002[c] | B | Retropubic MUS (TVT) | Burch | 169 | 175 | 5 y | X | | X | X | X | X |
| **PVS vs Burch** | | | | | | | | | | | | |
| Albo et al,[19] 2007 (SISTEr Trial)[d] | A | PVS (autologous fascia) | Burch | 326 | 329 | 24 mo | X | X | X | X | X | |
| Bai et al,[9] 2005[a] | B | PVS (autologous fascia) | Burch | 28 | 33 | 12 mo | X | | | X | | |
| Culligan et al,[20] 2003[e] | B | PVS (Gore-Tex) | Burch | 17 | 19 | 73 mo | X | | X | X | | |
| Enzelsberger et al,[21] 1996 | C | PVS (dura mater) | Burch | 36 | 36 | 36 mo | X | | X | X | | |
| **PVS vs MUS** | | | | | | | | | | | | |
| Amaro et al,[22] 2009 | C | PVS (autologous fascia) | Retropubic MUS (TVT) | 21 | 20 | 44 mo | | X | X | X | X | |
| Bai et al,[9] 2005[a] | B | PVS (autologous fascia) | Retropubic MUS (TVT) | 28 | 31 | 12 mo | X | | | X | | |
| Guerrero et al,[23] 2010[f] | B | PVS (autologous fascia) | Retropubic MUS (TVT) | 79 | 50 | 12 mo | | X | X | X | X | |
| Sharifiaghdas and Mortazavi,[24] 2008 | B | PVS (autologous fascia) | Retropubic MUS (TVT) | 52 | 48 | 40 mo | X | X | X | X | X | |
| Tcherniakovsky et al,[25] 2009 | C | PVS (autologous fascia) | Obturator MUS (Safyre T) | 20 | 21 | 12 mo | | | X | X | | |
| **Retropubic vs obturator MUS** | | | | | | | | | | | | |
| Aniuliene et al,[26] 2009 | C | TVT | TVT-0 | 114 | 150 | 12 mo | | X | X | X | | |
| Araco et al,[27] 2008 | B | TVT | TVT-0 | 108 | 100 | 12 mo | X | | X | X | X | |
| Ballester et al,[28] 2012[g] | B | Retropubic ISTOP | Transobturator ISTOP | 42 | 46 | 48 mo | X | X | X | X | X | |

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

(continued)

JULY 2014   American Journal of Obstetrics & Gynecology   71.e3

www.AJOG.org

Urogynecology RESEARCH

71.e4  American Journal of Obstetrics & Gynecology JULY 2014

RESEARCH  Urogynecology

www.AJOG.org

**TABLE 1**
**Randomized controlled trials included in systematic review** *(continued)*

| Study | Study quality[r] | Intervention | Comparator | n, intervention | n, comparator | Follow-up duration | OC | SC | Po | AE | QoL | SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barber et al,[29] 2008[h] | A | TVT | Monarc | 88 | 82 | 18 mo | X | X | X | X | X | X |
| Deffieux et al,[30] 2010 | A | TVT | TVT-O | 75 | 74 | 24 mo | X | X | X | X | X | X |
| El-Hefnawy et al,[31] 2010 | C | TVT | Obturator MUS (unspecified) | 19 | 21 | 20 mo | X | X | X | X | | |
| Freeman et al,[32] 2011 | A | TVT | Monarc | 93 | 100 | 12 mo | | X | X | X | X | X |
| Karateke et al,[33] 2009 | A | TVT | TVT-O | 83 | 84 | 14 mo | X | X | X | X | X | |
| Krofta et al,[34] 2010 | A | TVT | TVT-O | 149 | 151 | 12 mo | X | X | X | X | X | X |
| Liapis et al,[35] 2006 | C | TVT | TVT-O | 46 | 43 | 12 mo | X | X | X | X | | |
| Richter et al,[1] 2010 (TOMUS Trial)[i] | A | TVT | Obturator MUS (TVT-O or Monarc) | 298 | 299 | 24 mo | X | X | X | X | X | X |
| Rinne et al,[36] 2008[j] | A | TVT | TVT-O | 136 | 131 | 36 mo | X | X | X | X | X | |
| Ross et al,[37] 2009 | B | Retropubic MUS (Advantage) | Obturator MUS (Obtryx) | 105 | 94 | 12 mo | X | X | X | X | X | X |
| Scheiner et al,[38] 2012[k] | B | TVT | Monarc | 80 | 40 | 12 mo | X | X | X | X | X | X |
| Scheiner et al,[38] 2012[k] | B | TVT | TVT-O | 80 | 40 | 12 mo | X | X | X | X | X | X |
| Schierlitz et al,[39] 2008[l] | B | TVT | Monarc | 82 | 82 | 36 mo | X | X | X | X | | X |
| Teo et al,[40] 2011 | B | TVT | TVT-O | 66 | 61 | 12 mo | | X | X | X | X | |
| Wang F et al,[41] 2010 | A | TVT | Obturator MUS (out-to-in) | 70 | 70 | 12 mo | X | X | X | X | X | |
| Wang W et al,[42] 2009 | B | TVT | TVT-O | 160 | 155 | 36 mo | X | | X | X | | |
| Wang YJ et al,[43] 2011[m] | B | TVT | TVT-O | 32 | 36 | 12 mo | X | | X | X | | |
| Zullo et al,[44] 2007[n] | B | TVT | TVT-O | 35 | 37 | 5 y | X | X | X | X | X | X |
| Retropubic MUS vs retropubic MUS | | | | | | | | | | | | |
| Andonian et al,[45] 2005 | B | SPARC | TVT | 41 | 43 | 12 mo | X | X | X | X | | |
| Tseng et al,[46] 2005 | B | SPARC | TVT | 31 | 31 | 24 mo | | | X | X | | |
| Obturator MUS vs obturator MUS | | | | | | | | | | | | |
| Abdel-Fattah et al,[47] 2010 (E-TOT Trial)[o] | B | ARIS TOT (out-to-in) | TVT-O (in-to-out) | 171 | 170 | 12 mo | X | X | | X | | X |
| Scheiner et al,[38] 2012[k] | B | Monarc | TVT-O | 40 | 40 | 12 mo | X | X | X | X | X | |

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

*(continued)*

**TABLE 1**
**Randomized controlled trials included in systematic review** (continued)

| Study | Study quality[r] | Intervention | Comparator | n, intervention | n, comparator | Follow-up duration | OC | SC | Po | AE | QoL | SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Minisling vs any other sling | | | | | | | | | | | | |
| Andrada Hamer et al,[48] 2013 | B | TVT-Secur H | TVT | 64 | 69 | 12 mo | X | X | X | X | | |
| Barber et al,[49] 2012 | A | TVT-Secur U | TVT | 136 | 127 | 12 mo | X | X | X | X | X | X |
| Hinoul et al,[50] 2011 | A | TVT-Secur H | TVT-0 | 97 | 98 | 12 mo | X | X | X | X | X | |
| Hota et al,[51] 2012 | A | TVT-0 | TVT-Secur | 44 | 42 | 12 mo | X | X | X | X | X | |
| Kim et al,[52] 2010 | B | TVT-Secur U | TVT-Secur H | 53 | 62 | 12 mo | X | X | X | X | X | X |
| Lee et al,[53] 2010 | A | TVT-Secur U | TVT-Secur H | 165 | 165 | 12 mo | X | X | X | X | | X |
| Masata et al,[54] 2012[p] | A | TVT-Secur U | TVT-0 | 65 | 68 | 24 mo | X | X | X | X | | |
| Masata et al,[54] 2012[p] | A | TVT-Secur H | TVT-0 | 64 | 68 | 24 mo | X | X | X | X | | |
| Masata et al,[54] 2012[p] | A | TVT-Secur U | TVT-Secur H | 65 | 64 | 24 mo | X | X | X | X | | |
| Oliveira et al,[55] 2011[q] | C | TVT-Secur H | TVT-0 | 30 | 30 | 12 mo | X | | X | | | |
| Oliveira et al,[55] 2011[q] | C | MiniArc | TVT-0 | 30 | 30 | 12 mo | X | | X | | | |
| Oliveira et al,[55] 2011[q] | C | TVT-Secur H | MiniArc | 30 | 30 | 12 mo | X | | X | | | |
| Tommaselli et al,[56] 2010 | B | TVT-Secur H | TVT-0 | 42 | 42 | 12 mo | X | | X | X | X | |
| Wang YJ et al,[43] 2011[m] | B | TVT-Secur | TVT | 34 | 32 | 12 mo | X | | X | X | | |
| Wang YJ et al,[43] 2011[m] | B | TVT-Secur | TVT-0 | 34 | 36 | 12 mo | X | | X | X | | |

Advantage; Boston Scientific Corp., Natick, MA; Gore-Tex; Gore Medical, Flagstaff, AZ; I-STOP, CL Medical, Winchester, MA; MiniArc; AMS, Minnetonka, MN; Monarc; AMS; Obtryx; Boston Scientific Corp.; Safyre; Promedon, Cordoba, Argentina; SPARC; AMS; TVT-0; Ethicon Gynecare, Cincinnati, OH; TVT-Secur, Ethicon Gynecare.

*AE*, adverse event; *MUS*, midurethral sling; *OC*, objective cure; *Po*, perioperative outcomes; *PVS*, pubovaginal sling; *QoL*, Life-of-life outcomes; *SC*, subjective cure; *SF*, sexual function outcomes; *TOMUS*, Trial of Midurethral Slings; *TVT*, tension-free vaginal tape; *TVT-0*, tension-free vaginal tape obturator.

a 3-Arm trial comparing PVS (autologous fascia) vs TVT vs Burch; b Jelovsek et al[59] 2008; c Ward et al[60] 2004 and Ward et al[61] 2008; d Tennstedt et al[62] 2005, Tennstedt et al[63] 2008, Chai et al[64] 2009, Kraus et al[65] 2011, Brubaker et al[66] 2012; e Sand et al[67] 2000; f Trial also included PVS (Pelvichol) arm (n = 72) that was not included as Pelvichol is off market; g Daraï et al[68] 2007 and David-Montefiore et al[69] 2006; h Barber et al[70] 2008; i Albo[71] 2008, Brubaker et al[72] 2011, Zyczynski et al[73] 2012, Albo et al[3] 2012; j Laurikainen et al[74] 2007 and Palva et al[75] 2010; k 3-Arm trial comparing Monarc vs TVT vs TVT-0; l Schierlitz et al[76] 2012 and De Souza et al[77] 2012; m 3-Arm trial comparing TVT-Secur vs TVT vs TVT-0; n Angioli et al[78] 2010; o Abdel-Fattah et al[79] 2010 and Abdel-Fattah et al[80] 2012; p 3-Arm trial comparing TVT-Secur H vs TVT-Secur U vs TVT-0; q 3-Arm trial comparing TVT-0 vs TVT-Secur H vs MiniArc; r A (good), B (fair), C (poor).

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

www.AJOG.org

Urogynecology RESEARCH

**TABLE 2**
**Categorization of outcomes analyzed from randomized controlled trials**

| Outcome category of interest | Specific outcomes collected |
|---|---|
| Objective cure | Cough stress test |
| | Pad testing |
| | Urodynamic stress incontinence |
| | Voiding diary data |
| Subjective cure | Sandvik Incontinence Severity Index |
| | International Consultation on Incontinence Questionnaire (ICIQ) |
| | Patient Global Impression of Improvement (PGI-I) |
| | Pelvic Floor Distress Inventory (PFDI) |
| | Urinary Distress Inventory (UDI) |
| | Bristol female lower urinary tract symptom (BFLUTS) |
| | Measures such as "better" or "satisfied" |
| | "Would recommend to a friend" |
| | Met expectations |
| Perioperative outcomes | Estimated blood loss, time to return to normal activity/work, operative time, hospital time, length of stay, length of use of catheter, pain |
| Quality of life or satisfaction | Kings Health Questionnaire (KHQ) |
| | Measures of activities of daily living |
| | Urinary Incontinence Quality-of-life Scale (I-QOL) |
| | Bristol female lower urinary tract symptom (BFLUTS) |
| | Pelvic Floor Impact Questionnaire/Incontinence Impact Questionnaire (PFIQ/IIQ) |
| | International Consultation on Incontinence Questionnaire (ICIQ) |
| | CONTILIFE (Quality-of-life Assessment Questionnaire Concerning Urinary Incontinence) |
| Sexual function | Bristol female lower urinary tract symptom (BFLUTS) |
| | Pelvic Organ Prolapse/Incontinence Sexual Questionnaire, IUGA-Revised (PISQ-IR) |
| | CONTILIFE (Quality-of-life Assessment Questionnaire Concerning Urinary Incontinence) |
| | Dyspareunia |
| | "Return to normal sex life" |
| Adverse events | Table 3 |

*IUGA, International Urogynecology Association.*

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

surgery was not collected. Sling types of interest included MUS (retropubic, obturator), pubovaginal slings at the bladder neck (biologic, synthetic, or autologous), and minislings. All studies had to report results for cohorts (or study arms) of women who all received the same sling type (or Burch urethropexy); studies that combined women who received different sling types in their analyses were excluded. Studies that examined various aspects of surgical technique, anesthesia, or surgeon training were excluded if the same type of sling was used in each arm. Data were excluded if the surgical product used was not available in the United States as of April 2013.

Outcomes of interest from RCTs fell into 6 categories: objective cure, subjective cure, perioperative outcomes, quality of life or satisfaction, sexual function, and AEs (Table 2). Studies with non-randomized designs were included only for AEs. Information on cost was not collected.

### Data extraction and quality assessment

Data were extracted by 1 of 12 reviewers using a standard data extraction form and confirmed by another; discrepancies were resolved by consensus. We extracted data on study characteristics, participant characteristics, funding source, details on the interventions, length of follow-up, outcomes of interest measured, and how these outcomes were assessed. After data extraction, the lead reviewer and methodologist categorized all outcomes extracted from the RCTs into the 6 outcome categories listed above. Two reviewers also categorized all AEs into 22 categories as listed in Table 3. The underlying data, together with additional extracted information, are accessible online at http://srdr.ahrq.gov/ in the project Sling surgery for stress urinary incontinence in women: Society of Gynecologic Surgeons 2013.

We assessed the methodological quality of each RCT using predefined criteria from a 3-category system modified from the Agency for Healthcare Research and Quality.[5] Studies were graded as good (A), fair (B), or poor (C)

also included trials excluded from RCT analysis, nonrandomized comparative studies, and cohort (pre-post) studies of any follow-up duration. Because of the volume of these studies, sample size limitations were placed to restrict the

number of studies to only those with the most patients and therefore highest potential for identifying a complication (Figure 1). Studies included for AEs had to evaluate at least 1 sling type, and information about any other comparator

**TABLE 3**
**Rates of AEs by sling type analyzed from randomized controlled trials and included AE studies**[1,9-57,59-117]

| Sling category | Studies | Summary estimate of incidence (95% CI) | Events | Total n | Range of AE proportions across studies |
|---|---|---|---|---|---|
| **Estimated blood loss >200 mL** | | | | | |
| Obturator | 4 | 0.22% (0.03–1.59%) | 1 | 448 | 0.00–1.79% |
| Minisling | 3 | 1.1% (0.5–1.9%) | 10 | 888 | 0.00–3.68% |
| Retropubic | 4 | 1.5% (1.0–2.1%) | 33 | 2071 | 0.21–4.76% |
| **Transfusion** | | | | | |
| Burch | 3 | 0.00% (0.00–7.73%) | 0 | 105 | 0.00–0.00% |
| Obturator | 6 | 0.17% (0.02–1.22%) | 1 | 584 | 0.00–0.40% |
| Retropubic | 13 | 0.40% (0.28–0.55%) | 31 | 8105 | 0.00–4.00% |
| Minisling | 5 | 0.51% (0.23–1.14%) | 6 | 1177 | 0.00–0.74% |
| Pubovaginal | 5 | 1.9% (0.9–3.2%) | 10 | 515 | 0.00–5.17% |
| **Hematoma** | | | | | |
| Obturator | 18 | 0.59% (0.35–0.89%) | 17 | 2995 | 0.00–2.41% |
| Retropubic | 25 | 0.88% (0.74–1.0%) | 184 | 15,950 | 0.00–16.13% |
| Minisling | 2 | 0.85% (0.21–3.44%) | 2 | 236 | 0.74–1.00% |
| Burch | 4 | 1.4% (0.6–2.6%) | 8 | 542 | 0.00–5.71% |
| Pubovaginal | 5 | 2.2% (1.2–3.4%) | 14 | 677 | 0.00–5.17% |
| **Dyspareunia** | | | | | |
| Retropubic | 2 | 0.00% (0.01–1.64%) | 0 | 488 | 0.00–0.00% |
| Obturator | 6 | 0.16% (0.02–1.14%) | 1 | 624 | 0.00–0.40% |
| Minisling | 11 | 0.74% (0.40–1.2%) | 19 | 1809 | 0.00–6.49% |
| Pubovaginal | 5 | 0.99% (0.39–1.9%) | 8 | 696 | 0.00–2.63% |
| **Return to operating room for erosion** | | | | | |
| Burch | 2 | 0.28% (0.04–2.03%) | 1 | 352 | 0.00–0.30% |
| Minisling | 3 | 1.4% (0.5–2.8%) | 5 | 399 | 0.53–2.86% |
| Pubovaginal | 5 | 1.6% (0.8–2.7%) | 16 | 640 | 0.00–12.50% |
| Retropubic | 12 | 1.9% (1.0–3.0%) | 13 | 703 | 0.00–6.45% |
| Obturator | 7 | 2.7% (1.5–4.3%) | 14 | 518 | 0.00–8.24% |
| **Exposure** | | | | | |
| Burch | 4 | 0.00% (0.02–6.22%) | 0 | 130 | 0.00–0.00% |
| Retropubic | 29 | 1.4% (1.1–1.7%) | 84 | 5684 | 0.00–12.90% |
| Minisling | 19 | 2.0% (1.5–2.6%) | 61 | 2408 | 0.00–19.05% |
| Obturator | 31 | 2.2% (1.7–2.7%) | 66 | 3253 | 0.00–10.00% |
| Pubovaginal | 10 | 5.4% (4.0–7.0%) | 48 | 851 | 0.00–15.52% |
| **Wound infection** | | | | | |
| Minisling | 3 | 0.31% (0.05–0.80%) | 2 | 852 | 0.00–1.04% |
| Obturator | 14 | 0.74% (0.43–1.1%) | 14 | 2348 | 0.00–2.11% |

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*                (continued)

**TABLE 3**
**Rates of AEs by sling type analyzed from randomized controlled trials and included AE studies**[1,9-57,59-117] *(continued)*

| Sling category | Studies | Summary estimate of incidence (95% CI) | Events | Total n | Range of AE proportions across studies |
|---|---|---|---|---|---|
| Retropubic | 13 | 0.75% (0.54−0.98%) | 43 | 5781 | 0.00−13.04% |
| Pubovaginal | 3 | 2.6% (0.8−5.4%) | 4 | 174 | 0.85−5.56% |
| Burch | 5 | 7.0% (4.3−10%) | 17 | 269 | 3.13−9.68% |
| Urinary tract infection | | | | | |
| Minisling | 13 | 3.6% (2.8−4.6%) | 72 | 1762 | 0.74−18.33% |
| Pubovaginal | 4 | 4.2% (2.5−6.3%) | 21 | 420 | 1.84−18.75% |
| Obturator | 21 | 4.3% (3.4−5.2%) | 88 | 1826 | 0.00−16.79% |
| Burch | 7 | 5.9% (4.2−7.9%) | 55 | 648 | 0.00−31.51% |
| Retropubic | 21 | 11.0% (9.7−11%) | 718 | 6286 | 0.00−23.33% |
| Bowel injury | | | | | |
| Obturator | 5 | 0.00% (0.00−1.96%) | 0 | 410 | 0.00−0.00% |
| Retropubic | 7 | 0.34% (0.09−1.36%) | 2 | 594 | 0.00−1.57% |
| Minisling | 1 | 0.74% (0.10−5.30%) | 1 | 136 | 0.74−0.74% |
| Burch | 1 | 3.13% (0.44−23.63%) | 1 | 32 | 3.13−3.13% |
| Nerve injury | | | | | |
| Minisling | 1 | 0.00% (0.02−5.95%) | 0 | 136 | 0.00−0.00% |
| Retropubic | 4 | 0.06% (0.01−0.43%) | 1 | 1642 | 0.00−0.07% |
| Obturator | 3 | 0.61% (0.09−4.36%) | 1 | 165 | 0.00−1.72% |
| Ureteral injury | | | | | |
| Retropubic | 1 | 0.00% (0.00−9.25%) | 0 | 88 | 0.00−0.00% |
| Pubovaginal | 4 | 0.18% (0.03−1.26%) | 1 | 567 | 0.00−1.28% |
| Burch | 1 | 0.61% (0.15−2.46%) | 2 | 329 | 0.61−0.61% |
| Obturator | 1 | 1.22% (0.17−8.87%) | 1 | 82 | 1.22−1.22% |
| Vascular injury | | | | | |
| Obturator | 2 | 0.00% (0.00−6.75%) | 0 | 120 | 0.00−0.00% |
| Retropubic | 4 | 0.08% (0.04−0.18%) | 6 | 7149 | 0.00−0.09% |
| Overactive bladder/urgency | | | | | |
| Burch | 3 | 4.3% (2.5−6.5%) | 17 | 387 | 2.86−21.74% |
| Obturator | 8 | 5.3% (4.2−6.5%) | 106 | 1485 | 0.00−34.53% |
| Minisling | 11 | 5.4% (4.4−6.5%) | 103 | 1769 | 2.22−21.00% |
| Retropubic | 15 | 6.9% (6.0−7.7%) | 374 | 3486 | 0.76−45.00% |
| Pubovaginal | 5 | 8.6% (6.5−11%) | 55 | 558 | 3.37−38.10% |
| Retention lasting <6 wk postoperatively | | | | | |
| Minisling | 13 | 2.1% (1.5−2.8%) | 36 | 1778 | 0.00−5.88% |
| Obturator | 17 | 2.3% (1.8−3.0%) | 70 | 2629 | 0.00−10.00% |
| Retropubic | 18 | 3.1% (2.7−3.5%) | 248 | 7127 | 0.00−21.74% |

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*                                *(continued)*

**TABLE 3**
**Rates of AEs by sling type analyzed from randomized controlled trials and included AE studies**[1,9-57,59-117] (continued)

| Sling category | Studies | Summary estimate of incidence (95% CI) | Events | Total n | Range of AE proportions across studies |
|---|---|---|---|---|---|
| Pubovaginal | 10 | 12% (10.2—14%) | 158 | 1053 | 3.03—81.97% |
| Burch | 5 | 17% (13—21%) | 55 | 288 | 0.00—32.88% |
| **Retention lasting >6 wk postoperatively** | | | | | |
| Obturator | 6 | 2.4% (1.4—3.6%) | 70 | 2629 | 0.00—10.00% |
| Retropubic | 9 | 2.7% (2.1—3.4%) | 248 | 7127 | 0.00—21.74% |
| Minisling | 2 | 3.3% (1.6—5.7%) | 36 | 1778 | 0.00—5.88% |
| Pubovaginal | 6 | 7.5% (5.4—10%) | 158 | 1053 | 3.03—81.97% |
| Burch | 4 | 7.6% (4.7—11%) | 55 | 288 | 0.00—32.88% |
| **Return to operating room for urinary retention** | | | | | |
| Burch | 4 | 0.00% (0.00—1.54%) | 0 | 522 | 0.00—0.00% |
| Obturator | 22 | 1.1% (0.7—1.5%) | 23 | 2342 | 0.00—6.67% |
| Retropubic | 21 | 1.2% (0.9—1.7%) | 48 | 3103 | 0.00—24.00% |
| Minisling | 12 | 1.9% (1.2—2.9%) | 16 | 970 | 0.00—5.00% |
| Pubovaginal | 15 | 3.0% (2.3—3.9%) | 57 | 1667 | 0.00—7.69% |
| **Groin pain** | | | | | |
| Pubovaginal | 2 | 0.34% (0.09—1.36%) | 2 | 591 | 0.00—0.61% |
| Minisling | 12 | 0.62% (0.30—1.1%) | 14 | 1619 | 0.00—5.26% |
| Burch | 2 | 1.10% (0.42—2.98%) | 4 | 364 | 0.00—11.43% |
| Retropubic | 12 | 1.5% (1.0—2.1%) | 29 | 1811 | 0.00—5.56% |
| Obturator | 17 | 6.5% (5.3—7.7%) | 128 | 1594 | 0.00—36.67% |
| **Leg pain** | | | | | |
| Retropubic | 4 | 0.62% (0.16—2.51%) | 2 | 322 | 0.00—1.69% |
| Minisling | 4 | 1.6% (0.5—3.2%) | 4 | 337 | 0.00—2.63% |
| Obturator | 7 | 16% (13—19%) | 112 | 649 | 3.66—60.87% |
| **Bladder perforation** | | | | | |
| Obturator | 32 | 0.70% (0.46—0.98%) | 22 | 4000 | 0.00—4.76% |
| Minisling | 6 | 0.85% (0.40—1.5%) | 12 | 1138 | 0.00—4.41% |
| Pubovaginal | 14 | 2.3% (1.5—3.3%) | 23 | 1069 | 0.00—5.56% |
| Burch | 10 | 2.8% (1.7—4.1%) | 19 | 753 | 0.00—6.25% |
| Retropubic | 41 | 3.6% (3.3—3.9%) | 420 | 11,390 | 0.00—24.39% |
| **Urethral perforation** | | | | | |
| Burch | 1 | 0.00% (0.00—34.04%) | 0 | 25 | 0.00—0.00% |
| Obturator | 7 | 0.20% (0.05—0.80%) | 2 | 1013 | 0.00—1.72% |
| Retropubic | 8 | 0.41% (0.19—0.72%) | 17 | 2211 | 0.00—5.37% |
| Minisling | 1 | 2.70% (0.38—20.26%) | 1 | 37 | 2.70—2.70% |

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*                    (continued)

**TABLE 3**
**Rates of AEs by sling type analyzed from randomized controlled trials and included AE studies**[1,9-57,59-117] (continued)

| Sling category | Studies | Summary estimate of incidence (95% CI) | Events | Total n | Range of AE proportions across studies |
|---|---|---|---|---|---|
| **Vaginal perforation** | | | | | |
| Pubovaginal | 1 | 0.00% (0.00—2.46%) | 0 | 326 | 0.00—0.00% |
| Burch | 2 | 0.21% (0.03—1.50%) | 1 | 475 | 0.00—0.30% |
| Retropubic | 12 | 0.73% (0.40—1.2%) | 19 | 1892 | 0.00—15.00% |
| Minisling | 10 | 1.3% (0.8—1.9%) | 20 | 1538 | 0.00—4.84% |
| Obturator | 20 | 2.8% (2.2—3.5%) | 82 | 2498 | 0.00—10.87% |
| **Deep vein thrombosis** | | | | | |
| Obturator | 2 | 0.00% (0.00—12.03%) | 0 | 68 | 0.00—0.00% |
| Retropubic | 3 | 0.06% (0.01—0.43%) | 1 | 1660 | 0.00—0.07% |
| Pubovaginal | 4 | 0.35% (0.09—1.42%) | 2 | 567 | 0.00—1.28% |
| Burch | 3 | 0.58% (0.11—1.4%) | 4 | 506 | 0.00—3.23% |

*AE*, adverse event; *CI*, confidence interval.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

quality based on the likelihood of biases and completeness of reporting. Grades for different outcomes could vary within the same study.

**Data synthesis and analysis**
We were able to identify comparisons for MUS vs Burch, pubovaginal slings vs Burch, pubovaginal slings vs MUS, retropubic MUS vs obturator MUS, retropubic MUS vs retropubic MUS (based on route of passage), obturator MUS vs obturator MUS (based on route of passage), and minisling vs other sling. When at least 3 RCTs compared the same surgeries for the same outcomes and provided adequate data for metaanalysis (including for AEs), we performed random effects model metaanalyses to estimate pooled odds ratios (ORs). We included data from the time point closest to 12 months' follow-up that were reported. For objective cure, studies used cough stress test, pad test, or both methods. Across studies, we treated the different methods as equivalent (ie, we included both methods in the metaanalyses), but when a single study reported both methods, we preferentially chose stress test over pad test or a combined outcome (both pad and stress tests). When at least 3 studies (pre-post,

nonrandomized comparative, or RCT) reported the same AE for the same sling type, we performed random effects model metaanalyses of the arcsine transformed proportion of women with the outcome.[6] The arcsine transformed proportion was used to minimize bias due to the nonnormal distribution when proportions are close to 0. However, when the total number of events was <3 or metaanalysis gave an implausible summary estimate, the exact proportion and confidence interval (CI) were calculated for the total number of events and women at risk.[7] These absolute rates of AEs are compared qualitatively between procedures, and all data are presented in Table 3.

For each comparison of different sling types (or vs Burch), we generated an evidence profile by grading the quality of evidence for each outcome according to the Grades for Recommendation, Assessment, Development, and Evaluation system. The process considered the methodological quality, consistency of results across studies, directness of the evidence, and imprecision or sparseness of evidence to determine an overall quality of evidence. Four quality rating categories were possible: high (A), moderate (B), low (C), and very

low/insufficient (D).[8] Evidence profiles for the reviewed studies are in the Appendix.

We developed clinical practice guideline statements incorporating the balance between benefits and harms of the compared interventions when the data were sufficient to support these statements. Each guideline statement was assigned an overall level of strength of the recommendation (1 = strong, 2 = weak) based on the quality of the supporting evidence and the size of the net benefit. The strength of a recommendation indicates the extent to which one can be confident that adherence to the recommendation will do more good than harm. The wording and its implications for patients, physicians, and policymakers are detailed in Table 4.

We presented our findings at the 39th Annual Scientific Meeting of the Society of Gynecologic Surgeons in April 2013 in Charleston, SC. A link to the guidelines and manuscript was then e-mailed to the entire membership for review and vetting in August 2013 prior to submission for publication.

**RESULTS**
The MEDLINE search identified 2849 abstracts, of which we retrieved 881

**TABLE 4**
**Society for Gynecologic Surgeons Systematic Review Group sling surgery for stress urinary incontinence in women, clinical practice guidelines**

**Midurethral sling vs Burch (open or laparoscopic)**

For women considering midurethral slings or Burch procedures for treatment of SUI, we suggest either intervention for objective and subjective cure and that decision be based on: (1) which adverse events are of greatest concern to patient; and (2) any other planned concomitant surgeries (vaginal vs abdominal route). (1A)

- Midurethral slings may result in lower rates of perioperative adverse events such as blood loss, postoperative pain, operating room time, hospital stay, bowel injury, wound infection, and hematomas. (1C)
- Burch procedures may result in lower rates of return to operating room for retention, erosion, overactive bladder symptoms, and groin pain. (1C)

**Pubovaginal sling vs Burch**

For women considering pubovaginal slings or Burch procedures for treatment of SUI, we recommend pubovaginal slings to maximize cure outcomes. (1A)

- Burch procedure results in lower rates of erosion, overactive bladder symptoms, and retention requiring reoperation. (1C)
- Pubovaginal slings result in lower rates of wound infection, bladder/vaginal perforation, and bowel injury. (1C)

**Pubovaginal sling (biologic and synthetic) vs midurethral sling (only TVT was studied)**

For women considering pubovaginal or midurethral sling for treatment of SUI, we recommend midurethral sling for better subjective cure outcomes. (2C)

- Midurethral slings may result in lower rates of perioperative outcomes such as operating room time, blood loss, and hospital stay. (2D)
- Pubovaginal slings may result in lower rates of adverse events such as urinary tract infection and vaginal perforation. (2D)

**Retropubic vs obturator midurethral slings**

For women considering retropubic or transobturator midurethral sling, we recommend either intervention for objective and subjective cure and that decision be based on which adverse events are of greatest concern to patient. (1A)

- Retropubic slings result in lower rates of sling erosion, need to return to operating room for treatment of sling erosion, groin/leg pain, and vaginal perforation. (1D)
- Transobturator midurethral slings result in shorter operative time, fewer bladder/urethral perforations, less perioperative pain, fewer urinary tract infections, and less overactive bladder symptoms. (1D)

**Obturator vs obturator or retropubic vs retropubic midurethral slings**

There is insufficient evidence to provide recommendation for choosing among specific obturator or retropubic slings.

**Minisling (TVT-Secur U/H position and MiniArc studied) vs other sling (TVT and TVT-O studied)**

For women considering minislings (specifically TVT-Secur in H or U configuration) compared to traditional midurethral slings for treatment of SUI, we recommend traditional midurethral sling to maximize cure rates. (1A)

- Route of traditional midurethral sling that would be performed is important consideration in regard to adverse events compared with minislings. For example, minislings have similar rates of postoperative overactive bladder symptoms compared with obturator slings, but lower rates compared with retropubic slings. Exposure of sling postoperatively is similar between obturator slings and minislings, but retropubic slings have lower rates than both other types. (1D)
- Dyspareunia is more common with minisling than either retropubic or obturator sling, but absolute rates are low for all types of slings. (1D)

MiniArc; AMS, Minnetonka, MN; TVT-O; Ethicon Gynecare, Cincinnati, OH; TVT-Secur; Ethicon Gynecare.

*SUI*, stress urinary incontinence; *TVT*, tension-free vaginal tape; *TVT-O*, tension-free vaginal tape obturator.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

full-text papers that were further assessed in detail (Figure 1). This process resulted in 127 papers detailing RCTs (Table 1), from which there were 49 unique, eligible trials. There were also 704 additional papers reflecting other study designs, which were considered for AE data (Table 3). After limiting the non-RCT papers to those with the largest number of patients, we included 39 of those studies in addition to collecting AE information from RCTs (Table 3).

We categorized the trials into 6 comparisons, which are discussed in detail below and in Table 1.

## MUS vs Burch urethropexy

There were 10 RCTs for this comparison with overall moderate quality of evidence (Supplementary Table 1).[9-18] Two studies examined obturator MUS,[10,15] while the remaining analyzed a retropubic sling vs Burch urethropexy, which was performed via laparotomy except in 3 studies that analyzed laparoscopic

Burch surgery.[11,13,14] There were no studies comparing minislings to Burch urethropexy.

The evidence reviewed did not support a difference between the 2 surgeries with regard to objective cure, subjective cure, quality-of-life, or sexual function outcomes. While 8 studies provided data about cure outcomes, there were fewer studies evaluating quality of life[13,16,18] and sexual function.[18]

Metaanalysis of objective cure did not show a significant difference for sling

### FIGURE 2
**Metaanalysis for objective cure: MUS vs Burch urethropexy**



Forest plot subdivided by objective cure test. *Gray boxes* reflect weight of each comparison in metaanalyses. All MUS used in trials were retropubic. See "Materials and Methods" for quality assessment scheme. Stress test chosen preferentially over pad test.

*CI*, confidence interval; *I²*, percentage of total variation across studies that is due to heterogeneity rather than chance; *lap*, laparoscopic; *MUS*, midurethral slings; *OR*, odds ratio; *P_Het*, χ² *P* value for statistical heterogeneity; *TVT*, tension-free vaginal tape.

*Studies included in overall metaanalysis.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

compared to Burch (OR, 1.18; 95% CI, 0.73−1.89) (Figure 2). The 6 RCTs that met inclusion for this outcome analyzed TVT vs Burch, which was performed open or laparoscopically.

For subjective cure, the metaanalysis included retropubic slings (all TVT) and obturator slings (unspecified obturator sling or Safyre T; Promedon, Cordoba, Argentina) (Figure 3). The pooled OR for all analyses showed no significant difference but favored slings compared to Burch (OR, 1.12; 95% CI, 0.79−1.60). Similar results were seen for metaanalyses of retropubic and obturator slings compared to the Burch procedure (Figure 3).

Metaanalysis for the satisfaction outcome was not possible due to a limited number of studies. Analysis of perioperative and AE data for the absolute rates of complications per type of surgery showed that MUS may result in lower rates of perioperative AEs such as

postoperative pain, operating room time, hospital stay, bowel injury, wound infection, and hematomas (Appendix and Table 3). Burch procedures may result in lower rates of longer-term AEs such as return to the operating room for retention or erosion, overactive bladder (OAB) symptoms, and groin pain (Table 3). Metaanalysis of AE outcomes that were similar across studies showed no significant difference among these procedures for postoperative OAB symptoms, return to the operating room for erosion, and return to the operating room for retention. Interpretation of these rates is also dependent on the route of the MUS (obturator vs retropubic) that would be chosen, although more studies were available using retropubic slings for this comparison, weighting our analysis.

In summary, for women considering MUS or Burch procedures for treatment of SUI, we suggest either intervention

for objective and subjective cure, with the decision based on AEs and other planned concomitant surgeries (vaginal vs abdominal route) (Table 4).

#### Pubovaginal slings vs Burch urethropexy

There were 4 RCTs for this comparison with an overall high quality of evidence (Supplementary Table 2).[9,19-21] The pubovaginal slings in these studies were composed of autologous fascia, Gore-Tex (Gore Medical, Flagstaff, AZ), or human dura mater.[9,19-21] The data for this grouping included the SISTEr trial, a high-quality, multicenter network trial with 655 subjects investigating autologous pubovaginal slings compared to Burch surgery (Table 1).[19] No studies reported sexual function data and only 1 reported quality-of-life outcomes.[19] The evidence favored sling procedures compared to Burch for subjective and objective cure outcomes.

### FIGURE 3
**Metaanalysis for subjective cure: slings vs Burch urethropexy**



Forest plots subdivided by slings being compared with Burch urethropexy. *Gray boxes* reflect weight of each comparison in metaanalyses. See "Materials and Methods" for quality assessment scheme.

*CI*, confidence interval; *I²*, percentage of total variation across studies that is due to heterogeneity rather than chance; *lap*, laparoscopic; *OR*, odds ratio; *P_Het*, χ² P value for statistical heterogeneity; *PVS*, pubovaginal sling; *TOT*, transobturator sling; *TVT*, tension-free vaginal tape.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

There was an inadequate number of studies to support a metaanalysis of objective cure. Subjective cure outcome metaanalysis favored pubovaginal sling compared to Burch (OR, 1.65; 95% CI, 1.13–2.43) (Figure 3).

Metaanalysis for the satisfaction outcome was not possible due to a limited number of studies. Looking at absolute rates of AEs per procedure, a Burch procedure results in lower rates of OAB symptoms, transfusion, hematomas, and return to the operating room for retention or erosion. Pubovaginal slings result in lower rates of wound infection, groin pain, urinary tract infection, and bladder/vaginal perforation. Metaanalysis of AE information showed no significant difference between the 2 surgeries for postoperative OAB symptoms and return to the operating room for erosion. There

was a greater risk of return to the operating room for retention with the pubovaginal sling in the 2 studies that could be combined for this question (OR, 14.9; 95% CI, 1.35–165.15; *P* = .028).

In summary, for women considering pubovaginal slings or Burch procedures for treatment of SUI, we recommend pubovaginal slings to maximize cure outcomes (Table 4).

#### Pubovaginal slings vs MUS
There were 5 RCTs for this grouping and the evidence was overall of low quality (Supplementary Table 3).[9,22-25] The only MUS included in these studies was a retropubic TVT sling. There are no RCTs comparing pubovaginal slings to obturator MUS or minislings. No studies reported sexual function data. Review of the available data did not support a

difference between procedures for either cure outcome.

Metaanalysis of data for subjective cure outcomes favors placement of MUS compared to pubovaginal slings (OR, 0.40; 95% CI, 0.18–0.85) (Figure 4). There were inadequate studies to support a metaanalysis for objective cure. Metaanalysis for the satisfaction outcome was also not possible due to a limited number of studies.

Comparing absolute complication rates for the surgeries in general, MUS resulted in lower rates of operating room time, blood loss, transfusion, wound infection, retention, OAB symptoms, and hospital stay (Appendix and Table 3). Interpretation of these rates is also dependent on the route of MUS (obturator vs retropubic) that would be chosen. Pubovaginal slings result in



**FIGURE 4**
**Metaanalysis for subjective cure: pubovaginal vs MUS**

*Gray boxes* reflect weight of each comparison in metaanalyses. All MUS used in trials were retropubic. See "Materials and Methods" for quality assessment scheme.

*CI*, confidence interval; $I^2$, percentage of total variation across studies that is due to heterogeneity rather than chance; *MUS*, midurethral slings; *OR*, odds ratio; $P_{Het}$, $\chi^2$ $P$ value for statistical heterogeneity; *PVS*, pubovaginal sling; *TVT*, tension-free vaginal tape.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

lower rates of urinary tract infection and vaginal perforation than either route of MUS (Table 3). Metaanalysis of AE information showed no significant difference between these surgeries for postoperative OAB symptoms, return to the operating room for retention, or return to the operating room for erosion.

Driven by the metaanalysis information, for women considering a pubovaginal sling or MUS for treatment of SUI, we recommend MUS for better subjective cure (Table 4).

### Retropubic MUS vs obturator MUS
This comparison had the most studies with 21 RCTs with large numbers of patients enrolled (Supplementary Table 4).[1,26-44] The quality of evidence was high, including Trial of Midurethral Slings (TOMUS), a high-quality multicenter network trial with 597 participants.[1] The evidence did not show a difference for objective or subjective cure outcomes between the 2 slings. Quality-of-life and sexual function outcomes were also similar between the 2 procedures.

Metaanalysis of objective cure data favored retropubic slings but was not significant (OR, 1.18; 95% CI, 0.95−1.47) (Figure 5). The retropubic sling studied was a TVT in all studies in the metaanalysis.

Similarly, for subjective cure, metaanalysis favored retropubic slings (OR, 1.17; 95% CI, 0.91−1.51) but was not significant (Figure 6). Again, the retropubic sling for included studies was always a TVT while the obturator slings included a variety of slings and routes of passages.

Four studies were included in a metaanalysis of satisfaction outcomes (Figure 7), which favored obturator slings but was not significant (OR, 0.77; 95% CI, 0.52−1.13).

AE and perioperative outcome data were highly variable by each outcome and did not provide a consistent direction when examined by absolute rates of complications for each surgery (Appendix and Table 3). Retropubic slings result in lower absolute rates of sling erosion, need to return to the operating room for treatment of sling erosion, nerve injury, ureteral injury, groin/leg pain, and vaginal perforation. Obturator MUS result in shorter operative time, lower blood loss, fewer bladder/urethral perforations, less perioperative pain, fewer urinary tract infections, and less OAB symptoms. Metaanalysis showed that postoperative OAB symptoms were more common in patients following retropubic slings (OR, 1.41; 95% CI, 1.01−1.98, $P = .046$). There was no difference between slings on

metaanalysis of return for operating room for erosion or for retention. There were too few studies that examined subpopulations of stress-incontinent patients (eg, those with intrinsic sphincter deficiency or prior surgical failures) to allow metaanalysis.

In summary, for women considering a retropubic or transobturator MUS, we recommend either intervention for objective and subjective cure; the decision should be based on surgeon expertise accounting for AEs (Table 4).

### Retropubic MUS vs retropubic MUS
There was a limited number (2) of RCTs for this question, and moderate-quality evidence (Table 1) (Supplementary Table 5).[45,46] These studies compared top-down passage (SPARC; AMS, Minnetonka, MN) to bottom-up passage (TVT). The evidence does not support a difference in outcomes between the retropubic slings studied. No studies reported quality-of-life or sexual function data.

Because we collected AE data by sling type (eg, retropubic vs obturator slings), we could not segregate complications by route of passage.

There were inadequate data to support any metaanalyses. The evidence was also not robust enough to merit a clinical practice guideline.

## FIGURE 5
## Metaanalysis for objective cure: retropubic (retro) vs obturator midurethral slings



Forest plot subdivided by objective cure test. *Gray boxes* reflect weight of each comparison in metaanalyses. See "Materials and Methods" for quality assessment scheme. Stress test chosen preferentially over pad test.

*CI*, confidence interval; *I²*, percentage of total variation across studies that is due to heterogeneity rather than chance; *OR*, odds ratio; *P_Het*, χ² *P* value for statistical heterogeneity; *TOT*, transobturator sling; *TVT*, tension-free vaginal tape; *TVT-O*, tension-free vaginal tape-obturator; *UDS*, urodynamic study.

*Studies included in overall metaanalysis.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

## Obturator MUS vs obturator MUS

There have been 2 RCTs investigating this question, which provided low-quality evidence (Table 1) (Supplementary Table 6).[39,47] The evidence does not support a difference in outcomes between the routes of obturator slings studied.

Because we collected AE data by sling type (eg, retropubic vs obturator slings), we could not segregate complications by route of passage.

There were inadequate data to support any metaanalyses. The evidence was also not robust enough to merit a clinical practice guideline.

## Minislings vs any other slings

There were 15 RCTs providing data for this question, which represented 3-arm or 2-arm studies by original design (Table 1) (Supplementary Table 7).[43,48-56] The comparator arm of traditional full-length MUS was either an obturator or retropubic sling; no studies compared Burch urethropexy or pubovaginal slings to minislings. The majority of studies in this category used a TVT-Secur (Ethicon Gynecare, Cincinnati, OH) placed in either the "U" (similar to retropubic slings) or "H" (similar to obturator slings) configuration. While this product is no longer available in the United States, it was retained for this analysis because we thought that there was significant interest among physicians regarding this clinical question. By excluding studies with TVT-Secur (Ethicon Gynecare) from the analysis, a review and guideline on this question would not have been possible.



**FIGURE 6**
**Metaanalysis for subjective cure: retropubic vs obturator midurethral slings**

| Study (Year) | Intervention | Comparator | Follow-up, y | OR (95% CI) | Subjective Cure/Total Intervention | Comparator | Quality |
|---|---|---|---|---|---|---|---|
| Aniuliene (2009) | TVT | TVT-O | 1 | 1.61 (0.85, 3.06) | 97/114 | 117/150 | C |
| Barber (2008) | TVT | Monarc | 1 | 0.86 (0.46, 1.62) | 50/85 | 48/77 | A |
| Deffieux (2010) | TVT | TVT-O | 1 | 1.38 (0.45, 4.20) | 63/69 | 61/69 | A |
| El-Hefnawy (2010) | TVT | TOT | 1 | 7.38 (0.36, 153) | 19/19 | 18/21 | C |
| Freeman (2011) | TVT | Monarc | 1 | 1.12 (0.61, 2.05) | 55/85 | 59/95 | A |
| Krofta (2010) | TVT | TVT-O | 1 | 1.16 (0.66, 2.01) | 111/141 | 112/147 | A |
| Liapis (2006) | TVT | TVT-O | 1 | 0.03 (0.00, 0.55) | 34/46 | 43/43 | C |
| Porena (2007) | TVT | ObTape | 2.6 | 0.73 (0.35, 1.55) | 50/70 | 58/75 | B |
| Richter (2010) | TVT | TOT | 1 | 1.30 (0.94, 1.81) | 181/291 | 163/292 | A |
| Ross (2009) | TVT | TOT (out-to-in) | 1 | 0.15 (0.02, 1.23) | 88/95 | 85/86 | B |
| Scheiner (2012) | TVT | Monarc | 1 | 1.53 (0.48, 4.83) | 57/65 | 28/34 | B |
| Scheiner (2012) | TVT | TVT-O | 1 | 1.97 (0.67, 5.77) | 57/65 | 29/37 | B |
| Teo (2011) | TVT | TVT-O | 1 | 1.52 (0.75, 3.06) | 35/66 | 26/61 | B |
| Overall ($I^2 = 28\%$, $P_{Het} = 0.17$) | | | | 1.17 (0.91, 1.51) | 897/1211 | 847/1187 | |

Favors Obturator     Favors Retropubic

*Gray boxes* reflect weight of each comparison in metaanalyses. See "Materials and Methods" for quality assessment scheme.

*CI*, confidence interval; $I^2$, percentage of total variation across studies that is due to heterogeneity rather than chance; *OR*, odds ratio; $P_{Het}$, $\chi^2$ $P$ value for statistical heterogeneity; *TOT*, transobturator sling; *TVT*, tension-free vaginal tape; *TVT-O*, tension-free vaginal tape-obturator.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

Review of the evidence showed that both objective and subjective cure outcomes were improved with use of a full-length sling compared to a minisling.

Metaanalysis of objective cure outcomes significantly favored traditional full-length MUS, all of which happened to be an obturator sling (TVT-obturator), compared to minislings (OR, 4.16; 95% CI, 2.15—8.05) (Figure 8).

Results were similar for the metaanalysis of subjective cure outcomes (Figure 9). There were data included for both obturator and retropubic traditional MUS. Traditional MUS were found to be superior to minislings (OR, 2.65; 95% CI, 1.36—5.17).

Metaanalysis for the satisfaction outcome was not possible due to a limited number of studies.

With respect to a comparison of AEs, the route (retropubic vs obturator) of the traditional full-length MUS is an important consideration (Table 3). For example, minislings have similar rates of postoperative OAB symptoms (5.4%) compared with obturator slings (5.3%), but somewhat lower rates than retropubic slings (6.9%). Exposure of the sling postoperatively is similar with either obturator slings (2.2%) or minislings (2.0%), but retropubic slings have somewhat lower rates than either (1.4%). Dyspareunia is rare with any type of sling, but is somewhat more common with a minisling (0.99%) than either a retropubic (<0.001%) or obturator (0.16%) sling. Minislings have the highest rate of urethral perforation (2.7% vs <1% for either retropubic or obturator), but the lowest rate of groin pain (0.62%) when compared to either route of MUS (1.5% for retropubic, 6.5% for obturator). Metaanalyses of the AE data failed to show a significant difference for OAB symptoms after surgery or return to the operating room for retention.

In summary, for women considering minislings or traditional full-length MUS, we recommend traditional full-length MUS to maximize cure rates (Table 4).

## COMMENT

Surgical treatment of SUI has been well studied. MUS have become more common than pubovaginal sling procedures and Burch urethropexy for correction of SUI. In this systematic review we reviewed studies comparing MUS (retropubic, obturator, and minisling), pubovaginal slings, and Burch urethropexy for treatment of SUI in women. A large number of studies were available for review. In general, both the quality of study design and the inclusion of patient-centered outcomes have improved over time. We found low- to high-quality evidence permitting metaanalyses and development of clinical practice guidelines.

The best-studied comparison is for retropubic compared to obturator MUS, which included 21 separate studies. There appears to be little need to study



**FIGURE 7**
**Metaanalysis for satisfaction: retropubic vs obturator midurethral slings**

*Gray boxes reflect weight of each comparison in metaanalyses. See "Materials and Methods" for quality assessment scheme.*

*CI, confidence interval; $I^2$, percentage of total variation across studies that is due to heterogeneity rather than chance; OR, odds ratio; $P_{Het}$, $\chi^2$ P value for statistical heterogeneity; TOT, transobturator sling; TVT, tension-free vaginal tape; TVT-O, tension-free vaginal tape-obturator.*

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

this further for straightforward SUI unless surgical products change significantly. We found few reliable data for subpopulations; patients who have urethral sphincter weakness or a history of surgical failure, for example, are often analyzed together with primary surgical candidates with normal urethral function. Definitions of these conditions were highly variable, which meant we were not able to perform reliable analyses of these data. As these are challenging populations to treat clinically, they should be better studied in future work. There is 1 trial that exclusively enrolled women with intrinsic sphincter deficiency, defined either by maximum urethral closure pressure of <20 cm $H_2O$ or leak point pressures of <60 cm $H_2O$.[39,76,77] While urodynamic stress incontinence 6 months postoperatively was more common in patients undergoing an obturator sling, objective cure rates based on pad test at 6 months, perioperative information, overall definition of "success," and sexual function data showed no difference between slings.[39,76,77] For subjective cure rates, the obturator sling was favored only on analysis of Incontinence Impact Questionnaire-7 total score data at 3 years' follow-up, with other markers and

time periods for subjective cure measures not different between groups.[39,76,77] Rate of reoperation for SUI at 3 years of follow-up favored the retropubic sling in this population (18.3% of women in obturator sling group vs 1.2% of the women in the retropubic sling group on intention-to-treat analysis, P < .001) with a significantly shorter time to reoperation in the obturator group as well.[39,76,77]

Comparing MUS vs Burch urethropexy, there is moderate-quality evidence that either procedure provides equivalent subjective and objective cure rates. The benefits of a minimally invasive approach may be offset by the inclusion of concomitant procedures. For example, if other intraabdominal procedures are planned, this may mitigate the perioperative differences and AEs associated with Burch surgery compared to a MUS.

Only one study compared different types of pubovaginal slings to each other based on the type of sling material, and therefore we could not draw any conclusions on this question.[57]

We eliminated studies with <12 months' follow-up because of the robust body of literature on this topic (Table 1 presents length of follow-up for each study). Still, it is worthy to note that

this is short-term from the perspective of a patient who desires lifelong cure. While challenging from an investigator standpoint, more studies with extended follow-up are needed.

One challenge in creation of clinical practice guidelines came when the importance of the various outcomes was weighed against each other. For example, should objective cure be more important overall than postsurgical sexual function? Many studies used composite success outcomes in an attempt to address this issue. The weight of these factors may also differ for surgeons and patients, and even between patients. For this reason, the clinical practice guideline statements provide detail to guide physician-patient counseling, which remains of paramount importance when planning surgery. Counseling also should address the impact of other concomitant procedures, such as hysterectomy and pelvic organ prolapse repair, in the decision-making process among the options for incontinence treatment.

Despite being the newest product on the market, the minislings had a large number of studies that met our inclusion criteria. Considering the interest in these slings, we thought it was merited to include TVT-Secur (Ethicon Gynecare)



FIGURE 8
**Metaanalysis for objective cure: traditional midurethral sling (MUS) vs minisling**

*Gray boxes* reflect weight of each comparison in metaanalyses. All MUS used in trials were retropubic. See "Materials and Methods" for quality assessment scheme.

*CI*, confidence interval; *I²*, percentage of total variation across studies that is due to heterogeneity rather than chance; *MUS*, midurethral slings; *OR*, odds ratio; *P_Het*, χ² *P* value for statistical heterogeneity; *TVT*, tension-free vaginal tape; *TVT-O*, tension-free vaginal tape-obturator.

*Studies included in overall metaanalysis.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

in our analysis although it has now been removed from the market. It should be noted that this is the most widely studied minisling, and the results of those studies and thus our review may not be generalizable to newer products. Further RCTs on these newer products are needed.

When choosing between surgical procedures, any surgeon must weigh the presumed benefits with the potential risks and AEs of these procedures. Balancing these against a specific patient's goals and desires is an important consideration for a diagnosis such as SUI in which treatment is elective based on degree of bother and quality-of-life impact. Additionally, surgeons should evaluate their own personal success and complication rates with the procedures and products they use, as these may differ from published rates. Whenever possible, physicians should counsel patients about the balance of both success rates and AEs for the various procedures discussed in this review. For example, some patients may tolerate some mild SUI to avoid any risk of obstructive OAB

symptoms, while other patients would accept a high risk of needing to self-catheterize to avoid any SUI.

The strengths of this review include the large numbers of randomized clinical trials reviewed to provide data for the metaanalyses and clinical practice guidelines. Most of the randomized trials achieved their stated power and some studies reported long-term follow-up extending up to 5 years. Given the breadth of these data, we thought we could limit our review to studies with data at 12 months or longer, since patients and surgeons place higher value on long-term success rather than shorter-term rates. Our strict inclusion criteria, including the length of follow-up and the exclusion of meeting abstracts not submitted to the peer-review process, makes the included outcome data strong. There were also a large number of comparative cohort studies and observational studies to provide data on AEs. We were able to limit our collection to those studies with often >1000 patients to collect the most common problems rather than basing

conclusions on rare, unusual events from smaller studies or case reports.

There are limitations to the study. Reporting of subpopulations of high interest to surgeons, including intrinsic sphincter deficiency and recurrent SUI, were variable and often not separated out from other patients in analyses, so we cannot draw conclusions about those populations. There was also high variability in reporting of numbers and types of complications in trials, making analyses of AE outcomes challenging. While many surgeons and patients are interested in information about postoperative symptoms such as urgency and de novo urgency, these symptoms were inconsistently reported, thus limiting their analysis. Additionally, data concerning need for retreatment were sparse and inconsistent, limiting our ability to draw any conclusions on this important question. Complications were assessed at different time intervals among different trials, and sometimes later trials reporting secondary analyses did not update longer-term AEs. The vast



**FIGURE 9**
**Metaanalysis for subjective cure: traditional midurethral sling vs minisling**

Forest plot subdivided by slings being compared with minisling. *Gray boxes* reflect weight of each comparison in metaanalyses. See "Materials and Methods" for quality assessment scheme.

*CI, confidence interval; $I^2$, percentage of total variation across studies that is due to heterogeneity rather than chance; OR, odds ratio; $P_{Het}$, $\chi^2$ P value for statistical heterogeneity; TVT, tension-free vaginal tape; TVT-O, tension-free vaginal tape-obturator.*

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

majority did not use a standard classification for complications such as the classification system of Dindo et al.[58] The length of follow-up for outcomes in most RCTs was up to 5 years but there was attrition as length of follow-up increased, which reduced the numbers of patients analyzed to determine long-term success rates for the slings or Burch urethropexy. Retropubic MUS, specifically TVT, is the best-studied procedure. There were few studies comparing different types of retropubic slings, obturator slings, or pubovaginal slings within those classifications, limiting our ability to comment on the best product/material.

In summary, this review supports the use of MUS for treatment of SUI compared to pubovaginal slings. The decision for retropubic vs obturator approaches to MUS may be based on the risks associated with each approach as no difference in effectiveness was found. The pubovaginal sling procedure is more effective than Burch urethropexy although, again, differences in surgical risks may guide the decision to utilize one approach over the other. Traditional MUS are significantly superior to minislings for cure outcomes. Overall, the evidence supporting use of MUS and pubovaginal slings is of high quality. These clinical practice guidelines provide an effective tool to assist in patient counseling and decision-making for the various surgical approaches to management of SUI. ∎

**REFERENCES**

**1.** Richter HE, Albo ME, Zyczynski HM, et al. Retropubic versus transobturator midurethral slings for stress incontinence. N Engl J Med 2010;362:2066-76.
**2.** Ulmsten U, Henriksson L, Johnson P, Varhos G. An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. Int Urogynecol J Pelvic Floor Dysfunct 1996;7:81-6.
**3.** Albo ME, Litman HJ, Richter HE, et al. Treatment success of retropubic and transobturator midurethral slings at 24 months. J Urol 2012;188:2281-7.
**4.** Wallace BC, Small K, Brodley C, Lau J, Trikalinos TA. Deploying an interactive machine learning system in an evidence-based practice center. In: Proceedings of the 2nd ACM SIGHIT International Health Informatics Symposium, Miami, Florida, 28—30 January. New York: Assoc Computing Machinery; 2012:819-24.
**5.** Owens DK, Lohr KN, Atkins D, et al. AHRQ series paper 5: grading the strength of a body of evidence when comparing medical interventions. J Clin Epidemiol 2010;63: 513-23.
**6.** Trikalinos TA, Hoaglin DC, Schmid CH. Empirical and simulation-based comparison of univariate and multivariate meta-analysis for binary outcomes. Methods research report. (Prepared by the Tufts evidence-based practice center under contract no. 290-2007-10055-I.) AHRQ publication no. 13-EHC066-EF. Rockville, MD: Agency for Healthcare Research and Quality; March 2013.
**7.** Clopper C, Pearson ES. The use of confidence or fiducial limits illustrated in the case of the binomial. Biometrika 1934;26:404-13.
**8.** Atkins D, Eccles M, Flottorp S, et al. GRADE Working Group. Systems for grading the quality of evidence and the strength of recommendations I: critical appraisal of existing approaches; the GRADE working group. BMC Health Serv Res 2004;4:38.
**9.** Bai SW, Sohn WH, Chung DL, Park JH, Kim SK. Comparison of the efficacy of Burch colposuspension, pubovaginal sling, and

tension-free vaginal tape for stress urinary incontinence. Int J Gynaecol Obstet 2005;91: 246-51.

10. Bandarian M, Ghanbari Z, Asgari A. Comparison of transobturator tape (TOT) vs Burch method in treatment of stress urinary incontinence. J Obstet Gynaecol 2011;31:518-20.

11. Foote AJ, Maughan V, Carne C. Laparoscopic colposuspension versus vaginal suburethral slingplasty: a randomized prospective trial. Aust N Z J Obstet Gynaecol 2006;46: 517-20.

12. Liapis A, Bakas P, Creatsas G. Burch colposuspension and tension-free vaginal tape in the management of stress urinary incontinence in women. Eur Urol 2002;41:469-73.

13. Paraiso MFR, Walters MD, Karram MM, Barber MD. Laparoscopic Burch colposuspension versus tension-free vaginal tape: a randomized trial. Obstet Gynecol 2004;104: 1249-58.

14. Persson J, Teleman P, Etén-Bergquist C, Wolner-Hanssen P. Cost-analyzes based on a prospective, randomized study comparing laparoscopic colposuspension with a tension-free vaginal tape procedure. Acta Obstet Gynecol Scand 2002;81:1066-73.

15. Sivaslioglu AA, Caliskan E, Dolen I, Haberal A. A randomized comparison of transobturator tape and Burch colposuspension in the treatment of female stress urinary incontinence. Int Urogynecol J 2007;18:1015-9.

16. Tellez Martinez-Fornes M, Fernández Pérez C, Fouz López C, Fernández Lucas C, Borrego Hernando J. A three year follow-up of a prospective open randomized trial to compare tension-free vaginal tape with Burch colposuspension for treatment of female stress urinary incontinence. Actas Urol Esp 2009;33:1088-96.

17. Wang AC, Chen MC. Comparison of tension-free vaginal taping versus modified Burch colposuspension on urethral obstruction: a randomized controlled trial. Neurourol Urodyn 2003;22:185-90.

18. Ward K, Hilton P; United Kingdom and Ireland Tension-free Vaginal Tape Trial Group. Prospective multicenter randomized trial of tension-free vaginal tape and colposuspension as primary treatment for stress incontinence. BMJ 2002;325:67.

19. Albo ME, Richter HE, Brubaker L, et al. Burch colposuspension versus fascial sling to reduce urinary stress incontinence. N Engl J Med 2007;356:2143-55.

20. Culligan PJ, Goldberg RP, Sand PK. A randomized controlled trial comparing a modified Burch procedure and a suburethral sling: long-term follow-up. Int Urogynecol J Pelvic Floor Dysfunct 2003;14:229-33.

21. Enzelsberger H, Helmer H, Schatten C. Comparison of Burch and Iyodura sling procedures for repair of unsuccessful incontinence surgery. Obstet Gynecol 1996;88:251-6.

22. Amaro JL, Yamamoto H, Kawano PR, Barros G, Gameiro MO, Agostinho AD. Clinical and quality-of-life outcomes after autologous fascial sling and tension-free vaginal tape: a

prospective randomized trial. Int Braz J Urol 2009;35:60-7.

23. Guerrero KL, Emery SJ, Wareham K, Ismail S, Watkins A, Lucas MG. A randomized controlled trial comparing TVT, Pelvicol, and autologous fascial slings for the treatment of stress urinary incontinence in women. BJOG 2010;117:1493-503.

24. Sharifiaghdas F, Mortazavi N. Tension-free vaginal tape and autologous rectus fascia pubovaginal sling for the treatment of urinary stress incontinence: a medium-term follow-up. Med Princ Pract 2008;17:209-14.

25. Tcherniakovsky M, Fernandes CE, Bezerra CA, Del Roy CA, Wroclawski ER. Comparative results of two techniques to treat stress urinary incontinence: synthetic transobturator and aponeurotic slings. Int Urogynecol J Pelvic Floor Dysfunct 2009;20:961-6.

26. Aniuliene R. Tension-free vaginal tape versus tension-free vaginal tape obturator (inside-outside) in the surgical treatment of female stress urinary incontinence. Medicina (Kaunas) 2009;45:639-43.

27. Araco F, Gravante G, Sorge R, et al. TVT-O vs TVT: a randomized trial in patients with different degrees of urinary stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct 2008;19: 917-26.

28. Ballester M, Bui C, Frobert J, et al. Four-year functional results of the suburethral sling procedure for stress urinary incontinence: a French prospective randomized multicenter study comparing the retropubic and transobturator routes. World J Urol 2012;30: 117-22.

29. Barber MD, Kleeman S, Karram MM, et al. Transobturator tape compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial. Obstet Gynecol 2008;111:611-21.

30. Deffieux X, Daher N, Mansoor A, Debodinance P, Muhlstein J, Fernandez H. Transobturator TVT-O versus retropubic TVT: results of a multicenter randomized controlled trial at 24 months follow-up. Int Urogynecol J 2010;21:1337-45.

31. El-Hefnawy AS, Wadie BS, El Mekresh M, Nabeeh A, Bazeed MA. TOT for treatment of stress urinary incontinence: how should we assess its equivalence with TVT? Int Urogynecol J 2010;21:947-53.

32. Freeman R, Holmes D, Hillard T, et al. What patients think: patient-reported outcomes of retropubic versus transobturator mid-urethral slings for urodynamic stress incontinence—a multicenter randomized controlled trial. Int Urogynecol J 2011;22:279-86.

33. Karateke A, Haliloglu B, Cam C, Sakalli M. Comparison of TVT and TVT-O in patients with stress urinary incontinence: short-term cure rates and factors influencing the outcome: a prospective randomized study. Aust N Z J Obstet Gynaecol 2009;49:99-105.

34. Krofta L, Feyereisl J, Otcenásek M, Velebil P, Kasiková E, Krcmár M. TVT and TVT-O for surgical treatment of primary stress urinary

incontinence: prospective randomized trial. Int Urogynecol J 2010;21:141-8.

35. Liapis A, Bakas P, Giner M, Creatsas G. Tension-free vaginal tape versus tension-free vaginal tape obturator in women with stress urinary incontinence. Gynecol Obstet Invest 2006;62:160-4.

36. Rinne K, Laurikainen E, Kivelä A, et al. A randomized trial comparing TVT with TVT-O: 12-month results. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:1049-54.

37. Ross S, Robert M, Swaby C, et al. Transobturator tape compared with tension-free vaginal tape for stress incontinence: a randomized controlled trial. Obstet Gynecol 2009;114: 1287-94.

38. Scheiner DA, Betschart C, Wiederkehr S, Seifert B, Fink D, Perucchini D. Twelve months effect on voiding function of retropubic compared with outside-in and inside-out transobturator midurethral slings. Int Urogynecol J 2012;23:197-206.

39. Schierlitz L, Dwyer PL, Rosamilia A, et al. Effectiveness of tension-free vaginal tape compared with transobturator tape in women with stress urinary incontinence and intrinsic sphincter deficiency: a randomized controlled trial. Obstet Gynecol 2008;112:1253-61.

40. Teo R, Moran P, Mayne C, Tincello D. Randomized trial of tension-free vaginal tape and tension-free vaginal tape-obturator for urodynamic stress incontinence in women. J Urol 2011;185:1350-5.

41. Wang F, Song Y, Huang H. Prospective randomized trial of TVT and TOT as primary treatment for female stress urinary incontinence with or without pelvic organ prolapse in Southeast China. Arch Gynecol Obstet 2010;281: 279-86.

42. Wang W, Zhu L, Lang J. Transobturator tape procedure versus tension-free vaginal tape for treatment of stress urinary incontinence. Int J Gynaecol Obstet 2009;104:113-6.

43. Wang YJ, Li FP, Wang Q, Yang S, Cai XG, Chen YH. Comparison of three mid-urethral tension-free tapes (TVT, TVT-O, and TVT-Secur) in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J 2011;22:1369-74.

44. Zullo MA, Plotti F, Calcagno M, et al. One-year follow-up of tension-free vaginal tape (TVT) and trans-obturator suburethral tape from inside to outside (TVT-O) for surgical treatment of female stress urinary incontinence: a prospective randomized trial. Eur Urol 2007;51:1376-84.

45. Andonian S, Chen T, St-Denis B, Corcos J. Randomized clinical trial comparing suprapubic arch sling (SPARC) and tension-free vaginal tape (TVT): one-year results. Eur Urol 2005;47: 537-41.

46. Tseng LH, Wang AC, Lin YH, Li SJ, Ko YJ. Randomized comparison of the suprapubic arc sling procedure vs tension-free vaginal taping for stress incontinent women. Int Urogynecol J Pelvic Floor Dysfunct 2005;16:230-5.

47. Abdel-Fattah M, Ramsay I, Pringle S, et al. Randomized prospective single-blinded study

comparing "inside-out" versus "outside-in" transobturator tapes in the management of urodynamic stress incontinence: 1-year outcomes from the E-TOT study. BJOG 2010;117: 870-8.

48. Andrada Hamer M, Larsson PG, Teleman P, Bergqvist CE, Persson J. One-year results of a prospective randomized, evaluator-blinded, multicenter study comparing TVT and TVT Secur. Int Urogynecol J 2013;24:223-9.

49. Barber MD, Weidner AC, Sokol AI, et al. Single-incision mini-sling compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial. Obstet Gynecol 2012;119:328-37.

50. Hinoul P, Vervest HA, den Boon J. A randomized, controlled trial comparing an innovative single incision sling with an established transobturator sling to treat female stress urinary incontinence. J Urol 2011;185:1356-62.

51. Hota LS, Hanaway K, Hacker MR, et al. TVT-Secur (Hammock) versus TVT-obturator: a randomized trial of suburethral sling operative procedures. Female Pelvic Med Reconstr Surg 2012;18:41-5.

52. Kim JJ, Lee YS, Lee KS. Randomized comparative study of the U- and H-type approaches of the TVT-Secur procedure for the treatment of female stress urinary incontinence: one-year follow-up. Korean J Urol 2010;51: 250-6.

53. Lee KS, Lee YS, Seo JT, et al. A prospective multicenter randomized comparative study between the U- and H-type methods of the TVT SECUR procedure for the treatment of female stress urinary incontinence: 1-year follow-up. Eur Urol 2010;57:973-9.

54. Masata J, Svabik K, Zvara K, et al. Randomized trial of a comparison of the efficacy of TVT-O and single-incision tape TVT SECUR systems in the treatment of stress urinary incontinent women—2-year follow-up. Int Urogynecol J 2012;23:1403-12.

55. Oliveira R, Botelho F, Silva P, et al. Exploratory study assessing efficacy and complications of TVT-O, TVT-Secur, and Mini-Arc: results at 12-month follow-up. Eur Urol 2011;59:940-4.

56. Tommaselli GA, Di Carlo C, Gargano V, Formisano C, Scala M, Nappi C. Efficacy and safety of TVT-O and TVT-Secur in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J 2010;21:1211-7.

57. Barbalias G, Liatsikos E, Barbalias D. Use of slings made of indigenous and allogenic material (Goretex) in type III urinary incontinence and comparison between them. Eur Urol 1997;31: 394-400.

58. Dindo D, Demartines N, Clavien PA. Classification of surgical complications: a new proposal with evaluation in a cohort of 6336 patients and results of a survey. Ann Surg 2004;240: 205-13.

59. Jelovsek JE, Barber MD, Karram MM, Walters MD, Paraiso MF. Randomized trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow-up. BJOG 2008;115:219-25.

60. Ward KL, Hilton P; UK and Ireland TVT Trial Group. A prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: two-year follow-up. Am J Obstet Gynecol 2004;190:324-31.

61. Ward KL, Hilton PUK and Ireland TVT Trial Group. Tension-free vaginal tape versus colposuspension for primary urodynamic stress incontinence: 5-year follow up. BJOG 2008;115: 226-33.

62. Tennstedt S. Urinary Incontinence Treatment Network. Design of the stress incontinence surgical treatment efficacy trial (SISTEr). Urology 2005;66:1213-7.

63. Tennstedt SL, Litman HJ, Zimmern P, et al. Urinary Incontinence Treatment Network. Quality of life after surgery for stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct 2008;19: 1631-8.

64. Chai TC, Albo ME, Richter HE, et al. Complications in women undergoing Burch colposuspension versus autologous rectus fascial sling for stress urinary incontinence. J Urol 2009;181:2192-7.

65. Kraus SR, Lemack GE, Richter HE, et al. Changes in urodynamic measures two years after Burch colposuspension or autologous sling surgery. Urology 2011;78:1263-8.

66. Brubaker L, Richter HE, Norton PA, et al. 5-year continence rates, satisfaction and adverse events of Burch urethropexy and fascial sling surgery for urinary incontinence. J Urol 2012;187:1324-30.

67. Sand PK, Winkler H, Blackhurst DW, Culligan PJ. A prospective randomized study comparing modified Burch retropubic urethropexy and suburethral sling for treatment of genuine stress incontinence with low-pressure urethra. Am J Obstet Gynecol 2000;182:30-4.

68. Daraï E, Frobert J, Grisard-Anaf M, et al. Functional results after the suburethral sling procedure for urinary stress incontinence: a prospective randomized multicenter study comparing the retropubic and transobturator routes. Eur Urol 2007;51:795-801.

69. David-Montefiore E, Frobert J, Grisard-Anaf M, et al. Peri-operative complications and pain after the suburethral sling procedure for urinary stress incontinence: a French prospective randomized multicenter study comparing the retropubic and transobturator routes. Eur Urol 2006;49:133-8.

70. Barber MD, Kleeman S, Karram MM, et al. Risk factors associated with failure 1 year after retropubic or transobturator midurethral slings. Am J Obstet Gynecol 2008;199:666.e1-7.

71. Albo ME. The trial of mid-urethral slings (TOMUS): design and methodology. J Appl Res 2008;8:1-13.

72. Brubaker L, Norton PA, Albo ME, et al. Adverse events over two years after retropubic or transobturator midurethral sling surgery: findings from the trial of mid-urethral slings (TOMUS) study. Am J Obstet Gynecol 2011;205:498.e1-6.

73. Zyczynski HM, Rickey L, Dyer KY. Sexual activity and function in women more than 2 years after midurethral sling placement. Am J Obstet Gynecol 2012;207:421.e1-6.

74. Laurikainen E, Valpas A, Kivelä A, et al. Retropubic compared with transobturator tape placement in treatment of urinary incontinence: a randomized controlled trial. Obstet Gynecol 2007;109:4-11.

75. Palva K, Rinne K, Aukee P, et al. A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36-month results. Int Urogynecol J 2010;21:1049-55.

76. Schierlitz L, Dwyer PL, Rosamilia A. Three-year follow-up of tension-free vaginal tape compared with transobturator tape in women with stress urinary incontinence and intrinsic sphincter deficiency. Obstet Gynecol 2012;119: 321-7.

77. De Souza A, Dwyer PL, Rosamilia A, et al. Sexual function following retropubic TVT and transobturator Monarc sling in women with intrinsic sphincter deficiency: a multicenter prospective study. Int Urogynecol J 2012;23:153-8.

78. Angioli R, Plotti F, Muzii L, Montera R, Panici PB, Zullo MA. Tension-free vaginal tape versus transobturator suburethral tape: five-year follow-up results of a prospective, randomized trial. Eur Urol 2010;58:671-7.

79. Abdel-Fattah M, Ramsay I, Pringle S, Hardwick C, Ali H. Evaluation of transobturator tapes (E-TOT) study: randomized prospective single-blinded study comparing inside-out vs outside-in transobturator tapes in management of urodynamic stress incontinence; short term outcomes. Eur J Obstet Gynecol Reprod Biol 2010;149:106-11.

80. Abdel-Fattah M, Mostafa A, Familusi A, Ramsay I, N'dow J. Prospective randomized controlled trial of transobturator tapes in management of urodynamic stress incontinence in women: 3-year outcomes from the evaluation of transobturator tapes study. Eur Urol 2012;62: 843-51.

81. Barry C, Lim YN, Muller R, et al. A multicenter, randomized clinical control trial comparing the retropubic (RP) approach versus the transobturator approach (TO) for tension-free, suburethral sling treatment of urodynamic stress incontinence: the TORP study. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:171-8.

82. Basu M, Duckett J. A randomized trial of a retropubic tension-free vaginal tape versus a mini-sling for stress incontinence. BJOG 2010;117:730-5.

83. Bernasconi F, Napolitano V, Natale F, Leone V, Lijoi D, Cervigni M. TVT SECUR system: final results of a prospective, observational, multicentric study. Int Urogynecol J 2012;23: 93-8.

84. But I, Faganelj M. Complications and short-term results of two different transobturator techniques for surgical treatment of women with urinary incontinence: a randomized study. Int Urogynecol J Pelvic Floor Dysfunct 2008;19: 857-61.

**85.** Campeau L, Tu LM, Lemieux MC, et al. A multicenter, prospective, randomized clinical trial comparing tension-free vaginal tape surgery and no treatment for the management of stress urinary incontinence in elderly women. Neurourol Urodyn 2007;26:990-4.

**86.** Carey JM, Leach GE. Transvaginal surgery in the octogenarian using cadaveric fascia for pelvic prolapse and stress incontinence: minimal one-year results compared to younger patients. Urology 2004;63:665-70.

**87.** Cholhan HJ, Lotze PM. Urodynamic changes after tension-free sling procedures: Mycromesh-Plus vs TVT sling. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:217-25.

**88.** De Ridder D, Berkers J, Deprest J, et al. Single incision mini-sling versus a transobturator sling: a comparative study on MiniArc and Monarc slings. Int Urogynecol J 2010;21:773-8.

**89.** Dyrkorn OA, Kulseng-Hanssen S, Sandvik L. TVT compared with TVT-O and TOT: results from the Norwegian national incontinence registry. Int Urogynecol J 2010;21: 1321-6.

**90.** Frederick RW, Carey JM, Leach GE. Osseous complications after transvaginal bone anchor fixation in female pelvic reconstructive surgery: report from single largest prospective series and literature review. Urology 2004;64: 669-74.

**91.** Haverkorn RM, Williams BJ, Kubricht WS III, Gomelsky A. Is obesity a risk factor for failure and complications after surgery for incontinence and prolapse in women? J Urol 2011;185: 987-92.

**92.** Kennelly MJ, Moore R, Nguyen JN, Lukban J, Siegel S. Miniarc single-incision sling for treatment of stress urinary incontinence: 2-year clinical outcomes. Int Urogynecol J 2012;23:1285-91.

**93.** Kennelly MJ, Moore R, Nguyen JN, Lukban JC, Siegel S. Prospective evaluation of a single incision sling for stress urinary incontinence. J Urol 2010;184:604-9.

**94.** Kölle D, Tamussino K, Hanzal E, et al. Bleeding complications with the tension-free vaginal tape operation. Am J Obstet Gynecol 2005;193:2045-9.

**95.** Kuo HC. Long-term surgical results of pubovaginal sling procedure using polypropylene mesh in the treatment of stress urinary incontinence. Urol Int 2005;74:147-52.

**96.** Kuuva N, Nilsson CG. A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure. Acta Obstet Gynecol Scand 2002;81:72-7.

**97.** Lee JK, Dwyer PL, Rosamilia A, Lim YN, Polyakov A, Stav K. Persistence of urgency and urge urinary incontinence in women with mixed urinary symptoms after midurethral slings: a multivariate analysis. BJOG 2011;118: 798-805.

**98.** Meschia M, Barbacini P, Bacchichet R, et al. Short-term outcomes with the Ajust system: a new single incision sling for the treatment of stress urinary incontinence. Int Urogynecol J 2011;22:177-82.

**99.** Neuman M. Perioperative complications and early follow-up with 100 TVT-Secur procedures. J Minim Invasive Gynecol 2008;15:480-4.

**100.** Neuman M, Sosnovski V, Kais M, Ophir E, Bornstein J. Transobturator vs single-incision suburethral mini-slings for treatment of female stress urinary incontinence: early postoperative pain and 3-year follow-up. J Minim Invasive Gynecol 2011;18:769-73.

**101.** Norris JP, Breslin DS, Staskin DR. Use of synthetic material in sling surgery: a minimally invasive approach. J Endourol 1996;10: 227-30.

**102.** Oliveira R, Botelho F, Silva P, et al. Single-incision sling system as primary treatment of female stress urinary incontinence: prospective 12 months data from a single institution. BJU Int 2011;108:1616-21.

**103.** Oliveira R, Silva A, Pinto R, et al. Short-term assessment of a tension-free vaginal tape for treating female stress urinary incontinence. BJU Int 2009;104:225-8.

**104.** Pickens RB, Klein FA, Mobley JD III, White WM. Single incision mid-urethral sling for treatment of female stress urinary incontinence. Urology 2011;77:321-4.

**105.** Presthus JB, Van Drie D, Graham C. MiniArc single-incision sling in the office setting. J Minim Invasive Gynecol 2012;19:331-8.

**106.** Pushkar DY, Godunov BN, Gvozdev M, Kasyan GR. Complications of mid-urethral slings for treatment of stress urinary incontinence. Int J Gynaecol Obstet 2011;113:54-7.

**107.** Rapp DE, Nazemi TM, Kobashi KC, Govier FE. Transvaginal bone-anchored sling for the treatment of female stress urinary incontinence: effect of Valsalva leak point pressure and

prior pelvic surgery on outcomes. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:1211-5.

**108.** Rodrigues FR, Maroccolo Filho R, Maroccolo RR, Paiva LC, Diaz FA, Ribeiro EC. Pubovaginal sling with a low-cost polypropylene mesh. Int Braz J Urol 2007;33:690-4.

**109.** Simsiman AJ, Powell CR, Stratford RR, Menefee SA. Suburethral sling materials: best outcome with autologous tissue. Am J Obstet Gynecol 2005;193:2112-6.

**110.** Staskin DR, Choe JM, Breslin DS. The Gore-Tex sling procedure for female sphincteric incontinence: indications, technique, and results. World J Urol 1997;15:295-9.

**111.** Tincello DG, Botha T, Grier D, et al. The TVT worldwide observational registry for long-term data: safety and efficacy of suburethral sling insertion approaches for stress urinary incontinence in women. J Urol 2011;186:2310-5.

**112.** Paparella R, Marturano M, Pelino L. Prospective randomized trial comparing synthetic vs biological out-in transobturator tape: a mean 3-year follow-up study. Int Urogynecol J 2010;21:1327-36.

**113.** Basok EK, Yildirim A, Atsu N, Basaran A, Tokuc R. Cadaveric fascia lata versus intravaginal slingplasty for the pubovaginal sling: surgical outcome, overall success and patient satisfaction rates. Urol Int 2008;80:46-51.

**114.** Porena M, Costantini E, Frea B, et al. Tension-free vaginal tape versus transobturator tape as surgery for stress urinary incontinence: results of a multicenter randomized trial. Eur Urol 2007;52:1481-90.

**115.** Howden NS, Zyczynski HM, Moalli PA, Sagan ER, Meyn LA, Weber AM. Comparison of autologous rectus fascia and cadaveric fascia in pubovaginal sling continence outcomes. Am J Obstet Gynecol 2006;194: 1444-9.

**116.** Meschia M, Pifarotti P, Spennacchio M, Buonaguidi A, Gattei U, Somigliana E. A randomized comparison of tension-free vaginal tape and endopelvic fascia plication in women with genital prolapse and occult stress urinary incontinence. Am J Obstet Gynecol 2004;190:609-13.

**117.** Tamussino KF, Hanzal E, Kölle D, Ralph G, Riss PA; Austrian Urogynecology Working Group. Tension-free vaginal tape operation: results of the Austrian registry. Obstet Gynecol 2001;98:732-6.

**APPENDIX**

---

**SUPPLEMENTARY TABLE 1**
**Evidence profile for midurethral sling vs Burch**

| Outcome | No. studies | Total n | Methodological quality | Consistency | Directness | Other considerations | Summary of findings | | Outcome importance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Evidence strength | Effect | |
| Objective cure | 9 | 994 | 1A (0), 4B (-1), 2B (-2), 2C (-2) | 0 | 0 | 0 | Moderate | No difference | Critical |
| Subjective cure | 8 | 712 | 1A (-1), 2B (-1), 2B (-2), 3C (-2) | 0 | 0 | 0 | Moderate | No difference | Critical |
| Perioperative outcomes | 9 | 964 | 1A (0), 4B (-1), 1B (-2), 3C (-2) | 0 | 0 | 0 | High | Favors midurethral | Variable |
| Quality of life | 3 | 465 | 3B (-1) | 0 | 0 | 0 | Moderate | No difference | Critical |
| Sexual functioning | 1 | 344 | 1B (-1) | NA | 0 | -1 | Low | No difference | High |
| Total | 10 separate studies | | | | | | | | |

Quality of overall evidence: moderate. Balance of benefits and harms: comparing midurethral slings (retropubic or obturator routes) to Burch (open or laparoscopic), there were no differences in objective or subjective cure, quality of life and sexual function outcomes. Metaanalyses for subjective and objective cure also showed no significant differences. There were not enough studies to perform a metaanalysis of subjective cure outcomes. Perioperative outcomes favored midurethral slings but long-term adverse event outcomes were less common with the Burch procedure. Metaanalysis of the adverse event outcomes where possible did not show a difference.

*NA*, not applicable.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

---

**SUPPLEMENTARY TABLE 2**
**Evidence profile for PV sling vs Burch**

| Outcome | No. studies | Total n | Methodological quality | Consistency | Directness | Other considerations | Summary of findings | | Outcome importance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Evidence strength | Effect | |
| Objective cure | 4 | 855 | 1A (0), 1B (-2), 1B (-1), 1C (-2) | 0 | 0 | 0 | High | Favors sling | Critical |
| Subjective cure | 2 | 747 | 1A (0) | NA | 0 | 0 | High | Favors sling | Critical |
| Perioperative outcomes | 3 | 819 | 1A (0), 1B (-1), 1C (-2) | 0 | 0 | 0 | High | Favors Burch | Variable |
| Quality of life | 1 | 655 | 1A (0) | NA | 0 | 0 | High | No difference | Critical |
| Sexual functioning | 0 | 0 | NA | NA | NA | NA | NA | NA | High |
| Total | 4 separate studies | | | | | | | | |

Quality of overall evidence: high. Balance of benefits and harms: comparing PVS using fascia or synthetic material to Burch (open or laparoscopic) for SUI treatment, objective and subjective cure outcomes favor PVS. There was no difference seen for quality of life outcomes and no data regarding sexual functioning. Short-term (perioperative) and long-term adverse event outcomes favor Burch although some adverse events are less common with sling procedures.

*NA*, not applicable; *PVS*, pubovaginal slings; *SUI*, stress urinary incontinence.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

**SUPPLEMENTARY TABLE 3**
**Evidence profile for pubovaginal sling vs midurethral sling**

| Outcome | No. studies | Total n | Methodological quality | Consistency | Directness | Other considerations | Summary of findings | | Outcome importance |
|---------|-------------|---------|------------------------|-------------|------------|----------------------|---------|---|---------------------|
| | | | | | | | Evidence strength | Effect | |
| Objective cure | 3 | 233 | 1B (-1), 1B (-2), 1C(-2) | 0 | 0 | 0 | Low | No difference | Critical |
| Subjective cure | 4 | 305 | 2B (-2), 1C (-2) | 0 | 0 | 0 | Very low | No difference | Critical |
| Perioperative outcomes | 4 | 383 | 2B (-1), 2C (-2) | -1 | 0 | 0 | Low | Favors midurethral | Variable |
| Quality of life | 3 | 342 | 2B (-1), 1C (-2) | 0 | 0 | 0 | Low | No difference | Critical |
| Sexual functioning | 0 | 0 | NA | NA | NA | NA | NA | NA | High |
| Total | 5 separate studies | | | | | | | | |

Quality of overall evidence: low. Balance of benefits and harms: comparing PVS (fascia or synthetic material) to synthetic midurethral slings (only retropubic passage was studied), objective and subjective cure outcomes as well as quality of life and sexual function outcomes showed no differences. There were not enough studies available to perform a metaanalysis for objective cure outcomes, but a metaanalysis for subjective cure significantly favored midurethral slings. Both short-term (perioperative) and long-term adverse event data in general favored midurethral slings although metaanalysis did not show a difference for selected adverse-event outcomes.

*NA*, not applicable; *PVS*, pubovaginal slings.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

www.AJOG.org

**SUPPLEMENTARY TABLE 4**
**Evidence profile for retropubic vs obturator sling**

| Outcome | No. studies | Total n | Methodological quality | Consistency | Directness | Other considerations | Summary of findings | | Outcome importance |
|---------|-------------|---------|------------------------|-------------|------------|----------------------|---------------------|---|--------------------|
| | | | | | | | Evidence strength | Effect | |
| Objective cure | 19 | 3354 | 7A (0), 6B (-1), 4B (-2), 2C (-2) | 0 | 0 | 0 | High | No difference | Critical |
| Subjective cure | 18 | 3186 | 6A (0), 2A (-1), 4B (-1), 2B (-2), 2C (-2) | 0 | 0 | 0 | High | No difference | Critical |
| Perioperative outcomes | 21 | 3811 | 8A (0), 10B (-1), 3C (-2) | -1 | 0 | 0 | High | Most outcomes show no difference but wide range. For OR time, 10 studies show a difference and 8 favor obturator>retropubic. One study demonstrated that obturator sling patients were in hospital less time. For pain, 3 studies show a difference, 1 favoring retropubic and 2 favoring obturator. | Variable |
| Quality of life | 15 | 2837 | 8A (0), 7B (-1) | 0 | 0 | 0 | High | No difference | Critical |
| Sexual functioning | 10 | 2004 | 4A (0), 1A (-1), 4B (-2), 1B (-1) | 0 | 0 | 0 | High | No difference | High |
| Total | 21 separate studies | | | | | | | | |

Quality of overall evidence: high. Balance of benefits and harms: comparing retropubic to obturator midurethral slings, there was no difference seen for objective cure, subjective cure, quality of life or sexual functioning outcomes. Metaanalysis favored retropubic slings for objective and subjective cure, although neither was significant. Metaanalysis for satisfaction favored obturator slings, but again was not significant. Adverse event data was variable across outcomes. Metaanalysis showed postoperative overactive bladder symptoms were more common with retropubic slings, but rates of retention and return to OR for erosion were similar.

*OR*, operating room.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

**Urogynecology** RESEARCH

**SUPPLEMENTARY TABLE 5**
**Evidence profile for retropubic vs retropubic sling**

| Outcome | No. studies | Total n | Methodological quality | Consistency | Directness | Other considerations | Summary of findings | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Evidence strength | Effect | Outcome importance |
| Objective cure | 2 | 146 | 2B (-1) | 0 | 0 | 0 | Moderate | No difference | Critical |
| Subjective cure | 1 | 84 | 1B (-1) | NA | 0 | -1 | Low | No difference | Critical |
| Perioperative outcomes | 2 | 146 | 2B (-1) | 0 | 0 | 0 | Moderate | No difference | Moderate |
| Quality of life | 0 | 0 | NA | NA | NA | NA | NA | NA | Critical |
| Sexual functioning | 0 | 0 | NA | NA | NA | NA | NA | NA | High |
| Total | 2 separate studies | 146 | | | | | | | |

Quality of overall evidence: low. Balance of benefits and harms: comparing TVT (retropubic *bottom-up*) to SPARC (AMS, Minnetonka, MN) (retropubic *top-down*) in a population undergoing both prolapse repairs and anti-incontinence procedures, it is uncertain whether TVT is preferable to SPARC. There were few studies to analyze. Similar objective cure, perioperative event, and long-term adverse event rates (moderate quality evidence) and subjective cure rates (low quality evidence) are observed for TVT and SPARC. Data are insufficient to compare differences in postoperative QoL or sexual function. Adverse events could not be compared.

*NA*, not applicable; *QoL*, quality of life; *TVT*, tension-free vaginal tape.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

**SUPPLEMENTARY TABLE 6**
**Evidence profile for obturator vs obturator sling**

| Outcome | No. studies | Total n | Methodological quality | Consistency | Directness | Other considerations | Summary of findings | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Evidence strength | Effect | Outcome importance |
| Objective cure | 2 | 421 | 2B (-1) | NA | 0 | -1 | Low | No difference | Critical |
| Subjective cure | 2 | 421 | 1B (-1) 1B (-2) | NA | 0 | -1 | Low | No difference | Critical |
| Perioperative outcomes | 1 | 80 | 1B (-1) | NA | 0 | -1 | NA | NA | Variable |
| Quality of life | 2 | 421 | 2B (-1) | NA | 0 | -1 | Low | No difference | Critical |
| Sexual functioning | 2 | 421 | 1B (-1) 1B (-2) | NA | 0 | -1 | Low | No difference | High |
| Total | 2 studies | | | | | | | | |

Quality of benefits and harms: low. Balance of benefits and harms: in 2 studies comparing routes of obturator sling passage (in-to-out vs out-to-in) for SUI, it is uncertain which route is preferable. Similar objective cure, subjective cure, quality of life and sexual functioning results were seen with low-quality evidence. Data are insufficient to compare short- or long-term adverse events.

*NA*, not applicable; *SUI*, stress urinary incontinence.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*

**SUPPLEMENTARY TABLE 7**
**Evidence profile for minisling vs other**

| Outcome | No. studies | Total n | Methodological quality | Consistency | Directness | Other considerations | Summary of findings | | Outcome importance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Evidence strength | Effect | |
| Objective cure | 15 | 1916 | 7A (0), 1B (-1), 4B (-2), 3C (-2) | -1 | 0 | 0 | High | Favors other sling over minisling | Critical |
| Subjective cure | 9 | 1516 | 3A (0), 4A (-1), 1B (-1), 1B (-2) | -1 | 0 | 0 | High | Favors other sling over minisling | Critical |
| Perioperative outcomes | 15 | 1916 | 7A (0), 5B (-1), 3C (-2) | -1 | 0 | 0 | Moderate | For EBL, no difference in most studies. For catheter time favors TVT-O or no difference. For pain, favors minisling. Hospital time not different. OR time results mixed. | Variable |
| Quality of life | 9 | 1467 | 7A (0), 2B (-1) | 0 | 0 | 0 | Moderate | No difference | Critical |
| Sexual functioning | 3 | 708 | 1A (0), 2B (-1) | 0 | 0 | sparse | Moderate | No difference | High |
| Total | 15 arms | | | | | | | | |

Quality of overall evidence: high. Balance of benefits and harms: Comparing traditional MUS (TVT or TVT-O) to the minislings (TVT-Secur U or H position, MiniArc), both objective and subjective cure outcomes strongly favored the traditional MUS, including on metaanalyses of both types of cure outcomes. No difference was seen for quality of life or sexual functioning outcomes. Adverse event outcomes were mixed and may depend on which MUS passage would be chosen as an alternative; metaanalysis of adverse-event data showed no difference. MiniArc; AMS, Minnetonka, MN; TVT-Secure; Ethicon Gynecare, Cincinnati, OH.

*EBL*, estimated blood loss; *MUS*, midurethral slings; *TVT*, tension-free vaginal tape; *TVT-O*, tension-free vaginal tape obturator.

*Schimpf. Sling surgery for stress urinary incontinence. Am J Obstet Gynecol 2014.*