# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE:  ETHICON, INC. ET AL
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS DEFENDANT
## BOSTON SCIENTIFIC CORP. WITH PREJUDICE

Plaintiffs in this case (listed on the attached Exhibit A) and defendant Boston Scientific Corporation ("BSC") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third-party claims.  Accordingly, Plaintiff and BSC jointly move the Court to dismiss BSC as a defendant in this action with prejudice and terminate BSC from the docket of the Court in this action, each party to bear its own costs.  Other defendants remain in this action and plaintiffs will continue to prosecute their actions against them.

Dated: March 7, 2018

Respectfully submitted,

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
rtadams@shb.com
jstrongman@shb.com

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

By: /s/ Caroline Underwood Hollingsworth
Caroline Underwood Hollingsworth
HENINGER GARRISON DAVIS
P. O. Box 11310
Birmingham, AL 35202
205/326-3336
Fax: 205/326-3332
Email: caroline@hgdlawfirm.com

**COUNSEL FOR PLAINTIFF**

8642294 v1

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2018 I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC
CORPORATION**

# EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 14-cv-19470 | ROBERTS, Margaret vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation, Cook Incorporated, Cook Biotech, Inc., Cook Medical, Inc. |

8642294 v1