IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                 MDL No. 2327

ORDER

Pending is Kline & Specter P.C.'s Motion for Discovery Relating to the Fee and Cost Committee's Initial Review of Common Benefit Fund Fee Submissions and an Extension of Time to Respond to the Fee and Cost Committee's Review of Kline & Specter P.C.'s Common Benefit Fee Submission, filed March 6, 2018. [ECF No. 5328].

The court finds it unnecessary to wait for a response to the Motion. Rather, the court **ORDERS** that the Motion is **DENIED.**

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   March 7, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE