**EXHIBIT A – LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-13358 | Famulari, Mary Jane and Thomas |
| 2:13-cv-19071 | Kirkman, Dolores |
| 2:13-cv-31552 | Ewald, Ruth and Herbert |
| 2:14-cv-24593 | Scavotto, Majorie |