## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

## ORDER
(Dismissing Defendant Coloplast Corp. with Prejudice)

Pending in MDL 2327, 2:12-md-02327 [Docket #____], is a Joint Motion to Dismiss Defendant Coloplast Corp. with Prejudice filed by the plaintiffs, identified in Exhibit A, (attached hereto), and Coloplast Corp.[1] ("Coloplast") seeking dismissal of Coloplast from this action, with prejudice, because all claims against Coloplast have been compromised and settled, including all claims, counterclaims, cross-claims and third-party claims. Other defendants remain in this action, and plaintiffs will continue to prosecute this action against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Coloplast with Prejudice is **GRANTED**. Defendant Coloplast is **DISMISSED WITH PREJUDICE** as a defendant in the action listed in Exhibit A.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-02327 and in the individual case listed in Exhibit A.

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C., Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast, Inc.

ENTER: _____, 2018

_____
Joseph R. Goodwin
United States District Judge

**EXHIBIT A – SMITH DOLLAR**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-20087 | Marisol Garcia, et al. v. Coloplast Corp., et al. |