UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
|---|---|
|  | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### NOTICE OF WITHDRAWAL

Defendants Ethicon LLC, Ethicon, Inc. and Johnson & Johnson ("Defendants") move to withdraw docket no. 5410 which was also filed under docket no. 5408 in this case on March 14, 2018

Respectfully submitted,

*/s/William M. Gage*

William M. Gage
Butler Snow LLP
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157
Telephone: (601) 948-5711
Fax: (601) 985-4500
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

**COUNSEL FOR DEFENDANTS ETHICON, INC., ETHICON, LLC AND JOHNSON & JOHNSON**

## CERTIFICATE OF SERVICE

I, William M. Gage, certify that on March 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/William M. Gage