IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2327

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

### DEFENDANTS' MOTION TO AMEND EXHIBIT A TO ETHICON'S MOTION FOR ORDER REGARDING DISPOSITION OF NON-REVISION GYNECARE TVT PRODUCTS CASES [DOC. NO. 5313]

Defendants, Ethicon, Inc. and Johnson & Johnson ("Ethicon"),[1] move for leave to submit an Amended Exhibit A to Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases (Docket No. 5313).

1. The proposed Amended Exhibit A, attached hereto, includes a list of Plaintiffs that shall be substituted for the original Exhibit A to Defendants' Motion, Docket No. 5313.

2. Appendix 1 and 2 to this Amended Exhibit A include a list of plaintiffs that have been removed from the original Exhibit A (Appendix 1) and a list of plaintiffs that have been added to the original Exhibit A (Appendix 2).

3. Ethicon requests leave to file this proposed Amended Exhibit A, and any additional, updated Amended Exhibit A as is required by and is in accordance with its Motion.

_____

[1] As used herein, "Ethicon" refers collectively to Johnson & Johnson, Ethicon LLC, Ethicon, Inc. as well as any of its former or present parent companies, subsidiaries, affiliated companies, directors, officers, design surgeons, employees, distributors, detail representatives named in an action pending in MDL No. 2327.

4. For all cases listed on the proposed Amended Exhibit A, Pretrial Order # 288 [Docket No. 5315] shall apply.

WHEREFORE, Ethicon respectfully requests permission to file the attached Amended Exhibit A with its appendices, and requests any other general or specific relief as may be appropriate.

Respectfully submitted,

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

Counsel for Defendants
Ethicon, Inc. and Johnson & Johnson

**CERTIFICATE OF SERVICE**

I certify that on March 14, 2018, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
THOMAS COMBS & SPANN, PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
srobinson@tcspllc.com