IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM                                   MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

O R D E R

Pending is "Defendants' Motion to Amend Exhibit A to Ethicon's Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases [Doc. No. 5313]," filed March 14, 2018 [ECF No. 5414]. In the motion, defendants Ethicon, Inc., and Johnson & Johnson, seek leave to file an Amended Exhibit A (including the addition of Appendix 1 and 2) to the Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases [ECF No. 5313].

The court **ORDERS** that Defendants' Motion [ECF No. 5414] is **GRANTED** to the extent that the amended exhibit and appendices are filed, and that for all cases listed on the proposed Amended Exhibit A, PTO # 288 [ECF No. 5315] shall apply. The Motion is otherwise **DENIED**.

The court **DIRECTS** the Clerk to file the Amended Exhibit A and its appendices [ECF Nos. 5414-1 through 5414-3] with the original Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases at ECF No. 5313. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 15, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE