# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | CIVIL ACTION NO. 2:12-md-02327<br>MDL No. 2327<br><br>Judge Joseph R. Goodwin |
| **This Document Applies To:** | |

Leslie Bain, et al. vs. Ethicon, Inc., et al.
2:13-cv-18557

Troyann Boyce, et al. vs. Ethicon, Inc., et al.
2:13-cv-18560

Boles et al. v. Ethicon, Inc. et al., et al.
2:15-cv-04062

Melissa Craib, et al. vs. Ethicon, Inc., et al.
2:13-cv-26870

Dana Crumm, et al. vs. Ethicon, Inc., et al.
2:13-cv-18414

Catherine Fryar, et al. vs. Ethicon, Inc., et al.
2:13-cv-22559

Penny Goss, et al. vs. Ethicon, Inc., et al.
2:13-cv-18607

Cheryl Guzzo, et al. vs. Ethicon, Inc., et al.
2:13-cv-18563

McKinney, Christy, as Administratrix of the Estate of Mary Lou Kazee, Deceased vs. Ethicon, Inc., et al. 2:13-cv-18487

Tracy Mathey vs. Ethicon, Inc., et al.
2:14-cv-11813

Joann Neil, et al. vs. Ethicon, Inc., et al.
2:15-cv-06030

Shannon Roesgen, et al. vs. Ethicon, Inc., et al.
2:14-cv-27572

Debra Seifert, et. al. vs. Ethicon, Inc., et al.
2:13-cv-19540

Janet Whitmire, et al. vs. Ethicon, Inc., et al.
2:13-cv-19025

Sara Williamson, et al. vs. Ethicon, Inc., et al.
2:13-cv-18461

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ORDER REGARDING DISPOSITION OF NON-REVISION GYNECARE TVT PRODUCTS CASES

NOW COME the above-referenced Plaintiffs, by and through the undersigned counsel, and in response to the motion of the Defendants, Ethicon, Inc. and Johnson & Johnson ("Ethicon") regarding the disposition of non-revision Gynecare TVT Products Cases (ECF 5313) set forth the following.

On March 2, 2018, Ethicon filed *Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases* (ECF 5313), which proposes a disposition of cases in which the plaintiff has not undergone a revision procedure. Accompanying the motion as Exhibit A is a list of cases that Ethicon maintains are cases in which the plaintiff has a Gynecare TVT product implanted and has had no revision procedure performed.

The above-named plaintiffs are included in Ethicon's list of plaintiffs who have not undergone a revision procedure. In actuality, each of the above-named plaintiffs have undergone a revision procedure and are not properly included in Ethicon's motion. Plaintiffs' counsel has informed Ethicon that the above-named plaintiffs are not properly included in Defendants' motion pertaining to non-revision cases. Plaintiffs file this response to preserve their claims and avoid dismissal to the extent that Ethicon's motion is granted.

Respectfully submitted,

By: /s/*Kevin M. Pearl*
     **KEVIN M. PEARL**

Carl N. Frankovitch, Esq. (WV ID# 4746)
Kevin M. Pearl, Esq. (WV ID#8840)
FRANKOVITCH, ANETAKIS, SIMON,
DECAPIO & PEARL, LLP
337 Penco Road
Weirton, WV  26062
Tel. (304) 723-4400
Fax:(304) 723-5892
Email: kevin@faslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL

By: /s/*Kevin M. Pearl*
      **KEVIN M. PEARL**

Carl N. Frankovitch, Esq. (WV ID# 4746)
Kevin M. Pearl, Esq. (WV ID#8840)
FRANKOVITCH, ANETAKIS, SIMON,
DECAPIO & PEARL, LLP
337 Penco Road
Weirton, WV  26062
Tel. (304) 723-4400
Fax:(304) 723-5892
Email: kevin@faslaw.com