UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 2:12-md-02327<br>MDL No. 2327<br><br>Hon. Judge Joseph R. Goodwin |

-----------------------------------------------------------

**This document applies to:**

Colleen Bowling v. Ethicon, Inc., et al.
2:14-cv-26063

Tammy Rowan, et al. v. Ethicon, Inc., et al.
2:14-cv-02822

Lisa Shaw, et al. v. Ethicon, Inc., et al.
2:14-cv-25802

Candida Soto v. Ethicon, Inc., et al.
2:14-cv-20814

Corrinne Suppa v. Ethicon, Inc., et al.
2:14-cv-15978

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ORDER REGARDING DISPOSITION OF NON-REVISION GYNECARE TVT PRODUCTS CASES

NOW COME the above-referenced Plaintiffs, by and through the undersigned counsel, and in response to the motion of the Defendants, Ethicon, Inc. and Johnson & Johnson ("Ethicon") regarding the disposition of non-revision Gynecare TVT Products Cases (ECF Doc. 5313) set forth the following:

On March 2, 2018, Ethicon filed *Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases* (ECF Doc. 5313), which proposes a disposition of cases in which the plaintiff has not undergone a revision

procedure.  Accompanying the motion as Exhibit A is a list of cases that Ethicon maintains are cases in which the plaintiff has a Gynecare TVT product implanted and has had no revision procedure performed.

The above-named plaintiffs are included in Ethicon's list of plaintiffs who have not undergone a revision procedure.  Each of the above-named plaintiffs have in fact undergone a revision procedure and are not properly included in Ethicon's motion.  Plaintiffs' counsel has informed Ethicon that the above-named plaintiffs are not properly included in Defendants' motion pertaining to non-revision cases.  Plaintiffs file this response to preserve their claims and avoid dismissal to the extent that Ethicon's motion is granted.

                                                Respectfully submitted,

                                        By: /s/ *Zachary Lowe*
                                              **ZACHARY PETER LOWE**

Zachary P. Lowe, Esq. (WV ID# 13792)
Nathan Buttars, Esq. (UT ID# 13659)
LOWE LAW GROUP
6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
Tel. (801) 917-8500
Fax: (801) 917-8484
Email: pete@lowelawgroup.com
nate@lowelawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL

By: /s/ *Zachary Lowe*
**ZACHARY PETER LOWE**

Zachary P. Lowe, Esq. (WV ID# 13792)
Nathan Buttars, Esq. (UT ID# 13659)
LOWE LAW GROUP
6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
Tel. (801) 917-8500
Fax: (801) 917-8484
Email: pete@lowelawgroup.com
nate@lowelawgroup.com