# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br>_____<br>**THIS DOCUMENT RELATES TO:**<br><br>*Alisa Cawood v. Ethicon, Inc., et al.*<br>2:15-cv-00366<br><br>*Tina Holbert v. Ethicon, Inc., et al.*<br>2:16-cv-01494<br><br>*Loretta Koochagian v. Ethicon, Inc., et al.*<br>2:15-cv-03678<br><br>*Nelly Lorenzana, et al. v. Ethicon, Inc., et al.*<br>2:16-cv-01702<br><br>*Gwendalynn Miller, et al. v. Ethicon, Inc., et al.*, 2:16-cv-01686<br><br>*Sheryl A. Rodriguez v. Ethicon, Inc., et al.*<br>2:14-cv-29223 | **Master File No. 2:12-MD-02327**<br><br><br>**MDL No. 2327**<br><br><br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ORDER REGARDING DISPOSITION OF NON-REVISION GYNECARE TVT PRODUCT CASES

NOW COME the above-referenced Plaintiffs, by and through the undersigned counsel, and in response to the motion of the Defendants, Ethicon, Inc. and Johnson & Johnson ("Ethicon") regarding the disposition of non-revision Gynecare TVT product cases (Doc. No. 5313), and state the following:

On March 2, 2018, Ethicon filed *Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases* (Doc. No. 5313), which proposes a disposition of cases in which plaintiff has not undergone a revision procedure.  Accompanying the motion as

Exhibit A was a list of cases that Ethicon maintains are cases in which the plaintiff has a Gynecare TVT product implanted and has had no revision procedure performed.

The above-named plaintiffs are included in Ethicon's list of plaintiffs who have not undergone a revision procedure.  However, each of the above-named plaintiffs have undergone a revision procedure and are not properly included in Ethicon's motion.  Plaintiff's counsel has informed Ethicon that the above-named plaintiffs are not properly included in Defendants' motion pertaining to non-revision cases.  Plaintiffs file this response to preserve their claims and avoid dismissal to the extent that Ethicon's motion is granted.

Dated: March 16, 2018                           Respectfully submitted,

 

                                                      s/Rhett A. McSweeney
Rhett A. McSweeney (MN # 269542)
David M. Langevin (MN # 329563)
McSweeney / Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Telephone:  (612) 746-4646
Facsimile: (612) 454-2678
ram@westrikeback.com
dave@westrikeback.com

**ATTORNEYS FOR PLAINTIFFS**