UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL KLINE & SPECTER, P.C. WAVE 8 CASES | Master File No. 2:12-MD-02327 <br> MDL 2327 <br><br> JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

### KLINE & SPECTER, P.C. PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ORDER REGARDING DISPOSITION OF NON-REVISION GYNECARE TVT PRODUCTS CASES

Plaintiffs, herein, represented by Kline & Specter, P.C. (hereinafter "K&S Plaintiffs"), do not oppose the concept and general procedure as set forth in Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases. However, K&S Plaintiffs do propose several modifications to the proposed Order and respectfully request that several K&S Plaintiffs who were improperly included in Exhibit "A" to Defendants' Motion be removed from Exhibit "A" and that their cases proceed in Wave 8. K&S Plaintiffs incorporate their Memorandum in Support of Kline & Specter, P.C. Plaintiffs' Response to Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases and also the following exhibits:

| Exhibit | Description |
|---|---|
| A | K&S Plaintiffs' Proposed Order |
| B | Case List of Improperly Included K&S Cases |

WHEREFORE, for these reasons and for those more fully set forth in K&S Plaintiffs' supporting memorandum of law, K&S Plaintiffs respectfully request that this Court enter K&S

Plaintiffs' Proposed Order and allow the cases listed in Exhibit "B" to K&S Plaintiffs' Response proceed in Wave 8.

                          Respectfully submitted,

                          **KLINE & SPECTER, PC**

Dated:  March 15, 2018         BY:   _____

                                          Lee B. Balefsky, Esquire/25231
                                          1525 Locust Street
                                          Philadelphia, PA 19102
                                          (215) 772-1000
                                          Lee.Balesky@klinespecter.com
                                          *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Lee B. Balefsky, certify that on March 15, 2018, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

KLINE & SPECTER, PC

_____
LEE B. BALEFSKY, ESQUIRE

Dated:  March 15, 2018