# EXHIBIT "B"

## ETHICON CASES NOT SUBJECT TO NON REVISION ORDER

| Name | Term. No. |
| --- | --- |
| Carter, Betty | No. 2:15-02877 |
| Caughill, Michelle | No. 2:13-25266 |
| Clarkson, Jean | No. 2:15-13296 |
| Garrett, Melanie | NO. 2:12-09075 |
| Harhart, Linda | NO. 2:14-29124 |
| Hewitt, Kathleen M. | No. 2:13-07766 |
| Kingsbury, Margaret | No. 2:13-28794 |
| Larnerd, Jean | NO. 2:14-00933 |
| Lee, Myrle Ann | No. 2:13-09183 |
| Moody, Carol | NO. 2:15-13110 |
| Sadler, Evelyn | No. 2:16-06176 |
| Santana, Santa | No. 2:12-cv-07849 |
| Turner-Bagsby, Collette | No. 2:13-06860 |