**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **CIVIL ACTION NO. 2:12-md-02327**<br>**MDL No. 2327**<br><br>**Hon. Judge Joseph R. Goodwin** |

**This document applies to:**

Lisa Haefner v. Ethicon, Inc., et al.
2:15-cv-0544

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ORDER REGARDING DISPOSITION OF NON-REVISION GYNECARE TVT PRODUCTS CASES

NOW COMES the above-referenced Plaintiff, by and through the undersigned counsel, and in response to the motion of the Defendants, Ethicon, Inc. and Johnson & Johnson ("Ethicon") regarding the disposition of non-revision Gynecare TVT Products Cases (ECF Doc. 5313) set forth the following:

On March 2, 2018, Ethicon filed *Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases* (ECF Doc. 5313), which proposes a disposition of cases in which the plaintiff has not undergone a revision procedure. Accompanying the motion as Exhibit A is a list of cases that Ethicon maintains are cases in which the plaintiff has a Gynecare TVT product implanted and has had no revision procedure performed.

The above-named Plaintiff is included in Ethicon's list of plaintiffs who have not undergone a revision procedure. The above-named Plaintiff has in fact undergone a revision procedure and is not properly included in Ethicon's motion. Plaintiff's counsel has informed Ethicon that the above-named Plaintiff is not properly included in

Defendants' motion pertaining to non-revision cases. Plaintiff files this response to preserve their claims and avoid dismissal to the extent that Ethicon's motion is granted.

Respectfully submitted,
/s/Robert E. Price_____
Robert E. Price
rprice@levinlaw.com
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 South Baylen Street, Suite 400
Pensacola, FL 32502
Tel:    850-435-7076
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL

Respectfully submitted,

/s/Robert E. Price_____
Robert E. Price
*rprice@levinlaw.com*
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 South Baylen Street, Suite 400
Pensacola, FL 32502
Tel:   850-435-7076
Fax:   850-436-6076
*Attorney for Plaintiff*