UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 2:12-md-02327<br>MDL No. 2327<br><br>Hon. Judge Joseph R. Goodwin |

This Document Applies To:
Victoria A. King, et al. vs. Ethicon, Inc., et al.
2:15-cv-12997

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER REGARDING DISPOSITION OF NON-REVISION GYNECARE TVT PRODUCTS CASES**

NOW COMES the above referenced Plaintiff, Victoria A. King, by and through the undersigned counsel, and in response to the motion of the Defendants, Ethicon, Inc. and Johnson & Johnson ("Ethicon") regarding the disposition of non-revision Gynecare TVT Products Cases [ECF No. 5313] sets forth the following:

On March 2, 2018, Ethicon filed *Defendants' Motion for Order Regarding Disposition of Non -Revision Gynecare TVT Products Cases* [ECF No. 5313], which proposes a disposition of cases in which the plaintiff has not undergone a revision procedure. Accompanying the motion as Exhibit A is a list of cases that Ethicon maintains are cases in which the plaintiff has a Gynecare TVT product implanted and has had no revision procedure performed.

The above-named plaintiff is included in Ethicon's list of plaintiffs who have not undergone a revision procedure. The above-named plaintiff has in fact undergone a revision procedure and is not properly included in Ethicon's motion. Plaintiff's counsel has informed Ethicon that the above-named plaintiff is not properly included in the Defendants' motion pertaining to non-revision cases. Plaintiff files this response to preserve her claim and avoid dismissal to the extent that Ethicon's motion is granted.

Respectfully submitted,

By: */s/ Charles M. Merkel, III*
    CHARLES M. MERKEL, III

Charles M. Merkel, III (MS Bar No. 99207)
MERKEL & COCKE, P.A.
Post Office Box 1388
Clarksdale, MS 38614
Tel: (662) 627-9641
Fax: (662) 627-3592
Email: cmerkel3@merkel-cocke.com

CERTIFICATE OF SERVICE

    I hereby certify that on March 16, 2018, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notification of such filing to the CM/ECF

participants registered to receive service in this member case.

    */s/ Charles M. Merkel, III*
    Charles M. Merkel, III

Charles M. Merkel, III (MS Bar No. 99207)
MERKEL & COCKE, P.A.
Post Office Box 1388
Clarksdale, MS 38614
Tel: (662) 627-9641
Fax: (662) 627-3592
Email: cmerkel3@merkel-cocke.com