UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **CIVIL ACTION NO. 2:12-md-02327** <br> **MDL No. 2327** <br><br> **Hon. Judge Joseph R. Goodwin** |

-----------------------------------------------------------

**This document applies to:**

Debra Meadows, et al.  v. Ethicon, Inc., et al.
2:12-cv-03356

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ORDER REGARDING DISPOSITION OF NON-REVISION GYNECARE TVT PRODUCTS CASES

NOW COMES the above-referenced Plaintiffs, by and through their undersigned counsel, and in response to the motion of the Defendants, Ethicon, Inc. and Johnson & Johnson ("Ethicon") regarding the disposition of non-revision Gynecare TVT Products Cases (ECF Doc. 5313) set forth the following:

On March 2, 2018, Ethicon filed *Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases* (ECF Doc. 5313), which proposes a disposition of cases in which the plaintiff has not undergone a revision procedure. Accompanying the motion as Exhibit A is a list of cases that Ethicon maintains are cases in which the plaintiff has a Gynecare TVT product implanted and has had no revision procedure performed.

The above-named plaintiffs are **not** included in Ethicon's list of plaintiffs who have not undergone a revision procedure. The above-named plaintiffs did not undergo a revision procedure and, therefore, are improperly excluded from Ethicon's motion. Plaintiffs' counsel has informed Ethicon that the above-named **plaintiffs should be included** in Defendants' motion pertaining to non-revision cases. Plaintiffs file this response to avoid unnecessary discovery to the extent that

Ethicon's motion is granted.

                                        Respectfully submitted,

                                  By: /s/ *Benjamin J. Steinberg*
                                       **BENJAMIN J. STEINBERG**

Benjamin J. Steinberg (NJ Bar # 015612010)
Lopez McHugh, LLP
214 Flynn Avenue
Moorestown, NJ 08057
P:  (856) 273-8500
F:  (856) 273-8502 (fax)
E-mail:  bsteinberg@lopezmchugh.com

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:    /s/ *Benjamin J. Steinberg*
       **BENJAMIN J. STEINBERG**

Benjamin J. Steinberg (NJ Bar # 015612010)
Lopez McHugh, LLP
214 Flynn Avenue
Moorestown, NJ 08057
P:  (856) 273-8500
F:  (856) 273-8502 (fax)
E-mail:  bsteinberg@lopezmchugh.com