# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS DEFENDANT
## C.R. BARD, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and Defendant C.R. Bard, Inc. ("Bard") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard as a defendant in these actions with prejudice, and terminate Bard from the docket in the actions, parties to bear their own costs. Other Defendants remain in these actions, and Plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000

*Attorney for Defendant C.R. Bard, Inc.*

/s/ Caroline L. Maida
Caroline L. Maida
MOSTYN LAW
3810 West Alabama Street
Houston, TX  77027
(713) 861-6616 Telephone
(713) 861-8084 Facsimile

*Attorney for Plaintiffs on Exhibit A*

Dated: March 16, 2018

/s/ Mark R. Mueller
Mark R. Mueller
MUELLER LAW
404 West 7th Street
Austin, TX  78701
(512) 478-1236 Telephone
(512) 478-1473 Facsimile

*Attorney for Plaintiff on Exhibit B*

Dated: March 16, 2018

**EXHIBIT A – MOSTYN LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-13468 | Christye Leah Bixler and Frank Bixler v. C.R. Bard, Inc., et al. |
| 2:14-cv-23060 | Carole Lee Wilson and John Wilson, Jr. v. C.R. Bard, Inc., et al. |
| 2:15-cv-14519 | Judy Schmidt and Donald Schmidt v. C.R. Bard, Inc., et al. |
| 2:15-cv-15423 | LeAnn Westereng v. C.R. Bard, Inc., et al. |
| 2:16-cv-01317 | Michell Lazov v. C.R. Bard, Inc., et al. |

**EXHIBIT B – MUELLER LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-01207 | Joyce Adams vs. C.R. Bard, Inc., et al. |

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Richard B. North, Jr.