IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC. PELVIC
       REPAIR SYSTEM PRODUCTS
       LIABILITY LITIGATION               MDL 2327

THIS DOCUMENT RELATES TO:

*Brigette Krevanko, et al. v. Ethicon Inc., et al. 2:17-cv-03209*

*Kimberly Leonard et al.  v. Ethicon Inc., et al. 2:14-cv-25743*

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ORDER REGARDING DISPOSITION OF NON-REVISION GYNECARE TVT PRODUCT CASES**

      NOW COME the above-referenced Plaintiffs, by and through the undersigned counsel, and in response to the motion of the Defendants, Ethicon, Inc., and Johnson & Johnson ("Ethicon") regarding the disposition of non-revision Gynecare TVT Product Cases (Doc No. 5313) set forth the following:

      On March 2, 2018, Ethicon filed *Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases* (Doc. No. 5313), which proposes a disposition of cases in which plaintiff has not undergone a revision procedure. Accompanying the motion as Exhibit A was a list of cases that Ethicon maintains are cases in which the plaintiff has a Gynecare TVT product implanted and has had no revision procedure performed.

      On March 14, 2018, Ethicon filed a Motion to Amend Exhibit A (including Appendiz 1 and 2) to Ethicon's Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Product Cases (Doc No. 5414-1).

      The above-named plaintiffs are included in Ethicon's list of plaintiffs who have not

undergone a revision procedure. However, each of the above-named plaintiffs have undergone a revision procedure and are not properly included in Ethicon's motion. Plaintiff's counsel has informed Ethicon that the above-named plaintiffs are not non-revision cases. Plaintiffs file this response to preserve their claims and avoid dismissal to the extent that Ethicon's motion is granted.

Dated: March 16, 2018					Respectfully submitted,


							*/s/ C. Brooks Cutter*
							C. Brooks Cutter (CA 121407)
							Jennifer S. Domer (CA 305822)
							Cutter Law, P.C.
							401 Watt Ave.
							Sacramento, CA 95864
							(916) 290-9400
							bcutter@cutterlaw.com
							jdomer@cutterlaw.com
							*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ C. Brooks Cutter*