# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** : : : : | CIVIL ACTION NO. 2:12-md-02327 MDL No. 2327 |
| ------------------------------------------------------------ : | Judge Joseph R. Goodwin |
| **This Document Applies To:** : | |
| Leslie Bain, et al. vs. Ethicon, Inc., et al. : 2:13-cv-18557 : : | |

Troyann Boyce, et al. vs. Ethicon, Inc., et al.
2:13-cv-18560

Boles et al. v. Ethicon, Inc. et al., et al.
2:15-cv-04062

Melissa Craib, et al. vs. Ethicon, Inc., et al.
2:13-cv-26870

Dana Crumm, et al. vs. Ethicon, Inc., et al.
2:13-cv-18414

Catherine Fryar, et al. vs. Ethicon, Inc., et al.
2:13-cv-22559

Penny Goss, et al. vs. Ethicon, Inc., et al.
2:13-cv-18607

Cheryl Guzzo, et al. vs. Ethicon, Inc., et al.
2:13-cv-18563

McKinney, Christy, as Administratrix of the Estate of Mary Lou Kazee, Deceased vs. Ethicon, Inc., et al. 2:13-cv-18487

Tracy Mathey vs. Ethicon, Inc., et al.
2:14-cv-11813

Joann Neil, et al. vs. Ethicon, Inc., et al.
2:15-cv-06030

Shannon Roesgen, et al. vs. Ethicon, Inc., et al.
2:14-cv-27572

Debra Seifert, et. al. vs. Ethicon, Inc., et al.
2:13-cv-19540

Janet Whitmire, et al. vs. Ethicon, Inc., et al.
2:13-cv-19025

Sara Williamson, et al. vs. Ethicon, Inc., et al.
2:13-cv-18461

### PLAINTIFFS' WITHDRAWAL OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ORDER REGARDING DISPOSITION OF NON-REVISION GYNECARE TVT PRODUCTS CASES (ECF 5417)

NOW COME the above-referenced plaintiffs and withdraw their previously filed

*Plaintiffs' Response to Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases* (ECF 5417).

Respectfully submitted,

By:  /s/*Kevin M. Pearl*
     **KEVIN M. PEARL**

Carl N. Frankovitch, Esq. (WV ID# 4746)
Kevin M. Pearl, Esq. (WV ID#8840)
FRANKOVITCH, ANETAKIS, SIMON,
DECAPIO & PEARL, LLP
337 Penco Road
Weirton, WV  26062
Tel. (304) 723-4400
Fax:(304) 723-5892
Email: kevin@faslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL

By: /s/*Kevin M. Pearl*
**KEVIN M. PEARL**

Carl N. Frankovitch, Esq. (WV ID# 4746)
Kevin M. Pearl, Esq. (WV ID#8840)
FRANKOVITCH, ANETAKIS, SIMON,
DECAPIO & PEARL, LLP
337 Penco Road
Weirton, WV  26062
Tel. (304) 723-4400
Fax:(304) 723-5892
Email: kevin@faslaw.com