IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  *Ethicon Inc., Pelvic Repair System Products Liability Litigation*

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

### JOINT MOTION TO DISMISS DEFENDANT BOSTON SCIENTIFIC CORP. WITH PREJUDICE

Plaintiffs in this case (listed on the attached Exhibit A) and defendant Boston Scientific Corporation ("BSC") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third-party claims. Accordingly, Plaintiff and BSC jointly move the Court to dismiss BSC as a defendant in this action with prejudice and terminate BSC from the docket of the Court in this action, each party to bear its own costs.

Dated: March 19, 2018                                       Respectfully submitted,

                                          By: /s/ Melanie H. Muhlstock
                                          Melanie H. Muhlstock
                                          Parker Waichman LLP
                                          6 Harbor Park Drive
                                          Port Washington, NY 11050
                                          Telephone: 516.466.6500
                                          Facsimile: 516.466.6665
                                          mmuhlstock@yourlaywer.com

                                          **COUNSEL FOR PLAINTIFFS**

                                          By: /s/ Jon A. Strongman
                                          Robert T. Adams – MO Bar #: 34612

Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
rtadams@shb.com
jstrongman@shb.com

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

8560847 v1

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2018 I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: /s/ Melanie H. Muhlstock
Melanie H. Muhlstock
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
Telephone: 516.466.6500
Facsimile: 516.466.6665
mmuhlstock@yourlaywer.com

**COUNSEL FOR PLAINTIFFS**

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT BOSTON SCIENTIFIC CORPORATION**

# EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-03072 | Jenny Frost et al |
| 12-cv-03675 | Karen Fuller et al |
| 12-cv-03156 | Rebecca Johnson et al |
| 15-cv-02080 | Irene Martoni et al |
| 14-cv-18419 | Ruthie Rojas |
| 13-cv-19268 | Rebecca Schulman |
| 13-cv-10341 | Catherine Kemp et al |
| 15-cv-07251 | Rita LaMountain |

8560847 v1