**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| IN RE ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 2:12-md-2327<br>MDL No.: 2327<br><br>Judge: Joseph R. Goodwin |

**This document applies to:**

Chetuan Peques-Nixon, et al. vs. Ethicon, Inc., et al.
2:17-cv-1209

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ORDER REGARDING DISPOSITION OF NON-REVISION GYNECARE TVT PRODUCTS CASES**

NOW COMES the above referenced Plaintiff, by and through the undersigned counsel, and in response to the motion of the Defendants, Ethicon, Inc. and Johnson & Johnson ("Ethicon") regarding the disposition of non-revision Gynecare TVT Products Cases (ECF Doc. 5313) set forth the following:

On March 2, 2018, Ethicon filed *Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases* (ECF Doc.5313), which proposes a disposition of cases in which the plaintiff has not undergone a revision procedure. Accompanying the motion as Exhibit A was a list of cases Ethicon

1

maintained were cases in which the plaintiff has a Gynecare TVT product implanted, and has had no revision procedure performed.

The above-named plaintiff is included in Ethicon's list of plaintiff's who has not undergone a revision procedure.  The above named plaintiff has in fact undergone a revision procedure, and is not properly included in Ethicon's motion.  Plaintiff's counsel has informed Ethicon that the above-named plaintiff is not properly included in Defendant's motion pertaining to non-revision cases.  Plaintiff files this response to preserve her claim and avoid dismissal to the extent that Ethicon's motion is granted.

        Respectfully submitted,

        /s/ *Aaron G. Durden*
        Aaron G. Durden

Aaron G. Durden (OH ID 0039862)
Durden Law, L.P.A., LLC
10 West Monument Avenue
Dayton, Ohio 45402
(937) 461-9400
(937) 222-1841 Fax
agdlawyer@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2018, I electronically filed the foregoing document with the Clerk of Courts via the CM/ECF system which will serve notification upon all participants via the e-filing system attached to this MDL.

/s/ *Aaron G. Durden*
Aaron G. Durden

Aaron G. Durden, Esq. (OH ID 0039862)
Durden Law, L.P.A., LLC
10 West Monument Avenue
Dayton, Ohio 45402
(937) 461-9400
(937) 222-1841 (Fax)
agdlawyer@aol.com