**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**IN RE ETHICON PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY
LITIGATION**

**CIVIL ACTION NO. 2012-md-02327
MDL No. 2327**

**Hon. Judge Joseph R. Goodwin**

**This document applies to:**

**Patricia Branning v. Ethicon, Inc. et al.
Civil Action No.: 2:15-cv-00848**

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER REGARDING
DISPOSITION OF NON-REVISION GYNECARE TVT PRODUCTS CASES**

**COMES NOW,** the Plaintiff, Patricia Branning, and files this Response To Defendants' Motion For Order Regarding Disposition Of Non-Revision Gynecare TVT Products Cases, and in support thereof would most respectfully show unto the Court the following, to-wit:

1. On March 2, 2018, Ethicon filed Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Cases (Doc. 5313) which proposes a disposition of cases in which the plaintiff has not undergone a revision procedure. Accompanying the Motion as Exhibit A is a list of cases that Ethicon maintains are cases in which the plaintiff has a Gynecare TVT product implanted and has had no revision procedure performed.

2. The above-named Plaintiff is included in Ethicon's list of plaintiffs who have not undergone a revision procedure and is improperly included in Ethicon's Motion. Plaintiff would show that Patricia Branning has indeed undergone a surgical revision procedure performed in 2015 by Dr. Robert Harris, 501 Marshall Street #600, Jackson, Mississippi. Plaintiff will provide properly documented medical records attesting to the revision procedure. Plaintiff's counsel has informed Ethicon that the above-named Plaintiff is improperly included in Defendants' Motion

pertaining to non-revision cases. Plaintiff files this Response to preserve her claim and avoid dismissal to the extent that Ethicon's Motion is granted. By this Response, Plaintiff requests that this Court enter it's Order excluding Plaintiff from Defendants' alleged non-revision cases.

                          Respectfully submitted,

            BY:
                    <u>s/s Barry W. Gilmer</u>
                    BARRY W. GILMER, MSB# 4856

GILMER LAW FIRM
POST OFFICE BOX 919
MADISON, MISSISSIPPI 39130-0919
601-898-9130
FAX-898-9785
GILMERLAW@GILMERLAWFIRM.COM

## **CERTIFICATE OF SERVICE**

    I, BARRY W. GILMER, do hereby certify that I have on this day electronically filed the foregoing Response with the Clerk of the Court using the CM/ECF filing system which sent notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    SO CERTIFIED, this the <u>19th</u> day of March, 2018 .

                                                                 s/s Barry W. Gilmer  
                                                                 BARRY W. GILMER

GILMER LAW FIRM  
POST OFFICE BOX 919  
MADISON, MISSISSIPPI 39130-0919  
601-898-9130  
FAX-898-9785  
MWGILMER@GILEMRLAWFIRM.COM  
GILMERLAW@GILMERLAWFIRM.COM