## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR   Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY      MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 7 CASES LISTED IN    JOSEPH R. GOODWIN
EXHIBIT A TO PLAINTIFFS' NOTICE OF   U.S. DISTRICT JUDGE
ADOPTION

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE
## OF STANLEY ZASLAU FOR WAVE 7

Plaintiffs filed a Notice of Adoption [Dkt. 5338] in the Wave 7 cases identified in Exhibit A to their Notice adopting their Motion to Exclude the Opinions and Testimony of Stanley Zaslau and Supporting Memorandum from Ethicon Wave 1, Wave 3, and Wave 4.  Defendants hereby adopt and incorporate by reference their *Daubert* responses filed in relation to Stanley Zaslau in Ethicon Wave 1, Dkt. #2162 and Wave 3, Dkt. #2898 and Wave 4 Dkt. #3780. Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in Waves 1, 3 and 4 response briefings.

Dated: March 21, 2018

Respectfully submitted,


*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com