# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ——————————————————<br>ETHICON 7 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF THOMAS C. WRIGHT, JR., M.D., FOR WAVE 7

Plaintiffs filed a Notice of Adoption [Dkt. 5337] in the Wave 7 cases identified in Exhibit A to their Notice adopting their Motion to Exclude the Opinions and Testimony of Thomas C. Wright, Jr., M.D., and Supporting Memorandum from Ethicon Wave 1. Defendants hereby adopt and incorporate by reference their *Daubert* response filed in relation to Thomas C. Wright, Jr., M.D., in Ethicon Wave 1, [Dkt. 2143]. Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in the Wave 1 response briefing.

Additionally, Defendants note that because Plaintiffs adopted their prior Plaintiffs' Amended Memorandum of Law in Support of their Motion to Exclude the Opinions and Testimony of Thomas C. Wright, Jr., M.D., [Dkt. 1988], which addresses only Dr. Wright's opinions as they relate to Prolift, there has been no challenge to his opinions specific to TVT.

Dated: March 21, 2018

                                      Respectfully submitted,

                                      */s/ Susan M. Robinson*
                                      Susan M. Robinson (W.Va. Bar #5169)
                                      Thomas Combs & Spann PLLC
                                      300 Summers Street
                                      Suite 1380 (25301)
                                      P.O. Box 3824
                                      Charleston, WV 25338
                                      (304) 414-1807
                                      srobinson@tcspllc.com

                                      */s/ William M. Gage*
                                      William M. Gage (MS Bar #8691)
                                      Butler Snow LLP
                                      1020 Highland Colony Parkway
                                      Suite 1400 (39157)
                                      P.O. Box 6010
                                      Ridgeland, MS  39158-6010
                                      (601) 985-4561
                                      William.Gage@butlersnow.com

                                      COUNSEL FOR DEFENDANTS
                                      ETHICON, INC. AND JOHNSON & JOHNSON

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

                              */s/ Susan M. Robinson*
                              Susan M. Robinson (W.Va. Bar #5169)
                              Thomas Combs & Spann PLLC
                              300 Summers Street
                              Suite 1380 (25301)
                              P.O. Box 3824
                              Charleston, WV 25338
                              (304) 414-1807
                              srobinson@tcspllc.com