IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

### JOINT MOTION TO DISMISS DEFENDANT
### BOSTON SCIENTIFIC CORP. WITH PREJUDICE

Plaintiffs in this case (listed on the attached Exhibit A) and defendant Boston Scientific Corporation ("BSC") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third-party claims.  Accordingly, Plaintiff and BSC jointly move the Court to dismiss BSC as a defendant in this action with prejudice and terminate BSC from the docket of the Court in this action, each party to bear its own costs.  Other defendants remain in this action and plaintiffs will continue to prosecute their actions against them.

Dated: March 22, 2018              Respectfully submitted,

                                   By: /s/ Jon A. Strongman
                                   Robert T. Adams – MO Bar #: 34612
                                   Jon A. Strongman – MO Bar #: 53995
                                   SHOOK, HARDY & BACON L.L.P.
                                   2555 Grand Boulevard
                                   Kansas City, Missouri 64108
                                   Telephone: 816.474.6550
                                   Facsimile: 816.421.5547
                                   rtadams@shb.com
                                   jstrongman@shb.com

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

By: /s/ Robert T. Naumes, Jr.
Robert T. Naumes, Jr.-MA Bar: #664826
The Law Offices of Jeffrey S. Glassman
One International Pl., 18th Fl.
Boston, MA 02110
Telephone: 617-367-2900
Facsimile: 617-722-9999
bnaumes@jeffreysglassman.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2018 I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT BOSTON SCIENTIFIC CORPORATION**

8560847 v1

## EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 14-CV-20263 | Donna Wilder and Robert Wilder vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 14-CV-24144 | Joyce Mazza v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 14-CV-27740 | Jane A. Asaadi and Mohammad Asaadi vs Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |

8560847 v1