# EXHIBIT 2

Bruce Alan Rosenzweig, M.D.

Page 1

IN THE COURT OF COMMON PLEAS

OF PHILADELPHIA COUNTY, PENNSYLVANIA

TRIAL DIVISION - CIVIL

---------------------------------:
                                 :
IN RE:  PELVIC MESH LITIGATION   : February 2014, No. 829
                                 :
---------------------------------:
                                 :
KATHRYN McGEE and MICHAEL        :
McGEE,                           :
                                 : JULY TERM, 2013
          Plaintiffs,            :
                                 :
     vs.                         : No. 003483
                                 :
ETHICON WOMEN'S HEALTH AND       :
UROLOGY, A DIVISION OF           :
ETHICON, INC., et al.            :
                                 :
          Defendants.            :

     The deposition of BRUCE ALAN ROSENZWEIG, M.D., taken before Pauline M. Vargo, an Illinois Certified Shorthand Reporter, C.S.R. No. 84-1573, at the law offices of Wexler Wallace, LLP, Suite 3300, 55 West Monroe Street, Chicago, Illinois, on February 4, 2016, at 8:55 a.m.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Golkow Technologies, Inc. - 1.877.370.DEPS

Page 2

```
 1            APPEARANCES
 2   PRESENT ON BEHALF OF THE PLAINTIFFS:
 3       KLINE & SPECTER, P.C.
         1525 Locust Street
 4       Philadelphia, Pennsylvania  19102
         215.772.1000
 5       BY:  JAMES J. WALDENBERGER, ESQ.
             james.waldenberger@klinespecter.com
 6
 7       CLARK LOVE HUTSON
         440 Louisiana Street, Suite 1600
 8       Houston, Texas  77002
         888.529.5222
 9       BY:  WILLIAM W. LUNDQUIST, ESQ.
             wlundquist@triallawfirm
10
11   PRESENT ON BEHALF OF THE DEFENDANTS:
12
         BUTLER SNOW, LLP
13       1020 Highland Colony Parkway, Suite 1400
         Ridgeland, Mississippi  39157
14       601.985.4596
         BY:  PAUL S. ROSENBLATT, ESQ.
15           paul.rosenblatt@butlersnow.com
16
         CAMPBELL CAMPBELL EDWARDS & CONROY
17       One Constitution Plaza, 3rd Floor
         Boston, Massachusetts  02129
18       617.241.3000
         BY: JAMES M. CAMPBELL, ESQ.
19           jmcampbell@campbell-trial-lawyers.com
20
21   REPORTED BY:
22
         PAULINE M. VARGO, RPR, CRR
23       Illinois CSR No. 84-1573.
24
```

Page 3

```
 1               I N D E X
 2         Thursday, February 4, 2016
 3   WITNESS                 EXAMINATION
 4   BRUCE ALAN ROSENZWEIG, M.D.
 5       By Mr. Rosenblatt...............Page 6
 6
 7
 8
 9
10
11              E X H I B I T S
12   ROSENZWEIG EXHIBIT       MARKED FOR ID/INTRODUCED
13   Exhibit 1   Binder with Tabs 1 through 50      62
                 Retained by Deponent
14
         Exhibit 2   Binder with Tabs 51 through 91    62
15               Retained by Deponent
16   Exhibit 3   Notice of Deposition of Bruce     72
                 Rosenzweig, M.D.
17               9 Pages
18   Exhibit 4   Expert Report of Bruce            79
                 Rosenzweig, M.D.
19               26 Pages
20   Exhibit 5   Bruce Rosenzweig, M.D.            79
                 Supplemental Reliance List
21               2 Pages
22   Exhibit 6   Bruce Rosenzweig, M.D.'s Fourth   100
                 Supplemental Expert Report,
23               Huskey v. Ethicon
                 6 Pages
24
```

Page 4

```
 1             E X H I B I T S
 2                Continued
 3   ROSENZWEIG EXHIBIT       MARKED FOR ID/INTRODUCED
 4   Exhibit 7   Neuman, et al., Study,           136
                 "Transobturator vs.
 5               Single-Incision Mini-slings for
                 Treatment of Female Stress
 6               Urinary Incontinence," et cetera
                 5 Pages
 7
     Exhibit 8   Hota, et al., Study, "TVT-Secur  147
 8               (Hammock) Versus TVT-Obturator,"
                 et cetera, 5 Pages
 9
     Exhibit 9   Cornu, et al., Study, "Midterm   164
10               Prospective Evaluation of
                 TVT-Secur Reveals High Failure
11               Rate," 5 Pages
12   Exhibit 10  Maslow, et al., Study,           171
                 "Randomized clinical trial
13               comparing TVT Secur system and
                 transvaginal obturator tape,"
14               et cetera, 6 Pages
15   Exhibit 11  Withdrawn/Omitted                176
16   Exhibit 12  Mostafa, et al., Study,          176
                 "Single-INcision Mini-Slings
17               versus Standard Midurethral
                 Slings in Surgical Management of
18               Female Stress Urinary
                 Incontinence," et cetera,
19               26 Pages
20   Exhibit 13  Nambiar Cochrane Review,         179
                 "Single-incision sling
21               operations for urinary
                 incontinence in women"
22               117 Pages
23
24
```

Page 5

```
 1             E X H I B I T S
 2                Continued
 3   ROSENZWEIG EXHIBIT       MARKED FOR ID/INTRODUCED
 4   Exhibit 14  Gynecare TVT Secur Instructions  185
                 for Use
 5               ETH.MESH.02340568 through
                 ETH.MESH.02340590
 6
     Exhibit 15  Walters/Weber Article, "Which    188
 7               Sling for which SUI Patient?"
                 13 Pages
 8
     Exhibit 16  Schimpf,et al., Study, "Sling    191
 9               surgery for stress urinary
                 incontinence in women:
10               A systematic review and
                 metaanalysis"
11               27 Pages
12   Exhibit 17  Tincello, et al., Study, "The    203
                 TVT Worldwide Observational
13               Registry for Long-Term Data,"
                 et cetera, 6 Pages
14
     Exhibit 18  Walsh Study, "TVT-Secur          209
15               mini-sling for stress urinary
                 incontinence: A review of
16               outcomes at 23 months" 6 Pages
17   Exhibit 19  "TVT Secur:  European Feedback"  212
                 ETH.MESH.00572598, 10 Pages
18
     Exhibit 20  TVT Secur Quality Board          213
19               Presentation, 20 Pages
20   Exhibit 21  Professional Education Slide     218
                 Deck for TVT Secur, 37 Pages
21
     Exhibit 22  Professional Education Slide     221
22               Deck for TVT Secur, 28 Pages
23   Exhibit 23  "TVT Secur PQI07-041 Quality     227
                 Board Follow Up" 26 Pages
24
```

Bruce Alan Rosenzweig, M.D.

Page 130

1  Q.   In TVT Secur?
2  A.   In midurethral slings.
3  Q.   We are just talking about TVT Secur.
4  A.   I would add TVT Secur in that, Masati.
5  Q.   So when you are describing the frequency
6  that should be in the IFU, you think the highest
7  purported frequency in the medical literature
8  should be the number that's attached to the
9  complication?
10 A.   I think that would be very important for
11 doctors to be able to tell their patients what the
12 worst-case scenario would be.
13 Q.   And so these figures that you are
14 providing for me, would it be fair to say that they
15 are worst-case scenario?
16 A.   There are some.  There are some that
17 would be averages.
18 Q.   Okay.  So we will move to dyspareunia.
19 What is the frequency percentage that you would
20 attach to dyspareunia for TVT Secur?
21 A.   We have already discussed that.
22 Q.   You said 8 to 10 percent?
23 A.   Correct.
24 Q.   What about for untreatable and permanent

Page 131

1  pain?
2  A.   If you look at the literature for
3  patients that have been treated for pain, the
4  untreatability for pain is anywhere from 20 to 40
5  percent, so patients --
6  Q.   For the TVT Secur?
7  A.   For midurethral slings.
8  Q.   Okay.  I'm just talking about TVT Secur.
9  A.   And I would add TVT Secur into that.
10 Q.   So 20 to 40 percent?
11 A.   Of patients that have chronic pain, the
12 inability and the permanency of the treatment.
13 Q.   What is the frequency that you would
14 attach to partner penile injury with intercourse
15 related to the TVT Secur?
16 A.   I don't know if there is a number that
17 has been placed in the literature.  That should be
18 a number that the manufacturer should have from
19 complaints that they have been given.
20 Q.   Have you reviewed those documents?
21 A.   No, I have not.
22 Q.   And what is the percentage of vaginal
23 scarring that you would attach to the TVT Secur?
24 A.   Again, I have not seen that number

Page 132

1  described in the literature, but that should be
2  information that the manufacturer has.
3  Q.   What about narrowing?
4  A.   Same answer.
5  Q.   Shortening?
6  A.   Same answer.
7  Q.   Fibrosis?
8  A.   Same answer.
9  Q.   Scar plate formation?
10 A.   All mesh causes scar plate formation.
11 Q.   Deformation?
12 A.   Deformation, that is information that
13 the manufacturer should have.
14 Q.   The safety and effectiveness of the TVT
15 Secur has not been evaluated in either long-term
16 clinical studies or randomized controlled trials?
17 A.   Long-term, yes.
18 Q.   And you describe long-term as --
19 A.   Five to ten years.
20 Q.   Are you aware of any five-year studies
21 evaluating the TVT Secur?
22 A.   I think there was one Tommaselli study
23 that was a five-year study.
24 Q.   Are you aware of any others?

Page 133

1  A.   I think there was one or two others.
2  Q.   So does that statement still stand?
3  A.   Those were not randomized control
4  trials, if I remember correctly.
5  Q.   So, your testimony is that you are not
6  aware of any randomized controlled trials that have
7  followup that goes out to five years?
8  A.   Not that I specifically recall.
9  Q.   But if you were aware of such a study,
10 that would be an important study to add to your
11 reliance list, correct?
12 A.   Yes.
13 Q.   The necessity of multiple surgeries to
14 remove mesh; what is the frequency of mesh removal
15 for TVT Secur?
16 A.   That would be based on the complications
17 of pain, erosion, dyspareunia.  So, if you look at
18 the treatment algorithm, approximately 50 percent
19 of erosions are going to require surgical
20 management.  I would say that would be in the same
21 ballpark for the other complications of pain and
22 dyspareunia.
23 Q.   I'm going to jump back to something.  I
24 think I've cleaned it up enough for you.

Golkow Technologies, Inc. - 1.877.370.DEPS

Bruce Alan Rosenzweig, M.D.

Page 246

1      MR. ROSENBLATT:  Nothing further at
2  this time.
3      MR. WALDENBERGER:  No questions.
4      MR. LUNDQUIST:  None for the MDL
5  either.
6      THE REPORTER:  Signature?
7      MR. WALDENBERGER:  Read and sign,
8  usual stips, read and sign.
9      MR. ROSENBLATT:  And my understanding
10 is that the de bene esse deposition will take
11 place next Wednesday.
12     MR. WALDENBERGER:  Correct.
13     MR. ROSENBLATT:  Off the record.
14     (At 3:02 p.m. the deposition was
15        concluded.)

Page 247

1   CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2       I, PAULINE M. VARGO, a Certified
    Shorthand Reporter of the State of Illinois,
3   C.S.R. No. 84-1573, do hereby certify:
4       That previous to the commencement of the
    examination of the witness, the witness was duly
5   sworn to testify the whole truth concerning the
    matters herein;
6
        That the foregoing deposition transcript
7   was reported stenographically by me and thereafter
    reduced to typewriting under my personal direction;
8
        That the reading and signing of said
9   deposition was reserved by counsel for the
    respective parties and the witness;
10
        That the foregoing constitutes a true
11  record of the testimony given by said witness
    before this reporter;
12
        That I am not a relative, employee,
13  attorney or counsel, nor a relative or employee of
    such attorney or counsel for any of the parties
14  hereto, nor interested directly or indirectly in
    the outcome of this action.
15
        CERTIFIED TO THIS 5th DAY OF FEBRUARY,
16  A.D., 2016.
17
        _____
18      Pauline M. Vargo, RPR, CRR
        Illinois Certified Shorthand
19      Reporter No. 84-1573

Page 248

1           INSTRUCTIONS TO WITNESS
2
3           Please read your deposition
4  over carefully and make any necessary
5  corrections.  You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8           After doing so, please sign
9  the errata sheet and date it.  It will be
10 attached to your deposition.
11          It is imperative that you
12 return the original errata sheet to the
13 deposing attorney within thirty (30) days
14 of receipt of the deposition transcript
15 by you.  If you fail to do so, the
16 deposition transcript may be deemed to be
17 accurate and may be used in court.

Page 249

1           ------
            E R R A T A
2           ------
3  PAGE  LINE  CHANGE
4  ____  ____  _____
5  REASON: _____
6  ____  ____  _____
7  REASON: _____
8  ____  ____  _____
9  REASON: _____
10 ____  ____  _____
11 REASON: _____
12 ____  ____  _____
13 REASON: _____
14 ____  ____  _____
15 REASON: _____
16 ____  ____  _____
17 REASON: _____
18 ____  ____  _____
19 REASON: _____
20 ____  ____  _____
21 REASON: _____
22 ____  ____  _____
23 REASON: _____
24 ____  ____  _____