# EXHIBIT 1

# EXHIBIT 1: Cases Ethicon Agrees to Remove from Ex. A/Am. Ex. A

| Case | Case No. | Motion Response Doc. No. |
|---|---|---|
| Violet Champagne | 2:13-cv-30696 | 5433 |
| Mirna Faddoul | 2:13-cv-20930 | 5433 |
| June M. Harrington | 2:15-cv-05808 | 5433 |
| Lorene Keener | 2:13-cv-21701 | 5433 |
| Heidi Evans | 2:13-cv-25649 | 5434/5439/5440 |
| Jackie Rittenhouse | 2:13-cv-23515 | 5434/5439/5440 |
| Christina Warnock | 2:13-cv-22742 | 5434/5439/5440 |
| Annette Sutphin | 2:14-01379 | 5423 |
| Katherine Rueb | 2:13-cv-32138 | 5430 |
| Badiukiewicz v. C.R. Bard | 2:15-cv-02053 | 5425 |
| Jacobs-Mitchell v. C.R. Bard | 2:14-cv-17765 | 5425 |
| Leslie Bain | 2:13-cv-18557 | 5417 |
| Troyann Boyce | 2:13-cv-18560 | 5417 |
| Dana Crumm | 2:13-cv-18414 | 5417 |
| Catherine Fryar | 2:13-cv-22559 | 5417 |
| Cheryl Guzzo | 2:13-cv-18563 | 5417 |
| Tracy Mathey | 2:14-cv-11813 | 5417 |
| Joann Neil | 2:15-cv-06030 | 5417 |
| Debra Seifert | 2:13-cv-19540 | 5417 |
| Sara Williamson | 2:13-cv-18461 | 5417 |
| Lora Burke | 2:15-cv-12902 | 5435 |
| Teresa Reece v. C.R. Bard, Inc. | 2:17-cv-04556 | 5435 |
| Deborah G. Davis | 2:14-cv-29073 | 5438 |
| June Singh-Morgan | 2:13-cv-14942 | 5438 |
| Fawn Walker | 2:14-cv-29452 | 5438 |
| Sabrina Holder | 2:13-cv-10518 | 5438 |
| Marianne L. Siegrist | 2:14-cv-17889 | 5442 |
| Irma I. Townson | 2:13-cv-12954 | 5442 |
| Linda Harhart | 2:14-cv-29124 | 5423 |
| Santa Santana | 2:12-cv-07849 | 5423 |
| Michelle Caughill | 2:13-cv-25266 | 5423 |
| Kathleen M. Hewitt | 2:13-cv-07766 | 5423 |
| Evelyn Sadler | 2:16-cv-06176 | 5423 |
| Lisa Haefner | 2:15-cv-0544 | 5427 |
| Colleen Bowling | 2:14-cv-26063 | 5418 |
| Lisa Shaw | 2:14-cv-25802 | 5418 |
| Terri Moya-Goodwin | 2:14-cv-13214 | 5425 |
| Maria Lourdes Nunez | 2:14-cv-13580 | 5468 |

| | | |
|---|---|---|
| Penny Goss | 2:13-cv-18607 | 5417 |
| McKinney, Christy, as Administratrix of the Estate of Mary Lou Kazee, Deceased | 2:13-cv-18487 | 5417 |
| Shannon Roesgen | 2:14-cv-27572 | 5417 |
| Candida Soto | 2:14-cv-20814 | 5418 |
| Corrinne Suppa | 2:14-cv-15978 | 5418 |
| Carol L. Wherry | 2:15-cv-08119 | 5444 |