# EXHIBIT 2: Cases Never Identified on Ex. A/Am. Ex. A

| Case | Case No. | Motion Response Doc. No. |
|---|---|---|
| Maria G. Lara | 2:16-cv-04191 | 5428 |
| Janice M. Nicely | 2:13-cv-03940 | 5428 |
| Sandra K. Oliver | 2:12-cv-05467 | 5428 |
| Diane J. Paluszynski | 2:12-cv-09328 | 5428 |
| Pamela Hanko | 2:16-cv-01366 | 5438 |
| Lisa D. Hudspeth | 2:15-cv-04163 | 5442 |
| Julie Skeens | 2:12-cv-01643 | 5442 |
| Betty Carter | 2:15-cv-02877 | 5423 |
| Collette Turner-Bagsby | 2:13-cv-06860 | 5423 |

# EXHIBIT 2: Cases Never Identified on Ex. A/Am. Ex. A

| Case | Case No. | Motion Response Doc. No. |
| --- | --- | --- |
| Maria G. Lara | 2:16-cv-04191 | 5428 |
| Janice M. Nicely | 2:13-cv-03940 | 5428 |
| Sandra K. Oliver | 2:12-cv-05467 | 5428 |
| Diane J. Paluszynski | 2:12-cv-09328 | 5428 |
| Pamela Hanko | 2:16-cv-01366 | 5438 |
| Lisa D. Hudspeth | 2:15-cv-04163 | 5442 |
| Julie Skeens | 2:12-cv-01643 | 5442 |
| Betty Carter | 2:15-cv-02877 | 5423 |
| Collette Turner-Bagsby | 2:13-cv-06860 | 5423 |