# EXHIBIT 3

# EXHIBIT 3: Cases Ethicon Does Not Agree to Remove from Ex. A/Am. Ex. A

| Case | Case No. | Motion Response Doc. No. |
|---|---|---|
| Judith Bounds | 2:13-cv-03160 | 5434/5439/5440 |
| Stephanie Dorney | 2:13-cv-02074 | 5434/5439/5440 |
| Rosanna Frick | 2:13-cv-23512 | 5434/5439/5440 |
| Cathy Orosz | 2:13-cv-00996 | 5434/5439/5440 |
| Ivette Saylor | 2:13-cv-23078 | 5434/5439/5440 |
| Kimberly Weddle-Nelson | 2:13-cv-11432 | 5434/5439/5440 |
| Lori McInturff | 2:13-cv-22017 | 5433 |
| Victoria A. King | 2:15-cv-12997 | 5436 |
| Ranesha Yisrael | 2:15-cv-00619 | 5438 |
| Lori Young | 2:13-cv-05685 | 5438 |
| Vicki Neitz | 2:13-cv-14938 | 5438 |
| Janet Williams | 2:13-cv-13463 | 5438 |
| Mary M. Akins | 2:14-cv-14182 | 5442 |
| Kathleen Krause | 2:14-cv-10191 | 5442 |
| Pamela J. Olsen | 2:13-cv-12636 | 5442 |
| Colleen S. Paseka | 2:13-cv-13451 | 5442 |
| Diann Repka | 2:13-cv-26198 | 5442 |
| Stacie Thompson | 2:14-cv-07855 | 5442 |
| Brigette Krevanko | 2:17-cv-03209 | 5443 |
| Kimberly Leonard | 2:14-cv-25743 | 5443 |
| Chetuan Peques-Nixon | 2:17-cv-1209 | 5452 |
| Margaret Kingsbury | 2:13-cv-28794 | 5423 |
| Jean Larnerd | 2:14-cv-00933 | 5423 |
| Myrle Ann Lee | 2:13-cv-09183 | 5423 |
| Jean Clarkson | 2:15-cv-13296 | 5423 |
| Melanie Garrett | 2:12-cv-09075 | 5423 |
| Carol Moody | 2:15-cv-13110 | 5423 |
| Tammy Rowan | 2:14-cv-02822 | 5418 |
| Patricia Branning | 2:15-cv-00848 | 5457 |
| Christie L. Boles | 2:15-cv-04062 | 5417 |
| Melissa Craib | 2:13-cv-26870 | 5417 |
| Janet Whitmire | 2:13-cv-19025 | 5417 |