# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br>-------------------------------------------------------<br>This document applies to:<br><br>ETHICON WAVE 7 CASE LISTED IN EXHIBIT A TO DEFENDANTS' WAVE 7 NOTICE OF ADOPTION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF REPLY IN SUPPORT OF PRIOR *DAUBERT* MOTION TO EXCLUDE GENERAL-CAUSATION TESTIMONY OF DIONYSIOS VERONIKIS, M.D. FOR WAVE 7

Defendants hereby adopt and incorporate by reference the Wave 3 Reply in Support of Motion to Exclude General-Causation Testimony of Dionysios Veronikis, M.D., Dkt. 3033. Defendants respectfully request that the Court exclude Dr. Veronikis's testimony, for the reasons expressed in the Wave 3 briefing. This notice applies to the Wave 7 case identified in Exhibit A attached to Defendants' Wave 7 Notice of Adoption, Dkt. 5321.

Respectfully submitted,

ETHICON, INC. and
JOHNSON & JOHNSON

/s/ *Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:   216.592.5000
rita.maimbourg@tuckerellis.com

/s/ William M. Gage
William M. Gage
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone: 601.985.4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson
THOMAS COMBS & SPANN PLLC
300 Summers St.
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Telephone: 304.414.1800
dthomas@tcspllc.com

## CERTIFICATE OF SERVICE

I certify that on March 27, 2018, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
rita.maimbourg@tuckerellis.com