Mays Exhibit A

| Case Name | Case No. |
|-----------|----------|
| Vargas, Sarah | 2:14cv25584 |