# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ETHICON WAVE 7 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT REPLY REGARDING DUANE PRIDDY, PH.D. FOR WAVE 7

Comes now, the Defendants, and hereby adopt and incorporate by reference the Daubert reply filed in relation to Duane Priddy, Ph.D. for Ethicon Wave 4, [Dkt. #3854]. Defendants respectfully request that the Court exclude Dr. Priddy's testimony for the reasons expressed in the Wave 4 briefing.

Dated: March 28, 2018

                                          Respectfully submitted,

                                          */s/ Susan M. Robinson*
                                          Susan M. Robinson (W.Va. Bar #5169)
                                          Thomas Combs & Spann PLLC
                                          300 Summers Street
                                          Suite 1380 (25301)
                                          P.O. Box 3824
                                          Charleston, WV 25338
                                          (304) 414-1807
                                          srobinson@tcspllc.com

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com