**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR            Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                         MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 7 CASES LISTED IN
EXHIBIT A OF PLAINTIFFS' NOTICE OF        JOSEPH R. GOODWIN U.S. DISTRICT
ADOPTION                                                            JUDGE

### NOTICE OF ADOPTION OF PRIOR DAUBERT REPLY OF THOMAS C. WRIGHT, M.D. FOR WAVE 7

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

reply filed against Thomas C. Wright, M.D. for Ethicon Wave 4, Dkt. 3844. Plaintiffs

respectfully request that the Court grant Plaintiffs' motion, for the reasons expressed in the Wave

4 briefing.

Dated: March 28, 2018                          Respectfully submitted,

/s/  D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com

2