UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO:<br>ETHICON WAVE 7 CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF WITHDRAWAL

Defendants Ethicon, Inc. and Johnson & Johnson ("Defendants") move to withdraw docket no. 5547 which was also filed on March 7, 2018 under docket no. 5333.

Respectfully submitted,

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

**COUNSEL FOR DEFENDANTS
ETHICON, INC. AND
JOHNSON & JOHNSON**

## CERTIFICATE OF SERVICE

I, William M. Gage, certify that on March 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/William M. Gage