UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE ETHICON, INC.

PELVIC REPAIR SYSTEM PRODUCTS

LIABILITY                                                            CIVIL ACTION NO. 2:12-md-02327

LITIGATION MDL No. 2327

Hon. Judge Joseph R. Goodwin

-----------------------------------------------------------

**This document applies to:**

Barbara Clifford v. Boston Scientific Corporation, Inc., et al.

2:14-cv-25642

Tanya Franklin, et al. v. Ethicon, Inc., et al.

2:13-cv-19125

Margaret Gray v. Ethicon, Inc., et al.

2:13-cv-09267

Donna Stephens v. Ethicon, Inc., et al.

2:14-cv-23713

Murl Winfield v. Ethicon, Inc., et al.

2:16-cv-06111

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ORDER REGARDING DISPOSITION OF NON-REVISION GYNECARE TVT PRODUCTS CASES

NOW COME the above-referenced Plaintiffs, by and through the undersigned counsel, and in response to the motion of the Defendants, Ethicon, Inc. and Johnson & Johnson ("Ethicon") regarding the disposition of non-revision Gynecare TVT Products Cases (ECF Doc. 5313) set forth the following:

On March 2, 2018, Ethicon filed *Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases* (ECF Doc. 5313), which proposes a disposition of cases in which the plaintiff has not undergone a revision procedure. Accompanying the motion as Exhibit A is a list of

cases that Ethicon maintains are cases in which the plaintiff has a Gynecare TVT product implanted and has had no revision procedure performed.

The above-named plaintiffs are included in Ethicon's list of plaintiffs who have not undergone a revision procedure. Each of the above-named plaintiffs have in fact undergone a revision procedure and are not properly included in Ethicon's motion. Plaintiffs' counsel has informed Ethicon that the above-named plaintiffs are not properly included in Defendants' motion pertaining to non-revision cases. Plaintiffs file this response to preserve their claims and avoid dismissal to the extent that Ethicon's motion is granted.

Respectfully submitted,

By: /s/ *Seth S. Webb*

**SETH S. WEBB # 51236**

BROWN & CROUPPEN LAW FIRM
One Metropolitan Square
Suite 1600
St. Louis, MO 63102
Tel. (314) 222-2222
Fax: (314) 421-0359
Email: sethw@getbc.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Respectfully submitted,

By: /s/ *Seth S. Webb*

**SETH S. WEBB # 51236**

BROWN & CROUPPEN LAW FIRM
One Metropolitan Square
Suite 1600
St. Louis, MO 63102
Tel. (314) 222-2222
Fax: (314) 421-0359
Email: sethw@getbc.com