IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

Master File. No. 2:12-MD-02327
MDL No. 2327

THIS PLEADING APPLIES TO
ALL PLAINTIFFS:

JOSEPH R. GOODWIN
U.S. DISTRICT JUDGE

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ORDER REGARDING DISPOSITION OF NON-REVISION GYNECARE TVT PRODUCTS CASES**

The Plaintiffs identified in the attached Exhibit "A" file this Response to Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases ("Motion"), and in support thereof, show the Court as follows:

1. On or about March 2, 2018, Ethicon filed Defendants Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases (Doc. 5313) which requests dismissal of cases in which the plaintiff has not undergone a revision procedure to the Gynecare TVT product. Accompanying the Motion as Exhibit "A" is a list of cases that Ethicon maintains are cases in which the plaintiffs have not undergone a revision procedure to their Gynecare TVT products.

2. The Plaintiffs identified in the attached Exhibit "A" have undergone surgical revisions to their Gynecare TVT transvaginal mesh implants. Plaintiffs will provide documentation of their revision procedures.

3. Plaintiffs' counsel has informed Ethicon that the Plaintiffs listed on the attached Exhibit "A" are improperly included in Ethicon's Motion. Plaintiffs file this Response to preserve their claims and to avoid dismissal to the extent that Ethicon's Motion is granted. By

this Response, Plaintiffs request that the Court enter its Order excluding Plaintiffs from Defendants' alleged non-revision cases listed on Exhibit "A" to Defendants' Motion.

Respectfully submitted,

**COHEN & MALAD, LLP**

/s/Jeff S. Gibson
Gregory L. Laker, IN Atty. No. 10322-49
Jeff S. Gibson, IN Atty. No. 22362-49
TaKeena Thompson Sandifer, Atty. No. 28807-53
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
T: (317) 636-6481/ F: (317) 636-2593
glaker@cohenandmalad.com
jgibson@cohenandmalad.com
tsandifer@cohenandmalad.com
