**EXHIBIT A**

| LAST NAME | FIRST NAME | CASE NO. |
|---|---|---|
| Ainsworth | Danette | 2:13-cv-15701 |
| Allison | Fonda | 2:14-cv-18350 |
| Beach | Tracy | 2:15-cv-00245 |
| Behymer | Kristyne | 2:14-cv-18263 |
| Benson-Kinchelow | Jennifer | 2:13-cv-31651 |
| Blann | Karen | 2:13-cv-25433 |
| Cisneros | Anna | 2:13-cv-26374 |
| Domorod | Maxine | 2:13-cv-11593 |
| Fox | Monica | 2:14-cv-27736 |
| Garcia | Helen | 2:13-cv-00264 |
| Gatlin | Lisa | 2:13-cv-03791 |
| Griffin | Jade | 2:13-cv-27149 |
| Harper | Dana | 2:13-cv-01572 |
| Jay | Carolyn | 2:13-cv-01899 |
| Judd | Sally | 2:14-cv-16761 |
| Leehy | Donna | 2:12-cv-08582 |
| Maddox | Joan | 2:13-cv-26369 |
| McCune | Kimberly | 2:13-cv-14832 |
| Miller | Marjorie | 2:13-cv-29462 |
| Monroe | Mary Jo | 2:13-cv-09220 |
| Pirkle | Yasemin | 2:13-cv-16020 |
| Pusztai | Susan | 2:16-cv-10773 |
| Renick | Tammy | 2:15-cv-02232 |
| Rosado | Dolores | 2:13-cv-20426 |
| Santaliz | Lisa | 2:13-cv-28670 |
| Schmidt | Susan | 2:13-cv-26380 |
| Stegner | Heather | 2:13-cv-28664 |
| Strohl | Mary | 2:16-cv-07585 |
| Williams | Mary Ann | 2:13-cv-29464 |
| Zeisloft | Holly | 2:16-cv-10775 |