# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Kimberly Weddle Nelson, et al. v. Ethicon, Inc., et al.*<br><br>**Case No. 2:13-cv-11432** | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## MOTION TO WITHDRAW PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ORDER REGARDING DISPOSITION OF NON-REVISION GYNECARE TVT PRODUCTS CASES

Plaintiffs, Kimberly Weddle Nelson and Lonnie Nelson, by and through their undersigned counsel, respectfully move before this Court to withdraw Plaintiffs' Response to Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Product Cases [Documents 5440[1]] submitted on March 16, 2018, on behalf of Plaintiffs, Kimberly Weddle Nelson and Lonnie Nelson only. A Proposed Order is attached hereto.

Dated: March 30, 2018

                                            Respectfully Submitted,

                                            /s/*Benjamin J. Steinberg*
                                            Benjamin J. Steinberg
                                            New Jersey Bar Number:
                                            Lopez McHugh, LLP
                                            214 Flynn Avenue
                                            Moorestown, New Jersey 08057
                                            Phone: (856) 273-8500
                                            Fax: (856) 273-8502
                                            bsteinberg@lopezmchugh.com
                                            *Attorneys for Plaintiffs*

---

[1] Erroneously filed in duplicate under Documents 5434, 5439.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** <br><br> _____ <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Kimberly Weddle Nelson, et al. v. Ethicon, Inc., et al.* <br><br> **Case No. 2:13-cv-11432** | Master File No. 2:12-MD-02327 <br> MDL No. 2327 <br><br> **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

## ORDER

THIS MATTER, having been opened to the Court by Defendants, and the Court having read the parties' moving papers, response and reply thereto,

IT IS on this _____day of _____, 2018

**ORDERED** that Plaintiffs' Response to Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Product Cases [Documents 5434, 5439, 5440], is hereby withdrawn as to Plaintiffs Kimberly Weddle Nelson and Lonnie Nelson.

_____
HONORABLE JOSEPH GOODWIN

## CERTIFICATE OF SERVICE

      I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/*Benjamin J. Steinberg*
Benjamin J. Steinberg
New Jersey Bar Number: 015612010
Lopez McHugh, LLP
214 Flynn Avenue
Moorestown, New Jersey 08057
Phone: (856) 273-8500
Fax: (856) 273-8502
bsteinberg@lopezmchugh.com
*Attorneys for Plaintiffs*

Dated: March 30, 2018