IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**MOTION TO WITHDRAW PLAINTIFFS' DUPLICATE RESPONSE TO DEFENDANTS' MOTION FOR ORDER REGARDING DISPOSITION OF NON-REVISION GYNECARE TVT PRODUCTS CASES**

**This document applies to:**

Judith Bounds v. Ethicon, Inc., et al.
2:13-cv-03160

Stephanie Dorney v. Ethicon, Inc., et al.
2:13-cv-02074

Heidi Evans v. Ethicon, Inc., et al.
2:13-cv-25649

Rosanna Frick v. Ethicon, Inc., et al.
2:13-cv-23512

Cathy Orosz v. Ethicon, Inc., et al.
2:13-cv-00996

Jackie Rittenhouse v. Ethicon, Inc., et al.
2:13-cv-23515

Ivette Saylor v. Ethicon, Inc., et al.
2:13-cv-23078

Christina Warnock v. Ethicon, Inc., et al.
2:13-cv-22742

The above-listed Plaintiffs, by and through their undersigned counsel, respectfully move before this Court to withdraw Plaintiffs' ***Duplicate*** Responses to Defendants' Motion for Order

Regarding Disposition of Non-Revision Gynecare TVT Product Cases [Documents 5434, 5439] submitted on March 16, 2018, on behalf said Plaintiffs.

The within Motion is not intended to affect Plaintiffs' Response to Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Product Cases [Document 5440].

A Proposed Order with Exhibit A, listing the above-listed cases, is attached hereto.

                                                  Respectfully Submitted,

                                                  /s/*Benjamin J. Steinberg*
                                                  Benjamin J. Steinberg
                                                  New Jersey Bar Number:
                                                  Lopez McHugh, LLP
                                                  214 Flynn Avenue
                                                  Moorestown, New Jersey 08057
                                                  Phone: (856) 273-8500
                                                  Fax: (856) 273-8502
                                                  bsteinberg@lopezmchugh.com
                                                  *Attorneys for Plaintiffs*

Dated: March 30, 2018

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

## ORDER

THIS MATTER, having been opened to the Court by Defendants, and the Court having read the parties' moving papers, response and reply thereto,

IT IS on this _____ day of _____, 2018

**ORDERED** that Plaintiffs' Response to Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Product Cases [Documents 5434, 5439], erroneously filed in duplicate, are hereby withdrawn as to Plaintiffs set forth on Exhibit A, attached hereto.

_____
HONORABLE JOSEPH GOODWIN

## EXHIBIT A

| | |
|---|---|
| Judith Bounds v. Ethicon, Inc., et al. | 2:13-cv-03160 |
| Stephanie Dorney v. Ethicon, Inc., et al. | 2:13-cv-02074 |
| Heidi Evans v. Ethicon, Inc., et al. | 2:13-cv-25649 |
| Rosanna Frick v. Ethicon, Inc., et al. | 2:13-cv-23512 |
| Cathy Orosz v. Ethicon, Inc., et al. | 2:13-cv-00996 |
| Jackie Rittenhouse v. Ethicon, Inc., et al. | 2:13-cv-23515 |
| Ivette Saylor v. Ethicon, Inc., et al. | 2:13-cv-23078 |
| Christina Warnock v. Ethicon, Inc., et al. | 2:13-cv-22742 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/*Benjamin J. Steinberg*
Benjamin J. Steinberg
New Jersey Bar Number: 015612010
Lopez McHugh, LLP
214 Flynn Avenue
Moorestown, New Jersey 08057
Phone: (856) 273-8500
Fax: (856) 273-8502
bsteinberg@lopezmchugh.com
*Attorneys for Plaintiffs*

Dated: March 30, 2018