IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY
DIVISION                                               MDL NO. 2327

## CERTIFICATE OF COMPLIANCE WITH PTO #240

To the best of my information and belief, this firm has supplied the information required by PTO #240 for our client, Arlene Cano.

Respectfully submitted,

SANDOVAL FIRM

By: */s/ Richard Sandoval*
Richard Sandoval
1442-D South Saint Frances Drive
Santa Fe, NM  87505
(505) 795-7790
(866) 496-9638 fax
Bar #9493
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2018, I electronically filed the foregoing pleading through the CM/ECF system which caused all participants to be served.

*/s/ Richard Sandoval*
Richard Sandoval