IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE ATTACHED EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Laura V. Yaeger, undersigned counsel in the above-referenced civil action, and moves the Court for permission to withdraw as counsel for the Plaintiffs named on the attached EXHIBIT A.  In support of this Motion, counsel shows as follows:

United States District Court for the Southern District of West Virginia Local Rule of Civil Procedure 83.4 allows an attorney who has entered an appearance in a civil action to withdraw the appearance if multiple attorneys have appeared on behalf of the party; and at least one of those attorneys will still be the party's counsel of record after the attorney seeking to withdraw does so.  Laura V. Yaeger is no longer employed with Morgan & Morgan.  Michael Goetz of Morgan & Morgan has appeared on behalf of the Plaintiffs and will remain as counsel of record.

The granting of this Motion will not delay the trial of this action or otherwise interrupt the orderly operation of the Court or be manifestly unfair to the Plaintiffs.  There are no pending motions and these cases are not on a trial calendar.  While these cases were recently activated into wave discovery, Laura V. Yaeger's withdrawal as counsel will not interrupt the discovery process.

WHEREFORE, for good cause shown, the undersigned respectfully requests this Court grant this Motion To Withdraw As Counsel.

Dated this 4th day of April, 2018.

**Respectfully submitted,**

/s/ Laura V. Yaeger
LAURA V. YAEGER
Florida Bar No: 101972
Texas Bar No: 24011432
Yaeger Law PLLC
834 3rd Ave South
Tierra Verde, FL 33715
Telephone: 727-744-2385
E-Mail: YLCattorney@gmail.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2018, I electronically filed the foregoing Motion To Withdrawal As Counsel with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

Christy D. Jones
BUTLER SNOW
P.O. Box 6010
Ridgeland, MS 39158-6010

David Thomas
THOMAS COMBS & SPANN
P.O. Box 3824
Charleston, WV 25338-3824

/s/ Michael Goetz