# EXHIBIT A – MORGAN & MORGAN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-10672 | Iretta Ashbrook and James Ashbrook v. Ethicon, et al |
| 2:13-cv-27312 | Jane Key v. Ethicon, et al |
| 2:13-cv-27470 | Karen Crowe and Jerry R. Crowe v. Ethicon, et al |
| 2:13-cv-29530 | Teresa Johnston and Willard Johnston v. Ethicon, et al |
| 2:13-cv-32633 | Judy Brangers and Joseph S. Brangers v. Ethicon, et al |
| 2:13-cv-32636 | Audrey Hardee and Birgir Hardee v. Ethicon, et al |
| 2:14-cv-05477 | Amy Bowie and Michael W. Bowie v. Ethicon, et al |
| 2:14-cv-11750 | Lourie Murphy v. Ethicon, et al |
| 2:14-cv-11752 | Sandra Bramlett and Charles W. Bramlett Jr. v. Ethicon, et al |
| 2:14-cv-21911 | Shannon Brown v. Ethicon, et al |
| 2:14-cv-21919 | Geraldine Browning and Larry Browning v. Ethicon, et al |
| 2:14-cv-21931 | Sharon Farnam and Roger Farnam v. Ethicon, et al |
| 2:14-cv-21945 | Kara Horn and Kathy Terry v. Ethicon, et al |

| | |
|---|---|
| 2:14-cv-22379 | Barbara Hunter<br>v.<br>Ethicon, et al |
| 2:14-cv-22380 | Danette Krieg and Jim Krieg<br>v.<br>Ethicon, et al |
| 2:14-cv-25756 | Dorothy Armstrong and Joseph Armstrong<br>v.<br>Ethicon, et al |
| 2:14-cv-27335 | Deborah Crist<br>v.<br>Ethicon, et al |
| 2:14-cv-27410 | Cora Denomme<br>v.<br>Ethicon, et al |
| 2:14-cv-29053 | Susan Cresap and Robert Cresap<br>v.<br>Ethicon, et al |
| 2:14-cv-31016 | Regina Barnes and William Barnes<br>v.<br>Ethicon, et al |
| 2:14-cv-31029 | Jennifer Taylor<br>v.<br>Ethicon, et al |
| 2:14-cv-31032 | Deborah Martin<br>v.<br>Ethicon, et al |
| 2:14-cv-31036 | Crystal Hawkins and Gregory Hawkins<br>v.<br>Ethicon, et al |
| 2:14-cv-31043 | Katrina Bruder and Brian Bruder<br>v.<br>Ethicon, et al |
| 2:14-cv-31047 | Eva Farler<br>v.<br>Ethicon, et al |
| 2:14-cv-31050 | Marie Adase-Friese<br>v.<br>Ethicon, et al |
| 2:14-cv-31056 | Elizabeth Brooks and Thomas Brooks Jr.<br>v.<br>Ethicon, et al |
| 2:14-cv-31060 | Amy Lemke and  Joseph Lemke<br>v.<br>Ethicon, et al |

| | |
|---|---|
| 2:15-cv-01291 | Milagros Giraud<br>v.<br>Ethicon, et al |
| 2:15-cv-01292 | Gloria Lopez and Pablo Lopez<br>v.<br>Ethicon, et al |
| 2:15-cv-02273 | Janet Dampier<br>v.<br>Ethicon, et al |
| 2:15-cv-02278 | Stephanie Green and Jason Green<br>v.<br>Ethicon, et al |
| 2:15-cv-04256 | Gina Kissam<br>v.<br>Ethicon, et al |
| 2:15-cv-04927 | Carla Ruth<br>v.<br>Ethicon, et al |
| 2:15-cv-04934 | Mary Jordan and Lawrence Jordan<br>v.<br>Ethicon, et al |
| 2:15-cv-04935 | Cathy Hall and John Hall<br>v.<br>Ethicon, et al |
| 2:15-cv-06362 | Robin Hensley and Timmy Hensley<br>v.<br>Ethicon, et al |
| 2:15-cv-06365 | Anna Fowler<br>v.<br>Ethicon, et al |
| 2:15-cv-06368 | Janice Friend<br>v.<br>Ethicon, et al |
| 2:15-cv-06778 | Natasha Keller and Mark Keller<br>v.<br>Ethicon, et al |
| 2:15-cv-06967 | Teresa England<br>v.<br>Ethicon, et al |
| 2:15-cv-08105 | Connie Blevins and Robert Blevins<br>v.<br>Ethicon, et al |

| | |
|---|---|
| 2:15-cv-08106 | Susan Evans<br>v.<br>Ethicon, et al |
| 2:15-cv-08108 | Carol Hersh and Arnold Hersh<br>v.<br>Ethicon, et al |
| 2:15-cv-08114 | Sonia Ray and John Watson<br>v.<br>Ethicon, et al |
| 2:15-cv-08115 | Elizabeth Rosado and Ramen Rosado<br>v.<br>Ethicon, et al |
| 2:15-cv-08116 | Sharron Sumrall and William Sumrall<br>v.<br>Ethicon, et al |
| 2:15-cv-08117 | Donna Lulloff and Thomas Lulloff<br>v.<br>Ethicon, et al |
| 2:15-cv-08153 | Franciska Massicotte and Ronald Massicotte<br>v.<br>Ethicon, et al |
| 2:15-cv-08262 | Dorice Kittrell<br>v.<br>Ethicon, et al |
| 2:15-cv-08263 | Imogene Watson<br>v.<br>Ethicon, et al |
| 2:15-cv-08264 | Dolores Kearney and William Kearney<br>v.<br>Ethicon, et al |
| 2:15-cv-08266 | Karen Cates<br>v.<br>Ethicon, et al |
| 2:15-cv-08276 | Ovis Ellerbee and James Ellerbee<br>v.<br>Ethicon, et al |
| 2:15-cv-08909 | Carol Wakley and James Wakley<br>v.<br>Ethicon, et al |
| 2:15-cv-11352 | Nola Harvard and Virgil Harvard<br>v.<br>Ethicon, et al |
| 2:15-cv-011680 | Tracy Blackwell and Paul Blackwell<br>v.<br>Ethicon, et al |

| | |
|---|---|
| 2:15-cv-11682 | Sandra Pace and Danny Pace<br>v.<br>Ethicon, et al |
| 2:15-cv-12709 | Vickie Wilson<br>v.<br>Ethicon, et al |
| 2:15-cv-12715 | Patricia Clark<br>v.<br>Ethicon, et al |
| 2:15-cv-13541 | Janice Wingerson and John Wingerson<br>v.<br>Ethicon, et al |
| 2:15-cv-14159 | Tasha Mobley and Douglass Daniels<br>v.<br>Ethicon, et al |
| 2:15-cv-16535 | Mynette Powell<br>v.<br>Ethicon, et al |
| 2:15-cv-16536 | Michele Deal<br>v.<br>Ethicon, et al |
| 2:16:-cv-09078 | Elena Bruno<br>v.<br>Ethicon, et al |
| 2:16-cv-00027 | Carolyn Gonzales<br>v.<br>Ethicon, et al |
| 2:16-cv-00613 | Janet Martin and Paul Martin<br>v.<br>Ethicon, et al |
| 2:16-cv-01824 | Helen Finley and Steve Finley<br>v.<br>Ethicon, et al |
| 2:16-cv-01825 | Margaret Chase<br>v.<br>Ethicon, et al |
| 2:16-cv-02153 | Karen Anderson<br>v.<br>Ethicon, et al |
| 2:16-cv-03135 | Julie Tweedy and Kristopher Tweedy<br>v.<br>Ethicon, et al |
| 2:16-cv-03144 | Beverly Evans and James Evans<br>v.<br>Ethicon, et al |

| | |
|---|---|
| 2:16-cv-03145 | Barbara Fitzgerald and Thomas Fitzgerald<br>v.<br>Ethicon, et al |
| 2:16-cv-04074 | Susan Bostic and Michael Bostic<br>v.<br>Ethicon, et al |
| 2:16-cv-04075 | Judy Beck<br>v.<br>Ethicon, et al |
| 2:16-cv-04077 | Jeri Ferree and Robert Ferree<br>v.<br>Ethicon, et al |
| 2:16-cv-04079 | Carolyn Coleman and Gary Coleman<br>v.<br>Ethicon, et al |
| 2:16-cv-06777 | Judy Hoffman<br>v.<br>Ethicon, et al |
| 2:16-cv-06779 | Kathryn Buttolph<br>v.<br>Ethicon, et al |
| 2:16-cv-09074 | Christine Hasu and Mike Hasu<br>v.<br>Ethicon, et al |
| 2:16-cv-09075 | Mary Gregory<br>v.<br>Ethicon, et al |
| 2:16-cv-09080 | Melinda Smith<br>v.<br>Ethicon, et al |
| 2:16-cv-09081 | Elizabeth Howard and Grant Howard<br>v.<br>Ethicon, et al |
| 2:16-cv-09082 | DiAnn Nobles and Jim Nobles Jr.<br>v.<br>Ethicon, et al |
| 2:16-cv-09083 | Kristine Tucker and Charles Tucker<br>v.<br>Ethicon, et al |
| 2:16-cv-09084 | Lisa Jackson and James Jackson<br>v.<br>Ethicon, et al |
| 2:16-cv-09085 | Kathleen Kokinelis and Kokinelis<br>v.<br>Ethicon, et al |

| | |
|---|---|
| 2:16-cv-09090 | Judith Zaubitz<br>v.<br>Ethicon, et al |
| 2:16-cv-09092 | Misty Ingalls and Jerry Ingalls<br>v.<br>Ethicon, et al |
| 2:16-cv-09094 | Dawn Jachim and Roman Jachim<br>v.<br>Ethicon, et al |
| 2:16-cv-09096 | Sandra Emmons and Steve Emmons<br>v.<br>Ethicon, et al |
| 2:16-cv-09100 | Sandra Everett and David Everett Sr.<br>v.<br>Ethicon, et al |
| 2:16-cv-09127 | Darcy Koenig<br>v.<br>Ethicon, et al |
| 2:16-cv-09470 | Della Simmons and Wallace Simmons<br>v.<br>Ethicon, et al |
| 2:16-cv-09471 | Denise Johnson and Michael Johnson<br>v.<br>Ethicon, et al |
| 2:16-cv-09472 | Susan Lawson and James Lawson<br>v.<br>Ethicon, et al |
| 2:16-cv-09474 | Zora Ealy and Chester Ealy<br>v.<br>Ethicon, et al |
| 2:16-cv-09475 | Bonnie Turner<br>v.<br>Ethicon, et al |
| 2:16-cv-09476 | Felicia Windham and Dana Windham<br>v.<br>Ethicon, et al |
| 2:16-cv-09478 | Marjorie MacDonald and Clyde MacDonald<br>v.<br>Ethicon, et al |
| 2:16-cv-09480 | Maria Carrasco and Raymond Carrasco<br>v.<br>Ethicon, et al |
| 2:16-cv-09481 | Susan Myers<br>v.<br>Ethicon, et al |

| | |
|---|---|
| 2:16-cv-09482 | Sonya Billings<br>v.<br>Ethicon, et al |
| 2:16-cv-09483 | Joyce Lutz<br>v.<br>Ethicon, et al |
| 2:16-cv-09484 | Michelle Montgomery and William Montgomery<br>v.<br>Ethicon, et al |
| 2:16-cv-09485 | Jody Sulfridge and Carlos Sulfridge<br>v.<br>Ethicon, et al |
| 2:16-cv-09487 | Lora Akers<br>v.<br>Ethicon, et al |
| 2:16-cv-09488 | Vida Griffin<br>v.<br>Ethicon, et al |
| 2:17-cv-02153 | Jean Lassiter<br>v.<br>Ethicon, et al |
| 2:17-cv-02844 | Alexandra Betts and John D. Betts<br>v.<br>Ethicon, et al |
| 2:17-cv-02846 | Mary Burnett<br>v.<br>Ethicon, et al |
| 2:17-cv-02848 | Amanda King and Roger Smith<br>v.<br>Ethicon, et al |
| 2:17-cv-02847 | Angela Carroll and Nick Carroll<br>v.<br>Ethicon, et al |
| 2:17-cv-02849 | Miriam Lefler<br>v.<br>Ethicon, et al |
| 2:17-cv-02850 | Karen McAllister and Harold McAllister<br>v.<br>Ethicon, et al |
| 2:17-cv-02852 | Gayle Pelletier-Bailey and Paul Bailey<br>v.<br>Ethicon, et al |
| 2:17-cv-02871 | Carole Cox<br>v.<br>Ethicon, et al |