# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE ATTACHED EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Court has carefully reviewed this matter, the applicable rules, and is otherwise fully advised in the premises.

ORDERED AND ADJUDGED, that the Plaintiffs' Motion To Withdraw As Counsel is hereby GRANTED.

SIGNED this _____ day of _____, 2018.

_____
United States District Judge

cc: Counsel of Record