# APPENDIX 2

**Appendix 2 - Plaintiffs that have been added to Amended Exhibit A**

| _Lastname | _Firstname | _Mdl# | _Jurisdiction |
|---|---|---|---|
| Abruzzese | Dorothy Polasek Sitka | 2:14cv28873 | Federal Ethicon 2327 |
| Adams | Carrie Howell Foy Lilly | 2:16cv03478 | Federal Ethicon 2327 |
| Adams | Reann | 2:15cv00622 | Federal AMS 2325 |
| Alcantar | Maria Icela Owen Valdez Peralta | 2:15cv11859 | Federal Ethicon 2327 |
| Alexander | Alice J. | 2:13cv17215 | Federal AMS 2325 |
| Allen | Charlann June Ann Allen-Dezess | 2:17cv00011 | Federal Ethicon 2327 |
| Andrade | June P. | 2:16cv03454 | Federal Ethicon 2327 |
| Arnold | Betty Bono Anaya | 2:17cv03548 | Federal Ethicon 2327 |
| Bacon | Melissa L. Booth | 2:16cv03372 | Federal Ethicon 2327 |
| Bailey | Phyllis Lee | 2:15cv16311 | Federal Ethicon 2327 |
| Baker | Treva I. Kimble | 2:16cv07544 | Federal Ethicon 2327 |
| Baldini | Terri Teresa M. Dorr Belfi | 2:13cv21758 | Federal Ethicon 2327 |
| Bard | Bobbie Jo | 2:13cv04705 | Federal Boston Scientific 2326 |
| Beavers | Pamela Paullete | 2:13cv01770 | Federal Ethicon 2327 |
| Blessis | Penny P. Patterson Peterson | 2:15cv12942 | Federal Ethicon 2327 |
| Bond | Joyce Ann | 2:14cv11751 | Federal Ethicon 2327 |
| Brice | Diana Broussard | 2:16cv01594 | Federal Ethicon 2327 |
| Brucker | Judy Archer Rauer McFee Madden | 2:15cv02499 | Federal Ethicon 2327 |
| Budhram | Deloris McCoy Ringo | 2:13cv20018 | Federal Ethicon 2327 |
| Burchette | Kimberly Gail Via Boone | 2:16cv10985 | Federal Ethicon 2327 |
| Calvert | Brenda K. Sabatini | 2:16cv00155 | Federal Ethicon 2327 |
| Carothers | Keisha | 2:16cv02532 | Federal Ethicon 2327 |
| Carpenter | Joane S. George | 2:16cv01394 | Federal Ethicon 2327 |
| Carr | Patty Scott Arthur | 2:15cv11858 | Federal Ethicon 2327 |
| Chandlee | Lorraine Heitert | 2:13cv14676 | Federal Ethicon 2327 |
| Christie | Tonia L. | 2:14cv19804 | Federal Ethicon 2327 |
| Compton | Margaret Biffle | 2:15cv13893 | Federal Ethicon 2327 |
| Conklin | Bernita E. Steinbeck | 2:13cv27446 | Federal Ethicon 2327 |
| Conley | Mary Ann | 2:16cv03102 | Federal Ethicon 2327 |
| Courtney | Vicki | 2:13cv00645 | Federal Ethicon 2327 |
| Cracraft | LaRene Robbins Ellsworth | 2:13cv19359 | Federal Boston Scientific 2326 |
| Crawford | Annjanette | 2:18cv00389 | Federal Ethicon 2327 |
| Crider | Anita Kaye Joseph | 2:13cv29069 | Federal Ethicon 2327 |
| Cushman | Cathy Wilson | 2:13cv14294 | Federal Ethicon 2327 |
| Davis | Janice | 2:13cv27485 | Federal Ethicon 2327 |
| Davis | Laura A. | 2:13cv18741 | Federal Ethicon 2327 |
| Dennison | Fayetta Duersch | 2:13cv33787 | Federal Ethicon 2327 |
| Devers | Raisa Saladin | 2:17cv00723 | Federal Ethicon 2327 |
| DeVictoria | Maria Lopez Guerrero | 2:13cv15472 | Federal Ethicon 2327 |
| Diaz | Gloria | 2:17cv00880 | Federal Ethicon 2327 |

**Appendix 2 - Plaintiffs that have been added to Amended Exhibit A**

| _Lastname | _Firstname | _Mdl# | _Jurisdiction |
|---|---|---|---|
| Dickman | Glenda L. | 2:13cv27490 | Federal Ethicon 2327 |
| Disch | Teresa L. | 2:13cv18356 | Federal Ethicon 2327 |
| Dlouhy | Robin Lee Nagle | 2:16cv03885 | Federal Ethicon 2327 |
| Ellis-Kreher | Lisa M. Elliott Ellis McPherson | 2:16cv01671 | Federal Ethicon 2327 |
| England | Mary Frances Sunderland | 2:16cv11533 | Federal Ethicon 2327 |
| Erhart | Penny | 2:13cv14067 | Federal Ethicon 2327 |
| Evans | Betty L. Bruce Griffin | 2:15cv13268 | Federal Ethicon 2327 |
| Figuly | Ginger Roberta Carter Petata | 2:16cv06531 | Federal Ethicon 2327 |
| Finn | Teresa A. | 2:13cv29415 | Federal Ethicon 2327 |
| Fitzgerald | Leslie Heckenkamp | 2:16cv01730 | Federal Ethicon 2327 |
| Forester | Karen Haggard | 2:12cv00486 | Federal Other |
| Fracasso | Anne M. Niemann | 2:15cv04476 | Federal Ethicon 2327 |
| Frazier | Donna M. Brown | 2:15cv07208 | Federal Ethicon 2327 |
| Freds | Kristen | 2:14cv15622 | Federal Ethicon 2327 |
| Gaines | Tammie Faye | 2:14cv10655 | Federal Ethicon 2327 |
| Garcia | Sarah Katrina Horne Walker Tomasek | 2:15cv12523 | Federal Ethicon 2327 |
| Gidney | Joyce Ann | 2:13cv29208 | Federal Ethicon 2327 |
| Gillespie | Julie M. Sabol | 2:14cv24312 | Federal Ethicon 2327 |
| Gilman | Sherry L. Miller | 2:14cv24818 | Federal Ethicon 2327 |
| Graves | Bonita Carol Hood | 2:15cv05324 | Federal Ethicon 2327 |
| Grenning | Lisa Lynn Gerrard | 2:17cv01936 | Federal Ethicon 2327 |
| Hackler | Lella B. Cross Johnson Plum Hackathorn | 2:14cv03437 | Federal Bard 2187 |
| Hernandez | Esther Lynn | 2:15cv01369 | Federal Ethicon 2327 |
| Hill | Sandra | 2:16cv05181 | Federal Ethicon 2327 |
| Hirsch | Darlene A. Grzeczka | 2:15cv09652 | Federal Ethicon 2327 |
| Hodge | Melinda | 2:14cv05151 | Federal Ethicon 2327 |
| Hoffer | Mahaley | 2:13cv12985 | Federal Ethicon 2327 |
| Horstman | Debra L. | 2:14cv16464 | Federal Ethicon 2327 |
| Hritz | Melissa Derose | 2:16cv08866 | Federal Ethicon 2327 |
| Hudson | Ladonna Louise Romans | 2:12cv03674 | Federal Ethicon 2327 |
| Hunter | Hattie S. Sexton | 2:16cv03519 | Federal Ethicon 2327 |
| Hutchings | Tina Conner Palermo | 2:14cv19837 | Federal Ethicon 2327 |
| Jenkins | Martha Sue Penuel Brock | 2:16cv03516 | Federal Ethicon 2327 |
| John | Mary L. Yazzie | 2:16cv03262 | Federal Ethicon 2327 |
| Johnson | Karen Celece Gilbert | 2:15cv12633 | Federal Ethicon 2327 |
| Johnson | Mary Jane Burkhart | 2:16cv06692 | Federal Ethicon 2327 |
| Jones | Maudie L. | 2:17cv01319 | Federal Ethicon 2327 |
| Jones | Sue A. | 2:15cv12988 | Federal Ethicon 2327 |
| Jones | Velma P. | 2:16cv08847 | Federal Ethicon 2327 |
| Joseph | Janet S. Howard | 2:15cv15935 | Federal Ethicon 2327 |

**Appendix 2 - Plaintiffs that have been added to Amended Exhibit A**

| _Lastname | _Firstname | _Mdl# | _Jurisdiction |
|---|---|---|---|
| Kelly | Best | 2:16cv00389 | Federal Boston Scientific 2326 |
| Kimbler | Sarah Patterson | 2:14cv16361 | Federal Ethicon 2327 |
| King | Johnetta Goforth | 2:16cv01321 | Federal Coloplast 2387 |
| Kleinrath | Julie Lee | 2:16cv01766 | Federal Ethicon 2327 |
| Knight | Debbie Deborah Rae Hamann McKibben | 2:13cv12069 | Federal Ethicon 2327 |
| Kulengowski | Deborah Lavon Briggs Hart | 2:16cv08857 | Federal Ethicon 2327 |
| Lacy | Linda M. Gleissner | 2:15cv11515 | Federal Ethicon 2327 |
| Laskin | Linda Coasta Wasserman | 2:14cv18590 | Federal Ethicon 2327 |
| Legnon | Eve | 2:12cv02050 | Federal Boston Scientific 2326 |
| Long | Heather Nicole Marcella | 2:12cv01275 | Federal Ethicon 2327 |
| Maldonado | Kerry Johnson | 2:15cv11322 | Federal Ethicon 2327 |
| Maldonado | Maria J. | 2:14cv16362 | Federal Ethicon 2327 |
| Manasa | Linda R. Hassall | 2:16cv03386 | Federal Ethicon 2327 |
| Marszalkowski | Catherine | 2:16cv03550 | Federal Ethicon 2327 |
| Mason | Brenda | 2:13cv30774 | Federal Ethicon 2327 |
| Mata | Estela | 2:15cv01557 | Federal Ethicon 2327 |
| Mayer | JoAnn Scritchfield | 2:16cv05182 | Federal Ethicon 2327 |
| McClain | Sharon E. Burris | 2:14cv19850 | Federal Ethicon 2327 |
| Miles | Karen L. | 2:17cv02606 | Federal Ethicon 2327 |
| Miles | Kelly E. Hutchinson | 2:13cv15884 | Federal Bard 2187 |
| Miller | Casey J. | 2:13cv00501 | Federal Ethicon 2327 |
| Miller | Sarah K. Parsons Coss | 2:13cv17264 | Federal Ethicon 2327 |
| Minahan | Laura Minter | 2:13cv22936 | Federal Ethicon 2327 |
| Minter | Elizabeth ElaineCastleberry | 2:15cv01890 | Federal Ethicon 2327 |
| Mitchell | Jeorlene Short | 2:13cv13672 | Federal Ethicon 2327 |
| Moore | Christine Kyle McEadyen | 2:15cv13542 | Federal Ethicon 2327 |
| Mueller | Rachel A. Hilvers | 2:16cv10331 | Federal Ethicon 2327 |
| Nanek | Pamela S. Jones Post | 2:15cv08230 | Federal Ethicon 2327 |
| Nanek | Pamela S. Post | 2:14cv24294 | Federal Ethicon 2327 |
| Navarro | Gladys Marie | 2:13cv24177 | Federal Ethicon 2327 |
| Nichols | Starla Forinash | 2:13cv28547 | Federal Ethicon 2327 |
| Ocker | Carol Betty | 2:12cv03227 | Federal Ethicon 2327 |
| Oconnor | Deedren | 2:15cv13372 | Federal Boston Scientific 2326 |
| Oorlog | Pamela Garza | 2:15cv06804 | Federal Ethicon 2327 |
| Ostaszewski | Stephanie Rohr Hollingsworth | 2:13cv18582 | Federal Ethicon 2327 |
| Pagacz | Barbara Jean Waltz | 2:16cv06246 | Federal Ethicon 2327 |
| Palmer | Theresa Marie Sullivan | 2:15cv05565 | Federal Ethicon 2327 |
| Pennington | Sarah A. Courson | 2:14cv19528 | Federal Bard 2187 |
| Peters | Carlena Nix | 2:17cv03225 | Federal Ethicon 2327 |
| Pfeiffer | Sonja | 2:13cv13677 | Federal Ethicon 2327 |

Appendix 2 - Plaintiffs that have been added to Amended Exhibit A

| _Lastname | _Firstname | _Mdl# | _Jurisdiction |
| --- | --- | --- | --- |
| Phelps | Kim Dianne Hicks | 2:16cv01338 | Federal Ethicon 2327 |
| Pirtle | Marjorie E. Clay McComb | 2:15cv08543 | Federal Bard 2187 |
| Powers | Cheryl | 2:15cv11530 | Federal Ethicon 2327 |
| Quattrocelli | Paula M. | 2:17cv04362 | Federal Ethicon 2327 |
| Reyes | Donna Daniels | 2:13cv14781 | Federal Ethicon 2327 |
| Rice | Nancy Elizabeth Chadwick Goodwin | 2:13cv03861 | Federal Ethicon 2327 |
| Rivers | Diana L. Willis | 2:14cv18373 | Federal Ethicon 2327 |
| Rogers | Mary Gings | 2:13cv19971 | Federal AMS 2325 |
| Ross | Shirley Nichols | 2:13cv20563 | Federal AMS 2325 |
| Santiago | Olga I. Cardona | 2:14cv25431 | Federal Ethicon 2327 |
| Schafer | Marie L. Mitchell Couffer Chausse Randolph | 2:15cv08914 | Federal Ethicon 2327 |
| Schneider | Janie G. Lenz Stephens Hackney Kidd | 2:17cv04464 | Federal Ethicon 2327 |
| Schultz | Lisa Rena Chappelle | 2:15cv06040 | Federal Ethicon 2327 |
| Sierra | Deena Diane Moss Campbell | 2:14cv20610 | Federal Ethicon 2327 |
| Simpson | Joan M. Engels | 2:15cv04972 | Federal AMS 2325 |
| Simpson | Judith Patricia Harrington | 2:17cv04088 | Federal Ethicon 2327 |
| Sites | Carol Sue Tokarz | 2:13cv13078 | Federal Ethicon 2327 |
| Sticker-Recotta | Brenda | 2:14cv16295 | Federal Ethicon 2327 |
| Stone | Stephanie Anne Waschsen | 2:16cv03294 | Federal Ethicon 2327 |
| Stoufer | Patricia Ann Embry Dean Franklin France | 2:16cv03397 | Federal Ethicon 2327 |
| Strickland | Tracy Ellen Vanhorn | 2:14cv04176 | Federal Ethicon 2327 |
| Stuck | Kathy Katherine R. | 2:13cv16726 | Federal Ethicon 2327 |
| Swearingen | Deborah Guy Moran | 2:15cv10117 | Federal Ethicon 2327 |
| Sweet-Green | Sheila M. | 2:13cv09143 | Federal Ethicon 2327 |
| Tappin | Marlita Vallone | 2:14cv24293 | Federal Ethicon 2327 |
| Thomas-Righter | Vicky Lee Righter Copsy | 2:15cv12632 | Federal Ethicon 2327 |
| Tobery-Hack | Barbara A. Rozzo | 2:15cv02504 | Federal Ethicon 2327 |
| Tourville | Emma A. Edwards | 2:15cv07881 | Federal Ethicon 2327 |
| Tracy | Royanne Darby Monks | 2:14cv03429 | Federal Ethicon 2327 |
| Urbas | Alice K. | 2:13cv21717 | Federal Ethicon 2327 |
| Uribe | Rebecca Rodrigues | 2:13cv08011 | Federal Ethicon 2327 |
| Vargas | Sarah Joyce Cutlip Hicks | 2:14cv25584 | Federal Ethicon 2327 |
| Ward | Diane A. Cole | 2:15cv12989 | Federal Ethicon 2327 |
| Weinkam | Barbara T. | 2:17cv00934 | Federal Ethicon 2327 |
| Wheeler | Deborah L. | 2:13cv14285 | Federal Ethicon 2327 |
| Williams | Janice Kay Henry | 2:13cv21761 | Federal Ethicon 2327 |
| Wood | Cherie Phillips McCain Mullins | 2:16cv08767 | Federal Ethicon 2327 |
| Yarberry | Jamie Cox | 2:14cv29847 | Federal Ethicon 2327 |
| Zuger | Claire L. Simpson | 2:16cv12674 | Federal Ethicon 2327 |