UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE ETHICON, INC.
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY
LITIGATION MDL No. 2327

CIVIL ACTION NO. 2:12-md-02327

Hon. Judge Joseph R. Goodwin

-----------------------------------------------------------

**This document applies to:**

Betty Adams v. Ethicon, Inc., et al.

2:17-cv-01131

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER REGARDING DISPOSITION OF NON-REVISION GYNECARE TVT PRODUCT CASES

NOW COME the above-referenced Plaintiff, by and through the undersigned counsel, and in response to the motion of the Defendants, Ethicon, Inc. and Johnson & Johnson ("Ethicon") regarding the disposition of non-revision Gynecare TVT Products Cases (ECF Doc. 5313) set forth the following:

On March 2, 2018, Ethicon filed *Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases* (ECF Doc. 5313), which proposes a disposition of cases in which the plaintiff has not undergone a revision procedure. Accompanying the motion as Exhibit A is a list of cases that Ethicon maintains are cases in which the plaintiff has a Gynecare TVT product implanted and has had no revision procedure performed.

The above-named plaintiff is included in Ethicon's list of plaintiffs who have not undergone a revision procedure. The above-named plaintiff has in fact undergone a revision procedure and is not properly included in Ethicon's motion. Plaintiff's counsel has informed Ethicon that the above-named

plaintiff is not properly included in Defendants' motion pertaining to non-revision cases. Plaintiff files this response to preserve her claims and avoid dismissal to the extent that Ethicon's motion is granted.

Respectfully submitted,

By: /s/ *Seth S. Webb*

**SETH S. WEBB # 51236**

BROWN & CROUPPEN LAW FIRM
One Metropolitan Square
Suite 1600
St. Louis, MO 63102
Tel. (314) 222-2222
Fax: (314) 421-0359
Email: sethw@getbc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      Respectfully submitted,

      By: /s/ *Seth S. Webb*

      **SETH S. WEBB # 51236**

      BROWN & CROUPPEN LAW FIRM
      One Metropolitan Square
      Suite 1600
      St. Louis, MO 63102
      Tel. (314) 222-2222
      Fax: (314) 421-0359
      Email: sethw@getbc.com