## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327**<br>**MDL No. 2327** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES IN EXHIBIT A AND IN APPENDICES 1 AND 2 ATTACHED TO DOC. NO. 5572** | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

### DEFENDANTS' MOTION TO WITHDRAW MOTION TO SUBMIT SECOND AMENDED EXHIBIT A TO ETHICON'S MOTION FOR ORDER REGARDING DISPOSITION OF NON-REVISION GYNECARE TVT PRODUCTS CASES [DOC. NO. 5313]

Defendants, Ethicon, Inc. and Johnson & Johnson ("Ethicon"),[1] request that the Motion for Leave to Submit a Second Amended Exhibit A to Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases (Docket No. 5313), which was filed with the Court on April 4, 2018 [Doc. No. 5572], be withdrawn.  Ethicon needs to make additional revisions to the Second Amended Exhibit A and its accompanying appendices, and Ethicon will re-file the motion once those revisions have been incorporated.

WHEREFORE, Ethicon moves to withdraw its Motion to Submit a Second Amended Exhibit A to Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases (Docket No. 5313), which was filed on April 4, 2018 [Doc. No. 5572], without prejudice to re-filing it in the future.

---

[1] As used herein, "Ethicon" refers collectively to Johnson & Johnson, Ethicon LLC, Ethicon, Inc. as well as any of its former or present parent companies, subsidiaries, affiliated companies, directors, officers, design surgeons, employees, distributors, detail representatives named in an action pending in MDL No. 2327.

Respectfully submitted,


 _/s/ William M. Gage_
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

_/s/ Susan M. Robinson_____
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com



Counsel for Defendants
Ethicon, Inc. and Johnson & Johnson


## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.


_/s/ William M. Gage_
William M. Gage

41421950.v1

2