UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

## ORDER

For reasons appearing to the Court, the civil actions listed on Exhibit A are hereby REASSIGNED from the docket of the Honorable Robert C. Chambers, United States District Judge, to the docket of the Honorable Joseph R. Goodwin, United States District Judge, for all further proceedings.

This Order applies to the individual cases listed on Exhibit A, and the Clerk is directed to file this order in the individual cases listed on Exhibit A and to file a copy of this order on the docket for the main MDL 2327. The Clerk is directed to forward copies of this order to Judge Chambers, Judge Goodwin, counsel of record, and to any unrepresented parties.

DATED:  April 9, 2018

_____
RORY L. PERRY II
Clerk of Court

# EXHIBIT A

| Case No. | Case Style |
| --- | --- |
| 2:12-cv-00765 | Taylor et al v. Ethicon, Inc. et al |
| 2:12-cv-01275 | Long v. Johnson & Johnson et al |
| 2:12-cv-01495 | Martin et al v. Ethicon, Inc. et al |
| 2:12-cv-01623 | Smith v. Ethicon, Inc. et al |
| 2:12-cv-01660 | Cooper et al v. Johnson & Johnson et al |
| 2:12-cv-01833 | Abell et al v. Ethicon, Inc. et al |
| 2:12-cv-01855 | Hays et al v. Ethicon, Inc. et al |
| 2:12-cv-02187 | Miller v. Ethicon, Inc. et al |
| 2:12-cv-02546 | Thorpe v. Ethicon, Inc. et al |
| 2:12-cv-03093 | Ludwig et al v. Ethicon, Inc. et al |
| 2:12-cv-03578 | Watkins v. Ethicon, Inc. et al |
| 2:12-cv-03586 | Harvell v. Ethicon, Inc. et al |
| 2:12-cv-03596 | Farrar v. Ethicon, Inc. et al |
| 2:12-cv-04844 | Gaines v. Johnson & Johnson et al |
| 2:12-cv-06769 | Thompson et al v. Ethicon, Inc. et al |
| 2:12-cv-07389 | Brandy v. Ethicon, Inc. et al |
| 2:12-cv-07620 | Coffey v. Ethicon, Inc. et al |
| 2:12-cv-07877 | Marcum et al v. Ethicon, Inc. et al |
| 2:12-cv-07905 | Wilson v. Ethicon, Inc. et al |
| 2:12-cv-07990 | Adams et al v. Ethicon, Inc. et al |
| 2:12-cv-09317 | Gibson et al v. Ethicon, Inc. et al |
| 2:13-cv-00982 | Clide v. Ethicon, Inc. et al |
| 2:13-cv-01385 | Sloan v. Ethicon, Inc. et al |
| 2:13-cv-01465 | Bolden et al v. Ethicon, Inc. et al |
| 2:13-cv-01548 | Tuggle v. Ethicon, Inc. et al |
| 2:13-cv-01797 | Kennedy v. Ethicon, Inc. et al |
| 2:13-cv-02612 | Gendron v. Ethicon, Inc. et al |