IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION            MDL No. 2327

**ORDER**
(Defendants' Motion to Submit Second Amended Exhibit A)

Pending is "Defendants' Motion to Submit Second Amended Exhibit A to Ethicon's Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases [Doc. No. 5313]," filed April 6, 2018 [ECF No. 5581]. In the motion, defendants Ethicon, Inc., and Johnson & Johnson, seek leave to file a Second Amended Exhibit A (including Appendix 1 and 2) to the Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases [ECF No. 5313].

The court **ORDERS** that Defendants' Motion [ECF No. 5581] is **GRANTED** to the extent that the amended exhibit and appendices are filed, and that for all cases listed on the proposed Second Amended Exhibit A, PTO # 288 [ECF No. 5315] shall apply. The Motion is otherwise **DENIED**. The court **DIRECTS** the Clerk to file the Second Amended Exhibit A and its appendices [ECF Nos. 5581-1 through 5581-3] with the original Defendants' Motion for Order Regarding Disposition of Non-Revision Gynecare TVT Products Cases at ECF No. 5313. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 10, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE