IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION           MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S) LISTED
ON THE EXHIBIT ATTACHED HERETO:

**JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and Defendant C. R. Bard, Inc. advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard with prejudice in the cases listed on the attached Exhibit A, with each party to bear its own costs. The settlements in the cases listed on Exhibit A relate only to and Bard. Because other Defendant(s) remain in the cases listed on Exhibit A, the case(s) should remain open and Plaintiffs will continue to prosecute their claims against any remaining defendants.

Respectfully submitted this 12th day of April, 2018, by:

| | |
|---|---|
| /s/ _Wesley Chadwick Cook_____ | /s/ Richard B. North, Jr.____ __ _____ |
| Wesley Chadwick Cook | Richard B. North, Jr. |
| Chad.Cook@BeasleyAllen.com | richard.north@nelsonmullins.com; |
| BEASLEY ALLEN CROW METHVIN | Melissa Foster Bird |
| PORTIS & MILES | melissa.fosterbird@nelsonmullins.com |
| P.O. Box 4160 | NELSON MULLINS RILEY & |
| Montgomery, AL 36103-4160 | SCARBOROUGH L.L.P. |
| 334.269.2343 | P.O. BOX 1856 |
| Fax: 334.954.7555 | Huntington, WV 25719-1856 |
| *Attorneys for Plaintiffs listed on Exhibit A* | Phone: 304.526.3500 |
| | Fax:304.526.3599 |
| | *Counsel for C. R. Bard, Inc.* |

8576017 v1

## EXHIBIT A – BEASLEY ALLEN CROW METHVIN PORTIS & MILES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-03934 | Goodwin, Della |
| 2:13-cv-04637 | Ellis, Brenda Sue and Timothy |
| 2:13-cv-11916 | Reeves, Linda |
| 2:13-cv-19666 | Yelle, Paula |
| 2:13-cv-21066 | Ramesy, Lula |
| 2:13-cv-21105 | Wagnon, Myra Zell |
| 2:13-cv-21689 | Yandell, Judy and Kirk |

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Richard B. North, Jr.*
Richard B. North, Jr.
Attorney for C.R. Bard, Inc.

8576017 v1