IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON, INC.,
         PELVIC REPAIR SYSTEM
         PRODUCTS LIABILITY LITIGATION                      MDL 2327

THIS DOCUMENT RELATES TO THE CASE(S)
IN THE EXHIBIT(S)

## ORDER

It is **ORDERED** that the Clerk **STRIKE** from the docket, the proposed Inactive Docket Order filed on February 14, 2018 [ECF No. 5276].

ENTER:  April 12, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE