IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:      ETHICON, INC.
            PELVIC REPAIR SYSTEMS
            PRODUCT LIABILITY LITIGATIONS                     MDL No.  2327

THIS DOCUMENT RELATES TO ALL CASES

## MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE**, that Baron & Budd, P.C., by and through the undersigned, respectfully moves this Court for entry of a motion withdrawing Stephen T. Blackburn, TX bar No. 24043555, in all actions in which he has appeared on behalf of Baron & Budd, P.C.. Counsel respectfully requests that the Court enter an Order in MDL No. 2327, as well as in each individual member case with which he may have been associated.

Dated: April 18, 2018                    Respectfully submitted,

                                         /s/ Laura J. Baughman
                                         TX Bar No. 00791846
                                         Baron & Budd, P.C.
                                         3102 Oak Lawn Ave., Suite 1100
                                         Dallas, TX 75219
                                         T. (214) 521-3605
                                         F. (214) 520-1181
                                         lbaughman@baronbudd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2018, I electronically filed a copy of the Motion to Withdraw as Counsel in MDL No. 2327, using the CM/ECF Filing system. Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system.

      /s/ Laura J. Baughman
      Laura Baughman