IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON, INC.,
         PELVIC REPAIR SYSTEM
         PRODUCTS LIABILITY LITIGATION                MDL 2327

THIS DOCUMENT RELATES TO THE CASE(S)
IN THE EXHIBIT(S)

**ORDER**

It is **ORDERED** that the Clerk **STRIKE** from the docket, the proposed Inactive Docket Order filed on March 13, 2018 [ECF No. 5373].

ENTER:  April 19, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE