# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE:   EHICON INC.,
         PELVIC SUPPORT SYSTEM
         PRODUCTS LIABILITY LITIGATION              MDL 2327

THIS DOCUMENT RELATES TO THE CASE(S)
IN THE EXHIBIT(S)

### ORDER

It is **ORDERED** that the Clerk **STRIKE** from the docket, the proposed Inactive Docket Order filed on March 7, 2018   [ECF No. 5347].

ENTER:  April 20, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE