# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: | ETHICON, INC.,<br>PELVIC SUPPORT SYSTEM<br>PRODUCTS LIABILITY LITIGATION | MDL 2327 |

THIS DOCUMENT RELATES TO THE CASE(S)
IN THE EXHIBIT(S)

### ORDER

It is **ORDERED** that the Clerk **STRIKE** from the docket, the proposed Inactive Docket Order filed on March 12, 2018   [ECF No. 5359].

ENTER:  April 10, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE