IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION           MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and Defendant Boston Scientific Corporation advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Defendants jointly move the court to dismiss with prejudice, parties to bear their own costs, and terminate from the docket of the court the actions listed on the attached Exhibit A.

To the extent other Defendants remain in the causes of action on Exhibit A, plaintiff will continue to pursue those claims.

Respectfully:

*/s/ Clayton A. Clark*
Clayton A. Clark
CLARK, LOVE & HUTSON
440 Louisiana Street
Suite 1600
Houston, TX 77002
713.757.1400 (phone)
713.759.1217

*Attorney for Plaintiffs on Exhibit A*

SHOOK, HARDY & BACON

*/s/ Jon Strongman*
Jon Strongman
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550
jstrongman@shb.com
*Attorneys for Boston Scientific Corp*

                                              Dated: April 24, 2018

**EXHIBIT A – CLARK, LOVE & HUTSON, G.P.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | PLAINTIFF NAME |
|---|---|
| 2:13-cv-33550 | Susan Hires |
| 2:14-cv-06645 | Lorraine Collard |
| 2:14-cv-06650 | Traci Cooper |
| 2:14-cv-29294 | Lois A. Chavis |
| 2:15-cv-03780 | Michelle Clark |
| 2:15-cv-04890 | Carolyn Boddie |
| 2:15-cv-09190 | Alberta Bruno |
| 2:15-cv-11564 | Margaret Blaile |

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

*/s/ Clayton A. Clark*
Clayton A. Clark