# EXHIBIT A

| # | Name | Case Number |
|---|------|-------------|
| 1. | Alta Loague | 2:13cv30754 |
| 2. | Angela Dent | 2:14cv27262 |
| 3. | Anita M. Reale Kohn | 2:14cv28501 |
| 4. | Arlene Nix | 2:13cv06574 |
| 5. | Barbara Burton | 2:13cv22539 |
| 6. | Barbara Leder | 2:13cv29512 |
| 7. | Barbara L. Smith Talley Hull | 2:14cv26340 |
| 8. | Barbara R. Haizlip | 2:15cv03306 |
| 9. | Bonnie Laderbush | 2:13cv24258 |
| 10. | Brenda Shaffer | 2:13cv07769 |
| 11. | Brenda J. Stone Sinkovich | 2:15cv01062 |
| 12. | Carol S. Young | 2:14cv27926 |
| 13. | Carol S. Fetzer Gallagher Vitale | 2:14cv29254 |
| 14. | Carolann Ferrell Silvia | 2:14cv00058 |
| 15. | Carolyn Kisselbach Foley | 2:15cv01064 |
| 16. | Cathy A. Rhoades Russell | 2:15cv03305 |
| 17. | Celia Marie Kane O'Fallon | 2:14cv30122 |
| 18. | Chari Lynn White Hoover | 2:15cv07107 |
| 19. | Cindy Brooks | 2:13cv22692 |
| 20. | Corliss Fowler | 2:15cv11996 |
| 21. | Dana Endicott | 2:15cv02656 |
| 22. | Debra Berube | 2:15cv07126 |
| 23. | Debra M. Whitton Metcalf | 2:14cv28533 |
| 24. | Delphia Seabolt Plott | 2:15cv04301 |
| 25. | Denise Accurso DeFrancis Federici Post | 2:15cv07109 |
| 26. | Donna B. Laughlin Robins | 2:15cv05209 |
| 27. | Eileen Langowsky | 2:13cv09185 |
| 28. | Evelyn J. Kubicek Jones | 2:15cv00701 |
| 29. | Gail Cannon | 2:14cv29621 |
| 30. | Gail M. Rafalko Musewicz | 2:14cv27281 |
| 31. | Glenda Emerick | 2:14cv16802 |
| 32. | Glenda Sheaffer | 2:14cv29117 |
| 33. | Hilda Myhand Jones | 2:13cv07246 |
| 34. | Jacqueline Ahner | 2:13cv09790 |
| 35. | Janeen C. Smith | 2:14cv01378 |
| 36. | Janice B. Grubbs | 2:13cv05120 |
| 37. | Jennifer Gardner | 2:13cv03724 |
| 38. | Jennifer Marie Brigham Houillon | 2:13cv10030 |
| 39. | Jill Denise Murray Johnson | 2:13cv28793 |
| 40. | Johnetta Bradley | 2:15cv04398 |
| 41. | Joyce Wilkins Noonan Boyer Wessel | 2:14cv01383 |
| 42. | Karen M. Hanna | 2:13cv06214 |

| | | |
|---|---|---|
| 43. | Kathryn Erwin | 2:15cv00703 |
| 44. | Katrina Nixon | 2:16cv02467 |
| 45. | Kristen Elizabeth McLaughlin Minor | 2:15cv02394 |
| 46. | LaDonna Haviland | 2:13cv29779 |
| 47. | Laurie Gerbino | 2:14cv28538 |
| 48. | Lilyan Marie Coop Hoy | 2:15cv08089 |
| 49. | Linda Boulette | 2:13cv07247 |
| 50. | Loretta Brown | 2:15cv07520 |
| 51. | Lori Ann Waterous Illjes | 2:15cv05910 |
| 52. | Mariquita R. Santistevan | 2:15cv02875 |
| 53. | Marquetta Anderson Hales | 2:13cv27185 |
| 54. | Mary Glaze | 2:15cv04397 |
| 55. | Mary Sue Newton | 2:13cv11092 |
| 56. | Maxine Parker | 2:13cv03184 |
| 57. | Monica Granillo | 2:13cv06575 |
| 58. | Nancy Bauer | 2:15cv12751 |
| 59. | Nancy Berashesser Ruf | 2:15cv13302 |
| 60. | Nancy Lee Beswick Ottersbach | 2:13cv09729 |
| 61. | Norma Calvert Smith | 2:14cv29428 |
| 62. | Peggy Bryant | 2:15cv04369 |
| 63. | Peggy Pooley | 2:13cv08270 |
| 64. | Rebecca Jeffries Bollarihide Sharp | 2:15cv00696 |
| 65. | Renee J. MacLeod | 2:13cv10608 |
| 66. | Rita Carey | 2:15cv11909 |
| 67. | Rosemary Milledge Toliver | 2:15cv00932 |
| 68. | Sarah Lampron | 2:15cv02493 |
| 69. | Serita Capes | 2:13cv06571 |
| 70. | Sharon J. Gellernan Scully Murphy | 2:15cv13839 |
| 71. | Sharyne Anderson | 2:15cv11910 |
| 72. | Sheryl Gaughan | 2:15cv14349 |
| 73. | Stefanie Lynn Rutherford | 2:15cv01066 |
| 74. | Sue Bell | 2:15cv00708 |
| 75. | Sue May | 2:13cv29781 |
| 76. | Susan Casperson | 2:13cv25272 |
| 77. | Susan Joy Becraft Long | 2:15cv01063 |
| 78. | Susie Chester | 2:14cv28544 |
| 79. | Tamara Searl | 2:14cv00064 |
| 80. | Terrill Cagle | 2:15cv01768 |
| 81. | Theresa L. Quintana Martinez | 2:15cv02881 |
| 82. | Vanessa Dates | 2:15cv11333 |
| 83. | Veronica Vaconrca Lee Slusher | 2:13cv10633 |
| 84. | Virginia Carver | 2:13cv05122 |