IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO ALL CASES
LISTED IN PTO # 293 (ORDER REGARDING
DISPOSITION OF NON-REVISION GYNECARE
TVT PRODUCTS CASES) EXHIBIT A

PRETRIAL ORDER # 297
(Instructions for the filing of an Election Form for Non-Revision
Gynecare TVT Products Cases)

By Pretrial Order ("PTO") No. 293, I directed that plaintiffs listed in Exhibit A to PTO No. 293, file an Election Form by June 10, 2018 (PTO No. 293 at paragraph No. 3). Since the entry of PTO No. 293, the Clerk has created an event specifically for the filing of the Election Form.

Therefore, the court **ORDERS** that a party who is filing the Ethicon Election Form shall use the following event in CM/ECF:

Civil Events → Other Filings → Other Documents → ETHICON - Election Form.

Once the Ethicon – Election Form event has been selected, the party must choose the option that accurately reflects the election selected. It is not necessary to re-file any election forms already filed.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall serve as notice to each member related case previously transferred to, removed to, or filed in this

district, *where applicable* which includes counsel in all member cases up to and including civil action number 2:18-cv-00845.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

        ENTER:  May 2, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE