APPROVED and SO ORDERED.
ENTER: 5/3/2018

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: COOK MEDICAL, INC. PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2440

THIS DOCUMENT RELATES TO:

*Deborah G. Nolin and James K. Nolin*      JOSEPH R. GOODWIN
Case No. 2:13-cv-14331     U.S. DISTRICT JUDGE

## MOTION TO TRANSFER MDL

COME NOW Cook Incorporated, Cook Biotech, Inc., and Cook Medical, Inc. (the "Cook Defendants"), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2440, In Re: Cook Medical, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2327, Ethicon, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiffs herein filed an Amended Short Form Complaint in MDL 2440 against the Cook Defendants, and others. Because the Cook Defendants named in the Amended Short Form Complaint are no longer named defendants in this member case, Cook Defendants respectfully request that the Court: 1) grant the motion to transfer this civil action from MDL 2440 to MDL 2327; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2440 and re-associate it with MDL 2327.

Dated: March 6, 2018      /s/ John T. Schlafer_____
                                         John T. Schlafer (ISBN: 28771-49)
                                         FAEGRE BAKER DANIELS LLP
                                         300 North Meridian Street, Suite 2700
                                         Indianapolis, IN 46204
                                         Tel: (317) 237-0300
                                         Fax: (317) 237-1000
                                         john.schlafer@faegrebd.com

*Attorney for Defendants*, *Cook Incorporated, Cook Biotech, Inc. and Cook Medical, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ John T. Schlafer_____