# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM**
**PRODUCTS LIABILITY LITIGATION**                              MDL No. 2327

## ASSIGNMENT ORDER

The Southern District of West Virginia has notified the Panel of the need to assign another judge from within that district to preside over certain cases in which the original transferee judge, the Honorable Joseph R. Goodwin, is recused.

IT IS THEREFORE ORDERED that, with the consent of that court, the Honorable Thomas E. Johnston is assigned as the transferee judge for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 over any actions transferred by the Panel that present recusal issues for the original transferee judge.

FOR THE PANEL

*Sarah Vance*
_____
Sarah S. Vance
Chair

 Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Transferee Court (Order)
JPMLCMECF
to:
JPMLCMDECF
05/07/2018 10:49 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 04/30/2018 at 3:25:10 PM EDT and filed on 04/30/2018
**Case Name:**        Krauser et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-03140
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Holland v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-03125
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Baldwin et al v. Ethicon, Inc. et al
**Case Number:**     WVS/2:12-cv-07623
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Adkins et al v. Ethicon, Inc. et al
**Case Number:**     WVS/2:17-cv-02191
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Vanover et al v. Ethicon, Inc. et al
**Case Number:**     KYE/6:12-cv-00128
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Ishmael et al v. Ethicon, Inc. et al
**Case Number:**     WVS/2:12-cv-07409
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Hehl v. Ethicon, Inc. et al
**Case Number:**     WVS/2:16-cv-11677
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Baker et al v. Johnson & Johnson et al
**Case Number:**     WVS/2:12-cv-02476
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Rainwater v. Ethicon, Inc. et al
**Case Number:**     WVS/2:17-cv-04623
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Marshall et al v. Johnson & Johnson et al
**Case Number:**     WVS/2:12-cv-02077
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Shirks v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-09268
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Smith v. Ethicon, Inc. et al
**Case Number:**   WVS/2:13-cv-33962
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Glass et al v. Ethicon, Inc. et al
**Case Number:**   KYE/2:12-cv-00147
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**    Winebrenner v. Ethicon, Inc.
**Case Number:**    WVS/2:17-cv-00576
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**    Brusseau et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-02819
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**    Sanders et al v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-01562
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**    Thomas et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-07751
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on**

**4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Lester v. Ethicon, Inc. et al |
| **Case Number:** | KYE/7:12-cv-00065 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Gosper et al v. Ethicon, Inc. et al |
| **Case Number:** | WVS/2:17-cv-00316 |
| **Filer:** | |
| **Document Number:** | 1 |

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Czartoryski v. Ethicon, Inc. et al |
| **Case Number:** | WVS/2:12-cv-07933 |
| **Filer:** | |
| **Document Number:** | 2 |

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Chappell v. Ethicon, Inc. |
| **Case Number:** | WVS/2:16-cv-06805 |
| **Filer:** | |
| **Document Number:** | 1 |

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Wooten et al v. Ethicon, Inc. et al
**Case Number:**    KYE/5:12-cv-00222
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Smith v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-03128
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Neel et al v. Ethicon, Inc.
**Case Number:**    WVS/2:12-cv-06798
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Nelson v. Ethicon, Inc. et al

**Case Number:**        WVS/2:16-cv-03075
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Childress et al v. Johnson & Johnson et al
**Case Number:**        WVS/2:12-cv-01564
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Pavlekovich et al v. Ethicon, Inc. et al
**Case Number:**        WVS/2:12-cv-06772
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Habel v. Ethicon, Inc. et al
**Case Number:**        WVS/2:12-cv-09183
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Welch et al v. Ethicon, Inc. et al
**Case Number:**      WVS/2:15-cv-16461
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Rihm et al v. Ethicon, Inc. et al
**Case Number:**      WVS/2:13-cv-00286
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Lloyd et al v. Ethicon, Inc. et al
**Case Number:**      KYW/3:12-cv-00369
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Maxwell v. Johnson & Johnson et al
**Case Number:**      WVS/2:12-cv-02138
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 3366

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Greenwood et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-07889
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Halsey v. Ethicon, Inc. et al
**Case Number:**    WVS/2:15-cv-15975
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Sutton v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-01857
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**    Burgin v. Ethicon, Inc. et al
**Case Number:**   KYW/3:13-cv-00706
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**    Corder et al v. Ethicon, Inc. et al
**Case Number:**   WVS/2:16-cv-10988
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**    Walker v. Johnson & Johnson et al
**Case Number:**   WVS/2:12-cv-02728
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Fann v. Ethicon, Inc. et al
**Case Number:**  WVS/2:12-cv-07837
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Medlen v. Ethicon, Inc. et al
**Case Number:**  WVS/2:12-cv-09863
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Himes v. Ethicon, Inc. et al
**Case Number:**  KYE/6:12-cv-00130
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     RIDDELL et al v. ETHICON, INC. et al
**Case Number:**  NJ/3:12-cv-00448
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on**

**4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Collins v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-00931
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Miller v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-02942
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Daugherty et al v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-02076
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Sweeney v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-02880
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Milan v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-02479
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Aldridge v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-05750
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Erskine et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-09686
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Owens v. Ethicon, Inc. et al

**Case Number:**     WVS/2:13-cv-01206
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Patterson v. Ethicon, Inc. et al
**Case Number:**     KYW/3:12-cv-00512
**Filer:**
**Document Number:** 5

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Shepherd v. Ethicon, Inc. et al
**Case Number:**     WVS/2:12-cv-00967
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Brown et al v. Ethicon, Inc. et al
**Case Number:**     WVS/2:16-cv-06243
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Jenkins et al v. Ethicon, Inc. et al
**Case Number:**     WVS/2:13-cv-00706
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Strickland et al v. Ethicon, Inc. et al
**Case Number:**     MOW/4:12-cv-00560
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Pruitt et al v. Ethicon, Inc. et al
**Case Number:**     WVS/2:15-cv-16581
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Smallwood et al v. Johnson & Johnson et al
**Case Number:**     WVS/2:12-cv-01662
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**    Knox et al v. Ethicon, Inc. et al
**Case Number:**   KYE/3:12-cv-00047
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**    Gibson et al v. Ethicon, Inc. et al
**Case Number:**   CAN/4:12-cv-03574
**Filer:**
**Document Number:** 5

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**    Nunez v. Ethicon, Inc. et al
**Case Number:**   WVS/2:13-cv-00533
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**    Webb et al v. Johnson & Johnson et al
**Case Number:**   WVS/2:12-cv-02669
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Beaman et al v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-08032
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Keller v. Ethicon, Inc. et al
**Case Number:**   KYE/7:12-cv-00074
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Thompson v. Ethicon, Inc. et al
**Case Number:**   MN/0:12-cv-02217
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Arnette et al v. Johnson & Johnson et al
**Case Number:**      WVS/2:12-cv-02475
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Brattin et al v. Ethicon, LLC et al
**Case Number:**      WVS/2:12-cv-07134
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Jackson et al v. Johnson & Johnson et al
**Case Number:**      WVS/2:12-cv-02576
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Suter et al v. Johnson & Johnson et al
**Case Number:**      WVS/2:12-cv-01712
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on**

**4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Swanson et al v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-01709
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Block et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:13-cv-00495
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Terry et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-08140
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Gibson v. Ethicon, Inc. et al
**Case Number:**    WVS/2:14-cv-25732
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**         Richmond et al v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-03038
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**         Wiley v. Johnson & Johnson et al
**Case Number:**    WVS/2:12-cv-02670
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**         Jones et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:17-cv-03712
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**         Harden v. Ethicon, Inc. et al

**Case Number:**     KYW/3:12-cv-00399
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Childers et al v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-09320
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Carrell et al v. Johnson & Johnson et al
**Case Number:**   WVS/2:12-cv-02751
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Thomas v. Johnson & Johnson et al.
**Case Number:**   WVS/2:12-cv-03130
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** George v. Johnson & Johnson et al
**Case Number:** INN/3:12-cv-00369
**Filer:**
**Document Number:** 5

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Roberts v. Ethicon, Inc. et al
**Case Number:** WVS/2:17-cv-03582
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Welch v. Ethicon, Inc. et al
**Case Number:** WVS/2:16-cv-06141
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Wells et al v. Ethicon, Inc. et al
**Case Number:** WVS/2:12-cv-06438
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Johnson et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-05208
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Sylvester et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:12-cv-09047
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Hicks et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:13-cv-01709
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Rodgers et al v. Ethicon, Inc. et al
**Case Number:**    MOE/4:12-cv-00945
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Blackburn et al v. Ethicon, Inc. et al
**Case Number:**    WVS/2:16-cv-10890
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Sparkman et al v. Johnson & Johnson, Inc. et al
**Case Number:**    KYE/5:12-cv-00251
**Filer:**
**Document Number:** 8

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Heddle v. Ethicon, Inc. et al
**Case Number:**    OR/2:12-cv-00863
**Filer:**
**Document Number:** 5

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Paulman et al v. Ethicon, Inc. et al
**Case Number:** WVS/2:12-cv-06512
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** DeBeneditto v. Ethicon, Inc. et al
**Case Number:** WVS/2:14-cv-27487
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** McMains v. Ethicon, Inc. et al
**Case Number:** WVS/2:13-cv-02325
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Kraska et al v. Ethicon, Inc. et al
**Case Number:** WVS/2:14-cv-23500
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on**

**4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Coward et al v. Ethicon, Inc. et al
**Case Number:**      WVS/2:12-cv-02788
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Jay v. Ethicon, Inc. et al
**Case Number:**      WVS/2:13-cv-01899
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Richardville v. Ethicon, Inc. et al
**Case Number:**      WVS/2:13-cv-00479
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Fluegge v. Ethicon, Inc. et al
**Case Number:**      WVS/2:17-cv-01945
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Jones v. Ethicon, Inc. et al
**Case Number:**     WVS/2:17-cv-00602
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Hoggatt et al v. Ethicon, Inc. et al
**Case Number:**     WVS/2:12-cv-05667
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Cutter et al v. Ethicon, Inc. et al
**Case Number:**     KYE/5:12-cv-00153
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Thacker v. Ethicon, Inc. et al

**Case Number:** KYE/5:12-cv-00217
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Rose et al v. Robertson et al
**Case Number:** KYE/6:15-cv-00095
**Filer:**
**Document Number:** 14

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Hampton et al v. Ethicon, Inc. et al
**Case Number:** KYE/7:12-cv-00070
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Hohimer et al v. Ethicon, Inc. et al
**Case Number:** WVS/2:13-cv-00064
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Brown v. Ethicon, Inc. et al
**Case Number:**   WVS/2:17-cv-02088
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Morse et al v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-07874
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Harvey et al v. Johnson & Johnson et al
**Case Number:**   WVS/2:12-cv-02477
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Hylton v. Ethicon, Inc. et al
**Case Number:**   WVS/2:12-cv-09098
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Slocumb v. Ethicon, Inc. et al
**Case Number:** WVS/2:12-cv-01974
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Raymond et al v. Ethicon, Inc. et al
**Case Number:** KYW/3:12-cv-00389
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Marquina et al v. Ethicon, Inc. et al
**Case Number:** WVS/2:17-cv-00063
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Partain v. Ethicon, Inc. et al
**Case Number:** WVS/2:12-cv-05958
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      LEEHY v. ETHICON, INC GYNECARE et al
**Case Number:**    INS/1:12-cv-01462
**Filer:**
**Document Number:** 5

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Eversole v. Ethicon, Inc. et al
**Case Number:**    KYE/6:12-cv-00127
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Golden v. Ethicon, Inc. et al
**Case Number:**    KYW/3:13-cv-00467
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Holland et al v. Ethicon, Inc. et al
**Case Number:**      WVS/2:12-cv-06907
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Crane et al v. Ethicon, Inc. et al
**Case Number:**      WVS/2:13-cv-01746
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Crabtree v. Johnson & Johnson et al
**Case Number:**      WVS/2:12-cv-02135
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Haake et al v. Ethicon, Inc. et al
**Case Number:**      WVS/2:15-cv-16354
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on**

**4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Hutchison v. Johnson & Johnson et al
**Case Number:**      WVS/2:12-cv-01711
**Filer:**
**Document Number:** 2

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Cross v. Ethicon, Inc. et al
**Case Number:**      KYW/3:12-cv-00403
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Haney v. Ethicon, Inc. et al
**Case Number:**      WVS/2:13-cv-02465
**Filer:**
**Document Number:** 4

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Spaulding-Vincent et al v. Ethicon, Inc.
**Case Number:**      WVS/2:13-cv-02549
**Filer:**
**Document Number:** 3

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Brown v. Ethicon, Inc. et al
**Case Number:**    WVS/2:17-cv-03869
**Filer:**
**Document Number:** 1

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Moore et al v. Ethicon, Inc. et al
**Case Number:**    KYW/3:12-cv-00390
**Filer:**
**Document Number:** 6

**Docket Text:**
**ASSIGNMENT ORDER**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 4/30/18.**

**-- Associated Cases: MDL No. 2327 et al. (LAH)**

**WVS/2:12-cv-03140 Notice has been electronically mailed to:**

**WVS/2:12-cv-03140 Notice will not be electronically mailed to:**

Edward A Wallace
WEXLER WALLACE
Suite 3300
55 West Monroe Street
Chicago, IL 60603

Michael H. Bowman
WEXLER WALLACE
Suite 3300
55 West Monroe Street

Chicago, IL 60603

**WVS/2:12-cv-03125 Notice has been electronically mailed to:**

**WVS/2:12-cv-03125 Notice will not be electronically mailed to:**

Matthew J. Skikos
Skikos, Crawford, Skikos & Joseph, LLP
One Sansome Street
Suite 2830
San Francisco, CA 94104

Piper L. Morrison
Skikos Crawford Skikos and Joseph
625 Market Street
11th Floor
San Francisco, CA 94105

Steven J. Skikos
Skikos Crawford Skikos & Jospeh
One Sansome Street, Suite 2830
San Francisco, CA 94104

**WVS/2:12-cv-07623 Notice has been electronically mailed to:**

**WVS/2:12-cv-07623 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Mark W Davis
DAVIS & CRUMP PC
2601 14th Street
Gulfport, MS 39501

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**WVS/2:17-cv-02191 Notice has been electronically mailed to:**

**WVS/2:17-cv-02191 Notice will not be electronically mailed to:**

Curtis Brooks Cutter
KERSHAW CUTTER & RATINOFF
401 Watt Avenue
Sacramento, CA 95864

**KYE/6:12-cv-00128 Notice has been electronically mailed to:**

**KYE/6:12-cv-00128 Notice will not be electronically mailed to:**

George M Fleming
Fleming, Nolen, & Jez, LLP
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
3737 Buffalo Speedway
Suite 1850
Houston, TX 77098

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**WVS/2:12-cv-07409 Notice has been electronically mailed to:**

**WVS/2:12-cv-07409 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Peter John Flowers
Meyers & Flowers, LLC
3 North Second Street
Suite 300
St. Charles, IL 60174

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**WVS/2:16-cv-11677 Notice has been electronically mailed to:**

**WVS/2:16-cv-11677 Notice will not be electronically mailed to:**

Caryn M. Papantonakis
Johnson Law Group - TX
Suite 1700
2925 Richmond Avenue
Houston, TX 77098

SEAN PATRICK TRACEY
TRACEY LAW FIRM
440 Louisiana
Suite 1900
Houston, TX 77002

Shawn P. Fox
TRACEY & FOX LAW FIRM
Suite 1901
440 Louisiana
Houston, TX 77002

**WVS/2:12-cv-02476 Notice has been electronically mailed to:**

**WVS/2:12-cv-02476 Notice will not be electronically mailed to:**

Donald Alan Migliori
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fidelma Fitzpatrick
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fred Thompson , III
MOTLEY RICE LLC
50 Clay Street
Suite 1
Morgantown, WV 26501

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Jonathan Orent
MOTLEY RICE LLC
55 Cedar Street

Suite 100
Providence, RI 02903

Michael G. Rousseau
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903

**WVS/2:17-cv-04623 Notice has been electronically mailed to:**

**WVS/2:17-cv-04623 Notice will not be electronically mailed to:**

Caryn Michele Papantonakis
JOHNSON LAW GROUP
Suite 800
55 Waugh Drive
Houston, TX 77007

**WVS/2:12-cv-02077 Notice has been electronically mailed to:**

**WVS/2:12-cv-02077 Notice will not be electronically mailed to:**

Benedict Vladislav James
FEARS NACHAWATI LAW FIRM LLP
4925 Greenville Avenue
Suite 715
Dallas, TX 75206

Majd M. Ghanayem
FEARS NACHAWATI LAW FIRM LLP
4925 Greenville Avenue
Suite 715
Dallas, TX 75206

Majed Nachawati
FEARS NACHAWATI LAW FIRM LLP
4925 Greenville Avenue
Suite 715
Dallas, TX 75206

**WVS/2:12-cv-09268 Notice has been electronically mailed to:**

**WVS/2:12-cv-09268 Notice will not be electronically mailed to:**

Paul Daniel Stevens
MILSTEIN ADELMAN LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

Steve Michael Faries

MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098

**WVS/2:13-cv-33962 Notice has been electronically mailed to:**

**WVS/2:13-cv-33962 Notice will not be electronically mailed to:**

J. Steven Mostyn
THE MOSTYN LAW FIRM
3810 West Alabama Street
Houston, TX 77027

Jason Aron Itkin
ARNOLD & ITKIN
6009 Memorial Drive
Houston, TX 77007

Kurt B. Arnold
ARNOLD & ITKIN
6009 Memorial Drive
Houston, TX 77007

Noah M. Wexler
ARNOLD & ITKIN
6009 Memorial Drive
Houston, TX 77007

**KYE/2:12-cv-00147 Notice has been electronically mailed to:**

**KYE/2:12-cv-00147 Notice will not be electronically mailed to:**

George M Fleming
Fleming, Nolen, & Jez, LLP
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
3737 Buffalo Speedway
Suite 1850
Houston, TX 77098

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**WVS/2:17-cv-00576 Notice has been electronically mailed to:**

**WVS/2:17-cv-00576 Notice will not be electronically mailed to:**

Marc Stanley Whitehead
MARC WHITEHEAD & ASSOCIATES
Suite 725
5300 Memorial Drive
Houston, TX 77007

**WVS/2:12-cv-02819 Notice has been electronically mailed to:**

**WVS/2:12-cv-02819 Notice will not be electronically mailed to:**

Erin K. Copeland
Fibich Leebron Copeland Briggs Josephson
1150 Bissonnet Street
Houston, TX 77005

Kenneth T Fibich
FIBICH HAMPTON & LEEBRON LLP
1150 Bissonnet
Houston, TX 77005

**WVS/2:12-cv-01562 Notice has been electronically mailed to:**

**WVS/2:12-cv-01562 Notice will not be electronically mailed to:**

Jackie Quinton
Edwards Law Firm (OK)
8282 S Memorial Dr Ste 100
Tulsa, OK 74113

Mark Thetford
EDWARDS LAW FIRM
8282 South Memorial Drive
Suite 100
Tulsa, OK 74133

Tony W. Edwards
The Edwards Law Firm PLLC
Edwards Plaza
321 South 3rd Street
Suite 1
McAlester, OK 74502

**WVS/2:12-cv-07751 Notice has been electronically mailed to:**

**WVS/2:12-cv-07751 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Mark W Davis
DAVIS & CRUMP PC
2601 14th Street
Gulfport, MS 39501

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**KYE/7:12-cv-00065 Notice has been electronically mailed to:**

**KYE/7:12-cv-00065 Notice will not be electronically mailed to:**

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**WVS/2:17-cv-00316 Notice has been electronically mailed to:**

**WVS/2:17-cv-00316 Notice will not be electronically mailed to:**

Christy D. Jones
Butler Snow LLP
1020 Highland colony Parkway
Suite 1400
Ridgeland, MS 39157

DAVID B. THOMAS
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824

Jacob Edward Levy
Gray & White
713 E. Market Street
Suite 200
Louisville, KY 40202

Mark K. Gray
Gray & White
713 E. Market Street
Suite 200
Louisville, KY 40202

Matthew L. White
Gray & White
713 E. Market Street
Suite 200
Louisville, KY 40202

**WVS/2:12-cv-07933 Notice has been electronically mailed to:**

**WVS/2:12-cv-07933 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Elise A. Waisbren
PHILLIPS LAW OFFICES
Suite 4925
161 North Clark Street
Chicago, IL 60601

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Stephen D. Phillips
PHILLIPS LAW OFFICES
Suite 4925
161 North Clark Street
Chicago, IL 60601

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Terrence M. Quinn
PHILLIPS LAW OFFICES
Suite 4925
161 North Clark Street
Chicago, IL 60601

**WVS/2:16-cv-06805 Notice has been electronically mailed to:**

**WVS/2:16-cv-06805 Notice will not be electronically mailed to:**

Andrew William Callahan
FLINT & ASSOCIATES LLC
112 Magnolia Drive

P.O. Box 930
Glen Carbon, IL 62034

Jacob A. Flint
Flint Law Firm, LLC
222 E. Park St.
Edwardsville, IL 62025

**KYE/5:12-cv-00222 Notice has been electronically mailed to:**

**KYE/5:12-cv-00222 Notice will not be electronically mailed to:**

George M Fleming
Fleming, Nolen, & Jez, LLP
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
3737 Buffalo Speedway
Suite 1850
Houston, TX 77098

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**WVS/2:12-cv-03128 Notice has been electronically mailed to:**

**WVS/2:12-cv-03128 Notice will not be electronically mailed to:**

Edward A Wallace
WEXLER WALLACE
Suite 3300
55 West Monroe Street
Chicago, IL 60603

Michael H. Bowman
WEXLER WALLACE
Suite 3300
55 West Monroe Street
Chicago, IL 60603

**WVS/2:12-cv-06798 Notice has been electronically mailed to:**

**WVS/2:12-cv-06798 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824

Charleston, WV 25338-3824

Jim Mac Perdue , Jr
Perdue Kidd & Vickery
777 Post Oak Blvd.
Suite 450
Houston, TX 77056-3010

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**WVS/2:16-cv-03075 Notice has been electronically mailed to:**

**WVS/2:16-cv-03075 Notice will not be electronically mailed to:**

Jacob A. Flint
Flint Law Firm, LLC
222 E. Park St.
Edwardsville, IL 62025

**WVS/2:12-cv-01564 Notice has been electronically mailed to:**

**WVS/2:12-cv-01564 Notice will not be electronically mailed to:**

Jackie Quinton
Edwards Law Firm (OK)
8282 S Memorial Dr Ste 100
Tulsa, OK 74113

Mark Thetford
EDWARDS LAW FIRM
8282 South Memorial Drive
Suite 100
Tulsa, OK 74133

Tony W. Edwards
The Edwards Law Firm PLLC
Edwards Plaza
321 South 3rd Street
Suite 1
McAlester, OK 74502

**WVS/2:12-cv-06772 Notice has been electronically mailed to:**

**WVS/2:12-cv-06772 Notice will not be electronically mailed to:**

Douglas Dewitt Small
FOLEY & SMALL
1002 East Jefferson Boulevard
South Bend, IN 46617

**WVS/2:12-cv-09183 Notice has been electronically mailed to:**

**WVS/2:12-cv-09183 Notice will not be electronically mailed to:**

Benjamin A. Bertram
BERTRAM & GRAF
Suite 800
4717 Grand Avenue
Kansas City, MO 64112

J. Scott Bertram
BERTRAM & GRAF
Suite 800
4717 Grand Avenue
Kansas City, MO 64112

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**WVS/2:15-cv-16461 Notice has been electronically mailed to:**

**WVS/2:15-cv-16461 Notice will not be electronically mailed to:**

Alexander Grier Dwyer
Kirkendall Dwyer LLP
440 Louisiana Street
Suite 1901
Houston, TX 77002

Andrew F Kirkendall
Kirkendall Dwyer LLP
4343 Sigma Rd., Ste. 200
Dallas, TX 75248

DAVID B. THOMAS

Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824

**WVS/2:13-cv-00286 Notice has been electronically mailed to:**

**WVS/2:13-cv-00286 Notice will not be electronically mailed to:**

Lee B Balefsky
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**KYW/3:12-cv-00369 Notice has been electronically mailed to:**

**KYW/3:12-cv-00369 Notice will not be electronically mailed to:**

Christy D. Jones
Butler Snow LLP
1020 Highland colony Parkway
Suite 1400
Ridgeland, MS 39157

Karl Truman
Karl Truman Law Office, LLC
420 Wall Street
Jeffersonville, IN 47130

**WVS/2:12-cv-02138 Notice has been electronically mailed to:**

**WVS/2:12-cv-02138 Notice will not be electronically mailed to:**

Donald Alan Migliori
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fidelma Fitzpatrick
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fred Thompson , III
MOTLEY RICE LLC
50 Clay Street
Suite 1
Morgantown, WV 26501

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Jonathan Orent
MOTLEY RICE LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Michael G. Rousseau
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903

**MDL No. 2327 Notice has been electronically mailed to:**

**MDL No. 2327 Notice will not be electronically mailed to:**

Carl N Frankovitch
FRANKOVITCH ANETAKIS COLANTONIO & SIMON
337 Penco Road
Weirton, WV 26062

David B. Thomas
THOMAS COMBS & SPANN, PLLC
300 Summers Street
Suite 1380
Charleston, WV 25301-1380

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Marc E. Williams
NELSON MULLINS RILEY & SCARBOROUGH LLP WEST VA.
949 Third Avenue
Suite 200
Huntington, WV 25701

Michael Bonasso

FLAHERTY SENSABAUGH & BONASSO PLLC
200 Capital Street
P.O. Box 3843
Charleston, WV 25338-3843

Michael J. Farrell
FARRELL WHITE & LEGG PLLC
914 5th Avenue
P.O. Box 647
Huntington, WV 25772

Paul T. Farrell , Jr
GREENE KETCHUM FARRELL BAILEY & TWEEL LLP
419 11th Street
PO Box 2389
Huntington, WV 25724-2389

**WVS/2:12-cv-07889 Notice has been electronically mailed to:**

**WVS/2:12-cv-07889 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Seth S. Webb
BROWN & CROUPPEN PC
One Metropolitan Square
211 N. Broadway
Suite 1600
St. Louis, MO 63102

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**WVS/2:15-cv-15975 Notice has been electronically mailed to:**

**WVS/2:15-cv-15975 Notice will not be electronically mailed to:**

Alexander Grier Dwyer
Kirkendall Dwyer LLP
440 Louisiana Street
Suite 1901

Houston, TX 77002

Andrew F Kirkendall
Kirkendall Dwyer LLP
4343 Sigma Rd., Ste. 200
Dallas, TX 75248

DAVID B. THOMAS
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824

**WVS/2:12-cv-01857 Notice has been electronically mailed to:**

**WVS/2:12-cv-01857 Notice will not be electronically mailed to:**

Daniel Stewart Robinson
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660

Karen Barth Menzies
Gibbs Law Group LLP (Oakland, CA Office)
505 14th Street
Suite 1110
Oakland, CA 94612

Mark P. Robinson , Jr
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660

SHANNON LUKEI
19 CORPORATE PLZ
NEWPORT BEACH, CA 92660

Willard James Moody , Jr
MOODY LAW FIRM INC
500 Crawford Street
Suite 200
Portsmouth, VA 23704

**KYW/3:13-cv-00706 Notice has been electronically mailed to:**

**KYW/3:13-cv-00706 Notice will not be electronically mailed to:**

Bruce Garrett Anderson
517 W. Ormsby Avenue
Louisville, KY 40203

Christy D. Jones
Butler Snow LLP
1020 Highland colony Parkway
Suite 1400
Ridgeland, MS 39157

Susan J Pope
FROST BROWN TODD LLC
250 West Main Street
Suite 2700
Lexington, KY 405071742

**WVS/2:16-cv-10988 Notice has been electronically mailed to:**

**WVS/2:16-cv-10988 Notice will not be electronically mailed to:**

Lance W. Turner
CARROLL & TURNER
56 Court Street
Monticello, KY 42633

**WVS/2:12-cv-02728 Notice has been electronically mailed to:**

**WVS/2:12-cv-02728 Notice will not be electronically mailed to:**

Daniel Stewart Robinson
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660

Karen Barth Menzies
Gibbs Law Group LLP (Oakland, CA Office)
505 14th Street
Suite 1110
Oakland, CA 94612

Mark P. Robinson , Jr
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660

SHANNON LUKEI
19 CORPORATE PLZ
NEWPORT BEACH, CA 92660

Willard James Moody , Jr
MOODY LAW FIRM INC
500 Crawford Street
Suite 200
Portsmouth, VA 23704

**WVS/2:12-cv-07837 Notice has been electronically mailed to:**

**WVS/2:12-cv-07837 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Mark W Davis
DAVIS & CRUMP PC
2601 14th Street
Gulfport, MS 39501

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**WVS/2:12-cv-09863 Notice has been electronically mailed to:**

**WVS/2:12-cv-09863 Notice will not be electronically mailed to:**

David Kuttles
The Lanier Law Firm, PLLC
126 E 56th St
6th Fl
New York, NY 10022

Kelly Ann Fitzpatrick
VENTURA RIBEIRO & SMITH
235 Main Street
Danbury, CT 06850

W. Mark Lanier
Lanier Law Firm
126 East 56th Street
6th Floor
New York, NY 10022

**KYE/6:12-cv-00130 Notice has been electronically mailed to:**

**KYE/6:12-cv-00130 Notice will not be electronically mailed to:**

George M Fleming
Fleming, Nolen, & Jez, LLP

2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
3737 Buffalo Speedway
Suite 1850
Houston, TX 77098

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**NJ/3:12-cv-00448 Notice has been electronically mailed to:**

**NJ/3:12-cv-00448 Notice will not be electronically mailed to:**

ANDREW LOWE O'CONNOR
NAGEL RICE LLP
103 Eisenhower Parkway
Suite 103
Roseland, NJ 07068

Christy D. Jones
Butler Snow LLP
1020 Highland colony Parkway
Suite 1400
Ridgeland, MS 39157

KELLY S. CRAWFORD
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
One Speedwell Avenue
Morristown, NJ 07962-1981

**WVS/2:12-cv-00931 Notice has been electronically mailed to:**

**WVS/2:12-cv-00931 Notice will not be electronically mailed to:**

Bill Robins , III
Heard Robins Cloud LLP
808 Wilshire Boulevard
Suite 450
Santa Monica, CA 90401

Justin Ross Kaufman
HEARD ROBINS CLOUD & LUBEL LLP
505 Cerrillos Rd a209
SANTA FE, NM 87501

**WVS/2:12-cv-02942 Notice has been electronically mailed to:**

**WVS/2:12-cv-02942 Notice will not be electronically mailed to:**

Bill Robins , III
Heard Robins Cloud LLP
808 Wilshire Boulevard
Suite 450
Santa Monica, CA 90401

Justin Ross Kaufman
HEARD ROBINS CLOUD & LUBEL LLP
505 Cerrillos Rd a209
SANTA FE, NM 87501

**WVS/2:12-cv-02076 Notice has been electronically mailed to:**

**WVS/2:12-cv-02076 Notice will not be electronically mailed to:**

Benedict Vladislav James
FEARS NACHAWATI LAW FIRM LLP
4925 Greenville Avenue
Suite 715
Dallas, TX 75206

Majd M. Ghanayem
FEARS NACHAWATI LAW FIRM LLP
4925 Greenville Avenue
Suite 715
Dallas, TX 75206

Majed Nachawati
FEARS NACHAWATI LAW FIRM LLP
4925 Greenville Avenue
Suite 715
Dallas, TX 75206

**WVS/2:12-cv-02880 Notice has been electronically mailed to:**

**WVS/2:12-cv-02880 Notice will not be electronically mailed to:**

Donald Alan Migliori
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fidelma Fitzpatrick
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fred Thompson , III
MOTLEY RICE LLC
50 Clay Street
Suite 1
Morgantown, WV 26501

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Jonathan Orent
MOTLEY RICE LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Michael G. Rousseau
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903

**WVS/2:12-cv-02479 Notice has been electronically mailed to:**

**WVS/2:12-cv-02479 Notice will not be electronically mailed to:**

Donald Alan Migliori
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fidelma Fitzpatrick
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fred Thompson , III
MOTLEY RICE LLC
50 Clay Street
Suite 1
Morgantown, WV 26501

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Jonathan Orent
MOTLEY RICE LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Michael G. Rousseau
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903

**WVS/2:12-cv-05750 Notice has been electronically mailed to:**

**WVS/2:12-cv-05750 Notice will not be electronically mailed to:**

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**WVS/2:12-cv-09686 Notice has been electronically mailed to:**

**WVS/2:12-cv-09686 Notice will not be electronically mailed to:**

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**WVS/2:13-cv-01206 Notice has been electronically mailed to:**

**WVS/2:13-cv-01206 Notice will not be electronically mailed to:**

Lee B Balefsky
KLINE & SPECTER PC
1525 Locust Street

19th Floor
Philadelphia, PA 19102

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**KYW/3:12-cv-00512 Notice has been electronically mailed to:**

**KYW/3:12-cv-00512 Notice will not be electronically mailed to:**

Christy D. Jones
Butler Snow LLP
1020 Highland colony Parkway
Suite 1400
Ridgeland, MS 39157

Corey Ann Finn
JONES WARD PLC
1205 W. Washington Street
Suite 111
Louisville, KY 40206

Lawrence L. Jones , II
JONES WARD PLC
1205 W. Washington Street
Suite 111
Louisville, KY 40206

**WVS/2:12-cv-00967 Notice has been electronically mailed to:**

**WVS/2:12-cv-00967 Notice will not be electronically mailed to:**

Alyson L. Oliver
Oliver Law Group PC
363 W. Big Beaver Road
Suite 200
Troy, MI 48084

**WVS/2:16-cv-06243 Notice has been electronically mailed to:**

**WVS/2:16-cv-06243 Notice will not be electronically mailed to:**

Jacob A. Flint
Flint Law Firm, LLC
222 E. Park St.
Edwardsville, IL 62025

**WVS/2:13-cv-00706 Notice has been electronically mailed to:**

**WVS/2:13-cv-00706 Notice will not be electronically mailed to:**

C. V. Reynolds
C. V. REYNOLDS LAW OFFICE
Suite 100
112 West Court Street
Prestonsburg, KY 41653

Mitchell D. Kinner
KINNER & PATTON
239 College Street
Paintsville, KY 41240

**MOW/4:12-cv-00560 Notice has been electronically mailed to:**

**MOW/4:12-cv-00560 Notice will not be electronically mailed to:**

Derek H. Potts
Potts Law Firm
3737 Buffalo Speedway
Suite 1900
Houston, TX 77098

Patricia Campbell
POTTS LAW FIRM LLC
1901 West 47th Pl
Suite 210
Westwood, KS 66205

Timothy L. Sifers
The Potts Law Firm, LLP
908 Broadway
3rd Floor
Kansas City, MO 64105

**WVS/2:15-cv-16581 Notice has been electronically mailed to:**

**WVS/2:15-cv-16581 Notice will not be electronically mailed to:**

Alexander Grier Dwyer
Kirkendall Dwyer LLP
440 Louisiana Street
Suite 1901
Houston, TX 77002

Andrew F Kirkendall
Kirkendall Dwyer LLP
4343 Sigma Rd., Ste. 200
Dallas, TX 75248

Christy D. Jones
Butler Snow LLP
1020 Highland colony Parkway
Suite 1400
Ridgeland, MS 39157

DAVID B. THOMAS
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824

**WVS/2:12-cv-01662 Notice has been electronically mailed to:**

**WVS/2:12-cv-01662 Notice will not be electronically mailed to:**

Jackie Quinton
Edwards Law Firm (OK)
8282 S Memorial Dr Ste 100
Tulsa, OK 74113

Mark S. Thetford
THE EDWARDS LAW FIRM
Suite 100
8282 South Memorial Avenue
Tulsa, OK 74133

Tony W. Edwards
The Edwards Law Firm PLLC
Edwards Plaza
321 South 3rd Street
Suite 1
McAlester, OK 74502

**KYE/3:12-cv-00047 Notice has been electronically mailed to:**

**KYE/3:12-cv-00047 Notice will not be electronically mailed to:**

George M Fleming
Fleming, Nolen, & Jez, LLP
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
3737 Buffalo Speedway
Suite 1850
Houston, TX 77098

Karl N. Truman

420 Wall St
Jeffersonville, IN 47130

**CAN/4:12-cv-03574 Notice has been electronically mailed to:**

**CAN/4:12-cv-03574 Notice will not be electronically mailed to:**

Christy D. Jones
Butler Snow LLP
1020 Highland colony Parkway
Suite 1400
Ridgeland, MS 39157

Laurel L. Simes
Levin Simes, LLP
353 Sacramento Street
Suite 2000
San Francisco, CA 94111

Rachel Beth Abrams
Levin Simes LLP
1160 Battery Street East
Suite 100
San Francisco, CA 94111

William A. Levin
LEVIN SIMES LLP
44 Montgomery Street. 32nd Floor
San Francisco, CA 94104

**WVS/2:13-cv-00533 Notice has been electronically mailed to:**

**WVS/2:13-cv-00533 Notice will not be electronically mailed to:**

Elise A. Waisbren
PHILLIPS LAW OFFICES
Suite 4925
161 North Clark Street
Chicago, IL 60601

Stephen D. Phillips
PHILLIPS LAW OFFICES
Suite 4925
161 North Clark Street
Chicago, IL 60601

Terrence M. Quinn
PHILLIPS LAW OFFICES
Suite 4925
161 North Clark Street
Chicago, IL 60601

**WVS/2:12-cv-02669 Notice has been electronically mailed to:**

**WVS/2:12-cv-02669 Notice will not be electronically mailed to:**

Matthew J. Skikos
Skikos, Crawford, Skikos & Joseph, LLP
One Sansome Street
Suite 2830
San Francisco, CA 94104

Piper L. Morrison
Skikos Crawford Skikos and Joseph
625 Market Street
11th Floor
San Francisco, CA 94105

Steven J. Skikos
Skikos Crawford Skikos & Jospeh
One Sansome Street, Suite 2830
San Francisco, CA 94104

**WVS/2:12-cv-08032 Notice has been electronically mailed to:**

**WVS/2:12-cv-08032 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

J. Mark Kell
KELL LAMPIN
Suite A
5770 Mexico Road
St. Peters, MO 63376-2264

Mark Edward Berns
KELL LAMPIN
Suite A
5770 Mexico Road
St. Peters, MO 63376

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824

Charleston, WV 25338-3824

**KYE/7:12-cv-00074 Notice has been electronically mailed to:**

**KYE/7:12-cv-00074 Notice will not be electronically mailed to:**

George M Fleming
Fleming, Nolen, & Jez, LLP
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
3737 Buffalo Speedway
Suite 1850
Houston, TX 77098

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**MN/0:12-cv-02217 Notice has been electronically mailed to:**

**MN/0:12-cv-02217 Notice will not be electronically mailed to:**

Charles H Johnson
LAW OFFICES OF CHARLES H JOHNSON PA
2599 Mississippi Street
New Brighton, MN 55112

Jonathan R Mencel
LAW OFFICES OF CHARLES H JOHNSON PA
2599 Mississippi Street
New Brighton, MN 55112

**WVS/2:12-cv-02475 Notice has been electronically mailed to:**

**WVS/2:12-cv-02475 Notice will not be electronically mailed to:**

Donald Alan Migliori
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fidelma Fitzpatrick
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fred Thompson , III
MOTLEY RICE LLC
50 Clay Street
Suite 1
Morgantown, WV 26501

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Jonathan Orent
MOTLEY RICE LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Michael G. Rousseau
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903

**WVS/2:12-cv-07134 Notice has been electronically mailed to:**

**WVS/2:12-cv-07134 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Jackie Quinton
THE EDWARDS LAW FIRM
Suite 100
8282 South Memorial Avenue
Tulsa, OK 74133

Mark S. Thetford
THE EDWARDS LAW FIRM
Suite 100
8282 South Memorial Avenue
Tulsa, OK 74133

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson

THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**WVS/2:12-cv-02576 Notice has been electronically mailed to:**

**WVS/2:12-cv-02576 Notice will not be electronically mailed to:**

Matthew J. Skikos
Skikos, Crawford, Skikos & Joseph, LLP
One Sansome Street
Suite 2830
San Francisco, CA 94104

Piper L. Morrison
Skikos Crawford Skikos and Joseph
625 Market Street
11th Floor
San Francisco, CA 94105

Steven J. Skikos
Skikos Crawford Skikos & Jospeh
One Sansome Street, Suite 2830
San Francisco, CA 94104

**WVS/2:12-cv-01712 Notice has been electronically mailed to:**

**WVS/2:12-cv-01712 Notice will not be electronically mailed to:**

Joseph H. Saunders
SAUNDERS & WALKER PA
3491 Gandy Boulevard North
Suite 200
P.O. Box 1637
Pinellas Park, FL 33780-1637

**WVS/2:12-cv-01709 Notice has been electronically mailed to:**

**WVS/2:12-cv-01709 Notice will not be electronically mailed to:**

Donald Alan Migliori
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fidelma Fitzpatrick
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fred Thompson , III
MOTLEY RICE LLC
50 Clay Street
Suite 1
Morgantown, WV 26501

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Jonathan Orent
MOTLEY RICE LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Michael G. Rousseau
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903

**WVS/2:13-cv-00495 Notice has been electronically mailed to:**

**WVS/2:13-cv-00495 Notice will not be electronically mailed to:**

Lee B Balefsky
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**WVS/2:12-cv-08140 Notice has been electronically mailed to:**

**WVS/2:12-cv-08140 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Jackie Quinton
Edwards Law Firm (OK)

8282 S Memorial Dr Ste 100
Tulsa, OK 74113

Mark S. Thetford
THE EDWARDS LAW FIRM
Suite 100
8282 South Memorial Avenue
Tulsa, OK 74133

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**WVS/2:14-cv-25732 Notice has been electronically mailed to:**

**WVS/2:14-cv-25732 Notice will not be electronically mailed to:**

Dan Charles Bolton
KELLER FISHBACK & JACKSON
Suite 200
28720 Canwood Street
Agoura Hills, CA 91301

**WVS/2:12-cv-03038 Notice has been electronically mailed to:**

**WVS/2:12-cv-03038 Notice will not be electronically mailed to:**

Laurel L. Simes
Levin Simes, LLP
353 Sacramento Street
Suite 2000
San Francisco, CA 94111

Rachel Beth Abrams
Levin Simes LLP
1160 Battery Street East
Suite 100
San Francisco, CA 94111

William Levin
LEVIN SIMES
20th Floor
353 Sacramento Street
San Francisco, CA 94111

**WVS/2:12-cv-02670 Notice has been electronically mailed to:**

**WVS/2:12-cv-02670 Notice will not be electronically mailed to:**

Matthew J. Skikos
Skikos, Crawford, Skikos & Joseph, LLP
One Sansome Street
Suite 2830
San Francisco, CA 94104

Piper L. Morrison
Skikos Crawford Skikos and Joseph
625 Market Street
11th Floor
San Francisco, CA 94105

Steven J. Skikos
Skikos Crawford Skikos & Jospeh
One Sansome Street, Suite 2830
San Francisco, CA 94104

**WVS/2:17-cv-03712 Notice has been electronically mailed to:**

**WVS/2:17-cv-03712 Notice will not be electronically mailed to:**

Michael A. London
DOUGLAS & LONDON PC
59 Maiden Lane
6th Floor
New York, NY 10038

**KYW/3:12-cv-00399 Notice has been electronically mailed to:**

**KYW/3:12-cv-00399 Notice will not be electronically mailed to:**

Christy D. Jones
Butler Snow LLP
1020 Highland colony Parkway
Suite 1400
Ridgeland, MS 39157

Karl Truman
Karl Truman Law Office, LLC
420 Wall Street
Jeffersonville, IN 47130

**WVS/2:12-cv-09320 Notice has been electronically mailed to:**

**WVS/2:12-cv-09320 Notice will not be electronically mailed to:**

Jackie Quinton

Edwards Law Firm (OK)
8282 S Memorial Dr Ste 100
Tulsa, OK 74113

Mark S. Thetford
THE EDWARDS LAW FIRM
Suite 100
8282 South Memorial Avenue
Tulsa, OK 74133

**WVS/2:12-cv-02751 Notice has been electronically mailed to:**

**WVS/2:12-cv-02751 Notice will not be electronically mailed to:**

Howard L. Nations
LAW OFFICES OF HOWARD L NATIONS
4515 Yoakum Boulevard
Houston, TX 770065895

**WVS/2:12-cv-03130 Notice has been electronically mailed to:**

**WVS/2:12-cv-03130 Notice will not be electronically mailed to:**

Bill Robins , III
Heard Robins Cloud LLP
808 Wilshire Boulevard
Suite 450
Santa Monica, CA 90401

Justin Ross Kaufman
HEARD ROBINS CLOUD & LUBEL LLP
505 Cerrillos Rd a209
SANTA FE, NM 87501

**INN/3:12-cv-00369 Notice has been electronically mailed to:**

**INN/3:12-cv-00369 Notice will not be electronically mailed to:**

Christy D. Jones
Butler Snow LLP
1020 Highland colony Parkway
Suite 1400
Ridgeland, MS 39157

Douglas Dewitt Small
FOLEY & SMALL
1002 East Jefferson Boulevard
South Bend, IN 46617

**WVS/2:17-cv-03582 Notice has been electronically mailed to:**

**WVS/2:17-cv-03582 Notice will not be electronically mailed to:**

Caryn M. Papantonakis
Johnson Law Group - TX
Suite 1700
2925 Richmond Avenue
Houston, TX 77098

DAVID B. THOMAS
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824

**WVS/2:16-cv-06141 Notice has been electronically mailed to:**

**WVS/2:16-cv-06141 Notice will not be electronically mailed to:**

Andrew William Callahan
FLINT & ASSOCIATES LLC
112 Magnolia Drive
P.O. Box 930
Glen Carbon, IL 62034

Jacob A. Flint
Flint Law Firm, LLC
222 E. Park St.
Edwardsville, IL 62025

**WVS/2:12-cv-06438 Notice has been electronically mailed to:**

**WVS/2:12-cv-06438 Notice will not be electronically mailed to:**

Lee B Balefsky
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**WVS/2:12-cv-05208 Notice has been electronically mailed to:**

**WVS/2:12-cv-05208 Notice will not be electronically mailed to:**

Andrew Judson Hill , III
BLASINGAME BURCH GARRARD & ASHLEY PC

P.O. Box 832
Athens, GA 30603

Gary B. Blasingame
BLASINGAME BURCH GARRARD & ASHLEY PC
P.O. Box 832
Athens, GA 30603

HENRY G GARRARD , III
Blasingame, Burch, Garrard & Ashley, P.C.
P.O. Box 832
Athens, GA 30603

James B. Matthews , III
BLASINGAME BURCH GARRARD & ASHLEY, P.C.
P.O. Box 832
Athens, GA 30603

Josh B. Wages
Blasingame Burch Garrard & Ashley, P.C.
P.O. Box 832
Athens, GA 30603

**WVS/2:12-cv-09047 Notice has been electronically mailed to:**

**WVS/2:12-cv-09047 Notice will not be electronically mailed to:**

Lee B Balefsky
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**WVS/2:13-cv-01709 Notice has been electronically mailed to:**

**WVS/2:13-cv-01709 Notice will not be electronically mailed to:**

Jim Mac Perdue , Jr
Perdue Kidd & Vickery
777 Post Oak Blvd.
Suite 450
Houston, TX 77056-3010

**MOE/4:12-cv-00945 Notice has been electronically mailed to:**

**MOE/4:12-cv-00945 Notice will not be electronically mailed to:**

Christy D. Jones
Butler Snow LLP
1020 Highland colony Parkway
Suite 1400
Ridgeland, MS 39157

Kevin J. Davidson
THE ZEVAN AND DAVIDSON LAW FIRM
1 North Taylor Avenue
St. Louis, MO 63108

**WVS/2:16-cv-10890 Notice has been electronically mailed to:**

**WVS/2:16-cv-10890 Notice will not be electronically mailed to:**

Jeffrey Ray Vaughan
Clark Love Hutson
440 Louisiana St
Suite 1600
Houston, TX 77002

**KYE/5:12-cv-00251 Notice has been electronically mailed to:**

**KYE/5:12-cv-00251 Notice will not be electronically mailed to:**

Ben E. Stewart
BRYANT LAW CENTER
601 Washington Street
Paducah, KY 42003

Bryan Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
17 East Main Street Suite 200
Pensacola, FL 32502

Christy D. Jones
Butler Snow LLP
1020 Highland colony Parkway
Suite 1400
Ridgeland, MS 39157

David George Bryant
DAVID BRYANT LAW PLLC
600 W. Main Street
Suite 100
Louisville, KY 40204

Douglass A. Kreis
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC

17 East Main Street Suite 200
Pensacola, FL 32502

Emily Ward Roark
BRYANT LAW CENTER
601 Washington Street
P.O. Box 1876
Paducah, KY 42002

Kenneth L. Sales
Sales, Tillman, Wallbaum, Catlett & Satterley, PLLC
325 W. Main Street
1900 Waterfront Plaza
Louisville, KY 40202

Mark P. Bryant
Bryant Law Center
P.O. Box 1876
Paducah, KY 42002-1876

Susan J Pope
FROST BROWN TODD LLC
250 West Main Street
Suite 2700
Lexington, KY 405071742

**OR/2:12-cv-00863 Notice has been electronically mailed to:**

**OR/2:12-cv-00863 Notice will not be electronically mailed to:**

Christy D. Jones
Butler Snow LLP
1020 Highland colony Parkway
Suite 1400
Ridgeland, MS 39157

Jeffrey A Bowersox
Bowersox Law Firm, P.C.
6960 SW Varns Street, Suite 200
Portland, OR 97223

**WVS/2:12-cv-06512 Notice has been electronically mailed to:**

**WVS/2:12-cv-06512 Notice will not be electronically mailed to:**

Christopher Thomas Kirchmer
PROVOST & UMPHREY LAW FIRM LLP
490 Park Street
PO Box 4905
Beaumont, TX 77704-4905

**WVS/2:14-cv-27487 Notice has been electronically mailed to:**

**WVS/2:14-cv-27487 Notice will not be electronically mailed to:**

Elise A Waisbren
PHILLIPS LAW OFFICES
161 N Clark Street
Suite 4925
Chicago, IL 60601-3296

Stephen D Phillips
PHILLIPS LAW OFFICES
161 N Clark Street
Suite 4925
Chicago, IL 60601-3296

Terrence M Quinn
PHILLIPS LAW OFFICES
161 N Clark Street
Suite 4925
Chicago, IL 60601-3296

**WVS/2:13-cv-02325 Notice has been electronically mailed to:**

**WVS/2:13-cv-02325 Notice will not be electronically mailed to:**

Jayne Conroy
HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP
112 Madison Avenue 7th Floor
New York, NY 10016-7416

John J Foley
Simmons Browder Gianaris Angelides and Barnerd
One Court Street
Alton, IL 62002

Paul J Hanly , Jr
Simmons Hanly Conroy LLC
112 Madison Avenue
7th Floor
New York, NY 10016-7416

Trent B Miracle
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002

**WVS/2:14-cv-23500 Notice has been electronically mailed to:**

**WVS/2:14-cv-23500 Notice will not be electronically mailed to:**

Elise A Waisbren
PHILLIPS LAW OFFICES
161 N Clark Street
Suite 4925
Chicago, IL 60601-3296

Stephen D Phillips
PHILLIPS LAW OFFICES
161 N Clark Street
Suite 4925
Chicago, IL 60601-3296

Terrence M Quinn
PHILLIPS LAW OFFICES
161 N Clark Street
Suite 4925
Chicago, IL 60601-3296

**WVS/2:12-cv-02788 Notice has been electronically mailed to:**

**WVS/2:12-cv-02788 Notice will not be electronically mailed to:**

Amy Eskin
LEVIN SIMES
44 Montgomery Street
32nd Floor
San Francisco, CA 94104

**WVS/2:13-cv-01899 Notice has been electronically mailed to:**

**WVS/2:13-cv-01899 Notice will not be electronically mailed to:**

Gregory L Laker
COHEN & MALAD LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

Irwin B. Levin
COHEN & MALAD LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

Jeff S. Gibson
COHEN & MALAD LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

**WVS/2:13-cv-00479 Notice has been electronically mailed to:**

**WVS/2:13-cv-00479 Notice will not be electronically mailed to:**

Bryan Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
17 East Main Street Suite 200
Pensacola, FL 32502

D. Renee Baggett
LAW OFFICE OF RUSSELL H REIN PA
9511 Holsberry Road
Suite B-6
Pensacola, FL 32534

Douglass A. Kreis
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
17 East Main Street Suite 200
Pensacola, FL 32502

**WVS/2:17-cv-01945 Notice has been electronically mailed to:**

**WVS/2:17-cv-01945 Notice will not be electronically mailed to:**

Caryn M. Papantonakis
Johnson Law Group - TX
Suite 1700
2925 Richmond Avenue
Houston, TX 77098

**WVS/2:17-cv-00602 Notice has been electronically mailed to:**

**WVS/2:17-cv-00602 Notice will not be electronically mailed to:**

Jacob Edward Levy
Gray & White
713 E. Market Street
Suite 200
Louisville, KY 40202

Mark K. Gray
Gray & White
713 E. Market Street
Suite 200
Louisville, KY 40202

Matthew L. White
Gray & White
713 E. Market Street
Suite 200
Louisville, KY 40202

**WVS/2:12-cv-05667 Notice has been electronically mailed to:**

**WVS/2:12-cv-05667 Notice will not be electronically mailed to:**

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**KYE/5:12-cv-00153 Notice has been electronically mailed to:**

**KYE/5:12-cv-00153 Notice will not be electronically mailed to:**

Charles C. Adams , Jr
Herren & Adams
148 N. Broadway
Lexington, KY 40507

Karen H Beyea-Schroeder
Burnett Law Firm
3737 Buffalo Speedway
Suite 1850
Houston, TX 77098

**KYE/5:12-cv-00217 Notice has been electronically mailed to:**

**KYE/5:12-cv-00217 Notice will not be electronically mailed to:**

George M Fleming
Fleming, Nolen, & Jez, LLP
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
3737 Buffalo Speedway
Suite 1850
Houston, TX 77098

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**KYE/6:15-cv-00095 Notice has been electronically mailed to:**

**KYE/6:15-cv-00095 Notice will not be electronically mailed to:**

Adam A. Edwards
Greg Coleman Law PC
First Tennessee Plaza
800 S Gay Street
Suite 1100
Knoxville, TN 37929

Christie Jessica Pratt
Rendigs, Fry, Kiely & Dennis, LLP
600 Vine Street
Suite 2650
Cincinnati, OH 45202

Christy D. Jones
Butler Snow LLP
1020 Highland colony Parkway
Suite 1400
Ridgeland, MS 39157

D. Randall Jewell
Jewell Law Office, PLLC
138 Court Square
P.O. Drawer 670
Barbourville, KY 40906

Donald K. Brown , Jr
O'Bryan, Brown & Toner, PLLC
455 S. Fourth Street
Suite 1500 Starks Building
Louisville, KY 40202

Edward A Wallace
WEXLER WALLACE LLP
55 West Monroe Street
Suite 3300
Chicago, IL 60603

GREGORY F. COLEMAN
Greg Coleman Law, PC
800 S. Gay St
Suite 1100
Knoxville, TN 37929

Susan J Pope
FROST BROWN TODD LLC
250 West Main Street
Suite 2700

Lexington, KY 405071742

Thomas M. Evans
Rendigs, Fry, Kiely & Dennis, LLP
600 Vine Street
Suite 2650
Cincinnati, OH 45202

**KYE/7:12-cv-00070 Notice has been electronically mailed to:**

**KYE/7:12-cv-00070 Notice will not be electronically mailed to:**

Christy D. Jones
Butler Snow LLP
1020 Highland colony Parkway
Suite 1400
Ridgeland, MS 39157

George M Fleming
Fleming, Nolen, & Jez, LLP
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
3737 Buffalo Speedway
Suite 1850
Houston, TX 77098

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**WVS/2:13-cv-00064 Notice has been electronically mailed to:**

**WVS/2:13-cv-00064 Notice will not be electronically mailed to:**

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**WVS/2:17-cv-02088 Notice has been electronically mailed to:**

**WVS/2:17-cv-02088 Notice will not be electronically mailed to:**

Caryn M. Papantonakis
Johnson Law Group - TX
Suite 1700
2925 Richmond Avenue
Houston, TX 77098

**WVS/2:12-cv-07874 Notice has been electronically mailed to:**

**WVS/2:12-cv-07874 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Mark W Davis
DAVIS & CRUMP PC
2601 14th Street
Gulfport, MS 39501

Philip J. Combs
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Susan M. Robinson
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

**WVS/2:12-cv-02477 Notice has been electronically mailed to:**

**WVS/2:12-cv-02477 Notice will not be electronically mailed to:**

Donald Alan Migliori
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fidelma Fitzpatrick
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fred Thompson , III
MOTLEY RICE LLC

50 Clay Street
Suite 1
Morgantown, WV 26501

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Jonathan Orent
MOTLEY RICE LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Michael G. Rousseau
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903

**WVS/2:12-cv-09098 Notice has been electronically mailed to:**

**WVS/2:12-cv-09098 Notice will not be electronically mailed to:**

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

**WVS/2:12-cv-01974 Notice has been electronically mailed to:**

**WVS/2:12-cv-01974 Notice will not be electronically mailed to:**

Alyson L. Oliver
Oliver Law Group PC
363 W. Big Beaver Road
Suite 200
Troy, MI 48084

**KYW/3:12-cv-00389 Notice has been electronically mailed to:**

**KYW/3:12-cv-00389 Notice will not be electronically mailed to:**

Christy D. Jones
Butler Snow LLP
1020 Highland colony Parkway
Suite 1400
Ridgeland, MS 39157

Karl Truman
Karl Truman Law Office, LLC
420 Wall Street
Jeffersonville, IN 47130

**WVS/2:17-cv-00063 Notice has been electronically mailed to:**

**WVS/2:17-cv-00063 Notice will not be electronically mailed to:**

Clayton A Clark
CLARK LOVE & HUTSON GP
440 Louisiana Street
Suite 1600
Houston, TX 77002

Scott A Love
Clark, Love & Hutson, GP
440 Louisiana
Ste 1600
Houston, TX 77002

W. Michael Moreland
CLARK LOVE & HUTSON
Suite 1600
440 Louisiana Street
Houston, TX 77002

**WVS/2:12-cv-05958 Notice has been electronically mailed to:**

**WVS/2:12-cv-05958 Notice will not be electronically mailed to:**

Amanda Robinson
ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS
19 Corporate Plaza Drive
Newport Beach, CA 92660-7904

Karen Barth Menzies
Gibbs Law Group LLP (Oakland, CA Office)
505 14th Street
Suite 1110
Oakland, CA 94612

Mark P. Robinson , Jr
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive

Newport Beach, CA 92660

**INS/1:12-cv-01462 Notice has been electronically mailed to:**

**INS/1:12-cv-01462 Notice will not be electronically mailed to:**

Christy D. Jones
Butler Snow LLP
1020 Highland colony Parkway
Suite 1400
Ridgeland, MS 39157

Jeff S. Gibson
COHEN & MALAD LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

**KYE/6:12-cv-00127 Notice has been electronically mailed to:**

**KYE/6:12-cv-00127 Notice will not be electronically mailed to:**

George M Fleming
Fleming, Nolen, & Jez, LLP
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056

Karen H Beyea-Schroeder
Burnett Law Firm
3737 Buffalo Speedway
Suite 1850
Houston, TX 77098

Karl N. Truman
420 Wall St
Jeffersonville, IN 47130

**KYW/3:13-cv-00467 Notice has been electronically mailed to:**

**KYW/3:13-cv-00467 Notice will not be electronically mailed to:**

Christy D. Jones
Butler Snow LLP
1020 Highland colony Parkway
Suite 1400
Ridgeland, MS 39157

Kenneth H. Baker
239 S. Fifth Street, Suite 1500
Louisville, KY 40202

**WVS/2:12-cv-06907 Notice has been electronically mailed to:**

**WVS/2:12-cv-06907 Notice will not be electronically mailed to:**

Joseph Lyon
THE LYON FIRM
22 West 9th
Cincinnati, OH 45202

**WVS/2:13-cv-01746 Notice has been electronically mailed to:**

**WVS/2:13-cv-01746 Notice will not be electronically mailed to:**

Jayne Conroy
HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP
112 Madison Avenue 7th Floor
New York, NY 10016-7416

John J Foley
Simmons Browder Gianaris Angelides and Barnerd
One Court Street
Alton, IL 62002

Paul J Hanly , Jr
Simmons Hanly Conroy LLC
112 Madison Avenue
7th Floor
New York, NY 10016-7416

Trent B Miracle
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002

**WVS/2:12-cv-02135 Notice has been electronically mailed to:**

**WVS/2:12-cv-02135 Notice will not be electronically mailed to:**

Donald Alan Migliori
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fidelma Fitzpatrick
Motley Rice LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Fred Thompson , III
MOTLEY RICE LLC
50 Clay Street
Suite 1
Morgantown, WV 26501

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Jonathan Orent
MOTLEY RICE LLC
55 Cedar Street
Suite 100
Providence, RI 02903

Michael G. Rousseau
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903

**WVS/2:15-cv-16354 Notice has been electronically mailed to:**

**WVS/2:15-cv-16354 Notice will not be electronically mailed to:**

DAVID B. THOMAS
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824

Edward A Wallace
WEXLER WALLACE LLP
55 West Monroe Street
Suite 3300
Chicago, IL 60603

GREGORY F. COLEMAN
Greg Coleman Law, PC
800 S. Gay St
Suite 1100
Knoxville, TN 37929

Michael H. Bowman
WEXLER WALLACE
Suite 3300
55 West Monroe Street
Chicago, IL 60603

**WVS/2:12-cv-01711 Notice has been electronically mailed to:**

**WVS/2:12-cv-01711 Notice will not be electronically mailed to:**

Joseph H. Saunders
SAUNDERS & WALKER PA
3491 Gandy Boulevard North
Suite 200
P.O. Box 1637
Pinellas Park, FL 33780-1637

**KYW/3:12-cv-00403 Notice has been electronically mailed to:**

**KYW/3:12-cv-00403 Notice will not be electronically mailed to:**

Bryan Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
17 East Main Street Suite 200
Pensacola, FL 32502

Christy D. Jones
Butler Snow LLP
1020 Highland colony Parkway
Suite 1400
Ridgeland, MS 39157

D. Renee Baggett
LAW OFFICE OF RUSSELL H REIN PA
9511 Holsberry Road
Suite B-6
Pensacola, FL 32534

Douglass A. Kreis
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
17 East Main Street Suite 200
Pensacola, FL 32502

James Gerard Stranch , IV
BRANSTETTER STRANCH & JENNINGS PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

Neil D. Overholtz
AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC
17 E. Main Street
Suite 200
Pensacola, FL 32502

Stacey A. Skillman
BRANSTETTER STRANCH & JENNINGS PLLC

223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

**WVS/2:13-cv-02465 Notice has been electronically mailed to:**

**WVS/2:13-cv-02465 Notice will not be electronically mailed to:**

Jim Mac Perdue , Jr
Perdue Kidd & Vickery
777 Post Oak Blvd.
Suite 450
Houston, TX 77056-3010

**WVS/2:13-cv-02549 Notice has been electronically mailed to:**

**WVS/2:13-cv-02549 Notice will not be electronically mailed to:**

David B. Thomas
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824

Michael Leslie Hodges
HODGES LAW FIRM
13420 Santa Fe Trail Drive
Lenexa, KS 66215

**WVS/2:17-cv-03869 Notice has been electronically mailed to:**

**WVS/2:17-cv-03869 Notice will not be electronically mailed to:**

Caryn M. Papantonakis
Johnson Law Group - TX
Suite 1700
2925 Richmond Avenue
Houston, TX 77098

**KYW/3:12-cv-00390 Notice has been electronically mailed to:**

**KYW/3:12-cv-00390 Notice will not be electronically mailed to:**

Christy D. Jones
Butler Snow LLP
1020 Highland colony Parkway
Suite 1400
Ridgeland, MS 39157

Karl Truman
Karl Truman Law Office, LLC
420 Wall Street

Jeffersonville, IN 47130

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/30/2018] [FileNumber=822211-0]

[34237d4cae1a8b7e1de4972e484de8776bd577aeb8ed3c0c2eb26a70e81e8f45859cd
943fc8a88fda9af5e4176d8e331132eab716b619196a65ef0e79e2919af]]

*This is a re-generated NEF. Created on 5/7/2018 at 10:48 AM EDT*