**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **Master File No. 2:12-MD-02327 MDL 2327** |
| THIS DOCUMENT RELATES TO: WAVE 8 CASES LISTED IN EXHIBIT A | **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF PENDING MOTION TO
PRECLUDE EVIDENCE OR ARGUMENT RELATING TO PATHOLOGY AND
DEGRADATION CLAIMS BASED ON THE FAILURE TO COMPLY WITH
PTO #121 AND PTO #190 BY CERTAIN PLAINTIFFS**

Given that Plaintiffs' counsel has now cured the deficiencies set forth in Ethicon's Motion

dated April 27, 2018, Defendants hereby give notice of the withdrawal of their Motion to Preclude

Evidence or Argument Relating to Pathology and Degradation Claims Based on the Failure to

Comply with PTO #121 and PTO #190 by Certain Plaintiffs (Dkt. 5688).

Respectfully submitted,

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
THOMAS COMBS & SPANN, PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
srobinson@tcspllc.com

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

Counsel for Defendants
Ethicon, Inc. and Johnson & Johnson

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **Master File No. 2:12-MD-02327 MDL 2327** |
| THIS DOCUMENT RELATES TO: ALL CASES | **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

## CERTIFICATE OF SERVICE

I certify that on May 9, 2018, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage