IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:   ETHICON, INC.                                          MDL NO. 2327
         PELVIC REPAIR SYSTEM
         PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES
ASSIGNED TO JUDGE GOODWIN

## O R D E R

Pending before the court is a Motion for Withdrawal and Substitution of Counsel filed on January 25, 2018 [ECF No. 5230], and a Motion for Withdrawal and Sustituion [*sic*] of Counsel filed on January 29, 2018 [ECF 5234]. In both motions, defendants, Ethicon, Inc., Ethicon LLC and Johnson & Johnson (hereinafter referred to as "Ethicon defendants"), request that an attorney from the law firm of Butler Snow LLP and an attorney from the law firm of Thomas Combs & Spann PLLC be withdrawn as counsel and an attorney from each firm be substituted as counsel for the Ethicon defendants.  The Ethicon defendants request that in the main MDL and each member case in MDL No. 2327 in which attorney Christy D. Jones of Butler Snow LLP appears she be withdrawn as counsel, and attorney William M. Gage of Butler Snow LLP be substituted as counsel [ECF No. 5230].  The Ethicon defendants also request that in the main MDL and each member case in MDL No. 2327 in which attorney David B. Thomas of Thomas Combs & Spann PLLC appears he be withdrawn as counsel, and attorney Susan M. Robinson of Thomas Combs & Spann PLLC be substituted as counsel [ECF No. 5234].

The court **ORDERS** that the Motion for Withdrawal and Substitution of Counsel and the Motion for Withdrawal and Sustituion [*sic*] of Counsel are **GRANTED.**

The Court **DIRECTS** the  Clerk to terminate Christy D. Jones as counsel for the Ethicon

defendants and to substitute William M. Gage as counsel of record, both on the main master docket and for each individual member case in MDL 2327 with which Christy D. Jones is associated.  The court further **DIRECTS** the Clerk to terminate David B. Thomas as counsel for the Ethicon defendants and to substitute Susan M. Robinson as counsel of record, both on the main master docket and for each individual member case in MDL 2327 with which David B. Thomas is associated.  The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  May 10, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE