DENIED and SO ORDERED
ENTER: May 11, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: ETHICON INC., PELVIC REPAIR SYSTEM          MDL No. 2327
PRODUCTS LIABILITY LITIGATION

HONORABLE JUDGE
JOSEPH R. GOODWIN

**UNOPPOSED MOTION FOR APPOINTING HON. JAMES ROSENBAUM AS SPECIAL MASTER FOR PRIVATE SETTLEMENT AGREEMENT BETWEEN ETHICON AND CERTAIN PLAINTIFFS' COUNSEL**

Zimmerman Reed LLP, as counsel for certain plaintiffs in this MDL 2327, hereby moves the Court for entry of an Order to appoint the Hon. James Rosenbaum as Special Master to perform certain defined functions related to the administration and implementation of the Confidential Master Settlement Agreement as agreed by plaintiffs' counsel Zimmerman Reed LLP and defendants Ethicon, Inc. and Johnson & Johnson (collectively "Ethicon"). Specifically, as agreed by the parties, Hon. James Rosenbaum, as the Special Master for the administration of the confidential settlement, will perform certain duties of the Special Master, in furtherance of the fair and efficient administration and implementation of the settlements. This Motion also seeks permission for the Special Master to have *ex parte* communications with the parties to the Settlement Agreement, i.e., plaintiffs' counsel and their clients, Ethicon and its counsel, or the Court, and such *ex parte* communications shall not be deemed to have waived any attorney-client privileges. The Special Master shall be compensated privately as specified by agreement with the Special Master.

For reasons stated above, Zimmerman Reed LLP respectfully requests that the Court appoint the Hon. James Rosenbaum as Special Master for the private settlement agreement between Zimmerman Reed LLP and Ethicon, and enter an Order in the form submitted herewith.

DATED: April 24, 2018              ZIMMERMAN REED LLP,


                                   s/Jason P. Johnston
                                   Carolyn G. Anderson, MN #275712
                                   Jason P. Johnston, MN # 0397206
                                   1100 IDS Center, 80 S 8th St
                                   Minneapolis, MN 55402
                                   Phone: (612) 341-0400
                                   Fax: (612) 341-0844
                                   Carolyn.Anderson@zimmreed.com
                                   Jason.Johnston@zimmreed.com

                                   *Counsel for Plaintiffs*