DENIED and SO ORDERED
ENTER: May 11, 2018

*JOSEPH R. GOODWIN*
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327<br><br>HONORABLE JUDGE<br>JOSEPH R. GOODWIN |

**AMENDED UNOPPOSED MOTION FOR APPOINTING HON. JAMES ROSENBAUM AS SETTLEMENT MASTER FOR PRIVATE SETTLEMENT AGREEMENT BETWEEN ETHICON AND CERTAIN PLAINTIFFS' COUNSEL**

Zimmerman Reed LLP, as counsel for certain plaintiffs in this MDL 2327, hereby moves the Court for entry of an Order to appoint the Hon. James Rosenbaum as Settlement Master to perform certain defined functions related to the administration and implementation of the Confidential Master Settlement Agreement as agreed by plaintiffs' counsel Zimmerman Reed LLP and defendants Ethicon, Inc. and Johnson & Johnson (collectively "Ethicon"). Specifically, as agreed by the parties, Hon. James Rosenbaum, as the Settlement Master for the administration of the confidential settlement, will perform certain duties of the Settlement Master, in furtherance of the fair and efficient administration and implementation of the settlements. This Motion also seeks permission for the Settlement Master to have *ex parte* communications with the parties to the Settlement Agreement, i.e., plaintiffs' counsel and their clients, Ethicon and its counsel, or the Court, and such *ex parte* communications shall not be deemed to have waived any attorney-client privileges. The Settlement Master shall be compensated privately as specified by agreement with the Settlement Master.

For reasons stated above, Zimmerman Reed LLP respectfully requests that the Court appoint the Hon. James Rosenbaum as Settlement Master for the private settlement agreement between Zimmerman Reed LLP and Ethicon, and enter an Order in the form submitted herewith.

DATED:  May 3, 2018                    ZIMMERMAN REED LLP,


                                                                   s/Jason P. Johnston
Carolyn G. Anderson, MN #275712
Jason P. Johnston, MN # 0397206
1100 IDS Center, 80 S 8th St
Minneapolis, MN 55402
Phone: (612) 341-0400
Fax: (612) 341-0844

Carolyn.Anderson@zimmreed.com
Jason.Johnston@zimmreed.com

***Counsel for Plaintiffs***