IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON, INC.,
　　　　　PELVIC REPAIR SYSTEM
　　　　　PRODUCTS LIABILITY LITIGATION　　　　　MDL NO. 2327

## ORDER

On May 10, 2018, I entered an Order in *In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation,* 2:12-md-2327 ("MDL 2327") [ECF No. 5732]. For reasons appearing to the court, it is **ORDERED** that the May 10, 2018, order [ECF No. 5732] is **VACATED.**

The court **DIRECTS** the Clerk to file a copy of this order in MDL 2327 and to send a copy of this order to counsel of record and any unrepresented parties.

ENTER: May 11, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE