**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**


IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

                                                        MDL NO. 2327


THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE
ATTACHED EXHIBITS:


**JOINT MOTION TO DISMISS DEFENDANT**
**C.R. BARD, INC. WITH PREJUDICE**

            Plaintiffs in the cases listed on the attached Exhibits A-Q and Defendant C.R. Bard, Inc.

("Bard") advise the Court that they have compromised and settled all claims between them in

these actions, including all counterclaims, cross-claims and third party claims.  Accordingly,

Plaintiffs and Bard jointly move the court to dismiss Bard as a defendant in these actions with

prejudice, and terminate Bard from the docket in the actions, parties to bear their own costs.

Other Defendants remain in these actions, and Plaintiffs will continue to prosecute these actions

against them.

Respectfully:

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000
*Attorney for Defendant C.R. Bard, Inc.*

/s/ Thomas Richard Anapol
ANAPOL WEISS
One Logan Square, 16th Floor
130 North 18th Street
Philadelphia, PA 19103
215/790-4572
Fax: 215/875-7707
Email: tanapol@anapolweiss.com
*Attorney for Plaintiff on Exhibit A*

/s/ Bryan F. Aylstock
AYLSTOCK, WITKIN, KREIS AND OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
T: 850-202-1010
F: 850-916-7449
Email: baylstock@awkolaw.com
*Attorney for Plaintiffs on Exhibit B*

/s/  Laura J. Baughman
BARON & BUDD
Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219-4281
214/521-3605
Fax: 214/520-1181
Email: lbaughman@baronbudd.com
*Attorney for Plaintiffs on Exhibit C*

/s/ Ryan M. Anderson
BIGHORN LAW
716 South Jones Boulevard
Las Vegas, NV 89107
702/333-1111
Fax: 702/507-0092
Email: ryan@morrisandersonlaw.com
*Attorney for Plaintiff on Exhibit D*

/s/ Seth S. Webb
BROWN & CROUPPEN
Suite 1600
211 North Broadway
St. Louis, MO 63102
314/421-0216
Fax: 314/421-4061
Email: sethw@getbc.com
*Attorney for Plaintiff on Exhibit E*

/s/ Brian A. Goldstein
CELLINO & BARNES
2500 Main Place Tower
350 Main Street
Buffalo, NY 14202-3725
716/854-2020
Fax: 716/854-6291
Email: brian.goldstein@cellinoandbarnes.com
*Attorney for Plaintiff on Exhibit F*

/s/ Gregory L. Laker
COHEN & MALAD
Suite 1400
One Indiana Square
Indianapolis, IN 46204
317/636-6481
Fax: 317/636-2593
Email: glaker@cohenandmalad.com
*Attorney for Plaintiffs on Exhibit G*

/s/ Matthew John Morrison
HARRISON DAVIS STEAKLEY MORRISON
5 Ritchie Road
Waco, TX 76712
254/761-3300
Fax: 254/761-3301
Email: Matt@TheTrialLawyers.com
*Attorney for Plaintiff on Exhibit H*

/s/ Alex Barlow
HEARD ROBINS CLOUD & BLACK
2000 West Loop South, Suite 2200
Houston, TX 77027
713/650-1200
Fax: 713/650-1400
Email: barlow@heardrobins.com
*Attorney for Plaintiffs on Exhibit I*

/s/ Kevin M. Fitzgerald
LEWIS SAUL & ASSOCIATES
183 Middle Street, Suite 200
Portland, ME 04101
207/874-7407
Fax: 207/874-4930
Email: kfitzgerald@lewissaul.com
*Attorney for Plaintiff on Exhibit J*

/s/ Regina S. Johnson
LOPEZ MCHUGH
214 Flynn Avenue
Moorestown, NJ 08057
856/273-8500
Fax: 856/273-8502
Email: rjohnson@lopezmchugh.com
*Attorney for Plaintiffs on Exhibit K*

/s/ Alan S. Lazar
MARLIN & SALTZMAN
Suie 208
29229 Canwood Street
Agoura Hills, CA 91301
818/991-8080
Fax: 818/991-8081
Email: alazar@marlinsaltzman.com
*Attorney for Plaintiffs on Exhibit L*

/s/ Les Weisbrod
MILLER WEISBROD
11551 Forest Central Drive, Suite 300
Dallas, TX 75243
214/987-0005
Fax: 214/987-2545
Email: lweisbrod@millerweisbrod.com
*Attorney for Plaintiffs on Exhibit M*

/s/ Dianne M. Nast
NASTLAW
Suite 2801
1101 Market Street
Philadelphia, PA 19107
215/923-9300
Fax: 215/923-9302
Email: dnast@nastlaw.com
*Attorney for Plaintiffs on Exhibit N*

/s/ Ellen A. Presby
NEMEROFF LAW FIRM
2626 Cole Avenue, Suite 450
Dallas, TX 75204
214/774-2258
Fax: 214/393-7897
Email: ellenpresby@nemerofflaw.com
*Attorney for Plaintiffs on Exhibit O*

/s/ Andrew J. Fink
SOLIS LAW FIRM
5310 West Cermak Road
Cicero, IL 60804
708/795-0400
Fax: 708/652-4711
Email: transvaginal.mesh.solis@gmail.com
*Attorney for Plaintiffs on Exhibit P*

/s/ Ryan L. Thompson
WATTS GUERRA CRAFT
5250 Prue Road, Suite 525
San Antonio, TX 78240
210/448-0500
Fax: 210/448-0501
Email: rlt-bulk@wattsguerra.com
*Attorney for Plaintiff on Exhibit Q*

Dated: May 11, 2018

## EXHIBIT A – ANAPOL WEISS

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-05328 | Jennifer Emerich v. C.R. Bard, Inc., et al. |

**EXHIBIT B – AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-00341 | Helen M. Brown and Robert E. Ruttkay v. C.R. Bard, Inc., et al. |
| 2:12-cv-08023 | Debra A. Johnson v. C.R. Bard, Inc., et al. |
| 2:13-cv-02850 | Christy Marie Hannon and Ronny Jay Hannon v. C.R. Bard, Inc., et al. |
| 2:13-cv-25557 | Barbara Kay Broussard v. C.R. Bard, Inc., et al. |
| 2:13-cv-26703 | Candice Holder v. C.R. Bard, Inc., et al. |
| 2:14-cv-08002 | Bridget K. Harper-Leonard v. C.R. Bard, Inc., et al. |
| 2:14-cv-08207 | Linda C. Sine and David M. Sine v. C.R. Bard, Inc., et al. |
| 2:14-cv-08835 | Shirley E. Williams v. C.R. Bard, Inc., et al. |
| 2:14-cv-26701 | Sue A. Mackin v. C.R. Bard, Inc., et al. |
| 2:15-cv-06181 | Joy Lewter v. C.R. Bard, Inc., et al. |
| 2:15-cv-07642 | Lyndia A. McCool v. C.R. Bard, Inc., et al. |
| 2:15-cv-07658 | Jaime Ann Ennis v. C.R. Bard, Inc., et al. |
| 2:16-cv-01937 | Patricia White v. C.R. Bard, Inc., et al. |

## EXHIBIT C – BARON & BUDD

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-26042 | Linda Reeves and Herman Reeves v. C.R. Bard, Inc., et al. |

**EXHIBIT D – BIGHORN LAW**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-cv-06050 | Bambi Lynn McNail v. C.R. Bard, Inc., et al. |

## EXHIBIT E – BROWN & CROUPPEN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-14491 | Judith L. Johnson v. C.R. Bard, Inc., et al. |

## EXHIBIT F – CELLINO & BARNES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-04054 | Ines Velez-Vega v. C.R. Bard, Inc., et al. |

## EXHIBIT G – COHEN & MALAD

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-16804 | Roseanna Drummond and Mark Drummond v. C.R. Bard, Inc., et al. |

## EXHIBIT H – HARRISON DAVIS STEAKLEY MORRISON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-12287 | Jackie Shrode v. C.R. Bard, Inc., et al. |

**EXHIBIT I – HEARD ROBINS CLOUD & BLACK**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-11098 | Lisa Ann Shank and Meade Shank v. C.R. Bard, Inc., et al. |
| 2:14-cv-17637 | Janice Smith v. C.R. Bard, Inc., et al. |
| 2:14-cv-18562 | Phyllis Willdermood and William Willdermood, Sr. v. C.R. Bard, Inc., et al. |
| 2:14-cv-21212 | Joy J. Gonzales v. C.R. Bard, Inc., et al. |
| 2:14-cv-22463 | Iris Putnam v. C.R. Bard, Inc., et al. |

## EXHIBIT J – LEWIS SAUL & ASSOCIATES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-cv-00081 | Karen Mullane v. C.R. Bard, Inc., et al. |

**EXHIBIT K – LOPEZ MCHUGH**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-08964 | Eri Hensley and Randall Hensley v. C.R. Bard, Inc., et al. |
| 2:13-cv-28634 | Linda Turner and Kenneth Faulk v. C.R. Bard, Inc., et al. |

**EXHIBIT L – MARLIN & SALTZMAN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-00381 | Betty Lucas and Peter Lucas v. C.R. Bard, Inc., et al. |

**EXHIBIT M – MILLER WEISBROD**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-08360 | Kimberly Sells v. C.R. Bard, Inc., et al. |
| 2:13-cv-10156 | Marjorie Miller v. C.R. Bard, Inc., et al. |
| 2:13-cv-11726 | Ignacia G. Sandoval v. C.R. Bard, Inc., et al. |
| 2:13-cv-20825 | Debra Walden v. C.R. Bard, Inc., et al. |
| 2:13-cv-27698 | Patricia Cranmer v. C.R. Bard, Inc., et al. |
| 2:16-cv-01366 | Pamela S. Hanko v. C.R. Bard, Inc., et al. |

**EXHIBIT N – NASTLAW**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-16815 | Rachel Pearson and Terry Pearson v. C.R. Bard, Inc., et al. |

**EXHIBIT O – NEMEROFF LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-21660 | Susan K. Horner and Bruce G. Horner v. C.R. Bard, Inc., et al. |

## EXHIBIT P – SOLIS LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-18144 | Sonia Peinado and Isidro Peinado v. C.R. Bard, Inc., et al. |
| 2:13-cv-22601 | Cholonda Allen v. C.R. Bard, Inc., et al. |

**EXHIBIT Q – WATTS GUERRA CRAFT**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-22514 | Janet Mottice v. C.R. Bard, Inc., et al. |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Richard B. North, Jr.