*The motion to withdraw is GRANTED; it is further ORDERED that motion(s) 5688 is/are DENIED as MOOT.*

ENTER: 5/11/18

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>WAVE 8 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## DEFENDANTS' NOTICE OF WITHDRAWAL OF PENDING MOTION TO PRECLUDE EVIDENCE OR ARGUMENT RELATING TO PATHOLOGY AND DEGRADATION CLAIMS BASED ON THE FAILURE TO COMPLY WITH PTO #121 AND PTO #190 BY CERTAIN PLAINTIFFS

Given that Plaintiffs' counsel has now cured the deficiencies set forth in Ethicon's Motion dated April 27, 2018, Defendants hereby give notice of the withdrawal of their Motion to Preclude Evidence or Argument Relating to Pathology and Degradation Claims Based on the Failure to Comply with PTO #121 and PTO #190 by Certain Plaintiffs (Dkt. 5688).

Respectfully submitted,

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
THOMAS COMBS & SPANN, PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
srobinson@tcspllc.com

                        */s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

Counsel for Defendants
Ethicon, Inc. and Johnson & Johnson

2