# EXHIBIT A

|     | **Case**                   | **Civil Action No.** |
|-----|----------------------------|----------------------|
| 1.  | Barbara Ann Wesley         | 2:13cv28498          |
| 2.  | Mary Dolores Abundis       | 2:13cv23711          |
| 3.  | Sandra Sue Deese           | 2:16cv01156          |
| 4.  | Diane Kay Selph-Davis      | 2:13cv23465          |
| 5.  | Karen Huddleston Haynes    | 2:13cv24150          |
| 6.  | Suzette Kay Keller         | 2:13cv24825          |
| 7.  | Virginia Gale Corder       | 2:16cv10988          |
| 8.  | Rebeca A. Oliver           | 2:17cv04390          |
| 9.  | Anna Bench Hale            | 2:16cv10857          |
| 10. | Charlotte Jannie Cooke     | 2:16cv04375          |
| 11. | Silvia L. Perez            | 2:13cv16393          |
| 12. | Paula Sue Bardo            | 2:13cv23717          |
| 13. | Mary E. Jarvis             | 2:15cv13888          |
| 14. | Jennifer Lynne Dunford     | 2:17cv03312          |
| 15. | Laurie Melinda Imhoff      | 2:13cv23712          |
| 16. | Barbara Sue Hodge          | 2:15cv12908          |
| 17. | Lisa A. Johnson            | 2:14cv29438          |
| 18. | Helen Alison Shutt         | 2:17cv03843          |
| 19. | Debra Ann Gutierrez        | 2:14cv01045          |
| 20. | Anita Calhoun Hempstead    | 2:13cv09300          |
| 21. | Linda Cochran Powers       | 2:14cv12626          |
| 22. | Kelly D. Smith             | 2:15cv03324          |
| 23. | Terri D. Swavely           | 2:14cv24222          |
| 24. | Rita Elizabeth Valadez     | 2:16cv01266          |
| 25. | Brenda Gail Goats          | 2:13cv26030          |
| 26. | Angela H. C. Carpenter     | 2:13cv23171          |
| 27. | Vickii J. Newnham          | 2:15cv14992          |
| 28. | Mitsey L. Dodson           | 2:13cv03546          |
| 29. | Karen L. Vourvopoulos      | 2:15cv09619          |
| 30. | Brenda Loomis March        | 2:13cv22928          |
| 31. | Cleo Lorton Zyph           | 2:16cv12024          |
| 32. | Suzanne Louise Harris      | 2:16cv12010          |
| 33. | Andra Louise Hackney       | 2:14cv10229          |
| 34. | Barbara M. Atkinson        | 2:13cv14888          |
| 35. | Janet M. Arendas           | 2:13cv18724          |
| 36. | Sofia Martinez Villalobos  | 2:13cv18155          |
| 37. | Renie Masterson Price      | 2:16cv12548          |
| 38. | Tynise R. Wright           | 2:15cv00500          |
| 39. | Wanda Scott Watters        | 2:16cv01696          |
| 40. | Christine Trimble Whipple  | 2:12cv05402          |
| 41. | Rafaela Davila             | 2:16cv00935          |
| 42. | Ashley Wiegand             | 2:16cv07273          |
| 43. | Deborah Freiss-Zito        | 2:13cv24249          |
| 44. | Karinette Carpenter        | 2:17cv04168          |
| 45. | Karen Bickel               | 2:13cv19721          |
| 46. | Isabel Daughters           | 2:14cv17334          |
| 47. | Lisa Ruedy                 | 2:13cv32666          |