IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**MOTION FOR CHANGE OF ATTORNEY INFORMATION**

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating the firm address in MDL Nos. 2327, 2187, 2325, 2326, 2387, and 2440, and each individual case in which attorneys Joseph J. Zonies and Gregory D. Bentley are associated.  In support of the Motion, the undersigned states as follows:

The firm's new address is as follows:

> Zonies Law LLC
> 1700 Lincoln Street, Suite 2400
> Denver, CO  80203

Accordingly, Plaintiffs respectfully request the Court enter an Order updating the firm contact information in MDL Nos. 2327, 2187, 2325, 2326, 2387, and 2440, and each individual case in which attorneys Joseph J. Zonies and Gregory D. Bentley are associated.

Dated: May 11, 2018    Respectfully submitted,


*s/ Joseph J. Zonies*
Joseph J. Zonies, Esq.
Gregory D. Bentley, Esq.
**ZONIES LAW LLC**
1700 Lincoln Street, Suite 2400
Denver, CO  80203
Main: 720-464-5300
Fax: 720-961-9252
jzonies@zonieslaw.com
gbentley@zonieslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing **MOTION FOR CHANGE OF ATTORNEY INFORMATION** on May 11TH, 2018, using the Court's CM/ECF filing system, thereby sending notice of said filing to all counsel.

        *s/ Jenelle Cox*
        Jenelle Cox