UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### ORDER

For reasons appearing to the Court, the civil actions listed on Exhibit A are hereby REASSIGNED from the docket of the Honorable Robert C. Chambers, United States District Judge, to the docket of the Honorable Thomas E. Johnston, United States District Judge, for all further proceedings.

This Order applies to the individual cases listed on Exhibit A, and shall be filed in the individual cases listed on Exhibit A and on the docket for the main MDL 2327. Copies of this order shall be forwarded by the Clerk to Judge Chambers, Chief Judge Johnston, counsel of record, and to any unrepresented parties.

DATED:  May 15, 2018

_____
RORY L. PERRY II
Clerk of Court

# EXHIBIT A

| Case No. | Case Style |
|---|---|
| 2:12-cv-02788 | Coward, v. Ethicon, Inc., et al. |
| 2:12-cv-05412 | Moore et al. v. Ethicon, Inc., et al. |
| 2:13-cv-00479 | Richardville v. Ethicon Inc., et al. |
| 2:13-cv-01899 | Jay v. Ethicon, Inc., et al. |