**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE AMERICAN MEDICAL SYSTEMS,**<br>**PELVIC REPAIR SYSTEM PRODUCT**<br>**LIABILITY LITIGATION** | **MDL No. 2325** |
| **IN RE BOSTON SCIENTIFIC CORP.,**<br>**PELVIC REPAIR SYSTEM PRODUCTS**<br>**LIABILITY LITIGATION** | **MDL No. 2326** |
| **IN RE ETHICON, INC.,**<br>**PELVIC REPAIR SYSTEM PRODUCTS**<br>**LIABILITY LITIGATION** | **MDL No. 2327** |
| **IN RE COLOPLAST CORP.,**<br>**PELVIC REPAIR SYSTEM PRODUCTS**<br>**LIABILITY LITIGATION** | **MDL No. 2387** |
| **IN RE COOK MEDICAL, INC.**<br>**PELVIC REPAIR SYSTEM PRODUCTS**<br>**LIABILITY LITIGATION** | **MDL No. 2440** |

**MOTION FOR WITHDRAWAL
<u>AND SUBSTITUTION OF COUNSEL</u>**

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court to withdraw Christy Jones and substitute Attorney William M. Gage as Counsel in MDL Nos. 2325, 2326, 2327, 2387, and 2440 and all member civil actions related to MDL Nos. 2325, 2326, 2327, 2387, and 2440 in which they appear.

Respectfully submitted,


/s/ *Christy D. Jones*
Christy D. Jones (MS Bar #3192)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com


/s/ *William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com


*Counsel for Ethicon Defendants*

2

## CERTIFICATE OF SERVICE

I certify that on May 15, 2018, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com