**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE:   ETHICON, INC.,
         PELVIC REPAIR SYSTEM
         PRODUCTS LIABILITY LITIGATION     MDL No. 2327

THIS DOCUMENT RELATES TO:
ALL CASES ON AN INACTIVE DOCKET
ASSIGNED TO CHIEF JUDGE JOHNSTON

**ORDER
(CHANGE TO CHARACTERIZATION BY CLERK'S
OFFICE OF CASES ON INACTIVE DOCKET)**

For reasons appearing to the court, the court **ORDERS** that in all cases with an inactive docket order that resulted in "Closed" and "MDL Ethicon Inactive" flags on the docket sheet, the Clerk is directed to update the docket by removing the "Closed" flag from the docket sheet and leaving the "MDL Ethicon Inactive" flag. This modification (1) more accurately reflects the status of cases on an inactive docket, which remain open and pending for rulings leading to the final disposition of the cases; and (2) does not alter the court's approach to dealing with cases on an inactive docket, including all provisions and deadlines set forth in any inactive docket order.

The court **DIRECTS** the Clerk to file this Order in every member case in the Ethicon MDL, 2:12-md-2327, that has the "Closed" and "MDL Ethicon Inactive" flags and send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 17, 2018

THOMAS E. JOHNSTON, CHIEF JUDGE