## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2018 a true and correct copy of the foregoing document has been filed electronically and is available for viewing and downloading from ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in the MDL.

/s/Brian A. Goldstein
Brian A. Goldstein