UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITH PREJUDICE AND TRANSFER TO MDL 2326**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move the court to dismiss with prejudice this action and all claims against the Ethicon Defendants which were, or could have been asserted, pursuant to F. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her or its own costs.  The dismissals of the cases listed on Exhibit A relate only to the Ethicon Defendants.  Plaintiffs continue to pursue claims against Boston Scientific Corp., and respectfully request the Court transfer their cases to MDL 2326.

Respectfully submitted,

/s/ A. Craig Eiland
A. Craig Eiland
Law Offices of A. Craig Eiland
Suite 201, 2211 The Strand
Galveston, TX 77550
(409) 763-3260
ceiland@eilandlaw.com

/s/ Clayton A. Clark
Clayton A. Clark
CLARK, LOVE & HUTSON, GP
440 Louisiana Street, Suite 1600
Houston, TX 77002

/s/ William M. Gage
William M. Gage (MS Bar #8691)
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

(713) 757-1400  
cclark@triallawfirm.com  
*Counsel for Plaintiffs*

/s/ Susan M. Robinson  
Susan M. Robinson (W. Va. Bar #5169)  
Thomas Combs & Spann PLLC  
300 Summers Street  
Suite 1380 (25301)  
P.O. Box 3824  
Charleston, WV 24338  
(304) 414-1800  
srobinson@tcspllc.com

*Counsel for the Ethicon Defendants*

## EXHIBIT A

| Civil Action Number | Case Name |
|---|---|
| 2:15-cv-11929 | Cardoza v. Ethicon |
| 2:14-cv-03587 | Fiorentino v. Ethicon |
| 2:14-cv-04553 | Taylor v. Ethicon |

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

42230222.v1