# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITH PREJUDICE AND TRANSFER TO MDL 2187**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move the court to dismiss with prejudice these actions and all claims against the Ethicon Defendants which were, or could have been asserted, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her or its own costs. The dismissal of these cases relates only to the Ethicon Defendants. Plaintiffs continue to pursue claims against C.R. Bard, Inc., and respectfully request the Court transfer this case to MDL 2187.

Respectfully submitted,

/s Laura J. Baughman
Laura J. Baughman
Baron & Budd, P.C.
3102 Oak Lawn Ave., Ste. 100
Dallas, TX 75219
(214) 521-3605
lbaughman@baronbudd.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

*Counsel for the Ethicon Defendants*

**EXHIBIT A**

| Case Number | Last Name | First Name |
|---|---|---|
| 2:14cv26042 | Reeves | Linda I. |
| 2:15cv12796 | Bennett | Joyce Ann |
| 2:13cv30882 | Katsikis | Gladys |
| 2:15cv03300 | Gardella | Connie L. |
| 2:14cv27441 | Reyes | Rhonda Louise |

3

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

41793364.v1