IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

**JOINT MOTION TO DISMISS DEFENDANT COLOPLAST CORP. WITH PREJUDICE**

Plaintiff whose case is listed on the attached Exhibit A and defendant Coloplast Corp.[1] ("Coloplast") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims, and third-party claims. Accordingly, they jointly move the court to dismiss Coloplast as a defendant in this action with prejudice, and terminate Coloplast from the docket in this action, parties to bear their own costs. Other defendants remain in this action, and Plaintiff will continue to prosecute this action against them.

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C., Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast, Inc.

Respectfully:

*/s/ Lana K. Varney*
Lana K. Varney
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
512.457.2060 (phone)
512.457.2100 (fax)
lvarney@kslaw.com
*Attorney for Defendant Coloplast Corp.*


*/s/ Zachary Peter Lowe*
Zachary Peter Lowe
LOWE LAW GROUP
Suite 203
6028 South Ridgeline Drive
Ogden, UT 84405
801.791.3801 (phone)
801.475.8613 (fax)
Email: lowezachary@gmail.com
*Attorney for Plaintiffs on Exhibit A*


Dated: May 23, 2018

## EXHIBIT A – LOWE LAW GROUP

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-cv-29024 | Gladys Blackburn, et al. v. Ethicon, Inc., et al. |

## CERTIFICATE OF SERVICE

  I hereby certify that on May 23, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

                /s/__Lana K. Varney_____
                  Lana K. Varney