This motion is DENIED as moot. It is so ORDERED. ENTER: 05/24/2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE AMERICAN MEDICAL SYSTEMS, PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION | MDL No. 2325 |
| IN RE BOSTON SCIENTIFIC CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2326 |
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| IN RE COLOPLAST CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2387 |
| IN RE COOK MEDICAL, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2440 |

## MOTION FOR WITHDRAWAL AND SUBSTITUION OF COUNSEL

PLEASE TAKE NOTICE, that Ethicon, Inc., Ethicon LLC, and Johnson & Johnson, by and through their undersigned counsel, respectfully move this Court to withdraw David B. Thomas and substitute Attorney Susan M. Robinson as Counsel in MDL Nos. 2325, 2326, 2327, 2387, and 2440 and all member civil actions related to MDL Nos. 2325, 2326, 2327, 2387, and 2440.

Respectfully submitted,

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

/s/ *William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

COUNSEL FOR DEFENDANTS ETHICON, INC.,
ETHICON, LLC, AND JOHNSON & JOHNSON