This motion is DENIED as moot. It is so ORDERED. ENTER: 05/24/2018

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE AMERICAN MEDICAL SYSTEMS, PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION | MDL No. 2325 |
| IN RE BOSTON SCIENTIFIC CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2326 |
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| IN RE COLOPLAST CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2387 |
| IN RE COOK MEDICAL, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2440 |

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE, that Ethicon, Inc., Ethicon LLC, and Johnson & Johnson, by and through their undersigned counsel, respectfully move this Court to withdraw Christy D. Jones and substitute Attorney William M. Gage as Counsel in MDL Nos. 2187, 2325, 2326, 2327, 2387 and 2440 and all member civil actions related to

MDL Nos. 2187, 2325, 2326, 2327, 2387 and 2440.

        Respectfully submitted,

        */s/ William M. Gage*
        William M. Gage (MS Bar #8691)
        Butler Snow LLP
        1020 Highland Colony Parkway
        Suite 1400 (39157)
        P.O. Box 6010
        Ridgeland, MS 39158-6010
        (601) 985-4561
        william.gage@butlersnow.com

        */s/ Susan M. Robinson*
        Susan M. Robinson (W. Va. Bar #5169)
        Thomas Combs & Spann PLLC
        300 Summers Street
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 24338
        (304) 414-1800
        srobinson@tcspllc.com


        COUNSEL FOR DEFENDANTS ETHICON, INC., ETHICON LLC, AND JOHNSON & JOHNSON