UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327 <br> MDL No. 2327 <br><br> JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Inc., Ethicon, Inc., and Boston Scientific Corporation (collectively "Defendants"), jointly move the court to dismiss with prejudice this action and all claims against Defendants which were, or could have been asserted, pursuant to F. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Mark R. Mueller
Mark R. Mueller
Mueller Law
404 West 7th Street
Austin, TX 78701502-805-1800
receptionist@muellerlaw.com
512-478-1236
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561

william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for Defendants Johnson & Johnson, Inc. and Ethicon, Inc.*

/s/ Jon A. Strongman
Jon A. Strongman
Shook Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108
816/474-6550
Fax: 816/421-5547
Email: jstrongman@shb.com
*Counsel for Boston Scientific Corporation*

# EXHIBIT A

| Civil Action Number | Last Name | First Name |
|---|---|---|
| 2:13-cv-04554 | Anthis | Malinda |
| 2:12-cv-08721 | Appollo | Pamela |
| 2:12-cv-00269 | Carr | Iris |

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

41367288.v2