# EXHIBIT A

| Case | Civil Action No. |
| --- | --- |
| 1. Barbara Ann Wesley | 2:13cv28498 |
| 2. Charlotte Jannie Cooke | 2:16cv04375 |
| 3. Linda Cochran Powers | 2:14cv12626 |
| 4. Vicki J. Newnham | 2:15cv14992 |
| 5. Diane Kay Selph-Davis | 2:13cv23465 |
| 6. Silvia L. Perez | 2:13cv16393 |
| 7. Sofia Martinez Villalobos | 2:13cv18155 |
| 8. Karinette Carpenter | 2:17cv04168 |
| 9. Barbara Sue Hodge | 2:15cv12908 |
| 10. Virginia Gale Corder | 2:16cv10988 |
| 11. Wanda Scott Watters | 2:16cv01696 |