UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move the court to dismiss with prejudice these actions and all claims against the Ethicon Defendants which were, or could have been asserted, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Sarah J. Showard
Sarah J. Showard
SHOWARD LAW FIRM
4703 E. Camp Lowell Drive, Suite 253
Tucson, AZ 85712
520-622-3344
sjshoward@showardlaw.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com

*Counsel for the Ethicon Defendants*

3

# EXHIBIT A

| | |
|---|---|
| 2:13-cv-26602 | Beebe v. Ethicon |
| 2:15-cv-06900 | Blackwell v. Ethicon |
| 2:14-cv-07833 | Boswood v. Ethicon |
| 2:13-cv-32330 | Braun v. Ethicon |
| 2:16-cv-10663 | Gray v. Ethicon |
| 2:14-cv-17214 | Hanin v. Ethicon |
| 2:14-cv-26078 | Iselin v. Ethicon |
| 2:14-cv-27339 | Jones v. Ethicon |
| 2:14-cv-17560 | King v. Ethicon |
| 2:15-cv-15982 | King v. Ethicon |
| 2:16-cv-04304 | McArdle v. Ethicon |
| 2:13-cv-31754 | Miller v. Ethicon |
| 2:15-cv-05329 | Roche v. Ethicon |
| 2:14-cv-15501 | Ross v. Ethicon |

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage