IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
        PELVIC REPAIR SYSTEM
        PRODUCTS LIABILITY LITIGATION          MDL NO. 2327

THIS DOCUMENT RELATES TO ALL CASES
ASSIGNED TO CHIEF JUDGE JOHNSTON

## O R D E R

Pending before the court is a Motion for Withdrawal and Substitution of Counsel filed on May 15, 2018, (ECF No. 5745), and a Motion for Withdrawal and Substitution of Counsel filed on May 15, 2018, (ECF No. 5747). In the motion at ECF No. 5745, counsel requests that in MDL 2327 and each member case associated with that MDL, in which David B. Thomas appears, he be withdrawn, and Susan M. Robinson be substituted as counsel. In the motion at ECF No. 5747, counsel requests that in MDL 2327 and each member case associated with that MDL, in which Christy D. Jones appears, she be withdrawn, and William M. Gage be substituted as counsel.

The Court **GRANTS** the Motions for Withdrawal and Substitution of Counsel. (ECF Nos. 5745, 5747.) Accordingly, the Court **DIRECTS** the Clerk to terminate Christy D. Jones and to substitute William M. Gage as counsel of record, both on the main master docket and for each individual member case in MDL 2327 with which Christy D. Jones is associated. The Court further **DIRECTS** the Clerk to terminate David B. Thomas and to substitute Susan M. Robinson as counsel of record, both on the main master docket and for each individual member case in MDL 2327 with which David B. Thomas is associated.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     May 25, 2018

_____
THOMAS E. JOHNSTON, CHIEF JUDGE