IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT A

**JOINT MOTION TO DISMISS DEFENDANT
C.R. BARD, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and Defendant C.R. Bard, Inc. ("Bard") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third-party claims. Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard as a defendant in these actions with prejudice, and terminate Bard from the docket in the actions, parties to bear their own costs. Other Defendants remain in these actions, and Plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000

*Attorney for Defendant C.R. Bard, Inc.*

/s/ Caroline L. Maida
MOSTYN LAW FIRM
3810 West Alabama Street
Houston, TX 77027
(713) 714-0000

*Attorney for Plaintiffs on Exhibit A*

Dated: May 29, 2018

**EXHIBIT A – MOSTYN LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-07319 | Diana Pense and Roger D. Pense v. C.R. Bard, Inc., et al. |
| 2:13-cv-22641 | Lonny Evans v. C.R. Bard, Inc., et al. |
| 2:14-cv-21827 | Susanne Eschler v. C.R. Bard, Inc., et al. |
| 2:15-cv-15962 | Judith A. Harman and Robert B. Harman v. C.R. Bard, Inc., et al. |

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Richard B. North, Jr.