# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON INC., PELVIC REPAIR SYSTEM      MDL No. 2327
PRODUCTS LIABILITY LITIGATION

                                                                                        HONORABLE JUDGE
                                                                                        JOSEPH R. GOODWIN

---

## AFFIDAVIT OF JAMES M. ROSENBAUM

STATE OF MINNESOTA   )
                                  ) ss.
COUNTY OF HENNEPIN  )

1. I am an attorney at law licensed to practice law in the state of Minnesota. I am in good standing.

2. I was admitted to the Minnesota Bar in 1969. I was a United States Attorney, District of Minnesota from 1981-1985. From 1985-2010, I served on the federal bench as a United States Federal Judge for the District of Minnesota. I joined JAMS, Minneapolis in 2010 and have managed disputes in Minnesota and throughout the country from 2010 to the present.

3. I have extensive experience serving as a mediator or arbitrator in complex matters including: Arbitration, domestic and international; Bankruptcy; Business and commercial law; Civil rights; Class actions and Multi-District Litigations; Employment; Environmental law; Insurance coverage; Intellectual property, patent, and trade secrets; International terrorism; Medical devices and pharmaceuticals; Mass tort/product liability; Securities; and, White collar crime

4. I have experience in complex pharmaceutical and medical device cases, including MDL litigation. Representative matters include:

    *In re Medtronic, Inc. Implantable Defibrillators Products Liability Litigation*, MDL No.


05-1726, I presided over a settlement involving thousands of plaintiffs implanted with faulty Medtronic defibrillators.

*In re Mirapex Product Liability Litigation*, MDL No. 07-1836, I presided over bellwether trials in the Mirapex cases involving patients prescribed the drug Mirapex who developed pathological gambling and other compulsive behaviors as a side effect, majority of cases settled.

4. I have acted as a Settlement Master in transvaginal mesh aggregate settlements and have previously been appointed by the Honorable Joseph R. Goodwin to act as Settlement Master for certain private settlement agreements between Plaintiffs' counsel and Covidien and Plaintiffs' counsel and Coloplast.

5. I have familiarized myself with the issues involved in the case captioned above, as a result of my knowledge of that case, I can attest and affirm that there are no grounds for disqualification that would prevent me from serving as Settlement Master in the above-captioned matter. I have reviewed the pleadings, medical information and scientific information pertaining to mesh cases generally and will use the information gathered, including information as it relates to Ethicon specifically, and my experience as Settlement Master in similar transvaginal mesh cases in performing my duties as Settlement Master in the above captioned case.

Further Affiant Sayeth Naught.

Date: May 17, 2018

James M. Rosenbaum

Sworn to before me and subscribed in my presence this 17 day of May, 2018.



Michelle L. Larson
Notary Public
Minnesota
My Commission Expires January 31, 2020

Michelle Larson