# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR )
SYSTEM PRODUCTS LIABILITY LITIGATION )
) MDL NO. 2327
)
THIS DOCUMENT RELATES TO: )
_____ )

### AFFIDAVIT OF HON. GLENN A. NORTON (RET.)

STATE OF MISSOURI )
) ss:
COUNTY OF ST. LOUIS )

HON. GLENN A. NORTON (Ret.), being duly sworn, deposes and says:

1. I am an attorney at law licensed to practice in the State of Missouri. I am in good standing.

2. I was admitted to the Missouri Bar in 1985.

3. In 2002, I was appointed to the Missouri Court of Appeals for the Eastern District. I served as Chief Judge from 2005 to 2006 and as the Settlement Judge from 2010 to 2015.

4. Beginning in 2015, I have acted as Special Master in thousands of mass tort cases, including Round-Up, Medtronic Infuse, Talc, GM Ignition Interlock, and others. I have served as a Court-appointed Special Master for settlement and allocation purposes in thousands of cases involving Medtronic (Infuse) and Fresenius (Granuflo).

5. I have obtained a Mediation Certification from the University of Missouri.

_____
HON. GLENN A. NORTON (RET.)

Sworn to before me this
13th day of February 2018

_____
NOTARY PUBLIC

CYNTHIA B. GOEPEL
My Commission Expires
October 10, 2019
St. Louis County
Commission #15468758

# EXHIBIT B

# Glenn A. Norton

## Personal

- Norton Dispute Resolution, LLC
  Alaris ADR Services
  711 North 11th Street
  St. Louis, MO 63101

  Emphasis on Special Master appointments, Mediation and Arbitration

## Education

- Juris Doctor, University of Missouri-Columbia School of Law, 1985
  Dean's List; Law School Representative-National Trial Competition
- Bachelor of Arts, Westminster College, 1982, Dean's List; English Major

## Professional Experience

- Norton Dispute Resolution, LLC
  Court-appointed Special Master in thousands of mass tort cases including Round-Up, Medtronic Infuse, Talc, GM Ignition Interlock, and others; Court-appointed Special Master for Settlement and Allocation for thousands of cases involving Medtronic (Infuse) and Fresenius (Granuflo); National mediation practice including the court-approved settlement of a national class action against Remington Firearms in the Western District of Missouri (Judge Ortrie Smith).
- Missouri Court of Appeals, Eastern District, 2002-2015
  Chief Judge, 2005-2006; Presiding Judge in Division, multiple years
  Settlement Judge 2010-2015
- Chief Legal Counsel to Governor Bob Holden, 2001-2002
  Representation and counsel to the Governor and staff; Oversight of the legal departments and legal issues for all 15 state agencies; Review judicial appointments, death penalty cases, budget issues, clemency applications, and legislation
- Ralls County Associate Circuit Judge
  Elected 1994, re-elected 1998; Circuit and Associate Circuit dockets
  The Supreme Court assigned me to cases involving complex litigation and felony matters on hundreds of occasions
- Municipal Judge, 1995-2000; New London, Center, Perry, and Hannibal
- Partner, Briscoe & Norton Law Office, New London, Missouri, 1985-1994
  Emphasis on litigation, estates and trusts, family law, taxation, and real estate; Substantial courtroom experience, with hundreds of jury and non-jury trials; General Counsel for four municipalities, a hospital, several banks, lending companies, and other businesses
- Co-owner, Accurate Land Title Insurance Company, 1987-1994

- Prosecutor, Ralls County, 1985-1994; Responsible for entire caseload, including murder trials and other high-profile felonies; lawyer for all County officials

## Memberships and Professional Activities

- Chairman, Supreme Court Trial Judge Education Committee, 2010-2014
  Responsible for the continuing education of all Missouri trial judges
- Sat as special judge on Missouri Supreme Court in 2000, 2003, and 2008
- Supreme Court Coordinating Commission for Judicial Branch Education
- Mediation Certification, University of Missouri
- Supreme Court Judicial Records Committee, 2002-2009
- Webster University, Adjunct Faculty 2006-present
- Missouri Statewide Legal Services Commission, 1999-2002
- Disproportionate Minority Confinement Governing Board, 2001-2005
- Judicial Conference of Missouri; Legislative Steering Committee, Executive Council, Past-Chairman of Associate Circuit Judge Section
- Missouri Association of Probate and Associate Circuit Judges, 1995-2000
  President, Vice-President, Director, Chairman Legislative Committee
- Missouri Municipal and Associate Circuit Judges Assn Board of Directors
- State Commission on Children's Justice, Vice-Chairman
- Editorial Board, "Bench Books for Missouri Judges"
- Chapter Reviser for "Municipal Judges' Bench Book"
- Author, "Persuading is Teaching" Published in The Missouri Trial Attorney.
- President's Award, The Missouri Bar Association
- National and Missouri Prosecuting Attorneys Association, former member
- Member, CLE lecturer, Master of Ceremonies, and other work with: Missouri Bar, Tenth Circuit Bar, St. Louis County Bar, Lawyers Association of St. Louis, and Bar Association of Metropolitan St. Louis

## National Teaching Activities

- Faculty, National Judicial College, 1997-2001, various programs, including:
  - "Alternative Sentencing for South Carolina Judges"
  - "What Would the Perfect Judge Do?" American Judges Association
  - "CDL Enforcement for Georgia Judges"
  - "The Art of Persuasion", Missouri Bar Association mid-year meeting
- Panelist for multiple national seminars on the role and benefit of special masters, including conferences in Chicago, St. Louis, Cancun, Las Vegas and others.

## Missouri Presentations and Teaching Activities

- Covington/Crahan Professionalism Annual Lecture, UMC School of Law
- Washington University School of Law, ethics and civility presentations
- Trial Judges College, Faculty and Criminal Law Team Leader
- Faculty, annual New Judge Orientation
- Municipal Judge Education annual programs
- Courtroom Skills for Juvenile Officers
- "Professionalism and Access to the Courts"; Gender and race bias

- Numerous seminars for Prosecutors, Defense Attorneys, Juvenile Officers
- Missouri Police Chiefs Conference
- UMC School of Law, lecturer on domestic violence
- Keynote Address, Juvenile Justice Association "Children in Need of a Future"

## Community Activities

- Action for Autism, Chairman of Board of Directors and Executive Committee
    Dedicated to helping autistic children and their families attain the treatment and education they might not otherwise be able to afford
- Howard Park Center, Board of Directors
    School for children who are developmentally challenged
- "Thinking Constitutionally—Thinking Freedom"
    Programs at various schools with Supreme Court Judge Zel Fischer
- Volunteer Judge—annual "National Adoption Day"
- Guest speaker, U.S. Naturalization Ceremony
- "Equal Access to Justice"
    Federal Courts Law Day panelist
- Judge for Law School Competitions and classes at University of Missouri-Columbia and St. Louis University Schools of Law
- Drug Court Graduation speaker, St. Louis County
- Commencement Speaker, Macon High School
- Hannibal Arts Council Board of Directors, Hannibal, Missouri
- New London Baseball Association; Coach, President
- First Christian Church; Elder, Song Leader, Chairman of Board
- New London Lions Club; Member, President, Board of Directors
- Mark Twain Men's Chorale; President and Trustee
- New London Elementary Booster Club President
- D.A.R.E. Program graduation speaker

3