# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                        MDL NO. 2327

                                                            JOSEPH R. GOODWIN
THIS DOCUMENT RELATES TO                                    U.S. DISTRICT JUDGE
ALL CASES


## MOTION FOR CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating the firm Address in MDL No. 2327 and each individual case in which attorneys Rachel Abrams Amy Eskin, and Meghan McCormick are associated. In support of this Motion, the undersigned states as follows:

The firm's new name and address are as follows:

> **LEVIN SIMES ABRAMS LLP**
> **1160 Battery Street East, Suite 100**
> **San Francisco, California 94111**
> **Telephone: (415) 426-3000**
> **Facsimile: (415) 426-3001**

Accordingly, Plaintiffs respectfully request the Court enter an Order updating the firm contact information in MDL No. 2327 and each individual case in which attorneys Rachel Abrams Amy Eskin, and Meghan McCormick are associated.

Dated: May 31, 2018                          **LEVIN SIMES ABRAMS LLP**

                                                       */s/Rachel Abrams*
                                                       Rachel B. Abrams
                                                       Amy Eskin
                                                       Meghan McCormick
                                                       **LEVIN SIMES ABRAMS LLP**
                                                       1160 Battery Street East, Suite 100
                                                       San Francisco, CA 94111
                                                       Telephone:   (415) 426-3000
                                                       Facsimile:    (415) 426-3001
                                                       rabrams@levinsimes.com
                                                       aeskin@levinsimes.com
                                                       mmccormick@levinsimes.com

                                                       *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on May 31, 2018, which shall send notification of such filing to all CM/ECF participants.

*/s/Rachel Abrams*
Rachel Abrams