The court **ORDERS** that the Clerk **STRIKE** ECF No. 5453
**ENTER:**

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION          MDL 2327

THIS DOCUMENT RELATES TO THE
CASE(S) IN THE EXHIBIT ATTACHED HERETO

### INACTIVE DOCKET ORDER
### (Multi-Defendants)

The court has been advised by all counsel that in the cases listed on the attached Exhibits A-F, the plaintiffs and all named defendants, as listed in the captions of those cases on the docket sheet, have reached a settlement. The court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the court.

2. That the Clerk retire each of the cases listed on the attached Exhibit A-F from the active docket.

3. Plaintiffs and each defendant may submit a Joint Motion to Dismiss with prejudice on or before August 31, 2018; otherwise the cases on Exhibits A-F will be dismissed without prejudice absent a request to the Court for an extension of the deadline. It is not necessary for the parties to submit one dismissal that includes all defendants. If a plaintiff(s) and a defendant have completed the settlement process and finalized everything necessary to dismiss the defendant, then the plaintiff(s) and that particular defendant may submit a Joint Motion to Dismiss for that particular defendant. The court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibits A-F. The court will reinstate

any case on the attached Exhibits A-F to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Such motion shall be made within 5 days of rejection of the settlement. Any reinstated case, including all remaining defendants, will be subject to an expedited docket control order.

The court notes that in some cases counsel have represented that they are authorized by the plaintiffs on the attached exhibits to act on the plaintiffs' behalf with respect to settlement matters. Once settlements are finalized, dismissal orders must be signed by counsel of record.

The court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual cases listed on the attached Exhibits A-F. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

Respectfully:

/s/ William M. Gage
William M. Gage
BUTLER SNOW
P. O. Box 6010
Ridgeland, MS 39158-6010
601.985.4561 (phone)
601.985.4500 (fax)
william.gage@butlersnow.com
*Attorney for Defendants*
*Ethicon, Inc., Ethicon LLC, and Johnson & Johnson.*

/s/ Barbara Binis
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com
*Attorney for Defendant American Medical Systems, Inc.*

/s/ Jon A. Strongman
Jon A. Strongman
SHOOK HARDY & BACON
2555 Grand Boulevard
Kansas City, MO 64108
816.474.6550 (phone)
816.421.5547 (fax)
jstrongman@shb.com
*Attorney for Defendant Boston Scientific Corporation*

2

/s/ Richard B. North, Jr. (admitted pro hac vice)
Richard B. North, Jr. (admitted pro hac vice)
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
404.322.6000 (phone)
richard.north@nelsonmullins.com
*Attorney for Defendant C. R. Bard, Inc.*

/s/ Vance R. Andrus
Vance R. Andrus
ANDRUS & WAGSTAFF
7171 West Alaska Drive
Lakewood, CO 80226
303.376.6360
vra@ab-plc.com
*Attorney for Plaintiffs \**

/s/ Michelle A. Parfitt
Michelle A. Parfitt
ASHCRAFT & GEREL
Suite 650
4900 Seminary Road
Alexandria, VA 22311
703.931.5500
mparfitt@ashcraftlaw.com
*Attorney for Plaintiffs \**

/s/ Bryan Aylstock
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ
P.O. Box 12630
Pensacola, FL 32591
850.202.1010
Baylstock@awkolaw.com
*Attorney for Plaintiffs \**

/s/ Anne M. Tarvin
Anne M. Tarvin
BARTIMUS FRICKLETON ROBERTSON & GOZA
Suite 200
11150 Overbrook Road
Leawood, KS 66211
913.266.2300
atarvin@bflawfirm.com
*Attorney for Plaintiffs \**

/s/ Benjamin A. Bertram
Benjamin A. Bertram
BERTRAM & GRAF
Suite 225
9229 Ward Parkway
Kansas City, MO 64114
816.523.2205
benbertram@bertramgraf.com
*Attorney for Plaintiffs \**

/s/ Steven J. Brady
Steven J. Brady
BRADY LAW GROUP
1015 Irwin Street
San Rafael, CA 94901
415.459.7300
stevebrady@bradylawgroup.com
*Attorney for Plaintiffs \**

/s/ Andrew J. Cross
Andrew J. Cross
CAREY DANIS & LOWE
Suite 1100
8235 Forsyth Boulevard
St. Louis, MO 63105
314.725.7700
across@careydanis.com
*Attorney for Plaintiffs \**

/s/ Charles H. Johnson
Charles H. Johnson
LAW OFFICES OF CHARLES H. JOHNSON
2599 Mississippi Street
New Brighton, MN 55112
651.633.5685 (phone)
651.633.4442 (fax)
bdehkes@charleshjohnsonlaw.com
*Attorney for Plaintiffs \**

/s/ Clayton A. Clark
Clayton A. Clark
CLARK LOVE & HUTSON
Suite 1600
440 Louisiana Street
Houston, TX 77002
713.757.1400 (phone)
713.759.1217 (fax)
cclark@triallawfirm.com
*Attorney for Plaintiffs* *

/s/ Mark W. Davis
Mark W. Davis
DAVIS & CRUMP
Third Floor
1712 15th Place
Gulfport, MS 39501
228.863.6000 (phone)
228.864.0907 (fax)
mark.davis@daviscrump.com
*Attorney for Plaintiffs* *

/s/ Karolina S. Kulesza
Karolina S. Kulesza
DRIGGS BILLS DAY
331 South 600 East
Salt Lake City, UT 84102
801.363.9982
ksouthard@lawbd.com
*Attorney for Plaintiffs* *

/s/ Bobby Jewell Bell, Jr.
Bobby Jewell Bell, Jr.
HOLLIS WRIGHT & COUCH
Suite 1500
505 North 20th Street
Birmingham, AL 35203
205.324.3600
bob@hollis-wright.com
*Attorney for Plaintiffs* *

/s/William Levin
William Levin
LEVIN SIMES
32nd Floor
44 Montgomery Street

San Francisco, CA 94111
412.426.3000
wlevin@levinsimes.com
*Attorney for Plaintiffs* *

/s/ Mark C. Sparks
Mark C. Sparks
THE MOSTYN LAW FIRM
6280 Delaware Street
Beaumont, TX 77706
409.832.2777 (phone)
409.832.2703 (fax)
mark@mostynlaw.com
*Attorney for Plaintiffs* *

/s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903
401.457.7700 (phone)
401.457.7708 (fax)
dmigliori@motleyrice.com
*Attorney for Plaintiffs* *

/s/ Mark R. Mueller
Mark R. Mueller
MUELLER LAW
404 West 7th Street
Austin, TX 78701
512.478.1236 (phone)
512.478.1473 (fax)
receptionist@muellerlaw.com
*Attorney for Plaintiffs* *

/s/Hunter J. Shkolnik
Hunter J. Shkolnik
NAPOLI BERN RIPKA SHKOLNIK &
ASSOCIATES
Suite 7413
350 Fifth Avenue
New York, NY 10118
212.397.1000
hunter@napolilaw.com
*Attorney for Plaintiffs* *

3

/s/ Ellen A. Presby
Ellen A. Presby
NEMEROFF LAW FIRM
Suite 450
2626 Cole Avenue
Dallas, TX 75204
214.774.2258
ellenpresby@nemerofflaw.com
*Attorney for Plaintiffs* *

/s/ Jim M. Perdue, Jr.
Jim M. Perdue, Jr.
PERDUE KIDD & VICKERY
Suite 550
510 Bering Drive
Houston, TX 77057
713.520.2500 (phone)
712.520.2525 (fax)
jperduejr@perdueandkidd.com
*Attorney for Plaintiffs* *

/s/Daniel S. Robinson
Daniel S. Robinson
ROBINSON CALCAGNIE
19 Corporate Plaza Drive
Newport Beach, CA 92660
949.720.1288
drobinson@rcrlaw.net
*Attorney for Plaintiffs* *

/s/Robert L. Salim
Robert L. Salim
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
318.352.5999
robertssalim@cp-tel.net
*Attorney for Plaintiffs* *

/s/ Randi Kassan
Randi Kassan
SANDERS VIENER GROSSMAN
100 Herricks Road
Mineola, NY 11501

516.741.5252 (phone)
516.741.1243 (fax)
rkassan@thesandersfirm.com
*Attorney for Plaintiffs* *

/s/ Brenda S. Fulmer
Brenda S. Fulmer
SEARCY DENNEY SCAROLA
BARNHART & SHIPLEY
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
561.686.6300
bsf@searcylaw.com
*Attorney for Plaintiffs* *

/s/Christopher A. Seeger
Christopher A. Seeger
SEEGER WEISS
Suite 920
550 Broad Street
Newark, NJ 07012
973.639.9100
cseeger@seegerweiss.com
*Attorney for Plaintiffs* *

/s/ Jayne Conroy
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue
New York, NY 10016-7416
212.784.6400
jconroy@simmonsfirm.com
*Attorney for Plaintiffs* *

/s/Matthew J. Skikos
Matthew J. Skikos
SKIKOS CRAWFORD SKIKOS &
JOSEPH
Suite 2830
One Sansome Street
San Francisco, CA 94104
415.546.7300
mskikos@skikoscrawford.com
*Attorney for Plaintiffs* *

/s/ Merritt E. Cunningham

Merritt E. Cunningham
SMITH STAG
Suite 2800
365 Canal Street
New Orleans, LA 70130
504.593.9600
mcunningham@smithstag.com
*Attorney for Plaintiffs *

/s/Sean Patrick Tracey
Sean Patrick Tracey
TRACEY & FOX
Suite 1901
440 Louisiana
Houston, TX 77002
800.925.7216
stracey@traceylawfirm.com
*Attorney for Plaintiffs *

/s/ Kay L. Van Wey
Kay L. Van Wey
VAN WEY LAW
Suite 725
12720 Hillcrest Road
Dallas, TX 75230
214.329.1350
kay@vanweylaw.com
*Attorney for Plaintiffs *

/s/Thomas P. Cartmell
Thomas P. Cartmell
WAGSTAFF & CARTMELL
Suite 300
4740 Grand Avenue
Kansas City, MO 64112
816.701.1100
tcartmell@wcllp.com
*Attorney for Plaintiffs *

/s/ John T. Boundas
John T. Boundas
WILLIAMS KHERKHER HART BOUNDAS
Suite 600
8441 Gulf Freeway
Houston, TX 77017

713.230.2200
jboundas@williamskherkher.com
*Attorney for Plaintiffs *

/s/ Richard W. Schulte
Richard W. Schulte
WRIGHT SCHULTE
Suite A
812 East National Road
Vandalia, OH 45377
937.435.7500
rschulte@legaldayton.com
*Attorney for Plaintiffs *

/s/ Jacqueline Anne Olson
Jacqueline Anne Olson
ZIMMERMAN REED
80 South 8th Street
1100 IDS Center
Minneapolis, MN 55402
612.341.0400
Jacqueline.olson@zimmreed.com
*Attorney for Plaintiffs *

5

Case 2:12-md-02327   Document 5925   Filed 06/04/18   Page 7 of 7 PageID #: 172689

*Counsel represent that they are authorized by plaintiffs on the attached exhibits to act on their behalf with respect to settlement matters, and request that these plaintiffs' cases be placed on the inactive docket pending the finalization of their settlements.*

Dated: _____