IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON, INC.
         PELVIC REPAIR SYSTEMS
         PRODUCTS LIABILITY LITIGATION          MDL 2327

THIS DOCUMENT RELATES TO:

*Hooker et al v. Ethicon, Inc. et al*                    *2:15-cv-11900*

### STIPULATION OF SETTLEMENT BETWEEN CERTAIN PARTIES
(Relief from deadlines set forth in PTO #280)

COME NOW, the plaintiff(s) and defendant(s) BSC ("settled defendant(s)") in the above-referenced civil action, and by and through their respective counsel of record, hereby stipulate and agree that plaintiff(s) and settled defendant(s) have entered into a Master Settlement Agreement. Therefore, pursuant to PTO #280, the plaintiff(s) and the settled defendant(s) are relieved of any obligation to comply with the deadlines set forth in PTO #280 as between plaintiff(s) and the settled defendant(s). This Stipulation does not apply to claims between the plaintiff(s) and remaining active defendant(s) who are subject to all remaining deadlines and requirements as set forth in the PTO.

/s/ Lauren E. Channell
Lauren E. Channell
SIEGFRIED & JENSEN
5664 South Green Street
Salt Lake City, UT 84121

8794876 v1

801/266-0999
Fax: 801/266-1338
Email: lauren@sjatty.com

/s/ Jon A. Strongman
Jon A. Strongman
SHOOK HARDY & BACON
2555 Grand Boulevard
Kansas City, MO 64108
816/474-6550
Fax: 816/421-5547
Email: jstrongman@shb.com

8794876 v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Jon A. Strongman
Jon A. Strongman
SHOOK HARDY & BACON
2555 Grand Boulevard
Kansas City, MO 64108
816/474-6550
Fax: 816/421-5547
Email: jstrongman@shb.com

**COUNSEL FOR DEFENDANT BOSTON SCIENTIFIC CORP.**

8794876 v1