# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## DEFENDANTS' NOTICE OF WITHDRAWAL OF JOINT MOTION TO DISMISS

Defendants hereby give notice of the withdrawal of their Joint Motion to Dismiss filed June 4, 2018 under docket no. 5928. This motion was incorrectly filed in the Ethicon MDL.

Respectfully submitted,

/

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

*Counsel for Defendants*
*Ethicon, Inc. and Johnson & Johnson*

41702063v1

**EXHIBIT A**

| | |
|---|---|
| 2:15-cv-03300 | Gardella v. C. R. Bard |
| 2:13-cv-30882 | Katsikis v. C. R. Bard |
| 2:14-cv-27441 | Reyes v. C. R. Bard |

41702063v1

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

42525116.v1

41702063v1