**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-G and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

| | |
|---|---|
| /s/Barbara Binis | /s/ Erik W. Legg |
| Barbara Binis | Erik W. Legg |
| REED SMITH | FARRELL, WHITE & LEGG PLLC |
| Three Logan Square, Suite 3100 | P.O. Box 6457 |
| 1717 Arch Street | Huntington, WV 25772-6457 |
| Philadelphia, PA 19103 | 304.522.9100 (phone) |
| 215.851.8100 (phone) | 304.522.9162 (fax) |
| 215.851.1420 (fax) | ewl@farrell3.com |
| bbinis@reedsmith.com | |

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Jacob Alex Flint
Jacob Alex Flint
FLINT LAW FIRM
P. O. Box 930
Glen Carbon, IL 62034
618.205.2017 (phone)
618.288.2864 (fax)
jflint@flintfirm.com
*Attorney for Plaintiff on Exhibit A*

/s/ Zachary Peter Lowe
Zachary Peter Lowe
LOWE LAW GROUP
Suite 203
6028 South Ridgeline Drive
Ogden, UT 84405
801.791.3801 (phone)
801.475.8613 (fax)
lowezachary@gmail.com
*Attorney for Plaintiffs on Exhibit B*

/s/ David M. Peterson
David M. Peterson
PETERSON & ASSOCIATES
Suite 107
801 West 47th Street
Kansas City, MO 64112-1253
816.531.0440 (phone)
816.531.0660 (fax)
dmp@petersonlawfirm.com
*Attorney for Plaintiff on Exhibit C*

/s/ David G. Summers
David G. Summers
SUMMERS & JOHNSON
717 Thomas Street
Weston, MO 64098
816.640.9940 (phone)
816.386.9927 (fax)
david@summersandjohnson.com
*Attorney for Plaintiff on Exhibit D*

/s/ Jacob Plattenberger
Jacob Plattenberger
TOR HOERMAN LAW
Suite 2650
227 West Monroe Street
Chicago, IL 60606
618.656.4400 (phone)
618.656.4401 (fax)
jake@thlawyer.com
*Attorney for Plaintiffs on Exhibit E*

/s/ Thomas P. Cartmell
Thomas P. Cartmell
WAGSTAFF & CARTMELL
Suite 300
4740 Grand Avenue
Kansas City, MO 64112
816.701.1100 (phone)
816.531.2372 (fax)
tcartmell@wcllp.com
*Attorney for Plaintiffs on Exhibit F*

/s/ G. Sean Jez
G. Sean Jez
FLEMING NOLEN & JEZ
Suite 1600
2800 Post Oak Boulevard
Houston, TX 77056
713.621.7944 (phone)
713.621.9638 (fax)
ean_jez@fleming-law.com
*Attorney for Plaintiffs on Exhibit G*

Dated: June 5, 2018

**EXHIBIT A – FLINT LAW FIRM**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:17-CV-01613 | Nancy Langham v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

## EXHIBIT B – LOWE LAW GROUP

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-CV-19771 | Patricia Z. Debose, Jeffrey W. Debose, Sr. v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

**EXHIBIT C – PETERSON & ASSOCIATES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-CV-02850 | Pamela Morrill v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

**EXHIBIT D – SUMMERS & JOHNSON**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-18886 | Theresa Healy v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

## EXHIBIT E – TOR HOERMAN LAW

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
| --- | --- |
| 2:16-CV-05065 | Luis Ann Hyatt, William Hyatt v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

**EXHIBIT F – WAGSTAFF & CARTMELL**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-01614 | Donna S. Bishop, John S. Bishop v. Johnson & Johnson, American Medical Systems, Inc., Ethicon, Inc. |
| 2:12-CV-04251 | Elnora Kyzer, Herbert Kyzer v. Johnson & Johnson, American Medical Systems, Inc., Ethicon, Inc. |
| 2:13-CV-08972 | Shana Leding, Patrick Leding v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:14-CV-17402 | Dorothy Shuter, William M. Shuter v. American Medical Systems, Inc., Boston Scientific Corporation, Ethicon, Inc., Johnson & Johnson |
| 2:15-CV-16408 | Janice King v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:16-CV-02073 | Mary Connolly v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:16-CV-03234 | Judy Tucker v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:17-CV-02115 | Virginia Dannaker v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:17-CV-02349 | Rose Biase v. Ethicon, Inc., Johnson & Johnson, American Medical Systems |

**EXHIBIT G – FLEMING NOLEN & JEZ**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-05686 | Ninia D. Beatrice, Anthony Beatrice v. Johnson & Johnson, American Medical Systems, Inc., Ethicon, Inc. |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 5, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

      /s/ Barbara R. Binis