IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| *Jones et al v. American Medical Systems, Inc. et al* | Civil Action No. 2:14-cv-9686 |

## ORDER
(Dismissing Defendant American Medical Systems, Inc. with Prejudice
and Transferring Case to MDL 2327)

Pending before the court is the Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by the plaintiffs and American Medical Systems, Inc. ("AMS"), seeking dismissal of AMS as a defendant in this action with prejudice because all claims against AMS have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims [ECF No. 19]. Also pending is Plaintiffs' Motion to Transfer MDLs for this case [ECF No. 19]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED**. Plaintiffs' counsel states in the Motion to Transfer that an Amended Short Form Complaint will be filed within 14 days of the filing of the Joint Motion. Plaintiffs' counsel is **DIRECTED** to file the appropriate Amended Short Form Complaint within the time frame outlined in the Motion. Defendant AMS is

**DISMISSED WITH PREJUDICE** as a defendant in this case, this action is **TRANSFERRED** to MDL 2327, and the Clerk is directed to disassociate the civil action as member case in MDL 2325 and re-associate it with MDL 2327.

The court **DIRECTS** the Clerk to send of a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 6, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE