IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

## ORDER
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 5956], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-G, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-G.

ENTER: June 6, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – FLINT LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:17-CV-01613 | Nancy Langham v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

# EXHIBIT B – LOWE LAW GROUP

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-19771 | Patricia Z. Debose, Jeffrey W. Debose, Sr. v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

# EXHIBIT C – PETERSON & ASSOCIATES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-CV-02850 | Pamela Morrill v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

## EXHIBIT D – SUMMERS & JOHNSON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-18886 | Theresa Healy v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

**EXHIBIT E – TOR HOERMAN LAW**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-CV-05065 | Luis Ann Hyatt, William Hyatt v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

**EXHIBIT F – WAGSTAFF & CARTMELL**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-01614 | Donna S. Bishop, John S. Bishop v. Johnson & Johnson, American Medical Systems, Inc., Ethicon, Inc. |
| 2:12-CV-04251 | Elnora Kyzer, Herbert Kyzer v. Johnson & Johnson, American Medical Systems, Inc., Ethicon, Inc. |
| 2:13-CV-08972 | Shana Leding, Patrick Leding v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:14-CV-17402 | Dorothy Shuter, William M. Shuter v. American Medical Systems, Inc., Boston Scientific Corporation, Ethicon, Inc., Johnson & Johnson |
| 2:15-CV-16408 | Janice King v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:16-CV-02073 | Mary Connolly v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:16-CV-03234 | Judy Tucker v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:17-CV-02115 | Virginia Dannaker v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:17-CV-02349 | Rose Biase v. Ethicon, Inc., Johnson & Johnson, American Medical Systems |

**EXHIBIT G – FLEMING NOLEN & JEZ**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-05686 | Ninia D. Beatrice, Anthony Beatrice v. Johnson & Johnson, American Medical Systems, Inc., Ethicon, Inc. |