## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                          MDL NO. 2327

_____

THIS DOCUMENT RELATES TO

*Martha Madison v. Coloplast Corp.*                 Civil Action No. 2:13-cv-29565

### ORDER
(Transferring Case to MDL 2387)

Pending before the court is plaintiff's Motion to Transfer MDLs. [ECF No. 10]. In the Motion, plaintiff states that she filed an Amended Short Form Complaint that no longer included Ethicon, Inc., but included, among others, Coloplast Corp. Therefore, plaintiff requests that this individual case be transferred from MDL 2327 to MDL 2387. After careful consideration, it is **ORDERED** that

(1) the Motion to Transfer MDLs is **GRANTED**;

(2) this action is **TRANSFERRED** to MDL 2387;

(3) pursuant to Ethicon MDL PTO # 280 (Docket Control Order – Ethicon, Inc.

Wave 8 Cases), which states the following,

> Transfer of any Wave 8 case to any other MDL, whether by ruling upon a motion from plaintiff or defendants or *sua sponte* by the court, does not relieve the plaintiff or any remaining defendant(s) from the deadlines of a Docket Control Order. Any cases transferred into C. R. Bard, Inc. ("Bard"), Boston Scientific Corporation ("BSC"), or American Medical Systems, Inc. ("AMS") MDLs will immediately be subject to the Docket Control Order entered in that MDL on January 30, 2018, and any Amended Docket Control Orders. . . . If any Wave 8 case is transferred to

the Coloplast Corp. or Cook Medical MDL, then this docket control order shall remain in effect.

this action remains subject to PTO # 280 entered in MDL 2327.

The court **DIRECTS** the Clerk as follows:

(1) disassociate the civil action as a member case in MDL 2327 and re-associate it

with MDL 2387;

(2) retain the MDL 2327 Wave 8 flag; and

(3) file a copy of this Order in 2:12-md-2327 and in the individual case.

ENTER:  June 12, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE